1  MARC E. MAYER (SBN 190969)
    mem@msk.com
2  KARIN G. PAGNANELLI (SBN 174763)
    kgp@msk.com
3  MITCHELL SILBERBERG & KNUPP LLP
   2049 Century Park East, 18th Floor
4  Los Angeles, CA  90067-3120
   Telephone: (310) 312-2000
5  Facsimile: (310) 312-3100

6  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>WARZONE.COM LLC,<br><br>Defendant. | CASE NO. 2:21-cv-3073<br><br>**PLAINTIFF ACTIVISION PUBLISHING, INC.'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURES**<br><br>[Local Rule 7.1-1; Fed. R. Civ. Pro. 7.1] |
|---|---|

Pursuant to Local Rule 7.1-1 and Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Plaintiff Activision Publishing, Inc., by and through its undersigned counsel, provide the following Certificate of Interested Parties and Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1-1.

The undersigned certifies that the following listed entity may have a pecuniary interest in the outcome of this case:

1. Activision Publishing, Inc. is a wholly owned subsidiary of Activision Blizzard, Inc.  Activision Blizzard Inc. is a publicly traded company.

DATED:  April 8, 2021

MARC E. MAYER
KARIN G. PAGNANELLI
MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Marc E. Mayer
Marc E. Mayer (SBN 190969)
Attorneys for Plaintiff

Mitchell Silberberg & Knupp LLP

13064548.1

2