# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ACTIVISION PUBLISHING, INC. | CASE NUMBER |
|---|---|
| PLAINTIFF(S)/PETITIONER(S) | CV 21-3073 CAS |
| v. | |
| WARZONE.COM, LLC | ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO GENERAL ORDER 21-01 |
| DEFENDANT(S)/RESPONDENTS(S) | |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)*:

The undersigned has a financial interest in a named party.

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with General Order 21-01.

This self-recusal has been Ordered:
- [✓] within 120 days of the Court being assigned said case.
- [ ] after 120 days of the Court being assigned said case.

*Christine A. Snyder* (signature)

April 12, 2021
Date

United States District Judge/Magistrate Judge

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge __Fernando L. Aenlle-Rocha__. On all documents subsequently filed in this case, please substitute the initials __FLA__ after the case number in place of the initials of the prior judge so that the case number will read: __2:21-cv-03073 FLA (JCx)__.

This is very important because documents are routed to the assigned judge by means of the initials.

cc: [ ] Previous Judge  [ ] Statistics Clerk