Alyssa K. Schabloski (SBN 258876)
aks@gladiuslaw.com
GLADIUS LAW, APC
2708 Wilshire Blvd. #426
Santa Monica, CA 90403
Tel.: (310) 734-0720
Fax: (310) 734-0722

Brett E. Lewis (Admission *Pro Hac Vice* pending)
Brett@iLawco.com
LEWIS & LIN, LLC
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel.: (718) 243-9323
Fax: (718) 243-9326

*Attorneys for Defendant and Counterclaimant*
WARZONE.COM, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>WARZONE.COM, LLC,<br><br>Defendant. | CASE NO. 2:21-cv-3073<br><br>**DEFENDANT AND COUNTERCLAIMANT WARZONE.COM, LLC'S NOTICE OF INTERESTED PARTIES**<br><br>[Fed. R. Civ. Pro. 7.1; L.R. 7.1-1] |

1

1  Pursuant to Federal Rule of Civil Procedure 7.1 and to Local Rule 7.1-1, the
2  undersigned, counsel of record for Defendant and counterclaimant Warzone.com,
3  LLC, certifies that the following listed party (or parties) may have a pecuniary
4  interest in the outcome of this case. These representations are made to enable the
5  Court to evaluate possible disqualification or recusal:
6      No known parties or entities.
7
8      Respectfully submitted,
9  Dated: June 8, 2021      **GLADIUS LAW, APC**
10
11      By: _____
12          Alyssa K. Schabloski (SBN 258876)
13
14      **LEWIS & LIN, LLC**
15
16      By: /s/ Brett E. Lewis
           Brett E. Lewis (*pro hac vice* pending)
17      *Attorneys for Defendant*
       WARZONE.COM, LLC
18
19
20
21
22
23
24
25
26
27
28