# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC.<br><br>Plaintiff(s),<br><br>v.<br><br>WARZONE.COM, LLC<br><br>Defendant(s). | CASE NUMBER:<br><br>2:21–cv–03073–FLA–JC<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __6/8/2021__

Document Number(s):   __14, 15__

Title of Document(s):   __RE Answer and Certificate of interested party by Warzone.com, LLC__

**ERROR(S) WITH DOCUMENT:**

Case number is incorrect or missing.

Other:

Case number incomplete – Missing Assigned Judge and Magistrate Initials.. See 4/12/21 order of reassignment to Judge Judge Fernando L. Aenlle–Rocha . Official case number is to read as : 2:21–cv–03073 FLA (JCx)

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: _June 9, 2021_       By:  _/s/ Linda Chai  Linda_Chai@cacd.uscourts.gov_
                                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS