Brett E. Lewis
Lewis & Lin LLC
77 Sands Street, 6th Floor
Brooklyn, NY 11201

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Activision Publishing, Inc., a Delaware corporation<br><br>Plaintiff(s)<br>v.<br><br>Warzone.com, LLC<br><br>Defendant(s). | CASE NUMBER<br><br>2:21-cv-03073-FLA-JC<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Lewis, Brett E.
*Applicant's Name (Last Name, First Name & Middle Initial)*
(718) 243-9323 (Ext. 2)    (718) 243-9326
*Telephone Number*         *Fax Number*
brett@ilawco.com
*E-Mail Address*

of  Lewis & Lin LLC
77 Sands Street, 6th Floor
Brooklyn, NY 11201

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Warzone.com, LLC

*Name(s) of Party(ies) Represent*        ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Schabloski, Alyssa K.
*Designee's Name (Last Name, First Name & Middle Initial)*
258876           310.734.0720          310.723.0722
*Designee's Cal. Bar No.*  *Telephone Number*    *Fax Number*
aks@gladiuslaw.com
*E-Mail Address*

of  Gladius Law, APC
2708 Wilshire Blvd. #426
Santa Monica, CA 90403

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
 ☐ for failure to pay the required fee.
 ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
 ☐ for failure to complete Application: _____
 ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
 ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
 ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:**  ☐ be refunded  ☐ not be refunded.

Dated: *Click here to enter a date.*

_____
**U.S. District Judge/U.S. Magistrate Judge**

G-64 Order (05/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1