# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Activision Publishing, Inc., <br><br> PLAINTIFF(S) <br> v. <br> Warzone.com, LLC, <br><br> DEFENDANT(S). | CASE NUMBER <br> 2:21-cv-03073-FLA-JC <br><br> **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| Date Filed | Doc. No. | Title of Doc. : |
|---|---|---|
| June 10, 2021 | 17 | Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* |

**IT IS HEREBY ORDERED:**

- ☐ The document is accepted as filed
- ☑ The document is stricken ~~and counsel is ordered to file an amended or corrected document by~~ _____ .
- ☐ The hearing date has been rescheduled to _____ at _____
- ☐ Other

Clerk, U.S. District Court

Dated: June 14, 2021     By: /s/ V.R. Vallery
                            Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge

**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS**

G-112B (01/07)