Brett E. Lewis
Lewis & Lin LLC
77 Sands Street, 6th Floor
Brooklyn, NY 11201

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Activision Publishing, Inc., a Delaware corporation | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:21-cv-03073-FLA-JC |
| v. | |
| Warzone.com, LLC | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Lewis, Brett E.                                    of   Lewis & Lin LLC
*Applicant's Name (Last Name, First Name & Middle Initial)*        77 Sands Street, 6th Floor
(718) 243-9323 (Ext. 2)        (718) 243-9326              Brooklyn, NY 11201
*Telephone Number*              *Fax Number*
brett@ilawco.com
              *E-Mail Address*                                  *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Warzone.com, LLC

*Name(s) of Party(ies) Represent*      ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Schabloski, Alyssa K.                              of   Gladius Law, APC
*Designee's Name (Last Name, First Name & Middle Initial)*        2708 Wilshire Blvd. #426
258876                310.734.0720      310.734.0722          Santa Monica, CA 90403
*Designee's Cal. Bar No.*   *Telephone Number*  *Fax Number*
aks@gladiuslaw.com
              *E-Mail Address*                                  *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:  ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application:

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated: Click here to enter a date.

                                                                                  **U.S. District Judge/U.S. Magistrate Judge**