1 MARC E. MAYER (SBN 190969)
   mem@msk.com
2 KARIN G. PAGNANELLI (SBN 174763)
   kgp@msk.com
3 MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
4 Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
5 Facsimile: (310) 312-3100

6 *Attorneys for Plaintiff and Counterclaim Defendant*

7

8            UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>WARZONE.COM, LLC,<br><br>      Defendant.<br><br>WARZONE.COM, LLC,<br><br>      Counterclaimant,<br><br>  v.<br><br>ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>      Counterclaim Defendant. | CASE NO. 2:21-cv-3073-FLA (JC)<br><br>Honorable Fernando L. Aenlle-Rocha<br><br>**JOINT STIPULATED REQUEST TO EXTEND TIME FOR PLAINTIFF/COUNTERCLAIM DEFENDANT ACTIVISION PUBLISHING, INC. TO RESPOND TO COUNTERCLAIMS**<br><br>Current Response: June 29, 2021<br>New Response Date: July 29, 2021<br><br>[Declaration of Marc E. Mayer and (Proposed) Order filed concurrently herewith] |

Mitchell Silberberg & Knupp LLP
13249886.1

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN**:

This Stipulation is entered into between and among Plaintiff and Counterclaim Defendant Activision Publishing, Inc. ("Activision"), through its counsel of record, and Defendant and Counterclaimant Warzone.com, LLC ("Warzone"), through its counsel of record, and is based on the following facts:

1. The Complaint in this action was filed on April 8, 2021. In the Complaint, Activision sought only declaratory relief; specifically, a declaration of non-infringement related to its use of the word "Warzone" in the title of its video game.

2. On June 8, 2021, Warzone filed an Answer to the Complaint, as well as Counterclaims for Unfair Competition under Section 43(a) of the Lanham Act, Unfair Competition and False Advertising under California Bus. & Professions Code §17200, and Trademark Infringement under California common law (the "Counterclaims.") Pursuant to Fed. R. Civ. P. 12(a)(1)(B), Activision's response to the Counterclaims is presently due on June 29, 2021.

3. The parties currently are discussing whether this case can be informally resolved at an early stage. In furtherance of those efforts and to avoid expenditure of fees or early motion practice during these discussions, Activision has requested, and Warzone has consented to, a 30-day extension of time for Activision to move against, answer or otherwise respond to the Counterclaim. Accordingly, the Parties have agreed that Activision may have until July 29, 2021 to respond to the Counterclaims.

4. This is Activision's first request for an extension of time to respond to the Counterclaims. The parties do not anticipate requesting further extensions of time to respond to the Counterclaims.

5. WHEREFORE, the parties hereby jointly stipulate and request that the Court extend the deadline for Activision to move against, answer or otherwise

respond to the Counterclaims by 30 days, from June 29, 2021 to and including July 29, 2021, and hereby stipulate that the Court may enter the concurrently lodged Proposed Order effecting said extension.

DATED:  JUNE 14, 2021

MARC E. MAYER
KARIN G. PAGNANELLI
MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Marc E. Mayer
Marc E. Mayer (SBN 190969)
Attorneys for Counterclaim Defendant

DATED:  JUNE 14, 2021

ALYSSA K. SCHABLOSKI
GLADIUS LAW, APC

By: /s/ Alyssa K. Schabloski
Alyssa K. Schabloski (SBN 258876)
Attorneys for Counterclaimant

### Attestation Regarding Signatures- Local Rule 5-4.3.4(a)(2)(i)

I, Marc E. Mayer, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: June 14, 2021

/s/ Marc E. Mayer
Marc E. Mayer