1 MARC E. MAYER (SBN 190969)
  mem@msk.com
2 KARIN G. PAGNANELLI (SBN 174763)
  kgp@msk.com
3 MITCHELL SILBERBERG & KNUPP LLP
  2049 Century Park East, 18th Floor
4 Los Angeles, CA 90067-3120
  Telephone: (310) 312-2000
5 Facsimile: (310) 312-3100

6 *Attorneys for Plaintiff and Counterclaim Defendant*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ACTIVISION PUBLISHING, INC., a Delaware corporation, | CASE NO. 2:21-cv-3073-FLA (JC) |
|---|---|
| Plaintiff, | Honorable Judge Fernando L. Aenlle-Rocha |
| v. | **DECLARATION OF MARC E. MAYER IN SUPPORT OF JOINT STIPULATED REQUEST TO EXTEND TIME FOR PLAINTIFF/COUNTERCLAIM DEFENDANT ACTIVISION PUBLISHING, INC. TO RESPOND TO COUNTERCLAIMS** |
| WARZONE.COM, LLC, | |
| Defendant. | |
| WARZONE.COM, LLC, | [Joint Stipulated Request and (Proposed) Order filed concurrently herewith] |
| Counterclaimant, | |
| v. | |
| ACTIVISION PUBLISHING, INC., a Delaware corporation, | |
| Counterclaim Defendant. | |

Mitchell Silberberg & Knupp LLP

13251411.1

I, Marc E. Mayer, declare as follows:

1. I am an attorney-at-law, duly licensed to practice law in the State of California and before this court. I am, through my professional corporation, a partner with the law firm of Mitchell Silberberg & Knupp LLP ("MSK"), counsel of record for Plaintiff and Counterclaim Defendant Activision Publishing, Inc. ("Activision") in this action. I make this Declaration in support of the "Joint Stipulated Request to Extend Time for Plaintiff/Counterclaim Defendant Activision Publishing, Inc. to Respond to Counterclaims." I have personal knowledge of the following facts, and, if called as a witness, could and would competently testify thereto.

2. The Complaint in this action was filed on April 8, 2021. In the Complaint, Activision included a single claim for declaratory relief; specifically, a declaration of non-infringement related to its use of the word "Warzone" in the title of its video game.

3. On June 8, 2021, Warzone filed an Answer to the Complaint, as well as Counterclaims for Unfair Competition under Section 43(a) of the Lanham Act, Unfair Competition and False Advertising under California Bus. & Professions Code §17200, and Trademark Infringement under California common law (the "Counterclaims.") Pursuant to Fed. R. Civ. P. 12(a)(1)(B), Activision's response to the Counterclaims are presently due on June 29, 2021.

4. On June 11, 2021, I had a telephone call with counsel for Warzone. During the call, we discussed potential avenues for settlement and agreed to continue discussions to determine whether a settlement might be possible at an early stage of the case. During that call, Warzone's counsel consented to my request for a 30-day extension of time for Activision to move against, answer or otherwise respond to the Counterclaims, including so that the parties could continue discussions concerning settlement.

5. This is Activision's first request for an extension of time to respond to the Counterclaims. Activision does not anticipate requesting further extensions of time to respond to the Counterclaims.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14 day June, 2021, at Calabasas, California.

                               */s/ Marc E. Mayer*
                               MARC E. MAYER

Mitchell Silberberg & Knupp LLP

13251411.1