1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>WARZONE.COM, LLC,<br><br>　　　　　Defendant. | Case No. 2:21-cv-3073-FLA (JCx)<br><br>Hon. Fernando L. Aenlle-Rocha<br><br>**ORDER APPROVING JOINT STIPULATED REQUEST TO EXTEND TIME FOR PLAINTIFF/COUNTERCLAIM DEFENDANT ACTIVISION PUBLISHING, INC. TO RESPOND TO COUNTERCLAIMS [DKT. 21]**<br><br>Current Response: June 29, 2021<br>New Response Date: July 29, 2021 |
| WARZONE.COM, LLC,<br><br>　　　　　Counterclaimant,<br><br>　　　　　v.<br><br>ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>　　　　　Counterclaim Defendant. | |

# ORDER

The court, having considered the Joint Stipulated Request of Plaintiff/Counterclaim Defendant Activision Publishing, Inc. ("Activision") and Defendant/Counterclaimant Warzone.com, LLC ("Warzone") to extend the deadline for Plaintiff/Counterclaim Defendant Activision to respond to the Counterclaim of Defendant/Counterclaimant Warzone.  Good cause appearing, the court hereby orders as follows:

The deadline for Activision to move against, answer, or otherwise respond to the Counterclaim is extended by 30 days, from June 29, 2021 to and including July 29, 2021.

IT IS SO ORDERED.

Dated:  June 20, 2021

FERNANDO L. AENLLE-ROCHA
United States District Judge