Brett E. Lewis
Lewis & Lin LLC
77 Sands Street, 6th Floor
Brooklyn, NY 11201

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Activision Publishing, Inc., a Delaware corporation | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:21-cv-03073-FLA-JC |
| v. | |
| Warzone.com, LLC | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [20] |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Lewis, Brett E.     of     Lewis & Lin LLC
*Applicant's Name (Last Name, First Name & Middle Initial)*     77 Sands Street, 6th Floor
(718) 243-9323 (Ext. 2)     (718) 243-9326     Brooklyn, NY 11201
*Telephone Number*     *Fax Number*
brett@ilawco.com
*E-Mail Address*     *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Warzone.com, LLC

*Name(s) of Party(ies) Represent*     ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Schabloski, Alyssa K.     of     Gladius Law, APC
*Designee's Name (Last Name, First Name & Middle Initial)*     2708 Wilshire Blvd. #426
258876     310.734.0720     310.734.0722     Santa Monica, CA 90403
*Designee's Cal. Bar No.*     *Telephone Number*     *Fax Number*
aks@gladiuslaw.com
*E-Mail Address*     *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application:
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

**Dated:** July 6, 2021

FERNANDO L. AENLLE-ROCHA, U.S. District Judge