# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WARZONE.COM, LLC,<br><br>　　　　Defendants.<br><br>WARZONE.COM, LLC,<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>　　　　Counterdefendant. | CASE NO. 2:21-cv-3073-FLA (JCx)<br><br>[Assigned to Judge Fernando L. Aenlle-Rocha]<br><br>**[PROPOSED] ORDER GRANTING MOTION OF ACTIVISION PUBLISHING, INC. (1) TO DISMISS COUNTERCLAIMS, AND (2) FOR JUDGMENT ON THE PLEADINGS**<br><br>Date:　　August 27, 2021<br>Time:　　1:30 pm |

Mitchell Silberberg & Knupp LLP

13376013.1

# [PROPOSED] ORDER

On August 27, 2021, the Motion brought by Plaintiff and Counterclaim-Defendant Activision Publishing, Inc. ("Activision") (1) dismissing each of the Counterclaims of Defendant and Counterclaimant Warzone.com, LLC ("Counterclaimant") with prejudice and without leave to amend, and (2) entering judgment on the pleadings in favor of Activision on its claim for declaratory relief, was heard on regular notice in Courtroom 6B of the United States District Court for the Central District of California, located at 350 West 1st Street, Courtroom 6B, 6th Floor, Los Angeles, California 90012, the Honorable Fernando L. Aenlle-Rocha, presiding.

After full consideration of the pleadings, the moving, opposition, and reply papers, and the argument of counsel, the Court hereby **GRANTS** Activision's Motion and orders as follows:

1. The counterclaims are dismissed without leave to amend.
2. Judgment hereby is entered in favor of Activision and against Counterclaimant on Activision's claim for Declaratory Relief.

**IT IS SO ORDERED.**

DATED: _____, 2021

_____
Honorable Fernando L. Aenlle-Rocha
United States District Court Judge

Mitchell Silberberg & Knupp LLP

13376013.1

2