Alyssa K. Schabloski
**GLADIUS LAW, APC**
2708 Wilshire Blvd., No. 426
Santa Monica, CA 90403
Tel: (310) 734-0720
Email: aks@gladiuslaw.com

Brett E. Lewis (admitted *pro hac vice*)
Michael D. Cilento (*pro hac vice* forthcoming)
**LEWIS & LIN, LLC**
77 Sands Steet, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
Email: Brett@iLawco.com

*Attorneys for Defendant/Counterclaimant*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation<br><br>Plaintiff,<br><br>v.<br><br>WARZONE.COM, LLC<br><br>Defendant. | CASE NO. 2:21-cv-3073<br><br>**STIPULATION AND JOINT REQUEST FOR EXTENSION OF BRIEFING SCHEDULE ON ACTIVISION'S MOTION TO DISMISS COUNTERCLAIMS AND/OR FOR JUDGMENT ON THE PLEADINGS (Dkt. No. 24)** |

|   |   |
|---|---|
| 1 | WARZONE.COM, LLC |
| 2 |     Counterclaimant, |
| 3 |   |
| 4 |     v. |
| 5 |   |
| 6 | ACTIVISION PUBLISHING, INC. |
| 7 |     Counterclaim Defendant. |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

This Stipulation is entered into between and among Plaintiff and Counterclaim Defendant Activision Publishing, Inc. ("Activision"), through its counsel of record, and Defendant and Counterlaimant Warzone.com, LLC ("Warzone"), through its counsel of record, and is based on the following facts:

1. Activision's Complaint in this action was filed on April 8, 2021, seeking declaratory relief.

2. On June 8, 2021, Warzone filed an Answer to the Complaint, as well as Counterclaims for Unfair Competition under Section 43(a) of the Lanham Act, Unfair Competition and False Advertising under California Bus. & Professions Code Code §17200, and Trademark Infringement under California common law (the "Counterclaims.")

3. On June 14, 2021, after consultation with opposing counsel, Activision filed a Joint Stipulation extending their time to respond to the Counterclaims by 30 days.

4. On June 29, 2021, Activision filed its Notice of Motion and Motion to Dismiss Counterclaims and for Judgment on the Pleadings (Dkt No. 24) (the "Motion"). The Motion is set for hearing on August 27, 2021.

5. Warzone has requested, and Activision has agreed to provide, additional time for Warzone to respond to the Motion, as part of a full briefing schedule for the Motion. Specifically, the parties have agreed that Warzone may have until August 20, 2021 to file its Opposition to the Motion, and Activision shall have until September 3, 2021 to file its Reply Memorandum in support of the Motion.

6. Activision's counsel currently is scheduled to be out of the country on business from September 9, 2021, through September 23, 2021. Accordingly, in the event the Court wishes to hear argument on the Motion, the Parties request that any hearing on the Motion be set on or after October 1, 2021. Should the Court conclude that it does not wish to hear oral argument, the parties agree that the Motion may stand submitted as of September 3, 2021.

**WHEREFORE**, upon further consultation, the parties hereby jointly stipulate and jointly request that the briefing schedule on the Motion be extended to and include the deadlines below:

1. Warzone shall file its Opposition to the Motion (Dkt No. 24) on or before August 20, 2021.

2. Activision shall file its Reply memorandum in support of the Motion on or before September 3, 2021.

3. If the Court elects to entertain oral argument on the Motion, any hearing on the Motion shall take place on October 1, 2021.

Respectfully Submitted:

Dated: August 4, 2021      By:   */s/ Brett Lewis*
_____
**LEWIS & LIN, LLC**
Brett E. Lewis, Esq. (admitted *pro hac vice*)
Michael D. Cilento, Esq. (*pro hac vice* forthcoming)
77 Sands Street, Suite 604
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
Email: brett@iLawco.com
Email: michael@iLawco.com

**GLADIUS LAW, APC**
Alyssa K. Schabloski
2708 Wilshire Blvd., No. 426
Santa Monica, CA 90403
Tel: (310) 734-0720
Email: aks@gladiuslaw.com

*Attorneys for Defendant/Counterclaimant*

Dated: August 4, 2021      By:   */s/ Marc Mayer*
_____
Marc E. Mayer

4

1  
2  
3  
4  
5  
6  

Karin G. Pagnanelli  
MITCHELL SILBERBERG &  
KNUPP LLP  
2049 Century Park East, 18th Fl.  
Los Angeles, CA 90067  
Tel: (310) 312-3154  
Email: MEM@msk.com  
Email: KGP@msk.com  

*Attorneys for Plaintiff/Counterclaim Defendant*

7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28