1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ACTIVISION PUBLISHING, INC., a Delaware corporation<br><br>    Plaintiff,<br><br>  v.<br><br>WARZONE.COM, LLC<br><br>    Defendant. | CASE NO. 2:21-cv-3073<br><br>**[PROPOSED] ORDER GRANTING STIPULATION AND JOINT REQUEST FOR EXTENSION OF BRIEFING SCHEDULE** |
|---|---|
| WARZONE.COM, LLC<br><br>    Counterclaimant,<br><br>  v.<br><br>ACTIVISION PUBLISHING, INC.<br><br>    Counterclaim Defendant. | |

1

The Court, having considered the Stipulation and Joint Request of Warzone.com, LLC ("Warzone") and Activision Publishing, Inc. ("Activision") for an Extension of the Briefing Schedule on Activision's Motion to Dismiss Counterclaims and for Judgment on the Pleadings, at Dkt. 24 (the "Motion"), and with good cause appearing, it is hereby Ordered as follows:

1. Warzone's Opposition to the Motion shall be due on August 20, 2021.

2. Activision's Reply in Support of the Motion shall be due on September 3, 2021; and

3. If the Court entertains oral argument on the Motion, any hearing shall take place on October 1, 2021.

**IT IS SO ORDERED.**

Dated: _____, 2021

_____
Honorable Fernando L. Aenlle-Rocha
United States District Judge