# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC.<br><br>PLAINTIFF(S)<br><br>v.<br><br>WARZONE.COM, LLC<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:21−cv−03073−FLA−JC<br><br><br><br>**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

  8/4/2021  /  25  /  STIPULATION for Extension of Time to File as to NOTICE OF MOTION AND MOTION to Dismiss (1) Counterclaims and/or (2) For Judgment on the Pleadings [24]

*Date Filed*    *Doc. No.*    *Title of Document*

__ / __ / __

*Date Filed*    *Doc. No.*    *Title of Document*

Other:
Signature Attestation pursuant to Local Rule 5−4.3.4(a)(2) missing from Stipulation

Dated: August 4, 2021            By: /s/ *Fernando L. Aenlle−Rocha*
                                                  U.S. District Judge

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–106 (6/12)     ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)