UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>WARZONE.COM, LLC,<br><br>Defendant. | Case No. 2:21-cv-3073-FLA (JCx)<br><br>**ORDER GRANTING JOINT STIPULATED REQUEST FOR EXTENSION OF BRIEFING SCHEDULE ON ACTIVISION'S MOTION TO DISMISS COUNTERCLAIMS AND/OR FOR JUDGMENT ON THE PLEADINGS [27]** |
| WARZONE.COM, LLC,<br><br>Counterclaimant,<br><br>v.<br><br>ACTIVISION PUBLISHING, INC.,<br><br>Counterclaim Defendant. | |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The court, having considered the Joint Stipulated Request of Warzone.com, |
| 3 | LLC ("Warzone") and Activision Publishing, Inc. ("Activision") for an Extension |
| 4 | of the Briefing Schedule on Activision's Motion to Dismiss Counterclaims and for |
| 5 | Judgment on the Pleadings, at Docket No. 24 (the "Motion"), and with good cause |
| 6 | appearing, it is hereby ORDERED as follows: |
| 7 | 1.   Warzone's Opposition to the Motion shall be due on August 20, 2021; |
| 8 | 2.   Activision's Reply in Support of the Motion shall be due on |
| 9 | September 3, 2021; and |
| 10 | 3.   The hearing date of the Motion is continued from August 27, 2021 to |
| 11 | October 1, 2021, at 1:30 p.m. |
| 13 | IT IS SO ORDERED. |
| 15 | Dated: August 6, 2021 |

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge