Roberto Ledesma
Lewis & Lin LLC
77 Sands Street, 6th Floor
Brooklyn, NY 11201

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Activision Publishing, Inc., a Delaware corporation<br><br>Plaintiff(s)<br>v.<br><br>Warzone.com, LLC<br><br><br>Defendant(s). | CASE NUMBER<br><br>2:21-cv-03073-FLA-JC<br><br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

| | |
|---|---|
| Ledesma, Roberto<br>*Applicant's Name (Last Name, First Name & Middle Initial* | of |
| (718) 243-9323              (718) 243-9326<br>*Telephone Number          Fax Number* | Lewis & Lin LLC<br>77 Sands Street, 6th Floor<br>Brooklyn, NY 11201 |
| brett@ilawco.com<br>*E-Mail Address* | *Firm/Agency Name & Address* |

**for permission to appear and participate in this case on behalf of**

Warzone.com, LLC

*Name(s) of Party(ies) Represent*        ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:* _____

**and designating as Local Counsel**

| | |
|---|---|
| Schabloski, Alyssa K.<br>*Designee's Name (Last Name, First Name & Middle Initial* | of |
| 258876            310.734.0720      310.734.0722<br>*Designee's Cal. Bar No.    Telephone Number    Fax Number* | Gladius Law, APC<br>2708 Wilshire Blvd. #426<br>Santa Monica, CA 90403 |
| aks@gladiuslaw.com<br>*E-Mail Address* | *Firm/Agency Name & Address* |

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** Click here to enter a date.

_____
**U.S. District Judge/U.S. Magistrate Judge**