Roberto Ledesma
Lewis & Lin LLC
77 Sands Street, 6th Floor
Brooklyn, NY 11201

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Activision Publishing, Inc., a Delaware corporation<br><br>v.<br><br>Warzone.com, LLC<br><br>Plaintiff(s) / Defendant(s). | CASE NUMBER<br><br>2:21-cv-03073-FLA-JC<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [30]** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Ledesma, Roberto
*Applicant's Name (Last Name, First Name & Middle Initial)*

(718) 243-9323                (718) 243-9326
*Telephone Number*           *Fax Number*

roberto@ilawco.com
*E-Mail Address*

of

Lewis & Lin LLC
77 Sands Street, 6th Floor
Brooklyn, NY 11201
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Warzone.com, LLC

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ *Other:*

**and designating as Local Counsel**

Schabloski, Alyssa K.
*Designee's Name (Last Name, First Name & Middle Initial)*

258876                310.734.0720           310.734.0722
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

aks@gladiuslaw.com
*E-Mail Address*

of

Gladius Law, APC
2708 Wilshire Blvd. #426
Santa Monica, CA 90403
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: August 31, 2021**

*Fernando L. Aenlle-Rocha, U.S. District Judge*