| Michael D. Cilento |
| Lewis & Lin, LLC |
| 77 Sands Street, 6th Floor |
| Brooklyn, NY 11201 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Activision Publishing, Inc. | CASE NUMBER |
| --- | --- |
| Plaintiff(s) | 02:21-cv-03073-FLA-JC |
| v. | |
| Warzone.com, LLC | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Cilento, Michael D.
*Applicant's Name (Last Name, First Name & Middle Initial*
(718) 243-9323        (718) 243-9326
*Telephone Number*       *Fax Number*
michael@ilawco.com
*E-Mail Address*

of Lewis & Lin, LLC
77 Sands Street, 6th floor
Brooklyn, NY 11201

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Warzone.com, LLC

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Schabloski, Alyssa K.
*Designee's Name (Last Name, First Name & Middle Initial*
258876        310.734.0720        310.734.0722
*Designee's Cal. Bar No.*  *Telephone Number*   *Fax Number*
aks@gladiuslaw.com
*E-Mail Address*

of Gladius Law, APC
2708 Wilshire Blvd. #426
Santa Monica, CA 90403

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** Click here to enter a date.

**U.S. District Judge/U.S. Magistrate Judge**