Michael D. Cilento
Lewis & Lin, LLC
77 Sands Street, 6th Floor
Brooklyn, NY 11201

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Activision Publishing, Inc. <br><br> v. <br><br> Warzone.com, LLC <br><br> Plaintiff(s) / Defendant(s). | CASE NUMBER <br> 02:21-cv-03073-FLA-JC <br><br> **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Cilento, Michael D.
*Applicant's Name (Last Name, First Name & Middle Initial)*
(718) 243-9323     (718) 243-9326
*Telephone Number*   *Fax Number*
michael@ilawco.com
*E-Mail Address*

of Lewis & Lin, LLC
77 Sands Street, 6th floor
Brooklyn, NY 11201
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Warzone.com, LLC

*Name(s) of Party(ies) Represent*   ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**

Schabloski, Alyssa K.
*Designee's Name (Last Name, First Name & Middle Initial)*
258876          310.734.0720       310.734.0722
*Designee's Cal. Bar No.*  *Telephone Number*   *Fax Number*
aks@gladiuslaw.com
*E-Mail Address*

of Gladius Law, APC
2708 Wilshire Blvd. #426
Santa Monica, CA 90403
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.  **Dated:** October 6, 2021

_____
**United States District Judge**

G-64 Order (05/16)   ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1