# LEWIS & LIN LLC

Brett E. Lewis
David D. Lin

Michael D. Cilento
Roberto Ledesma
Justin Mercer
Lauren Valli

77 Sands Street, 6th Floor
Brooklyn, NY 11201

Tel: (718) 243-9323
Fax: (718) 243-9326

www.iLawco.com

Michael D. Cilento, Esq.
michael@ilawco.com
347-404-5844

December 15, 2021

**VIA ECF**

Honorable Jacquelin Chooljian
Roybal Federal Building and United States Courthouse
255 East Temple Street
Los Angeles, CA, 90012,
Courtroom 750, 7th Floor

*Activision Publishing, Inc. v. Warzone.com, LLC*
2:21-cv-03073-FLA-JC

Dear Judge Chooljian:

    I represent the Defendant and Counterclaimant, Warzone.com LLC, in this action. The parties have agreed to enter into a Protective Order to govern discovery in this action, and the parties have conferred and agreed to the form of the Protective Order that is submitted herewith. Accordingly, the parties jointly respectfully request that the Court So Order the enclosed Protective Order.

    Thank you for your attention to this request.

Sincerely,

Michael D. Cilento, Esq.

Enclosures

cc: All Counsel of Record via ECF