UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>WARZONE.COM, LLC,<br><br><br>    Defendants. | CASE NO. 2:21-cv-3073-FLA (JCx)<br><br>[Assigned to Judge Fernando L. Aenlle-Rocha]<br><br>**[PROPOSED] ORDER GRANTING MOTION OF ACTIVISION PUBLISHING, INC. TO TEMPORARILY STAY DISCOVERY PENDING RESOLUTION OF ACTIVISION'S MOTION TO DISMISS AND/OR FOR JUDGMENT ON THE PLEADINGS** |
| WARZONE.COM, LLC,<br><br>    Counterclaimant,<br><br>    v.<br><br>ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br><br>    Counterdefendant. | |

# [PROPOSED] ORDER

On February 18, 2022, the Motion brought by Plaintiff and Counterclaim-Defendant Activision Publishing, Inc. ("Activision") to Temporarily Stay Discovery Pending Resolution of Activision's Motion to Dismiss and/or for Judgment on the Pleadings was heard on regular notice in Courtroom 6B of the United States District Court for the Central District of California, located at 350 West 1st Street, Courtroom 6B, 6th Floor, Los Angeles, California 90012, the Honorable Fernando L. Aenlle-Rocha, presiding.

After full consideration of the pleadings, the moving, opposition, and reply papers, and the argument of counsel, the Court hereby **GRANTS** Activision's Motion and orders as follows:

1. Discovery in this action is stayed until the Court issues a decision on the pending Motion.

**IT IS SO ORDERED.**

DATED: _____, 2021

_____
Honorable Fernando L. Aenlle-Rocha
United States District Court Judge