| | |
|---|---|
| Name and address:<br>Marc E. Mayer (SBN 190969); mem@msk.com<br>Karin G. Pagnanelli (SBN 174763); kgp@msk.com<br>MITCHELL SILBERBERG & KNUPP LLP<br>2049 Century Park East, 18th Floor<br>Los Angeles, CA 90067-3120 | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>Plaintiff(s)<br>v.<br>WARZONE.COM, LLC,<br><br>Defendant(s). | CASE NUMBER<br>CASE NO. 2:21-cv-3073-FLA(JCX)<br><br>(PROPOSED) ORDER ON APPLICATION<br>OF NON-RESIDENT ATTORNEY TO APPEAR<br>IN A SPECIFIC CASE *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Lindsay R. Edelstein  of  Mitchell Silberberg & Knupp LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*  437 Madison Avenue
212-509-3900   212-509-7239  New York, New York 10022
*Telephone Number*   *Fax Number*
lre@msk.com
*E-Mail Address*   *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Activision Publishing, Inc.

*Name(s) of Party(ies) Represented*   ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Marc E. Mayer  of  Mitchell Silberberg & Knupp LLP
*Designee's Name (Last Name, First Name & Middle Initial)*  2049 Century Park East, 18th Floor
190969   310-312-2000   310-312-3100  Los Angeles, California 90067
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
mem@msk.com
*E-Mail Address*   *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application:
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.
Dated _____

U.S. District Judge/U.S. Magistrate Judge

