MARC E. MAYER (SBN 190969)
  mem@msk.com
KARIN G. PAGNANELLI (SBN 174763)
  kgp@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

LINDSAY EDELSTEIN (*pro hac vice pending*)
  lre@msk.com
MITCHELL SILBERBERG & KNUPP LLP
437 Madison Ave., 25th Floor
New York, New York 10022-7001
Telephone: (212) 509-3900
Facsimile: (212) 509-7239

*Attorneys for Activision Publishing, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>WARZONE.COM, LLC,<br><br>Defendant.<br><br>WARZONE.COM, LLC,<br><br>Counterclaimant,<br><br>v.<br><br>ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>Counterclaim Defendant. | CASE NO. 2:21-cv-3073-FLA (JC)<br><br>Honorable Judge Fernando L. Aenlle-Rocha<br><br>**DECLARATION OF MARC E. MAYER IN SUPPORT OF ACTIVISION PUBLISHING, INC.'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING THE RULE 16 SCHEDULING CONFERENCE, CURRENTLY SCHEDULED FOR JANUARY 21, 2022, TO FEBRUARY 18, 2022, THE DATE OF THE HEARING ON ITS MOTION TO STAY DISCOVERY**<br><br>[*Ex Parte* Application and (Proposed) Order filed concurrently herewith] |

Mitchell Silberberg & Knupp LLP

13860896.1

# DECLARATION OF MARC E. MAYER

I, Marc E. Mayer, the undersigned, declare;

1. I am an attorney at law, licensed to practice law in the State of California. I am, through my professional corporation, a partner in the law firm of Mitchell Silberberg & Knupp LLP, counsel to Plaintiff and Counterclaim-Defendant Activision Publishing, Inc. ("Activision") in this matter. Except as stated herein, I make the following declaration based on my own personal knowledge. If called upon to do so, I could and would testify truthfully to the matters set forth herein.

2. Pursuant to Local Rule 7-19.1, I certify that during the parties' December 17, 2021 Rule 26 conference, I advised Mike Cilento, counsel for Defendant and Counterclaimant Warzone, Inc. ("Counterclaimant"), that Activision would request *ex parte* relief in the form of an order continuing the Scheduling Conference, currently set for January 21, 2022, to February 18, 2022, so that the Scheduling Conference and hearing on Activision's Motion to Stay (ECF No. 40) will take place at the same time

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 4th day January, 2022, at Calabasas, California.

*/s/ Marc E. Mayer*
Marc E. Mayer

Mitchell Silberberg & Knupp LLP
13860896.1

2