UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>WARZONE.COM, LLC,<br><br>  Defendants.<br><hr>WARZONE.COM, LLC,<br><br>  Counterclaimant,<br><br>  v.<br><br>ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>  Counterdefendant. | CASE NO. 2:21-cv-3073-FLA (JCx)<br><br>[Assigned to Judge Fernando L. Aenlle-Rocha]<br><br>**[PROPOSED] ORDER GRANTING ACTIVISION PUBLISHING, INC.'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING THE RULE 16 SCHEDULING CONFERENCE, CURRENTLY SCHEDULED FOR JANUARY 21, 2022, TO FEBRUARY 18, 2022, THE DATE OF THE HEARING ON ITS MOTION TO STAY DISCOVERY** |

# [PROPOSED] ORDER

On January 4, 2022, Plaintiff and Counterclaim-Defendant Activision Publishing, Inc. ("Activision") filed an *ex parte* Application for an Order Continuing the Rule 16 Scheduling Conference, currently scheduled for January 21, 2022, to February 18, 2022, the date of the hearing on its Motion to Stay Discovery (the "Application").

Having considered the papers, arguments, and all other matters presented to the Court, and for good cause appearing, it is hereby **ORDERED** that the Rule 16 Scheduling Conference set for January 21, 2022 is continued to February 18, 2022.

**IT IS SO ORDERED.**

DATED: _____, 2022

_____
Honorable Fernando L. Aenlle-Rocha
United States District Court Judge