MARC E. MAYER (SBN 190969)
  mem@msk.com
KARIN G. PAGNANELLI (SBN 174763)
  kgp@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

LINDSAY EDELSTEIN (*pro hac vice pending*)
  lre@msk.com
MITCHELL SILBERBERG & KNUPP LLP
437 Madison Ave., 25th Floor
New York, New York 10022-7001
Telephone: (212) 509-3900
Facsimile: (212) 509-7239

*Attorneys for Activision Publishing, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>WARZONE.COM, LLC,<br><br>Defendant.<br><br>WARZONE.COM, LLC,<br><br>Counterclaimant,<br><br>v.<br><br>ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>Counterclaim-Defendant. | CASE NO. 2:21-cv-3073-FLA (JCx)<br><br>[Assigned to Judge Fernando L. Aenlle-Rocha]<br><br>**NOTICE OF WITHDRAWAL OF ACTIVISION PUBLISHING, INC.'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING THE RULE 16 SCHEDULING CONFERENCE, CURRENTLY SCHEDULED FOR JANUARY 21, 2022, TO FEBRUARY 18, 2022, THE DATE OF THE HEARING ON ITS MOTION TO STAY DISCOVERY** |

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD**:

    **PLEASE TAKE NOTICE** that, pursuant to Local Rule 7-16, Plaintiff and Counterclaim-Defendant Activision Publishing, Inc. will and hereby does withdraw its *Ex Parte* Application seeking to continue the Rule 16 Scheduling Conference before this Court, currently scheduled for January 21, 2022, to February 18, 2022 (the "Application"; ECF No. 43).

    A revised *Ex Parte* Application will be filed at a later time.

DATED: January 4, 2022

MARC E. MAYER
KARIN G. PAGNANELLI
LINDSAY EDELSTEIN
MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Marc E. Mayer
    Marc E. Mayer (SBN 190969)
    Attorneys for Activision Publishing, Inc.

Mitchell Silberberg & Knupp LLP