

Mike Cilento <michael@ilawco.com>

## RE: [EXTERNAL] Activision v. Warzone 2:21-cv-03073-FLA-JC

1 message

**Edelstein, Lindsay** <lre@msk.com>                                  Mon, Jan 3, 2022 at 8:11 PM
To: Mike Cilento <michael@ilawco.com>, "Mayer, Marc" <MEM@msk.com>
Cc: "Pagnanelli, Karin" <KGP@msk.com>, Brett Lewis <brett@ilawco.com>, Roberto Ledesma <roberto@ilawco.com>, "Melara, Suguey" <szm@msk.com>

Hi Mike,


Happy New Year to you as well.  Attached please find a draft of the Joint Report, as well as our portion of the Discovery Worksheet.  As discussed during the parties' conference, we tried to keep it as neutral as possible.   Our portion is still pending client approval, so we reserve all rights to make further edits.


We'll review the draft ESI and Clawback Order.  We're working on an ESI protocol, and will get that to you later this week.


Regards,

Lindsay




**Lindsay R. Edelstein** | **Associate**

T: 917.546.7764 | lre@msk.com

**Mitchell Silberberg & Knupp** LLP | **www.msk.com**

437 Madison Ave., 25th Floor, New York, NY 10022

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

**From:** Mike Cilento <michael@ilawco.com>
**Sent:** Monday, January 3, 2022 6:47 PM
**To:** Mayer, Marc <MEM@msk.com>; Edelstein, Lindsay <lre@msk.com>

**Cc:** Pagnanelli, Karin <KGP@msk.com>; Brett Lewis <brett@ilawco.com>; Roberto Ledesma
<roberto@ilawco.com>; Melara, Suguey <szm@msk.com>
**Subject:** [EXTERNAL] Activision v. Warzone 2:21-cv-03073-FLA-JC

-EXTERNAL MESSAGE-

Marc and Lindsay - happy new year.

1) See attached draft ESI and Clawback Order, as we had discussed during our conference. Please let me know if it looks good.

2) Our Joint Report is due on Friday - can you please have a draft to me by, say, tomorrow?

3) Lindsay, you had said you would take the lead on an ESI protocol. Do you have a draft of that?

Thanks

Mike



**Michael D. Cilento, Esq.**

Lewis & Lin LLC

77 Sands Street, 6th Floor  |  Brooklyn, NY 11201

direct 347-404-5844  | fax 718-243-9326

iLawco.com  |  TrademarkAttorneys.com  |  Defamation.nyc

This electronic message transmission contains information from this law firm which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

**2 attachments**


**Activision v. Warzone - Joint Rule 26 Report(13844354.3).docx**
66K

**Exhibit A - Worksheet(13846727.1).pdf**
481K