UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC.<br><br>Plaintiff / Counterclaim Defendant,<br><br>v.<br><br>WARZONE.COM, LLC<br><br>Defendant / Counterclaimant. | CASE NO. 2:21-cv-3073-FLA (JCx)<br><br>**[PROPOSED] ORDER** |

On January 4, 2022, Plaintiff and Counterclaim-Defendant Activision Publishing, Inc. ("Activision") filed an ex parte application seeking an Order Continuing the Rule 16 Scheduling Conference, currently scheduled for January 21, 2022, to February 18, 2022 (the "First Ex Parte Application"). *See* ECF No. 43. On the same day, Activision withdrew its ex parte application (the "Second Ex Parte Application"). *See* ECF No. 44.

On January 5, 2022, Activision filed a second ex parte application seeking an Order Continuing the Rule 16 Scheduling Conference, currently scheduled for January 21, 2022, to February 18, 2022. *See* ECF No. 45.

On January 6, 2022, Defendant and Counterclaimant Warzone.com, LLC ("Warzone") submitted an opposition to the Second Ex Parte Application

opposing a continuance of the Scheduling Conference and seeking sanctions and fees against Activision for an abuse of *ex parte* relief procedures ("Opposition"). *See* ECF No. 47.

Having considered the submissions, papers, arguments contained in the Second Ex Parte Application and Opposition, and for good cause appearing, it is hereby ORDERED that:

1. The Second Ex Parte Application is DENIED;

2. Warzone shall have thirty (10) days from the date of this Order to submit documentation of costs, expenses, and reasonable attorneys' fees incurred in addressing the First Ex Parte Application and Second Ex Parte Application

IT IS SO ORDERED.

DATED: _____, 2022

_____
Honorable Fernando L. Aenlle-Rocha
United States District Court Judge