1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>WARZONE.COM, LLC,<br><br><br>    Defendants. | Case No. 2:21-cv-03073-FLA (JCx)<br><br>**ORDER GRANTING ACTIVISION PUBLISHING, INC.'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING THE RULE 16 SCHEDULING CONFERENCE, CURRENTLY SCHEDULED FOR JANUARY 21, 2022, TO FEBRUARY 18, 2022 [DKT. 46]** |
| WARZONE.COM, LLC,<br><br>    Counterclaimant,<br><br>  v.<br><br>ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br><br>    Counter-Defendant. | |

# **ORDER**

On January 5, 2022, Plaintiff and Counterclaim-Defendant Activision Publishing, Inc. ("Plaintiff" or "Activision") filed an ex parte Application for an Order Continuing the Rule 16 Scheduling Conference, currently scheduled for January 21, 2022, to February 18, 2022, the date of the hearing on its Motion to Stay Discovery (the "Application").  Dkt. 46.  On January 6, 2022, Defendant and Counterclaimant Warzone.com, LLC ("Defendant" or "Warzone") filed its opposition to the Application.  Dkt. 47.

Having considered the papers, arguments, and all other matters presented to the court, and for good cause appearing, it is hereby ORDERED that the Rule 16 Scheduling Conference set for January 21, 2022 is continued to February 18, 2022, at 1:30 p.m.  Plaintiff's duplicative ex parte Application dated January 4, 2022 is denied as moot. DKT. 43.

IT IS SO ORDERED.

Dated: January 7, 2022

FERNANDO L. AENLLE-ROCHA
United States District Court Judge