Name and address:
Marc E. Mayer (SBN 190969); mem@msk.com
Karin G. Pagnanelli (SBN 174763); kgp@msk.com
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., <br><br> Plaintiff(s) <br><br> v. <br><br> WARZONE.COM, LLC <br><br> Defendant(s). | CASE NUMBER <br> 2:21-cv-3073-FLA(JCX) <br><br> **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* (49) |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Edelstein, Lindsay R.
*Applicant's Name (Last Name, First Name & Middle Initial)*

of Mitchell Silberberg & Knupp LLP
437 Madison Avenue
New York, New York 10022

212-509-3900    212-509-7239
*Telephone Number    Fax Number*

lre@msk.com
*E-Mail Address*

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
ACTIVISION PUBLISHING, INC

*Name(s) of Party(ies) Represented*  ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

Mayer, Marc E.
*Designee's Name (Last Name, First Name & Middle Initial)*

of Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067

190969       (310) 312-2000       (310) 312-3100
*Designee's Cal. Bar No.    Telephone Number    Fax Number*

mem@msk.com
*E-Mail Address*

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
    ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated January 11, 2022

_____
**U.S. District Judge**


American LegalNet, Inc.
www.FormsWorkFlow.com