

**FILED**

OCT 25 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>    Plaintiff-counter-defendant-Appellee,<br><br>  v.<br><br>WARZONE.COM, LLC,<br><br>    Defendant-counter-claimant-Appellant. | No.   22-55831<br><br>D.C. No.<br>2:21-cv-03073-FLA-JC<br>Central District of California, Los Angeles<br><br>ORDER |

On October 16, 2023, the parties filed their concurrent supplemental briefs on the impact of *Jack Daniel's Properties, Inc. v. VIP Products LLC*, 599 U.S. 140 (2023), and whether this case should now be remanded to the district court for further consideration under *Jack Daniel's*. ECF 51–52. The court having reviewed the papers and pleadings, and good cause having been shown, we vacate the December 14, 2023 oral argument in this matter, vacate the district court's judgment, and remand this case for further proceedings consistent with *Jack Daniel's*. The parties shall bear their own attorney's fees, costs, and expenses on appeal. This order shall act as and for the mandate of this court.

**VACATED AND REMANDED.**

BY AND AT THE DIRECTION
OF THE COURT:

MOLLY C. DWYER
CLERK OF COURT