JS-5

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., <br><br>　　　　　　　Plaintiff, <br><br>　　　v. <br><br> WARZONE.COM, LLC, <br><br>　　　　　　　Defendant. | Case No. 2:21-cv-03073-FLA (JCx) <br><br> **ORDER REOPENING ACTION [DKT. 62]** |

## RULING

On August 15, 2022, the court granted Plaintiff Activision Publishing, Inc.'s ("Plaintiff") Motion to Dismiss Counterclaims and Motion for Judgment on the Pleadings (the "August 15 Order"). Dkt. 57. Defendant Warzone.com, LLC ("Defendant") timely filed an appeal. Dkt. 59.

On October 25, 2023, the Ninth Circuit Court of Appeals vacated the August 15 Order and remanded the action for further proceedings in light of the United States Supreme Court's decision in *Jack Daniel's Properties, Inc. v. VIP Products LLC*, 599 U.S. 140 (2023). Dkt. 62. Accordingly, the court ORDERS Plaintiff to file a supplemental brief, not exceeding ten (10) pages, addressing the impact of *Jack Daniel's* on its Motion (Dkt. 24) within fourteen (14) days of this Order. The court

1

ORDERS Defendant to file a responsive supplemental brief, not exceeding ten (10) pages, within fourteen (14) days of the filing of Plaintiff's supplemental brief.  The court further ORDERS that Plaintiff may file a reply brief, not exceeding five (5) pages, within seven (7) days of the filing of Defendant's responsive supplemental brief.

     IT IS SO ORDERED.

Dated: October 27, 2023

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge