MARC E. MAYER (SBN 190969)
  mem@msk.com
KARIN G. PAGNANELLI (SBN 174763)
  kgp@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

LINDSAY R. EDELSTEIN (*pro hac vice*)
  lre@msk.com
MITCHELL SILBERBERG & KNUPP LLP
437 Madison Ave., 25th Floor
New York, New York 10022-7001
Telephone: (212) 509-3900
Facsimile: (212) 509-7239

*Attorneys for Activision Publishing, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>WARZONE.COM, LLC,<br><br>Defendant.<br><br>WARZONE.COM, LLC,<br><br>Counterclaimant,<br><br>v.<br><br>ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>Counterclaim Defendant. | CASE NO. 2:21-cv-3073-FLA (JC)<br><br>Honorable Fernando L. Aenlle-Rocha<br><br>**JOINT STIPULATED REQUEST TO CONTINUE DEADLINES IN BRIEFING SCHEDULE ADDRESSING IMPACT OF *JACK DANIEL'S***<br><br>Current Response Date for Supp. Brief: Nov. 10, 2023<br>New Response Date for Supp. Brief: Nov. 17, 2023<br><br>Current Response Date for Resp. Brief: Nov. 24, 2023<br>New Response Date for Resp. Brief: Dec. 8, 2023<br><br>Current Response Date for Reply Brief: Dec. 1, 2023<br>New Response Date for Reply Brief: Dec. 15, 2023<br><br>[Declaration of Marc E. Mayer and (Proposed) Order filed concurrently herewith] |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN**:

This Stipulation is entered into between and among Plaintiff and Counterclaim Defendant Activision Publishing, Inc. ("Activision"), through its counsel of record, and Defendant and Counterclaimant Warzone.com, LLC ("Warzone"), through its counsel of record, and is based on the following facts:

1. The Complaint in this action was filed on April 8, 2021. ECF 1.

2. On August 15, 2022, this Court granted Activision's Motion (the "Motion"; ECF 24) to Dismiss Warzone's Counterclaims and for Judgment on the Pleadings (the "Decision"; ECF 57).

3. Thereafter, on September 9, 2022, Warzone appealed the Court's Decision to the Ninth Circuit Court of Appeals. ECF 59.

4. Following the Supreme Court of the United States' decision in *Jack Daniel's Props., Inc. v .VIP Prods. LLC*, 599 U.S. 140 (2023) ("*Jack Daniel's*"), on October 25, 2023 the Ninth Circuit vacated the Court's Decision and remanded this case for further proceedings consistent with *Jack Daniel's*. ECF 62.

5. On October 27, 2023, this Court ordered briefing to address the impact of *Jack Daniel's* on the Motion (ECF 24) pursuant to the following schedule:

| | |
|---|---|
| Activision's Supplemental Brief | Due Nov. 10, 2023 |
| Warzone's Responsive Brief | Due Nov. 24, 2023 |
| Activision's Reply Brief | Due Dec. 1, 2023 |

ECF 63.

6. Due to intervening professional and personal commitments in the upcoming weeks, as well the Thanksgiving holiday, good cause exists for the requested continuance of the current deadlines set by the Court in its October 27, 2023 Order. The proposed revised briefing schedule is set forth below:

| | |
|---|---|
| Activision's Supplemental Brief | Due Nov. 17, 2023 |

Mitchell Silberberg & Knupp LLP

2

| | |
|---|---|
| Warzone's Responsive Brief | Due Dec. 8, 2023 |
| Activision's Reply Brief | Due Dec. 15, 2023 |

7.  This is the parties' first request for a continuance of these deadlines.

8.  WHEREFORE, the parties hereby jointly stipulate and request that the Court continue each of the current deadlines for briefing as set forth by the Court in its October 27, 2023 Order in accordance with the proposed briefing schedule above, and hereby stipulate that the Court may enter the concurrently lodged Proposed Order effecting said continuance.

DATED: NOVEMBER 2, 2023
MARC E. MAYER
KARIN G. PAGNANELLI
LINDSAY R. EDELSTEIN
MITCHELL SILBERBERG & KNUPP LLP

By: */s/ Marc E. Mayer*
Marc E. Mayer (SBN 190969)
Attorneys for Counterclaim Defendant

DATED: NOVEMBER 1, 2023
MICHAEL D. CILENTO
BRETT E. LEWIS
LEWIS & LIN, LLC

By: */s/ Michael D. Cilento*
Michael D. Cilento (*pro hac vice*)
Attorneys for Counterclaimant

### Attestation Regarding Signatures- Local Rule 5-4.3.4(a)(2)(i)

I, Marc E. Mayer, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: November 2, 2023
*/s/ Marc E. Mayer*
Marc E. Mayer