MARC E. MAYER (SBN 190969)
  mem@msk.com
KARIN G. PAGNANELLI (SBN 174763)
  kgp@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

LINDSAY R. EDELSTEIN (*pro hac vice*)
  lre@msk.com
MITCHELL SILBERBERG & KNUPP LLP
437 Madison Ave., 25th Floor
New York, New York 10022-7001
Telephone: (212) 509-3900
Facsimile: (212) 509-7239

*Attorneys for Plaintiff and Counterclaim Defendant*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>WARZONE.COM, LLC,<br><br>    Defendant.<br><br>WARZONE.COM, LLC,<br><br>    Counterclaimant,<br><br>    v.<br><br>ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>    Counterclaim Defendant. | CASE NO. 2:21-cv-3073-FLA (JC)<br><br>Honorable Judge Fernando L. Aenlle-Rocha<br><br>**DECLARATION OF MARC E. MAYER IN SUPPORT OF JOINT STIPULATED REQUEST TO CONTINUE DEADLINES IN BRIEFING SCHEDULE ADDRESSING IMPACT OF *JACK DANIEL'S***<br><br>[Joint Stipulated Request and (Proposed) Order filed concurrently herewith] |

I, Marc E. Mayer, declare as follows:

1. I am an attorney-at-law, duly licensed to practice law in the State of California and before this court. I am, through my professional corporation, a partner with the law firm of Mitchell Silberberg & Knupp LLP ("MSK"), counsel of record for Plaintiff and Counterclaim Defendant Activision Publishing, Inc. ("Activision") in this action. I make this Declaration in support of the "Joint Stipulated Request To Continue Deadlines In Briefing Schedule Addressing Impact Of *Jack Daniel's*." I have personal knowledge of the following facts, and, if called as a witness, could and would competently testify thereto.

2. The Complaint in this action was filed on April 8, 2021. ECF 1.

3. On August 15, 2022, this Court granted Activision's Motion (the "Motion"; ECF 24) to Dismiss Warzone's Counterclaims and for Judgment on the Pleadings. ECF 57 (the "Decision").

4. Thereafter, on September 9, 2022, Warzone appealed the Court's Decision to the Ninth Circuit Court of Appeals. ECF 59.

5. Following the Supreme Court of the United States' decision in *Jack Daniel's Props., Inc. v .VIP Prods. LLC*, 599 U.S. 140 (2023) ("*Jack Daniel's*"), on October 25, 2023 the Ninth Circuit vacated the Court's Decision and remanded this case for further proceedings consistent with *Jack Daniel's*. ECF 62.

6. On October 27, 2023, this Court ordered briefing to address the impact of *Jack Daniel's* on its Motion (Dkt. 24) pursuant to the following schedule:

| | |
|---|---|
| Activision's Supplemental Brief | Due Nov. 10, 2023 |
| Warzone's Responsive Brief | Due Nov. 24, 2023 |
| Activision's Reply Brief | Due Dec. 1, 2023 |

ECF 63.

7. I have certain previously-scheduled professional commitments that interfere with the current schedule. From October 28, 2023 through November 3,

2023, both my partner Karin Pagnanelli and I will be in Tokyo for a work conference. Upon returning to the United States, I have court deadlines in another matter that would make adherence to the above-referenced schedule difficult.

8. In addition, Warzone's current deadline to file its responsive brief falls on the day after Thanksgiving, when most offices and the Court are closed, and I understand that counsel for Warzone has previously-scheduled vacations planned for late-November.

9. Accordingly, because of the parties numerous intervening professional and personal commitments in the upcoming weeks, good cause exists to continue the deadlines in the briefing schedule as follows:

| | |
|---|---|
| Activision's Supplemental Brief | Due Nov. 17, 2023 |
| Warzone's Responsive Brief | Due Dec. 8, 2023 |
| Activision's Reply Brief | Due Dec. 15, 2023 |

10. This the parties' first request for a continuance of these deadlines.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of November 2023, in Tokyo, Japan.

*/s/ Marc E Mayer*
MARC E. MAYER