# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WARZONE.COM, LLC,<br><br>　　　　Defendant. | CASE NO. 2:21-cv-3073-FLA (JC)<br><br>Honorable Judge Fernando L. Aenlle-Rocha<br><br>**[PROPOSED] ORDER APPROVING JOINT STIPULATED REQUEST TO CONTINUE DEADLINES IN BRIEFING SCHEDULE ADDRESSING IMPACT OF *JACK DANIEL'S*** |
| WARZONE.COM, LLC,<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>　　　　Counterclaim Defendant. | Current Response Date for Supp. Brief: Nov. 10, 2023<br>New Response Date for Supp. Brief: Nov. 17, 2023<br><br>Current Response Date for Resp. Brief: Nov. 24, 2023<br>New Response Date for Resp. Brief: Dec. 8, 2023<br><br>Current Response Date for Reply Brief: Dec. 1, 2023<br>New Response Date for Reply Brief: Dec. 15, 2023 |

Mitchell Silberberg & Knupp LLP

### [PROPOSED] ORDER

The Court, having considered the Joint Stipulated Request of Activision Publishing, Inc. ("Activision") and Warzone.com, LLC ("Warzone") to Continue Deadlines in Briefing Schedule Addressing Impact of *Jack Daniel's*. Good cause appearing, the Court hereby orders as follows:

All deadlines for briefing by the parties addressing the impact of *Jack Daniel's* are hereby continued. The revised briefing schedule is as follows:

| | |
|---|---|
| Activision's Supplemental Brief | Due Nov. 17, 2023 |
| Warzone's Responsive Brief | Due Dec. 8, 2023 |
| Activision's Reply Brief | Due Dec. 15, 2023 |

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
Honorable Fernando L. Aenlle-Rocha
United States District Judge

Mitchell Silberberg & Knupp LLP

2