UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WARZONE.COM, LLC,<br><br>　　　　　Defendant. | Case No. 2:21-cv-03073-FLA (JCx)<br><br>**ORDER APPROVING JOINT STIPULATION TO CONTINUE DEADLINES IN BRIEFING SCHEDULE [DKT. 64]** |

1

**RULING**

On November 1, 2023, Plaintiff Activision Publishing, Inc. ("Activision") and Defendant Warzone.com, LLC ("Warzone") filed a Joint Stipulation to extend the briefing deadlines the court previously set (Dkt. 63) for the parties to address *Jack Daniel's Props., Inc. v. VIP Prods. LLC*, 599 U.S. 140 (2023) (the "Stipulation"). Dkt. 64.  The court, having considered the Stipulation, and finding good cause therefor, hereby APPROVES the Stipulation and REVISES the briefing schedule as follows:

| Event | New Due Date |
| --- | --- |
| Activision's Supplemental Brief | November 17, 2023 |
| Warzone's Responsive Brief | December 8, 2023 |
| Activision's Reply Brief | December 15, 2023 |

IT IS SO ORDERED.

Dated: November 6, 2023

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2