MARC E. MAYER (SBN 190969)
  mem@msk.com
KARIN G. PAGNANELLI (SBN 174763)
  kgp@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

LINDSAY R. EDELSTEIN (*pro hac vice*)
  lre@msk.com
MITCHELL SILBERBERG & KNUPP LLP
437 Madison Ave., 25th Floor
New York, New York 10022-7001
Telephone: (212) 509-3900
Facsimile: (212) 509-7239

*Attorneys for Activision Publishing, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>WARZONE.COM, LLC,<br><br>    Defendant.<br><br>WARZONE.COM, LLC,<br><br>    Counterclaimant,<br><br>v.<br><br>ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>    Counterclaim-Defendant. | CASE NO. 2:21-cv-3073-FLA (JCx)<br><br>[Assigned to Judge Fernando L. Aenlle-Rocha]<br><br>**FIRST JOINT STIPULATION TO CONTINUE TRIAL AND ALL RELATED DEADLINES**<br><br>*[Declaration of Marc E. Mayer and (Proposed) Order filed concurrently herewith]*<br><br>Filed: April 8, 2021<br>Trial: March 25, 2025 |

Mitchell Silberberg & Knupp LLP

**FIRST JOINT STIPULATION TO CONTINUE TRIAL AND RELATED DEADLINES**

Plaintiff/Counterclaim-Defendant Activision Publishing, Inc. ("Activision") and Defendant/Counterclaimant Warzone.com, LLC ("Warzone," together with Activision, the "Parties"), by and through their respective counsel of record, enter into this First Joint Stipulation to Continue Trial and Related Deadlines based on the following facts:

WHEREAS, Activision filed the Complaint in this action on April 8, 2021. ECF 1.

WHEREAS, on February 15, 2022, this Court issued an Order staying discovery (the "Stay"; ECF 55) pending the Court's issuance of an Order on Activision's Motion to Dismiss Warzone's Counterclaims and for Judgment on the Pleadings (the "Motion"; ECF 24).

WHEREAS, on August 15, 2022, this Court granted Activision's Motion (the "Decision"; ECF 57).

WHEREAS, on September 9, 2022, Warzone appealed the Court's Decision to the Ninth Circuit Court of Appeals. ECF 59.

WHEREAS, following the Supreme Court of the United States' decision in *Jack Daniel's Props., Inc. v .VIP Prods. LLC*, 599 U.S. 140 (2023) ("Jack Daniel's"), on October 25, 2023 the Ninth Circuit vacated the Court's Decision and remanded this case for further proceedings consistent with *Jack Daniel's*. ECF 62.

WHEREAS, on April 11, 2024, this Court denied Activision's Motion, vacated its prior Decision, and lifted the Stay. ECF 69.

WHEREAS, on April 11, 2024, this Court issued a Scheduling Order setting a trial date of March 25, 2025 (the "Scheduling Order"; ECF 70), with a pretrial conference scheduled for March 7, 2025. *Id.*

WHEREAS, under the Scheduling Order, the deadline to complete fact discovery is October 18, 2024, and the deadline to complete expert discovery is November 22, 2024. *Id.*

WHEREAS, the Parties have agreed that "good cause" exists, for the reasons set forth below – subject to Court approval – to continue the trial date and all related pretrial, discovery, expert, and motion deadlines by approximately 60 days, or as soon thereafter as is convenient for the Court. Declaration of Marc E. Mayer ("Mayer Decl.") ¶ 10.

WHEREAS, recently, the Parties agreed to engage in private mediation, in late May of 2024. *Id.* ¶ 11.

WHEREAS, pursuant to the Scheduling Order, C.D. Cal. L.R. 37-1, and Magistrate Judge Chooljian's Individual Practices, in order to comply with the current deadlines set forth in the Scheduling Order, the Parties would need to, *inter alia*, engage in a fulsome document exchange, take depositions, engage in third-party discovery, and start preparing expert disclosures on or before August of 2024 in order to timely file motions (if any) challenging the adequacy of discovery responses. *Id.* ¶ 12.

WHEREAS, the Parties jointly believe that if they are required to split their efforts and incur the expense of such discovery in the next month and a half, the mediation may prove less fruitful. *Id.* ¶ 13.

WHEREAS, if the requested continuance is granted, the Parties believe they can more effectively focus their efforts on preparing for the mediation. *Id.* ¶ 14.

WHEREAS, as a result of the foregoing, as well as the Parties' mutual desire to engage in a meaningful mediation, the Parties have agreed, subject to Court approval, that "good cause" exists to continue the trial date and all related pretrial, discovery, expert, and motion deadlines by approximately 60 days, as set forth below, or as soon thereafter as is convenient for the Court:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Non-Expert Discovery Cut-off | 10/18/2024 | 12/17/2024 |
| Expert Disclosure (Initial) | 10/25/2024 | 1/10/2025 |
| Expert Disclosure (Rebuttal) | 11/8/2024 | 1/24/2025 |

| Expert Discovery Cut-off | 11/22/2024 | 2/7/2025 |
|---|---|---|
| Last Date to Hear Motions | 1/10/2025 | 3/14/2025 |
| Trial Filings (first round) | 2/7/2025 | 4/8/2025 |
| Trial Filings (second round) | 2/21/2025 | 4/22/2025 |
| Final Pretrial Conference (at 11:00 a.m.) | 3/7/2025 | 5/9/2025 |
| Trial (at 8:30 a.m.) | 3/25/2025 | 5/27/2025 |

WHEREAS, this is the Parties' first request for a continuance of any of the trial or pre-trial deadlines set forth in the Scheduling Order. *Id.* ¶ 16.

NOW THEREFORE, the Parties, by and through their counsel, hereby stipulate and agree, subject to Court approval, to the modified schedule set forth above.

IT IS SO STIPULATED.

DATED: APRIL 25, 2024   MARC E. MAYER
KARIN G. PAGNANELLI
LINDSAY R. EDELSTEIN
MITCHELL SILBERBERG & KNUPP LLP

By: */s/ Marc E. Mayer*
Marc E. Mayer (SBN 190969)
Attorneys for Activision

DATED: APRIL 25, 2024   MICHAEL D. CILENTO
BRETT E. LEWIS
LEWIS & LIN, LLC

By: /s/ Michael D. Cilento
Michael D. Cilento (*pro hac vice*)
Attorneys for Warzone

Mitchell
Silberberg &
Knupp LLP

4

**FIRST JOINT STIPULATION TO CONTINUE TRIAL AND RELATED DEADLINES**

**Attestation Regarding Signatures- Local Rule 5-4.3.4(a)(2)(i)**

I, Marc E. Mayer, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: April 25, 2024          /s/ Marc E. Mayer
                                              Marc E. Mayer