# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WARZONE.COM, LLC,<br><br>　　　　Defendant.<br><br>WARZONE.COM, LLC,<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>　　　　Counterclaim-Defendant. | CASE NO. 2:21-cv-3073-FLA (JCx)<br><br>[Assigned to Judge Fernando L. Aenlle-Rocha]<br><br>**[PROPOSED] ORDER GRANTING FIRST JOINT STIPULATION TO CONTINUE TRIAL AND ALL RELATED DEADLINES**<br><br>Filed: April 8, 2021<br>Trial: March 25, 2025 |

Mitchell Silberberg & Knupp LLP

1

**[PROPOSED] ORDER**

# [PROPOSED] ORDER

The Court has considered the Parties' First Joint Stipulation to Continue the Trial Date and Related Deadlines by Approximately 60 Days and finding good cause for same, it is hereby ORDERED that the current case schedule (ECF 70) is modified as follows:

| Event | Proposed Deadline |
|---|---|
| Non-Expert Discovery Cut-Off | 12/17/2024 |
| Expert Disclosure (Initial) | 1/10/2025 |
| Expert Disclosure (Rebuttal) | 1/24/2025 |
| Expert Discovery Cut-off | 2/7/2025 |
| Last Date to Hear Motions | 3/14/2025 |
| Trial Filings (first round) | 4/8/2025 |
| Trial Filings (second round) | 4/22/2025 |
| Final Pretrial Conference (at 11:00 a.m.) | 5/9/2025 |
| Trial (at 8:30 a.m.) | 5/27/2025 |

IT IS SO ORDERED.

Dated: _____

_____
Hon. Fernando L. Aenlle-Rocha
United States District Court Judge

Mitchell Silberberg & Knupp LLP