Alyssa K. Schabloski (SBN 258876)
aks@gladiuslaw.com
GLADIUS LAW, APC
2708 Wilshire Blvd., No. 426
Santa Monica, CA 90403
Tel: (310) 734-0720

Brett E. Lewis (*pro hac vice*)
brett@iLawco.com
Roberto Ledesma (*pro hac vice*)
roberto@ilawco.com
Michael D. Cilento (*pro hac vice*)
michael@iLawco.com
LEWIS & LIN, LLC
77 Sands Steet, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326

*Attorneys for Warzone.Com, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC. *Plaintiff / Counterclaim Defendant*, v. WARZONE.COM, LLC, *Defendant / Counterclaimant*. | CASE NO. 2:21-cv-3073-FLA (JCx) **WARZONE.COM, LLC'S SUPPLEMENTAL NOTICE OF INTERESTED PARTIES AND CORPORTATE DISCLOSURE STATEMENT** [Fed. R. Civ. Pro. 7.1; L.R. 7.1-1] |

1

1 **PLEASE TAKE NOTICE**, pursuant to Local Rule 7.1-1, to enable the
2 Court to evaluate possible disqualification or recusal, the undersigned counsel for
3 Defendant and Counterclaimant Warzone.com, LLC ("Warzone") certifies that the
4 following parties may have a pecuniary interest in the outcome of this case:

5     Jay Westerdal;
6     Michael Gargiulo;
7     WesterdalCorp, LLC; and
8     VPN.com LLC.

9     Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), the undersigned
10 counsel certifies that Warzone is a non-governmental corporation, and that this
11 party does not have a parent corporation, nor is there any publicly held corporation
12 that owns 10% or more of this party's stock.

14 DATED: April 26, 2024

15     Brett E. Lewis
16     Roberto Ledesma
    Michael D. Cilento
17     **LEWIS & LIN, LLLC**

18     Alyssa Schabloski
19     **GLADIUS LAW, APC**

20     By: *Michael Cilento*
21     Michael D. Cilento (*pro hac vice*)

22     *Attorneys for Warzone.com LLC*