Alyssa K. Schabloski (SBN 258876)
aks@gladiuslaw.com
GLADIUS LAW, APC
2708 Wilshire Blvd., No. 426
Santa Monica, CA 90403
Tel: (310) 734-0720

Brett E. Lewis (*pro hac vice*)
brett@iLawco.com
Roberto Ledesma (*pro hac vice*)
roberto@ilawco.com
Michael D. Cilento (*pro hac vice*)
michael@iLawco.com
LEWIS & LIN, LLC
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326

Attorneys for Warzone.com, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., <br><br> *Plaintiff / Counterclaim Defendant*, <br><br> v. <br><br> WARZONE.COM, LLC, <br><br> *Defendant / Counterclaimant*. | CASE NO. 2:21-cv-3073-FLA (JC) <br><br> **JOINT MEDIATION REPORT** |

1  Pursuant to L.R. 16-15, General Order 11-10, and this Court's Scheduling
2  Order dated April 11, 2024 (Dkt. 70), Plaintiff / Counterclaim Defendant
3  Activision Publishing, Inc. and Defendant / Counterclaimant Warzone.com, LLC
4  hereby advise the Court that a private, in-person mediation was held in this case on
5  May 31, 2024. The individual parties, and their respective trial counsel and
6  designated corporate representatives, did appear as required by L.R. 16-15.5. The
7  case did not settle at the mediation. Any further settlement talks will be facilitated
8  through the parties themselves, and the Parties will inform the Court if settlement
9  appears likely or if the parties believe Court facilitation would be helpful.

DATED: JULY 9, 2024

BRETT E. LEWIS
MICHAEL D. CILENTO
**LEWIS & LIN, LLC**

By: */s/ Michael D. Cilento*
Michael D. Cilento (*pro hac vice*)
Attorneys for Warzone

DATED: JULY 9, 2024

MARC E. MAYER
KARIN G. PAGNANELLI
LINDSAY R. EDELSTEIN
**MITCHELL SILBERBERG & KNUPP LLP**

By: */s/ Marc E. Mayer*
Marc E. Mayer (SBN 190969)
Attorneys for Activision

**Attestation Regarding Signatures- Local Rule 5-4.3.4(a)(2)(i)**

I, Michael D. Cilento, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: JULY 9, 2024

*/s/ Michael D. Cilento*
Michael D. Cilento