Jane Jaang
Lewis & Lin LLC
77 Sands Street, 6th Floor
Brooklyn, NY 11201

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Activision Publishing, Inc., a Delaware corporation<br><br>             Plaintiff-ctr-defendant<br>v.<br><br>Warzone.com, LLC<br><br>             Defendant-ctr-claimant. | CASE NUMBER<br><br>2:21-cv-03073-FLA-JC<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Jane Jaang                                                                  of   Lewis & Lin LLC
*Applicant's Name (Last Name, First Name & Middle Initial)*                      77 Sands Street, 6th Floor
(718) 243-9323                    (718) 243-9326                                 Brooklyn, NY 11201
*Telephone Number*                *Fax Number*
jane@ilawco.com
*E-Mail Address*                                                                 *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Warzone.com, LLC

*Name(s) of Party(ies) Represent*              ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☒ *Other:*  Defendant-ctr-claimant

**and designating as Local Counsel**

Schabloski, Alyssa K.                                                       of   Gladius Law, APC
*Designee's Name (Last Name, First Name & Middle Initial)*                       2708 Wilshire Blvd. #426
258876                    310.734.0720          310.734.0722                     Santa Monica, CA 90403
*Designee's Cal. Bar No.*  *Telephone Number*    *Fax Number*
aks@gladiuslaw.com
*E-Mail Address*                                                                 *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:  ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:** Click here to enter a date.

                                                                **U.S. District Judge/U.S. Magistrate Judge**