Jane Jaang
Lewis & Lin LLC
77 Sands Street, 6th Floor
Brooklyn, NY 11201

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Activision Publishing, Inc., a Delaware corporation<br><br>　　　　　　　Plaintiff-ctr-defendant<br>　　　v.<br><br>Warzone.com, LLC<br><br>　　　　　　　Defendant-ctr-claimant. | CASE NUMBER<br><br>2:21-cv-03073-FLA-JC<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [83] |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Jane Jaang    of    Lewis & Lin LLC
*Applicant's Name (Last Name, First Name & Middle Initial)*    77 Sands Street, 6th Floor
(718) 243-9323    (718) 243-9326    Brooklyn, NY 11201
*Telephone Number*    *Fax Number*
jane@ilawco.com
*E-Mail Address*    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Warzone.com, LLC

*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☒ *Other:*   Defendant-ctr-claimant

**and designating as Local Counsel**

Schabloski, Alyssa K.    of    Gladius Law, APC
*Designee's Name (Last Name, First Name & Middle Initial)*    2708 Wilshire Blvd. #426
258876    310.734.0720    310.734.0722    Santa Monica, CA 90403
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*
aks@gladiuslaw.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:　☐ for failure to pay the required fee.
　　　　　　☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
　　　　　　☐ for failure to complete Application: _____
　　　　　　☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
　　　　　　☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
　　　　　　☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: September 11, 2024**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**