MARC E. MAYER (SBN 190969)
  mem@msk.com
KARIN G. PAGNANELLI (SBN 174763)
  kgp@msk.com
ALEXANDRA L. ANFUSO (SBN 333440)
  ala@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

LINDSAY EDELSTEIN (*pro hac vice*)
  lre@msk.com
MITCHELL SILBERBERG & KNUPP LLP
437 Madison Ave., 25th Floor
New York, New York 10022-7001
Telephone: (212) 509-3900
Facsimile: (212) 509-7239

Attorneys for Activision Publishing, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>WARZONE.COM, LLC,<br><br>    Defendants.<br><br>WARZONE.COM, LLC,<br><br>    Counterclaimant,<br><br>    v.<br><br>ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>    Counterdefendant. | CASE NO. 2:21-cv-3073-FLA (JCx)<br><br>[Discovery Document: Referred To Magistrate Judge Jacqueline Chooljian]<br><br>**PLAINTIFF ACTIVISION PUBLISHING, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL FURTHER RESPONSES TO INTERROGATORY 14 (REGARDING DAMAGES) AND DOCUMENT REQUESTS 102 AND 67 (REGARDING REVENUE AND EXPENSES)**<br><br>[Joint Stipulation (L.R. 37-2), Declaration of Marc E. Mayer, Declaration of Michael D. Cilento in Opposition Thereto, and (Proposed) Order filed concurrently herewith]<br><br>Hearing Date: October 29, 2024<br>Hearing Time: 9:30 a.m.<br>Fact Discovery: December 17, 2024<br>Pretrial Conference: May 19, 2025<br>Trial: May 27, 2025 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on October 29, 2024, at 9:30 a.m., or as soon thereafter as the matter may be heard in Courtroom 750 of the United States District Court for the Central District of California, located at Roybal Federal Building and United States Courthouse, 255 East Temple Street, Los Angeles, CA, 90012, the Honorable Jacqueline Chooljian, Magistrate Judge presiding, Plaintiff Activision Publishing, Inc. ("Activision") will and hereby do move the Court for an order pursuant to U.S. District Court – Central District Rules 37-1 and 37-2, and Rules 26, 33, and 34 of the Federal Rules of Civil Procedure compelling Defendant Warzone.com, LLC ("Warzone") to further respond to Activision's Interrogatory 14 (Regarding Damages) And Document Requests 102 And 67 (Regarding Revenue And Expenses).

A copy of the Court's pre-trial scheduling order (ECF 75) is attached as Exhibit A to this Notice of Motion.

This Motion is supported by the Local Rule 37-2 Joint Stipulation and the accompanying declarations and exhibits attached thereto, the complete files and records in this action, any supplemental memoranda filed pursuant to Local Rule 37-2.3, such oral argument as may be made by counsel during the hearing on this Motion, if any, and upon other such matters as the Court deems proper.

DATED: SEPTEMBER 30, 2024    MARC E. MAYER
KARIN G. PAGNANELLI
ALEXANDRA L. ANFUSO
LINDSAY R. EDELSTEIN
MITCHELL SILBERBERG & KNUPP LLP

By: */s/ Marc E. Mayer*
    Marc E. Mayer (SBN 190969)
    Attorneys for Activision Publishing, Inc.

# EXHIBIT A

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>WARZONE.COM, LLC,<br><br>    Defendant. | Case No. 2:21-cv-3073-FLA (JCx)<br><br>**ORDER APPROVING FIRST JOINT STIPULATION TO CONTINUE TRIAL AND ALL RELATED DEADLINES [DKT. 73]** |
| WARZONE.COM, LLC,<br><br>    Counterclaimant,<br><br>    v.<br><br>ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>    Counterclaim-Defendant. | |

Case 2:21-cv-00073-FLA-JC Document 75 Filed 02/30/24 Page 2 of 5 Page ID #:608

# **ORDER**

The Court has considered the Parties' First Joint Stipulation to Continue the Trial Date and Related Deadlines by Approximately 60 Days. Finding good cause therefor, it is hereby ORDERED that the current case schedule (Dkt. 70) is MODIFIED as follows:

| Event | Deadline |
|---|---|
| Non-Expert Discovery Cut-Off | 12/17/2024 |
| Expert Disclosure (Initial) | 1/10/2025 |
| Expert Disclosure (Rebuttal) | 1/24/2025 |
| Expert Discovery Cut-off | 2/7/2025 |
| Last Date to Hear Motions | 3/14/2025 |
| Deadline to Complete Settlement Conference | 1/31/2025 (private mediation) |
| Trial Filings (first round) | 4/8/2025 |
| Trial Filings (second round) | 4/22/2025 |
| Final Pretrial Conference | 5/19/2025, at 1:30 p.m. |
| Trial | 5/27/2025, at 8:15 a.m. |

IT IS SO ORDERED.

Dated: __April 29, 2024_____

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge