# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WARZONE.COM, LLC,<br><br>　　　　Defendants.<br><br>WARZONE.COM, LLC,<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>　　　　Counterdefendant. | CASE NO. 2:21-cv-3073-FLA (JCx)<br><br>[Discovery Document: Referred To Magistrate Judge Jacqueline Chooljian]<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF ACTIVISION PUBLISHING, INC.'S NOTICE OF MOTION AND COMPEL FURTHER RESPONSES TO INTERROGATORY 14 (REGARDING DAMAGES) AND DOCUMENT REQUESTS 102 AND 67 (REGARDING REVENUE AND EXPENSES)**<br><br>Hearing Date: October 29, 2024<br>Hearing Time: 9:30 a.m.<br>Fact Discovery: December 17, 2024<br>Pretrial Conference: May 19, 2025<br>Trial: May 27, 2025 |

Mitchell Silberberg & Knupp LLP

20210264.1

## **ORDER**

Before the Court is Plaintiff Activision Publishing, Inc. ("Activision") Motion to Compel Further Responses to Interrogatory 14 (Regarding Damages) and Document Requests 102 and 67 (Regarding Revenue and Expenses). Having reviewed the papers and heard oral argument, and for good cause shown, the Court hereby GRANTS the motion in its entirety.  Warzone.com, LLC shall provide supplemental responses to Interrogatory 14 and Document Requests 102 and 67 within fourteen (14) days.

**IT IS SO ORDERED.**

DATED: _____

_____
Honorable Judge Jacqueline Chooljian
United States Magistrate Court Judge