UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-03073-FLA-JCx | Date | October 29, 2024 |
|---|---|---|---|
| Title | Activision Publishing, Inc. v. Warzone.com, LLC | | |

| Present: | Hon. Jacqueline Chooljian, United States Magistrate Judge |
|---|---|

| Kerri Hays | CS 10/29/2024 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff/ Counterclaim Defendant: | Attorney Present for Defendant/Counterclaimant: |
|---|---|
| Marc Ellis Mayer<br>Lindsay R. Edelstein (via Zoom) | Michael D. Cilento (via Zoom) |

**Proceedings:** **HEARING ON, AND ORDER GRANTING IN PART AND DENYING IN PART ACTIVISION PUBLISHING, INC.'S MOTION TO COMPEL [85]**

Case called. Counsel for Plaintiff/Counterclaim Defendant Activision Publishing, Inc. ("Activision") and Defendant/Counterclaimant Warzone.com, LLC ("Warzone") made their appearances.

The Court heard updates and argument from counsel on Activision's Motion to Compel.

For the reasons explained on the record, the Court granted in part and denied in part Activision's Motion to Compel as detailed below.

As to Interrogatory No. 14, the Court granted Activision's Motion to Compel and ordered Warzone to produce a further supplemental response within fourteen (14) days, concisely and clearly (1) identifying the categories/types of injuries that it claims to have suffered as a result of Activision's conduct alleged in the Counterclaims (e.g., loss of reputation, loss of goodwill, diminution in the value of the mark); and (2) for each claimed injury (a) stating the amount of damages it suffered/is claiming to the extent

Initials of Preparer   00:55
klh

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-03073-FLA-JCx | Date | October 29, 2024 |
|---|---|---|---|
| Title | Activision Publishing, Inc. v. Warzone.com, LLC | | |

currently known; or (b) if not currently known, stating that fact and the factors upon which it intends to rely to assess/calculate the same. The Court reminded Warzone of its obligation timely to supplement its response to the extent appropriate.

As to Request for Production No. 67, the Court granted in part and denied in part Activision's Motion to Compel and ordered Warzone, within fourteen (14) days, to produce all invoices in its possession, custody or control that reflect its expenses relating to the WARZONE GAME from January 1, 2017, to the present, and a supplemental response indicating that it has done so.

As to Request for Production No. 102, the Court denied Activision's Motion to Compel as moot.

Initials of Preparer  00:55  klh