Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
21-3073@cases.warrenlex.com
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for Defendant / Counterclaimant Warzone.com, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC.,<br><br>  Plaintiff / Counterclaim Defendant,<br><br>v.<br><br>WARZONE.COM, LLC,<br><br>  Defendant / Counterclaimant. | Case No. 2:21-cv-3073-FLA (JCx)<br><br>**NOTICE OF APPEARANCE OF FRANCESCA M. S. GERMINARIO FOR WARZONE.COM, LLC** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Francesca M. S. Germinario, an attorney admitted to practice before this Court, with the law firm Warren Kash Warren LLP, 2261 Market Street, No. 606 San Francisco, California, 94114, 21-3073@cases.warrenlex.com, appears as counsel for Warzone.com, LLC. This filing constitutes the first appearance in this case of the attorney listed above. Other members of this attorney's firm have previously appeared in the case. Please serve all pleadings, correspondence, and other materials on Ms. Germinario at the above address.

|   |   |
|---|---|
| 1 | Date: November 13, 2024 |

<div style="display:flex">

1

2  Date: November 13, 2024

3

4

5

6

7

8

</div>

Date:  November 13, 2024

Respectfully submitted,

_____
Francesca M. S. Germinario (State Bar No. 203679)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-3073@cases.warrenlex.com

*Attorneys for Defendant /
Counterclaimant Warzone.com, LLC*

– 2 –
NOTICE OF APPEARANCE OF FRANCESCA M. S. GERMINARIO FOR WARZONE.COM, LLC