# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING. INC.<br><br>Plaintiff(s)<br>v.<br><br>WARZONE.COM, LLC<br><br>Defendant(s) | CASE NUMBER<br><br>2:21 -CV-3073-FLA (JCx)<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

☐ The Court hereby orders that the request of:

☐ Plaintiff  ☐ Defendant  ☐ Other

*Name of Party*

☐ to substitute _____ who is

☐ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

_____
*Street Address*

_____     _____
*City, State, Zip*                          *E-Mail Address*

_____   _____   _____
*Telephone Number*              *Fax Number*                     *State Bar Number*

as attorney of record instead of _____
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby** ☐ GRANTED  ☐ DENIED

☒ The Court hereby orders that the request of  Alyssa K. Schabloski

*List **all** attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for  WARZONE.COM, LLC

**is hereby** ☒ GRANTED  ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated _____

_____
U. S. District Judge/U.S. Magistrate Judge

G–01 ORDER (02/24)   (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY