**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

ACTIVISION PUBLISHING. INC.

Plaintiff(s)

v.

WARZONE.COM, LLC

Defendant(s)

CASE NUMBER

2:21 -CV-3073-FLA (JCx)

**(PROPOSED) ORDER ON REQUEST FOR**
**APPROVAL OF SUBSTITUTION OR**
**WITHDRAWAL OF ATTORNEY**

☐ The Court hereby orders that the request of:

☐ Plaintiff ☐ Defendant ☐Other

_____
_Name of Party_

☐ to substitute _____ who is

☐ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

_____
_Street Address_

_____         _____
_City, State, Zip_                          _E-Mail Address_

_____   _____   _____
_Telephone Number_              _Fax Number_              _State Bar Number_

as attorney of record instead of _____

_List **all** attorneys from same firm or agency who are withdrawing._

_____

**is hereby** ☐ **GRANTED** ☐ **DENIED**

☒ The Court hereby orders that the request of Brett Lewis, Michael Cilento, Jane Jaang, Roberto Ledesma, and Savita Sivakumar

_List **all** attorneys from same firm or agency who are withdrawing._

_____

to withdraw as attorney of record for WARZONE.COM, LLC

**is hereby** ☒ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/ substituting attorney(s) in this case.

Dated _____       _____

U. S. District Judge/U.S. Magistrate Judge