Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-3073@cases.warrenlex.com
(*continued in signature*)

*Attorneys for Defendant / Counterclaimant Warzone.com, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., <br><br> Plaintiff / Counterclaim Defendant <br><br> v. <br><br> WARZONE.COM, LLC, <br><br> Defendant / Counterclaimant. | CASE NO. 2:21-cv-3073-FLA (JCx) <br><br> [Discovery Document: Referred To Magistrate Judge Jacqueline Chooljian] <br><br> **APPLICATION FOR LEAVE TO FILE UNDER SEAL ANOTHER PARTY'S MATERIAL IN JOINT STIPULATION AND CERTAIN DECLARATIONS AND EXHIBITS THERETO** |

Defendant and Counterclaimant Warzone.com, LLC respectfully submits this application for leave to file under seal under Federal Rule of Civil Procedure 26(c) and Civil L.R. 79-5.2.2(b) to file under seal portions of the parties' joint stipulation regarding motion to compel and declarations thereto, and certain exhibits thereto.  As required by Local Rule 79-5.2.2(b), the parties conferred via electronic mail, regarding filing the aforementioned materials under seal.  Activision does not oppose this application.  Proofs of service of the material sought to be sealed are filed concurrently herewith.

## ARGUMENT

### I.   Compelling Reasons Must Exist For Sealing the Material Sought to Be Sealed

Applications for leave to file under seal may be made under the "compelling reasons" and "good cause" standards.  *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1097 (9th Cir. 2016).  Compelling reasons have been found where a court record could "gratify private spite or promote public scandal," or be used as "sources of business information that might harm a litigant's competitive standing."  *Ctr. for Auto Safety*, 809 F.3d at 1097 (citing *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598-99 (1978)).  Here, the designating parties, Activision Publishing, Inc., and non-party Aspect Ratio, Inc., produced the information in question marked as "Confidential" and "Attorneys' Eyes Only" under the protective order governing this action (Docket No. 39). Warzone takes no position as to the confidentiality or sensitivity of the information sought to be sealed, but in so designating the documents and information, the designating parties claim that the documents in question refer to their sensitive financial and business information.  Sensitive business and financial documents are recognized as likely to be used for improper purposes and "cause competitive harm to a business."  *Apple Inc. v. Samsung Elecs. Co.*, 727 F.3d 1214, 1221 (Fed. Cir. 2013) (internal quotation marks and citations omitted).  Warzone.com, LLC accordingly moves to file them under seal to allow the designating parties the opportunity to attest to the potential for harm to their

business and financial interests should the information sought to be sealed be filed publicly.

## II. Warzone Moves to Allow the Designating Party to Submit Declarations Substantiating Sealing the Material Sought to Be Sealed

Warzone's application for leave to file under seal includes the following portions of documents:

- The highlighted portions of the Joint Stipulation Re Motion to Compel Production of Documents and Information Regarding All Uses of Warzone;
- Exhibits 2, 15, 20, 21, 23, 25, 26 and 27 to the Germinario Declaration contain information designated by Activision as "Highly Confidential – Attorney's Eyes Only";
- Exhibits 10, 11, 13, 14, 22, 28, and 29 to the Germinario Declaration contain information designated by Activision as "Confidential";
- Exhibits 30-35 to the Germinario Declaration contain information designated as "Confidential – Attorney's Eyes Only" by non-party Aspect Ratio, Inc.;
- The highlighted portions of the Declaration of Lindsay R. Edelstein in Opposition to Warzone.com, LLC's Motion to Compel Further Responses to Unspecified Discovery Demands;
- Exhibits A, B, C, and the highlighted portions of Exhibit D to the Edelstein Declaration contain information designated by Activision as "Highly Confidential – Attorney's Eyes Only."
- The highlighted portions of the Declaration of Stephen Marks in Opposition to Warzone.com, LLC's Motion to Compel Further Responses to Unspecified Discovery Demands;
- The highlighted portions of the Declaration of Evan Wingren in Opposition to Warzone.com, LLC's Motion to Compel Further Responses to Unspecified Discovery Demands.

Warzone.com, LLC accordingly requests that the Court grant leave to file these portions of the documents under seal, subject to subsequent compliance by designating parties Activision and Aspect with Local Rule 79-5.2.2(b)(i).

## CONCLUSION

In view of the foregoing, Warzone.com, LLC requests that the identified documents be filed under seal pending any declarations the designating parties file in support of such request.

Date: November 25, 2024

Respectfully submitted,

_____
Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-3073@cases.warrenlex.com

Alyssa K. Schabloski (State Bar No. 258876)
GLADIUS LAW, APC
2708 Wilshire Boulevard, No. 426
Santa Monica, California, 90403
Tel: (310) 734-0720
aks@gladiuslaw.com

Brett E. Lewis (pro hac vice)
Roberto Ledesma (pro hac vice)
Michael D. Cilento (pro hac vice)
LEWIS & LIN, LLC
77 Sands Street, 6th Floor
Brooklyn, New York, 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
brett@iLawco.com
roberto@ilawco.com
michael@iLawco.com

*Attorneys for Defendant / Counterclaimant Warzone.com, LLC*