# EXHIBIT 15

**REDACTED**