# EXHIBIT 22

**REDACTED**