# EXHIBIT 26

**REDACTED**