# EXHIBIT 27
**REDACTED**