# EXHIBIT 28

**REDACTED**