# EXHIBIT 29

**REDACTED**