# EXHIBIT 30

## REDACTED