# EXHIBIT 31

**REDACTED**