# EXHIBIT 32

**REDACTED**