# EXHIBIT 33

**REDACTED**