# EXHIBIT 34

**REDACTED**