# EXHIBIT 35

**REDACTED**