# EXHIBIT D

## REDACTED

**Edelstein, Lindsay**

| | |
|---|---|
| **From:** | Mayer, Marc |
| **Sent:** | Tuesday, October 8, 2024 2:35 PM |
| **To:** | 'Nicole Haff'; Edelstein, Lindsay; Nietes, Andrew; Anfuso, Alex; Mike Cilento; Brett Lewis; Jane Jaang |
| **Subject:** | RE: [EXTERNAL] Activision Publishing, Inc. v. https://url.us.m.mimecastprotect.com/s/jH3eCv2jl2CLO6QBTQfLFQuXCR, LLC; Case No. 2:21-CV-3073-FLA |

Nicole –

Thank you for this email. I am, of course, disappointed that you do not wish to continue this discussion by phone. As I mentioned to Mike on one of our prior meetings, I am a big believer in the value of meet-and-confer conversations. I do not think that such conversations are a "waste of time" (as you state in your letter). Rather, I believe that videoconferences or telephonic conversations allow the parties to cut through the posturing that often permeates emails and letters and get to the core issues in dispute. Or, at the very least, such videoconferences allow the parties to narrow the issues in dispute. I suspect that time spent by your office in preparing daily four-page letters would be more productively spent engaging directly with us.

With regard to your recent correspondence, we are a bit confused by your suggestion that our response was not "thoughtful or considered." Our decision to lay out our position (which was in fact thoughtful and considered) in an email rather than in a lengthy letter was an effort to cut through the posturing and engage in a straightforward conversation about discovery issues. While we understand that you wish to make a record, we believe that the purpose of Rule 37 is to enable the parties to focus on the core issues, rather than to generate paper and pontificate about perceived discovery issues. Indeed, over the last week or so your office has sent us close to a dozen letters – sometimes as many as two or three each day. Putting to the side our view that this practice is abusive and unprofessional, it is becoming difficult for us to keep track of the outstanding issues, especially since many of the letters overlap each other or repeat the same issues.

In any event, one of the issues that I think would benefit from a conversation is your claim that "this case is not limited to the trademark CALL OF DUTY: WARZONE or the use of the trademark WARZONE in the game title Call of Duty: Warzone—-it encompasses Activision's use of WARZONE/Warzone, period." As you certainly know, the entirety of Warzone's counterclaim in this case is concerned with the game titled "Call of Duty: Warzone." If there are other products that Warzone believes to have infringed its alleged trademark rights, these have not been identified or disclosed to us. We are unaware of any instance in which the word "Warzone" was used by Activision on its goods and services other than in connection with or in reference to the game "Call of Duty: Warzone." [redacted]

Finally, we are perplexed by your repeated contention that Activision "brought this claim" or is "pursuing this claim." As you know, Activision's claims are solely for declaratory relief, and we would be happy to withdraw those claims if Warzone were willing to withdraw its affirmative infringement claims. In fact, we have always been willing to discuss co-existence terms, but Warzone has refused to consider our offer. However, we understand from your discovery responses that Warzone is seeking millions of dollars in damages and tens of millions of dollars in equitable disgorgement, along with punitive and treble damages, and that Warzone is unwilling at this time to further discuss settlement of this lawsuit.

Again, if you would like to schedule some time for a conference to discuss these or other issues, we'd be happy to make some time later this week or early next week.  In the meantime, as Lindsay stated in her email, we are in the process of supplementing our interrogatory responses and are also preparing our privilege log.

We look forward to speaking with you further.



**Marc Mayer | Partner, through his professional corporation**
T: 310.312.3154 | marc.mayer@msk.com
**Mitchell Silberberg & Knupp LLP | www.msk.com**
2049 Century Park East, 18th Floor, Los Angeles, CA 90067

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

**From:** Nicole Haff <nicole@ilawco.com>
**Sent:** Tuesday, October 8, 2024 5:37 AM
**To:** Mayer, Marc <MEM@msk.com>; Edelstein, Lindsay <lre@msk.com>; Nietes, Andrew <afn@msk.com>; Anfuso, Alex <ala@msk.com>; Mike Cilento <michael@ilawco.com>; Brett Lewis <brett@ilawco.com>; Jane Jaang <jane@ilawco.com>
**Subject:** Re: [EXTERNAL] Activision Publishing, Inc. v. https://url.us.m.mimecastprotect.com/s/jH3eCv2jl2CLO6QBTQfLFQuXCR, LLC; Case No. 2:21-CV-3073-FLA

Marc,

It is our understanding that the meet and confer scheduled for Wednesday was requested by Activision, is to cover Activision's September 30, 2024 deficiency letter, pursuant to 37-1, and is for the purposes of discussing Warzone's September 20, 2024 responses to discovery.  As specifically referenced in my correspondence to Ms. Edelstein, we are not requesting a meet and confer at this time.  We have made the effort to set out in correspondence detailed deficiencies in Activision's document production made in response to Requests for Production No. 1 and 2.  That warrants a thoughtful and considered response, not a quick email nor as an add-on to a call scheduled to take place in less than 36 hours on a different subject.  I will not be on the Wednesday call you requested regarding Warzone's September 20 discovery responses, but will consider whether it makes sense to set up a call in the future once we have Activision's written response to my correspondence.

Best,

Nicole

**LEWIS & LIN LLC**
▶▶▶ INTERNET LAW COUNSEL

**Nicole Haff**
Lewis & Lin LLC
77 Sands Street, 6th Floor  |  Brooklyn, NY 11201
office (718) 243-9323  |  fax (718) 243-9326  |  direct (347) 414-8535
iLawco.com  |  TrademarkAttorneys.com  |  Defamation.nyc

This electronic message transmission contains information from this law firm which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

On Mon, Oct 7, 2024 at 7:10 PM Mayer, Marc <MEM@msk.com> wrote:

> Nicole –
>
> Thank you for your correspondence.
>
> I suggest that we take these matters up during the call scheduled for this Wednesday.  It is not entirely clear to us what documents you believe we are withholding or what other "Warzone" products you are referring to.  In any event, we will be prepared to discuss this with you on our call.
>
> 
>
> **Marc Mayer | Partner, through his professional corporation**
>
> T: 310.312.3154 | marc.mayer@msk.com
>
> **Mitchell Silberberg & Knupp LLP | www.msk.com**
>
> 2049 Century Park East, 18th Floor, Los Angeles, CA 90067
>
> **THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS.** THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.
>
> **From:** Nicole Haff <nicole@ilawco.com>
> **Sent:** Monday, October 7, 2024 4:01 PM
> **To:** Anfuso, Alex <ala@msk.com>; Nietes, Andrew <afn@msk.com>; Mayer, Marc <MEM@msk.com>; Edelstein, Lindsay <lre@msk.com>; Brett Lewis <brett@ilawco.com>; Jane Jaang <jane@ilawco.com>; Mike Cilento <michael@ilawco.com>
> **Subject:** [EXTERNAL] Activision Publishing, Inc. v. http://Warzone.Com, LLC; Case No. 2:21-CV-3073-FLA
>
> Counsel,

Please see the enclosed correspondence regarding discovery in the above-captioned matter.



**Nicole Haff**

Lewis & Lin LLC
77 Sands Street, 6th Floor  |  Brooklyn, NY 11201
office (718) 243-9323  |  fax (718) 243-9326  |  direct (347) 414-8535
iLawco.com  |  TrademarkAttorneys.com  |  Defamation.nyc

This electronic message transmission contains information from this law firm which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.