| | |
|---|---|
| 1 | MARC E. MAYER (SBN 190969) |
| | mem@msk.com |
| 2 | KARIN G. PAGNANELLI (SBN 174763) |
| | kgp@msk.com |
| 3 | LINDSAY R. EDELSTEIN (*pro hac vice*) |
| | lre@msk.com |
| 4 | ALEXANDRA L. ANFUSO (SBN 333440) |
| | ala@msk.com |
| 5 | MITCHELL SILBERBERG & KNUPP LLP |
| | 2049 Century Park East, 18th Floor |
| 6 | Los Angeles, CA 90067-3120 |
| | Telephone: (310) 312-2000 |
| 7 | Facsimile: (310) 312-3100 |
| 8 | |
| | Attorneys for Activision Publishing, Inc. |
| 9 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation, | | CASE NO. 2:21-cv-3073-FLA (JCx) |
| Plaintiff, | | [Judge Fernando L. Aenlle-Rocha] |
| v. | | **DECLARATION OF STEPHEN MARKS IN OPPOSITION TO WARZONE.COM, LLC'S MOTION TO COMPEL FURTHER RESPONSES TO UNSPECIFIED DISCOVERY DEMANDS** |
| WARZONE.COM, LLC, | | |
| Defendant. | | **REDACTED VERSION** |
| WARZONE.COM, LLC, | | |
| Counterclaimant, | | |
| v. | | |
| ACTIVISION PUBLISHING, INC., a Delaware corporation, | | |
| Counterdefendant. | | |

## DECLARATION OF STEPHEN MARKS

I, Stephen Marks, declare as follows:

1. I hold the position of eDiscovery Head at Plaintiff/Counterclaim Defendant Activision Publishing, Inc. ("Activision"). I have been employed at Activision since mid-2012. In my role, I am familiar with the manner in which Activision stores its electronic information including, *inter alia*, documents, emails, and other communications, and the procedures required to collect such information in the context of producing it for discovery in litigation. I have personal knowledge of the following facts and could competently testify to these facts if called upon to do so.

2. During the course of this litigation, my team and I have 

3. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

4. I understand that Defendant/Counterclaim Plaintiff Warzone.com ("WZLLC") is seeking "documents relevant to all of its uses of the WARZONE mark." ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

5. By way of example, ██████████████

████████████████████████

████████

- ████████████████

████████████

████████████████████████

████████████████████████

████████████████

████████████████████

6. As another example, I understand that WZLLC previously provided its own list of proposed search terms that included the term "warzone" and a number of modifiers, shown below. Running these search terms, altered only to correct certain spelling errors, ████████████████

████████████████

- ████████████████

████████████

████████████

████████████

████████████████

████████████████████

████████████

████████████

████████████

████████

1  █████
2  ███
3  █████
4  ████
5  ███████
6  █████
7. ████
8  ███████
9  ██████
10 ███████
11 ███████
12 ███████
13 █████
14 8. ██████
15 ███████
16 ███████
17 ██████
18 ██████
19 ██████
20 ███████
21 ███████
22 █████

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

//

// 
//

Executed on November 22, 2024 in Philadelphia, PA.

By:   Stephen Marks

Mitchell Silberberg & Knupp LLP

20330594.3