Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-3073@cases.warrenlex.com
(*continued in signature block*)

*Attorneys for Defendant / Counterclaimant Warzone.com, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC.,<br><br>Plaintiff / Counterclaim Defendant<br><br>v.<br><br>WARZONE.COM, LLC,<br><br>Defendant / Counterclaimant. | CASE NO. 2:21-cv-3073-FLA (JCx)<br><br>[Discovery Document: Referred To Magistrate Judge Jacqueline Chooljian]<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND INFORMATION REGARDING ALL USES OF WARZONE MARK**<br><br>[Joint Stipulation, Declarations and Exhibits in support, and Proposed Order filed concurrently herewith]<br><br>Hearing Date:  December 17, 2024<br>Hearing Time:  9:30 a.m.<br>Fact Discovery:  December 17, 2024<br>Pretrial Conference:  May 19, 2025<br>Trial:  May 27, 2025 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on Tuesday, December 17, 2024, at 9:30 a.m., or as soon thereafter as this matter may be heard, before Judge Jacqueline Chooljian of the United States District Court for the Central District of California located at the Roybal Federal Building and United States Courthouse, 255 East Temple Street, Los Angeles, California, 90012, defendant and counterclaimant Warzone.com, LLC, by and through its undersigned counsel, will move and hereby does move under Local Rules 37-1 and 37-2.

Defendant and counterclaimant Warzone.com, LLC seeks an order compelling plaintiff and counterdefendant Activision Publishing, Inc. to produce documents and information regarding its use of the disputed WARZONE mark, including its use in Warzone Mobile and World Series of Warzone, as well as documents reflecting monetary and non-monetary benefits Activision realized from its use of the WARZONE mark.

This motion is made pursuant to Local Rule 37-2, and is based on this Notice of Motion, the Parties' Joint Stipulation, declarations, and exhibits filed herewith, any supplemental memorandum allowed under Local Rule 37-2.3, all other matters of record filed with the Court in this case, any argument at hearing of this matter, and such other materials the Court may consider.

A copy of the operative scheduling order (Docket No. 75) is attached as Exhibit A to this Notice of Motion.

Date: November 25, 2024

Respectfully submitted,

_____
Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 203679)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-3073@cases.warrenlex.com

– 2 –

NOTICE OF MOTION AND MOTION TO COMPEL

Alyssa K. Schabloski (State Bar No. 258876)
GLADIUS LAW, APC
2708 Wilshire Boulevard, No. 426
Santa Monica, California, 90403
Tel: (310) 734-0720
aks@gladiuslaw.com

Brett E. Lewis (pro hac vice)
Roberto Ledesma (pro hac vice)
Michael D. Cilento (pro hac vice)
LEWIS & LIN, LLC
77 Sands Street, 6th Floor
Brooklyn, New York, 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
brett@iLawco.com
roberto@ilawco.com
michael@iLawco.com

*Attorneys for Defendant /
Counterclaimant Warzone.com, LLC*