# EXHIBIT A

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WARZONE.COM, LLC,<br><br>　　　　Defendant. | Case No. 2:21-cv-3073-FLA (JCx)<br><br>**ORDER APPROVING FIRST JOINT STIPULATION TO CONTINUE TRIAL AND ALL RELATED DEADLINES [DKT. 73]** |
| WARZONE.COM, LLC,<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>　　　　Counterclaim-Defendant. | |

1

# ORDER

The Court has considered the Parties' First Joint Stipulation to Continue the Trial Date and Related Deadlines by Approximately 60 Days. Finding good cause therefor, it is hereby ORDERED that the current case schedule (Dkt. 70) is MODIFIED as follows:

| Event | Deadline |
| --- | --- |
| Non-Expert Discovery Cut-Off | 12/17/2024 |
| Expert Disclosure (Initial) | 1/10/2025 |
| Expert Disclosure (Rebuttal) | 1/24/2025 |
| Expert Discovery Cut-off | 2/7/2025 |
| Last Date to Hear Motions | 3/14/2025 |
| Deadline to Complete Settlement Conference | 1/31/2025 (private mediation) |
| Trial Filings (first round) | 4/8/2025 |
| Trial Filings (second round) | 4/22/2025 |
| Final Pretrial Conference | 5/19/2025, at 1:30 p.m. |
| Trial | 5/27/2025, at 8:15 a.m. |

IT IS SO ORDERED.

Dated: __April 29, 2024_____

FERNANDO L. AENLLE-ROCHA
United States District Judge

2