Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-3073@cases.warrenlex.com

Alyssa K. Schabloski (State Bar No. 258876)
GLADIUS LAW, APC
2708 Wilshire Boulevard, No. 426
Santa Monica, California, 90403
Tel: (310) 734-0720
aks@gladiuslaw.com

Brett E. Lewis (pro hac vice)
Roberto Ledesma (pro hac vice)
Michael D. Cilento (pro hac vice)
LEWIS & LIN, LLC
77 Sands Street, 6th Floor
Brooklyn, New York, 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
brett@iLawco.com
roberto@ilawco.com
michael@iLawco.com

*Attorneys for Defendant / Counterclaimant Warzone.com, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., | Case No. 2:21-cv-3073-FLA (JCx) |
| Plaintiff / Counterclaim Defendant, | **[PROPOSED] ORDER GRANTING JOINT STIPULATION RE MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND INFORMATION REGARDING ALL USES OF WARZONE MARK** |
| v. | |
| WARZONE.COM, LLC, | |
| Defendant / Counterclaimant. | |

# **ORDER**

Having reviewed the parties' joint letter brief in this matter and having heard oral argument, the Court finds good cause for the entry of this Order, and GRANTS Defendant and Counterclaimant Warzone.com LLC's Motion to Compel in its entirety. Activision Publishing, Inc. shall produce documents within fourteen (14) days.


**IT IS SO ORDERED.**

Date: _____

_____
THE HONORABLE JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING MOTION TO COMPEL