Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-3073@cases.warrenlex.com

Alyssa K. Schabloski (State Bar No. 258876)
GLADIUS LAW, APC
2708 Wilshire Boulevard, No. 426
Santa Monica, California, 90403
Tel: (310) 734-0720
aks@gladiuslaw.com

Brett E. Lewis (pro hac vice)
Roberto Ledesma (pro hac vice)
Michael D. Cilento (pro hac vice)
LEWIS & LIN, LLC
77 Sands Street, 6th Floor
Brooklyn, New York, 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
brett@iLawco.com
roberto@ilawco.com
michael@iLawco.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., | Case No. 2:21-cv-3073-FLA (JCx) |
| Plaintiff / Counterclaim Defendant, | **DECLARATION OF FRANCESCA M. S. GERMINARIO IN SUPPORT OF JOINT STIPULATION RE MOTION TO COMPEL** |
| v. | |
| WARZONE.COM, LLC, | **REDACTED VERSION** |
| Defendant / Counterclaimant. | |

I, Francesca Miki Shima Germinario, herby declare under 28 U.S. § 1746:

1.  I am an attorney at Warren Kash Warren LLP, counsel of record for Defendant and Counterclaimant Warzone.com, LLC ("Warzone") in this matter. I submit this Declaration in support of Joint Stipulation re Motion to Compel Production of Documents and Information regarding All Uses of Warzone Mark.

2.  Pursuant to Civil Local Rule 37-1, Warzone served a letter on November 4, 2024, identifying each issue in dispute, stating its position as to each such issue, and specifying the terms of the discovery order to be sought.

3.  On November 13, 2024, Activision served correspondence responding to Warzone's November 4, 2024, letter.

4.  The parties conducted a conference on November 14, 2024, to meet and confer regarding Warzone's Rule 37-1 letter of November 4, 2024, from Michael Cilento to Marc Mayer. Jennifer Kash, Mr. Cilento, and myself attended on behalf of Warzone. Mr. Mayer and his colleague Lindsay Edelstein attended on behalf of Activision. Counsel for the parties are not located in the same county, and thus the conference took place telephonically.

5.  During the meet and confer conference, Mr. Mayer stated that Activision had collected 20,000 documents using search hits on the term "warzone" and "trademark" and produced responsive documents from this collection. Mr. Mayer further stated that the documents Warzone sought regarding Warzone Mobile did not exist within this "reasonable collection," and Activision thus did not intend to expend any further effort to produce them. When asked whether Activision counsel had searched in other ways, including interviewing Activision employees to locate responsive documents or using other search terms, Mr. Mayer concluded that he did not know how to formulate any other search terms to find the documents Warzone sought, and expected Warzone to provide alternate search terms so that Activision could complete its investigation. Mr. Mayer also represented that his "reasonable investigation" uncovered no Activision documents regarding discussion of use of the WARZONE mark in connection with the launch of

Warzone Mobile in March 2024, reiterating Activision's position that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

6. Mr. Mayer stated that as of the date of the meet and confer, Activision had not attempted to search several sources within its custody and control because he had expected the case to resolve.

7. On November 11, 2024, in response to a document subpoena from Warzone, third party Aspect Ratio Inc. simultaneously produced to both parties 153 invoices pertaining to the advertising and marketing services they rendered to Activision. The earliest invoice is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and the most recent invoice is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Activision has failed to produce any of these invoices, or any other invoices reflecting payments made to outside agencies for marketing and advertising purposes.

8. Other than a few emails from 2010, Activision did not produce any Activision internal documents or communications outside of the time period 2018 to 2023.

9. On October 25, 2024, Activision counsel Alex Anfuso stated that "[t]he relevant date range" for "responsive documents" was "January 1, 2008 to the present, given that WarLight was released in 2008."

10. To date, Activision has produced fewer than 340 internal emails. Over 170 of these emails constitute calendar invites, alerts, and meeting scheduling. Activision has produced a total of two financial documents. To date, Warzone has searched more than 110,000 documents for responsiveness and produced over 10,000 documents.

11. Activision has not supplemented its Rule 26(a)(1) disclosures since December 17, 2021. The disclosures name just one individual with potentially relevant information: Carolyn Wang. Activision has produced 38 emails total from her custody, the earliest of which indicates a date in March 2018, and the latest of which indicates a date in April 2021. On their face, 10 documents are associated with the email address

████████████████████████ and 28 documents are associated with ███████████████████████████

12. Attached as Exhibit 1 is a true and correct copy of the letter dated July 26, 2024 from M. Cilento to counsel for Activision.

13. Attached as Exhibit 2 is a true and correct copy of the letter dated November 4, 2024 from M. Cilento to counsel for Activision. Exhibit 2 contains information designated "HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY" under the Court's Protective Order (Docket No. 39); Warzone accordingly files it under seal.

14. Attached as Exhibit 3 is a true and correct copy of the Order Denying Plaintiff's Motion to Dismiss Counterclaims and/or for Judgment on the Pleadings [Docket No. 24].

15. Attached as Exhibit 4 is a true and correct copy of Plaintiff Activision's Complaint for Declaratory Relief [Docket No. 1].

16. Attached as Exhibit 5 is a true and correct copy of the email thread dated from August 8, 2024 to August 20, 2024 between M. Cilento and L. Edelstein regarding the memorialization of the meet and confer conference held on August 5, 2024.

17. Attached as Exhibit 6 is a true and correct copy of the Answer and Counterclaims of Warzone.com, LLC to Plaintiff's Complaint for Declaratory Relief [Docket No. 14].

18. Attached as Exhibit 7 is a true and correct copy of the Supplemental Response of Activision Publishing, Inc. to First Set of Interrogatories of Warzone.com, LLC.

19. Attached as Exhibit 8 is a true and correct copy of Plaintiff and Counterclaim Defendant Activision Publishing Inc.'s Response to Warzone.com, LLC's Second Set of Interrogatories.

20. Attached as Exhibit 9 is a true and correct copy of the email thread dated from August 23, 2024 to August 30, 2024 between A. Anfuso, M. Cilento, M. Mayer, and L. Edelstein regarding supplemental discovery responses and document production.

21. Attached as Exhibit 10 is a true and correct copy of the email thread bearing bates numbers ATV001149-ATV001152. Exhibit 10 contains information designated "CONFIDENTIAL" under the Court's Protective Order (Docket No. 39); Warzone accordingly files it under seal.

22. Attached as Exhibit 11 is a true and correct copy of the email thread bearing bates numbers ATV001642-ATV001647. Exhibit 11 contains information designated "CONFIDENTIAL" under the Court's Protective Order (Docket No. 39); Warzone accordingly files it under seal.

23. Attached as Exhibit 12 is a true and correct copy of the letter dated November 13, 2024 from M. Mayer to M. Cilento.

24. Attached as Exhibit 13 is a true and correct copy of the email bearing bates numbers ATV000753-ATV000754. Exhibit 13 contains information designated "CONFIDENTIAL" under the Court's Protective Order (Docket No. 39); Warzone accordingly files it under seal.

25. Attached as Exhibit 14 is a true and correct copy of the email thread bearing bates numbers ATV001636-ATV001641. Exhibit 14 contains information designated "CONFIDENTIAL" under the Court's Protective Order (Docket No. 39); Warzone accordingly files it under seal.

26. Attached as Exhibit 15 is a true and correct copy of the slide deck bearing bates numbers ATV000843-ATV000903. Exhibit 15 contains information designated "CONFIDENTIAL - ATTORNEYS' EYES ONLY" under the Court's Protective Order (Docket No. 39); Warzone accordingly files it under seal.

27. Attached as Exhibit 16 is a true and correct copy of the Second Supplemental Response of Activision Publishing, Inc. to First Set of Interrogatories of Warzone.com, LLC.

28. Attached as Exhibit 17 is a true and correct copy of excerpts from the Form 10-K for Activision Blizzard, Inc. for the fiscal year ended December 31, 2020 bearing bates numbers WZ007554-WZ007716.

29. Attached as Exhibit 18 is a true and correct copy of excerpts from Form 10-K for Activision Blizzard, Inc. for the fiscal year ended December 31, 2021 bearing bates numbers WZ007398-WZ007553.

30. Attached as Exhibit 19 is a true and correct copy of excerpts from Form 10-K for Activision Blizzard, Inc. for the fiscal year ended December 31, 2022 bearing bates numbers WZ007251-WZ007397.

31. Attached as Exhibit 20 is a true and correct copy of the document bearing bates number ATV000723.

32. Attached as Exhibit 21 is a true and correct copy of the document bearing bates number ATV000560.

33. Attached as Exhibit 22 is a true and correct copy of the email thread bearing bates numbers ATV001206-ATV001210.  Exhibit 22 contains information designated "CONFIDENTIAL" under the Court's Protective Order (Docket No. 39); Warzone accordingly files it under seal.

34. Attached as Exhibit 23 is a true and correct copy of the slide deck bearing bates numbers ATV001419-ATV001430.  Exhibit 23 contains information designated "CONFIDENTIAL - ATTORNEYS EYES ONLY" under the Court's Protective Order (Docket No. 39); Warzone accordingly files it under seal.

35. Attached as Exhibit 24 is a true and correct copy of the Joint Stipulation re Motion to Compel Further Responses to Interrogatory 14 (Regarding Damages) and Document Requests 102 and 67 (Regarding Revenue and Expenses) [Docket No. 85-1].

36. Attached as Exhibit 25 is a true and correct copy of the document produced in native format bearing bates number ATV001373.  Exhibit 25 contains information designated "CONFIDENTIAL - ATTORNEYS' EYES ONLY" under the Court's Protective Order (Docket No. 39); Warzone accordingly files it under seal.

37. Attached as Exhibit 26 is a true and correct copy of the slide deck bearing bates numbers ATV001015-ATV001074.  Exhibit 26 contains information designated

"CONFIDENTIAL - ATTORNEYS' EYES ONLY" under the Court's Protective Order (Docket No. 39); Warzone accordingly files it under seal.

38. Attached as Exhibit 27 is a true and correct copy of the letter dated November 14, 2024 from M. Cilento to M. Mayer. Exhibit 27 contains information designated "CONFIDENTIAL - ATTORNEYS' EYES ONLY" under the Court's Protective Order (Docket No. 39); Warzone accordingly files it under seal.

39. Attached as Exhibit 28 is a true and correct copy of the email thread bearing bates numbers ATV001147-ATV001148. Exhibit 10 contains information designated "CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Court's Protective Order (Docket No. 39); Warzone accordingly files it under seal.

40. Attached as Exhibit 29 is a true and correct copy of the slide deck bearing bates numbers ATV000935-ATV000970. Exhibit 29 contains information designated "CONFIDENTIAL - ATTORNEYS' EYES ONLY" under the Court's Protective Order (Docket No. 39); Warzone accordingly files it under seal.

41. Attached as Exhibit 30 is a true and correct copy of the document bearing bates numbers ASPECT.WARZONE SUBPOENA0365-ASPECT.WARZONE SUBPOENA0371. Exhibit 30 contains information designated "CONFIDENTIAL - ATTORNEYS' EYES ONLY" under the Court's Protective Order (Docket No. 39); Warzone accordingly files it under seal.

42. Attached as Exhibit 31 is a true and correct copy of the document bearing bates numbers ASPECT.WARZONE SUBPOENA0372-ASPECT.WARZONE SUBPOENA0378. Exhibit 31 contains information designated "CONFIDENTIAL - ATTORNEYS' EYES ONLY" under the Court's Protective Order (Docket No. 39); Warzone accordingly files it under seal.

43. Attached as Exhibit 32 is a true and correct copy of the document bearing bates numbers ASPECT.WARZONE SUBPOENA0411-ASPECT.WARZONE SUBPOENA0417. Exhibit 32 contains information designated "CONFIDENTIAL -

ATTORNEYS' EYES ONLY" under the Court's Protective Order (Docket No. 39); Warzone accordingly files it under seal.

44. Attached as Exhibit 33 is a true and correct copy of the document bearing bates numbers ASPECT.WARZONE SUBPOENA0432-ASPECT.WARZONE SUBPOENA0439. Exhibit 33 contains information designated "CONFIDENTIAL" under the Court's Protective Order (Docket No. 39); Warzone accordingly files it under seal.

45. Attached as Exhibit 34 is a true and correct copy of the document bearing bates numbers ASPECT.WARZONE SUBPOENA0446-ASPECT.WARZONE SUBPOENA0453. Exhibit 34 contains information designated "CONFIDENTIAL" under the Court's Protective Order (Docket No. 39); Warzone accordingly files it under seal.

46. Attached as Exhibit 35 is a true and correct copy of the document bearing bates numbers ASPECT.WARZONE SUBPOENA0476-ASPECT.WARZONE SUBPOENA0483. Exhibit 35 contains information designated "CONFIDENTIAL" under the Court's Protective Order (Docket No. 39); Warzone accordingly files it under seal.

47. Attached as Exhibit 36 is a true and correct copy of Plaintiff and Counterclaim Defendant Activision Publishing, Inc.'s Responses to Defendant and Counterclaimant Warzone.com, LLC's First Request for Production of Documents.

48. Attached as Exhibit 37 is a true and correct copy of Plaintiff and Counterclaim Defendant Activision Publishing, Inc.'s Corrected Supplemental Response to Warzone.com, LLC's First Set of Requests for Production of Documents.

49. Attached as Exhibit 38 is a true and correct copy of Plaintiff and Counterclaim Defendant Activision Publishing Inc.'s Response to Warzone.com, LLC's Second Set of Requests for Production of Documents.

50. Attached as Exhibit 39 is a true and correct copy of Plaintiff and Counterclaim Defendant Activision Publishing, Inc.'s Supplemental Response to Warzone.com, LLC's Second Set of Requests for Production of Documents.

51. Attached as Exhibit 40 is a true and correct copy of Activision Publishing, Inc.'s Response to Warzone.com, LLC's Third Request for Production of Documents [Nos. 47-127].

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 25, 2024 in San Francisco, California.

_____
Francesca M. S. Germinario