# EXHIBIT 17

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549
FORM 10-K

☒  **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the Fiscal Year Ended December 31, 2020

OR

☐  **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from            to

Commission File Number 1-15839

**ACTIVISION. BLIZZARD**

**ACTIVISION BLIZZARD, INC.**

(Exact name of registrant as specified in its charter)

| **Delaware** | **95-4803544** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **3100 Ocean Park Boulevard     Santa Monica,     CA** | **90405** |
| (Address of principal executive offices) | (Zip Code) |

**(310) 255-2000**
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| **Title of each class** | **Trading Symbol(s)** | **Name of each exchange on which registered** |
|---|---|---|
| Common Stock, par value $0.000001 per share | ATVI | The Nasdaq Global Select Market |

Securities registered pursuant to Section 12(g) of the Act:
**None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒  No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15 (d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant:  (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.  Yes ☒  No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).  Yes ☒  No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer", "accelerated filer", "smaller reporting company", and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large Accelerated Filer ☒     Accelerated Filer ☐     Non-accelerated Filer ☐     Smaller reporting company ☐     Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☒

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).  Yes ☐ No ☒

The aggregate market value of the registrant's Common Stock held by non-affiliates on June 30, 2020 (based on the closing sale price as reported on the Nasdaq) was $58,006,915,377.

*(ii) Blizzard Entertainment, Inc.*

Blizzard Entertainment, Inc. ("Blizzard") delivers content through both premium and free-to-play offerings and primarily generates revenue from full-game and in-game sales, subscriptions, and by licensing software to third-party or related-party companies that distribute Blizzard products. Blizzard also maintains a proprietary online gaming service, Blizzard Battle.net®, which facilitates digital distribution of Blizzard content and selected Activision content, online social connectivity, and the creation of user-generated content. Blizzard's key product franchises include: World of Warcraft®, a subscription-based massive multi-player online role-playing franchise; Hearthstone®, an online collectible card franchise based in the Warcraft universe; Diablo®, an action role-playing franchise; and Overwatch®, a team-based first-person action franchise. Blizzard also includes the activities of the Overwatch League™, a global professional esports league with city-based teams.

*(iii) King Digital Entertainment*

King Digital Entertainment ("King") delivers content primarily through free-to-play offerings and primarily generates revenue from in-game sales and in-game advertising on the mobile platform. King's key product franchise is Candy Crush™, a "match three" franchise.

*Other*

We also engage in other businesses that do not represent reportable segments, including the Activision Blizzard Distribution ("Distribution") business, which consists of operations in Europe that provide warehousing, logistics, and sales distribution services to third-party publishers of interactive entertainment software, our own publishing operations, and manufacturers of interactive entertainment hardware.

**Impacts of the Global COVID-19 Pandemic**

In December 2019, a novel strain of coronavirus ("COVID-19") emerged and has since extensively impacted global health and the economic environment. On March 11, 2020, the World Health Organization ("WHO") characterized COVID-19 as a pandemic. In an effort to contain the spread of COVID-19, domestic and international governments around the world enacted various measures, including orders to close all businesses not deemed "essential," quarantine orders for individuals to stay in their homes or places of residence, and to practice social distancing when engaging in essential activities. We anticipate that these actions and the ongoing global health crisis caused by COVID-19 will continue to negatively impact many business activities and financial markets across the globe.

During the COVID-19 pandemic, our business has experienced an increase in demand for certain of our products and services as a result of the stay-at-home orders enacted in various regions as players have more time to engage with our games. These trends contributed to strong full-game and in-game content sales for *Call of Duty: Modern Warfare*®, which also benefited from the launch of *Call of Duty: Warzone*™ in March. In addition, we saw further demand for *World of Warcraft,* including its in-game content, which also continued to benefit from the release of *World of Warcraft Classic* in August 2019. Beginning in the month of March, our business also experienced an increase in monthly active users for certain franchises. We have, however, seen a moderation in these trends since the stay-at-home orders were originally enacted earlier in 2020.

As a result of the COVID-19 pandemic and stay-at-home orders enacted in various regions, both the Overwatch League and the Call of Duty League pivoted all matches from their originally planned local homestand formats to online play and remote production for the remainder of the regular and postseason in order to keep players and fans safe while still delivering premium esports content to a global audience. Additionally, to support our Overwatch League and Call of Duty League team owners and ecosystems amid a challenging environment, which includes losing the ability to have live fan-attended home venue events, we have taken certain actions to support their short-term cash flow needs, adjusted our league operations to reduce operating costs and improve franchise terms, and made certain investments which have impacted our operating results in 2020. This impact was primarily in the Blizzard segment.

The sustainability of these trends and long-term implications to our business is dependent on future developments, including the duration of the COVID-19 pandemic and the related length of its impact on the global economy, which are uncertain and cannot be predicted at this time. See Item 1A "[Risk Factors](#)" for additional details on risks and uncertainties regarding the impacts of the global COVID-19 pandemic on our business, reputation, financial condition, results of operations, income, revenue, profitability, cash flows, liquidity, and stock price.

WZ007559

*Operating Metrics*

The following operating metrics are key performance indicators that we use to evaluate our business. The key drivers of changes in our operating metrics are presented in the order of significance.

*Net bookings and In-game net bookings*

We monitor net bookings and in-game net bookings as key operating metrics in evaluating the performance of our business because they enable an analysis of performance based on the timing of actual transactions with our customers and provide a more timely indication of trends in our operating results. Net bookings is the net amount of products and services sold digitally or sold-in physically in the period, and includes license fees, merchandise, and publisher incentives, among others. Net bookings is equal to net revenues excluding the impact from deferrals. In-game net bookings primarily includes the net amount of microtransactions and downloadable content sold during the period, and is equal to in-game net revenues excluding the impact from deferrals.

Net bookings and in-game net bookings were as follows (amounts in millions):

|  | For the Years Ended December 31, | | Increase (Decrease) |
|---|---|---|---|
|  | 2020 | 2019 |  |
| Net bookings | $ 8,419 | $ 6,388 | $ 2,031 |
| In-game net bookings | $ 4,852 | $ 3,366 | $ 1,486 |

*Net bookings*

The increase in net bookings for 2020, as compared to 2019, was primarily due to:

- a $1.7 billion increase in Activision net bookings driven by higher net bookings from (1) *Call of Duty: Modern Warfare* (which was released in October 2019, and when referred to herein, is inclusive of *Call of Duty: Warzone,* from its release in March 2020 through December 16, 2020, the launch date of *Call of Duty: Black Ops Cold War* Season 1 content; after December 16, 2020, *Call of Duty: Warzone* revenues are associated with *Call of Duty: Black Ops Cold War* content and included within that title's revenue), as compared to *Call of Duty: Black Ops 4*, which was released in October 2018, (2) *Call of Duty: Mobile*, which was released in October 2019, and (3) the Call of Duty franchise catalog titles, partially offset by lower net bookings from *Sekiro^TM: Shadows Die Twice*, which was released in March 2019;

- a $186 million increase in Blizzard net bookings driven by higher net bookings from *World of Warcraft*, which includes the release of *World of Warcraft: Shadowlands* in November 2020, partially offset by lower net bookings from *Overwatch*;

- a $133 million increase in King net bookings driven by higher net bookings from advertising and in-game player purchases, primarily in the Candy Crush franchise; and

- a $116 million increase in net bookings from our Distribution business.

*In-game net bookings*

The increase in in-game net bookings for 2020, as compared to 2019, was primarily due to:

- a $1.4 billion increase in Activision in-game net bookings, driven by higher in-game net bookings from (1) *Call of Duty: Modern Warfare,* as compared to *Call of Duty: Black Ops 4* and (2) *Call of Duty: Mobile*; and

- a $75 million increase in Blizzard in-game net bookings, driven by *World of Warcraft.*

WZ007599

*Monthly Active Users*

We monitor monthly active users ("MAUs") as a key measure of the overall size of our user base. MAUs are the number of individuals who accessed a particular game in a given month. We calculate average MAUs in a period by adding the total number of MAUs in each of the months in a given period and dividing that total by the number of months in the period. An individual who accesses two of our games would be counted as two users. In addition, due to technical limitations, for Activision and King, an individual who accesses the same game on two platforms or devices in the relevant period would be counted as two users. For Blizzard, an individual who accesses the same game on two platforms or devices in the relevant period would generally be counted as a single user. In certain instances, we rely on third parties to publish our games. In these instances, MAU data is based on information provided to us by those third parties, or, if final data is not available, reasonable estimates of MAUs for these third-party published games.

The number of MAUs for a given period can be significantly impacted by the timing of new content releases, since new releases may cause a temporary surge in MAUs. Accordingly, although we believe that overall trending in the number of MAUs can be a meaningful performance metric, period-to-period fluctuations may not be indicative of longer-term trends. The following table details our average MAUs on a sequential quarterly basis for each of our reportable segments (amounts in millions):

|  | **December 31, 2020** | **September 30, 2020** | **June 30, 2020** | **March 31, 2020** | **December 31, 2019** |
|---|---|---|---|---|---|
| Activision | 128 | 111 | 125 | 102 | 128 |
| Blizzard | 29 | 30 | 32 | 32 | 32 |
| King | 240 | 249 | 271 | 273 | 249 |
| Total | 397 | 390 | 428 | 407 | 409 |

Average MAUs increased by 7 million, or 2%, for the three months ended December 31, 2020, as compared to the three months ended September 30, 2020, primarily due to an increase in average MAUs for Activision driven by the Call of Duty franchise due to (1) the November 2020 launch of *Call of Duty: Black Ops Cold War,* and (2) the December 2020 launch of *Call of Duty: Mobile* in China. The increase was partially offset by lower average MAUs across various franchises at King.

Average MAUs decreased by 12 million, or 3%, for the three months ended December 31, 2020, as compared to the three months ended December 31, 2019. The year-over-year decrease in average MAUs is due to:

- lower average MAUs across King's various franchises, primarily from non-Candy Crush franchises; and

- lower average MAUs across Blizzard, primarily from *Overwatch*.

**Management's Overview of Business Trends**

*Impacts of the Global COVID-19 Pandemic*

Refer to the "Impacts of the Global COVID-19 Pandemic" section under Part I, Item 1 "Business" for discussion on the impacts of COVID-19 on our business.

*Interactive Entertainment Growth*

Our business participates in the global interactive entertainment industry. Games have become an increasingly popular form of entertainment, and we estimate, based on consumer spending, that the total industry has grown, on average, 17% annually from 2017 to 2020. The industry continues to benefit from additional players entering the market as interactive entertainment becomes more commonplace across age groups and as more developing regions gain access to this form of entertainment.

WZ007601

# SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

Date: February 23, 2021

ACTIVISION BLIZZARD, INC.

By: /s/ ROBERT A. KOTICK

Robert A. Kotick
*Director and Chief Executive Officer of Activision Blizzard, Inc.*
*(Principal Executive Officer)*

_____

# POWER OF ATTORNEY

Each individual whose signature appears below constitutes and appoints Robert A. Kotick and Dennis Durkin and each of them, his or her true and lawful attorneys-in-fact and agents, with full power of substitution, for him or her and in his or her name, place and stead, in any and all capacities, to sign any and all amendments to this Annual Report on Form 10-K, and to file the same, with all exhibits thereto, and all documents in connection therewith, with the Securities and Exchange Commission, granting unto said attorneys-in-fact and agents, and each of them, full power and authority to do and perform each and every act and thing requisite and necessary to be done in and about the premises, as fully to all intents and purposes as he or she might or could do in person, hereby ratifying and confirming all that said attorneys-in-fact and agents, or any of them, or his, her, or their substitute or substitutes, may lawfully do or cause to be done by virtue hereof.

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

| | Signature | Title | Date |
|---|---|---|---|
| By: | /s/ ROBERT A. KOTICK (Robert A. Kotick) | Director, Chief Executive Officer (Principal Executive Officer) | February 23, 2021 |
| By: | /s/ DENNIS DURKIN (Dennis Durkin) | Chief Financial Officer (Principal Financial Officer) | February 23, 2021 |
| By: | /s/ JESSE YANG (Jesse Yang) | Chief Accounting Officer (Principal Accounting Officer) | February 23, 2021 |
| By: | /s/ REVETA BOWERS (Reveta Bowers) | Director | February 23, 2021 |
| By: | /s/ ROBERT J. CORTI (Robert J. Corti) | Director | February 23, 2021 |
| By: | /s/ HENDRIK J. HARTONG III (Hendrik J. Hartong III) | Director | February 23, 2021 |
| By: | /s/ BRIAN G. KELLY (Brian G. Kelly) | Chairman of the Board and Director | February 23, 2021 |
| By: | /s/ BARRY MEYER (Barry Meyer) | Director | February 23, 2021 |
| By: | /s/ ROBERT J. MORGADO (Robert J. Morgado) | Director | February 23, 2021 |
| By: | /s/ PETER NOLAN (Peter Nolan) | Director | February 23, 2021 |
| By: | /s/ DAWN OSTROFF (Dawn Ostroff) | Director | February 23, 2021 |
| By: | /s/ CASEY WASSERMAN (Casey Wasserman) | Director | February 23, 2021 |

WZ007715