# EXHIBIT 19

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549
**FORM 10-K**

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the Fiscal Year Ended December 31, 2022

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

Commission File Number 1-15839

**ACTIVISION | BLIZZARD**

**ACTIVISION BLIZZARD, INC.**
(Exact name of registrant as specified in its charter)

| Delaware | 95-4803544 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **2701 Olympic Boulevard Building B    Santa Monica,    CA** | **90404** |
| (Address of principal executive offices) | (Zip Code) |

**(310) 255-2000**
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.000001 per share | ATVI | The Nasdaq Global Select Market |

Securities registered pursuant to Section 12(g) of the Act:

**None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒  No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15 (d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant:  (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.  Yes ☒  No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒  No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer", "accelerated filer", "smaller reporting company", and "emerging growth company" in Rule 12b-2 of the Exchange Act.

  Large Accelerated Filer  ☒      Accelerated Filer  ☐      Non-accelerated Filer  ☐      Smaller reporting company  ☐      Emerging growth company  ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☒

If securities are registered pursuant to Section 12(b) of the Act, indicate by check mark whether the financial statements of the registrant included in the filing reflect the correction of an error to previously issued financial statements. ☐

Indicate by check mark whether any of those error corrections are restatements that required a recovery analysis of incentive-based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to §240.10D-1(b). ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).  Yes ☐ No ☒

The aggregate market value of the registrant's Common Stock held by non-affiliates on June 30, 2022 (based on the closing sale price as reported on the Nasdaq) was $60,436,471,136.

The number of shares of the registrant's Common Stock outstanding at February 16, 2023 was 784,274,126.

**Documents Incorporated by Reference**

*Monthly Active Users*

We monitor monthly active users ("MAUs") as a key measure of the overall size of our user base. MAUs are the number of individuals who accessed a particular game in a given month. We calculate average MAUs in a period by adding the total number of MAUs in each of the months in a given period and dividing that total by the number of months in the period. An individual who accesses two of our games would be counted as two users. In addition, due to technical limitations, for Activision and King, an individual who accesses the same game on two platforms or devices in the relevant period would be counted as two users. For Blizzard, an individual who accesses the same game on two platforms or devices in the relevant period would generally be counted as a single user. In certain instances, we rely on third parties to publish our games. In these instances, MAU data is based on information provided to us by those third parties or, if final data is not available, reasonable estimates of MAUs for these third-party published games.

The number of MAUs for a given period can be significantly impacted by the timing of new content releases, since new releases may cause a temporary surge in MAUs. Accordingly, although we believe that overall trends in the number of MAUs can be a meaningful performance metric, period-to-period fluctuations may not be indicative of longer-term trends. The following table details our average MAUs on a sequential quarterly basis for each of our reportable segments (amounts in millions):

|            | December 31, 2022 | September 30, 2022 | June 30, 2022 | March 31, 2022 | December 31, 2021 |
|---|---|---|---|---|---|
| Activision | 111 | 97 | 94 | 100 | 107 |
| Blizzard   | 45  | 31 | 27 | 22  | 24  |
| King       | 233 | 240 | 240 | 250 | 240 |
| Total      | 389 | 368 | 361 | 372 | 371 |

Average MAUs increased by 21 million or 6% for the three months ended December 31, 2022, as compared to the three months ended September 30, 2022. The increase was primarily due to higher average MAUs for Activision, driven by the Call of Duty franchise, and Blizzard, driven by the launch of *Overwatch 2,* partially offset by a decrease in average MAUs for *Diablo Immortal*.

Average MAUs increased by 18 million or 5% for the three months ended December 31, 2022, as compared to the three months ended December 31, 2021. The increase was primarily due to higher MAUs for Blizzard, driven by the launch of *Overwatch 2.*

**Management's Overview of Business Trends**

*Mobile Gaming and Free-to-Play Games*

Wide adoption of smartphones globally and the free-to-play business model, which allows players to try a new game with no upfront cost, on mobile platforms have increased the total addressable audience for gaming significantly by introducing gaming to new age groups and new regions and allowing gaming to occur more widely outside the home. Mobile gaming is estimated to be larger than console and PC gaming, and has grown at a significant rate over the last five years. All of our reportable segments now have successful live mobile titles in the market, and we continue to develop new mobile titles that present the opportunity for us to expand the reach of, and drive additional player investment in, our products. The June 2022 launch of *Diablo Immortal* is our most recent example of this continued expansion on the mobile platform and we expect 2023 to include the release of *Call of Duty: Warzone Mobile.*

In addition, the free-to-play business model has begun to receive broader acceptance on PC and console platforms. This has provided opportunities for us to increase the reach of our intellectual properties and games through free-to-play offerings, which, in turn, provides opportunities to further drive player investment, as was seen with our *Call of Duty: Warzone* release in March 2020. We have continued to invest in these opportunities, with 2022 including the free-to-play releases of *Overwatch 2* in October 2022 and *Call of Duty: Warzone 2.0* in November 2022.

43

WZ007299

**Consolidated Statements of Operations Data**

The following table sets forth consolidated statements of operations data for the periods indicated (amounts in millions) and as a percentage of total net revenues, except for cost of revenues, which are presented as a percentage of associated revenues:

|  | For the Years Ended December 31, | | | |
|---|---|---|---|---|
|  | **2022** | | **2021** | |
| **Net revenues** | | | | |
| Product sales | $ 1,642 | 22 % | $ 2,311 | 26 % |
| In-game, subscription, and other revenues | 5,886 | 78 | 6,492 | 74 |
| Total net revenues | 7,528 | 100 | 8,803 | 100 |
|  | | | | |
| **Costs and expenses** | | | | |
| Cost of revenues—product sales: | | | | |
|   Product costs | 519 | 32 | 649 | 28 |
|   Software royalties and amortization | 231 | 14 | 346 | 15 |
| Cost of revenues—in-game, subscription, and other: | | | | |
|   Game operations and distribution costs | 1,324 | 22 | 1,215 | 19 |
|   Software royalties and amortization | 148 | 3 | 107 | 2 |
| Product development | 1,421 | 19 | 1,337 | 15 |
| Sales and marketing | 1,217 | 16 | 1,025 | 12 |
| General and administrative | 1,001 | 13 | 788 | 9 |
| Restructuring and related costs | (3) | — | 77 | 1 |
| Total costs and expenses | 5,858 | 78 | 5,544 | 63 |
|  | | | | |
| Operating income | 1,670 | 22 | 3,259 | 37 |
|  | | | | |
| Interest expense from debt | 108 | 1 | 108 | 1 |
| Other (income) expense, net | (182) | (2) | (13) | — |
| Income before income tax expense | 1,744 | 23 | 3,164 | 36 |
| Income tax expense | 231 | 3 | 465 | 5 |
| Net income | $ 1,513 | 20 % | $ 2,699 | 31 % |

46

- the Candy Crush franchise.

This decrease was further offset by an increase in in-game net revenues of $20 million from various other titles.

**Operating Segment Results**

We have three reportable segments—Activision, Blizzard, and King. Our operating segments are consistent with the manner in which our operations are reviewed and managed by our Chief Executive Officer, who is our chief operating decision maker ("CODM"). The CODM reviews segment performance exclusive of: the impact of the change in deferred revenues and related cost of revenues with respect to certain of our online-enabled games; share-based compensation expense (including liability awards accounted for under ASC 718); amortization of intangible assets as a result of purchase price accounting; fees and other expenses (including legal fees, expenses, and accruals) related to acquisitions, associated integration activities, and financings; certain restructuring and related costs; certain partnership wind down related costs; and certain other non-cash charges. The CODM does not review any information regarding total assets on an operating segment basis, and accordingly, no disclosure is made with respect thereto.

Our operating segments are also consistent with our internal organizational structure, the way we assess operating performance and allocate resources, and the availability of separate financial information. We do not aggregate operating segments.

Information on the reportable segment net revenues and segment operating income is presented below (amounts in millions):

|  | For the Year Ended December 31, 2022 | | | | Increase / (decrease) | | | |
|---|---|---|---|---|---|---|---|---|
|  | Activision | Blizzard | King | Total | Activision | Blizzard | King | Total |
| **Segment Revenues** | | | | | | | | |
| Net revenues from external customers | $ 3,275 | $ 1,936 | $ 2,785 | $ 7,996 | $ (203) | $ 203 | $ 205 | $ 205 |
| Intersegment net revenues (1) | — | 76 | — | 76 | — | (18) | — | (18) |
| Segment net revenues | $ 3,275 | $ 2,012 | $ 2,785 | $ 8,072 | $ (203) | $ 185 | $ 205 | $ 187 |
| **Segment operating income** | $ 1,317 | $ 625 | $ 1,121 | $ 3,063 | $ (350) | $ (73) | $ (19) | $ (442) |

|  | For the Year Ended December 31, 2021 | | | |
|---|---|---|---|---|
|  | Activision | Blizzard | King | Total |
| **Segment Revenues** | | | | |
| Net revenues from external customers | $ 3,478 | $ 1,733 | $ 2,580 | $ 7,791 |
| Intersegment net revenues (1) | — | 94 | — | 94 |
| Segment net revenues | $ 3,478 | $ 1,827 | $ 2,580 | $ 7,885 |
| **Segment operating income** | $ 1,667 | $ 698 | $ 1,140 | $ 3,505 |

(1) Intersegment revenues reflect licensing and service fees charged between segments.

48

WZ007306

*Costs and Expenses*

*Cost of Revenues*

The following tables detail the components of cost of revenues in dollars (amounts in millions) and as a percentage of associated net revenues:

|  | Year Ended December 31, 2022 | % of associated net revenues | Year Ended December 31, 2021 | % of associated net revenues | Increase (Decrease) |
|---|---|---|---|---|---|
| Cost of revenues—product sales: |  |  |  |  |  |
| Product costs | $ 519 | 32 % | $ 649 | 28 % | $ (130) |
| Software royalties and amortization | 231 | 14 | 346 | 15 | (115) |
| Cost of revenues—in-game, subscription, and other: |  |  |  |  |  |
| Game operations and distribution costs | 1,324 | 22 | 1,215 | 19 | 109 |
| Software royalties and amortization | 148 | 3 | 107 | 2 | 41 |
| Total cost of revenues | $ 2,222 | 30 % | $ 2,317 | 26 % | $ (95) |

*Cost of Revenues—Product Sales*:

The decrease in product costs for the year ended December 31, 2022, as compared to the year ended December 31, 2021, was driven by:

- a $102 million decrease in product costs for our Distribution business due to lower revenues; and

- a $45 million decrease in product costs from Activision, driven by lower product costs for *Call of Duty: Vanguard* as compared to *Call of Duty: Black Ops Cold War* due to lower revenues.

The decrease in software royalties and amortization related to product sales for the year ended December 31, 2022, as compared to the year ended December 31, 2021, was primarily due to a $113 million decrease in software amortization and royalties from Blizzard, driven by lower software amortization and royalties from (1) *World of Warcraft*, as the prior year included higher amortization associated with the release of *World of Warcraft: Shadowlands*, and (2) *Diablo II: Resurrected*.

*Cost of Revenues—In-game, Subscription, and Other:*

The increase in game operations and distribution costs for the year ended December 31, 2022, as compared to the year ended December 31, 2021, was primarily due to a $104 million increase in service provider fees, primarily digital storefront fees (e.g., fees retained by Apple and Google for our sales on their platforms), as a result of higher revenues.

The increase in software royalties and amortization related to in-game, subscription, and other for the year ended December 31, 2022 as compared to the year ended December 31, 2021, was primarily due to a $55 million increase in software royalties and amortization from Blizzard, driven by *Diablo Immortal*.

53

WZ007312

*Product Development (amounts in millions)*

|  | December 31, 2022 | % of consolidated net revenues | December 31, 2021 | % of consolidated net revenues | Increase (Decrease) |
|---|---|---|---|---|---|
| Product development | $ 1,421 | 19 % | $ 1,337 | 15 % | $ 84 |

The increase in product development costs for the year ended December 31, 2022, as compared to the year ended December 31, 2021, was driven by a $475 million increase in development spending. The higher development spending was primarily due to expanded development teams and higher share-based compensation, partially offset by higher capitalization of development costs of $391 million.

*Sales and Marketing (amounts in millions)*

|  | December 31, 2022 | % of consolidated net revenues | December 31, 2021 | % of consolidated net revenues | Increase (Decrease) |
|---|---|---|---|---|---|
| Sales and marketing | $ 1,217 | 16 % | $ 1,025 | 12 % | $ 192 |

The increase in sales and marketing expenses for the year ended December 31, 2022, as compared to the year ended December 31, 2021, was primarily due to higher marketing spending for the Candy Crush franchise and *Diablo Immortal.*

*General and Administrative (amounts in millions)*

|  | December 31, 2022 | % of consolidated net revenues | December 31, 2021 | % of consolidated net revenues | Increase (Decrease) |
|---|---|---|---|---|---|
| General and administrative | $ 1,001 | 13 % | $ 788 | 9 % | $ 213 |

The increase in general and administrative expenses for the year ended December 31, 2022, as compared to the year ended December 31, 2021, was primarily due to:

- a $142 million increase in legal and other professional fees, primarily driven by our employment-related matters, inclusive of the $35 million settlement with the SEC announced on February 3, 2023, and proposed transaction with Microsoft; and

- lower insurance claim proceeds of $58 million, as the prior year included receipt of insurance proceeds relating to a network outage which occurred in 2018 from changes made by a third-party partner which inadvertently impacted some users' ability to play and spend money in King games.

*Restructuring and Related Costs (amounts in millions)*

|  | December 31, 2022 | % of consolidated net revenues | December 31, 2021 | % of consolidated net revenues | Increase (Decrease) |
|---|---|---|---|---|---|
| Restructuring and related costs | $ (3) | — % | $ 77 | 1 % | $ (80) |

During 2019, we began implementing a plan aimed at refocusing our resources on our largest opportunities and removing unnecessary levels of complexity and duplication from certain parts of our business. We substantially completed all actions under our plan and accrued for these costs accordingly in 2021. The remaining activity under the plan is primarily related to cash outlays to be made over time to impacted personnel.

**ACTIVISION BLIZZARD, INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF OPERATIONS**
(Amounts in millions, except per share data)

|  | For the Years Ended December 31, | | |
|---|---:|---:|---:|
|  | **2022** | **2021** | **2020** |
| **Net revenues** | | | |
| Product sales | $ 1,642 | $ 2,311 | $ 2,350 |
| In-game, subscription, and other revenues | 5,886 | 6,492 | 5,736 |
| Total net revenues | 7,528 | 8,803 | 8,086 |
| | | | |
| **Costs and expenses** | | | |
| Cost of revenues—product sales: | | | |
|   Product costs | 519 | 649 | 705 |
|   Software royalties and amortization | 231 | 346 | 269 |
| Cost of revenues—in-game, subscription, and other: | | | |
|   Game operations and distribution costs | 1,324 | 1,215 | 1,131 |
|   Software royalties and amortization | 148 | 107 | 155 |
| Product development | 1,421 | 1,337 | 1,150 |
| Sales and marketing | 1,217 | 1,025 | 1,064 |
| General and administrative | 1,001 | 788 | 784 |
| Restructuring and related costs | (3) | 77 | 94 |
| Total costs and expenses | 5,858 | 5,544 | 5,352 |
| | | | |
| Operating income | 1,670 | 3,259 | 2,734 |
| Interest expense from debt | 108 | 108 | 99 |
| Other (income) expense, net (Note 18) | (182) | (13) | (12) |
| Loss on extinguishment of debt | — | — | 31 |
| Income before income tax expense | 1,744 | 3,164 | 2,616 |
| Income tax expense | 231 | 465 | 419 |
| Net income | $ 1,513 | $ 2,699 | $ 2,197 |
| | | | |
| **Earnings per common share** | | | |
| Basic | $ 1.94 | $ 3.47 | $ 2.85 |
| Diluted | $ 1.92 | $ 3.44 | $ 2.82 |
| | | | |
| **Weighted-average number of shares outstanding** | | | |
| Basic | 782 | 777 | 771 |
| Diluted | 789 | 784 | 778 |

The accompanying notes are an integral part of these Consolidated Financial Statements.

F-4

WZ007335

Table of Contents

|  | Year Ended December 31, 2021 | | | | | |
|---|---|---|---|---|---|---|
|  | Activision | Blizzard | King | Non-reportable segments | Elimination of intersegment revenues (3) | Total |
| **Net revenues by platform:** | | | | | | |
| Console | $ 2,502 | $ 135 | $ — | $ — | $ — | $ 2,637 |
| PC | 660 | 1,673 | 84 | — | (94) | 2,323 |
| Mobile and ancillary (1) | 574 | 95 | 2,513 | — | — | 3,182 |
| Other (2) | 40 | 72 | — | 549 | — | 661 |
| Total consolidated net revenues | $ 3,776 | $ 1,975 | $ 2,597 | $ 549 | $ (94) | $ 8,803 |
| Change in deferred revenues: | | | | | | |
| Console | $ (248) | $ (6) | $ — | $ — | $ — | $ (254) |
| PC | (82) | (145) | (1) | — | — | (228) |
| Mobile and ancillary (1) | 32 | 3 | (16) | — | — | 19 |
| Other (2) | — | — | — | 14 | — | 14 |
| Total change in deferred revenues | $ (298) | $ (148) | $ (17) | $ 14 | $ — | $ (449) |
| **Segment net revenues:** | | | | | | |
| Console | $ 2,254 | $ 129 | $ — | $ — | $ — | $ 2,383 |
| PC | 578 | 1,528 | 83 | — | (94) | 2,095 |
| Mobile and ancillary (1) | 606 | 98 | 2,497 | — | — | 3,201 |
| Other (2) | 40 | 72 | — | 563 | — | 675 |
| Total segment net revenues | $ 3,478 | $ 1,827 | $ 2,580 | $ 563 | $ (94) | $ 8,354 |

|  | Year Ended December 31, 2020 | | | | | |
|---|---|---|---|---|---|---|
|  | Activision | Blizzard | King | Non-reportable segments | Elimination of intersegment revenues (3) | Total |
| **Net revenues by platform:** | | | | | | |
| Console | $ 2,668 | $ 116 | $ — | $ — | $ — | $ 2,784 |
| PC | 582 | 1,489 | 96 | — | (111) | 2,056 |
| Mobile and ancillary (1) | 382 | 106 | 2,071 | — | — | 2,559 |
| Other (2) | 57 | 92 | — | 538 | — | 687 |
| Total consolidated net revenues | $ 3,689 | $ 1,803 | $ 2,167 | $ 538 | $ (111) | $ 8,086 |
| Change in deferred revenues: | | | | | | |
| Console | $ 140 | $ (8) | $ — | $ — | $ — | $ 132 |
| PC | 64 | 115 | — | — | — | 179 |
| Mobile and ancillary (1) | 49 | (5) | (3) | — | — | 41 |
| Other (2) | — | — | — | (19) | — | (19) |
| Total change in deferred revenues | $ 253 | $ 102 | $ (3) | $ (19) | $ — | $ 333 |
| **Segment net revenues:** | | | | | | |
| Console | $ 2,808 | $ 108 | $ — | $ — | $ — | $ 2,916 |
| PC | 646 | 1,604 | 96 | — | (111) | 2,235 |
| Mobile and ancillary (1) | 431 | 101 | 2,068 | — | — | 2,600 |
| Other (2) | 57 | 92 | — | 519 | — | 668 |
| Total segment net revenues | $ 3,942 | $ 1,905 | $ 2,164 | $ 519 | $ (111) | $ 8,419 |

F-38

WZ007375

# SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

Date: February 23, 2023

ACTIVISION BLIZZARD, INC.

By: /s/ ROBERT A. KOTICK

Robert A. Kotick
*Director and Chief Executive Officer of Activision Blizzard, Inc.*
*(Principal Executive Officer)*

_____

# POWER OF ATTORNEY

Each individual whose signature appears below constitutes and appoints Robert A. Kotick and Armin Zerza and each of them, his or her true and lawful attorneys-in-fact and agents, with full power of substitution, for him or her and in his or her name, place and stead, in any and all capacities, to sign any and all amendments to this Annual Report on Form 10-K, and to file the same, with all exhibits thereto, and all documents in connection therewith, with the Securities and Exchange Commission, granting unto said attorneys-in-fact and agents, and each of them, full power and authority to do and perform each and every act and thing requisite and necessary to be done in and about the premises, as fully to all intents and purposes as he or she might or could do in person, hereby ratifying and confirming all that said attorneys-in-fact and agents, or any of them, or his, her, or their substitute or substitutes, may lawfully do or cause to be done by virtue hereof.

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

| By: | Signature | Title | Date |
|---|---|---|---|
| By: | /s/ ROBERT A. KOTICK (Robert A. Kotick) | Director, Chief Executive Officer (Principal Executive Officer) | February 23, 2023 |
| By: | /s/ ARMIN ZERZA (Armin Zerza) | Chief Financial Officer (Principal Financial Officer) | February 23, 2023 |
| By: | /s/ JESSE YANG (Jesse Yang) | Deputy Chief Financial Officer and Comptroller (Principal Accounting Officer) | February 23, 2023 |
| By: | /s/ REVETA BOWERS (Reveta Bowers) | Director | February 23, 2023 |
| By: | /s/ KERRY CARR (Kerry Carr) | Director | February 23, 2023 |
| By: | /s/ ROBERT J. CORTI (Robert J. Corti) | Director | February 23, 2023 |
| By: | /s/ BRIAN G. KELLY (Brian G. Kelly) | Chairman of the Board and Director | February 23, 2023 |
| By: | /s/ BARRY MEYER (Barry Meyer) | Director | February 23, 2023 |
| By: | /s/ ROBERT J. MORGADO (Robert J. Morgado) | Director | February 23, 2023 |
| By: | /s/ PETER NOLAN (Peter Nolan) | Director | February 23, 2023 |
| By: | /s/ DAWN OSTROFF (Dawn Ostroff) | Director | February 23, 2023 |

E-5

WZ007397