# EXHIBIT E

**Edelstein, Lindsay**

---

| | |
|---|---|
| **From:** | Nietes, Andrew |
| **Sent:** | Monday, November 4, 2024 9:03 PM |
| **To:** | 'Mike Cilento'; 'Brett Lewis'; 'Jane Jaang'; 'Nicole Haff'; 'aks@gladiuslaw.com' |
| **Cc:** | Mayer, Marc; Edelstein, Lindsay; Anfuso, Alex |
| **Subject:** | Activision Publishing, Inc. v Warzone. com, LLC - Case No. 2:21-CV-3073-FLA - Activision's Responses and Objections to Third Set of RFPs |
| **Attachments:** | Warzone to Activision RFP 3 [NOS. 47-127] RESPONSES(20292122.1).pdf |

Counsel,

Please see attached.



**Andrew Nietes** | **Attorney-at-Law**
T: 917.546.7683 | afn@msk.com
**Mitchell Silberberg & Knupp LLP** | **www.msk.com**
437 Madison Ave., 25th Floor, New York, NY 10022

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.