# EXHIBIT F

**Edelstein, Lindsay**

| | |
|---|---|
| **From:** | Mike Cilento <michael@ilawco.com> |
| **Sent:** | Monday, November 4, 2024 9:59 PM |
| **To:** | Mayer, Marc; Edelstein, Lindsay; Anfuso, Alex; Nietes, Andrew |
| **Cc:** | Brett Lewis; Nicole Haff; Jane Jaang |
| **Subject:** | [EXTERNAL] Activision v. Warzone - Warzone LR 37-1 Letter to Activision |
| **Attachments:** | 2024-11-4 Warzone.com LLC Rule 37-1 Letter.pdf |

Counsel - please find attached Warzone's LR 37-1 Letter to Activision dated November 4, 2024. Please let us know your availability for a meet and confer on the dates as stated and requested in the letter.

Thanks
Mike

**LEWIS & LIN LLC**
▶▶▶ INTERNET LAW COUNSEL

**Michael D. Cilento, Esq.**
Lewis & Lin LLC
77 Sands Street, 6th Floor | Brooklyn, NY 11201
direct 347-404-5844 | fax 718-243-9326
iLawco.com | TrademarkAttorneys.com | Defamation.nyc

This electronic message transmission contains information from this law firm which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.