# EXHIBIT G

**Edelstein, Lindsay**

| | |
|---|---|
| **From:** | Mike Cilento <michael@ilawco.com> |
| **Sent:** | Wednesday, November 13, 2024 9:13 PM |
| **To:** | Edelstein, Lindsay |
| **Cc:** | Mayer, Marc; Anfuso, Alex; Nietes, Andrew; Brett Lewis; Nicole Haff; Jane Jaang |
| **Subject:** | [EXTERNAL] Re: Activision v. Warzone - Warzone LR 37-1 Letter to Activision |

Counsel - based on the letter we received from Activision an hour ago, it is our understanding that Activision contends that it requires three to four hours to meet and confer on the issues raised in our correspondence of November 4, 2024. We disagree with your suggestion that our Rule 37-1 letter requires such extensive conversation, but are in any event available for this discussion at the agreed upon time tomorrow. We will update the call information to reflect the extended duration. We look forward to speaking with you tomorrow.

-Mike

On Tuesday, November 12, 2024, Mike Cilento <michael@ilawco.com> wrote:
> Thanks Lindsay. Thursday at 2pm ET is good for us. I've updated the call info. below.
>
> Warzone Activision Meet and Confer
> Thursday, November 14 · 2:00 – 3:00pm
> Time zone: America/New_York
> Google Meet joining info
> Video call link: https://meet.google.com/dyu-xefx-agv
> Or dial: (US) +1 484-546-8344 PIN: 232 860 177#
> More phone numbers: https://tel.meet/dyu-xefx-agv?pin=3314961036387
>
> -Mike

**LEWIS & LIN LLC**
▶▶▶ INTERNET LAW COUNSEL

**Michael D. Cilento, Esq.**
Lewis & Lin LLC
77 Sands Street, 6th Floor | Brooklyn, NY 11201
direct 347-404-5844 | fax 718-243-9326
iLawco.com | TrademarkAttorneys.com | Defamation.nyc

This electronic message transmission contains information from this law firm which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

On Mon, Nov 11, 2024 at 9:42 PM Edelstein, Lindsay <lre@msk.com> wrote:
> Hi Mike,

We can do anytime Thursday, 11/14 from 1-4pm ET.

Regards,

Lindsay



**Lindsay R. Edelstein (She/Her/Hers)** | Attorney-at-Law

T: 917.546.7764 | lre@msk.com

**Mitchell Silberberg & Knupp LLP** | www.msk.com

437 Madison Ave., 25th Floor, New York, NY 10022

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

**From:** Mike Cilento <michael@ilawco.com>
**Sent:** Monday, November 11, 2024 7:47 PM
**To:** Edelstein, Lindsay <lre@msk.com>
**Cc:** Mayer, Marc <MEM@msk.com>; Anfuso, Alex <ala@msk.com>; Nietes, Andrew <afn@msk.com>; Brett Lewis <brett@ilawco.com>; Nicole Haff <nicole@ilawco.com>; Jane Jaang <jane@ilawco.com>
**Subject:** Re: [EXTERNAL] Activision v. Warzone - Warzone LR 37-1 Letter to Activision

Marc and Lindsay - I wanted to reach out regarding our scheduled meet and confer this Wednesday, November 13. A conflict has come up on our side, and to avoid any potential disruptions or time constraints on our discussion, we'd like to see if you're still available on Thursday, November 14, instead.

If rescheduling to Thursday is not possible for you, we will still endeavor to make Wednesday work as originally planned, but please let us know your availability, and we can hopefully find a mutually agreeable time Thursday.

Thank you for your consideration.

-Mike

**LEWIS & LIN LLC**
▶▶▶ INTERNET LAW COUNSEL

**Michael D. Cilento, Esq.**

Lewis & Lin LLC

77 Sands Street, 6th Floor | Brooklyn, NY 11201

direct 347-404-5844 | fax 718-243-9326

iLawco.com | TrademarkAttorneys.com | Defamation.nyc

This electronic message transmission contains information from this law firm which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

On Mon, Nov 11, 2024 at 11:22 AM Mike Cilento <michael@ilawco.com> wrote:

> Thanks Lindsay. See below to join the call on Wednesday.
>
> Warzone Activision Meet and Confer
> Wednesday, November 13 · 1:00 – 2:00pm
> Time zone: America/New_York
> Google Meet joining info
> Video call link: https://meet.google.com/dyu-xefx-agv
> Or dial: (US) +1 484-546-8344 PIN: 232 860 177#
> More phone numbers: https://tel.meet/dyu-xefx-agv?pin=3314961036387
>
> -Mike
>
> **LEWIS & LIN LLC**
> ▶▶▶ INTERNET LAW COUNSEL
>
> **Michael D. Cilento, Esq.**
>
> Lewis & Lin LLC
>
> 77 Sands Street, 6th Floor | Brooklyn, NY 11201
>
> direct 347-404-5844 | fax 718-243-9326

iLawco.com  |  TrademarkAttorneys.com  |  Defamation.nyc

This electronic message transmission contains information from this law firm which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

On Fri, Nov 8, 2024 at 3:28 PM Edelstein, Lindsay <lre@msk.com> wrote:

> Hi Mike,
>
> That time works.
>
> Regards,
>
> Lindsay
>
> 
>
> **Lindsay R. Edelstein (She/Her/Hers)** | **Attorney-at-Law**
>
> T: 917.546.7764 | lre@msk.com
>
> **Mitchell Silberberg & Knupp LLP** | www.msk.com
>
> 437 Madison Ave., 25th Floor, New York, NY 10022
>
> THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.
>
> **From:** Mike Cilento <michael@ilawco.com>
> **Sent:** Friday, November 8, 2024 3:10 PM
> **To:** Mayer, Marc <MEM@msk.com>
> **Cc:** Edelstein, Lindsay <lre@msk.com>; Anfuso, Alex <ala@msk.com>; Nietes, Andrew <afn@msk.com>; Brett Lewis

4

47

<brett@ilawco.com>; Nicole Haff <nicole@ilawco.com>; Jane Jaang <jane@ilawco.com>
**Subject:** Re: [EXTERNAL] Activision v. Warzone - Warzone LR 37-1 Letter to Activision

Marc - can we confirm 10am PT on Nov. 13 for the meet and confer? If so, I'll send a meeting link.

Thanks

Mike



**Michael D. Cilento, Esq.**

Lewis & Lin LLC

77 Sands Street, 6th Floor | Brooklyn, NY 11201

direct 347-404-5844 | fax 718-243-9326

iLawco.com | TrademarkAttorneys.com | Defamation.nyc

This electronic message transmission contains information from this law firm which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

On Thu, Nov 7, 2024 at 11:44 AM Mike Cilento <michael@ilawco.com> wrote:

Thanks Marc. Wednesday Nov. 13 is fine for the meet and confer. Can your side do 10am PT?

-Mike

**Michael D. Cilento, Esq.**

Lewis & Lin LLC

77 Sands Street, 6th Floor  |  Brooklyn, NY 11201

direct 347-404-5844  | fax 718-243-9326

iLawco.com  |  TrademarkAttorneys.com  |  Defamation.nyc

This electronic message transmission contains information from this law firm which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

On Tue, Nov 5, 2024 at 7:29 PM Mayer, Marc <MEM@msk.com> wrote:

> Mike –
>
> Thank you for your email and letter.
>
> We are in the process of reviewing your letter and will discuss these issues with our client.  Because, however, your letter includes close to 100 separate discovery requests, we will need some time to go through each of these requests and assess our position.
>
> While we appreciate that you have attempted to group those dozens of requests into three large categories or "buckets," we believe that these categories paint the issues with far too broad a brush, do not account for the many nuances within each discovery request, and ultimately are not particularly helpful.  Thus, we will endeavor to provide you with a thoughtful and detailed written response to your letter over the next few days.
>
> In any event, we can be available next Wednesday (11/13) or Thursday (11/14) for the meet-and-confer.  Let us know if either of these dates work for you.
>
> Thanks.



**Marc Mayer** | **Partner, through his professional corporation**

T: 310.312.3154 | marc.mayer@msk.com

**Mitchell Silberberg & Knupp LLP** | www.msk.com

2049 Century Park East, 18th Floor, Los Angeles, CA 90067

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

**From:** Mike Cilento <michael@ilawco.com>
**Sent:** Monday, November 4, 2024 6:59 PM
**To:** Mayer, Marc <MEM@msk.com>; Edelstein, Lindsay <lre@msk.com>; Anfuso, Alex <ala@msk.com>; Nietes, Andrew <afn@msk.com>
**Cc:** Brett Lewis <brett@ilawco.com>; Nicole Haff <nicole@ilawco.com>; Jane Jaang <jane@ilawco.com>
**Subject:** [EXTERNAL] Activision v. Warzone - Warzone LR 37-1 Letter to Activision

Counsel - please find attached Warzone's LR 37-1 Letter to Activision dated November 4, 2024. Please let us know your availability for a meet and confer on the dates as stated and requested in the letter.

Thanks

Mike



**Michael D. Cilento, Esq.**

Lewis & Lin LLC

77 Sands Street, 6th Floor  |  Brooklyn, NY 11201

direct 347-404-5844  | fax 718-243-9326

iLawco.com  |  TrademarkAttorneys.com  |  Defamation.nyc

This electronic message transmission contains information from this law firm which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

--

**LEWIS & LIN LLC**
▶▶▶ INTERNET LAW COUNSEL

**Michael D. Cilento, Esq.**
Lewis & Lin LLC
77 Sands Street, 6th Floor  |  Brooklyn, NY 11201
direct 347-404-5844  | fax 718-243-9326
iLawco.com  |  TrademarkAttorneys.com  |  Defamation.nyc

This electronic message transmission contains information from this law firm which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.