# EXHIBIT K

Alyssa K. Schabloski (SBN 258876)
aks@gladiuslaw.com
GLADIUS LAW, APC
2708 Wilshire Blvd., No. 426
Santa Monica, CA 90403
Tel: (310) 734-0720

Brett E. Lewis (*pro hac vice*)
brett@iLawco.com
Roberto Ledesma (*pro hac vice*)
roberto@ilawco.com
Michael D. Cilento (*pro hac vice*)
michael@iLawco.com
LEWIS & LIN, LLC
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326

*Attorneys for Warzone.com, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC.<br><br>*Plaintiff / Counterclaim Defendant*,<br><br>v.<br><br>WARZONE.COM, LLC,<br><br>*Defendant / Counterclaimant*. | CASE NO. 2:21-cv-3073-FLA (JCx)<br><br>**WARZONE.COM, LLC'S AMENDED RESPONSES AND OBJECTIONS TO ACTIVISION'S FIRST SET OF REQUESTS FOR ADMISSIONS**<br>**[Nos. 1-53, 57-61, 63-65, 67, 69-72, 74-75, 82-85]** |

Pursuant to Federal Rule of Civil Procedure 34 and the corresponding Local Rules of the Central District of California, Defendant / Counterclaimant Warzone.com, LLC ("Warzone") hereby provides the following amended responses and objections to Plaintiff / Counterclaim Defendant Activision Publishing, Inc.'s ("Activision") First Set of Requests for Admission Nos. 1-53, 57-61, 63-65, 67, 69-72, 74-75, 82-85 (the "amended RFAs").

Warzone makes the following amended objections to Activision's definitions and instructions. These objections are incorporated by reference into Warzone's amended response to each request, whether or not repeated or mentioned in Warzone's response.

1.    Warzone objects to the Requests for Admission as unduly burdensome and harassing, due in no small part to the sheer volume of requests seeking cumulative and irrelevant information. Warzone further objects to the extent the requests purport to impose burdens, requirements and/or obligations that exceed or differ from those permitted by the Federal Rules of Civil Procedure, the Local Rules of the Central District of California, the Court's Order Governing Procedures, and/or any other applicable order, statute, or procedure.

2.    Warzone objects to Activision's definition and instructions regarding "WARZONE," "YOU," and "YOUR" and "REPRESENTATIVES" to the extent that they seek to require Warzone to produce or otherwise analyze any document or other information that is not within the possession, custody, or control of Warzone. Warzone further objects to these definitions to the extent that they purport to impute knowledge of unspecified or unknown parties or persons to Warzone. Warzone further objects to these definitions to the extent that they include Warzone attorneys or consulting experts and, therefore, cause requests using "WARZONE," "YOUR," and "YOU" to improperly seek information protected by the attorney-client privilege, the work-product doctrine, the common-interest privilege and/or any other applicable privileges or immunities. Warzone further objects to the definition of "REPRESENTATIVES" because it is ambiguously defined in both Definition Nos. 1 and 2, and because the term is not used in any requests

in this set. During the parties' meet and confer, and as represented in correspondence, this definition does not encompass experts.

3.      Warzone objects to Activision's definitions and instructions regarding "COMMUNICATION" and "DOCUMENT" to the extent that they conflict with or encompass information and/or records falling outside the scope of discovery under the Federal Rules of Civil Procedure, the local rules of the Central District of California, or any orders governing this case. Warzone in particular objects to Activision's definitions of "COMMUNICATION" and "DOCUMENT" to the extent that they conflict with the provisions of the Court's Order Governing Proceedings pertaining to the search and production of electronically stored information (including email). Warzone further objects to Activision's definitions of "COMMUNICATION" and "DOCUMENT" to the extent that they encompass information and/or records that are not reasonably accessible and whose inclusion is not proportional to the needs of the case.

4.      Warzone objects to Activision's definition and use of the acronym "CODWZ" to the extent it includes anything other than the online version(s) of "Call of Duty: Warzone" made available to users to download via Activision's website.

5.      Warzone objects to Activision's definition of "the WARZONE GAME" to the extent that it attempts to suggest Warzone has only one game, limit it to any one version of such game, or exclude the versions available as mobile applications.

6.      Warzone objects to Activision's definitions and instructions to the extent that it proposes to alter the plain meaning or scope of any specific request for production and to the extent that such alteration renders the request vague, ambiguous, and overbroad.

7.      Warzone objects to Activision's definitions and instructions to the extent that they call for information protected from discovery by any evidentiary privilege, including without limitation the attorney-client privilege, the work product doctrine, the common interest privilege, or other applicable privileges or immunities recognized by law. Inadvertent disclosure of any such information shall not be deemed a waiver of any privilege or immunity.

79

8.    Warzone's responses to these requests are hereby made without waiving or intending to waive, but rather, to the contrary, to preserve and intending to preserve:

    a.    all questions as to the competence, relevance, materiality, and admissibility as evidence for any purpose of the information or documents, or the subject matter thereof, in any aspect of this action or any other court action or judicial or administrative proceeding or investigation;

    b.    the right to object on any ground to the use of any such information or documents, or the subject matter thereof, in any aspect of this action or any other civil action or judicial or administrative proceeding or investigation;

    c.    the right to object at any time in connection with any further response to this or any other request for information; and

    d.    the right at any time to supplement its responses.

9.    Warzone anticipates that future discovery, independent investigation, and/or analysis will supply additional facts and add meaning to known facts, as well as establish new factual conclusions and legal contentions, all of which may lead to additions to, changes in, and variations from the responses set forth herein. Warzone reserves the right to modify, supplement, withdraw, or otherwise alter its responses to these requests in accordance with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Central District of California, and the provisions of any applicable Protective Order.

10.    Warzone objects to these requests for admission on the grounds and to the extent that they seek "conclusions and opinion" regarding disputes lying at the heart of the case. *See People of State of Cal. v. The Jules Fribourg*, 19 F.R.D. 432, 436 (N.D. Cal. 1955); *see Rattie v. Balfour Beatty Infrastructure, Inc*., No. 22-05061, 2023 WL 5507174, at *2 (N.D. Cal. Aug. 25, 2023).

**REQUEST FOR ADMISSION NO. 1:**

Admit that YOU do not possess any evidence that any person downloaded CODWZ

under the mistaken belief that such person was downloading the WARZONE GAME.

**AMENDED RESPONSE TO REQUEST FOR ADMISSIONS NO. 1:**

      Warzone incorporates its general objections above, and specifically objects to this

request on the ground that it seeks information that is neither relevant nor reasonably

calculated to lead to the discoverability of relevant evidence. Warzone further objects to

the extent this request calls for a legal conclusion, in particular as to what may or may not

constitute "evidence" or a "mistaken belief." Warzone objects to the term "downloaded"

as vague and ambiguous, and further unclear as to where such "downloading" is

occurring.  Based on the foregoing objections, Warzone responses as follows:

      Warzone admits that as of October 23, 2024, it does not have any evidence in its

possession that a person mistakenly believed it was downloading an online version of the

WARZONE GAME when they were downloading an online version of the Call of Duty:

Warzone game.

**REQUEST FOR ADMISSION NO. 2:**

Admit that YOU do not possess any DOCUMENTS reflecting that any person

downloaded CODWZ under the mistaken belief that such person was downloading the

WARZONE GAME.

**AMENDED RESPONSE TO REQUEST FOR ADMISSIONS NO. 2:**

      Warzone incorporates its general objections above, and specifically objects to this

request on the ground that it seeks information that is neither relevant nor reasonably

calculated to lead to the discoverability of relevant evidence. Warzone further objects to

the extent this request calls for a legal conclusion, in particular as to what a document or

documents may or may not "reflect" or what may or may not constitute a "mistaken

belief." Warzone objects to the term "downloaded" as vague and ambiguous, and further

unclear as to where such "downloading" is occurring.  Based on the foregoing objections,

Warzone responds as follows:

Warzone admits that as of October 23, 2024, it does not have any documents in its possession reflecting that a person mistakenly believed it was downloading an online version of the WARZONE GAME when they were downloading an online version of the Call of Duty: Warzone game.

**REQUEST FOR ADMISSION NO. 3:**

Admit that YOU do not possess any evidence that any person played CODWZ under the mistaken belief that such person was playing the WARZONE GAME.

**AMENDED RESPONSE TO REQUEST FOR ADMISSIONS NO. 3:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what may or may not constitute "evidence" or a "mistaken belief." Based on the foregoing objections, Warzone responds as follows:

Warzone admits that as of October 23, 2024, Warzone does not have any evidence in its possession that a person playing an online version of Call of Duty: Warzone game was playing it under the mistaken belief that they were playing the WARZONE GAME.

**REQUEST FOR ADMISSION NO. 4**:

Admit that YOU do not possess any DOCUMENTS reflecting that any person played CODWZ under the mistaken belief that such person was playing the WARZONE GAME.

**AMENDED RESPONSE TO REQUEST FOR ADMISSIONS NO. 4:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what a document or documents may or may not "reflect" or what may or may not constitute a "mistaken belief." Based on the foregoing objections, Warzone responds as follows:

Warzone admits that as of October 23, 2024, Warzone does not have any documents in its possession reflecting that a person who downloaded the online version of the Call of Duty: Warzone game was playing it under the mistaken belief that they were playing the WARZONE GAME.

**REQUEST FOR ADMISSION NO. 5:**

Admit that YOU do not possess any evidence that any person downloaded the WARZONE GAME under the mistaken belief that such person was downloading CODWZ.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 5:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what may or may not constitute "evidence" or a "mistaken belief." Warzone objects to the terms "downloaded" and "downloading" as vague and ambiguous, and further unclear as to where any such "downloading" is occurring. Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 6:**

Admit that YOU do not possess any DOCUMENTS reflecting that any person downloaded the WARZONE GAME under the mistaken belief that such person was downloading CODWZ.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 6:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what a document or documents may or may not "reflect" or what may or may not constitute a "mistaken belief." Warzone objects to the terms "downloaded" and "downloading" as vague and

ambiguous, and further unclear as to where any such "downloading" is occurring. Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 7**:

Admit that YOU do not possess any evidence that any person played the WARZONE GAME under the mistaken belief that such person was playing CODWZ.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 7:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what may or may not constitute "evidence" or a "mistaken belief." Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 8:**

Admit that YOU do not possess any DOCUMENTS reflecting that any person played the WARZONE GAME under the mistaken belief that such person was playing CODWZ.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 8:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what a document or documents may or may not "reflect" or may or may not constitute a "mistaken belief." Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 9**:

Admit that YOU do not possess any evidence that any person made any in-game purchases for CODWZ under the mistaken belief that such person was making an in-game purchase of virtual goods for the WARZONE GAME.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 9:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what may or may not constitute "evidence" or a "mistaken belief." Based on the foregoing objections, Warzone responds as follows:

Warzone admits that as of October 23, 2024, Warzone does not have evidence in its possession that any person made in-game purchases in the online version of Call of Duty: Warzone under the mistaken belief that such person was making in-game purchases of virtual goods for the WARZONE GAME.

**REQUEST FOR ADMISSION NO. 10:**

Admit that YOU do not possess any DOCUMENTS reflecting that any person made any in-game purchases for CODWZ under the mistaken belief that such person was making an in-game purchase of virtual goods for the WARZONE GAME.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 10:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what a document or documents may or may not "reflect" or may or may not constitute a "mistaken belief." Based on the foregoing objections, Warzone responds as follows:

Warzone admits that as of October 23, 2024, Warzone does not have documents in its possession reflecting that any person made in-game purchases in the online version of Call of Duty: Warzone under the mistaken belief that such person was making an in-game purchase of virtual goods for the WARZONE GAME.

**REQUEST FOR ADMISSION NO. 11:**

Admit that YOU do not possess any evidence that any person made any in-game purchases for the WARZONE GAME under the mistaken belief that such person was making an in-game purchase of virtual goods for CODWZ.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 11:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what may or may not constitute "evidence" or a "mistaken belief."  Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 12:**

Admit that YOU do not possess any DOCUMENTS reflecting that any person made any in-game purchases for the WARZONE GAME under the mistaken belief that such person was making an in-game purchase of virtual goods for CODWZ.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 12:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what a document or documents may or may not "reflect" or may or may not constitute a "mistaken belief." Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 13:**

Admit that YOU do not possess any evidence that any person ever mistakenly believed that YOU are affiliated with ACTIVISION.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 13:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably

calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what may or may not constitute "evidence" or a "mistaken belief." Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 14:**

Admit that YOU do not possess any DOCUMENTS reflecting that any person ever mistakenly believed that YOU are affiliated with ACTIVISION.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 14:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what a document or documents may or may not "reflect" or may or may not constitute a "mistaken belief." Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 15:**

Admit that YOU do not possess any evidence that any person ever mistakenly believed that ACTIVISION is the source of, sponsor of, or otherwise is affiliated with the WARZONE GAME.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 15:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what may or may not constitute "evidence" or a "mistaken belief." Warzone also objects to the phrases or terms "source of," "sponsor of," "is affiliated with" and "mistakenly believed" on the grounds that in the context of this request such undefined terms are vague, ambiguous, and call for a legal conclusion. Warzone further objects to the term "the WARZONE GAME" to the

extent it seeks to limit Warzone's relevant use of WARZONE™ to any singular product or service. Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 16:**

Admit that YOU do not possess any DOCUMENTS reflecting that any person ever mistakenly believed that ACTIVISION is the source of, sponsor of, or otherwise is affiliated with the WARZONE GAME.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 16:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what a document or documents may or may not "reflect" or may or may not constitute a "mistaken belief." Warzone also objects to the phrases or terms "source of," "sponsor of," "is affiliated with" and "mistakenly believed" on the grounds that in the context of this request such undefined terms are vague, ambiguous, and call for a legal conclusion. Warzone further objects to the term "the WARZONE GAME" to the extent it seeks to limit Warzone's relevant use of WARZONE™ to any singular product or service. Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 17:**

Admit that YOU do not possess any evidence that any person ever mistakenly believed that ACTIVISION is affiliated with YOU.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 17:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what may or may not

88

constitute "evidence" or a "mistaken belief." Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 18:**

Admit that YOU do not possess any DOCUMENTS that any person ever mistakenly believed that ACTIVISION is affiliated with YOU.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 18:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what a document or documents may or may not "reflect" or may or may not constitute a "mistaken belief." Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 19:**

Admit that YOU do not possess any evidence that you lost any potential customers or players as a result of any alleged confusion between the WARZONE GAME and CODWZ.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 19:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what may or may not constitute "evidence" or "alleged confusion."  Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 20:**

Admit that YOU do not possess any DOCUMENTS reflecting that you lost any potential customers or players as a result of any alleged confusion between the WARZONE GAME and CODWZ.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 20:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what a document or documents may or may not "reflect" or may or may not constitute "alleged confusion." Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 21:**

Admit that YOU do not possess any evidence that you lost any potential customers or players as a result of ACTIVISION's use of the title "Call of Duty: Warzone."

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 21:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what may or may not constitute "evidence" as a result of ACTIVISION's use of the title "Call of Duty: Warzone." Warzone further objects to the phrase "as a result of . . . use of the title" as vague and ambiguous. Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 22:**

Admit that YOU do not possess any DOCUMENTS reflecting that you lost any potential customers or players as a result of ACTIVISION's use of the title "Call of Duty: Warzone."

90

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO.22:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what a document or documents may or may not "reflect." Warzone further objects to the phrase "as a result of . . . use of the title" as vague and ambiguous. Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 23:**

Admit that YOU do not possess any evidence that any person did not download or play the WARZONE GAME as a result of any alleged confusion between the WARZONE GAME and CODWZ.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 23:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what may or may not constitute "evidence" or a "result" or "alleged confusion." Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 24:**

Admit that YOU do not possess any DOCUMENTS reflecting that any person did not download or play the WARZONE GAME as a result of any alleged confusion between the WARZONE GAME and CODWZ.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 24:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to

the extent this request calls for a legal conclusion, in particular as to what a document or documents may or may not "reflect" or as to what may or may not be a "result" or "alleged confusion." Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 25:**

Admit that YOU do not possess any evidence that any person did not download or play the WARZONE GAME as a result of ACTIVISION's use of the title "Call of Duty: Warzone."

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 25:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what may or may not constitute "evidence." Warzone further objects to the phrase "as a result of . . . use of the title" as vague and ambiguous. Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 26:**

Admit that YOU do not possess any DOCUMENTS reflecting that any person did not download or play the WARZONE GAME as a result of ACTIVISION's use of the title "Call of Duty: Warzone."

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 26:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what a document or documents may or may not "reflect." Warzone further objects to the phrase "as a result of . . . use of the title" as vague and ambiguous. Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 27:**

Admit that YOU do not possess any evidence that YOUR revenue declined as a result of ACTIVISION's use of the title "Call of Duty: Warzone."

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 27:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what may or may not amount to "evidence" or what may or may not be a "result." Warzone further objects to the phrase "as a result of . . . use of the title" and "declined" as vague and ambiguous. Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 28:**

Admit that YOU do not possess any DOCUMENTS reflecting that YOUR revenue declined as a result of ACTIVISION's use of the title "Call of Duty: Warzone."

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 28:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what a document or documents may or may not "reflect" or what may or may not be a "result." Warzone further objects that the phrases "as a result of . . . use of the title" and "declined" are vague and ambiguous. Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 29:**

Admit that YOU do not possess any evidence that YOUR sales declined as a result of ACTIVISION's use of the title "Call of Duty: Warzone."

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 29:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what may or may not amount to "evidence" or what may or may not be a "result." Warzone further objects that the terms "as a result of . . . use of the title" and "declined" and "sales" are vague and ambiguous. Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 30:**

Admit that YOU do not possess any DOCUMENTS reflecting that YOUR sales declined as a result of ACTIVISION's use of the title "Call of Duty: Warzone."

**RESPONSE TO REQUEST FOR ADMISSION NO. 30:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what a document or documents may or may not "reflect" or what may or may not be a "result." Warzone further objects that the terms "as a result of . . . use of the title" and "declined" are vague and ambiguous, particularly as to time and scope. Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 31**:

Admit that YOU do not possess any evidence that YOUR profits declined as a result of ACTIVISION's use of the title "Call of Duty: Warzone."

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 31:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to

the extent this request calls for a legal conclusion, in particular as to what may or may not amount to "evidence" or what may or may not be a "result." Warzone further objects that the terms "as a result of . . . use of the title," "declined," and "profits" are vague and ambiguous. Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 32**:

Admit that YOU do not possess any DOCUMENTS reflecting that YOUR profits declined as a result of ACTIVISION's use of the title "Call of Duty: Warzone."

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 32:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what a document or documents may or may not "reflect" or what may or may not be a "result." Warzone further objects that the term "declined" is vague and ambiguous, particularly as to time and scope. Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 33:**

Admit that YOU do not possess any evidence that YOUR profits would have been higher from 2020 to the present but for ACTIVISION's use of the title "Call of Duty: Warzone."

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 33:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what may or may not amount to "evidence." Warzone further objects that the phrases "would have been higher," "but for," and "profits" are vague and ambiguous, particularly as to time and scope. Based on the foregoing objections, Warzone responds as follows:

Deny.

99

**REQUEST FOR ADMISSION NO. 34:**

Admit that YOU do not possess any DOCUMENTS reflecting that YOUR profits would have been higher from 2020 to the present but for ACTIVISION's use of the title "Call of Duty: Warzone."

**RESPONSE TO REQUEST FOR ADMISSION NO. 34:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what a document or documents may or may not "reflect." Warzone further objects that the phrases "would have been higher," "profits," and "but for" are vague and ambiguous, particularly as to time and scope. Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 35:**

Admit that YOU do not possess any evidence establishing that any change in YOUR revenue during the years 2020 through 2024 was attributable to ACTIVISION's use of the title "Call of Duty: Warzone."

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 35:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what may or may not be "attributable to" or may or may not amount to "evidence." Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 36:**

Admit that YOU do not possess any DOCUMENTS reflecting that any change in YOUR revenue during the years 2020 through 2024 was attributable to ACTIVISION's use of the title "Call of Duty: Warzone."

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 36:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence, in particular if and to the extent it is seeking information from the many persons and entities defined broadly as "YOUR" in Activision's requests. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what a document or documents may or may not "reflect." Warzone further objects that the phrases "attributable to . . . use of the title" and "any change" is vague and ambiguous. Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 37:**

Admit that YOU did not lose out on any licensing opportunities as a result of ACTIVISION's use of the title "Call of Duty: Warzone."

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 37:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what may or may not be a "result."  Warzone further objects that the term "as a result of . . . use of the title" as vague and ambiguous. Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 38:**

Admit that YOUR revenues increased after the release of "Call of Duty: Warzone."

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 38:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects that the phrases "increased," "release," and "after the release" are vague and ambiguous,

particularly as to time and scope.  Based on the foregoing objections, Warzone responds as follows:

Warzone admits that Warzone.com, LLC revenues increased during several years, including 2021, and that Activision released the online version of "Call of Duty: Warzone" on March 10, 2020.

**REQUEST FOR ADMISSION NO. 39:**

Admit that YOUR profits increased after the release of "Call of Duty: Warzone."

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 39:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects that the phrases "increased," "profits," and "after the release" are vague and ambiguous, particularly as to time and scope. Based on the foregoing objections, Warzone responds as follows:

Warzone admits that Warzone.com, LLC profits increased during several years, including 2021, and that Activision released the online version of "Call of Duty: Warzone" on March 10, 2020.

**REQUEST FOR ADMISSION NO. 40:**

Admit that the WARZONE GAME never made a profit until after the release of "Call of Duty: Warzone."

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 40:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects that the phrases "never," "made a profit," and "after the release" are vague and ambiguous, particularly as to time and scope. Based on the foregoing objections, Warzone responds as follows:

Warzone admits that Warzone.com, LLC did not record a positive profit until 2021 and that Activision released the online version of "Call of Duty: Warzone" on March 10, 2020.

**REQUEST FOR ADMISSION NO. 41:**

Admit that YOU do not possess any evidence that any person was unable to locate or discover the existence of the WARZONE GAME as a result of Activision's use of the title "Call of Duty: Warzone."

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 41:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what may or may not amount to "evidence" or be a "result." Warzone further objects that the term "as a result of . . . use of the title" is vague and ambiguous. Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 42:**

Admit that YOU do not possess any DOCUMENTS reflecting that any person was unable to locate or discover the existence of the WARZONE GAME as a result of Activision's use of the title "Call of Duty: Warzone."

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 42:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what a document or documents may or may not be "reflecting" or what may or may not be considered a "result." Warzone further objects that the term "as a result of . . . use of the title" is vague and ambiguous. Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 43:**

Admit that YOU do not possess any evidence that any changes in the WARZONE GAME's ranking in search engine results for the word "Warzone" after the release of CODWZ resulted in a loss of revenue for YOU.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 43:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what may or may not amount to "evidence" or what may or may not have "resulted." Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 44:**

Admit that YOU do not possess any DOCUMENTS reflecting that any changes in the WARZONE GAME's ranking in search engine results for the word "Warzone" after the release of CODWZ resulted in a loss of revenue for YOU.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 44:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what a document or documents may or may not be "reflecting" or what may or may not have "resulted." Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 45:**

Admit that YOU do not possess any evidence that any players of the WARZONE GAME first discovered the WARZONE GAME as a result of searching for the term "Warzone" in an online search on Google, Yahoo, or any other internet search engine.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 45:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what may or may not amount to "evidence," a "result," or what may or may not have been "first discovered." Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 46:**

Admit that YOU do not possess any DOCUMENTS reflecting that any players of the WARZONE GAME first discovered the WARZONE GAME as a result of searching for the term "Warzone" in an online search on Google, Yahoo, or any other internet search engine.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 46:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what a document or documents may or may not be "reflecting," what may or may not have been a "result," or what may or may not have been "first discovered." Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 47:**

Admit that YOU do not possess any evidence that YOU or the WARZONE GAME lost out on any publicity among the gaming press as a result of Activision's use of the title "Call of Duty: Warzone."

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 47:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably

calculated to lead to the discoverability of relevant evidence. Warzone further objects to this request as vague, ambiguous and overbroad to the extent it seeks to compoundly request information regarding either "the WARZONE GAME" or the many persons and entities defined broadly as "YOU" in Activision's requests. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what may or may not amount to "evidence," or a "result." Warzone further objects that the terms and/or phrases "lost," "lost out on publicity," "the gaming press," "release," and "after the release" are vague and ambiguous, particularly as to time and scope. Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 48:**

Admit that YOU do not possess any DOCUMENTS reflecting that YOU or the WARZONE GAME lost out on any publicity among the gaming press as a result of Activision's use of the title "Call of Duty: Warzone."

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 48:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what a document or documents may or may not be "reflecting" or what may or may not have been a "result." Warzone further objects that the terms and/or phrases "as a result of . . . use of the title," "lost," "lost out on publicity," "the gaming press," "release," and "after the release" are vague and ambiguous, particularly as to time and scope. Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 49:**

Admit that prior to the release of "Call of Duty: Warzone," the WARZONE GAME had never been featured in any online or print game industry publication.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 49:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects that the terms and/or phrases "featured" and "game industry publication" render the request vague and ambiguous. Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 50:**

Admit that at the time you commenced using the title "Warzone" for the WARZONE GAME YOU were aware that there existed other games that included the term "Warzone" in their title.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 50:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what may or may not amount to "awareness." Based on the foregoing objections, Warzone responds as follows:

Warzone admits that when it commenced using "Warzone" it was aware that games including the term "Warzone" existed.

**REQUEST FOR ADMISSION NO. 51:**

Admit that at the time you commenced using the title "Warzone" for the WARZONE GAME YOU were aware that there existed other registered trademarks that included the term "WARZONE."

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 51:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what may or may not amount to "registered trademarks" or "registered trademarks that included the term

'WARZONE." Warzone further objects to the phrases "commenced," "existed," and "other registered trademarks" as being vague and ambiguous as to meaning, time, and scope. Based on the foregoing objections, Warzone responds as follows:

Warzone admits that when it commenced using "Warzone," it was aware that registered trademarks including the term "Warzone" existed.

**REQUEST FOR ADMISSION NO. 52:**

Admit that at the time you commenced using the title "Warzone" for the WARZONE GAME YOU were aware that there existed other domain names that included the term "WARZONE."

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 52:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what may or may not amount to "awareness" or "existence." Warzone further objects to the terms and/or phrases "at the time," "commenced," "existed," and "other domain names" as being vague and ambiguous as to meaning, time, and scope. Based on the foregoing objections, Warzone responses as follows:

Warzone admits that when it commenced using "Warzone," it was aware that domain names including the term "Warzone" existed.

**REQUEST FOR ADMISSION NO. 53:**

Admit that at the time you commenced using the title "Warzone" for the WARZONE GAME YOU were aware that ACTIVISION had registered the domain name "callofdutywarzone.com."

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 53:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what may or may not

amount to "awareness" or whether or not an entity "registered the domain name."
Warzone further objects to the terms and/or phrases "at the time," "commenced," and
"existed" as being vague and ambiguous as to meaning, time, and scope. Based on the
foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 57:**

Admit that YOU do not possess any evidence that any players of the WARZONE GAME
are also players of CODWZ.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 57:**

Warzone incorporates its general objections above, and specifically objects to this
request on the ground that it seeks information that is neither relevant nor reasonably
calculated to lead to the discoverability of relevant evidence. Warzone further objects to
the extent this request calls for a legal conclusion, in particular as to what may or may not
constitute "evidence." Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 58:**

Admit that YOU do not possess any DOCUMENTS reflecting that any players of the
WARZONE GAME are also players of CODWZ.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 58:**

Warzone incorporates its general objections above, and specifically objects to this
request on the ground that it seeks information that is neither relevant nor reasonably
calculated to lead to the discoverability of relevant evidence. Warzone further objects to
the extent this request calls for a legal conclusion, in particular as to what a document or
documents may or may not be "reflecting." Based on the foregoing objections, Warzone
responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 59:**

Admit that the WARZONE GAME and CODWZ do not have a similar appearance.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 59:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone objects that the phrase "similar appearance" is vague and ambiguous. Based on the foregoing objections, Warzone responds as follows:

Warzone admits that the gameplay of the WARZONE GAME and the online versions of Call of Duty: Warzone do not have similar appearances.

**REQUEST FOR ADMISSION NO. 60:**

Admit that the WARZONE GAME and CODWZ do not have a similar gameplay.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 60:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone objects that the phrases "similar gameplay" and "do not have" are vague and ambiguous, particularly as to meaning, scope, and time. Based on the foregoing objections, Warzone responds as follows:

Warzone admits that the gameplay of the WARZONE GAME and the online versions of Call of Duty: Warzone do not involve gameplay that is similar in mechanics and player experience.

**REQUEST FOR ADMISSION NO. 61:**

Admit that the WARZONE GAME and CODWZ do not use similar logos.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 61:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what may or may not constitute "use." Warzone objects that the phrases "similar logos" and "use" are vague and ambiguous. Based on the foregoing objections, Warzone responds as follows:

1    Deny.

2    **REQUEST FOR ADMISSION NO. 63:**

3    Admit that YOU or the WARZONE GAME have never been featured in any magazines

4    or newspapers that featured CODWZ.

5    **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 63:**

6        Warzone incorporates its general objections above, and specifically objects to this

7    request on the ground that it seeks information that is neither relevant nor reasonably

8    calculated to lead to the discoverability of relevant evidence. Warzone objects that the

9    phrase "featured" is vague and ambiguous. Based on the foregoing objections, Warzone

10   responds as follows:

11       Deny.

12   **REQUEST FOR ADMISSION NO. 64:**

13   Admit that YOU did not attempt to register a trademark for the word WARZONE until

14   after the release of CODWZ.

15   **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 64:**

16       Warzone incorporates its general objections above, and specifically objects to this

17   request on the ground that it seeks information that is neither relevant nor reasonably

18   calculated to lead to the discoverability of relevant evidence. Warzone further objects that

19   the terms and/or phrases "attempt to register" and "until after the release" render the

20   request vague and ambiguous. Warzone objects to this request on the grounds and to the

21   extent that it calls for disclosure of information protected by the attorney-client or other

22   privileges. Based on the foregoing objections, Warzone responds to the extent possible

23   without disclosing any privileged information or waiving any such protection:

24       Deny.

25   **REQUEST FOR ADMISSION NO. 65:**

26   Admit that until 2020 YOU never sought to enforce any purported trademark in the word

27   WARZONE against any person or entity.

28

107

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 65:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what may or may not constitute "enforcement" or "enforcement of any purported trademark" or "purported trademark in the word." Warzone further objects that the terms and/or phrases "sought," "sought to enforce," "enforce," "purported trademark," and "against" render the request vague and ambiguous. Warzone objects to this request on the grounds and to the extent that it calls for disclosure of information protected by the attorney-client or other privileges. Based on the foregoing objections, Warzone responds to the extent possible without disclosing any privileged information or waiving such protection:

Warzone admits that it has not initiated any litigation in the United States to enforce the mark Warzone.

**REQUEST FOR ADMISSION NO. 67:**

Admit that YOU never purchased any internet banner ads for the WARZONE GAME.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 67:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone objects that the terms and/or phrases "internet banner ads" and "ads for" are vague and ambiguous. Based on the foregoing objections, Warzone responds as follows:

Warzone admits that it has not purchased any internet banner ads advertising the WARZONE GAME.

**REQUEST FOR ADMISSION NO. 69:**

Admit that YOU never purchased any television, radio, or print ads for the WARZONE GAME.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 69:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone objects that the terms and/or phrases "purchased," "television, radio, or print ads," and "ads for" are vague and ambiguous. Based on the foregoing objections, Warzone responds as follows:

Warzone admits that it has not purchased any advertisements of the WARZONE GAME to be displayed on television, radio or in a printed publication such as a magazine or newspaper.

**REQUEST FOR ADMISSION NO. 70:**

Admit that YOU never created any in-store displays for the WARZONE GAME.

**RESPONSE TO REQUEST FOR ADMISSION NO. 70:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone objects that the terms and/or phrases "created," "in-store displays," and "ads for" are vague and ambiguous. Based on the foregoing objections, Warzone responds as follows:

Warzone admits that it did not create a physical display in any brick and mortar store that advertised the WARZONE GAME.

**REQUEST FOR ADMISSION NO. 71:**

Admit that YOU never purchased any keyword advertisements for the WARZONE GAME.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 71:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone objects that the terms and/or phrases "keyword advertisements" and "advertisements for" are vague and ambiguous. Based on the foregoing objections, Warzone responds as follows:

Warzone admits that it has not purchased any keywords to advertise the WARZONE GAME.

**REQUEST FOR ADMISSION NO. 72:**

Admit that YOU never hired an advertising or public relations agency to assist with advertising or promoting the WARZONE GAME.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 72:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone objects that the terms and/or phrases "hired," "advertising or public relations agency," "assist with advertising," "assist with . . .promoting," and "promoting" are vague and ambiguous. Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 74:**

Admit that YOU do not possess any DOCUMENTS evidencing the value of YOUR alleged WARZONE trademark prior to 2020.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 74:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence, in particular if and to the extent it is seeking information from the many persons and entities defined broadly as "YOUR" in Activision's requests. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to "alleged . . . trademark," and what may or may not amount to "evidence." Warzone further objects that the phrases "value" and "alleged WARZONE trademark," and "prior to 2020" are vague and ambiguous, particularly as to meaning, time, and scope. Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 75:**

Admit that YOU do not possess any DOCUMENTS evidencing the alleged decline in value of YOUR alleged WARZONE trademark as a result of ACTIVISION's use of the title "Call of Duty: Warzone."

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 75:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what a document or documents may or may not be "evidencing," "evidence," what may or may not be a "result," or what constitutes an "alleged . . . trademark." Warzone further objects that the terms and/or phrases "decline," "alleged decline," "in value," "alleged trademark," "as a result of," and "use of the title" are vague and ambiguous. Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 82:**

Admit that YOU do not possess any evidence that any of ACTIVISION's revenue in connection with CODWZ is the result of consumer confusion between the WARZONE GAME and CODWZ.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 82:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what may or may not constitute "evidence," or the "result of consumer confusion." Warzone objects that the terms or phrases "connection," "consumer," and "in connection with" are vague and ambiguous. Warzone further objects to the extent this request seeks information regarding Activision's revenue which Activision has yet to provide or produce in

response to discovery requests. Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 83:**

Admit that YOU do not possess any evidence that any of ACTIVISION's revenue in connection with CODWZ is the result of Activision's use of the title "Call of Duty: Warzone."

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 83:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what may or may not constitute "evidence," or a "result." Warzone objects that the terms or phrases "connection," "revenue in connection with," and "in connection with" are vague and ambiguous. Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 84:**

Admit that YOU do not possess any evidence that YOUR revenue prior to 2020 would have been different if YOU had not changed the name of YOUR game from WARLIGHT to WARZONE.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 84:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what may or may not amount to "evidence." Warzone further objects that the phrases "would have been different," "had not changed," "revenue prior to 2020," and "the name of YOUR game" are vague and ambiguous. Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 85:**

Admit that YOU do not possess any DOCUMENTS reflecting that YOUR revenue prior to 2020 would have been different if YOU had not changed the name of YOUR game from WARLIGHT to WARZONE.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 85:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what a document or documents may or may not be "reflecting." Warzone further objects that the phrases "would have been different," "had not changed," "revenue prior to 2020," and "the name of YOUR game" are vague and ambiguous, particularly as to meaning, time, and scope. Based on the foregoing objections, Warzone responds as follows:

Deny.

Date:  October 23, 2024

Brett E. Lewis
Roberto Ledesma
Michael D. Cilento
**LEWIS & LIN, LLLC**

Alyssa Schabloski
**GLADIUS LAW, APC**

By: *Michael D. Cilento*
Michael D. Cilento (*pro hac vice*)

*Attorneys for Warzone.com, LLC*