MARC E. MAYER (SBN 190969)
mem@msk.com
KARIN G. PAGNANELLI (SBN 174763)
kgp@msk.com
LINDSAY R. EDELSTEIN (*pro hac vice*)
lre@msk.com
ALEXANDRA L. ANFUSO (SBN 333440)
ala@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Activision Publishing, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>WARZONE.COM, LLC,<br><br>Defendant. | CASE NO. 2:21-cv-3073-FLA (JCx)<br><br>[Judge Fernando L. Aenlle-Rocha]<br><br>**DECLARATION OF STEPHEN MARKS IN OPPOSITION TO WARZONE.COM, LLC'S MOTION TO COMPEL FURTHER RESPONSES TO UNSPECIFIED DISCOVERY DEMANDS**<br><br>**REDACTED VERSION** |
|---|---|
| WARZONE.COM, LLC,<br><br>Counterclaimant,<br><br>v.<br><br>ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>Counterdefendant. | |

## DECLARATION OF STEPHEN MARKS

I, Stephen Marks, declare as follows:

1. I hold the position of eDiscovery Head at Plaintiff/Counterclaim Defendant Activision Publishing, Inc. ("Activision"). I have been employed at Activision since mid-2012. In my role, I am familiar with the manner in which Activision stores its electronic information including, *inter alia*, documents, emails, and other communications, and the procedures required to collect such information in the context of producing it for discovery in litigation. I have personal knowledge of the following facts and could competently testify to these facts if called upon to do so.

2. During the course of this litigation, my team and I have 

3. ███████████████████████████████████

4. I understand that Defendant/Counterclaim Plaintiff Warzone.com ("WZLLC") is seeking "documents relevant to all of its uses of the WARZONE mark." ███████████████████████████████████

1  ██████████████████████████████████
2  ███
3      5.    By way of example, ██████████████████████
4  ██████████████████████████████████
5  ████████████
6      •   ██████████████████████████
7          ██████████████
8  ██  ████████████████████████████████
9        ██████████████████████████████
10     ████████████████
11 █████████████████████

    6.    As another example, I understand that WZLLC previously provided its own list of proposed search terms that included the term "warzone" and a number of modifiers, shown below. Running these search terms, altered only to correct certain spelling errors, ████████████████████████

████████████████
    •   ██████████████████
       ██████████████
       ██████████████
       ██████████████
       ██████████████████
       ████████████████████
       ████████████
       ██████████████
       ██████████████
       ██████████████

1  ██████
2  ██
3  █ ████
4  █ ███
5  ████████
6  █████
7.  █████
8  ████████
9  ███████
10  ████████
11  ████████
12  ████████
13  █████
14  8.  ██████
15  ████████
16  ████████
17  ███████
18  ██████
19  ███████
20  ████████
21  ████████
22  █████

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

//

//
//

Executed on November 22, 2024 in Philadelphia, PA.

By: _____
Stephen Marks

Mitchell Silberberg & Knupp LLP

20330594.3