1  MARC E. MAYER (SBN 190969)
   mem@msk.com
2  KARIN G. PAGNANELLI (SBN 174763)
   kgp@msk.com
3  LINDSAY R. EDELSTEIN (*pro hac vice*)
   lre@msk.com
4  ALEXANDRA L. ANFUSO (SBN 333440)
   ala@msk.com
5  MITCHELL SILBERBERG & KNUPP LLP
   2049 Century Park East, 18th Floor
6  Los Angeles, CA 90067-3120
   Telephone: (310) 312-2000
7  Facsimile: (310) 312-3100

Attorneys for Activision Publishing, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ACTIVISION PUBLISHING, INC., a Delaware corporation, | CASE NO. 2:21-cv-3073-FLA (JCx) |
|---|---|
| Plaintiff, | [Judge Fernando L. Aenlle-Rocha] |
| v. | **DECLARATION OF EVAN WINGREN IN OPPOSITION TO WARZONE.COM, LLC'S MOTION TO COMPEL FURTHER RESPONSES TO UNSPECIFIED DISCOVERY DEMANDS** |
| WARZONE.COM, LLC, | |
| Defendant. | |
| WARZONE.COM, LLC, | **REDACTED VERSION** |
| Counterclaimant, | |
| v. | |
| ACTIVISION PUBLISHING, INC., a Delaware corporation, | |
| Counterdefendant. | |

Mitchell Silberberg & Knupp LLP

**DECLARATION OF EVAN WINGREN**

I, Evan Wingren, declare as follows:

1. I hold the position of Chief Financial Officer at Plaintiff/Counterclaim Defendant Activision Publishing, Inc. ("Activision"). I have been employed at Activision since July 2019. In my role, I am familiar with the manner by which financial records are maintained by Activision, and I interact and review such documents and records on a daily basis. I have personal knowledge of the following facts and could competently testify to these facts if called upon to do so.

2. I understand that Defendant/Counterclaim Plaintiff Warzone.com ("WZLLC") is seeking a variety of financial documents pertaining to the "free-to-play" game *Call of Duty: Warzone* ("CODWZ") and several other *Call of Duty* games that do not have "Warzone" in their titles, including *Call of Duty: Modern Warfare, Call of Duty: Black Ops Cold War, Call of Duty: Modern Warfare 2, Call of Duty: Vanguard, Call of Duty: Modern Warfare 3,* and *Call of Duty: Black Ops 6* (the "COD Retail Releases.") Specifically, I understand that WZLLC is seeking, *inter alia,* (1) "[d]ocuments and information sufficient to show profits, licensing revenues, brand loyalty effects, and monetary gains Activision garnered across its game portfolio," including with respect to the COD Retail Releases, (2) "a full accounting of all advertising expenses," including (apparently) all invoices and receipts in connection with marketing and advertising expenses.

### "Profits, Licensing Revenues, Brand Loyalty Effects, and Monetary Gains" For Non-Warzone Titles

3. During the course of this litigation, my team has prepared and produced profit-and-loss statements for the two games at issue in this lawsuit: "Call of Duty: Warzone" ("CODWZ") and "Call of Duty: Warzone Mobile" ("CODWZM.") We spent substantial time preparing the profit-and-loss statements that have been produced in this action. We applied GAAP accounting principles to

1  the profit-and-loss statements, so they are consistent with standard practices in the
2  industry.
3      4.    We are in the process of ▮
4–10  ▮
11      5.    I understand that among the documents now being sought by WZLLC
12  are profit-and-loss statements for, at minimum, each of the COD Retail Releases –
13  a total of six games. ▮
14–15  ▮
16      6.    To prepare accurate profit-and-loss statements takes time and
17  attention. ▮
18–24  ▮
25      ▮    A request to prepare ▮
26–28  ▮

1  ▌
2  ▌
3  ▌ As a result, it would be extremely difficult for Activision's accounting teams to dedicate the necessary time until after the start of the new year.

### "Full Accounting of Advertising Expenses"

8. I also understand that WZLLC is seeking a "full accounting of all advertising expenses" related to products that use the term "Warzone," including invoices, written checks, and credit card statements.

9. ▌

10. ▌

Mitchell Silberberg & Knupp LLP

4

**DECLARATION OF EVAN WINGREN**

11. As noted above, my team already has prepared and provided ▮
▮
▮
▮
▮
▮
▮

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on November 22, 2024 in Seattle, Washington.

By: *Evan Wingren*
Evan Wingren