Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-3073@cases.warrenlex.com

Alyssa K. Schabloski (State Bar No. 258876)
GLADIUS LAW, APC
2708 Wilshire Boulevard, No. 426
Santa Monica, California, 90403
Tel: (310) 734-0720
aks@gladiuslaw.com

Brett E. Lewis (pro hac vice)
Roberto Ledesma (pro hac vice)
Michael D. Cilento (pro hac vice)
LEWIS & LIN, LLC
77 Sands Street, 6th Floor
Brooklyn, New York, 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
brett@iLawco.com
roberto@iLawco.com
michael@iLawco.com

*Attorneys for Defendant / Counterclaimant Warzone.com, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., | Case No. 2:21-cv-3073-FLA (JCx) |
| Plaintiff / Counterclaim Defendant, | **PROOF OF SERVICE** |
| v. | |
| WARZONE.COM, LLC, | |
| Defendant / Counterclaimant. | |

– 1 –

I, Francesca M. S. Germinario, declare as follows under 28 U.S.C. § 1746:

I am an attorney at Warren Kash Warren LLP.  My business address is 2261 Market Street, No. 606, San Francisco, California, 94114.  I certify that, on November 25, 2024, I caused to be served true and correct copies of the following documents:

1. Unredacted version of the Joint Stipulation re Motion to Compel Production of Documents and Information regarding All Uses of Warzone Mark;

2. Unredacted version of the Declaration of Francesca M. S. Germinario in support of the Joint Stipulation re Motion to Compel Production of Documents and Information regarding All Uses of Warzone Mark;

3. Unredacted version of Exhibit 2 to the Declaration of Francesca M. S. Germinario in support of the Joint Stipulation re Motion to Compel Production of Documents and Information regarding All Uses of Warzone Mark;

4. Unredacted version of Exhibit 10 to the Declaration of Francesca M. S. Germinario in support of the Joint Stipulation re Motion to Compel Production of Documents and Information regarding All Uses of Warzone Mark;

5. Unredacted version of Exhibit 11 to the Declaration of Francesca M. S. Germinario in support of the Joint Stipulation re Motion to Compel Production of Documents and Information regarding All Uses of Warzone Mark;

6. Unredacted version of Exhibit 13 to the Declaration of Francesca M. S. Germinario in support of the Joint Stipulation re Motion to Compel Production of Documents and Information regarding All Uses of Warzone Mark;

7. Unredacted version of Exhibit 14 to the Declaration of Francesca M. S. Germinario in support of the Joint Stipulation re Motion to Compel Production of Documents and Information regarding All Uses of Warzone Mark;

8. Unredacted version of Exhibit 15 to the Declaration of Francesca M. S. Germinario in support of the Joint Stipulation re Motion to Compel Production of Documents and Information regarding All Uses of Warzone Mark;

9. Unredacted version of Exhibit 20 to the Declaration of Francesca M. S. Germinario in support of the Joint Stipulation re Motion to Compel Production of Documents and Information regarding All Uses of Warzone Mark;

10. Unredacted version of Exhibit 21 to the Declaration of Francesca M. S. Germinario in support of the Joint Stipulation re Motion to Compel Production of Documents and Information regarding All Uses of Warzone Mark;

11. Unredacted version of Exhibit 22 to the Declaration of Francesca M. S. Germinario in support of the Joint Stipulation re Motion to Compel Production of Documents and Information regarding All Uses of Warzone Mark;

12. Unredacted version of Exhibit 23 to the Declaration of Francesca M. S. Germinario in support of the Joint Stipulation re Motion to Compel Production of Documents and Information regarding All Uses of Warzone Mark;

13. Unredacted version of Exhibit 25 to the Declaration of Francesca M. S. Germinario in support of the Joint Stipulation re Motion to Compel Production of Documents and Information regarding All Uses of Warzone Mark;

14. Unredacted version of Exhibit 26 to the Declaration of Francesca M. S. Germinario in support of the Joint Stipulation re Motion to Compel Production of Documents and Information regarding All Uses of Warzone Mark;

15. Unredacted version of Exhibit 27 to the Declaration of Francesca M. S. Germinario in support of the Joint Stipulation re Motion to Compel Production of Documents and Information regarding All Uses of Warzone Mark;

16. Unredacted version of Exhibit 28 to the Declaration of Francesca M. S. Germinario in support of the Joint Stipulation re Motion to Compel Production of Documents and Information regarding All Uses of Warzone Mark;

17. Unredacted version of Exhibit 29 to the Declaration of Francesca M. S. Germinario in support of the Joint Stipulation re Motion to Compel Production of Documents and Information regarding All Uses of Warzone Mark;

18. Unredacted version of Exhibit 30 to the Declaration of Francesca M. S. Germinario in support of the Joint Stipulation re Motion to Compel Production of Documents and Information regarding All Uses of Warzone Mark;

19. Unredacted version of Exhibit 31 to the Declaration of Francesca M. S. Germinario in support of the Joint Stipulation re Motion to Compel Production of Documents and Information regarding All Uses of Warzone Mark;

20. Unredacted version of Exhibit 32 to the Declaration of Francesca M. S. Germinario in support of the Joint Stipulation re Motion to Compel Production of Documents and Information regarding All Uses of Warzone Mark;

21. Unredacted version of Exhibit 33 to the Declaration of Francesca M. S. Germinario in support of the Joint Stipulation re Motion to Compel Production of Documents and Information regarding All Uses of Warzone Mark;

22. Unredacted version of Exhibit 34 to the Declaration of Francesca M. S. Germinario in support of the Joint Stipulation re Motion to Compel Production of Documents and Information regarding All Uses of Warzone Mark;

23. Unredacted version of Exhibit 35 to the Declaration of Francesca M. S. Germinario in support of the Joint Stipulation re Motion to Compel Production of Documents and Information regarding All Uses of Warzone Mark;

24. Unredacted version of Declaration of Lindsay R. Edelstein in Opposition to Warzone.com, LLC's Motion to Compel Further Responses to Unspecified Discovery Demands;

25. Unredacted version of Exhibit A to the Declaration of Lindsay R. Edelstein in Opposition to Warzone.com, LLC's Motion to Compel Further Responses to Unspecified Discovery Demands;

26. Unredacted version of Exhibit B to the Declaration of Lindsay R. Edelstein in Opposition to Warzone.com, LLC's Motion to Compel Further Responses to Unspecified Discovery Demands;

– 4 –

PROOF OF SERVICE

27. Unredacted version of Exhibit C to the Declaration of Lindsay R. Edelstein in Opposition to Warzone.com, LLC's Motion to Compel Further Responses to Unspecified Discovery Demands;

28. Unredacted version of Exhibit D to the Declaration of Lindsay R. Edelstein in Opposition to Warzone.com, LLC's Motion to Compel Further Responses to Unspecified Discovery Demands;

29. Unredacted declaration of Stephen Marks in Opposition to Warzone.com, LLC's Motion to Compel Further Responses to Unspecified Discovery Demands;

30. Declaration of Evan Wingren in Opposition to Warzone.com, LLC's Motion to Compel Further Responses to Unspecified Discovery Demands

on counsel for plaintiff and counterclaim defendant Activision Publishing, Inc.:

Marc Mayer
Lindsay Edelstein
Alex Anfuso
Andrew Nietes
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, California, 90067

by electronic mail to the addresses of record: mem@msk.com, lra@msk.com, ala@msk.com, afn@msk.com.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 26, 2024 in San Francisco, California.

_____
Francesca M. S. Germinario