Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-3073@cases.warrenlex.com

Alyssa K. Schabloski (State Bar No. 258876)
GLADIUS LAW, APC
2708 Wilshire Boulevard, No. 426
Santa Monica, California, 90403
Tel: (310) 734-0720
aks@gladiuslaw.com

Brett E. Lewis (pro hac vice)
Roberto Ledesma (pro hac vice)
Michael D. Cilento (pro hac vice)
LEWIS & LIN, LLC
77 Sands Street, 6th Floor
Brooklyn, New York, 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
brett@iLawco.com
roberto@iLawco.com
michael@iLawco.com

*Attorneys for Defendant / Counterclaimant Warzone.com, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., | Case No. 2:21-cv-3073-FLA (JCx) |
| Plaintiff / Counterclaim Defendant, | **PROOF OF SERVICE** |
| v. | |
| WARZONE.COM, LLC, | |
| Defendant / Counterclaimant. | |

– 1 –

I, Francesca M. S. Germinario, declare as follows under 28 U.S.C. § 1746:

I am an attorney at Warren Kash Warren LLP. My business address is 2261 Market Street, No. 606, San Francisco, California, 94114. I certify that, on November 26, 2024, I caused to be served true and correct copies of the following documents:

1. Application for Leave to File Under Seal Another Party's Material in Joint Stipulation and Certain Declarations and Exhibits Thereto;

2. Proposed Order;

3. Unredacted version of Exhibit 30 to the Declaration of Francesca M. S. Germinario in support of the Joint Stipulation re Motion to Compel Production of Documents and Information regarding All Uses of Warzone Mark;

4. Unredacted version of Exhibit 31 to the Declaration of Francesca M. S. Germinario in support of the Joint Stipulation re Motion to Compel Production of Documents and Information regarding All Uses of Warzone Mark;

5. Unredacted version of Exhibit 32 to the Declaration of Francesca M. S. Germinario in support of the Joint Stipulation re Motion to Compel Production of Documents and Information regarding All Uses of Warzone Mark;

6. Unredacted version of Exhibit 33 to the Declaration of Francesca M. S. Germinario in support of the Joint Stipulation re Motion to Compel Production of Documents and Information regarding All Uses of Warzone Mark;

7. Unredacted version of Exhibit 34 to the Declaration of Francesca M. S. Germinario in support of the Joint Stipulation re Motion to Compel Production of Documents and Information regarding All Uses of Warzone Mark; and

8. Unredacted version of Exhibit 35 to the Declaration of Francesca M. S. Germinario in support of the Joint Stipulation re Motion to Compel Production of Documents and Information regarding All Uses of Warzone Mark.

//

//

on counsel for third party Aspect Ratio Inc.:

> Justin Beyer
> Seyfarth Shaw LLP
> 233 South Wacker Drive, Suite 8000
> Chicago, Illinois, 60606

by electronic mail to the address of record: JBeyer@seyfarth.com.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 26, 2024 in San Francisco, California.

_____
Francesca M. S. Germinario

– 3 –

PROOF OF SERVICE