Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-3073@cases.warrenlex.com

Alyssa K. Schabloski (State Bar No. 258876)
GLADIUS LAW, APC
2708 Wilshire Boulevard, No. 426
Santa Monica, California, 90403
Tel: (310) 734-0720
aks@gladiuslaw.com

Brett E. Lewis (pro hac vice)
Roberto Ledesma (pro hac vice)
Michael D. Cilento (pro hac vice)
LEWIS & LIN, LLC
77 Sands Street, 6th Floor
Brooklyn, New York, 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
brett@iLawco.com
roberto@ilawco.com
michael@iLawco.com

*Attorneys for Defendant / Counterclaimant Warzone.com, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., <br><br> Plaintiff / Counterclaim Defendant, <br><br><br> WARZONE.COM, LLC, <br> Defendant / Counterclaimant. | Case No. 2:21-cv-3073-FLA (JCx) <br><br> **ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL** |

Having considered Defendant and Counterclaimant Warzone.com, LLC's Application for Leave to File Under Seal and declarations in support, the Court finds good cause for the entry of this Order and GRANTS Defendant and Counterclaimant Warzone.com, LLC's Application for leave to file the following materials under seal:

| Document | Portions of Document to Be Sealed |
|---|---|
| Joint Stipulation Re Motion to Compel Production of Documents and Information Regarding All Uses of Warzone Mark | Highlighted Portions |
| Declaration of Francesca M. S. Germinario ("Germinario Declaration") in Support of Joint Stipulation to Compel Further Production of Documents Re Motion to Compel Production of Documents and Information Regarding All Uses of Warzone Mark | Highlighted Portions |
| Germinario Declaration, Exhibit 2 | Entirety |
| Germinario Declaration, Exhibit 10 | Entirety |
| Germinario Declaration, Exhibit 11 | Entirety |
| Germinario Declaration, Exhibit 13 | Entirety |
| Germinario Declaration, Exhibit 14 | Entirety |
| Germinario Declaration, Exhibit 15 | Entirety |
| Germinario Declaration, Exhibit 20 | Entirety |
| Germinario Declaration, Exhibit 21 | Entirety |
| Germinario Declaration, Exhibit 22 | Entirety |

[ORDER]

| | |
|---|---|
| Germinario Declaration, Exhibit 23 | Entirety |
| Germinario Declaration, Exhibit 25 | Entirety |
| Germinario Declaration, Exhibit 26 | Entirety |
| Germinario Declaration, Exhibit 27 | Entirety |
| Germinario Declaration, Exhibit 28 | Entirety |
| Germinario Declaration, Exhibit 29 | Entirety |
| Germinario Declaration, Exhibit 30 | Entirety |
| Germinario Declaration, Exhibit 31 | Entirety |
| Germinario Declaration, Exhibit 32 | Entirety |
| Germinario Declaration, Exhibit 33 | Entirety |
| Germinario Declaration, Exhibit 34 | Entirety |
| Germinario Declaration, Exhibit 35 | Entirety |
| Declaration of Lindsay R. Edelstein ("Edelstein Declaration") in Opposition to Warzone.com, LLC's Motion to Compel Further Responses to Unspecified Discovery Demands | Highlighted Portions |
| Edelstein Declaration, Exhibit A | Entirety |
| Edelstein Declaration, Exhibit B | Entirety |
| Edelstein Declaration, Exhibit C | Entirety |
| Edelstein Declaration, Exhibit D | Highlighted Portions |

[ORDER]

| Declaration of Stephen Marks in Opposition to Warzone.com, LLC's Motion to Compel Further Responses to Unspecified Discovery Demands | Highlighted Portions |
|---|---|
| Declaration of Evan Wingren in Opposition to Warzone.com, LLC's Motion to Compel Further Responses to Unspecified Discovery Demands | Highlighted Portions |

**IT IS SO ORDERED.**

Date:  November 27, 2024                    /s/
　　　　　　　　　　　　　　　　　　　HONORABLE JACQUELINE CHOOLJIAN
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE