# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:21-cv-03073-FLA-JC | Date | December 11, 2024 |
|---|---|---|---|
| Title | Activision Publishing, Inc. v. Warzone.com, LLC | | |

Present: The Honorable    Jacqueline Chooljian, United States Magistrate Judge

| Kerri Hays | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings:**     (IN CHAMBERS)  **ORDER SUBMITTING, VACATING HEARING ON, AND DENYING DEFENDANT/COUNTERCLAIMANT WARZONE.COM, LLC'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND INFORMATION REGARDING ALL USES OF WARZONE MARK (DOCKET NO. 98)**

On April 11, 2024, the District Judge issued an Order Re: Schedule of Pretrial and Trial Dates, Trial Requirements, and Conduct of Attorneys and Parties which, in pertinent part, provides:  "Any motion challenging the adequacy of discovery responses must be filed, served, and calendared sufficiently in advance of the discovery cut-off date to permit the responses to be obtained before that date if the motion is granted."  (Docket No. 70 at 4-5, ¶ IB4).  The non-expert discovery cut-off in this action is currently December 17, 2024.  (Docket No. 75).  On November 25, 2024, Defendant Warzone.com, LLC filed a Motion to Compel Production of Documents and Information Regarding All Uses of Warzone Mark ("Motion to Compel") and noticed it for hearing on December 17, 2024.

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds the Motion to Compel appropriate for decision without oral argument.  The hearing calendared for December 17, 2024 is hereby vacated and the matter taken off calendar.

The Motion to Compel is denied because, as Plaintiff correctly argues (see Docket No. 98-3 at 6 of 50, Page ID#.1501), the Motion to Compel is untimely as it was set for hearing on the discovery cut-off set by the District Judge and calls for the production of discovery after the discovery cut-off set by the District Judge.  Accordingly, the Magistrate Judge is not authorized to grant the relief requested.[1]

IT IS SO ORDERED.

---

[1]Alternatively, the Motion to Compel is denied because, as Plaintiff also correctly argues (see Docket No. 98-3 at 6 of 50, Page ID# 1501), it is procedurally deficient and fails to comport with Local Rule 37-2 at least in that it improperly refers the Court to other documents (i.e., Plaintiff's Responses to Defendant's First, Second and Third Requests for Production) and does not specifically identify, let alone quote verbatim the "many" discovery requests and responses which are assertedly insufficient (see Docket No. 98-3 at 8 of 50, Page ID# 1503 n.1).