MARC E. MAYER (SBN 190969)
  mem@msk.com
KARIN G. PAGNANELLI (SBN 174763)
  kgp@msk.com
LINDSAY R. EDELSTEIN (*pro hac vice*)
  lre@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Activision Publishing, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>WARZONE.COM, LLC,<br><br>Defendant. | CASE NO. 2:21-cv-3073-FLA (JCx)<br><br>[Assigned to Judge Fernando L. Aenlle-Rocha]<br><br>**JOINT STIPULATION TO CONTINUE CERTAIN PRE-TRIAL DEADLINES BY SEVEN DAYS**<br><br>*[Declaration of Marc E. Mayer and (Proposed) Order filed concurrently herewith]*<br><br>Complaint Filed:    Apr. 8, 2021<br>Counterclaim Filed: June 8, 2021<br>Pretrial Conference: May 19, 2025, at 1:30 p.m.<br>Trial:              May 27, 2025, at 8:15 a.m. |
| WARZONE.COM, LLC,<br><br>Counterclaimant,<br><br>v.<br><br>ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>Counterdefendant. | |

Plaintiff/Counterclaim-Defendant Activision Publishing, Inc. ("Activision") and Defendant/Counterclaimant Warzone.com, LLC ("Warzone," together with Activision, the "Parties"), by and through their respective counsel of record, enter into this Joint Stipulation to Continue Certain Pretrial Deadlines By Seven Days based on the following facts:

1. Activision filed the Complaint in this action on April 8, 2021. ECF 1.

2. On June 8, 2021, Warzone filed its Counterclaim. ECF 14.

3. On April 11, 2024,[1] this Court issued the first Scheduling Order in this action. ECF 70.

4. Thereafter, the Parties filed a Joint Stipulation to Continue the Trial Date and related Deadlines by 90 Days (ECF 73). The basis for the Joint Stipulation was that the parties had agreed to a private mediation, and thus wished to explore the possibility of settlement prior to engaging in further discovery, scheduling depositions, and retaining expert witnesses. On April 29, 2024, this Court granted the Joint Stipulation and reset the deadlines as follows (the "Modified Scheduling Order"; ECF 75):

---

[1] On February 15, 2022, this Court issued an Order staying discovery (the "Stay"; ECF 55) pending the Court's issuance of an Order on Activision's Motion to Dismiss Warzone's Counterclaims and for Judgment on the Pleadings (the "Motion"; ECF 24). On August 15, 2022, this Court granted Activision's Motion (the "Decision"; ECF 57). Following the decision of the U.S. Supreme Court in *Jack Daniel's Props., Inc. v .VIP Prods. LLC*, 599 U.S. 140 (2023) ("Jack Daniel's"), on October 25, 2023 the Ninth Circuit vacated the Court's Decision and remanded this case for further proceedings consistent with *Jack Daniel's*. ECF 62. On April 11, 2024, this Court denied Activision's Motion, vacated its prior Decision, and lifted the Stay. ECF 69.

2

**JOINT STIPULATION TO CONTINUE CERTAIN PRE-TRIAL DEADLINES**

Mitchell Silberberg & Knupp LLP
20429983.2

| Event | Current Deadline |
|---|---|
| **Fact Discovery** | 12/17/24 |
| **Expert Disclosure (Initial)** | 1/10/25 |
| **Expert Disclosure (Rebuttal)** | 1/24/25 |
| **Expert Discovery Cut-Off** | 2/7/25 |
| **Last Day to Hear Motions** | 3/14/25 |
| **Trial Filings (First Round)** | 4/8/25 |
| **Trial Filings (Second Round)** | 4/22/25 |
| **Final Pretrial Conference** | 5/19/25 (at 1:30 p.m.) |
| **Trial** | 5/27/25 (at 8:15 a.m.) |

5.  Pursuant to the Modified Scheduling Order, the parties completed fact discovery on or around December 17, 2024.

6.  In advance of the January 10, 2025 deadline to exchange initial expert disclosures, the Parties thereafter diligently worked with their engaged experts to complete to complete such reports.  *See* Declaration of Marc E. Mayer ("Mayer Decl.") ¶ 2.

7.  On Tuesday, January 7, 2025, three days before the deadline to exchange initial expert disclosures, lead counsel for Activision received notice of an evacuation order for his family residence due to the immediate threat posed by the Southern California wildfires (specifically, the Palisades Fire.)  *Id.* ¶ 3. Thereafter, additional attorneys and staff working on this case were required to evacuate their homes due to the fires.  Some have not yet been able to return to their homes.  *Id.* ¶ 5.

8.  The wildfires have also created substantial hardship for the Parties' respective experts, many of whom have lost power and/or received evacuation warnings and orders.  *Id.* ¶ 4.

9. As of Monday, January 13, 2025, counsel for Activision continue to be under evacuation warnings and have been advised to be prepared for power outages and/or evacuations due to high wind warnings, which are expected to remain through Wednesday, January 15, 2025. *Id.* ¶ 7.

10. In light of the unexpected and exigent circumstances presented by the Los Angeles wildfires, the parties have agreed and hereby respectfully jointly request that the expert disclosure, expert discovery, and motion hearing deadlines be continued by seven days, as follows:

| **Event** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| **Expert Disclosure (Initial)** | 1/10/25 | 1/17/25 |
| **Expert Disclosure (Rebuttal)** | 1/24/25 | 1/31/25 |
| **Expert Discovery Cut-Off** | 2/7/25 | 2/14/25 |
| **Last Day to Hear Motions** | 3/14/25 | 3/21/25 |

*Id.* ¶ 8.

11. The parties do not at this time seek to move the remaining pre-trial deadlines and trial date. *Id.* ¶ 9.

12. Good cause exists for this request. The parties have worked diligently to comply with the Court's deadlines. However, the Southern California wildfires created unexpected hardships and made it extremely difficult for counsel to conduct business activities from January 7 through January 12. The fires still threaten to displace others involved in this case, and have caused sudden school and business closures. *Id.* ¶¶ 2-7.

13. In order to alleviate the hardship caused by the wildfires and evacuation orders, the Parties have agreed and hereby respectfully jointly request a modest seven-day continuance of the above-referenced deadlines. *Id.* ¶ 8. The parties do not believe that the requested continuance will result in meaningful delay of this case. Rather, it is intended merely to ensure that the parties are able

to complete expert discovery and dispositive motion briefing without being prejudiced by the time lost during the week of January 6.

14. This is the Parties' second request for a continuance of the deadlines referenced herein; the previous request was granted. *See supra* ¶ 4.

Therefore, IT IS HEREBY STIPULATED that, upon approval of the Court:

1. The expert disclosure, expert discovery, and motion hearing deadlines shall each be continued by seven days, as set forth below:

| **Event** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| **Expert Disclosure (Initial)** | 1/10/25 | 1/17/25 |
| **Expert Disclosure (Rebuttal)** | 1/24/25 | 1/31/25 |
| **Expert Discovery Cut-Off** | 2/7/25 | 2/14/25 |
| **Last Day to Hear Motions** | 3/14/25 | 3/21/25 |

DATED: January 13, 2025

MARC E. MAYER
KARIN G. PAGNANELLI
LINDSAY R. EDELSTEIN
MITCHELL SILBERBERG & KNUPP LLP

By: */s/ Marc E Mayer*
　　Marc E. Mayer (SBN 190969)
　　*Attorneys for Activision Publishing, Inc.*

DATED: January 13, 2025

JENNIFER A. KASH
FRANCESCA M. S. GERMINARIO
WARREN KASH WARREN LLP

By: */s/ Jennifer A. Kash*
　　Jennifer A. Kash (SBN 203679)
　　*Attorneys for Warzone.com, LLC*

**Attestation Regarding Signatures-Local Rule 5-4.3.4(a)(2)(i)**

I, Marc E. Mayer, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: January 13, 2025

By: */s/ Marc E. Mayer*
Marc E. Mayer