MARC E. MAYER (SBN 190969)
  mem@msk.com
KARIN G. PAGNANELLI (SBN 174763)
  kgp@msk.com
LINDSAY R. EDELSTEIN (*pro hac vice*)
  lre@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Activision Publishing, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>WARZONE.COM, LLC,<br><br>    Defendant.<br> | CASE NO. 2:21-cv-3073-FLA (JCx)<br><br>[Assigned to Judge Fernando L. Aenlle-Rocha]<br><br>**DECLARATION OF MARC E. MAYER IN SUPPORT OF JOINT STIPULATED REQUEST TO CONTINUE CERTAIN PRE-TRIAL DEADLINES BY SEVEN DAYS**<br><br>*[Joint Stipulated Request and (Proposed) Order filed concurrently herewith]*<br><br>Complaint Filed:  Apr. 8, 2021<br>Counterclaim Filed:  June 8, 2021<br>Pretrial Conference:  May 19, 2025, at 1:30 p.m.<br>Trial:  May 27, 2025, at 8:15 a.m. |
| WARZONE.COM, LLC,<br><br>    Counterclaimant,<br><br>    v.<br><br>ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>    Counterclaim Defendant. | |

Mitchell Silberberg & Knupp LLP

**DECLARATION OF MARC E. MAYER**

I, Marc E. Mayer, declare as follows:

1. I am an attorney-at-law, duly licensed to practice law in the State of California and before this court. I am, through my professional corporation, a partner with the law firm of Mitchell Silberberg & Knupp LLP ("MSK"), counsel of record for Plaintiff and Counterclaim Defendant Activision Publishing, Inc. ("Activision") in this action. I make this Declaration in support of the "Joint Stipulated Request to Continue Certain Pretrial Deadlines by Seven Days." I have personal knowledge of the following facts, and, if called as a witness, could and would competently testify thereto.

2. Under the Court's scheduling order, the deadline to exchange initial expert reports was January 10, 2025. In advance of that deadline, the parties have been working diligently with their engaged experts to complete to complete such reports.

3. I reside in the area of Calabasas, California that borders Topanga Canyon Boulevard and Topanga State Park. On Tuesday, January 7, 2025, three days before the deadline to exchange initial expert disclosures, I received notice of an evacuation order for my family residence due to the threat posed by the Southern California wildfires (specifically, the Palisades Fire.) At approximately 5:00 p.m. on January 7, all power to my residence was shut off. I therefore was forced to evacuate my residence.

4. On January 8, 2025, counsel for Warzone.com LLC contacted me to request that the expert disclosures take place on January 13, 2025, as certain of its experts had also been impacted by the fires. We agreed to that extension.

5. Throughout the day of January 8, 2025 and into January 9, 2025, I learned that additional attorneys, paralegals, and staff members working on this matter had been severely impacted by the fires and also had been forced to evacuate. Later that afternoon, I learned that a second fire had erupted in the West Hills area, prompting additional evacuations of the Calabasas area and resulting in

Mitchell Silberberg & Knupp LLP

2
**DECLARATION OF MARC E. MAYER**

continued loss of power to my neighborhood. Thus, in the evening of January 9, 2025, I contacted Warzone.com LLC's counsel to request that the parties stipulate to a continuance of the deadlines in the case.

6. On January 10, the parties agreed to extend the expert disclosure deadlines and dispositive motion hearing date by one week.

7. On Sunday, January 12, 2025, I was able to return to my home. However, as of Monday, January 13, 2025, I continue to be under evacuation warnings and have been advised to be prepared for power outages and/or evacuations due to high wind warnings, which are expected to remain through Wednesday, January 15, 2025.

8. In light of the unexpected and exigent circumstances presented by the Los Angeles wildfires, the parties have agreed and hereby respectfully jointly request that the expert disclosure, expert discovery, and motion hearing deadlines be continued by seven days, as follows:

| **Event** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| **Expert Disclosure (Initial)** | 1/10/25 | 1/17/25 |
| **Expert Disclosure (Rebuttal)** | 1/24/25 | 1/31/25 |
| **Expert Discovery Cut-Off** | 2/7/25 | 2/14/25 |
| **Last Day to Hear Motions** | 3/14/25 | 3/21/25 |

9. The parties do not at this time seek to move the remaining pre-trial deadlines and trial date.

10. On January 13, 2025, pursuant to the "Judge's Procedures" set forth on the website located at the URL https://www.cacd.uscourts.gov/honorable-fernando-l-aenlle-rocha, my firm left a message for the Courtroom Deputy Clerk, Twyla Freeman to advise that this request for a continuance would be made.

Mitchell Silberberg & Knupp LLP

3

**DECLARATION OF MARC E. MAYER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of January, 2025, in Calabasas, California.

*/s/ Marc E. Mayer*
MARC E. MAYER