1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WARZONE.COM, LLC,<br><br>　　　　Defendant.<br><br>WARZONE.COM, LLC,<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>　　　　Counterclaim-Defendant. | CASE NO. 2:21-cv-3073-FLA (JCx)<br><br>[Assigned to Judge Fernando L. Aenlle-Rocha]<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CERTAIN PRE-TRIAL DEADLINES BY SEVEN DAYS**<br><br>Complaint Filed:　　Apr. 8, 2021<br>Counterclaim Filed:　June 8, 2021<br>Pretrial Conference:　May 19, 2025, at 1:30 p.m.<br>Trial:　　　　　　　May 27, 2025, at 8:15 a.m. |

**[PROPOSED] ORDER**

# [PROPOSED] ORDER

The Court has considered the Parties' Joint Stipulation to Continue Certain Pretrial Deadlines by Seven Days and finding good cause for same, it is hereby ORDERED that the current case schedule (ECF 75) is modified as follows:

| Event | New Deadline |
|---|---|
| Expert Disclosure (Initial) | 1/17/2025 |
| Expert Disclosure (Rebuttal) | 1/31/2025 |
| Expert Discovery Cut-Off | 2/14/2025 |
| Last Date to Hear Motions | 3/21/2025 |

IT IS SO ORDERED.

Dated: _____       _____
                                   Hon. Fernando L. Aenlle-Rocha
                                   United States District Court Judge