1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ACTIVISION PUBLISHING, INC., | Case No. 2:21-cv-03073-FLA (JCx) |
|---|---|
| Plaintiff, | **ORDER APPROVING JOINT STIPULATION TO CONTINUE CERTAIN PRE-TRIAL DEADLINES BY SEVEN DAYS [DKT. 106]** |
| v. | |
| WARZONE.COM, LLC, | |
| Defendant. | |

The court, having considered the parties' stipulation (Dkt. 106) and finding good cause therefor, hereby ORDERS as follows:

1. The court CONTINUES the deadline for Expert Disclosure (Initial) from January 10, 2025, to January 17, 2025.
2. The court CONTINUES the deadline for Expert Disclosure (Rebuttal) from January 25, 2025, to January 31, 2025.
3. The court CONTINUES the deadline for Expert Discovery Cut-Off from February 7, 2025, to February 14, 2025.
4. The court CONTINUES the Last Day to Hear Motions from March 14, 2025, to March 21, 2025.

IT IS SO ORDERED.

Dated: January 14, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge