MARC E. MAYER (SBN 190969)
  mem@msk.com
KARIN G. PAGNANELLI (SBN 174763)
  kgp@msk.com
LINDSAY R. EDELSTEIN (*pro hac vice*)
  lre@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Activision Publishing, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>WARZONE.COM, LLC,<br><br>Defendant.<br><br>WARZONE.COM, LLC,<br><br>Counterclaimant,<br><br>v.<br><br>ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>Counterclaim Defendant. | CASE NO. 2:21-cv-3073-FLA (JCx)<br><br>[Assigned to Judge Fernando L. Aenlle-Rocha]<br><br>**DECLARATION OF TERRY KIEL IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**<br><br>Date: March 21, 2025<br>Time: 1:30 p.m.<br>Ctrm: 6B<br><br>Complaint Filed: Apr. 8, 2021<br>Counterclaim Filed: June 8, 2021<br>Pretrial Conference: May 19, 2025, at 1:30 p.m.<br>Trial: May 27, 2025, at 8:15 a.m. |

**DOCUMENT PROVISIONALLY FILED UNDER SEAL IN ITS ENTIRETY**

Mitchell Silberberg & Knupp LLP

**DECLARATION OF TERRY KIEL**