1  MARC E. MAYER (SBN 190969)
   mem@msk.com
2  KARIN G. PAGNANELLI (SBN 174763)
   kgp@msk.com
3  LINDSAY R. EDELSTEIN (*pro hac vice*)
   lre@msk.com
4  MITCHELL SILBERBERG & KNUPP LLP
   2049 Century Park East, 18th Floor
5  Los Angeles, CA 90067-3120
   Telephone: (310) 312-2000
6  Facsimile: (310) 312-3100

7  Attorneys for Activision Publishing,
   Inc.

8

9  UNITED STATES DISTRICT COURT

10  CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12 ACTIVISION PUBLISHING, INC., a Delaware corporation, | CASE NO. 2:21-cv-3073-FLA (JCx) |
| 13 | [Assigned to Judge Fernando L. Aenlle-Rocha] |
| Plaintiff, | |
| 14 | **DECLARATION OF CAROLYN WANG IN SUPPORT OF MOTION OF ACTIVISION PUBLISHING, INC. FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT** |
| v. | |
| 15 WARZONE.COM, LLC, | |
| 16 Defendant. | |
| 17 WARZONE.COM, LLC, | |
| 18 Counterclaimant, | Date:     March 21, 2025 |
| 19 | Time:     1:30 p.m. |
| v. | Ctrm:     6B |
| 20 | |
| 21 ACTIVISION PUBLISHING, INC., a Delaware corporation, | Complaint Filed:  Apr. 8, 2021 |
| | Counterclaim Filed:  June 8, 2021 |
| 22 Counterclaim Defendant. | Pretrial Conference:  May 19, 2025, at 1:30 p.m. |
| 23 | Trial:    May 27, 2025, at 8:15 a.m. |

24

25

26  **DOCUMENT PROVISIONALLY FILED UNDER SEAL IN ITS ENTIRETY**

27

28

Mitchell
Silberberg &
Knupp LLP

**DECLARATION OF CAROLYN WANG**