MARC E. MAYER (SBN 190969)
    mem@msk.com
KARIN G. PAGNANELLI (SBN 174763)
    kgp@msk.com
ALEXANDRA L. ANFUSO (SBN 333440)
    ala@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

LINDSAY EDELSTEIN (*pro hac vice*)
    lre@msk.com
MITCHELL SILBERBERG & KNUPP LLP
437 Madison Ave., 25th Floor
New York, New York 10022-7001
Telephone: (212) 509-3900
Facsimile: (212) 509-7239

Attorneys for Activision Publishing, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>WARZONE.COM, LLC,<br><br>Defendant.<br>_____<br>WARZONE.COM, LLC,<br><br>Counterclaimant,<br><br>v.<br><br>ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>Counterdefendant. | CASE NO. 2:21-cv-3073-FLA (JCx)<br><br>[Judge Fernando L. Aenlle-Rocha]<br><br>**EXHIBITS 32-33; 35-39; 49, 52-56; 60-61; 66-72; 78-85; 151 TO MARC E. MAYER DECLARATION**<br><br>**UNREDACTED VERSION OF DOCUMENTS PROPOSED TO BE FILED UNDER SEAL**<br><br>Date:    March 21, 2025<br>Time:    1:30 p.m.<br>Ctrm:    6B<br><br>Complaint Filed:    Apr. 8, 2021<br>Counterclaim Filed:    June 8, 2021<br>Pretrial Conference:    May 19, 2025, at 1:30 p.m.<br>Trial:    May 27, 2025, at 8:15 a.m. |

Mitchell
Silberberg &
Knupp LLP

20503012.1

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 32

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 33

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 35

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 36

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 37

Conditionally Filed Under Seal Pending
Application to File Under Seal

# **EXHIBIT 38**

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 39

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 49

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 52

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 53

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 54

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 55

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 56

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 60

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 61

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 66

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 67

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 68

Conditionally Filed Under Seal Pending
Application to File Under Seal

# **EXHIBIT 69**

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 70

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 71

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 72

Conditionally Filed Under Seal Pending
Application to File Under Seal

# **EXHIBIT 78**

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 79

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 80

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 81

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 82

Conditionally Filed Under Seal Pending
Application to File Under Seal


# EXHIBIT 83

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 84

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 85

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 151