UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WARZONE.COM, LLC,<br><br>　　　　Defendant. | CASE NO. 2:21-cv-3073-FLA (JCx)<br><br>[Judge Fernando L. Aenlle-Rocha]<br><br>**[PROPOSED] ORDER GRANTING APPLICATION OF ACTIVISION PUBLISHING, INC. FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL** |
| WARZONE.COM, LLC,<br><br>　　　　Counterclaimant,<br><br>　v.<br><br>ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>　　　　Counterdefendant. | |

**[PROPOSED] ORDER**

# ORDER

The Court, having considered Plaintiff/Counterclaim-Defendant Activision Publishing, Inc.'s ("Activision") Application for Leave to File Certain Documents Under Seal (the "Application"), and all arguments, papers, and evidence relating thereof, the Court hereby **GRANTS** the Application for good cause shown. The following documents shall be filed under seal pursuant to Local Rule 79-5.2.2(b):

| Document | Portions to be Sealed |
| --- | --- |
| Mayer Declaration, Ex. 32 | Entire Document |
| Mayer Declaration, Ex. 33 | Entire Document |
| Mayer Declaration, Ex. 35 | Entire Document |
| Mayer Declaration, Ex. 36 | Entire Document |
| Mayer Declaration, Ex. 37 | Entire Document |
| Mayer Declaration, Ex. 38 | Entire Document |
| Mayer Declaration, Ex. 39 | Entire Document |
| Mayer Declaration, Ex. 49 | Entire Document |
| Mayer Declaration, Ex. 52 | Entire Document |
| Mayer Declaration, Ex. 53 | Entire Document |
| Mayer Declaration, Ex. 54 | Entire Document |
| Mayer Declaration, Ex. 55 | Entire Document |
| Mayer Declaration, Ex. 56 | Entire Document |
| Mayer Declaration, Ex. 60 | Entire Document |
| Mayer Declaration, Ex. 61 | Entire Document |
| Mayer Declaration, Ex. 66 | Entire Document |
| Mayer Declaration, Ex. 67 | Entire Document |
| Mayer Declaration, Ex. 68 | Entire Document |
| Mayer Declaration, Ex. 69 | Entire Document |
| Mayer Declaration, Ex. 70 | Entire Document |
| Mayer Declaration, Ex. 71 | Entire Document |

| Document | Portions to be Sealed |
|---|---|
| Mayer Declaration, Ex. 72 | Entire Document |
| Mayer Declaration, Ex. 78 | Entire Document |
| Mayer Declaration, Ex. 79 | Entire Document |
| Mayer Declaration, Ex. 80 | Entire Document |
| Mayer Declaration, Ex. 81 | Entire Document |
| Mayer Declaration, Ex. 82 | Entire Document |
| Mayer Declaration, Ex. 83 | Entire Document |
| Mayer Declaration, Ex. 84 | Entire Document |
| Mayer Declaration, Ex. 85 | Entire Document |
| Mayer Declaration, Ex. 151 | Entire Document |
| Wang Declaration | Entire Document |
| Wang Declaration, Ex. A | Entire Document |
| Wang Declaration, Ex. B | Entire Document |
| Kiel Declaration | Entire Document |
| Kiel Declaration, Ex. A | Entire Document |
| Kiel Declaration, Ex. B | Entire Document |
| Kiel Declaration, Ex. C | Entire Document |
| Unredacted Memorandum of Law in Support of Activision's Motion for Summary Judgment or, Alternatively, Partial Summary Judgment | Highlighted excerpts |
| Unredacted Statement of Uncontroverted Facts in Support of Activision's Motion for Summary Judgment or, Alternatively, Partial Summary Judgment | Highlighted excerpts |

**IT IS SO ORDERED.**

DATED: _____

Honorable Fernando L. Aenlle-Rocha
United States District Court Judge