MARC E. MAYER (SBN 190969)
  mem@msk.com
KARIN G. PAGNANELLI (SBN 174763)
  kgp@msk.com
LINDSAY R. EDELSTEIN (*pro hac vice*)
  lre@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Activision Publishing, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>WARZONE.COM, LLC,<br><br>Defendant. | CASE NO. 2:21-cv-3073-FLA (JCx)<br><br>[Assigned to Judge Fernando L. Aenlle-Rocha]<br><br>**[*REDACTED*] SEPARATE STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF MOTION OF ACTIVISION PUBLISHING, INC. FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT ON COUNTERCLAIMS OF WARZONE.COM, LLC** |
| WARZONE.COM, LLC,<br><br>Counterclaimant,<br><br>v.<br><br>ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>Counterdefendant. | Date:           March 21, 2025<br>Time:          1:30 p.m.<br>Ctrm:         6B<br><br>Complaint Filed:       Apr. 8, 2021<br>Counterclaim Filed:   June 8, 2021<br>Pretrial Conference:   May 19, 2025, at 1:30 p.m.<br>Trial:          May 27, 2025, at 8:15 a.m. |

Mitchell
Silberberg &
Knupp LLP

Pursuant to this Court's Standing Order, ¶ 7(d)(i), Plaintiff and Counterclaim-Defendant Activision Publishing, Inc. ("Activision") hereby provides the following Separate Statement of Uncontroverted Facts in support of its Motion for Summary Judgment or, Alternatively, Partial Summary Judgment of the Counterclaims of Defendant and Counterclaimant Warzone.com, LLC ("WZLLC").

## I.    STATEMENT OF UNCONTROVERTED FACTS

### A.    WZLLC and its Games.

| Undisputed Fact | Supporting Evidence |
|---|---|
| 1. ███████████████ ███████████████ | Declaration of Marc E. Mayer, dated February 14, 2025 ("Mayer Decl."), Ex. 37, Art. III; Mayer Decl., Ex. 35 (Deposition of Jay Westerdal ("Westerdal Depo.")), 88:2-88:16; Mayer Decl., Ex. 36 (Deposition of Randy Ficker ("Ficker Depo.")), 429:7-429:14. |
| 2.    WZLLC's develops and monetizes a "turn-based" online board game that has used the titles *Warzone*, *Warzone Classic*, *Warzone (Risk ++)*, and *Warzone – Turn Based Strategy*. | Mayer Decl. Ex. 36 (Ficker Depo.) 170:11-170:17; 178:12-179:7; 181:1-183:1; Mayer Decl., Ex. 32 (WZLLC's Objections and Amended Supplemental Response (No. 1), Amended Response (No. 2), Third Supplemental Response (No. 4), and Second Supplemental Response (No. 8) to Activision's First Set of Interrogatories ("Nov. 27, 2024 Rog. |

| Undisputed Fact | Supporting Evidence |
|---|---|
|  | Resp.")), Interrogatory Response No. 1, at 12:5-12:8; Mayer Decl., Exs. 14, 19, 51, 52; Complaint (ECF 1; "Complaint") ¶ 19; Answer (ECF 14; "Answer") ¶ 19. |
| 3.    WZLLC also develops and monetizes a companion game to *Warzone* titled *Warzone Idle*. | Mayer Decl., Ex. 32 (Nov. 27, 2024 Rog. Resp.), Interrogatory Response No. 1, at 11:10-11:13; Mayer Decl., Ex. 36 (Ficker Depo.), 214:16-215:4; Mayer Decl., Exs. 15, 18. |
| 4.    In 2008, Ficker created *WarLight* – the predecessor to *Warzone* – "as a hobby project." | Mayer Decl., Ex. 32 (Nov. 27, 2024 Rog. Resp.), Interrogatory Response No. 1, 5:7-5:14; Mayer Decl., Ex. 62, at p. 9. |
| 5.    *WarLight* was based on and marketed as similar to Hasbro's board game *Risk*, where players take turns shifting numbers across a world map | Mayer Decl., Ex. 36 (Ficker Depo.), 352:4-352:21; Complaint ¶ 22; Answer ¶ 22. |
| 6.    Ficker initially made *WarLight* available as a "browser-based" game on his website www.warlight.net. | Mayer Decl., Ex. 32 (Nov. 27, 2024 Rog. Resp.), Interrogatory Response No. 1, 5:14-5:20; Complaint ¶ 22; Answer ¶ 22. |
| 7.    In 2013, Ficker released a *WarLight* mobile app. | Mayer Decl., Ex. 32 (Nov. 27, 2024 Rog. Resp.), Interrogatory Response No. 1, at 7:2-7:5. |

Mitchell Silberberg & Knupp LLP

3

**SEPARATE STATEMENT OF UNCONTROVERTED FACTS**

| **Undisputed Fact** | **Supporting Evidence** |
|---|---|
| 8.    In 2013, *WarLight* was free-to-play and earned revenue through advertising and membership subscriptions. | Mayer Decl., Ex. 32 (Nov. 27, 2024 Rog. Resp.), Interrogatory Response No. 1, at 6:25-7:10. |
| 9. ███████████ | Mayer Decl., Ex. 35 (Westerdal Depo.), 176:13-178:1; Mayer Decl., Ex. 39; Mayer Decl., Ex. 32 (Nov. 27, 2024 Rog. Resp.), Interrogatory Response No. 1, at 7:27-7:28. |
| 10. ███████████ | Mayer Decl., Ex. 35 (Westerdal Depo.), 93:19-93:23; 135:21-136:3; 136:24-138:24; Mayer Decl., Ex. 38, at WZ023307- WZ023308; Mayer Decl., Ex. 36 (Ficker Depo.), 253:2-253:20. |
| 11. ███████████ | Mayer Decl., Ex. 36 (Ficker Depo.), 145:8-147:19; 158:5-158:11; Mayer Decl., Ex. 41; Mayer Decl., Ex. 35 (Westerdal Depo.), 221:22-222:17; 231:10-231:17; 232:7-233:11; 245:20-246:6; 264:12-265:2; Mayer Decl., Ex. 32 (Nov. 27, 2024 Rog. Resp.), Interrogatory Response No. 1, 9:4-9:10. |
| 12. ███████████ | Mayer Decl., Ex. 35 (Westerdal Depo.), 231:15-231:17. |

SEPARATE STATEMENT OF UNCONTROVERTED FACTS

Mitchell
Silberberg &
Knupp LLP

| Undisputed Fact | Supporting Evidence |
|---|---|
| ███████████ | |
| 13. ███████████████████████████████████████████████ | Mayer Decl., Ex. 36 (Ficker Depo.), 158:5:158:11. |
| 14. ███████████████████████████████████████████████ | Mayer Decl., Ex. 35 (Westerdal Depo.), 135:15-136:3; 240:17-241:25; Mayer Decl., Ex. 38, at WZ023311; Mayer Decl., Ex. 36 (Ficker Depo.), 38:17-39:4; Mayer Decl., Ex. 32 (Nov. 27, 2024 Rog. Resp.), Interrogatory Response No. 1, 9:15-9:19. |
| 15.    By 2015 there were over a dozen publicly available video games with the word "Warzone" in their title, including *WarZone*, *WarZone 2*, and *WarZone 3*; *WWF: Warzone*; *Warzone Battle*; *Warzone Five*; *Warzone Tower Defense*; *Anomaly: Warzone Earth*; and *Warzone Chess*. | Mayer Decl., Exs. 40, 87-109, 147; Declaration of Terry Kiel, dated February 10, 2025 ("Kiel Decl."), Ex. A. |

Mitchell
Silberberg &
Knupp LLP

SEPARATE STATEMENT OF UNCONTROVERTED FACTS

| **Undisputed Fact** | **Supporting Evidence** |
|---|---|
| 16.    "Warzone" also was the name of a game mode in Microsoft's *Gears of War*, a server for the video game *Counter-Strike*, an online magazine, a podcast, movies, comic books, and television shows. | Mayer Decl., Exs. 95, 96, 106; Declaration of Lindsay R. Edelstein, dated February 14, 2025 ("Edelstein Decl."), Exs. 1, 13, 14; Kiel Decl., Ex. A. |
| 17.    Ficker announced the name change from *WarLight* to *Warzone* on www.warlight.net in January 2015 to negative player reaction. | Mayer Decl., Ex. 35 (Westerdal Depo.), 244:16-245:8; Mayer Decl., Ex. 41; Mayer Decl., Ex. 36 (Ficker Depo.), 322:22-323:4; Mayer Decl., Ex. 60, at WZ023350. |
| 18.    Players commented on the WarLight forum that *Warzone* was not a unique name: "there [is] more than just one game called warzone"; "Warzone is already taken"; "Googling for 'warzone' g[a]ve me a page full of results which each belong to a different WarZone"; "if you change to warzone, it will be buried in a mountain of other like named games"; and "there's already tons of games out there called Warzone." | Mayer Decl., Ex. 35 (Westerdal Depo.), 244:20-245:8; Mayer Decl., Ex. 41. |

Mitchell
Silberberg &
Knupp LLP

**SEPARATE STATEMENT OF UNCONTROVERTED FACTS**

| **Undisputed Fact** | **Supporting Evidence** |
|---|---|
| 19.     In a January 28, 2015 post to the *WarLight* blog, Ficker acknowledged the existence of other Warzone-titled games, but reassured users there would be no confusion because, for instance, *Warzone* and *Warzone 2100* were "[s]ubtle but technically different names." | Mayer Decl., Ex. 35 (Westerdal Depo.), 244:20-245:8; 245:20-246:9; Mayer Decl., Ex. 41, at p. 2. |
| 20.     On October 25, 2017, Ficker announced plans to release a "sequel to *WarLight*," titled *Warzone*, "before the end of the year." | Mayer Decl., Ex. 35 (Westerdal Depo.), 262:21-263:14; Mayer Decl., Ex. 42; Mayer Decl., Ex. 32 (Nov. 27, 2024 Rog. Resp.), Interrogatory Response No. 1, 10:25-10:27. |
| 21.     Players again expressed concern with changing *WarLight* to *Warzone*, noting that "the googleplay store already have games with similar name." | Mayer Decl., Ex. 35 (Westerdal Depo.), 262:21-263:14; Mayer Decl., Ex. 42. |
| 22.     Between January 2015 (when WZLLC announced the name-change) and November 2017 (when it made the change), more than a dozen additional games with "Warzone" in or as their title had been released, including the PC game *Warzone* by | Mayer Decl., Exs. 44, 45, 47, 105-118; Mayer Decl., 36 (Ficker Depo.), 310:15-311:22; Mayer Decl., Ex. 58. |

**SEPARATE STATEMENT OF UNCONTROVERTED FACTS**

Mitchell Silberberg & Knupp LLP

| **Undisputed Fact** | **Supporting Evidence** |
|---|---|
| KEA, a mobile game *Warzone: Clash of Generals*, and a browser-based game *Warzones*. | |
| 23. ████████████████████████████████████ | Mayer Decl., Ex. 31 (WZLLC's Amended Responses and Objections to Activision's First Set of Requests for Admissions, dated October 23, 2024 ("Oct. 23, 2024 RFA Resp.")), RFA Response No. 50; Mayer Decl., Ex. 35 (Westerdal Depo.), 263:15-265:22; Mayer Decl., Ex. 36 (Ficker Depo.), 161:15-161:25; Mayer Decl., Ex. 33 (WZLLC's Objections and Amended Responses (Nos. 3, 6, & 13), Second Supplemental Response (No. 5), and Supplemental Response (No. 12) to Activision's First Set of Interrogatories, dated December 1, 2024 ("Dec. 1, 2024 Rog. Resp.")), Interrogatory Response No. 12, 10:22-11:3; 11:7-11:11. |
| 24.    When WZLLC launched www.warzone.com in November 2017, the website contained the browser-based version of *Warzone*, | Mayer Decl., Ex. 54; Mayer Decl., Ex. 32 (Nov. 27, 2024 Rog. Resp.), Interrogatory Response No. 1, at 10:13-10:28; Mayer Decl., Ex. 36 (Ficker Depo.), 170:11-170:17; Mayer Decl., Ex. |

**SEPARATE STATEMENT OF UNCONTROVERTED FACTS**

Mitchell Silberberg & Knupp LLP

| **Undisputed Fact** | **Supporting Evidence** |
|---|---|
| which was the same game as *WarLight* but with some updates. | 81, at WZ015331-WZ015332, WZ015413, WZ015453. |
| 25.     *Warzone* is free-to-play and earns revenue through advertising and sales of subscriptions and "coins" that unlock features or allow players to join tournaments. | Mayer Decl., Ex. 81, at WZ025713; Mayer Decl., Ex. 26 (WZLLC's Responses and Objections to Activision Publishing, Inc.'s First Set of Interrogatories, dated February 4, 2022), Interrogatory Response No. 10. |
| 26.     WZLLC never made *Warzone* available on any game consoles or PC distribution platforms. | Complaint ¶ 20; Answer ¶ 20. |
| 27.     WZLLC has not provided evidence of any future plans or intent to develop a first-person shooter game. | Mayer Decl., ¶ 55; Mayer Decl., Ex. 35 (Westerdal Depo.), 118:22-118:25; 194:8-194:14. |
| 28.     WZLLC has not produced evidence of any future plans to make its games available for consoles or on PC gaming platforms. | Mayer Decl., ¶ 55; Mayer Decl., Ex. 35 (Westerdal Depo.), 118:22-118:25; 194:8-194:14. |
| 29.     In 2017, WZLLC changed the "App Name" of its mobile app from *WarLight* to *Warzone (Risk ++)*. | Mayer Decl., Ex. 36 (Ficker Depo.), 178:12-179:7; Mayer Decl., Exs. 51, 52, 53; Mayer Decl., Ex. 81, at WZ015233, WZ015310, WZ015313. |

**SEPARATE STATEMENT OF UNCONTROVERTED FACTS**

Mitchell
Silberberg &
Knupp LLP

| **Undisputed Fact** | **Supporting Evidence** |
|---|---|
| 30.     After the name change from *WarLight* to *Warzone* on the app stores, players continued to complain about the new name, including that "[if I] type 'warzone' in the internet it only shows stuff about [Counter-Strike: Global Offensive]" and "there[']s a ton of games out there called just plain Warzone." | Mayer Decl., Ex. 54; Mayer Decl., Ex. 81, at WZ015279; Mayer Decl., Ex. 36 (Ficker Depo.), 318:13-319:13; Mayer Decl., Ex. 59. |
| 31.     ███████████████████ ███████████████████ ███████████████████ ███████████████████ ███████████████████ | Mayer Decl., Ex. 36 (Ficker Depo.), 196:10-197:12; Mayer Decl., Exs. 55, 56; Mayer Decl., Ex. 32 (Nov. 27, 2024 Rog. Resp.), Interrogatory Response No. 1, at 11:4-11:9; Mayer Decl., Ex. 81, at WZ023878. |
| 32.     ███████████████████ ███████████████████ ███████████████████ ███████████████████ | Mayer Decl., Ex. 36 (Ficker Depo.), 181:1-183:1; 204:20-205:9; Mayer Decl., Ex. 73. |
| 33.     WZLLC never distributed its mobile app under the app title *Warzone* – only as *Warzone (Risk ++)* or *Warzone – Turn Based Strategy*. | Mayer Decl., Ex. 36 (Ficker Depo.), 181:1-181:19; 199:11-199:20; Mayer Decl., Exs. 43, 51, 73. |
| 34.     In late November or early December 2020 – weeks after a | Mayer Decl., Ex. 36 (Ficker Depo.), 214:16-215:4; 421:25-424:24; 426:1- |

Mitchell Silberberg & Knupp LLP

**SEPARATE STATEMENT OF UNCONTROVERTED FACTS**

| Undisputed Fact | Supporting Evidence |
| --- | --- |
| different company released a game titled *Idle Warzone* and nearly nine months after Activision released *CODWZ* – WZLLC released a *Warzone* spin-off titled *Warzone Idle*. WZLLC then re-titled *Warzone* to *Warzone Classic*. | 426:19; Mayer Decl., Exs. 64, 65; Mayer Decl., Ex. 36 (Ficker Depo.), 620:18-620:25; Mayer Decl., Ex. 81, at WZ000801- WZ000807. |

**B.**     **WZLLC's Failure To Market Or Promote Its Warzone "Brand"**

| Undisputed Fact | Supporting Evidence |
| --- | --- |
| 35.  | Mayer Decl., Ex. 81, at WZ015298; Mayer Decl., Ex. 31 (Oct. 23, 2024 RFA Resp.), RFA Response Nos. 67, 69, 70, 71; Mayer Decl., Ex. 35 (Westerdal Depo.), 289:12-291:21; Mayer Decl., Ex. 28 (Aug. 28, 2024 RFP 1 Resp.), Supplemental Response No. 34; Mayer Decl., Ex. 29 (Aug. 28, 2024 RFP 2 Resp.), Supplemental Response No. 94. |
| 36. | Mayer Decl., Ex. 81, at WZ15298; Mayer Decl., Ex. 31 (Oct. 23, 2024 RFA Resp.), RFA Response Nos. 67, 69, 70, 71; |

**SEPARATE STATEMENT OF UNCONTROVERTED FACTS**

Mitchell
Silberberg &
Knupp LLP



| Undisputed Fact | Supporting Evidence |
|---|---|
| | Mayer Decl., Ex. 35 (Westerdal Depo.), 289:12-291:21. |
| 37. | Mayer Decl., Ex. 36 (Ficker Depo.), 30:10-30:14, 240:12-241:10, 443:11-443:15. |
| 38. | Mayer Decl., Ex. 36 (Ficker Depo.), 231:18-231:25; 400:15-400:20; 434:22-435:11; Mayer Decl., Ex. 28 (WZLLC's Supplemental Responses and Objections to Activision's First Set of Requests for Production of Documents, dated Aug. 28, 2024 ("Aug. 28, 2024 RFP 1 Resp."), Supplemental Response No. 33; Mayer Decl., Ex. 29 (Aug. 28, 2024 RFP 2 Resp.), Supplemental Response No. 94. |
| 39. | Mayer Decl., Ex. 35 (Westerdal Depo.), 118:22-118:25; 194:8-194:14; 195:8-195:11; Mayer Decl., Ex. 28 (Aug. 28, 2024 RFP 1 Resp.), Supplemental Response No. 74; Mayer Decl., Ex. 28 (Aug. 28, 2024 RFP 1 Resp.), Supplemental Response No. 74; Mayer Decl., Ex. 29 (WZLLC's Supplemental |

Mitchell
Silberberg &
Knupp LLP

SEPARATE STATEMENT OF UNCONTROVERTED FACTS

| Undisputed Fact | Supporting Evidence |
|---|---|
| | Responses and Objections to Activision's Second Set of Requests for Production of Documents, dated August 28, 2024 ("Aug. 28, 2024 RFP 2 Resp.")), Supplemental Response No. 93. |
| 40. ■■■■■■■■■■■■■■■■■■■ | Mayer Decl., Ex. 36 (Ficker Depo.) 49:1-49:24; 438:18-439:18; 450:5-450:21. |
| 41. ■■■■■■■■■■■■■■■■■■■ | Mayer Decl., Ex. 36 (Ficker Depo.), 228:23-229:8; 241:11-241:16. |
| 42. ■■■■■■■■■■■■■■■■■■■ | Mayer Decl., Ex. 36 (Ficker Depo.), 159:18-159:25. |
| 43.    WZLLC posted to its Facebook page (@WarzoneRisk) only three times since it changed its name to "Warzone." | Mayer Decl., Ex. 36 (Ficker Depo.), 316:22-317:21; 423:23-424:5; Mayer Decl., Ex. 23. |
| 44.    WZLLC created a Reddit forum dedicated to its game, but did | Mayer Decl., Ex. 24. |

Mitchell
Silberberg &
Knupp LLP

13

| Undisputed Fact | Supporting Evidence |
|---|---|
| not change the forum name from "WarLight" to "Warzone" – so it is still called "r/Warlight." | |
| 45. WZLLC maintains a Discord server (a virtual community for discussing *Warzone*), which is "invite only." | Mayer Decl., Ex. 25. |
| 46. There is no evidence that WZLLC ever streamed *Warzone* or *Warzone Idle* on live-streaming video websites such as Twitch. | Mayer Decl., Ex. 36 (Ficker Depo.), 326:11-326:14; 327:12-327:17; Mayer Decl., Ex. 86. |
| 47. The most recent video available on Ficker's personal Twitch account (@FizzerWL) is a video of *WarLight* from nine years ago. | Mayer Decl., Ex. 86. |
| 48. ████████████████ | Mayer Decl., Ex. 81, at WZ015967-WZ015979. |
| 49. ████████████████ | Mayer Decl., Ex. 36 (Ficker Depo.), 232:6-233:9; 399:18-400:20; Mayer Decl., Ex. 81, at WZ016957; Mayer |

14

**SEPARATE STATEMENT OF UNCONTROVERTED FACTS**

Mitchell
Silberberg &
Knupp LLP

| Undisputed Fact | Supporting Evidence |
|---|---|
| ███████████████████ ███████████████████ ██████████ | Decl., Ex. 151 (Deposition of Bo Geddes ("Geddes Depo.")), 14:21-15:5; 179:2-182:3; Mayer Decl., Ex. 28 (Aug. 28, 2024 RFP 1 Resp.), Supplemental Response No. 34. |
| 50. ███████████ ███████████████████ ███████████████████ ███████████████████ ███████████████████ ███████████████ | Mayer Decl., Ex. 36 (Ficker Depo.), 378:19-378:23; Mayer Decl., Ex. 81, at WZ018504; WZ018503; Mayer Decl., Ex. 81, at WZ022730-WZ022731. |
| 51. ███████████████ ███████████████████ ███████████████████ ███████████████████ ███████████████████ | Mayer Decl., Ex. 35 (Westerdal Depo.), 122:12-122:21; 124:3-124:15; 127:6-128:7; 128:13-128:24; 296:19-296:24; 328:13-328:23; Mayer Decl., Ex. 36 (Ficker Depo.), 90:15-90:25; 316:12-316:20; 402:12-402:18; Mayer Decl., Ex. 29 (Aug. 28, 2024 RFP 2 Resp.), Supplemental Response No. 94. |
| 52. ███████████████ ███████████████████ ██████████ | Mayer Decl., Ex. 35 (Westerdal Depo.), 124:3-124:15; 127:6-128:7; 128:13-128:24; Mayer Decl., Ex. 36 (Ficker Depo.), 66:1-66:14; 90:15-90:25; Mayer |

SEPARATE STATEMENT OF UNCONTROVERTED FACTS

Mitchell Silberberg & Knupp LLP

| Undisputed Fact | Supporting Evidence |
|---|---|
|  | Decl., Ex. 81, at WZ025702, WZ026556, WZ026563. |
| 53.    WZLLC placed the word "Risk" all over its website content and metadata. | Mayer Decl., Ex. 35 (Westerdal Depo.), 124:3-124:15; 127:6-128:7; Mayer Decl., Ex. 81, at WZ025702, WZ026556, WZ026563; Mayer Decl., Exs. 19, 22. |
| 54.    The title of nearly every page of www.warzone.com includes the words: "Warzone – Better than Hasbro's Risk Game – Play Online Free." | Mayer Decl., Ex. 22; Mayer Decl., Ex. 81, at WZ025702, WZ026556, WZ026563. |
| 55.    ████████████████ | Mayer Decl., Ex. 36 (Ficker Depo.), 81:7-82:21; 237:22-238-11; 354:9-355:23; Mayer Decl., Exs. 20, 21; Mayer Decl., Ex. 63, at p. 6; Mayer Decl., Ex. 35 (Westerdal Depo.), 277:7-280:2; Mayer Decl., Ex. 38. |
| 56.    Search engine links to www.warzone.com contain the words "Warzone – Better than Hasbro's RISK® game – Play Online Free." | Mayer Decl., Ex. 152. |

**SEPARATE STATEMENT OF UNCONTROVERTED FACTS**

Mitchell
Silberberg &
Knupp LLP

## C.  WZLLC's Failure To Enforce Its Alleged Mark

| Undisputed Fact | Supporting Evidence |
|---|---|
| 57.  WZLLC has never possessed a trademark registration for WARZONE. | Complaint ¶ 24; Answer ¶ 24. |
| 58. ███████████████ | Mayer Decl., Ex. 36 (Ficker Depo.), 345:12-345:15. |
| 59.  In August 2018 a third-party video game publisher received a U.S. trademark registration for EVE: VALKYRIE – WARZONE | Kiel Decl., Ex. C ("2019 Search"), at 5. |
| 60.  WZLLC did not oppose the application for a trademark for EVE VALKYRIE - WARZONE. | Mayer Decl., Ex. 31 (Oct. 23, 2024 RFA Resp."), RFA Response No. 65; Mayer Decl., Ex. 36 (Ficker Depo.), 267:9-269:17; Marc Decl., Ex. 148. |
| 61. ███████████████ | Mayer Decl., Ex. 36 (Ficker Depo.), 267:9-273:17; 275:15-277:4; 291:18-295:19; Mayer Decl., Ex. 31 (Oct. 23, 2024 RFA Resp."), RFA Response No. 65; Mayer Decl., Ex. 28 (Aug. 28, 2024 RFP 1 Resp.), Supplemental Response Nos. 41, 42, 44, 45. |

**SEPARATE STATEMENT OF UNCONTROVERTED FACTS**

Mitchell
Silberberg &
Knupp LLP

| **Undisputed Fact** | **Supporting Evidence** |
|---|---|
| 62.    By 2019, there were at least **20** mobile apps and other games with "Warzone" in their title, including *WarZone*, *Warzone Pacific*, *Warzone Quest*, *Enter the Warzone*, *Warzone World*, *Crossfire: Warzone,* and *Commando Warzone*. | Kiel Decl., Ex. C (2019 Search); Mayer Decl., Exs. 46, 98-104, 107, 109, 111-113, 115, 117, 122, 126-131, 133, 134. |
| 63.    By December 2021, there were at least **27** "Warzone"-titled mobile apps and other games, such as *Ultimate Warzone*, *No Rule Warzone*, *Welcome to Warzone*, *Battle Royale Warzone*, and *Idle Warzone*. | Mayer Decl., Exs. 98-104, 107, 109, 111-113, 115, 117, 122, 126-131, 133, 134-136, 138-141. |
| 64.    ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | Mayer Decl., Ex. 32 (Nov. 27, 2024 Rog. Resp.), Interrogatory Response No. 1, at 10:20-10:24; Mayer Decl., Ex. 33 (Dec. 1, 2024 Rog. Resp.), Interrogatory Response No. 12, at 10:3-10:6; Mayer Decl., Ex. 36 (Ficker Depo.), 267:9-273:17; 275:15-277:4; 291:18-295:19; 348:11-349:23; Mayer Decl., Ex. 61; Mayer Decl., Ex. 31 (Oct. 23, 2024 RFA Resp."), RFA Response No. 65; Mayer Decl., Ex. 28 (Aug. 28, 2024 RFP 1 |

**SEPARATE STATEMENT OF UNCONTROVERTED FACTS**

Mitchell Silberberg & Knupp LLP

28

| **Undisputed Fact** | **Supporting Evidence** |
|---|---|
|  | Resp.), Supplemental Response Nos. 41, 42, 44, 45. |
| 65. ███████ | Mayer Decl., Ex. 36 (Ficker Depo.), 348:11-349:23; Mayer Decl., Ex. 61. |
| 66. ███████ | Mayer Decl., Ex. 36 (Ficker Depo.), 351:22-352:3; Mayer Decl., Exs. 14, 15, 17, 18, 19. |
| 67.    On its website, WZLLC uses a stylized gold, silver, and red logo, set against a hexagonal world map, accompanied by the phrase: "If you like Hasbro's RISK® game, you'll love Warzone!" | Mayer Decl., Exs. 19, 62. |
| 68.    WZLLC's website does not include a trademark notice, but states: "RISK® is a registered trademark of Hasbro, Inc." | Mayer Decl., Ex. 36 (Ficker Depo.), 352:8-356:12; Mayer Decl., Ex. 19. |
| 69. ███████ | Mayer Decl., Ex. 36 (Ficker Depo.), 267:9-273:17; 275:15-277:4; 291:18-295:19; 295:21-296:8; Mayer Decl., Ex. 31 (Oct. 23, 2024 RFA Resp."), RFA |

19

Mitchell
Silberberg &
Knupp LLP

| Undisputed Fact | Supporting Evidence |
|---|---|
| | Response No. 65; Complaint ¶ 21; Answer ¶ 21; Mayer Decl., Ex. 28 (Aug. 28, 2024 RFP 1 Resp.), Supplemental Response Nos. 41, 42, 44, 45. |
| 70. ██████████████████████████ | Mayer Decl., Ex. 36 (Ficker Depo.), 267:20-270:17; 272:3-272:10; 275:15-277:4; Mayer Decl., Ex. 28 (Aug. 28, 2024 RFP 1 Resp.), Supplemental Response Nos. 41, 42, 44. |

### D.    Activision and the *Call of Duty* Games

| Undisputed Fact | Supporting Evidence |
|---|---|
| 71.    Activision produces, markets, and distributes video games, including the popular *Call of Duty* franchise. | Complaint, ¶ 11; Answer, ¶ 11. |
| 72.    *Call of Duty* games are military-themed "first-person shooter" games where players engage in battle from the viewpoint of a combatant. | Complaint, ¶ 12; Answer, ¶ 12. |
| 73.    Activision released its first *Call of Duty* game in 2003, and has released new installments | Complaint, ¶¶ 2, 13; Answer, ¶¶ 2, 13. |

20

**SEPARATE STATEMENT OF UNCONTROVERTED FACTS**

Mitchell Silberberg & Knupp LLP

| Undisputed Fact | Supporting Evidence |
| --- | --- |
| annually, each with a different sub-title (such as "Modern Warfare" and "Black Ops"). | |
| 74. By the end of 2019, Activision had released 16 *Call of Duty* games for Windows PCs and game consoles like Xbox and PlayStation. | Complaint, ¶ 13; Answer, ¶ 13. |
| 75. ████████████████ | Declaration of Carolyn Wang ("Wang Decl."), ¶ 2; Mayer Decl., Ex. 82 (Deposition of Carolyn Wang, taken on December 13, 2024), 122:5-123:1. |
| 76. In its "battle royale" game (which ultimately was titled *Call of Duty: Warzone*), up to 150 players drop onto and battle across a large-scale, open-world playing field. | Complaint, ¶ 2; Answer, ¶ 2. |
| 77. ████████████████ | Wang Decl. ¶¶ 4, 5, 7, 8. |

**SEPARATE STATEMENT OF UNCONTROVERTED FACTS**

Mitchell Silberberg & Knupp LLP

| **Undisputed Fact** | **Supporting Evidence** |
|---|---|
|  | |
| 78. | Wang Decl. ¶ 6. |
| 79. | Wang Decl. ¶ 6. |
| 80. | Kiel Decl., ¶ 4, Ex. C (2019 Search). |
| 81. | *Id.* |

Mitchell
Silberberg &
Knupp LLP

**SEPARATE STATEMENT OF UNCONTROVERTED FACTS**

| Undisputed Fact | Supporting Evidence |
|---|---|
| ███████████████ | |
| 82. ███████████████ | *Id.* |
| 83.   In 2019, the **only** live WARZONE trademark registration in connection with video games was EVE: VALKYRIE – WARZONE. | *Id.* |
| 84. ███████████████ | Wang Decl., ¶ 8. |
| 85.   On March 10, 2020, Activision released *CODWZ* for Windows PCs, Xbox, and PlayStation. | Complaint, ¶¶ 13, 15; Answer, ¶¶ 13, 15; Mayer Decl., Exs. 1, 2, 9-12. |
| 86.   Activision makes the console version of *CODWZ* available through the Xbox and PlayStation stores. | Mayer Decl., Exs. 1, 2, 9-12. |
| 87.   The Windows version is and has been available for download only on Activision's Battle.net and Valve's Steam platforms. | Mayer Decl., Exs. 1, 7, 8. |

Mitchell
Silberberg &
Knupp LLP

**SEPARATE STATEMENT OF UNCONTROVERTED FACTS**

| **Undisputed Fact** | **Supporting Evidence** |
|---|---|
| 88.    *CODWZ* is free-to-play and generates revenue through in-game purchases of "cosmetic" items for use in the game. | Complaint, ¶ 15; Answer, ¶ 15; Mayer Decl., Exs. 1, 2. |
| 89.    Activision consistently markets and distributes its game as *Call of Duty: Warzone* – not simply "Warzone." | Wang Decl. ¶ 10, Ex. A; Mayer Decl. ¶¶ 9-14, Exs. 8, 10, 11, 12, 13, 16. |
| 90.    On the few occasions where Activision referred to *CODWZ* as "Warzone," it did so only in a context that clearly indicated it is a *Call of Duty* game: for example, within the callofduty.com website or after the full name had already been used. | Wang Decl. ¶ 11, Ex. A, B; Mayer Decl. ¶¶ 9-14, Exs. 8, 10, 11, 12, 13, 16. |
| 91.    Activision's publicly available *CODWZ* brand guidelines prohibit the use of the word "Warzone" without "Call of Duty." | Wang Decl. ¶ 10, Ex. A. |
| 92.    Activision's *CODWZ* logos use a block-letter font, and its key art includes images of soldiers. | Wang Decl. ¶¶ 10, 11, Ex. B. |
| 93.    In 2022, Activision announced and tested in limited jurisdictions a mobile version of | Mayer Decl., Ex. 78 (Deposition of Chris Plummer Depo., taken on December 16, |

**SEPARATE STATEMENT OF UNCONTROVERTED FACTS**

Mitchell
Silberberg &
Knupp LLP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| **Undisputed Fact** | **Supporting Evidence** |
|---|---|
| *CODWZ*, titled *Call of Duty: Warzone Mobile* ("*CODWZM*"). | 2024 ("Plummer Depo.")), 52:4-53:9; 91:24-92:20. |
| 94.    *CODWZM* was released in March 2024. | Mayer Decl., Ex. 78 (Plummer Depo.), 56:15-57:5. |
| 95.    *CODWZM* always has been titled "*Call of Duty: Warzone Mobile*" on all platforms, and its app icon contains only the words "Call of Duty." | Mayer Decl., Ex. 78 (Plummer Depo.), 72:19-73:12; Mayer Decl., Exs. 4, 13, 16. |
| 96.    *CODWZM* is listed as *Call of Duty: Warzone Mobile*, and its app icon says only "CALL OF DUTY." | Mayer Decl., Ex. 78 (Plummer Depo.), 72:19-73:12; Mayer Decl., Exs. 4, 13, 16. |
| 97.    In 2021, Activision launched the first of a series of four *CODWZ* tournaments titled *Call of Duty: World Series of Warzone*. | Mayer Decl., Ex. 79 (Deposition of Matt Kliszewski Depo., taken on December 11, 2024), 269:10-269:14. |
| 98.    WZLLC has not alleged any likelihood of confusion between its games and the tournaments. | *See generally* WZLLC's Counterclaims (ECF 14). |
| 99.    Activision advertised *CODWZ* via television ads, internet banner ads, and influencers. | Mayer Decl., Ex. 83 (Expert Report of WZLLC's expert Bo Geddes, dated January 17, 2025), ¶ 126. |

Mitchell Silberberg & Knupp LLP

**SEPARATE STATEMENT OF UNCONTROVERTED FACTS**

E.    **This Dispute.**

| Undisputed Fact | Supporting Evidence |
|---|---|
| 100. ███████████████ ███████████████ ███████████████ ███████████ | Mayer Decl., Ex. 36 (Ficker Depo.), 525:19-526:23, Mayer Decl., Exs. 70, 74-76; Mayer Decl., Ex. 33 (Dec. 1, 2024 Rog. Resp.), Interrogatory Response No. 12, 11:7-11:11. |
| 101. ███████████████ ███████████████ ███████████████ ███████████████ ███████████ | Mayer Decl., Ex. 33 (Dec. 1, 2024 Rog. Resp.), Interrogatory Response No. 12, 11:7-11:11. |
| 102. ███████████████ ███████████████ ███████████████ ███████████ | Mayer Decl., Ex. 81, at WZ004817-WZ004818, WZ005072, WZ005086, WZ005058; Mayer Decl., Ex. 31 (Oct. 23, 2024 RFA Resp.), RFA Response Nos. 38, 40; Mayer Decl., Exs. 66-69. |
| 103. ███████████████ ███████████████ ███████████████ ███████████ | Mayer Decl., Ex. 70. |
| 104.    WZLLC has no evidence that the consuming public ever associated the word *Warzone* exclusively with its goods or services. | Mayer Decl., ¶ 55. |

SEPARATE STATEMENT OF UNCONTROVERTED FACTS

Mitchell
Silberberg &
Knupp LLP

| Undisputed Fact | Supporting Evidence |
|---|---|
| 105.    WZLLC has no evidence that it ever lost a customer or prospective customer because of *CODWZ*. | Mayer Decl., ¶ 55. |
| 106.    There is no evidence that any prospective customer mistakenly believed that WZLLC's games were created by or associated with Activision. | Mayer Decl., Ex. 31 (Oct. 23, 2024 RFA Resp.), RFA Response Nos. 1-4, 9-10; Mayer Decl., ¶ 55. |
| 107.    WZLLC has never attempted to place any monetary value on its alleged *Warzone* trademark or to quantify the damage in the purported value of the mark. | Mayer Decl., Ex. 36 (Ficker Depo.), 346:5-347:23; Mayer Decl., Ex. 35 (Westerdal Depo.), 67:23-69:22; Mayer Decl., Ex. 153 (WZLLC's Amended Responses and Objections to Activision's First Set of Interrogatories [No. 14], dated November 12, 2024 ("Nov. 12, 2024 Rog. Resp.")), Response to Interrogatory No. 14. |
| 108.    Activision has never sought to preclude WZLLC from using "Warzone" in connection with its games. | Mayer Decl., Exs. 74-76. |
| 109.    In late 2020 and early 2021, WZLLC threatened to seek to enjoin Activision from distributing | Mayer Decl., Exs. 74-76. |

**SEPARATE STATEMENT OF UNCONTROVERTED FACTS**

Mitchell
Silberberg &
Knupp LLP

| Undisputed Fact | Supporting Evidence |
|---|---|
| *CODWZ* unless Activision paid WZLLC $7 million or a royalty of .25% of its "gross revenue" from *CODWZ*. | |

### F.    Likelihood Of Confusion.

| Undisputed Fact | Supporting Evidence |
|---|---|
| 110.   The gameplay of *CODWZ* and WZLLC's offerings do not have similar appearances, mechanics, or player experience. | Mayer Decl., Ex. 31 (Oct. 23, 2024 RFA Resp.), RFA Response Nos. 59, 60; Mayer Decl., Exs. 1-6. |
| 111.   WZLLC's games are slow-paced online board games that appeal to those "who enjoy strategy-based civilization building games," and WZLLC has compared them to *Risk*. | Mayer Decl., Ex. 3; Mayer Decl., Ex. 27 (WZLLC's Supplemental Responses and Objections to Activision's First Set of Interrogatories, dated July 24, 2024), Interrogatory Response No. 8, at 5:17-5:19. |
| 112.   WZLLC has provided no evidence that players of *CODWZ* play WZLLC's games or vice versa. | Mayer Decl., ¶ 55. |

Mitchell
Silberberg &
Knupp LLP

**SEPARATE STATEMENT OF UNCONTROVERTED FACTS**

| **Undisputed Fact** | **Supporting Evidence** |
|---|---|
| 113.   Not one consumer submitted a review on the Apple or Google App Stores for a WZLLC mobile game believing it was a *Call of Duty* or Activision game. | Mayer Decl., Exs. 149, 150. |
| 114.   ███████████████ | Mayer Decl., Ex. 83 (Geddes Report), ¶¶ 55-62. |
| 115.   ███████████████ | *Id.* ¶ 37. |
| 116.   ███████████████ | *Id.* ¶ 42. |
| 117.   ███████████████ | *Id.* |
| 118.   WZLLC has not identified any actual or potential customer, licensee, or business partner who failed | Mayer Decl., ¶ 55. |

**SEPARATE STATEMENT OF UNCONTROVERTED FACTS**

Mitchell
Silberberg &
Knupp LLP

| Undisputed Fact | Supporting Evidence |
|---|---|
| or refused to do business with WZLLC due to a mistaken belief that Activision was the source of or affiliated with WZLLC's games. | |
| 119. ■■■■■■ | Mayer Decl. ¶¶ 42-44; *see, e.g.*, Mayer Decl., Ex. 71; Mayer Decl., Ex. 81, at WZ011349, WZ011478, WZ0011557, WZ011574. |
| 120. ■■■■■■ | Mayer Decl., Ex. 35 (Westerdal Depo.) 329:18-330:5; Mayer Decl., Ex. 36 (Ficker Depo.), 578:15-579:7, 626:23-632:4; Mayer Decl. ¶¶ 42-44; *see, e.g.*, Mayer Decl., Exs. 71, 72; Mayer Decl., Ex. 81, at WZ011349, WZ011478, WZ0011557, WZ011574. |
| 121. ■■■■■■ | Mayer Decl., Ex. 36 (Ficker Depo.), 626:23-632:4; Mayer Decl., Exs. 71, 72. |
| 122. ■■■■■■ | Mayer Decl., Ex. 36 (Ficker Depo.), 626:23-632:4, 632:11-634:3; Mayer Decl., Exs. 71, 72. |

SEPARATE STATEMENT OF UNCONTROVERTED FACTS

Mitchell Silberberg & Knupp LLP

| Undisputed Fact | Supporting Evidence |
|---|---|
| 123. ███████████████████████ | Mayer Decl., Ex. 80 (Deposition of Matt Cox, taken on December 19, 2024), 269:10-270:3. |

## G.    Damages

| Undisputed Fact | Supporting Evidence |
|---|---|
| 124. ██████████████████ | Mayer Decl., Exs. 49, 66-69. |
| 125.    In October 2024, WZLLC represented to the Court that it was **not** seeking purported lost profits. | Mayer Decl., Ex. 34, 8:10-13; 11:6-11:10; 14:19-14:22; 16:1-16:2. |
| 126. ███████████████████████ | Mayer Decl., Ex. 153 (Nov. 12, 2024 Rog. Resp.), Response to Interrogatory No. 14; Mayer Decl., Ex. 30 (WZLLC's Objections and Supplemental Response to Activision's First Set of Interrogatories (No. 14), dated September 24, 2024), Supplemental Response No. 14, at 4:22-4:24. |
| 127. ███████████████████ | Mayer Decl., Ex. 83 (Geddes Report), ¶ 90; Mayer Decl., Ex. 84, ¶¶ 42-48. |

SEPARATE STATEMENT OF UNCONTROVERTED FACTS

Mitchell Silberberg & Knupp LLP

| Undisputed Fact | Supporting Evidence |
|---|---|
| █████████████ | |
| 128. ███████ | Mayer Decl., Ex. 36 (Ficker Depo.), 232:6-233:9; 399:18-400:20; Mayer Decl., Ex. 81, at WZ016957. |
| 129. ███████ | Mayer Decl., Ex. 81, at WZ015605. |
| 130. ███████ | Mayer Decl., Ex. 83 (Geddes Report), ¶¶ 99, 103. |
| 131. ███████ | Mayer Decl., Ex. 151 (Geddes Depo.), at 108:18-110:5, 113:14-114:7, 219:21-221:1. |
| 132. ███████ | Mayer Decl., Ex. 151 (Geddes Depo.), at 125:12-128:16. |
| 133. ███████ | Mayer Decl., Ex. 31 (Oct. 23, 2024 RFA Resp.), RFA Response Nos. 9, 10. |

**SEPARATE STATEMENT OF UNCONTROVERTED FACTS**

Mitchell
Silberberg &
Knupp LLP

| Undisputed Fact | Supporting Evidence |
|---|---|
| ████████████████ | |
| 134. ████████████████ | Mayer Decl., Ex. 85, at pp. 21-23; Mayer Decl., Ex. 151, at 238:11-238:22. |
| 135.    As of today, at least 50 games with "Warzone" in their titles have been released. | Mayer Decl., Exs. 46, 57, 87-146. |

DATED: February 14, 2025

MARC E. MAYER
KARIN G. PAGNANELLI
LINDSAY R. EDELSTEIN
MITCHELL SILBERBERG & KNUPP LLP


By:  */s/ Marc E. Mayer*
    Marc E. Mayer (SBN 190969)
    *Attorneys for Activision Publishing, Inc.*