1
2
3
4
5
6
7
8
9

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br>　　v.<br>WARZONE.COM, LLC,<br>　　　　Defendant. | CASE NO. 2:21-cv-3073-FLA (JCx)<br><br>[Assigned to Judge Fernando L. Aenlle-Rocha]<br><br>**[PROPOSED] JUDGMENT GRANTING MOTION OF ACTIVISION PUBLISHING, INC. FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT ON COUNTERCLAIMS OF WARZONE.COM, LLC** |
| WARZONE.COM, LLC,<br>　　　　Counterclaimant,<br>　　v.<br>ACTIVISION PUBLISHING, INC., a Delaware corporation,<br>　　　　Counterdefendant. | Date:　　　　March 21, 2025<br>Time:　　　　1:30 p.m.<br>Ctrm:　　　　6B<br><br>Complaint Filed:　　Apr. 8, 2021<br>Counterclaim Filed:　June 8, 2021<br>Pretrial Conference:　May 19, 2025, at 1:30 p.m.<br>Trial:　　　　May 27, 2025, at 8:15 a.m. |

**[PROPOSED] JUDGMENT**

# [PROPOSED] JUDGMENT

On March 21, 2025, Plaintiff and Counterclaim-Defendant Activision Publishing, Inc.'s ("Activision") Motion for Summary Judgment or, Alternatively, Partial Summary Judgment, came on regularly for hearing in Courtroom 6B of this Court, the Honorable Fernando L. Aenlle-Rocha presiding.

After full consideration of the evidence, and the moving, opposition, and reply papers, and the argument of counsel, the Court finds that the undisputed facts confirm that the Counterclaims of Defendant and Counterclaimant Warzone.com, LLC ("WZLLC") should be dismissed in their entirety and Activision's claims for declaratory relief should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED**:

The Motion is hereby **GRANTED** in its entirety.

The Court hereby orders as follows:

1. The Counterclaims of WZLLC for Trademark Infringement pursuant to the Lanham Trademark Act (15 U.S.C. §1125), Unfair Competition pursuant to California Business and Professional Code §§ 17200 and 17500 *et seq.*, and Trademark Infringement under California common law are dismissed in their entirety, and WZLLC shall recover nothing by way of its Counterclaims; and

2. Activision shall have judgment in its favor on its request for a declaration that Activision's use in commerce of the word "Warzone" does not infringe, and at all times has not infringed, any alleged trademark rights of WZLLC.

Judgment is entered in favor of Activision and against WZLLC.  WZLLC shall take nothing on its Counterclaims and in this action against Activision and the Counterclaims shall be dismissed with prejudice.

Dated: _____          _____
　　　　　　　　　　　　　　　　　Hon. Fernando L. Aenlle-Rocha
　　　　　　　　　　　　　　　　　Judge of the United States District Court