1   MARC E. MAYER (SBN 190969)
       mem@msk.com
2   KARIN G. PAGNANELLI (SBN 174763)
       kgp@msk.com
3   LINDSAY R. EDELSTEIN (*pro hac vice*)
       lre@msk.com
4   MITCHELL SILBERBERG & KNUPP LLP
    2049 Century Park East, 18th Floor
5   Los Angeles, CA  90067-3120
    Telephone: (310) 312-2000
6   Facsimile: (310) 312-3100

7   Attorneys for Activision Publishing,
    Inc.

8

9                     UNITED STATES DISTRICT COURT

10                   CENTRAL DISTRICT OF CALIFORNIA

11

12  ACTIVISION PUBLISHING, INC., a          CASE NO. 2:21-cv-3073-FLA (JCx)
    Delaware corporation,
13                                          [Assigned to Judge Fernando L. Aenlle-
                  Plaintiff,                Rocha]
14
          v.                                **DECLARATION OF LINDSAY R.
15                                          EDELSTEIN IN SUPPORT OF
    WARZONE.COM, LLC,                       ACTIVISION PUBLISHING,
16                                          INC.'S MOTION FOR SUMMARY
                  Defendant.                JUDGMENT OR,
17  _____        ALTERNATIVELY, PARTIAL
    WARZONE.COM, LLC,                       SUMMARY JUDGMENT**
18
                  Counterclaimant,
19                                          Date:       March 21, 2025
          v.                                Time:       1:30 p.m.
20                                          Ctrm:       6B
    ACTIVISION PUBLISHING, INC., a
21  Delaware corporation,                   Complaint Filed:    Apr. 8, 2021
                                            Counterclaim Filed: June 8, 2021
22                Counterclaim Defendant.   Pretrial Conference: May 19, 2025,
                                                                 at 1:30 p.m.
23                                          Trial:               May 27, 2025,
                                                                 at 8:15 a.m.
24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

20485981.2

_____
                **DECLARATION OF LINDSAY R. EDELSTEIN**

I, Lindsay R. Edelstein, declare as follows:

1.      I am an attorney-at-law, duly licensed to practice law in the State of New York and admitted *pro hac vice* to appear before this Court.  I am a partner with the law firm of Mitchell Silberberg & Knupp LLP ("MSK"), counsel of record for Plaintiff and Counterclaim-Defendant Activision Publishing, Inc. ("Activision") in this action.  I make this Declaration in support of Activision's Motion for Summary Judgment or, Alternatively, for Partial Summary Judgment.  I have personal knowledge of the following facts, and, if called as a witness, could and would competently testify thereto.

## **Third Party Games With "Warzone" In Their Titles**

2.      During the course of this litigation, I and my colleagues have conducted research into the existence of third-party games whose title is "Warzone" or includes the word "Warzone" (or variants such as "War Zone") (hereinafter, the "Third Party Game Evidence").  As noted in the concurrently filed Motion and Declaration of Marc E. Mayer ("Mayer Declaration"), we have identified more than 50 such games.  Evidence of such games was collected and preserved by members of the MSK office working under the direction and supervision of myself and Mr. Mayer from locations including the Internet Archive or "Wayback Machine" available at https://www.archive.org (hereinafter, the "Internet Archive"), as well as the websites of game distribution platforms, video game industry resources, social media platforms, and game company websites. Web pages were documented using screen captures, forensic collection software, or direct-to-PDF printouts, and efforts were taken to accurately capture and depict the Uniform Resource Locator ("URL") of all online materials.

3.      For ease of reference, this declaration submits true and correct copies of evidence of the above-referenced third-party games grouped according to the primary sources from which evidence was collected.  The Mayer Declaration

groups the third-party games by individual game title, ordered chronologically by year of release.[1]

4.    A list of sources, along with the corresponding exhibit reflecting evidence collected from the respective source, is as follows:

| **Ex.** | **Source** | **Domain** |
|---|---|---|
| **1** | Internet Archive | https://web.archive.org |
| **2** | Google Play | https://play.google.com |
| **3** | Apple Store | https://apps.apple.com |
| **4** | Steam | https://store.steampowered.com |
| **5** | Facebook | https://www.facebook.com |
| **6** | YouTube | https://www.youtube.com |
| **6-A** | YouTube (videos, lodged under separate cover) | https://www.youtube.com |
| **7** | Amazon | https://www.amazon.com |
| **8** | Mobygames | https://www.mobygames.com |
| **9** | Skich | https://www.skich.com |
| **10** | Twitter / X.com | https://www.x.com https://www.twitter.com |
| **11** | Y8.com | https://www.y8.com |
| **12** | Other websites | https://www.apkcombo.com https://www.atarilegend.com https://download.cnet.com https://www.core-design.com https://www.crazygames.com |

[1] For certain longer documents, only relevant or exemplary excerpts are included. Activision can provide full copies of these documents upon the Court's request.

**DECLARATION OF LINDSAY R. EDELSTEIN**

Mitchell
Silberberg &
Knupp LLP

20485981.2

| Ex. | Source | Domain |
|---|---|---|
| | | https://www.gameflare.com |
| | | https://www.gamespot.com |
| | | https://gnet.agency |
| | | https://www.igdb.com |
| | | https://www.ign.com |
| | | https://kotaku.com |
| | | https://www.pcmag.com |
| | | https://venturebeat.com |
| | | https://www.warzone-thegame.com |
| | | https://vg247.com |
| | | https://wz2100.net |

5.     Additionally, in the course of discovery, various information and evidence also was collected by MSK concerning physical games and other entertainment products making use of the word "Warzone" (or "War Zone") in their titles.

6.     Attached hereto as **Exhibit 13** are true and correct copies of web pages concerning the tabletop game "Warzone Resurrection," collected from the website www.prodosgames.com and its subdomain warzone.prodosgames.com, and also from an archived page from the website www.warzonegame.com, accessed via the Internet Archive.

7.     Attached hereto as **Exhibit 14** are true and correct copies of additional web pages collected from websites including the following, or from archived pages thereof available via the Internet Archive:

- Cswarzone.com

Mitchell
Silberberg &
Knupp LLP

20485981.2

4

**DECLARATION OF LINDSAY R. EDELSTEIN**

- Playwarzone.com
- Spotify.com
- Tvguide.com
- Imdb.com
- Amazon.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of February, 2025, in Los Angeles, California.

_____

Lindsay R. Edelstein

Mitchell
Silberberg &
Knupp LLP

20485981.2

**DECLARATION OF LINDSAY R. EDELSTEIN**

# EXHIBIT 1

http://core-design.com/warzone.html    Go



26 captures
6 Dec 2015 - 18 Sep 2024



AUG **FEB** JUL
◀ **04** ▶
2015 **2017** 2018    About this capture



🏠    WHAT'S NEW    TOMB RAIDER    OTHER GAMES    GOODIES    COMMUNITY    CONTACT

# War Zone

_Release date_ : 1991

_Platforms_ : Amiga, Atari ST

In War Zone you're controlling an Arnold-like soldier armed with machine gun. Each mission is taking place in different location with little repetitive signs further in the game. Starting point is at the jungle, but you will also visit some kind of stores, sewers and factories.

    

» Go to Goodies to discover more about the game…

Home | About | Contact

© Core Design, Lara Croft and Tomb Raider are trademarks of Square Enix Ltd. All rights reserved.

**6**

2/2/25, 8:42 PM                                          WarZone 2 for Browser (1999) - MobyGames

INTERNET ARCHIVE
WayBackMachine
https://www.mobygames.com/game/browser/warzone-2          Go
6 captures
30 Sep 2013 - 23 Dec 2021

APR  AUG  JAN
◄    05    ►
2014 2017 2021    About this capture

Moby Games

Search games, credits, companies…                    Sign in    Register

Games | Forums | Updates ▼ | Contribute ▼ |

## WarZone 2 (Browser)

Discuss   Review   + Want   + Have   Contribute

Main | Credits | Screenshots | Reviews | Cover Art | Promo Art | Releases | Trivia | Hints | Specs | Ad Blurb | Rating Systems | Buy/Trade

WARZONE

MISSING COVER

[add cover]

**Released**
Mar. 1999
**Platform**
Browser

**Genre**
Action
**Perspective**
1st-person, 3rd-person [DEPRECATED]
**Gameplay**
Arcade, Shooter
**Vehicular**
Tank

**Critic Score**
100 point score based on reviews from various critics.

[view reviews | add review]

···

**User Score**
5 point score based on user ratings.

[score detail | rate game]

···

## Description

*WarZone 2* is a 3D arcade shooter. Like the original, it gives the player control over a single tank with the main objective of surviving and destroying countless waves of enemy tanks. In order to do that, the player must constantly seek cover from enemy fire behind buildings or trees, and shoot back using the tank's main gun. There is an infinite number of rounds, which reload automatically once a shot has been fired. Some tanks are destroyed after only one hit, others require more. The player's tank itself is vulnerable to enemy fire and will explode once it reaches 100% damage.

The game can be played from different perspectives, including several external views, one from inside the tank and even a circling helicopter perspective. Only the first-person view offers access to a radar that tracks all obstacles and enemy positions. *WarZone 2* has two graphical modes: solid polygons and wireframe, which is reminiscent of the first game's graphics.

[edit description]

## Screenshots



[ screen | add another shot ]

**Credits**

By:
Ben Librojo

## Promo Images

There are no promo images for this game

[add promo image]

## Part of the Following Group

• add this game to a group

## User Reviews

There are no reviews for this game

[review game]

## Critic Reviews

There are no critic reviews for this game.

[add review]

## Forums

There are currently no topics for this game.

[start thread]

7



CalaisianMindthief (7555) added **WarZone 2** (Browser) on Jul 20, 2013

| MobyGames | What's New | Stats | Community |
|---|---|---|---|
| Home | New Games | Top Games | Forums |
| FAQ | Game Updates | Bottom Games | Facebook |
| Standards | New Reviews | Top Contributors | Twitter |
| Patrons | New Companies | Database Stats | Google+ |
| Contact | Changelog | Most Wanted | API |

MobyGames™ Copyright © 1999-2017  Blue Flame Labs. All rights reserved. Terms of Use. Privacy Policy.

"Will your stalwart band choose to (F)ight or (R)un?"

Video game information, credits, reviews, box covers, screenshots and more for 200+ video game platforms from 1950 to date!

**8**

The Wayback Machine - https://web.archive.org/web/20150106040011/http://wz2100.net/



## Warzone 2100          *Strategy by Design*          ☰

# Home

Home

- Home
- News
- FAQ
- Wiki
- Bug Reporting
- Addons
- Forums
- Download
- Get the campaign videos
- Webchat

## Welcome to Warzone 2100!

In Warzone 2100, you command the forces of The Project in a battle to rebuild the world after mankind has almost
been destroyed by nuclear missiles.

The game offers campaign, multi-player, and single-player skirmish modes. An extensive tech tree with over 400
different technologies, combined with the unit design system, allows for a wide variety of possible units and tactics.

Warzone 2100 was originally developed as a commercial game by Pumpkin Studios and published in 1999, and
was released as open source by them in 2004, for the community to continue working on it.

**9**





Download

RSS Atom Donate

# Other News

## Happy New Year!

5 days, 23 hours ago

We would like to wish everyone a Happy New Year!

read more...

## 3.1.2 has been released!

6 days, 23 hours ago

Hello again Warzone fans!

read more...

## Merry Christmas!

1 week, 6 days ago

# We at the Warzone 2100 Project would like to wish everyone a Merry Christmas!

We plan on releasing a new version, 3.1.2, before the end of the year, so stay tuned!

read more...

Warzone 2100 is a GPL v2.0 game.

The Wayback Machine - https://web.archive.org/web/20171019224812/http://wz2100.net/



# Warzone 2100   *Strategy by Design*

# Home

Home

- Home
- News
- FAQ
- Wiki
- Bug Reporting
- Addons
- Forums
- Download
- Get the campaign videos
- Webchat
- WZ Guide

## Welcome to Warzone 2100!

In Warzone 2100, you command the forces of The Project in a battle to rebuild the world after mankind has almost been destroyed by nuclear missiles.

The game offers campaign, multi-player, and single-player skirmish modes. An extensive tech tree with over 400 different technologies, combined with the unit design system, allows for a wide variety of possible units and tactics.

Warzone 2100 was originally developed as a commercial game by Pumpkin Studios and published in 1999, and was released as open source by them in 2004, for the community to continue working on it.

**ⓘ Download** ▾

12



## Older News

**For the most up to date Annoucements about the project...**

1 month, 2 weeks ago

Please visit our forums!

read more...

---

**Merry Christmas & a Happy New Year!**

9 months, 4 weeks ago

# Merry Christmas everyone, and have a Happy New Year!

read more...

---

**Warzone 2100 3.2.2 is now released!**

10 months, 2 weeks ago

Release 3.2.2 is out!

read more...

---

Warzone 2100 is a GPL v2.0 game.

**13**



The Seed: Warzone for PlayStation 2 (2001) - MobyGames

# Moby Games

Search games, credits, companies...    Sign in    Register

Games | Forums | Contribute ▾

## The Seed: Warzone (PlayStation 2)

Discuss    Review    + Want    + Have    Contribute

Main | Credits | Screenshots | Reviews | Cover Art | Releases | Trivia | Hints | Specs | Ad Blurb

Rating Systems | Buy/Trade

**Published by**
Artdink Corporation
**Developed by**
Artdink Corporation
**Released**
Dec 06, 2001
**Platform**
PlayStation 2

**Genre**
Action, Strategy
**Perspective**
3rd-Person Perspective
**Theme**
Anime / Manga, Real-Time, Sci-Fi / Futuristic

**Critic Score**
100 point score based on reviews from various critics.
[view reviews | add review]

**User Score**
5 point score based on user ratings.
[score detail | rate game]

[2 more | add cover]




Not an American user?

## Description

In the distant future, mankind has colonized other solar systems and is now part of an interplanetary alliance, the Galactic Inter-Species Co-operation Alliance. The Alliance was suddenly attacked by a new species, called the Seed. A defense force is created, called ASDF - the Anti-Seed Defense Force, and after 3 years of war, you assume command of the fleets. The Seed: War Zone is a 3D strategy game where you can design your own warships (by selecting weapon systems, engine types, defensive systems and placing them on the deck of a hull of your choosing) and narrated by anime style cutscenes. Combat mostly takes place by giving your ships orders before the battle (combined with the combat roles of the ships which you assigned in the design phase), and then watching in 3rd person mode as your ships fight the battle. You earn money by completing missions and making sure you don't loose to many ships, the money can then be used to purchase hulls, weapons and subsystems to build new ships.

[edit description]

## Screenshots

There are no PlayStation 2 screenshots for this game.

[add screenshots]

## Alternate Titles

- "The Seed" -- *Japanese title*
- "シード" -- *Japanese spelling*

**14**

[add alternate title]

## User Reviews

There are no reviews for this game.

[review game]

## Critic Reviews

| | | | |
|---|---|---|---|
| Gameswelt | Jan 24, 2005 | 54 out of 100 | 54 |
| Pelaajalehti | Jun, 2009 | 3 out of 5 | 50 |

[add review]

## Forums

There are currently no topics for this game.

[new thread]

## Trivia

There is no trivia on file for this game.

[add trivia]

Joel Segerbäck (584) added **The Seed: Warzone** (PlayStation 2) on Dec 24, 2008

### Credits

There are no game credits on file for this release of the game. Everything in MobyGames is contributable by users.

[add credits]

**15**





**MobyGames**

Home
FAQ
Standards
Patrons
Contact

**What's New**

New Games
Game Updates
New Reviews
New Companies
Changelog

**Stats**

Top Games
Bottom Games
Top Contributors
Database Stats
Most Wanted

**Community**

Forums
Facebook
Twitter
Google+
Dev Log

Video game information, credits, reviews, box covers, screenshots and more for 168 video game platforms from 1971 to date!

MobyGames™ Copyright © 1999-2015 Blue Flame Labs. All rights reserved. Terms of Use. Privacy Policy.

"Mein Leben!"

# Description

*WarZone 3* is a 3D shooter game featuring tank combat. Both the player and the enemy AI can control three types of tanks: Scout Tank, Infantry Support Tank and Main Battle Tank. They have different statistics: the Scout Tank is fast, but has weak armor and firing power, the Main Battle Tank is slow, but with thick armor and a powerful cannon, while the Infantry Support Tank is somewhere in the middle. After selecting a type of tank, the player proceeds through a series of missions, each with its own objective, like destroying a specific number of enemy tanks, defending a position until reinforcements arrive or gathering power-ups. The current mission needs to be completed in order to gain access to the next one. The game has a total of 30 missions divided into three combat zones.

While the enemy tanks can be destroyed by one or two shots, the player can suffer multiple hits before going down, although once the armor meter hits zero it's game over. There is no way to save the progress, but if combat zones two or three have been previously reached they can be accessed directly by typing the correct level password. It's possible to avoid being hit by hiding behind the obstacles that fill the maps. There's also a radar screen that shows all enemy units, friendlies and structures. From time to time, destroyed enemies may drop power-ups that can repair armor, offer temporary invulnerability, increase the reloading speed of the cannon or enhance the cannon so that it can destroy even the toughest tank in only one shot.

[edit description]

# Screenshots





WarZone 3 Browser Title screen.

WarZone 3 Browser Tank selection screen.

WarZone 3 Browser Mission briefing.

[3 more | add screenshots]

**17**

## Part of the Following Group

- WarZone series

## User Reviews

There are no reviews for this game.

[review game]

## The Press Says

There are no rankings for this game.

[add ranking]

## Forums

There are currently no topics for this game.

[new thread]

## Trivia

There is no trivia on file for this game.

[add trivia]

CalaisianMindthief (3113) added **WarZone 3** (Browser) on Dec 29, 2013

| Credits |
| --- |

Designed by:
Ben Librojo

Programmed by:
Ben Librojo

**18**



**MobyGames**

Home
Patrons
Standards / FAQ
RSS Feeds
Contact

**What's New**

New Games
Game Updates
New Reviews
New Companies
Company Updates

**Stats**

Top Games
Bottom Games
Top Contributors
Database Stats
Most Wanted

**Community**

Forums (Find My Game)
Facebook
Twitter
Google+
Tumblr Dev Log

**Remember that old game? MobyGames does.** Information, credits, reviews, screenshots and more covering 145 video game platforms from 1971 to date!

MobyGames™ Copyright © 1999-2014 Blue Flame Labs. All rights reserved. Terms of Use. Privacy Policy.

"You point, I punch."

Case 2:21-cv-03073-FLA-JC    Document 114    Filed 02/14/25    Page 21 of 219    Page ID #:2980





https://www.mobygames.com/game/browser/warzone-3-wwii-edition/screenshots/gameShotId,642646679/  Go

1 capture
15 Apr 2021

MAR **APR** MAY
◄ **15** ►
2020 **2021** 2022    About this capture

MobyGames

Search games, credits, companies...

Games    Forums    Updates ▾    Contribute ▾

Sign in    Register

**Notice:** A scammer is sending out emails on behalf of MobyGames. If you receive an email from mobycareers.32offer@gmail.com, please Report as Spam!



## WarZone 3: WWII Edition Screenshots (Browser)

Discuss    Review    + Want    + Have    Contribute

Main    Credits    Screenshots    Reviews    Cover Art    Promo Art    Releases    Trivia    Hints    Specs    Ad Blurb    Rating Systems    Buy/Trade

Screenshot **1** of 10



Title screen.

← Prev    back to gallery    Next →

Contributed by                    (8243) on Jan 04, 2014

**MobyGames**
Home
FAQ
Standards
API
Contact

**What's New**
New Games
Game Updates
New Reviews
New Companies
Changelog

**Stats**
Top Contributors
Most Wanted
Database Stats

**Community**
Forums
Discord
Twitter

MobyGames

The oldest, largest and most accurate video game database covering over 280 platforms from 1950 to date!

MobyGames™ Copyright © 1999-2021  Blue Flame Labs. All rights reserved.  Terms of Use.  Privacy Policy.

**20**

INTERNET ARCHIVE
WayBackMachine

1 capture
15 Apr 2021

MAR | APR | MAY
2020 | 15 2021 | 2022    About this capture

**21**



2/7/25, 3:25 AM                                    Modes - Gears of War 2 Wiki Guide - IGN

http://www.ign.com/wikis/gears-of-war-2/Modes    [Go]    AUG **DEC** JUN

6 captures    ◀ **02** ▶
15 Jun 2013 - 29 Oct 2020    **2013 2015 2018**    About this capture

Browse        Search        Shows   Trailers   Reviews   PS4   Xbox One   PC   Wii U   Movies   TV



Gears of War 2 (Limited Edition)  |  **Xbox 360**  |  Release Date: November 7, 2008

Game Highlights    **Wiki Guide**    Review    Videos    Images    Walkthroughs    Cheats    All Articles    Message Boards

# Modes

EDIT PAGE    **Last Edit:** 4 years 2 months ago

PRIME   PDF DOWNL
OF THIS WIKI GUIDE



SEARCH THIS WIKI

Expand Navigation

Gears of War 2 Wiki Guide

Cheats & Codes

FAQs & Walkthroughs

Basics

Walkthrough

Multiplayer

  Basic Combat

  Multiplayer Weapons

  Maps

  Modes

Secrets

Wiki Tools

## Warzone (a.k.a. "Team Deathmatch")



In Warzone your only goal is to eliminate the every member of the opposing team in a given time. You score one point for each win, until the pre-determined number of points is met. While all sorts of team strategies may be implemented to great effect in Warzone, it most often breaks down to a race to the most desirable weapons, thus, knowing your maps is an important part of getting good at Warzone.

You are immediately presented with a choice in Warzone: do you go for the goodies, or stake out the big weapon spots for a kill? Most likely, there are people doing both at the beginning of every match. It's just as effective to get comfortable with your starting weapons instead of going for the big guns, and some of the best players scoff at the mere idea of using anything other than the Gnasher (shotgun). Also, when you are playing with strangers, you don't want to be competing with your own teammates for the powerful weapons, as that just distracts you from the real task at hand: killin'.

Top Wiki Contributors

Honestgamer                                     Ed

IGN-Sparky

TravelingSound

See All Top Contributors »

Wiki Help

Need assistance with editing this wiki? Check out these resources:

• Beginner's Guide to Wikis
• Wiki Support Team

**22**

INTERNET ARCHIVE
WayBackMachine

6 captures
15 Jun 2013 - 29 Oct 2020

AUG DEC JUN
◀ 02 ▶
2013  2015  2018    About this capture

Modes - Gears of War 2 Wiki Guide - IGN

IGN.com:    Content Team    Standards & Practice
International:    IGN World Map    Africa    Asia Pa
France    Germany    Greece    Hungary    India
Portugal    Russia    Spain    Sweden    Turkey

Get the IGN Games Newsletter - Ov

For beginners, basic techniques like leaving Frag Grenades as booby traps in highly trafficked areas (like grenade spawn points) can land your team easy kills. Sometimes these matches end up with one member of one team running for his or her life until the clock winds down and it will take some coordination to end the round in a timely manner. If you are in the last man standing, and you don't feel comfortable directly confronting the other team, try to lead them into a booby trap and even the odds. If you die, you're out for good until the next round, so that's all the more reason to stick near your team for quick revivals.

## Submission (a.k.a. "Capture the Stranded")



Submission plays out a lot like Capture the Flag, but there's only one, neutral flag, and it can shoot you in the face. The "flag" is a Stranded dude named Franklin, recognizable by his scrappy appearance (in comparison to the hulking C.O.G. and Locust behemoths) and is indeed armed with a Gnasher. A point is scored by dragging him to a ring of light that appears at a weapon spawn location somewhere in the level after he's captured. Luckily, there's no way to kill Franklin, so you don't have to be delicate. After a bit of damage he'll fall to his knees and you can press A, when prompted, to grab him. A picture of the Franklin's face and a compass showing his direction will appear on you HUD in Submission.



There will most likely be a battle surrounding Franklin, not to mention the fact that he'll be fighting for his life - he won't hesitate to deal out executions either. As soon as Franklin is captured, he conveniently becomes a Meat Shield. When you have Franklin in tow, use him! That usually means walking backwards, and getting your team to cover you at all costs. If your teammate has nabbed the Stranded, don't get distracted, just cover his exposed butt. If the opposing team gets him, try to shoot around the Meat Shield and down the enemy.



**23**

2/7/25, 3:25 AM
INTERNET ARCHIVE
WayBackMachine
6 captures
15 Jun 2013 - 29 Oct 2020
Modes - Gears of War 2 Wiki Guide - IGN
AUG  DEC  JUN
◀  02  ▶
2013  2015  2018
About this capture

threats.



It's not a bad idea to grab a Gorgon Pistol or Boltok Pistol before going for Franklin, as you'll be able to pull your own weight (and his) better with a good, one-handed gun. If Franklin is dropped, he will recover and start shooting right away, so watch out! Once a team drags him all the way back to the highlighted ring, a point is won. The match ends after the pre-determined number of points is reached by one team.

## Wingman (a.k.a. "2 on 2 on 2 on 2 on 2")



In Wingman, forget about color, race or teamwork; the only person on your side is your Wingman. He or she is the only person that can revive you too, and once your down you won't be respawning until the match is over. Here, unlike in Warzone, kills count. You have a time limit too, so get killin'! You can only die via an Execution: Chainsaw melees, Execution moves (curb stomps, etc.), headshots from the Longshot and Boltok Pistol, and detonation (Frags, Torque Bow, Mortar etc.). Otherwise, you can be revived by your Wingman indefinitely.



Camping is always a good strategy on Wingman, and if you can find a spot with a good weapon (Mortar, Frag Grenades, Torque Bow etc.) out of the way from the fray then you can pick other teams off one at a time. Booby trap some entrances with grenades and cover your Wingman, reviving each other when in trouble, and with any luck you'll come out ahead.



## Execution (a.k.a. "Team Deathmatch with Executions")

INTERNET ARCHIVE
WayBackMachine

6 captures
15 Jun 2013 - 29 Oct 2020

Modes - Gears of War 2 Wiki Guide - IGN

AUG DEC JUN
◀ 02 ▶
2013 2015 2018    About this capture

In Execution more than any other mode you should stay near you team
since they can revive you if you fall. Otherwise, this play out like Warzone
but with an emphasis on melee combat and powerful weapons.



Here is a list of ways to Execute your unfortunate opponent: Direct
Boomshot fire; Stuck Torque Bow shot; Frag Grenade tag, booby trap and
throw; Hammer of Dawn fire; Mortar fire; Executions (curb stomp, beating
and various weapon animations); Meat Shield grab; Chainsaw melee; Point
blank Gnasher (shotgun) shot; Longshot headshot; Boltok Pistol headshot.
In short, anything that splats or decaps will do!

### Guardian (a.k.a. "Protect the Leader")



In Guardian mode each team has a "Leader" who is the magical source of
infinite respawning for your team. If you are the Leader, the game will say
so and you'll have a star next to your ammo meter. You also have a
directional compass pointing to where the opposite team's leader is, and
you can always check where your leader is with the Left Bumper. In order
to win a match you'll have to take down the other team's leader in order to
get them to stop all that pesky respawning. After that, you'll still need to
clear the rest of the team out.



A lot of responsibility, then, falls on the Leader, whose priority should be
survival – and they most likely can't accomplish this on their own. So
Leaders: don't go running for the Boomshot. Holing up with some grenade
boobytraps is not a bad idea if your team isn't in to defending you. This
mode can take coordination to keep the leader protected in addition to
hunting down the other team, and you may have to delegate duties.

### Annex (a.k.a. "King of the Hills")

**25**

2/7/25, 3:25 AM                                       Modes | Gears of War 2 Wiki Guide | IGN

6 captures
15 Jun 2013 - 29 Oct 2020

AUG **DEC** JUN
◀ **02** ▶
2013 **2015** 2018

In Annex, rings of gray appear in the level that can be capture by either team. While a ring is captured, it gives a point per second to the team that captured it. You don't need to stay in the rings after you capture them, but you do need to stay in them long enough to capture them. The more people in the ring, the faster it will be captured. A symbol of your team (C.O.G. or Horde) will appear in the gray circle on your HUD and it will fill with your team's color when it's being captured. If you step into a ring that's been captured by the opposing team, they'll have to be out of its boundaries before you start "draining" their color, and replacing it with yours. Once the 60 points are drained from a ring, it will disappear and reappear, unclaimed, at another location. The round ends when the pre-determined number of points is attained by one team.



These rings always appear on spawn locations of weapons, and the HUD display will reflect which weapon spot the ring is at (the weapon image in the circle on your HUD). This little circle on the HUD actually gives you a lot more information than that: the direction the Annex ring is from your location (the arrow); who is currently winning points (the color); and how many points are left to win (the number). Know a given map's weapon locations (see our Maps section) and you'll be able to quickly move to the new spot when it appears.



Once you capture a ring you can leave and take up a good position to defend it - it's a good idea to leave a grenade behind as a booby trap, just in case. Also, it's a good idea to mine known ring spots (weapon spawn locations) if you have a spare Frag Grenade, since the location will likely switch to that spot and you may as well get the jump on the opposing team. You can capture rings when you are bleeding out, so some quick crawling can make all the difference!



Once your team captures a ring, you can take up a snipe point while your points accrue, or hide on a corner with a shotgun -- anything to keep the enemy at bay. The ring can go back and forth several times until its points

**26**

INTERNET ARCHIVE
WayBackMachine
6 captures
15 Jun 2013 - 29 Oct 2020

AUG  DEC  JUN
◀ 02 ▶
2013  2015  2018
About this capture

chime starts, that means the last several points are being accrued before a
victory. Everyone will respawn indefinitely in this mode.

## King of the Hill



Classic King of the Hill rules apply here: there's a ring that's the "hill" in one
place - a weapon location as indicated by the compass on your HUD. You'd
do well to learn these locations for maps so you can get to them as fast as
possible. At least one member of your team must remain in the Hill once it's
captured or you lose it. While in possession of the hill, your team will win a
point per second.



The person in the hill can be bleeding out - it doesn't matter. You can even
capture a hill whilst bleeding out. You may want to leave the hill to take a
defensive point, but you should coordinate that with your team. If you all
step out you'll have to recapture the hill - or some OTHER team might...



If you down enemies near your hill, consider not killing them unless they
will be revived or enter your ring. This is because they will just respawn and
come anew, so you might as well rack up some points in peace while they
bleed out. Conversely, if you are bleeding out near a ring, head for it, you
never know what may happen - you could be the one to retake the ring.
Basic strategy applies to defending the ring, remain in cover, conserve
ammo, and stick close to your team so they can revive you. The first team
to the set number of points wins -- a chime will sound for the last few
points. Also, the more people in a ring, the faster it will be drained of enemy
color/filled by yours. So don't go it alone.

## Horde



27

INTERNET ARCHIVE
WayBackMachine
6 captures
15 Jun 2013 - 29 Oct 2020

AUG DEC JUN
◀ 02 ▶
2013 2015 2018
About this capture

10 waves of enemies that repeat 5 times. Each set of 10 waves progressively heaps bonuses on the enemies though, improving their Accuracy, Health and Damage, and making them that much more formidable. The first few levels will feature Wretches, Drones and Grenadiers, in addition to various Boomers, like Butchers (which melee attack). Added in for the mid-levels are Flame Grenadiers, classic Boomers, Kantus (with Ink grenades and explosive Tickers that count as kills), Sires (the difficult to kill zombies) and Theron Guards (with Torque Bows). The final wave adds in Bloodmounts (the Grenadiers riding monsters).



The best strategy for Horde is to get as many people together as possible to fight - going it alone just isn't a viable option. Take advantage of this unique co-op mode by taking on the horde with a group of people and you'll find it more satisfying - and less brutally difficult. Horde is all about letting the enemies come to you. That doesn't mean you shouldn't have a sniper. Luckily, wherever you hole up, ammo for the Longshot and Torque Bow will have a tendency of finding its way to you, due to the bum rushing Locust. But items like Frag Grenades, the Hammer of Dawn or the Mortar that can really help take down the swarm are harder to come by.



Thus, holing up near a heavy weapons spawn point is a great idea. If one person stays on the Mortar, one snipes with a Longshot or Boltok, and the others defend the immediate environs with Gnasher or Lancers, you have a pretty good chance of survival. And sticking together makes revivals easier - once you're down you'll have to wait until the round's over to rejoin the fight. Of course, with the hectic nature of Horde, any strategy can devolve quickly. You'll want to keep an eye on the bar at the top left, which tracks your remaining kills. When you have less than 5 left, it will be revealed in numerals. The largest horde has about 25 enemies, while the smallest has about 10. Good luck!

| **Previous** | **Next** |
|---|---|
| Gold Rush | Secrets |

Case 2:21-cv-03073-FLA-JC     Document 114     Filed 02/14/25     Page 30 of 219    Page ID #:2989

INTERNET ARCHIVE
WayBackMachine

6 captures
15 Jun 2013 - 29 Oct 2020

AUG   DEC   JUN
◀   **02**   ▶
2013   2015   2018    About this capture

IGN    AskMen    PCMag    Techbargains    ExtremeTech    Geek    Toolbox

Copyright 1996-2015 Ziff Davis, LLC    An IGN Entertainment Games site

About Us    Advertise    Contact Us    Press    Careers    RSS Feeds

Support    Privacy Policy    User Agreement   ▷ AdChoices

**29**

The Wayback Machine - https://web.archive.org/web/20160314080424/http://playkot.com/en/games/

 

Games    Careers    Company       RU EN

## Titans

Assemble a squadron of elite battle mechs to liberate the last inhabitable areas of a post-apocalyptic world. Construct your base, arm it to the teeth and create a devastating mech squadron in the most visually stunning MMORTS on Facebook!

🍀 250 000 players monthly
🍀 Available on Facebook and major Russian networks

Play online:

     

Facebook    ВКонтакте    Одноклассники    Мой мир

## Knights: Clash of Heroes

Knights: Clash of Heroes features a fantasy world overflowing with hazardous adventures, deadly battles and the foul plots of the Dark Horde. Join the Army of Light and lead brave knights to the long-awaited victory!

🍀 1 500 000 users
🍀 150 000 players per day
🍀 5 major social networks in Russia and the world

Play online:

    

Facebook    VK    Odnoklassniki    Moj Mir    Fotostrana

## Warzone

Take command of determined Federation forces and employ superior strategy and tactics to drive back a treacherous and deadly enemy! Establish a base, complete missions, form alliances with friends or turn against them and capture their territories. Trade resources, upgrade your troops and stride victorious from every battle until peace is restored to our war-torn land. The fate of the Federation is in your hands, Commander. Awaiting your orders...

🍀 5 000 000 users
🍀 300 000 players per day
🍀 6 major social networks in Russia, Japan and the world

Play online and download for mobile devices:




**30**

     

Facebook      VK      Odnoklassniki      Moj Mir      Fotostrana      Yahoo! Mobage

## SuperCity

**Winner of Facebook's [Best New Game 2014](#) Award!**

Build a shining city of soaring skyscrapers, happy homes and cosy
coffee shops! As Mayor you can nurture your tiny town into a
bustling metropolis, with pretty architecture and a world-class
standard of living for your happy citizens. Meet and make friends
with Godzilla, the (not so) Abominable Snowman, forest spirits and
many others! Explore the nearby land and push those city limits!
You'll find a fishing village in need of your Mayorly touch, an
ancient tomb ready for excavation and a mountainside just begging
for a ski slope! Best of all you can play SuperCity with your friends!



- 🍀 20 000 000 users
- 🍀 400 000 players per day
- 🍀 4 major social networks in Russia and Facebook

Play online:

    

Facebook      VK      Odnoklassniki      Moj Mir      Fotostrana

## Farkle Live

Farkle Live is the most popular dice game made for iPhone, iPad
and Android, bringing a brand new look to the classic Farkle game!
Join the best iPhone and Android Farkle game around and play
ONLINE against thousands of users!

- 🍀 Play ONLINE against real opponents
- 🍀 Play for fun and win chips
- 🍀 Get progressive bonuses every day
- 🍀 Login with your Facebook account and challenge friends
- 🍀 Enjoy quality iPhone RETINA and iPad HD graphics

Download for mobile devices:

  

## Pioneers

*(shared development with **What Games**)*

Help brave pioneers explore and cultivate the unknown lands and
build the best settlement in the world!

- 🍀 4 400 000 users
- 🍀 350 000 players per day
- 🍀 3 major social networks in Russia

Play online and download for mobile devices:

**31**

   

VK    Odnoklassniki    Moj Mir

## Club Life

You have a dream of your own night club? Here it is!! Decorate it as you wish, create amazing atmosphere and mix music at DJ's desk. Do not forget to invite your friends and sexy GO-GO girls. It's your night!



- 🍀 7 200 000 users
- 🍀 60 000 players per day
- 🍀 3 major social networks in Russia

The project is currently closed.

## Coffeemania

You have a chance to be a developer and designer of your own coffee house! Serve delicious meal and entertain your friends. Be the best coffee house owner in the world!



- 🍀 3 000 000 users
- 🍀 50 000 players per day
- 🍀 3 major social networks in Russia

The project is currently closed.

© 2013 Playkot    All rights reserved.    Privacy Policy    Terms Of Use

**32**



Google play

Search

Sign in

Apps

Categories

Home

Top Charts

New Releases

My apps

Shop

Games

Editors' Choice

# Anomaly Warzone Earth HD

**11 bit studios** - 8 August 2013

**Strategy**

$3.99 Buy

Add to wishlist

(3,107)

Top Developer

## Description

PocketGamer: "'If you're a strategy fan, you need this game'" PLATINUM AWARD!
TouchGen: "'So engaging it's almost impossible to put down'" EDITOR'S CHOICE!
TouchArcade: "'It nails!'" 5/5 STARS! GAME OF THE YEAR RUNNER-UP AWARD!
AppSpy: "'Fantastically intriguing take on reversing the roles in a Tower Defense game'" VERDICT: GREAT!
IGN: "'A perfect challenge for any strategist'" NOMINEE FOR BEST MOBILE STRATEGY AWARD!
Award winning game Anomaly Warzone Earth HD turns tower defense on its head. This time you take control of the attacking force, pitting your heavily armored squad against the destructive towers of an alien horde. Carefully lead your squad through the invaders' defenses, shattering their towers and turrets with special weapons and power-ups in this groundbreaking new experience in tower offense.

- Experience a new type of tower defense game where you're the attacking side
- Think tactically and choose the right squad, route, special weapons, and plan to guarantee success in Tower Offense strategy
- Gather resources strategically to buy and upgrade new and more powerful units
- Play for hours on end in engaging modes of play: Story Campaign and Squad Assault modes
- Immerse yourself in the cutting-edge graphics and atmospheric soundtrack

Our Youtube channel - http://www.youtube.com/user/11bitstudios
Please join us at Facebook - https://www.facebook.com/11bitstudios

Keywords: tower defense, tower offense, award winning game, strategy game, action game, innovative, mobile strategy, tactical game, reverse tower defense"

## Please check the unsupported devices list before purchasing ##

## Reviews



4.5
★★★★½
👤 3,107 total

| ★ 5 | 2,200 |
| ★ 4 | 515 |
| ★ 3 | 169 |
| ★ 2 | 60 |
| ★ 1 | 163 |

✏ Write a review


**Chuck Bridgen** ★☆☆☆☆
*Not good on the Nexus 7. It's NOT HD and the walker's legs don't move on the Nexus 7. 9-13-14 graphics still*


**niklas rhöse** ★★★★★
*Great Well-made, good looking and balanced. And above all no annoying in app store, just buy the game and*

❯

## What's New

1.15 and 1.17- Fixed some incompatibility issues that occured after the last update

----------

# KNOWN ISSUES:

a) "Half-screen" - usually you just need to restart your phone and/or reinstall the game

b) 2nd downloader - try another time or apply for a refund

----------

# SUPPORT

If you have any other problems please describe it in detail to our support team.

## Additional information

| | | | |
|---|---|---|---|
| **Updated** | **Size** | **Installs** | **Current Version** |
| 8 August 2013 | 154M | 50,000 - 100,000 | 1.18 |
| **Requires Android** | **Content Rating** | **Permissions** | **Report** |
| 2.2 and up | Low Maturity | View details | Flag as inappropriate |

**34**

Anomaly Warzone Earth HD - Android Apps on Google Play

| Offered By | Developer |
|---|---|
| 11 bit studios | Visit website |
| | Email |
| | support@11bitstudios.com |
| | ul. Modlinska 6 |
| | 03-216 Warsaw |
| | Poland |

## Similar

    

| Anomaly 2 | Anomaly Korea | Anomaly Defenders | Defense zone 2 HD | Kingdom Ru... |
|---|---|---|---|---|
| 11 bit studios | 11 bit studios | 11 bit studios | ARTEM KOTOV | Ironhide Game... |
| $4.99 | $3.99 | $3.99 | $3.87 | |

## More from developer

    

| Anomaly Defenders | Anomaly 2 | Anomaly Korea | Sleepwalker's Journ... | Anomaly 2 B... |
|---|---|---|---|---|
| 11 bit studios | 11 bit studios | 11 bit studios | 11 bit studios | 11 bit studios |
| $3.99 | $4.99 | $3.99 | $0.99 | |

©2015 Google     Site Terms of Service     Devices Terms of Sale     Privacy Policy     Developers     Artists     About Google     All prices include GST.

**35**

The Wayback Machine - https://web.archive.org/web/20170517203525/http://store.steampowered.com/app/91200/Anomaly_Warzone_Earth

# STEAM®

STORE    COMMUNITY    ABOUT    SUPPORT

Install Steam    login    language ▾

Your Store ▾   Games ▾   Software ▾   Hardware ▾   Videos ▾   News    search the store 🔍

All Games › Indie Games › Anomaly: Warzone Earth

## Anomaly: Warzone Earth

Community Hub

0:18 / 1:40    ☒ Autoplay videos

### ANOMALY WARZONE EARTH

DESTRUCTOID **9**/10    **8.5**/10    IGN **8**/10

Lead an armored squad through the perils of this reversed tower defense action-strategy game!

User reviews:
OVERALL: **Very Positive** (565 reviews)

Release Date: Apr 8, 2011

Popular user-defined tags for this product:
Strategy   Indie   Tower Defense   Action   Sci-fi   +

Sign in to add this item to your wishlist, follow it, or mark it as not interested

### Buy Anomaly: Warzone Earth

$9.99    Add to Cart

**Packages that include this game**

### Buy Anomaly Über Bundle

**Includes 6 items:** Anomaly: Warzone Earth, Anomaly 2, Anomaly 2 Soundtrack, Anomaly Korea, Anomaly Warzone Earth Mobile Campaign, Anomaly Defenders

Package info    $29.99    Add to Cart

## REVIEWS

**11 bit Studios has created one of the most enjoyable strategy games in recent history.**

Destructoid

**Tower Offense Delivers Unusual Thrills. Well worth its $10 price tag.**

Game Informer

**You always want to see what happens next.**

IGN

## ABOUT THIS GAME

Anomaly: Warzone Earth is an extraordinary mixture of action and strategy in a reversed tower defense formula. The game tasks you with saving a near-future Earth from an alien

### Is this game relevant to you?

Sign in to see reasons why you may or may not like this game based on your games, friends, and curators you follow.

Sign in   or   Open in Steam

👤 Single-player
🎮 Steam Achievements
🎮 Full controller support
🃏 Steam Trading Cards
☁ Steam Cloud
☰ Steam Leaderboards

| Languages: | Interface | Full Audio | Subtitles |
|---|---|---|---|
| English | | ✔ | |
| French | | ✔ | |
| German | | ✔ | |
| Polish | | ✔ | |
| Russian | | ✔ | |

See all 7 supported languages

Includes 42 Steam Achievements

**36**



onslaught. The invaders have captured world's major cities, building huge turrets that destroy everything in their path. It's up to you to lead an armor squad through the streets of cities like Baghdad and Tokyo, planning the route and strategically choosing which units to deploy in order to crush the opposition. Take control of the Commander, whose special abilities and quick thinking will be vital in supporting the squad in its mission, as you engage in fast-paced, tactical battle across story campaign and two heart-pounding Squad Assault Modes.

Key features:

- Enjoy innovative game play – mixing action and strategy in a reversed tower defense formula – you're the attacking side!
- Play the commander whose special abilities and quick thinking are crucial to support the squad in its quest for victory.
- Think tactically and strategically, choosing the right squad and the best route for the mission.
- Extend tactical possibilities by gathering resources to buy new units and upgrade your squad during a battle.
- Play for hours on end in the engaging story campaign, as well as the two exciting Squad Assault Modes.
- Immerse yourself in the game with great visuals and atmospheric audio.
- Supports PC touch screens compatible with Windows 7! Tap the screen and enjoy full tactical experience.

SYSTEM REQUIREMENTS

| Windows | Mac OS X | SteamOS + Linux |

OS:  Microsoft Windows XP SP2/Microsoft Windows Vista/Microsoft Windows 7
Processor:  Intel Pentium 4 2.4GHz or AMD Athlon 64 +2800
Memory:  1 GB RAM
Graphics:  NVIDIA GeForce 7600 / ATI Radeon X1800 or equivalent
DirectX®:  9.0c
Hard Drive:  1 GB
Sound:  DirectX 9.0c compliant soundcard

© 2011 11 bit studios S.A. Anomaly Warzone Earth™, 11 bit studios™ and respective logos are trademarks of 11 bit studios S.A. All rights reserved.

WHAT CURATORS SAY                                          View all

48 Curators have reviewed this product. Click here to see them.

CUSTOMER REVIEWS                                          LEARN MORE

OVERALL:
**Very Positive** (565 reviews) ⑦

| REVIEW TYPE | PURCHASE TYPE | LANGUAGE | DISPLAY AS: |
|---|---|---|---|
| ● All (3,590) | ● All (3,590) | ● All Languages (3,590) | Summary ▾ |
| ○ Positive (3,172) | ○ Steam Purchasers (565) ⑦ | ● Your Languages (1,335) ⑦ | |
| ○ Negative (418) | ○ Other (3,025) ⑦ | CUSTOMIZE | |



Loading reviews...

**37**

SHOP BY GENRE    ABOUT STEAM    ABOUT VALVE    HELP    NEWS FEEDS

**VALVE**    © 2017 Valve Corporation. All rights reserved. All trademarks are property of their respective owners in the US and other countries.
VAT included in all prices where applicable.    Privacy Policy    |    Legal    |    Steam Subscriber Agreement    |    Refunds

About Valve    |    Steamworks    |    Jobs    |    Steam Distribution    |    Gift Cards    |    Steam    |    @steam_games

38

2/2/25, 9:06 PM    Anomaly Warzone Earth Mobile Campaign on Steam

http://store.steampowered.com/app/252170    Go

175 captures
9 Nov 2013 - 20 Jan 2025

SEP  OCT  NOV
◀  06  ▶
2016  2017  2018    About this capture



**STEAM**    STORE  COMMUNITY  ABOUT  SUPPORT

Install Steam | login | language ▾

Your Store ▾    Games ▾    Software ▾    Hardware ▾    Videos ▾    News    | search the store

All Games ▸ Strategy Games ▸ Anomaly Warzone Earth Mobile Campaign

# Anomaly Warzone Earth Mobile Campaign                    Community Hub

Anomaly Warzone Earth Mobile Campaign continues Steam's Anomaly Warzone Earth in extra 15-level campaign. Originally released on mobile devices, the campaign is brought to Steam for PC, Mac and Linux exclusively in Anomaly Bundle. AWE Mobile Campaign turns tower defense on its head.

ALL REVIEWS:    Very Positive (71)
RELEASE DATE:   Nov 6, 2013
DEVELOPER:      11 bit studios
PUBLISHER:      11 bit studios

Popular user-defined tags for this product:
Strategy  Action  Sci-fi  Tower Defense  Indie  +

Sign in



Buy Anomaly Warzone Earth Mobile Campaign

$4.99    Add to Cart

Packages that include this game

Buy Anomaly Über Bundle
Includes 6 items: Anomaly: Warzone Earth, Anomaly 2, Anomaly 2 Soundtrack, Anomaly Korea, Anomaly Warzone Earth Mobile Campaign, Anomaly Defenders

Package info    $29.99    Add to Cart



Is this game relevant to you?

Sign in to see reasons why you may or may not like this based on your games, friends, and curators you follow.

Sign in   or   Open in Steam

👤 Single-player
🎮 Steam Trading Cards

Languages:
                Interface  Full Audio  Subtitles
English            ✓          ✓           ✓

Anomaly Warzone Earth Mobile Campaign continues Steam's Anomaly Warzone Earth in extra 15-level campaign. Originally released on mobile devices, the campaign is brought to Steam for PC, Mac and Linux exclusively in Anomaly Bundle.

AWE Mobile Campaign turns tower defense on its head. This time you take control of the attacking force, pitting your heavily armored squad against the destructive towers of an alien horde. Carefully

**39**

2/2/25, 9:06 PM                                                      Anomaly Warzone Earth Mobile Campaign on Steam



175 captures
9 Nov 2013 - 20 Jan 2025

lead your squad through the invaders' defenses, shattering their towers through special
weapons and power-ups in this experience of tower offense.

Anomaly Warzone Earth Mobile Campaign Features

• Ultimately twist tower defense formula - it's tower offense! You're the attacking side.
• Deploy special weapons to break through alien defenses or use stealth to slip through unscathed.
• Think tactically and choose the right squad and route to guarantee success.
• Strategically gather resources to buy and upgrade new and more powerful units.
• Play for hours on end in three unique and engaging Squad Assault modes

| Windows | Mac OS X | SteamOS + Linux |

MINIMUM:

OS:  Windows XP SP3 (32 bit) / Vista

Processor:  Intel(R) Core(TM)2 Duo 2.1 Ghz or equivalent

Memory:  1024 MB RAM

Graphics:  GeForce 8800 or equivalent

DirectX:  Version 9.0c

Storage:  400 MB available space

Sound Card:  Integrated

11 bit studios S.A. 2013 - All rights reserved

Includes 39 Steam Achievements



Title: Anomaly Warzone Earth Mobile Campaign
Genre: Action, Strategy
Developer: 11 bit studios
Publisher: 11 bit studios
Release Date: Nov 6, 2013

Visit the website ↗
View update history
Read related news
View discussions
Find Community Groups

Share    Embed    📷

See all



Immortal Defense
-70%  $9.99  $2.99

Sanctum 2
$14.99

Revenge of the Titans
$9.99

---

Overall Reviews:
**Very Positive** (71 reviews) ⓘ

Recent Reviews:

| REVIEW TYPE ▾ | PURCHASE TYPE ▾ | LANGUAGE ▾ | DATE RANGE ▾ | DISPLAY AS: | Summary ▾ | Show graph ⌄ |

Filters    Your Languages ✕

Showing 188 reviews that match the filters above ( **Mostly Positive** )

MOST HELPFUL REVIEWS  IN THE PAST 30 DAYS

RECENTLY POSTED



👍 Recommended
0.7 hrs on record

POSTED: JANUARY 23
DIRECT FROM STEAM

Anomaly Warzone Earth Mobile Campaign

Has a total of 5 trading cards.



Valadorn
10.0 hrs

POSTED: JANUARY 23
DIRECT FROM STEAM

Anomaly Warzone Earth Mobile Campaign offers a
refreshing twist on the traditional tower defense
genre by putting players in control of the attackers.
The game's innovative "tower offense" mechanics
require strategic planning and quick thinking as
you navigate your convoy through alien-infested
territories. The concept of controlling the attacking
force in a tower defense game, with original and

**40**

2/2/25, 9:06 PM    Anomaly Warzone Earth Mobile Campaign on Steam

175 captures    Funny    Award
9 Nov 2013 - 20 Jan 2025

SEP **OCT** NOV
◄ **06** ►
2016 **2017** 2018    About this capture

READ MORE

Not Recommended
3.6 hrs on record

POSTED: JANUARY 19
STEAM KEY

Not Recommended

Was this review helpful?
👍 Yes    👎 No    😄 Funny    🏅 Award

Argon    0.3 hrs
POSTED: MARCH 28,
DIRECT FROM STEAM

Why does this product exist? It's a port from mobile to PC of a game that already exists on PC. Just in case you want to play a simplified version with worse graphics and awkward controls.

The original game was fun but this is absurd.

Helpful?
👍 Yes    👎 No    😄 Funny    🏅 Award

1 person found this review helpful

MOST HELPFUL REVIEWS   IN THE PAST 90 DAYS

Not Recommended
4.1 hrs on record

POSTED: NOVEMBER 17, 2024
STEAM KEY

I like the other Anomaly games, but skip this one. It's not possible for me to even complete the campaign because on my 4K monitor, the on-screen buttons do not work reliably.

Since this is a port from the portable tablet game, there's at least one mission where you have to tap spots on the screen in a certain order. Since there's no resolution options, I can't configure the screen scaling for the game, at least within the game. When those buttons pop up, you can only click on them if you click in the very center, and then sometimes it still doesn't register, so I am unable to progress past this mission. The interface is just generally designed for touch screens, and doesn't work well on pc.

Was this review helpful?
👍 Yes    👎 No    😄 Funny    🏅 Award

MuscleMan    2.0 hrs
POSTED: AUGUST 1, 20
STEAM KEY

Anomaly Warzone Earth Mobile campaign is the original mobile version of the game. Key difference from the pc version is you are not controlling a commander, instead just deploying gadgets and units.
Although the missions and story is mostly the same, the gameplay is different enough to justify a separate game. It is much more engaging and easy compared to the pc version but still fun and engaging.
The only issue i had was a terrible bug that made it impossible to beat the game in the final chapter, the boss should have a phase

READ MORE

Helpful?
👍 Yes    👎 No    😄 Funny    🏅 Award

1 person found this review helpful

Not Recommended
0.1 hrs on record

POSTED: DECEMBER 28, 2024
STEAM KEY

The made Anomaly, then made a mobile version of that game, then ported the mobile version back to PC, because it had some extra levels. Very strange. Probably not worth your time if you've played the original.

Was this review helpful?
👍 Yes    👎 No    😄 Funny    🏅 Award

Fallenmars    6.5 hrs
POSTED: JUNE 10, 20
DIRECT FROM STEAM

awsome game for that price with discount =D

Helpful?
👍 Yes    👎 No    😄 Funny    🏅 Award

1 person found this review helpful

Recommended
6.4 hrs on record (7.4 hrs at review time)

POSTED: NOVEMBER 29, 2024
DIRECT FROM STEAM

A game that captivates from the first moment.

Was this review helpful?
👍 Yes    👎 No    😄 Funny    🏅 Award

Venirfo    5.4 hrs
POSTED: DECEMBER
STEAM KEY

As the title says, you get to play the mobile version of the campaign.

Simple, but fun tower-offense game.

Helpful?
👍 Yes    👎 No    😄 Funny    🏅 Award

2 people found this review helpful

MOST HELPFUL REVIEWS   IN THE PAST 180 DAYS

Not Recommended
24.4 hrs on record (2.5 hrs at review time)

POSTED: NOVEMBER 1, 2024
DIRECT FROM STEAM

**41**

2/2/25, 9:06 PM    Anomaly Warzone Earth Mobile Campaign on Steam



175 captures
9 Nov 2013 - 20 Jan 2025

SEP OCT NOV
◀ 06 ▶
2016 2017 2018
About this capture

abilities... there's not much tactics to begin with.

At least in this version you don't have to worry about your Commander dying...or ...use your commander as a bait...but some how.. having a commander to draw the fire are lil bit easier.

You don't really need to get this game...it's an okay game...
4/10

READ MORE

Was this review helpful?
👍 Yes    👎 No    😄 Funny    🏅 Award

---

👍 Recommended
4.9 hrs on record (1.0 hrs at review time)

POSTED: OCTOBER 9, 2024
STEAM KEY

Interesting - 666 Approved

Was this review helpful?
👍 Yes    👎 No    😄 Funny    🏅 Award

MOST HELPFUL REVIEWS   OVERALL

👍 Recommended
13.2 hrs on record

POSTED: JULY 11, 2015
STEAM KEY

My 5th review. Review. New maps, new challenges, towers and items the same, some of the 15 levels are short, some have little new things, but they are few. Its more like an Expansion of Game Nr. 1 and its good enough for 10 hours and the difficulty is still even on hardcore well balanced and not to hard. I give 8.0 Points for 10-13 hours of fun for strategy genre fans.

Was this review helpful?
👍 Yes    👎 No    😄 Funny    🏅 Award

---

👎 Not Recommended
5.1 hrs on record (3.6 hrs at review time)

POSTED: SEPTEMBER 12, 2015
STEAM KEY

First of all, I like Anomaly Series I have played and completed the 1st and 2nd series for the PC.
But for this I rather not recommend it. This is for the mobile devices not for the PC.
I think this should have been just stick in the mobile device platform, no need for 11 bit studios to bring this to PC.

There are many elements have been removed in this version.
ex: The cutscene, some voice, Cpt. Evans as player, no keyboard shortcut, etc.
The sound & image quality have been downgrade.

READ MORE

Was this review helpful?
👍 Yes    👎 No    😄 Funny    🏅 Award

---

This game series is one of my favorites I love them. But this game is really old. It is just phone version of real game so its bad quality and has much missing stuff on it. I'm not buy this alone but it came when I buy other games in series so that is why I tried. Its feels like demo for real game and maybe should only stay on phones.

Helpful?
👍 Yes    👎 No    😄 Funny    🏅 Award

3 people found this review helpful
1 person found this review funny

---

Rino_ВДВ - с неба    4.7 hrs
POSTED: AUGUST 25, 2020
STEAM KEY

This game changed my life!

Helpful?
👍 Yes    👎 No    😄 Funny    🏅 Award

1 person found this review helpful

---

Rushin    11.0 hrs
POSTED: APRIL 22, 2020
DIRECT FROM STEAM

You know what. This is legitimately a better game than the original. That's right. I said it.

While I fully understand that us PC Master Race people do not want those pesky mobile ports on our lord and savior Gaben's platform, the simple fact is that Earth Mobile Campaign features far better level design than the original PC game. With everything else being the same (story, units, towers, final boss etc), I honestly think it's worth sucking down the mobile-tailored UI in favor of far better gameplay experience over all.

READ MORE

Helpful?
👍 Yes    👎 No    😄 Funny    🏅 Award

3 people found this review helpful

**42**

175 captures
9 Nov 2013 - 20 Jan 2025





Recommended
13.6 hrs on record

POSTED: NOVEMBER 26, 2013
STEAM KEY

Initially designed for only mobiles, the game has now been
customized and released on PC. If you have already played the PC
version of this game, you may wonder what the developers wanted
to achieve by doing so, since the game adds nothing new to the
original concept or storyline. This game differs from its PC kin in
that, owing to a mobile keypad's limited control abilities, there is no
commander to guide its cavalry. Consequently, the way the Hacker
and the Energizer work is also slightly different.

Unless you want to be able to tell everyone that you've played this
game and know what it's like, don't spend your money on this. Buy
the PC version instead. It's much more interesting and offers longer

READ MORE

Was this review helpful?

👍 Yes    👎 No    😄 Funny    🏅 Award



ABOUT STEAM    ABOUT VALVE    HELP    NEWS FEEDS

VALVE    © 2017 Valve Corporation. All rights reserved. All trademarks are property of their respective owners in the US and other countries.
VAT included in all prices where applicable.    Privacy Policy  |  Legal  |  Steam Subscriber Agreement  |  Refunds

About Valve  |  Steamworks  |  Jobs  |  Steam Distribution  |  Gift Cards  |  🔵 Steam  |  🐦 @steam_games

**43**

2/5/25, 1:29 AM                              Additional Modern Warzone 2 Appstore for Android

The Wayback Machine - https://web.archive.org/web/20131015184658/http://www.amazon.com:80/Gigadev-Modern-Warzone/dp/B00DP4YWSO





Appstore for Android   Best Sellers   Deals   New Releases   Kindle Fire Apps   Kindle Fire Games   Games   Your Apps & Devices   Get Started   Help



See larger image and other views
See all product images
Share your own customer images

# Modern Warzone

by Gigadev

Platform: Android    Rated: Guidance Suggested
★★★★★ ☑ (1 customer review)

Price: **$0.00**
Sold by: Amazon Digital Services, Inc.
Available instantly for your Android device

By placing your order, you agree to our Terms of Use

Get this app
Please sign in before purchasing (Why?)

Sign in

How buying works
Redeem a gift card or promotion code
& view balance

## Customers Who Bought This Item Also Bought



iSniper 3D Arctic Warfare
Triniti Interactive Studi...
★★★★★ (4)
$0.99



Sniper Shooter by Fun
Games For Free
Fun Games For Free
★★★★★ (229)
$0.99



Blitz Brigade - Online FPS
fun!
Gameloft
★★★★☆ (352)
$0.00



FRONTLINE COMMANDO
Glu Mobile Inc.
★★★★☆ (7,641)
$0.00



Doodle Army
Appsomniacs LLC
★★★★☆ (144)
$0.99

## Product Details

- **ASIN:** B00DP4YWSO
- **Original Release Date:** July 3, 2013
- **Rated:** Guidance Suggested This app may include dynamic content. What's this?
- **Average Customer Review:** ★★★★★ ☑ (1 customer review)
- **Amazon Best Sellers Rank:** #2,304 Free in Appstore for Android (See Top 100 Free in Appstore for Android)

Would you like to **give feedback on images**?

## Product Features

- Real weapons
- Great graphics
- Infinite levels and fun
- Addictive gameplay

## Product Description

You're an ex-military who just stole the treasures of the reserves of the United States. Your goal is to escape from the largest and most powerful army in the world.
They won't stop until completely eliminate you. Prove your shooter skills and don't lose money wasting ammunitions.
Repair your car, buy grenades and oil to survive even longer and take care with civilian vehicles, you will lose money by destroying one of them.
This is not the Warzone Getaway, Counter Strike or Call of Duty … This is the Modern Warzone! and is the start of a new saga!

## Technical Details

- **Size:** 16.5MB

**44**

- **Version:** 1.0.1
- **Developed By:** Gigadev
- **Application Permissions:** (Help me understand what permissions mean)
  - com.android.launcher.permission.INSTALL_SHORTCUT
  - Get information about the currently or recently running tasks: a thumbnail representation of the tasks, what activities are running in it, etc
  - Write to external storage
  - Access information about Wi-Fi networks
  - Access coarse (e.g., Cell-ID, Wi-Fi) location
  - Access the list of accounts in the Accounts Service
  - com.android.launcher.permission.UNINSTALL_SHORTCUT
  - Read only access to phone state
  - Get notified that the operating system has finished booting
  - Open windows using the type TYPE_SYSTEM_ALERT, shown on top of all other applications
  - Open network sockets
  - com.android.browser.permission.WRITE_HISTORY_BOOKMARKS
  - Access extra location provider commands
  - Access fine (e.g., GPS) location
  - Access the vibration feature
  - com.android.launcher.permission.READ_SETTINGS
  - Access the flashlight
  - Access information about networks
  - PowerManager WakeLocks to keep processor from sleeping or screen from dimming
  - com.android.browser.permission.READ_HISTORY_BOOKMARKS
  - com.android.launcher.permission.WRITE_SETTINGS
- **Minimum Operating System:** Android 2.1
- **Approximate Download Time:** Less than 3 minutes

---



## Customer Reviews

⭐⭐⭐⭐⭐ (1)
5.0 out of 5 stars

| | |
|---|---|
| 5 star | 1 |
| 4 star | 0 |
| 3 star | 0 |
| 2 star | 0 |
| 1 star | 0 |

Share your thoughts with other customers

Write a customer review

**Search Customer Reviews**

[                    ]  Go

☑ Only search this product's reviews

See the customer review

### Most Helpful Customer Reviews

3 of 6 people found the following review helpful

⭐⭐⭐⭐⭐ **fun**   September 3, 2013

By best game ever

this app was preety fun i recommend u download this app :D this app iz so awsome blah blah blah

Comment  |  **Was this review helpful to you?**  Yes   No

› **See the customer review**

Write a customer review

---

## Forums

There are no discussions about this product yet.

**Be the first to discuss this product with the community.**

**Start a new discussion**

Topic: [                                        ]

First post:

[                                                        ]
[                                                        ]
[                                                        ]

☑ Receive e-mail when new posts are made

**45**

Guidelines

Post Discussion
Prompts for sign-in

## Look for Similar Items by Category

- Apps for Android > Games

Amazon Appstore Return Policy

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| Investor Relations | Become an Affiliate | Amazon.com Store Card | Shipping Rates & Policies |
| Press Releases | Advertise Your Products | Shop with Points | Amazon Prime |
| Amazon and Our Planet | Independently Publish with Us | Credit Card Marketplace | Returns Are Easy |
| Amazon in the Community | › See all | Amazon Currency Converter | Manage Your Kindle |
| | | | Help |

amazon.com

Brazil    Canada    China    France    Germany    India    Italy    Japan    Mexico    Spain    United Kingdom

| 6pm | AbeBooks | AfterSchool.com | AmazonFresh | Amazon Local | AmazonSupply | Amazon Web Services | Askville |
|---|---|---|---|---|---|---|---|
| Score deals on fashion brands | Rare Books & Textbooks | Kids' Sports, Outdoor & Dance Gear | Groceries & More Right To Your Door | Great Local Deals in Your City | Business, Industrial & Scientific Supplies | Scalable Cloud Computing Services | Community Answers |
| Audible | BeautyBar.com | Book Depository | Bookworm.com | Casa.com | CreateSpace | Diapers.com | DPReview |
| Download Audio Books | Prestige Beauty Delivered | Books With Free Delivery Worldwide | Books For Children Of All Ages | Kitchen, Storage & Everything Home | Indie Print Publishing Made Easy | Everything But The Baby | Digital Photography |
| East Dane | Fabric | IMDb | Junglee.com | Kindle Direct Publishing | Look.com | MYHABIT | Shopbop |
| Designer Men's Fashion | Sewing, Quilting & Knitting | Movies, TV & Celebrities | Shop Online in India | Indie Digital Publishing Made Easy | Kids' Clothing & Shoes | Private Fashion Designer Sales | Designer Fashion Brands |
| Soap.com | Vine.com | Wag.com | Warehouse Deals | Woot! | Yoyo.com | Zappos | |
| Health, Beauty & Home Essentials | Everything to Live Life Green | Everything For Your Pet | Open-Box Discounts | Discounts and Shenanigans | A Happy Place To Shop For Toys | Shoes & Clothing | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2013, Amazon.com, Inc. or its affiliates

**46**

The Wayback Machine - https://web.archive.org/web/20141023071311/http://www.amazon.com/Paintball-War-Zone-commando-tactical/dp/B00F16AY0O



Appstore for Android   Best Sellers   Deals   New Releases   Fire Tablet Apps   Fire TV Apps   Fire Phone Apps   Games   Amazon Coins   Your Apps & Devices



### Paintball War Zone : The commando tactical action game - Free Edition
by Martinternet Inc.
Platform: Android      Rated: Mature
★★☆☆☆ (16 customer reviews)

Price: **FREE**

Sold by: Amazon Digital Services, Inc.

Available **instantly**

Get this app
Please sign in before purchasing (Why?)

Sign in

How buying works
Redeem a gift card or promotion code & view balance





    

By placing your order, you agree to our Terms of Use

## Customers Who Bought This Item Also Bought
Page of  | Start over

**Super Battle Tactics**
DeNA Corp.
★★★½☆ 147
$0.00

**Call of MiniTM Infinity**
Triniti Interactive…
★★★★☆ 208
$0.00

**CONTRACT KILLER 2**
Glu Mobile Inc.
★★★★☆ 994
$0.00

**Gun Club 2**
The Binary Mill
★★★★☆ 384
$0.00

**Beat The Boss 3**
Game Hive Corp.
★★★★½ 1,648
$0.00

## Latest Updates
**What's new in version 1.1**
- Minor Bugs Fixed

## Product Details
**ASIN:** B00F16AY0O
**Release Date:** September 11, 2013
**Rated:** Mature This app may include dynamic content. What's this?
**Average Customer Review:** ★★☆☆☆ (16 customer reviews)
**Amazon Best Sellers Rank:** #3,154 Free in Appstore for Android (See Top 100 Free in Appstore for Android)

Would you like to **give feedback on images**?

## Product Features
- Attractive Characters
- Amazing Graphics
- Action Packed entertainment for all
- Great Soundtrack

## Product Description
TRY OUR PAINTBALL WAR ZONE : THE COMMANDO TACTICAL ACTION GAME

Have you heard about paintball war?

You love war but not to kill the people!Then this is the best game for you and your friends. It's like a war game except instead of killing people you shoot paint which is most funny feature ever. But there will be two teams with different players, once with blue band and all enemies will have red bands. But be careful with lots of obstacles such as tires, barrel and wood pallet.

This is the most addictive and fun game with team mates. You will enjoy this game for hour and hour.

**47**

What else friends?

-Best team to fight
-6 cool player to unlock
-More players to shoot
-Awesome war zone

Simply take your helmet and gun!get ready for war!

DOWNLOAD TODAY FOR FREE > > > PAINTBALL WAR ZONE : THE COMMANDO TACTICAL ACTION GAME

Suggestions are welcome! Please send them to us.
Join us at: support@martinternet.com

---

### Technical Details

**Size:** 15.5MB
**Version:** 1.1
**Developed By:** Martinternet Inc.
**Application Permissions:** (Help me understand what permissions mean)
- Read only access to device state
- Allows sending in-app billing requests and managing in-app billing transactions
- Open network sockets
- Write to external storage
- Access information about Wi-Fi networks
- Access coarse (e.g., Cell-ID, Wi-Fi) location
- Access information about networks

**Minimum Operating System:** Android 2.3.3
**Approximate Download Time:** Less than 2 minutes

---

### Customer Reviews


(16)
1.8 out of 5 stars

| | |
|---|---|
| 5 star | 1 |
| 4 star | 1 |
| 3 star | 2 |
| 2 star | 2 |
| 1 star | 10 |

See all 16 customer reviews

" I'm here to tell u that this game SUCKS!!!!!!!!! "
Leslie | 4 reviewers made a similar statement

" Could not upload and open up. "
EF27

" Don't waste your time downloading it. "
jharvey

---

#### Most Helpful Customer Reviews

13 of 14 people found the following review helpful
 **grandson liked**  December 26, 2013
By Nancy Jo Norris
Verified Purchase

My grandson seems to enjoy this not sure I could stand it very long very loud. And very violent. Was fun

Comment | Was this review helpful to you?  [ Yes ]  [ No ]

25 of 30 people found the following review helpful
 **paintball war zone**  September 29, 2013
By aaron
Verified Purchase

I like it becuse you shoot and jup and it is a paintball war and that is how I like it.

Comment | Was this review helpful to you?  [ Yes ]  [ No ]

19 of 25 people found the following review helpful
 **it was fun kinda**  October 23, 2013
By alicat
Verified Purchase

It was alright but it could use more so I guess If you want to download it maby you would like it but you should try it.

Comment | Was this review helpful to you?  [ Yes ]  [ No ]

9 of 11 people found the following review helpful
⭐ **Paintball war zone: The commando tactical action game free**  December 24, 2013
By diana clark
Verified Purchase

---

#### Most Recent Customer Reviews

⭐ **Terrible**
Don't waste time or any money. Could not upload and open up. Needs, who knows, because like I said, I could not get it to work.
Published 8 months ago by EF27

⭐ **my review**
wtf is this crap don't download a waste of time and fun
the gameplay is just dumb runing and jump taping the screen to shoot
Published 9 months ago by aj

⭐ **stupid game**
I'm here to tell u that this game SUCKS!!!!!!!!! oh and don't bother downloading it it will only disappoint u I hope everybody aggrieves RIGHT!!!!!!
Published 10 months ago by Leslie

⭐ **sucks paintballs**
this is a very lame P vs. CPU game. it could be improved in any way. waste of time to download and play. POW! right in the kisser -_-
Published 11 months ago by houndreya

**48**

I would like this game better if you could make the guy do what you want if to. He is kinda hard to move, but it could be me.

Comment | Was this review helpful to you?  [Yes]  [No]

---

2 of 2 people found the following review helpful

★☆☆☆☆  **terrible**  March 30, 2014
By Stephanie Wilson
Verified Purchase

I have never played a worse game. Get Fields of Battle. This game would get a 0 stars if you could do that. Fields of Battle is actually FUN!

Comment | Was this review helpful to you?  [Yes]  [No]

---

2 of 2 people found the following review helpful

★☆☆☆☆  **So boring**  April 23, 2014
By Rachel Hotchkin
Verified Purchase

It's almost just like Mario just with paint balls so don't bye this game it's a waist of time and storage space

Comment | Was this review helpful to you?  [Yes]  [No]

---

1 of 1 people found the following review helpful

★☆☆☆☆  **Only walking and shooting. Can't see from the person ...**  July 29, 2014
By Cheryle Schulze
Verified Purchase

Only walking and shooting. Can't see from the person who you control. Unable to view what is in front of you as you walk.

Comment | Was this review helpful to you?  [Yes]  [No]

---

14 of 23 people found the following review helpful

★★★★☆  **maybe**  November 11, 2013
By I hate it it sucks
Verified Purchase

I think you can get the game but there is a ad at the top that covers up my money . I have been trying to get it off but I wont

Comment | Was this review helpful to you?  [Yes]  [No]

> See all 16 customer reviews (newest first)

[ Write a customer review ]

---

★☆☆☆☆  **Crappy**
This game sucks!!! It's not worth the application space!!! Please read this!!! Don't get this app!!!!!!! Listen to me!!! Don't get this app!!!!!!
Published 12 months ago by abc

★☆☆☆☆  **sthe people that made this are @#$%&*()**
this app ducks I plash it and then it shut my kindle down I trod to play it again and it was toribal
Published 12 months ago by does not say craft zombieland wallpapers

**Search Customer Reviews**

[                    ]  [Go]
☑ Search these reviews only

---

## Forums

There are no discussions about this product yet.

Be the first to discuss this product with the community.

**Start a new discussion**

Topic: [                                        ]

First post:

[                                                 ]
[                                                 ]
[                                                 ]

☑ Receive e-mail when new posts are made

**49**

Post Discussion
Prompts for sign-in

Community Guidelines

**Look for Similar Items by Category**

Apps & Games > Games

Amazon Appstore Return Policy

**Get to Know Us**
Careers
Investor Relations
Press Releases
Amazon and Our Planet
Amazon in the Community
Fire TV – Amazon's Media Player

**Make Money with Us**
Sell on Amazon
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Independently Publish with Us
› See all

**Amazon Payment Products**
Amazon.com Rewards Visa Card
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Amazon Currency Converter

**Let Us Help You**
Your Account
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Help

amazon.com

Australia  Brazil  Canada  China  France  Germany  India  Italy  Japan  Mexico  Spain  United Kingdom

**6pm**
Score deals
on fashion brands

**AbeBooks**
Rare Books
& Textbooks

**ACX**
Audiobook Publishing
Made Easy

**AfterSchool.com**
Kids' Sports, Outdoor
& Dance Gear

**Alexa**
Actionable Analytics
for the Web

**AmazonFresh**
Groceries & More
Right To Your Door

**Amazon Local**
Great Local Deals
in Your City

**AmazonSupply**
Business, Industrial
& Scientific Supplies

**Amazon Web Services**
Scalable Cloud
Computing Services

**Audible**
Download
Audio Books

**BeautyBar.com**
Prestige Beauty
Delivered

**Book Depository**
Books With Free
Delivery Worldwide

**Bookworm.com**
Books For Children
Of All Ages

**Casa.com**
Kitchen, Storage
& Everything Home

**ComiXology**
Thousands of
Digital Comics

**CreateSpace**
Indie Print Publishing
Made Easy

**Diapers.com**
Everything
But The Baby

**DPReview**
Digital
Photography

**East Dane**
Designer Men's
Fashion

**Fabric**
Sewing, Quilting
& Knitting

**Goodreads**
Book reviews
& recommendations

**IMDb**
Movies, TV
& Celebrities

**Junglee.com**
Shop Online
in India

**Kindle Direct Publishing**
Indie Digital Publishing
Made Easy

**Look.com**
Kids' Clothing
& Shoes

**MYHABIT**
Private Fashion
Designer Sales

**Shopbop**
Designer
Fashion Brands

**Soap.com**
Health, Beauty &
Home Essentials

**TenMarks.com**
Math Activities
for Kids & Schools

**Vine.com**
Everything
to Live Life Green

**Wag.com**
Everything
For Your Pet

**Warehouse Deals**
Open-Box
Discounts

**Woot!**
Discounts and
Shenanigans

**Yoyo.com**
A Happy Place
To Shop For Toys

**Zappos**
Shoes &
Clothing

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2014, Amazon.com, Inc. or its affiliates

**50**

The Wayback Machine - https://web.archive.org/web/20150827184237/http://marketplace.xbox.com:80/en-US/Product/Assault-Ops-Warzone/66acd000-77fe-1...

 Microsoft



XBOX

# Assault Ops: Warzone

 ★★★★☆ 178
👍 Like 1

Report abuse



◀  Images (1 of 4)   ☰ Overview (2)   ▶

| Buy Game | $1.00 |
| Try Demo | FREE |

XBOX LIVE  All Downloads

SORT BY Release date

All Products
Game (1)
Game Demos (1)

1 - 2 of 2     30     ◀1▶

**Full Game - Assault Ops: Warzone**
★★★★☆ 178
RELEASE DATE: 1/4/2015
SIZE: 91.56 MB

$1.00
Download to Xbox 360 ➤

**Trial Game - Assault Ops: Warzone**
RELEASE DATE: 1/4/2015
SIZE: 91.56 MB

FREE
Download to Xbox 360 ➤


Get it here. Play it there.

Buy Xbox content on Xbox.com. Your Xbox 360 console will automatically download the content next time you turn it on and connect to Xbox Live.

Learn More

1 - 2 of 2     ◀1▶

Description | Share this


Support | Feedback | Xbox Wire | For Developers | Jobs | Photosensitive Seizure Warning     Like 23m
United States | Mobile version | Privacy Statement | Xbox.com Terms of Use | Code of Conduct | About Our Ads
Microsoft © 2015 Microsoft

51

The Wayback Machine - https://web.archive.org/web/20150823041658/http://www.trueachievements.com:80/n20563/halo-5-focuses-on-warzone.htm



GAMING ▾   COMMUNITY ▾   LOG IN ▾
NEWS   or REGISTER FREE

HOME ▸ NEWS ▸ HALO 5 FOCUSES ON WARZONE



## Halo 5 Focuses on Warzone

The best of Halo MP in one epic MP experience

Written by Michelle Balsan (Matrarch)  on 16 June 15 at 15:15

Share this story (2)   Email   Facebook   Twitter   Google   Reddit

During the Microsoft E3 briefing yesterday, we learned that **Halo 5: Guardians** will feature a new multiplayer mode dubbed "Warzone." Warzone allows for twenty-four players to engage in the fight against each other as well as various enemies that will populate the expansive maps used in the game type.

Today, Microsoft and 343 Industries has followed up with even more to look at with regards to Warzone, as we now have a fresh batch of screens and a Video Documentary about the latest addition to the franchise.

Halo 5 Warzone Screen 15

Halo 5 Warzone Screen 14

Halo 5 Warzone Screen 13

Halo 5 Warzone Screen 12



Halo 5 Warzone Screen 10

// REGISTER NOW FOR FREE

Sign up for free now to have your achievements and gaming statistics tracked.

Manage your Game Collection, measure your progress across entire game series, even set scoring and completion goals and we'll chart your attempts at reaching them!

We've also run over 400,000 gaming sessions to help our members unlock millions of achievements and make new friends.

And, we're mobile friendly.

Register now

The TrueAchievements Xbox One App is now available for free!

// SCREENSHOT VIEWER



**52**







 **Halo 5 Warzone Screen 7**

 **Halo 5 Warzone Screen 6**

 **Halo 5 Warzone Screen 5**



 **Halo 5 Warzone Screen 3**

 **Halo 5 Warzone Screen 2**

 **Halo 5 Warzone Screen 1**

// OTHER E3 NEWS                                    

 Pinball Arcade Reveals Red & Ted's Road
Show Table - *4 comments*

 Batman: Arkham Knight Insider Episode
Six - *7 comments*

 Black Ops III Cyber Core Tutorial and Co-
Op Action - *21 comments*

 Elite: Dangerous Announces Close Q'
Championships - *14 comments*

 Fans React to Halo 5: Guardians' Warzone
Game Mode - *42 comments*

 Evolve Prepares for Hunting Season Two -
*21 comments*

 Sword Coast Legends Live E3 Coverage - *2
comments*

 Guitar Hero Live Takes The Stage At E3 -
*12 comments*

 Dontnod Details Their Upcoming RPG
Vampyr - *19 comments*

 Battleborn E3 Community Q&A;
*4 comments*

 Mega Man Legacy Collection E3 Interview
- *25 comments*

 Assassin's Creed Syndicate Demo
Interview - *8 comments*

 Mirror's Edge Catalyst E3 Interview - *11
comments*

 King of Wushu New Screenshots
*2 comments*

 Metal Gear Solid V: The Phantom Pain E3
Gameplay - *9 comments*

All E3 2015 news...

// OTHER NEWS BY MICHELLE
BALSAN

 Halo 5 Takes Us to the Rig
*33 comments*

 More Crackdown 3 Details Emerge From
Gamescom - *15 comments*

 More Just Dance 2016 Tracks Revealed - *3
comments*

 Mega Man Legacy Collection Dated
*21 comments*

 TA Review: Q.U.B.E. Director's Cut
*3 comments*

All news by Michelle Balsan...

// TRUEACHIEVEMENTS TWITTER    

Tweets by @TrueAchievement

// SITE CALCULATION JOB STATUS

**53**

We are currently recalculating the
TrueAchievements statistics.

The current status is:
**Updating Gamers pt 2**



**// FOLLOW US ON...**





*Halo: 5 Guardians* will be released October 27th, 2015.

Related items: Halo 5: Guardians
Related story: Halo 5 Campaign and Warzone Details

**// XBOX ONE**    **// UPCOMING RELEASE**    **// VIDEO**    **// SCREENSHOTS**

| AUTHOR | MESSAGE |
|---|---|
| **Eurydace**<br>157,680<br><br>Last post: Today at 03:14 | Posted on 16 June 15 at 15:48<br><br>This is a great idea. Prometheans better be much better to fight against or the mode won't be any fun. They're awful in Halo 4. |
| **TheIrishBeast**<br>501,004<br><br>Last post: 15 Aug at 17:12 | Posted on 16 June 15 at 15:52<br><br>It looks like this will have micro-transactions for card packs etc type things. Looks like Titanfalls Burn Card system from the unveiled contents of the Legendary edition.<br><br>I suppose they need to make some money if all map packs are gonna be free. |
| **Spilner**<br>401,789<br><br>Last post: Yesterday at 23:51 | Posted on 16 June 15 at 16:16<br><br>Im a big team battle fan so this is right up my alley |
| **KNIGHT SC31**<br>137,891 | Posted on 16 June 15 at 16:22 |

**54**



Every time I heard warzone I think about Seriously from gears, that thing leave with a trauma once you are done with it 😄



Last post: Yesterday at 17:49

---

perfectionist

OwnedByOmar
**128,441**

Posted on 16 June 15 at 16:44



This actually looks really good



Last post: 07 Aug at 19:57

Captain Wilace
**56,428**

Posted on 16 June 15 at 16:59



24 players at once is going to be insane...even if its going crash the servers the first day of release. But once fixed, it'll be insane.😄



Last post: Yesterday at 01:55

---

Death is the outcome of failure

MatthewMk2
**233,146**

Posted on 16 June 15 at 21:29



Looks fun.



Last post: 18 Jun at 23:43

The Bartlez
**74,762**

Posted on 16 June 15 at 23:06



Looks cool... but if they somehow make the req cards a micro-transaction it would destroy any sort of semblance of balance to the game. Fingers crossed 😫

   

Last post: 02 Jul at 19:39

CraftyZach man
**167,302**

Posted on 16 June 15 at 23:37



**The Bartlez** said:

> Looks cool... but if they somehow make the req cards a micro-transaction it would destroy any sort of semblance of balance to the game. Fingers crossed 😫

**55**



Last post: 16 Aug at 10:28

They said right in the video that even if you have a high level card such as a scorpion tank you cant just use it right away. You have to get score during the match and capture bases to be able to then use your card or points to unlock said vehicle or weapon so its pretty balanced from how they show it.

**The Bartlez**

74,762





Last post: 02 Jul at 19:39

Posted on 17 June 15 at 15:35

CraftyZach man said:

> The Bartlez said:
>
> > Looks cool... but if they somehow make the req cards a micro-transaction it would destroy any sort of semblance of balance to the game. Fingers crossed 😵
>
> They said right in the video that even if you have a high level card such as a scorpion tank you cant just use it right away. You have to get score during the match and capture bases to be able to then use your card or points to unlock said vehicle or weapon so its pretty balanced from how they show it.

Right, but I meant that if you can BUY booster packs instead of just earning them, you could just have a cavalcade of Scorpions and Mantises (Manti? lol) at the end of the game.

// SMALL PRINT

Copyright © 2015 TrueGaming Network Ltd, All Rights Reserved

Xbox, Xbox Live, and all other Xbox Live specific terms are registered trademarks of Microsoft Corp.

TrueAchievements is a proud member of the **Xbox Community Developer Program**



Concept, Design, Programming and Server Stuff by Rich Stone
aka *TrueAchievement*



Available on Mobile (beta)

// SHORTCUTS

Xbox Live Status | ID@Xbox Games

Xbox Backwards Compatible Games

Terms & Conditions | Privacy Policy

Playstation fan? Check out TrueTrophies

**56**



# Halo 5 – "This is Warzone"
## Microsoft

trailer · in-engine · halo

Microsoft turned to us to build the announce video of Halo 5's all-new Warzone multiplayer sandbox. This reveal led Microsoft's 2015 E3 show, and the crowd went wild.



## RELATED WORK







INTERNET ARCHIVE WaybackMachine http://www.mobygames.com/game/halo-5-guardians-warzone-req-bundle Go
2 captures
13 Apr 2016 - 23 Sep 2019
MAR APR SEP
13
2015 2016 2019
About this capture

Moby Games

Search games, credits, companies...

Sign in

Games | Forums | Updates | Contribute

# Halo 5: Guardians - Warzone REQ Bundle (Xbox One)

Discuss Review + Want + Have Co

Main Credits Screenshots Reviews Cover Art Releases Trivia Hints Specs Ad Blurb Rating Systems Buy/Trade

[0 more | add cover]

**Published by**
Microsoft Studios
**Developed by**
343 Industries, Inc.
**Released**
Oct 27, 2015
**Platform**
Xbox One

**Genre**
Action
**Presentation**
1st-Person Perspective
**Gameplay**
Shooter
**Setting**
Sci-Fi / Futuristic
**Misc**
Add-on

**Critic Score**
100 point score based on reviews from various critics.
[view reviews | add review]

**User Score**
5 point score based on user ratings.
[score detail | rate game

Buy at amazon.com Buy at ebay

Not an American user?

## Description

The *Warzone REQ Bundle* is a downloadable content pack (DLC) for the 2015 game Halo 5: Guardians. It contains 14 Premium REQ Packs (distributed two per week), containing random weapons, vehicles, upgrades, and armor. These packs have a chance to contain Mythic items.

[edit description]

## Credits

There are no game credits on file for this releas game. Everything in MobyGames is contributab users.

[ac

## Screenshots

There are no Xbox One screenshots for this game.

[add screenshots]

## Part of the Following Group

- Halo series

## User Reviews

There are no reviews for this game.

[review game]

## Critic Reviews

There are no critic reviews for this game.

[add review]

## Forums

There are currently no topics for this game.

[new thread]

## Trivia

There is no trivia on file for this game.

[add trivia]

Kennyannydenny (11869) added **Halo 5: Guardians - Warzone REQ Bundle** (Xbox One) on Feb 29, 2016

MobyGames™ Copyright © 1999-2016 Blue Flame Labs. All rights reserved. Terms of Use. Privacy Policy.

INTERNET ARCHIVE WaybackMachine 2 captures 13 Apr 2016 - 23 Sep 2019 MAR APR SEP 13 2015 2016 2019 About this capture

What's New | Stats | Community

Standards | New Games | Top Games | Forums
Patrons | New Reviews | Top Contributors | Twitter
Contact | New Companies | Database Stats | Google+
 | Changelog | Most Wanted | Dev Log

Video game information, credits, revie
box covers, screenshots and more for
video game platforms from 1971 to da

"Mein Leben!"



FREE Walmart Grocery pickup

# Halo 5 Guardians (Xbox One) Warzone REQ Bundle (Email Delivery)

★★★★★ Write a review    Q&A    By: Xbox



## $24.99

| Quantity: | 1 ▾ | **Add to Cart** |

| **Add to Registry** | **Add to List** |

Sold by **Walmart.com**

Delivery by email                                                                ›

Pickup not available                                                          ›

**60**

ATV007831



## About this item

**Important Made in USA Origin Disclaimer:** For certain items sold by Walmart on Walmart.com, the displayed country of origin information may not be accurate or consistent with manufacturer information. For updated, accurate country of origin data, it is recommended that you rely on product packaging or manufacturer information.

Gear up for Warzone and Arena multiplayer with the Warzone REQ Bundle! The new REQ System provides players with an unprecedented amount of choice and strategy. Experience multiplayer with the Warzone REQ Bundle, 14 Premium REQ Packs. Amongst the highest-valued REQ Packs in the system, the bundle delivers randomized content in the form of unlockable weapons, armors, vehicles, and more. These packs provide a greater chance at unlocking some of the rarest REQ Cards available including Mythics - legendary items so rare, so storied, and so powerful that they can change the course of entire battles. Get ready for the next evolution of Halo combat with the Warzone REQ Bundle!

## Customer Reviews

Be the first to review this item

**61**

ATV007832



## Consider these popular products



**$35.00**

U.S. Cellular $35 (Email Delivery)
★★★★★ 1

**$65.00**

Virgin Mobile Data Share $65 (Email Delivery)
★★★☆☆ 2

**$25.00**

Virgin Mobile Data Share $25 (Email Delivery)

---

Sponsored products ⬀                                                   What's this?

---

Sponsored links ⬀                                                      What's this?

---

## Policies & Plans                                                         ❯

See any care plans, options and policies that may be associated with this product.

---



**Be the first to save!**   | Email address |   **Sign up**

**62**

ATV007833



© Walmart Stores, Inc.



ATV007899

2/2/25, 6:05 PM
Case 2:21-cv-03073-FLA-JC    Document 114    Filed 02/14/25    Page 66 of 219    Page
Halo 5: Guardians - Warzone REQ Bundle (2015), Xbox One release dates | MobyGames
ID #:3025



# Halo 5: Guardians - Warzone REQ Bundle (Xbox One)

Discuss    Review    + Want    + Have    Contribute

Main | Credits | Screenshots | Reviews | Cover Art | Releases | Trivia | Hints | Specs | Ad Blurb

Rating Systems | Buy/Trade

**Published by**
Microsoft Studios
**Developed by**
343 Industries, Inc.
**Released**
Oct 27, 2015
**Platform**
Xbox One

**Genre**
Action
**Presentation**
1st-Person Perspective
**Gameplay**
Shooter
**Setting**
Sci-Fi / Futuristic
**Misc**
Add-on

**Critic Score**
100 point score based on reviews from various critics.
[view reviews | add review]

**User Score**
5 point score based on user ratings.
[score detail | rate game]

[0 more | add cover]

    

Not an American user?

## Description

The *Warzone REQ Bundle* is a downloadable content pack (DLC) for the 2015 game Halo 5: Guardians. It contains 14 Premium REQ Packs (distributed two per week), containing random weapons, vehicles, upgrades, and armor. These packs have a chance to contain Mythic items.

[edit description]

## Screenshots

There are no Xbox One screenshots for this game.

[add screenshots]

## Part of the Following Group

- Halo series

## User Reviews

There are no reviews for this game.

[review game]

**65**

## Critic Reviews

There are no critic reviews for this game.

[add review]

## Forums

There are currently no topics for this game.

[new thread]

## Trivia

There is no trivia on file for this game.

[add trivia]

Kennyannydenny (11869) added **Halo 5: Guardians - Warzone REQ Bundle** (Xbox One) on Feb 29, 2016

## Credits

There are no game credits on file for this release of the game. Everything in MobyGames is contributable by users.

[add credits]

| MobyGames | What's New | Stats | Community |
|---|---|---|---|
| Home | New Games | Top Games | Forums |
| FAQ | Game Updates | Bottom Games | Facebook |
| Standards | New Reviews | Top Contributors | Twitter |
| Patrons | New Companies | Database Stats | Google+ |
| Contact | Changelog | Most Wanted | Dev Log |



Video game information, credits, reviews, box covers, screenshots and more for 168 video
game platforms from 1971 to date!

MobyGames™ Copyright © 1999-2016  Blue Flame Labs. All rights reserved. Terms of Use. Privacy Policy.

**66**

2/6/25, 12:27 AM                                    Halo 5 Getting Major Warzone Changes - GameSpot

https://www.gamespot.com/articles/halo-5-getting-major-warzone-changes/1100-6452630/          Go

8 captures
18 Aug 2017 - 19 Jan 2025

JUL  AUG  OCT
◄    18    ►
2016 2017 2018    About this capture

PCPS4Xbox OneSwitch

# Halo 5 Getting Major Warzone Changes

## 343 is making some changes.

Last updated by Eddie Makuch on August 17, 2017 at 7:54PM

Like us on Facebook to get the latest game updates in your feed!

Halo 5 developer 343 Industries continues to support the 2015 Xbox One shooter. In this week's Halo blog post, 343 announced that it is planning a major-sounding update for Halo 5's large-scale Warzone mode. 343 lead multiplayer designer Lawrence Metten said there have been too many lopsided Warzone matches, so the team is going to make some big changes to make for a more balanced experience.

"Over time, the Warzone battlefield has changed as players have become more and more skilled at the game mode. However, not all of these changes have benefited all parties-- since launch, we've slowly seen the Warzone 'blowout rate' (how often matches end in lopsided or blowout scores) continue to rise," Metten said. "The Warzone team is experimenting with some significant changes to the way Req Leveling works to facilitate more balanced Warzone matches."

The changes will include an adjustment to the Req Level that gets awarded in matches, while there will also be what 343 is calling a Req Level "drip." This will "slowly increase everyone's Req Level over the course of each match," Metten said.

Internal tests at 343 show that Warzone matches are more tightly contested, Metten said. "In our internal playtesting, these changes have resulted in more back-and-forth Warzone matches with considerably fewer players stuck at low Req Levels over the course of each game," he explained.

The Warzone Firefight and Warzone Assault modes are not changing with this update, which should go live "late next week."

You can read 343's full blog post to learn more about the Warzone changes and more.

Outside of the Warzone changes, 343 is working on a weapon-tuning update that will make changes to 14 weapons and one power-up. The update that includes these changes is targeted for this Fall; you can read more about what's changing and why here.

Other details in the Halo weekly blog post include word that Halo 5's Infection, HCS, and Mythic Warzone Firefight playlists will pay out double XP this weekend. Additionally, 343 said that Xbox One backwards compatibility support for Halo: Combat Evolved Anniversary, Halo 3, Halo 3: ODST, and Halo 4 is "still progressing." We also learn in the blog post that Halo Wars 2's newest DLC leader, Yapyap The Destroyer, is rolling out right now, alongside other tweaks and additions which you can read about here.

Filed under:    Halo 5: Guardians    Halo Wars 2    Xbox One    PC

**68**



© 2017 CBS Interactive Inc. All rights reserved.    Privacy Policy    Ad Choice    Terms of Use    Help    Advertise    Partnerships    Careers

ReviewsNewsVideosForums

**69**



ATV007935



The Warzone REQ Bundle is a one-time-only purchasable offer for Halo 5: Guardians. Once acquired, there is no ability to purchase a second bundle in-game, in the Xbox Store, or on Xbox.com. However, we have identified several fans who have attempted to redeem token codes for the Warzone REQ Bundle after the offer was already purchased on their account. These codes could have been acquired through either promotional bundles or purchase at retail. While this is a small number of fans, we want to honor their purchase and commitment to Halo 5: Guardians. We are doing a one-time-only distribution of 14 Warzone Premium Packs to any players who have purchased the Warzone REQ Bundle and then subsequently redeemed a code for another bundle between the dates of October 27 and January 25. Those who have been affected by this are being notified via an Xbox Live system message. This will happen once only; any token codes applied to an account that previously purchased the Warzone REQ Bundle after January 25 will be lost.



**71**

ATV007936





ATV007937



WARZONE! Emergency Landing by Reludo

iTunes Preview

Overview    Music    Video    Charts

iTunes is the world's easiest way to organize and add to your digital media collection.

We are unable to find iTunes on your computer. To download the free app WARZONE! Emergency Landing by Reludo, get iTunes now.

Already have iTunes? Click I Have iTunes to open it now.

I Have iTunes

iTunes 11
For Mac + PC

Free Download

# WARZONE! Emergency Landing

View More by This Developer

### By Reludo

Open iTunes to buy and download apps.



View in iTunes

This app is designed for both iPhone and iPad

**Free**

Category: Games
Released: Oct 17, 2015
Version: 1.0.0
Size: 200 MB
Languages: English, French, German, Italian, Japanese, Korean, Portuguese, Russian, Simplified Chinese, Spanish, Thai, Traditional Chinese, Turkish
Seller: Reludo srl
© 2015 Reludo srl
Rated 4+

Compatibility: Requires iOS 6.0 or later. Compatible with iPhone, iPad, and iPod touch.

### Customer Ratings

Current Version:
★★★★½ 23 Ratings

### Top In-App Purchases

1. Airports Bundle      $4.99
2. Unlock landings      $0.99
3. License D            $0.99
4. License C            $1.99
5. Korea Airport        $2.99
6. License B            $2.99
7. License A            $3.99
8. Panama Airport       $2.99
9. Russia Airport       $2.99

### More by Reludo

### Description

*** Better, bigger, more addictive... and with explosions! Face a brand new landing experience: in the middle of war only the bravest pilots can make it! Avoid anti-aircraft artillery and challenge the most dangerous weather conditions and aircraft failures to complete all your missions. ***

WARZONE! Emergency Landing Support ▸                    ...More

### Screenshots                                          iPhone | iPad

iPhone Screenshot 1    iPhone Screenshot 2    iPhone Screenshot 3

Pilot all ava
Will you reach

### Customer Reviews

BEST GAME ★★★★★
by Cooper mcCauley

I like that we have to pass a test!!!!!!!!

### Customers Also Bought


Flight Simuator Ne...
Games
View in iTunes ▸


求合体外传
Games
View in iTunes ▸


Marina Militare Ital...
Games
View in iTunes ▸


Blue Angels: Read...
Games
View in iTunes ▸


Flight 787 - Adva...
Games
View in iTunes ▸



**73**


MAYDAY! Emergency Landing
MAYDAY! Emergency Landing
View in iTunes ▸


MAYDAY! 2 Terror in the sky
View in iTunes ▸

World Boxing Challenge
World Boxing Challenge
View in iTunes ▸

Gladiators: Immortal Glory
Gladiators: Immortal Glory
View in iTunes ▸

Range Master: Sniper Academy
Range Master: Sniper Academy
View in iTunes ▸

**App Store on Facebook and Twitter**

 Discover and share new apps. Follow us on @AppStore.

14M
👍 Like

**iTunes on Facebook**

 Discover and share new music, movies, TV, books, and more.

31M
👍 Like

**iTunes on Twitter**

 Follow us @iTunes and discover new iTunes Radio Stations and the music we love.

iTunes

| Shop and Learn | Apple Store | For Education | Account | About Apple |
|---|---|---|---|---|
| Mac | Find a Store | Apple and Education | Manage Your Apple ID | Apple Info |
| iPad | Genius Bar | Shop for College | Apple Store Account | Newsroom |
| iPhone | Workshops and Learning | | iCloud.com | Job Opportunities |
| Watch | Youth Programs | **For Business** | | Press Info |
| TV | Apple Store App | Apple and Business | **Apple Values** | Investors |
| Music | Refurbished | Shop for Business | Accessibility | Events |
| iTunes | Financing | | Education | Contact Apple |
| iPod | Reuse and Recycling | | Environment | |
| Accessories | Order Status | | Inclusion and Diversity | |
| Gift Cards | Shopping Help | | Privacy | |
| | | | Supplier Responsibility | |

More ways to shop: Visit an **Apple Store**, call 1-800-MY-APPLE, or **find a reseller.**

Copyright © 2016 Apple Inc. All rights reserved.    Privacy Policy  |  Terms of Use  |  Sales and Refunds  |  Legal  |  Site Map          🇺🇸 United States

**74**

The Wayback Machine - https://web.archive.org/web/20160818042319/https://www.halowaypoint.com/en-us/g...



GAMES

# WARZONE FIREFIGHT

CONTENT UPDATES ⌄

Warzone Firefight marks the eighth post-launch release delivered for Halo 5: Guardians, and it's the biggest and most jam-packed one to date. With new maps Molten and Attack on Sanctum for Arena and Warzone, players have even more competitive playgrounds to snipe, splatter, and slay their opponents. For Forgers, the Warzone Firefight release brings with it the expansive new canvas in Tidal, as well as new objects to build or decorate with. Data collected from the Warzone Firefight Beta, alongside the feedback gathered from all corners of the internet, has helped tune and polish the fan-favorite mode for its full release, which now offers the chaotic and social experience on six different maps with new bosses, new weapons, and new vehicles. All of this and much more are available right now in Halo 5: Guardians' latest free release. So what are you waiting for? Jump in, Spartans!

WATCH VOD STREAM

**75**

ATV007905



# WARZONE FIREFIGHT



Warzone Firefight is an all-new 8-player co-operative experience where Spartans team up to tackle some of the Infinity's biggest challenges across 5 Rounds of breathless action. Each round spawns a dynamic objective, and players have 5 minutes to complete each task. As players progress through these rounds of increasing difficulty they will raise their REQ level, allowing them to call in more powerful weapons and vehicles. Once players reach the final round they will need to bring all their best combat skills to bear as players face some of their most lethal threats yet.

## GRUNT GOBLIN

ATV007906

The Goblin is a Balaho-born battlesuit that embodies the pillars that Unggoy themselves universally agree their species is known for: ruggedness, agility, and lethality. Created in the likeness of the Forerunner's pre-ascension form (as popularized by famous Unggoy theologian Ang'napnap The Enlightened), the Goblin combines exotic engineering acumen (so that it doesn't explode upon activation), Covenant manufacturing technology (for push-button assembly), and Unggoy user interface design (so the operator can hit lots of buttons) into a bipedal mech that UNSC forces universally agree is deadlier than an entire combat lance of unsuited Grunts (but a little less than a file, if you want to get technical). All agree the Goblin can handle even the most dire combat experience, with the Grunt jockey inside cowering – er, protected by a dedicated energy shield and thick plates of armor.



# MOLTEN

https://web.archive.org/web/20160818042319/https://www.halowaypoint.com/en-us/games/halo-5-guardians/updates/warzone-firefight

ATV007907

around



Many worlds were glassed by the Covenant, though some suffered worse than others. The world of Ruthersburg was a minor Outer Colony famed for nothing and barely charted before the Covenant fleets arrived to burn what few humans inhabited the surface. The alien armada had scarcely begun their bombardment when a section of the planet's fragile mantle buckled, tearing the only inhabitable continent apart in a rippling series of pyroclastic explosions. The barren husk that remained would have remained a footnote in history were it not for slipspace routes discovered after the War, which placed Ruthersburg in a spur of the new Sol-Epsilon Eridani trade route. Megacorporations quickly sited resource extraction and refining operations on the planet's ruined surface dedicated to feeding metals and rare earths to shipyards building the next generation of UNSC Navy vessels above Mars and Tribute

# MAP GALLERY







SHOW MORE

# ATTACK ON SANCTUM

ATV007908

The San'Shyuum Prophets and their Ministries ruled Sanghelios for millennia, but the fortunes of the Sangheili waxed and waned long before the Covenant's formation. In an age now forgotten this remote sanctum was a lush garden and the home of towers of glass and steel used to launch the first Sangheili interplanetary probes. But when the planet's climate shifted and the secrets of antigravity were discovered the towers fell into disuse and eventually eroded away, forgotten in the rush to the stars. The War of Beginnings came and went before the shadow of buildings once again fell across this land, as warrior ascetics seeking a return to ancient traditions built their homes and houses of knowledge and training in what was then a desert. Now, as if a cycle was turning their fallen temples and cloisters lie crumbling in the hot winds, and strange new structures plant themselves on the bones of the old as life blooms in the hills.

# CAMPAIGN SCORE ATTACK



**79**

ATV007909

With the Memories of Reach release, Halo 5: Guardians' campaign saw a balance update that finely tuned the difficulty levels as well as the enemies you come across in Osiris and Blue Team's epic encounters. With Warzone Firefight, Campaign receives yet another update with the all-new Campaign Score Attack mode. In Score Attack, players earn up to 50 medals, as well as and points for the most stylish enemy takedowns. We've also added 5 new achievements designed specifically for this mode. Play solo or compete alongside your friends with up to 4 players total!



Our score is vulnerable, Spartans. Attack the score!

# NEW FORGE CANVAS: TIDAL



Mysteries of the deep are preferable to harsh truths among the stars.

Since launching with Cartographer's Gift, the Forge service has continued to evolve with each content release adding new features, objects, and updates. Forgers now have a new canvas on which they can create their next masterpieces upon. On Tidal, forgers can use the vast ocean to their advantage to not only create fun and unique play spaces, but also beautiful showcases. Forewarning though Spartans, take a plunge too deep and you'll be put on respawn!

# NEW UNSC VEHICLE: WASP

**80**

Small VTOL attack craft have been a staple of the UNSC's military inventory for centuries due to their maneuverability and lack of developed infrastructure on many worlds. Using powerful ducted fan engines pioneered on the AV-30 for lift, the AV-49 Wasp is surprisingly nimble for its level of armor protection and armament, and can reach mission areas quickly with the use of air-cooled vectored-thrust fusion thrusters in forward flight.

Designed for expeditionary usage, Wasps can be easily prepped "from box to sky and back" with minimal tools, and their hardened storage containers have identical dimensions to NAVLOGCOM-standard flat containers, simplifying interstellar transport logistics. The AV-49 Wasp supplements existing stocks of AV-14 and AV-22 aircraft in Marine service. Close air support VTOL armed with heavy machine guns and twin rocket launchers.

WARZONE FIREFIGHT BEAM RIFLES
HALO 2 BEAM RIFLE
HALO 2 BEAM RIFLE ALPHA
HALO 2 BEAM RIFLE DELTA

# HCS TEAM SKINS: SERIES 1

Your in-game Spartan is a fully realized digital
representation of your personality, playstyle, and
favorite aspects of the Halo universe.
Customization is core to the Halo multiplayer
experience, and since the introduction of weapon
skins and the REQ system with Halo 5: Guardians,
you've been asking for ways to don the colors of
your favorite teams to show your support.



**LEARN MORE**

# REQ GALLERY

        

**SHOW MORE**

# CONTENT UPDATE NOTES

### ARENA

### New/Updated Features:

- New Arena map added - Molten
- Fiesta game type updated with latest REQ weapons

### Arena Bug Fixes:

**82**

- Fixed issue where Alpha zombie's camo was adversely affected by exposure to fog or weather effects
- All Infection game mode medals now have correct rarity in PGCR
- Intro VO added for Assault and Grifball

## Arena Tweaks and Changes:

- Powerups are now correctly prioritized over weapons in pick-up priority
- Assault arm timing changes
    - Arm time reduced to 5 seconds (from 7)
    - Disarm time increased to 25 seconds (from 7)

- Infected Sword no longer drops on death when assassinating an Infected.
- Alpha Infected now move faster, but are visible on radar when running at full speed
- Added Custom Games player trait option to disable weapon pickup

## WARZONE

### New/Updated Features:

- New Warzone map added - Attack on Sanctum
- New Warzone Assault map added - Prospect
- New Co-op Warzone mode - Warzone Firefight
    - 8-player round-based co-operative Warzone experience with dynamic objectives
    - Playable on Escape from A.R.C., Raid on Apex 7, March on Stormbreak, Skirmish at Darkstar, Attack on Sanctum, and Urban
    - Added 5 New Achievements
    - New Firefight-specific PGCR

- Warzone Boss Refresh
    - Updated Bosses - Boss encounters updated across all Warzone maps
    - Randomization - Some Boss spawns are now selected randomly each match
    - Mythic Bosses - Mythic Bosses can now spawn in Warzone, Mythic Takedowns are worth 200 VP
    - Victory Points - Point value for Legendary Bosses reduced to 100 VP

- Added the new Grunt Goblin Boss across Warzone and Warzone Firefight
- Warzone Personal Scoring Update - more positive Warzone actions now increment the player's Personal Score in the Back-Button Scoreboard

**83**

ATV007913

- Examples of additional actions include: assists, vehicle destructions, non-Boss AI kills
- Warzone Firefight Commendations added
- Warzone Firefight Achievements added

**Warzone Bug Fixes:**

- Reduced hitching in Warzone matches

**Tweaks and Changes:**

- Increased speed of REQ Energy regeneration from 35s per level to 30s per level
- Mantis Boss can no longer be splattered, and has increased Health
- Elite bosses can no longer be assassinated until their shields have dropped
- Faceplate of Knight bosses can no longer be shot off to kill instantly
- New color hierarchy for bosses in Warzone to better reflect their difficulty
- Incineration Cannons now have reduced REQ energy cost
- The default Plasma Caster now has reduced REQ energy cost
- All Gravity Hammers outside of Tartarus' Gavel now have reduced REQ energy cost

## CAMPAIGN

- Score Attack added for Campaign
- New achievements added for Campaign Score Attack

## SANDBOX

**New/Updated Features:**

- Added new weapon – Halo 2 Beam Rifle
- Added new weapon – Halo 2 Beam Rifle Alpha
- Added new weapon – Halo 2 Beam Rifle Delta
- Added new weapon – Sorrow of Teash
- Added new weapon – Scale of Soirapt
- Added new weapon – 7 Wood
- Added new vehicle - Wasp
- Added new vehicle - Temple Ghost
- Added new vehicle - Temple Wraith
- Added new vehicle - Temple Banshee
- Added new Ammo Expert Armor Mod

**84**

## Sandbox Bug fixes:

- Fixed a bug that could cause inconsistent Mantis missile locks on Banshees and Phaetons
- Fixed a bug that allowed instant activation of power ups
- Fixed a bug where holding crouch while airborne allowed players to not show up on radar regardless of speed
- Made the damage timings between Smart Link and regular lunges more consistent when using the Gravity Hammer and Energy Sword
- Fixed a bug that caused the visual FX of the Hannibal Mantis Stomp to appear incorrectly
- Fixed several bugs related to Gravity Hammer animations
- Removed Boost Meter from Rally Hogs
- Fixed a bug that could allow Selene's Lance to cause a ton of unintended damage
- Fixed a bug where destroying a Wraith after boarding it wouldn't provide a medal

## CHARACTER

### New/Updated Features:

- Added new Grunt Goblin Warzone boss, legendary and mythic variants
- New visuals, tuning and weapons for Warzone bosses - every differently tuned variant now has a unique visual
- AI-driven Wraiths are now more dangerous
- Added a new tier of Grunt minion

### Character Bug fixes:

- Knight bosses can no longer be headshot while performing their weak spot destruction animation (non-boss knights still can)
- Elite bosses can no longer be assassinated while their shields are up (non-boss elites still can)

## REQS

- Added Daily Login Reward REQ Pack
- Added Warzone Firefight Daily Win REQ Pack

## USER INTERFACE

- PGCR (Post Game Carnage Report) now displays your best Firefight completion time per map. This is the time when the fifth and final round is completed, and is shared amongst all team members at that time.

**85**

ATV007915

- PGCR now displays your performance in each round of Firefight. This is displayed out of 5 stars, with 5 stars being the best. Note some of these bonuses are all or nothing (such as surviving the round).
- PGCR now celebrates if you've earned an exceptionally rare or Legendary medal.
- Additional Firefight stats have replaced the in-game tracking of Warzone Marine Kills and Warzone Core Kills.
- Fixed Infection scoreboard to properly display a player who has left the match.
- Fixed swapped text when placing in Platinum versus Diamond CSR.

## FORGE

### New/Updated Features:

- New Canvas: Tidal
- Four lighting variants!!!
- Increased certain budgets
- Increased physics budget ~50% (!)
- Max object count on map raised to 1600 (!!!) objects

  Reminder: More objects on screen = worse performance

### New Objects:

- **gameplay> weapons>**

  - Magnum [Extended Mag]
  - SMG [Extended Mag]
  - SMG [Bayonet]
  - SMG [Silencer]
  - SMG [Stabilization Jets]
  - SMG [Long Barrel]
  - SMG [Kinetic Bolts]
  - SMG [Recon Sight]
  - SMG [Projection Sight]
  - SMG [Laser Targeter]
  - Assault Rifle [Extended Mag]
  - Assault Rifle [Bayonet]
  - Assault Rifle [Knight Blade]
  - Assault Rifle [Silencer]
  - Assault Rifle [Stabilization Jets]

**86**

- Assault Rifle [Long Barrel]
- Assault Rifle [Kinetic Bolts]
- Assault Rifle [Recon Sight]
- Assault Rifle [Longshot Sight]
- Assault Rifle [Laser Targeter]
- Battle Rifle [Extended Mag]
- Battle Rifle [Bayonet]
- Battle Rifle [Knight Blade]
- Battle Rifle [Silencer]
- Battle Rifle [Stabilization Jets]
- Battle Rifle [Long Barrel]
- Battle Rifle [Kinetic Bolts]
- Battle Rifle [Classic Sight]
- Battle Rifle [Longshot Sight]
- Battle Rifle [Sentinel Sight]
- Battle Rifle [Laser Targeter]
- DMR [Extended Mag]
- DMR [Bayonet]
- DMR [Knight Blade]
- DMR [Silencer]
- DMR [Stabilization Jets]
- DMR [Long Barrel]
- DMR [Kinetic Bolts]
- DMR [Recon Sight]
- DMR [Sentinel Sight]
- DMR [Laser Targeter]
- Shotgun [Lawgiver]
- Hydra Launcher [Typhon]
- SAW [Appetite for Destruction]
- Rocket Launcher [Ad Victoriam]
- Rocket Launcher: SPNKr [EM]
- Sniper Rifle [End of the Line]
- Railgun [Arclight]
- Spartan Laser [Endgame]
- Storm Rifle [Fury]
- Carbine [Rain of Oblivion]

**87**

ATV007917

- Plasma Pistol [Void's Tear]
- Energy Sword [Infected]
- Energy Sword [Ravening Sliver]
- Needler [Hailstorm]
- Beam Rifle [Sword of the Faithful]
- Beam Rifle: Halo 2 [Standard]
- Beam Rifle: Halo 2 [Alpha]
- Fuel Rod Cannon [Light of Urs]
- Plasma Caster [Scourge of Fire]
- Boltshot [Closed Fist]
- Suppressor [Song of Peace]
- LightRifle [Barbed Lance]
- Scattershot [Loathsome Thing]
- Binary Rifle [Retina of the Mind's Eye]
- Incineration Cannon [River of Light]
- Plasma Rifle: Brute: Halo 2 [Sorrow of Teash]
- Gravity Hammer [Corpsemaker]

- **gameplay> vehicles> type> land>**

  - Mongoose: Scout [Woodland]
  - Mongoose: Scout [Tundra]
  - Mongoose: Scout [Corp]
  - Mongoose: Scout [Urban]
  - Mongoose: Gungoose [Woodland]
  - Mongoose: Gungoose [Tundra]
  - Mongoose: Gungoose [Corp]
  - Mongoose: Gungoose [Urban]
  - Warthog: Chaingun [Rally]
  - Warthog: Chaingun [Woodland]
  - Warthog: Chaingun [Tundra]
  - Warthog: Chaingun [Corp]
  - Warthog: Chaingun [Urban]
  - Warthog: Gauss [Woodland]
  - Warthog: Gauss [Tundra]
  - Warthog: Gauss [Corp]
  - Warthog: Gauss [Urban]

**88**

ATV007918

- Warthog: Rocket [Woodland]
- Warthog: Rocket [Tundra]
- Warthog: Rocket [Corp]
- Warthog: Rocket [Urban]
- Warthog: Scout [Rally]
- Warthog: Scout [Woodland]
- Warthog: Scout [Tundra]
- Warthog: Scout [Corp]
- Warthog: Scout [Urban]
- Scorpion [Woodland]
- Scorpion [Tundra]
- Scorpion [Corp]
- Scorpion [Urban]
- Mantis [Woodland]
- Mantis [Tundra]
- Mantis [Corp]
- Mantis [Urban]
- Ghost [Sword]
- Wraith [Sword]

- **gameplay> vehicles> type> air>**

  - Wasp [Standard]
  - Banshee [Sword]

- **primitives> blocks> simple>**

  - Block: Simple [2x4x8]
  - Block: Simple [2x8x8]
  - Block: Simple [4x8x16]
  - Block: Simple [4x16x16]
  - Block: Simple [8x16x32]
  - Block: Simple [8x32x32]
  - Block: Simple [16x32x64]
  - Block: Simple [16x64x64]

- **natural> plants> flowers>**

  - Plant: Flowers [1x1; daisies; yellow]

**89**

ATV007919

- Plant: Flowers [10x10; daisies; yellow]
- Plant: Flowers [30x30; daisies; yellow]
- Plant: Flowers [1x1; fuchsii; mauve]
- Plant: Flowers [10x10; fuchsii; mauve]
- Plant: Flowers [30x30; fuchsii; mauve]
- Plant: Flowers [1x1; harebells; purple]
- Plant: Flowers [10x10; harebells; purple]
- Plant: Flowers [30x30; harebells; purple]

- **natural> plants> bushes>**

  - Plant: Bush [3x6x1; fern; green]
  - Plant: Bush [3x3x7; bromeliad; green]
  - Plant: Bush [7x6x3; fern; green]

- **natural> terrain> flats>**

  - Terrain: Flat [16x10x2; Tidal]
  - Terrain: Flat [32x20x2; Tidal]
  - Terrain: Flat [64x40x4; Tidal]
  - Terrain: Flat [118x73x13; Tidal]
  - Terrain: Flat [238x180x24; Tidal]
  - Terrain: Flat [325x251x32; Tidal]

- **natural> terrain> ramps>**

  - Terrain: Ramp [23x26x6; Tidal]
  - Terrain: Ramp [46x52x11; Tidal]
  - Terrain: Ramp [93x104x23; Tidal]
  - Terrain: Ramp [187x209x46; Tidal]
  - Terrain: Ramp [311x348x77; Tidal]

- **natural> terrain> banks>**

  - Terrain: Bank [32x58x11; Tidal]
  - Terrain: Bank [65x116x23; Tidal]
  - Terrain: Bank [131x232x46; Tidal]
  - Terrain: Bank [212x382x76; Tidal]

- **natural> terrain> slope-helper>**

**90**

ATV007920

- Terrain: Slope Helper [19x30x16; Tidal]
- Terrain: Slope Helper [38x61x31; Tidal]
- Terrain: Slope Helper [76x122x62; Tidal]
- Terrain: Slope Helper [153x245x125; Tidal]
- Terrain: Slope Helper [237x425x225; Tidal]

- **natural> terrain> hills>**

  - Terrain: Hill/Bowl [73x53x15; Tidal]
  - Terrain: Hill/Bowl [147x106x29; Tidal]
  - Terrain: Hill/Bowl [244x176x49; Tidal]
  - Terrain: Hill/Bowl [354x255x70; Tidal]

- **natural> rocks> flats>**

  - Rock: Flat [16x10x2; Tidal]
  - Rock: Flat [32x20x2; Tidal]
  - Rock: Flat [64x40x4; Tidal]

- **natural> rocks> chunks>**

  - Rock: Chunk [23x22x16; Tidal]
  - Rock: Chunk [23x24x17; Tidal]
  - Rock: Chunk [25x27x21; Tidal]
  - Rock: Chunk [30x36x27; Tidal]
  - Rock: Chunk [37x52x25; Tidal]
  - Rock: Chunk [46x44x32; Tidal]
  - Rock: Chunk [44x80x53; Tidal]
  - Rock: Chunk [47x89x51; Tidal]
  - Rock: Chunk [84x108x33; Tidal]
  - Rock: Chunk [92x88x63; Tidal]
  - Rock: Chunk [87x214x78; Tidal]
  - Rock: Chunk [116x131x70; Tidal]
  - Rock: Chunk [127x161x73; [Tidal]
  - Rock: Chunk [114x120x157; Tidal]
  - Rock: Chunk [111x223x93; Tidal]
  - Rock: Chunk [147x150x449; Tidal]
  - Rock: Chunk [260x313x223; Tidal]
  - Rock: Chunk [272x154x425; Tidal]

**91**

ATV007921

- **natural> rocks> cliffs>**

    - Terrain: Cliff [120x31x81; Tidal]
    - Terrain: Cliff [221x55x151; Tidal]

- **natural> rocks> arches>**

    - Rock: Arch [60x72x65; Tidal]
    - Rock: Arch [101x141x130; Tidal]

- **natural> rocks> columns>**

    - Rock: Column [25x38x51; Tidal]
    - Rock: Column [51x69x102; Tidal]

- **natural> rocks> arrangements>**

    - Rock: Arrangement [24x23x21; Tidal]
    - Rock: Arrangement [21x48x20; Tidal]

- **natural> rocks> boulders>**

    - Rock: Boulder [5x5x5; Tidal]
    - Rock: Boulder [8x8x8; Tidal]
    - Rock: Boulder [15x15x15; Tidal]
    - Rock: Boulder [30x30x30; Tidal]

- **natural> plants> bushes>**

    - Plant: Bush [5x6x6; tillandsia; a; green]
    - Plant: Bush [5x6x6; tillandsia; b; green]
    - Plant: Bush [9x11x8; banana; sapling; green]
    - Plant: Bush [11x9x8; banana; sapling; green]
    - Plant: Bush [23x25x16; palm; sapling; green]

- **natural> trees> fulls>**

    - Tree: Full [14x18x26; banana; green]
    - Tree: Full [20x12x25; banana; green]
    - Tree: Full [20x21x27; banana; green]
    - Tree: Full [21x24x26; banana; green]
    - Tree: Full [23x38x42; palm; bent; green]
    - Tree: Full [26x27x52; palm; curved; green]

**92**

ATV007922

- Tree: Full [26x27x73; palm; green]

- **natural> plants> flowers>**

  - Plant: Flowers [1x1; daisies; snowy]
  - Plant: Flowers [10x10; daisies; snowy]
  - Plant: Flowers [30x30; daisies; snowy]
  - Plant: Flowers [1x1; fuchsii; snowy]
  - Plant: Flowers [10x10; fuchsii; snowy]
  - Plant: Flowers [30x30; fuchsii; snowy]
  - Plant: Flowers [1x1; harebells; snowy]
  - Plant: Flowers [10x10; harebells; snowy]
  - Plant: Flowers [30x30; harebells; snowy]

- **natural> plants> bushes>**

  - Plant: Bush [3x6x1; fern; snowy]
  - Plant: Bush [7x6x3; fern; snowy]

- **props> barrels>**

  - Barrel [2x2x3; oil drum; open]
  - Barrel [2x2x3; oil drum; closed]

- **props> exploding>**

  - Fuel Station [UNSC]

- **props> destructible> pallets>**

  - Pallet: Wood [4x6x1]
  - Pallet: Wood [4x12x1]
  - Pallet: Wood [8x6x1]
  - Pallet: Wood [8x12x1]

- **props> toys> dolls>**

  - Doll: Chief
  - Doll: Cortana [ :D ]
  - Doll: Cortana [ >:[ ]
  - Doll: Didact
  - Doll: Librarian

**93**

ATV007923

- Doll: 5th Spartan

- **props> creatures> piggies>**
  - "Olive" the Piggy Princess [16x32x20; toy]
  - "Olive" the Piggy Princess [32x64x40; toy]
  - "Olive" the Piggy Princess [64x128x80; toy]

- **props> creatures> whales>**
  - "Timmy" the Space Whale [16x32x20; toy]
  - "Timmy" the Space Whale [32x64x40; toy]
  - "Timmy" the Space Whale [64x128x80; toy]

- **props> creatures> grunts>**
  - Grunt [8x12x12; toy]
  - Grunt [16x24x24; toy]
  - Grunt [32x48x48; toy]

- **props> creatures> accessories>**
  - Sunglasses [3x3x1; Olive]
  - Sunglasses [8x8x2.5; Timmy]
  - Sunglasses [24x24x8; Olive]
  - Sunglasses [64x64x20; Timmy]

- **props> vehicles> submarine>**
  - Submarine [15x56x16]

- **props> sports> golf>**
  - Golf: Club [7 wood]
  - Golf: Ball [4.5x4.5x4.5]
  - Golf: Tee [1x1x5]
  - Golf: Cup [16x16x6]
  - Golf: Pin [2x8x33]
  - Terrain: Golf Hole [58x58x6; Green]
  - Terrain: Golf Hole [58x58x6; Alpine]
  - Terrain: Golf Hole [58x58x6; Tidal]
  - Terrain: Golf Hole [58x58x6; Glacier]

**94**

- Terrain: Golf Hole [58x58x6; Asteroid]

- **props> construction> pipes>**

  - Pipe: Small [2x128x2]
  - Pipe: Crouching [9x4x9]
  - Pipe: Crouching [9x8x9]
  - Pipe: Crouching [9x16x9]
  - Pipe: Crouching [9x32x9]
  - Pipe: Crouching [9x64x9]
  - Pipe: Crouching [9x96x9]
  - Pipe: Crouching [9x128x9]
  - Pipe: Standing [12x4x12]
  - Pipe: Standing [12x8x12]
  - Pipe: Standing [12x16x12]
  - Pipe: Standing [12x32x12]
  - Pipe: Standing [12x64x12]
  - Pipe: Standing [12x96x12]
  - Pipe: Standing [12x128x12]

- **props> construction> vents>**

  - Vent [6x2x6]
  - Vent [6x4x6]
  - Vent [6x8x6]
  - Vent [6x16x6]
  - Vent [6x32x6]
  - Vent [6x64x6]

- **props> beach>**

  - Surfboard [2x7x1; ]
  - Chair: Beach [3x4x5; ]
  - Pool Noodle [6x1x1; ]
  - Parasol [13x13x10; ]

- **props> interactive> switch>**

  - Interactive: Switch [1x1x2; secret]

**95**

ATV007925

- **props> misc>**

  - Cup [8x8x10; party]

- **extras> fx> hologram>**

  - FX: Hologram [cortana orb]
  - FX: Hologram [starfield; red]
  - FX: Hologram [starfield; blue]
  - FX: Hologram [Covenant; hex dome]
  - FX: Hologram [Covenant; swirl; medium]
  - FX: Hologram [Covenant; swirl; large]
  - FX: Hologram [Covenant; galaxy; medium]
  - FX: Hologram [Covenant; galaxy; large]
  - FX: Hologram [Forerunner; terminal; small]
  - FX: Hologram [Forerunner; terminal; medium]

- **extras> blockers> type> grenade>**

  - Blocker: Projectile [1x1]
  - Blocker: Projectile [1x2]
  - Blocker: Projectile [2x2]
  - Blocker: Projectile [2x4]
  - Blocker: Projectile [4x4]
  - Blocker: Projectile [4x8]
  - Blocker: Projectile [8x8]
  - Blocker: Projectile [8x16]
  - Blocker: Projectile [16x16]
  - Blocker: Projectile [16x32]
  - Blocker: Projectile [32x32]
  - Blocker: Projectile [32x64]
  - Blocker: Projectile [64x64]
  - Blocker: Projectile [64x128]
  - Blocker: Projectile [128x128]

**Preview Objects**

These are some new objects we're tinkering with that we're excited to share because they're so fun to play with.

**96**

ATV007926

- **gameplay> gravity-manipulators> slides>** - These came from wanting to take the old Forge one-way shield hack out of the shields and make it a gameplay tool. They can pull Spartans (and other objects) along the floor, walls, and even on the ceiling (ziplines 'r' back!)

  - Gravity: Slide [2x4; invisible]
  - Gravity: Slide [2x8; invisible]
  - Gravity: Slide [2x16; invisible]
  - Gravity: Slide [2x32; invisible]
  - Gravity: Slide [2x64; invisible]
  - Gravity: Slide [2x128; invisible]
  - Gravity: Slide [4x4; invisible]
  - Gravity: Slide [4x8; invisible]
  - Gravity: Slide [4x16; invisible]
  - Gravity: Slide [4x32; invisible]
  - Gravity: Slide [4x64; invisible]
  - Gravity: Slide [4x128; invisible]
  - Gravity: Slide [8x4; invisible]
  - Gravity: Slide [8x8; invisible]
  - Gravity: Slide [8x16; invisible]
  - Gravity: Slide [8x32; invisible]
  - Gravity: Slide [8x64; invisible]
  - Gravity: Slide [8x128; invisible]
  - Gravity: Slide [16x4; invisible]
  - Gravity: Slide [16x8; invisible]
  - Gravity: Slide [16x16; invisible]
  - Gravity: Slide [16x32; invisible]
  - Gravity: Slide [16x64; invisible]
  - Gravity: Slide [16x128; invisible]
  - Gravity: Slide [32x4; invisible]
  - Gravity: Slide [32x8; invisible]
  - Gravity: Slide [32x16; invisible]
  - Gravity: Slide [32x32; invisible]
  - Gravity: Slide [32x64; invisible]
  - Gravity: Slide [32x128; invisible]

- **gameplay> gravity-manipulators> bouncers>** - These bounce Spartans/objects off of them like simple trampolines.

**97**

ATV007927

- Gravity: Bouncer [4x4; invisible]
- Gravity: Bouncer [8x8; invisible]
- Gravity: Bouncer [12x12; invisible]
- Gravity: Bouncer [16x16; invisible]
- Gravity: Bouncer [20x20; invisible]
- Gravity: Bouncer [24x24; invisible]
- Gravity: Bouncer [32x32; invisible]
- Gravity: Bouncer [48x48; invisible]
- Gravity: Bouncer [64x64; invisible]

**Bug Fixes, Tweaks, and Cleanup:**

- Fixed crash on loading Plaza in Forge
- Fixed Lighting issues:
  - Random Bright anomalies caused by a rendering issue
  - Missing lights on some objects caused buggy light interaction

- Fixed issues with invisible blockers not functioning in custom games:
  - Invisible Blockers
  - Team Blockers
  - Vehicle Blockers

- Fixed object physics not reacting to Grenades, Spartan Charging, etc. across all objects that make sense
- Our "creatures" now support material swap so you can build proper giant effigies and shrines to them
- Resolved issue where scripts from deleted objects would magically attach themselves to different objects

**Known Issues:**

- We are aware that the "Generating Lighting" process can take longer than expceted  on Tidal and are working on a fix. For now, the process should self-resolve after a period of time.

**98**

ATV007928

## JOIN OUR HALO COMMUNITIES

     

## CONNECT WITH HALO

 

  

Code of Conduct    343 Jobs





United States - English

Contact us    Privacy & cookies    Terms of use    Trademarks    About our ads    © 2016 Microsoft

**99**

ATV007929

HALO 5
GUARDIANS
WARZONE
FIREFIGHT
BETA: APRIL 14-19

100

ATV007942



2/2/25, 7:19 PM

Warzone Firefight Comes to Halo 5: Guardians on June 29 - Xbox Wire

http://news.xbox.com/2016/06/23/warzone-firefight-comes-halo-5-guardians-june-29/

87 captures
24 Jun 2016 - 17 Dec 2024

MAR **APR** JUN
▲
**26**
▼
2016 **2017 2018**

Go

TRANSLATE WITH **b** bing

## Xbox Wire

# Warzone Firefight Comes to Halo 5: Guardians on June 29

By Xbox Wire Staff posted on June 23, 2016 at 9:15 am



## Related Stories

Since the launch of *Halo 5: Guardians* last October, fans have had a steady stream of free new maps, game modes, armors, weapon skins and additional customization options to look forward to each month. The **eighth** and latest free content release, **Warzone Firefight** – named after the eponymous new mode – is the biggest expansion to *Halo 5: Guardians* yet and will arrive next Wednesday on June 29!

https://web.archive.org/web/20170426200416/http://news.xbox.com/2016/06/23/warzone-firefight-comes-halo-5-guardians-june-29/

1/4

2/25, 7:19 PM

Warzone Firefight Comes to Halo 5: Guardians on June 29 - Xbox Wire

87 captures
24 Jun 2016 - 17 Dec 2024

MAR APR JUN
2016 **26** 2018
**2017**

Hog Wild REQ Drop Available Today in Halo 5:
Guardians Full story...

Memories of Reach Available Today in Halo 5:
Guardians Full story...

To celebrate the release of Warzone Firefight next week, the full game of Halo 5: Guardians will be available to download and play FOR FREE to all Xbox Live Gold members from June 29 to July

The Halo 5: Guardians Warzone Firefight
Available Now. Full story...

for 50 percent off during this same time. There's no better time to join the Spartan ranks!

The Warzone Firefight content release is packed to the brim with all sorts of Halo goodness and here's the full rundown of what's coming in the Warzone Firefight content release:

- **New Game Mode – Warzone Firefight:** Warzone Firefight is, by far, the biggest content release since the launch of *Halo 5: Guardians!* As a result of the beta in April, 343 Industries has taken player feedback to improve the game mode for launch, such as increasing the difficulty each round and adding brand new bosses and vehicles – including the hilarious (and deadly) Grunt Goblin boss and the powerful UNSC VTOL, AV-49 Wasp, deployable as a REQ vehicle in all Warzone modes and available to use in Forge. Check out Polygon and IGN to get a sneak peek at both of these new additions to *Halo 5: Guardians.*

- **New Campaign Feature – Score Attack:** As detailed on Halo Waypoint, the Warzone Firefight content release will include a new way to play *Halo 5: Guardians*' campaign – Score Attack! Campaign scoring makes a return to *Halo 5: Guardians*, enabling players to compete against their friends for points and medals in online co-op play or solo. Remember – in Score Attack, the points *do* matter so be sure to defeat enemies with style and flourish!

- **New Maps – Attack on Sanctum, Prospect and Molten:** The free Warzone Firefight release brings three new maps across multiple game modes: Attack on Sanctum, Prospect and Molten. In the Attack on Sanctum map for Warzone, revisit the Covenant homeworld of Sanghelios, or take it to the rocky roads of Prospect for Warzone Assault. For Arena players, Molten will be a hot new Arena map – be sure not to fall into the stream of lava!

- **New Forge Canvas – Tidal:** Since the release of a new super-charged Forge mode for *Halo 5: Guardians* in December, Forgers have been hard at work creating some of the most unique, creative and innovative maps ever seen in Halo. The Warzone Firefight release brings a fan-requested canvas, the ocean-themed Tidal. No longer will players have to struggle to find water to Forge on – it's literally everywhere on Tidal!

- **New REQs Items:** Warzone Firefight adds several new REQ items, including the Cinder and Cyclops armor sets, Covenant vehicle and weapon variants, HCS Pro League weapon skins and additional customization sets.

There will be more surprises to come as we approach next week – be sure to tune-in to the Warzone Firefight pre-release livestream on June 28 starting at 2p.m. PT via Twitch.tv/Halo and stay tuned to Halo Waypoint and Xbox Wire!

**102**

2/4



Warzone Firefight Comes to Halo 5: Guardians on June 29 - Xbox Wire

2/2/25, 7:19 PM

87 captures
24 Jun 2016 - 17 Dec 2024

https://web.archive.org/web/20170426200416/http://news.xbox.com/2016/06/23/warzone-firefight-comes-halo-5-guardians-june-29/

4/4

Warzone Firefight Comes to Halo 5: Guardians on June 29 - Xbox Wire

NEXT ARTICLE

Agents of Mayhem Brings Madness from the Creators of Saints Row



Media Assets Support Photosensitive Seizure Warning Privacy & Cookies Terms of Use Code of Conduct RSS

Major Nelson

2/2/25, 7:19 PM

87 captures
24 Jun 2016 - 17 Dec 2024

**104**



INTERNET ARCHIVE
WaybackMachine
https://blog.us.playstation.com/2017/09/26/first-person-spaceship-shooter-eve-valkyrie-warzone-launches-today-on-ps4/   Go
9 captures
30 Sep 2017 - 12 Nov 2020

AUG SEP NOV
30
2016 2017 2019

About this capture

PlayStation.Blog

PlayStation.com

☰

Join Now    Login

PlayStation Store
PS Plus
PS Video
PS Music
PS Now
PS Vue

Follow PlayStation:

Subscribe



Knack 2

SEP 2

4.00

9 | 1

# First-Person Spaceship Shooter EVE: Valkyrie – Warzone Launches Today on PS4

*New game, new price, new reality. Play the expanded and upgraded title with or without PS VR.*

Posted by Andrew Willans Lead Game Designer, CCP Games

News incoming, pilots! The time has come for even more of you to gear up, lock on and join in our ultimate first-person spaceship shooter. We here at the CCP Newcastle studio are thrilled to announce that **EVE: Valkyrie – Warzone** is available today, meaning that intense cross-reality space dogfighting is happening right now! Fearsome and distinctive spaceships, fresh and fearless new pilots — we reckon that's going to be an amazing combo and we can't wait to see you in action.

## Launch into the Warzone

https://web.archive.org/web/20170930170431/https://blog.us.playstation.com/2017/09/26/first-person-spaceship-shooter-eve-valkyrie-warzone-launches-today-on-ps4/

2/6/25, 5:31 PM

First-Person Spaceship Shooter EVE: Valkyrie – Warzone Launches Today on PS4 – PlayStation.Blog

1/6

First-Person Spaceship Shooter EVE: Valkyrie – Warzone Launches Today on PS4 – PlayStation.Blog

INTERNET ARCHIVE
WayBackMachine

9 captures
30-Sep-2017 - 12 Nov 2020

AUG SEP NOV
◀ 30 ▲
2016 2017 2019

About this capture

EVE: Valkyrie was born in virtual reality and is now reborn for everyone. Originally, Valkyrie required to access the game with VR equipment only, but the new Warzone expansion opens up the world of the Valkyrie to all PlayStation 4 and PC players, with no VR requirement.

For those who are new to EVE: Valkyrie, purchasing EVE: Valkyrie – Warzone includes all the content that has already been created and released over the past 18 months. This includes all five of the EVE: Valkyrie updates (Carrier Assault, Joint Strike, Gatecrash, Wormholes and Groundrush) and of course, the Warzone expansion.



This puts the impressive new roster of next-generation ships, the variety of exciting maps, and multiple game modes firmly in the grasp of all veteran and prospective spaceship combat enthusiasts!

With the introduction of Warzone, it's a great time for all pilots to get involved. For those of you who are new to Valkyrie, you'd better suit up and get some hours in darting between the frozen asteroids and navigating treacherous subterranean tunnels. Life in New Eden rarely stands still.

## Next free update already in development

As if all of that wasn't enough to whet a space pirate's appetite, we are already hard at work creating more amazing features. We want to continue providing fresh, high-quality content for EVE: Valkyrie regularly, and that means the Warzone expansion is us just getting started.

**106**



2/6/25, 5:31 PM

First-Person Spaceship Shooter EVE: Valkyrie – Warzone Launches Today on PS4 – PlayStation.Blog

9 captures
30 Sep 2017 - 12 Nov 2020

including Custom Matches which will allow you to set up your own game lobbies and private rooms, picking from a range of options to create your very own Warzones!

No game update would be complete without a new battleground to compete in, and we've got an incredible new map in development right now. This new location in the New Eden universe will once again push our unique space combat gameplay in some new and interesting directions. We'll have more to share on that soon.



## Spaceship DNA

At CCP Games, we have been creating and bringing spaceships of all shapes and sizes to life for 15 years. Everything from Drones, Carriers and mining Frigates to Battleships, Dreadnaughts and Titans, we've built it all! Designing awesome-looking space vessels along with all the weaponry, modifications and technological features that excite and inspire players is in our DNA.

We take pride in constantly improving how we imbue our creations with diversity, unique roles, purpose and identity. We believe that this experience and expertise will be evident in the lovingly-crafted, battle-tested spaceships that the Warzone expansion provides.

**107**

INTERNET ARCHIVE
WayBackMachine

9 captures
30 Sep 2017 - 12 Nov 2020

AUG SEP NOV
30
2016 2017 2019

About this capture

2/6/25, 5:31 PM

First-Person Spaceship Shooter EVE: Valkyrie – Warzone Launches Today on PS4 – PlayStation.Blog

If you want to fly these ships in online competitive multiplayer, and do battle across the gritty-but-customized arenas of EVE: Valkyrie, then you can be sure you've come to the right place.

Welcome to the Warzone, pilots. We look forward to seeing you out there in your shiny new customized ships, demonstrating your hard-earned skills. Lock and load!

| ccp games | eve: valkyrie | eve: valkyrie warzone | PlayStation 4 | playstation games |



**rd-kryten** said:
September 26th, 7:37 am

If I buy Warzone will I have access to the VR component or is that a separate purchase?

**EllaClarke** said:
September 27th, 12:05 pm

I just got paid $6784 working off my laptop this month. And if you think that's cool, my divorced friend has twin toddlers and made over $9k her first month. It feels so good making so much money when other people have to work for so much less. This is what I do…. www.Jobzon3.com

Log in to Reply

**Andrew Willans** said:
September 26th, 7:45 am

You will have access to both the VR and Non-VR versions of the game when either purchasing EVE: Valkyrie – Warzone, or when updating from your existing version of EVE: Valkyrie (if already owned).

Hope that helps & see you in the Warzone :)

Log in to Reply



**drd7of14** said:
September 26th, 7:55 am

Log in to Reply

**Add Your Own**

108

2/6/25, 5:31 PM

First-Person Spaceship Shooter EVE: Valkyrie – Warzone Launches Today on PS4 – PlayStation.Blog

9 captures
30 Sep 2017 - 12 Nov 2020

AUG **SEP** NOV
**30**
2016 **2017** 2019
About this capture



**Andrew Willans** said:
September 26th, 8:03 am

Cheers! : ) including all our "non-VR buddies" was a real incentive for developing the Warzone expansion. We've always prided ourselves on delivering a truly cross-platform game that's inclusive of as many people as possible.

Fly together, Fight together… as we Valkyrie say.

**CodeSe7en** said:
September 26th, 9:16 am

I don't see it on the PS Store today… Are you sure it was today?



**drd7of14** said:
September 26th, 10:03 am

The PS Store was still updating at the time that of this article's posting.

Warzone is now available for download, but it's essentially a re-launch/rebrand of the main game. If you had Eve: Valkyrie, it automatically became Eve: Valkyrie: Warzone. Not sure if it patches right into the main game or has to be downloaded again though.

But yeah, I'll just post the link in a comment below in case you can't find it still.

**CodeSe7en** said:
September 26th, 12:38 pm

I think I've found it now. It's both the VR game and the non-VR game in the same $30 purchase? Also, is this game multi-player only?

Thank you.





**TheLoCoRaven** said:

Log in to Reply

**109**

https://web.archive.org/web/20170930170431/https://blog.us.playstation.com/2017/09/26/first-person-spaceship-shooter-eve-valkyrie-warzone-launches-today-on-ps4/

5/6

First-Person Spaceship Shooter EVE: Valkyrie – Warzone Launches Today on PS4 – PlayStation.Blog

2/6/25, 5:31 PM

INTERNET ARCHIVE
WayBackMachine

9 captures
30 Sep 2017 - 12 Nov 2020

AUG | SEP | NOV
2016 | 30 | ▲
        2017 | 2019

About this capture

September 29th, 9:32 pm

Log in to Reply

**Hakumen** said:

September 29th, 9:35 pm

Does this game have any offline and/or single player modes?

## ◆ Leave a Comment

You must be logged in with your PLAYSTATION®NETWORK account to post a comment. If you do not have PLAYSTATION®NETWORK account, you may register here (link opens in a new window).







It's been a big summer for PS VR. Check out Tiny Trax, Superhot VR, Arizona Sunshine and more.

Experience the time-honored classic in completely revamped 3D February 15. Pre-order today!

The new lineup hits September 5 with inFamous: Second Son, Strike Vector Ex, and more.

Stunningly beautiful, The Lost Legacy is out now - only on PS4.

Sony Interactive Entertainment

© 2017 Sony Interactive Entertainment LLC

**COMMUNITY**

Forums   About SIE   Careers   Network Status   Get Help

**CORPORATE**

RSS Feeds   PlayStation Docs   Terms of Use   Privacy Policy   Product Manuals   Warranty Information

**SUPPORT**

PlayStation.com · Terms of Use · Privacy Policy · Comment Policy · PlayStation.Blog is Powered by WordPress



The Wayback Machine - https://web.archive.org/web/20171022174724/http://store.steampowered.com:80/app/712230/WARZONE/

Install Steam login | language

STEAM

STORE COMMUNITY ABOUT SUPPORT

Your Store Games Software Hardware Videos News search the store

All Games > Strategy Games > WARZONE

# WARZONE

Community Hub

WARZONE is a tactical turn-based war game which requires a chess level of logical thinking and which provides an entertainment comparable to that of a tank shooter.

ALL REVIEWS: 1 user reviews

RELEASE DATE: Oct 17, 2017

DEVELOPER: KEA Games

PUBLISHER: KEA Games

Popular user-defined tags for this product:

Strategy Massively Multiplayer Indie +

Sign in to add this item to your wishlist, follow it, or mark it as not interested

## Buy WARZONE

SPECIAL PROMOTION! Offer ends in 47:12:41

-10% ~~$9.99~~ $8.99 Add to Cart

Is this game relevant to you?

Sign in to see reasons why you may or may not like this based on your games, friends, and curators you follow.

Sign in or Open in Steam

- Single-player
- Multi-player
- Online Multi-Player
- Shared/Split Screen

Languages:

| | Interface | Full Audio | Subtitles |
|---|---|---|---|
| English | ✓ | | |
| Russian | ✓ | | |

## ABOUT THIS GAME

WARZONE is a tactical turn-based war game. Warfare actions are deployed in Middle East landscape on a battlefield of a several square kilometers, on opposite sides of which two rival armies have their strongholds. You may command units of different military branches including armoured personnel carriers, tanks, helicopters, multiple rocket launchers and surface-to-air missile launchers and also a special task force unit. Each military unit has some specific advantages and weaknesses. The challenge for you is to learn them and use them to maximum effect! The game, like chess, provides for all kinds of combinations of cooperation among warfare units and use of landscape features. Be inventive and cunning but watchful at the same time and cautious to avoid ambush prepared by your opponent!

Your task is to get a tactical advantage before your opponent, to punch a hole in his/her defense, to capture and hold key areas – ravines, airdromes, roads, to group forces in zones of penetration, to ensure the powerful fire support which will result in devastating your opponent's machines or capturing your opponent's base. After you have assessed the situation on the tactical map and made your move, you get into the battlefield on which you

111

2/2/25, 9:15 PM                                          1/40% of WARZONE on Steam

directly command the machines chosen by you and fire from any available weapon units to eliminate your enemy by missiles, cannons and detonation of the enemy own ammunition supply.

Play with your friends and random opponents through Internet, at your home with your parents and relatives via the function which allows you to play on one PC, learn and train yourself by fighting with artificial intellect opponents. Improve your logical thinking and tactical skills, be the best WARZONE war strategist!

WARZONE is an attempt to create a game which requires logical thinking of a chess level and which gives you an entertainment comparable to that of a tank shooter! The game is on the very initial stage of development, that is why your feedback and comments may significantly change and improve the game!

Title: WARZONE
Genre: **Indie**, **Massively Multiplayer**, **Strategy**
Developer: **KEA Games**
Publisher: **KEA Games**
Release Date: Oct 17, 2017

View the manual ↗
View update history
Read related news
View discussions
Find Community Groups

Share | Embed | 🚩

## SYSTEM REQUIREMENTS

**MINIMUM:**

OS:   Windows XP SP3 or better
Processor:   2.4 GHz Dual core
Memory:   4 GB RAM
Graphics:   NVIDIA GT 450 1GB / ATI HD 7770 1GB or better
DirectX:   Version 9.0c
Network:   Broadband Internet connection
Storage:   2 GB available space

## MORE LIKE THIS

See all



Town of Salem
$4.99

Foxhole
$19.99

Puzzle Pirates: Dark Seas
Free To Play

◀                                      ▶

## CUSTOMER REVIEWS

LEARN MORE

Overall Reviews:
**1 user reviews** 🛈

Recent Reviews:

REVIEW TYPE ▼ | PURCHASE TYPE ▼ | LANGUAGE ▼ | DATE RANGE ▼ | DISPLAY AS:  Summary ▼                     Show graph ▼

Filters ☒ ☒ ☒

Showing **0** reviews that match the filters above

There are no more reviews that match the filters set above

Adjust the filters above to see other reviews

**112**

Loading reviews...

113

ABOUT STEAM    ABOUT VALVE    HELP    NEWS FEEDS

**VALVE**    © 2017 Valve Corporation. All rights reserved. All trademarks are property of their respective owners in the US and other countries.
VAT included in all prices where applicable. Privacy Policy  |  Legal  |  Steam Subscriber Agreement  |  Refunds

About Valve  |  Steamworks  |  Jobs  |  Steam Distribution  |  Gift Cards  |  Steam  |  @steam_games

114



INTERNET ARCHIVE WaybackMachine https://www.y8.com/games/warzone_mercenaries Go
247 captures
21 Sep 2017 - 25 Dec 2024
SEP OCT DEC 28 2016 2017 2019 About this capture

## Warzone Mercenaries

Added on 18 sep 2017 Played 259,619 times

GAME CONTROLS:
Move | Look | L Mouse lock | SPACE Shoot | SHIFT Zoom
R Reload | E Enter vehicle | Z Previous outfit skin | C Next outfit skin

Add to your favorites | Download | Share 113

DID YOU LIKE THIS GAME? Yes No 95.58%

### GAME DESCRIPTION

As a brave soldier, you must prove it by joining a war. They captured our base and we must clear it. Kill all enemies loitering around and be a smart soldier. You can use tank to deal massive damage to them.

### COMMENTS 490

Please register or login to post a comment Post

**jonaylopeta** 3 years ago
me ha encantado

**Doomfury21** 3 years ago
the 3rd level is hard

**heherobrine** 3 years ago
kkroto yo quiero ser tu amigo

**aaa** 3 years ago
all my troops ar at max

**ArthurTimothysatriginting112907** 3 years ago
All my troops are max level, im pro

**cochito** 3 years ago
ya lo pasey esta muy bueno el juego,les recomiendo que lo jueguen

**AmokCrafter7364** 3 years ago
Replying to PhantomBonnie: and the humvees to

**jude** 3 years ago
good game

**juanmanuel** 3 years ago
es muy bueno

**Hans_Schulz16** 3 years ago
pregunto, acaso soy la unica que se a pasado algun nivel con el nivel de salud criticco

**PhantomBonnie** 3 years ago
"...be a smart soldier. You can use tank to deal massive damage to them." Big brain time. Also, you forgot the APCs and IFVs.

**roblox** 3 years ago
esta juego gta 5

**dfg** 3 years ago
ცოტა ადვილიაა!?

**zerophyx** 3 years ago
COOL I LIKE IT AND I COMPLETE THE GAME

**SCP_Guard545** 3 years ago
Noice Good

**J-lan** 3 years ago
i like so much

**kevin77** 2 years ago
me gusta el sniper

**EL_PRO_MAX** 2 years ago
ME GUSTO EL FRANCO

TAGS
1 player | War | Tank | Free | IDnet | IDnet save
All IDnet games with highsc

ACHIEVEMENTS
Add this game to your web p
Toggle embed code panel.



INTERNET ARCHIVE Wayback Machine
247 captures
21 Sep 2017 - 25 Dec 2024
SEP OCT DEC
28
2016 2017 2019
About this capture

Hans_Schulz16 2 years ago

Hans_Schulz16 2 years ago
nice Game

kashan 2 years ago
BEST GAME VOOR EVER

GRAYSTILLPLAYS 2 years ago
i have been playing this game for about a year now but i keep going back to past levels

Bonk 2 years ago
All my soldiers are Max Level

AmokCrafter7364 2 years ago
i wish they added an M16 to this game it is my favorite gun

jose 2 years ago
i Love play

First Previous 1 2 3 4 5 6 7 8 Next Last

RELATED GAMES

**Apocalypse**
Rating: 91% 61,390 plays

**Tanki Online**
Rating: 92% 8,899,888 plays

**Shadowhawks Squadron**
Rating: 83% 51,110 plays

**Stealth Prowler**
Rating: 85% 1,652,393 plays

**Superfighters**
Rating: 93% 44,714,416 plays

**Armored Warfare 1917**
Rating: 90% 830,622 plays

**Dead Paradise 3**
Rating: 87% 174,921 plays

**Crime City 3D**
Rating: 90% 8,650,308 plays

**Raiden X**
Rating: 86% 211,824 plays

**Crime City 3D 2**
Rating: 90% 5,308,187 plays

**Dracojan Skies Acolyte...**
Rating: 85% 284,175 plays

**Total Tankage**
Rating: 86% 4,216,518 plays

**Starfire**
Rating: 83% 180,160 plays

**War of Metal**
Rating: 83% 2,009,743 plays

**Project Eddie**
Rating: 81% 76,359 plays

**Tanks Battlefield**
Rating: 78% 47,319 plays

**Time Fighter**
Rating: 79% 119,519 plays

**Big-Battle Tanks**
Rating: 87% 3,861,276 plays

Contact Form Submit A Game Or Animation Games For Your Website Terms Of Use Privacy Policy

2/2/25, 6:45 PM
Case 2:21-cv-03073-FLA-JC
Document 114
Filed 02/14/25
Page 118 of 219
Page ID #:3077
Warzone – The Game | Mobile RTS evolved

http://warzone-thegame.com/                                     Go

95 captures
22 Apr 2017 – 14 Jan 2025

SEP OCT FEB
◀ 14 ▶
2016 2017 2018   About this capture



Warzone is set in a near future and delivers head-to-head realtime strategy battles in short sessions. General vs. General, Tank vs. Tank, Artillery vs. Artillery and Troops vs. Troops fighting over bases on arena-style maps while clans fight over territories and resources. The gameplay of Warzone is based on easy controls which play to the strengths of the platform, providing a satisfying experience to the player regardless of their skill or experience following the philosophy easy to learn, hard to master.

Subscribe here for early access

Find and share on the web

117



      IMPRINT    PRIVACY POLICY    TERMS OF SERVICE    @2016 Stratosphere Games GmbH

**118**

The Wayback Machine - https://web.archive.org/web/20180121172344/https://play.google.com/store/apps/details?id=com.StratosphereGames.Warzone

Apps

Categories | Home | Top c | ases

My apps
Shop

Games
Family
Editors' Choice

# Warzone: Clash of Generals

**Stratosphere Games GmbH** - 11 January 2018 - Everyone 10+
**Strategy**

Install | Add to wishlist

Offers in-app purchases

★★★★½ (264)

Account
Redeem
Buy gift card
My wishlist
My Play activity
Parent guide

Warzone: Clash of Generals- screenshot thumbnail | Warzone: Clash of Generals- screenshot thumbnail | Warzone: Clash of

## Description

When city states fight each other over precious resources, they need war heroes to lead their armies of tanks, mechs and robots to battle.

You are one of those heroes.

Take command of a futuristic military power and wage real time strategy (RTS) battles against other players online in pvp action, and join your clan's struggle to conquer territory and gain power.

Features:
· Play online PvP RTS matches with players from all around the world
· Conquer territories from powerful AI opponents in an exciting single player campaign
· Collect, upgrade and command an army of tanks, mechs, airships, artillery and drones
· Choose one of seven war heroes and generals, each adding a special power and a unique super unit to your war party
· Use winning combinations and strategies to surprise and overpower your opponents in PvP
· Enjoy three different game modes: Conquest, Siege and Domination. Each requires command of different tactics, strategic thinking and creative use of units and heroes
· Conquer your way in the rankings and global player leaderboard
· Enjoy cutting-edge 3D graphics and visual effects
· Form or join a clan with your friends and then command armies in clan wars of conquest against others
· Build up your clan's city with production buildings and robotic defenses

Download Warzone: Clash Of Generals now for free to take part in the next generation of mobile RTS and social strategy gaming.

Support:
Do you have issues? Please send an Email to support@stratosphere-games.com.

Privacy Policy:
http://warzone-thegame.com/privacy-policy/

Terms of Service:
http://warzone-thegame.com/terms-of-service/

## Reviews





**Shadra Hamblin**  ★ ★ ★ ★ ★

*tipical gamer make more games and make a game of my little pony plea.se*

★ ★ ★ ★ ★
*THIS GAME IS AWESOME*

## What's New

Version 1.1.8 - The Sniper's Bullet
· Added a deadly, new unit: The Ghost - Outfitted with a camouflage-cloak these soldiers take their time to deliver the one shot that counts
· Removed Christmas themed content
· Added 2 new maps for Siege and Domination game modes
· Much more!

## Additional information

**120**

ATV007967

**Updated**
11 January 2018

**Installs**
50,000 - 100,000

**Current Version**
1.1.8

**Requires Android**
4.0.3 and up

**Content Rating**
Everyone 10+
Fantasy violence
Learn more

**Interactive Elements**
Users interact, Digital
purchases

**In-app Products**
$2.99 - $99.99 per item

**Permissions**
View details

**Report**
Flag as Inappropriate

**Offered By**
Stratosphere Games
GmbH

**Developer**
Visit website
Email
kristian@stratosphere-
games.com
Privacy Policy
Gormannstr. 14
10119 Berlin

## Similar



**Conspiracy**
Badfrog
★★★★☆  FREE



**Tower defense-D...**
GCenter
★★★★★  FREE



**Griblers - turn ba...**
Grumpy Games
★★★★☆  FREE



**UniWar**
Spooky House Studios
★★★★☆  FREE

©2018 Google    Site Terms of Service  Privacy  Developers  Artists  About Google
By purchasing this item, you are transacting with Google Payments and agreeing to the Google Payments Terms of service and Privacy
Notice.

**121**



Install Steam login | language

STEAM STORE COMMUNITY ABOUT SUPPORT

Your Store Games Software Hardware News search the store

All Games > Early Access Games > Warzone VR

# Warzone VR

Community Hub

Warzone VR is a cross-platform multiplayer virtual reality shooter. Player progression, customization, squad vehicles, large battlefields and dedicated servers.

ALL REVIEWS: Mostly Negative (21)

RELEASE DATE: 25 Jan, 2019

DEVELOPER: Sinn Studio Inc.
PUBLISHER: Sinn Studio Inc.

Popular user-defined tags for this product:
Early Access Violent Action Early Access VR +

Sign in to add this item to your wishlist, follow it, or mark it as not interested

## Early Access Game

Get instant access and start playing; get involved with this game as it develops.

Note: This Early Access game is not complete and may or may not change further. If you are not excited to play this game in its current state, then you should wait to see if the game progresses further in development. Learn more

WHAT THE DEVELOPERS HAVE TO SAY:

*Why Early Access?*
*“We believe that through first-hand experience, players can give us the valuable feedback we need to develop the best game that we can. Come in and break things! We want to fix them. We communicate with our community as much as we can and the interactions we have with everyone in-game are hard to beat.”*

READ MORE

Notice: Requires a virtual reality headset. See the VR Support section for more info.

## Buy Warzone VR

NZ$ 12.39 Add to Cart

Is this game relevant to you?

Sign in to see reasons why you may or may not like this based on your games, friends, and curators you follow.

Sign in or Open in Steam

- Online Multi-Player
- Cross-Platform Multiplayer
- Profile Features Limited

Requires 3rd-Party Account: GameSparks

VR Support

Headsets

- HTC Vive
- Oculus Rift
- Windows Mixed Reality

**RECENT UPDATES**    View all (17)

**26 MARCH**

## EA Patch 0.0.1.7

Bots now have firing spread to make them more fair against players.
Bots can now hear players' footsteps (but only if standing. Crouching / Proning will not produce loud enough steps for them to hear) at a distance of 12.5 meters.
UI bug fixes.
*Note: using the 'Open' or 'Spatial' VOIP settings*

READ MORE                    3 comments

**25 MARCH**

## EA Patch 0.0.1.6

Bots (in Beta mode, under GameMode in 'Create Server') improved greatly! Most bugs related to the AI system have been resolved. However, the bots may be "too good" at the moment. We're introducing a few more features before pulling them out of the Beta mode. One example is a spray radius to reduce their accuracy as well as additional cooldowns and

READ MORE                    4 comments

Report bugs and leave feedback for this game on the discussion boards          See all discussions

## ABOUT THIS GAME

Warzone VR is a cross-platform multiplayer virtual reality shooter. Group up with other players and enter a battlefield where real players take part in a massive struggle for dominance. With dedicated servers to support a smooth and competitive experience, Warzone VR was developed from the ground up with cross-platform in mind.



**FEATURES:**

- Progression System
- Character Customization
- In-game Shop & Load-Out Customization
- Positional, Team and Open VOIP options (server global)
- Interactive Squad Vehicles
- Competitive Play
- Roadmap / Currently in Development: https://trello.com/sinnstudio



READ MORE

### Sidebar

**Input**

🖊 Tracked Motion Controllers

Play Area

🧍 Standing

🧍 Room-Scale

Languages:

|  | Interface | Full Audio | Subtitles |
|---|---|---|---|
| English | ✓ |  |  |

Title: Warzone VR
Genre: Action, Early Access
Developer: Sinn Studio Inc.
Publisher: Sinn Studio Inc.
Release Date: 25 Jan, 2019

View update history
Read related news
View discussions
Find Community Groups

Share    Embed    🏳

**123**



## MATURE CONTENT DESCRIPTION

The developers describe the content like this:

*Warzone VR features excessive war violence in a realistic setting and is not suitable for all ages.*

## SYSTEM REQUIREMENTS

**MINIMUM:**

OS: **10**

Processor: **i5-4590 Equivalent or Greater**

Memory: **8 GB RAM**

Graphics: **NVIDIA GTX 970 Equivalent or Greater**

DirectX: **Version 12**

Network: **Broadband Internet connection**

Storage: **3 GB available space**

Sinn Studio Inc. © 2017-2019. All Rights Reserved.

## MORE LIKE THIS

See all

**Onward**
NZ$ 29.99

**Blade and Sorcery**
NZ$ 24.79

**Pavlov VR**
NZ$ 11.99

## CUSTOMER REVIEWS

| Overall Reviews: | Recent Reviews: |
|---|---|
| **Mostly Negative** (21 reviews) | |

REVIEW TYPE ▼    PURCHASE TYPE ▼    LANGUAGE ▼    DATE RANGE ▼    DISPLAY AS: Summary ▼    REVIEW BETA NEW! ▼    Show graph ⌄

Filters    Review Helpfulness Beta Enabled

There are no more reviews that match the filters set above

Adjust the filters above to see other reviews

**124**

Loading reviews...

ABOUT STEAM    ABOUT VALVE    HELP    NEWS FEEDS

**VALVE**  © 2019 Valve Corporation. All rights reserved. All trademarks are property of their respective owners in the US and other countries.    STEAM
VAT included in all prices where applicable.    Privacy Policy    |    Legal    |    Steam Subscriber Agreement    |    Refunds

About Valve    |    Steamworks    |    Jobs    |    Steam Distribution    |    Gift Cards    |    ✕ Steam    |    ✕ @steam_games

**126**

The Wayback Machine - https://web.archive.org/web/20140105083631/http://www.warzonegame.com/



- [Game](#)
- [World](#)
  - Factions
    - [Bauhaus](#)
    - [Brotherhood](#)
    - [Capitol](#)
    - [Cybertronic](#)
    - [Dark legion](#)
    - [Mishima](#)
    - [Imperial](#)
- [Gallery](#)
- [Rules](#)
- 
- [Forums](#)
- [Shop](#)
- [Contact](#)

E-mail Address

NEWSLETTER SIGNUP  Save



WARZONE RULEBOOK

**127**

ATV007983





convention

https://web.archive.org/web/20140105083631/http://www.warzonegame.com/

ATV007984



Login | Register
Your basket



Number of products:

Value: 0.00 GBP

- -

**129**

Produced in Native Format

**130**

ATV007986



The Wayback Machine - https://web.archive.org/web/19990125104404/http://www.warzone.com:80/

GAMES.NET

WarZone Online Gaming Magazine

title.jpg (9569 bytes) Sun Jan 24 10:54:10 1999

sendnews.jpg (6956 bytes)

**Win a New PC From GamePC and WarZone!**

Win a New PC from GamePC!

Enter and win a chance at $2500 worth of credit at GamePC--courtesy of GamePC and your friends here at WarZone. Build your own rig! Follow this link for all of the information that you need. Good luck!

**WarZone Spotlight Review: Wicked3D Vengeance**

Wicked3D Vengeance Review

Looking for a low cost 2D/3D card? Metabyte's *Wicked 3D Vengeance* might be just what you need.

*"The Vengeance offers 128-bit 2D acceleration that provides incredible speed for anything from 2D games, to web browsing, to presentations and graphics."*

Other Recent Reviews: Chaos Gate; Quest for Glory V; Railroad Tycoon 2; Thief: The Dark Project; Blood 2;

**WarZone Spotlight Preview: Giants**

Giants Preview

Planet Moon Studios is hard at work on their first game: *Giants*. From the creators of *MDK* comes this truly unique looking title. Take a look as Michael Pasia gives us the lowdown.

*"Giants is a very unique game. It is a game that cannot be herded into one single category, mainly because it draws upon the qualities from several genres."*

Other Recent Previews: Titans Sphere; Close Combat III; PGA '99; North vs. South; Ancient Conquest;

**WarZone Feature: The Year in MPOGS**

The Year in MPOGS

Cybrid takes a look back at the year it was in Multiplayer Gaming.

*"This was the year that gave us FireTeam, Tribes and the beginnings of EverQuest"*

Other Recent Features: The Year in Sports; Inside HEAT.NET; FireTeam Interview; A Brief History of SubSpace;

Back to Main

**Channels**
- ActionZone
- AdventureZone
- HardwareZone
- RPGZone
- SimZone
- SportsZone
- StrategyZone

**WarZones**
- BetaZone
- DemoZone
- NetworkZone
- PatchZone
- Screen Shots
- TipZone

**Articles**
- Reader Rants
- Warzone Focus
- Article Archives

**Network**
- Annihilated
- Brainscan
- Crossroads
- EGN
- FreeForm Int
- Fortress Times
- Half Life Times
- Harmless Games
- InfantryZone
- Line of Fire
- Lith Times
- Pandemic Times
- Project9
- Quake Times
- Remote Review
- Starcraft TB
- Starcraft Inf
- Starcraft.org
- Tamec
- VoodooExtreme
- WarFinger

**Advertising**
- Advertising Info

right-curve.jpg (2998 bytes)

headlines.jpg (5973 bytes)

- **Full News**
- TeamFortress Outhouse Returns
- Some Falcon 4.0 Screens
- Games Central Opens
- REMINDER: GamePC Contest Continues!
- Commandos: Beyond the Call of Duty Demo
- New Quake III Site Opens
- Heavy Gear Title Movie Today
- Wargamer Tank Chat Details
- Planescape: Torment Website
- Middle Earth Release Confusion

features.jpg (5973 bytes)

The 1998 WarZone Awards Are Coming February 1st

**WarZone Editorials:**
Cyb's Soapbox
Tuk's World

comingsoon.jpg (7449 bytes)

- Cable Modems
- Shogun Feature
- Messiah Preview
- Pinky and the Brain
- YDKJ: The Ride

about.jpg (6474 bytes)

- Staff
- .plans
- Contact

Download EGN today!

WarZone Gaming

132



**WarZone Editorial: Tuk's World**



Tuk's World is a nice place, but I sure wouldn't want to live there. In this first installment, Tuk tackles the very popular issue of violence in the computer industry.

---

**Feature Download: Commandos Beyond the Call of Duty**

Check out one of the eight missions in this add-on pack for *Commandos: Behind Enemy Lines*

**Other Recent Demos:**
Close Combat III; NBA Live 99;
Resident Evil 2; Alpha Centauri;
Links LS '99;

Copyright © 1998, WarZone.Com - All Rights Reserved
These Pages are Owned and Operated by the WarZone Gaming Network

**133**

# EXHIBIT 2



Google Play Search

Apps | Categories | Home | Top charts | New releases

My apps
Shop

Games
Kids
Editors' Choice

Account
Payment methods
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide

# Anomaly Warzone Earth HD

**11 bit studios** **Strategy** ★★★★☆ 3,254

**Everyone**

Add to Wishlist

**$3.99 Buy**

PocketGamer: ""If you're a strategy fan, you need this game"" PLATINUM AWARD!
TouchGen: ""So engaging it's almost impossible to put down"" EDITOR'S CHOICE!
TouchArcade: ""It nails!"" 5/5 STARS! GAME OF THE YEAR RUNNER-UP AWARD!
AppSpy: ""Fantastically intriguing take on reversing the roles in a Tower Defense game"" VERDICT GREAT!
IGN: ""A perfect challenge for any strategist"" NOMINEE FOR BEST MOBILE STRATEGY AWARD!

READ MORE

REVIEWS

Review policy and info

4.3

5
4



REVIEWS

4.3

★ ★ ★ ★ ☆
👤 3,254 total

| 5 | |
| 4 | |
| 3 | |
| 2 | |
| 1 | |

**Anthony Becker**
★ ★ ★ ★ ★ November 12, 2018

This game is hella fun. Just too short! Rewarding missions and juicy mechanics without being too complex.

**Ramy Darwish**
★ ★ ★ ★ ★ July 12, 2019

amazing game , no iap or paywall, just pay and enjoy very good gameplay too

**James Yeang**
★ ★ ★ ★ ☆ March 1, 2021

Can get draggy at times, but it manages to pull thru some nice moments.

**Kranthi Kumar**
★ ☆ ☆ ☆ ☆ November 6, 2019

Update the all anomaly games to support android 10

READ ALL REVIEWS

WHAT'S NEW

1.15 and 1.17- Fixed some incompatibility issues that occured after the last update

----------

# KNOWN ISSUES:

a) 'Half-screen' - usually you just need to restart your phone and/or reinstall the game

b) 2nd downloader - try another time or apply for a refund

READ MORE

ADDITIONAL INFORMATION

| Eligible for Family | Updated | Size |
| --- | --- | --- |

Document title: Anomaly Warzone Earth HD - Apps on Google Play
Capture URL: https://play.google.com/store/apps/details?id=com.elevenbitstudios.AnomalyWarzoneEarthHD&hl=en_US&gl=US
Capture timestamp (UTC): Fri, 17 Dec 2021 18:38:59 GMT
ATV000295



ADDITIONAL INFORMATION

| Eligible for Family Library | Updated | Size |
|---|---|---|
| Learn More | August 8, 2013 | 2.4M |

| Installs | Current Version | Requires Android |
|---|---|---|
| 50,000+ | 1.18 | 2.2 and up |

| Content Rating | Permissions | Report |
|---|---|---|
| Everyone | View details | Flag as inappropriate |
| Mild Fantasy Violence | | |
| Learn more | | |

| Offered By | Developer |
|---|---|
| 11 bit studios | Visit website |
| | support@11bitstudios.com |
| | Privacy Policy |
| | ul. Brzeska 2 03-737 |
| | Warsaw Poland |

More by 11 bit studios

See more

This War of Mine
11 bit studios
★ ★ ★ ★    $13.99

This War of Mine
11 bit studios
★ ★ ★ ★    $2.9(

Similar                                                              See more

Document title: Anomaly Warzone Earth HD - Apps on Google Play
Capture URL: https://play.google.com/store/apps/details?id=com.elevenbitstudios.AnomalyWarzoneEarthHD&hl=en_US&gl=US
Capture timestamp (UTC): Fri, 17 Dec 2021 18:38:59 GMT

ATV000296
Page 3 of 4



11 bit studios

Visit website

support@11bitstudios.com

Privacy Policy

ul. Brzeska 2 03-737

Warsaw Poland

## More by 11 bit studios

See more

This War of Mine
11 bit studios
★ ★ ★ ★ ☆   $13.99

This War of Mine
11 bit studios
★ ★ ★ ★ ☆   $2.99

## Similar

See more

B.D.R.S : Biologica
GalleryHands
★ ★ ★ ★ ★   $3.99

Anomaly Korea
11 bit studios
★ ★ ★ ★ ☆   $3.99

Anomaly Defende
11 bit studios
★ ★ ★ ★ ☆   $4.99

Alien Shooter – La
Sigma Team
★ ★ ★ ★ ★   $4.49

©2021 Google   Site Terms of Service  Privacy  Developers  About Google  | Location: United States  Language: English (United States)
By purchasing this item, you are transacting with Google Payments and agreeing to the Google Payments Terms of Servi and Privacy Notice.

Document title: Anomaly Warzone Earth HD - Apps on Google Play
Capture URL: https://play.google.com/store/apps/details?id=com.elevenbitstudios.AnomalyWarzoneEarthHD&amp;hl=en_US&amp;gl=US
Capture timestamp (UTC): Fri, 17 Dec 2021 18:38:59 GMT



Google Play Search Sign in

Apps Categories Home Top charts New releases

My apps
Shop

Games
Kids
Editors' Choice

Account
Payment methods
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide

# Warzone: Clash of Generals

Stratosphere Games GmbH Strategy ★★★★★ 702

Everyone 10+

Offers in-app purchases

Add to Wishlist Install

When city states fight each other over precious resources, they need war heroes to lead their armies of tanks, mechs and robots to battle.

You are one of those heroes.

Take command of a futuristic military power and wage real time strategy (RTS) battles against other

READ MORE

REVIEWS Review policy and info

4.6
★★★★★
702 total

| | |
|---|---|
| 5 | |
| 4 | |
| 3 | |
| 2 | |
| 1 | |

Chewy
★★★★★ July 19, 2019
18

One of the better tac card games out. You cant get a 5th star bc it is still pretty unbalanced for new players to participate in clan fights. Make the smaller players fight instead of one big

Document title: Warzone: Clash of Generals - Apps on Google Play
Capture URL: https://play.google.com/store/apps/details?id=com.StratosphereGames.Warzone&hl=en_US&gl=US
Capture timestamp (UTC): Wed, 15 Dec 2021 19:34:49 GMT

**Apps** | My apps
Shop
Games
Kids
Editors' Choice

Account
Payment methods
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide

**C**  Chewy
★ ★ ★ ★ · July 19, 2019                                      👍  ⋮

One of the better tac card games out. You cant get a 5th star bc it is still pretty unbalanced for new players to participate in clan fights. Make the smaller players fight instead of one big alliance wall, maybe? thats all i would suggest. Still worth it

Christopher Fernandez
★ ★ ★ ★ ★ March 21, 2019                                     👍  ⋮

Best game I've ever played for strategy. Every match is always a challenge because there are so many possibilities. Warning: Highly addictive.

darklord 1026
★ ★ ★ · July 25, 2020                                         👍  ⋮

This game would be so much better if arena 8 wasn't stupidly annoying with many player who have level advantages and with general striker being stupidly broken with his nuke spam every 10 to 20 mins but it's fun but it has many units that need to get patched asap

Bevalarz
★ ★ ★ ★ ★ December 8, 2021                                    👍  ⋮

Has potential I love futuristic games and specially this type of game reminds me of red alert and command and conquer. Keep working on this game dear devs it going somewhere..

**READ ALL REVIEWS**

**WHAT'S NEW**
Version 1.3.9
Greetings General!

You can now watch an ad to decrease the unlock times of boxes.

Balancing adjustments

**READ MORE**

**ADDITIONAL INFORMATION**

| Updated | Size | Installs |
|---|---|---|
| April 16, 2019 | 100M | 100,000+ |

| Current Version | Requires Android | Content Rating |
|---|---|---|
| 1.3.9 | 4.1 and up | Everyone 10+ |
| | | Fantasy Violence |
| | | Learn more |

| Interactive Elements | In-app Products | Permissions |
|---|---|---|
| Users Interact, Digital Purchases | $3.49 - $114.99 per item | View details |

| Report | Offered By | Developer |
|---|---|---|
| Flag as inappropriate | Stratosphere Games GmbH | Visit website |
| | | kristian@stratosphere-games.com |



**140**

Document title: Warzone: Clash of Generals - Apps on Google Play
Capture URL: https://play.google.com/store/apps/details?id=com.StratosphereGames.Warzone&hl=en_US&gl=US
Capture timestamp (UTC): Wed, 15 Dec 2021 19:34:49 GMT



**My apps**

**Shop**

Games
Kids
Editors' Choice

Account
Payment methods
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide

| Current Version | Requires Android | Content Rating |
|---|---|---|
| 1.3.9 | 4.1 and up | Everyone 10+ |
| | | Fantasy Violence |
| | | Learn more |

| Interactive Elements | In-app Products | Permissions |
|---|---|---|
| Users Interact, Digital Purchases | $3.49 - $114.99 per item | View details |

| Report | Offered By | Developer |
|---|---|---|
| Flag as inappropriate | Stratosphere Games GmbH | Visit website |
| | | kristian@stratosphere-games.com |
| | | Privacy Policy |
| | | Ackerstr. 3 10115 Berlin |

## More by Stratosphere Games GmbH

See more

Idle War Heroes - T
Stratosphere Games
★ ★ ★ ★ ⯪

## Similar

See more

**War of Destiny**
Camel Games Limited
★ ★ ★ ★ ⯪

**Glory of War - Mob**
Meiyou Game
★ ★ ★ ★ ⯪

**Modern Command**
Level Eight AB
★ ★ ★ ★ ⯪

**Warzone Idle**
Warzone.com, LLC
★ ★ ★ ★ ⯪

©2021 Google   Site Terms of Service Privacy Developers About Google | Location: United States Language: English (United States) By purchasing this item, you are transacting with Google Payments and agreeing to the Google Payments Terms of Service and Privacy Notice.

**141**



▶ Google Play    Games    Apps    Movies & TV    Books    Kids

# Army Warzone Action 3D Games

Purple Pillow Games
Contains ads · In-app purchases

| 3.5★ | 10M+ | ⫟ |
|------|------|---|
| 31.8K reviews | Downloads | Teen ⓘ |



Install    ⊰ Share    ⊞ Add to wishlist

⊡ You don't have any devices







App support ⌄

More by Purple Pillow Games →



Flying Car Games Transformers
Purple Pillow Games
3.4★

Super Spider: City Hero Games
Purple Pillow Games
3.8★

War Gun Battle: Strike Fight
Purple Pillow Games

About this game →

142

ATV028452



Google Play Search Sign in

Apps Categories Home Top charts New releases

My apps
Shop

Games
Kids
Editors' Choice

Account
Payment methods
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide

# Army Warzone Action 3D Games

Purple Pillow Games Adventure ★★★★ 32,183

Teen

Contains Ads · Offers in-app purchases

Add to Wishlist

Install

Welcome to the modern terrorist shooting game. You are a well-trained special forces commando and you are equipped with modern weapons. In this game, your mission is to join the army to destroy enemy camps to save your country from terrorism. Are you ready? Be the shooter in every environment! The combat is real and you can be the hero sniper.

You will play as a master soldier in this action fire game. There are games on the play store but we

READ MORE

REVIEWS

Review policy and info

3.6

32,183 total

| Rating | |
|---|---|
| 5 | |
| 4 | |
| 3 | |
| 2 | |
| 1 | |

Dennis Jarvis
★ January 13, 2021
111

Way to many ads. 1 to open. 1 to start. 1 to get things you won. 1 to go to next level. 2 to play the next level. To muck time going through ads. Good game. Too many ads. Did I state

Document title: Army Warzone Action 3D Games - Apps on Google Play
Capture URL: https://play.google.com/store/apps/details?...
Capture timestamp (UTC): Wed, 15 Dec 2021 19:27:54 GMT



**Dennis Jarvis**
★ ☆ ☆ ☆ ☆ January 13, 2021

Way to many ads. 1 to open. 1 to start, 1 to get things you won. 1 to go to next level. 2 to play the next level. To muck time going through ads. Good game. Too many ads. Did I state that already?

**Rick Parker**
★ ★ ★ ★ ☆ August 14, 2020

This is a really good game for a shooting game my only complaint the movement controls. They are very sensitive makes it hard to move in the direction you want to go other than that it's a good game 4 FPS

> **Purple Pillow Games** September 2, 2020
> Dear user you can increase the sensitivity from settings. :) Thank you for the feedback.

**Gene Elmore**
★ ★ ★ ★ ☆ May 3, 2020

Good game but controls are more than a little glitchy. Also, when using autofire, the weapon doesnt stop firing until after the enemy is dead. PLEASE FIX THIS!!!

> **Purple Pillow Games** July 8, 2020
> We are aware of the bug and are working towards fixing it.

**Adam Rafalski**
★ ☆ ☆ ☆ ☆ March 16, 2020

Not at all like the pictures, it was crappy gameplay, everything was expensive, but it had one redeeming quality: the awful gameplay was interupted by the frequent ads. Go suck a brick.

> **Purple Pillow Games** March 18, 2020
> Hello, We are sorry that you do not like the game but we thank you for your feedback. Our future updates will improve the game for you.

**READ ALL REVIEWS**

---

**WHAT'S NEW**

★★★ ANOTHER BIG UPDATE ★★★

√ New Amazing UI

√ Add Team Player Feature

√ Add Talents

√ New Environment

√ 20 New Levels

**READ MORE**

---

**ADDITIONAL INFORMATION**

| Updated | Size | Installs |
|---|---|---|
| November 4, 2020 | 73M | 10,000,000+ |

---

**144**

Document title: Army Warzone Action 3D Games - Apps on Google Play
Capture URL: https://play.google.com/store/apps/details?…
Capture timestamp (UTC): Wed, 15 Dec 2021 19:27:54 GMT



Document title: Army Warzone Action 3D Games - Apps on Google Play
Capture URL: https://play.google.com/store/apps/details?…
Capture timestamp (UTC): Wed, 15 Dec 2021 19:27:54 GMT

ATV000204

**a PageVault**

| | |
|---|---|
| Document title: | Battle Royale Warzone - Apps on Google Play |
| Capture URL: | https://play.google.com/store/apps/details? id=com.redzonestudios.battleroyale&hl=en_US&gl=US |
| Captured site IP: | 172.217.12.238 |
| Page loaded at (UTC): | Wed, 15 Dec 2021 19:41:56 GMT |
| Capture timestamp (UTC): | Wed, 15 Dec 2021 19:42:17 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 4 |
| Capture ID: | 96df2216-e123-4b21-a2e9-016557d0ebb7 |
| User: | msk-general |

ATV028099



ATV028100



| | | |
|---|---|---|
| 88 | Apps | Categories ∨    Home    Top charts    New releases | ❓    ⚙ |

My apps
**Shop**

Games
Kids
Editors' Choice

Account
Payment methods
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide

**Naghman Sheikh**
★ ★ ★ ★ August 24, 2020
VERY Nice editing but add a camera option as if we can see at our character gave like in free fire

**TjFN**
★ ★ ☆ ☆ ☆ August 21, 2019
I hate that you can only hold one thing. You cant hold heals either. Itll be a great game if that didnt ruin the game

RedZone Studios LLC August 21, 2019
Thanks for the review! interesting, we'll try out having a primary/secondary weapon to pick up. That's not a bad idea! I wasn't sure what you meant by holding heals. If you want to let me know what you meant by that, I'd love to hear that and any other ideas you have, email me at support@redzonestudios.com. Thanks!

**[VG] ozain**
★ ★ ★ ★ September 2, 2020
Good but put an offline mode please

**CED**
★ ★ ★ ★ ★ February 16, 2020
BETTER THAN BATTLELANDS ROYALE!

**READ ALL REVIEWS**

**WHAT'S NEW**
Added target indicators for enemies
Updated muzzle flashes for all guns
Updated projectile graphics for all guns
Updated impacts for all guns
New icon
Faster matches

**READ MORE**

**ADDITIONAL INFORMATION**

| Updated | Size | Installs |
|---|---|---|
| July 24, 2019 | 73M | 5,000+ |

| Current Version | Requires Android | Content Rating |
|---|---|---|
| 0.35 | 4.4 and up | Everyone 10+ Fantasy Violence Learn more |

| Interactive Elements | In-app Products | Permissions |
|---|---|---|
| In-Game Purchases | $1.99 - $59.99 per item | View details |

| Report | Offered By | Developer |
|---|---|---|

Document title: Battle Royale Warzone - Apps on Google Play
Capture URL: https://play.google.com/store/apps/details?id=com.redzonestudios.battleroyale&amp;hl=en_US&amp;gl=US
Capture timestamp (UTC): Wed, 15 Dec 2021 19:42:17 GMT

ATV028101



| | | |
|---|---|---|
| 88  Apps | Categories ⌄   Home   Top charts   New releases | ❓   ⚙ |

My apps
**Shop**

‹

Games
Kids
Editors' Choice

Account
Payment methods
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide

Updated impacts for all guns
New icon
Faster matches

**READ MORE**

ADDITIONAL INFORMATION

| Updated | Size | Installs |
|---|---|---|
| July 24, 2019 | 73M | 5,000+ |

| Current Version | Requires Android | Content Rating |
|---|---|---|
| 0.35 | 4.4 and up | Everyone 10+ |
| | | Fantasy Violence |
| | | Learn more |

| Interactive Elements | In-app Products | Permissions |
|---|---|---|
| In-Game Purchases | $1.99 - $59.99 per item | View details |

| Report | Offered By | Developer |
|---|---|---|
| Flag as inappropriate | RedZone Studios LLC | Visit website |
| | | support@redzonestudios.com |
| | | Privacy Policy |
| | | 577 Shaker Ln Lake |
| | | Zurich, IL 60047 |

Similar

Warzone Idle
Warzone.com, LLC
★ ★ ★ ★

Warzone: Clash of
Stratosphere Games
★ ★ ★ ★ ★

©2021 Google   Site Terms of Service Privacy Developers About Google | Location: United States Language: English (United States)
By purchasing this item, you are transacting with Google Payments and agreeing to the Google Payments Terms of Service and Privacy Notice.

Document title: Battle Royale Warzone - Apps on Google Play
Capture URL: https://play.google.com/store/apps/details?id=com.redzonestudios.battleroyale&amp;hl=en_US&amp;gl=US
Capture timestamp (UTC): Wed, 15 Dec 2021 19:42:17 GMT

ATV028102



Google Play | Search | Sign in

Apps | Categories | Home | Top charts | New releases

My apps
Shop

Games
Kids
Editors' Choice

Account
Payment methods
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide

# CROSSFIRE: Warzone

JOYCITY Corp. Strategy ★★★★½ 37,832

Teen

Contains Ads · Offers in-app purchases

Add to Wishlist

Install

- This game officially supports English.

- Defeat Terrorists in Real-time Combat!
▣ Reclaim cities controlled by a vicious terrorist group!
▣ Stop Massive Organic Weapons that threaten humanity

READ MORE

REVIEWS

Review policy and info

4.3
★★★★½
37,832 total

| Stars |
|---|
| 5 |
| 4 |
| 3 |
| 2 |
| 1 |

**Tim Rossman**
★ December 8, 2021
18

Interesting, my poor review disappeared. Pay to win and poor support. Reviews are not a place to tell us to email you. Yet that's all you have for input? Read the other reviews, and

Document title: CROSSFIRE: Warzone - Apps on Google Play
Capture URL: https://play.google.com/store/apps/details?id=com.joycity.cfwz&hl=en_US&gl=US
Capture timestamp (UTC): Wed, 15 Dec 2021 19:29:32 GMT



**Apps**

Categories ∨   Home   Top charts   New releases

My apps
**Shop**

Games
Kids
Editors' Choice

Account
Payment methods
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide

**Tim Rossman**
★ ☆ ☆ ☆ ☆ December 8, 2021

Interesting, my poor review disappeared. Pay to win and poor support. Reviews are not a place to tell us to email you. Yet that's all you have for input? Read the other reviews, and consistent repetitive replays. Not worth your time or money.

**JOYCITY Corp.** December 9, 2021
Greetings. We understand your concern and we apologize if you're not satisfied with our answers. Please be informed that we can give a more detailed answer to your inquiry if you send us your concern at https://joycity.oqupie.com/portals/467 Thank you.

**Junior Laventure**
★ ★ ☆ ☆ ☆ December 12, 2021

We need upgrades on everything 31+ scavs 34+ terrorists and mows also headquarters past 33 better rewards skip mode put in arena 12hr shields available to buy with gold pvp points should be removed or a way to get more in market

**JOYCITY Corp.** December 14, 2021
Greetings. Commander. We appreciate your time and effort for giving us detailed suggestions. With regards to your suggestion, you could send us more details of it at our support page at https://joycity.oqupie.com/portals/467

**Krystin Leiting**
★ ★ ★ ☆ ☆ October 19, 2021

This is a very pay to win game, because after you hit 24 the resources get insane for each building so without spending money it takes forever. It would be perfect but developers are terrible in answering questions and they are more invested to the pay to win players. One player shouldn't be allowed ...

Full Review

**JOYCITY Corp.** October 20, 2021
Hello. We apologize for any inconvenience if 'CROSSFIRE: Warzone' didn't meet your expectations. If ever you have any concerns with regards to the game, you could send us the details of the issue at our support page at https://joycity.oqupie.com/portals/467 and we will try our best to resolve the issue. Thank you.

**Dr. Clubby**
★ ★ ★ ☆ ☆ October 19, 2021

game is good but there seems to be a problem or two. why is it that if someone is gone for a few days and is kicked from the alliance by the game and why is it there is no specified format when creating an alliance, thanks to the game automatically kicking me without warning from the alliance I lead...

Full Review

**JOYCITY Corp.** October 20, 2021
Greetings. We would like to inform you that players are automatically kicked from an alliance if they have been inactive for a few days to avoid abuse in the game. If ever you have any other concerns with regards to the game, you could send us your concern at https://play.google.com/apps/publish and we will try our best to assist you. Thank you.

**READ ALL REVIEWS**

ATV028084



have any other concerns with regards to the game, you could send us your concern at https://play.google.com/apps/publish and we will try our best to assist you. Thank you.

**READ ALL REVIEWS**

WHAT'S NEW
* City Takeover Register function has been added.
* Stage for Alliance Festival Reward has been added.
* Bookmark system will be improved.
* Details regarding the update can be found at the official website.

ADDITIONAL INFORMATION

| Updated | Size | Installs |
|---|---|---|
| December 7, 2021 | Varies with device | 1,000,000+ |

| Current Version | Requires Android | Content Rating |
|---|---|---|
| 10210 | 4.4 and up | Teen |
| | | Violence, Blood |
| | | Learn more |

| Interactive Elements | In-app Products | Permissions |
|---|---|---|
| Users Interact, In-Game Purchases | $0.99 - $384.99 per item | View details |

| Report | Offered By | Developer |
|---|---|---|
| Flag as inappropriate | JOYCITY Corp. | Visit website |
| | | cfwarzone@joycity.com |
| | | Privacy Policy |
| | | Bundang First Tower |
| | | 10th Floor, 55 Bundang- |
| | | ro, Bundang-gu, |
| | | Seongnam-si, Gyeonggi- |
| | | do, South Korea 13591 |
| | | Business |
| | | Registration(License) |
| | | Number: 116-81-54101 |

More by JOYCITY Corp.

See more

Gunship Battle To... JOYCITY Corp.

GUNSHIP BATTLE JOYCITY Corp.



ATV028086

**a PageVault**

| | |
|---|---|
| Document title: | No Rule Warzone - Apps on Google Play |
| Capture URL: | https://play.google.com/store/apps/details?id=com.gpcube.norulewarzone |
| Captured site IP: | 142.251.45.14 |
| Page loaded at (UTC): | Fri, 17 Dec 2021 18:33:42 GMT |
| Capture timestamp (UTC): | Fri, 17 Dec 2021 18:34:17 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 5 |
| Capture ID: | 4e072f79-d33a-48aa-855d-86ea5725b861 |
| User: | msk-general |



This game is a classic hardcore FPS games, in which you can complete combat sniper stealth missions, you can explore 20 stealth shooter levels with 3 themes like
City, Port and Snow, you have to destroy all the enemies in a limited time to complete the mission, you can test your shooting ability and combat skills to become
a real shooter!

**READ MORE**

REVIEWS
 Review policy and info

ATV028189



Apps

My apps
Shop

Games
Kids
Editors' Choice

Account
Payment methods
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide

Categories Home Top charts New releases

REVIEWS

Review policy and info

4.1
★★★★☆
343 total

5, 4, 3, 2, 1

**Gourishankar Besikrao**
★★☆☆☆ August 12, 2021
14
Very nice game But No run button. No any special mission. Only killing is not interesting. U must add the missions like diffuse bomb, find documents, escape hostages.....etc. Change in scene is necssary. One scene is repeated again and again.

**Nathalee Nany**
★★★★☆ August 1, 2021
12
Very good game but the thing that i don't like is that it takes so much time to download but very very very very fun game try it you wont be disappointed 😁😁😁😁😁😁😁😁😁😁😁try it out😋😋

**Lanching Purel**
★★★★★ August 26, 2020
69
I enjoyed this game a lot. Very interesting game. But lvl 20 is too short. Add more lvl will be very good.

**Kawsu jaiteh**
★★★★★ June 18, 2021
Wow! One my favourite games so far but the thing is that level 20 i too short. You need to add more

READ ALL REVIEWS

WHAT'S NEW
1.0

ADDITIONAL INFORMATION

| Updated | Size | Installs |
|---|---|---|
| September 21, 2019 | Varies with device | 100,000+ |
| **Current Version** | **Requires Android** | **Content Rating** |



**Apps**

My apps
Shop

Games
Kids
Editors' Choice

Account
Payment methods
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide

Categories  Home  Top charts  New releases

ADDITIONAL INFORMATION

| Updated | Size | Installs |
|---|---|---|
| September 21, 2019 | Varies with device | 100,000+ |

| Current Version | Requires Android | Content Rating |
|---|---|---|
| 1.0 | 4.1 and up | Teen |
| | | Violence, Blood |
| | | Learn more |

| Permissions | Report | Offered By |
|---|---|---|
| View details | Flag as inappropriate | liudingjun |

Developer
Visit website
liu.dingjun.2014@gmail.com
Privacy Policy

Similar

FPS Commando S
Annex Gaming
★ ★ ★ ★ ★

More by liudingjun                    See more



**Developer**
Visit website
liu.dingjun.2014@gmail.com
Privacy Policy

## Similar

FPS Commando S
Annex Gaming
★ ★ ★ ★ ★

## More by liudingjun

See more

Forest Survival Hu
liudingjun
★ ★ ★ ☆ ☆

Farmer Harvest S
liudingjun
★ ★ ★ ★ ☆

Grand Criminal P
liudingjun
★ ★ ★ ★ ☆

Finger Golf Match
liudingjun
★ ★ ★ ★ ☆

©2021 Google   Site Terms of Service Privacy Developers About Google  | Location: United States Language: English (United States)
By purchasing this item, you are transacting with Google Payments and agreeing to the Google Payments Terms of Servi
and Privacy Notice.

← → C ⌂ 🔒 play.google.com/store/apps/details?id=com.gamesentity.halloween.zombie.dead.target2&hl=en_IE ☆ ⎘

▶ **Google Play**   Games   **Apps**   Movies & TV   Books   Children   🔍 ⑦

# Zombie war zone

**GamesEntity**
Contains ads · In-app purchases

**3.6★**          **1M+**          **▼**
2.06K reviews    Downloads       Teen ⓘ

[ Install ]   < Share   ⊡ Add to wishlist

⬚ You don't have any devices







**App support** ∨

**More by GamesEntity** →



Squad Survival - Epic War
GamesEntity
4.2 ★

Sky wars - Jet shooting games
GamesEntity
4.4 ★

Battle Shooting Game FPS
GamesEntity

## About this game →

Shoot Zombie apocalypse with perfect zombieee shoot. Hold trigger of your gun and kill all left behind zumbies. A very harmful virus
has spread all over the city and humans are turning into zombie 2020. Most of unkilled and residents got infected and the whole world

**159**

ATV028489



Games  Apps  Movies & TV  Books  Kids



# Galaxy Warzone

**Deucetek LLC**

Contains ads

| **100K+** |  |
| Downloads | Everyone ⓘ |

**Install**

Share    Add to wishlist

    



## About this game                                      →

Bringing Retro Arcade with a splash of modern day feel to it.
Galaxy Warzone has a Galaxy Mode as well as an Earth mode.
Both combined have a total of over 350 scenes that are completely randomized upon restarting each time you lose a game.
Move left and right to dodge incoming enemies and their weapons of mass destruction.
How far will you survive?

## Updated on

Feb 20, 2023

**160**

 **Google Play**

Games          **Apps**          Movies & TV          Books          Kids

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

No data shared with third parties
Learn more about how developers declare sharing

No data collected
Learn more about how developers declare collection

Data is encrypted in transit

Data can't be deleted

See details

## What's new

- Changed game character movement from bi-directional to quad-directional
- Fixed collision of all playable characters
- Updated splash screen
- Changed background for earth mode
- Updated all characters health amount
- Updated all enemy and boss characters health amount

## App support                                                    ⌄

## More by Deucetek LLC                                           →

 Wokii - Messenger | Send Money
Deucetek LLC
4.1 ★

 Idle Sushi Empire
Deucetek LLC
3.6 ★

 Satisfying Games - Sweet Words
Deucetek LLC
4.6 ★

 Tokee - Video & Text Messenger
Deucetek LLC
3.9 ★

 Flip and Match : Puzzle Game
Deucetek LLC

 Jewel Block Puzzle
Deucetek LLC

**161**



## Google Play

| | Games | **Apps** | Movies & TV | Books | Kids |

4.6 ★                                          3.7 ★

### Super Fleets - Classic
Moonjoy
3.2 ★

⚐  **Flag as inappropriate**

---

**Google Play**

Play Pass

Play Points

Gift cards

Redeem

Refund policy

**Kids & family**

Parent Guide

Family sharing

Terms of Service     Privacy     About Google Play     Developers     Google Store

🇺🇸  United States (English (United States))

**162**



Idle Warzone 3d is a new revolutionary clicker game. Upgrade your soldiers and advance through the city. Your objective is to make sure that all city areas are free from bad guys. Earn money by completing missions and grow your army. Can you become the first War Army Tycoon?

How is our game different from all other Idle games? Our game is most complex out there, with a lot of 3d interactive fighting combat situations. Realistic 3d animations and interactions between soldiers.

READ MORE

REVIEWS                                    ❶ Review policy and info

Document title: Idle Warzone 3d: Military Game - Army Tycoon - Apps on Google Play
Capture URL: https://play.google.com/store/apps/details?id=com.idlewarzone3d.simulatorgame
Capture timestamp (UTC): Fri, 17 Dec 2021 18:35:37 GMT

ATV028194



ATV028195



## Apps

Categories ⌄    Home    Top charts    New releases

My apps

Shop

Games

Kids

Editors' Choice

Account

Payment methods

My subscriptions

Redeem

Buy gift card

My wishlist

My Play activity

Parent Guide

WHAT'S NEW
Performance improvements

ADDITIONAL INFORMATION

| Updated | Size | Installs |
|---|---|---|
| November 5, 2021 | 101M | 100,000+ |

| Current Version | Requires Android | Content Rating |
|---|---|---|
| 1.3.0 | 5.0 and up | Everyone |
| | | Mild Fantasy Violence |
| | | Learn more |

| Interactive Elements | Permissions | Report |
|---|---|---|
| In-Game Purchases | View details | Flag as inappropriate |

| Offered By | Developer |
|---|---|
| Virede | viredellc@gmail.com |
| | 8 The Green STE 6874, |
| | Dover, DE 19901 |

Similar                                                                 See more

| Idle Army Base. Ty | Warzone Idle | Idle Arms Dealer | Soldiers Inc: Mobil |
|---|---|---|---|
| Neon Play | Warzone.com, LLC | BattleCry | Plarium Global Ltd |
| ★ ★ ★ ★ ☆ | ★ ★ ★ ★ ☆ | ★ ★ ★ ★ ☆ | ★ ★ ★ ★ ☆ |



**Page Vault**

| | |
|---|---|
| Document title: | WarZone Clash Of Kingdom - Apps on Google Play |
| Capture URL: | https://play.google.com/store/apps/details?<br>id=com.bindazone.warzone.towerdefence&hl=en_US&gl=US |
| Captured site IP: | 172.217.12.238 |
| Page loaded at (UTC): | Wed, 15 Dec 2021 19:40:59 GMT |
| Capture timestamp (UTC): | Wed, 15 Dec 2021 19:41:21 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 4 |
| Capture ID: | 7ccfd5ba-c640-4594-b03e-810602052af4 |
| User: | msk-general |









| | |
|---|---|
| Document title: | Warzone Shooting : Combat Strike - Apps on Google Play |
| Capture URL: | https://play.google.com/store/apps/details?<br>id=com.gamemonk.shadowops.frontlinestrike&hl=en_US&gl=US |
| Captured site IP: | 172.217.12.238 |
| Page loaded at (UTC): | Wed, 15 Dec 2021 19:37:22 GMT |
| Capture timestamp (UTC): | Wed, 15 Dec 2021 19:37:48 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 4 |
| Capture ID: | ba03b230-a171-4941-808b-821390750e14 |
| User: | msk-general |

PDF REFERENCE #:        ujcmM3BWFqDoA9SyKEmkJP

ATV028091



Document title: Warzone Shooting : Combat Strike - Apps on Google Play
Capture URL: https://play.google.com/store/apps/details?id=com.gamemonk.shadowops.frontlinestrike&hl=en_US&gl=US
Capture timestamp (UTC): Wed, 15 Dec 2021 19:37:48 GMT

ATV028092







Apps

Categories Home Top charts New releases

My apps
Shop

Games
Kids
Editors' Choice

Account
Payment methods
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide

So bad game

**Ricky Sansom**
★★★★★ November 25, 2021
Excited

**Jhe Ann Dublin**
★★★★★ October 25, 2021
Happpyyy

WHAT'S NEW
* Bugs Fixed
* Purchase Issue Resolved
* Minor Improvements in Game Play
* Minor Improvements in User Interface
* Level 4 Issue Resolved
* Loading issue Fixed

READ MORE

ADDITIONAL INFORMATION

| | | |
|---|---|---|
| **Updated** | **Size** | **Installs** |
| December 21, 2020 | 38M | 1,000+ |
| **Current Version** | **Requires Android** | **Content Rating** |
| 1.2 | 5.0 and up | Mature 17+<br>Intense Violence, Blood<br>Learn more |
| **Interactive Elements** | **In-app Products** | **Permissions** |
| In-Game Purchases | $1.99 - $5.99 per item | View details |
| **Report** | **Offered By** | **Developer** |
| Flag as inappropriate | GAME MONK STUDIO | Visit website<br>feedback.gamemonkstudio@gmail.com<br>Privacy Policy<br>2917 Brighton 7 street,<br>Brooklyn, NY 11235 |

Grand Formula Ca
GAME MONK STUDIO

Germ Smash Hero
GAME MONK STUDIO

Document title: Warzone Shooting : Combat Strike - Apps on Google Play
Capture URL: https://play.google.com/store/apps/details?id=com.gamemonk.shadowops.frontlinestrike&hl=en_US&gl=US
Capture timestamp (UTC): Wed, 15 Dec 2021 19:37:48 GMT

Apps | Categories | Home | Top charts | New releases

My apps
Shop

Games
Kids
Editors' Choice

Account
Payment methods
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide

| Current Version | Requires Android | Content Rating |
|---|---|---|
| 1.2 | 5.0 and up | Mature 17+<br>Intense Violence, Blood<br>Learn more |
| **Interactive Elements** | **In-app Products** | **Permissions** |
| In-Game Purchases | $1.99 - $5.99 per item | View details |
| **Report** | **Offered By** | **Developer** |
| Flag as inappropriate | GAME MONK STUDIO | Visit website<br>feedback.gamemonkstudio@gmail.com<br>Privacy Policy<br>2917 Brighton 7 street,<br>Brooklyn, NY 11235 |

More by GAME MONK STUDIO

See more

Grand Formula Ca
GAME MONK STUDIO

Germ Smash Her
GAME MONK STUDIO

Similar

Strike Back: Elite F
Brayang Studio

©2021 Google Site Terms of Service Privacy Developers About Google | Location: United States Language: English (United States)
By purchasing this item, you are transacting with Google Payments and agreeing to the Google Payments Terms of Service and Privacy Notice.

Document title: Warzone Shooting : Combat Strike - Apps on Google Play
Capture URL: https://play.google.com/store/apps/details?id=com.gamemonk.shadowops.frontlinestrike&hl=en_US&gl=US
Capture timestamp (UTC): Wed, 15 Dec 2021 19:37:48 GMT

Games          **Apps**          Movies & TV          Books          Kids



# Beast Warzone

### PLAY4MORE

| **1.4★** | **500+** |  |
|---|---|---|
| 10 reviews | Downloads | Everyone ⓘ |

Install

⟨ Share          🔖 Add to wishlist





## About this game                                                    →

1. [Buster Taming] Lairs of prehistoric busters are scattered around this island. Gorillas, tyrannosaurus haunt mountains and forests; apatosaurus and ancient tortoises lurk in waters; roaring dragonoids glide across the sky with prey in their claws. Defeat, capture and tame them! They will be the strongest force in your army!

2. [Turf War] The law of jungle rules this world of busters! Besiege forts belonging to other players. Plunder resources from your opponents and conquer them! The wild busters you tamed will be the greatest fear for your enemies! And don't forget to fortify your...

**Updated on**
Nov 17, 2022

Strategy

## Data safety

Developers can show information here about how their app collects and uses your data. Learn more about data safety

**175**

 Google Play

Games          Apps          Movies & TV          Books          Kids

Ratings and reviews are verified ⓘ

🔲 Phone

# 1.4

★★☆☆☆

10 reviews

| | |
|---|---|
| 5 | ▬▬▬ |
| 4 | ▬ |
| 3 | ▬ |
| 2 | ▬ |
| 1 | ▬▬▬▬▬▬▬▬▬▬ |

**Carrie Kritcher**                                                                    ⋮

★☆☆☆☆   December 24, 2021

I can't give u review u still in maintenance and if this keeps up I unstall your game!! Deleting game can't play it due to maintenance for two days come on I want to play.I guess that not going to happen anytime soon!

3 people found this review helpful

Did you find this helpful?   [ Yes ]   [ No ]

**Casey Rider**                                                                        ⋮

★☆☆☆☆   December 26, 2021

Can't even play the game, it says all servers are down

2 people found this review helpful

Did you find this helpful?   [ Yes ]   [ No ]

**dragon Sniper**                                                                      ⋮

★☆☆☆☆   January 8, 2022

I cant play this game do to maintenance.

1 person found this review helpful

Did you find this helpful?   [ Yes ]   [ No ]

See all reviews

## App support                                                                        ⌄

**176**

 Google Play

Games          Apps          Movies & TV          Books          Kids


1.0 ★

          Art Coloring
          PLAY4MORE

Count Masters-Stick war
PLAY4MORE
1.7 ★

          Gun Man Run 3D
          PLAY4MORE

## Similar games                                                                          →

          Age of Castles: Snake War                    Super Fleets - Classic
          HaoPlay Limited                                          Moonjoy
          4.4 ★                                                    3.2 ★

          Ifish - Fish Hunter Online                  Idle Trash Tycoon: Junkyard
          VNG ZingPlay Studio                                      Lost Starfish Games
          4.6 ★                                                    4.6 ★

          Ace Trainer                                Sweet Cookie
          FARLIGHT                                                 Zabaron Games
                                                                   3.7 ★

🏳 Flag as inappropriate

---

Google Play

Play Pass

Play Points

Gift cards

Redeem

Refund policy

Kids & family

Parent Guide

Family sharing

Terms of Service    Privacy    About Google Play    Developers    Google Store    🇺🇸 United States (English (United States))

**177**



Games **Apps** Movies & TV Books Kids



# WarZone Medic
**Runelorde Games Studios**
Contains ads

| 1.5★ | 500+ |  |
|---|---|---|
| 8 reviews | Downloads | Teen ⓘ |

**Install**

⤳ Share    🔖 Add to wishlist

      

## About this game →

"Warzone Medic" is a thrilling hyper-casual game that puts you in the shoes of a courageous battlefield medic. As chaos ensues and bullets fly in the warzone, it's your duty to rush to the injured soldiers and save their lives. Can you handle the pressure and become the ultimate hero?
In "Warzone Medic," you'll navigate through dangerous war zones, filled with explosions, gunfire, and desperate cries for help. Your mission is to reach the wounded soldiers in record time and provide them with life-saving medical assistance. You'll need lightning-fast reflexes and impeccable decision-making skills to succeed in this challenging and adrenaline-pumping game.…

**Updated on**
Aug 4, 2023

Action

## Data safety →

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

⤳ This app may share these data types with third parties
Financial info, App info and performance, and Device or other IDs

**178**

 Google Play

Games          **Apps**          Movies & TV          Books          Kids

See details

## Ratings and reviews                                                                    →

Ratings and reviews are verified ⓘ

📱 Phone

# 1.5

5 ▬▬▬▬▬▬▬
4 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬
3 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬
2 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬
1 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

★★☆☆☆

8 reviews

---

**D**   Debra Luddy                                                                      ⋮

★☆☆☆☆   August 8, 2023

I think you should rename the game buggy mess because I get one for a second it feels like my character is moonwalking and how does the soldier before gets shot has gunshot wounds and you can't even complete level 1 so what's the purpose of this game please tell me it didn't bug bug bug bug bug bug bug you can't even restart all this is is just to make you feel so I doubt that anybody that likes this has a soul

1 person found this review helpful

Did you find this helpful?    Yes    No

---

**A**   Aloni Shaffer                                                                     ⋮

★☆☆☆☆   August 10, 2023

This is not worth downloading. Don't waste your time. All you end up doing is putting a bandaid on a leg and running from one spot to a tent over and over again 🔲🔲🔲

Did you find this helpful?    Yes    No

---

**C**   Cindy Casler                                                                      ⋮

★☆☆☆☆   June 11, 2023

This game sucks I just plays the same exact level over and over again and the graphics aren't good either

1 person found this review helpful

Did you find this helpful?    Yes    No

See all reviews

**179**

 Google Play

Games          **Apps**          Movies & TV          Books          Kids

| | Space Rage: Spaceship Shooter | | | Chicken Weapon Craft 3D |
| | Runelorde Games Studios | | | Runelorde Games Studios |

| | DIY HairBand 3D | | | Fish Rescue Frenzy |
| | Runelorde Games Studios | | | Runelorde Games Studios |
| | 2.6 ★ | | | |

| | Herd The Sheep-Dog Simulator | | | Dashing Squad – Run and Jump |
| | Runelorde Games Studios | | | Runelorde Games Studios |

## Similar games                                                                                    →

| | Alien Shelter | | | Zoombinis - Logic Puzzle Game |
| | Word Generation | | | TERC |
| | | | | 4.0 ★ |

| | Cult Summoner: RPG Summoning | | | Remi Zeros : Card Defense |
| | Tapps Games | | | Supermagic |
| | 2.9 ★ | | | 4.5 ★ |

| | Refence: Roguelike Defence | | | Devil Archer: Roguelike Action |
| | Muurou Tech | | | Alchemist Games Inc. |
| | $4.99 | | | 4.3 ★ |

⚑  Flag as inappropriate

---

**Google Play**

Play Pass

Play Points

Gift cards

Redeem

Refund policy

**Kids & family**

Parent Guide

Family sharing

Terms of Service     Privacy     About Google Play     Developers     Google Store     🇺🇸 United States (English (United States))

**180**



Google Play

Games        Apps        Movies & TV        Books        Kids



# Warzone Tycoon

**Casual Games For Fun**

Contains ads

**500+**
Downloads


Everyone ⓘ

Install

Share          Add to wishlist

     

## About this game

Introducing Warzone Tycoon: Defend and Dominate!

Welcome to Warzone Tycoon, the ultimate casual idle game where you must defend against relentless enemies marching towards you. Arm yourself with the first firearm for free, but beware, as it will run out of ammo. Enter the factory and construct your first production line to manufacture bullets. Unlock more powerful firearms by spending money and corresponding bullet factories.…

## Updated on

Nov 20, 2023

Casual

**181**

 Google Play

Games        Apps        Movies & TV        Books        Kids

No data shared with third parties
Learn more about how developers declare sharing

No data collected
Learn more about how developers declare collection

Data isn't encrypted

Data can't be deleted

See details

## App support                                                                                      ⌄

## More by Casual Games For Fun                                                                       →

 Monster Girl Legend
Casual Games For Fun
4.6 ★

 Ragdoll Accident
Casual Games For Fun

 Taxi Puzzle
Casual Games For Fun

 Meat Factory Manager
Casual Games For Fun
4.4 ★

 Sauna Tycoon
Casual Games For Fun

 Train Town-Idle Game
Casual Games For Fun
4.7 ★

## Similar games                                                                                      →

 Runes Master
VGames Studios

 Idle Trash Tycoon: Junkyard
Lost Starfish Games
4.7 ★

 Wowo Town
Develepo LLC

 Age of Castles: Snake War
HaoPlay Limited
4.4 ★

 Cats vs Aliens PVP
SIA BFA
4.4 ★

 Rage Hero
JW software Co., Limited
2.7 ★

⚑ Flag as inappropriate

**182**

# Google Play

Games          Apps          Movies & TV          Books          Kids

Play Pass

Play Points

Gift cards

Redeem

Refund policy

Kids & family

Parent Guide

Family sharing

Terms of Service       Privacy       About Google Play       Developers       Google Store

United States (English (United States))

**183**

# EXHIBIT 3

**App Store** Preview

Open the Mac App Store to buy and download apps.



# WARZONE! Emergency Landing [4+]

Reludo

Designed for iPad

★★★★★ 4.5 • 22 Ratings

Free - Offers In-App Purchases

## Screenshots   iPad   iPhone

  

*** Better, bigger, more addictive... and with explosions! Face a brand new landing experience: in the middle of war only the bravest pilots can make it! Avoid anti-aircraft artillery and challenge the most dangerous weather conditions and aircraft failures to complete all your missions. ***

more

## What's New

Version History

This app has been updated by Apple to display the Apple Watch app icon.

Version 1.1.1

* bug fix

## Ratings and Reviews

**4.5** out of 5

22 Ratings



Document title: WARZONE! Emergency Landing on the App Store
Capture URL: https://apps.apple.com/us/app/warzone-emergency-landing/id1026731387
Capture timestamp (UTC): Fri, 17 Dec 2021 18:41:04 GMT

## Ratings and Reviews



**4.5** out of 5

22 Ratings

⭐⭐⭐⭐⭐
Austin_Matthews, 01/21/2018

**Cool game**
This game is just like Mayday 2 Terror in the sky

⭐⭐⭐⭐⭐
Cooper mcCauley, 10/17/2015

**BEST GAME**
I like that we have to pass a test!!!!!!!!!

## App Privacy

See Details

The developer, **Reludo**, has not provided details about its privacy practices and handling of data to Apple. For more information, see the developer's privacy policy.



### No Details Provided

The developer will be required to provide privacy details when they submit their next app update.

## Information

Seller
Reludo srl

Category
Games

Size
207.4 MB

Compatibility
**iPhone**
Requires iOS 6.0 or later.

**iPad**
Requires iPadOS 6.0 or later.

**iPod touch**
Requires iOS 6.0 or later.

**Mac**
Requires macOS 11.0 or later and a Mac with Apple M1 chip.

Languages
English, French, German, Italian, Japanese, Korean, Portuguese, Russian, Simplified Chinese, Spanish  more

Age Rating
4+

**186**

Document title: WARZONE! Emergency Landing on the App Store
Capture URL: https://apps.apple.com/us/app/warzone-emergency-landing/id1026731387
Capture timestamp (UTC): Fri, 17 Dec 2021 18:41:04 GMT

Requires macOS 11.0 or later and a Mac with Apple M1 chip.

**Languages**
English, French, German, Italian, Japanese, Korean, Portuguese, Russian, Simplified Chinese, Spanish  more

**Age Rating**
4+

**Copyright**
© 2015-2017 Reludo srl

**Price**
Free

**In-App Purchases**
1. Airports Bundle                    $4.99
2. Unlock landings                   $0.99
3. License D                            $0.99
                                            more

App Support ↗    Privacy Policy ↗

## Supports



**Game Center**
Challenge friends and check leaderboards and achievements.



**Family Sharing**
With Family Sharing set up, up to six family members can use this app.

## More By This Developer                    See All



Gladiators: Immortal Glory
Games



MAYDAY! Emergency Landing
Games



World Boxing Challenge
Games



MAYDAY! 2 Terror in the sky
Games

## You Might Also Like                    See All



Airplane Fly the Swiss Alps Flight Simulator



San Francisco Flight Simulator



Real Pilot Flight Simulator 3D



Airplane Dublin
Games

Document title: WARZONE! Emergency Landing on the App Store
Capture URL: https://apps.apple.com/us/app/warzone-emergency-landing/id1026731387
Capture timestamp (UTC): Fri, 17 Dec 2021 18:41:04 GMT

© 2015-2017 Reludo srl                                    Free

In-App Purchases
1. Airports Bundle                     $4.99
2. Unlock landings                     $0.99
3. License D                           $0.99
                                        more

App Support ↗    Privacy Policy ↗

## Supports


**Game Center**
Challenge friends and check leaderboards and achievements.


**Family Sharing**
With Family Sharing set up, up to six family members can use this app.

## More By This Developer                                                  See All


Gladiators: Immortal Glory
Games


MAYDAY! Emergency Landing
Games


World Boxing Challenge
Games


MAYDAY! 2 Terror in the sky
Games

## You Might Also Like                                                     See All


Airplane Fly the Swiss Alps Flight Simulator
Games


San Francisco Flight Simulator
Games


Real Pilot Flight Simulator 3D
Games


Airplane Dublin
Games

More ways to shop: Find an Apple Store or other retailer near you. Or call 1-800-MY-APPLE.

Copyright © 2021 Apple Inc. All rights reserved.    Privacy Policy | Terms of Use | Sales and Refunds | Legal | Site Map    Choose your country or region

Document title: WARZONE! Emergency Landing on the App Store
Capture URL: https://apps.apple.com/us/app/warzone-emergency-landing/id1026731387
Capture timestamp (UTC): Fri, 17 Dec 2021 18:41:04 GMT

ATV000301
Page 4 of 4

Alien Plane 1942 Warzone App Store

App Store Preview

Open the Mac App Store to buy and download apps.



**Alien Plane 1942 Warzone** [12+]
World Space Shooter Battle
RL Technology, LLC
Designed for iPad

  1.0 • 2 Ratings

Free

## Screenshots  iPad  iPhone









Win real cash prizes! Follow us into a world full of brain training fun, full of nostalgia, and fill our pockets with prizes by the way.

After downloading the game for FREE, you can start playing Practices or Cash Tournaments and win real money.

Defeat all the enemies and strengthen your ship with new perks and skills!

## What's New

Version History

Version 2.0
Fixed Minor Bugs

## Ratings and Reviews

**1.0**
out of 5



2 Ratings



blurryki77er, 12/02/2021

**Horrible**
Horrible controls.



Diray Acosta, 01/29/2024

**Doesn't work**
Bad.

## App Privacy

See Details

The developer, **RL Technology, LLC**, indicated that the app's privacy practices may include handling of data as described below. For more information, see the developer's privacy policy.



**Data Used to Track You**

The following data may be used to track you across apps and websites owned by other companies:

Usage Data

**189**



**Data Not Linked to You**

The following data may be collected but it is not linked to your identity:

👤 Identifiers                                         📊 Usage Data

Privacy practices may vary, for example, based on the features you use or your age. Learn More

## Information

Seller
RL Technology, LLC

Size
574.6 MB

Category
Games

Compatibility
**iPhone**
Requires iOS 12.0 or later.

**iPad**
Requires iPadOS 12.0 or later.

**iPod touch**
Requires iOS 12.0 or later.

**Mac**
Requires macOS 11.0 or later and a Mac with Apple M1 chip or later.

**Apple Vision**
Requires visionOS 1.0 or later.

Languages
English, Arabic, Catalan, Croatian, Czech, Danish, Dutch, Finnish, French, German, Greek, Hebrew, Hindi, Hungarian, Indonesian, Korean, Malay, Polish, Portuguese, Romanian, Russian, Simplified Chinese, Slovak, Swedish, Thai, Turkish, Vietnamese

Age Rating
**12+**
Infrequent/Mild Mature/Suggestive Themes
Infrequent/Mild Realistic Violence
Infrequent/Mild Cartoon or Fantasy Violence

Copyright
© RLT Media Group

Price
Free

Developer Website ↗
App Support ↗
Privacy Policy ↗

## More By This Developer

See All



Galaxy World Space Shooter
Games



Filthy Wealth Clothing Corp
Shopping



Rich Vegas Lightning Casino
Games



Lucky Blackjack 21 Dice Casino
Games

## You Might Also Like

See All

**190**









ELITE EYE QB
Games

Basketball Blasters
Games

Shootero - Real Cash
Payday
Games

Total Eggscape - Win
Real Cash
Games

United States    Español (México)    العربية    Русский    简体中文    Français (France)    한국어    Português (Brazil)    Tiếng Việt    繁體中文 (台灣)

Copyright © 2025 Apple Inc. All rights reserved.

Internet Service Terms    |    App Store & Privacy    |    Cookie Warning    |    Support

**191**

2/5/25, 12:55 AM          Case 2:21-cv-03073-FLA-JC          Document 114          Filed 02/14/25          Page 193 of 219          Page
                          FPS Warzone Shooting Gun Games on the App Store
                                              ID #:3152

**App Store** Preview

Open the Mac App Store to buy and download apps.



### FPS Warzone Shooting Gun Games [17+]
FPS Sniper Assassin Offline

JB Technologies

Designed for iPad

Free · Offers In-App Purchases

---

## Screenshots    iPad    iPhone

      

---

The wait is over! The new version of FPS Warzone Shooting 2024 is live with ultimate revenge missions. Chance to prove yourself the finest game player with a brand-new experience in Gun Shooting with Amazing Graphics, and a sandy environment. Best on iPhone, iPad FPS Warzone Shooting 2022 will provide a memorable experience.

Welcome to 3D shooting games, where every shot is your masterpiece and precision. Immerse yourself in heart-pounding action as you step into the shoe: more

---

## What's New                                                                              Version History
Version 1.7
FEATURES of FPS Warzone Shooting Gun Games.

• Participate in the world tournaments, and take first place in rating!
• Modern and outstanding 3D graphics first person
• Huge choice of weapons, equipment, and upgrades to your soldier. Choose a suitable gun and go to PVP battles!                    more

---

## App Privacy                                                                              See Details

The developer, **JB Technologies**, indicated that the app's privacy practices may include handling of data as described below. For more information, see the developer's privacy policy.



### Data Used to Track You
The following data may be used to track you across apps and websites owned by other companies:



◆ Location                                          ⓘ Contact Info
▦ Identifiers                                        ▬ Usage Data
⚙ Diagnostics



### Data Not Linked to You
The following data may be collected but it is not linked to your identity:

**192**

Case 2:21-cv-03073-FLA-JC    Document 114    Filed 02/14/25    Page 194 of 219    Page ID #:3153

Location
Identifiers
Diagnostics
Contact Info
Usage Data

Privacy practices may vary, for example, based on the features you use or your age. *Learn More*

## Information

Seller
JB Technologies

Size
290.1 MB

Category
Games

Compatibility
**iPhone**
Requires iOS 13.0 or later.

**iPad**
Requires iPadOS 13.0 or later.

**iPod touch**
Requires iOS 13.0 or later.

**Mac**
Requires macOS 11.0 or later and a Mac with Apple M1 chip or later.

**Apple Vision**
Requires visionOS 1.0 or later.

Languages
English, French, German, Japanese, Portuguese, Russian, Spanish, Ukrainian

Age Rating
**17+**
Frequent/Intense Realistic Violence

Copyright
© JB Technologies

Price
Free

Developer Website ↗
App Support ↗
Privacy Policy ↗

## More By This Developer

See All



Military Truck Driver
Army
Games



Sprint car racing &
Race Auto
Games



Trigger Fist Gun
Shooting Game
Games



Car Games 3D:
Racing Games
Games

## You Might Also Like

See All

**193**






Commando 3D: Gun
Shooting Game
Games

FPS Shooting
Commando Warfare
Games

FPS Shooting Gun
Games 3d
Games

Bullet Clash
Games

Japan    日本語

Copyright © 2025 Apple Inc. All rights reserved.

Internet Service Terms  |  App Store & Privacy  |  Cookie Warning  |  Support

**194**

# EXHIBIT 4

STEAM

STORE   COMMUNITY   ABOUT   SUPPORT

Install Steam   login | language ▾

Your Store    New & Noteworthy    Categories    Points Shop    News    Labs

search

"warzone" ✕

| warzone | Search |
|---|---|

Sort by  Relevance ▾

159 results match your search. 5 titles have been excluded based on your preferences.  ⚙

| WARZONE | Oct 17, 2017 | $4.99 |
| WarZone | Feb 19, 2023 | $9.99 |
| Call of Duty®: Warzone™ | Nov 16, 2023 | Free |
| Warzone 2100 | Feb 18, 2020 | Free |
| Rio Warzone | Coming soon | |
| WARZONE-X | Coming soon | |
| Anomaly: Warzone Earth | Apr 8, 2011 | $9.99 |
| WarZone Flashpoint | Dec 14, 2018 | Free |
| Warzone Chronicles: Battlegrounds | Coming soon | |
| Call of Duty®: Black Ops 6 or Call of Duty®: Wa... | Nov 16, 2022 | $1.99 |
| Call of Duty® | Oct 27, 2022 | |
| Call of Waifu : Warzone | Coming soon | |
| Royale Battle: Warzone | Jan 6, 2023 | $6.99 |
| Anomaly Warzone Earth Mobile Campaign | Nov 6, 2013 | $4.99 |
| STAR WARS™: The Old Republic™ | Jul 21, 2020 | Free |
| Call of Duty®: Black Ops 6 - BlackCell (Season ... | Nov 14, 2024 | $29.99 |
| Call of Duty®: Modern Warfare® II | Oct 27, 2022 | $69.99 |

**Narrow by Price**

Any Price

☐ Special Offers
☐ Hide free to play items

**Narrow by tag**

☐ Action 126
☐ Singleplayer 82
☐ Shooter 77
☐ Multiplayer 69
☐ FPS 65

search for more tags

Show selected types

Narrow by number of players

Narrow by feature

Narrow by Controller Support

**Narrow by Deck Compatibility**

☐ Verified
☐ Playable 10
Learn More

Narrow by VR Support

**Narrow by OS**

☐ Windows
☐ macOS
☐ SteamOS + Linux

**Narrow by language**

☑ English
☐ Simplified Chinese
☐ Traditional Chinese

**196**

| | | | | |
|---|---|---|---|---|
| Arma 3 Apex | Jul 11, 2016 | | $24.99 | |
| Call of Duty®: Modern Warfare® III - Tracer Pac... | Aug 2, 2024 | | $19.99 | |
| This War of Mine | Nov 14, 2014 | | $19.17 | |
| MechWarrior 5: Mercenaries - Heroes of the In... | May 26, 2021 | | $19.99 | |
| Call of Duty®: Modern Warfare® III - Tracer Pac... | Sep 25, 2024 | | $19.99 | |
| Call of Duty®: Modern Warfare® III - Tracer Pac... | Aug 29, 2024 | | $19.99 | |
| Call of Duty®: Modern Warfare® II - Pumpkin P... | Oct 20, 2023 | | $19.99 | |
| Call of Duty®: Modern Warfare® III - Tracer Pac... | Jun 7, 2024 | | $19.99 | |
| Worms Reloaded | Aug 26, 2010 | -80% | $19.99 $3.99 | |
| APB Reloaded | Dec 6, 2011 | | Free | |
| Call of Duty®: Modern Warfare® II - Gunslinger... | Aug 10, 2023 | | $19.99 | |
| 1v1.LOL - Battle Royale Game | Jun 16, 2023 | | Free | |
| M.A.S.S. Builder | Sep 13, 2019 | | $24.99 | |
| Call of Duty®: Modern Warfare® II - Cosmic Tra... | Sep 7, 2023 | | $19.99 | |
| Call of Duty®: Modern Warfare® III - Tracer Pac... | May 8, 2024 | | $19.99 | |
| This War of Mine: Complete Edition | | | Your Price: $19.17 | |
| Call of Duty®: Modern Warfare® III - Cyberjunk... | Apr 12, 2024 | | $19.99 | |
| Call of Duty®: Modern Warfare® II - Griffin: Pro... | Jun 22, 2023 | | $19.99 | |
| Call of Duty®: Modern Warfare® III - Tech Luxe... | Jan 24, 2024 | | $19.99 | |
| Call of Duty®: Modern Warfare® III - Emerald P... | Mar 15, 2024 | | $19.99 | |
| Call of Duty®: Black Ops Cold War - Chemical R... | Mar 8, 2023 | | $19.99 | |
| Call of Duty®: Modern Warfare® II - Demon De... | May 19, 2023 | | $19.99 | |
| Call of Duty League™ - Atlanta FaZe Team Pack... | Jan 8, 2024 | | $11.99 | |
| Call of Duty®: Modern Warfare® II - Dune Stalk... | Dec 21, 2022 | | $9.99 | |

☐ Japanese
☐ Korean
☐ Thai
☐ Bulgarian
☐ Czech
☐ Danish
☐ German
☐ Spanish - Spain
☐ Spanish - Latin America
☐ Greek
☐ French
☐ Italian
☐ Indonesian

*search for more languages*

Manage language preferences

**197**



| | | | | |
|---|---|---|---|---|
| | Call of Duty®: Modern Warfare® III - Nova 6 Pr... | Feb 14, 2024 | | $19.99 |
| | Call of Duty League™ - Toronto Ultra Team Pac... | Jan 8, 2024 | | $11.99 |
| | Far Cry® 5 - Hours of Darkness | Jun 5, 2018 | | $11.99 |
| | Call of Duty®: Modern Warfare® II - Manticore:... | Apr 20, 2023 | | $19.99 |
| | Call of Duty Endowment (C.O.D.E.) Knight Reco... | May 6, 2024 | | $19.99 |
| | Sweet Surrender VR — VR Only | Sep 30, 2021 | | $24.99 |
| | Call of Duty®: Modern Warfare® III - Moto Frea... | Dec 12, 2023 | | $19.99 |
| | Call of Duty Endowment (C.O.D.E.) - Protector P... | Oct 28, 2022 | | $9.99 |
| | Call of Duty®: Modern Warfare® II - Desert Ro... | Nov 23, 2022 | | $19.99 |

VALVE   © 2024 Valve Corporation. All rights reserved. All trademarks are property of their respective owners in the US and other countries. VAT included in all prices where applicable.   Privacy Policy | Legal | Steam Subscriber Agreement | Refunds | Cookies   STEAM

About Valve | Jobs | Steamworks | Steam Distribution | Support | Recycling | Gift Cards | f Steam | X @steam

**198**



ATV028451



Install Steam login | language

STEAM® STORE COMMUNITY ABOUT SUPPORT

Open in Desktop App

**You're not signed in!**
Open this page in the Steam App to wishlist, follow, purchase and see recommendations

Your Store New & Noteworthy Categories Points Shop News Labs search

All Games > Strategy Games > Anomaly Warzone Earth Mobile Campaign

# Anomaly Warzone Earth Mobile Campaign

Community Hub

Anomaly Warzone Earth Mobile Campaign continues Steam's Anomaly Warzone Earth in an extra 15-level campaign. Originally released on mobile devices, the campaign is brought to Steam for PC, Mac and Linux exclusively in Anomaly Bundle. AWE Mobile Campaign turns tower defense on its head.

ALL REVIEWS: Mostly Positive (190)

RELEASE DATE: Nov 6, 2013

DEVELOPER: 11 bit studios
PUBLISHER: 11 bit studios

Popular user-defined tags for this product:
Strategy Action Tower Defense Sci-fi Indie +

Sign in to add this item to your wishlist, follow it, or mark it as ignored

## Buy Anomaly Warzone Earth Mobile Campaign

$4.99 Add to Cart

Single-player
Steam Trading Cards
Family Sharing

Languages:

| | Interface | Full Audio | Subtitles |
|---|---|---|---|
| English | ✓ | ✓ | ✓ |

STEAM DECK COMPATIBILITY

Unknown Learn more

EVERYONE 10+ ESRB
Fantasy Violence
Mild language

Age rating for: ESRB

Includes 39 Steam Achievements

## ABOUT THIS GAME

Anomaly Warzone Earth Mobile Campaign continues Steam's Anomaly Warzone Earth in an extra 15-level campaign. Originally released on mobile devices, the campaign is brought to Steam for PC, Mac and Linux exclusively in Anomaly Bundle.

AWE Mobile Campaign turns tower defense on its head. This time you take control of the attacking force, pitting your heavily armored squad against the destructive towers of an alien horde. Carefully lead your squad through the invaders' defenses, shattering their towers and turrets with special weapons and power-ups in this experience of tower offense.

Anomaly Warzone Earth Mobile Campaign Features

• Ultimately twist tower defense formula - it's tower offense! You're the attacking side.
• Deploy special weapons to break through alien defenses or use stealth to slip through unscathed.

Anomaly Warzone Earth Mobile Campaign on Steam

• Think tactically and choose the right squad and route to guarantee success.
• Strategically gather resources to buy and upgrade new and more powerful units.
• Play for hours on end in three unique and engaging Squad Assault modes



View all 39

Points Shop Items Available

View all 8

TITLE: Anomaly Warzone Earth Mobile Campaign
GENRE: Action, Strategy
DEVELOPER: 11 bit studios
PUBLISHER: 11 bit studios
RELEASE DATE: Nov 6, 2013

Visit the website ↗
View update history
Read related news
View discussions
Find Community Groups

Embed 🏳

## SYSTEM REQUIREMENTS

| Windows | macOS | SteamOS + Linux |
|---|---|---|

MINIMUM:

OS *:       Windows XP SP3 (32 bit) / Vista
Processor:  Intel(R) Core(TM)2 Duo 2.1 Ghz or equivalent
Memory:     1024 MB RAM
Graphics:   GeForce 8800 or equivalent
DirectX:    Version 9.0c
Storage:    400 MB available space
Sound Card: Integrated

* Starting January 1st, 2024, the Steam Client will only support Windows 10 and later versions.

11 bit studios S.A. 2013 - All rights reserved

## MORE LIKE THIS

See All



DOTA 2 — Free To Play
SPACE ENGINEERS — $29.99
BLOONS TD 6 — $13.99
RIVALS SEASON 1 — Free To Play

## WHAT CURATORS SAY

View all

29 Curators have reviewed this product. Click here to see them.

## CUSTOMER REVIEWS FOR ANOMALY WARZONE EARTH MOBILE CAMPAIGN



Overall Reviews:                                    Recent Reviews:
Mostly Positive (190 reviews) ⓘ

| REVIEW TYPE ▾ | PURCHASE TYPE ▾ | LANGUAGE ▾ | DATE RANGE ▾ | PLAYTIME ▾ | DISPLAY ▾ | Show graph ⌄ |
|---|---|---|---|---|---|---|

**201**

Filters  [×]  [×]  [×]  [×]  [×]    Excluding Off-topic Review Activity [×]    Playtime: [×]    Played Mostly on Steam Deck [×]

There are no more reviews that match the filters set above

Adjust the filters above to see other reviews



Loading reviews...

© 2025 Valve Corporation. All rights reserved. All trademarks are property of their respective owners in the US and other countries.
VAT included in all prices where applicable.    Privacy Policy   |   Legal   |   Steam Subscriber Agreement   |   Refunds   |   Cookies

About Valve   |   Jobs   |   Steamworks   |   Steam Distribution   |   Support   |   Recycling   |   Gift Cards   |   f Steam   |   𝕏 @steam

**203**



ATV028460



ATV028144



## ABOUT THIS GAME

WARZONE is a tactical turn-based war game. Warfare actions are deployed in Middle East landscape on a battlefield of a several square kilometers, on opposite sides of which two rival armies have their strongholds. You may command units of different military branches including armoured personnel carriers, tanks, helicopters, multiple rocket launchers and surface-to-air missile launchers and also a special task force unit. Each military unit has some specific advantages and weaknesses. The challenge for you is to learn them and use them to maximum effect! The game, like chess, provides for all kinds of combinations of cooperation among warfare units and use of landscape features. Be inventive and cunning but watchful at the same time and cautious to avoid ambush prepared by your opponent!

Your task is to get a tactical advantage before your opponent, to punch a hole in his/her defense, to capture and hold key areas – ravines, airdromes, roads, to group forces in zones of penetration, to ensure the powerful fire support which will result in devastating your opponent's machines or capturing your opponent's base. After you have assessed the situation on the tactical map and made your move, you get into the battlefield on which you directly command the machines chosen by you and fire from any available weapon units to eliminate your enemy by missiles, cannons and detonation of the enemy own ammunition supply.

Play with your friends and random opponents through Internet, at your home with your parents and relatives via the function which allows you to play on one PC, learn and train yourself by fighting with artificial intellect opponents. Improve your logical thinking and tactical skills, be the best WARZONE war strategist!

WARZONE is an attempt to create a game which requires logical thinking of a chess level and which gives you an entertainment comparable to that of a tank shooter! The game is on the very initial stage of development, that is why your feedback and comments may significantly change and improve the game!

## SYSTEM REQUIREMENTS

**MINIMUM:**

- OS: Windows XP SP3 or better
- Processor: 2.4 GHz Dual core
- Memory: 4 GB RAM
- Graphics: NVIDIA GT 450 1GB / ATI HD 7770 1GB or better
- DirectX: Version 9.0c
- Network: Broadband Internet connection
- Storage: 2 GB available space

## MORE LIKE THIS

See all

Hell Let Loose
$39.99

War of Rights
$29.99

Squad
$49.99

---

**Sign In** or **Open in Steam**

| | |
|---|---|
| 🯅 | Single-player |
| 🯅🯅 | Online PvP |
| 🯅 | Remote Play Together |

Languages:

| | Interface | Full Audio | Subtitles |
|---|---|---|---|
| English | ✓ | | |
| Russian | ✓ | | |

TITLE: WARZONE
GENRE: Indie, Massively Multiplayer, Strategy
DEVELOPER: KEA Games
PUBLISHER: KEA Games
RELEASE DATE: Oct 17, 2017

View the manual ↗
View update history
Read related news
View discussions
Find Community Groups

Share    Embed    🏳

Document title: WARZONE on Steam
Capture URL: https://store.steampowered.com/app/712230/WARZONE/
Capture timestamp (UTC): Fri, 17 Dec 2021 18:20:00 GMT

ATV028145



Document title: WARZONE on Steam
Capture URL: https://store.steampowered.com/app/712230/WARZONE/
Capture timestamp (UTC): Fri, 17 Dec 2021 18:20:00 GMT

ATV028146



© 2021 Valve Corporation. All rights reserved. All trademarks are property of their respective owners in the US and other countries. VAT included in all prices where applicable.  Privacy Policy  |  Legal  |  Steam Subscriber Agreement  |  Refunds  |  Cookies

About Valve  |  Jobs  |  Steamworks  |  Steam Distribution  |  Support  |  Gift Cards  |  Steam  |  @steam

Document title: WARZONE on Steam
Capture URL: https://store.steampowered.com/app/712230/WARZONE/
Capture timestamp (UTC): Fri, 17 Dec 2021 18:20:00 GMT

ATV028147



ATV028479

Install Steam    login | lan

**STEAM**

STORE    COMMUNITY    ABOUT    SUPPORT

«

# STEAM
# NEWS HUB

## Warzone VR
**NEWS HUB**

☆    Follow    Links ∨

YOUR NEWS & EVENTS

**YOUR NEWS**
Personalized

**YOUR UPCOMING EVENTS**
Personalized

GLOBAL NEWS & EVENTS

**FEATURED**
From Top sources

**STEAM OFFICIAL**
Steam Blog and News

SEARCH

DISCOVER

**NEWS CURATORS**

⚙ OPTIONS AND FILTERS

### OCTOBER 2020

## Store Removal

NEWS OCT 21, 2020

Warzone VR will no longer be available
for sale starting November 16. If you
already own the game, it will stay in
your library and continue to function
as expected, with the...

👍 11    💬 19    ⋯

### SEPTEMBER 2019

## EA Patch 0.0.1.9
SMALL UPDATE / PATCH NOTES SEP 16, 2019

👍 3    💬 0    ⋯

### AUGUST 2019

## EA Patch 0.0.1.8 Crossplay!
SMALL UPDATE / PATCH NOTES AUG 23, 2019

👍 3    💬 0    ⋯

### MARCH 2019

## EA Patch 0.0.1.7
SMALL UPDATE / PATCH NOTES MAR 26, 2019

**VALVE**
© 2024 Valve Corporation. All rights reserved. All
trademarks are property of their respective owners
in the US and other countries.

**210**

ATV028442

Warzone VR News Hub



**STEAM** STORE COMMUNITY ABOUT SUPPORT

Install Steam   login | lan

**STEAM NEWS HUB**

# Warzone VR
**NEWS HUB**

☆   Follow

YOUR NEWS & EVENTS

**YOUR NEWS**
Personalized

**YOUR UPCOMING EVENTS**
Personalized

GLOBAL NEWS & EVENTS

**FEATURED**
From Top sources

**STEAM OFFICIAL**
Steam Blog and News

SEARCH

DISCOVER

**NEWS CURATORS**

⚙ OPTIONS AND FILTERS

### EA Patch 0.0.1.5
SMALL UPDATE / PATCH NOTES  MAR 15, 2019

👍 4   💬 3   ⋯

### EA Patch 0.0.1.4
SMALL UPDATE / PATCH NOTES  MAR 14, 2019

👍 2   💬 2   ⋯

## FEBRUARY 2019

### EA Patch 0.0.1.3
SMALL UPDATE / PATCH NOTES  FEB 27, 2019

👍 4   💬 2   ⋯

### EA Patch 0.0.1.2
SMALL UPDATE / PATCH NOTES  FEB 15, 2019

👍 1   💬 2   ⋯

### EA Patch 0.0.1.1
SMALL UPDATE / PATCH NOTES  FEB 7, 2019

👍 4   💬 1   ⋯

### EA Patch 0.0.1.0
SMALL UPDATE / PATCH NOTES  FEB 7, 2019

**VALVE**

© 2024 Valve Corporation. All rights reserved. All trademarks are property of their respective owners in the US and other countries.

211

ATV028443

STORE  COMMUNITY  ABOUT  SUPPORT

Install Steam    login | lan

# STEAM NEWS HUB

## Warzone VR
### NEWS HUB

☆    Follow

YOUR NEWS & EVENTS

**YOUR NEWS**
Personalized

**YOUR UPCOMING EVENTS**
Personalized

GLOBAL NEWS & EVENTS

**FEATURED**
From Top sources

**STEAM OFFICIAL**
Steam Blog and News

SEARCH

DISCOVER

NEWS CURATORS

⚙ OPTIONS AND FILTERS

### EA Patch 0.0.0.8
SMALL UPDATE / PATCH NOTES  FEB 6, 2019

👍 2    💬 1    ⋯

### EA Patch 0.0.0.7
SMALL UPDATE / PATCH NOTES  FEB 6, 2019

👍 3    💬 1    ⋯

VALVE

© 2024 Valve Corporation. All rights reserved. All
trademarks are property of their respective owners
in the US and other countries.

**212**

ATV028445

Install Steam login | lan

STEAM

STORE COMMUNITY ABOUT SUPPORT

# STEAM NEWS HUB

## Warzone VR
### NEWS HUB

☆  Follow

YOUR NEWS & EVENTS

**YOUR NEWS**
Personalized

**YOUR UPCOMING EVENTS**
Personalized

GLOBAL NEWS & EVENTS

**FEATURED**
From Top sources

**STEAM OFFICIAL**
Steam Blog and News

SEARCH

DISCOVER

**NEWS CURATORS**

⚙ OPTIONS AND FILTERS

VALVE

© 2024 Valve Corporation. All rights reserved. All trademarks are property of their respective owners in the US and other countries.

**214**

ATV028447

STEAM

STORE  COMMUNITY  ABOUT  SUPPORT

Install Steam    login | lan

STEAM
NEWS HUB

Warzone VR
NEWS HUB

Follow

YOUR NEWS & EVENTS

YOUR NEWS
Personalized

YOUR UPCOMING EVENTS
Personalized

GLOBAL NEWS & EVENTS

FEATURED
From Top sources

STEAM OFFICIAL
Steam Blog and News

SEARCH

DISCOVER

NEWS CURATORS

OPTIONS AND FILTERS

NO MORE OLDER POSTS FOUND

VALVE

© 2024 Valve Corporation. All rights reserved. All
trademarks are property of their respective owners
in the US and other countries.

**216**



217



ATV028488