MARC E. MAYER (SBN 190969)
  mem@msk.com
KARIN G. PAGNANELLI (SBN 174763)
  kgp@msk.com
LINDSAY R. EDELSTEIN (*pro hac vice*)
  lre@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Activision Publishing,
Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>WARZONE.COM, LLC,<br><br>Defendant. | CASE NO. 2:21-cv-3073-FLA (JCx)<br><br>[Judge Fernando L. Aenlle-Rocha]<br><br>**EXHIBITS NOS. 5-8 TO DECLARATION OF LINDSAY R. EDELSTEIN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT** |
| WARZONE.COM, LLC,<br><br>Counterclaimant,<br><br>v.<br><br>ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>Counterdefendant. | Date:          March 21, 2025<br>Time:          1:30 p.m.<br>Ctrm:         6B<br><br>Complaint Filed:       Apr. 8, 2021<br>Counterclaim Filed:  June 8, 2021<br>Pretrial Conference:   May 19, 2025, at 1:30 p.m.<br>Trial:                      May 27, 2025, at 8:15 a.m. |

# EXHIBIT 5


       



# Warzone

161K likes • 159K followers

  

Posts  **About**  Mentions  Followers  Photos  Videos  More ▾

## About

Contact and basic info

Page transparency

Details About Warzone

---

**About Warzone**

The Federation fell under a blitzkrieg by the malicious neighbor, the Empire. Commander, the fate of your homeland depends on you now! Fortify your base, assemble troops and strike the enemy until the last of them flees!

---

## Followers


220

        

Warzone's list of followers is unavailable.

## Photos

Tagged photos    **Warzone's Photos**    Albums

   

   

See all

## Videos

**Videos of Warzone**

  

1:19:21    1:10:57    1:36


**221**

(+) Warzone | Facebook

Recent

No Recent to show



    



 **Warzone**
March 17, 2014 · 🌐

Commanders,

A quick update: we're still working on fixing the servers that suffered from the Empire's covert operation. We will update you instantly as soon as it's safe to get back to **#WarzoneGame**!

Thank you all for your patience and understanding, Commanders!
Click 'Like' and 'Share' to spread the word among your allies!

Enter Warzone: [http://apps.facebook.com/warzonegame/](http://apps.facebook.com/warzonegame/)... **See more**

👍 72                                                                        32 💬   14 ➤



**223**

 

   



**Warzone**
October 14, 2015 · 🌐

Check yourself, Commander!

'Like' and 'Share' if you found all the differences!

Play 'Warzone': **https://apps.facebook.com/warzonegame**

👍 78                                                    12 💬   3 ↗



Most relevant ▾

**ShAyk MUneeb**
Please move your hands and get your game **#warzone** at **#playstore**



**224**



**Warzone: Clash of Generals**
June 13, 2017 · 🌐

### Warzone - Mobile Strategy Evolved! Clash Royale meets Command ...

Mobile Strategy Evolved - Play this awesome combination of Clash Royale and Command & Conquer!

👍 7                     260 👁

👍 Like          💬 Comment          ↪ Share

---

Comments                              See all

Write a comment...

😊 ☺ GIF 🎃

**225**

 



 **Warzone: Clash of Generals**
August 17, 2017 · 🌐

Great news! YouTuber **Typical Gamer** is joining Warzone, with the next update featuring his own in-game character and super-unit: The Burner

He will also be battling the scorched Warzone battlegrounds online for you to watch.

Download Warzone at: **bit.ly/2i9mjFU**

Early bird downloaders will get a free Division Box (worth 50$) upon the game's official release at the end of the month! **See less**

👍 134                                                                    10 💬   5 ↪

| 👍 | 🗨 | ↪ |

Most relevant ▾



Write a comment...

😊 ☺ GIF 🎨

**226**

https://www.facebook.com/photo/?fbid=1713444242285738&set=pb.100063522642071.-2207520000

ATV007950







ATV007951



Search Facebook

# Warzone: Clash of Generals

1K likes • 1K followers

Message | Like | Search

Posts | About | Mentions | Reviews | Followers | Photos | More

## Intro

Futuristic PvP Real Time Strategy - let your tanks do the talking

http://warzone-thegame.com/

**Page** · App page

warzone-thegame.com

94% recommend (21 Reviews)

## Photos

See all photos

## Posts

Filters

**Warzone: Clash of Generals**
October 6, 2022

Hello everyone,
unfortunately, we have to inform you that our server provider has stopped its service and therefore our server has been shut down. This means that you will not be able to log into the game anymore.
We would like to thank you for playing the game and being such a great community. However, we as Stratosphere Games do not stop here. Our new title Homeworld Mobile is already available in several countries including Canada, the UK, and Germany — with global launch ... **See more**

HOMEWORLD-MOBILE.ONELINK.ME
**Home - Coming Soon - Homeworld Mobile**

4

Like | Comment | Share

Write a comment...

**Warzone: Clash of Generals**
February 25, 2022

Hey everyone!
It's been a while, but we've been busy. Check out the trailer for our upcoming real-time strategy MMO — Homeworld Mobile.
See you in space!



Search Facebook

Warzone: Clash of Generals

**Intro**

Futuristic PvP Real Time Strategy - let your tanks do the talking

http://warzone-thegame.com/

**Page** · App page

warzone-thegame.com

94% recommend (21 Reviews)

**Photos** See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

3 · 1 comment

Like · Comment · Share

**Tobi Liese**
Can you give me codes?
2y · Like · Reply

Write a comment...

**Warzone: Clash of Generals**
September 9, 2020

Hey everyone,
We wanted to let you know that we just released our second game, Idle War Tank Tycoon, globally today.
If you are a Warzone Fan and you want to check it out we are sure you will recognize some of the tanks and other units.
Download Idle War now!
Android: https://play.google.com/store/apps/details...... **See more**

DISCORD.COM
**Join the Idle War Discord Server!**
Check out the Idle War community on Discord - hang out with 91 other members and enjoy free voice and text chat.

4

Like · Comment · Share

Write a comment...

**Warzone: Clash of Generals**
April 17, 2019

New Update! Introducing ad support!



facebook.com/cfwarzone
Search Facebook
CROSSFIRE
WARZONE
Smilegate
JOYCITY
WARZONE
CROSSFIRE: Warzone
13K likes • 15K followers
Play game
Message
Like
Posts
About
Mentions
Followers
Photos
Videos
More
Intro
The FPS masterpiece returns as a strategy war game! Use tactics to eliminate terrorists!
Page · Video Game
JOYCITY Corp.
is responsible for this Page
joycity.oqupie.com/portals/467
Photos
See all photos
Posts
Filters
CROSSFIRE: Warzone
October 5, 2022 ·
Dear Commanders,
As a reminder, and with heavy heart, we are announcing the conclusion of service at the end of October on 10/31/2022 at 02:00 UTC (10/30 at 19:00 PDT).
From the moment you arrived at your Command Post for the very first time, and to when Nanoinfectants began to infiltrate under Breaker's supreme rule, we strived to provide the best gaming experiences and updates for our Commanders. We loved seeing everyone enjoy the game, thus this was one of the most diffi... See more

# facebook 

Log In



 **Usroid**
October 12, 2020 · 🌐

•••

Download Idle Warzone 3d: Military Game - Army Tycoon 1.2 - simulation game &quot;click military base&quot; Android + mod

Idle Warzone 3d: Military Game - Army Tycoon v1.2 + Mod - Android click base military game regular version + mod version (infinite money) individually
tested with offline execution
Idle Warzone 3d: Military Game - Army Tycoon - Click Military Base Is the title of a game in the simulation genre published by Virede game development studio for Android devi... **See more**

👍 Like          💬 Comment

## Log in or sign up for Facebook to connect with friends, famil...

Log In    or    Create new account

**231**

ATV028223

# EXHIBIT 6



ATV005216

**Page Vault**

| | |
|---|---|
| Document title: | THE REVIVAL OF GOW2? – Gears of War 2 (XBOX ONE) – Ranked Warzone Gameplay (1080p) - YouTube |
| Capture URL: | https://www.youtube.com/watch?v=UGuco__jre4 |
| Page loaded at (UTC): | Thu, 21 Nov 2024 23:51:56 GMT |
| Capture timestamp (UTC): | Thu, 21 Nov 2024 23:51:58 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 8 |
| Capture ID: | k5b2m5GaJULuMWwRoNDnZ9 |
| Display Name: | whk |

ATV007987



## THE REVIVAL OF GOW2? - Gears of War 2 (XBOX ONE) - Ranked Warzone Gameplay (1080p)



**TheRazoredEd...**
56.5K subscribers

Join   Subscribe

👍 262   👎   ↗ Share   ...

5,297 views  Feb 20, 2016
Gears of War 2 XBOX ONE Ranked Warzone Gameplay (1080p)
Enjoy the video? SHARE, LIKE, COMMENT and SUBSCRIBE for more!
http://youtube.com/subscription_cente... - Check out these links and stuff! ▼

IMPROVE YOUR GAMEPLAY! ▼
► You can use my code "RAZOR" to get a 10% discount on ALL KontrolFreek products!
http://www.kontrolfreek.com/?a_aid=RAZOR

CONNECT! ▼
Twitter ► ⊕ / therazorededge
Twitch ► ◘ / therazorededge
Instagram ► 📷 / therazorededge
GCOTD ► ▶ / gearsclipoftheday

Gears of War © Microsoft Corporation. "THE REVIVAL OF GOW2? - Gears of War 2 (XBOX ONE) - Ranked Warzone Gameplay (1080p)" was created under Microsoft's "Game Content Usage Rules" using assets from Gears of War, and it is not endorsed by or affiliated with Microsoft.

THE REVIVAL OF GOW2? - Gears of War 2 (XBOX ONE) - Ranked Warzone Gameplay (1080p) by TheRazoredEdge

Intro made by KVK Studios
http://www.kvkstudios.net/

## Transcript

Follow along using the transcript.

Show transcript

**TheRazoredEdge**
56.5K subscribers

▶ Videos   📖 About   ▶ Become a Channel Member   🐦 Twitter

Gears of War - The Luckiest Round of Execution Ever? (Ridiculous!)
by TheRazoredEdge



≡  ▶ YouTube                Search                          Q   🎤          ⋮   ⊘ Sign in

▶ Videos    🖼 About    ▶ Become a Channel Member    ⊗ Twitter

Gears of War - The Luckiest Round of Execution Ever? (Ridiculous!)
by TheRazoredEdge

Rocket League - How To Unlock The Gears of War Armadillo APC (XBOX ONE)
by TheRazoredEdge

Gears of War 4 - Marcus Fenix Dead or Alive? (Gears of War 4 Campaign Discussion)
by TheRazoredEdge

Show less

Gears of War 2
2008
BROWSE GAME ›

Gaming
BROWSE ALL GAMING ›

**67 Comments**    ≡ Sort by

Add a comment...

@TheRazoredEdge  8 years ago
Sup guys! Apologies for the audio sounding like it's peaking. My settings changed and I didn't realize.

Anyways, I hope you enjoy the video. Be sure to drop a LIKE to support the channel! ;D

👍 5  👎  Reply

∧  2 replies

@scorpi9n  8 years ago
+TheRazoredEdge great video!

👍 👎  Reply

@koreyroseland6047  8 years ago
hey razored wanna party up sometime and play a few games

👍 👎  Reply

@AFXAcid37  8 years ago
I wish they'd make the DLC free so people would play on the map pack playlists :(

👍 7  👎  Reply

∧  • 2 replies

@TheRazoredEdge  8 years ago
+AFXAcid Yeah that'd be nice

👍 1  👎  Reply

@AFXAcid37  8 years ago
TheRazoredEdge So after watching your video I decided to play some GoW2, been playing since I first commented. Man... there are SO MANY noobs haha. My team is like 100 (me), 1, 1, 1, 3 vs. 60, 1, 1, 1, 17.

Coming from someone who loves GoW2 (probably my favorite multiplayer ever), it is so sluggish to go back to. GoW2 always had dumpy connections, and using backwards compatibility doesn't help it much.

Document title: THE REVIVAL OF GOW2? - Gears of War 2 (XBOX ONE) - Ranked Warzone Gameplay (1080p) - YouTube
Capture URL: https://www.youtube.com/watch?v=UGuco__jre4
Capture timestamp (UTC): Thu, 21 Nov 2024 23:51:58 GMT

ATV007989



YouTube Search Sign in

17.

Coming from someone who loves GoW2 (probably my favorite multiplayer ever), it is so sluggish to go back to. GoW2 always had dumpy connections, and using backwards compatibility doesn't help it much.

Also, I expect you'll see an influx of GoW2 clips submitted by Avenge players in the next week, I think I've seen about 10 different people from Avenge playing tonight.

Show less

Reply

@Labyethan 8 years ago
The moment I heard Kano...
I just had a flash of the MK movie but with this; "You can't win I've studied your ever move Pete!"

Reply

@oweup 8 years ago
I was having fun on here earlier. I wish I was on gears back in the gears 1 and 2 days, seems like good times.

Reply

@haas1049 8 years ago
Gears 2 is the king of the series

2 Reply

@lukelukey4155 8 years ago
I hope it gets the ultimate edition treatment in the future

2 Reply

@TheSPEEDYREIDY 8 years ago
Great to see new players as we need the support for the new one on the way more people playing the better

Reply

@Randymash 8 years ago
Man this game looks like it's actually fun again xD Good shit Pete!

Reply

@R3SP3CTV3NGFUL 8 years ago
The fresh fish are real lol. So good taking advantage of new players on there and having decent matches all around. If Annex was like this, I'll play it :)

Reply

@PatrickStar765 8 years ago
I love this game.

3 Reply

2 replies

@TheRazoredEdge 8 years ago
+Gerson Corona I do too... for the most part...

Reply

@PatrickStar765 8 years ago
I only like playing with the AI, such a challenge

Reply

@MLKM4N 8 years ago
A new life cycle that you ended :( haha poor guys

2 Reply

@ilyas4060 8 years ago



≡  ▶ YouTube    Search    🔍  🎤    ⋮  ◎ Sign in

@MLKM4N 8 years ago
A new life cycle that you ended :( haha poor guys
👍 2  👎  Reply

@ilyas4060 8 years ago
Your so underrated your videos are cool man
👍  👎  Reply

@DWorthless 8 years ago
Amazing gameplay bro <3
👍  👎  Reply

@topgus07 8 years ago
Keep postin.love it
👍  👎  Reply

@Everbrooks 8 years ago
Your opponents didn't even know how to hold their controller if I judge how they play xD
👍  👎  Reply

@Pistuhlero 6 years ago
Really good video Pete! Glad to see you on Gears 2! If you wanna play it sometime let me know ill jump on it
:)
👍  👎  Reply

@sergiomendez9463 8 years ago
Thanks Friend...!
👍  👎  Reply

@unicornbaby5101 8 years ago
Just like the old days :)
👍  👎  Reply

@HaskellGow 8 years ago
keep it up man :)
👍  👎  Reply

@Rawr93 8 years ago
<3 am loving g2 again.
👍  👎  Reply

@EndlSsWhat 8 years ago
is it just me or in gears 3 on the one the movement and kills feel delayed
👍 2  👎  Reply
⌄ 1 reply
@peanut4745 8 years ago
Yeah definently
👍  👎  Reply

@trestenfauvell616 8 years ago
They should remake this game at some point it doesn't have to be soon but I would would buy it if they did
👍  👎  Reply

@UltimateGearsPlayer 8 years ago
How u get gold gun
👍  👎  Reply

@erock7A79 8 years ago

ATV007991



YouTube Search Sign in

@UltimateGearsPlayer 8 years ago
How u get gold gun
Reply

@erock7679 8 years ago
got any gears ue character codes
Reply

@johnathanemerson3784 8 years ago
really like your videos you should do some more gear 3 videos king of the hill with Landon
Reply
1 reply

@TheRazoredEdge 8 years ago
+Johnathan Emerson Thanks bud!
1 Reply

@StaticDzn 8 years ago
GEARS TWOOOOO :o
Reply

@DovaG3 8 years ago
I enjoyed gears 2. Yeah you would get some shitty connections but it was fun. I really enjoyed Guardian.
Reply

@obinnaeze9471 8 years ago
I really hoped for free dlc. Oh well, good gameplay as always. By the way, let's play horde sometime.
Reply
1 reply

@obinnaeze9471 8 years ago
They should remaster this game.
Reply

@roach-o9242 8 years ago
Only if there was a liife cycle like that is gow3 :(
Reply

@xlHunter96 8 years ago
Hahaha Amazing Petey ( •◡•)✧•°♡
Reply

@MzMagiic 8 years ago
Paytor. Ur Loyal <3 lol
Reply
1 reply

@TheRazoredEdge 8 years ago
+Ess Magiic I Miz Magiic I appreciate that
Reply

@gamingger2498 8 years ago
iam drunken party greetz fron germany :)
Reply

@Nephilim_JR 8 years ago
Jeez I love the graphics for gears of war 2. However I'm sad cuz now gears 2 is like bot banging. I liked it



≡   ▶ YouTube          Search                          Q    🎤            ⋮    ⊘ Sign in

iam drunken party greetz fron germany :)

👍 👎  Reply

@Nephilim_JR 8 years ago
Jeez I love the graphics for gears of war 2. However I'm sad cuz now gears 2 is like bot banging. I liked it
when there was brutal challenge. 😊 😊

👍 👎  Reply

@jwillemb1997 8 years ago
i wish i could play gears 2 but i got the account glitch so if im on my account it freezes even with the
downloadeble version

👍 👎  Reply

⌃ 8 replies

    @TheRealSkeletor 8 years ago
    +jwillemb1997 Make a new account?

    👍 👎  Reply

    @jwillemb1997 8 years ago
    +Skeletor Jopko then i have to but xbox live again haha :'(

    👍 👎  Reply

    @TheRealSkeletor 8 years ago
    jwillemb1997 Get a 1-month trial card/code?

    👍 👎  Reply

    @jwillemb1997 8 years ago
    +Skeletor Jopko cant because i got three accounts with the free month trial 😊

    👍 👎  Reply

    @TheRealSkeletor 8 years ago
    jwillemb1997 And you can't use any of those three accounts to play Gears 2?

    👍 👎  Reply

    @jwillemb1997 8 years ago
    +Skeletor Jopko nope

    👍 👎  Reply

@ShotsMerkzAll 8 years ago
Anyone got a code for this? I would appreciate it aha, nice video btw ladd

👍 👎  Reply

⌃ 3 replies

    @AzurasEgo 8 years ago
    it's free on xbox live

    👍 1 👎  Reply

    @ShotsMerkzAll 8 years ago
    Azurah v2 Word, i thought you had to get a code or something to download, thanks bro.

    👍 👎  Reply

    @AzurasEgo 8 years ago
    +Shots nope it's free :)

    👍 1 👎  Reply

@iknight7000 8 years ago
God I hated GOW2 online. The movement was shit, but hands down the best maps out of any gears game. If
they could take the movement of 3, maps on 2, and the guns off of Judgment I'd be for real for real happy.

👍 👎  Reply

Document title: THE REVIVAL OF GOW2? - Gears of War 2 (XBOX ONE) - Ranked Warzone Gameplay (1080p) - YouTube
Capture URL: https://www.youtube.com/watch?v=UGuco__jre4
Capture timestamp (UTC): Thu, 21 Nov 2024 23:51:58 GMT

ATV007993



@Iknight7000 8 years ago
God I hated GOW2 online. The movement was shit, but hands down the best maps out of any gears game. If they could take the movement of 3, maps on 2, and the guns off of Judgment I'd be for real for real happy.

👍 👎  Reply

@sergiomendez9463 8 years ago
1*

👍 👎  Reply

⌃ 💬 • 2 replies

@TheRazoredEdge 8 years ago
+B u n B u r y S h a G y Legend!

👍 👎  Reply

@sergiomendez9463 8 years ago
+TheRazoredEdge Thanks friend....!

👍 👎  Reply

@timbone7125 8 years ago
anybody wanna party up in gears ue my gt is Rexr Slayer

👍 👎  Reply

@beckham4332 8 years ago
25 :)

👍 👎  Reply

⌃ 💬 • 1 reply

@TheRazoredEdge 8 years ago
+BlcKsHaDOW :o

👍 👎  Reply

@nosequien43 6 years ago (edited)
new cycle? oh, i want gow judgment new players to kill it because im boring to kill bots

👍 👎  Reply

@puttputt524 8 years ago
yes, tell 400 lb men to lose weight...

👍 👎  Reply

@capo6192 8 years ago
no offense but why u getting happy if they are newbies

👍 👎  Reply

⌃ 💬 • 2 replies

@TheRazoredEdge 8 years ago
+Jaylen Osborne Because I'm enjoying myself :)

👍 👎  Reply

@capo6192 8 years ago
K

👍 👎  Reply

ATV007994



www.youtube.com/watch?v=G2wgretZayI

Search



**Gears of War: Ultimate Edition - Mausoleum Gameplay on Warzone! (XBOX ONE)**

 SASxSH4DOWZ
96.2K subscribers

Join    Subscribe

👍 217    👎    ↗ Share    🔖 Save    •••

10K views  9 years ago
Gears of War Ultimate Edition Mausoleum Gameplay on Warzone!
● Gears of War Ultimate Edition Process Gameplay: http://bit.ly/1UVaP1Z
● Gears of War Ultimate Edition Mansion Gameplay: http://bit.ly/1K6OpHA ...more

 **Gears of War: Ultimate Edition**
2015
BROWSE GAME ❯

 **Gaming**
BROWSE ALL GAMING ❯

**242**



**15 Minutes of Halo 5 Warzone Multiplayer**

IGN ✓
18.6M subscribers

Subscribe

👍 8.6K    👎    ↪ Share    •••

1,098,371 views  Jun 16, 2015
Get your first look at Warzone, Halo 5's 24 player multiplayer mode.

IGN
18.6M subscribers

▶ Videos    🖼 About    ✖ Twitter    f Facebook    📷 Instagram    ♪ TikTok

Show less

Halo 5: Guardians
2015
BROWSE GAME ›

Gaming
BROWSE ALL GAMING ›

Shop the IGN store

$30.00            $24.99            $9.99            $60.00            $40.00            $78.00
IGN Store ☑    IGN Store ☑    IGN Store ☑    IGN Store ☑    IGN Store ☑    IGN Store ☑

2,469 Comments    ≡ Sort by

Add a comment...

@holon555 9 years ago
It's like he doesn't even know there is a radar...
👍 395    👎    Reply

Document title: 15 Minutes of Halo 5 Warzone Multiplayer - YouTube
Capture URL: https://www.youtube.com/watch?v=l6txlsc2HT4
Capture timestamp (UTC): Fri, 22 Nov 2024 06:51:47 GMT

243

ATV008328



≡    ▶ YouTube    Search    Q    🎤        ⋮    ⊙ Sign in

@holon555 9 years ago
It's like he doesn't even know there is a radar...

👍 395  👎  Reply

⌃ 102 replies

@oscarmike1131 9 years ago
***** that makes no sense at all

👍 5  👎  Reply

@WhoahCanada 9 years ago
Mike K call of duty has no radar.

👍 3  👎  Reply

@MrW0lfe 9 years ago
Robert Dinero Well he ain't wrong. Call Of Duty in the Hardcore mode doesn't have radar

👍 3  👎  Reply

@saulw6270 9 years ago
Cod has a map

👍 4  👎  Reply

@kalin9ne651 9 years ago
He's half wrong

👍  👎  Reply

@ahvi3038 9 years ago
holon555 To be fair, I play Halo quite often and I'm not even used to looking at the radar. I almost never do.

👍 1  👎  Reply

@Stefan23K 9 years ago
holon555 Can someone please name on good thing 343 has done to halo??

👍 1  👎  Reply

@ahvi3038 9 years ago
***** They expanded upon the lore of the Halo universe, told a great story in Halo 4, added sprint finally, gave us an awesome anniversary edition of Halo 2, kept the Halo feel to their installments while making it their own, and they're bringing Blue Team into a Halo game finally. I could go on.

👍 8  👎  Reply

@Stefan23K 9 years ago
How was halo4 a good story? and how did they keep the halo feel? in my opinion they don't feel like halo anymore. and please they didn't do anything to halo 2 ani blur studios did the cinematic which is the best part about that game

👍 2  👎  Reply

@Amat979 9 years ago
***** Graphics, that's all i can think off

👍  👎  Reply

↳ Show more replies

@Kjernekar 9 years ago
Meanwhile on the internet:

"Halo needs to stop being the same game as allways. Change things up"

Later....

"Omg why did you change stuff in Halo, bring back Halo 3"

ATV008329



≡  ▶ YouTube          Search                    🔍  🎤              ⋮   ⊘ Sign in

Later...

"Omg why did you change stuff in Halo, bring back Halo 3"

Never happy.....

Show less

👍 69  👎   Reply

⌄ 1 reply

@QasimAli-to5lk 4 years ago
You're so right...

👍 5  👎   Reply

@Nicodeeemus 9 years ago
When we say we want next generation multiplayer, this is what we're talking about!

👍 37.d  👎   Reply

⌄ 44 replies

@oliverhancock5397 9 years ago
I Know You're Reading This. Thank you, It is nice to see someone else who gets it... This new halo is looking amazing!

👍 49  👎   Reply

@brotherlymoses22 9 years ago
It's really does look amazing, I think 343 did the best they could to evolve the franchise. Can't wait to play!

👍 5  👎   Reply

@CMEPTHuKk 9 years ago
I Know You're Reading This may be u are fans of this series, but nothing special i didnt see...some CoD with mods

👍 1  👎   Reply

@oliverhancock5397 9 years ago
Саймон Феникс No, Nothing like call of duty. I played the Beta, and the flow and gun play are very different. you see nothing special because you haven't experienced it. It takes more skill than call of duty and is ultimately more rewarding. You must also be narrow minded if you see nothing new as the story driven narrative in halo continues to push the story telling ability of the FPS genre beyond "Bro, Lets blow some shit up, set pieces". The multiplayer is bringing back arena based balanced starts (designed with the help of pro-MLG players). This mode is also very unique as it has the multiplayer boss fighting (of say destiny) with large 12 v 12 base conquest all with vehicle combat and enemy AI. You will be in an actual battle... This combination has not been done before. and is unique to the FPS genre. And before you go on about originality. 2 statements... "all things in infinite recombination..." and "Nihili Novi sub Sole"

Show less

👍 23  👎   Reply

@scottsteiner4579 9 years ago
I Know You're Reading This whats so next gen about this? its just like every other halo

👍 3  👎   Reply

@scottsteiner4579 9 years ago
KROSER LOL i was only in 3 videos. You were in all of them aswell. Halo 5 is the same shit.

👍   👎   Reply

@mistajammin 9 years ago
Саймон Феникс How in the blue hell is this like COD? cause you can sprint? Which makes perfect sense now...

👍 3  👎   Reply

↳ Show more replies



☰  ▶ YouTube          Search                          🔍  🎤              ⋮   ⊘ Sign in

Саймон Феникс How in the blue hell is this like COD? cause you can sprint? Which makes perfect
sense now...

👍 3  👎   Reply

↳ Show more replies

@FLy1nRabBit 9 years ago
This means forge A.I right? RIGHT?!

Edit: i don't mean Warzone Forge, I mean just adding AI in normal Forge Mode.

👍 198  👎   Reply

∧ 25 replies

@Sellipsis 9 years ago
Oh gosh one can only hope

👍 69  👎   Reply

@aydanmull 9 years ago
***** The machinima possibilities are endless

👍 29  👎   Reply

@natedavis6689 9 years ago
***** Please oh freaking please... That would fulfill my longing

👍 16  👎   Reply

@revanspaceduck39 9 years ago
No. Warzone stuff won't be in Forge, sadly.

👍 4  👎   Reply

@FLy1nRabBit 9 years ago
Revan Spaceduck Confirmation? And it doesn't have to be from Warzone, just AI in general.

👍 5  👎   Reply

@revanspaceduck39 9 years ago
Chief Canuck has an interview between Major Nelson and some other guy, the other 343i guy said it.

👍 6  👎   Reply

@VideoGamer110 9 years ago
Revan Spaceduck [citation needed]

👍 7  👎   Reply

@deathab0ve 9 years ago
***** No frank O'Connor said himself that these maps are non forge-able.

👍   👎   Reply

@VideoGamer110 9 years ago
Mike Sico And not a single source was listed that day. :p

👍 11  👎   Reply

@6352Ninjas 9 years ago
***** Warzone will not have forge sadly.

👍   👎   Reply

↳ Show more replies

@o8rx 9 years ago
Been playing Halo since I was 14, I'm 25 now. I hope this lives up :)

👍 1  👎   Reply

@Mr.Skits94 9 years ago
This guy really needs to watch his motion tracker.



≡  ▶ YouTube

Search                                          Q    🎤                    ⋮    ⊙ Sign in

Sign in to confirm your age

This video may be inappropriate for some users.

Sign in

### Halo 5 Warzone Trailer

Ⓧ  Xbox ✓                Subscribe              👍 6.2K   👎    🔖 Save   ⋯
     5.53M subscribers

3,214,292 views  Jun 15, 2015
*No description has been added to this video.*

**Show less**

Notice       **Age-restricted video (requested by uploader)**

Halo 5: Guardians                              Gaming
2015                                           BROWSE ALL GAMING ›
BROWSE GAME ›

### 712 Comments   ⇌ Sort by

👤  Add a comment...

🔵  @HaloFollower-Ron ✓ 9 years ago
OH YES YES YES!!!!!
👍 297  👎  Reply

∧ 11 replies

🔵  @IrousenPlays 9 years ago
HaloFollower hey :D
👍 2  👎  Reply

🔵  @SigmaDyess 9 years ago
Nice clickbait videos. How much money do you get from the unwary fans you don't care about?
👍 12  👎  Reply

🔵  @arthurbrandonnielsen 9 years ago
HaloFollower Looks like Big Team Battle meets Firefight!
👍 2  👎  Reply

⚫  @Spartan-rz7mi 9 years ago
Mathogg Yes sir you do!

Document title: Halo 5 Warzone Trailer - YouTube
Capture URL: https://www.youtube.com/watch?v=av-N5smXFpw
Capture timestamp (UTC): Fri, 22 Nov 2024 00:52:08 GMT

ATV008125



HaloFollower Looks like Big Team Battle meets Firefight!

👍 2  👎  Reply

@Spartan-rz7mi 9 years ago
Mathogg Yes sir you do!

👍 1  👎  Reply

@sonicguy1996 9 years ago
H0ll0w360 And why is that??

👍  👎  Reply

@ryanswift3651 9 years ago
H0ll0w360 why?

👍  👎  Reply

@calebhall8932 9 years ago
its gonna be fun!

👍  👎  Reply

@aaaaa9801 9 years ago
I hope it's not like halo 4 because I bought xbox1 because if this game halo 3 💜

👍  👎  Reply

@HondoDogman 9 years ago
isint this 343s verison of firefight

👍  👎  Reply

↳ Show more replies

@wales2k4747 5 years ago
I hope this returns in Halo Infinite MINUS the microtransactions.

👍 54  👎  Reply

⌃ 1 reply

@TacoLex 2 years ago
God I hope it comes back. Micro transactions are hurting infinite

👍 2  👎  Reply

@ApertureClockwork 9 years ago
This is going to be chaotic madness and I couldn't be happier about it.

👍 131  👎  Reply

⌃ 5 replies

@SturFriedBrains 9 years ago
Couldn't have said it better myself, cheers to Bethesda & Microsoft making 2015 the golden age of
gaming.

👍 17  👎  Reply

@eftheusempire 9 years ago
SturFriedBrains Yeah no.

👍 1  👎  Reply

@ls200076 9 years ago
Kevin Hughes hell yes

👍 1  👎  Reply

@ApertureClockwork 9 years ago
***** not a JC fan tbh

👍  👎  Reply

@kimreed1441 9 years ago
ApertureClockwork yhx

ATV008126



≡  ▶ YouTube          Search                           Q  🎤          ⋮  ⊘ Sign in

***** not a JC fan tbh

👍 👎  Reply

@kimreed1441 9 years ago
ApertureClockwork yhx

👍 👎  Reply

@Will-cu2ci 2 years ago
Please bring this back

👍 14 👎  Reply

@HUNTtheTRUTH1 9 years ago
12 v 12
AI Support
Call in airstrikes

YES.

Show less

👍 138 👎  Reply

∧ 7 replies

@Postpar 9 years ago
mojeda117 AI support? no they are kinda like their own team, you wan't have anything helping you but the 12 people on your team

👍 1 👎  Reply

@Postpar 9 years ago
***** how can it be easy if everyone has the same advantages? If you every really played one a good deal you would know its not all that easy no easier then halo at least. Anyway you are clearly to biased for this to continue I'm done.

👍 👎  Reply

@pierrot419 9 years ago
mojeda117
NO SPLIT SCREEN

I'm out..

👍 2 👎  Reply

@sethbrookes4998 9 years ago
+PdRy no offence but if u still use split screen that's slightly sad

👍 1 👎  Reply

@pierrot419 9 years ago
Seth Brookes No offense but if you don't have IRL friends or siblings to play with, that's slightly sad. =)

👍 3 👎  Reply

@sethbrookes4998 9 years ago
PdRy I'll adimit I just got rekt

👍 1 👎  Reply

@JJAB91 8 years ago
+mojeda117 No airstrikes.

👍 👎  Reply

@warrenbutler3943 9 years ago
PvPvE?

👍 215 👎  Reply

∧ 9 replies

@Marco18363 9 years ago
Yes...

Document title: Halo 5 Warzone Trailer - YouTube
Capture URL: https://www.youtube.com/watch?v=av-N5smXFpw
Capture timestamp (UTC): Fri, 22 Nov 2024 00:52:08 GMT

ATV008127



**Halo 5 Warzone is ALIVE & THRIVING!**

**UberNick** ✓
121K subscribers
Join   Subscribe
👍 2.2K   👎   ↪ Share   ...

66,054 views  Jul 15, 2024  #Halo #HaloInfinite
Halo 5 Warzone is still playable in 2024? Yep! Today I revisit what I would call 343's best Halo experience they've made, and it was an absolute blast and an experience sorely missed in Halo Infinite. Wanna see me return to Warzone more often? Be sure to like the video and let me know in the comments your favorite part of Halo 5 Warzone!

Edited / Thumbnail by @LitLThomas

SUBSCRIBE HERE ► https://bit.ly/2MewnKD

Get 3% off your Xidax PC with code "UBER" - https://www.xidax.com/UberNick

Patreon: ◎ / ubernick

Join my Discord: ▬ / discord

Follow me!

Twitter ► ● / ubernick
Twitch ► ◐ / ubernick
Instagram ► ◉ / ubernick
TikTok ► ◑ / ubernicktok

Business Email: UberNickBusiness@Gmail.com

Subscribe for more Halo Infinite Gameplay and Halo Infinite Highlights on my channel below! | SUBSCRIBE - https://bit.ly/2MewnKD

#Halo #HaloInfinite

## Transcript

Follow along using the transcript.

Show transcript

**UberNick**
121K subscribers

Document title: Halo 5 Warzone is ALIVE &amp; THRIVING! - YouTube
Capture URL: https://www.youtube.com/watch?v=3e6PUCbkfjl
Capture timestamp (UTC): Fri, 22 Nov 2024 00:29:08 GMT

ATV008007





YouTube Search Sign in

Show transcript

UberNick
121K subscribers

Videos | About | Twitch | Support Me On Patreon! | Instagram | T

Show less

Halo 5: Guardians
2015
BROWSE GAME >

Gaming
BROWSE ALL GAMING >

**411 Comments** Sort by

Add a comment...

**@AlexHristo** 4 months ago
A nine year old game in my mind: Halo Reach
A nine year old game in reality:
Halo 5
314 Reply

2 replies

**@anenclavetrooper9707** 4 months ago
so real
7 Reply

**@DestronGaming1213** 3 months ago
Facts 😂😂😂
5 Reply

**@deathisaprimitiveconcept** 4 months ago
God I loved Halo 5 multiplayer... so much nostalgia for the insanely satisfying "poot-sweet" sound effect when you get a kill
194 Reply

4 replies

**@sanchezs7614** 4 months ago
Yes! Halo 5 was underrated ❤️
11 Reply

**@zero1487** 4 months ago
I love H5 mp, but can't stand that sound you get on kill. My biggest issue with H5 was always how much they leaned toward the kiddish, over the top sci-Fi vibe in aesthetic and everything else and that sound is exactly that. I don't need any kill sound other than the other character's groans
5 Reply

**@sandman0923** 4 months ago
It was the first halo where i felt like a Spartan and not just a tankie Marine
3 Reply

**@soar011belize** 1 month ago
The damage indicators sounds were clutch especially with grenades
Reply

☰  ▶ YouTube          Search                          Q  🎤          ⋮  ⊗ Sign in

💬 👎  Reply
🐺 @soar011belize 1 month ago
The damage indicators sounds were clutch especially with grenades
👍 👎  Reply

@spadschannel999 4 months ago
If infinite had this mode oh my
👍 492 👎 😎  Reply

⌄ 22 replies

@zonkhead1338 4 months ago
If they had the magnum as the main secondary in infinite instead of the pistol it would be better, we can say what we want about halo 5 but that magnum alone for me made the multiplayer more fun then infinite...
👍 43 👎  Reply

@spadschannel999 4 months ago
@zonkhead1338 oh for sure I agree
👍 5 👎  Reply

@deandreawilkins431 4 months ago
Infinite is the blue print of all halo games 🔫 we just need og weopons custom skins and a great dic here in there ohh and throw in warzone and invasion 👀 🔥 🔥 😀 😀 ##
👍 2 👎  Reply

@noahorton3227 4 months ago
@zonkhead1338 This comment made me hate you just wanted to let you know that
👍 4 👎  Reply

@spadschannel999 4 months ago
@deandreawilkins431 exactly man what we could've had
👍 👎  Reply

@elis7081 4 months ago (edited)
if only infinite had half the weapons/vehicles halo 5 has
👍 9 👎  Reply

@shallot4991 4 months ago
If halo infinite had most of what halo 5 multiplayer has itd be awesome
👍 7 👎  Reply

@spadschannel999 4 months ago
@shallot4991 agreed
👍 👎  Reply

@albertdutrol7862 4 months ago
@zonkhead1338 halo 5 weapon sandbox was perfect. At this period they understand than making weapon powerfull only was better than a mix between very mid and mid powerfull. This was perfect all can counter in a certain way all. Also with the add of comp like groundpound, dash. I think they prioritise mid weapon not so powerfull for infinite because they wanted it to be accessible for most of bad player to be not to frustrated at dieing easily by good weapon. Cause all the economic system of infinite stand on the game as service system bad player ar in general the global costumers of it
Show less
👍 3 👎  Reply

@dg7347 4 months ago
it would take a lot more than simply adding warzone, all the weapons, vehicles, and even the enemy variety was better in 5. 343 added quite alot of to 5 with the prometheans, i actually really hate infinite for ditching them and only having the banished to fight.

i think the worst part is they introduce a new alien but all they do is replace the drones, they don't really add anything like they did with the prometheans in 5 or even 4.
Show less

Document title: Halo 5 Warzone is ALIVE &amp; THRIVING! - YouTube
Capture URL: https://www.youtube.com/watch?v=3e6PUCbkfjI
Capture timestamp (UTC): Fri, 22 Nov 2024 00:29:08 GMT

ATV008009



≡   ▶ YouTube      | Search                                    Q    🎤              ⋮    ⊙ Sign in

variety was better in 5. 343 added quite alot of to 5 with the prometheans, i actually really hate inittle for ditching them and only having the banished to fight.

i think the worst part is they introduce a new alien but all they do is replace the drones, they don't really add anything like they did with the prometheans in 5 or even 4.

Show less

👍 6  👎    Reply

↳ Show more replies

@LitLThomas 4 months ago
More Halo 5!!!!

👍 241  👎  😊   Reply

∧ 1 reply
    @sanchezs7614 4 months ago
    Yes!! 🔥

    👍 4  👎   Reply

@adamdahlstrom2095 4 months ago
Man this game DESERVES a port to PC/MCC. Would be sooooo much damn fun playing that amazing MP on PC etc!!!

👍 68  👎    Reply

∧ 1 reply
    @Mathew_22 4 months ago
    it wont be added to mcc becasue halo 5 uses the req system and MCC uses spartan point system. pluse mcc is already buggy enough

    👍 1  👎   Reply

@THEGREATMOLINA 4 months ago (edited)
Halo infinite made me wish i could go back to halo 5, i genuinely miss halo 5 can we all collectively bring it back to life.

👍 148  👎    Reply

∧ 8 replies
    @zackjl2777 4 months ago
    Kinda wanna do that Ngi

    👍 4  👎   Reply

    @sanchezs7614 4 months ago
    I agree 💯

    👍 4  👎   Reply

    @churro_blast8923 4 months ago
    We should! Because I know I'm not the only one that still needs to collect Achilles armor.

    👍 4  👎   Reply

    @sanchezs7614 4 months ago
    @churro_blast8923 i keep playing halo 5 but the servers are pretty dead at times

    👍 1  👎   Reply

    @THEGREATMOLINA 4 months ago
    @churro_blast8923 I feel that

    👍 1  👎   Reply

    @zackjl2777 4 months ago
    @churro_blast8923 i joined a random spartan company one time and got it instantly back in the day

    👍  👎   Reply

    @Handle.187 3 months ago
    Customs are still pretty alive, you'll be seeing the same people on there all the time

Document title: Halo 5 Warzone is ALIVE &amp; THRIVING! - YouTube
Capture URL: https://www.youtube.com/watch?v=3e6PUCbkfjl
Capture timestamp (UTC): Fri, 22 Nov 2024 00:29:08 GMT

ATV008010



≡  ▶ YouTube          Search                                  Q   🎤              ⋮   ⊛ Sign in

**@zackjf2777** 4 months ago
@churro_blast8923  i joined a random spartan company one time and got it instantly back in the day
👍  👎  Reply

**@Handle.187** 3 months ago
Customs are still pretty alive, you'll be seeing the same people on there all the time
👍 1  👎  Reply

**@efone3553** 3 months ago
i play it all the time
👍  👎  Reply

**@Meowtro** 4 months ago
Infinite needed Warzone without all the mtx crap.
👍 73  👎  Reply

**@RSG200** 4 months ago
crazy how much more polished halo 5 feels compared to infinite. Even today imo.
👍 45  👎  Reply

⌄ 2 replies

**@Nighterlev** 4 months ago
well yea, it's called Halo 5 being a good game & Infinite just being a bad game.
👍 6  👎  Reply

**@anenclavetrooper9707** 4 months ago
@Nighterlev people wanna ignore that fact and still pretend halo 5 is is the devil smh
👍 10  👎  Reply

**@bushcalanetwork** 4 months ago
Wow this was a trip down memory lane, the old intro and everything
👍 21  👎  Reply

**@davisorle** 4 months ago
Halo 5 was so so underrated and ppl bitched about constantly. It's why I'll keep saying. The vocal "fanbase"
are the worse thing that could happen to Halo. Arena, movement, Warzone. All so promising.
👍 43  👎  Reply

⌄ 3 replies

**@meurumtrain4747** 3 months ago
If they just toned sbmm, fixed the aiming mechanics, then this game would've been the best.
👍 1  👎  Reply

**@79bigmacs** 4 months ago
I loved halo 5 multiplayer. Hated the campaign. I don't even want to get into that 😂 but ugh I've made
so many memories and friends on halo 5. Shit was so fun!
👍 1  👎  Reply

**@thanevakarian9762** 2 weeks ago
Yes I remember playing h5 from launch till about 2018 give me take and these little shites who'd play
it even more than me would
Complain that it was terrible cause "the artsyle isn't like halo 1-reach" like first of all half of them didn't
even play it back then and secondly every single halo game had a differnt artsyle 😂 now they're all
playing infinite and complaining about it.
Show less
👍 1  👎  Reply

**@rangertaurus** 4 months ago
Always a good day when I see Nick upload a Halo 5 video
👍 52  👎  ⊛  Reply

Document title: Halo 5 Warzone is ALIVE &amp; THRIVING! - YouTube
Capture URL: https://www.youtube.com/watch?v=3e6PUCbkfjI
Capture timestamp (UTC): Fri, 22 Nov 2024 00:29:08 GMT

ATV008011



youtube.com/watch?v=3My_2vZQjBI
YouTube
Search
All
From Xbox
Halo 5: Guardians
HALO 5
GUARDIANS
WARZONE FIREFIGHT
XBOX
0:00 / 1:53
Halo 5: Guardians Warzone Firefight Trailer
Xbox
5.53M subscribers
Subscribe
5.4K
Share
Download
Save
213,404 views Jun 29, 2016
Warzone Firefight is the biggest expansion to Halo 5: Guardians yet and available now as a free download! As the eighth free expansion, Halo 5: Guardians' multiplayer now has over 2X the content since launch! The Warzone Firefight content update brings all sorts of Halo goodness, including: the new Warzone Firefight game mode, Score Attack for Campaign, new maps Attack
Geometric Bright Neon Triangular Background video |...
MG1010
300K views • 3 years ago
1:00:01
Skyrim - Music & Ambience - Rainy Day
Everness
3.2M views • 7 years ago
1:00:00
Freestyle Boom Bap || "ECOS DEL VERSO" || Underground ||...
Atitik beats
9 views • 5 hours ago
New
3:24
Boucle de DJ illustration 3D avec des lumières rondes néo...
Un Festival de Lumières Abstraites
292K views • 9 months ago
1:03:00
Aesthetic pink aura for studying | 4k background...
The Aesthetic Guide
50K views • 1 month ago
1:00:01
4K Original HD Video, No Copyright, Background, Green...
Dr Pixel
429K views • 8 months ago
1:00:06
1h Blue Mood Lights | Radial gradient colors | Screensaver |...
Yill Bake
301K views • 1 year ago
1:00:39
Golden Coins Rain from Heaven Gold Glitter Shimmers VFX VJ...
Atonement Plant
228K views • 1 year ago
1:00:12

255



**Warzone Firefight Gameplay Trailer - Halo 5: Guardians**

HALO ☑
806K subscribers

Subscribe

👍 4.1K    👎    ➦ Share    ...

231,402 views  Mar 21, 2016

Warzone Firefight is an ambitious new multiplayer experience that takes the initial promise of Halo 5's Warzone multiplayer – the epic battles, incredible scale and huge maps – and applies that to create the biggest Halo cooperative experience ever in franchise history. In Warzone Firefight, up to eight players will work together to complete five rounds of increasingly difficult, dynamic objectives set against a timer to emerge victorious.

The prospect of teaming up with seven other players to take on a plethora of enemies using the REQ System has us all eagerly awaiting the release of Warzone Firefight this summer. Be sure to stay tuned to Halo Waypoint, Xbox Wire and follow the official Halo Twitter for all the latest Halo 5: Guardians Warzone Firefight news.

**Key moments**                                                                 View all

| 0:00 | 0:21 | 0:24 | 0:36 | 0:4( |
| Blood Mild Language Violence | INTRODUCING | AN ALL-NEW MULTIPLAYER... | BATTLE AGAINST OVERWHELMING... | DEF THE |

HALO
806K subscribers

▶ Videos    🗺 About    🐦 Twitter    📷 Instagram    💬 Discord    🎵 TikTok    f

Show less

Halo 5: Guardians
2015
BROWSE GAME >

Gaming
BROWSE ALL GAMING >

**1,098 Comments**    ☰ Sort by

Document title: Warzone Firefight Gameplay Trailer - Halo 5: Guardians - YouTube
Capture URL: https://www.youtube.com/watch?v=7bddeydgVlw
Capture timestamp (UTC): Fri, 22 Nov 2024 03:18:00 GMT

ATV008230





YouTube Search Sign in

BROWSE GAME > BROWSE ALL GAMING >

1,098 Comments Sort by

Add a comment...

@Kevduit 8 years ago
Well, there goes my summer.
32 Reply

2 replies

@camerondavis7518 8 years ago
my thoughts exactly
Reply

@alexweaver6994 8 years ago
OMG Kevduit! You probably don't remember me!
Reply

@LateNightHalo 8 years ago
I watched this on the championship livestream and holy moly had to come rewatch it a few times!!! SO MANY ENEMIES ON SCREEN AT ONCE! EVEN THE CAMPAIGN DIDNT HAVE THIS MANY AI!
12 Reply

6 replies

@Metalheadspartan 8 years ago
+LateNightGaming - Halo News & Entertainment ANd the resolution looks good!
1 Reply

@Approvedjoey117 8 years ago
Well I mean the campaign was pretty shit
Reply

@Approvedjoey117 8 years ago
The Everyday Spider-Guy 4's had great story telling with an amazing ending. Halo 5's story is an abomination that spews cancer over how shitty the story was. "Hey guys i have an idea, lets make players play as a useless chief wannabe for 12 missions and make the other 3 actually good and with Master Chief!!"
1 Reply

@LateNightHalo 8 years ago
Approved joey haha ive torn the halo 5 story a new asshole on my channel plenty of times
Reply

@Approvedjoey117 8 years ago
The Everyday Spider-Guy No the difference between Locke and Arbitor was the campaign missions were split and honestly Arbitor was such a likable character and Locke was not.
1 Reply

@HarryBillyBobGeorge 8 years ago
+LateNightGaming - Halo News & Entertainment Don't get your hopes up. Most shots are just framed with virtual telephoto lenses to make them look closer together than they are, and they likely spawned them together just for the trailer. I wouldn't expect it to be this populated.
Reply

@amaterasu4456 8 years ago
Did anyone else come directly from the championship livestream?
122 Reply

YouTube Search Sign in

@amaterasu4456 8 years ago
Did anyone else come directly from the championship livestream?
122 Reply
18 replies

@kgamer1715 8 years ago
Yep
2 Reply

@MonTheWell1886 8 years ago
yea
1 Reply

@MonTheWell1886 8 years ago
+Master Chief They are the best team in halo right now but I hate them. wish Alegiance won.
1 Reply

@jjhot108 8 years ago
+Halo Nation They put up a good fight until the rematch
Reply

@untorodrifter5234 8 years ago
+Halo Nation I hate then too much
Reply

@TakisVrinlotis 8 years ago
+ADAshinobi yeap
Reply

@ricochetpit3973 8 years ago
yes sir
Reply

@mwalker267 8 years ago
sure did
Reply

@Swacul 8 years ago
+Dragonius Maximus "these guys suck" savage, gg CLG, gg
Reply

Show more replies

@BlatantLizard 8 years ago
0:21 *Re-introducing
0:26 * A multiplayer experience that was in previous Halo games until Halo 4
9 Reply
1 reply

@elijahwatson3474 8 years ago
I think they mean firefight in Warzone, which add a lot of new things in it
Reply

@ChiefCanuck 8 years ago
CAN'T WAIT! :D
8 PLAYER FIREFIGHT!!!!
32 Reply
1 reply



**EVE Vegas 2017 - EVE: Valkyrie - Enter The Warzone**

EVE Online ✓
141K subscribers

Subscribe

👍 18    👎    ↗ Share    🔖 Save    •••

1,845 views  Oct 18, 2017
Come find out more about the latest editions to EVE: Valkyrie - Warzone with Lead Game Designer CCP Roo.

Start playing EVE for free at http://www.eveonline.com
To learn more about current, past, and future updates, head to http://updates.eveonline.com

**Key moments**                                                              View all

ATV028458



 PlayStation.Blog

PS5  PS VR2  PS4  PS Store  PS Plus  |  English ⌄

🟡 Login    🔍

September 26, 2017

# First-Person Spaceship Shooter EVE: Valkyrie – Warzone Launches Today on PS4

💬 7   🎤 2   ♥ 8



**New game, new price, new reality. Play the expanded and upgraded title with or without PS VR.** ♥

### Latest News



God of War Ragnarök PC system requirements revealed



Harry Potter: Quidditch Champions reveals Triwizard school pitches



Black Ops 6 Zombies and the Terminus launch map – full details revealed



Document title: First-Person Spaceship Shooter EVE: Valkyrie – Warzone Launches Today on PS4 – PlayStation.Blog
Capture URL: https://blog.playstation.com/2017/09/26/first-person-spaceship-shooter-eve-valkyrie-warzone-launches-today-on-ps4/
Capture timestamp (UTC): Thu, 08 Aug 2024 19:21:12 GMT

ATV028046

upgraded title with or without PS VR.

Andrew Willans
Lead Game Designer, CCP Games

**2** Author Replies

**N**ews incoming, pilots! The time has come for even more of you to gear up, lock on and join in our ultimate first-person spaceship shooter. We here at the CCP Newcastle studio are thrilled to announce that EVE: Valkyrie – Warzone is available today, meaning that intense cross-reality space dogfighting is happening right now! Fearsome and distinctive spaceships, fresh and fearless new pilots — we reckon that's going to be an amazing combo and we can't wait to see you in action.

## Launch into the Warzone

EVE: Valkyrie was born in virtual reality and is now reborn for everyone. Originally, Valkyrie pilots were required to access the game with VR equipment only, but the new Warzone expansion opens up the world of the Valkyrie to all PlayStation 4 and PC players, with no VR requirement.

For those who are new to EVE: Valkyrie, purchasing EVE: Valkyrie – Warzone includes all the content that has already been created and released over the past 18 months. This includes all five of the EVE: Valkyrie updates (Carrier Assault, Joint Strike, Gatecrash, Wormholes and Groundrush) and of course, the Warzone expansion.

This puts the impressive new roster of next-generation ships, the variety of exciting maps, and multiple game modes firmly in the grasp of all veteran and prospective spaceship combat enthusiasts!

With the introduction of Warzone, it's a great time for all pilots to get involved. For those of you who are new to Valkyrie, you'd better suit up and get some hours in darting between the frozen asteroids and navigating treacherous subterranean tunnels. Life in New Eden rarely stands still.

## Next free update already in development

As if all of that wasn't enough to whet a space pirate's appetite, we are already hard at work creating more amazing features. We want to continue providing fresh, high-quality content for EVE: Valkyrie regularly, and that means the Warzone expansion is us just getting started.

So, what does that mean for you? Coming hot on the heels of the expansion, there will be another free update for EVE: Valkyrie – Warzone due to hit this winter. In the next free update we'll be including Custom Matches which will allow you to set up your own game lobbies and private rooms, picking from a range of options to create your very own Warzones!

### Latest News



God of War Ragnarök PC system requirements revealed



Harry Potter: Quidditch Champions reveals Triwizard school pitches



Black Ops 6 Zombies and the Terminus launch map – full details revealed



First Look: Astro Bot Limited Edition DualSense Wireless Controller

Document title: First-Person Spaceship Shooter EVE: Valkyrie – Warzone Launches Today on PS4 – PlayStation.Blog
Capture URL: https://blog.playstation.com/2017/09/26/first-person-spaceship-shooter-eve-valkyrie-warzone-launches-today-on-ps4/
Capture timestamp (UTC): Thu, 08 Aug 2024 19:21:12 GMT
Page 26 of 37

ATV028047

PlayStation.Blog    PS5    PS VR2    PS4    PS Store    PS Plus    Login

With the introduction of Warzone, it's a great time for all pilots to get involved. For those of you who are new to Valkyrie, you'd better suit up and get some hours in darting between the frozen asteroids and navigating treacherous subterranean tunnels. Life in New Eden rarely stands still.

## Next free update already in development

As if all of that wasn't enough to whet a space pirate's appetite, we are already hard at work creating more amazing features. We want to continue providing fresh, high-quality content for EVE: Valkyrie regularly, and that means the Warzone expansion is us just getting started.

So, what does that mean for you? Coming hot on the heels of the expansion, there will be another free update for EVE: Valkyrie – Warzone due to hit this winter. In the next free update we'll be including Custom Matches which will allow you to set up your own game lobbies and private rooms, picking from a range of options to create your very own Warzones!

No game update would be complete without a new battleground to compete in, and we've got an incredible new map in development right now. This new location in the New Eden universe will once again push our unique space combat gameplay in some new and interesting directions. We'll have more to share on that soon.



## Spaceship DNA

At CCP Games, we have been creating and bringing spaceships of all shapes and sizes to life for 15 years. Everything from Drones, Carriers and mining Frigates to Battleships, Dreadnaughts and Titans, we've built it all! Designing awesome-looking space vessels along with all the weaponry, modifications and technological features that excite and inspire players is in our DNA.

We take pride in constantly improving how we imbue our creations with diversity, unique roles, purpose and identity. We believe that this experience and expertise will be evident in the lovingly-crafted, battle-tested spaceships that the Warzone expansion provides.

### Latest News



God of War Ragnarök PC system requirements revealed



Harry Potter: Quidditch Champions reveals Triwizard school pitches



Black Ops 6 Zombies and the Terminus launch map – full details revealed



First Look: Astro Bot Limited Edition DualSense Wireless Controller

ATV028048



PlayStation.Blog

PS5   PS VR2   PS4   PS Store   PS Plus   Login

and identity. We believe that this experience and expertise will be evident in the lovingly-crafted, battle-tested spaceships that the Warzone expansion provides.

If you want to fly those ships in online competitive multiplayer, and do battle across the gritty-but-glorious celestial arenas of EVE: Valkyrie, then you can be sure you've come to the right place.

Welcome to the Warzone, pilots. We look forward to seeing you out there in your shiny new customized ships, demonstrating your hard-earned skills. Lock and load!

□△
✕○

ccp games    eve: valkyrie    eve: valkyrie warzone    PlayStation 4

playstation games    ps vr

Did you like this?

Harry Potter: Quidditch Champions reveals Triwizard school pitches

Black Ops 6 Zombies and the Terminus launch map – full details revealed

First Look: Astro Bot Limited Edition DualSense Wireless Controller



Comments are closed.

7 Comments   2 Author Replies

□△
✕○
Loading More Comments

## Trending Stories






Document title: First-Person Spaceship Shooter EVE: Valkyrie – Warzone Launches Today on PS4 – PlayStation.Blog
Capture URL: https://blog.playstation.com/2017/09/26/first-person-spaceship-shooter-eve-valkyrie-warzone-launches-today-on-ps4/
Capture timestamp (UTC): Thu, 08 Aug 2024 19:21:12 GMT
Page 46 of 47

263

ATV028049



PlayStation.Blog    PS5    PS VR2    PS4    PS Store    PS Plus    Login

Hope that helps & see you in the Warzone ;)

**drd7of14**
September 26, 2017 at 2:55 PM UTC

Awesome! Can't wait to jump in with my non-VR buddies. This game is awesome with PSVR and VR in general. Just mind the barrel-rolls, they are a woozy.

**Andrew Wiliam**
September 26, 2017 at 3:03 PM UTC

Cheers! :) including all our "non-VR buddies" was a real incentive for developing the Warzone expansion. We've always prided ourselves on delivering a truly cross-platform game that's inclusive of as many people as possible.

Fly together, Fight together... as we Valkyrie say.

**CodeSe7en**
September 26, 2017 at 4:16 PM UTC

I don't see it on the PS Store today... Are you sure it was today?

**drd7of14**
September 26, 2017 at 5:03 PM UTC

The PS Store was still updating at the time that of this article's posting.

Warzone is now available for download, but it's essentially a re-launch/rebrand of the main game. If you had Eve: Valkyrie, it automatically became Eve: Valkyrie: Warzone. Not sure if it patches right into the main game or has to be downloaded again though.

But yeah, I'll just post the link in a comment below in case you can't find it still.

**CodeSe7en**
September 26, 2017 at 7:38 PM UTC

I think I've found it now. It's both the VR game and the non-VR game in the same $30 purchase? Also, is this game multi-player only?
Thank you.

**TheLoCoRaven**

ATV028050



PlayStation.Blog    PS5   PS VR2   PS4   PS Store   PS Plus    Login

**TheLoCoRaven**
September 26, 2017 at 8:22 PM UTC

$30 for vr and non vr. The game has solo tutorial type missions, but its basically MP only.

**Hakumen__**
September 30, 2017 at 4:35 AM UTC

Does this game have any offline and/or single player modes?

## Trending Stories







**Devolver divulges deeper Cult of the Lamb: Unholy Alliance details, out August 12**

July 29, 2024   💬 2   ❤️ 165




**Clair Obscur: Expedition 33 devs discuss classic turn-based RPG inspiration and real-time mechanics**

July 29, 2024   💬 3   ❤️ 189




**Meet the Concord crew with new animated shorts and gameplay trailers**

July 25, 2024   💬 41   ❤️ 1,271





**Gran Turismo 7 Update 1.49 brings six new cars, updated physics simulation model, and more on July 24**

July 24, 2024   💬 15   ❤️ 199




**PlayStation Plus Monthly Games for April: Immortals of Aveum, Minecraft Legends, Skul: The Hero Slayer**

March 27, 2024   💬 114   ❤️ 251

**Marvel's Spider-Man 2 arrives only on PS5 October 20, Collector's & Digital Deluxe Editions detailed**

June 8, 2023   💬 257   ❤️ 1,652

**PlayStation Plus Game Catalog for June + PS5 Game Streaming news update for Premium members**

June 14, 2023   💬 146   ❤️ 435

**PlayStation Plus Game Catalog lineup for February: Horizon Forbidden West, The Quarry, Resident Evil 7 biohazard and more**

February 15, 2023   💬 198   ❤️ 771

English ⌄                                             Back to top ⌃

Document title: First-Person Spaceship Shooter EVE: Valkyrie – Warzone Launches Today on PS4 – PlayStation.Blog
Capture URL: https://blog.playstation.com/2017/09/26/first-person-spaceship-shooter-eve-valkyrie-warzone-launches-today-on-ps4/
Capture timestamp (UTC): Thu, 08 Aug 2024 19:21:12 GMT

ATV028051



**Hakumen__** 🏅
September 30, 2017 at 4:35 AM UTC

Does this game have any offline and/or single player modes?

## Trending Stories



Devolver divulges deeper Cult of the Lamb: Unholy Alliance details, out August 12

July 29, 2024   💬 2   ❤️ 165



Clair Obscur: Expedition 33 devs discuss classic turn-based RPG inspiration and real-time mechanics

July 29, 2024   💬 3   ❤️ 189



Meet the Concord crew with new animated shorts and gameplay trailers

July 25, 2024   💬 41   ❤️ 1,271



Gran Turismo 7 Update 1.49 brings six new cars, updated physics simulation model, and more on July 24

July 24, 2024   💬 15   ❤️ 199



PlayStation Plus Monthly Games for April: Immortals of Aveum, Minecraft Legends, Skul: The Hero Slayer

March 27, 2024   💬 114   ❤️ 251



Marvel's Spider-Man 2 arrives only on PS5 October 20, Collector's & Digital Deluxe Editions detailed

June 8, 2023   💬 257   ❤️ 1,652



PlayStation Plus Game Catalog for June + PS5 Game Streaming news update for Premium members

June 14, 2023   💬 146   ❤️ 435



PlayStation Plus Game Catalog lineup for February: Horizon Forbidden West, The Quarry, Resident Evil 7 biohazard and more

February 15, 2023   💬 198   ❤️ 771



English ⌄

Back to top ⌃

Website © 2024 Sony Interactive Entertainment. All content, game titles, trade names and/or trade dress, trademarks, artwork and associated imagery are trademarks and/or copyright material of their respective owners. All rights reserved.

Comment Policy | Support | About SIE | Terms of Use | Privacy Policy | Press Releases | Careers | Legal | Contact Us | Developers |

Modern Slavery Transparency Act Statement | Do Not Share My Personal Information

ATV028052



ATV028453



**WARZONE VR (PC) - Official Gameplay (Early Access) Launch Trailer**
⊂⊃ Unlisted

SinnStudio
2.17K subscribers

Subscribe

👍 77    👎    ↗ Share    🔖 Save    ⋯

10,856 views  Jan 22, 2019
Warzone VR is a cross-platform, multiplayer VR shooter developed for the Oculus Rift, HTC Vive and Windows MR. The game features player progression, customization, interactive squad vehicles, an arsenal of weapons and an in-game shop.

Developer: Sinn Studio Inc.
Publisher: Sinn Studio Inc.

Sinn Studio Inc. © 2017-2019

**268**

ATV028242



Warzone VR - Official Trailer
youtube.com/watch?v=Yf8b3jIYEY8
YouTube
Search
WARZONE
PLAYSTATION®4 VR
Pull up for precise seeking
0:27
0:52 / 0:57
Warzone VR - Official Trailer | PS4
PlayStation
15.9M subscribers
Subscribe
1.3K
Share
Download
Save
84,348 views Oct 16, 2019
Jump into an action-packed battlefield in Warzone VR, featuring vehicles, large maps, an arsenal of weapons, your very own shooting range, several modes of play, an in-game shop and a progression system. Available now on the PlayStation®VR.
Developer: Sinn Studio Inc.
All
From PlayStation
PlayStation VR
Valen la Pena PlayStation VR 2023???
RetroConsolas 64
31K views • 1 year ago
11:09
LONDON TERRORIST ATTACK Realistic Ultra Graphics...
AJR Gaming
24K views • 4 months ago
19:01
SOLO VS. 59! CRAZIEST VR Battle Royale Challenge!
TwiejkVR
25K views • 6 months ago
16:22
Top 20 PSVR Games | Fall 20: buying guide
The VR GRID
364K views • 4 years ago
16:53
Nuts [YTP] | A Moana parody
Faildragon
14M views • 3 months ago
6:10
60 KILLS in *SOLO SQUADS* the BEST LOADOUT on Warzo
Booya
899K views • 5 months ago
27:57
PlayStation VR Retrospective Years Later, How Did Sony Do
Mystic
132K views • 2 years ago
17:14
Evolution of CALL OF DUTY Games 2003-2023

ATV028240



ATV028236

Manually Lodged with Court on
USB Flash Drive

# EXHIBIT 6A

# EXHIBIT 7



Military Tank Artillery : Warzone Missile Fight

Military Tank Artillery : Warzone Missile Fight - Amazon.com Appstore for Android



# Military Tank Artillery : Warzone Missile Fight

by Martinternet Inc.

★★★☆☆ 13 customer ratings   Guidance Suggested



Price: **App Free to Download**
Sold by: Amazon.com Services, Inc
Languages Supported: **English**



| Get App |
| :---: |
| Learn how buying works |

By placing your order, you agree to our Terms of Use

---

## Preview









---

## Product Details

**Release Date:** 2013

**Date first listed on Amazon:** August 6, 2013

**Developed By:** Martinternet Inc.

**ASIN:** B00EB12XJU

**Customer reviews:**

★★★☆☆ ˅   13 customer ratings

---

## Developer info

- support@martinternet.com
- More apps by this developer

---

## Product features

- Many Tanks to unlock

**273**

- Help prisoners to get into your camp
- Random game play for hours of fun
- Protect your territory

## Product description

TRY OUR MILITARY TANK ARTILLERY: WARZONE MISSILE FIGHT DEFENCE GAME

Warriors, this is what players are to be called for this game. Come and fight for defence in this unique war game.

This arcade game is highly addictive. It is a very simple game; the player has to destroy the opponent's tanks. The aim is to destroy approaching enemies and rescue your soldier to camp. This battle game is designed to rescue as much soldier as possible to unlock more tanks. Complete each and every target on time or before time runs out and protect the base from enemies. Launch missile and target the approaching enemies.

Download this addictive game and start attacking on the enemies!

DOWNLOAD NOW FOR FREE>> MILITARY TANK ARTILLERY: WARZONE MISSILE FIGHT DEFENCE GAME

suggestions are welcome! please send them to us.
join us at: support@martinternet.com

## User Data Privacy

⚠ Information not provided by the developer.

## Technical details

**Size:** 12.7MB
**Version:** 1.0
**Developed By:** Martinternet Inc.
**Application Permissions:** ( Help me understand what permissions mean )
- Access coarse (e.g., Cell-ID, Wi-Fi) location
- Access information about networks
- Access information about Wi-Fi networks
- Open network sockets
- Write to external storage
- Allows sending in-app billing requests and managing in-app billing transactions
**Minimum Operating System:** Android 2.3.3
**Approximate Download Time:** Less than 2 minutes

## Customer reviews

⭐⭐⭐☆☆ 3.1 out of 5

13 global ratings



5 star ▬▬▬▬▬▬ 34%
4 star ▬ 7%
3 star ▬ 7%
2 star ▬▬▬▬▬ 33%
1 star ▬▬ 19%

∨ How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

[ Write a customer review ]

| Top reviews ∨ |

### Top reviews from the United States

 Waltar Ego

⭐⭐⭐⭐☆ **I'm sure there are those out there who like it...I'm just not into this level of masochism**
Reviewed in the United States on July 20, 2014
Verified Purchase

I really didn't get the point. Maybe that's because I was obliterated after 5-10 seconds in every game I played! I'm sure there are those out there who like it...I'm just not into this level of masochism. Still, fun to start it up, but I dive under the bed when the shooting starts!

[ Helpful ]   | Report

 Charlie Horse

⭐⭐⭐☆☆ **its a kids game so its ok**
Reviewed in the United States on December 21, 2014
Verified Purchase

**274**

Sponsored ⓘ

its a kids game so its ok

Helpful | Report

---

gary webb

★☆☆☆☆ **waste of time due to stupid advertisement in the middle of the game.**
Reviewed in the United States on November 4, 2013
Verified Purchase

This game has an advertisement from Amazon that blocks you from seeing how to play the game. So it is useless to download this game. It also has no instructions on how to play the game as far as I can see. Do not waste your time

Helpful | Report

---

great game

★★☆☆☆ **September 2,2014**
Reviewed in the United States on September 27, 2014
Verified Purchase

Stupid game and horrible game

Helpful | Report

---

Sarah

★☆☆☆☆ **dont even download**
Reviewed in the United States on February 4, 2014
Verified Purchase

Very, very DISAPPOINTING!! My son wanted to try a army game so we thought we would try this one, but after downloading,we should of kept looking.we could not play with the ad posting the game would not respond.Don't download.

Helpful | Report

---

jdm

★☆☆☆☆ **No Bad Game Bad design**
Reviewed in the United States on August 24, 2013
Verified Purchase

wow just A bunch of consoles ya never see any real war action this is A waist of time and memory

2 people found this helpful

Helpful | Report

---

Landon

★☆☆☆☆ **worst tank game ever**
Reviewed in the United States on February 14, 2014

its suppler to be a defends game but you don't even get defend anything this is a waste of time and memory not nodding don't get it

Helpful | Report

---

**See more reviews ›**

Amazon Appstore Return Policy

2/5/25, 1:24 AM    Military Tank Artillery Warzone Missile Fighter Hero 2021 Edition - Appstore for Android : Amazon Appstore

Case 2:21-cv-03073-FLA-JC   Document 114-1   Filed 03/14/25   Page 59 of 125   Page ID #:3837

## Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

## Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

## Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

## Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

**amazon**

English    United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
|---|---|---|---|---|---|---|
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |
| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |
| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |
| Amazon Resale | Whole Foods Market | Woot! | Zappos | Ring | | Blink |
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Smart Security for Every Home |
| | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | | |
| | Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

**276**



# Modern Warzone

by Gigadev

★★★☆☆ 61 customer ratings   Guidance Suggested



Price: **App Free to Download**
Sold by: Amazon.com Services, Inc
Languages Supported: **English**



**Get App**

Learn how buying works

By placing your order, you agree to our Terms of Use

## Preview



## Product Details

**Release Date:** 2013

**Date first listed on Amazon:** July 3, 2013

**Developed By:** Gigadev

**ASIN:** B00DP4YWSO

**Customer reviews:**

★★★☆☆ ⌄ 61 customer ratings

## Developer info

- More apps by this developer

## Product features

- Real weapons
- Great graphics

**277**

- Infinite levels and fun
- Addictive gameplay

## Product description

You're an ex-military who just stole the treasures of the reserves of the United States. Your goal is to escape from the largest and most powerful army in the world.

They won't stop until completely eliminate you. Prove your shooter skills and don't lose money wasting ammunitions.

Repair your car, buy grenades and oil to survive even longer and take care with civilian vehicles, you will lose money by destroying one of them.

This is not the Warzone Getaway, Counter Strike or Call of Duty ... This is the Modern Warzone! and is the start of a new saga!

## User Data Privacy

⚠ Information not provided by the developer.

## Technical details

**Size:** 16.5MB
**Version:** 1.0.1
**Developed By:** Gigadev
**Application Permissions:** ( Help me understand what permissions mean )

- Access coarse (e.g., Cell-ID, Wi-Fi) location
- Access fine (e.g., GPS) location
- Access extra location provider commands
- Access information about networks
- Access information about Wi-Fi networks
- Access the flashlight
- Access the list of accounts in the Accounts Service
- Get information about the currently or recently running tasks: a thumbnail representation of the tasks, what activities are running in it, etc
- Open network sockets
- Read only access to device state
- Get notified that the operating system has finished booting
- Open windows using the type TYPE_SYSTEM_ALERT, shown on top of all other applications
- Access the vibration feature
- PowerManager WakeLocks to keep processor from sleeping or screen from dimming
- Write to external storage
- Allows an application to read (but not write) the user's browsing history and bookmarks
- Allows an application to write (but not read) the user's browsing history and bookmarks
- Allows installation of home screen shortcuts
- Allows an application to read device settings
- Allows an application to uninstall home screen shortcuts
- Allows an application to read or write the system settings

**Minimum Operating System:** Android 2.1
**Approximate Download Time:** Less than 3 minutes

## Customer reviews

 2.9 out of 5

61 global ratings



| | |
|---|---|
| 5 star | 19% |
| 4 star | 23% |
| 3 star | 18% |
| 2 star | 17% |
| 1 star | 24% |

⌄ How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

 Top reviews ⌄

### Top reviews from the United States

👤 rudy l sobremonte

 **never loaded**

Reviewed in the United States on November 23, 2013

**Verified Purchase**

boring didn't grasp the gameand actually never loaded on my kindle fire hd so not sure if it even is a active game any more

4 people found this helpful

[ Helpful ] | Report

👤 Bimmerman

 **This was downloaded for my kids onto their kindle fires ...**

**278**

Write a customer review

Reviewed in the United States on October 21, 2014

**Verified Purchase**

This was downloaded for my kids onto their kindle fires. I don't really know much about this game, but they haven't complained about it. I just want this out of my "Products to be reviewed" list.

12 people found this helpful

Helpful | Report

best game ever

⭐⭐⭐⭐⭐ **fun**

Reviewed in the United States on September 4, 2013

this app was preety fun i recommend u download this app :D this app iz so awsome blah blah blah

8 people found this helpful

Helpful | Report

Janelle Crabbe

⭐⭐☆☆☆ **stupid**

Reviewed in the United States on November 8, 2013

**Verified Purchase**

Nothing wrong with the controls but between bad graphics and lack of interest on my part only played 1 game and I was done.

10 people found this helpful

Helpful | Report

tgirl

⭐⭐⭐⭐☆ **fun**

Reviewed in the United States on November 23, 2013

**Verified Purchase**

liked how the game loaded easy and was easy to follow .I liked the effects of the game. the game was easy to play.

11 people found this helpful

Helpful | Report

tbird

⭐☆☆☆☆ **"call of duty for kindle" BULL**

Reviewed in the United States on June 18, 2014

okay so I was playing a game and this ad popped up and not kidding it said... " the new call of duty" so I checked it out and after 2 seconds of playing I was so P-OED man the freaking graphics were absolutely terrible man Gigadev stop lying you retard.

2 people found this helpful

Helpful | Report

aissatou cisse

⭐⭐⭐⭐⭐ **Game**

Reviewed in the United States on September 28, 2021

**Verified Purchase**

My son like it

Helpful | Report

**279**

See more reviews ›

Modern Warzone - Apps on Amazon Appstore

## Top reviews from other countries



**Harvey**

★★★★☆ **Four Stars**

Reviewed in the United Kingdom on December 1, 2014

**Verified Purchase**

Nice

Report

---

**Cheers**

★★★★★ **amazing**

Reviewed in the United Kingdom on April 23, 2014

**Verified Purchase**

Played this game on the computer and it walls brilliant happy that it has come out on android very addictive this game is awesome :)

ITS A MUST BUY

Report

See more reviews ›

Amazon Appstore Return Policy

---

### Customers who viewed items in your browsing history also viewed



**WWF War Zone (Renewed)**

Amazon Renewed

★★★★☆ 5

Nintendo 64

$24.46

Get it as soon as **Monday, Feb 10**

FREE Shipping on orders over $35 shipped by Amazon

Only 8 left in stock - order…



**A Beginner's Guide to Business Valuation: Lessons Learned from 2…**

› Jacob Orosz

★★★★★ 40

Paperback

$19.99

Get it as soon as **Monday, Feb 10**

FREE Shipping on orders over $35 shipped by Amazon



**Valuation: Measuring and Managing the Value of Companies (Wiley Finance)**

McKinsey & Company Inc.

★★★★☆ 524

Hardcover

$56.67

$4.49 shipping



**Business Valuation Discounts and Premiums**

› Shannon P. Pratt

★★★★☆ 12

Hardcover

$147.00

Get it as soon as **Sunday, Feb 23**



**WWF Wrestleman… (Renewed)**

Amazon Renewed

★★★★★ 18

Nintendo 64

$30.49

Get it as soon as **Mor… 10**

FREE Shipping on orc… $35 shipped by Ama…

Only 1 left in stock -

---

## See personalized recommendations

**Sign in**

New customer? Start here.

---

Back to top

**280**

Modern Warzone - Apps on Amazon Appstore

## Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

## Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

## Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

## Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

amazon

English | United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Ads** Reach customers wherever they spend their time | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account | **Veeqo** Shipping Software Inventory Management |
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Box Office Mojo** Find Movie Box Office Data |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Resale** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | | |

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

**281**



# Paintball War Zone : The commando tactical action

by Martinternet Inc.

★★★☆☆ 106 customer ratings  Guidance Suggested



Price: **App Free to Download**
Sold by: Amazon.com Services, Inc
Languages Supported: **English**





By placing your order, you agree to our Terms of Use

---

## Preview

  

---

## Latest updates

**What's new in version 1.1**
- Minor Bugs Fixed

---

## Product Details

**Release Date:** 2013

**Date first listed on Amazon:** September 11, 2013

**Developed By:** Martinternet Inc.

**ASIN:** B00F16AY0O

**Customer reviews:**
★★★☆☆ 106 customer ratings

---

## Developer info

- support@martinternet.com

**282**

2/5/25, 2:08 AM                    Paintball War Zone: The Commando Tactical action game : Free Edition - Apps for Android - Amazon App Store

Case 2:21-cv-03073-FLA-JC   Document 114-1   Filed 02/14/25   Page 66 of 125   Page ID #:3244

- More apps by this developer

## Product features

- Attractive Characters
- Amazing Graphics
- Action Packed entertainment for all
- Great Soundtrack

## Product description

TRY OUR PAINTBALL WAR ZONE : THE COMMANDO TACTICAL ACTION GAME

Have you heard about paintball war?

You love war but not to kill the people!Then this is the best game for you and your friends. It's like a war game except instead of killing people you shoot paint which is most funny feature ever. But there will be two teams with different players, once with blue band and all enemies will have red bands. But be careful with lots of obstacles such as tires, barrel and wood pallet.

This is the most addictive and fun game with team mates. You will enjoy this game for hour and hour.

What else friends?

-Best team to fight
-6 cool player to unlock
-More players to shoot
-Awesome war zone

Simply take your helmet and gun!get ready for war!

DOWNLOAD TODAY FOR FREE >>> PAINTBALL WAR ZONE : THE COMMANDO TACTICAL ACTION GAME

Suggestions are welcome! Please send them to us.
Join us at: support@martinternet.com

## User Data Privacy

⚠ Information not provided by the developer.

## Technical details

**Size:** 15.5MB
**Version:** 1.1
**Developed By:** Martinternet Inc.
**Application Permissions:** ( Help me understand what permissions mean )
- Access coarse (e.g., Cell-ID, Wi-Fi) location
- Access information about networks
- Access information about Wi-Fi networks
- Open network sockets
- Read only access to device state
- Write to external storage
- Allows sending in-app billing requests and managing in-app billing transactions
**Minimum Operating System:** Android 2.3.3
**Approximate Download Time:** Less than 2 minutes

## Customer reviews

★★★☆☆  3 out of 5

106 global ratings

| | | |
|---|---|---|
| 5 star |  | 27% |
| 4 star | | 14% |
| 3 star | | 20% |

### Customers say

Customers have mixed opinions about the mobile application's storage requirements. Some find it a waste of space and time, while others appreciate the gameplay.

AI-generated from the text of customer reviews

**Select to learn more**

Gameplay  |  ⊖ Application space

**283**

| | |
|---|---|
| 2 star | 14% |
| 1 star | 25% |

⌄ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review



Sponsored ⓘ

Top reviews ⌄

## Top reviews from the United States

 aaron

★★★★★ **paintball war zone**

Reviewed in the United States on September 29, 2013

Verified Purchase

I like it becuce you shoot and jup and it is a paintball war and that is how I like it.

50 people found this helpful

Helpful | Report

 Stephanie Wilson

★☆☆☆☆ **terrible**

Reviewed in the United States on March 31, 2014

Verified Purchase

I have never played a worse game. Get Fields of Battle. This game would get a 0 stars if you could do that. Fields of Battle is actually FUN!

13 people found this helpful

Helpful | Report

 diana clark

★★★☆☆ **Paintball war zone: The commando tactical action game free**

Reviewed in the United States on December 24, 2013

Verified Purchase

I would like this game better if you could make the guy do what you want it to. He is kinda hard to move, but it could be me.

14 people found this helpful

Helpful | Report

 Nancy Jo Norris

★★☆☆☆ **grandson liked**

Reviewed in the United States on December 27, 2013

Verified Purchase

My grandson seems to enjoy this not sure I could stand it very long very loud. And very violent. Was fun

39 people found this helpful

Helpful | Report

 Noah

★★★★☆ **maybe**

Reviewed in the United States on November 11, 2013

Verified Purchase

I think you can get the game but there is a ad at the top that covers up my money . I have been trying to get it off but I wont

19 people found this helpful

Helpful | Report

 Tonya Lee

★★★★★ **Got**

Reviewed in the United States on November 24, 2019

**284**



Good

2 people found this helpful

Helpful    |    Report

EF27

★☆☆☆☆    **Terrible**
Reviewed in the United States on February 17, 2014
Verified Purchase

Don't waste time or any money. Could not upload and open up. Needs, who knows, because like I said, I could not get it to work.

11 people found this helpful

Helpful    |    Report

alicat

★★★☆☆    **it was fun kinda**
Reviewed in the United States on October 23, 2013
Verified Purchase

It was alright but it could use more so I guess If you want to get it maby you would like it but you should try it.

30 people found this helpful

Helpful    |    Report

**See more reviews ›**

## Top reviews from other countries

Translate all reviews to English

Adem Cakmak

★★★★★    **Five Stars**
Reviewed in the United Kingdom on October 5, 2016
Verified Purchase

My kids love the product and they play it at all time. very imaginative product and entertaining .

Report

luz

★☆☆☆☆    **gioco??**
Reviewed in Italy on April 28, 2016
Verified Purchase

gioco inutile ed ingombrante, la cosa più assurda e che devo installare la app di amazon x scaricare queste app che sono una più pesante dell'altra...e sinceramente amazon vorrei usare la vostra app ma pesa troppo e mi blocca il cellulare!!!

Report

Translate review to English

G. Pahl

★★☆☆☆    **Netter Versuch**
Reviewed in Germany on February 12, 2014
Verified Purchase

**285**

Lieber Programmierer:

Jeder hat irgendwann mal irgendwie angefangen, aber die ersten Programmierversuche sind auf dem heimischen Rechner dann doch besser aufgehoben als in einem Appstore. Zwei Sterne für deinen Mut.

Zum Spiel:
Eine Figur läuft von alleine endlos durch den Wald. Nähert sich ein Hindernis, drückt man "springen". Nähert sich eine Figur, drückt man "schiessen". Das wars.

Report

Translate review to English

 raikoudd

★☆☆☆☆ **shame you cant give it 0 stars**
Reviewed in the United Kingdom on April 6, 2014
Verified Purchase

This game is so.rubbish all you do is jump and walk and shoot and its only u vs the other team . Even this is free it is so s***

Report

 Janpeanut

★★★☆☆ **Three Stars**
Reviewed in the United Kingdom on January 14, 2016
Verified Purchase

a good read - could not put it them down

Report

---

See more reviews ›
Amazon Appstore Return Policy

---

Back to top

## Get to Know Us

Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

## Make Money with Us

Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

## Let Us Help You

Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

**286**



amazon English United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

287



# Army War Zone Sliced Territory : Enter at your own

by Infinite Dream Factory Inc.

★★★☆ **5 customer ratings**    Guidance Suggested



**Price:** App Free to Download
**Sold by:** Amazon.com Services, Inc
**Languages Supported:** English





Get App

Learn how buying works

By placing your order, you agree to our Terms of Use

## Preview



## Product Details

**Release Date:** 2014

**Date first listed on Amazon:** July 4, 2014

**Developed By:** Infinite Dream Factory Inc.

**ASIN:** B00LHWSXJA

**Customer reviews:**
★★★☆ ⌄ **5 customer ratings**

## Developer info

- support@infinitedreamfactory.com
- More apps by this developer

## Product features

- Challenging 10 territory to play

**288**

- It's most addictive and simple game
- Amazing sound track with UI effects

## Product description

CHOOSE TERRITORY...SLICE THEM

IT'S SO SIMPLE..JUST SLICE SLICE TO WIN

Slice army war territory without touching mini soldiers which are moving continuously in territory. BOOM - Enter into new level with new challenges.

DOWNLOAD ARMY WAR ZONE SLICED for FREE now!

We would love your comments ! Please send us your feedbacks.
Let us know at: support@infinitedreamfactory.com

## User Data Privacy

⚠ Information not provided by the developer.

## Technical details

**Size:** 10.2MB
**Version:** 1.0
**Developed By:** Infinite Dream Factory Inc.
**Application Permissions:** ( Help me understand what permissions mean )
- Access coarse (e.g., Cell-ID, Wi-Fi) location
- Access fine (e.g., GPS) location
- Access information about networks
- Access information about Wi-Fi networks
- Disable the keyguard
- Open network sockets
- Read only access to device state
- Open windows using the type TYPE_SYSTEM_ALERT, shown on top of all other applications
- Write to external storage
- Allows sending in-app billing requests and managing in-app billing transactions
**Minimum Operating System:** Android 2.1
**Approximate Download Time:** Less than 90 seconds

## Customer reviews

 3.4 out of 5

5 global ratings

| | | |
|---|---|---|
| 5 star | ▓▓▓▓ | 60% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 40% |

⌄ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

[ Write a customer review ]

 Top reviews

### Top reviews from the United States



👤 Don Ostler

★★★★★  **Five Stars**
Reviewed in the United States on September 2, 2016
**Verified Purchase**

cool

One person found this helpful

[ Helpful ]  |  Report

👤 mommy to2

★☆☆☆☆  **Don't recommend**
Reviewed in the United States on June 15, 2022
**Verified Purchase**

Won't work would not recommend

One person found this helpful

[ Helpful ]  |  Report

**289**

See more reviews

Sponsored ⓘ

Amazon Appstore Return Policy

---

Back to top

## Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

## Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

## Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

## Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

amazon

🌐 English ▾     🇺🇸 United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions of songs | Amazon Ads<br>Reach customers wherever they spend their time | 6pm<br>Score deals on fashion brands | AbeBooks<br>Books, art & collectibles | ACX<br>Audiobook Publishing Made Easy | Sell on Amazon<br>Start a Selling Account | Veeqo<br>Shipping Software Inventory Management |
| Amazon Business<br>Everything For Your Business | Amazon Fresh<br>Groceries & More Right To Your Door | AmazonGlobal<br>Ship Orders Internationally | Home Services<br>Experienced Pros Happiness Guarantee | Amazon Web Services<br>Scalable Cloud Computing Services | Audible<br>Listen to Books & Original Audio Performances | Box Office Mojo<br>Find Movie Box Office Data |
| Goodreads<br>Book reviews & recommendations | IMDb<br>Movies, TV & Celebrities | IMDbPro<br>Get Info Entertainment Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print Publishing Made Easy | Amazon Photos<br>Unlimited Photo Storage Free With Prime | Prime Video Direct<br>Video Distribution Made Easy | Shopbop<br>Designer Fashion Brands |
| Amazon Resale | Whole Foods Market | Woot!<br>Deals and Shenanigans | Zappos<br>Shoes & Clothing | Ring<br>Smart Home Security Systems | eero WiFi<br>Stream 4K Video in Every Room | Blink<br>Smart Security for Every Home |

Great Deals on
Quality Used
Products

America's
Healthiest
Grocery Store

**Neighbors App**
Real-Time Crime
& Safety Alerts

**Amazon
Subscription Boxes**
Top subscription
boxes – right to
your door

**PillPack**
Pharmacy
Simplified

**Amazon Renewed**
Like-new products
you can trust

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

**291**



Appstore Home ▾   Fire TV Apps & Subscriptions   Amazon Coins ▾   Fire Tablet Apps   Fire TV Apps   Games   Your Apps & Subscriptions   Help

# Tank Warzone

by fevergame

★★★½☆ ▾   10 customer ratings   Guidance Suggested



**Price:** App Free to Download
Sold by: Amazon.com Services, Inc
Languages Supported: English



**Get App**

Learn how buying works

By placing your order, you agree to our Terms of Use

## Preview







## Product Details

**Release Date:** 2014

**Date first listed on Amazon:** October 18, 2014

**Developed By:** fevergame

**ASIN:** B00OM6OG44

**Customer reviews:**
★★★½☆ ▾   10 customer ratings

## Developer info

- More apps by this developer

## Product features

- We are being attack and conquer. Let's get ready and load up your tank with fire powder for a challenging combat experience. Tank Warzone is one of the most entertaining and challenging tank attack in the world, so let's start your combat journey with Tank Warzone now.

**292**

- Tank Warzone is a newly innovate war game for you to experience and challenge. You get to discover and learn about war around the World. So load up your tank now for the real experience.
- Tank Warzone features:
- Easy to control and on going learning experience.
- High resolution graphic images of tanks for you to choose from.
- Different levels of exciting puzzle, memory and block games to challenge.
- Exciting and fun videos to watch.
- Are you ready for a war? Download Tank Warzone now!

## Product description

We are being attack and conquer. Let's get ready and load up your tank with fire powder for a challenging combat experience. Tank Warzone is one of the most entertaining and challenging tank attack in the world, so let's start your combat journey with Tank Warzone now.

Tank Warzone is a newly innovate war game for you to experience and challenge. You get to discover and learn about war around the World. So load up your tank now for the real experience.

Tank Warzone features:
Easy to control and on going learning experience.
High resolution graphic images of tanks for you to choose from.
Different levels of exciting puzzle, memory and block games to challenge.
Exciting and fun videos to watch.
Are you ready for a war? Download Tank Warzone now!

## User Data Privacy

⚠ Information not provided by the developer.

## Technical details

**Size:** 6.9MB
**Version:** 1.0
**Developed By:** fevergame
**Application Permissions:** ( Help me understand what permissions mean )
- Access information about networks
- Access the list of accounts in the Accounts Service
- Open network sockets
- Read from external storage
- Write to external storage
- Allows an application to receive messages via Google Cloud Messaging

**Minimum Operating System:** Android 2.3.3
**Approximate Download Time:** Less than 1 minute

## Customer reviews



3.7 out of 5

10 global ratings

| | | |
|---|---|---|
| 5 star | | 58% |
| 4 star | | 9% |
| 3 star | | 0% |
| 2 star | | 15% |
| 1 star | | 18% |

∨ How customer reviews and ratings work

 Top reviews

**Top reviews from the United States**



game credit

★☆☆☆☆ **Stupid.**

Reviewed in the United States on March 30, 2016

**Verified Purchase**

This game is only puzzles and thats it. So yeah.

5 people found this helpful

Helpful  |   Report

See more reviews ›

**Top reviews from other countries**

## Review this product

Share your thoughts with other customers

**293**



Write a customer review



FACE REALITY

peacock    STREAM NOW

Subscription required to access Peacock.

Sponsored ⓘ

Amazon Customer

⭐☆☆☆☆ **Wouldn't work on my Fire Tablet**
Reviewed in the United Kingdom on March 20, 2022
**Verified Purchase**

Wouldn't work on my Fire Tablet

Report

_____

**See more reviews** ›

Amazon Appstore Return Policy

---

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

---

amazon

🌐 English         🇺🇸 United States

---

**Amazon Music**
Stream millions of songs

**Amazon Ads**
Reach customers wherever they spend their time

**6pm**
Score deals on fashion brands

**AbeBooks**
Books, art & collectibles

**ACX**
Audiobook Publishing Made Easy

**Sell on Amazon**
Start a Selling Account

**Veeqo**
Shipping Software Inventory Management

**Amazon Business**
Everything For Your Business

**Amazon Fresh**
Groceries & More Right To Your Door

**AmazonGlobal**
Ship Orders Internationally

**Home Services**
Experienced Pros Happiness Guarantee

**Amazon Web Services**
Scalable Cloud Computing Services

**Audible**
Listen to Books & Original Audio Performances

**Box Office Mojo**
Find Movie Box Office Data

**Goodreads**

**IMDb**

**IMDbPro**

**Kindle Direct Publishing**

**Amazon Photos**

**Prime Video Direct**

**Shopbop**

294

Book reviews & recommendations

Movies, TV & Celebrities

Get Info Entertainment Professionals Need

Print Publishing Made Easy

Unlimited Photo Storage Free With Prime

Video Distribution Made Easy

Designer Fashion Brands

Amazon Resale Great Deals on Quality Used Products

Whole Foods Market America's Healthiest Grocery Store

Woot! Deals and Shenanigans

Zappos Shoes & Clothing

Ring Smart Home Security Systems

eero WiFi Stream 4K Video in Every Room

Blink Smart Security for Every Home

Neighbors App Real-Time Crime & Safety Alerts

Amazon Subscription Boxes Top subscription boxes – right to your door

PillPack Pharmacy Simplified

Amazon Renewed Like-new products you can trust

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

**295**



# Ghost Commando War Zone 3D

by PlayLand 3D Games Studio
Be the first to write a review    All Ages





**Price:** App Free to Download
**Sold by:** Amazon.com Services, Inc
**Languages Supported:** Arabic, Chinese, Cornish, Czech, Dutch, English, French, German, Greek, Hebrew, Hindi, Italian, Japanese, Kazakh, Korean, Polish, Portuguese, Russian, Spanish, Tagalog, Vietnamese



| Get App |
| --- |
| Learn how buying works |

By placing your order, you agree to our Terms of Use

---

## Preview

  

---

## Product Details

**Release Date:** 2015
**Date first listed on Amazon:** October 6, 2015
**Developed By:** PlayLand 3D Games Studio
**ASIN:** B0168CJGHQ
**Customer reviews:**
Be the first to write a review

---

## Developer info

- More apps by this developer

---

## Product features

- Ghost Commando War Zone 3D

**296**

Case 2:21-cv-03073-FLA-JC    Document 114-1    Filed 02/14/25    Page 80 of 125    Page ID #:3258

## Product description

Ghost commando War Zone 3D is a very interesting and excellent and also ghost commando wrrior game at the high mountain hills.In ghost commando game you are the commando man.In ghost game you follow your senior boss that enemies caught the some civilians men in jail your aim of commando that platoon fighting at the frontline of battle place.your first person shoot skills is very well and you can shoot the all enemy.After a very long period of time you can't attack on the all civilians men. you have get many chances to run the enemies camps at the mountains hills frontline.Wish you good luck and can be save your health.After a long period of time effort and you provided a chance to gain the rescue of innocent all civilion men and shoot the enemies. Now its time that you can be show your shoot skills of fighting and prove that yourself as a best commando.Most of the enemies are terrorists and underworld gangster.Most new wars nuclear power use and destoryed every thing in just few mintus and shoot the enemies and square the all civilions men.this is the biggest and more dangerous war start that nuclear power use by kill the armies.Develop the shooting of enemies and making your way through the mountain.

Ghost commando war Zone 3D story:few year ago commando war zone was completed great and bigest rescue mission in past frontline commando action army. Army men not fear the deadly on gun warship air carrier, gunship heli,tank level on the high mountains and the dangrous shooting place and army camp war zone square mission.now this time commando assign very hardly mission at the high mountains.Army man pickup his extre very long range sniper shoot gun for the shoot enemies.you are a commando that assign a very action mission.this time is the very dangrous Warrior mission.That game is like as counterr strike action 3d game.You have a big and modern sniper shoot gun that you can use to shoot the long distance enemies.

How to Play:
- Touch on the mobile screen and look everywhere,right and left or up and down.
- Move forward, back,right and left use the left bottom joy stick control.
- Touch on the Fire button for fire to enemies.
- Touch on the zoom button for zoom and then fire and kill the enemies.
- Shoot the enemies very soon that you can be hurt by the opposite bullets of the enemies.

Features:
- Most excellent graphics mission.
- Most excellent environment on the high mountains cliffs and hills.
- Download this game free.
- Automatic re-loaded guns like as-counter strike.
- Nice and fabulous first person shooting action 3d game like as covert strike.
- Correct first person shooter game (FPS) in Gost commando war 3d games.like as IGI.
- See the Map for detecting position of the enemies on the redar system.
- Easy to control and lightly play.

On Play Store Download with this link
https://play.google.com/store/apps/details?id=com.playland3dgamesstudio.ghost.commando.war

## User Data Privacy

⚠ Information not provided by the developer.

## Technical details

**Size:** 22.1MB
**Version:** 1.0
**Developed By:** PlayLand 3D Games Studio
**Application Permissions:** ( Help me understand what permissions mean )
• Access information about networks
• Access information about Wi-Fi networks
• Open network sockets
**Minimum Operating System:** Android 2.3
**Approximate Download Time:** Less than 3 minutes

## Customer reviews

**No customer reviews**

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

**297**

**Review this product**

Share your thoughts with other customers

Write a customer review

Amazon Appstore Return Policy

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

**amazon**

English     |     United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
|---|---|---|---|---|---|---|
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |
| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |
| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |
| Amazon Resale | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |
| | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | | |
| | Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | | |

**298**

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

**299**



# IGI: War Zone

by **Knocks soloutions**

⭐⭐⯪☆☆ ∨ **3 customer ratings** Mature



**Price:** Get App Free to Download
**Sold by:** Amazon.com Services, Inc
**Languages Supported:** English



> **Get App**
>
> Learn how buying works

By placing your order, you agree to our Terms of Use

---

## Preview

   ›

---

## Product Details

**Release Date:** 2016
**Date first listed on Amazon:** March 7, 2016
**Developed By:** Knocks soloutions
**ASIN:** B01CNHP1RY
**Customer reviews:**
⭐⭐⯪☆☆ ∨ 3 customer ratings

---

## Developer info

- More apps by this developer

---

## Product features

- The hill environment is very realistic.
- The enemy base view is very good.

**300**

2/5/25, 1:17 AM                                    IGI War Zone - Amazon.com: Appstore

- A.I applied is very good.
- Controls are very smooth and comfortable.
- Controls are very simple.
- Animations are very action base.

## Product description

You are the army commando sent on a very important mission in enemy base which is to kill them all.
Use your army training and your ultra commando skills to Flank your enemies from every side. Don't let them run away.
It is your duty to protect your mother land. So take your weapons with you and take the war to their battlegrounds.
This is the D-day battlefield. So prepare yourself for any enemy assault and strike back on them hard.
Remember this is your war against terrorism so take your squad and attack on your enemies with full firepower.
It's the final ultimatum to those terrorist. It's the do or die situation right now.
Become the legendry commando for your country by fulfilling your responsibility.
Get into enemy base and follow the mission instructions to get your task done with successfully.
In first mission you have to infiltrate the enemy base camp and clean the area.
In the 2nd mission you have to kill every enemy in the base camp and then destroy your target.
In 3rd mission you have to find some important documents and escape on a Jet fighter by destroying the enemy's base.
In 4th mission you have to infiltrate other enemy base on the mountains. And wipe out the area patrolling with enemy soldiers.
In 5th mission you have to plant the bombs on the objectives and get away from the base before the bombs destroy the base.
Good luck soldier.
How to Play:
Use joy stick to move your soldier.
Swipe on the screen to take aim.
Tap aim button to aim down your sight
Tap fire button to fire.

## User Data Privacy

⚠ Information not provided by the developer.

## Technical details

**Size:** 49.9MB
**Version:** 1.2
**Developed By:** Knocks soloutions
**Application Permissions:** ( Help me understand what permissions mean )
- Access information about networks
- Access information about Wi-Fi networks
- Open network sockets
- Read from external storage
- Read only access to device state
- Write to external storage
- Allows sending in-app billing requests and managing in-app billing transactions
**Minimum Operating System:** Android 2.3
**Approximate Download Time:** More than 5 minutes

## Customer reviews

★★⯪☆☆  2.4 out of 5
3 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 57% |
| 2 star | | 23% |
| 1 star | | 19% |

⌄ How customer reviews and ratings work

Top reviews ⌄

### Top reviews from the United States



awesome

★☆☆☆☆  **Sucks**
Reviewed in the United States on August 7, 2016
**Verified Purchase**

This game sucks do not get graphics are bad and sending ads every second
😠😠😠😠😠

2 people found this helpful

Helpful  |  Report

**301**

## Review this product

Share your thoughts with other customers

[ Write a customer review ]

See more reviews >

Sponsored ⓘ

Amazon Appstore Return Policy

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

amazon

[ 🌐 English ▾ ]     [ 🇺🇸 United States ▾ ]

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |
| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | | | Find Movie Box Office Data |

| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Resale Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

303



amazon.com/Gameadu-Speed-Car-WW-Warzone/dp/B01F1CCV9O

Fire TV Subscriptions    Amazon Coins ˅    Fire Tablet Apps    Fire TV Apps    Games    Your Apps & Subscriptions    Help

# Speed Car : WW Warzone

by Gameadu
★★★☆☆ ˅  13 customer ratings   Guidance Suggested



Price: **App Free to Download**
Sold by: **Amazon.com Services, Inc**
Offers: **in-app purchases**
Languages Supported: **English**

<div>

**Get App**

Learn how buying works

By placing your order, you agree to our Terms of Use

</div>

## Preview








## Latest updates

**What's new in version 1.4**
- Minor bug fixes and performance improvements.

## Product Details

**Release Date:** 2016
**Date first listed on Amazon:** May 2, 2016
**Developed By:** Gameadu

**304**

ATV028472



# War Zone

by Kim Fom

★★★☆☆ 26 customer ratings  All Ages





Price: **App Free to Download**
Sold by: Amazon.com Services, Inc
Languages Supported: **Chinese, English**



**Get App**

Learn how buying works

By placing your order, you agree to our Terms of Use

---

## Preview

  

---

## Product Details

**Release Date:** 2017

**Date first listed on Amazon:** March 30, 2017

**Developed By:** Kim Fom

**ASIN:** B06XXZC9ZS

**Customer reviews:** ★★★☆☆ 26 customer ratings

---

## Developer info

• More apps by this developer

---

## Product features

• Kill all enemy soldier
• Fight to earn points

**305**

- Strive to enter the next level!

## Product description

Destroy all Enemies!
Fight and Kill enemies on sight to earn points and reach the next level.

.

## User Data Privacy

⚠ Information not provided by the developer.

## Technical details

**Size:** 4.8MB
**Version:** 0.1
**Developed By:** Kim Fom
**Application Permissions:** ( Help me understand what permissions mean )

- Access information about networks
- Open network sockets
- Read from external storage
- Get notified that the operating system has finished booting
- Open windows using the type TYPE_SYSTEM_ALERT, shown on top of all other applications
- PowerManager WakeLocks to keep processor from sleeping or screen from dimming
- Write to external storage
- Allows an application to receive messages via Google Cloud Messaging

**Minimum Operating System:** Android 2.3
**Approximate Download Time:** Less than 1 minute

## Customer reviews

⭐⭐⭐☆☆  3.2 out of 5

26 global ratings



| | |
|---|---|
| 5 star | 32% |
| 4 star | 17% |
| 3 star | 14% |
| 2 star | 14% |
| 1 star | 23% |

⌄ How customer reviews and ratings work


Top reviews ⌄

### Top reviews from the United States



👤 jeffre

⭐⭐⭐⭐☆ **Very basic**
Reviewed in the United States on September 18, 2021
**Verified Purchase**

Its a nice game it wasn't what I was expecting I semi recommend it idk

3 people found this helpful

[ Helpful ]    | Report

**306**

## Review this product

Share your thoughts with other customers

[ Write a customer review ]

 Kelly Louise

★☆☆☆☆ **it sucks**

Reviewed in the United States on July 3, 2023

Verified Purchase

This game sucks.The game probably took 1 second to make

One person found this helpful

[ Helpful ]  |  Report

 I love this game

★★★★★ **Love you warzone**

Reviewed in the United States on June 27, 2021

Verified Purchase

I love the game because it has good guns it has nice characters shut up The graphics is great Oh so like when it shows how much kills you got so yeah

7 people found this helpful

[ Helpful ]  |  Report

**See more reviews** ›

Amazon Appstore Return Policy


love island ALL STARS
peacock [ STREAM NOW ]
Sponsored ⓘ

---

### Customers who viewed items in your browsing history also viewed



WWF War Zone (Renewed)
Amazon Renewed
★★★★☆ 5
Nintendo 64
$24.82
Get it as soon as **Monday, Feb 10**
FREE Shipping on orders over $35 shipped by Amazon
Only 8 left in stock - order…



A Beginner's Guide to Business Valuation: Lessons Learned from 2…
› Jacob Orosz
★★★★★ 40
Paperback
$19.99
Get it as soon as **Monday, Feb 10**
FREE Shipping on orders over $35 shipped by Amazon

Valuation: Measuring and Managing the Value of Companies (Wiley Finance)
McKinsey & Company Inc.
★★★★☆ 524
Hardcover
$52.98
$4.49 shipping



Business Valuation Discounts and Premiums
› Shannon P. Pratt
★★★★☆ 12
Hardcover
$147.00
Get it as soon as **Sunday, Feb 23**



WWF Wrestleman… (Renewed)
Amazon Renewed
★★★★★ 18
Nintendo 64
$30.49
Get it as soon as **Mor…**
FREE Shipping on ord…$35 shipped by Amaz…
Only 1 left in stock -

---

## See personalized recommendations

[ Sign in ]

New customer? Start here.

## Get to Know Us

Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

## Make Money with Us

Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

## Let Us Help You

Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

amazon

| 🌐 English | | 🇺🇸 United States |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Ads** Reach customers wherever they spend their time | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account | **Veeqo** Shipping Software Inventory Management |
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Box Office Mojo** Find Movie Box Office Data |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Resale** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ✓✗

© 1996-2025, Amazon.com, Inc. or its affiliates

**308**



# War Zone

by pogames.in

⭐⭐⭐✰✰ ˅    2 customer ratings    Guidance Suggested



Price: **App Free to Download**
Sold by: Amazon.com Services, Inc



> **Get App**
>
> Learn how buying works

By placing your order, you agree to our Terms of Use

---

## Preview



---

## Product Details

**Release Date:** 2018

**Date first listed on Amazon:** December 8, 2018

**Developed By:** pogames.in

**ASIN:** B07L6N3DWD

**Customer reviews:**
⭐⭐⭐✰✰ ˅    2 customer ratings

---

## Developer info

- pogamesindia@gmail.com
- http://www.pogames.in/
- More apps by this developer

---

## Product features

**309**

- Feature -
- with total 7 level of play
- choose from multiple weapon
- unique types of mission
- Difficulty increases gradually with each level

## Product description

Objective of the games is to protect the Territory from the attack of Militant Enter into the militant area and destroy them, choose form different types of weapon

This app requires an Internet connection and the developer can change the content of the app at any time.

## User Data Privacy

⚠ Information not provided by the developer.

## Technical details

**Size:** 2.8MB
**Version:** 0.00
**Developed By:** pogames.in
**Application Permissions:** ( Help me understand what permissions mean )

- Access information about networks
- Access information about Wi-Fi networks
- Open network sockets

**Minimum Operating System:** Android 2.3.3
**Approximate Download Time:** Less than 30 seconds

## Customer reviews

★★⯨☆☆  2.6 out of 5

2 global ratings

| | | |
|---|---|---|
| 5 star | �in | 40% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 60% |

⌄ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

### No customer reviews

There are 0 customer reviews and 2 customer ratings.

**310**



Sponsored ⓘ

Amazon Appstore Return Policy

### Customers who viewed items in your browsing history also viewed



**WWF War Zone (Renewed)**
Amazon Renewed
★★★★☆ 5
Nintendo 64
$24.94
Get it as soon as **Monday, Feb 10**
FREE Shipping on orders over $35 shipped by Amazon
Only 8 left in stock - order…



**A Beginner's Guide to Business Valuation: Lessons Learned from 2…**
› Jacob Orosz
★★★★★ 40
Paperback
$19.99
Get it as soon as **Monday, Feb 10**
FREE Shipping on orders over $35 shipped by Amazon



**Valuation: Measuring and Managing the Value of Companies (Wiley Finance)**
McKinsey & Company Inc.
★★★★½ 524
Hardcover
$52.98
$4.49 shipping



**Business Valuation Discounts and Premiums**
› Shannon P. Pratt
★★★★½ 12
Hardcover
$147.00
Get it as soon as **Sunday, Feb 23**



**WWF Wrestleman (Renewed)**
Amazon Renewed
★★★★★ 18
Nintendo 64
$30.49
Get it as soon as **Mor 10**
FREE Shipping on ord… $35 shipped by Ama…
Only 1 left in stock -

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements

311

Press Center

Investor Relations

Amazon Devices

Amazon Science

Become a Delivery Driver

Start a Package Delivery
Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub
Partner

› See More Ways to Make
Money

Reload Your Balance

Gift Cards

Amazon Currency Converter

Manage Your
Content and Devices

Recalls and Product
Safety Alerts

Registry & Gift List

Help

**amazon**

🌐 English

🇺🇸 United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Ads** Reach customers wherever they spend their time | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account | **Veeqo** Shipping Software Inventory Management |
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Box Office Mojo** Find Movie Box Office Data |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Resale** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ☑️

© 1996-2025, Amazon.com, Inc. or its affiliates

**312**

amazon.com/刘定军-No-Rule-Warzone/dp/B07Y5S97R1

# No Rule Warzone

by 刘定军
★★★½☆ ⌄ 573 customer ratings  Guidance Suggested



Price: **App Free to Download**
Sold by: **Amazon.com Services, Inc**
Languages Supported: English





Get App

Learn how buying works

By placing your order, you agree to our Terms of Use

## Preview

   

## Latest updates

What's new in version 1.1
* • upgrade sdks to avoid crash on some devices

## Product Details

**Release Date:** 2019
**Date first listed on Amazon:** September 25, 2019

**313**

# EXHIBIT 8



**Moby** Games     Search games, people, companies...        Pro  Browse  Contribute  Community  ☀  👤 Login

🔹 8,939 items were approved and added to the database in the past week!

# War Zone
Moby ID: 11937

Review ☆☆☆☆☆     Add To Collection

Overview  Credits  Reviews  Covers  Screenshots  Videos  Promos  Trivia  Specs  Releases  Patches  Prices  Forum  Contribute

| | | | |
|---|---|---|---|
| **Released** 1991 on Atari ST | **Moby Score** 7.5 #7,301 of 25.4K | **Genre** Action | |
| **Credits** Contribute | **Critics** 77% (16) | **Perspective** Top-down | |
| **Releases by Date** (by platform) 1991 (Atari ST) 1991 (Amiga) | **Players** ★★★★★ (5) | **Visual** 2D scrolling | |
| **Publishers** Core Design Ltd. | **Review Ranking** #675 on Amiga | **Gameplay** Arcade Shooter | |
| **Developers** Core Design Ltd. | **Collected By** 11 players | | |

front · back · 1 more

**See Also**
🎮 War Zone (1984 on ZX Spectrum, Amstrad CPC)

## Description

As the name implies, War Zone is a game mainly about shooting, shooting, some hostages rescuing (or shooting if you want) and also shooting.

The game consist of 8 top-down scrolling missions in which you're controlling Arnold-like soldier armed with basic machine gun. Each mission is taking place in different location with little repetitive signs further in the game. Starting point is at the jungle, but you will also visit some kind of stores, sewers and factories. Your task is to get at the end of mission and destroy main boss. Throughout your way a lot of enemies is waiting for you. Expect heavy resistance by infantry armed with machine guns, guided missiles and grenades. Of course, enemies are using plenty of vehicles so prepare for trains, tanks, helicopters, jeeps and even one submarine. Luckily you aren't reliant to machine gun only. Shoot boxes with "W" sign and arm yourself with better/stronger weapons like grenades thrower, flammer, guided missiles launcher or laser. Also watch carefully for hostages. If you release one, you'll be awarded with points or health-pack.

## Groups +

BPjS / BPjM indexed games    Genre: Overhead scrolling run and gun    Setting: Future now past

## Screenshots

        

## Promos



Document title: War Zone (1991) - MobyGames
Capture URL: https://www.mobygames.com/game/11937/war-zone/
Capture timestamp (UTC): Fri, 25 Oct 2024 16:45:47 GMT

ATV005193



## Reviews

### Critics

Average score: 77% (based on 16 ratings)

### Players

Average score: 3.4 out of 5 (based on 5 ratings with 0 reviews)

| Critic [ Expand All ] | Platform | Score˅ |
|---|---|---|
| Amiga Action | Amiga | 88% |
| Zero | Amiga | 88% |
| One for Amiga Games, The | Amiga | 86% |
| One for ST Games, The | Atari ST | 86% |
| Computer and Video Games (CVG) | Amiga | 86% |
| Secret Service / New S Service | Amiga | 85% |
| ACE (Advanced Computer Entertainment) | Amiga | 81% |
| Games-X | Atari ST | 80% |
| CU Amiga | Amiga | 79% |
| Atari ST User | Atari ST | 78% |
| Amiga Format | Amiga | 73% |
| Raze | Amiga | 72% |
| ASM (Aktueller Software Markt) | Atari ST | 67% |
| ASM (Aktueller Software Markt) | Amiga | 67% |
| Amiga Joker | Amiga | 66% |
| Amiga Power | Amiga | 65% |
| Datormagazin | Amiga | 60% |
| Amiga Power | Amiga | 33% |

Be the first to review this game!

## Analytics

MobyPro EARLY ACCESS

Upgrade to MobyPro to view research rankings and price history! (when applicable)

## Related Games


**WWF War Zone**
Released 1998 on Game Boy


**Z-Zone**
Released 1987 on Commodore 64


**Auto Zone**
Released 1987 on Commodore 16, Plus/4


**WWF War Zone**
Released 1998 on PlayStation, Nintendo 64


**Defense Zone**
Released 2012 on iPad, 2014 on Macintosh...


**Shadow Zone**
Released 2007 on J2ME


**Rock Band: Rob Zombie – 'War Zo...**
Released 2015 on Xbox One, PlayStation 3...


**Neutral Zone**
Released 1983 on Commodore 64


**Time Zone**
Released 1991 on NES

## Identifiers +

MobyGames ID: 11937
[ Please login / register to view all identifiers ]

## Contribute

Are you familiar with this game? Help document and preserve this entry in video game history! If your contribution is approved, you will earn points and be


ATV005194

| | | |
|---|---|---|
| CU Amiga | Amiga | 79% |
| Atari ST User | Atari ST | 78% |
| Amiga Format | Amiga | 73% |
| Raze | Amiga | 72% |
| ASM (Aktueller Software Markt) | Atari ST | 67% |
| ASM (Aktueller Software Markt) | Amiga | 67% |
| Amiga Joker | Amiga | 66% |
| Amiga Power | Amiga | 65% |
| Datormagazin | Amiga | 60% |
| Amiga Power | Amiga | 33% |

## Analytics

**MobyPro** EARLY ACCESS

Upgrade to MobyPro to view research rankings and price history! (when applicable)

## Related Games

 **WWF War Zone**
Released 1998 on Game Boy

 **WWF War Zone**
Released 1998 on PlayStation, Nintendo 64

 **Rock Band: Rob Zombie - 'War Zo...**
Released 2015 on Xbox One, PlayStation 3...

 **Z-Zone**
Released 1987 on Commodore 64

 **Defense Zone**
Released 2012 on iPad, 2014 on Macintosh...

 **Neutral Zone**
Released 1983 on Commodore 64

 **Auto Zone**
Released 1987 on Commodore 16, Plus/4

 **Shadow Zone**
Released 2007 on J2ME

 **Time Zone**
Released 1991 on NES

## Identifiers +

MobyGames ID: 11937
[ Please login / register to view all identifiers ]

## Contribute

Are you familiar with this game? Help document and preserve this entry in video game history! If your contribution is approved, you will earn points and be credited as a contributor.

**Ad Blurb** (+1 point)   **Alternate Title** (+1 point)   **Content Rating** (+1 point)   **Correction** (+1 point)   **Credits** (+2 points, plus ¼ point per credit)   **Critic Review** (+½ point)   **Group** (+¼ point)   **Product Code** (+¼ point)   **Related Site** (+1 point)   **Release Info** (+1 point)   **Relation** (+½ point)   **Tech Spec** (+1 point)   **Trivia** (+1 point)   **Video** (+1 point)

## Contributors to this Entry

Game added by Johnny "ThunderPeel2001" Walker.

Atari ST added by Martin Smith.

Additional contributors: B.L. Stryker.

Game added February 2, 2004. Last modified June 15, 2024.

About · FAQ · MobyPro · Stats · Standards · Style Guide · API · Contact · Change Log · Privacy Policy · Terms of Use

© 1999–2024 MobyGames ™

v20241015a

ATV005195



# WWF War Zone

Moby ID: 4598

Review ★★★★★    Add To Collection

**Overview**  Credits  Reviews  Covers  Screenshots  Videos  Promos  Trivia  Specs  Releases  Patches  Prices  Forum  Contribute

front · back · 30 more

**Released**
July 24, 1998 on PlayStation

**Credits**
122 people

**Releases by Date** (by platform)
1998 (PlayStation)
1998 (Nintendo 64)

**Publishers**
Acclaim Entertainment, Inc.

**Developers**
Iguana West

**Moby Score**
7.6  #6,374 of 25.4K

**Critics**
82% (33)

**Players**
★★★★★ (27)

**Review Ranking**
#86 on Nintendo 64
#186 on PlayStation

**Collected By**
83 players

**Genre**
Sports

**Perspective**
3rd-person (Other)

**Sport**
Wrestling

**Misc**
Licensed

**PlayStation Specs**
**ESRB Rating**
Teen

**Number of Players Supported**
1-4 Players

[ view all 6 specs ]

**Buy on Nintendo 64**
$9.99 used, $349.99 new on eBay ☒

**Buy on PlayStation**
$7.40 used, $19.99 new on Amazon ☒

Note: We may earn an affiliate commission on purchases made via eBay, Amazon and GOG links (prices updated 9/30 12:36 AM ⓘ)

**See Also**
▣ WWF War Zone (1998 on Game Boy)

## Description official descriptions

*WWF War Zone* is the first WWF-based wrestling game to use fully 3D character and environment graphics. The wrestlers can execute traditional punch and kicks, as well as various grapple moves, which the player can perform by pressing a button assigned to initial grapple in a combination with different direction buttons. Commentary, wrestler introductions (with short voice clips), crowd reactions, and full-motion sequences (in the PlayStation version only) are included.

The game features seven basic gameplay modes, allowing configurations of one to four players. These include training mode, one-on-one, tag team, cage match, weapons match, tornado tag team, and war (elimination free for all). Two additional modes, Royal Rumble and gauntlet, are exclusive to the Nintendo 64 version. The player can also create and customize his own wrestler, taking him through the WWF challenge. The new wrestler finds himself at the bottom of a pyramid, and has to challenge wrestlers situated immediately above him, gradually working his way through to the title. Sometimes previously defeated wrestlers will challenge the player to a "grudge match", which usually consists of special encounters, such as battles with weapons or cage matches.

## Groups +

PlayStation Greatest Hits releases    PlayStation Platinum Range releases    Protagonist: Visually customizable character    WWE / WWF wrestling games

## Screenshots

        

## Promos

    

## Promos



## Credits (Nintendo 64 version)

122 People (101 developers, 21 thanks) · View all

| | |
|---|---|
| Producer | Michael Archer |
| Project Manager | Vince Bracken |
| Game Design | Tim Huntsman, Clark Westerman, Rich Reagan, Troy Leavitt, Jeff Robinson, James Daly |
| Programming Team | Justin R. Towns, Robert Brannon, Daren R. Smith, Rob Nelson, Scott C. Pugh, Jeremy Howa, Altair S. Lane, Sean Igo, Christopher G. Braymen, Bruce Gifford, Omar Canon |
| Engine Programming | John Lund |
| Sound Team | Dean Morrell (All Night), Mark Ganus, Roy Wilkins, Bob Dayley |
| Art Lead | Jane Bradley |

[ full credits ]

## Reviews

### Critics

Average score: 82% (based on 33 ratings)

| Critic [ Expand All ] | Platform | Score |
|---|---|---|
| GameGenie | Nintendo 64 | 100% |
| GamePro (US) | PlayStation | 100% |
| GameGenie | PlayStation | 100% |
| Game Revolution | Nintendo 64 | 91% |
| Gamezilla | Nintendo 64 | 91% |
| Mega Fun | Nintendo 64 | 91% |
| 64 Power / big.N / N Games / Wii Magazin | Nintendo 64 | 90% |
| Game Industry News (GiN) | PlayStation | 90% |
| GamePro (US) | Nintendo 64 | 90% |
| PSX Nation | PlayStation | 90% |
| Gamezilla | PlayStation | 89% |
| Absolute Playstation | PlayStation | 89% |
| Consoles Plus | Nintendo 64 | 89% |
| Power Unlimited | Nintendo 64 | 88% |
| Power Unlimited | PlayStation | 87% |
| Gaming Entertainment Monthly | Nintendo 64 | 86% |
| GameSpot | PlayStation | 86% |
| Total! (Germany) | Nintendo 64 | 85% |
| Video Games (German) | Nintendo 64 | 85% |
| IGN | Nintendo 64 | 85% |
| Hacker | PlayStation | 84% |
| Mega Fun | PlayStation | 84% |
| Das Offizielle PlayStation Magazin / Play Fun Magazin | PlayStation | 82% |

### Players

Average score: 3.2 out of 5 (based on 27 ratings with 0 reviews)

Be the first to review this game!

ATV005250

| Total! (Germany) | Nintendo 64 | 85% |
| Video Games (German) | Nintendo 64 | 85% |
| IGN | Nintendo 64 | 85% |
| Hacker | PlayStation | 84% |
| Mega Fun | PlayStation | 84% |
| Das Offizielle PlayStation Magazin / Play Fun Magazin | PlayStation | 82% |
| All Game Guide | PlayStation | 80% |
| MAN!AC / M! Games | PlayStation | 80% |
| Bravo Screenfun | PlayStation | 80% |
| IGN | PlayStation | 80% |
| Fun Generation | PlayStation | 80% |
| Jeuxvideo.com | Nintendo 64 | 80% |
| MAN!AC / M! Games | Nintendo 64 | 80% |

[ ⌄ 17 More ]

## Trivia

**Bret Hart**
Although Bret Hart left the WWF (now WWE) in 1997, he is included in this game (which was released nearly a year later).

**Turok**
Turok is a playable secret character in this game. He has The Rock's moveset. Although as of today, it is not known how to unlock him other than using a Gameshark device.

**Awards...**

⌄ More

## Analytics

MobyPro EARLY ACCESS

Upgrade to MobyPro to view research rankings and price history! (when applicable)

## Related Games

 **WWF Smackdown!**
Released 2000 on PlayStation

 **WWF Attitude**
Released 1999 on PlayStation, Nintendo 6...

 **WWF Attitude**
Released 1999 on Game Boy Color

 **WWF Wrestlemania**
Released 1989 on NES

 **WWF Raw**
Released 1994 on Game Boy, SNES, 1995 ...

**WWF Superstars**
Released 1991 on Game Boy

 **WWF Superstars**
Released 1990 on Dedicated handheld

**WWF WrestleMania**
Released 1989 on Dedicated handheld

 **WWF Betrayal**
Released 2001 on Game Boy Color

## Identifiers +

MobyGames ID: 4598
[ Please login / register to view all identifiers ]

## Contribute

Are you familiar with this game? Help document and preserve this entry in video game history! If your contribution is approved, you will earn points and be credited as a contributor.

**Ad Blurb** (+1 point)  **Alternate Title** (+1 point)  **Correction** (+1 point)  **Critic Review** (+½ point)  **Group** (+¼ point)  **Product Code** (+¼ point)
**Related Site** (+1 point)  **Release info** (+1 point)  **Relation** (+½ point)  **Tech Spec** (+1 point)  **Trivia** (+1 point)  **Video** (+1 point)

## Contributors to this Entry

Game added by Knyght.

| Jeuxvideo.com | Nintendo 64 | 80% |
| MAN!AC / M! Games | Nintendo 64 | 80% |

[ ∨ 17 More ]

## Trivia

**Bret Hart**
Although Bret Hart left the WWF (now WWE) in 1997, he is included in this game (which was released nearly a year later).

**Turok**
Turok is a playable secret character in this game. He has The Rock's moveset. Although as of today, it is not known how to unlock him other than using a Gameshark device.

**Awards...**

∨ More

## Analytics

MobyPro EARLY ACCESS

Upgrade to MobyPro to view research rankings and price history! (when applicable)

## Related Games

 **WWF Smackdown!**
Released 2000 on PlayStation

 **WWF Attitude**
Released 1999 on PlayStation, Nintendo 6...

 **WWF Attitude**
Released 1999 on Game Boy Color

 **WWF Wrestlemania**
Released 1989 on NES

 **WWF Raw**
Released 1994 on Game Boy, SNES, 1995 ...

 **WWF Superstars**
Released 1991 on Game Boy

 **WWF Superstars**
Released 1990 on Dedicated handheld

 **WWF WrestleMania**
Released 1989 on Dedicated handheld

 **WWF Betrayal**
Released 2001 on Game Boy Color

## Identifiers +

MobyGames ID: 4598
[ Please login / register to view all identifiers ]

## Contribute

Are you familiar with this game? Help document and preserve this entry in video game history! If your contribution is approved, you will earn points and be credited as a contributor.

Ad Blurb (+1 point)   Alternate Title (+1 point)   Correction (+1 point)   Critic Review (+½ point)   Group (+¼ point)   Product Code (+¼ point)
Related Site (+1 point)   Release Info (+1 point)   Relation (+½ point)   Tech Spec (+1 point)   Trivia (+1 point)   Video (+1 point)

## Contributors to this Entry

Game added by Knyght.

Additional contributors: Alaka, Grant McLellan, Tatsujin.

Game added July 25, 2001. Last modified August 26, 2024.

Document title: WWF War Zone (1998) - MobyGames
Capture URL: https://www.mobygames.com/game/4598/wwf-war-zone/
Capture timestamp (UTC): Fri, 25 Oct 2024 19:56:41 GMT

ATV005252



Moby Games
Search games, people, companies...
Pro Browse Contribute Community Login
8,452 items were approved and added to the database in the past week!

# WarZone

Moby ID: 61204

Review ★★★★★ | Add To Collection

Overview Credits Reviews Covers Screenshots Videos Promos Trivia Specs Releases Patches Prices Forum Contribute

**Released**
March 1999 on Browser

**Credits**
1 person

**Moby Score**
n/a

**Players**
★★★★★ (1)

**Collected By**
1 players

**Genre**
Action

**Perspective**
1st-person

**Gameplay**
Arcade
Shooter

**Vehicular**
Tank

**See Also**
- Warzone (1986 on Amiga, 1988 on Atari ST)
- Warzone (1993 on Atari ST)
- Warzone (2017 on Windows)

## Description

*WarZone* is a 3D arcade game in which the player controls a tank from a first-person perspective. The main goal is to navigate through the level and destroy as many tanks as possible before suffering maximum damage. An enemy tank is destroyed when hit by a successful shot, and the player receives a number of points to the general score. On the other hand, the enemies need five successful hits in order to kill the player, since one projectile deals 20% damage. To avoid being shot, the player can hide behind obstacles and follow the enemy positions on the radar.

## Groups +

Battlezone variants   WarZone series

## Screenshots

## Credits (Browser version)

By    Ben Librojo

## Reviews

### Players

Average score: 3.0 out of 5 (based on 1 ratings with 0 reviews)

Be the first to review this game!

    

## Credits (Browser version)

By          Ben Librojo

## Reviews

### Players

Average score: 3.0 out of 5 (based on 1 ratings with 0 reviews)

Be the first to review this game!

## Analytics

**MobyPro** EARLY ACCESS

Upgrade to MobyPro to view research rankings and price history! (when applicable)

## Related Games

 **CrossFire: Warzone**
Released 2019 on Android, iPad, 2020 on i...

 **WarZone 3**
Released 2003 on Browser

 **Warzone 2100**
Released 1999 on Windows, 1999 on PlayS...

 **Warzone VR**
Released 2019 on Windows, PlayStation 4

 **WarZone 2**
Released 1999 on Browser

 **Assault Ops: Warzone**
Released 2015 on Xbox 360

 **Anomaly: Warzone Earth**
Released 2011 on Windows, Xbox 360, 20...

 **4 Most Warzone**
Released 1991 on ZX Spectrum, Commodo...

 **EVE: Valkyrie - Warzone**
Released 2017 on Windows, PlayStation 4

## Identifiers +

MobyGames ID: 61204
[ Please login / register to view all identifiers ]

## Contribute

Are you familiar with this game? Help document and preserve this entry in video game history! If your contribution is approved, you will earn points and be credited as a contributor.

**Ad Blurb** (+1 point)  **Alternate Title** (+1 point)  **Content Rating** (+1 point)  **Correction** (+1 point)  **Critic Review** (+½ point)  **Group** (+¼ point)  **Product Code** (+¼ point)  **Promo Images** (+½ point)  **Related Site** (+1 point)  **Release Info** (+1 point)  **Relation** (+½ point)  **Tech Spec** (+1 point)  **Trivia** (+1 point)  **Video** (+1 point)

## Contributors to this Entry

Game added by CalaisianMindthief.

Game added August 16, 2013. Last modified February 13, 2023.

About · FAQ · MobyPro · Stats · Standards · Style Guide · API · Contact · Change Log · Privacy Policy · Terms of Use

© 1999–2024 MobyGames ™

v20241015a

ATV005211

🔒 **PageVault**

| | |
|---|---|
| Document title: | Warzone 2100 (1999) – MobyGames |
| Capture URL: | https://www.mobygames.com/game/2869/warzone-2100/ |
| Page loaded at (UTC): | Fri, 25 Oct 2024 18:26:52 GMT |
| Capture timestamp (UTC): | Fri, 25 Oct 2024 18:27:24 GMT |
| Capture tool: | 10.52.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 6 |
| Capture ID: | tHtyj3Yqc7TcEKR7y1rfc6 |
| Display Name: | whk |

ATV005236



Moby Games | Search games, people, companies... | Pro | Browse | Contribute | Community | Login

9,966 items were approved and added to the database in the past week!

# Warzone 2100

Moby ID: 2869

Review | Add To Collection

Overview | Credits | Reviews | Covers | Screenshots | Videos | Promos | Trivia | Specs | Releases | Patches | Prices | Forum | Contribute

front · back · 98 more

**Released**
1999 on Windows

**Credits**
64 people

**Releases by Date** (by platform)
1999 (Windows)
1999 (PlayStation)...
3 More

**Publishers**
Eidos Interactive Limited
Acer TWP Corp...
3 More

**Developers**
Pumpkin Studios

**Moby Score**
7.7 #4,420 of 25.4K

**Critics**
80% (47)

**Players**
(38)

**Review Ranking**
#248 on PlayStation
#1,851 on Windows

**Collected By**
93 players

**Genre**
Strategy / tactics

**Perspective**
Diagonal-down

**Visual**
Free camera

**Pacing**
Real-time

**Gameplay**
Real-time strategy (RTS)

**Interface**
Multiple units/characters control
Point and select

**Setting**
Post-apocalyptic
Sci-fi / futuristic

**Narrative**
War

Windows Specs

**ESRB Rating**
Teen

**Business Model**
Free (initially commercial)

**Media Type**
CD-ROM, Download

**Input Devices Supported/Optional**
Keyboard, Mouse

**Multiplayer Options**
Internet, LAN, Modem, Null-modem cable

**Number of Offline Players**
1 Player

**Number of Online Players**
2-8 Players

[ view all 27 specs ]

**Official Site**
Visit

**Buy on PlayStation**
$13.48 used on eBay

**Buy on Windows**
$0.00 new on Steam

Note: We may earn an affiliate commission on purchases made via eBay, Amazon and GOG links (prices updated 10/19 6:52 AM)

**Included in**
Play the Games Vol. 3 (2000)

## Description official descriptions

Earth's defense satellites accidentally launch nuclear warheads due to computer malfunction. Our planet is destroyed, except for a few factions that rebuild their strength and attempt to dominate the brave new world. As you make your way across the wasteland, hunting down artifacts and destroying hostile forces, you find out that the satellite's unexpected nuclear launch may not have been entirely accidental after all...

You are in charge of searching the land for technological artifacts held by the other fellows. These artifacts are then researched to create new weapons, chasses, and propulsion types, all of which are interchangable, meaning there are over 2000 units for you to blow stuff up with. You can build tanks, hovercraft, Vertical Take Off/Landing (VTOL) vehicles, as well as cyborg units. There are machine guns, missile launchers, flame throwers, mortars, etc. Since all your technology comes from artifacts you swipe from your enemies, you are almost always fighting with weapons a step below what the other guy has, meaning you have to rely on your strategic prowess instead of sheer military superiority. The battlefield is fully 3D, the camera is rotatable and zoomable, and all units are 3D as well, except for humans, which are sprites, but they aren't too plentiful, so it's a minor point.

## Spellings

- ▯▯2100 - *Simplified Chinese spelling*

## Groups +

zoomable, and all units are 3D as well, except for humans, which are sprites, but they aren't too plentiful, so it's a minor point.

## Spellings

- 战区2100 - *Simplified Chinese spelling*

## Groups +

Eidos Premier Collection releases | Games with officially released source code | Middleware: SDL

## Screenshots

    

## Promos

    

## Videos



Warzone 2100 - Video Game Trailer - PC Windows (1999)

Add Trailer or Gameplay Video +1 point

See any errors or missing info for this game?

You can submit a correction, contribute trivia, add to a game group, add a related site or alternate title.

## Credits (Windows version)

64 People (59 developers, 5 thanks) · View all

| | |
|---|---|
| Director of Projects | Jim Bambra |
| Director of Development | Nick Cook |
| Head of Software Engineering | Alex McLean |
| Software Engineer | Annette Bell, Tim Cannell, Paul Dunning, John Elliot, Gareth Jones, Alex Lee, Jeremy Sallis |
| Graphic Artist | Kevin R. Ayre, Pete Johnson, Erol Kentli, Kevin Wicks |
| Graphic Artist / Musician | Martin Severn |
| Designer | Keith Ledger |
| Systems Manager | Pete Ball |
| Project co-ordinator | Louise Anderson |
| Creative Support | Ian Livingstone |
| Producer | Eric W. Adams |
| Senior Producer | Grant Dean |
| Eidos Development Support | Rose Montgomery |
| Localisation Manager | Flavia Timiani-Dean |
| Head of Marketing | John Davis |
| Marketing Manager | David Burton |

[ full credits ]

| Senior Producer | Grant Dean |
|---|---|
| Eidos Development Support | Rose Montgomery |
| Localisation Manager | Flavia Timiani-Dean |
| Head of Marketing | John Davis |
| Marketing Manager | David Burton |

[ full credits ]

## Reviews

### Critics

Average score: 80% (based on 47 ratings)

| Critic [ Expand All ] | Platform | Score⌄ |
|---|---|---|
| Science Fiction Weekly | Windows | 100% |
| Bravo Screenfun | Windows | 100% |
| GameGenie | Windows | 100% |
| PSExtreme.com | PlayStation | 92% |
| Power Play | Windows | 91% |
| Fun Generation | PlayStation | 90% |
| Secret Service / New S Service | Windows | 90% |
| Das Offizielle PlayStation Magazin / Play Fun Magazin | PlayStation | 90% |
| Game Vortex | PlayStation | 88% |
| GameStar (Germany) | Windows | 86% |
| Video Games (German) | PlayStation | 86% |
| Joystick (French) | Windows | 86% |
| Electric Playground | Windows | 85% |
| MAN!AC / M! Games | PlayStation | 85% |
| Gameplay (Benelux) | Windows | 85% |
| Mega Fun | PlayStation | 84% |
| Génération 4 | Windows | 83% |
| PC Action (Germany) | Windows | 82% |
| PC Games (Germany) | Windows | 82% |
| Game Over Online | Windows | 81% |
| Official U.S. PlayStation Magazine (OPM) | PlayStation | 80% |
| IGN | Windows | 80% |
| PC Player (Denmark) | Windows | 80% |
| JeuxVideoPC.com | Windows | 80% |
| PC Player (Germany) | Windows | 80% |
| Adrenaline Vault, The (AVault) | Windows | 80% |
| GamePro (US) | Windows | 80% |
| Gamesmania.de | Windows | 80% |
| Computer and Video Games (CVG) | Windows | 80% |
| GamesFirst! | PlayStation | 80% |

[ ⌄ 23 More ]

### Players

Average score: 3.7 out of 5 (based on 38 ratings with 2 reviews)



**Excellent Real Time Strategy for Playstation.** ★★★★★

**The Good**
The atmosphere and clever building of tension in the gameplay. Nicely open ended non linear gameplay. Variety of buildings and weapons (you can design your own). Good enemy AI.
...
⌄ More

1 of 1 Moby users rated this review helpful.
**Did you find this review helpful?** 👍YES 👎NO

PlayStation · by Felix (129) · 2001

**A great (but forgotten?) 3D Real-time Strategy game** ★★★★★

**The Good**
This game is wonderful! The post-apocalyptic story-line may not be very original, but it works and the intro movie is nice to watch. :) The way you research new technologies and design new units works perfect, the graphics are good enough and the music is great. The camera can be rotated both horizont...
⌄ More

1 of 1 Moby users rated this review helpful.
**Did you find this review helpful?** 👍YES 👎NO

Windows · by Joel Segerbäck (641) · 2008

## Discussion

| Subject | By | Date |
|---|---|---|
| How many games are combined in this entry? | Alaka (108351) | Mar 19, 2022 |

## Trivia

**Source code**
The *Warzone 2100* source code was released to the public on 7th December 2004. As of 2007, some people are working on *Warzone 2100 Project*, aimed at

ATV005239

| Subject | By | Date |
|---------|-----|------|
| How many games are combined in this entry? | Alaka (108351) | Mar 19, 2022 |

## Trivia

**Source code**
The *Warzone 2100* source code was released to the public on 7th December 2004. As of 2007, some people are working on *Warzone 2100 Project*, aimed at improving the gameplay, graphics, and compatibility of the game. Their site is at http://wz2100.net.

Information also contributed by Kabushi

## Analytics

MobyPro EARLY ACCESS

Upgrade to MobyPro to view research rankings and price history! (when applicable)

## Related Games

 **2100**
Released 2019 on Windows

 **CrossFire: Warzone**
Released 2019 on Android, iPad, 2020 on i...

 **Call of Duty: Warzone**
Released 2020 on Windows, PlayStation 4, ...

 **Odyssey 2100**
Released 1978 on Dedicated console

 **Speedball 2100**
Released 2000 on PlayStation

 **Warzone**
Released 1986 on Amiga, 1988 on Atari ST

 **Warzone**
Released 1993 on Atari ST

**WarZone**
Released 1999 on Browser

 **Warzone**
Released 2017 on Windows



## Related Sites +

Warzone 2100 ⬈
Old official website (archived)

Warzone2100.de ⬈
German Fan Page

## Identifiers +

MobyGames ID: 2869
[ Please login / register to view all identifiers ]

## Contribute

Are you familiar with this game? Help document and preserve this entry in video game history! If your contribution is approved, you will earn points and be credited as a contributor.

**Ad Blurb** (+1 point)  **Alternate Title** (+1 point)  **Correction** (+1 point)  **Critic Review** (+½ point)  **Group** (+¼ point)  **Product Code** (+¼ point)
**Related Site** (+1 point)  **Release info** (+1 point)  **Relation** (+½ point)  **Tech Spec** (+1 point)  **Trivia** (+1 point)  **Video** (+1 point)

## Contributors to this Entry

Game added by MA17.

Macintosh, Linux added by chirinea. PlayStation added by Grant McLellan. Windows Apps added by Yearman.

Additional contributors: tarmoB88, Alaka, Kabushi, FloodSpectre, CaesarZX.

Game added March 2, 2022. Last modified June 5, 2024.

About · FAQ · MobyPro · Stats · Standards · Style Guide · API · Contact · Change Log · Privacy Policy · Terms of Use

© 1999–2024 MobyGames ™

v20241015a

ATV005240

## Trivia

**Source code**
The *Warzone 2100* source code was released to the public on 7th December 2004. As of 2007, some people are working on *Warzone 2100 Project*, aimed at improving the gameplay, graphics, and compatibility of the game. Their site is at http://wz2100.net.

Information also contributed by Kabushi

## Analytics

**MobyPro** EARLY ACCESS

Upgrade to MobyPro to view research rankings and price history! (when applicable)

## Related Games

 **2100**
Released 2019 on Windows

 **CrossFire: Warzone**
Released 2019 on Android, iPad, 2020 on i...

 **Call of Duty: Warzone**
Released 2020 on Windows, PlayStation 4, ...

 **Odyssey 2100**
Released 1978 on Dedicated console

 **Speedball 2100**
Released 2000 on PlayStation

 **Warzone**
Released 1986 on Amiga, 1988 on Atari ST

 **Warzone**
Released 1993 on Atari ST

 **WarZone**
Released 1999 on Browser

 **Warzone**
Released 2017 on Windows

## Related Sites +

Warzone 2100 ↗
Old official website (archived)

Warzone2100.de ↗
German Fan Page

## Identifiers +

MobyGames ID: 2869
[ Please login / register to view all identifiers ]

## Contribute

Are you familiar with this game? Help document and preserve this entry in video game history! If your contribution is approved, you will earn points and be credited as a contributor.

**Ad Blurb** (+1 point)  **Alternate Title** (+1 point)  **Correction** (+1 point)  **Critic Review** (+½ point)  **Group** (+¼ point)  **Product Code** (+¼ point)
**Related Site** (+1 point)  **Release info** (+1 point)  **Relation** (+½ point)  **Tech Spec** (+1 point)  **Trivia** (+1 point)  **Video** (+1 point)

## Contributors to this Entry

Game added by MA17.

Macintosh, Linux added by chirinea. PlayStation added by Grant McLellan. Windows Apps added by Yearman.

Additional contributors: tarmo888, Alaka, Kabushi, FloodSpectre, CaesarZX.

Game added March 2, 2022. Last modified June 5, 2024.

About · FAQ · MobyPro · Stats · Standards · Style Guide · API · Contact · Change Log · Privacy Policy · Terms of Use

© 1999–2024 MobyGames ™

v20241015a

ATV005241

Case 2:21-cv-03073-FLA-JC    Document 114-1    Filed 02/14/25    Page 113 of 125 Page ID #:3291

 Moby Games

Search games, people, companies...

**Pro**    **Browse**    **Contribute**    **Community**    ☼    👤 **Login**

🎮 Take **this MobyGames survey** for 1 month of MobyPro and a chance at a $100 Amazon gift card!



# WarZone 3

Moby ID: 62437

| | |
|---|---|
| **Review** ☆☆☆☆☆ | **Add To** Collection |

**Overview**   Credits   Reviews   Covers   **Screenshots**   Videos   Promos   Trivia   Specs   **Releases**   Patches   **Prices**   **Forum**
**Contribute**



WarZone 3 (Browser) screenshot:
Title screen.
Prev · 1 of 7 · Next

[ Back to Gallery ]

**HOTKEYS**
Left Arrow (Prev)
Right Arrow (Next)

**MobyPro** EARLY ACCESS

**Download Original Screenshot:** 720x540
[ Upgrade to **MobyPro** to unlock this feature! ]

Added: January 13, 2014
Contributed by: **CalaisianMindthief**

**330**

About · FAQ · MobyPro · Stats · Standards · Style Guide · API · Contact · Change Log · Privacy Policy · Terms of Use

© 1999–2025 MobyGames ™

v20250131c

**331**



# WarZone 3: WWII Edition

Moby ID: 62590

Review ★ ★ ★ ★ ★

Add To Collection

Overview  Credits  Reviews  Covers  Screenshots  Videos  Promos  Trivia  Specs  Releases  Patches  Prices  Forum  Contribute

**Released**
March 2005 on Browser

**Credits**
1 person

**Moby Score**
n/a

**Players**
★ ★ ★ ★ ★ (1)

**Collected By**
3 players

**Genre**
Action

**Perspective**
3rd-person (Other)

**Gameplay**
Shooter

**Vehicular**
Tank

**Setting**
World War II

## Description

*WarZone 3: WWII Edition* gives the player control over a tank in a series of World War II-inspired missions. They are divided into five levels recreating well-known battlefields: Normandy, Odon Valley, Holland, the outskirts of Moscow and Stalingrad. Every mission has its objectives, which must be completed in order to progress further. They may range from destroying a set number of enemy tanks and protecting a building until reinforcements arrive, to escorting a friendly convoy to safety. The game focuses on tank combat, and while it doesn't try to simulate the mechanics of controlling a real tank, the turret can be rotated independently, much like in the previous titles of the series. The player controls a different type of tank in every level, for example a captured Flak tank in Normandy or a Sherman in Holland. They have different stats for armor, speed and cannon power.

The gameplay revolves around shooting and destroying enemy tanks, while avoiding being hit by their guns. Various buildings and trees offer cover, and some destroyed tanks drop power-ups such as armor repair, fast reload and armor piercing shells. It's game over if the armor gauge reaches zero after multiple hits, but the game supports level passwords that allow the player to start from the beginning of a level.

## Groups +

WarZone series

## Screenshots

    

## Credits (Browser version)

Designed by          Ben Librojo
Programmed by        Ben Librojo

## Reviews

### Players

Average score: 3.2 out of 5 (based on 1 ratings with 0 reviews)

Document title: WarZone 3: WWII Edition (2005) - MobyGames
Capture URL: https://www.mobygames.com/game/62590/warzone-3-wwii-edition/
Capture timestamp (UTC): Fri, 25 Oct 2024 18:24:46 GMT

ATV005218

    

## Credits (Browser version)

| | |
|---|---|
| Designed by | Ben Librojo |
| Programmed by | Ben Librojo |

## Reviews

### Players

Average score: 3.2 out of 5 (based on 1 ratings with 0 reviews)

Be the first to review this game!

## Analytics

**MobyPro** EARLY ACCESS

Upgrade to MobyPro to view research rankings and price history! (when applicable)

## Related Games

 **WarZone 3**
Released 2003 on Browser

 **Warzone**
Released 1986 on Amiga, 1988 on Atari ST

 **Warzone**
Released 1993 on Atari ST

 **WarZone**
Released 1999 on Browser

 **Warzone**
Released 2017 on Windows

 **CrossFire: Warzone**
Released 2019 on Android, iPad, 2020 on i...

 **Warzone 2100**
Released 1999 on Windows, 1999 on PlayS...

 **Warzone VR**
Released 2019 on Windows, PlayStation 4

**WarZone 2**
Released 1999 on Browser

## Identifiers +

MobyGames ID: 62590
[ Please login / register to view all identifiers ]

## Contribute

Are you familiar with this game? Help document and preserve this entry in video game history! If your contribution is approved, you will earn points and be credited as a contributor.

**Ad Blurb** (+1 point)  **Alternate Title** (+1 point)  **Content Rating** (+1 point)  **Correction** (+1 point)  **Critic Review** (+½ point)  **Group** (+¼ point)
**Product Code** (+¼ point)  **Promo Images** (+½ point)  **Related Site** (+1 point)  **Release Info** (+1 point)  **Relation** (+½ point)  **Tech Spec** (+1 point)
**Trivia** (+1 point)  **Video** (+1 point)

## Contributors to this Entry

Game added by CalaisianMindthief.

Game added January 13, 2014. Last modified February 13, 2023.

About · FAQ · MobyPro · Stats · Standards · Style Guide · API · Contact · Change Log · Privacy Policy · Terms of Use

© 1999–2024 MobyGames ™

v20241015a

2/6/25, 12:37 AM                                    Assault Ops: Warzone (2015) - MobyGames



Search games, people, co    **Pro**  Browse  Contribute  Community  ☀  Login

📺 Take **this MobyGames survey** for 1 month of MobyPro and a chance at a $100 Amazon gift card!


TETRIS FOREVER  ⊙⊙ 03  The true story of the world's favorite puzzle game

# Assault Ops: Warzone

Moby ID: 180448

| Review | Add To |
| ★★★★★ | Collection |

Overview  **Credits**  Reviews  **Covers**  Screenshots  Videos  **Promos**  Trivia  **Specs**  **Releases**  Patches

**Prices**  **Forum**  **Contribute**



**Released**
January 4, 2015 on Xbox 360

**Credits**
6 people

**Publishers**
Rendercode Games

**Developers**
Rendercode Games

**Moby Score**
n/a

**Collected By**
1 players

**Genre**
Action

**Perspective**
1st-person

**Gameplay**
Shooter

**Interface**
Direct control

**Business Model**
Commercial

**Media Type**
Download

**Number of Offline Players**
1 Player

**Number of Online Players**
2-6 Players

[ view all 8 specs ]

**Official Site**
Visit ↗

**Wanted:** We need a MobyGames approved description! **Contribute Description** (+4 points)

▶ **Official Description (Ad Blurb)**

# Groups +

Assault Ops series   Game Engine: SunBurn

# Promos

**334**

   

## Credits (Xbox 360 version)

6 People (5 developers, 1 thanks)

| | |
|---|---|
| Design | Juan Alberto Muñoz González |
| Programming | Juan Alberto Muñoz González |
| Middleware | SunBurn Pro, DigitalRune Engine |
| 3D Models & Textures | The Game Creators, Arteria3d |
| Music | Arteria3d |
| Sound FX | The Game Creators |
| Special Thanks | Raúl Mellado Arias |

## Analytics

**MobyPro** EARLY ACCESS

Upgrade to MobyPro to view research rankings and price history! (when applicable)

## Related Games

 **Warzone**
Released 2017 on Windows

 **Warzone**
Released 1986 on Amiga, 1988 on Atari ST

 **WarZone**
Released 1999 on Browser

 **Warzone**
Released 1993 on Atari ST

 **Assault Ops**
Released 2014 on Xbox 360

 **CrossFire: Warzone**
Released 2019 on Android, iPad, 2020 on iPhone

  **WarZone 2**
Released 1999 on Browser

 **Warzone VR**
Released 2019 on Windows, PlayStation 4

 **Warzone 2100**
Released 1999 on Windows, 1999 on PlayStation, 2...

## Identifiers ➕

**335**

2/6/25, 12:37 AM    Case 2:21-cv-03073-FLA-JC    Document 114-1    Filed 02/14/25    Page 119 of 125
Assault Ops: Warzone (2020) - MobyGames

Page ID #:3297

MobyGames ID: 180448

[ Please login / register to view all identifiers ]

# Contribute

Are you familiar with this game? Help document and preserve this entry in video game history! If your contribution is approved, you will earn points and be credited as a contributor.

**Ad Blurb** (+1 point)  **Alternate Title** (+1 point)  **Content Rating** (+1 point)  **Correction** (+1 point)

**Critic Review** (+½ point)  **Description** (+4 points)  **Group** (+¼ point)  **Product Code** (+¼ point)

**Related Site** (+1 point)  **Release info** (+1 point)  **Relation** (+½ point)  **Screenshots** (+2 points)  **Tech Spec** (+1 point)

**Trivia** (+1 point)  **Video** (+1 point)

# Contributors to this Entry

Game added by Alaka.

Game added February 25, 2022. Last modified February 13, 2023.

About · FAQ · MobyPro · Stats · Standards · Style Guide · API · Contact · Change Log · Privacy Policy · Terms of Use

© 1999–2025 MobyGames ™

v20250131c

**336**



# Warzone

Moby ID: 97252

**Review** ★ ★ ★ ★ ★

**Add To** Collection

**Overview**   Credits   Reviews   **Covers**   Screenshots   Videos   **Promos**   Trivia   **Specs**   **Releases**

Patches   **Prices**   **Forum**   **Contribute**

**Released**
October 17, 2017 on Windows

**Credits**
Contribute

**Publishers**
KEA Games

**Developers**
KEA Games

**Moby Score**
n/a

**Collected By**
1 players

**Genre**
Strategy / tactics

**Pacing**
Turn-based

**Setting**
Middle East

**Business Model**
Commercial

**Media Type**
Download

**Input Devices Supported/Optional**
Mouse

**Multiplayer Options**
Internet, Same/Split-Screen

[ view all 8 specs ]

**Buy**
$4.99 new on Steam ☑

**See Also**
Warzone (1986 on Amiga, 1988 on Atari ST)
Warzone (1993 on Atari ST)
WarZone (1999 on Browser)

**Wanted:** We need a MobyGames approved description! **Contribute Description** (+4 points)

▶ **Official Description (Ad Blurb)**

## Promos

**337**

ATV028413







# Analytics

MobyPro EARLY ACCESS

Upgrade to MobyPro to view research rankings and price history! (when applicable)

# Related Games


**WarZone 2**
Released 1999 on Browser


**WarZone 3**
Released 2003 on Browser


**Warzone VR**
Released 2019 on Windows, PlayStation 4


**Warzone 2100**
Released 1999 on Windows, 1999 on PlayStati...


**CrossFire: Warzone**
Released 2019 on Android, iPad, 2020 on iPho...


**The Seed: Warzone**
Released 2001 on PlayStation 2, 2012 on PlayS...


**4 Most Warzone**
Released 1991 on ZX Spectrum, Commodore 64


**Anomaly: Warzone Earth**
Released 2011 on Windows, Xbox 360, 2012 o...


**EVE: Valkyrie - Warzone**
Released 2017 on PlayStation 4, Windows

# Identifiers +

MobyGames ID: 97252
[ Please login / register to view all identifiers ]

# Contribute

Are you familiar with this game? Help document and preserve this entry in video game history! If your
contribution is approved, you will earn points and be credited as a contributor.

**338**

ATV028414

**Ad Blurb** (+1 point)   **Alternate Title** (+1 point)   **Content Rating** (+1 point)   **Correction** (+1 point)

**Credits** (+2 points, plus ¼ point per credit)   **Critic Review** (+½ point)   **Description** (+4 points)

**Group** (+¼ point)   **Product Code** (+¼ point)   **Related Site** (+1 point)   **Release info** (+1 point)

**Relation** (+½ point)   **Screenshots** (+2 points)   **Tech Spec** (+1 point)   **Trivia** (+1 point)   **Video** (+1 point)

# Contributors to this Entry

Game added by jaXen.

Game added October 17, 2017. Last modified October 17, 2017.

About · FAQ · MobyPro · Stats · Standards · Style Guide · API · Contact · Change Log · Privacy Policy · Terms of Use

© 1999–2024 MobyGames ™

v20241205

**339**

ATV028415

**a Page Vault**

| | |
|---|---|
| Document title: | Warzone (1986) - MobyGames |
| Capture URL: | https://www.mobygames.com/game/71700/warzone/ |
| Page loaded at (UTC): | Fri, 25 Oct 2024 16:49:58 GMT |
| Capture timestamp (UTC): | Fri, 25 Oct 2024 16:50:25 GMT |
| Capture tool: | 10.52.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | i57NsAmSELBQvyHMAZhyeR |
| Display Name: | whk |

ATV005223



# Warzone

Moby ID: 71700

Overview  Credits  Reviews  Covers  Screenshots  Videos  Promos  Trivia  Specs  Releases  Patches  Prices  Forum  Contribute

**Released**
1986 on Amiga

**Credits**
2 people

**Releases** by Date (by platform)
1986 (Amiga)
1988 (Atari ST)

**Publishers**
Prism Leisure Corporation Plc

**Developers**
Paradox Software

**Moby Score**
n/a

**Critics**
36% (4)

**Players**
★★☆☆☆ (6)

**Collected By**
3 players

**Genre**
Action

**Perspective**
Top-down

**Gameplay**
Shooter

**Setting**
Sci-fi / futuristic

**Amiga Specs**
**Business Model**
Commercial
**Media Type**
3.5" Floppy Disk
**Number of Players Supported**
1 Player

[ view all 12 specs ]

### See Also
Warzone (1993 on Atari ST)
WarZone (1999 on Browser)
Warzone (2017 on Windows)

## Description

*War Zone* is a 2D top-down shooter game set in a distant, post-apocalyptic future. The player is a warrior who must find a crazy warmonger and deactivate a nuclear bomb. The player controls a lightly armed vehicle and must destroy enemy vehicles and cannons. The vehicle has limited fuel - the player must search for fuel pumps to refuel. The screen is constantly scrolling up - the player can be killed by touching the bottom of the screen.

## Screenshots

    

## Credits (Amiga version)

| | |
|---|---|
| Program | Janko Mršić-Flögel |
| Music | Janko Mršić-Flögel |
| Graphic Design | Mungo Amyatt-Leir |
| Arrangement | Mungo Amyatt-Leir |

## Reviews

### Critics

Average score: 36% (based on 4 ratings)

| Critic [ Expand All ] | Platform | Score ∨ |
|---|---|---|
| Games-X | Amiga | 80% |

### Players

Average score: 2.3 out of 5 (based on 6 ratings with 0 reviews)

Be the first to review this game!

Document title: Warzone (1986) - MobyGames
Capture URL: https://www.mobygames.com/game/71700/warzone/
Capture timestamp (UTC): Fri, 25 Oct 2024 16:50:25 GMT

ATV005224

| Music | Janko Mršić-Flögel |
| Graphic Design | Mungo Amyatt-Leir |
| Arrangement | Mungo Amyatt-Leir |

## Reviews

### Critics

Average score: 36% (based on 4 ratings)

| Critic [ Expand All ] | Platform | Score ⌄ |
| --- | --- | --- |
| Games-X | Amiga | 80% |
| ASM (Aktueller Software Markt) | Atari ST | 25% |
| Amiga Power | Amiga | 24% |
| ST Magazine | Atari ST | 17% |

### Players

Average score: 2.3 out of 5 (based on 6 ratings with 0 reviews)

Be the first to review this game!

## Analytics

MobyPro EARLY ACCESS

Upgrade to MobyPro to view research rankings and price history! (when applicable)

## Related Games

 **CrossFire: Warzone**
Released 2019 on Android, iPad, 2020 on i...

 **Warzone 2100**
Released 1999 on Windows, 1999 on PlayS...

 **Warzone VR**
Released 2019 on Windows, PlayStation 4

 **WarZone 2**
Released 1999 on Browser

 **WarZone 3**
Released 2003 on Browser

 **Assault Ops: Warzone**
Released 2015 on Xbox 360

 **EVE: Valkyrie - Warzone**
Released 2017 on Windows, PlayStation 4

 **Anomaly: Warzone Earth**
Released 2011 on Windows, Xbox 360, 20...

 **4 Most Warzone**
Released 1991 on ZX Spectrum, Commodo...

## Identifiers +

MobyGames ID: 71700
[ Please login / register to view all identifiers ]

## Contribute

Are you familiar with this game? Help document and preserve this entry in video game history! If your contribution is approved, you will earn points and be credited as a contributor.

**Ad Blurb** (+1 point)  **Alternate Title** (+1 point)  **Content Rating** (+1 point)  **Correction** (+1 point)  **Critic Review** (+½ point)  **Group** (+¼ point)  **Product Code** (+¼ point)  **Promo Images** (+½ point)  **Related Site** (+1 point)  **Release Info** (+1 point)  **Relation** (+½ point)  **Tech Spec** (+1 point)  **Trivia** (+1 point)  **Video** (+1 point)

## Contributors to this Entry

Game added by 666gonzo666.

Game added April 17, 2015. Last modified February 22, 2023.

About · FAQ · MobyPro · Stats · Standards · Style Guide · API · Contact · Change Log · Privacy Policy · Terms of Use

© 1999–2024 MobyGames ℠

v20241015a