1 | MARC E. MAYER (SBN 190969)
      mem@msk.com
2 | KARIN G. PAGNANELLI (SBN 174763)
      kgp@msk.com
3 | LINDSAY R. EDELSTEIN (*pro hac vice*)
      lre@msk.com
4 | MITCHELL SILBERBERG & KNUPP LLP
    2049 Century Park East, 18th Floor
5 | Los Angeles, CA  90067-3120
    Telephone: (310) 312-2000
6 | Facsimile: (310) 312-3100

7 | Attorneys for Activision Publishing,
    Inc.

8 |

9 | UNITED STATES DISTRICT COURT

10 | CENTRAL DISTRICT OF CALIFORNIA

11 | ACTIVISION PUBLISHING, INC., a
    Delaware corporation,

12 |               Plaintiff,

13 |        v.

14 | WARZONE.COM, LLC,

15 |               Defendant.

16 |

17 | WARZONE.COM, LLC,

18 |               Counterclaimant,

19 |        v.

20 | ACTIVISION PUBLISHING, INC., a
    Delaware corporation,

21 |               Counterdefendant.

22 |

CASE NO. 2:21-cv-3073-FLA (JCx)

[Judge Fernando L. Aenlle-Rocha]

**EXHIBITS NOS. 9-14 TO DECLARATION OF LINDSAY R. EDELSTEIN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

Date:        March 21, 2025
Time:        1:30 p.m.
Ctrm:        6B

Complaint Filed:        Apr. 8, 2021
Counterclaim Filed:   June 8, 2021
Pretrial Conference:   May 19, 2025,
                              at 1:30 p.m.
Trial:                          May 27, 2025,
                              at 8:15 a.m.

28

**EXHIBITS TO LINDSAY R. EDELSTEIN DECLARATION**

# EXHIBIT 9



ATV028470



ATV028471



ATV028457



ATV028481



ATV028454



Kevin Noten



# Skich

**New way to discover
& play mobile games**

## Download Skich





Feel free to contact us at

**support@skich.app**

Games    Gamelists    Developers    About

For Developers

Terms of Use    Privacy Policy

© Skich Limited, 2023

118 Agias Fylaxeos Str., 3087 Limassol, Cyprus




New way to discover
& play mobile games


Download



# Warzone World

**Voidkiller Studios >**

💎 Indie    ⏳ Turn-based strategy    🎮 Casual

## 🎮 Game overview

Build and command troops in a spin-based casual game with soldiers, tanks, fighter jets, nukes. Optimized for mobile phones. Casual time waster.

Prepare for combat and lead your army to victory by constructing a fortified base and providing rigorous military training to your troops. Unlike other games which involve defeating various types of foes such as ninjas, pirates and wild animals, this game requires you to engage in a plain and straightforward warfare using tanks, soldiers, fighter jets and nuclear weapons. Introducing a unique blend of slot machine and turn-based strategy gameplay, this casual game promises an engaging experience that is sure to keep you entertained. Its simple design and ease of use make it perfect for mobile devices, allowing you to indulge in casual time-wasting whenever you have idle hours. However, please note that this is intentionally designed as a very casual game that doesn't involve intense action or intricate gameplay. It is not meant to be completed in a single go, but rather to provide an enjoyable experience that can be played whenever you have free time. So, if you're looking for a simple, yet fun and exciting way to spend your leisure hours, give this game a try.

Hide description

🌐 Developer **Voidkiller Studios >**    🕐 Release date **Jan 05, 2019**    🏷️ Price **Free**

Genres

💎 Indie    ⏳ Turn-based strategy    🎮 Casual

Categories

🌍 Single player    ⚔️ Warfare

## 🎬 Gameplay & Streams

Document title: Warzone World – Download game for Android
Capture URL: https://skich.app/games/warzone-world
Capture timestamp (UTC): Wed, 12 Feb 2025 15:43:19 GMT

## Categories
🎮 Single player   🗡️ Warfare

## ▶ Gameplay & Streams


**World Record 130 Kill Warzone 2.0 Quads Game**
Aydan


**1ST PLACE IN THE WARZONE WORLD SERIES! ($300,000 Tournament)**
Swagg


**WORLD RECORD 60 KILL SOLO QUADS GAME IN CoD WARZONE 🏆 (Modern Warfare Warzone)**
Aydan

## 🎮 Developer

More games by **Voidkiller Studios**  →

## 🎮 More like this

 **Root Board Game**
Dire Wolf Digital

 **Soda Dungeon 2**
Armor Games Studios

 **Charterstone: Digital Edition**
Acram Digital

 **Through the Ages**
CGE digital

 **Feud**
Bearwaves

 **Antihero - Digital Board Game**
Versus Evil

 **EverCrawl - Pixelart Roguelike**
RunWTheWolves

 **Chloe Puzzle Game**
Rojeh Maher

 **Triple Town**
Spry Fox

 **Skich**

**New way to discover & play mobile games**

  

Download Skich

Feel free to contact us at
**support@skich.app**

Games  Gamelists  Developers  About  For Developers
Terms of Use  Privacy Policy

© Skich Limited, 2025
119 Agias Fylaxeos Str., 3087 Limassol, Cyprus

**352**



World Record 130 Kill Warzone 2.0 Quads Game
Aydan

1ST PLACE IN THE WARZONE WORLD SERIES! ($300,000 Tournament)
Swagg

WORLD RECORD 60 KILL SOLO QUADS GAME IN CoD WARZONE 🏆 (Modern Warfare Warzone)
Aydan

🎮 Developer

More games by **Voidkiller Studios**

🃏 More like this

| | |
|---|---|
| **Root Board Game**<br>Dire Wolf Digital | **Soda Dungeon 2**<br>Armor Games Studios | **Charterstone: Digital Edition**<br>Acram Digital |
| **Through the Ages**<br>CGE digital | **Feud**<br>Bearwaves | **Antihero - Digital Board Game**<br>Versus Evil |
| **EverCrawl - Pixelart Roguelike**<br>RunWTheWolves | **Chloe Puzzle Game**<br>Rojeh Maher | **Triple Town**<br>Spry Fox |

🕹 Skich

New way to discover
& play mobile games

Download Skich

GET IT ON Google Play

Download on the App Store

Feel free to contact us at

**support@skich.app**

Games    Gamelists    Developers    About    For Developers
Terms of Use    Privacy Policy

© Skich Limited, 2025

119 Agias Fylaxeos str., 3087 Limassol, Cyprus

Ping!

Document title: Warzone World – Download game for Android
Capture URL: https://skich.app/games/warzone-world
Capture timestamp (UTC): Wed, 12 Feb 2025 15:43:19 GMT

353



ATV028478



ATV028483

# EXHIBIT 10

X

⌂

🔍

🔔

✉

👥

👤

⚙

🖊

← **Post**

**Gears of War** ✓ ◉
@GearsofWar                                    ···

Thanks for playing in our Halloween Event Weekend for Ultimate Edition!
Warzone has returned (appears while no special event is active).

3:55 PM · Nov 2, 2015

💬 24          🔁 35          ♡ 75          🔖                    ⬆

**J**  Post your reply                                    **Reply**

⚡ **II Mr Roo II** ⚡ @Mist3rroo · Nov 2, 2015       ···
@GearsofWar koth!

💬          🔁          ♡          ᴵᴵ|          🔖  ⬆

. @EGO_BMFoAllTime · Nov 2, 2015                     ···
@GearsofWar thanks for helping me thrash ppl on torque bow tag



💬          🔁          ♡ ₁          ᴵᴵ|          🔖  ⬆

. @EGO_BMFoAllTime · Nov 2, 2015                     ···
@GearsofWar wait no tdm? We will be having problems

💬          🔁          ♡          ᴵᴵ|          🔖  ⬆

**Binary Bigot** 💯 @BinaryBigot · Nov 2, 2015      ···
@GearsofWar add wingman please

💬          🔁          ♡ ₂          ᴵᴵ|          🔖  ⬆

**Moescato Bot Collects** @Moescato8 · Nov 2, 2015  ···
@GearsofWar koth please no gears for me till its back

💬          🔁          ♡ ₂          ᴵᴵ|          🔖  ⬆

**Eddie** @realeddiemarin · Nov 2, 2015             ···
@GearsofWar tdm, koth

💬          🔁          ♡ ₁          ᴵᴵ|          🔖  ⬆

**Bdubizagee!!!** @brianandtimber · Nov 3, 2015     ···
@GearsofWar no koth ??

💬          🔁          ♡          ᴵᴵ|          🔖  ⬆

**Abraham** @abrahamrodea · Nov 2, 2015             ···

🔍 Search

**Relevant people**

**Gears of War** ✓ ◉                    **Follow**
@GearsofWar
Official account for Gears of War. For
game support, visit
support.GearsofWar.com. ESRB Rating:
MATURE with Blood and Gore, Intense
Violence, Strong Language.

**Explore**                              Beta

**2NE1's 'Welcome Back' Tour: Fans Gear Up
for Jakarta Concerts**
Trending now · Music · 1K posts

**Messi's Return and Transfer Talks Highlight
Barcelona's 125th Anniversary**
Trending now · Football · 936 posts

**ENHYPEN's 'ROMANCE : UNTOLD -
daydream-' Chart Success**
Trending now · Music · 902 posts

**Chill Guy's Unchill Move: Copyrighting a
Meme**
Trending now · Internet · 16K posts

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···   © 2024 X Corp.

@GearsofWar bring osok you bitches who the fuck are you guys to destroy
my game...

ATV007712

# Post

**Torad** @torad211 · Oct 28, 2015
@PezRadar @GearsViking @GearsofWar IF YOU REMOVE WARZONE I WANT MY MONEY BACK. ONLY MODE ME AND TEN FRIENDS PLAY. WHY WOULD U REMOVE IT???

💬 1          🔁          ♡ 1          ᴵᐧ          🔖  ⬆

**Gears of War** ✓ ◉
@GearsofWar

@torad211 @PezRadar @GearsViking  Warzone is now a permanent playlist, barring when a Special Event is active for a weekend.

3:36 PM · Oct 28, 2015

💬 1          🔁 2          ♡          🔖          ⬆

(J)  Post your reply                                    **Reply**

**Torad** @torad211 · Oct 28, 2015
@GearsofWar @PezRadar @GearsViking Better.Should be avail all the time.Has been since gears 1.  Actually involves strategy. Gow is not cod!

💬 1          🔁          ♡          ᴵᐧ          🔖  ⬆

**The Coalition Studio** ✓ ◉ @CoalitionGears · Oct 28, 2015
@torad211 @PezRadar @GearsViking  It will be available 11 days out of every 14. The Warzone playlist population is one of the lowest overall

💬 4          🔁 1          ♡          ᴵᐧ          🔖  ⬆

Show replies

## Relevant people

**Gears of War** ✓ ◉                    **Follow**
@GearsofWar
Official account for Gears of War. For game support, visit support.GearsofWar.com. ESRB Rating: MATURE with Blood and Gore, Intense Violence, Strong Language.

**Torad**                              **Follow**
@torad211
Fargen Ice Hole w0t!!!

## Explore                              Beta

**2NE1's 'Welcome Back' Tour: Fans Gear Up for Jakarta Concerts**
Trending now · Music · 1K posts

**Messi's Return and Transfer Talks Highlight Barcelona's 125th Anniversary**
Trending now · Football · 936 posts

**ENHYPEN's 'ROMANCE : UNTOLD - daydream-' Chart Success**
Trending now · Music · 902 posts

**Chill Guy's Unchill Move: Copyrighting a Meme**
Trending now · Internet · 16K posts

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···  © 2024 X Corp.

X

← Post

**Halo** ✓ ⊗
@Halo

This is an all-new multiplayer experience in Halo 5: Guardians. This is Warzone. youtube.com/watch?v=av-N5s... #Halo



WARZONE

2:38 PM · Jun 15, 2015

💬 34        🔁 292        ♡ 510        🔖        ⬆️

J  Post your reply                                    Reply

**WinterSoldier** @hectorarizpe · Jun 15, 2015
@Halo why is xbox live down?!? Can't play Halo! 😭 😫
  💬          🔁          ♡          �l̲l̲l̲          🔖    ⬆️

**JukeboxOverdrive** @Xiangchang119 · Jun 15, 2015
@Halo Practically spoon-feeding us nothing but hype! Incredible! Now wake me up on October 27th, please.
  💬          🔁          ♡          �l̲l̲l̲          🔖    ⬆️

**Jake** 🏴 @horXror · Jun 15, 2015
@Halo I don't care. I just want No-Sprint small-medium maps, 4v4.
  💬 3        🔁          ♡ 1        �l̲l̲l̲          🔖    ⬆️

**Matteo** 🌙 @TheNYAccent · Jun 15, 2015
@Halo cool graphics sucks u guys didn't make the gameplay like halo1-3. And u wonder why nobody buys it. Step up halo
  💬          🔁          ♡          �l̲l̲l̲          🔖    ⬆️

**Matteo** 🌙 @TheNYAccent · Jun 15, 2015
@Mikey_G14 @Halo I will and am along with the rest of Xbox one people. Copy and paste is halo 4-5 copied from COD. #StayWoke
  💬          🔁          ♡          �l̲l̲l̲          🔖    ⬆️

**Matteo** 🌙 @TheNYAccent · Jun 15, 2015
@Mikey_G14 @Halo Sorry to hurt ur feelings Woman didn't directed this to u. Btw downloaded the beta ppl played it when halo didn't work.
  💬          🔁          ♡          �l̲l̲l̲          🔖    ⬆️

**Matteo** 🌙 @TheNYAccent · Jun 15, 2015
@Mikey_G14 @Halo @ChrisLoGrasso not my fault halo 4 and 5 flopped. Sorry bruh
  💬          🔁          ♡          �dil          🔖    ⬆️

J

**Q** Search

**Relevant people**

**Halo** ✓ ⊗                          Follow
@Halo
  #OperationGreatJourney is now live! ✨
  ESRB Rating T for Teen: Blood, Mild
  Language, Violence | @HCS @HaloGear
  @HaloSupport

**What's happening**

**Golden Knights at Maple Leafs**
Last night

Entertainment · Trending                    ···
**Hampton Inn**
14.9K posts

Trending in United States                    ···
**#DWTS**
7,395 posts

Trending in United States                    ···
**#Thursdaytechnology**

S.T.A.L.K.E.R. · Trending                    ···
**Stalker 2**
21K posts

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More···  © 2024 X Corp.

Jonathan Jung ✓ @Brutaka5 · Jun 15, 2015
@Halo Is it like Battlefield? If so, that'd be awesome! Having tickets & such!
Freakin awesome!

James Hendricks Jr @James1972 · Jun 15, 2015
@Halo just take my money already 😂😂😂👍👍👍😄😄😄🙏🙏🙏

Thomas Gardner @WeirdStealth · Jun 15, 2015
@Halo Can someone get me a time machine? I want to play this.

← **Post**

**Halo** ✓ ⊚
@Halo

If you have the Warzone REQ Bundle, two new Premium Packs are waiting for you. Show us which REQs you got in yours!



11:34 AM · Nov 9, 2015

💬 100     🔁 104     ♡ 396     🔖     ⬆️

J  Post your reply                              **Reply**

**Its Me Danny P** @ddiesel34 · Nov 10, 2015                    ···
@Halo my promotional best buy Req pack I got for buying master chief controller is not appearing in the game. Xbox says it's Halo issue.

💬       🔁       ♡       �|˙|ı       🔖     ⬆️

**Shaun** @ShaunMoore_ · Nov 9, 2015                            ···
@Halo these are the permanents from the two premium req packs



💬       🔁       ♡ 1       |˙|ı       🔖     ⬆️

---

**Relevant people**

**Halo** ✓ ⊚                              [Follow]
@Halo
#OperationGreatJourney is now live! ✴
ESRB Rating T for Teen: Blood, Mild
Language, Violence | @HCS @HaloGear
@HaloSupport

**Explore**                                    [Beta]

**2NE1's 'Welcome Back' Tour: Fans Gear Up for Jakarta Concerts**
Trending now · Music · 1K posts

**Messi's Return and Transfer Talks Highlight Barcelona's 125th Anniversary**
Trending now · Football · 936 posts

**ENHYPEN's 'ROMANCE : UNTOLD - daydream-' Chart Success**
Trending now · Music · 902 posts

**Chill Guy's Unchill Move: Copyrighting a Meme**
Trending now · Internet · 16K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2024 X Corp.

ATV007734

Shaun @ShaunMoore_ · Nov 9, 2015
@Halo

REQUISITIONS

SNIPER RIFLE | UNCOMMON ⚡+75

9:15

○        ⇄        ♡ 3        ᐧ�障        🔖  ⬆

Ange Wilfrid Assamoi @LastWil · Nov 9, 2015
@Halo I got it but if I pay the gold pack with real money how many pack do I
get one or many ?

○ 1        ⇄        ♡        ᐧ障        🔖  ⬆

ATV007735

ATV007736

X

**Post**

**Halo** ✅ ⦿
@Halo

It's time to call in the big guns, Spartans. The Warzone Firefight Beta is now live! Jump into Halo 5 to play!



10:08 AM · Apr 14, 2016

💬 114      🔁 482      ♡ 1.1K

Post your reply                                    **Reply**

**Justis M** @Keeghal132 · Apr 14, 2016
@Halo except that it's not live, there are no dedicated servers. The fuck man?

**INSTIGATOR92** @92INSTIGATOR · Apr 14, 2016
@Halo first match finished in 13:06 after it went live. Tbh it seems really easy. And the warden kills dont count towardd the commendation

**Mark Anthony Onorato** @Lame_Shark · Apr 14, 2016
@Halo not letting me in firefight....

**Donut** @PvtDonutDJ88 · Apr 14, 2016
@Halo getting "Unable to Start Dedicated Server"

**Arif** @CoolArif79 · Apr 14, 2016
@Halo I don't like warzone . Simple as that

**Nathan Barela** @nj_barela · Apr 14, 2016
@Halo it won't let me play because I can't start dedicated servers. Help?

**Nathan Barela** @nj_barela · Apr 14, 2016
@Halo nvm it fixed itself. Ready to play 😎

**Juan Pablo Alvarez** @jpurbieta · Apr 14, 2016

**Relevant people**

**Halo** ✅ ⦿
@Halo                                    **Follow**

#OperationGreatJourney is now live! ✴ ESRB Rating T for Teen: Blood, Mild Language, Violence | @HCS @HaloGear @HaloSupport

**Explore**                                    Beta

**2NE1's 'Welcome Back' Tour: Fans Gear Up for Jakarta Concerts**
Trending now · Music · 1K posts

**Messi's Return and Transfer Talks Highlight Barcelona's 125th Anniversary**
Trending now · Football · 936 posts

**ENHYPEN's 'ROMANCE : UNTOLD - daydream-' Chart Success**
Trending now · Music · 902 posts

**Chill Guy's Unchill Move: Copyrighting a Meme**
Trending now · Internet · 16K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2024 X Corp.

ATV007737

@Halo boring

Paul Jones @Bullets117 · Apr 14, 2016
@Halo @Pero_Magic let's hope on this tomorrow

ATV007738

**a Page Vault**

| | |
|---|---|
| Document title: | (1) (#warzone) "halo" until:2020-01-01 since:2014-01-01 - Search / X |
| Capture URL: | https://x.com/search?q=%28%23warzone%29+%22halo%22+until%3A2020-01-01+since%3A2014-01-01&src=typed_query&f=live |
| Page loaded at (UTC): | Tue, 26 Nov 2024 19:50:36 GMT |
| Capture timestamp (UTC): | Tue, 26 Nov 2024 19:54:27 GMT |
| Capture tool: | 10.53.2 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 123 |
| Capture ID: | pfpqEXpwwbjXqvMsHNnXuN |
| Display Name: | whk |

ATV008959



ATV008960



Document title: (1) (#warzone) &quot;halo&quot; until:2020-01-01 since:2014-01-01 - Search / X
Capture URL: https://x.com/search?q=%28%23warzone%29+%22halo%22+until%3A2020-01-01+since%3A2014-01-01&amp;src=typed_query&amp;f=live
Capture timestamp (UTC): Tue, 26 Nov 2024 19:54:27 GMT                    Page 27 of 28

ATV008961



ATV008962



Document title: (1) (#warzone) &quot;halo&quot; until:2020-01-01 since:2014-01-01 - Search / X
Capture URL: https://x.com/search?q=%28%23warzone%29+%22halo%22+until%3A2020-01-01+since%3A2014-01-01&amp;src=typed_query&amp;f=live
Capture timestamp (UTC): Tue, 26 Nov 2024 19:54:27 GMT

ATV008963



Document title: (1) (#warzone) &quot;halo&quot; until:2020-01-01 since:2014-01-01 - Search / X
Capture URL: https://x.com/search?q=%28%23warzone%29+%22halo%22+until%3A2020-01-01+since%3A2014-01-01&amp;src=typed_query&amp;f=live
Capture timestamp (UTC): Tue, 26 Nov 2024 19:54:27 GMT
Page 31 of 72



Document title: (1) (#warzone) &quot;halo&quot; until:2020-01-01 since:2014-01-01 - Search / X
Capture URL: https://x.com/search?q=%28%23warzone%29+%22halo%22+until%3A2020-01-01+since%3A2014-01-01&amp;src=typed_query&amp;f=live
Capture timestamp (UTC): Tue, 26 Nov 2024 19:54:27 GMT

ATV008965



ATV008966



Document title: (1) (#warzone) &quot;halo&quot; until:2020-01-01 since:2014-01-01 - Search / X
Capture URL: https://x.com/search?q=%28%23warzone%29+%22halo%22+until%3A2020-01-01+since%3A2014-01-01&amp;src=typed_query&amp;f=live
Capture timestamp (UTC): Tue, 26 Nov 2024 19:54:27 GMT

ATV008967



Document title: (1) (#warzone) &quot;halo&quot; until:2020-01-01 since:2014-01-01 - Search / X
Capture URL: https://x.com/search?q=%28%23warzone%29+%22halo%22+until%3A2020-01-01+since%3A2014-01-01&amp;src=typed_query&amp;f=live
Capture timestamp (UTC): Tue, 26 Nov 2024 19:54:27 GMT

ATV008968



# EXHIBIT 11



**Warzone Mercenaries**

2,898,012 play times

📈 **86.05%**

Did you like this game?

⭐ Add to favourite    ✈ Share (123)    🏳 Report a bug        👍 Yes    👎 No

Document title: Warzone Mercenaries Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/warzone_mercenaries
Capture timestamp (UTC): Fri, 17 Dec 2021 18:26:18 GMT

ATV028165



# Warzone Mercenaries

2,898,012 play times

★ Add to favourite    ◢ Share (123)    🏳 Report a bug

📈 **86.05%**

Did you like this game?

👍 Yes    👎 No

## GAME DETAILS

As a brave soldier, you must prove it by joining a war. They captured our base and we must clear it. Kill all enemies loitering around and be a smart soldier. You can use tank to deal massive damage to them.

Added on **18 Sep 2017**

## COMMENTS · 519

💬 Talk to other players at the Warzone Mercenaries forum

### Please register or login to post a comment

**Register**    Login

**lolurded** 11 days ago
well boom

**shadow** 27 days ago
love this game

**Shadow_br** 2 months ago
O jogo é legal mas me fez refletir em quantas vidas são perdidas em uma guerra =/

**lolurded** 2 months ago
very noice

**sniperx7000** 3 months ago
super fun

**Xjan11_MasterWork** 3 months ago
GG😄😫

**45player_skotomos** 3 months ago
I love it!!!!!!!!!!!!!!

**zayno** 5 months ago
good

**0000** 6 months ago
good

**xfors24** 6 months ago
This game relaxes me in my spare time like the purge

**landyplayztrt** 7 months ago
Fully upgraded missleman is INSANE!

**nubzery** 7 months ago
i beat the game by getting all upgrades for marksman i felt like a god cause i didnt die onc

## TAGS

**ALL TAGS**

Army

1 player

Shooting

War

Sniper

Series

Tank

3D

Rocket

Gun

Free

Unity

Y8 Account

WebGL

Y8 Highscore

Y8 Save

Y8 Achieveme...

Voxel

Third Person Shooter

## LEADERBOARD

POWERED BY **Y8 ACCOUNT**

1. **king**
   24,366 points

2. **Reuze04VL**
   11,579 points

3. **ak47**
   9,705 points

4. **malak**
   8,451 points

5. **Jenny**
   8,140 points

Show more ⌄

ATV028166



This game relaxes me in my spare time like the purge

**landyplayztrt** 7 months ago
Fully upgraded missleman is INSANE!

**nubzery** 7 months ago
i beat the game by getting all upgrades for marksman i felt like a god cause i didnt die once

**tswd2008** 8 months ago
one of the most satisfying games in y8

**coolwolfd** 8 months ago
great

**alvaro1232** 9 months ago
hans yo tambien

**mcniteblox** 9 months ago
ez lol

**santi20** 9 months ago
es genial el juego

**me1** 10 months ago
litle nice game

**donato** 10 months ago
es muy cool

**Mystx** 10 months ago
my favorite

**imposter** 11 months ago
great

**zaa231** 11 months ago
muy bueno el juego

**Stab** 12 months ago
ME LIKE THIS

**No_Name** 12 months ago
Un Buen Juego me Gusta

**Nacario_gamer** about a year ago
i like this game for new choices

First   Previous   1   2   3   4   5   6   7   8   Next   Last

4   **malak**
    8,451 points

5   **Jenny**
    8,140 points

Show more ∨

All Y8 games with high scores

ACHIEVEMENTS

Add this game to your web page
Share on Website

**RELATED GAMES**

**Helicopter and Tank**
WebGL
83% · 335,440 plays

**WarBrokers io**
WebGL
87% · 1,230,116 plays

**Battle Tank**

**Air Fighter**

**PART OF A SERIES: WARZONE**

**Warzone Online MP**
85% · 738,617 plays

Hi there! Did you know there is a Y8 Forum?
Join other players talking about games. **Visit the Y8 Forum**

Go to Forum   Hide

ATV028167






**Battle Tank**
WebGL
85% · 723,204 plays

**Air Fighter**
WebGL
83% · 2,029,845 plays

Hi there! Did you know there is a Y8 Forum?
Join other players talking about games. **Visit the Y8 Forum**

Go to Forum      Hide




**Military Wars 3D Multipla...**
WebGL
86% · 19,337,260 plays

**Funny Shooter 3D**
WebGL
88% · 593,098 plays




**Sky War**
WebGL
77% · 781,648 plays

**Combat Pixel Vehicle Zo...**
WebGL
86% · 870,287 plays




**Pubg Pixel**
WebGL
71% · 4,810,468 plays

**Voxel Front 3D**
WebGL
74% · 360,202 plays




**Freefall Tournament**
WebGL
91% · 32,672,667 plays

**Heroes of War**
WebGL
89% · 137,456 plays

ATV028168



**Freefall Tournament**
WebGL
91% · 32,672,667 plays

**Heroes of War**
WebGL
89% · 137,456 plays

**The Sniper 2**
Flash
89% · 1,897,954 plays

**Big Battle Tanks**
Flash
88% · 102,940 plays



**Foxy Sniper**
Flash
81% · 16,626,742 plays



**Micro Tanks**
HTML5
73% · 5,983,037 plays



**Head Hunter Reborn**
HTML5
82% · 5,693,590 plays



**Awesome Tanks 2**
HTML5
93% · 203,791 plays

**Crime City 3D**
WebGL
88% · 16,603,652 plays

**Mech Battle Simulator**
WebGL
86% · 14,236 plays

ATV028169



**Crime City 3D**
WebGL
88% · 16,603,652 plays

**Mech Battle Simulator**
WebGL
86% · 14,236 plays

**Lonewolf**
Flash
85% · 4,509,061 plays

**AZ**
Flash
83% · 75,778,985 plays

**Ninja Clash Heroes**
HTML5
84% · 3,105,308 plays

**Voxel Tanks 3D**
WebGL
77% · 827,921 plays

**WW2 Modern War Tanks ...**
WebGL
83% · 98,022 plays

**Mason the Professional ...**
HTML5
73% · 72,428 plays

**Tank Wars**
HTML5
83% · 187,516 plays

**Liberate the Souls**
Flash
81% · 36,077 plays

ATV028170



**WW2 Modern War Tanks ...**
Mega WebGL
83% · 98,022 plays

**Mason the Professional ...**
HTML5
73% · 72,428 plays

**Tank Wars**
HTML5
83% · 187,516 plays

**Liberate the Souls**
Flash
81% · 36,077 plays

**Tank Rumble**
HTML5
83% · 108,091 plays

## Y8 GAMES
New Games
Upload
All Tags
Best of New
Most Popular
Download App

## UPDATES
Blog
Forum
Twitter
Facebook
Instagram
Discord

## COMPANY
Terms of Use
Privacy Policy
Cookie Policy
Game Publishers
Game Developers
Contact Form
Email Us

## FOLLOW US



© 2021 Y8.COM.
All rights reserved.



ATV028171

**Page Vault**

| | |
|---|---|
| Document title: | Warzone Game – Play online at Y8.com |
| Capture URL: | https://www.y8.com/games/warzone |
| Captured site IP: | 159.203.184.51 |
| Page loaded at (UTC): | Fri, 17 Dec 2021 18:21:42 GMT |
| Capture timestamp (UTC): | Fri, 17 Dec 2021 18:23:33 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 8 |
| Capture ID: | e2cc20c7-bcc3-43ff-8b30-01aa45fc967b |
| User: | msk-general |

ATV028148



ATV028149



# Warzone

364,558 play times

⭐ Add to favourite    ✈ Share (10)    🚩 Report a bug

📈 **80.39%**

Did you like this game?

👍 Yes    👎 No

## GAME DETAILS

A great WebGL shooting game, Warzone! This action-packed thrilling game will test your survival skills to the limits. On a mountainous terrain, your mission is to survive and kill all the enemy soldiers. There will be guns, ammunition and med kits that will spawn in the area so be aware of your surroundings. The number of rival soldiers will increase every wave as you progress in the game. With great 3D graphics, this game will give you that great feel of a first person shooting game. Use the terrain as your weapon. Go to the higher parts of the area and try to snipe the enemy. It'll be hard for you to take them all at once because of the limited ammunition so better take them one by one. You're just a one-man army and you need to be smarter and quicker on how you execute your actions. There are achievements that you can unlock. The achievements are, "The First Blood(easy)", "Elite Killer(easy)", "Hard Target(medium)", "Legendary Soldier(hard)", "Unlocked Potential (easy)", "Survivor(easy)", "Survivalist of the Dead(medium)", "Overkill(hard)", "Unlocked Potential(hard)", and lastly "Living Nightmare(hard)". These achievements will really challenge your shooting skills. Kill as many as you can and earn lots of points and maybe you'll end up having your name in the leaderboard! Play this game now and see how far you can go!

Added on **02 Aug 2018**

**Warzone Walkthrough**

Stuck? See how to complete the game.

**TAGS**    **ALL TAGS**

| | | | |
|---|---|---|---|
| Army | | 1 player | |
| Shooting | | War | |
| Killing | | First Person Shooter | |
| 3D | | Gun | |
| Free | | Unity | |
| Y8 Account | | WebGL | |
| Y8 Highscore | | Y8 Achieveme... | |

## COMMENTS · 21

### Please register or login to post a comment

**Register**    Login

**09175098285** 2 months ago
me but unfinished spawn enemies]

**gamerboi** 6 months ago
lol i played this thinkin it was the call of duty one

**dark** 7 months ago
my high score was 100M

**renzo** 7 months ago
its funny XD

**Rob** 10 months ago
thor?

**Thelegend** 2 years ago

**IanSixx12** 2 years ago
Hola a todos quiero hacer amigos

**LEADERBOARD**    POWERED BY **Y8 ACCOUNT**

1. **Sawasdee** 110,794 points
2. **Oli** 100,099 points
3. **Fritz** 72,932 points
4. **Argjent** 69,677 points
5. **suhdude**

show more ∨

We use cookies for content recommendations, traffic measurement, and personalized ads. By using this website, you agree to the Privacy Policy and Cookie Policy.    **Got it**

Document title: Warzone Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/warzone
Capture timestamp (UTC): Fri, 17 Dec 2021 18:23:33 GMT

ATV028150



ATV028151



**Death Squad: The Last Mi...**
WebGL
79% · 8,481,576 plays

**Counter Force Conflict**
WebGL
73% · 186,049 plays

**Call of Zombies**
WebGL
81% · 6,672,702 plays

**Call of Ops 2**
WebGL
78% · 84,386 plays

**WWII:Seige**
WebGL
80% · 276,043 plays

**Red Crucible 2**
WebGL
88% · 11,132,618 plays

**Desert Claw Rising**
WebGL
77% · 518,083 plays

**Cs Online**
WebGL
81% · 4,380,278 plays

**Cave War**
WebGL
78% · 448,269 plays

**Rescue Six**
WebGL
74% · 4,817,984 plays

We use cookies for content recommendations, traffic measurement, and personalized ads. By using this website, you agree to the Privacy Policy and Cookie Policy.

Got it

ATV028152



**Cave War**
WebGL
78% · 448,269 plays

**Rescue Six**
WebGL
74% · 4,817,984 plays

**Western:Invasion**
WebGL
77% · 463,726 plays

**Bullet Party 2**
WebGL
76% · 6,040,388 plays

**Masked Shooters Single ...**
WebGL
88% · 3,419,768 plays

**PUBG Craft: Battlegrounds**
WebGL
75% · 813,438 plays

**Super Hot**
WebGL
81% · 2,355,967 plays

**Bullet Fury**
Flash
82% · 19,568,064 plays

**Dead Lab 2**
WebGL
85% · 52,220 plays

**The Wasteland**
WebGL
71% · 40,821 plays

We use cookies for content recommendations, traffic measurement, and personalized ads. By using this website, you agree to the Privacy Policy and Cookie Policy.

Got it



Dead Lab 2
WebGL
85% · 52,220 plays

The Wasteland
WebGL
71% · 40,821 plays

Alien Aggression
WebGL
76% · 40,051 plays

Alien Attack 3
WebGL
80% · 30,260 plays

Rebel Forces
WebGL
77% · 90,287 plays

Amnesia True Subway Ho...
WebGL
67% · 95,905 plays

Me Alone
WebGL
70% · 56,384 plays

Military Wars 3D Multipla...
WebGL
86% · 19,337,224 plays

CS Portable (Counterstrik...
WebGL
87% · 13,752,411 plays

Masked Shooters Multipl...
WebGL
88% · 5,273,410 plays

We use cookies for content recommendations, traffic measurement, and personalized ads. By using this website, you agree to the Privacy Policy and Cookie Policy.

Got it

ATV028154



**CS Portable (Counterstrik...**
WebGL
87% · 13,752,411 plays

**Masked Shooters Multipl...**
WebGL
88% · 5,273,410 plays

**Gangsta Wars**
WebGL
84% · 58,431 plays

**Battle Factory**
WebGL
79% · 42,026 plays

**Army Recoup: Island 3**
WebGL
80% · 468,760 plays

**Y8 GAMES**
New Games
Upload
All Tags
Best of New
Most Popular
Download App

**UPDATES**
Blog
Forum
Twitter
Facebook
Instagram
Discord

**COMPANY**
Terms of Use
Privacy Policy
Cookie Policy
Game Publishers
Game Developers
Contact Form
Email Us

**FOLLOW US**



© 2021 Y8.COM.
All rights reserved.



We use cookies for content recommendations, traffic measurement, and personalized ads. By using this website, you agree to the Privacy Policy and Cookie Policy.

 Got it



Document title: Warzone Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/warzone
Capture timestamp (UTC): Fri, 17 Dec 2021 18:23:33 GMT

ATV028155




Search games



Register   Log in

⏴unity  WebGL.  **Warzone Online**                                    🖵 Maximize

GAME CONTROLS

Move       Aim       SPACE       SHIFT
                     Shoot       Zoom

↵          L
Game Over  Cursor Lock

## Warzone Online MP
738,614 play times

★ Add to favourite     ⫴ Share (35)     🏴 Report a bug

🌱 **85.15%**

Did you like this game?

👍 Yes     👎 No

GAME DETAILS                                    TAGS                ALL TAGS

Document title: Warzone Online MP Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/warzone_online_mp
Capture timestamp (UTC): Fri, 17 Dec 2021 18:32:34 GMT

**394**

ATV000278



# Warzone Online MP

738,614 play times

⭐ Add to favourite     ✈ Share (35)     ⚑ Report a bug

Did you like this game?   👍 Yes   👎 No

## GAME DETAILS

Your base was taken by your enemy and you need to do everything you can to clear the area from your enemies. Kill your enemies and find a way how to finish the game. We believe that you'll be able to make it and that you'll finish the game without that many problems. Try your luck!

Added on **19 Jan 2018**

## COMMENTS · 199

Please register or login to post a comment

Register   Login

**Bender** 4 days ago
great :)

**Blasters** 6 days ago
but the game is tank!

**splitgate01** 17 days ago
best game really good

**Dark_Knight** 2 months ago
i love this game

**RedArmy2312** 2 months ago
Tôi nữa

**nogla** 3 months ago
nice

**vietnam123** 4 months ago
tôi nè

**AM_Thieu_shit123** 4 months ago
ai là người vn ko?

**HIEUTHUHAI** 4 months ago
i like 2021

**victor** 4 months ago
the best game ever in 2021

**vietnam123** 4 months ago
be like

**agustin** 5 months ago
si añaden helicopteros y aviones el juego seria 99999 de 10

**agustin** 5 months ago
re buen juegaso

**09175098285** 5 months ago
i like this game but more bots are like

**blablabla** 6 months ago
i good at this game

**giopro** 7 months ago
hardcore game its cool

## TAGS        ALL TAGS

| | | | |
|---|---|---|---|
| 1 player | | Shooting | |
| War | | Multiplayer | |
| Sniper | | Killing | |
| Series | | Tank | |
| 3D | | Rocket | |
| Gun | | Free | |
| Unity | | Y8 Account | |
| WebGL | | Y8 Highscore | |
| Y8 Save | | Y8 Achieveme... | |
| Voxel | | Third Person Shooter | |

## LEADERBOARD    POWERED BY Y8 ACCOUNT

1 **Nitu** 250,025k points
2 **kyok58** 3,851k points
3 **kickman** 2,378k points
4 **Zhdan** 2,364k points
5 **nutty** 2,046k points

Show more ⌄



si añaden helicopteros y aviones el juego seria 99999 de 10

**agustin** 5 months ago
re buen juegaso

**09175098285** 5 months ago
i like this game but more bots are like

**blablabla** 6 months ago
i good at this game

**giopro** 7 months ago
hardcore game its cool

**FGGFHG** 8 months ago
need helicopters

**Dark_Knight** 8 months ago
easy as a pilipino

**DARK_ANGEL** 8 months ago
I LIKE THIS GAME ITS SO COOL ;]

**nicey** 8 months ago
oy mate nice

**ryan_bui** 8 months ago
normal

**lhy** 9 months ago
GOOD GAME

**ggg** 10 months ago
nice game

**imposter** 10 months ago
just kidding

**Akatsukiphilippines13** 10 months ago
02/06/2021 this is my first time playing this

First   Previous   1   2   3   4   5   6   7   8   Next   Last

## RELATED GAMES



**Helicopter and Tank**
WebGL
83% · 335,431 plays



**WarBrokers io**
WebGL
87% · 1,230,106 plays



**Combat Pixel Vehicle Zo...**
WebGL
86% · 870,287 plays



**Advanced Pixel Apocalyp...**
WebGL
85% · 1,183,220 plays





4  **Zhdan**
2,364k points

5  **nutty**
2,046k points

Show more ⌄

🏆
All Y8 games with high scores

## ACHIEVEMENTS



👍 Add this game to your web page
Share on Website

## PART OF A SERIES: WARZONE

**Warzone Mercenaries**
86% · 2,897,997 plays

**Hi there! Did you know there is a Y8 Forum?**
Join other players talking about games. **Visit the Y8 Forum**

Go to Forum    Hide

**396**

Document title: Warzone Online MP Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/warzone_online_mp
Capture timestamp (UTC): Fri, 17 Dec 2021 18:32:34 GMT

ATV000280
Page 5 of 7

Hi there! Did you know there is a Y8 Forum?
Join other players talking about games. **Visit the Y8 Forum**

Go to Forum    Hide

86% · 870,287 plays    85% · 1,183,220 plays



**Battle Tank**
WebGL WebGL
85% · 723,194 plays



**Voxiom io**
WebGL WebGL
82% · 2,535,121 plays



**Freefall Tournament**
WebGL WebGL
91% · 32,672,606 plays



**Extreme Battle Pixel Roya...**
WebGL WebGL
81% · 271,288 plays



**PUBG Craft: Battlegrounds**
WebGL WebGL
75% · 813,442 plays



**Crazy Craft**
WebGL WebGL
85% · 448,070 plays



**Military Wars 3D Multipla...**
WebGL WebGL
86% · 19,337,245 plays



**Air Fighter**
WebGL WebGL
83% · 2,029,815 plays





**397**

86% · 19,337,245 plays          83% · 2,029,815 plays

 

**Sift Heads World Act 1**          **Command and defenD**
 Flash                     Flash
93% · 7,725,858 plays          89% · 16,006 plays

 

**Crime City 3D 2**               **Battle of Tanks**
WebGL                              HTML5
89% · 8,614,424 plays          80% · 28,346 plays

 

**Range of the Dead**             **Tanked io**
WebGL                              HTML5
81% · 973,613 plays            69% · 36,086 plays

 

**Mountain Sniper**               **Tank Off**
WebGL                              WebGL
73% · 718,189 plays            86% · 104,878 plays

 

**Elite Ghost Sniper**            **Total Tankage**

**398**



**Elite Ghost Sniper**

WebGL WebGL

76% · 86,449 plays



**Total Tankage**

Flash Flash

82% · 14,996,874 plays



**Sniper Assault Squad**

WebGL WebGL

68% · 408,892 plays



**Call of Tanks**

WebGL WebGL

86% · 44,967 plays



**Voxel Tanks 3D**

WebGL WebGL

77% · 827,916 plays



**Nasty Sniper**

Flash Flash

78% · 32,419 plays



**Vehicles Simulator 2**

WebGL WebGL

83% · 444,362 plays



**The Mercenaries**

WebGL WebGL

70% · 99,838 plays



**Warfare 1917**

Flash Flash

**399**

Document title: Warzone Online MP Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/warzone_online_mp
Capture timestamp (UTC): Fri, 17 Dec 2021 18:32:34 GMT



**Voxel Tanks 3D**

WebGL

77% · 827,916 plays

**Nasty Sniper**

Flash

78% · 32,419 plays



**Vehicles Simulator 2**

WebGL

83% · 444,362 plays

**The Mercenaries**

WebGL

70% · 99,838 plays



**Warfare 1917**

Flash

89% · 2,203,166 plays



**Y8 GAMES**

New Games

Upload

All Tags

Best of New

Most Popular

Download App

**UPDATES**

Blog

Forum

Twitter

Facebook

Instagram

Discord

**COMPANY**

Terms of Use

Privacy Policy

Cookie Policy

Game Publishers

Game Developers

Contact Form

Email Us

**FOLLOW US**



© 2021 Y8.COM.
All rights reserved.



Document title: Warzone Online MP Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/warzone_online_mp
Capture timestamp (UTC): Fri, 17 Dec 2021 18:32:34 GMT



Search games

Register    Log in

**Warzones**

GAME CONTROLS

| ←↑→ ASD | SHIFT | SPACE | ⊕ | 🔫 | I | P | L |
|---------|-------|-------|---|---|---|---|---|
| Move | Run | Jump | Aim | Shoot | Shop | Pause | Lock or Unlock Cursor |

## Warzones

425,774 play times

⭐ Add to favourite     ✈ Share (15)     🚩 Report a bug

🏆 **74.86%**

Did you like this game?

👍 Yes     👎 No

### GAME DETAILS

Welcome to Warzones! Your team against 100 enemies. The more you kill the greater you earn money which you can use in purchasing better and powerful weapons. Kill as many as you can for bigger points and you might be one in the

### TAGS          ALL TAGS

| 🎖 Army | 🧍 1 player |
|---------|-----------|

**401**

## GAME DETAILS

Welcome to Warzones! Your team against 100 enemies. The more you kill the greater you earn money which you can use in purchasing better and powerful weapons. Kill as many as you can for bigger points and you might be one in the leaderboard. Unlock all the achievements as you play this first person shooting game and see if you'll be able to kill them all!

Developer: Y8 Studio    Added on 28 Nov 2018

## COMMENTS  38

### Please register or login to post a comment

**Register**    Login

**An_Idiot_On_Y8** about a month ago
got all achievements in one match

**MARNIE** about a month ago
its awsome

**XxItzz_KristianxX** 2 months ago
how to aim?

**XxItzz_KristianxX** 2 months ago
cool game

**Medwin** 2 months ago
fav game so cool

**2.0_D-Crazy-V** 2 months ago
Alguien juega esto escuchando openings de anime? Porque yo Sip XD

**2.0_D-Crazy-V** 2 months ago
No sé inglés, pero me gusta el juego... Nice XD

**katy** 7 months ago
let's playyyy togetherrrr ]

**foolhardy** 7 months ago
i like this game

**WEEBO** 8 months ago
its ccol

**JAMESSAN** 9 months ago
GOOD PM NICE GAME BECAUSE IS THE GIFT OF GOD PLEASE COMMENT ALL GROUP THANK YOU TO ALL GROUP BY GOD GRACE

**HAHAHAHAHAHAHAHAHAHAAHAHAHAHA** 9 months ago
i like the warzone

## TAGS                                  ALL TAGS



| | | | |
|---|---|---|---|
| Army | 1 player |
| Shooting | Upgrade |
| Killing | First Person Shooter |
| 3D | Gun |
| Free | Unity |
| Y8 Account | WebGL |
| Y8 Highscore | Y8 Achieveme… |

## LEADERBOARD    POWERED BY Y8 ACCOUNT



1  **ImmaGay**
   15,250 points

2  **jopey**
   14,677 points

3  **JuiceWrld**
   12,941 points

4  **sethgabrielco**
   12,911 points

5  **Romeopujari**
   12,901 points

Show more


All Y8 games with high scores

## ACHIEVEMENTS

   

Document title: Warzones Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/warzones
Capture timestamp (UTC): Fri, 17 Dec 2021 18:24:51 GMT

ATV000258



**JAMESSAN** 9 months ago
GOOD PM NICE GAME BECAUSE IS THE GIFT OF GOD PLEASE COMMENT ALL GROUP TH
ANK YOU TO ALL GROUP BY GOD GRACE

**HAHAHAHAHAHAHAHAHAHAAHAHAHAHA** 9 months ago
i like the warzone

**youngmalush** 9 months ago
easist thing i did in my cearar finesh all 3 maps

**Are_you_sure_about_that** 9 months ago
Hard but cool

**IchigoKurosaki90** 9 months ago
kinda hard

**PROWOLF** 10 months ago
Si ja lo se sagohan_Ssj

**charli** 10 months ago
mucho gusto

**Saigoko** 11 months ago
Игра забавная, но, маловато уровней

**Geronm0123_q3** about a year ago
es muy bun juego niceee XD

**max7craft** about a year ago
es cool buen juego

**Kroni** about a year ago
cool

**OTAKU** about a year ago
yo con canciones de dead squad lo se tipico

**lexi** about a year ago
hard

**Steve** 2 years ago
very nice

**Ibn_75020** 2 years ago
trop cool

First    Previous    1    2    Next    Last

**ACHIEVEMENTS**

Add this game to your web page
Share on Website

Hi there! Did you know there is a Y8 Forum?
Join other players talking about games. **Visit the Y8 Forum**

Go to Forum    Hide

**RELATED GAMES**



**Cs Online**
WebGL
81% · 4,380,412 plays



**Masked Forces Unlimited**
WebGL
85% · 2,728,720 plays





Document title: Warzones Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/warzones
Capture timestamp (UTC): Fri, 17 Dec 2021 18:24:51 GMT



**Save or Die**

WebGL WebGL

80% · 882,816 plays



**Bullet Party 2**

WebGL WebGL

76% · 6,040,408 plays



**Commando War**

WebGL WebGL

77% · 256,895 plays



**Red Crucible 2**

WebGL WebGL

88% · 11,132,633 plays



**Counter Force Conflict**

WebGL WebGL

73% · 186,059 plays



**CS Portable (Counterstrik...**

WebGL WebGL

87% · 13,752,421 plays



**Sniper Attack**

WebGL WebGL

73% · 2,830,822 plays



**Death Squad: The Last Mi...**

WebGL WebGL

79% · 8,481,667 plays



**Forest Invasion**

WebGL



**Cave War**

WebGL

Document title: Warzones Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/warzones
Capture timestamp (UTC): Fri, 17 Dec 2021 18:24:51 GMT

**404**



**Forest Invasion**
WebGL WebGL
76% · 1,984,244 plays



**Cave War**
WebGL WebGL
78% · 448,275 plays



**Ice Man 3D**
HTML5 HTML5
65% · 51,699 plays



**Super Hot**
WebGL WebGL
81% · 2,356,064 plays



**Brutal Defender**
WebGL WebGL
83% · 40,967 plays



**Funny Shooter 3D**
WebGL WebGL
88% · 593,058 plays



**Slenderman Must Die: Ab...**
WebGL WebGL
80% · 41,011 plays



**Cemetery Warrior 2**
WebGL WebGL
77% · 70,772 plays



**Hostage Rescue**
HTML5 HTML5
66% · 551,087 plays



**Combat Pixel Vehicle Zo...**
WebGL WebGL
86% · 870,275 plays

**405**

Document title: Warzones Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/warzones
Capture timestamp (UTC): Fri, 17 Dec 2021 18:24:51 GMT



**Hostage Rescue**
🔳 HTML5
66% · 551,087 plays



**Combat Pixel Vehicle Zo...**
WebGL
86% · 870,275 plays



**Among Shooter**
WebGL
84% · 473,036 plays



**Hide Online**
WebGL
91% · 24,661,958 plays



**Shoot Your Nightmare: H...**
WebGL
78% · 416,027 plays

**Sniper vs Zombie**
WebGL
79% · 45,440 plays



**Shooting Blocky Combat ...**
WebGL
88% · 30,789 plays

**Siren Apocalyptic**
WebGL
79% · 15,150 plays



**Deserted Base**
WebGL
74% · 36,230 plays

**Western:Invasion**
WebGL
77% · 463,737 plays

Document title: Warzones Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/warzones
Capture timestamp (UTC): Fri, 17 Dec 2021 18:24:51 GMT

ATV000262



**Shooting Blocky Combat ...**
WebGL
88% · 30,789 plays

**Siren Apocalyptic**
WebGL
79% · 15,150 plays



**Deserted Base**
WebGL
74% · 36,230 plays

**Western:Invasion**
WebGL
77% · 463,737 plays

**Masked Forces**
WebGL
88% · 16,733,283 plays

**Battle Factory**
WebGL
79% · 42,026 plays

**Y8 GAMES**

New Games

Upload

All Tags

Best of New

Most Popular

Download App

**UPDATES**

Blog

Forum

Twitter

Facebook

Instagram

Discord

**COMPANY**

Terms of Use

Privacy Policy

Cookie Policy

Game Publishers

Game Developers

Contact Form

Email Us

**FOLLOW US**



© 2021 Y8.COM.
All rights reserved.



**407**

Document title: Warzones Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/warzones
Capture timestamp (UTC): Fri, 17 Dec 2021 18:24:51 GMT

Search games          Register    Log in



GAME CONTROLS

Move          SHIFT          Aim          Shoot
              Run

L             P
Lock Mouse    Pause
Cursor

## WWII: Warzone
45,139 play times

⭐ Add to favourite     ◢ Share (6)     ⚑ Report a bug

🏆 **79.86%**

Did you like this game?

👍 Yes    👎 No

**GAME DETAILS**                    **TAGS**          **ALL TAGS**

Document title: WWII: Warzone Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/wwii_warzone
Capture timestamp (UTC): Fri, 17 Dec 2021 18:29:58 GMT

45,139 plays

Do you like this game?

Add to favourite    Share (6)    Report a bug

Yes    No

## GAME DETAILS

You are in the middle of the war front, caught in ambush by a few of your soldiers. Enemies are coming from the both sides and they will not have mercy. It's the whirlwind of war, kill or be killed. Shoot to protect yourself and the soldiers from your tabor. Good Luck!

Developer: Y8 Studio    Added on 27 Nov 2018

## COMMENTS · 14

### Please register or login to post a comment

Register    Login

**TheTimerLegend** about 22 hours ago
Vietnam123 I see you play alot of Games I play... Friends?

**Dang** 22 days ago
soviet is vietnam best friend so i like soviet

**vietnam123** 4 months ago
thetimerlegend i like soviet army

**TheTimerLegend** 6 months ago
What Karma and vietnam123 said.

**vietnam123** 6 months ago
i like soviet army then

**bro890fig** 7 months ago
axis vs allies?

**Mariner1528** 7 months ago
Finally, a game that fits me. WW2, my favorite history subject.

**noob123** 8 months ago
COOL GAME and cool graphics

**Karma** 10 months ago
This game is pretty cool but you should add some more guns like shotguns, snipers, pistols, machine guns etc. But.. overall, I like this game.

**kingdj** about a year ago
me to

**kingdj** about a year ago
this is cool

**Caloi** about a year ago
This game is amazing!

**Jack** about a year ago
i wish i was there in ww2

## TAGS                                    ALL TAGS

| | |
|---|---|
| Army | 1 player |
| Shooting | War |
| Defense | Blood |
| Killing | Series |
| First Person Shooter | 3D |
| Gun | Free |
| Unity | Y8 Account |
| WebGL | Y8 Highscore |
| Y8 Save | Y8 Achieveme... |

## LEADERBOARD    POWERED BY Y8 ACCOUNT

1    **Cedangar**
     13,762 points

2    **peter**
     12,873 points

3    **goga**
     12,849 points

4    **Robotsuit_Master**
     12,847 points

5    **salds**
     12,834 points

Show more ⌄

🏆 All Y8 games with high scores

Document title: WWII: Warzone Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/wwii_warzone
Capture timestamp (UTC): Fri, 17 Dec 2021 18:29:58 GMT

**409**

ATV000272

**Karma** 10 months ago
This game is fun, it's a lot better with the map built-in, could use more aim options, perhaps snipers, machine guns etc. But.. overall, I like this game.

 **kingdj** about a year ago
me to

 **kingdj** about a year ago
this is cool

 **Caloi** about a year ago
This game is amazing!

 **Jack** about a year ago
i wish i was there in ww2

 **kell** 2 years ago
i almost got all of the rewards

## RELATED GAMES



**Crazy Commando**
WebGL
80% · 18,245 plays



**Voxel Front 3D**
WebGL
74% · 360,201 plays



**Bullet Party 2**
WebGL
76% · 6,040,408 plays



**Forest Invasion**
WebGL
76% · 1,984,237 plays



**Robots Arena**
WebGL
78% · 60,194 plays



**Rescue Six**
WebGL
74% · 4,818,020 plays







Show more ∨

All Y8 games with high scores

## ACHIEVEMENTS



Add this game to your web page
Share on Website

## PART OF A SERIES: WWII



**WWII:Seige**
80% · 276,043 plays



Hi there! Did you know there is a Y8 Forum?
Join other players talking about games. **Visit the Y8 Forum**

Go to Forum    Hide

**410**

Document title: WWII: Warzone Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/wwii_warzone
Capture timestamp (UTC): Fri, 17 Dec 2021 18:29:58 GMT

ATV000273
Page 73 of 7

**Y8 Forum**
Go to Forum   Hide

**Robots Arena**
78% · 60,194 plays

**Rescue Six**
74% · 4,818,020 plays




**Multigun Arena 3D**
WebGL
77% · 1,191,666 plays

**Partisans**
WebGL
62% · 76,808 plays




**Cave War**
WebGL
78% · 448,275 plays

**Red Crucible 2**
WebGL
88% · 11,132,633 plays




**CS Portable (Counterstrik...**
WebGL
87% · 13,752,411 plays

**Battle Factory**
WebGL
79% · 42,026 plays




**Masked Forces**
WebGL
88% · 16,733,283 plays

**Super Hot**
WebGL
81% · 2,356,010 plays




Document title: WWII: Warzone Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/wwii_warzone
Capture timestamp (UTC): Fri, 17 Dec 2021 18:29:58 GMT

**411**

ATV000274
Page 4 of 7

88% · 16,733,283 plays
91% · 2,356,010 plays





**Western:Invasion**
WebGL
77% · 463,733 plays

**Sniper Strike**
WebGL
76% · 623,530 plays





**Mini Royale 2 io**
HTML5
78% · 170,934 plays

**Brutal Zombies**
WebGL
89% · 27,958 plays





**Hostages Rescue**
WebGL
77% · 44,559 plays

**Siege**
WebGL
80% · 75,223 plays





**Hide Online**
WebGL
91% · 24,661,856 plays

**Masked Forces 3**
WebGL
83% · 364,311 plays





Document title: WWII: Warzone Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/wwii_warzone
Capture timestamp (UTC): Fri, 17 Dec 2021 18:29:58 GMT




**Advanced Pixel Apocalyp...**
WebGL WebGL
85% · 1,183,216 plays

**Mountain Sniper**
WebGL WebGL
73% · 718,189 plays




**Masked Forces Unlimited**
WebGL WebGL
85% · 2,728,694 plays

**Sniper 3D**
WebGL WebGL
77% · 1,246,925 plays




**Silent Sniper**
WebGL WebGL
71% · 6,915,301 plays

**Sniper Attack**
WebGL WebGL
73% · 2,830,822 plays

**Y8 GAMES**

New Games

Upload

All Tags

Best of New

Most Popular

Download App

**UPDATES**

Blog

Forum

Twitter

Facebook

Instagram

Discord

**COMPANY**

Terms of Use

Privacy Policy

Cookie Policy

Game Publishers

Game Developers

Contact Form

Email Us

**FOLLOW US**









© 2021 Y8.COM



**413**

Document title: WWII: Warzone Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/wwii_warzone
Capture timestamp (UTC): Fri, 17 Dec 2021 18:29:58 GMT

ATV000276



**Advanced Pixel Apocalyp...**
WebGL
85% · 1,183,216 plays



**Mountain Sniper**
WebGL
73% · 718,189 plays



**Masked Forces Unlimited**
WebGL
85% · 2,728,694 plays



**Sniper 3D**
WebGL
77% · 1,246,925 plays

**Silent Sniper**
WebGL
71% · 6,915,301 plays

**Sniper Attack**
WebGL
73% · 2,830,822 plays

**Y8 GAMES**
New Games
Upload
All Tags
Best of New
Most Popular
Download App

**UPDATES**
Blog
Forum
Twitter
Facebook
Instagram
Discord

**COMPANY**
Terms of Use
Privacy Policy
Cookie Policy
Game Publishers
Game Developers
Contact Form
Email Us

**FOLLOW US**
 
 



© 2021 Y8.COM.
All rights reserved.



**414**

Document title: WWII: Warzone Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/wwii_warzone
Capture timestamp (UTC): Fri, 17 Dec 2021 18:29:58 GMT

# EXHIBIT 12

🔒 **PageVault**

| | |
|---|---|
| Document title: | Warzone - Atari ST game | Atari Legend |
| Capture URL: | https://www.atarilegend.com/games/warzone |
| Page loaded at (UTC): | Fri, 25 Oct 2024 16:47:46 GMT |
| Capture timestamp (UTC): | Fri, 25 Oct 2024 16:49:29 GMT |
| Capture tool: | 10.52.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | 3494UkUSs8GgLb1cY4MHno |
| Display Name: | whk |

ATV005220



Document title: Warzone - Atari ST game | Atari Legend
Capture URL: https://www.atarilegend.com/games/warzone
Capture timestamp (UTC): Fri, 25 Oct 2024 16:49:29 GMT

ATV005221



Document title: Warzone - Atari ST game | Atari Legend
Capture URL: https://www.atarilegend.com/games/warzone
Capture timestamp (UTC): Fri, 25 Oct 2024 16:49:29 GMT

ATV005222



This website is licensed under a Creative Commons Attribution-NonCommercial-ShareAlike 4.0 International License.
© Core Design, Lara Croft and Tomb Raider are trademarks of Embracer Group AB. All rights reserved.

Document title: Core Design
Capture URL: https://core-design.com/warzone.html
Capture timestamp (UTC): Fri, 25 Oct 2024 16:46:16 GMT

ATV005197



Document title: Warzone 2100: A Free And Open Source Real-Time Strategy Game
Capture URL: https://wz2100.net/
Capture timestamp (UTC): Fri, 25 Oct 2024 18:26:30 GMT

ATV005232



Document title: Warzone 2100: A Free And Open Source Real-Time Strategy Game
Capture URL: https://wz2100.net/
Capture timestamp (UTC): Fri, 25 Oct 2024 18:26:30 GMT

Page 421 of 414

ATV005233



# 100% Open & Free

Open source, open development, open community - free as in freedom!

### 100% Open-Source

Exclusively open-source technologies, software, & tools. Community content is licensed under liberal licenses (ex. CC0).

### 100% Open Development

Join the public project on GitHub! Anyone can file bugs, contribute patches, and request enhancements.

### 100% Open Community

Chat on the forums, make & share add-ons, join online tournaments, and contribute to the Warzone 2100 experience. People around the world are waiting!

### 100% Free

Everything is free, including source code, downloads, and all features. No in-app purchases. No subscriptions. No ads. Just free.

## A Long History

Developed in the 90s by Pumpkin Studios. Liberated in 2004.

More Info

Document title: Warzone 2100: A Free And Open Source Real-Time Strategy Game
Capture URL: https://wz2100.net/
Capture timestamp (UTC): Fri, 25 Oct 2024 18:26:30 GMT

ATV005234



ATV005235

 

# Warzone

BY SNG-IGN, BLUR99, GRGCUCU, +27.4K MORE      🔒 UPDATED OCT 5, 2011

## SUMMARY

ADVERTISEMENT

Teams of up to 5 a side compete to eliminate all of the other team's members. Players who are downed may be revived by a teammate, allowed to bleed out, or executed by the opponent. The game ends when one team defeats all of the players on the other team within a specified amount of times, otherwise the game is considered a stalemate when time runs out.

The winning team gets one point every time they win a match, and neither team gets a point in a stalemate, no matter whose still alive or how many are left when time runs out. The first team to reach the specified number of points set by the players is the winner of the entire round.

Possibly the most popular multiplayer game mode.  Formerly known as "Elimination" in Gears of War 2.

## TACTICS

Join

424



ADVERTISEMENT



Teamwork is critical in this mode since you will only have one life per round. Obtaining power weapons and grenades (if not on the map Checkout) will help you in the long run as long you do not run into the enemy. Making sure they do not obtain the power weapons and grenades is a major key winning the match.

Spotting opposing team members becomes very crucial in this mode. If everyone has a general idea of an opponent's location, your teammates will be able to pick out a different route that will ensure their survival, as well as keep them away from the suicidal shotgun runs toward their location.

Lone wolves don't belong in this game mode. If you don't stick with your team or at least communicate with them your gonna get burned really quick. Never rush in, this isn't a game mode where getting one kill makes you a hero. You either live as a team or you die as one, your call.

Playing with players on your friends list, who's style of play you are familiar with, always makes your squad more efffective than random teammates.

## Up Next: Execution

**< Previous**
TEAM DEATHMATCH

**Next >**
EXECUTION

## Top Guide Sections

- **Easy Ways To Rank Up!**
- **Walkthrough**
- **Collectibles**
- **Multiplayer**



>

**Was this guide helpful?**

Leave feedback

## In This Guide



**Gears of War 3**
EPIC GAMES
SEP 20, 2011



Rate this game

...



RELATED GUIDES    **Overview** ↗    **Easy Ways To Rank Up!** ↗    **Walkthrough** ↗    **Collectibles** ↗

 **IGN**    Reviews • Editor Columns • News • Guides • How to Watch Guides • Elden Ring DLC Interactive Map
• GTA 5 Cheats • Preorders • IGN Store • HowLongToBeat • Deals • Contact Us • IGN YouTube •
IGN TikTok • IGN Twitter • Map Genie





Table of Contents ⌄

Gears of War: Ultimate Edition (for PC)
$49.99 at GameStop

**See It**

Multiplayer consists of six modes, including Deathmatch, King of the Hill, and others from Gears of Wars' sequels. The original game is well-represented with the Warzone, Assassination, and Annex modes. There are also new Ultimate Edition-exclusive modes, such as the 2v2 Gnasher game with no respawns, and Blitz, a modified take on King of the Hill. All the maps from the original Gears of War, the original PC port, and the DLC add-ons are included in this robust package. You're also able to play as 11 characters from Gears of Wars' sequels and have a vast assortment of weapon skins to choose from. Gears of War: Ultimate Edition is by far the greatest way to experience the original Gears multiplayer.



Gears of War: Ultimate Edition (for PC)

ADVERTISEMENT



get the powerful
iPhone 16
*on the house*

iPhone 16

427



### Halo 5 – This is Warzone
Microsoft Xbox

in-engine, halo

Microsoft turned to us to build the announce video of Halo 5's all-new
Warzone multiplayer sandbox. This reveal led Microsoft's 2015 E3 show, and
the crowd went wild.

f ✈ ✉

RELATED WORK

**428**

ATV007811



ATV007812

**429**

# VentureBeat

Q ≡

**Preview**

# Hands-on with the chaotic Warzone multiplayer mode for Halo 5: Guardians

Dean Takahashi

@deantak

September 28, 2015 12:01 AM

f  X  in



Humans enter the battle in Warzone on Halo 5: Guardians multiplayer.
Image Credit: Microsoft

cisco   Uncover the networking strategies driving digital success    [Download the report]

Microsoft is banking that the Warzone multiplayer mode in Halo 5: Guardians will be one of the big attractions that brings players back to the Halo franchise one more time.

The Halo series has sold more than 65 million units since 2001 and generated more than $4.6 billion in sales at retail for Microsoft. It has also sold countless Xbox game consoles as the flagship game series that sets Microsoft's game machines apart from its competitors. The multiplayer mode in these games keeps players engaged year round, and it is critical for the hardcore gamers and esports fans who view sci-fi combat arenas as yet another chance to show off their skills.



Building Out the Infrastructure for Agentic AI

**430**

ATV007866



This time around, the team at 343 Industries wanted to see how they could reinvent Halo combat and multiplayer. They've created a lot of new Spartan abilities that make you more maneuverable and deadly during multiplayer fighting. And they've created a massive combat mode with dozens of players called Warzone. I think it's one of the best things that Microsoft could have done to boost the hours that people will spend on Halo 5 multiplayer.

Combat on a Warzone map in Halo 5: Guardians multiplayer.

Above: Combat on a Warzone map in Halo 5: Guardians multiplayer.

Image Credit: Microsoft

I had a chance to play Warzone hands-on at a recent Microsoft event. Warzone is a technological marvel, as it taps Microsoft's centralized data centers for more processing power. That enables a bigger world, more artificial intelligence enemies, and a mixture of both player-versus-environment and player-versus-player combat in the same match. This kind of massive battle is only possible because your Xbox One taps the processing power of the Microsoft computing cloud.

It turns out to be quite fun. And during hands-on sessions, I actually showed some improvement from one match to the next. I used my Requisition points, which I won during combat, to get better combat gear such as better weapons, shields, or vehicles. Those vehicles in particular, like a Scorpion Tank, made me much deadlier on the battlefield. So rather than get slaughtered, I was able to hold my own in some of the matches. Normally, I get eviscerated in multiplayer combat no matter what I do.

While the 4-versus-4 Arena mode is geared toward pro players and esports fans, Warzone is for the rest of us.

# How Warzone works

Warzone battle in Halo 5: Guardians multiplayer.

Above: Warzone battle in Halo 5: Guardians multiplayer.

Image Credit: Microsoft

Warzone brings together 24 players, 12 on the red team and 12 on blue, all fighting each other in one big multiplayer map. On top of that, there are a bunch of artificial-intelligence controlled Prometheans and Covenant forces that get in your way. If you're on the red team, you can slaughter the A.I. characters, but the blue team may take all of the territorial objects and turn on you. So Warzone gets to be pretty complicated. You've never seen so many Spartans in one place at once.

Each map is big enough to have multiple bases. To take over a base, your team has to eliminate the A.I. characters guarding it. Then you have to hold that base by having only your soldiers occupying it for a period of time. Once you take the base, you gain points toward a total goal of 1,000 points. The first team to get there wins.

Each base has a Requisition stations. You can visit the station and spend some of the points that you earn in combat. You can quickly requisition items such as weapons, protection, and vehicles. The better the item, the more it costs.

Meanwhile, the enemy A.I. shows up with reinforcements to take the bases back. The battles that I fought were pitched affairs. We won or lost bases several times, and the enemy showed up to cause a lot of havoc. You never know how a Warzone battle is going to turn out.

Microsoft plans to ship the game with six Warzone maps.

**431**

# Warzone maps

Warzone map Raid on Apex7 in Halo 5: Guardians multiplayer.

Above: Warzone map Raid on Apex 7 in Halo 5: Guardians multiplayer.

Image Credit: Microsoft

### Raid on Apex 7

This map features a giant spire in the center of an island. Your team gets dropped at a base, where you have to clear out the Covenant, redeem points, and then move into the action against the rival Spartans. You can move through open ground to take bases on the sides and then rush the center spire.

ADVERTISEMENT



Visibility.
Monitoring.
Analytics.

Discover the benefits in a live demo of Cisco SD-WAN.

cisco   The bridge to possible

Meanwhile, the Covenant A.I. fighters will counterattack and try to retake their territory. The map is a spiritual successor to Halo: Combat Evolved's The Silent Cartographer level. Friendly A.I. units will also drop in if you keep the battle going in your favor.

It's not an easy map for large vehicles or for running around as infantry. There are plenty of places for the infantry to ambush big tanks or for snipers to take out infantry from a distance. That makes it pretty well balanced.

### Escape from A.R.C

In this map, the Blue team and the Red team square off against each other again. Each team is dropped off at a main base. They have to eliminate the Covenant and Promethean forces at neighboring bases, and then take on the opposing Spartans.

You can approach the different bases from various directions, making defense of any given based hard.

# Hands-on gameplay

A big firefight in Warzone map on Halo 5: Guardians multiplayer.

Above: A big firefight in Warzone map on Halo 5: Guardians multiplayer.

At first, I was lost. I had to land on the ground and shoot at the Covenant and secure our home base. It was hard to figure out where to go to find the action. If we had a vocal leader on the team, we could have coordinated much better. But we didn't.

ADVERTISEMENT

**432**



cisco

Ready for AI workloads?
Get your data center up
to speed.

The Requisition system was actually key to helping me do better. For a while, I was requisitioning Ghosts, or speeders that levitate above the ground and can be driven around like motorcycles. They're lightly armed, but you can run over rivals with them. But I kept getting killed or hijacked. And I was using up all of my points on the Ghosts. No matter what I did, I kept on getting killed and reborn.

So I became more patient. I saved up after I killed off some rivals. And I finally started earning big vehicles such as Scorpion Tanks. Those tanks even the score pretty good. Some of the best players were suddenly going down before my tank blasts. By bringing a tank to a gunfight, I was able to even the odds. As an infantry soldier, I was also able to spend on a rocket launcher to deal some grief to the enemy.

Of course, the other side could do the same. But it felt good to make a contribution to my team's war effort. I was able to make a meaningful contribution to the defense or capture of bases.

I found that cooperation was lacking. I couldn't even get someone to jump into a two-soldier vehicle, the Warthog, which has, at least, a driver and a gunner. There's a new trick you can use. If you hit the "jump" button, you can immediately move from the driver's seat to the gun in one quick move. So that helps. But it doesn't make you feel that you're part of a larger team. So my worry is that Warzone could wind up being a chaotic mess.

It starts to feel a bit like a big Battlefield multiplayer melee. I hope that 343 Industries pays careful attention to balancing each map.

## In summary

Red vs. Blue again in Warzone map on Halo 5: Guardians multiplayer.

Above: Red vs. Blue again in Warzone map on Halo 5: Guardians multiplayer

Image Credit: Microsoft

Josh Holmes, executive producer of Halo 5: Guardians at 343 Industries, described the goal of Warzone in an interview with GamesBeat.

"On the Warzone side, we've tried to bring all the best parts of Halo into one colossal mode," he said. "It's multiplayer at a scale that's never been done before in Halo — the size of the maps, the number of players, dozens of AI integrated into the mode. You have AI bosses coming in. The scoring system is very different. You have all these choices as a player. Do I want to try and support my team by taking down bosses? Do I want to go capture bases and score that way, maybe even get a shot at taking out the core in the enemy home base? Or do I just want to contribute by shooting opposing players and whittling them down? There are all these different ways you can contribute in that mode. It never plays the same way twice."

Warzone creates a lot of flexibility for you in terms of paths of attack, the types of weapons or vehicles you acquire, and the types of enemies that you go after. That makes for a very complex battle, but also endless variety. And that means that hardcore Halo fans are never going to get bored with Warzone.

GB Daily

**433**

ATV007869



gamespot.com/articles/halo-5-getting-major-warzone-changes/1100-6452630/

Best Of 2024    News    Videos    Reviews ⌄    Staff Picks ⌄    Deals ⌄    Games ⌄    Entertainment ⌄    Forums

GameSpot may receive revenue from affiliate and advertising partnerships for sharing this content and from purchases through links.

# Halo 5 Getting Major Warzone Changes

343 is making some changes.

By Eddie Makuch on August 17, 2017 at 7:54PM PDT    💬 24 Comments

Halo 5 developer 343 Industries continues to support the 2015 Xbox One shooter. In this week's Halo blog post, 343 announced that it is planning a major-sounding update for Halo 5's large-scale Warzone mode. 343 lead multiplayer designer Lawrence Metten said there have been too many lopsided Warzone matches, so the team is going to make some big changes to make for a more balanced experience.

"Over time, the Warzone battlefield has changed as players have become more and more skilled at the game mode. However, not all of these changes have benefited all parties-- since launch, we've slowly seen the Warzone 'blowout rate' (how often matches end in lopsided or blowout scores) continue to rise," Metten said. "The Warzone team is experimenting with some significant changes to the way Req Leveling works to facilitate more balanced Warzone matches."

The changes will include an adjustment to the Req Level that gets awarded in matches, while there will also be what 343 is calling a Req Level "drip." This will "slowly increase everyone's Req Level over the course of each match," Metten said.

Internal tests at 343 show that Warzone matches are more tightly contested, Metten said. "In our internal playtesting, these changes have resulted in more back-and-forth Warzone matches with considerably fewer players stuck at low Req Levels over the course of each game." he explained.



Where to buy                          XONE ⬍
**Halo 5: Guardians**

| $16.99 at Amazon |
| $19.99 at Best Buy |
| $24.99 at GameStop |

ATV028462



ATV028485

 



**HALO 5**

# Halo 5 Warzone Firefight Beta Announced

Check out the cooperative multiplayer mode from April 14 to 18.

BY EVAN CAMPBELL    UPDATED: AUG 16, 2021 5:02 PM    POSTED: APR 6, 2016 1:26 PM

Developer 343 Industries will run a Warzone Firefight beta in Halo 5: Guardians later this month.



From April 14 to 18, Halo 5 players can check out the cooperative multiplayer mode, which was announced back in February. The Warzone Firefight beta will have eight spartans facing off against computer enemies on the Escape from A.R.C. map, according to 343.

Join



**436**

ATV007844



Halo 5: Guardians Official Warzone Firefight Gameplay Trailer

**Halo 5: Guardians Official Warzone Firefight Gameplay Trailer**

Now Warzone Firefight won't officially launch until this summer, though 343 Industries revealed the first footage for the multiplay mode last month. The company says it's the "biggest Halo cooperative" mode in the franchise's history.

Today, 343 Industries launched the next free add-on for Halo 5, called Ghosts of Meridian. The DLC for the shooter brings two new maps to the Xbox One exclusive, as well as additional weapons and armor.

Looking further ahead, 343 is planning to bring Infection Mode to Halo 5 as well.

**437**

2/10
ATV007845







Halo 5: Guardians Official Ghosts of Meridian Launch Trailer

1:30    Autoplay setting: **On**

**Halo 5: Guardians Official Ghosts of Meridian Launch Trailer**




Evan Campbell is a freelance writer who scripts *the Daily Fix*, streams games on *his Twitch channel*, and chats about movies and TV series *on Twitter*





.

## Get the Tools To Beat Your Game    Learn More



### Get unlimited access to IGN Maps and go ad free

IGN Plus members get full access to all of IGN's maps and wikis, get to browse IGN ad free and more. Try it today for as low at $2.49 a month.



## In This Article

### Halo 5: Guardians

343 INDUSTRIES
OCT 27, 2015

**Rate this game**    ...

RELATED GUIDES    Overview ↗    Skulls ↗    Intel ↗    Walkthrough ↗

### ⚙️IGN
# Recommends

**Pokemon TCG Pocket Players Have Made Their Own Battle Format That Bans EX Monsters**

10h ago - Don't bring an EX to a NOEX fight.

🔹 POKEMON TCG POCKET    👤 REBEKAH VALENTINE    💬 4

**Fortnite Just Raised Its Battle Pass Price for the First Time Ever**

12h ago - Epic is making major changes starting next month.

🔹 FORTNITE    👤 MICHAEL CRIPE    💬 4

439

ATV007847

Monopoly Go Dice Links  |  EA Sports FC 25 Tactics Codes and Best Formations  |  EA Sports FC 25 Wonderkids  |  Roblox game codes  |  Fisch

Roblox Fisch: All fish locations



**News**
**Reviews**
**Articles**
**Guides**

If you click on a link and make a purchase we may receive a small commission. Read our editorial policy.

Home  ›  News  ›  Halo 5: Guardians

# Halo 5: watch over 30 minutes of Warzone Firefight gameplay ahead of today's beta



**News** by Sherif Saed, Contributing Editor
Published on April 14, 2016
💬 0

+ Follow Halo 5: Guardians

**440**

1/6
ATV007854

In just a few hours, Halo 5 players will go hands-on with the Warzone Firefight beta.






# Halo 5: watch over 30 minutes of Warzone Firefight gameplay ahead of today's beta

The Warzone Firefight beta starts today for all Halo 5 players. Earlier this week, developer 343 hosted a livestream to showcase some of the changes being made to bring Firefight into Halo 5.







As it stands, up to eight players can fight waves of enemies that increasing in difficulty on the Warzone maps. There are objectives thrown in the mix, too, with a round time-limit.

All of this and more, can seen in the archive of that livestream. There's currently no set time for when this the beta will go live.

Watch it below:



**Watch on YouTube**

---

### Have you ever been a beta tester?

28,916 votes

○ Yes

○ No, but I'd love to try it

○ No, I prefer to play finished games

○ No

---

# Read this next

- Halo 5 on xCloud has "practically indistinguisable" delay
- Halo 5 boxart update sadly doesn't mean the game is coming to PC, Microsoft confirms
- No, Halo 5 is not coming to PC

 **Sherif Saed**: Sherif (he/him) is VG247's go-to shooter and Souls-likes person. Whether it's news, reviews, or op-eds – Sherif is always eager to tell you about video games. He's one of VG247's most veteran writers, with 10+ years experience on the site.

**IN THIS ARTICLE**

ATV007856



### Halo 5: Guardians
Xbox One

**+ Follow**

**RELATED TOPICS** 343 Industries · Blockbuster · Microsoft · Shooter · Video · Xbox network



## CONVERSATION

Our main community rule is "be excellent to each other". Read our code of conduct to find out more.

Sign In

Be the first to comment...



**No one seems to have shared their thoughts on this topic yet**

Leave a comment so your voice will be heard first.

Powered by ⬭ OpenWeb

Terms | Privacy | Feedback



AdChoices ▷                                    Sponsored

## LATEST ON HALO 5: GUARDIANS

   

**We Test Project xCloud: Why Xbox Already Has the Lead in the Next-Gen Streaming Wars**

**Halo 5: Guardians is free to play this weekend with Xbox Live Gold**

**Halo: Master Chief Collection to be enhanced for Xbox One X, Halo 5's final update detailed**

**Halo 5 gets Xbox One X and it looks 343 promise**

 ● ○ ○ ○ ○ ○ 

**LATEST NEWS**

- HoYoverse teases Honkai Star Rail 3.0 characters, and oh by the way, Remembrance is a new playable path
- The latest Alien: Earth teaser trailer doesn't tell us much other than the fact our planet is pregnant, but it did offer up a release window at least
- Who says cannibalism and Valentine's Day don't mix? Yellowjackets Season 3 has a release date
- Batman villain Clayface has already been cast before the caped crusader himself in James Gunn's new DCU, and he's going to have quite a familiar voice
- Elden Ring developer FromSoftware's owner Kadokawa confirms takeover interest from Sony, but says "no decision has been made at this time"
- Final Fantasy 14 Mobile is a thing, so you'll soon be able to "make Eorzea a better place through the bonds of friendship" while sitting on the toilet
- Fancy some Star Wars anime from the studios behind Jojo's Bizarre Adventure, Cyberpunk 2077, and Ghost in the Shell? Visions season 3 is going to give you just that

**LATEST GUIDES**

- Genshin Impact Chasca build and teams
- All Stalker 2 Anomalies explained
- How to repair and upgrade weapons and armor in St
- All Stalker 2 Artifacts explained
- Stalker 2 Poppy Field mission guide - Give the icon t
- How to increase carry weight capacity in Stalker 2
- How to get the Zalissya journalist stash in Stalker 2



VG247 is owned by Gamer Network Limited, an IGN Entertainment company and subsidiary of Ziff Davis. © 2024 Gamer Network Limited, 18 Mansell Stre United Kingdom. Company number 03882481. All rights reserved. No part of this website or its content may be reproduced without the copyright owne

**Helpful Links** **Policies** **Gamer Network**

ATV007858

| About Us | AdChoices | Dicebreaker |
| --- | --- | --- |
| Advertise with us | Code of Conduct | Digital Foundry |
| Archive | Cookie Policy | Eurogamer |
| Authors | Do Not Sell My Personal Information | GamesIndustry.biz |
| Contact Us | Editorial Policy | Jelly Deals |
| Corporate Site | Privacy Policy | Nintendo Life |
| Interactive Maps | Review Policy | Pure Xbox |
| Newsletters | Terms & Conditions | Push Square |
| RSS Feeds | | Rock Paper Shotgun |
| | | Time Extension |
| | | VGC |

ATV007859



ATV028459

**446**



ATV028403



**HOME    LATEST    ENTERTAINMENT    REVIEWS    NEWS    TIPS & GUIDES    GAMES    ⊕ EDITIONS ⌄**




, News, Tips and More.

# Warzone

KEA Games
October 16, 2017



| Genres | | Developers | |
|---|---|---|---|
| Strategy, Indie | | KEA Games | |

| Release Date | | Publishers | |
|---|---|---|---|
| October 16, 2017 (7 years and 2 months ago) | | KEA Games | |

| Franchises | |
|---|---|
| Warzone | |

## Warzone Screenshots and Videos

All the Latest Game Footage and Images from Warzone

**Start Slideshow →**

ADVERTISEMENT

**448**



## Discover Games



## Summary

Warzone is a tactical turn-based war game which requires a chess level of logical thinking and which provides an entertainment comparable to that of a tank shooter.

**Genres**
Strategy, indie

**Platforms**
PC (Microsoft Windows)

**Developers**
KEA Games

**Release Date**
October 16, 2017 (7 years and 2 months ago)

**Publishers**
KEA Games

**Franchises**
Warzone

## Community

 Steam

## More from KEA Games

**449**

No games found

*Games metadata is powered by IGDB.com*

## Warzone News

**CULTURE** ⋙ **NEWS**



**CULTURE** ⋙ **NEWS**

## *Fortnite*'s Next Chapter Seemingly Leaked, Confirms Godzilla Is Coming

It also looks like Disney's Baymax will be featured in the battle royale's next big season

**By Zack Zwiezen**    Published November 25, 2024

**GAME TIPS**

**450**

**GAME TIPS**

## The Full, Insane Story Of The *Call of Duty: Black Ops* Series

We've straightened out this strange timeline of espionage and secret programs out so you don't have to

**By** Justin Clark    Published November 15, 2024

**GAME TIPS**

**GAME TIPS**

## Yes, You Should Open Every Safe In *Call Of Duty: Black Ops 6*

Here's how to find and unlock each safe, including that tricky one in The Rook

**By** Samuel Moreno    Published November 15, 2024

**451**

ATV028407

**GAME TIPS**

**GAME TIPS**

## Add Some Variety To Your *Call Of Duty: Black Ops 6* Matches With More Operators

Here's how to unlock each character for the Multiplayer and Zombies modes

**By** Samuel Moreno    Published November 11, 2024

**GAME TIPS**

**452**

ATV028408

GAME TIPS

## Everything Coming To *Call Of Duty: Black Ops 6* In Its Jam-Packed Season 1

The multiplayer shooter has more guns, maps, and zombie mode content on the way

**By Ethan Gach**    Published November 8, 2024

GAME TIPS

GAME TIPS

## Seven Years Later, *Fortnite* Is A Better Game Than It's Ever Been

Whether you're looking for something to do with your kid, or are tired of *Fortnite* FOMO, the game's seven-year...

**By Luis Joshua Gutierrez**    Published November 5, 2024

OPINION

**453**

ATV028409

OPINION

## *Dragon Age: The Veilguard* Is Divisive, *Call Of Duty*'s Launcher Sucks, And More Of The Week's Top Takes

Also, *Alan Wake 2*'s final DLC, *The Lake House*, is terrific

**By Kotaku Staff**   Published November 2, 2024

GAME TIPS

GAME TIPS

## *Call Of Duty: Black Ops 6*, As Told By Steam Reviews

A great campaign and return-to-basics mindset can't seem to offset growing pains in the latest *Call of Duty* game

**454**

ADVERTISEMENT

OPINION ⚬ COMMENTARY

OPINION ⚬ COMMENTARY

## I Hate *Call Of Duty*'s Launcher So Much

It's ugly, needs constant updates, and rarely provides useful info

**By Moises Taveras**    Published October 29, 2024

GAME TIPS

**GAME TIPS**

## *Kotaku*'s Weekend Guide: 5 New Games We Can't Wait To Escape Into

It's your last October weekend, and if you're not going to Halloween parties, here are a few games to try out

**By Kenneth Shepard, Ethan Gach, Moises Taveras, John Walker, and Carolyn Petit**

Published October 25, 2024



More Stories  >


**STRATOSPHERE GAMES**
ABOUT THE GAME
CONTACT


CLASH OF GENERALS






## ABOUT THE GAME

When the city-states fight for precious resources, they need war heroes who lead their armies of tanks, mechs, and robots into battle.

You are one of these heroes.

Take command of a futuristic military power and devise real-time strategic battles (RTS) against other online players in PvP matches. Support your clan in the struggle to conquer territory and take power.





## FEATURES

- Play online PvP RTS matches with players from all around the world
- Conquer the territories of powerful AI opponents in a thrilling single-player campaign
- Collect, upgrade, and command an army of tanks, mech, airships, artillery, drones, and infantry
- Choose one of seven war heroes and generals, each adding a special power and a unique super unit to your war party
- Form or join a clan with your friends and command armies in clan wars of conquest against others
- Build up your clan's city with production buildings and robotic defenses




ATV007962



## FEATURES

- Use winning combinations and strategies to surprise and surprise you opponent in PvP encounters
- Enjoy four different game modes: Conquest, Siege, Domination, Open Combat. Each requires different tactics, strategic thinking, and creative use of units and heroes
- Conquer your way up the Global player rankings leaderboard
- Explore a scifi post apocalyptic world where battlefields are dominated by futuristic EMP tanks, drop-pod infantry and mechs and robots armed with deadly lasers
- Enjoy cutting-edge 3D graphics and visual effects
- Build your clan's base with production buildings and robotic defenses

Download Warzone - Clash Of Generals now for free to take part in the next generation of mobile RTS and social strategy gaming.

ATV007963



IMPRINT     PRIVACY POLICY     TERMS OF SERVICE

© 2020 BY STRATOSPHERE GAMES GMBH

**459**



ATV028482



ATV028484

461





ATV028480

# EXHIBIT 13

**PRODOS GAMES**

SHOP    BLOG    GAMES    ABOUT US    CONTACT    COMMUNITY    DOWNLOADS

Register    Log In

Home > Games

## Games

### Warzone: Resurrection

Game for two or more players, each fielding units of warriors drawn from one of the mighty MegaCorporations of Mankind, the Brotherhood or its vile enemy, the Dark Legion. Warzone Resurrection is a fast paced, exciting and tactical miniature game created by Prodos Games Ltd. and Paradox Entertainment. The Warzone Resurrection project brings the tabletop game well and truly into the 21st century. Lovingly, we have taken essence and best bits from the game, art and prose of previous editions to produce all new miniatures, a background re-imagining (by Warzone mega-fan and writing genius, Andy Hoare) and an exciting innovative gaming system.



The gaming system involves both miniatures and cards. The minis are your skirmish force and the cards represent game resources, additional wargear, global and local effects on the battlefield etc.. In a real battle it is likely that a soldier wouldn't know his opponents wargear, whether they have grenades or a laser-sight for example. Both sides might be surprised by a Martian earthquake or Mercurian solar flare. The Venusian jungle cover you are in might be better (or worse) than you thought! War is rarely predictable, especially when it takes place on the planets, planetoids and asteroids of the solar system! All these and many more variables are represented by the cards you and your opponent play. Making Warzone Resurrection a truly novel, realistic and exciting tabletop miniature skirmish game!

Go to Warzone Site

### AvP – The Hunt Begins

The Boxed Game AvP – The Hunt Begins is a self-contained gaming experience, a fusion of mission and narrative driven Board Game and Table Top War Game. A family game where 1 or more players can sit down and play through their own narrative and develop their own characters and objectives over many inter-linked games. Or players can sit down and play a 'free for all' with games like 'Survival', 'Last human/Alien/Predator standing', 'capture the objective' etc. filling an hour or two of your evening or raining Sunday afternoon.

ATV007973



Go to AvP Site

**Space Crusade**

**ABOUT PRODOS GAMES**

Prodos Games is a young and fast-growing enterprise in the miniature wargaming world with an inventive team of enthusiastic hobbyists from the UK, USA and Poland eager to apply their varied skills to create the finest miniatures, most exciting games and thrilling stories available. Read more

**CONTACT INFO**

PRODOS Games LTD
Unit 2, Plot 20
Hawkes Drive
CV34 6LX
Warwick
United Kingdom

📞 +447515953133

**FOLLOW US**

Copyright © Prodos Games 2016

SHOP    BLOG    GAMES    ABOUT US    CONTACT    COMMUNITY    DOWNLOADS

ATV007974



HOW TO START PLAYING     GATHER YOUR FORCES     DOWNLOADS

# WARZONE
# RESURRECTION

### WARZONE WORLD

Warzone Resurrection takes place in the Mutant Chronicles universe – a dystopian future in which the nations of old Earth are no more, subsumed into the megacorporations – unimaginably vast empires which care more about their assets than the common man. Each of these corporations has a rich backstory and strong heritage inspired by the nations that founded them: the industrious Bauhaus; noble Imperial; honourable Mishima; materialistic Capitol; and the enigmatic Cybertronic. These corporations are spread across the worlds, moons and asteroids of the inner solar system embroiled in the Second Corporate War. But there is a darker and far more insidious threat than just your rival corporations...



Over-inquisitive Imperial explorers travelled too far in the name of greed, venturing far beyond the inner solar-system and discovering Nero – the 10th planet. On this barren rock they awoke a power from the darkness beyond our universe – the Dark Legion. Creatures akin to demons, taller and stronger than men able to manipulate the world around them using the mystical Dark Symmetry; an evil power applied to reanimate the dead and mutate the living into their foul servants. Standing as the bulwark of humanity are the

ATV007978

Brotherhood; men and women devoted to the spiritual teachings of the First Cardinal. The Brotherhood wields the Art of Light, an arcane power the antithesis of Dark Symmetry. They stand sentinel over humanity, desperately trying to unite the feuding corporations against the threat of the Dark Legion.

Fight for wealth and for power! Fight to protect you corporation! Fight to save humanity, or fight to it! Take up arms, and join the war! Welcome to Warzone!

## WHAT IS WARZONE RESURRECTION?

Warzone Resurrection is a tabletop miniatures game that uses highly detailed 32mm miniatures to create exciting skirmishes between rival armies in the Mutant Chronicles universe.



Warzone Resurrection utilises a dice and tape measure along with a simple to learn, comprehensive set of rules allowing players to create scenarios and play out a battle; ranging from a small skirmish between a handful of miniatures to bigger games using a larger collection of miniatures to represent a cataclysmic battle. Warzone Resurrection uses an intricate set of rules that allow you to explore every aspect of battlefield combat. During a game turn players alternate the activation of their squads until everything has been activated once. This allows players to act either actively or reactively during the game, creating an exciting dynamic and adding a great deal of strategy to every game.



The core rules for moving models, shooting ranged weapons, and engaging in close combat brawls are extremely simple, and can be learned by players in a matter of minutes, meaning you can get straight into the action of a game. Advanced rules provide the you with the option to do almost anything you wish on the battlefield – squad actions allow you to pin opponents to the floor or combine fire on single targets to bring down tough opponents – terrain can be climbed on, jumped off, thrown or blown up based upon your whims and the needs of the battle – psychic powers and evil magic allows you to empower friendly units whilst crippling your opponents.

468



In addition to the normal dice-based game players familiar with tabletop gaming would expect, Warzone Resurrection also uses a series of special cards to influence the game even further. In all game types you have resource cards that you "Turn to Burn" to either augment a unit in generic way, or to active the unique abilities of squad, allowing them to fulfil their true potential on the battlefield. In addition to these, you can choose to construct a deck of cards from three types: Gear Cards – used to equip units with better weapons, armour or abilities they would not normally have; Tactical Cards – used to provide a one-off special action such as augments or special attacks; and Strategy Cards – cards that influence the whole battlefield for one whole turn to help you gain the upper hand. Each player draws a hand of cards from their deck that can be replenished every turn. This novel aspect adds a host of new ways to try and turn the tables on your opponents, and win the game!



Fundamentally, Warzone Resurrection is easy to learn, fun to play and complex to master! It combines the combat of tabletop miniature gaming, the deck building strategy of card games and versatility of roleplaying games to create a unique gaming system that can be enjoyed by anyone.

469

ATV007980





Copyright © Prodos Games 2016

HOW TO START PLAYING    GATHER YOUR FORCES    DOWNLOADS

ATV007981

The Wayback Machine - https://web.archive.org/web/20140105083631/http://www.warzonegame.com/



- [Game](#)
- [World](#)
  Factions
  - [Bauhaus](#)
  - [Brotherhood](#)
  - [Capitol](#)
  - [Cybertronic](#)
  - [Dark legion](#)
  - [Mishima](#)
  - [Imperial](#)
- [Gallery](#)
- [Rules](#)
- 
- [Forums](#)
- [Shop](#)
- [Contact](#)

E-mail Address

[_____]   NEWSLETTER SIGNUP [Save]



WARZONE RULEBOOK

**471**

ATV007983





convention



Login | Register
Your basket



Number of products:

Value: 0.00 GBP

- -

Produced in Native Format

ATV007986

# EXHIBIT 14





FORUM     News     CSS Download     CSGO Download     Counter Strike 2 ⌄     About

 EN

## Download Counter Strike 1.6 Warzone | 2025

Back in 2011, we made the first version of our **cswarzone 1.6 game**. That jump was a significant milestone, and since then we've had tens of millions of downloads. You can **download counter strike 1.6** at the end of this article.

Thanks to you, our game is still alive today. Your trust has given us the strength to further develop our game.

Valve did a great thing for all the youth back in 2001 when the Counter Strike franchise started. We took it a step further and literally our game comes pre-installed as a basic package in Windows 😊

We justified your trust and thus gained the reputation of our users all over the world. Even today, users download our installations in massive quantities. **CS 1.6 warzone** is the purest version of the counter-strike version on the internet. Original installation without any additions made for all generations.

Many different versions of the download CS 1.6 game are available for download online. However, it is important to be careful because some of these versions may have viruses and backdoors.

Get the safest and most up-to-date version of **Counter-Strike 1.6** from us. It has the latest protection verified by millions of users.

If this game is too nostalgic for you, try Counter-Strike: Source or Counter-Strike: Global Offensive with all skins

## About cs 1.6 free download

The most popular game of all time has had many versions. It started with 1.0 to 1.3 in LAN, then 1.4 beta, and finally 1.5.

1.5 became the most played LAN game. The first stable version for online play was **cs 1.6 download**.

In the dial-up era, kids worldwide eagerly waited for their modem to connect to the Internet in the evening. The screeching sound signaled that they were finally online.

They were excited to sit down at their computer, which was running on old Windows XP. They couldn't wait to play their favorite childhood game. They couldn't wait to sit down at their computer running on old Windows XP and play their favorite childhood game.

Download Counter Strike Source

Download CS:GO

Download CS:GO Server







This first-person shooter is an unprecedented team game in which you free hostages or plant a bomb with your teammates.

Game features:

- Release date November 18, 2013
- Setup 256MB size
- 100% clean rip from Steam GCFs (Game cache files)
- Includes latest bots
- Half-Life Single/Multiplayer also includes it.
- Dual Protocol 48 47 Client
- Client can join P47 as well as P48 servers
- The package includes a Dual Protocol (48 + 47) Dedicated Server.
- Working Dedicated and Listen server (Steam and non-Steam)
- Working server browser with Internet, Favorite and LAN tabs
- Full protection against all types of slow hacking servers
- Compatible with latest sXe Injected anticheat
- Include latest Metamod-P v1.21p37
- Include latest AMX Mod X v1.8.2 (disabled by default)
- HLTV also includes and works.
- Engine version (1.1.2.6 build 4554)
- Playable on Internet and LAN
- You can use it as portable.
- They remove in-game ads.



Download Counter Strike 1.6 Warzone | 2025 3

**478**

# SYSTEM REQUIREMENTS

| MINIMUM | RECOMMENDED |
|---|---|
| 500 mhz processor | 800 mhz processor |
| 96mb ram | 128mb ram |
| 16mb video card | 32mb video card |
| Windows XP | Windows XP |
| Mouse | Mouse |
| Keyboard | Keyboard |
| Internet Connection | Internet Connection |

**DOWNLOAD COUNTER STRIKE 1.6 WARZONE**

**NO STEAM**

Direct Download

Torrent Download

| About | Privacy Policy | Cookie Policy | Sitemap |

Copyright © 2010-2025 CSWARZONE | Powered by Warzone Team

**479**

11/21/24, 2:05 AM  Case 2:21-cv-03073-FLA-JC Warzone: A Game of Dynamic Strategy, 42 Metal Miniature/Pelon Map, Limited Edition | TALON ENTERTAINMENT
Document 114-2  Filed 02/14/25  Page 138 of 165 Page ID #:3442

The Wayback Machine - https://web.archive.org/web/20160318011532/http://playwarzone.com/products/warzone-metal-miniat...

## INPEX AWARD WINNING GAME EDUCATION ITEMS
### (/WEB/20160318011532/HTTP://PLAYWARZONE.COM/PRODUCTS)

Shop (/web/20160318011532/http://playwarzone.com/products)  /  Warzone: A Game Of Dynamic Strategy, 42 Metal Miniature/Pelon Map, Limited Edition



## WARZONE: A GAME OF DYNAMIC STRATEGY, 42 METAL MINIATURE/PELON MAP, LIMITED EDITION

~~$119.95~~  $95.00

QTY

| 1 | ⬍ |
|---|---|

ADD TO CART

Game Includes: Classic 42 metal miniature's. Bunker HQ's and all jets designed by Talon Games. Strong reinforced game box, 4 Specialty Dice including the Double D 4 by Game Science and Double D 20 by Koplo Games. Game also includes a large multi colored hand silk screened Game Map (Synthetic Pelon style No. C-12, call 1-800-4-vilene for custom pelon orders).

**480**

ATV007948

(https://web.archive.org/web/20160318011532/http://playwarzone.com/products/warzone-metal-miniature-version#)

(https://web.archive.org/web/20160318011532/http://playwarzone.com/products/warzone-metal-miniature-version#)

(https://web.archive.org/web/20160318011532/http://playwarzone.com/products/warzone-metal-miniature-version#)

(https://web.archive.org/web/20160318011532/http://playwarzone.com/products/warzone-metal-miniature-version#)

(https://web.archive.org/web/20160318011532/http://playwarzone.com/products/warzone-metal-miniature-version#)

# FEATURED PRODUCTS

HOME (/WEB/20160318011532/HTTP://PLAYWARZONE.COM/)

SHOP (/WEB/20160318011532/HTTP://PLAYWARZONE.COM/PRODUCTS)

MISSION STATEMENT (/WEB/20160318011532/HTTP://PLAYWARZONE.COM/ABOUT)

CONTACT US (/WEB/20160318011532/HTTP://PLAYWARZONE.COM/CONTACT)

TERMS (/WEB/20160318011532/HTTP://PLAYWARZONE.COM/TERMS)

Copyright © 2016 WARZONE ENTERTAINMENT

    

**481**

ATV007949







Q Search TV Shows and Movies...

Join/Sign In

Overview    Reviews    TV Listings    Cast & Crew

# The War Zone

**68** . 1999 . 1 hr 38 mins . Drama, Suspense . R

Watchlist

Suddenly, moody 15-year-old Tom, and his 18-year-old sister Jessie find themselves relocated from the hustle and bustle of urban London to the sullen silence of wind-swept rural Devon, at a little but neat cottage in the middle of nowhere. Dad is caring and kind, and very much in love with Mum, who has just given birth. However, an accidental glimpse of a disturbing and well-hidden family secret brings Tom face-to-face with shock, denial, and--ultimately--rage. What mystery could be so appalling that it threatens to bring everyone in the family to their knees?

**STREAMING**    AIRINGS

FREE          FREE          FREE

                    

Free          Free          Free

▷JustWatch

**How to Watch** *The War Zone*

You are able to stream *The War Zone* for free on Plex or Plex Channel.

**Not available in your country?**

You might not be able to watch this content because of geo-blocking, but using a VPN can help. We recommend trying out **ExpressVPN**.

**Click here to get 3 extra months FREE today with TvGuide's exclusive offer.**

See All Where To Watch

This website uses cookies to enhance user experience and to analyze performance and traffic on our website. We also share information about your use of our site with our social media, advertising and analytics partners. **Privacy Policy**

**Do Not Sell My Personal Information**

Accept Cookies

**484**

2/8/25, 7:24 PM
The War Zone - Where to Watch and Stream - TV Guide
Case 2:21-cv-03073-FLA-JC    Document 114-2    Filed 02/14/25    Page 144 of 165
Page ID #:3447



▷ Play Sound

The War Zone
2:16
▷ WATCH NOW

▶ 2:16  The War Zone

---

Awards

. 2000  - CFCA Award - Most Promising Actress - Nominated
. 2000  - Bodil - Best Non-American Film (Bedste ikke amerikanske film) - Nominated
. 1999  - C.I.C.A.E. Award - Panorama - Winner
. 1999  - European Film Award - European Film - Nominated

---

**Cast & Crew**



SEE FULL CAST & CREW

**Ray Winston**
Dad

**Annabelle Apsion**
Nurse

**485**



▷ ☒

Why Drink Olive Oil At Night?

What happens when you take one shot of olive oil
before bed?

MD Olive Oil                                    Open ›

## Latest News

| See All News |
| --- |

## Trailers & Videos



**The War Zone**

▷  2:16

| See All Trailers & Videos |
| --- |

This website uses cookies to enhance user experience and to analyze performance and traffic on our website. We also share information about your use of our site with our social media, advertising and analytics partners. **Privacy Policy**

Powered by AnyClip

**486**

2/8/25, 7:24 PM
Case 2:21-cv-03073-FLA-JC    Document 114-2    Filed 02/14/25    Page 146 of 165
The War Zone - Where to Watch and Stream - TV Guide
Page ID #:3449



2 Hr 20 Mins

In this crime epic, a robbery crew plot to steal a small fortune from L.A.'s Federal Reserve Bank. However, their scheme puts them on a collision course with a sheriff's deputy and his law-enforcement unit, who are notorious for not playing by the rules.

**49** • 2018 • R • Drama, Suspense, Action & Adventure, Other

 Watchlist



Where To Watch

### The Riff

1 Hr 27 Mins

Two old friends who have been apart for years are brought back together; unfortunately it's by their love for the same woman.

2000 • R • Drama, Other

 Watchlist



Where To Watch

### Kids

1 Hr 31 Mins

A day in the life of a group of teens as they travel around New York City skating, drinking, smoking and deflowering virgins.

**63** • 1995 • NC17 • Drama, Other

 Watchlist

Where To Watch

This website uses cookies to enhance user experience and to analyze performance and traffic on our website. We also share information about your use of our site with our social media, advertising and analytics partners. **Privacy Policy**

### Togo

1 Hr 53 Mins

The untold true story set in the winter of 1925 that takes you across the treacherous terrain of the Alaskan tundra for an exhilarating and uplifting adventure that will test the strength, courage and determination of one man, Leonhard Seppala, and his lead sled dog, Togo.



69 · 2019 · PG · Drama, Other

+ Watchlist <span style="float:right">Where To Watch</span>

## Nickel Boys



2 Hr 20 Mins

Producers of MGM and Plan B are teaming up with director RaMell Ross for a film depiction of Colson Whitehead's 2019 novel, based on real-life events which have only recently come to light. The narrative bounces between the 2010s and the 1960s as an investigation takes place surrounding the now-defunct Dozier School for Boys in Florida. The academy's walls hide a history of atrocities, including events that...

90 · 2024 · PG13 · Drama

+ Watchlist <span style="float:right">Where To Watch</span>

## TV Listings





Today's Netflix Top 10 Rankings

If You Like This Show...

The 100 Best Shows on TV

Renewed or Canceled?

Editors Pick Your Next Favorite Show

**ABOUT**

About TV Guide

Newsletters

Sitemap

Careers

Help Center

**POLICIES**

This website uses cookies to enhance user experience and to analyze performance and traffic on our website. We also share information about your use of our site with our social media, advertising and analytics partners. **Privacy Policy**

Privacy Policy

Terms of Use

Do Not Sell My Personal Information

**GET THE TV GUIDE APP**

App Store | Google Play

**FOLLOW US**

  

© 2025 TV GUIDE, A FANDOM COMPANY. ALL RIGHTS RESERVED.



This website uses cookies to enhance user experience and to analyze performance and traffic on our website. We also share information about your use of our site with our social media, advertising and analytics partners. **Privacy Policy**

489



40 of 41



The War Zone (1999)

Lara Belmont in The War Zone (1999)

**People**  Lara Belmont
**Titles**  The War Zone
**Countries**  United Arab Emirates, Australia, Brazil, Canada, Germany, Egypt, Spain, France, United Kingdom, Hong Kong, Indonesia, Israel, India, Italy, Japan, South Korea, Mexico, Netherlands, Philippines, Poland, Sweden, Singapore, Thailand, Turkey, United States, South Africa



490

Sponsored ⓘ

✕ Close                                                             1 of 1  ⊞  ◁



WarZone (2009)
WarZone (2009)

**Titles** WarZone

✏   🏳





**492**

Lindsey Lamb
Blutes
1 ep • 2014
˅

Zella Harris
Harriet
1 ep • 2014
˅

Brett Newton
Kyle
1 ep • 2014
˅

Narisa Suzuki
Mercy
1 ep • 2014
˅

**493**



Marissa Von Bleichen
Lenora
1 ep • 2014

Tim Stafford
Trevor
1 ep • 2014

Liza Coster
Trace
1 ep • 2014

Trinity Cameron
Emma
1 ep • 2014

**494**



Tiara Lanai
Alia
1 ep • 2014
∨

Tia Osborne
Martha
1 ep • 2014
∨

Nadia Anwar
Stella
1 ep • 2014
∨

Offi Ekah
Jenaiha
1 ep • 2014
∨

**495**

Clara Gari
Julia
1 ep • 2014
⌄

Kaitlyn Rawson
Ana
1 ep • 2014
⌄

Jason Gregory London
Tucker
1 ep • 2014
⌄

Sarah Marshall
Lacey
1 ep • 2015
⌄

**496**



**Bryan Arion**
Stunt crew
1 ep • 2015
⌄

**Jahi Nelson**
Jihi
1 ep • 2015
⌄

| All cast & crew | > |
|---|---|
| Production, box office & more at IMDbPro | ⧉ |

## ▌More like this                                                                                      ⓘ

**497**



★ 6.6 ☆

WarZone

+ Watchlist

ⓘ

★ 7.2 ☆

The War Zone

Watch options

ⓘ

★

War

## Storyline ✏

● ● ●

## User reviews

+ Be the first to review

## Top picks ›

**498**

Sign in to rate and Watchlist for personalized recommendations

Sign in

● ● ●

## Details

Release date    July 16, 2014 (United States)                              >

Country of origin    United States

Language    English

Production company    LA Reels

See more company credits at IMDbPro

## Tech specs >

Color    Color

## Related news >

● ● ●

## Contribute to this page >

**499**

Suggest an edit or add missing content





AT&T

And in the moment

Sponsored ⓘ

## More to explore




Photos

Hollywood Power Couples

See the gallery

**500**



The New Fantastic Four + More Great Pics

See the gallery

● ● ●



Sponsored ⓘ

**Recently viewed**                                                          Clear all



Warzone                          Warzone                          Mov

Get the IMDb app

Sign in for more access

Help ↗    Site Index ↗    IMDbPro ↗

Box Office Mojo ↗    License IMDb Data ↗

Press Room    Advertising ↗    Jobs ↗

Conditions of Use    Privacy Policy

Your Ads Privacy Choices

an amazon company

© 1990-2025 by IMDb.com, Inc.

Case 2:21-cv-03073-FLA-JC   Document 142   Filed 02/14/25   Page 163 of 165 Page ID #:3493



## Similar items that may deliver to you quickly

Page 1 of 4









Alliance, The #2 VF/NM ; Image comic book | Jim Valentino
$4⁹⁹
$4.99 shipping
Only 1 left in stock - order...

Shadowflame #3 VF/NM ; JGM comic book
$5⁹⁹
$4.99 shipping
Only 1 left in stock - order...

My Name Is Holocaust #3 VF/NM ; DC comic book | Milestone
$6⁹⁹
$4.99 shipping
Only 1 left in stock - order...

Danger Unlimited #3 VF/NM ; Dark Horse comic book | John Byrne
$4⁹⁹
$4.99 shipping
Only 1 left in stock - order...

Crimson Dynamo #1 VF/NM ; Epic comic book
$4⁹⁹
$4.99 shipping
Only 1 left in stock - order...

Gemini Blood #2 VF/NM ; DC comic book | Helix Walt Simonson
$4⁹⁹
$4.99 shipping
Only 1 left in stock - order...

## Product details

**Package Dimensions** : 12 x 9 x 1 inches; 7 ounces
**Date First Available** : October 5, 2017
**ASIN** : B07661ZPKJ

## Product information

### Technical Details

| Package Dimensions | 12 x 9 x 1 inches |
|---|---|
| Item Weight | 7 ounces |
| ASIN | B07661ZPKJ |
| Date First Available | October 5, 2017 |

### Additional Information

Feedback

Would you like to **tell us about a lower price?** ∨

**504**

**WARNING:** California's Proposition 65

## Product Description

Item: Warzone #1 | Publisher: Entity | Writer: Raff Ienco | Artist: Raff Ienco | Notes: Enhanced cardstock cover | This listing contains a stock photo and information from ComicBase and Human Computing

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Looking for specific info?

🔍 Search in reviews, Q&A...

### Customer reviews

No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review



Everything For
Your Business

Groceries & More
Right To Your Door

Ship Orders
Internationally

Amazon Web Services
Scalable Cloud
Computing
Services

Listen to Books &
Original
Audio
Performances

Find Movie
Box Office Data

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Resale
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

**506**