1  MARC E. MAYER (SBN 190969)
     mem@msk.com
2  KARIN G. PAGNANELLI (SBN 174763)
     kgp@msk.com
3  LINDSAY R. EDELSTEIN (*pro hac vice*)
     lre@msk.com
4  MITCHELL SILBERBERG & KNUPP LLP
   2049 Century Park East, 18th Floor
5  Los Angeles, CA  90067-3120
   Telephone: (310) 312-2000
6  Facsimile: (310) 312-3100

7  Attorneys for Activision Publishing,
   Inc.

8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11

12  ACTIVISION PUBLISHING, INC., a        CASE NO. 2:21-cv-3073-FLA (JCx)
    Delaware corporation,
13                                         [Assigned to Judge Fernando L. Aenlle-
                 Plaintiff,                Rocha]
14
          v.                               **DECLARATION OF MARC E.**
15                                         **MAYER IN SUPPORT OF**
    WARZONE.COM, LLC,                      **MOTION FOR SUMMARY**
16                                         **JUDGMENT OR,**
                 Defendant.                **ALTERNATIVELY, PARTIAL**
17                                         **SUMMARY JUDGMENT**

18  WARZONE.COM, LLC,
                                           Date:        March 21, 2025
19               Counterclaimant,          Time:        1:30 p.m.
                                           Ctrm:        6B
20        v.
                                           Complaint Filed:     Apr. 8, 2021
21  ACTIVISION PUBLISHING, INC., a         Counterclaim Filed:  June 8, 2021
    Delaware corporation,                  Pretrial Conference: May 19, 2025,
22                                                              at 1:30 p.m.
                 Counterclaim Defendant.   Trial:               May 27, 2025,
23                                                              at 8:15 a.m.

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

---

**DECLARATION OF MARC E. MAYER**

1    I, Marc E. Mayer, declare as follows:

2    1.    I am an attorney-at-law, duly licensed to practice law in the State of

3    California and before this Court.  I am, through my professional corporation, a

4    partner with the law firm of Mitchell Silberberg & Knupp LLP ("MSK"), counsel

5    of record for Plaintiff and Counterclaim-Defendant Activision Publishing, Inc.

6    ("Activision") in this action.  I make this Declaration in support of Activision's

7    Motion for Summary Judgment or, Alternatively, for Partial Summary Judgment.  I

8    have personal knowledge of the following facts, and, if called as a witness, could

9    and would competently testify thereto.

10

11    **The Games at Issue**

12    2.    Warzone.com, LLC ("WZLLC") alleges that it is the developer and

13    owner of (1) the PC browser-based game *Warzone Classic*, (2) the mobile version

14    of *Warzone*, titled *Warzone – Turn Based Strategy*, and (3) the spin-off game

15    *Warzone Idle* and its mobile version.  I understand that this lawsuit involves

16    allegations by WZLLC that Activision infringed WZLLC's trademark in the word

17    "Warzone" by selling and marketing the games *Call of Duty: Warzone* and *Call of

18    Duty: Warzone Mobile.*  ECF 14.

19    3.    Thus, at issue in this lawsuit are the following video or computer

20    games: (1) Activision's *Call of Duty: Warzone*, (2) Activision's *Call of Duty:

21    Warzone Mobile*, (3) WZLLC's browser-based *Warzone Classic* and *Warzone Idle*,

22    playable at www.warzone.com, (4) WZLLC's mobile game *Warzone – Turn Based

23    Strategy*, and (5) WZLLC's mobile game *Warzone Idle*.

24

25    **Videos of the Games at Issue**

26    4.    Attached hereto as **Exhibits 1** and **2** are true and correct copy of two

27    video captures demonstrating the PC version of Activision's video game *Call of

28    Duty: Warzone.*  The first video reflects the process by which a PC user launches

1    the game via the Battle.net platform.  The second video reflects the game once it is

2    launched.  I prepared these video captures on my personal computer; **Exhibit 1**

3    was created using the program "Snagit" and **Exhibit 2** was created using the

4    recording feature on the Xbox PC overlay.

5         5.      Attached hereto as **Exhibit 3** is a true and correct copy of a video

6    capture demonstrating the process of navigating to the website www.warzone.com,

7    playing the games *Warzone Classic* and *Warzone Idle*, and accessing the in-game

8    store.  **Exhibit 3** was prepared by a member of my office at my direction and with

9    my supervision.

10        6.      Attached hereto as **Exhibit 4** is a true and correct copy of a video

11   capture of the process by which a player locates, downloads, and launches the

12   mobile title *Call of Duty: Warzone Mobile* on an Apple iPhone.  This video was

13   prepared by a member of my office at my direction and with my supervision.

14        7.      Attached hereto as **Exhibit 5** is a true and correct copy of a video

15   capture of the process by which a player downloads, launches, and plays the

16   mobile game *Warzone – Turn Based Strategy* on an Apple iPhone.  This video was

17   prepared by a member of my office at my direction and with my supervision.

18        8.      Attached hereto as **Exhibit 6** is a true and correct copy of a video

19   capture of the process by which a player downloads, launches, and plays the

20   mobile title *Warzone Idle* on an Apple iPhone.  This video was prepared by a

21   member of my office at my direction and with my supervision.

22

23                    **Store Pages for the Games At Issue**

24        9.      **Valve's Steam Platform:**  On January 22, 2025, I accessed via my

25   personal computer the Steam PC game platform (which I previously had

26   downloaded and installed on my computer) and conducted a search for the word

27   "Warzone."  Attached hereto as **Exhibit 7** is a true and correct copy of a screen

28   capture reflecting the results of my search.  After conducting the search reflected in

Mitchell
Silberberg &
Knupp LLP

3

**DECLARATION OF MARC E. MAYER**

the foregoing exhibit, I clicked on *Call of Duty: Warzone* to access the *Call of Duty: Warzone* store page on Steam.  Attached hereto as **Exhibit 8** is a true and correct copy of a screen capture of the *Call of Duty: Warzone* Steam page.

10.    **Xbox PC App:**  On January 22, 2025, I accessed via my personal computer the Xbox PC App (which I previously had downloaded and installed on my computer) and conducted a search for the word "Warzone."  Attached hereto as **Exhibit 9** is a true and correct copy of a screen capture reflecting the results of my search.  After conducting the search reflected in the foregoing exhibit, I clicked on *Call of Duty: Warzone* to access the *Call of Duty: Warzone* store page on the Xbox App.  Attached hereto as **Exhibit 10** is a true and correct copy of a screen capture of the *Call of Duty: Warzone* Xbox for PC page.

11.    **Xbox Console**:  On February 7, 2025, I used an Xbox Series X Console to navigate to the store page for the *Call of Duty: Warzone* game.  Attached hereto as **Exhibit 11** is a true and correct copy of a photograph I took of the Xbox store pages for the *Call of Duty: Warzone* game.

12.    **Playstation Console**:  On February 9, 2025, I used a PlayStation 5 Console to navigate to the store page for the *Call of Duty: Warzone* game.  Attached hereto as **Exhibit 12** are true and correct copies of photographs I took of the PlayStation store page for the *Call of Duty: Warzone* game.

13.    **Apple App Store:**  Attached hereto as **Exhibit 13**, **Exhibit 14**, **and Exhibit 15** are screenshots depicting the *Call of Duty: Warzone Mobile*, *Warzone Classic* and *Warzone Idle* apps, respectively, in the Apple App Store.  These screenshots were prepared by a member of my office at my direction and with my supervision.

14.    **Google Play Store:**  Attached hereto as **Exhibit 16**, **Exhibit 17**, **and Exhibit 18** are screenshots depicting the *Call of Duty: Warzone Mobile*, *Warzone Classic* and *Warzone Idle* apps, respectively, in the Google Play Store.  These screenshots were prepared by a member of my office at my direction and with my

Mitchell
Silberberg &
Knupp LLP

4

**DECLARATION OF MARC E. MAYER**

1  supervision.

2

3  **<u>Warzone.com Website</u>**

4      15.    Attached hereto as **Exhibit 19** is a true and correct copy of a screen

5  capture of the website located at Warzone.com (the "Warzone.com Website"),

6  which was taken by a member of my office at my direction and with my

7  supervision on February 12, 2025.  The screen capture reflects that the website

8  copy contains a trademark notice for all references to "Risk®" but the only

9  purported trademark notice for WARZONE is a very small yellow "TM"

10  integrated into the Warzone logo (making it unclear to me whether WZLLC is

11  claiming a trademark in the word or the entire logo.)  I have browsed the entire

12  website and did not see the "TM" used anywhere other than within the logo.

13      16.    Attached hereto as **Exhibit 20** is a true and correct copy of a printout

14  of an archived version of a page from the Warzone.com Website as of October 1,

15  2020, which was captured by a member of my office at my direction and with my

16  supervision, from the Internet Archive at the following URL:

17  https://web.archive.org/web/20201001161856/https://www.warzone.com/GameOf

18  ThronesRiskOnline.

19      17.    Attached hereto as **Exhibit 21** is a true and correct copy of a printout

20  of an archived version of a page from the Warzone.com Website as of September

21  29, 2018, which was captured by a member of my office at my direction and with

22  my supervision, from the Internet Archive at the following URL:

23  https://web.archive.org/web/20180929074740/https://www.warzone.com/play-risk.

24      18.    Attached hereto as **Exhibit 22** are screen captures of excerpts of the

25  source code for certain pages of the Warzone.com website, including the home

26  page, the "*Warzone Idle*" page, the "About" page, and the "Community" page.  I

27  captured these images on February 6, 2025, from my personal computer.  Each of

28  these screen captures reflect that the pages contain the following title metadata:

Mitchell
Silberberg &
Knupp LLP

**DECLARATION OF MARC E. MAYER**

"Warzone – Better Than Hasbro's RISK game – Play Online Free" and the following "keyword" metadata: "Play Risk online free turn-based strategy single-player multi-player."  I have reviewed the source code for all of the website pages, and they all contain similar metadata, except for the page that opens when actually playing the game.  When playing the game, the title metadata includes the words "Time to take a risk."

## WZLLC's Facebook, Reddit, and Discord Pages

19.    **WZLLC's Facebook Page**: Attached hereto as **Exhibit 23** is a true and correct copy of a screen capture of the website located at the URL https://www.facebook.com/share/19PdVCK4ab/?mibextid=wwXIfr, which depicts WZLLC's Facebook page, and which was taken by a member of my office at my direction and under my supervision on February 10, 2025.

20.    **WZLLC's Reddit Page**: Attached hereto as **Exhibit 24** is a true and correct copy of a screen capture of the first page of the website located at the URL https://www.reddit.com/r/Warlight/, which depicts WZLLC's Reddit page, and which was taken by a member of my office at my direction and under my supervision on February 10, 2025.

21.    **WZLLC's Discord Page**:  Attached hereto as **Exhibit 25** is a true and correct copy of a screen capture of the website located at the URL https://discord.com/invite/6JMEZzXV5e, which depicts the landing page of WZLLC's Discord page, and which was taken by a member of my office at my direction and under my supervision on February 10, 2025.

## Written Discovery

22.    Attached hereto as **Exhibit 26** is a true and correct copy of relevant excerpts of WZLLC's Responses and Objections to Activision's First Set of Interrogatories, which my office received on or about February 4, 2022.

**DECLARATION OF MARC E. MAYER**

23.    Attached hereto as **Exhibit 27** is a true and correct copy of relevant excerpts of WZLLC's Supplemental Responses and Objections to Activision's First Set of Interrogatories, which my office received on or about July 24, 2024.

24.    Attached hereto as **Exhibit 28** is a true and correct copy of excerpts of WZLLC's Supplemental Responses and Objections to Activision's First Set of Requests for Production of Documents, which my office received on or about August 28, 2024.

25.    Attached hereto as **Exhibit 29** is a true and correct copy of excerpts of WZLLC's Supplemental Responses and Objections to Activision's Second Set of Requests for Production of Documents, which my office received on or about August 28, 2024.

26.    Attached hereto as **Exhibit 30** is a true and correct copy of excerpts of WZLLC's Objections and Supplemental Response to Activision's First Set of Interrogatories, which my office received on or about September 24, 2024.

27.    Attached hereto as **Exhibit 31** is a true and correct copy of excerpts of WZLLC's Amended Responses and Objections to Activision's First Set of Requests for Admissions, which my office received on or about October 23, 2024.

28.    Attached hereto as **Exhibit 32** is a true and correct copy of excerpts of WZLLC's Objections and Amended Supplemental Response (No. 1), Amended Response (No. 2), Third Supplemental Response (No. 4), and Second Supplemental Response (No. 8) to Activision's First Set of Interrogatories, which my office received on or about November 27, 2024.

29.    Attached hereto as **Exhibit 33** is a true and correct copy of excerpts of WZLLC's Objections and Amended Responses (Nos. 3, 6, & 13), Second Supplemental Response (No. 5), and Supplemental Response (No. 12) to Activision's First Set of Interrogatories, dated December 1, 2024, which my office received on or about December 2, 2024.

Mitchell
Silberberg &
Knupp LLP

**DECLARATION OF MARC E. MAYER**

**Hearing Transcript**

30.    Attached hereto as **Exhibit 34** is a true and correct copy of excerpts of
the hearing transcript from the October 29, 2024, discovery hearing before
Magistrate Judge Jacqueline Chooljian, which transcript was provided to my office
by the Court reporter.

**Deposition Testimony**

31.    On December 3, 2024, I took the deposition of Jay Westerdal, co-
owner of WZLLC.  Attached hereto as **Exhibit 35** is a true and correct copy of
excerpts of Mr. Westerdal's deposition testimony, which was provided to me by
the Court reporter.

32.    On December 4 and 5, 2024, I took the deposition of Randy Ficker,
co-owner of WZLLC.  Attached hereto as **Exhibit 36** is a true and correct copy of
excerpts of Mr. Ficker's deposition testimony, which was provided to me by the
Court reporter, and which is provided in two volumes.

33.    Attached hereto as **Exhibits 37** through **77** are copies of exhibits (or
excerpts of exhibits) marked at the depositions of Mr. Westerdal and/or Mr. Ficker,
as follows:

| **Mayer Decl. Ex. No.** | **Ficker/Westerdal Ex.** | **Description** |
| --- | --- | --- |
| **37** | 8 | Operating Agreement, WZ015031-46 |
| **38** | 10 | Text Message, WZ023306-15 |
| **39** | 13 | Email correspondence, WZ09636-40 |
| **40** | 14 | Twitter/X.com search results for #Warzone, "halo" (excerpt) |
| **41** | 15 | WarLight Blog Post |
| **42** | 17 | Warzone Blog Post |
| **43** | 18 | Google Play Store Search |

Mitchell
Silberberg &
Knupp LLP

8

**DECLARATION OF MARC E. MAYER**

| Mayer Decl. Ex. No. | Ficker/Westerdal Ex. | Description |
|---|---|---|
| **44** | 19 | Facebook post by "Warzone: Clash of Generals" |
| **45** | 20 | Facebook post by "Warzone: Clash of Generals" |
| **46** | 21 | Y8.com Page re "Warzone" Game |
| **47** | 22 | Y8.com Page re "Warzone Mercenaries" Game |
| **48** | | *INTENTIONALLY OMITTED* |
| **49** | 24 | Warzone revenue/account information |
| **50** | 38 | Photos of WWF Warzone |
| **51** | 39 | App Store page from 2018 |
| **52** | 40 | Communications from Apple App Store |
| **53** | 41 | Message from Google Play Developer Console, 11/14/17 (WZ015159-60) |
| **54** | 42 | Collection of emails from Google Play Developer Console to Randy Ficker (Various Bates Ranges) |
| **55** | 43 | Email correspondence from Hasbro (WZ022720-22) |
| **56** | 44 | Email correspondence from Hasbro (WZ022723-29) |
| **57** | 45 | Printout of search results from Steam Platform |
| **58** | 46 | Printout of "WARZONE" store page from Steam Platform |

Mitchell Silberberg & Knupp LLP

**DECLARATION OF MARC E. MAYER**

| Mayer Decl. Ex. No. | Ficker/Westerdal Ex. | Description |
|---|---|---|
| **59** | 47 | Printout of Facebook post from "WarzoneRisk" |
| **60** | 49 | Text messages (WZ023348-51) |
| **61** | 51 | Email correspondence (WZ006128-34) |
| **62** | 52 | Archived pages of Warzone.com website |
| **63** | 53 | Archived pages of Warzone.com website |
| **64** | 57 | Facebook post for "Idle Warzone" |
| **65** | 58 | App Store page for "Idle Warzone" |
| **66** | 60 | 2017 Tax Return (WZ004998-5011) [Excerpts provided] |
| **67** | 61 | 2018 Tax Return (WZ005012-5026) [Excerpts provided] |
| **68** | 62 | 2019 Tax Return (WZ005027-5043) [Excerpts provided] |
| **69** | 63 | 2020 Tax Return (WZ005044-5057) [Excerpts provided] |
| **70** | 65 | Email correspondence (WZ016387-16392) |
| **71** | 72 | Email correspondence (WZ011355) |
| **72** | 73 | Email string, top email dated January 21, 2024, to Eddy Coleman (WZ000019-20) |
| **73** | 75 | App Store Page for Warzone-Turn Based Strategy |
| **74** | 76 | Letter dated November 20, 2020, to Scott J. Major from Derek Newman |

**DECLARATION OF MARC E. MAYER**

Mitchell Silberberg & Knupp LLP

| **Mayer Decl. Ex. No.** | **Ficker/Westerdal Ex.** | **Description** |
|---|---|---|
| **75** | 77 | Letter dated February 16, 2021, to Derek Newman from Scott J. Major |
| **76** | 78 | Letter dated March 4, 2021, from Scott J. Major to Derek Newman |
| **77** | 80 | YouTube page re Warzone VR |

34.     On December 16, 2024, WZLLC took the deposition of Chris Plummer, Senior Vice President of Mobile and Head of Mobile at Activision. Attached hereto as **Exhibit 78** is a true and correct copy of excerpts of Mr. Plummer's deposition testimony, which was provided to me by the Court reporter.

35.     On December 11, 2024, WZLLC took the deposition of Matt Kliszewski, Vice President, Leagues Administration, Activision Blizzard Esports Leagues.  Attached hereto as **Exhibit 79** is a true and correct copy of excerpts of Mr. Kliszewski's deposition testimony, which was provided to me by the Court reporter.

36.     On December 19, 2024, WZLLC took the deposition of Matthew Cox, Senior Vice President, General Manager, *Call of Duty*.  Attached hereto as **Exhibit 80** is a true and correct copy of excerpts of Mr. Cox's deposition testimony, which was provided to me by the Court reporter.

37.     Attached hereto as **Exhibit 81** is a true and correct copy of documents produced by WZLLC in this action bearing various Bates numbers, provided in Bates-number order.

38.     On December 13, 2024, WZLLC took the deposition of Carolyn Wang, Vice President, Head of Brand Development at Treyarch Studios. Attached hereto as **Exhibit 82** is a true and correct copy of excerpts of Ms. Wang's

Mitchell
Silberberg &
Knupp LLP

11

1    deposition testimony, which was provided to me by the Court reporter.

2

3

4                    **Expert Reports Produced by WZLLC**

5          39.    Attached hereto as **Exhibit 83** is a true and correct copy of the expert

6    report of Bo Geddes, which report WZLLC provided to my office on January 17,

7    2025.

8          40.    Attached hereto as **Exhibit 84** is a true and correct copy of excerpts of

9    the expert report of Christian Tregillis, which report WZLLC provided to my

10   office on January 17, 2025.

11         41.    Attached hereto as **Exhibit 85** is a true and correct copy of excerpts of

12   the rebuttal expert report of Bo Geddes, which report WZLLC provided to my

13   office on January 31, 2025.

14

15              **Analysis of "Misdirected" Emails from WZLLC**

16         42.    During the course of this litigation, WZLLC produced emails it

17   erroneously received over a four-year period from *CODWZ* players reporting bugs

18   to Activision or requesting customer support from Activision.  *See* Exh. 81

19   (WZ011349, WZ011478, WZ0011557, WZ011574).

20         43.    Many of the individual emails were produced multiple times and in

21   different forms.

22         44.    Under my direction and supervision, a research analyst at my firm de-

23   duplicated and organized these emails to determine that all of the emails came

24   from a total of 199 unique individuals.

25

26                                **Twitch**

27         45.    Attached hereto as **Exhibit 86** is a true and correct copy of a screen

28   capture of the website located at the URL https://www.twitch.tv/fizzerwl, which

Mitchell
Silberberg &
Knupp LLP

                                     12

depicts Ficker's Twitch page, and which was taken by a member of my office at my direction and with my supervision on February 12, 2025.

### Third Party Games with "Warzone" in Their Titles

46.    During the course of this litigation, my colleagues and I have conducted research into the existence of other third-party games whose title is "Warzone" or includes the word "Warzone."  We have identified more than 50 such games.

47.    A list of certain of these third party games, along with the corresponding exhibit reflecting these games and their release dates, is as follows:

| Mayer Decl. Ex. No. | Title | Developer | Date | Platform |
|---|---|---|---|---|
| 87 | Warzone | Paradox Software | 1986 | Atari |
| 88 | War Zone | Core Design | 1991 | Amiga / Atari |
| 89 | WWF Warzone | Acclaim Entertainment | 1998 | PlayStation ("PS") |
| 90 | Warzone | Ben Librojo | 1999 | PC (browser) |
| 91 | Warzone 2 | Ben Librojo | 1999 | PC (browser) |
| 92 | Warzone 2100 | Pumpkin Studios / Eidos Interactive | 1999/2012 | PC, PS, Mac, Linux |
| 93 | The Seed: Warzone | Artdink/Midas Interactive | 2001/2012 | PS2/PS3 |
| 94 | Warzone 3 / Warzone 3: WWII Edition | Ben Librojo | 2003/2005 | PC (browser) |

**DECLARATION OF MARC E. MAYER**

Mitchell
Silberberg &
Knupp LLP

| Mayer Decl. Ex. No. | Title | Developer | Date | Platform |
|---|---|---|---|---|
| 95 | Gears of War 2 (mode) | Epic Games, Inc. | 2008 | Xbox |
| 96 | Gears of War 3 – Warzone (mode) | Microsoft Studios | 2011 | Xbox |
| 97 | Warzone | Playkot Ltd. | 2011 | PC (browser) |
| 98 | Anomaly: Warzone Earth | 11 Bit Studios | 2011/2013 (HD) | PC, Android, iOS |
| 99 | Anomaly Warzone Earth Mobile Campaign | 11 Bit Studios | 2013 | PC, Android, iOS |
| 100 | Military Tank Artillery: Warzone Missile Fight Defense | Martinternet Inc. | 2013 | Android |
| 101 | Modern Warzone | Gigadev | 2013 | Android |
| 102 | Paintball War Zone | Martinternet Inc. | 2013 | Android |
| 103 | Army War Zone Sliced Territory | Infinite Dream Factory | 2014 | Android |
| 104 | Tank Warzone | Fevergame | 2014 | Android |
| 105 | Assault Ops: Warzone | Rendercode Games | 2015 | Xbox |

Mitchell
Silberberg &
Knupp LLP

14

**DECLARATION OF MARC E. MAYER**

| Mayer Decl. Ex. No. | Title | Developer | Date | Platform |
|---|---|---|---|---|
| **106** | Gears of War: Ultimate Edition – Warzone (mode) | Microsoft Studios | 2015 | Xbox |
| **107** | Ghost Commando War Zone 3D | PlayLand 3D Games Studio | 2015 | Android |
| **108** | Halo 5: Guardians – Warzone | Microsoft Studios | 2015 | Xbox |
| **109** | Warzone! Emergency Landing | Reludo | 2015 | iOS |
| **110** | Halo 5 Warzone Firefight | Microsoft Studios | 2016 | Xbox |
| **111** | IGI War Zone | Knocks solutions | 2016 | Android |
| **112** | Speed Car: WW Warzone | Gameadu | 2016 | Android |
| **113** | Epic Military Warzone | Iron Craft Games | 2017 | Android |
| **114** | EVE: Valkyrie - Warzone | CCP Games | 2017 | PC, PS4 |
| **115** | War Zone | Kim Fom | 2017 | Android |
| **116** | Warzone | KEA Games | 2017 | PC |

Mitchell
Silberberg &
Knupp LLP

15

**DECLARATION OF MARC E. MAYER**

| Mayer Decl. Ex. No. | Title | Developer | Date | Platform |
|---|---|---|---|---|
| **117** | Warzone Mercenaries | Y8 / others | 2017 | PC (browser) |
| **118** | Warzone: Clash of Generals | Stratosphere Games | 2017 | Android, iOS |
| **119** | WarZone Flashpoint | Dust Storm Entertainment | 2018 | PC |
| **120** | Warzone | Y8 | 2018 | |
| **121** | Warzone Online MP | Y8, others | 2018 | PC (browser) |
| **122** | Warzone Pacific | Far Away Assembly | 2018 | Android |
| **123** | Warzones | Y8 Studio | 2018 | PC (browser) |
| **124** | WWII Warzone | Y8 Studio | 2018 | PC (browser) |
| **125** | War Zone | Pogames.in | 2018 | Android |
| **126** | Army Warzone Action 3D | Purple Pillow Games | 2019 | Android |
| **127** | Battle Royale Warzone | RedZone Studios LLC | 2019 | iOS, Android |
| **128** | Crossfire: Warzone | JoyCity Corp. | 2019 | Android |
| **129** | No Rule Warzone | 刘定军 | 2019 | Android, iOS |
| **130** | Warzone Escape | Kevin Noten | 2019 | Android |
| **131** | Warzone Quest | Hudio Hidden Object Games | 2019 | Android |

DECLARATION OF MARC E. MAYER

Mitchell Silberberg & Knupp LLP

| Mayer Decl. Ex. No. | Title | Developer | Date | Platform |
|---|---|---|---|---|
| 132 | Warzone VR | Sinn Studio | 2019 | PC, PS4 |
| 133 | Warzone World | Voidkiller Studios | 2019 | Android |
| 134 | Zombie Warzone | GamesEntity | 2019 | Google Play |
| 135 | Galaxy Warzone | Deucetek LLC | 2020 | iOS, Android |
| 136 | Idle Warzone 3d | Virede | 2020 | iOS, Android |
| 137 | Rio Warzone | A3d Studio | 2020 | PC |
| 138 | WarZone Clash of Kingdom | Binda zone | 2020 | Android |
| 139 | Warzone Shooting: Combat Strike | Game Monk Studio | 2020 | Google Play |
| 140 | Alien Plane 1942 Warzone | RL Technology, LLC | 2021 | iOS |
| 141 | Beast Warzone | Play4More | 2021 | Android |
| 142 | Warzone-X | David Seba | 2021 | PC |
| 143 | FPS Warzone Shooting | JB Technologies | 2022 | iOS |
| 144 | Warzone Getaway | Avani Games Studio Developer | 2022 | Android |
| 145 | Warzone Medic | Runelorde Game Studio | 2023 | Android |
| 146 | Warzone Tycoon | Casual Games for Fun | 2023 | Android |

Mitchell Silberberg & Knupp LLP

DECLARATION OF MARC E. MAYER

48.     Each document in **Exhibits 87** through **146** above h been authenticated either through the Declaration of Lindsay R. Edelstein, submitted contemporaneously with this Declaration and/or introduced via deposition exhibits referenced above in ¶ 33.

## Photographs of Physical Products

49.     Attached hereto as **Exhibit 147** is a true and correct copy of a photograph that I took of the PlayStation video game *WWF: Warzone*™.  I obtained a copy of the video game from Amazon.com and am prepared to lodge a copy upon the Court's request.

## U.S. Patent and Trademark Office Documents

50.     Attached hereto as **Exhibit 148** are copies of Notices of Allowance for EVE: VALKYRIE – WARZONE trademark applications (Ser. Nos. 87/512,215, 87/512,201), issued on May 1, 2018 by the U.S. Patent and Trademark Office, which each indicate that "[n]o opposition was filed for this published application."

## Reviews of *Warzone Classic* and *Warzone Idle* apps

51.     Attached hereto as **Exhibit 149** are true and correct copies of screen captures of all of the reviews on the Apple App Store for the *Warzone Classic* and *Warzone Idle* apps.  This exhibit was prepared by a member of my office at my direction and with my supervision.

52.     Attached hereto as **Exhibit 150** are true and correct copies of screen captures of all of the reviews on the Google Play Store for the *Warzone Classic* and *Warzone Idle* apps, which were prepared by a member of my office at my direction and with my supervision.

Mitchell
Silberberg &
Knupp LLP

**DECLARATION OF MARC E. MAYER**

## Review of WZLLC's Discovery

53.    I am familiar with and have reviewed all of the documents that WZLLC produced in this action, as well as all written discovery and deposition testimony proffered by WZLLC in this action.  Based on my review of WZLLC's document productions, written discovery, and deposition testimony, I can attest to the following:

    a.  WZLLC has not provided evidence of any future plans or intent to develop a first-person shooter game.

    b.  WZLLC has not provided evidence of any future plans to make its games available for consoles or on PC gaming platforms.  To the contrary, when Ficker was asked whether *Warzone* was coming to steam, he responded "Nope!"  *See* Ex. 42, at p. 8.

    c.  WZLLC has not provided evidence that any significant portion of the video game consuming public ever associated the word *Warzone* exclusively with its goods or services.

    d.  WZLLC has not provided evidence that it ever lost a customer or prospective customer because of *CODWZ*.

    e.  WZLLC has not provided evidence that it ever lost a customer or prospective customer because of *CODWZ*.

    f.  WZLLC has not provided evidence that any person mistakenly believed that WZLLC's games were created by or associated with Activision.

    g.  WZLLC has not provided evidence that players of *CODWZ* play WZLLC's games, or vice versa.

    h.  WZLLC has not identified any actual or potential customer who failed or refused to do business with WZLLC due to a mistaken belief that Activision was the source of or affiliated with WZLLC's games.

Mitchell Silberberg & Knupp LLP

**DECLARATION OF MARC E. MAYER**

i.  WZLLC has not identified any actual or potential business partner who failed or refused to do business with WZLLC due to a mistaken belief that Activision was the source of or affiliated with WZLLC's games.

**Additional Documents**

54.     On February 11, 2025, I took the deposition of WZLLC's expert Bo Geddes.  Attached hereto as **Exhibit 151** is a true and correct copy of excerpts of Mr. Geddes' deposition testimony, which was provided to me by the Court reporter.

55.     Attached hereto as **Exhibit 152** is a true and correct copy of a screen capture of the Google results page for a search of the term "warzone strategy game," which was captured by a member of my office at my direction and under my supervision on February 12, 2025.

56.     Attached hereto as **Exhibit 153** is a true and correct copy of excerpts of WZLLC's Amended and Objections to Activision's First Set of Interrogatories (No. 14), which my office received on or about November 12, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of February, 2025, in Los Angeles, California.

*/s/ Marc E. Mayer*
MARC E. MAYER

Mitchell
Silberberg &
Knupp LLP

20

**DECLARATION OF MARC E. MAYER**

Manually Lodged with Court on
USB Flash Drive

# EXHIBIT 1

Manually Lodged with Court on
USB Flash Drive

# EXHIBIT 2

Manually Lodged with Court on
USB Flash Drive

# EXHIBIT 3

Manually Lodged with Court on
USB Flash Drive

# EXHIBIT 4

Manually Lodged with Court on
USB Flash Drive

# EXHIBIT 5

Manually Lodged with Court on
USB Flash Drive

# EXHIBIT 6

# EXHIBIT 7



# EXHIBIT 8



# EXHIBIT 9

CountZero826
**ULTIMATE**

9

 warzone

# Search results for "warzone"

🏠 Home

Game Pass

My Library

☁ Cloud Gaming

Store

Installed (5)  ⌄

 **Call of Duty®**
Ⓖ 15/3000

**Diablo® IV PC**
Update required

 **Indiana Jones and the Great Circle**
Ⓖ 320/1000

 **S.T.A.L.K.E.R. 2: Heart of Chornobyl -...**
Ⓖ 25/1000

 **Starfield**
Ⓖ 90/1200

## Games

‹  ›



🎁 Bundle

**Call of Duty®: Warzon...**
Activision Publishing Inc.

Free+



**Call of Duty®**
Activision Publishing Inc.

⊘ Installed



**World War Z**
Saber Interactive Inc.

⬇ Install Now



**War Tanks: Online Tan...**
XDEVS LIMITED

Free+

## Add-ons

‹  ›



⊞ Add-On

**2,400 Black Ops 6 or C...**
~~$19.99~~ $17.99

🎫 with Game Pass



⊞ Add-On

**1,100 Black Ops 6 or C...**
~~$9.99~~ $8.99

🎫 with Game Pass



⊞ Add-On

**Call of Duty®: Warzon...**
Activision Publishing Inc.

View details



⊞ Add-On

**World War Z - Raven...**
~~$4.99~~ $4.49

🎫 with Game Pass

## Subscriptions

‹  ›





⬇ **Show Queue**
Manage recent installations

**Friends (2)**
● 1 unread chat    ⬈    32   ⌃

# EXHIBIT 10

 CountZero826 **ULTIMATE**  

 Home

Game Pass

My Library

Cloud Gaming

Store

**Installed (7)**

 Call of Duty®
🅖 15/3000

 Diablo® IV PC
Update required

 Indiana Jones and the Great Circle
🅖 320/1000

 League of Legends
Update required

 S.T.A.L.K.E.R. 2: Heart of Chornobyl -...
🅖 25/1000

 Starfield
🅖 90/1200

 Teamfight Tactics
Update required

🔍 warzone

# Call of Duty®: Warzone™



😊 1 friend plays this          🖥 Performance check not available yet

🎁 This item is a bundle

Welcome to Call of Duty®: Warzone™, the massive free-to-play combat arena. Experience thrilling modes & new gameplay features in Area 99, Urzikstan and Rebirth Island.

**1 of 5 editions**

| PLAY | GET Free | ... |

   

**MATURE 17+**
Blood and Gore, Use of Drugs, Strong Language, Intense Violence

Users Interact, In-Game Purchases

+ Offers in-app purchases.
Administrator approval required for installation.
Cloud enabled game while in Xbox Game Pass Ultimate.
Learn more 🔗
Publishers of games you launch receive access to your Xbox profile information and associated data while you play.
Learn more 🔗

DETAILS          REVIEWS          MORE

## Included in this bundle



 CONTENT PACK 4

**Call of Duty®**
Activision Publishing Inc.
✓ Installed

**Call of Duty®: Warzon...**
Activision Publishing Inc.
View details

## Compare editions





Show Queue
Manage recent installations

Friends (1)
● 1 unread chat          34

# EXHIBIT 11





Overview

Details

Call of Duty®: Warzone™

## About

**Published by**
Activision Publishing Inc.

**Release date**
11/14/2022

**Category**
Shooter

**Age rating**
MATURE 17+
For ages 17 and up

**Size for this device**
About 87.90 GB

**FRANCHISE**
Show more from the Call of Duty franchise

## Description

Welcome to Call of Duty®: Warzone™, the massive free-to-play combat arena. Experience thrilling modes & new gameplay features in Area 99, Urzikstan and Rebirth Island.

Turn the Heat Up
Welcome to Area 99. This fast-paced and frenetic Resurgence map is ready for nuclear-powered action.

Prepare to take the battle to a massive metropolis in Urzikstan, the Battle Royale map.

Or jump into the fan favorite Resurgence map,

## Technical capab

OPTIMIZED FOR XBOX SERIES

SMART DELIVERY

CONSOLE KEYBOARD & MOUS

4K ULTRA HD

HDR10

60 FPS+

VIEW ALL 8

Screenshots

Ratings and reviews

XBOX SERIES X|S    XBOX ONE    PC

**37**







# EXHIBIT 12









# EXHIBIT 13

3:32

< Search



# Call of Duty®: Warzone™ Mobile

Authentic COD Action on Mo...

**Get**    In-App Purchases



| 322K RATINGS | AWARDS | AGE | CHA |
|---|---|---|---|
| 4.7 ★★★★★ | Editors' Choice Apps | 17+ Years Old | #1 Acti |



MORE **REAL PLAYERS**

📱 📲 iPhone, iPad ⌄

Welcome to Call of Duty: Warzone Mobile, Season 2!
Dive into high-octane  FPS action with Call of  **more**

Activision Publishing, Inc.    >
Developer



 Search



In-App Purchases

**Get**

# ⚜ Editors' Choice ⚜

Be the last player standing in this incredible mobile take on the blockbuster battle royale, which goes above and beyond with deep customizability and cutting-edge graphics.

## Ratings & Reviews ›

# 4.7



**322K Ratings**

### Most Helpful Reviews

#### Wont let me load in

★★★★★  Jan 21 · DeScorpian

I don't know if im the only one with this issue but Im having a problem loading up the game. Beforehand I used to load in fine since MW3 and 2 was integrated in Warzone mobile, but I boot up the game now I get a bug where Im stuck on "waiting for cloud st...

## What's New ›

Version 4.2.0                                   1w ago

 Today

Games

Apps

Arcade

 Search

48

 Search



In-App Purchases    **Get**

## What's New

Version 4.2.0                                    1w ago

Call of Duty: Warzone Mobile delivers on immersive Call of Duty gameplay technology, featuring Omnimovement.                  more

## App Privacy 〉

The developer, **Activision Publishing, Inc.**, indicated that the app's privacy practices may include handling of data as described below. For more information, see the developer's privacy policy.



### Data Used to Track You

The following data may be used to track you across apps and websites owned by other companies:

ⓘ Contact Info                    Identifiers

▮▮▮ Usage Data



### Data Linked to You

Today    Games    Apps    Arcade    Search

⚙ Diagnostics

Privacy practices may vary, for example, based on the features you use or your age. Learn More

# Information

| | |
|---|---|
| Seller | Activision Publishing, Inc. |
| Size | 3.97 GB |
| Category | Action |
| Compatibility | Works on this iPhone ⌄ |
| Languages | English and 13 more ⌄ |
| Age Rating | 17+ ⌄ |
| In-App Purchases | Yes ⌄ |
| Copyright | © 2024 Activision Publishing, Inc. |

Developer Website

Privacy Policy

3:32

 Search



In-App Purchases    **Get**

---

# Supports



## Game Controllers

Play with a compatible controller, such as a PlayStation, Xbox, or MFi controller.

Learn More

# Featured In



GAMES WE LOVE
Drop In, Soldier!



GET STARTED
5 Quick Tips for Cal
Warzone Mobile

# More by Activision Publishing, Inc. >



## Call of Duty®: Mobile
Play Intense FPS Multiplayer

**Get**

In-App Purchases

# You Might Also Like >

 Today     Games     Apps     Arcade     Search







GAMES WE LOVE

Drop In, Soldier!

GET STARTED

5 Quick Tips for Cal
Warzone Mobile

# More by Activision Publishing, Inc. ›

 **Call of Duty®: Mobile**
Play Intense FPS Multiplayer    **Get**
In-App Purchases

# You Might Also Like ›

 Warhammer 40,000: Ta...
Turn-based tactical battle RPG    **Get**
Ad    In-App Purchases

 **Combat Master Mobile**
NEXT-GEN GUNFIGHT    **Get**
In-App Purchases

 **HeadOn - Body Cam Shooter Game**
Action    **Get**
In-App Purchases

Today    Games    Apps    Arcade    **Search**

# EXHIBIT 14

11:21

< Search



# Warzone - turn based strategy

Thousands of maps

**Get**    In-App Purchases

| 1.5K RATINGS | AGE | CATEGORY | DEVEL |
|---|---|---|---|
| **4.8** ★★★★★ | **4+** Years Old | ⚗ Strategy | Randy |





| Today | Games | Apps | Arcade | Search |
|---|---|---|---|---|



Attack or Transfer

Quebec
8 armies

Eastern United State
2 armies

0  1  2  3  4  5  6  7    7  armie

Analyze    Cancel    Okay

Game ^        Chat ^

30
565
564  572  +320
3  4
40
2
1

Game ^        Chat ^

📱 🖥 iPhone and iPad Apps ⌄

If you like Hasbro's RISK® game, you'll love Warzone!
• No pay-to-win: All games are equally fair fo   more

**Randy Ficker**
Developer                                              ›

# Ratings & Reviews                     See All

## 4.8
out of 5

★★★★★
★★★★
★★★
★★
★

1.5K Ratings

**Addicting Gameplay with an Outd...**   Aug 20
★★★★★                                    Kyle Tim

Don't judge a book by its cover. The

Today    Games    Apps    Arcade    Search

## Ratings & Reviews

See All

# 4.8
out of 5

★★★★★
★★★★
★★★
★★
★

1.5K Ratings

**Addicting Gameplay with an Outd...**    Aug 20

★★★★★    Kyle Tim

Don't judge a book by its cover. The interface may look like it jumped out of the 90s, but the gameplay is perfection. The concepts are simple, but the permutations are endless. I've enjoyed every moment playing this game. Grab this. You won't regret it.

## What's New

Version History

Version 5.32.0    3w ago

- Added the ability for mods to create custom cards.
- When watching a turn play out, the cards y    more

## App Privacy

See Details

The developer, **Randy Ficker**, indicated that the app's privacy practices may include handling of data as described below. For more information, see the developer's privacy policy.

 
# App Privacy

See Details

The developer, **Randy Ficker**, indicated that the app's privacy practices may include handling of data as described below. For more information, see the developer's privacy policy.



## Data Linked to You

The following data may be collected and linked to your identity:

ⓘ  Contact Info

Privacy practices may vary, for example, based on the features you use or your age. Learn More

# Information

| | |
|---|---|
| Seller | Randy Ficker |
| Size | 339.5 MB |
| Category | Strategy |
| Compatibility | Works on this iPhone ⌄ |
| Languages | English |

 

# Information

| | |
|---|---|
| Seller | Randy Ficker |
| Size | 339.5 MB |
| Category | Strategy |
| Compatibility | Works on this iPhone ⌄ |
| Languages | English |
| Age Rating | 4+ ⌄ |
| In-App Purchases | Yes ⌄ |
| Copyright | © Warzone.com, LLC. |

Developer Website 🧭

Privacy Policy ✋

## More by Randy Ficker                    See All

 Warzone Idle
Conquer the world while asleep          **Get**
In-App Purchases

 Today    Games    Apps    Arcade    Search

 
| Age Rating | 4+ ⌄ |
| --- | --- |
| In-App Purchases | Yes ⌄ |
| Copyright | © Warzone.com, LLC. |

Developer Website 

Privacy Policy ✋

## More by Randy Ficker
See All

 **Warzone Idle**
Conquer the world while asleep

Get
In-App Purchases

## You Might Also Like
See All

 **Savage Survival: Jurass...**
March Beyond the Wilds
Ad

Get
In-App Purchases

 **World Conquest: War & Strategy**
Conquer the World now!

Get

 **Age of Conquest IV**
Strategy Game

Get
In-App Purchases

    

# EXHIBIT 15

‹ Search

# Warzone Idle

Randy Ficker

**Get** | In-App Purchases

| 145 RATINGS | AGE | CATEGORY | DEVE |
|---|---|---|---|
| 4.7 ⭐⭐⭐⭐⭐ | 4+ Years Old | 🎵 Strategy | Randy |



Final Earth

₩2.5K (14/sec)
₳851 (7/sec)

ARCTIC OCEAN

Conquer the world while you sleep!



Tutorial

Atlantic Ocean

Atlantic Oce...

Army Car...
1 upgrade ava...

Gislic | L1 | Upgra... ₩200

< Search

In-App Purchases

Get



52  105   3

# Conquer the world while you sleep!

25

17        11

Army Car
1 upgrade ava

Gislic        L1      Upgra
                      ₩200

📱  💻  iPhone and iPad Apps                         ⌄

Conquer the world while you sleep!  Warzone Idle is an innovative incremental game that puts you in charge of an empire.  As you use your armies   more

**Randy Ficker**
Developer                                              >

# Ratings & Reviews                    See All

# 4.7
out of 5

★★★★★
★★★★
★★★
★★
★

145 Ratings



**Lots of fun when you want to chill.**   4y ago
★★★★★                        thisisdanjones

I love the Warzone app, but there's plenty of time when I'm waiting on others to make

    


# Ratings & Reviews

See All

## 4.7
out of 5



145 Ratings

---

**Lots of fun when you want to chill.**  4y ago

★★★★★  thisisdanjones

I love the Warzone app, but there's plenty of time when I'm waiting on others to make their move. This is a fun game that takes thought and strategy, but is less difficult and easier to pick up.

I've only played the single player parts  more

---

# What's New

Version History

Version 5.32.0  2w ago

- The "un-dug dig sites" dialog now shows the best possible rarity of artifact that can be found at each dig site.

more

---

# App Privacy

See Details

The developer, **Randy Ficker**, indicated that the app's privacy practices may include handling of data as described below. For more information, see the developer's privacy policy.

    


# App Privacy

See Details

The developer, **Randy Ficker**, indicated that the app's privacy practices may include handling of data as described below. For more information, see the developer's privacy policy.



## Data Linked to You

The following data may be collected and linked to your identity:

 Contact Info

Privacy practices may vary, for example, based on the features you use or your age. Learn More

# Information

| | |
|---|---|
| Seller | Randy Ficker |
| Size | 331.7 MB |
| Category | Strategy |
| Compatibility | Works on this iPhone ⌄ |
| Languages | English |

    


# Information

| | |
|---|---|
| Seller | Randy Ficker |
| Size | 331.7 MB |
| Category | Strategy |
| Compatibility | Works on this iPhone ⌄ |
| Languages | English |
| Age Rating | 4+ ⌄ |
| In-App Purchases | Yes ⌄ |
| Copyright | © 2023 Warzone.com, LLC. |

Developer Website    

Privacy Policy    

## More by Randy Ficker    See All

 Warzone - turn based strategy
Thousands of maps    **Get**
In-App Purchases

    


| Age Rating | 4+ ⌄ |
| --- | --- |
| In-App Purchases | Yes ⌄ |
| Copyright | © 2023 Warzone.com, LLC. |

Developer Website

Privacy Policy

## More by Randy Ficker

See All



**Warzone - turn based strategy**

Thousands of maps

**Get**

In-App Purchases

## You Might Also Like

See All



**Critical - Incremental Reactor**

Incremental Reactor Manage...

**Get**

In-App Purchases



**Kittens Game**

Strategy

**$2.99**



**Idle Collector: Bouncer Ball**

Incremental Bouncing Ball

**Get**

In-App Purchases

# EXHIBIT 16

**Page Vault**

| | |
|---|---|
| Document title: | Call of Duty®: Warzone™ Mobile - Apps on Google Play |
| Capture URL: | https://play.google.com/store/apps/details?id=com.activision.callofduty.warzone&hl=en_US |
| Page loaded at (UTC): | Thu, 13 Feb 2025 22:51:23 GMT |
| Capture timestamp (UTC): | Thu, 13 Feb 2025 22:53:13 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 4 |
| Capture ID: | 6wiu3n8RHz1ZQnwYPPCHec |
| Display Name: | cbg |

Google Play



# Call of Duty®: Warzone™ Mobile

**Activision Publishing, Inc.**
In-app purchases

| | 4.0★ | 10M+ | ᴹ |
|---|---|---|---|
| | 638K reviews | Downloads | Mature 17+ ⓘ |

[ Install ]    ⤳ Share    ♡ Add to wishlist    [ ▷ Trailer ]




›

## About this game →

Dive into high-octane FPS action with Call of Duty®: Warzone™ Mobile. Experience real Call of Duty action with exhilarating PvP Battle Royale and FPS Multiplayer gameplay, featuring Call of Duty: Warzone style combat and weapons with real graphics. Squad up for PvP battles, and fight to win in this Battle Royale mobile game!

Explore competitive gameplay within the iconic Call of Duty maps, Rebirth Island, Shipment, Shoot House, a...

**Updated on**
Jan 24, 2025

[ Action ]  [ Shooter ]  [ Tactical shooter ]  [ Multiplayer ]  [ Competitive multiplayer ]
[ Single player ]  [ Realistic ]  [ Weapons ]  [ Gun ]

## Events & offers

## App support ⌄

## Similar games →


**Warface GO: FPS shooting games**
Innova Solutions FZ-LLC
4.3 ★


**Lost Light: Weapon Skin Treat**
Exptional Global
4.5 ★


**GTA: San Andreas – NETFLIX**
Netflix, Inc.
3.6 ★


**Modern Strike Online: War Game**
Azur Interactive Games Limited
4.6 ★


**Call of Duty: Mobile Season 1**
Activision Publishing, Inc.
4.3 ★


**Infinity Ops: Cyberpunk FPS**
Azur Interactive Games Limited
4.6 ★



Action | ... | ... | Multiplayer | ... | ... | Multiplayer

Single player | Realistic | Weapons | Gun

Infinity Ops: Cyberpunk FPS
Azur Interactive Games Limited
4.6 ★

## Events & offers



Update available

Season 2 is here!

## Data safety →

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.



⤳ This app may share these data types with third parties
Personal info, Financial info and 2 others

☁ This app may collect these data types
Personal info, Financial info and 3 others

🔒 Data is encrypted in transit

🗑 You can request that data be deleted

See details

## Ratings and reviews →

Ratings and reviews are verified ⓘ

📱 Phone | 💻 Chromebook | 📱 Tablet



4.0
★★★★
624K reviews

5
4
3
2
1

SageBlu                                                      ⋮

★★★★ December 10, 2024

I had to rewrite my entire review. I don't see anyone else complaining about this, but I haven't played in a few months, but now that I've logged back in my load outs got removed the weapon customization menus are a mess and skins are a "returning feature"? They added Omni-movement, which is a step forward for mobile gaming and a slap in the face to Bo6. I play with a controller & motion controls. My experience is overall great in game, except when enemies go invisible at random:/

179 people found this review helpful

Did you find this helpful?    Yes    No

Dark Asylan                                                  ⋮

★★ December 12, 2024

While the game itself feels like playing the console titles to a tee, the graphics are lackluster, and sometimes

SageBlu

★★★★ December 10, 2024

I had to rewrite my entire review. I don't see anyone else complaining about this, but I haven't played in a few months, but now that I've logged back in my load outs got removed the weapon customization menus are a mess and skins are a "returning feature"? They added Omni-movement, which is a step forward for mobile gaming and a slap in the face to Bo6. I play with a controller & motion controls. My experience is overall great in game, except when enemies go invisible at random:/

179 people found this review helpful

Did you find this helpful?    Yes    No

Dark Asylan

★★ December 12, 2024

While the game itself feels like playing the console titles to a tee, the graphics are lackluster, and sometimes won't even load in properly. No matter what device you have, this game feels half-baked, and raw in the middle. If you're not using a controller, don't even bother downloading this unless you are a savant with touch controls. Honestly? Play cod mobile instead. There is more content in that game, and it won't strain your device to a rediculous level like this does. 2/10, it's a no go.

168 people found this review helpful

Did you find this helpful?    Yes    No

C    Craig Hardin

★ February 5, 2025

Yet again another major update and the game is still not worth playing. Still lags. Now won't let you use uavs anything like that when using a controller. That button no longer exists. You get stuck on load outs and can't move and end up dieing. Still run around a corner and get killed by someone that hasn't even loaded in on your screen till you die. At this point just give up with this game. You obviously don't know how to make a mobile game.

31 people found this review helpful

Did you find this helpful?    Yes    No

**See all reviews**

## What's new

Fight your way through the Battle Pass to unlock premium weapons, operators, and rewards. Check your six and drop back into the fight with your squad now!

⚑    Flag as inappropriate

**Google Play**                **Kids & family**

Play Pass                       Parent Guide

Play Points                     Family sharing

Gift cards

Redeem

Refund policy

Terms of Service    Privacy    About Google Play    Developers    Google Store          🇺🇸 United States (English (United States))

# EXHIBIT 17



Warzone.com, LLC.

# Warzone - turn based strategy



4.4 ★          1M+          E
2K reviews ⓘ   Downloads    Everyone ⓘ

**Install**          ⬚ Add to wishlist

Contains ads • In-app purchases

    

## About this game          →

Conquer the world! Play alone or with friends on thousands of maps.

Strategy    Wargame    Battling    Offline    Single player

Competitive multiplayer    Stylized

## Ratings and reviews          →

Ratings and reviews are verified and are from people who use the same type of device that you use ⓘ

# Ratings and reviews →

Ratings and reviews are verified and are from people who use the same type of device that you use ⓘ



## 4.4
★★★★½
2,796

| | |
|---|---|
| 5 | ▬▬▬▬▬▬▬▬▬▬ |
| 4 | ▬ |
| 3 | ▪ |
| 2 | ▪ |
| 1 | ▬▬ |

**Mobile Phone**                                              ⋮

★★★★★  7/8/22

Warzone is the best "risk" app with so many maps, mods and options! official "risk" app is full of nonsense that gets annoying, warzone is loaded with content! has much better AI, tournements and ranking. This gets 5 stars compared to the 2 stars i gave risk..warzone is what a digital versio...

2 people found this helpful

Was this review helpful?                         Yes    No

**Lamprinos Chatziioannou**                                   ⋮

★★★★★  8/30/24

I dont normally rate games. This one is simple yet challenging without distractions. Purely deterministic challenges and interesting competitive mode

1 person found this helpful

Was this review helpful?                         Yes    No

**A Google user**                                             ⋮

★★★★★  9/15/18

I used to play the board game Risk quite frequently, but this is so much better. Nothing relies on the throw of a dice and there are so many different maps to play... Absolutely brilliant if strategic games are your bag.



A Google user

★★★★★  9/15/18

I used to play the board game Risk quite frequently, but this is so much better. Nothing relies on the throw of a dice and there are so many different maps to play... Absolutely brilliant if strategic games are your bag.

14 people found this helpful

Was this review helpful?    Yes    No

Jerry Olson

★☆☆☆☆  5/30/23

Eclectic, all over the place game play styles, confusing as hell, wore out my patience, and wasted $10 :( Needs focus. LOTS of focus. Should be described as turn based style squirle! Seriously, figure out what kind of game this is supposed to be and just do that well.

Was this review helpful?    Yes    No

See all reviews

## More by Warzone.com, LLC.    →

Warzone Idle
Warzone.com, LLC. • Strategy • Wargame • Offline
4.0 ★    ⬇ 50K+

## Similar games    →

Exfil: Loot & Extract
8SEC Games • Action
4.3 ★    ⬇ 10K+









# Similar games



**Exfil: Loot & Extract**
8SEC Games • Action
4.3 ★    ⊡ 10K+



**Warbits+**
Risky Lab • Strategy • Tactics
⊡ 1K+    $4.99



**World Warfare:WW2 tactic game**
WISJOY ENTERTAINMENT HK • Strategy • Wargame • Casual
3.6 ★    ⊡ 500K+



**GUNS UP! Mobile War Strategy**
NHN Corp. • Strategy • Build & battle • Soldier
4.3 ★    ⊡ 1M+

# Data safety

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

No data shared with third parties
Learn more about how developers declare sharing

This app may collect these data types
Personal info

Data is encrypted in transit

Account deletion available
You can request to delete collected data

See details



### World Warfare:WW2 tactic game

WISJOY ENTERTAINMENT HK • Strategy • Wargame • Casual

3.6 ★    ⊡ 500K+



### GUNS UP! Mobile War Strategy

NHN Corp. • Strategy • Build & battle • Soldier

4.3 ★    ⊡ 1M+

## Data safety                                             →

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

⊰  **No data shared with third parties**
    <u>Learn more</u> about how developers declare sharing

☁  **This app may collect these data types**
    Personal info

🔒  **Data is encrypted in transit**

🗑  **Account deletion available**
    You can request to <u>delete collected data</u>

**See details**

## App support                                             ⌄

↩  Google Play refund policy

# EXHIBIT 18

Complete an entire
map to earn
advancements for
permanent upgrades

Warzone.com, LLC.

# Warzone Idle



**4.0** ★
51 reviews ⓘ

**50K+**
Downloads


**E**
Everyone ⓘ

Install        🔖 Add to wishlist                    ▶ Trailer

Contains ads • In-app purchases

     

## About this game                                    →

Conquer the world while you sleep in this innovative incremental game!

Strategy    Wargame    Offline    Single player    Stylized

## Ratings and reviews                                →

Ratings and reviews are verified and are from people who use the same type of device that you use ⓘ

11:06 AM

← 　　　　　　　　　　　　　　　　　　🔍　　⋮

# Ratings and reviews　　　　　　　　　　　　→

Ratings and reviews are verified and are from people who use the same type of device that you use ⓘ

## 4.0
★★★★☆
51

| 5 | ████████████████ |
| 4 | ██ |
| 3 | ████ |
| 2 | ██ |
| 1 | ███ |

**Robin Ingenthron**　　　　　　　　　　　　⋮

★★★★★  1/30/23

Some of these maps are extremely educational, especially the world and country maps with links to Wikipedia articles, and different time periods. The only downside is to be competitive you have to use it multiple times per day which probably isn't healthy. But if you keep it to twice a d...

1 person found this helpful

Was this review helpful?　　　　　　Yes　　No

**Josh Breindel**　　　　　　　　　　　　　⋮

★★★★★  1/2/23

Oddly addictive, especially for someone who doesn't usually care for idle games.

1 person found this helpful

Was this review helpful?　　　　　　Yes　　No

**Sam McArdle-Middleton**　　　　　　　　⋮

★★★★☆  3/23/21

I Really Like The Game But It Would Be Cool If U Could Add A Way To Friend People And Play With Them.

1 person found this helpful

← 🔍 ⋮

**S** Sam McArdle-Middleton ⋮

★★★★☆ 3/23/21

I Really Like The Game But It Would Be Cool If U Could Add A Way To Friend People And Play With Them.

1 person found this helpful

Was this review helpful?                    Yes    No

**L** Lee Coombes ⋮

★★★☆☆ 11/25/21

Nice game, but slow.... Very very slow.... I love the crafting to give bonuses, but towards the end of the game, I'm waiting days for enough from my mines for bars to make so i can make items.... Maybe there's a pay to win aspect I've not bothered to pay for??? Ive tried the pvp thing a few t...

3 people found this helpful

Was this review helpful?                    Yes    No

See all reviews

Sponsored · **Related to this app** ⋮

 Star Trek™ Fleet Command
Scopely • Strategy • 4X • Multiplayer
3.9★    ⬇ 10M+

 Myths of Moonrise
StarFortune • Role Playing • Match 3 RPG • Casual
4.2★    ⬇ 5M+

 Conflict of Nations: WW3
Dorado Games / DOG Productions Ltd • Strategy • Wargame • Multiplayer
4.4★    ⬇ 10M+

     



**Conflict of Nations: WW3**

Dorado Games / DOG Productions Ltd • Strategy • Wargame • Multiplayer

4.4 ★   10M+



**War and Peace: Civil War**

Erepublik Labs • Strategy • 4X • Multiplayer

4.3 ★   5M+

## More by Warzone.com, LLC.   →



**Warzone - turn based strategy**

Warzone.com, LLC. • Strategy • Wargame • Offline

4.4 ★   1M+

## Similar games   →



**Future Warfare: Mercenaries**

Capetown Games • Strategy

100K+



**World Warfare:WW2 tactic game**

WISJOY ENTERTAINMENT HK • Strategy • Wargame • Casual

3.6 ★   500K+



**Magic Attack**

Destruct Lab • Casual

4.2 ★   5K+



**Nordicandia: Semi Idle RPG**

Go Dreams • Role Playing • Idle RPG • Casual

3.9 ★   100K+

## Data safety   →

Safety starts with understanding how developers collect and share your data. Data privacy and












## Magic Attack
Destruct Lab • Casual
4.2 ★    ⬇ 5K+



## Nordicandia: Semi Idle RPG
Go Dreams • Role Playing • Idle RPG • Casual
3.9 ★    ⬇ 100K+

## Data safety    →

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

⦉    No data shared with third parties
Learn more about how developers declare sharing

☁    This app may collect these data types
Personal info and Device or other IDs

🔒    Data is encrypted in transit

🗑    Account deletion available
You can request to delete collected data

See details

## App support    ⌄

↩    Google Play refund policy

# EXHIBIT 19

**PageVault**

| | |
|---|---|
| Document title: | Warzone - Better than Hasbro's RISK® game - Play Online Free |
| Capture URL: | https://www.warzone.com/ |
| Page loaded at (UTC): | Wed, 12 Feb 2025 18:23:16 GMT |
| Capture timestamp (UTC): | Wed, 12 Feb 2025 18:24:04 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 2 |
| Capture ID: | nCz1ydCfsGgc9DTvpNCENF |
| Display Name: | whk |

Single Player    Multi Player    Community ▾    Help ▾    Sign In



If you like Hasbro's RISK® game, you'll love Warzone! Play alone or with friends.

RISK® is a registered trademark of Hasbro, Inc. Warzone is not affiliated with Hasbro.

Document title: Warzone - Better than Hasbro&#39;s RISK® game - Play Online Free
Capture URL: https://www.warzone.com/
Capture timestamp (UTC): Wed, 12 Feb 2025 18:24:04 GMT

**86**

Page 1 of 1

# EXHIBIT 20

**PageVault**

| | |
|---|---|
| Document title: | Game of Thrones Risk Online for Free - Warzone - Better than Hasbro's RISK® game - Play Online Free |
| Capture URL: | https://web.archive.org/web/20201001161856/https://www.warzone.com/ GameOfThronesRiskOnline |
| Page loaded at (UTC): | Sat, 16 Nov 2024 00:14:20 GMT |
| Capture timestamp (UTC): | Sat, 16 Nov 2024 00:14:21 GMT |
| Capture tool: | 3.1.1 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 2 |
| Capture ID: | bnzY86GzVEH28jBH1YTqJ3 |
| Display Name: | whk |

ATV028219



https://www.warzone.com/GameOfThronesRiskOnline

**WARZONE**

Single-Player ▾    Multi-Player ▾    Community ▾    Help ▾    Sign In

Game of Thrones is a popular TV show following the books named a "Song of Ice and Fire". But gamers be gaming! Several volunteer map makers on Warzone have created their own version of the map. The fictional continents Westeros and Essos have been made playable and countless hours of have been logged having fun playing with friends online. You can play any of these maps for free, you just need a free Warzone account and the will to win. The game of Warzone is a Risk-like game that is easy to learn but takes a lifetime to master. Here is a list of maps We have found so far.

We have 10 Risk maps inspired by Game of Thrones:

| Map name | Unlocks at level | Average rating (# of Raters) | Territories | Created |
|---|---|---|---|---|
| Game of Thrones Westeros Diplomacy | 1 | 4.2356 (174) | 351 | Oct 2014 |
| A Song of Westeros and the Free Cities | 1 | 4.410 (356) | 761 | Jun 2014 |
| Westeros Map (big) | 30 | 4.2284 (534) | 388 | Jun 2013 |
| Westeros and the Free Cities Small | 5 | 3.8285 (35) | 69 | Nov 2014 |
| Westeros | 21 | 3.570 (121) | 158 | Apr 2011 |
| Westeros (Very Small) | 5 | 3.3666 (30) | 71 | Jan 2015 |
| The Lands of Ice and Fire | 2 | 4.23 (511) | 526 | July 2013 |
| A Map of Ice and Fire | 35 | 3.9522 (314) | 307 | Nov 2011 |
| Ice and Fire (medium) | 1 | 3.8514 (101) | 244 | Sept 2013 |
| Game of Thrones - The Known World | 11 | | | Oct 2015 |

Contact | Terms of Service | About Warzone | Multiplayer Strategy Game | Skill Game

Document title: Game of Thrones Risk Online for Free - Warzone - Better than Hasbro&#39;s RISK® game - Play Online Free
Capture URL: https://web.archive.org/web/20201001161856/https://www.warzone.com/GameOfThronesRiskOnline
Capture timestamp (UTC): Sat, 16 Nov 2024 00:14:21 GMT
Estimated post date: 10/01/2020 4:18:56 PM

Page 1 of 1

ATV028220

# EXHIBIT 21

**a PageVault**

| | |
|---|---|
| Document title: | Play Risk Online - Play Risk Online Free - Warzone |
| Capture URL: | https://web.archive.org/web/20180929074740/https://www.warzone.com/play-risk |
| Page loaded at (UTC): | Sat, 16 Nov 2024 00:12:34 GMT |
| Capture timestamp (UTC): | Sat, 16 Nov 2024 00:12:35 GMT |
| Capture tool: | 3.1.1 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | iyQvcvXgNehr6ak8s8ddXA |
| Display Name: | whk |

ATV028213

https://www.warzone.com/play-risk     Go

**WARZONE**                Single-Player ▾   Multi-Player ▾   Community ▾   Help ▾   Sign In

# Play Risk Online

The most famous multiplayer online risk style game is Warzone. The site was launched in 2008 and has had over 6 million games played so far. The classic feature of risk is country-to-country conflicts resolved by a roll of the dice, instead of using dice Warzone use attacking/defending ratios. Attackers kill 60%, so for example if an attacker has 50 armies at the start of the turn they would be able to kill 30 armies in a neighboring country. As a defender with 50 armies the defense kill ratio is 70%, so as an example of 50 defending armies they would kill 35 incoming armies.

In a scenario with 40 armies in Territory Alpha attacking 40 armies in Territory Beta. Player Alpha will be left with 12 armies and player Beta would be left with 16 armies. The difference of 4 armies is a 10 percent difference between attacker and defender. It always pays to defend in a conflict. Being an attacker costs 10% more but the spoils of war often outweigh the costs.

### Turn based strategy war game
Warzone has three phases to an attack. 1) Deployment, 2) Attacking, 3) Confirming. The classic game of Risk also has three phases, 1) Deployment, 2) Attacking, 3) Reinforcement. However Risk has the players take their turn in sequential order, Warzone has turns taken in parallel. The biggest advantage to parallel play is faster games and it makes the play more balanced.

### The luck of the cards
Strategy is super important in both Risk and Warzone. When it comes to determining the outcome of the game the cards can make a difference. The player with the most strategic thinking may not win in the board game Risk. In Warzone luck plays little effect on the outcome of the game because cards are given out in fair manner.

### Dice Control the game
While cards in Risk are a big factor in winning, the biggest luck factor are the dice. A hot roller can play Risk online and win a game with a pair of sixes at the best moment. It is hard to dispute luck plays a huge roll with the dice and they can beat a brilliant strategy. It is unfortunate that skill can be beaten by lucky rolls.

### Lots of Maps
Warzone has many maps to enjoy, when you play Risk you play the same board. So while you can play both games online now it is far better to play Warzone than to play Risk.

### Available on Android Market and in the iOS App Store
Warzone has taken the best aspects of the game Risk and compiled it into a perfect version of the game. The most convenient part about Warzone is that it's available online on multiple platforms so it can be played virtually anywhere. It has multiplayer options allowing players the luxury of inviting friends to join in a game without the hassle of clearing off the kitchen table and busting out the board game. It is a great way for people to connect with each other, it is a game so people play for fun, but it also activates the brain. That's another important thing to remember, Warzone is all about playing smart and strategizing. It has very little to do with luck. Winning ultimately comes down to who has a better strategy and how he decides to take on his opponent. The rules and general idea of the game mirror that of Risk but Warzone is a fine tuned version available at the player's fingertips.

### Endless Possibility
Since the game is online there are more options than in the traditional game, such as a plethora of maps. A player even has the ability to create his own maps and design them to his liking, customizing the game. This creates a more exciting atmosphere for the player along with giving him more options than the original version. With over 6 million people playing the game since its release, the Warzone community is big and continuing to grow. People are quick to realize that it is one of the best online versions of the long-time favorite Risk, and for

Document title: Play Risk Online - Play Risk Online Free - Warzone
Capture URL: https://web.archive.org/web/20180929074740/https://www.warzone.com/play-risk
Capture timestamp (UTC): Sat, 16 Nov 2024 00:12:35 GMT
Estimated post date: 09/29/2018 7:47:40 AM

ATV028214

Turn based strategy war game

Warzone has three phases to an attack: 1) Deployment, 2) Attacking, 3) Confirming. The classic game of Risk also has three phases, 1) Deployment, 2) Attacking, 3) Reinforcement. However Risk has the players take their turn in sequential order, Warzone has turns taken in parallel. The biggest advantage to parallel play is faster games and it makes the play more balanced.

**The luck of the cards**

Strategy is super important in both Risk and Warzone. When it comes to determining the outcome of the game the cards can make a difference. The player with the most strategic thinking may not win in the board game Risk. In Warzone luck plays little effect on the outcome of the game because cards are given out in fair manner.

**Dice Control the game**

While cards in Risk are a big factor in winning, the biggest luck factor are the dice. A hot roller can play Risk online and win a game with a pair of sixes at the best moment. It is hard to dispute luck plays a huge roll with the dice and they can beat a brilliant strategy. It is unfortunate that skill can be beaten by lucky rolls.

**Lots of Maps**

Warzone has many maps to enjoy, when you play Risk you play the same board. So while you can play both games online now it is far better to play Warzone than to play Risk.

**Available on Android Market and in the iOS App Store**

Warzone has taken the best aspects of the game Risk and compiled it into a perfect version of the game. The most convenient part about Warzone is that it's available online on multiple platforms so it can be played virtually anywhere. It has multiplayer options allowing players the luxury of inviting friends to join in a game without the hassle of clearing off the kitchen table and busting out the board game. It is a great way for people to connect with each other, it is a game so people play for fun, but it also activates the brain. That's another important thing to remember, Warzone is all about playing smart and strategizing, it has very little to do with luck. Winning ultimately comes down to who has a better strategy and how he decides to take on his opponent. The rules and general idea of the game mirror that of Risk but Warzone is a fine tuned version available at the player's fingertips.

**Endless Possibility**

Since the game is online there are more options than in the traditional game, such as a plethora of maps. A player even has the ability to create his own maps and design them to his liking, customizing the game. This creates a more exciting atmosphere for the player along with giving him more options than the original version. With over 6 million people playing the game since its release, the Warzone community is big and continuing to grow. People are quick to realize that it is one of the best online versions of the long-time favorite Risk, and for good reason. In a game of Warzone, each player decides which move he wants to make, confirms it, and then the turns occur simultaneously, rather than in sequential order. This not only allows the game to run more smoothly but it takes less time to complete. It is also a little more exciting this way because a player sees his opponent's move either after or before his, depending on who's turn it is, and the moves make sense because they are occurring in a parallel fashion.

**Available to Everyone**

In playing the game online, a player can challenge friends no matter where they may live. Due to this fact alone, Warzone has the ability to reconnect old friends and introduce new friends all because the players share a common interest. Even though this game is inherently political, it attracts many different kinds of people with different beliefs. Warzone has already expanded into an immense online community compiled of players who love the game, especially the convenience of playing it anywhere. It is not difficult to determine that people who loved the game Risk will love Warzone even more.

Contact | Terms of Service | About Warzone | Play Risk Online | Multiplayer Strategy Game | Skill Game

Document title: Play Risk Online - Play Risk Online Free - Warzone
Capture URL: https://web.archive.org/web/20180929074740/https://www.warzone.com/play-risk
Capture timestamp (UTC): Sat, 16 Nov 2024 00:12:35 GMT
Estimated post date: 09/29/2018 7:47:40 AM

Page 2 of 2

93

ATV028215

# EXHIBIT 22



Line wrap ☐

```
1
2  <!DOCTYPE html>
3  <html lang="en">
4  <head>
5      <meta charset="utf-8">
6      <meta name="viewport" content="width=device-width, initial-scale=1, shrink-to-fit=no">
7      <title>Warzone - Better than Hasbro's RISK&#xAE; game - Play Online Free</title>
8
9      <script src="https://warzonecdn.com/js/jquery.min.js"></script>
10     <script src="https://warzonecdn.com/js/popper.min.js"></script>
11     <script src="https://warzonecdn.com/js/bootstrap.min.js"></script>
12     <script src="https://warzonecdn.com/jui4/jquery-ui.min.js"></script>
13     <script src="https://warzonecdn.com/js/Release/lzma_worker.js?v=638729031429074150" type="text/javascript" crossorigin="anonymous"></script>
14     <script src="https://warzonecdn.com/js/Release/Master.js?v=638729031429074150" type="text/javascript" crossorigin="anonymous"></script>
15     <link rel="stylesheet" href="https://warzonecdn.com/css/bootstrap.min.css" />
16     <link rel="stylesheet" href="https://warzonecdn.com/jui4/jquery-ui.css" />
17     <link rel="stylesheet" href="https://warzonecdn.com/css/Master.css?v=638729031429074150" />
18
19     <meta name="description" content="Warzone is a customizable strategy game where you compete with your friends to conquer the world." />
20     <meta name="keywords" content="Play Risk online free turn-based strategy single-player multi-player" />
21     <meta property="og:title" content="Warzone"/>
22     <meta property="og:type" content="game"/>
23     <meta property="og:url" content="https://warzone.com"/>
24     <meta property="og:image" content="https://warzonecdn.com/Images/Warzone/logo.png"/>
25     <meta property="og:site_name" content="Warzone"/>
26     <meta property="fb:app_id" content="181162731906111"/>
27     <meta property="fb:admins" content="1186180381"/>
28     <meta property="og:description" content="Warzone is a customizable strategy game where you compete with your friends to conquer the world."/>
29     <meta property="og:email" content="fizzer@warzone.com"/>
30     <meta name="apple-itunes-app" content="app-id=597467995" />
31     <meta name="google-play-app" content="app-id=com.warlight" />
32     <link rel="shortcut icon" href="/favicon.ico">
33
34
35 </head>
36 <body>
37
38
39
40
41
42
43
44 <nav class="navbar navbar-expand-lg navbar-dark sticky-top" style="flex-wrap:nowrap" id="MainNavBar">
45     <div class="container-fluid p-1">
46         <a class="navbar-brand" href="/"><img style="position:absolute; left: 5px; top: 8px" width="121" height="56" class="img-fluid logo" src="https://warzonecdn.com/Images/Warzone/logo.png" alt="War
47
48         <button class="navbar-toggler navbar-toggler-right ml-auto" type="button" data-toggle="collapse" data-target="#navbarSupportedContent" aria-controls="navbarSupportedContent" aria-expanded="fals
49             <span class="navbar-toggler-icon"></span>
50         </button>
51
52         <div class="collapse navbar-collapse" id="navbarSupportedContent">
53             <ul class="navbar-nav ml-auto mt-3 mt-lg-0">
```







Privacy Policy | Contact | Press | Terms of Service

# About Warzone Classic

Warzone is a turn-based online board game, inspired by Hasbro's RISK® game, where you compete with your friends to conquer the world.

WarLight launched in 2008, which was superseded by Warzone (WarLight 2) in 2017. A spin-off game mode, Warzone Idle, was launched in 2021. After this the original Warzone became known as Warzone Classic. Both games are an indie game made by a single person known as Fizzer.

## Features:

- No pay-to-win: Warzone won't let you buy your way to a victory like other free-to-play games. All games are equally fair for all players, like a board game. You win or lose Warzone games based on your strategy, not your wallet.
- Single-player and multi-player: Play against real people, or play any of the thousands of single-player levels against the computer.
- Active community: Over 10,000 multi-player games are played every day. Games can be up to 40 players, and can be free-



98



# Community

This page shows what's been going on in the Warzone community lately.

## Recent Blog Posts

- 1/18/2025: Update 5.32: Custom Cards, and more
- 12/22/2024: Update 5.31: Warzone Groups!
- 11/13/2024: New Clan War Templates
- 11/9/2024: Update 5.30.1: Small Update
- 10/26/2024: Update 5.30: Clan Wars refresh
- 10/24/2024: Clan Wars Season 56
- 8/21/2024: Update 5.29: Voted features & Upcoming Clan Changes
- 7/30/2024: Update 5.28: New video generator
- 7/8/2024: Update 5.27: Feature Request Forum
- 6/16/2024: Update 5.26.1: Auto artifact swapper, and more
- Show All

## Community Events

List of community events is maintained by Kenny

## Notable Forum Posts

- 1/24/2025: Remove Clan Cap by ZUGZWANG





```
<!DOCTYPE html>
<html lang="en"> scroll
··· ▼<head> == $0
    <meta charset="utf-8">
    <meta name="viewport" content="width=device-width, initial-scale=1, shrink-to-fit=no">
    <title>Warzone - Better than Hasbro's RISK® - Play Online Free</title>
    <script src="https://warzonecdn.com/js/jquery.min.js"></script>
    <script src="https://warzonecdn.com/js/popper.min.js"></script>
    <script src="https://warzonecdn.com/js/bootstrap.min.js"></script>
    <script src="https://warzonecdn.com/js/jui4/jquery-ui.min.js"></script>
    <script src="https://warzonecdn.com/js/Release/lzma_worker.js?v=638729031429074150" type="text/javascript" crossorigin="ano
nymous"></script>
    <script src="https://warzonecdn.com/js/Release/Master.js?v=638729031429074150" type="text/javascript" crossorigin="anonymou
s"></script>
    <link rel="stylesheet" href="https://warzonecdn.com/css/bootstrap.min.css">
    <link rel="stylesheet" href="https://warzonecdn.com/jui4/jquery-ui.css">
    <link rel="stylesheet" href="https://warzonecdn.com/css/Master.css?v=638729031429074150">
    <meta name="description" content="Warzone is a customizable strategy game where you compete with your friends to conquer th
e world.">
    <meta name="keywords" content="Play Risk online free turn-based strategy single-player multi-player">
    <meta property="og:title" content="Warzone">
    <meta property="og:type" content="game">
    <meta property="og:url" content="https://warzone.com">
    <meta property="og:image" content="https://warzonecdn.com/Images/Warzone/logo.png">
    <meta property="og:site_name" content="Warzone">
    <meta property="fb:app_id" content="181162731906111">
    <meta property="fb:admins" content="1186180381">
    <meta property="og:description" content="Warzone is a customizable strategy game where you compete with your friends to con
quer the world.">
    <meta property="og:email" content="fizzer@warzone.com">
    <meta name="apple-itunes-app" content="app-id=597467995">
    <meta name="google-play-app" content="app-id=com.warlight">
    <link rel="shortcut icon" href="/favicon.ico">
    </head>
```

html   head

Console   What's new   AI assistance △

top ▼   ▼ Filter                                           Default levels ▼   No Issues

>

Elements   Console   Sources   Network   Performance   Memory   Application   Security   Lighthouse   Recorder

Styles   Computed   Layout »

element.style {
}

*, ::after, ::before {           bootstrap.min.css:6
    box-sizing: inherit;
}

                                 user agent stylesheet
head {
    display: none;
}

Inherited from html

html {                           bootstrap.min.css:6
    box-sizing: border-box;
    font-family: sans-
        serif;
    line-height: 1.15;
    -webkit-text-size-
        adjust: 100%;
    -webkit-tap-highlight-
        color:
        transparent;
}

Pseudo ::before element

*, ::after, ::before {           bootstrap.min.css:6
    box-sizing: inherit;
}

Pseudo ::after element

*,                               bootstrap.min.css:6

Warzone - Better than Hasbro's RISK®

warzone.com/SinglePlayer/Play

Verify it's you

101

# EXHIBIT 23

**Page Vault**

| | |
|---|---|
| Document title: | (1) Facebook |
| Capture URL: | https://www.facebook.com/WarzoneRisk?mibextid=wwXlfr&rdid=2TqnXiH6cDg6LK5E&share_url=https%3A%2F%2Fwww.facebook.com%2Fshare%2F19PdVCK4ab%2F%3Fmibextid%3DwwXlfr |
| Page loaded at (UTC): | Mon, 10 Feb 2025 22:16:55 GMT |
| Capture timestamp (UTC): | Mon, 10 Feb 2025 22:24:15 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 15 |
| Capture ID: | sknuCFZjgq8EJSJy91niDw |
| Display Name: | whk |

PDF REFERENCE #:          8HZdv2GpNkgvx9UPesf37t





**WarzoneRisk**

**Intro**

Warzone is a turn-based strategy game inspired by Risk where players compete against their friends t

ℹ **Page** · Games/toys

🌐 warzone.com

**Photos**    See all photos

---

**WarzoneRisk**
November 10, 2018 · 🌐

MrTrolldemort is streaming NOW! https://www.twitch.tv/mrtrolldemort

TWITCH.TV
**MrTrolldemort - Twitch**
The Old Timer is playing an action shooter (twitch why)

👍 2

👍 Like    💬 Comment    ↩ Send    ➤ Share

Write a comment…

---

**WarzoneRisk**
May 29, 2018 · 🌐

Facebook, in its infinite wisdom, has concluded that the official Warzone Facebook page should be named WarLight.  Apparently naming it Warzone would be "confusing for people who like your Page." So instead we'll talk about Warzone on the WarLight page.  We wouldn't want anyone to get confused!

EDIT: After a second appeal, Facebook has agreed to change the name! Thanks!

👍😂😮 67                                           30 comments

👍 Like    💬 Comment    ↩ Send    ➤ Share

Jakub Radzimiński
I am indeed confused, why you changed the name to Warzone 😉
6y   Like   Reply                                    10👍

✏ Author
**WarzoneRisk**
Warzone is the sequel to WarLight!
6y   Like   Reply

Write a comment…

---

**WarzoneRisk** updated their profile picture.
May 16, 2018 · 🌐

---

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2025







WarzoneRisk

## Intro

Warzone is a turn-based strategy game inspired by Risk where players compete against their friends t

ℹ️ Page · Games/toys

🌐 warzone.com

## Photos                    See all photos

**Augusto Chaves**
can we share our games here?

By   Like   Reply

✏️ Author
**WarzoneRisk**
If you message me the game ID, I can check it out and post it!

By   Like   Reply

Write a comment...

**WarzoneRisk**
May 2, 2016 · 🌐

## ooooo game of thrones!!

👍❤️ 6                                          3 comments

👍 Like      💬 Comment      📞 Send      ➤ Share

**Álvaro Velasco Jenschke**
some GoT map?

By   Like   Reply

Write a comment...

**WarzoneRisk**
April 12, 2016 · 🌐

Fizzer (Warlight creator) has done an Ask Me Anything, you can watch here:
**https://youtu.be/73N3Hf2GBVI?t=7m30s**

WARLIGHT
Stream will start soon

YOUTUBE.COM
**Fizzer WarLight AMA #5**

🔵 9                                            1 comment

👍 Like      💬 Comment      📞 Send      ➤ Share

**Goo Pao**
little pig, little pig, let me in!

By   Like   Reply

Write a comment...

**WarzoneRisk**
April 8, 2016 · 🌐

## Hello everyone!! 😃

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2025

Document title: (1) Facebook
Capture URL: https://www.facebook.com/WarzoneRisk?mibextid=wwXIfr&amp;rdid=2TqnXiH6cDg6LK5E&amp;share_url=https%3A%2F%2Fwww.facebook.com…
Capture timestamp (UTC): Mon, 10 Feb 2025 22:24:15 GMT



WarzoneRisk

## Intro

Warzone is a turn-based strategy game inspired by Risk where players compete against their friends t

ℹ️ Page · Games/toys

🌐 warzone.com

**Photos**                    See all photos

---

April 8, 2016 · 🌐

### Hello everyone!! 🙂

👍 12                                    5 comments

👍 Like    💬 Comment    📞 Send    ➢ Share

**Alex Stamey**
What's up?
By   Like   Reply

Write a comment...

---

**WarzoneRisk**
April 2, 2016 · 🌐

### Hi all, what would you like me to write here? What sort of things interest you?

👍 2                                     4 comments

👍 Like    💬 Comment    📞 Send    ➢ Share

**Alexander Dewitt**
Not warlight related? I have a car website, and a job that blocks warlight now 😢
By   Like   Reply

Write a comment...

---

**WarzoneRisk**
March 21, 2016 · 🌐

### I had a cheeseboard today, it was amazing

👍 Like    💬 Comment    📞 Send    ➢ Share

Write a comment...

---

**WarzoneRisk**
March 3, 2016 · 🌐

### Hows everyone doing? I suck at 1v1s

👍 7                                     4 comments

👍 Like    💬 Comment    📞 Send    ➢ Share

**Goo Pao**
un ban or I go WAZOO
By   Like   Reply    2

Write a comment...

---

**WarzoneRisk**
February 21, 2016 · 🌐

### Did you know we have a reddit community?
**Www.reddit.com/r/warlight**

👍 10

👍 Like    💬 Comment    📞 Send    ➢ Share

Write a comment...

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2025





## WarzoneRisk

### Intro
Warzone is a turn-based strategy game inspired by Risk where players compete against their friends t

🛈 Page · Games/toys

🌐 warzone.com

### Photos                    See all photos

**WarLight**
WarLight is a customizable Risk-like strategy game where you compete with your friends to conquer the world.

👍 3

👍 Like    💬 Comment    Send    ↗ Share

Write a comment...

**WarzoneRisk**
January 6, 2016 · 🌐
Here is a youtube link to the Fizzer AMA, in case you missed it
https://youtu.be/6IKF1yYFuhU?t=15m45s

YOUTUBE.COM
**Fizzer WarLight AMA #4**
Live stream conducted on twitch.tv on 2016-01-05

👍 1                              1 comment

👍 Like    💬 Comment    Send    ↗ Share

**Goo Pao**
~! vote unban cacttus
8y  Like  Reply

Write a comment...

**WarzoneRisk**
January 5, 2016 · 🌐
Fizzer is doing an Ask Me Anything right now! You can watch it here:
http://www.twitch.tv/fizzerwl



Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2025



**WarzoneRisk**

## Intro

Warzone is a turn-based strategy game inspired by Risk where players compete against their friends t

ⓘ Page · Games/toys

🌐 warzone.com

### Photos

See all photos

---

TWITCH.TV

**FizzerWL**

Ask Fizzer Anything #4

👍 6

👍 Like   💬 Comment   📞 Send   ↪ Share

Write a comment...

---

**WarzoneRisk**
December 31, 2015 · 🌐

HAPPY NEW YEAR WARLIGHTERS

👍 37

👍 Like   💬 Comment   📞 Send   ↪ Share

Write a comment...

---

**WarzoneRisk**
December 25, 2015 · 🌐

Merry Christmas everyone!! Hope you're having a fantastic holiday season

👍 31                                          4 comments

👍 Like   💬 Comment   📞 Send   ↪ Share

**Jerry Ochoa**
Merry Christmas from After_Dark 🙂
9y  Like  Reply  👍

> **Gabriel Vicuña**
> R u playing **Cities: Skylines**?
> 9y  Like  Reply

Write a comment...

---

**WarzoneRisk**
November 6, 2015 · 🌐

Have you tried the Monopoly map?
**https://www.warlight.net/Play?PreviewMap=49093**

👍 4                                            2 comments

👍 Like   💬 Comment   📞 Send   ↪ Share

**Florian Profanter**
hahahahahha 📷
9y  Like  Reply  See translation

Write a comment...

---

**WarzoneRisk**

---

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2025



**WarzoneRisk**

···

## Intro

Warzone is a turn-based strategy game inspired by Risk where players compete against their friends t

ⓘ **Page** · Games/toys

🌐 warzone.com

### Photos

See all photos



Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2025



**WarzoneRisk**
November 4, 2015 · 🌐

Have you played a game on the current top-rated map, Eurasia Big?
**https://www.warlight.net/Map/16130-Eurasia-Big**

👍 4                                    4 comments

| 👍 Like | 💬 Comment | 🕾 Send | ↗ Share |

**Steven Pelle**
Haven't tried it yet. I might once the current games on my dashboard are cleared

9y   Like   Reply

Write a comment...                😊 😊 📷 🎞

**WarzoneRisk**
August 21, 2013 · 🌐

The WarLight app for iPhone, iPad, and iPod touch is now available on the Apple App Store! Best of all, it's FREE!  If you have an iOS device, go check it out!

ITUNES.APPLE.COM
**WarLight app**
Get WarLight on the App Store. See screenshots and ratings, and read customer r...

👍 33                          10 comments  3 shares

| 👍 Like | 💬 Comment | 🕾 Send | ↗ Share |

**WarzoneRisk**
July 31, 2013 · 🌐

The WarLight app for Android devices is now available for FREE on Google Play!  If you have an Android phone or tablet, check it out!

PLAY.GOOGLE.COM
**WarLight - Android Apps on Google Play**
WarLight is a customizable Risk-like strategy game where you compete with your friends to conquer the world.<p>- Asynchronous games: WarLight games can be played at yo...

👍 110                          20 comments  11 shares

| 👍 Like | 💬 Comment | 🕾 Send | ↗ Share |

WarzoneRisk

## Intro

Warzone is a turn-based strategy game inspired by Risk
where players compete against their friends t

ⓘ Page · Games/toys

🌐 warzone.com

## Photos

See all photos



Privacy · Consumer Health Privacy · Terms · Advertising · Ad
Choices ▷ · Cookies · More · Meta © 2025

ⓞ 110                                               20 comments  11 shares

👍 Like        ◯ Comment       ◌ Send        ⌁ Share

**John Perez**
Cheay!

11y   Like

Write a comment...

**WarzoneRisk**
April 10, 2013 · 🌐

Life's A Glitch TV
April 10, 2013 · 🌐

Just finished an epic 5 1/2 hour game of Warlight with the fans! 24 people on the
double Earth map split in to 4 teams of 6. Possibly one of the most epic things I've
e... See more

ⓞ 11                                                          5 comments

👍 Like        ◯ Comment       ◌ Send        ⌁ Share

**Julyus César**
Do you have a link ? To the vid?

10y   Like

Write a comment...

**WarzoneRisk**
November 16, 2012 · 🌐

Congratulations to Smaug for winning the Facebook tournament and securing his free
membership!

Check out the very exciting championship game here:
**http://warlight.net/MultiPlayer?GameID=3413046** (use the History button to
watch the game)

ⓞ 14                                                          9 comments

👍 Like        ◯ Comment       ◌ Send        ⌁ Share

**Φ** **Gonzalo Ezequiel Dos Santos**
tremenda partida! muy buenas estrategias de smaug en la antartida, qué
grande.

10y   Like   See translation

Write a comment...

**WarzoneRisk**
September 19, 2012 · 🌐

Lightingbolt is hosting yet another free membership tournament! ... See more

WARLIGHT.NET
**WarLight**
WarLight is a customizable turn-based strategy game where you
compete with your friends to conquer the world.

ⓞ 10                                           2 comments  2 shares

👍 Like        ◯ Comment       ◌ Send        ⌁ Share

**Bartek Stawicki**
I'm still waiting for second player...

Document title: (1) Facebook
Capture URL: https://www.facebook.com/WarzoneRisk?mibextid=wwXIfr&amp;rdid=2TqnXiH6cDg6LK5E&amp;share_url=https%3A%2F%2Fwww.facebook.com...
Capture timestamp (UTC): Mon, 10 Feb 2025 22:24:15 GMT



## WarzoneRisk

### Intro

Warzone is a turn-based strategy game inspired by Risk where players compete against their friends t

🛈 **Page** · Games/toys

🌐 warzone.com

### Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2025

**Bartek Stawicki**
I'm still waiting for second player...

12y    Like

Write a comment...

**WarzoneRisk**
September 19, 2012 · 🌐

WarLight now allows you to sign in with your Facebook account!

This is simply done as a convenience since it means you don't need to remember a separate password for WarLight. WarLight won't post to your Facebook wall or do anything like that - it's just a convenience.

If you want to start signing in with Facebook but you already have an e-mail based WarLight account, you can link your Facebook account to your existing WarLight acco... **See more**

👍 6                                                           1 comment

👍 Like          💬 Comment          📞 Send          ↪ Share

**Nick Butler**
Keep fighting the good fight.

12y    Like

Write a comment...

**WarzoneRisk**
August 21, 2012 · 🌐

WarLight is hosting another free membership tournament, only for Facebook users! Join quick - space is limited!... **See more**

WARLIGHT.NET
**WarLight**
WarLight is a simple turn-based board game where you compete with your friends to conquer the world.

👍 11                                                   7 comments  1 share

👍 Like          💬 Comment          📞 Send          ↪ Share

**Chris Henry**
No kidding, how is that members are not filtered out.

12y    Like

Write a comment...

**WarzoneRisk** updated their cover photo.
August 18, 2012 · 🌐





**WarzoneRisk**

## Intro

Warzone is a turn-based strategy game inspired by Risk where players compete against their friends t

ⓘ **Page** · Games/toys

🌐 warzone.com

### Photos

See all photos





Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2025



👍 7                                          2 comments  1 share

👍 Like                    💬 Comment

**WarzoneRisk**
July 27, 2012 · 🌐                             ...

The results for the random winner of the Facebook tournament are in!  All 512 players who joined the tournament were elligible, but only one lucky player can win.... See more

WARLIGHT.NET
**WarLight**
WarLight is a simple turn-based board game where you compete with your friends to conquer the world.

ⓘ

👍 7                                          8 comments

👍 Like        💬 Comment        ↪ Send        ↗ Share

**Jacob Wirtz**
im still in this tornament #TheWarlightMaster
12y   Like

Write a comment...          😊 😀 📷 🎬 🎁

**WarzoneRisk**
July 19, 2012 · 🌐                             ...

The tournament has begun!  If you missed it, don't worry -- there will be another one coming up in a few weeks.  It will be announced on Facebook, so be sure and like this page so you're notified of it.

If you did join the tournament, be sure to take your turns before the 3-day boot timer or you will be automatically booted.  The random membership winner will be announced Friday next week.  Good luck!

👍 5                                          1 comment

👍 Like        💬 Comment        ↪ Send        ↗ Share

**Dominik Rozehnal**
In the next tournament please make a "Road to Redemtion" (when you lose you get second chance... you know sometimes you are unlucky and you will lose:) ,but Im gonna win this tournament of course! 😊 Good Luck all
12y   Like

Write a comment...          😊 😀 📷 🎬 🎁

**WarzoneRisk**
July 17, 2012 · 🌐                             ...

WarLight is hosting a FREE membership tournament for Facebook users!  Two lifetime memberships will be given out from this tournament - one to the winner, and another t... See more

WARLIGHT.NET
**WarLight**
WarLight is a simple turn-based board game where you compete with your friends to conquer the world.

ⓘ

👍 26                                         16 comments  7 shares



## WarzoneRisk

### Intro

Warzone is a turn-based strategy game inspired by Risk where players compete against their friends t

ⓘ **Page** · Games/toys

🌐 warzone.com

### Photos

See all photos



Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2025



The results for the random winner of the Facebook tournament are in! All 512 players who joined the tournament were elligible, but only one lucky player can win.... **See more**

> WARLIGHT.NET
> **WarLight**
> WarLight is a simple turn-based board game where you compete with your friends to conquer the world.

👍 7                                                              8 comments

👍 Like          💬 Comment          📞 Send          ↪ Share

**Jacob Wirtz**
im still in this tornament #TheWarlightMaster
12y  Like

Write a comment...

**WarzoneRisk**
July 19, 2012 · ⊙

The tournament has begun! If you missed it, don't worry -- there will be another one coming up in a few weeks. It will be announced on Facebook, so be sure and like this page so you're notified of it.

If you did join the tournament, be sure to take your turns before the 3-day boot timer or you will be automatically booted. The random membership winner will be announced Friday next week. Good luck!

👍 5                                                              1 comment

👍 Like          💬 Comment          📞 Send          ↪ Share

**Dominik Rozehnal**
In the next tournament please make a "Road to Redemtion" (when you lose you get second chance... you know sometimes you are unlucky and you will lose:) ,but Im gonna win this tournament of course! 😊 Good Luck all
12y  Like

Write a comment...

**WarzoneRisk**
July 17, 2012 · ⊙

WarLight is hosting a FREE membership tournament for Facebook users! Two lifetime memberships will be given out from this tournament - one to the winner, and another t... **See more**

> WARLIGHT.NET
> **WarLight**
> WarLight is a simple turn-based board game where you compete with your friends to conquer the world.

👍 26                                                   16 comments  7 shares

👍 Like          💬 Comment          📞 Send          ↪ Share

**Carlos Besga**
**Carlos Álvarez**, ¿te atreves?
12y  Like  See translation

Write a comment...

Document title: (1) Facebook
Capture URL: https://www.facebook.com/WarzoneRisk?mibextid=wwXIfr&amp;rdid=2TqnXiH6cDg6LK5E&amp;share_url=https%3A%2F%2Fwww.facebook.com…
Capture timestamp (UTC): Mon, 10 Feb 2025 22:24:15 GMT

# EXHIBIT 24

| | |
|---|---|
| Document title: | Warzone: Better than Hasbro's RISK® game |
| Capture URL: | https://www.reddit.com/r/Warlight/?rdt=47088 |
| Page loaded at (UTC): | Mon, 10 Feb 2025 22:47:28 GMT |
| Capture timestamp (UTC): | Mon, 10 Feb 2025 22:48:38 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 16 |
| Capture ID: | ogTbwpnP7FgJgRrmJmYrk6 |
| Display Name: | whk |

PDF REFERENCE #:          dzdAzpVVnzBYGrDResjB2G



r/ **r/Warlight**

[+ Create Post]  [Join]  ···

**Best** ⌄    ⊟ ⌄

⌕ Community highlights                                                      ⌃

**How can we get this subreddit more active? What changes would you like to see the moderators make?...**
24 votes • 10 comments

u/zzorby • 4 days ago                                                      ···

**what is the advantage on attaking if the attack rate is smaller?**

i'm new to the game, even tho i'm playing for quite a while now. while i play my games i notice that there is a clear advantage on attacking, but i cant really explain which. once the attack and defence rates are different, to balance this exacly advantage, i wish someone could tell me more about it so i cant better visualize it when making my choices in game.

⌃ 5 ⌄    ◯ 6    ⬆ Share

u/Oxhfor • 20 days ago                                                     ···

**Monthly active players:**

Is there a way to find out how many active players there are a month?

⌃ 9 ⌄    ◯ 2    ⬆ Share

u/Key_Adhesiveness4777 • 26 days ago                                       ···

**Any proxy sites?**

Blocked for me looking for other spots

Strategy

⌃ 5 ⌄    ◯ 0    ⬆ Share

u/Kitchen-Customer4370 • 1 mo. ago                                         ···

**This guy has held the top post for 11 years running**

Drama

r/Warlight • 11 yr. ago
**Gif of our epic game.**

**Warzone: Better than Hasbro's RISK® game**
\*\*[Warzone]
(https://www.warzone.com)\*\* is an online, free-to-play indie game brand of two games: [Warzone Classic] (https://www.warzone.com/MultiPlayer/), a turn-based Risk-like strategy game; and [Warzone Idle] (https://www.warzone.com/Idle/Play), an idle game where you conquer the world many times over. This is the subreddit for Warzone!

🏛 Created Apr 28, 2010
🌐 Public

**1.2K**          **5**             **Top 19%**
Members       ● Online        Rank by size ⌕

**USER FLAIR**

Beginning-Seesaw-372

**MODERATORS**

✉ Message Mods

u/fickerra
Fizzer (Warzone creator)

**View all moderators**

Home

Reddit, Inc. © 2025. All rights reserved.



# Home
Popular
Answers BETA
Explore
All

## CUSTOM FEEDS
+ Create a custom feed

## RECENT
r/Warlight

## COMMUNITIES
+ Create a community

## RESOURCES
About Reddit
Advertise
Help
Blog
Careers
Press

Communities
Best of Reddit
Topics

Reddit Rules
Privacy Policy
User Agreement

Reddit, Inc. © 2025. All rights reserved.

76 upvotes · 5 comments

⬆ 39 ⬇ · 💬 4 · ↗ Share

u/AnteChrist76 · Diplo enjoyer · 1 mo. ago · •••

### Two maps I'm almost done drawing, feel free to give out your opinion

Mapmaking



⬆ 31 ⬇ · 💬 9 · ↗ Share

u/Bushdid911 · 2 mo. ago · •••

### (AI) eliminated itself with a blockade

## Warzone: Better than Hasbro's RISK® game

**[Warzone](https://www.warzone.com)** is an online, free-to-play indie game brand of two games: [Warzone Classic](https://www.warzone.com/MultiPlayer), a turn-based Risk-like strategy game; and [Warzone Idle](https://www.warzone.com/Idle/Play), an idle game where you conquer the world many times over. This is the subreddit for Warzone!

🗓 Created Apr 28, 2010
🌐 Public

| 1.2K | 5 | Top 19% |
|------|-----|---------|
| Members | ● Online | Rank by size 🔗 |

## USER FLAIR
Beginning-Seesaw-372

## MODERATORS
✉ Message Mods

u/fickerra
Fizzer (Warzone creator)

View all moderators





### Warzone: Better than Hasbro's RISK® game

**\*[Warzone] (https://www.warzone.com)\*\*** is an online, free-to-play indie game brand of two games: [Warzone Classic] (https://www.warzone.com/MultiPlayer/), a turn-based Risk-like strategy game; and [Warzone Idle] (https://www.warzone.com/Idle/Play), an idle game where you conquer the world many times over. This is the subreddit for Warzone!

🏛 Created Apr 28, 2010

🌐 Public

| 1.2K | 5 | Top 19% |
|---|---|---|
| Members | ● Online | Rank by size ↗ |

**USER FLAIR**

Beginning-Seesaw-372

**MODERATORS**

✉ Message Mods

u/fickerra
Fizzer (Warzone creator)

View all moderators

---

↑ 46 ↓    💬 3    ↗ Share

u/MasterFelix2 • 2 mo. ago    ...

### Disable automatic zoom in when auto playing history

I would like to make some timelapse videos. Recording the auto play in of a past game would be perfect, if only the screen and zoom level would stay stable and not jump around and zoom into every tiny little move. Is there any way to disable this?

↑ 1 ↓    💬 1    ↗ Share

u/Poketoonimator • 3 mo. ago    ...

### Error loading map I'm making on mobile app

Mapmaking

↑ 2 ↓    💬 0    ↗ Share

u/tinglingtriangle • 3 mo. ago    ...

### Getting back into Warlight/Warzone after a long time

Back in the day (about 15 years ago) I played through a number of the single-player scenarios before giving up at some point. Recently I stumbled on an old link and decided to give it another shot, and I'm enjoying it quite a lot! Specifically, I wanted to give a shout out to "Better to Give", which was an interesting test of

Reddit, Inc. © 2025. All rights reserved.



- Home
- Popular
- Answers BETA
- Explore
- All

### Getting back into Warlight/Warzone after a long time

Back in the day (about 15 years ago) I played through a number of the single-player scenarios before giving up at some point. Recently I stumbled on an old link and decided to give it another shot, and I'm enjoying it quite a lot! Specifically, I wanted to give a shout out to "Better to Give", which was an interesting test of balancing personal and team priorities. I'm hoping that there are maps like that to come...

⬆ 12 ⬇     💬 4     ↪ Share

u/TheChristmas · 6 mo. ago     ···

### How do I unlock the advanced single player levels? War for Zargos is locked for me and I can't figure out what I need to do to unlock it.

I have 60 levels one and 10 skipped. Do I need to finish those 10 skipped levels? There's nothing telling me what I need to do.

⬆ 2 ⬇     💬 12     ↪ Share

u/brentspine · 7 mo. ago     ···

### Is there a map like this? This looks so interesting

Mapmaking



r/MapPorn · 7 mo. ago

**Map of Africa on the year 1880 AD, Before the European "Scramble for Africa"**

12K upvotes · 854 comments

⬆ 14 ⬇     💬 6     ↪ Share

u/NemoOceansoul · 7 mo. ago     ···

### map request: Exalted 3e's Creation

not sure where to ask this, so i decided to drop this here. would anyone be interested in making a map based on the Tabletop game known as Exalted 3rd Editions map? im not sure i could do so easily... partly because i have no experience in map making. for those who need a visual reference: https://www.loom3e.com/map/ has the map (i suggest using the "Across the 8 Directions" and "The Realm" versions of the maps). meanwhile...

---

**CUSTOM FEEDS**   ^

+ Create a custom feed

**RECENT**   ^

r/ Warlight

**COMMUNITIES**   ^

+ Create a community

**RESOURCES**   ^

- About Reddit
- Advertise
- Help
- Blog
- Careers
- Press

- Communities
- Best of Reddit
- Topics

- Reddit Rules
- Privacy Policy
- User Agreement

Reddit, Inc. © 2025. All rights reserved.

---



**Warzone: Better than Hasbro's RISK® game**

**[Warzone] (https://www.warzone.com)** is an online, free-to-play indie game brand of two games: [Warzone Classic] (https://www.warzone.com/MultiPlayer/), a turn-based Risk-like strategy game; and [Warzone Idle] (https://www.warzone.com/Idle/Play), an idle game where you conquer the world many times over. This is the subreddit for Warzone!

🗓 Created Apr 28, 2010

🌐 Public

| 1.2K | 5 | Top 19% |
|------|---|---------|
| Members | ● Online | Rank by size ↗ |

**USER FLAIR**

Beginning-Seesaw-372

**MODERATORS**

✉ Message Mods

u/fickerra
Fizzer (Warzone creator)

View all moderators

---

interested in making a map based on the tabletop game known as Exalted 3rd Editions map? im not sure i could do so easily... partly because i have no experience in map making. for those who need a visual reference: https://www.loom3e.com/map/ has the map (i suggest using the "Across the 8 Directions" and "The Realm" versions of the maps). meanwhile...

⬆ 1 ⬇    💬 0    ➦ Share

u/TantiVe42 • 9 mo. ago    •••

### Order Priority Card

In a team game, will playing an order priority card put your moves as the first team move? (Cyclical order)

Strategy

⬆ 2 ⬇    💬 0    ➦ Share

u/stalino2023 • 9 mo. ago    •••

### Anyone active?

Hello everyone is this sub active? Im pretty new player here, and would like to see if this possible to organize multiple games.

⬆ 8 ⬇    💬 6    ➦ Share

u/bincedmeef • 1 yr. ago    •••

### What happens on mission "Deadly Trio"?

I was playing the mission Deadly Trio, and as you can see in the attached image, on turn 10, one of the enemy AI gets an unbelievably huge boost for no apparent reason. I've played this mission countless times (>20), and it always happens around turn 9 that 1 enemy army gains disproportionately. The smallest gain I've seen was ~2.3X (~150-340), the highest was ~6X (~70-450). Is it a bug or a fu<k you? ETA: It's not that they pool their resources into the group, because as you c...

⬆ 5 ⬇    💬 5    ➦ Share

u/andydabeast • 1 yr. ago    •••

### Android 14 crashes the app

Updated the app and it works now

⬆ 5 ⬇    💬 5    ➦ Share

u/Pater45 • 1 yr. ago    •••

### How to beat "Duel"?

Does anyone know how to beat the map "Duel" (Pirate vs. Ninja)?

⬆ 5 ⬇    💬 2    ➦ Share

u/xezene • 2 yr. ago    •••

### A 6-player match of the Star Wars Galaxy map, captured in this entertaining video

Drama



---

### Warzone: Better than Hasbro's RISK® game

**[Warzone] (https://www.warzone.com)** is an online, free-to-play indie game brand of two games: [Warzone Classic] (https://www.warzone.com/MultiPlayer/), a turn-based Risk-like strategy game; and [Warzone Idle] (https://www.warzone.com/Idle/Play), an idle game where you conquer the world many times over. This is the subreddit for Warzone!

🏛 Created Apr 28, 2010
🌐 Public

| 1.2K | 5 | Top 19% |
|------|---|---------|
| Members | ● Online | Rank by size ↗ |

USER FLAIR

Beginning-Seesaw-372

MODERATORS

✉ Message Mods

u/fickerra
Fizzer (Warzone creator)

View all moderators

🔴 reddit

Home
Popular
Answers BETA
Explore
All

CUSTOM FEEDS ⌃

➕ Create a custom feed

RECENT ⌃

🔵 r/Warlight

COMMUNITIES ⌃

➕ Create a community

RESOURCES ⌃

↻ About Reddit
🗐 Advertise
❓ Help
📖 Blog
💼 Careers
📰 Press

🗂 Communities
☒ Best of Reddit
🔠 Topics

🗐 Reddit Rules
🗐 Privacy Policy
🗐 User Agreement

Reddit, Inc. © 2025. All rights reserved.



Home
Popular
Answers BETA
Explore
All

CUSTOM FEEDS
Create a custom feed

RECENT
r/Warlight

COMMUNITIES
Create a community

RESOURCES
About Reddit
Advertise
Help
Blog
Careers
Press

Communities
Best of Reddit
Topics

Reddit Rules
Privacy Policy
User Agreement

Reddit, Inc. © 2025. All rights reserved.



↑ 9 ↓   💬 1   ↗ Share

u/a_very_witty_name91 • 2 yr. ago   •••

### 6-8 player Multiplayer strategy

I do fairly well in 1v1 or even smaller free for all matches. I think I am better at tactics than I am large scale strategy. Anyone have any tips for largerish free for all games? I seem to do pretty well expanding at the start and then getting myself surrounded or spread too thin. Thanks.

↑ 8 ↓   💬 1   ↗ Share

[deleted] • 2 yr. ago   •••

### Took a few tries, but at long last... victory!

↑ 13 ↓   💬 0   ↗ Share

u/a_very_witty_name91 • 2 yr. ago   •••

### Merge accounts?

I tried to create an account for my free profile and instead of merging my free one it seems to have deleted it? Luckily it's still logged into my iPad. I can no longer access that account on my phone but I am still getting notifications. I wouldn't have tried to create an account if I knew this would happen. Any advice?

↑ 3 ↓   💬 2   ↗ Share

u/a_very_witty_name91 • 2 yr. ago   •••

### Random Move Order

I'm just starting to get into the game. I'm reading on the wiki about move orders but I can't really understand how random move order works. It seems like it should be straight forward but something about their explanation just isn't clicking for me. Can anyone help explain it to me? Thanks!

↑ 5 ↓   💬 5   ↗ Share

[deleted] • 2 yr. ago   •••

### PAULTEC's dissapeared?

Havent seen any despite a low boot rate for days now

↑ 4 ↓   💬 4   ↗ Share

u/nexzae • 2 yr. ago   •••

### What happened to the login methods?

Hey guys I just opened Warzone again, havent played it in a while. Just noticed that i cant login with any other thing that Warzones own login... can i transfer my account to that? cuz i had bought stuff on there...



**Warzone: Better than Hasbro's RISK® game**

**\*\*[Warzone]** (https://www.warzone.com)\*\* is an online, free-to-play indie game brand of two games: [Warzone Classic] (https://www.warzone.com/MultiPlayer/), a turn-based Risk-like strategy game; and [Warzone Idle] (https://www.warzone.com/Idle/Play), an idle game where you conquer the world many times over. This is the subreddit for Warzone!

🗓 Created Apr 28, 2010
🌐 Public

| 1.2K | 5 | Top 19% |
|------|---|---------|
| Members | ● Online | Rank by size ↗ |

USER FLAIR

Beginning-Seesaw-372

MODERATORS

✉ Message Mods

u/fickerra
Fizzer (Warzone creator)

View all moderators





**u/nexzae** • 2 yr. ago

### What happened to the login methods?

Hey guys I just opened Warzone again, havent played it in a while. Just noticed that i cant login with any other thing that Warzones own login.. can i transfer my account to that? cuz i had bought stuff on there...

Idle

⬆ 3 ⬇   💬 1   ↗ Share

**u/douchwasher** • 2 yr. ago   •••

### I cant seem to load up Warlight... anyone know if something is wrong with the servers?



⬆ 10 ⬇   💬 1   ↗ Share

**u/Psychological_Coat64** • 2 yr. ago   •••

### This keeps popping up whenever I open the app but my game is completely up to date, what do I do? None of my online games are loading either.





### Warzone: Better than Hasbro's RISK® game

**[Warzone] (https://www.warzone.com)** is an online, free-to-play indie game brand of two games: [Warzone Classic] (https://www.warzone.com/MultiPlayer/ ), a turn-based Risk-like strategy game; and [Warzone Idle] (https://www.warzone.com/Idle/Play), an idle game where you conquer the world many times over. This is the subreddit for Warzone!

🗓 Created Apr 28, 2010
🌐 Public

| 1.2K | 5 | Top 19% |
|------|---|---------|
| Members | ● Online | Rank by size ↗ |

**USER FLAIR**

🧑 Beginning-Seesaw-372

**MODERATORS**

✉ Message Mods

u/fickerra
Fizzer (Warzone creator)

View all moderators

Reddit, Inc. © 2025. All rights reserved.



Reddit, Inc. © 2025. All rights reserved.



### Warzone: Better than Hasbro's RISK® game

**[Warzone] (https://www.warzone.com)** is an online, free-to-play indie game brand of two games: [Warzone Classic] (https://www.warzone.com/MultiPlayer/), a turn-based Risk-like strategy game; and [Warzone Idle] (https://www.warzone.com/Idle/Play), an idle game where you conquer the world many times over. This is the subreddit for Warzone!

🏛 Created Apr 28, 2010
🌐 Public

| 1.2K | 5 | Top 19% |
|---|---|---|
| Members | ● Online | Rank by size ↗ |

**USER FLAIR**

🧡 Beginning-Seesaw-372

**MODERATORS**

✉ Message Mods

u/fickerra
Fizzer (Warzone creator)

View all moderators



**Home**
**Popular**
**Answers** BETA
**Explore**
**All**

CUSTOM FEEDS
Create a custom feed

RECENT
r/Warlight

COMMUNITIES
Create a community

RESOURCES
About Reddit
Advertise
Help
Blog
Careers
Press
Communities
Best of Reddit
Topics

Reddit Rules
Privacy Policy
User Agreement

⬆ 18 ⬇   💬 0   ↗ Share

[deleted] • 2 yr. ago
**At long last...**

⬆ 26 ⬇   💬 4   ↗ Share

u/DistrictWaste9990 • 2 yr. ago
**How do I copy a game without having to invite the host?**
Hey I've been trying to recreate the RoR map because it's my favorite and everytime it forces me to invite the "host" of the game know anything I can do to get rid of that?

⬆ 3 ⬇   💬 1   ↗ Share

u/andydabeast • 2 yr. ago
**finally got the 50**

⬆ 26 ⬇   💬 7   ↗ Share



### Warzone: Better than Hasbro's RISK® game

**\*[Warzone] (https://www.warzone.com)** is an online, free-to-play indie game brand of two games: [Warzone Classic] (https://www.warzone.com/MultiPlayer/), a turn-based Risk-like strategy game; and [Warzone Idle] (https://www.warzone.com/Idle/Play), an idle game where you conquer the world many times over. This is the subreddit for Warzone!

🗓 Created Apr 28, 2010
🌐 Public

| 1.2K | 5 | Top 19% |
|------|---|---------|
| Members | ● Online | Rank by size ↗ |

**USER FLAIR**

🧑 Beginning-Seesaw-372

**MODERATORS**

✉ Message Mods

🧑 u/fickerra
Fizzer (Warzone creator)

View all moderators



🔼 26 🔽   💬 7   ↪ Share

🧑 **u/fembyyy** · 2 yr. ago

### umm

🔼 14 🔽   💬 0   ↪ Share

---

🧑 u/Prior-Definition-869 · 2 yr. ago   ...

### Clan?

Hi everyone, I'm looking to join a semi-active clan. My clan is absolutely dead. I want to do some real multiplayer wars and not just the 1v1s I'm doing.

🔼 1 🔽   💬 2   ↪ Share

---

🧑 u/brickcat · 2 yr. ago   ...

### Is there any way to get my game back?

I was playing a game with some friends on the app and wasn't logged into my actual account. I then proceeded to log in and the game I was playing disappeared from my games list. I tried logging back out to access the game but that did not make it appear. Is there any way I can get this game back or can the leader of the game assign my previous armies to my new account that I signed in on?

🔼 3 🔽   💬 2   ↪ Share

---

🧑 u/nopasaranwz · 2 yr. ago   ...

### Look I'm helping!

Reddit, Inc. © 2025. All rights reserved.



**Warzone: Better than Hasbro's RISK® game**

**\*\*[Warzone]
(https://www.warzone.com)\*\*** is an online, free-to-play indie game brand of two games: [Warzone Classic] (https://www.warzone.com/MultiPlayer/), a turn-based Risk-like strategy game; and [Warzone Idle] (https://www.warzone.com/Idle/Play), an idle game where you conquer the world many times over. This is the subreddit for Warzone!

🏛 Created Apr 28, 2010
🌐 Public

**1.2K**  **5**  **Top 19%**
Members  ● Online  Rank by size 🔗

**USER FLAIR**

🧑 Beginning-Seesaw-372

**MODERATORS**

✉ Message Mods

🧑 u/fickerra
Fizzer (Warzone creator)

**View all moderators**



↑ 46 ↓    💬 2    ↪ Share

🧑 **u/pappasteve** • 2 yr. ago  •••

**Has anyone gold-stared WW 2320?**

the best ive gotten down to is 30 turns, 19 seems like god tier!

↑ 3 ↓    💬 0    ↪ Share

🧑 **u/nopasaranwz** • 2 yr. ago  •••

**The art of denying your enemy**

RISE OF ROME

⏸  0:00 / 0:13  CC  ⚙  ⛶  🔇

↑ 16 ↓    💬 0    ↪ Share

🧑 **u/thebrothatbros** • 2 yr. ago  •••

**Session time question**

I recently upgraded my time warp artifact to Insane and now I'm wondering about the differences between session time and real time. The levels require you to finish within a certain time to get a reward but I don't know if that's referring to the session time or the real time. Anyone know?

Idle

↑ 3 ↓    💬 1    ↪ Share

🧑 **u/themadprogramer** • 2 yr. ago  •••

**Warzone: Duel on France Big**

Strategy

▶



## WZ Replay: 5 Player Europa!

u/themadprogramer • 2 yr. ago

⬆ 11 ⬇   💬 2   ↪ Share

---

u/FilthyStatist1991 • 2 yr. ago

### Just found this sub and looking to recruit players

I just found this sub, our clan uses Reddit as it's main communication form and
game making. We are looking to recruit more players
https://www.warzone.com/Clans/?ID=682

⬆ 6 ⬇   💬 0   ↪ Share

---

u/MarZLEUNG • 2 yr. ago

### Questions from a returning player

Hi there, The last time I played Warlight (or Warzone I guess?) was 2015ish. I
remember finding the game on the Chrome app store. I loved setting up a map
with 20 AIs and just staring at them battling it out. After the dust has settled I
would spend a lot of time obsessing over hundreds of rounds of game history. I
could see empires rise and fall, and there was also an interactive graph of territory
sizes over time (something like that), and when I clicked on a point of the graph...

⬆ 11 ⬇   💬 3   ↪ Share

---

u/blazethrulife • 2 yr. ago

### does anyone have the warzone idle maps revealed?

Idle

⬆ 7 ⬇   💬 3   ↪ Share

---

### Warzone: Better than Hasbro's RISK® game

**\*[Warzone]
(https://www.warzone.com)\*\*** is an
online, free-to-play indie game brand
of two games: [Warzone Classic]
(https://www.warzone.com/MultiPlayer/
), a turn-based Risk-like strategy
game; and [Warzone Idle]
(https://www.warzone.com/Idle/Play),
an idle game where you conquer the
world many times over. This is the
subreddit for Warzone!

🗓 Created Apr 28, 2010
🌐 Public

| 1.2K | 5 | Top 19% |
|------|---|---------|
| Members | ● Online | Rank by size ↗ |

**USER FLAIR**

Beginning-Seesaw-372

**MODERATORS**

✉ Message Mods

u/fickerra
Fizzer (Warzone creator)

**View all moderators**

Document title: Warzone: Better than Hasbro&#39;s RISK® game
Capture URL: https://www.reddit.com/r/Warlight/?rdt=47088
Capture timestamp (UTC): Mon, 10 Feb 2025 22:48:38 GMT

u/shazzamzame · 2 yr. ago

### does anyone have the warzone idle maps revealed?

Idle

⬆ 7 ⬇   💬 3   ↗ Share

---

u/NotJayneCobb · 2 yr. ago

### Not a newbie question. New account question

Been awwy from the game for a long while, on my 5th(?) account now. Is the RoR map something I earn back thru levels, or do I need a paid account for that? Same question regarding having 6 players, to do 3v3 games.

⬆ 2 ⬇   💬 3   ↗ Share

---

u/Dorex_Time · 2 yr. ago

### Share your funny stories

Tell me something funny that happened in a warzone game of yours

⬆ 1 ⬇   💬 1   ↗ Share

---

u/Disastrous_Act_5070 · 3 yr. ago

### searching players around dutch time zone

looking for players that want to play some big matches together with some people> if ur in just dm me and ill add u to a discord

⬆ 3 ⬇   💬 2   ↗ Share

---

u/King_of_the_Dot · 3 yr. ago

### How do I setup a Local Deployment game on a large map?

Just as the title says. It's really time consuming to go and manually change all the super bonuses on a map. Is there a way to change them all at once? Or just an easier way to setup a Local Deployment game in general?

⬆ 4 ⬇   💬 6   ↗ Share

---

u/Gullreven · 3 yr. ago

### Bug on modifying into banked time

Just discovered a bug, after comitting, if you modify, all the hours after the set time will get banked. Example: Time is set to 12 hours User 1 is comiting normally before 12 hours User 2 is not, and is eating into its banked time If user 1 modifies, lets say 2 hours into the banked time (14 hours) - the full 2 hours will be taken from the banked time. Not just the time the user spends on modifying and recomiting

⬆ 0 ⬇   💬 1   ↗ Share

---

u/Alex_Biega · 3 yr. ago

### Massive 200 player cluster f***

Strategy



---

## Sidebar

**Warzone: Better than Hasbro's RISK® game**

**[Warzone] (https://www.warzone.com)** is an online, free-to-play indie game brand of two games: [Warzone Classic] (https://www.warzone.com/MultiPlayer), a turn-based Risk-like strategy game; and [Warzone Idle] (https://www.warzone.com/Idle/Play), an idle game where you conquer the world many times over. This is the subreddit for Warzone!

🗓 Created Apr 28, 2010
🌐 Public

| 1.2K | 5 | Top 19% |
|------|------|---------|
| Members | 🟢 Online | Rank by size ⬈ |

**USER FLAIR**

Beginning-Seesaw-372

**MODERATORS**

✉ Message Mods

u/fickerra
Fizzer (Warzone creator)

View all moderators

---

Reddit, Inc. © 2025. All rights reserved.





# reddit

- 🏠 Home
- 📈 Popular
- 💬 Answers BETA
- 🧭 Explore
- All

CUSTOM FEEDS ⌄

+ Create a custom feed

RECENT ⌄

r/Warlight

COMMUNITIES ⌄

+ Create a community

RESOURCES ⌄

↻ About Reddit
Advertise
? Help
Blog
Careers
Press

Communities
Best of Reddit
Topics

Reddit Rules
Privacy Policy
User Agreement

Reddit, Inc. © 2025. All rights reserved.

⬆ 10 ⬇    💬 0    ↪ Share

👤 u/sereditor • 3 yr. ago    •••

### Episode 4 out now with Lionheart!

https://sdcwarzone.buzzsprout.com



⬆ 2 ⬇    💬 0    ↪ Share

👤 u/Alex_Biega • 3 yr. ago    •••

### From 200 players to 57: strategic team game

⬆ 2 ⬇    💬 0    ↪ Share

👤 u/RedLightningStrike27 • 3 yr. ago    •••

### Can someone explain why this guy has so much more income than me when I have way more bonuses

⬆ 5 ⬇    💬 2    ↪ Share

👤 u/Norkschi • 3 yr. ago    •••

### Anyone wanna lend me their API token?

Hey! I'm trying to code a little tool for Warlight, but I need to download some map details and for that I need an API token from someone who is a member, as my trial membership doesn't seem to work. If you want to help out and trust me, you only need to go to this link and send that token along with whatever email you have connected to your account. PM me this, don't comment in the thread!

⬆ 3 ⬇    💬 0    ↪ Share

Warzone: Better than Hasbro's RISK® game

**[Warzone] (https://www.warzone.com)** is an online, free-to-play indie game brand of two games: [Warzone Classic] (https://www.warzone.com/MultiPlayer/), a turn-based Risk-like strategy game; and [Warzone Idle] (https://www.warzone.com/Idle/Play), an idle game where you conquer the world many times over. This is the subreddit for Warzone!

🗓 Created Apr 28, 2010
🌐 Public

**1.2K**    **5**    **Top 19%**
Members    ● Online    Rank by size ⬈

USER FLAIR

👤 Beginning-Seesaw-372

MODERATORS

✉ Message Mods

👤 u/fickerra
Fizzer (Warzone creator)

View all moderators

# EXHIBIT 25

**Page Vault**

| | |
|---|---|
| Document title: | Discord |
| Capture URL: | https://discord.com/invite/6JMEZzXV5e |
| Page loaded at (UTC): | Mon, 10 Feb 2025 22:31:57 GMT |
| Capture timestamp (UTC): | Mon, 10 Feb 2025 22:32:30 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 2 |
| Capture ID: | dCBKUgjVP9S7sw9cUGdTzg |
| Display Name: | whk |



Document title: Discord
Capture URL: https://discord.com/invite/6JMEZzXV5e
Capture timestamp (UTC): Mon, 10 Feb 2025 22:32:30 GMT

Page 1 of 1