1  MARC E. MAYER (SBN 190969)
      mem@msk.com
2  KARIN G. PAGNANELLI (SBN 174763)
      kgp@msk.com
3  LINDSAY R. EDELSTEIN (*pro hac vice*)
      lre@msk.com
4  MITCHELL SILBERBERG & KNUPP LLP
   2049 Century Park East, 18th Floor
5  Los Angeles, CA  90067-3120
   Telephone: (310) 312-2000
6  Facsimile: (310) 312-3100

7  Attorneys for Activision Publishing,
   Inc.

8

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11 ACTIVISION PUBLISHING, INC., a       CASE NO. 2:21-cv-3073-FLA (JCx)
   Delaware corporation,
12                                       [Judge Fernando L. Aenlle-Rocha]
            Plaintiff,
13                                       **EXHIBITS NOS. 26-50 TO**
        v.                               **DECLARATION OF MARC E.**
14                                       **MAYER IN SUPPORT OF**
   WARZONE.COM, LLC,                     **MOTION FOR SUMMARY**
15                                       **JUDGMENT OR,**
            Defendant.                   **ALTERNATIVELY, PARTIAL**
16                                       **SUMMARY JUDGMENT**

17 WARZONE.COM, LLC,
                                         Date:       March 21, 2025
18          Counterclaimant,             Time:       1:30 p.m.
                                         Ctrm:       6B
19      v.
                                         Complaint Filed:      Apr. 8, 2021
20 ACTIVISION PUBLISHING, INC., a        Counterclaim Filed:   June 8, 2021
   Delaware corporation,                 Pretrial Conference:  May 19, 2025,
21                                                             at 1:30 p.m.
            Counterdefendant.            Trial:                May 27, 2025,
22                                                             at 8:15 a.m.

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

20507194.1

                    **EXHIBITS TO MARC E. MAYER DECLARATION**

# EXHIBIT 26

Alyssa K. Schabloski (SBN 258876)
aks@gladiuslaw.com
GLADIUS LAW, APC
2708 Wilshire Blvd., No. 426
Santa Monica, CA 90403
Tel: (310) 734-0720

Brett E. Lewis (*pro hac vice*)
brett@iLawco.com
Roberto Ledesma (*pro hac vice*)
roberto@ilawco.com
Michael D. Cilento (*pro hac vice*)
michael@iLawco.com
LEWIS & LIN, LLC
77 Sands Steet, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326

Attorneys for Warzone.Com, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC.<br><br>     *Plaintiff / Counterclaim Defendant*,<br><br>     v.<br><br>WARZONE.COM, LLC,<br><br>     *Defendant / Counterclaimant*. | CASE NO. 2:21-cv-3073-FLA (JCx)<br><br>**WARZONE.COM, LLC'S RESPONSES AND OBJECTIONS TO ACTIVISION PUBLISHING, INC.'S FIRST SET OF INTERROGATORIES** |

1

**RESPONSE TO INTERROGATORY NO. 9:**

    Warzone objects to this Request on the grounds that it is unduly burdensome and harassing. Subject to and without waiving the foregoing objections, Warzone will produce sufficient responsive, non-privileged documents in its possession, custody, or control, from which the answer to this Interrogatory may be ascertained or derived.

**INTERROGATORY NO. 10:**

    Describe in detail the manner(s) in which WARZONE earns revenue.

**RESPONSE TO INTERROGATORY NO. 10:**

    Warzone objects to this Interrogatory on the grounds that it is overbroad (including because it contains no time limitation). Subject to and without waiving the foregoing objections, Warzone states as follows: Warzone earns revenue through advertising and in-game purchases.

**INTERROGATORY NO. 11:**

    State separately, by month, the total expenses (in dollar amounts) incurred relating to the WARZONE GAME, INCLUDING any development costs, server costs, hosting fees, and maintenance fees.

**RESPONSE TO INTERROGATORY NO. 11:**

    Warzone objects to this Request on the grounds that it is unduly burdensome and harassing. Subject to and without waiving the foregoing objections, Warzone will produce sufficient responsive, non-privileged documents in its possession, custody, or control, from which the answer to this Interrogatory may be ascertained or derived.

**INTERROGATORY NO. 12:**

    Describe in detail all efforts taken by YOU to enforce, police, or protect WARZONE'S PURPORTED TRADEMARK RIGHTS against any PERSON or entity.

**RESPONSE TO INTERROGATORY NO. 12:**

b. the cost of corrective advertising, or other actions to address and repair any damage to Warzone's trademark as a result of Activision's unlawful actions; and

c. all costs, including reasonable attorneys' fees, incurred by Warzone to stop Activision's unlawful actions.

The calculation of Warzone's damages has not yet been fully quantified at this early stage in the litigation, and it is very likely that Warzone will need an expert to testify on certain of the above. Moreover, given that Activision's unlawful actions are ongoing, any such calculation would be subject to change.

**INTERROGATORY NO. 15:**

Identify all licenses that YOU have negotiated and/or issued to third parties or received from third parties for the use of the term "warzone."

**RESPONSE TO INTERROGATORY NO. 15:**

None.

**INTERROGATORY NO. 16:**

IDENTIFY the DOCUMENTS, including their location(s) and custodian(s), that WARZONE referred to in answering these Interrogatories.

**RESPONSE TO INTERROGATORY NO. 16:**

Warzone objects to this Interrogatory on the grounds that it is unduly burdensome and harassing. Subject to and without waiving the foregoing objections, Warzone will produce the non-privileged documents in its possession, custody, or control, that Warzone referred to in answering these Interrogatories.

DATED: February 4, 2022

Brett E. Lewis
Roberto Ledesma
Michael D. Cilento
LEWIS & LIN, LLLC

Alyssa Schabloski
GLADIUS LAW, APC

By: _____

Michael D. Cilento (*pro hac vice*)

*Attorneys for Warzone.com LLC*

# EXHIBIT 27

Alyssa K. Schabloski (SBN 258876)
aks@gladiuslaw.com
GLADIUS LAW, APC
2708 Wilshire Blvd., No. 426
Santa Monica, CA 90403
Tel: (310) 734-0720

Brett E. Lewis (*pro hac vice*)
brett@iLawco.com
Roberto Ledesma (*pro hac vice*)
roberto@ilawco.com
Michael D. Cilento (*pro hac vice*)
michael@iLawco.com
LEWIS & LIN, LLC
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326

Attorneys for Warzone.Com, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC. | CASE NO. 2:21-cv-3073-FLA (JCx) |
| *Activision / Counterclaim Warzone*, | **WARZONE.COM, LLC'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO ACTIVISION'S FIRST SET OF INTERROGATORIES** |
| v. | |
| WARZONE.COM, LLC, | |
| *Warzone / Counterclaimant.* | |

**144**

related products of other businesses. Warzone derives substantial benefit and goodwill from that consumer identification.

**INTERROGATORY NO. 8:**

Describe in detail the actual and targeted consumers or players of the WARZONE GAME.

**RESPONSE TO INTERROGATORY NO. 8:**

Warzone objects to this Interrogatory on the ground that "actual and targeted consumers or players" is not defined and is vague and ambiguous.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 8:**

Warzone objects to this Interrogatory on the ground that "actual and targeted consumers or players" is not defined and is vague and ambiguous. Subject to and without waiving the foregoing objections, Warzone responds as follows: the WARZONE game is available, free to play, on warzone.com; the game is also available as a downloadable game through Windows, Mac, and Linux. Warzone has also developed applications for the game that are available on both the Google Android and Apple iOS app stores The WARZONE game targets primarily men, 18-34, who enjoy strategy-based civilization building games, and games of world conquest, but also appeals to older and other demographics.

**INTERROGATORY NO. 9:**

State separately, by month, the total revenue and net profits earned (in dollar amounts) in connection with the WARZONE GAME.

**RESPONSE TO INTERROGATORY NO. 9:**

Warzone objects to this Request on the grounds that it is unduly burdensome and harassing. Subject to and without waiving the foregoing objections, Warzone will produce sufficient responsive, non-privileged documents in its possession, custody,

5

**145**

IDENTIFY the DOCUMENTS, including their location(s) and custodian(s), that WARZONE referred to in answering these Interrogatories.

**RESPONSE TO INTERROGATORY NO. 16:**

Warzone objects to this Interrogatory on the grounds that it is unduly burdensome and harassing. Subject to and without waiving the foregoing objections, Warzone will produce the non-privileged documents in its possession, custody, or control, that Warzone referred to in answering these Interrogatories.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 16:**

Warzone objects to this Interrogatory on the grounds that it is unduly burdensome and harassing. Subject to and without waiving the foregoing objections, Warzone states that its Interrogatory responses were provided by President and co-founder of Warzone, Randy Ficker. All documents consulted by Mr. Ficker have been produced to Activision in this action. These documents include Warzone's financial information at WZ004817 - 004823,  This also includes Warzone's confidential tax returns provided at WZ 4985-5086.; and the Confidential player activity files contained at WZ005226.  Other documents consulted include the documents in this litigation, which Activision is in possession of, including the Complaint and Answer + Counterclaims.

DATED: July 24, 2024                Brett E. Lewis
                                    Roberto Ledesma
                                    Michael D. Cilento
                                    **LEWIS & LIN, LLLC**

                                    Alyssa Schabloski
                                    **GLADIUS LAW, APC**

                                    By: *Michael Cilento*
                                    Michael D. Cilento (*pro hac vice*)

                                    *Attorneys for Warzone.com, LLC*

# EXHIBIT 28

Alyssa K. Schabloski (SBN 258876)
aks@gladiuslaw.com
GLADIUS LAW, APC
2708 Wilshire Blvd., No. 426
Santa Monica, CA 90403
Tel: (310) 734-0720

Brett E. Lewis (*pro hac vice*)
brett@iLawco.com
Roberto Ledesma (*pro hac vice*)
roberto@ilawco.com
Michael D. Cilento (*pro hac vice*)
michael@iLawco.com
LEWIS & LIN, LLC
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326

Attorneys for Warzone.Com, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC. | CASE NO. 2:21-cv-3073-FLA (JCx) |
| *Activision / Counterclaim Warzone*, | **WARZONE.COM, LLC'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO ACTIVISION'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** |
| v. | |
| WARZONE.COM, LLC, | |
| *Warzone / Counterclaimant*. | |

the titled "warzone." Warzone is not withholding any documents based on its objections.

**REQUEST NO. 32:**

DOCUMENTS sufficient to show the total amount spent, per month, by WARZONE on advertising, marketing, and/or promotion of the WARZONE GAME, INCLUDING any media buys, through each medium identified in Request No. 31.

**RESPONSE TO REQUEST NO. 32:**

Warzone objects to this request as overbroad to the extent that it is not sufficiently limited in duration or to a particular time period. Subject to and without waiving the foregoing objection, after conferring on reasonable limitations, Warzone will produce responsive, non-privileged documents in its possession, custody, or control, to the extent such documents exist.

**SUPPLEMENTAL RESPONSE TO REQUEST NO. 32:**

Warzone objects to this request as overbroad to the extent that it is not sufficiently limited in duration or to a particular time period. Subject to and without waiving the foregoing objection, Warzone responds as follows: no such documents exist to show expenses on a monthly basis, and Warzone has provided documents showing ad spend and other expenses on an annual basis.

**REQUEST NO. 33:**

DOCUMENTS sufficient to identify any PERSON or entity who acts as an agent, advisor, representative, distributor or consultant with respect to WARZONE's branding, advertising, marketing, sales, and/or distribution of the WARZONE GAME.

**RESPONSE TO REQUEST NO. 33:**

Warzone objects to this request as overbroad to the extent that it is not sufficiently limited in duration or to a particular time period. Subject to and without waiving

**149**

the foregoing objection, after conferring on reasonable limitations, Warzone will produce responsive, non-privileged documents in its possession, custody, or control, to the extent such documents exist.

**SUPPLEMENTAL RESPONSE TO REQUEST NO. 33:**

Warzone objects to this request as overbroad to the extent that it is not sufficiently limited in duration or to a particular time period. Subject to and without waiving the foregoing objection, and after agreeing on a timeframe of January 1, 2017 - April 8, 2021, Warzone responds as follows: no such documents exist.

**REQUEST NO. 34:**

All DOCUMENTS that reflect or refer to any keyword bidding or advertising paid for by WARZONE in connection with the WARZONE GAME.

**RESPONSE TO REQUEST NO. 34:**

Warzone objects to this Request to the extent that "keyword bidding" is not defined and is vague and ambiguous. Warzone objects to this Request as overbroad to the extent that it asks for "All" documents. Warzone further objects to this Request to the extent that the time period is not limited. Warzone further objects to this Request on the grounds that it is unduly burdensome and harassing and seeks documents that are not relevant to the claims and defenses in this action nor reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving the foregoing objections, after conferring on reasonable limitations, Warzone will produce responsive, non-privileged documents in its possession, custody, or control, to the extent such documents exist.

**SUPPLEMENTAL RESPONSE TO REQUEST NO. 34:**

Warzone objects to this Request as overbroad to the extent that it asks for "All" documents. Warzone further objects to this Request to the extent that the time period is not limited. Subject to and without waiving the foregoing objections, Warzone responds as follows: no such documents exist.

1  DOCUMENTS sufficient to identify the total number of accounts associated with

2  the WARZONE GAME, as well as DOCUMENTS sufficient to identify the total

3  number of new accounts, per month, from January 1, 2017 through the present.

4  **RESPONSE TO REQUEST NO. 40:**

5  Warzone objects to this Request to the extent that "accounts associated with the

6  WARZONE GAME" is not define and is vague and ambiguous. Warzone further

7  objects to the Request on the basis that it is not reasonably expected to yield

8  information relevant to the Complaint or Counterclaims. Subject to and without

9  waiving the foregoing objections, after conferring on clarification, Warzone will

10  produce responsive, non-privileged documents in its possession, custody, or

11  control, to the extent such documents exist.

12  **SUPPLEMENTAL RESPONSE TO REQUEST NO. 40:**

13  Warzone objects to this Request to the extent that "accounts associated with the

14  WARZONE GAME" is not define and is vague and ambiguous. Warzone further

15  objects to the Request on the basis that it is not reasonably expected to yield

16  information relevant to the Complaint or Counterclaims. Subject to and without

17  waiving the foregoing objections, and after further clarification, Warzone responds

18  as follows: Warzone has provided active and new accounts per month for the

19  requested time period. *See* WZ007164.

20  **REQUEST NO. 41:**

21  All DOCUMENTS that reflect or refer to YOUR awareness of any alleged

22  infringement of WARZONE'S PURPORTED TRADEMARK RIGHTS by any

23  PERSON or entity.

24  **RESPONSE TO REQUEST NO. 41:**

25  Warzone objects to this Request to the extent that "awareness" is not defined and is

26  vague and ambiguous. Warzone further objects to the Request on the basis that it is

27  not reasonably expected to yield information relevant to the Complaint or

28

Counterclaims. Subject to and without waiving the foregoing objections, after conferring on clarification, Warzone will produce responsive, non-privileged documents in its possession, custody, or control, to the extent such documents exist.

**SUPPLEMENTAL RESPONSE TO REQUEST NO. 41:**

Warzone objects to this Request to the extent that "awareness" is not defined and is vague and ambiguous. Warzone further objects to the Request on the basis that it is not reasonably expected to yield information relevant to the Complaint or Counterclaims. Subject to and without waiving the foregoing objections, and after conferring on clarification, Warzone responds as follows: other than documents relating to disputes with Activision and this lawsuit, no documents exist relating to Warzone's policing of its trademark rights.

**REQUEST NO. 42:**

All DOCUMENTS that reflect or refer to YOUR efforts to enforce, police, or protect WARZONE'S PURPORTED TRADEMARK RIGHTS against any PERSON or entity, INCLUDING any "cease-and-desist" letters YOU sent or lawsuits YOU filed alleging infringement of any of YOUR rights.

**RESPONSE TO REQUEST NO. 42:**

Warzone objects to this Request on the grounds that it is overbroad (including because it contains no time limitation), vague and ambiguous ("efforts to enforce, police, or protect"), and seeks documents that are not relevant to the claims and defenses in this action nor reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving the foregoing objections, after conferring on clarification and time limitations, Warzone will produce responsive, non-privileged documents in its possession, custody, or control, to the extent such documents exist.

**SUPPLEMENTAL RESPONSE TO REQUEST NO. 42:**

Warzone objects to this Request on the grounds that it is overbroad (including because it contains no time limitation), vague and ambiguous ("efforts to enforce, police, or protect"), and seeks documents that are not relevant to the claims and defenses in this action nor reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving the foregoing objections, and after conferring on clarification, Warzone responds as follows: other than documents relating to disputes with Activision and this lawsuit, no documents exist relating to Warzone's policing of its trademark rights.

**REQUEST NO. 43:**

All DOCUMENTS referring or relating to any settlement or release agreements between YOU and any PERSON or entity regarding any alleged unauthorized use of the term "warzone" in any video or computer game, motion picture, television program, simulation and/or virtual reality software, book, graphic novel, comic book, screenplay, or other audiovisual or literary work.

**RESPONSE TO REQUEST NO. 43:**

Warzone objects to this Request as overbroad to the extent that it asks for "All" documents. Warzone further objects to this Request to the extent that the time period is not particularly limited. Warzone further objects to this Request on the grounds that it is unduly burdensome and harassing and seeks documents that are not relevant to the claims and defenses in this action nor reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving the foregoing objections, after conferring on clarification and time limitations, Warzone will produce responsive, non-privileged documents in its possession, custody, or control, to the extent such documents exist.

**SUPPLEMENTAL RESPONSE TO REQUEST NO. 43:**

Warzone objects to this Request as overbroad to the extent that it asks for "All" documents. Warzone further objects to this Request to the extent that the time

period is not particularly limited. Warzone further objects to this Request on the grounds that it is unduly burdensome and harassing and seeks documents that are not relevant to the claims and defenses in this action nor reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving the foregoing objections, Warzone responds as follows: no such documents exist.

**REQUEST NO. 44:**

All DOCUMENTS that constitute, embody, reflect or refer to any internal COMMUNICATIONS, memoranda, reports, or analyses concerning the use of the term "warzone" in any video or computer game, motion picture, television program, simulation and/or virtual reality software, book, graphic novel, comic book, screenplay, or other audiovisual or literary work, INCLUDING in any of the THIRD PARTY GAMES.

**RESPONSE TO REQUEST NO. 44:**

Warzone objects to this Request as overbroad to the extent that it asks for "All" documents. Warzone further objects to this Request to the extent that the time period is not particularly limited. Warzone further objects to this Request on the grounds that it is unduly burdensome and harassing and seeks documents that are not relevant to the claims and defenses in this action nor reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving the foregoing objections, after conferring on clarification and time limitations, Warzone will produce responsive, non-privileged documents in its possession, custody, or control, to the extent such documents exist.

**SUPPLEMENTAL RESPONSE TO REQUEST NO. 44:**

Warzone objects to this Request as overbroad to the extent that it asks for "All" documents. Warzone further objects to this Request to the extent that the time period is not particularly limited. Warzone further objects to this Request on the grounds that it is unduly burdensome and harassing and seeks documents that are

**154**

not relevant to the claims and defenses in this action nor reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving the foregoing objections, and after having conferred on clarification, Warzone responds as follows: other than disputes with Activision or this lawsuit, no such documents exist reflecting Warzone's internal communications, memoranda, reports, or analyses regarding a third-party's use of "warzone."

**REQUEST NO. 45:**

All DOCUMENTS that constitute, embody, reflect or refer to any written or oral agreements between YOU and any PERSON or entity concerning the use of the term "warzone" in any of the THIRD PARTY GAMES.

**RESPONSE TO REQUEST NO. 45:**

Warzone objects to this Request on the grounds that it is overbroad including because (i) it contains no time limitation, (ii) it seeks "All" documents and (iii) seeks documents that are not relevant to the claims and defenses in this action nor reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving the foregoing objection, after conferring on clarification and time limitations, Warzone will produce responsive, non-privileged documents in its possession, custody, or control, to the extent such documents exist.

**SUPPLEMENTAL RESPONSE TO REQUEST NO. 45:**

Warzone objects to this Request on the grounds that it is overbroad including because (i) it contains no time limitation, (ii) it seeks "All" documents and (iii) seeks documents that are not relevant to the claims and defenses in this action nor reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving the foregoing objections, Warzone responds as follows: no such documents exist.

**REQUEST NO. 55:**

1  Warzone objects to this Request as overbroad to the extent that it asks for "All"

2  documents. Warzone further objects to this Request as unduly burdensome,

3  particularly as it relates to seeking documents on a monthly basis. Subject to and

4  without waiving the foregoing objections, Warzone responds as follows: no such

5  documents exist, and Warzone has produced documents to show expenses on an

6  annual basis.

7  **REQUEST NO. 74:**

8  All DOCUMENTS that reflect or refer to any business plans or proposals sent by

9  WARZONE to potential or actual investors.

10 **RESPONSE TO REQUEST NO. 74:**

11 Warzone objects to this Request on the grounds that it is overbroad (including

12 because it contains no time limitation and requests "All" documents). Warzone

13 further objects to this Request on the grounds that it is unduly burdensome and

14 harassing and seeks documents that are not relevant to the claims and defenses in

15 this action nor reasonably calculated to lead to the discovery of admissible

16 evidence.

17 **SUPPLEMENTAL RESPONSE TO REQUEST NO. 74:**

18 Warzone objects to this Request on the grounds that it is overbroad (including

19 because it contains no time limitation and requests "All" documents). Subject to

20 and without waiving the foregoing objections, Warzone responds as follows: no

21 such documents exist.

22 **REQUEST NO. 75:**

23 All DOCUMENTS that reflect or refer to future plans for WARZONE or the

24 WARZONE GAME.

25 **RESPONSE TO REQUEST NO. 75:**

26 Warzone objects to this Request on the grounds that it is overbroad (including

27 because it contains no time limitation and requests "All" documents). Warzone

28

15

**156**

Warzone has produced all non-privileged documents in response to this request and is not withholding any documents.

DATED: August 28, 2024

Brett E. Lewis
Roberto Ledesma
Michael D. Cilento
**LEWIS & LIN, LLLC**

Alyssa Schabloski
**GLADIUS LAW, APC**

By: *Michael Cilento*
Michael D. Cilento (*pro hac vice*)

*Attorneys for Warzone.com, LLC*

17

**157**

# EXHIBIT 29

Alyssa K. Schabloski (SBN 258876)
aks@gladiuslaw.com
GLADIUS LAW, APC
2708 Wilshire Blvd., No. 426
Santa Monica, CA 90403
Tel: (310) 734-0720

Brett E. Lewis (*pro hac vice*)
brett@iLawco.com
Roberto Ledesma (*pro hac vice*)
roberto@ilawco.com
Michael D. Cilento (*pro hac vice*)
michael@iLawco.com
LEWIS & LIN, LLC
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326

Attorneys for Warzone.Com, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC.<br><br>*Activision / Counterclaim Warzone*,<br><br>v.<br><br>WARZONE.COM, LLC,<br><br>*Warzone / Counterclaimant*. | CASE NO. 2:21-cv-3073-FLA (JCx)<br><br>**WARZONE.COM, LLC'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO ACTIVISION'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** |

1

**159**

activities is broad and undefined. Subject to and without waiving the foregoing

objections, Warzone responds as follows: no such documents exist.

**REQUEST FOR PRODUCTION NO. 92:**

All DOCUMENTS that reflect or refer to any investment YOU received in

connection with the WARZONE COMPANY or WARZONE PURPORTED

TRADEMARK from 2017 to the present.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 92:**

Warzone objects to this Request on the ground that it is overbroad and seeks

documents that are not relevant to the claims and defenses in this action nor

reasonably calculated to lead to the discovery of admissible evidence. Warzone

further objects to this Request on the ground that it is overbroad and unduly

burdensome, oppressive and harassing, including because the request improperly

seeks "all documents" instead of "documents sufficient to show." Subject to and

without waiving the foregoing objections, Warzone will produce non-privileged

documents in its possession, custody or control sufficient to show the responses the

this Request, to the extent such documents exist.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO.
92:**

Warzone objects to this Request on the ground that it is overbroad and seeks

documents that are not relevant to the claims and defenses in this action nor

reasonably calculated to lead to the discovery of admissible evidence. Subject to

and without waiving the foregoing objections, Warzone responds as follows: no

such documents exist.

**REQUEST FOR PRODUCTION NO. 93:**

All DOCUMENTS that reflect or refer to any marketing plans prepared by you, for

you, or on your behalf concerning the WARZONE GAME.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 93:**

Warzone objects to this Request on the ground that it is overbroad and seeks documents that are not relevant to the claims and defenses in this action nor reasonably calculated to lead to the discovery of admissible evidence. Warzone further objects to this Request on the ground that it is overbroad and unduly burdensome, oppressive and harassing, including because the request improperly seeks "all documents" instead of "documents sufficient to show." Warzone further objects to this Request on the grounds that it is vague and ambiguous, including because "marketing plans" is not defined. Subject to and without waiving the foregoing objections, Warzone will produce non-privileged documents in its possession, custody or control sufficient to show any advertising or marketing campaigns or plans concerning the WARZONE game, to the extent such documents exist.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 93:**

Warzone objects to this Request on the ground that it is overbroad and seeks documents that are not relevant to the claims and defenses in this action nor reasonably calculated to lead to the discovery of admissible evidence. Warzone further objects to this Request on the grounds that it is vague and ambiguous, including because "marketing plans" is not defined. Subject to and without waiving the foregoing objections, Warzone responds as follows: no such documents exist.

**REQUEST FOR PRODUCTION NO. 94:**

All DOCUMENTS that reflect or refer to any sums paid to any third party in connection with marketing or advertising for the WARZONE GAME.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 94:**

Warzone objects to this Request on the ground that it is overbroad and unduly burdensome, oppressive and harassing, including because it asks for "all

**161**

1  documents" as opposed to the limited "documents sufficient to show." Subject to

2  and without waiving the foregoing objections, Warzone will produce non-

3  privileged documents in its possession, custody or control sufficient to show any

4  sums paid to third parties in connection with marketing or advertising for the

5  WARZONE game.

6  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO.**

7  **94:**

8  Warzone responds as follows: no such documents exist.

9  **REQUEST FOR PRODUCTION NO. 97:**

10  All DOCUMENTS that reflect or refer to any corrective advertising expenditures

11  incurred by YOU in order to address any alleged confusion between the

12  WARZONE GAME and CODWZ.

13  **RESPONSE TO REQUEST FOR PRODUCTION NO. 97:**

14  Warzone objects to this Request on the ground that it is overbroad and unduly

15  burdensome, oppressive and harassing, including because it asks for "all

16  documents" as opposed to the limited "documents sufficient to show." Warzone

17  also objects to this Request on the ground that it is vague and ambiguous, including

18  because "corrective advertising" is not defined. Subject to and without waiving the

19  foregoing objections, Warzone will produce non-privileged documents in its

20  possession, custody or control sufficient to show any sums paid to third parties in

21  connection with marketing or advertising for the WARZONE game.

22  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO.**

23  **97:**

24  Warzone responds as follows: no such documents exist.

25  **REQUEST FOR PRODUCTION NO. 98:**

26

27

28

6

**162**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 120:**

Warzone objects to this Request on the ground that it is overbroad and seeks documents that are not relevant to the claims and defenses in this action nor reasonably calculated to lead to the discovery of admissible evidence. Warzone further objects to this Request on the ground that it is overbroad and unduly burdensome, oppressive and harassing, to the extent that the Request is not limited in scope or timeframe.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 120:**

Warzone objects to this Request on the ground that it is overbroad and seeks documents that are not relevant to the claims and defenses in this action nor reasonably calculated to lead to the discovery of admissible evidence. Warzone further objects to this Request on the ground that it is overbroad and unduly burdensome, oppressive and harassing, to the extent that the Request is not limited in scope or timeframe. Warzone further objects to this Request on the ground that it seeks information that is protected by the attorney-client privilege or work product doctrine.

DATED: August 28, 2024

Brett E. Lewis
Roberto Ledesma
Michael D. Cilento
**LEWIS & LIN, LLLC**

Alyssa Schabloski
**GLADIUS LAW, APC**

By: *Michael Cilento*
Michael D. Cilento (*pro hac vice*)

*Attorneys for Warzone.com, LLC*

16

**163**

# EXHIBIT 29

Alyssa K. Schabloski (SBN 258876)
aks@gladiuslaw.com
GLADIUS LAW, APC
2708 Wilshire Blvd., No. 426
Santa Monica, CA 90403
Tel: (310) 734-0720

Brett E. Lewis (pro hac vice)
brett@iLawco.com
Roberto Ledesma (pro hac vice)
roberto@ilawco.com
Michael D. Cilento (pro hac vice)
michael@iLawco.com
LEWIS & LIN, LLC
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326

*Attorneys for Warzone.com, LLC*

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC. | Case No. 2:21-cv-3073-FLA (JCx) |
| *Plaintiff/Counterclaim Defendant*, | **WARZONE.COM, LLC'S OBJECTIONS AND SUPPLEMENTAL RESPONSE TO ACTIVISION'S FIRST SET OF INTERROGATORIES (NO. 14)** |
| WARZONE.COM, LLC, | |
| *Defendant/Counterclaimant.* | |

1

**165**

Duty, which it regularly identified by the term WARZONE. Activision's intentional infringement of Warzone's senior rights to such mark caused immediate harm to Warzone, including but not limited to Warzone's inability to control its reputation and goodwill based on the overwhelming commercialization of the mark WARZONE in association with Call of Duty, instead of Warzone's products and services. In early 2021, in an effort to mitigate the exponentially increasing harm to Warzone's use of its own mark as a source identifier, Warzone offered Activision the option of taking a license to use the WARZONE mark or to buying the rights to its mark, including the Warzone.com domain name. Activision refused and filed this lawsuit seeking Warzone's WARZONE mark for itself. As such, Warzone not only continued to suffer harm from Activision's infringement, but has also had to incur significant legal fees and costs in an effort to defend itself and its ability to use its own trademark.

Prior to March 21, 2024, Activision had not offered any product or version of Call of Duty using or associated with the WARZONE mark for download on mobile devices. Since November 2017, Warzone was the only mobile gaming application using WARZONE, available for download to mobile device users on both the iOS and Android platforms. Despite being fully aware of Warzone's senior use of the WARZONE mark both online and in the mobile space, Activision released WARZONE MOBILE, the name associated with its Call of Duty: Warzone Mobile game, for download to mobile devices. Warzone intends to seek compensatory damages regarding Activision's intentional infringing use in this market as well.

Warzone does not intend to seek, and has never represented that it would seek, actual damages based on its own lost revenue or lost profits as a result of Activision's infringement.

Warzone also intends to seek an injunction to stop Activision from using the mark WARZONE to the extent that the association amongst consumers of video games online or on mobile devices, that anything marked WARZONE, is irreparably associated with

4

**166**

Activision's products or services (including Call of Duty or COD), beyond a compensable amount.

Warzone intends to seek compensatory damages as described above and in amounts to be determined after receiving the necessary documents and information not in its own possession, custody or control, during the ongoing discovery process. Warzone will seek an injunction, trebling of any damages award, attorney's fees and costs spent in connection with this litigation, punitive damages based on Activision's intentional and willful infringement, and enhanced damages as provided for by law and warranted based on the facts and circumstances in this case. Warzone will also provide expert disclosures regarding damages sought from Activision, on January 10, 2025, when opening expert reports in this matter are scheduled to be disclosed.

Date:  September 24, 2024

Brett E. Lewis
Roberto Ledesma
Michael D. Cilento
**LEWIS & LIN, LLLC**

Alyssa Schabloski
**GLADIUS LAW, APC**

By: *Michael D. Cilento*

Michael D. Cilento (pro hac vice)

*Attorneys for Warzone.com, LLC*

5

**167**

# EXHIBIT 31

Alyssa K. Schabloski (SBN 258876)
aks@gladiuslaw.com
GLADIUS LAW, APC
2708 Wilshire Blvd., No. 426
Santa Monica, CA 90403
Tel: (310) 734-0720

Brett E. Lewis (*pro hac vice*)
brett@iLawco.com
Roberto Ledesma (*pro hac vice*)
roberto@ilawco.com
Michael D. Cilento (*pro hac vice*)
michael@iLawco.com
LEWIS & LIN, LLC
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326

*Attorneys for Warzone.com, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC.<br><br>*Plaintiff / Counterclaim Defendant*,<br><br>v.<br><br>WARZONE.COM, LLC,<br><br>*Defendant / Counterclaimant*. | CASE NO. 2:21-cv-3073-FLA (JCx)<br><br>**WARZONE.COM, LLC'S AMENDED RESPONSES AND OBJECTIONS TO ACTIVISION'S FIRST SET OF REQUESTS FOR ADMISSIONS**<br>**[Nos. 1-53, 57-61, 63-65, 67, 69-72, 74-75, 82-85]** |

1

**REQUEST FOR ADMISSION NO. 1:**

Admit that YOU do not possess any evidence that any person downloaded CODWZ under the mistaken belief that such person was downloading the WARZONE GAME.

**AMENDED RESPONSE TO REQUEST FOR ADMISSIONS NO. 1:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what may or may not constitute "evidence" or a "mistaken belief." Warzone objects to the term "downloaded" as vague and ambiguous, and further unclear as to where such "downloading" is occurring.  Based on the foregoing objections, Warzone responses as follows:

Warzone admits that as of October 23, 2024, it does not have any evidence in its possession that a person mistakenly believed it was downloading an online version of the WARZONE GAME when they were downloading an online version of the Call of Duty: Warzone game.

**REQUEST FOR ADMISSION NO. 2:**

Admit that YOU do not possess any DOCUMENTS reflecting that any person downloaded CODWZ under the mistaken belief that such person was downloading the WARZONE GAME.

**AMENDED RESPONSE TO REQUEST FOR ADMISSIONS NO. 2:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what a document or documents may or may not "reflect" or what may or may not constitute a "mistaken belief." Warzone objects to the term "downloaded" as vague and ambiguous, and further unclear as to where such "downloading" is occurring.  Based on the foregoing objections, Warzone responds as follows:

Warzone admits that as of October 23, 2024, it does not have any documents in its possession reflecting that a person mistakenly believed it was downloading an online version of the WARZONE GAME when they were downloading an online version of the Call of Duty: Warzone game.

**REQUEST FOR ADMISSION NO. 3:**

Admit that YOU do not possess any evidence that any person played CODWZ under the mistaken belief that such person was playing the WARZONE GAME.

**AMENDED RESPONSE TO REQUEST FOR ADMISSIONS NO. 3:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what may or may not constitute "evidence" or a "mistaken belief."  Based on the foregoing objections, Warzone responds as follows:

Warzone admits that as of October 23, 2024, Warzone does not have any evidence in its possession that a person playing an online version of Call of Duty: Warzone game was playing it under the mistaken belief that they were playing the WARZONE GAME.

**REQUEST FOR ADMISSION NO. 4**:

Admit that YOU do not possess any DOCUMENTS reflecting that any person played CODWZ under the mistaken belief that such person was playing the WARZONE GAME.

**AMENDED RESPONSE TO REQUEST FOR ADMISSIONS NO. 4:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what a document or documents may or may not "reflect" or what may or may not constitute a "mistaken belief."  Based on the foregoing objections, Warzone responds as follows:

Warzone admits that as of October 23, 2024, Warzone does not have any documents in its possession reflecting that a person who downloaded the online version of the Call of Duty: Warzone game was playing it under the mistaken belief that they were playing the WARZONE GAME.

**REQUEST FOR ADMISSION NO. 5:**

Admit that YOU do not possess any evidence that any person downloaded the WARZONE GAME under the mistaken belief that such person was downloading CODWZ.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 5:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what may or may not constitute "evidence" or a "mistaken belief." Warzone objects to the terms "downloaded" and "downloading" as vague and ambiguous, and further unclear as to where any such "downloading" is occurring. Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 6:**

Admit that YOU do not possess any DOCUMENTS reflecting that any person downloaded the WARZONE GAME under the mistaken belief that such person was downloading CODWZ.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 6:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what a document or documents may or may not "reflect" or what may or may not constitute a "mistaken belief." Warzone objects to the terms "downloaded" and "downloading" as vague and

ambiguous, and further unclear as to where any such "downloading" is occurring. Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 7**:

Admit that YOU do not possess any evidence that any person played the WARZONE GAME under the mistaken belief that such person was playing CODWZ.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 7:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what may or may not constitute "evidence" or a "mistaken belief." Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 8:**

Admit that YOU do not possess any DOCUMENTS reflecting that any person played the WARZONE GAME under the mistaken belief that such person was playing CODWZ.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 8:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what a document or documents may or may not "reflect" or may or may not constitute a "mistaken belief." Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 9**:

Admit that YOU do not possess any evidence that any person made any in-game purchases for CODWZ under the mistaken belief that such person was making an in-game purchase of virtual goods for the WARZONE GAME.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 9:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what may or may not constitute "evidence" or a "mistaken belief." Based on the foregoing objections, Warzone responds as follows:

Warzone admits that as of October 23, 2024, Warzone does not have evidence in its possession that any person made in-game purchases in the online version of Call of Duty: Warzone under the mistaken belief that such person was making in-game purchases of virtual goods for the WARZONE GAME.

**REQUEST FOR ADMISSION NO. 10:**

Admit that YOU do not possess any DOCUMENTS reflecting that any person made any in-game purchases for CODWZ under the mistaken belief that such person was making an in-game purchase of virtual goods for the WARZONE GAME.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 10:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what a document or documents may or may not "reflect" or may or may not constitute a "mistaken belief." Based on the foregoing objections, Warzone responds as follows:

Warzone admits that as of October 23, 2024, Warzone does not have documents in its possession reflecting that any person made in-game purchases in the online version of Call of Duty: Warzone under the mistaken belief that such person was making an in-game purchase of virtual goods for the WARZONE GAME.

**REQUEST FOR ADMISSION NO. 11:**

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 36:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence, in particular if and to the extent it is seeking information from the many persons and entities defined broadly as "YOUR" in Activision's requests. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what a document or documents may or may not "reflect." Warzone further objects that the phrases "attributable to . . . use of the title" and "any change" is vague and ambiguous. Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 37:**

Admit that YOU did not lose out on any licensing opportunities as a result of ACTIVISION's use of the title "Call of Duty: Warzone."

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 37:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what may or may not be a "result." Warzone further objects that the term "as a result of . . . use of the title" as vague and ambiguous. Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 38:**

Admit that YOUR revenues increased after the release of "Call of Duty: Warzone."

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 38:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects that the phrases "increased," "release," and "after the release" are vague and ambiguous,

21

particularly as to time and scope.  Based on the foregoing objections, Warzone responds as follows:

Warzone admits that Warzone.com, LLC revenues increased during several years, including 2021, and that Activision released the online version of "Call of Duty: Warzone" on March 10, 2020.

**REQUEST FOR ADMISSION NO. 39:**

Admit that YOUR profits increased after the release of "Call of Duty: Warzone."

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 39:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects that the phrases "increased," "profits," and "after the release" are vague and ambiguous, particularly as to time and scope. Based on the foregoing objections, Warzone responds as follows:

Warzone admits that Warzone.com, LLC profits increased during several years, including 2021, and that Activision released the online version of "Call of Duty: Warzone" on March 10, 2020.

**REQUEST FOR ADMISSION NO. 40:**

Admit that the WARZONE GAME never made a profit until after the release of "Call of Duty: Warzone."

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 40:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects that the phrases "never," "made a profit," and "after the release" are vague and ambiguous, particularly as to time and scope. Based on the foregoing objections, Warzone responds as follows:

22

**176**

Warzone admits that Warzone.com, LLC did not record a positive profit until 2021 and that Activision released the online version of "Call of Duty: Warzone" on March 10, 2020.

**REQUEST FOR ADMISSION NO. 41:**

Admit that YOU do not possess any evidence that any person was unable to locate or discover the existence of the WARZONE GAME as a result of Activision's use of the title "Call of Duty: Warzone."

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 41:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what may or may not amount to "evidence" or be a "result." Warzone further objects that the term "as a result of . . . use of the title" is vague and ambiguous. Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 42:**

Admit that YOU do not possess any DOCUMENTS reflecting that any person was unable to locate or discover the existence of the WARZONE GAME as a result of Activision's use of the title "Call of Duty: Warzone."

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 42:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what a document or documents may or may not be "reflecting" or what may or may not be considered a "result." Warzone further objects that the term "as a result of . . . use of the title" is vague and ambiguous. Based on the foregoing objections, Warzone responds as follows:

Deny.

23

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 49:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects that the terms and/or phrases "featured" and "game industry publication" render the request vague and ambiguous. Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 50:**

Admit that at the time you commenced using the title "Warzone" for the WARZONE GAME YOU were aware that there existed other games that included the term "Warzone" in their title.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 50:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what may or may not amount to "awareness." Based on the foregoing objections, Warzone responds as follows:

Warzone admits that when it commenced using "Warzone" it was aware that games including the term "Warzone" existed.

**REQUEST FOR ADMISSION NO. 51:**

Admit that at the time you commenced using the title "Warzone" for the WARZONE GAME YOU were aware that there existed other registered trademarks that included the term "WARZONE."

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 51:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what may or may not amount to "registered trademarks" or "registered trademarks that included the term

27
**178**

amount to "awareness" or whether or not an entity "registered the domain name." Warzone further objects to the terms and/or phrases "at the time," "commenced," and "existed" as being vague and ambiguous as to meaning, time, and scope. Based on the foregoing objections, Warzone responds as follows:

    Deny.

**REQUEST FOR ADMISSION NO. 57:**

Admit that YOU do not possess any evidence that any players of the WARZONE GAME are also players of CODWZ.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 57:**

    Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what may or may not constitute "evidence." Based on the foregoing objections, Warzone responds as follows:

    Deny.

**REQUEST FOR ADMISSION NO. 58:**

Admit that YOU do not possess any DOCUMENTS reflecting that any players of the WARZONE GAME are also players of CODWZ.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 58:**

    Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what a document or documents may or may not be "reflecting." Based on the foregoing objections, Warzone responds as follows:

    Deny.

**REQUEST FOR ADMISSION NO. 59:**

Admit that the WARZONE GAME and CODWZ do not have a similar appearance.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 59:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone objects that the phrase "similar appearance" is vague and ambiguous. Based on the foregoing objections, Warzone responds as follows:

Warzone admits that the gameplay of the WARZONE GAME and the online versions of Call of Duty: Warzone do not have similar appearances.

**REQUEST FOR ADMISSION NO. 60:**

Admit that the WARZONE GAME and CODWZ do not have a similar gameplay.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 60:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone objects that the phrases "similar gameplay" and "do not have" are vague and ambiguous, particularly as to meaning, scope, and time. Based on the foregoing objections, Warzone responds as follows:

Warzone admits that the gameplay of the WARZONE GAME and the online versions of Call of Duty: Warzone do not involve gameplay that is similar in mechanics and player experience.

**REQUEST FOR ADMISSION NO. 61:**

Admit that the WARZONE GAME and CODWZ do not use similar logos.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 61:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what may or may not constitute "use." Warzone objects that the phrases "similar logos" and "use" are vague and ambiguous. Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 63:**

Admit that YOU or the WARZONE GAME have never been featured in any magazines or newspapers that featured CODWZ.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 63:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone objects that the phrase "featured" is vague and ambiguous. Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 64:**

Admit that YOU did not attempt to register a trademark for the word WARZONE until after the release of CODWZ.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 64:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects that the terms and/or phrases "attempt to register" and "until after the release" render the request vague and ambiguous. Warzone objects to this request on the grounds and to the extent that it calls for disclosure of information protected by the attorney-client or other privileges. Based on the foregoing objections, Warzone responds to the extent possible without disclosing any privileged information or waiving any such protection:

Deny.

**REQUEST FOR ADMISSION NO. 65:**

Admit that until 2020 YOU never sought to enforce any purported trademark in the word WARZONE against any person or entity.

31

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 65:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what may or may not constitute "enforcement" or "enforcement of any purported trademark" or "purported trademark in the word." Warzone further objects that the terms and/or phrases "sought," "sought to enforce," "enforce," "purported trademark," and "against" render the request vague and ambiguous. Warzone objects to this request on the grounds and to the extent that it calls for disclosure of information protected by the attorney-client or other privileges. Based on the foregoing objections, Warzone responds to the extent possible without disclosing any privileged information or waiving such protection:

Warzone admits that it has not initiated any litigation in the United States to enforce the mark Warzone.

**REQUEST FOR ADMISSION NO. 67:**

Admit that YOU never purchased any internet banner ads for the WARZONE GAME.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 67:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone objects that the terms and/or phrases "internet banner ads" and "ads for" are vague and ambiguous. Based on the foregoing objections, Warzone responds as follows:

Warzone admits that it has not purchased any internet banner ads advertising the WARZONE GAME.

**REQUEST FOR ADMISSION NO. 69:**

Admit that YOU never purchased any television, radio, or print ads for the WARZONE GAME.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 69:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone objects that the terms and/or phrases "purchased," "television, radio, or print ads," and "ads for" are vague and ambiguous. Based on the foregoing objections, Warzone responds as follows:

Warzone admits that it has not purchased any advertisements of the WARZONE GAME to be displayed on television, radio or in a printed publication such as a magazine or newspaper.

**REQUEST FOR ADMISSION NO. 70:**

Admit that YOU never created any in-store displays for the WARZONE GAME.

**RESPONSE TO REQUEST FOR ADMISSION NO. 70:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone objects that the terms and/or phrases "created," "in-store displays," and "ads for" are vague and ambiguous. Based on the foregoing objections, Warzone responds as follows:

Warzone admits that it did not create a physical display in any brick and mortar store that advertised the WARZONE GAME.

**REQUEST FOR ADMISSION NO. 71:**

Admit that YOU never purchased any keyword advertisements for the WARZONE GAME.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 71:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone objects that the terms and/or phrases "keyword advertisements" and "advertisements for" are vague and ambiguous. Based on the foregoing objections, Warzone responds as follows:

Warzone admits that it has not purchased any keywords to advertise the WARZONE GAME.

**REQUEST FOR ADMISSION NO. 72:**

Admit that YOU never hired an advertising or public relations agency to assist with advertising or promoting the WARZONE GAME.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 72:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone objects that the terms and/or phrases "hired," "advertising or public relations agency," "assist with advertising," "assist with . . .promoting," and "promoting" are vague and ambiguous. Based on the foregoing objections, Warzone responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 74:**

Admit that YOU do not possess any DOCUMENTS evidencing the value of YOUR alleged WARZONE trademark prior to 2020.

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 74:**

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence, in particular if and to the extent it is seeking information from the many persons and entities defined broadly as "YOUR" in Activision's requests. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to "alleged . . . trademark," and what may or may not amount to "evidence." Warzone further objects that the phrases "value" and "alleged WARZONE trademark," and "prior to 2020" are vague and ambiguous, particularly as to meaning, time, and scope. Based on the foregoing objections, Warzone responds as follows:

Deny.

Deny.

## REQUEST FOR ADMISSION NO. 85:

Admit that YOU do not possess any DOCUMENTS reflecting that YOUR revenue prior to 2020 would have been different if YOU had not changed the name of YOUR game from WARLIGHT to WARZONE.

## AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 85:

Warzone incorporates its general objections above, and specifically objects to this request on the ground that it seeks information that is neither relevant nor reasonably calculated to lead to the discoverability of relevant evidence. Warzone further objects to the extent this request calls for a legal conclusion, in particular as to what a document or documents may or may not be "reflecting." Warzone further objects that the phrases "would have been different," "had not changed," "revenue prior to 2020," and "the name of YOUR game" are vague and ambiguous, particularly as to meaning, time, and scope. Based on the foregoing objections, Warzone responds as follows:

Deny.

Date:  October 23, 2024

Brett E. Lewis
Roberto Ledesma
Michael D. Cilento
**LEWIS & LIN, LLLC**

Alyssa Schabloski
**GLADIUS LAW, APC**

By: *Michael D. Cilento*

Michael D. Cilento (*pro hac vice*)

*Attorneys for Warzone.com, LLC*

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 32

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 33

# EXHIBIT 34

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
(WESTERN DIVISION - LOS ANGELES)


ACTIVISION PUBLISHING, INC,        ) CASE NO: 2:21-cv-03073-FLA-JCx
                                   )
               Plaintiff,          )              CIVIL
                                   )
      vs.                          )      Los Angeles, California
                                   )
WARZONE.COM, LLC,                  )      Tuesday, October 29, 2024
                                   )
_____Defendant._____   )      (9:38 a.m. to 10:27 a.m.)


HEARING ON, AND ORDER GRANTING IN PART AND DENYING IN PART,
ACTIVISION PUBLISHING, INC'S MOTION TO COMPEL [DKT.NO.85]

BEFORE THE HONORABLE JACQUELINE CHOOLJIAN,
UNITED STATES MAGISTRATE JUDGE



**APPEARANCES:**              SEE PAGE 2


Court Reporter:          Recorded; CourtSmart


Courtroom Deputy:        Kerri Hays


Transcribed by:          Exceptional Reporting Services, Inc.
                         P.O. Box 8365
                         Corpus Christi, TX 78468
                         361 949-2988



Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

2

<u>APPEARANCES</u>:


For Plaintiff:          MARC E. MAYER, ESQ.
                        Mitchell Silberberg & Knupp
                        2049 Century Park East
                        18th Floor
                        Los Angeles, CA 90067
                        310-312-2000


                        LINDSAY R. EDELSTEIN, ESQ.
                        Mitchell Silberberg & Knupp
                        437 Madison Ave.
                        25th Floor
                        New York, NY 10022
                        212-509-3900


For Defendant:          MICHAEL D. CILENTO, ESQ.
                        Lewis & Lin
                        77 Sands St.
                        6th Floor
                        Brooklyn, NY 11201
                        347-404-5844

8

1  for Activision's conduct.

2       So in a sense, yes, the -- part of the damages will

3  be that our income is not where it should be.  But our view is

4  that's a distinct theory than seeking lost profits or lost

5  revenue or lost licensing fees.

6       In the cases where parties are seeking that specific

7  lost revenue, then we agree that courts often determine that

8  there should be more specificity in disclosures and

9  interrogatory responses.

10      So, yes, we do have -- they do touch on income in the

11  counterclaims.  But we are not seeking a specific theory of

12  lost revenue or lost profits.  And, yes, we did confirm that

13  now.

14      **THE COURT:**  Okay.  All right.  Let me then get to the

15  three requests in issue.

16      So just, you know, not to hide the ball, so just up

17  front, as to interrogatory number four, I'm tentatively

18  inclined to grant the motion and to require Warzone to provide

19  a further response to that interrogatory within 14 days.

20      As to the two document requests, I may tweak it given

21  the new information.  But as I came in today I was inclined to

22  grant in part and deny in part as to requests 67 and 102 to

23  narrow those to call for documents sufficient to reflect the

24  requested items on a quarterly basis, and to direct Warzone to

25  provide a further response in production within 14 days.

11

1    associated trademark as opposed to merely the loss of its --

2    and I don't mean to diminish it by saying merely but to

3    distinguish it -- of its ability to control the same.

4           And to me those are distinct things.  And it's not

5    clear from the response.

6           Again, I'm going to point to Warzone's affirmative

7    representation it doesn't intend to seek -- and, again, has

8    never represented it would seek actual damages based on its

9    lost revenue or lost profits as a result of the alleged

10   infringement.

11          But that's not really responsive even because it's

12   still not clear whether Warzone is saying it actually did lose

13   revenue or profits that it would have earned but for

14   Activision's alleged infringement as to which its then not

15   seeking to collect damages.

16          So the damages would either be zero or, you know,

17   we're not seeking any damages so they're effectively zero, or

18   not.  So, again, it's not really answering the question.

19          Again, Warzone's response reflect it intends to seek

20   prospective corrective advertising, but it doesn't identify the

21   corresponding injury that such corrective advertising would,

22   you know, be supposed to correct.

23          And, again, that may be obvious to you folks.  But,

24   you know, the injury is what the interrogatory asks for and the

25   corresponding damage, so I think it needs to be expressly

14

1    specifically lost licensing fees in the range of 700 to $1,000

2    for damages.  So the court said it made sense there for them to

3    specifically state those damages.

4         And in the *Frontline Medical* case that Activision

5    cites, the -- on one of the plaintiff's claims for damages for

6    lost wages, the court said that that should be stated with

7    specificity.

8         But Activision omits the surrounding sentences in

9    that order and on that -- under plaintiff's other theories of

10   damages, the court specifically said plaintiff's precise method

11   of calculation need not be disclosed to the extent the method

12   is properly the subject of expert testimony and the parties

13   will be turning over expert evidence in the future.

14        And that's exactly what Warzone intends to do here.

15   It gave its theories of damages, corrective advertising,

16   disgorgement of profits, equitable remedies, and attorneys'

17   fees.  And it stated that it would supplement its interrogatory

18   response after fact discovery and/or after expert discovery.

19        And since Warzone is not seeking its lost profits or

20   lost revenues, that's consistent with the case law and with

21   Rule 26.  And, therefore, you know, the damages theory here is

22   unlike all the cases cited by Activision.

23        And in the cases Phillips and Allfasetters

24   (phonetic), for example, which Warzone cited in its portion of

25   the joint stipulation, this district court found that the

16

1          THE COURT:  Okay.  You're not claiming lost profits

2    apparently.

3          MR. CILENTO:  Correct.

4          THE COURT:  Are you claiming a diminution in the

5    value of the trademark?

6          MR. CILENTO:  Yes, Your Honor.

7          THE COURT:  Okay.  And is that the predicate for the

8    request for future corrective advertising?

9          MR. CILENTO:  No, Your Honor.  We do not believe that

10   -- the basis for the corrective advertising pursuant to the

11   case law is typically 25 percent of the alleged infringer's

12   advertising budget.

13          And we do not believe actually that there is a cap at

14   all on that amount.  I know Activision has stated that it

15   believes there's a cap up to the value of the trademark.  We

16   don't believe that this is the right motion to challenge that

17   or to argue that.

18          But, no, the -- our corrective advertising theory of

19   damages is not based on the dimunition (sic) value of the

20   trademark.  It's based on Activision's flooding the market with

21   millions of dollars in advertising.

22          THE COURT:  Okay.  So you're saying you disagree with

23   the Ninth Circuit model jury instruction which expressly says

24   that.

25          MR. CILENTO:  We -- our position is that there has

## CERTIFICATION

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

_____                    **November 18, 2024**

           Signed                                                    Dated

*TONI HUDSON, TRANSCRIBER*

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 35

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 36

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 37

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 38

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 39

# EXHIBIT 40

**🔒 Page Vault**

| | |
|---|---|
| Document title: | (1) (#warzone) "halo" until:2020-01-01 since:2014-01-01 - Search / X |
| Capture URL: | https://x.com/search?q=%28%23warzone%29+%22halo%22+until%3A2020-01-01+since%3A2014-01-01&src=typed_query&f=live |
| Page loaded at (UTC): | Tue, 26 Nov 2024 19:50:36 GMT |
| Capture timestamp (UTC): | Tue, 26 Nov 2024 19:54:27 GMT |
| Capture tool: | 10.53.2 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 123 |
| Capture ID: | pfpqEXpwwbjXqvMsHNnXuN |
| Display Name: | whk |



Exhibit 14

WESTERDAL
12/3/24

Laura Axelsen
CSR 6173

PDF REFERENCE #:    dTWnZFTtcCfWBKr8AfQlTF





X

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | Latest | People | Media | Lists

**Stormisher** @stormbks · Nov 21, 2019
#HALO #MegaConstrux #HaloMegaConstrux #MegaBloks #Spartan #Elite #UNSC #Covenant #Forerunner **#Warzone**#Collector #HaloFigures #HaloPics #ToyPhotography #ToyPictures instagram.com/p/B5JLEZKpzLm/...

**Alpha to Zeta Industries** @AlphatoZetaInd · Nov 18, 2019
You're wandering across the **#Warzone** and you find this #railgun whats next?

Happy Monday everyone!

Printed on a @lulzbot3d #taz6 with @polymaker_3d #polylitepla and @esun3dfilament #pla

#halo #halocosplay #cosplayers #cosplay #halospotlight #haloprop #haloprops #prop

5 12

**danticvs** @danticvs · Oct 30, 2019
dantedreams: Another win with a full team of killers in **#Halo** 5 **#Warzone**. Same team as that quick win. posted earlier this month. Much better than playing with randoms! More to come. tmblr.co/Z4yLnu2lICE5f

**danticvs** @danticvs · Oct 26, 2019
Another win with a full team of killers in **#Halo** 5 **#Warzone**. Same team as that quick win. posted earlier this month. Much better than playing with randoms! More to come. tmblr.co/ZvNp_u2lfee11

**danticvs** @danticvs · Oct 22, 2019
**#Halo** 5 **#Warzone** 3rd win 7 mins youtu.be/jO-yMk_r720

**RG || Bret The Fett** @bretthefett · Sep 23, 2019
Talk about a teamwork, that synchronization @AshtonCanepari.....and sorry random dude, it's nothing personal 🤣
.
.
#Halo #Halo5 #Halo5Guardians #Guardians #xbox #xboxone #xbone #gamer #gaming #streamer #GroundPound **#Warzone** #Mixer #Youtube #mixerstreamer #gitrekt

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

**What's happening**

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

**Who to follow**

**Austin Mahone** @AustinMahone Follow
**Elon Musk** @elonmusk Follow
**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

**Wuk Kim**
@whk_rs

X

Home

**Explore**

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

Post

(#warzone) "halo" until:2020-01-01 since:2014-01

Top **Latest** People Media Lists

#Halo #Halo5 #Halo5Guardians #Guardians #xbox #xboxone #xbone #gamer #gaming #streamer #GroundPound #Warzone #Mixer #Youtube #mixerstreamer #gitrekt

1 6

**Visioncy** @havoc_xcv · Aug 26, 2019
Warzone Warlords 12v12: Viewers/Subs vs Nonstop - **Halo** 5: Guardians youtu.be/gx3olr6ihTg @halo #Halo #HaloInfinite #Warzone

1

**Visioncy** @havoc_xcv · Aug 19, 2019
Warzone Trio Making Plays! Feat. MTN & UNYCRN - **Halo** 5: Guardians youtu.be/s06I9PXXk3Y via @unycrns @Bas1cMitch #Halo #HaloInfinite #Warzone

2

**Visioncy** @havoc_xcv · Aug 17, 2019
Warzone Assault 2 v 6 (Nonstop) GOING OFF w/ Shnugly - **Halo** 5: Guardians youtu.be/J5_hpYa0zuA #Halo #haloInfinite #Warzone

2

**Visioncy** @havoc_xcv · Aug 16, 2019
Warzone 4's Featuring: Gohan, Ferdows and Shady Lulu - **Halo** 5: Guardians youtu.be/jc1LUqJUi10 via @YouTube #Halo #Warzone

2

**ThatWasPrimal** @ThatWasPrimal · Aug 16, 2019
3 Stooges become my triple kill for the spree/cap #Halo #Halo5 #Halo5Guardians #XboxShare #Twitch #TwitchClips #Warzone

**Knux D Echidona** @KnuxLiveGaming · Aug 10, 2019
HERE WE GO!! Running #slayer #warzone #snipers this Sunday going into Monday morning. I'm back!! #Halo #Halo5

**Wuk Kim**
@whk_rs

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone Follow

**Elon Musk** @elonmusk Follow

**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

Document title: (1) (#warzone) "halo" until:2020-01-01 since:2014-01-01 - Search / X
Capture URL: https://x.com/search?q=%28%23warzone%29+%22halo%22+until%3A2020-01-01+since%3A2014-01-01&src=typed_query&f=live
Capture timestamp (UTC): Tue, 26 Nov 2024 19:54:27 GMT

Page 2 of 122



X

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

Wuk Kim
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | Latest | People | Media | Lists

**Knux D Echidona** @KnuxLiveGaming · Aug 10, 2019
HERE WE GO!! Running #slayer #warzone #snipers this Sunday going into Monday morning. I'm back!! #Halo #Halo5 #halo5guardians #shooter #stream #new #xboxone #xboxones #xboxonex #xboxlive #xboxlife #like #follow #share #join #subscribe #sub #play #add #follow #followback

1

**RG || Bret The Fett** @bretthefett · Aug 4, 2019
Come join the Fireteam!!!
.
.
#Halo #Halo5 #Halo5Guardians #Guardians #xbox #xboxone #xbone #gamer #gaming #streamer #GrindTo152 #HuskyRaid #Warzone #Mixer #Twitch #Youtube #mixerstreamer #twitchstreamer

4

**RG || Bret The Fett** @bretthefett · Aug 4, 2019
GOING LIVE NOW!!!! Links in bio! Or go to bretthefett.tv
.
#Halo #Halo5 #Halo5Guardians #Guardians #xbox #xboxone #xbone #gamer #gaming #streamer #GrindTo152 #HuskyRaid #Warzone #Mixer #Twitch #Youtube #mixerstreamer #twitchstreamer

1

**RG || Bret The Fett** @bretthefett · Aug 3, 2019
Gonna be back on the grind to SR 152 tonight at 11:30 PM Pacific time! Links in bio!
.
#Halo #Halo5 #Halo5Guardians #Guardians #xbox #xboxone #xbone #gamer #gaming #streamer #GrindTo152 #HuskyRaid #Warzone #Mixer #Twitch #Youtube #mixerstreamer #twitchstreamer

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

**What's happening**

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

**Who to follow**

**Austin Mahone** @AustinMahone — Follow
**Elon Musk** @elonmusk — Follow
**Bill Gates** @BillGates — Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.



X

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | Latest | People | Media | Lists

3

**Visioncy** @havoc_xcv · Jul 30, 2019
INSANE Warzone Duo Match w/ UNYCRN #1 - **Halo** 5: Guardians youtube.com/watch?v=Ir5Hul... @Unycrns **#halo** **#Warzone**

2

**NinjaBum** @NinjaBum · Jun 20, 2019
**#halo** #halo5 **#warzone** #gaming #videogames #ninjabum892008 #spartan #gun #guns #weapon #weapons #saw #magnum #xbox #kendricklamar #rap #music #hiphop

**NinjaBum** @NinjaBum · Jun 16, 2019
**#halo** #halo5 **#warzone** #ninjabum892008 #vehicle #wraith #Weapon #weapons #gaming #videogames

**NinjaBum** @NinjaBum · Jun 5, 2019
#red #team **#halo** #Halo5Guardians #xbox #gaming #videogames #gun #guns #weapon #weapons #spartan **#warzone** #ninjabum892008 #light #rifle

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

**What's happening**

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

**Who to follow**

**Austin Mahone** @AustinMahone Follow

**Elon Musk** @elonmusk Follow

**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

**Wuk Kim**
@whk_rs



X

Home

**Explore**

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

Post

**Wuk Kim** @whk_rs ···

← (#warzone) "halo" until:2020-01-01 since:2014-01 ···

Top | **Latest** | People | Media | Lists

1

**NinjaBum** @NinjaBum · Jun 5, 2019 ···

#halo #Halo5Guardians #light #rifle #gun #guns #weapon #weapons #spartan #warzone #ninjabum892008 #xbox #gun #guns

**NinjaBum** @NinjaBum · Jun 5, 2019 ···

#halo #Halo5Guardians #ninjabum892008 #warzone #suppressor #gun #guns #weapon #weapons #spartan #xbox

**NinjaBum** @NinjaBum · Jun 4, 2019 ···

#halo #halo5 #arena #warzone #gaming #videogames #ninjabum892008 #gun #guns #weapon #weapons #xbox #spartan

**Search filters**

**People**

From anyone ✓

People you follow ○

**Location**

Anywhere ✓

Near you ○

Advanced search

**What's happening**

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood** ···
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending ···
**Mexican President**
32K posts

Entertainment · Trending ···
**Alec Baldwin**
7,888 posts

Music · Trending ···
**Trey Songz**

Show more

**Who to follow**

**Austin Mahone** @AustinMahone Follow

**Elon Musk** @elonmusk Follow

**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

Document title: (1) (#warzone) "halo" until:2020-01-01 since:2014-01-01 - Search / X
Capture URL: https://x.com/search?q=%28%23warzone%29+%22halo%22+until%3A2020-01-01+since%3A2014-01-01&src=typed_query&f=live
Capture timestamp (UTC): Tue, 26 Nov 2024 19:54:27 GMT



X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | Latest | People | Media | Lists

**DeadBatsCoffin** @bats_dead · May 21, 2019
You can't run from the shadows.
@Halo #HaloSpotLight #Halo5Guardians #warzone

**DJJones** @darrenjones20 · Apr 6, 2019
@Halo how come when i try and find a game on warzone under balanced i can never find a game been like this for months now #warzone #Halo

**LoonicGaming** @LoonicGaming · Mar 14, 2019
Why does #Warzone do this? @halo #343Industries

1 · 2

**Haxcalu** @Haxcalu · Feb 22, 2019
WE. ARE. LIVE!

Second stream of the day, running aslong as we can find matches in #Halo 5!

JOIN IN :)

#Halo #XBOX #Halo5 #Warzone

Twitch.tv/haXcalu

1 · 1

**Wuk Kim**
@whk_rs

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone — Follow
**Elon Musk** @elonmusk — Follow
**Bill Gates** @BillGates — Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2024 X Corp.

**X**

- ⌂ Home
- Q **Explore**
- 🔔 Notifications
- ✉ Messages
- ▢ Grok
- ▤ Lists
- 🔖 Bookmarks
- 🖺 Jobs
- 👥 Communities
- ✗ Premium
- ⚡ Verified Orgs
- 👤 Profile
- ⊙ More

**Post**

← | Q (#warzone) "halo" until:2020-01-01 since:2014-01 | ···

| Top | **Latest** | People | Media | Lists |

Twitch.tv/haXcalu

○    ⇄ 1    ♡ 1    �Ill    🔖 ⬆

**Haxcalu** @Haxcalu · Feb 22, 2019    ···
We're #Live on #Twitch, friends!

Beginning the day with some **Halo** 5, and ending the day with trying to find a match in the #MCC Matchmaking system. Seemed to fail us last week, so we're giving it a try at the end of this one!

#Halo #XBOX #Stream #Warzone
Twitch.tv/HaxcALu

○    ⇄ 3    ♡ 4    Ill    🔖 ⬆

**Haxcalu** @Haxcalu · Feb 20, 2019    ···
We are #live!

Grinding out the last levels to lv 152 on #Halo5 with some #Warzone and perhaps some #Arena.

#Stream #Live #Halo #XBOX

Twitch.tv/haXcaLU

○    ⇄ 2    ♡ 3    Ill    🔖 ⬆

**NOS MAЯTY** ⊘ @Islander997 · Feb 18, 2019    ···
This is what it takes to take down warden eternal on Mythic 😂 first and only time I got to use the Hannibal #Scorpion 🦂
.
.
.
.
#Halo5 #halo #game #clip #warzone #warzonefirefight...
instagram.com/p/BuAvATXI-3R/...

○    ⇄    ♡ 1    Ill    🔖 ⬆

**Dino** @_dan_dino_ · Jan 31, 2019    ···
#Halo5Guardians #XboxShare Hoje a coisa ta boa, deu para farmar bem... @Izobew vc e d+ melhor parceira ever... @Halo #BrazilHaloFan #Warzone

○ 1    ⇄    ♡ 3    Ill    🔖 ⬆

**Trueloveheart94** @Trueloveheart94 · Jan 18, 2019    ···
Yay! My most favorite Warzone gametype, Warzone Assault is back! 😄❤

Thank you, @Halo! Keep it there permanently, please! 😄❤
#Halo5Guardians
**#Warzone**
#WarzoneAssault

**Wuk Kim**
@whk_rs    ···

---

**Search filters**

**People**
From anyone    ✓
People you follow    ○

**Location**
Anywhere    ✓
Near you    ○

Advanced search

**What's happening**

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**    ···
Born in Denver: Raised in Pecos
📷 Promoted by Cuneiform

Politics · Trending    ···
**Mexican President**
32K posts

Entertainment · Trending    ···
**Alec Baldwin**
7,888 posts

Music · Trending    ···
**Trey Songz**

Show more

**Who to follow**

**Austin Mahone** ✓    [Follow]
@AustinMahone

**Elon Musk** ✓ ☒    [Follow]
@elonmusk

**Bill Gates** ✓    [Follow]
@BillGates

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2024 X Corp.

Document title: (1) (#warzone) &quot;halo&quot; until:2020-01-01 since:2014-01-01 - Search / X
Capture URL: https://x.com/search?q=%28%23warzone%29+%22halo%22+until%3A2020-01-01+since%3A2014-01-01&amp;src=typed_query&amp;f=live
Capture timestamp (UTC): Tue, 26 Nov 2024 19:54:27 GMT

Page 7 of 122

**209**
ATV008966



X

Home

**Explore**

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

Post

Wuk Kim
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | **Latest** | People | Media | Lists

Thank you, @Halo: Keep it there permanently, please! 😂❤️
#Halo5Guardians
**#Warzone**
#WarzoneAssault

1 | 3

**Shady Queen** @MonicaGr97 · Jan 8, 2019
Ni En Warzone Se Hace Un Desmadre Tan Grande, Como En Mi Corazón Cuando Te Veo. 😂🥰😍😎💚 (Neeeeerd) 😂❤️ **#Halo** **#Warzone** #ShadyQueen❤️

1 | 3 | 25

**Iggy** @xlgnightx · Dec 24, 2018
Get your weapons ready! We're about to air drop into the battlefield. **#Halo** **#Warzone** #Twitch

1

**REC-it Gaming** @REC_it_Gaming · Oct 13, 2018
Shout out to familyjoel109880 for an amazing job in **Halo** 5 Warzone **#warzone** #halo5 #halo5guardians

**Mage** @magemasher13 · Oct 9, 2018
Shadow Fall has a decent SP, and an amazing MP. **#Warzone** is fantastic, dynamic, varied, and skillful. One of the best online shooters of this generation, better than Crucible, **Halo**, BF, or any of the CoDs.

**Breakdowns n Blastbeats** @MetalGhosty · Oct 1, 2018
NO REQ PACKS?! & How Will Warzone Work In **Halo** Infinite
youtu.be/J10YZp8haVg

**@Halo** **#halo** #haloinfinite @Microsoft #microtransactions **#warzone** #noreqpacks

**xYukoNx** @PCG_YukoN · Sep 26, 2018
Hey guys come hang out in the stream, we playing some **Halo** 5:Guardians. Gonna be lit (lots of raging) : mixer.com/PCG_YukoN : **#Halo** **#Warzone** #Xbox #Mixer

**Halo Tutor** @HaloTutor · Aug 28, 2018
Dealing with a death flash and blur effect was hell to get around with this screenshot! kingtrillness10 gave me a run for my money & I did my best keeping up.
**#halo** #halo5 **#warzone** #gamer... instagram.com/p/BnAqlfqgjVB/
...

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone — Follow

**Elon Musk** @elonmusk — Follow

**Bill Gates** @BillGates — Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.





X

- Home
- **Explore**
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | **Latest** | People | Media | Lists

I did my best keeping up.
#halo #halo5 #warzone #gamer... instagram.com/p/BnAqifqgjVB/
...

1

**Chipster70** @chipster70 · Aug 18, 2018
Had an amazing @Halo #warzone stream on @WatchMixer with @crunchybag3229 and @MsNickyMixer plus I reached 9K Followers just as we ended. Thanks to everyone who watched and joined the game.

4 3 6

**cadin** @lipton3469 · Aug 1, 2018
god bless #halo #warzone #xbox #343i

@343iCommunity @TheHaloHub_ @HaloRTs

1 2

**Halo Tutor** @HaloTutor · Aug 1, 2018
This is the Hunter Goku trained
#halo #halo5 #warzone #warzoneturbo #gamer #gaming #halophotography #haloscreenshots #xbox #xboxone #HaloJunkie
~=~=~=~partner~=~=~=~
@IndirectHCS instagram.com/p/BI7Hv_0gSLH/...

**GG Gamers** @GG_Gamers_GG · Jul 25, 2018
SpitLag is live streaming Halo 5 Warzone right now! #halo5 #halo #warzone FB: bit.ly/spitlagfb TWITCH bit.ly/spitlagtwit YT: bit.ly/spitlagyt

**GG Gamers** @GG_Gamers_GG · Jul 25, 2018
SpitLag is live streaming Halo 5 Warzone right now! #halo5 #halo #warzone FB: bit.ly/spitlagfb TWITCH bit.ly/spitlagtwit YT: bit.ly/spitlagyt streaming with Restream.io

**GG Gamers** @GG_Gamers_GG · Jul 25, 2018
SpitLag is live streaming Halo 5 Warzone right now! #halo5 #halo #warzone FB: bit.ly/spitlagfb TWITCH bit.ly/spitlagtwit YT: bit.ly/spitlagyt via Restream.io

**GG Gamers** @GG_Gamers_GG · Jul 25, 2018
SpitLag is live streaming Halo 5 Warzone right now! #halo5 #halo #warzone FB: bit.ly/spitlagfb TWITCH bit.ly/spitlagtwit YT: bit.ly/spitlagyt #restream

**Wuk Kim**
@whk_rs

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone — Follow

**Elon Musk** @elonmusk — Follow

**Bill Gates** @BillGates — Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2024 X Corp.

X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

Wuk Kim
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | Latest | People | Media | Lists

SpitLag is live streaming Halo 5 Warzone right now! #halo5 #halo #warzone FB: bit.ly/spitlagfb TWITCH bit.ly/spitlagtwit YT: bit.ly/spitlagyt #restream

**GG Gamers** @GG_Gamers_GG · Jul 25, 2018
SpitLag is live streaming **Halo** 5 Warzone right now! #halo5 **#halo** **#warzone** FB: bit.ly/spitlagfb TWITCH bit.ly/spitlagtwit YT: bit.ly/spitlagyt via Restream.io

**GG Gamers** @GG_Gamers_GG · Jul 25, 2018
SpitLag is live streaming **Halo** 5 Warzone right now! #halo5 **#halo** **#warzone** FB: bit.ly/spitlagfb TWITCH bit.ly/spitlagtwit YT: bit.ly/spitlagyt

**Ozami vs Azathot y su pandilla** @OzamiZarco · Jul 20, 2018
Excelentes noticias que no le entren al mame, aunque eso sí, ojalá vuelva el **#Warzone** pero al doble **#HALO** #HaloInfinite levelup.com/noticias/48838...

**-.`Kenneth ▯ Azurin.´-** @ArsElectroniken · Jun 5, 2018
@Bungie I had fun. Would like to see a **@Halo**-inspired **#Warzone** mode with #Cabal Ripper Pods making atmospheric entry and landing on large, open-air maps... squashing unwary Guardians while unleashing AI-controlled enemies into the PvP battlefield.

> **Bungie** @Bungie · Jun 5, 2018
> The first Crucible Labs experiment is set to conclude on 6/5 at 10AM Pacific.
>
> If you haven't tried SHOWDOWN, get in there before it's gone!
> ...
> Show more

1

**Ricky** @rad_fad · May 16, 2018
**@Halo** is #Warlord achievement broken? **#Halo** #Halo5Guardians **#Warzone** #XboxShare

## Search filters

**People**
- From anyone
- People you follow

**Location**
- Anywhere
- Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone — Follow

**Elon Musk** @elonmusk — Follow

**Bill Gates** @BillGates — Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ...
© 2024 X Corp.



X

Home

**Explore**

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

Post

Wuk Kim
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | **Latest** | People | Media | Lists

14.2

0:00 / 0:13

**ouv** @ouvs · May 7, 2018
In #warzone **halo** 5, if opponent has 3 bases, and I'm spawning at home base, why spawn me outside of my base so I can get spawn killed worse than **halo** 2 modding? SPAWN ME IN FUCKING HOME BASE! @Halo
1 1

**Troy -** @TNTBUFFALO · Apr 22, 2018
@Halo would be nice to have Marines in Warzone Firefight. It is hard for Spartan companies to grind for comedations when no one players Warzone anymore. #halo5 #warzone #sandbox

**James** @JamesNesbitt92 · Mar 19, 2018
I haven't been able to get in to a game of #Warzone in ages. Piss off **halo** 5.

**Spawn Again** @wearespawnagain · Mar 14, 2018
#RealNews
Former #Halo Devs Unveil #Scavengers
#Halo. Is it #Warzone you're looking for?

bit.ly/2FxRohE

**Matt Leung** @mattleung · Mar 13, 2018
Former #Halo lead's new game is a spiritual successor to #Warzone dlvr.it/QKsgB0

Halo

**Halo Codex** @HaloCodex · Mar 6, 2018
Clear your corners rookie. #HALO #Halo5 #Warzone

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone Follow

**Elon Musk** @elonmusk Follow

**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2024 X Corp.



X

Home

**Explore**

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

Post

**Wuk Kim**
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | **Latest** | People | Media | Lists

**Kore Virus** @kore_virus · Jan 14, 2018
#halo #mythic **#warzone** #firefight
account.xbox.com/gameclip/f745c...

**P-Train** @tntrocks · Dec 30, 2017
Playing **Halo** 5 on Twitch - Watch me at twitch.tv/pharris777
#twitch #halo5 #testrun #arena **#warzone** **#halo**
1

**Halo Tutor** @HaloTutor · Dec 21, 2017
Just keep hitting it!
#HaloJunkie **#warzone** #firefight **#halo** #Halo5 #xbox #xboxone
instagram.com/p/Bc-XgL1F8Mr/

**Halo Tutor** @HaloTutor · Dec 15, 2017
Who wore it better?
**#halo** #halo5 **#warzone** #firefight #legendary #xbox #xboxone
#gamer #gaming... instagram.com/p/Bcu4lW1BC6Q/

**SpartanSolo191** @SpartanSolo191 · Dec 12, 2017
**#HALO** #halo5 **#warzone** #BTB
youtube.com/channel/UCdob4...

**The HALO Trust** @TheHALOTrust · Nov 26, 2017
Syria's Students: Going to School in a War Zone buff.ly/2yMfLAW
#syriacrisis #syrian **#warzone**

3 3

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone Follow

**Elon Musk** @elonmusk Follow

**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2024 X Corp.



X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

Wuk Kim
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | **Latest** | People | Media | Lists

3 3

**gamingauctions** @gamingauctions · Nov 20, 2017
NEW SEALED **Halo** 5 Xbox One Game $17.95 - ebay.to/2zIU7IO
#Halo5 **#Warzone** #XboxOneX

**[]{Malice Divine}[]** @Malice_Divine · Nov 14, 2017
WTF **#Halo** 5 - my #Xbox force updated a few minutes ago, now I'm missing the Mythic Warzone Firefight mode....what just happened?!? #343i **#Warzone** #Bungie

**kingbigmac** @kingbigmac18 · Nov 9, 2017
**@halo #halo** 5 **#warzone** is worse than ever. 80% chance of a #blowout match, even when you're on the right side of it, it's no longer fun

**Av3 M0rt3m** @Av3M0rt3m · Oct 19, 2017
#THANKYOU to everyone who swung by my first attempt to stream and saw me get decimated in **@Halo** #FFA... hope I made up for it in **#Warzone** 😇

**Yerry Batista** @YerryBatista · Sep 17, 2017
Hell yeah! :D

#halo5guardians **#halo** #gamer #xboxone **#warzone** #twinjewels
instagram.com/p/BZKF_CNlyMx/

**Halo Vic** @Halo_Vic · Sep 4, 2017
@XboxMexico @Xbox_Army
Necesite 2 horas bajo la lluvia de balas en **#Warzone** para poder lograr está foto,aunque sea denme RT 😭

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone — Follow

**Elon Musk** @elonmusk — Follow

**Bill Gates** @BillGates — Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2024 X Corp.



X

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

Wuk Kim
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | Latest | People | Media | Lists

Xbox México and 3 others

5 | 20 | 73

**Paquito El Bastardo** @haloBastardo · Sep 1, 2017
Replying to @HornondoF and @Tashi343i
Shame it took almost 8 months to get 12 man back in #warzone

1 | 1

**ImJuushh** @ImJuushh · Aug 28, 2017
youtu.be/PmcMQ3MiwtQ
This guy is on a we hour impromto **halo** stream come hang out!!
#halo #halo5 #warzone

**Game Pro Star** @gameprostar · Aug 5, 2017
#HALO 5 #Multiplayer ##Gameplay - #HALO 5 #Warzone
#Online with #Vikkstar123 - gameprostar.com/halo-5-multipl... - -

**HellFire** @WeAreHellFire · Aug 2, 2017
Share with us your best #Halo5 #Warzone stories and follow us for #Twitch streams and general **Halo** discussions. #Xbox @Xbox
#Esports #Gaming

**Rubén Salazar** ... · Jul 28, 2017

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone — Follow
**Elon Musk** @elonmusk — Follow
**Bill Gates** @BillGates — Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2024 X Corp.

Document title: (1) (#warzone) "halo" until:2020-01-01 since:2014-01-01 - Search / X
Capture URL: https://x.com/search?q=%28%23warzone%29+%22halo%22+until%3A2020-01-01+since%3A2014-01-01&src=typed_query&f=live
Capture timestamp (UTC): Tue, 26 Nov 2024 19:54:27 GMT



X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

Post

Wuk Kim
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | Latest | People | Media | Lists

**Rubén Salazar** @rubendsv7 · Jul 28, 2017
Perfección de espartan >:v #halo #halo5guardians #warzone #viciado #gamer instagram.com/p/BXG2kallSi_/

**Steph Of All Trades** @IRGRL · Jul 14, 2017
Played a little #Halo #warzone today.

4

**NF** @NadeFirst · Jul 7, 2017
Killionaire + 50 Kill Streak
@Halo #Warzone #XBOX
youtu.be/dIQS1ZBIVW4

1 3

**PAOZI** @paomarvit · Jul 3, 2017
@halo #halo5 #warzone REQ stations don't work, please fix it

**Halo Tutor** @HaloTutor · Jun 28, 2017
#xbox #xboxone #gamer #gaming #pics #photography #screenshots #warzone #firefight #legendary...
instagram.com/p/BV40q9thw6p/

1

**Halo Tutor** @HaloTutor · Jun 26, 2017
#warzone #firefight #legendary #xbox #xboxone #gamer #gaming #pics #screenshots #photography...
instagram.com/p/BVzf0q4h48s/

1

**Dandankill** @Dandankill · Jun 26, 2017
Halo 5: Inconceivable Gameplay |Wasp, Sniper, Nornfang, Phaeton Helios| gaming.youtube.com/watch?v=hfZSkU... via @YouTubeGaming #Halo5
#Halo #Warzone

1

**Halo Tutor** @HaloTutor · Jun 21, 2017
#xbox #xboxone #ghost #knight #scattershot #warzone #firefight #heroic #gamer #gaming #pics...
instagram.com/p/BVnOUkkBQtk/

**Halo Tutor** @HaloTutor · Jun 19, 2017

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

**What's happening**

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

**Who to follow**

**Austin Mahone** @AustinMahone Follow

**Elon Musk** @elonmusk Follow

**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ...
© 2024 X Corp.

Document title: (1) (#warzone) "halo" until:2020-01-01 since:2014-01-01 - Search / X
Capture URL: https://x.com/search?q=%28%23warzone%29+%22halo%22+until%3A2020-01-01+since%3A2014-01-01&src=typed_query&f=live
Capture timestamp (UTC): Tue, 26 Nov 2024 19:54:27 GMT



X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | **Latest** | People | Media | Lists

**Halo Tutor** @HaloTutor · Jun 19, 2017
#gamer #gaming #pics #photography #screenshots **#warzone** #wardeneternal #heroic #firefight #xbox...
instagram.com/p/BVh2WSthy4-/
1 · 1

**Daniel Heithorn** @DanielHeithorn · Jun 15, 2017
WTH???
used green REQ-EP bonus card in @Halo **#Warzone** fight and received 6!!!! #GoldenReqPacks !
💚😩💚🎮💚🔥🔥🔥🔥

3

**Search filters**

**People**
From anyone ✓
People you follow

**Location**
Anywhere ✓
Near you

Advanced search

**What's happening**

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

**Who to follow**

**Austin Mahone** @AustinMahone — Follow
**Elon Musk** @elonmusk — Follow
**Bill Gates** @BillGates — Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2024 X Corp.

**Wuk Kim**
@whk_rs



X

- Home
- **Explore**
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | **Latest** | People | Media | Lists

1

**Anthony** @rivas_ae · Jun 1, 2017
Ive had this for a while now when i first got **halo** 5 #Halo5 **#warzone**

1

**Gordon Fraser** @gordf86 · May 31, 2017
Streaming **Halo** 5 today! twitch.tv/gordf86

#Halo5 **#Warzone** #Twitch #ImABadGamer

**ExO Delta Gaming** @ExODeltaGaming · May 29, 2017
A magnum/grenade Killpocalypse in Warzone by Heavies:
youtu.be/uWpPYrJHxm8 #Halo5 **#Warzone** **@Halo** @RedditHalo

1 2 4

**LeX** @Frosticlex · May 27, 2017
I'm late, I'm late, for a very important date.

@Pistola_nV @GrimBrotherOne @Unyshek @ske7ch **@Halo** @RECEPTOR17 @Ouglaf **#Halo** **#Warzone**

**Wuk Kim**
@whk_rs

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone Follow

**Elon Musk** @elonmusk Follow

**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2024 X Corp.

Document title: (1) (#warzone) "halo" until:2020-01-01 since:2014-01-01 - Search / X
Capture URL: https://x.com/search?q=%28%23warzone%29+%22halo%22+until%3A2020-01-01+since%3A2014-01-01&src=typed_query&f=live
Capture timestamp (UTC): Tue, 26 Nov 2024 19:54:27 GMT



X

Home

**Explore**

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

Post

**Wuk Kim**
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | **Latest** | People | Media | Lists

1 · 9

**QTopTens** @qtoptens · May 23, 2017
The 10 best Weapons in **Halo** Warzone! #halo #warzone
qtoptens.com/top-10-best-ha...

**Halo Tutor** @HaloTutor · May 23, 2017
#gamer #gaming #pics #photography #screenshots #warzone #assault #halo #halo5... instagram.com/p/BUbDYQfhEoA/

1

**Halo Tutor** @HaloTutor · May 22, 2017
Please disregard the sign and continue.
#gamer #gaming #pics #photography #screenshots #warzone...
instagram.com/p/BUZiUNWBalC/

**LeX** @Frosticlex · May 19, 2017
My first real **halo** caption and it's a good one! #Halo #Warzone #Blueteam

@GrimBrotherOne @Unyshek @Azpekt297 @Halo @iSpiteful @RECEPTOR17

1

**LeX** @Frosticlex · May 19, 2017
Something a little different for a change. ✅

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone — Follow

**Elon Musk** @elonmusk — Follow

**Bill Gates** @BillGates — Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ...
© 2024 X Corp.



X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

Post

Wuk Kim
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top Latest People Media Lists

1

**LeX** @Frosticlex · May 19, 2017
Something a little different for a change. ✅
@Azpekt297 @HaloHLS @GrimBrotherOne @ske7ch @Unyshek @Halo @Primordial117 #Halo #Warzone

1 9

**@UndeadJubei** @UndeadJubei · May 15, 2017
Was in a good #halo #mythhic #warzone #game and this pops up. xbox made me auto update, could go back to game😭😭😭😭😂😱

1

**Halo Tutor** @HaloTutor · May 10, 2017
#gamer #gaming #pics #photography #screenshots #warzone #halo #halo5... In.is/www.Instagram....

**NF** @NadeFirst · Apr 30, 2017
Promethean Boss Montage - @Halo 5 #Warzone #REQs
youtu.be/lCV3rglklbA

1 2

**Halo Tutor** @HaloTutor · Apr 27, 2017
#gamer #gaming #pics #photography #screenshots #warzone #blueteam #warthog #halo #halo5... Instagram.com.In.is/eLNjL

**Halo Tutor** @HaloTutor · Apr 25, 2017
#gamer #gaming #pics #photography #screenshots #halo #halo5 #Halojunkie #warzone #warthog #wasp...
Instagram.com.In.is/lmpvW

1

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

**What's happening**

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver; Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

**Who to follow**

**Austin Mahone** @AustinMahone Follow

**Elon Musk** @elonmusk Follow

**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

X

🏠 Home
🔍 **Explore**
🔔 Notifications
✉ Messages
▣ Grok
☰ Lists
🔖 Bookmarks
🛄 Jobs
👥 Communities
✖ Premium
⚡ Verified Orgs
👤 Profile
☺ More

**Post**

← 🔍 (#warzone) "halo" until:2020-01-01 since:2014-01   •••

| Top | **Latest** | People | Media | Lists |

instagram.com.ln.is/lmpvW

○   ⇄   ♡ 1   ╎╎╎   🔖 ⬆

**Halo Tutor** @HaloTutor · Apr 24, 2017   •••
#gamer #gaming #pics #photography #screenshots **#warzone**
#legendary #firefight **#halo** #halo5... ln.is/www.instagram....

○   ⇄   ♡ 2   ╎╎╎   🔖 ⬆

**Halo Tutor** @HaloTutor · Apr 18, 2017   •••
Jackal getting it's daily intake of iron. I own this picture.
**#warzone** #firefight #heroic #gamer... ln.is/www.instagram....

○   ⇄   ♡   ╎╎╎   🔖 ⬆

**NF** @NadeFirst · Apr 15, 2017   •••
G Snatcher got his 3rd **@Halo** Killionaire at the Naire Factory on
A.R.C. **#Warzone** #NaireHype youtu.be/oSpivWiNFL0

○   ⇄   ♡ 1   ╎╎╎   🔖 ⬆

**Halo Tutor** @HaloTutor · Apr 14, 2017   •••
Stand your ground, even IF you're both driver AND gunner. I own
this picture.
**#warzone**... ln.is/www.instagram....

○   ⇄   ♡   ╎╎╎   🔖 ⬆

**Halo Tutor** @HaloTutor · Apr 13, 2017   •••
Ghost graveyard. I own this picture.
**#warzone** #firefight #ghost #legendary #apex7 #gamer
#gaming... ln.is/www.instagram....

○   ⇄ 1   ♡ 1   ╎╎╎   🔖 ⬆

**Halo Tutor** @HaloTutor · Apr 12, 2017   •••
I own this picture.
#gamer #gaming #pics **#warzone** #screenshots #photography
#legendary... ln.is/www.instagram....

○   ⇄   ♡ 1   ╎╎╎   🔖 ⬆

**original_sloan** @original_sloan · Apr 12, 2017   •••
tonight there were too many close games of losing lmao 😔
#Halo5Guardians **#Warzone** @Halo

○   ⇄   ♡   ╎╎╎   🔖 ⬆

**Halo Tutor** @HaloTutor · Apr 11, 2017   •••
Um.....WHAT?!?!
#gamer #gaming #pics #screenshots #photography **#halo** #halo5
**#warzone** #tie... ln.is/www.instagram....

○   ⇄   ♡ 1   ╎╎╎   🔖 ⬆

**dark flame** @xseaxxg · Mar 30, 2017   •••
Replying to @xseaxxg @Bungie and 2 others
#halo5 **#warzone**

⤷ in reply to halo

@Bungie @BungieHelp @Halo
whenever i'm leading the
scoreboard, i already know my team
is trash and we are going to lose..
then we do. i don't understand.. i'm
just floating through this until i'm high
enough level to walk through it with

👤 **Wuk Kim**
@whk_rs   •••

**Search filters**

**People**
From anyone   ✓
People you follow   ○

**Location**
Anywhere   ✓
Near you   ○

Advanced search

**What's happening**

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**   •••
Born in Denver: Raised in Pecos
📷 Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

**Who to follow**

👤 **Austin Mahone** ✓   **Follow**
@AustinMahone

👤 **Elon Musk** ✓ 🔳   **Follow**
@elonmusk

👤 **Bill Gates** ✓   **Follow**
@BillGates

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More···
© 2024 X Corp.

Document title: (1) (#warzone) &quot;halo&quot; until:2020-01-01 since:2014-01-01 - Search / X
Capture URL: https://x.com/search?q=%28%23warzone%29+%22halo%22+until%3A2020-01-01+since%3A2014-01-01&amp;src=typed_query&amp;f=live
Capture timestamp (UTC): Tue, 26 Nov 2024 19:54:27 GMT

Page 20 of 122

**222**
ATV008979



Document title: (1) (#warzone) &quot;halo&quot; until:2020-01-01 since:2014-01-01 - Search / X
Capture URL: https://x.com/search?q=%28%23warzone%29+%22halo%22+until%3A2020-01-01+since%3A2014-01-01&amp;src=typed_query&amp;f=live
Capture timestamp (UTC): Tue, 26 Nov 2024 19:54:27 GMT

Page 21 of 122

223
ATV008980



X

Home
**Explore**
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | **Latest** | People | Media | Lists

**The Bearded Halo Guy** @beardedhaloguy · Mar 7, 2017
Who's good at #halo5 #warzone? I suck! Check out my youtube channel for proof!

youtube.com
The Bearded Halo Guy
Australian Halo Fanatic Not the best player, but the most enthusiastic! This is my channel for ...

**Team Dark Allegiance** @TDA_Esports · Mar 3, 2017
@TDARTLK almost had 5 man kill streak in #Halo5 #halo #warzone

**Rishiznick** @rishabh28 · Feb 27, 2017
youtu.be/odD717a-ovk

#Halo #Halo5 #Spartan #Halo5Guardians #Firefight #WZFF #Warzone #Xbox #XboxOne #XboxLive

1

**Arkose** @ArkoseTV · Feb 26, 2017
Another @Halo stream! Come visit! #Warzone #Halo5 #SupportSmallStreamers @XboxAustralia twitch.tv/ionambient

1

**Tina** @Tina_117x · Feb 22, 2017
#Halo #Warzone #Gamergirl #CamGirl #CamBabe !

**Wuk Kim**
@whk_rs

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone Follow
**Elon Musk** @elonmusk Follow
**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ...
© 2024 X Corp.



Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | Latest | People | Media | Lists

**The Bearded Halo Guy** @beardedhaloguy · Mar 7, 2017
Who's good at #halo5 #warzone? I suck! Check out my youtube channel for proof!

youtube.com
The Bearded Halo Guy
Australian Halo Fanatic Not the best player, but the most enthusiastic! This is my channel for ...

**Team Dark Allegiance** @TDA_Esports · Mar 3, 2017
@TDARTLK almost had 5 man kill streak in #Halo5 #halo #warzone

**Rishiznick** @rishabh28 · Feb 27, 2017
youtu.be/odD717a-ovk

#Halo #Halo5 #Spartan #Halo5Guardians #Firefight #WZFF #Warzone #Xbox #XboxOne #XboxLive

1

**Arkose** @ArkoseTV · Feb 26, 2017
Another @Halo stream! Come visit! #Warzone #Halo5 #SupportSmallStreamers @XboxAustralia twitch.tv/ionambient

1

**Tina** @Tina_117x · Feb 22, 2017
#Halo #Warzone #Gamergirl #CamGirl #CamBabe !

Wuk Kim
@whk_rs

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone Follow

**Elon Musk** @elonmusk Follow

**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.



X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

Wuk Kim
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | **Latest** | People | Media | Lists

**Arkose** @ArkoseTV · Feb 22, 2017
Playing some @Halo #Warzone! Come chill and play! @XboxAustralia #Twitch twitch.tv/ionambient #SupportSmallStreamers

**Alicia💙Henaghan❤️Kelley** @AmkSpk · Feb 21, 2017
Came in 3rd place on heroic warzone on **halo** 🥊💙that's pretty good . #halo #gaming #xboxone #WarZone #fingerhurts

**Arkose** @ArkoseTV · Feb 17, 2017
Thanks to all those who tuned in for #Warzone @Halo stream! If you missed it as usual it'll be on my #YouTube.. Beasting with ONI Warthog !

**Arkose** @ArkoseTV · Feb 17, 2017
Come watch myself and Subjectz play #Warzone! @Halo @XboxAustralia #Twitch twitch.tv/ionambient
2

**Arkose** @ArkoseTV · Feb 16, 2017
Come to the stream! Twitch.tv/ionambient @Halo @XboxAustralia #Warzone playing with viewers!!

**Arkose** @ArkoseTV · Feb 16, 2017
Streaming #warzone playing with viewers! Come chill! @XboxAustralia @Halo #twitch #halo5

**Arkose** @ArkoseTV · Feb 14, 2017
Come chill and play some #Warzone with me! twitch.tv/ionambient @Halo @XboxAustralia #XboxOne #PartyTime #NoobSkillz

**Arkose** @ArkoseTV · Feb 13, 2017
Latest @Halo stream is now on #YouTube for those who missed it! youtu.be/Mu6Kt3Aznxg played a couple #Warzone matches! @XboxAustralia

**Arkose** @ArkoseTV · Feb 12, 2017
Whose up for a @Halo stream in an hour or two? #Warzone or general multiplayer? Let's have a vote! #Halo5 #XboxOne @XboxAustralia
1

**Halo Evolved - Your Home for Hal** @HaloEvolve · Feb 11, 2017
Which Legacy Helmet do you have equipped? #halo5 #warzone #arena #halowars2 #150000k
2

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone — Follow

**Elon Musk** @elonmusk — Follow

**Bill Gates** @BillGates — Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.



X
Home
**Explore**
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

**Wuk Kim**
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | **Latest** | People | Media | Lists

1

**Dramatic Nerd** @DramaticNerd · Dec 31, 2016
"Suit up Spartans, this is Warzone Fightflight!" ♡ #Halo #Warzone #Xbox #CoffeeNGaming

**@UndeadJubei** @UndeadJubei · Dec 26, 2016
Come Help me with this .@Halo MYTHIC WarZone = Difficulty #Godlike having shots while ranking up on #Halo #Warzone

twitch.tv
UndeadJubei13 - Twitch
; ) PSN-XBL @ UndeadJubei Working on my Twitch/Youtube Channel.Just having fun ...

1

**DJBluePDX** @DJBluePDX · Dec 24, 2016
45 minutes until @GrifballHub's @Halo #HolidayWeekend on Twitch.tv/GrifballHub - #Grifball, #Warzone, #MythicFirefight Watch Live or join!

3 3

**Dave** @DaveShave_ · Dec 15, 2016
Replying to @DaveShave_
:) ^^ @BlowAnHalo @GassedHalo @HaloRTs @RedditHalo @Unyshek @MintBlitz @Pingy_Halo @applefan414 @halo #Warzone

**NF** @NadeFirst · Dec 13, 2016
Jorge's Chaingun KILLIONAIRE #NadeFirst #Warzone @Halo youtu.be/e-0i5jya-PU via @YouTube

1 2 2

**Feras فراس** @FerasAID · Dec 12, 2016
Need a Halo fireteam #Halo5 #warzone

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

**What's happening**

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

**Who to follow**

**Austin Mahone** @AustinMahone Follow
**Elon Musk** @elonmusk Follow
**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.



228
ATV008985



X
Home
**Explore**
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

**Wuk Kim**
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | **Latest** | People | Media | Lists

**chris** @chris_s117 · Oct 29, 2016
I completely ravaged the other team. #Halo #Warzone

**Blackoutx187x** @Blackoutx187x · Oct 26, 2016
Fun start #halo #warzone youtu.be/bKqNihL3PW4?a

**original_sloan** @original_sloan · Oct 23, 2016
22 confirm kills with the wasp! 🎮
#Halo #Halo5 #Warzone #KillingSprees #AirboneKiller #XboxLive

**Captain Jack** @CaptainJackYT · Oct 19, 2016
Catch my Adventures in #Halo5 #warzone :D
youtube.com/watch?v=hXzeo3...
#Halo #Halo5Warzone #YouTube #HaloWars2

2

**crispiy donut** @crispiy_donut · Oct 5, 2016
CALL of HALO twitch.tv/thecminusteam #halo #twitch #halo5 #warzone #smallstreamer

**Victor Castillo** @leseweyl · Sep 25, 2016
frag out!

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver; Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone Follow
**Elon Musk** @elonmusk Follow
**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.



X
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | Latest | People | Media | Lists

**Victor Castillo** @leseweyl · Sep 25, 2016
frag out!
#warzone #firefight #halo @ Matamoros, Tamaulipas
instagram.com/p/BKyVNajAzVU/

**BiscuTMonkeY** @BiscuTMonkeY · Sep 21, 2016
Halo 5 Warzone Results #xbox #xboxone #halo #halo5 #halo5guardians #warzone #broadcast #twitch...
instagram.com/p/BKmv6tBAX2c/
1 1

**MC Enzyme(Recon TMJ)** @Force_Recon_TMJ · Sep 19, 2016
Just played a game of #WARZONE on @Halo #Halo5 where everyone but me and two other players quit withing 2 mins of the start of the game.
3

**Curtis Randall** @Curtis_Randall · Sep 17, 2016
Keep I mind I've played this maps thousands of times, @halo it got me killed because I was awestruck in #warzone

**Max Florschutz** @VikingZX · Sep 10, 2016
@Halo Do you guys ever plan on fixing #Warzone, or are you just giving up on that? Kill-farming has ruined it, all my friends #quit #Halo.

**Chosen Squad** @Chosen_Squad · Sep 9, 2016
#Halo doble stream!! @CS_s3lioh y @DecogreCG en #Arena @aWindragon en #WARZONE
multitwitch.tv/chosensquad/aw...

Wuk Kim
@whk_rs

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone Follow
**Elon Musk** @elonmusk Follow
**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ...
© 2024 X Corp.



X

Home
**Explore**
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | **Latest** | People | Media | Lists

3

**HR1 Clan** @HR1Clan · Sep 7, 2016
Oh yeeeaaahhh! How many years have we waited to do this....
#Halo #Franchise #Multiplayer
#Warzone #Gaming #Hunter fb.me/1nOv65QcA

**Ring~YT** @Ringhillsta · Sep 2, 2016
My final stand" #halo #halo5 #warzone #firefight

4

**Daniel Quintana** @DanielRooney07 · Sep 1, 2016
youtu.be/PZU6EIkDF5E please watch and share @halo #halo5
#guardians #teamarena #WarZone

2

**Ring~YT** @Ringhillsta · Sep 1, 2016
"Elites being Elites" #halo #halo5 #warzone #firefight

1 4

**Ken Strong** @TheStrongSN4KE · Aug 28, 2016
Halo night. #Firefight #warzone

1

**Billy Batson** @b1llyb4ts0n · Aug 25, 2016
Looking for some regulars to play some @Halo #warzone #swat

**Wuk Kim**
@whk_rs

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone — Follow
**Elon Musk** @elonmusk — Follow
**Bill Gates** @BillGates — Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2024 X Corp.



X
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

(#warzone) "halo" until:2020-01-01 since:2014-01

Top Latest People Media Lists

**Billy Batson** @b1llyb4ts0n · Aug 25, 2016
Looking for some regulars to play some @Halo #warzone #swat and #slayer in #halo5! Add me up Pebs92!
1

**Luis Alejandro Niño** @LuNino94 · Aug 18, 2016
#Halo #WarZone - #Firefight "Como ser un Mal Spartan Ep. 1"

1

**Billy Batson** @b1llyb4ts0n · Aug 17, 2016
Looking for a group of people who want to play **Halo** 5/Destiny. *competent* Fireteam a are hard to come by. #halo5 #warzone #Destiny #raids
1

**Ben Law** @MrBenLaw · Aug 17, 2016
Epic night of gaming and relaxation with @tyman891 and @EikeyX! Finished GoW: Judgement, played some MCC, and lots of **Halo** 5 #warzone!
2

**Girl Germs** @xGirlGermsx · Aug 11, 2016
Oooh yeah! #Halo #Warzone fb.me/2BxEezmL8
1

**iAtoMxII** @FantasyAtomX · Aug 7, 2016
Ce soir 22h Stream Warzone sur **Halo** 5 twitch.tv/FantasyAtomX #Halo5 #Warzone

**Rishiznick** @rishabh28 · Aug 3, 2016
youtu.be/qhTJwLVGJ5s

#Xbox #XboxOneS #XboxLive #XboxOne #Halo #Halo5 #Firefight #Warzone #Spartans #gameplay
1

**Cristian Ortiz** @DelusionalArtis · Aug 3, 2016
the language of **halo** :D #halo #warzone #gametalk #XboxOne account.xbox.com/gameclip/60186...
1

**-ˏˋKenneth ▯ Azurinˎˊ-** @ArsElectroniken · Jul 27, 2016
Replying to @Halo
Finally got around to trying @Halo 5's new #WarzoneFirefight mode. For me, it isn't as fun as normal #Warzone...

**Wuk Kim**
@whk_rs

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone Follow
**Elon Musk** @elonmusk Follow
**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ...
© 2024 X Corp.



X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

Wuk Kim
@whk_rs ···

← (#warzone) "halo" until:2020-01-01 since:2014-01 ···

Top | Latest | People | Media | Lists

Replying to @Halo
Finally got around to trying @Halo 5's new #WarzoneFirefight mode. For me, it isn't as fun as normal #Warzone...

Halo and 2 others

1

**AlexTheAlligator** @AlexTheAlligator · Jul 25, 2016 ···
Level 53 and this is the first DMR I got. Took long enough #Halo5 #warzone #halo

12

**James Bachlci** @jamesbachici · Jul 23, 2016 ···
Support the #UNSC
Enter the #Arena
Survive the #Firefight
Exit the #Warzone victorious
Play #Videogames vote #Halo

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood** ···
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending ···
**Mexican President**
32K posts

Entertainment · Trending ···
**Alec Baldwin**
7,888 posts

Music · Trending ···
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone — Follow

**Elon Musk** @elonmusk — Follow

**Bill Gates** @BillGates — Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.



X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

Wuk Kim
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | **Latest** | People | Media | Lists

2 · 5 · 25

**Dave Robinson** @blackhawk7188 · Jul 22, 2016
#XboxOne **#Halo** Triple barrel roll rally #warthog **#warzone** firefight @Shadowtir account.xbox.com/gameclip/f24f7...
1

**HWM HaloWheelmen** @HaloWheelmen · Jul 20, 2016
Stream is live! Come and check what we do best. @Halo **#Warzone**

Twitch.tv/HaloWheelmenSt...
1 · 1

**HWM HaloWheelmen** @HaloWheelmen · Jul 19, 2016
we will also stream the event on twitch.tv/halowheelmenst... commentary by CINCO, il Duce & Jimmyjam **#Warzone** @Halo

> **HWM HaloWheelmen** @HaloWheelmen · Jul 19, 2016
> Today our main team the "Helljumpers" try to match the Company "absolute X" via focused search for some officiale matches. be excited

1 · 3 · 5

**Victor Castillo** @leseweyl · Jul 18, 2016
😍😍 firefight 😍😍
#firefight **#halo** #halo5
#haloguardians **#warzone** instagram.com/p/BIBSDUOACt2/
6

**Xack** @XackwithaZ · Jul 17, 2016
We should play together twitch.tv/xackkk **#halo** #halo5 #twitch #xackkk **#warzone** @TwitchSharer @TwitchSites @twitchauto #twitchsfinest
2 · 1

**Zee** @TTVBigDaddyZee · Jul 17, 2016
youtu.be/fbKUPEnnrCc
**#halo**
#glitch
#gaming
**#warzone**

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone — Follow
**Elon Musk** @elonmusk — Follow
**Bill Gates** @BillGates — Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.



X

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

Wuk Kim
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | Latest | People | Media | Lists

#warzone

**Daniel Heithorn** @DanielHeithorn · Jul 16, 2016
@PlutonForEver @k_wolfkill I love @Halo #Warzone #Firefight!

> **Daniel Heithorn** @DanielHeithorn · Jul 16, 2016
> wow, @halo! used a legendary REQ card for Firefight,won and got as reward 6!!! GOLDEN REQ-PACKS!
> account.xbox.com/screenshot/82a...

**Bri-man** @FearTheBeard41 · Jul 15, 2016
Back in the US. All the noobs on **halo** about to get fucked #champ #warzone #swat

**DefinitioN** @Agrahbah · Jul 14, 2016
#warzone #halo #XboxOne
1

**TDSHanon** @tdshanon · Jul 14, 2016
Halo #5: #Warzone #Firefight #out #June #29, #game #will #be... goo.gl/0gE9UL #halofree

**TDSHanon** @tdshanon · Jul 14, 2016
'Halo #5: #Guardians': #Warzone #Firefight #Will #Be #The #L... goo.gl/elUMHS #haloreachgameplay

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone — Follow
**Elon Musk** @elonmusk — Follow
**Bill Gates** @BillGates — Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.



X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

Post

Wuk Kim
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | Latest | People | Media | Lists

**TDSHanon** @tdshanon · Jul 14, 2016
Halo #5: #Guardians #Warzone #Firefight #Arrives #June #29:... goo.gl/vXwomu #playfreehalogames

**TDSHanon** @tdshanon · Jul 14, 2016
'Halo #5' #Warzone #Firefight #Launches #With #Bonuses #And... goo.gl/QMYh3e #halofreedemo

**TDSHanon** @tdshanon · Jul 14, 2016
'Halo #5' #Warzone #Firefight #Drops #Next #Wednesday #And #... goo.gl/fTWiWt #halospartanassaultdownload

**ValeTheValkyrie** @ExoticValkyrie · Jul 14, 2016
When you get a bf and he mains Warzone FF #Halo #Warzone #Firefight #WZFF

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone Follow

**Elon Musk** @elonmusk Follow

**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.



Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

Wuk Kim
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | Latest | People | Media | Lists

When you get a bf and he mains Warzone FF #Halo #Warzone #Firefight #WZFF

3

**TDSHanon** @tdshanon · Jul 14, 2016
'Halo #5: #Guardians': #Warzone #Firefight #Will #Be #The #L... goo.gl/EoSFwv #halo3odst

**TDSHanon** @tdshanon · Jul 14, 2016
Release #Date #For #Halo #5 #Warzone #Firefight #Mode #Confi... goo.gl/C9bZx1 #halohaloonline

**TDSHanon** @tdshanon · Jul 14, 2016
'Halo #5: #Guardians': #Warzone #Firefight #Will #Be #The #L... goo.gl/nZZP3y #halolatest

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

**What's happening**

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

**Who to follow**

**Austin Mahone** @AustinMahone Follow
**Elon Musk** @elonmusk Follow
**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.



X

- Home
- **Explore**
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | **Latest** | People | Media | Lists

**TDSHanon** @tdshanon · Jul 14, 2016
**Halo** #5 #adds **#Warzone** #Turbo #mode #until #April #4, #new #... goo.gl/lPhxBF #halosite

**TDSHanon** @tdshanon · Jul 14, 2016
'**Halo** #5' **#Warzone** #Firefight #Launches #With #Bonuses #And... goo.gl/dmwDQv #halodownloadtrial

**FADDERALL** @FADDERALL · Jul 13, 2016
LIVE NOW CHALKERS! #twitch **#halo #warzone**
twitch.tv/fadderall/p/12...
1 1

**Wuk Kim**
@whk_rs

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone Follow

**Elon Musk** @elonmusk Follow

**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.



X
Home
**Explore**
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

**Wuk Kim**
@whk_rs ···

(#warzone) "halo" until:2020-01-01 since:2014-01 ···

Top | **Latest** | People | Media | Lists

**TDSHanon** @tdshanon · Jul 14, 2016 ···
**Halo #5** #adds **#Warzone** #Turbo #mode #until #April **#4,** #new #... goo.gl/lPhxBF #halosite

**TDSHanon** @tdshanon · Jul 14, 2016 ···
**'Halo #5'** **#Warzone** #Firefight #Launches #With #Bonuses #And... goo.gl/dmwDQv #halodownloadtrial

**FADDERALL** @FADDERALL · Jul 13, 2016 ···
LIVE NOW CHALKERS! #twitch **#halo #warzone**
twitch.tv/fadderall/p/12...
1 1

**MinusCardZero** @MinusCardZero · Jul 12, 2016 ···
#SPARTAN is #bae **#halo** #halo5guardians **#warzone** #levelup instagram.com/p/BHwKhq4gpGo/
2

**Pogra** @Pogra · Jul 10, 2016 ···
New vid! 5 tips for higher scores and more points in Warzone Firefight: youtu.be/2QIg67alzHs #Halo5 **#Halo #Warzone** #WarzoneFirefight

youtube.com

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood** ···
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending ···
**Mexican President**
32K posts

Entertainment · Trending ···
**Alec Baldwin**
7,888 posts

Music · Trending ···
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone Follow
**Elon Musk** @elonmusk Follow
**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.



X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

Wuk Kim
@whk_rs ···

← (#warzone) "halo" until:2020-01-01 since:2014-01 ···

Top | Latest | People | Media | Lists

LV Elite Maximus VGC @AlexanderGuy · Jul 3, 2016 ···
Halo Game Clip halowaypoint.com/en-us/games/ha... @HaloEspedia @GamesNewsLiveDE #warzone #Halo5news

DividableHaloHD @DividableHalo · Jul 2, 2016 ···
Warzone Firefight June Update, Rant & Review! @Halo #Halo #Warzone
youtu.be/HtFi7Dn9-BY
4

Epic @smiles2888 · Jul 2, 2016 ···
#XboxOne Take the base #Solo #Sword #Warzone #Halo account.xbox.com/gameclip/dc7fa...

gutterXshark @gutterXshark · Jul 1, 2016 ···
When you get the Soldier/Mantis round in #WarZone #firefight @Halo

1

2Play4U @TwoPlay4U · Jul 1, 2016 ···
Halo 5 Warzone Firefight Update....watch now :)
#halo5 #warzone #weekend #gaming

twitch.tv/2play4u
1

HWM HaloWheelmen @HaloWheelmen · Jul 1, 2016 ···
Adrenaline as high haha. love those wins @halo @343iCommunity #Warzone #closeAF

2 2

Aries @Aries091 · Jul 1, 2016 ···
@Halo #warzone #firefight is tough!

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

**What's happening**

Sparta Prague vs Atletico Madrid
13 minutes ago

#NewHollywood ···
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending ···
Mexican President
32K posts

Entertainment · Trending ···
Alec Baldwin
7,888 posts

Music · Trending ···
Trey Songz

Show more

**Who to follow**

Austin Mahone @AustinMahone — Follow
Elon Musk @elonmusk — Follow
Bill Gates @BillGates — Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

Document title: (1) (#warzone) "halo" until:2020-01-01 since:2014-01-01 - Search / X
Capture URL: https://x.com/search?q=%28%23warzone%29+%22halo%22+until%3A2020-01-01+since%3A2014-01-01&src=typed_query&f=live
Capture timestamp (UTC): Tue, 26 Nov 2024 19:54:27 GMT



X

Home
**Explore**
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | **Latest** | People | Media | Lists

**Aries** @Aries091 · Jul 1, 2016
@Halo #warzone #firefight is tough!

**AsthMattic** @AsthMattic117 · Jul 1, 2016
Switching over to #Halo5 for some #WarzoneFirefight!!
bit.ly/1XyOrMj #Warzone #Firefight #Halo #Stream #Gamer
#XboxOne
2 3

**Sami Hossain** @smilyface_58 · Jun 30, 2016
Love #warzone #firefight that respawn time last match seems a bit too much. We need to play the game. Reduce to 20 sec or 25?
#halo6 @Halo

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

**What's happening**

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

**Who to follow**

**Austin Mahone** @AustinMahone Follow
**Elon Musk** @elonmusk Follow
**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

**Wuk Kim**
@whk_rs

X

- ⌂ Home
- 🔍 Explore
- 🔔 Notifications
- ✉ Messages
- ▱ Grok
- ☰ Lists
- 🔖 Bookmarks
- 🝙 Jobs
- 👥 Communities
- ✕ Premium
- ⚡ Verified Orgs
- 👤 Profile
- ☺ More

**Post**

← 🔍 (#warzone) "halo" until:2020-01-01 since:2014-01    •••

| Top | **Latest** | People | Media | Lists |

**Halo** 5 **Warzone** Firefight Launches June 29, Game Free for All Xbox Live Gold Members for a Week **#warzone**
dragplus.com/post/id/364110...

○    ⇄    ♡    ░ᡵ    🔖 ⬆

**Games Lib** @games_lib · Jun 24, 2016    •••
Check goo.gl/DlP7Nq **#Halo** 5 **#Gets #Warzone** #Firefight on #June 29, #Play the #Whole ##Game ##Free ... -
@TheDailyGeeky

○    ⇄    ♡    ░ᡵ    🔖 ⬆

**HR1 Clan** @HR1Clan · Jun 23, 2016    •••
Always a fan of firefight.
**#Halo** #Halo5 #FireFight
#Gaming **#WarZone** fb.me/84Br1Nhgc

○    ⇄    ♡    ░ᡵ    🔖 ⬆

**Fudgesnaps** ✓ @Fudgesnaps · Jun 23, 2016    •••
Playing some warzone in **Halo** 5 come join me!
Twitch.tv/fudgesnaps18 #twitch #Halo5 **#warzone**

○    ⇄    ♡    ░ᡵ    🔖 ⬆

**Free Bets Direct** @freebetsdir · Jun 23, 2016    •••
#Casino **#Warzone** Firefight Update For **Halo** 5: Guardians Lands On June 29 goo.gl/tr9LoL

○    ⇄    ♡    ░ᡵ    🔖 ⬆

**Breaking News!** @newsletter206 · Jun 23, 2016    •••
#Casino **#Warzone** Firefight Update For **Halo** 5: Guardians Lands On June 29 goo.gl/XN's5f

○    ⇄    ♡    ░ᡵ    🔖 ⬆

**Ric B. (MonteRicard)** @RBlll_Ricster · Jun 22, 2016    •••
Finally, the cannon fodder becomes the cannon. **@Halo** @Xbox #grunthetruth #Halo5 **#halo #warzone** #dlc #XboxOne

○ 1    ⇄    ♡ 1    ░ᡵ    ⬆

**Wuk Kim**
@whk_rs    •••

**UNSCaustralia** @UNSCaustralia · Jun 21. 2016    •••

### Search filters

**People**
From anyone    ●
People you follow    ○

**Location**
Anywhere    ●
Near you    ○

Advanced search

### What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**    •••
Born in Denver: Raised in Pecos
⬛ Promoted by Cuneiform

Politics · Trending    •••
**Mexican President**
32K posts

Entertainment · Trending    •••
**Alec Baldwin**
7,888 posts

Music · Trending    •••
**Trey Songz**

Show more

### Who to follow

**Austin Mahone** ✓    [Follow]
@AustinMahone

**Elon Musk** ✓ ⬛    [Follow]
@elonmusk

**Bill Gates** ✓    [Follow]
@BillGates

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ⋯
© 2024 X Corp.

242
ATV008999



X
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

(#warzone) "halo" until:2020-01-01 since:2014-01

Top Latest People Media Lists

1 · 1

**UNSCaustralia** @UNSCaustralia · Jun 21, 2016
Sooooo much hype!!! @Unyshek @Halo this is going to be awesome!!! 💚💚 #Halo5 #warzone

1 · 2

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

**What's happening**

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

**Who to follow**

**Austin Mahone** @AustinMahone Follow
**Elon Musk** @elonmusk Follow
**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2024 X Corp.

**Wuk Kim**
@whk_rs

Document title: (1) (#warzone) "halo" until:2020-01-01 since:2014-01-01 - Search / X
Capture URL: https://x.com/search?q=%28%23warzone%29+%22halo%22+until%3A2020-01-01+since%3A2014-01-01&src=typed_query&f=live
Capture timestamp (UTC): Tue, 26 Nov 2024 19:54:27 GMT Page 41 of 122



X

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

Wuk Kim
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | **Latest** | People | Media | Lists

1 · 1

**UNSCaustralia** @UNSCaustralia · Jun 21, 2016
Sooooo much hype!!! @Unyshek **@Halo** this is going to be awesome!!! 💚💚 #Halo5 **#warzone**

1 · 2

**OverKill Clips** @OverKillClips · Jun 21, 2016
Ooooooh yes!!!! New air vehicle #343 #xbox **#halo #warzone**
instagram.com/p/BG7JM34iEms/

**onlinegamingarea** @OGamingarea · Jun 20, 2016
**#Halo** 5: #Even #More **#Warzone** #Firefight #Upgrade #Details #Revealed - onlinegamingarea.com/2016/06/20/hal...

**OverKill Clips** @OverKillClips · Jun 19, 2016
Every single time #xbox #343 **#halo #warzone**
instagram.com/p/BG1ePfYiEqE/

1

**Sid Williams** @Gx_Panda_x · Jun 16, 2016
Streaming on twitch some **#halo #warzone**. Come watch my stream hcltacaninla

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

**What's happening**

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

**Who to follow**

**Austin Mahone** @AustinMahone — Follow
**Elon Musk** @elonmusk — Follow
**Bill Gates** @BillGates — Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

Document title: (1) (#warzone) "halo" until:2020-01-01 since:2014-01-01 - Search / X
Capture URL: https://x.com/search?q=%28%23warzone%29+%22halo%22+until%3A2020-01-01+since%3A2014-01-01&src=typed_query&f=live
Capture timestamp (UTC): Tue, 26 Nov 2024 19:54:27 GMT



X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

Wuk Kim
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | **Latest** | People | Media | Lists

**Exiled Regiment** @ExiledRegiment · Jun 4, 2016
[]Jackal Sniper[]
>>**Halo** 5 Guardians<<
**#warzone** #alien #jackal #sniper #guardians...
instagram.com/p/BGPm6Tvgh2o/

**Exiled Regiment** @ExiledRegiment · Jun 4, 2016
[]Alter Ego[]
>>**Halo** 5 Guardians<<
**#warzone** #halo5guardians #guardians #warden #followme
#post... instagram.com/p/BGPizc3Ahzc/

**Takafumi Inoue** @inoue_takafumi · May 31, 2016
**Halo** #Halo5 #XboxOne **#warzone**

**Exiled Regiment** @ExiledRegiment · May 30, 2016
[]The Summoning[]
>>**Halo** 5 Guardians<<
**#warzone** #epic #summon #followme #warden #mythic...
instagram.com/p/BGCzzfBgh7O/

**Santa Beet** @Beet_R · May 28, 2016
8 Boss Takedowns + 10 Kills = A Red Team Victory. #Halo5
**#Warzone @Halo**

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone — Follow
**Elon Musk** @elonmusk — Follow
**Bill Gates** @BillGates — Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.



X

Home
**Explore**
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | **Latest** | People | Media | Lists

1 · 2

**Matthew** @saiyanone · May 27, 2016
A little warzone. Not so great at this yet tho.. I have my moments tho. :D **#warzone #halo**... instagram.com/p/BF5V0CrRKGw/

**Umberto**🙈🇦🇷 @papi_umberto · May 25, 2016
#XboxOne **#halo #warzone** account.xbox.com/gameclip/5105d...

**Eric** @sportsfan790 · May 23, 2016
Hey! **@Halo** @343iCommunity PLEASE bring back **#Warzone** Turbo! AND #Fiesta! Make them permanent! And if theres room #Infection as well 🙏🙏🙏🙏🙏🙏🙏🙏
1 · 1

**Eric** @sportsfan790 · May 17, 2016
Replying to @sportsfan790
**@Halo** #Halo5 #Halo5Guardians #343i #RIPbungie(😔) **#Warzone** #WarzoneTurbo #chaos #BetterREQs #BetterGuns #BetterVehicles #BetterEverything🙏🙏🙏🙏

**gamingauctions** @gamingauctions · May 14, 2016
Used **Halo** 5: Guardians Xbox One Game $19.99 - ebay.to/1rLDvkK #Halo5 #MasterChief **#Warzone**
2

**Evan Whiteman** @Guyver290 · May 7, 2016
You're welcome team.
#Halo5Guardians **#halo #warzone @Halo** #xboxone #multikill #winning xboxdvr.com/gamer/COACH%20... via

·ˏˋKenneth ▯ Azurinˎˊ· @ArsElectroniken · May 5, 2016
...but I didn't win a single **@Halo** 5 **#Warzone** match either.

GIF

**Kevduit** @Kevduit · May 4, 2016

**Wuk Kim**
@whk_rs

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone — Follow
**Elon Musk** @elonmusk — Follow
**Bill Gates** @BillGates — Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.



X
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

Wuk Kim @whk_rs ···

(#warzone) "halo" until:2020-01-01 since:2014-01 ···

Top | Latest | People | Media | Lists

**Kevduit** @Kevduit · May 4, 2016 ···
Alright! For today's random game live stream, we'll be playing some **Halo** 5 Warzone!!! You're welcome to join me if you want! #Halo **#Warzone**
1 · 4

**Scout** 🎮 @DesertxScout · May 3, 2016 ···
@Daynah_Is_Real HALOOOOOOOOOOOOOOOOOOOOOOOOO RULLLLEEEEZZZZZZ #Halo5 #bonnieross **#halo #warzone** #arena
1

**Brop0calypse** @Brop0calypse · May 3, 2016 ···
#XboxOne #halo5 @twitch.tv/brop0calypse @Pwnit "Pest Control" #multiplayer **@Halo #warzone** account.xbox.com/gameclip/711bf ...
2

**Kriminal** @KRIMINAL · Apr 30, 2016 ···
Gotta get that boom boom pow choked on the unfrig tho **@Halo** **#warzone** #sokriminal #keepturbomovement

9

**wyatt** @galaxy__haze · Apr 30, 2016 ···
Gotta love that #warzoneturbo **@Halo** choked on the unfrig **#halo** **#warzone** #choke #fallowformore #sokriminal

1

**Fernando Solís** @fsgrajales_ · Apr 30, 2016 ···
**@Halo** 3 times in a row!!! **#warzone**

**wyatt** @galaxy__haze · Apr 29, 2016 ···
@Halo When you #choke going 30 0 in a #warzone game and

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood** ···
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending ···
**Mexican President**
32K posts

Entertainment · Trending ···
**Alec Baldwin**
7,888 posts

Music · Trending ···
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone Follow
**Elon Musk** @elonmusk Follow
**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

Document title: (1) (#warzone) "halo" until:2020-01-01 since:2014-01-01 - Search / X
Capture URL: https://x.com/search?q=%28%23warzone%29+%22halo%22+until%3A2020-01-01+since%3A2014-01-01&src=typed_query&f=live
Capture timestamp (UTC): Tue, 26 Nov 2024 19:54:27 GMT



X

- Home
- **Explore**
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | **Latest** | People | Media | Lists

**wyatt** @galaxy__haze · Apr 29, 2016
@Halo When you #choke going 39-0 in a #warzone game and miss the last shot because the game doesn't register the headshot in #halo5

**The Halo Frontier** @TheHaloFrontier · Apr 28, 2016
Warzone Turbo is back in #halo5! Now that we know how these rare weapons work thanks to Super Fiesta! Get some! #gaming #XboxOne #warzone

**OverKill Clips** @OverKillClips · Apr 24, 2016
Karma is such a bitch #InstantKarma #Warzone #Halo

**OverKill Clips** @OverKillClips · Apr 24, 2016
The Beam Rifle is lethal in this guys hands #Killtacular #Warzone #Halo

**Coby Chase** @codyachase · Apr 24, 2016
@halo 6 straight #warzone games ruined by 2-kill players. Any hope for better matching in warzone for those of us who want to win?

**Ticker** @TickerTTV · Apr 23, 2016
Going live in 15 minutes! #halo #warzone #grind twitch.tv/drynoodlegamin...

**OverKill Clips** @OverKillClips · Apr 23, 2016

**Wuk Kim**
@whk_rs

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone — Follow
**Elon Musk** @elonmusk — Follow
**Bill Gates** @BillGates — Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ...
© 2024 X Corp.



X

Home
**Explore**
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

Wuk Kim
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | **Latest** | People | Media | Lists

**OverKill Clips** @OverKillClips · Apr 23, 2016
This armory is mine #Halo #Warzone

**OverKill Clips** @OverKillClips · Apr 23, 2016
Probably should just leave the core alone #Warzone #Halo #Killtrocity

**The Halo Frontier** @TheHaloFrontier · Apr 22, 2016
Super Fiesta Playlist is now LIVE in Halo 5! ALL WEEK LONG! #Halo5 #XboxOne #fiesta #Warzone #gaming #Nornfang

**The Halo Frontier** @TheHaloFrontier · Apr 22, 2016
Bored at work? Watch highlights of my livestream of Halo 5! You may or may not laugh youtu.be/Skz0SXTm3UU #Halo5 #warzone #gaming #stream

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone — Follow
**Elon Musk** @elonmusk — Follow
**Bill Gates** @BillGates — Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.



250
ATV009007



X

Home

**Explore**

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

Post

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | **Latest** | People | Media | Lists

Anybody who want's to play some @Halo 5 #warzone tonight better add me at AsthMattic405th on #XboxLive and be on at 9pm PST!!!

1

**Steph Of All Trades** @IRGRL · Apr 21, 2016
Had a much needed game sesh with my @halo babe @ICECREAMTEXAS xxx #warzone

1 · 4

**Chaoxiii** @Chaoxiii · Apr 20, 2016
I got 126 kills on warzone firefight a few days back :) #halo #halo5 #warzone #warzonefirefight #warzonefirefightbeta #WZFF #theskillisreal

2 · 31

**Arthur E Levandoski** @Daytona24 · Apr 20, 2016
This about sums up how I feel after every #Halo #Warzone match I play! :)

**OverKill Clips** @OverKillClips · Apr 20, 2016
Impressive collision, hope they are insured #Halo #Warzone

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

**What's happening**

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

**Who to follow**

**Austin Mahone** @AustinMahone Follow

**Elon Musk** @elonmusk Follow

**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

**Wuk Kim**
@whk_rs



X

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

Wuk Kim
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | Latest | People | Media | Lists

Thanks for playing the Warzone Firefight Beta! Don't forget to leave us your feedback here: aka.ms/WarzoneFirefig...

**LV Elite Maximus VGC** @Alexander0Guy · Apr 19, 2016
@HALO #firefightbeta #Halo5 **#Warzone**
POWERUP WEAPONS SHOULD REPLENISH AMMO AT REQ STATIONS.
1

**Sit Down Standard** @sitdownstandard · Apr 19, 2016
This weeks #WhatchaDoing?!? we chat #JungleBook & **#Halo** 5's **#Warzone** #Firefight Beta! Video: bit.ly/1WDxYly

1

**Steph Of All Trades** @IRGRL · Apr 19, 2016
Oh happy day! Off from work. Interview. Hair dyed. And playing some of the **#warzone** beta for **@halo**
1

**OverKill Clips** @OverKillClips · Apr 19, 2016
World of Tanks or **Halo**? **#Halo #Warzone**

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

**What's happening**

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

**Who to follow**

**Austin Mahone** @AustinMahone Follow
**Elon Musk** @elonmusk Follow
**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.



X
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

Wuk Kim
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | **Latest** | People | Media | Lists

**UNSCaustralia** @UNSCaustralia · Apr 18, 2016
I'm loving the firefight beta!!! How about you? @Xbox @XboxAustralia @Halo @BBKDRAGOON #Halo #Halo5 #gaming #warzone

**OverKill Clips** @OverKillClips · Apr 18, 2016
Got to love the garage 😂 last day of firefight tomorrow #warzone #firefight #halo instagram.com/p/BEWs9olCErY/

**OverKill Clips** @OverKillClips · Apr 18, 2016
Creative, Cautious and Chaotic #Warzone #Halo

**onlinegamingarea** @OGamingarea · Apr 17, 2016
#Halo 5's #Warzone #Firefight #Beta #EXTENDED #Until #Tuesday - onlinegamingarea.com/2016/04/17/hal... #5s

## Search filters

**People**
From anyone ✓
People you follow

**Location**
Anywhere ✓
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone — Follow
**Elon Musk** @elonmusk — Follow
**Bill Gates** @BillGates — Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.



X
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

(#warzone) "halo" until:2020-01-01 since:2014-01

Top Latest People Media Lists

**Captain_John117** @captain_john117 · Apr 17, 2016
The beat for warzone firefight in **halo** 5 guardians, has been extended until Tuesday. #Halo5 #xbox #XboxOne #343 **#warzone** #firefight

**Weight Loss** @weightlossfora · Apr 17, 2016
**#Halo** 5's **#Warzone** #Firefight #Beta #Extended by a day - gamesreview.tvseriesfullepisodes.com/halo-5s-warzon... -

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

**What's happening**

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

**Who to follow**

**Austin Mahone** @AustinMahone Follow
**Elon Musk** @elonmusk Follow
**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

**Wuk Kim**
@whk_rs



X

- Home
- **Explore**
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

(#warzone) "halo" until:2020-01-01 since:2014-01 ···

Top | **Latest** | People | Media | Lists

**Captain_John117** @captain_john117 · Apr 17, 2016 ···
The beat for warzone firefight in **halo** 5 guardians, has been extended until Tuesday. #Halo5 #xbox #XboxOne #343 **#warzone** #firefight

**Weight Loss** @weightlossfora · Apr 17, 2016 ···
**#Halo** 5's **#Warzone** #Firefight #Beta #Extended by a day - gamesreview.tvseriesfullepisodes.com/halo-5s-warzon... -

**Daniel Heithorn** @DanielHeithorn · Apr 16, 2016 ···
The **@Halo** **#Warzone** #Firefight Beta is awesome. Pretty competitive and definitely nothing for N00BZ :D
1 · 1

**@UndeadJubei** @UndeadJubei · Apr 16, 2016 ···
Mythic TakeDOWN;) #Halo5 **#Warzone** #FirefightBeta thank you . **@Halo** account.xbox.com/gameclip/13b0e...
1

**Ring~YT** @Ringhillsta · Apr 15, 2016 ···
"Call of the warden" **#halo** **@Halo** #xbox #game **#warzone** #firefight #halo5

1

**Wuk Kim**
@whk_rs ···

## Search filters

**People**
From anyone ●
People you follow ○

**Location**
Anywhere ●
Near you ○

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood** ···
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending ···
**Mexican President**
32K posts

Entertainment · Trending ···
**Alec Baldwin**
7,888 posts

Music · Trending ···
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone — Follow
**Elon Musk** @elonmusk — Follow
**Bill Gates** @BillGates — Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.



256
ATV009013



X

Home
**Explore**
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

**Wuk Kim** @whk_rs ···

← (#warzone) "halo" until:2020-01-01 since:2014-01 ···

Top | **Latest** | People | Media | Lists

**The Halo Frontier** @TheHaloFrontier · Apr 14, 2016 ···
Going Live with Warzone Wednesday! #Halo5 #gaming #livestream **#warzone**

**MovieGuy** @GuySpaey · Apr 13, 2016 ···
Ready for the #Halo5 **#Warzone** #Firefight beta, tomorrow will be a good day! **@halo** #XboxOne
1 1

**MovieGuy** @GuySpaey · Apr 13, 2016 ···
My body is ready! #Halo5 #Firefight **#Warzone** **@halo** #XboxOne

> **Halo** @Halo · Apr 13, 2016
> 8 players, waves of enemies, and your arsenal of weapons and vehicles. The Warzone Firefight Beta begins tomorrow!
>
> 

1

**The Halo Frontier** @TheHaloFrontier · Apr 13, 2016 ···
Ill be streaming Warzone tonight! Check out my first live stream highlights! youtu.be/R0SILmFk7Bs #Halo5 #XboxOne **#warzone** #livestreaming

**gutterXshark** @gutterXshark · Apr 13, 2016 ···
Prayed to the god of **#warzone** to put me on the winning team just once. He responded appropriately... **@Halo**

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood** ···
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending ···
**Mexican President**
32K posts

Entertainment · Trending ···
**Alec Baldwin**
7,888 posts

Music · Trending ···
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone Follow
**Elon Musk** @elonmusk Follow
**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.



X
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

Wuk Kim
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | Latest | People | Media | Lists

**Zanguez** @Zanguez_ · Apr 12, 2016
@Halo #Warzone How many REQ points do you get per game?
1 · 13

**UNSCaustralia** @UNSCaustralia · Apr 12, 2016
First look at **Halo** warzone firefight beta is now live on Twitch.tv/Halo @Halo @xbox #Halo @twitch #warzone

2

**Sami Hossain** @smilyface_58 · Apr 12, 2016
@Halo #warzone when are we expecting it to come out, not just thr beta

**Sami Hossain** @smilyface_58 · Apr 12, 2016
@Halo #Warzone how many req points are we expected to get per game? Xbox gt:smilyface59

**OverKill Clips** @OverKillClips · Apr 12, 2016
Shooting is soooo 2015 #Halo #Warzone

**Dan Willis** @nerdcurrencyDan · Apr 12, 2016
@Halo is showcasing their new #warzone beta! Get all the details nerdcurrency.com/2016/04/12/hal...

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver; Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone — Follow
**Elon Musk** @elonmusk — Follow
**Bill Gates** @BillGates — Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.



X

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

Wuk Kim
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | Latest | People | Media | Lists

7

**Captain_John117** @captain_john117 · Apr 11, 2016
Warzone firefight beta begins April 14th. Are you ready? #halo #Halo5 #xbox #warzone #firefight

**vids4life** @vids4lifee · Apr 10, 2016
Halo 5 Warzone Firefight Video Preview: #Halo #Warzone #Firefight #Video #Preview bit.ly/20rVR61
1

**OverKill Clips** @OverKillClips · Apr 10, 2016
This is wildly unlucky #Halo #Warzone

**The Halo Frontier** @TheHaloFrontier · Apr 10, 2016
Now that Halo 5 is back up, we have to play double in order to make up for yesterday! DARKSTAR HERE I COME! #Halo5 #XboxOne #warzone #gaming

**vids4life** @vids4lifee · Apr 10, 2016
Halo 5 Warzone Firefight Video Preview: #Halo #Warzone #Firefight #Video #Preview bit.ly/20rVR61
1

**Chosen Squad** @Chosen_Squad · Apr 9, 2016
#Halo Windragon está transmitiendo en vivo! Está jugando #Warzone
chosensquad.com/windragontv

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

**What's happening**

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver; Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

**Who to follow**

**Austin Mahone** @AustinMahone — Follow
**Elon Musk** @elonmusk — Follow
**Bill Gates** @BillGates — Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.



X

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

Wuk Kim
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | Latest | People | Media | Lists

4

**Tom Trocity** @Tomtrocity · Apr 8, 2016
youtube.com/watch?v=XcySbv... Skirmish scatter #Halo5 #ghostsofmeridian **#Halo** **#warzone** #gameplay #letsplay #gaming #youtube #content #subscribe

**K. Alex** @K_Alex1 · Apr 8, 2016
Replying to @AhmedMoore31
@TOOHZGAMING @dreyer_smit I've recently got back into it. **#Warzone**. Love **Halo** 5's gameplay. Can't wait for Firefight
2 1

**HaloIsBack** @haloisback · Apr 7, 2016
**Halo** 5's Warzone Firefight enters beta next week! bit.ly/1NbtD7R **#Halo** #Firefight **#Warzone**

4

**OverKill Clips** @OverKillClips · Apr 7, 2016
Thanks for the spawns 343 **#Warzone** #WTF **#Halo**
buff.ly/20bC4Ya

**OverKill Clips** @OverKillClips · Apr 7, 2016
Needler Kilimanjaro?!?! **#Halo** **#Warzone** #Covenant

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

**What's happening**

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver; Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

**Who to follow**

**Austin Mahone** @AustinMahone Follow
**Elon Musk** @elonmusk Follow
**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ...
© 2024 X Corp.



X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

Wuk Kim
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | Latest | People | Media | Lists

4

**Tom Trocity** @Tomtrocity · Apr 8, 2016
youtube.com/watch?v=XcySbv... Skirmish scatter #Halo5 #ghostsofmeridian **#Halo** **#warzone** #gameplay #letsplay #gaming #youtube #content #subscribe

**K. Alex** @K_Alex1 · Apr 8, 2016
Replying to @AhmedMoore31
@TOOHZGAMING @dreyer_smit I've recently got back into it. **#Warzone**. Love **Halo** 5's gameplay. Can't wait for Firefight

2 1

**HaloIsBack** @haloisback · Apr 7, 2016
**Halo** 5's Warzone Firefight enters beta next week! bit.ly/1NbtD7R
**#Halo** #Firefight **#Warzone**

4

**OverKill Clips** @OverKillClips · Apr 7, 2016
Thanks for the spawns 343 **#Warzone** #WTF **#Halo**
buff.ly/20bC4Ya

**OverKill Clips** @OverKillClips · Apr 7, 2016
Needler Kilimanjaro?!?! **#Halo** **#Warzone** #Covenant

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone — Follow

**Elon Musk** @elonmusk — Follow

**Bill Gates** @BillGates — Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

Document title: (1) (#warzone) "halo" until:2020-01-01 since:2014-01-01 - Search / X
Capture URL: https://x.com/search?q=%28%23warzone%29+%22halo%22+until%3A2020-01-01+since%3A2014-01-01&src=typed_query&f=live
Capture timestamp (UTC): Tue, 26 Nov 2024 19:54:27 GMT Page 59 of 122



X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | Latest | People | Media | Lists

**OverKill Clips** @OverKillClips · Apr 5, 2016
Incredible Snipe Killionaire #Sniping #Killionaire #Halo #Warzone buff.ly/204wd70

**OverKill Clips** @OverKillClips · Apr 5, 2016
You can almost guarentee he'd only just called it in too #Phaeton #Warzone #Halo

**OverKill Clips** @OverKillClips · Apr 4, 2016
Ghosts of Meridian Livestream announcement #Halo #Warzone #Firefight buff.ly/1W6tQjV

**Ging3rman117** @Ging3rman117 · Apr 4, 2016
What would you say is the most powerful weapon in all of #Halo (excluding #Warzone variants)?
1

**The Halo Frontier** @TheHaloFrontier · Apr 4, 2016
Mondays video is out! Twitch stream of warzone, my first stream! Share the love! youtu.be/R0SILmFk7Bs #gaming #Halo5 #warzone #Xbox
3

**Tom Trocity** @Tomtrocity · Apr 4, 2016
youtube.com/watch?v=r3wvc2... It's lat but last call #Halo5 #Halo #warzoneturbo #warzone #letsplay #gameplay #videogame #video #gaming #content
1

**Spidor** @SpidorGaming · Apr 2, 2016
18:00-tól indul a stream #halo 5-tel. Gyertek nézzétek meg milyen a #warzone #turbo twitch.tv/spidorontwitch #twitch

**Wuk Kim** @whk_rs

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone Follow

**Elon Musk** @elonmusk Follow

**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ...
© 2024 X Corp.

Document title: (1) (#warzone) "halo" until:2020-01-01 since:2014-01-01 - Search / X
Capture URL: https://x.com/search?q=%28%23warzone%29+%22halo%22+until%3A2020-01-01+since%3A2014-01-01&src=typed_query&f=live
Capture timestamp (UTC): Tue, 26 Nov 2024 19:54:27 GMT



X

🏠 Home

🔍 **Explore**

🔔 Notifications

✉ Messages

🗲 Grok

☰ Lists

🔖 Bookmarks

💼 Jobs

🦟 Communities

✖ Premium

🗲 Verified Orgs

👤 Profile

⊙ More

**Post**

←    Q  (#warzone) "halo" until:2020-01-01 since:2014-01    •••

Top    **Latest**    People    Media    Lists

...16.00-tol indul a stream #halo J-tel. Gyertek nezzetek meg mayen a #warzone #turbo twitch.tv/spiderontwitch #twitch

○    ⇄    ♡    ılıl    🔖 ⊥

**OverKill Clips** @OverKillClips · Apr 2, 2016    •••
Happens to me all the time, tag someone who does this #halo #halo5 #ghostsofmeridian
instagram.com/p/BDsZXwPiEu6/
○    ⇄    ♡    ılıl    🔖 ⊥

**OverKill Clips** @OverKillClips · Mar 31, 2016    •••
Warzone Turbo is no live on **halo** 5, should be absolute chaos #Warzone #WarzoneTurbo #Halo...
instagram.com/p/BDoCyLYCEsD/
○    ⇄    ♡    ılıl    🔖 ⊥

**OverKill Clips** @OverKillClips · Mar 31, 2016    •••
Warzone Turbo?!?!?! #Halo #Warzone buff.ly/1q655bV
○    ⇄    ♡    ılıl    🔖 ⊥

**Ging3rman117** @Ging3rman117 · Mar 31, 2016    •••
Replying to @Ging3rman117
@Ging3rman117 @Halo @Luke_TheNotable Upon landing, #Spartans and maybe #ODSTs burst from the pods and jump into combat. #Halo #Halo5 #Warzone
○    ⇄    ♡    ılıl    🔖 ⊥

**American Patriot** 🇺🇸 @Srolhm · Mar 31, 2016    •••
#Warzone is like the bastard child of everything wrong with 343 mixed with equal parts BS and Cod formula. #Halo
○    ⇄    ♡    ılıl    🔖 ⊥

**OverKill Clips** @OverKillClips · Mar 31, 2016    •••
Skirmish at Darkstar looks pretty awesome #halo5 #halo #guardians #ghostofmeridian #warzone
instagram.com/p/BDnmqygiEuX/
○    ⇄    ♡    ılıl    🔖 ⊥

**Katerina Lewis** @LilAnimal23 · Mar 28, 2016    •••
Anyone down for a game of @Halo?
GT: LilAnimal23
#SWAT #SLAYER #WARZONE
○    ⇄    ♡    ılıl    🔖 ⊥

**OverKill Clips** @OverKillClips · Mar 28, 2016    •••
The supreme art of war is to subdue the enemy without fighting #Halo #Warzone #ChiefWouldBeProud

**Search filters**

**People**
From anyone    ✓
People you follow    ○

**Location**
Anywhere    ✓
Near you    ○

Advanced search

**What's happening**

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**    •••
Born in Denver; Raised in Pecos
🄿 Promoted by Cuneiform

Politics · Trending
**Mexican President**    •••
32K posts

Entertainment · Trending
**Alec Baldwin**    •••
7,888 posts

Music · Trending
**Trey Songz**    •••

Show more

**Who to follow**

**Austin Mahone** ✓    **Follow**
@AustinMahone

**Elon Musk** ✓ ◼    **Follow**
@elonmusk

**Bill Gates** ✓    **Follow**
@BillGates

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2024 X Corp.

👤 **Wuk Kim**    •••
@whk_rs

Document title: (1) (#warzone) &quot;halo&quot; until:2020-01-01 since:2014-01-01 - Search / X
Capture URL: https://x.com/search?q=%28%23warzone%29+%22halo%22+until%3A2020-01-01+since%3A2014-01-01&amp;src=typed_query&amp;f=live
Capture timestamp (UTC): Tue, 26 Nov 2024 19:54:27 GMT
Page 61 of 122

**263**
ATV009020



X

- Home
- **Explore**
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

**Wuk Kim**
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | **Latest** | People | Media | Lists

The supreme art of war is to subdue the enemy without fighting
#Halo #Warzone #ChiefWouldBeProud

**HWM HaloWheelmen** @HaloWheelmen · Mar 27, 2016
Want to see a quick Warzone game? Here you go, 2:49 . Sarge's driving POV #Warzone #Warthog #Coregoesboom
1

**Daniel Heithorn** @DanielHeithorn · Mar 27, 2016
mmhh #Borderlands I as BC today or @Halo #Warzone..?

Decisions,decisions....

**HWM HaloWheelmen** @HaloWheelmen · Mar 25, 2016
damn, watch @Jon_LH_Hart driving HWM Tom to TWO Unfriggs! in #Warzone
youtube.com/watch?v=GpxuBd...
1

**The Halo Frontier** @TheHaloFrontier · Mar 24, 2016
Just did my Firth Warzone Wednesday Stream! Check it out on twitch, look for it on youtube shortly! #halo #warzone #gaming #gamingyoutuber
1

**The Halo Frontier** @TheHaloFrontier · Mar 23, 2016
Here are my **Halo** 5 DLC Predictions & Theories
youtu.be/_nEUqlxwrOQ #halo5 #gaming #DLC #Halo #warzone
1

**Kris** @Chachmando · Mar 23, 2016
Hey @Halo you going to do something about this cheat spot in #halo5 #warzone #cheat #XboxOne #inthewall
account.xbox.com/gameclip/5ec1c...
1

**Yangy** @YangyYoung · Mar 23, 2016
Best @Halo 5 #Warzone loss yet, heh
No jokes I saved us from loss multiple times by capturing bases, joined half way

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone — Follow

**Elon Musk** @elonmusk — Follow

**Bill Gates** @BillGates — Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2024 X Corp.



X
Home
**Explore**
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

**Wuk Kim**
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | **Latest** | People | Media | Lists

The supreme art of war is to subdue the enemy without fighting
**#Halo #Warzone** #ChiefWouldBeProud

**HWM HaloWheelmen** @HaloWheelmen · Mar 27, 2016
Want to see a quick Warzone game? Here you go, 2:49 . Sarge's driving POV **#Warzone** #Warthog #Coregoesboom
1

**Daniel Heithorn** @DanielHeithorn · Mar 27, 2016
mmhh #Borderlands I as BC today or **@Halo #Warzone**..?

Decisions,decisions....

**HWM HaloWheelmen** @HaloWheelmen · Mar 25, 2016
damn, watch @Jon_LH_Hart driving HWM Tom to TWO Unfriggs! in **#Warzone**
youtube.com/watch?v=GpxuBd...
1

**The Halo Frontier** @TheHaloFrontier · Mar 24, 2016
Just did my Firth Warzone Wednesday Stream! Check it out on twitch, look for it on youtube shortly! **#halo #warzone** #gaming #gamingyoutuber
1

**The Halo Frontier** @TheHaloFrontier · Mar 23, 2016
Here are my **Halo** 5 DLC Predictions & Theories
youtu.be/_nEUqlxwrOQ #halo5 #gaming #DLC **#Halo #warzone**
1

**Kris** @Chachmando · Mar 23, 2016
Hey **@Halo** you going to do something about this cheat spot in #halo5 **#warzone** #cheat #XboxOne #inthewall
account.xbox.com/gameclip/5ec1c...
1

**Yangy** @YangyYoung · Mar 23, 2016
Best **@Halo** 5 **#Warzone** loss yet, heh
No jokes I saved us from loss multiple times by capturing bases, joined half way

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone Follow
**Elon Musk** @elonmusk Follow
**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ...
© 2024 X Corp.



X
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

Wuk Kim
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | Latest | People | Media | Lists

**NightmareNick16** @NightmareNick16 · Mar 22, 2016
What a beautiful day... To play some **Halo**! #nightmarenick16 #mlgpro **#warzone** #halo5 instagram.com/p/BDREUMvyW0W/

**Blackoutx187x** @Blackoutx187x · Mar 22, 2016
[XB1]Halo5 - Warzone kills **#halo** #343i **#warzone** youtu.be/V-1WdaHPlws via @YouTube

**The Halo Frontier** @TheHaloFrontier · Mar 22, 2016
**Halo** 5 is on sale yet again! The more people the better! store.xbox.com/en-US/Xbox-One... #Halo5 #gaming **#warzone** #killedbytheguardians
1

**World News Network** @worldnewsdotcom · Mar 21, 2016
#Halo5: #GhostOfMeridian **#Warzone** #map gets #new #details

wn.com/a/TRDOt5eF

@**Halo** #WNGaming #VideoGames #PS4

2 4

**onlinegamingarea** @OGamingarea · Mar 21, 2016
#Celebrate HWC with #Free **#Halo** 5 REQ DLC and #Sneak #Peek at **#Warzone** ... - onlinegamingarea.com/2016/03/21/cel...

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

**What's happening**

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

**Who to follow**

**Austin Mahone** @AustinMahone Follow

**Elon Musk** @elonmusk Follow

**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ...
© 2024 X Corp.



X
Home
**Explore**
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

Wuk Kim
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | **Latest** | People | Media | Lists

**†ℬ▯ fo0l** @me_fo0l · Mar 19, 2016
xboxdvr.com/gamer/Swivlar/... - The wallbang is strong **#halo** #ggwp **#warzone**
1

**Naza Hernandez** @Naza_Hdz · Mar 19, 2016
The prophet's bane <3 my first legendary weapon! #Halo5 **#Halo** #XboxOne **#Warzone** #ReqPack

**Shaun McDonough** @smcdonough · Mar 18, 2016
#HaloWC when are we goin see **#warzone** championship? . @eSportsNation .@Microsoft .**@Halo**

**Elwood Blues** @evandr · Mar 17, 2016
Yeah **@Halo #Warzone** is dead to me. Zero rank matchmaking, garbage team work, zero communication. How's this fun? One sided matches always

**@UndeadJubei** @UndeadJubei · Mar 17, 2016
Gonna start some **@Halo**
Gotta warm up with **#WarZone**,
Then #Arena.
Anyone out there in the #Gaming world need an extra spartan hmm #HaloWC
1 1

**Never Dweller** @Neverdweller · Mar 15, 2016
#XboxOne **#HALO** #GUARDIANS **#WARZONE** #PLASMAPISTOL #LOL account.xbox.com/gameclip/24469...

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone Follow
**Elon Musk** @elonmusk Follow
**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2024 X Corp.



X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

Wuk Kim @whk_rs ...

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | Latest | People | Media | Lists

#LOL account.xbox.com/gameclip/24469...

**Dave G** @Dave_Mike_G · Mar 14, 2016
@Halo are you sure you added a new map to #Warzone because I've been playing Halo 5 since release and haven't seen it once on my playlists

**T0kinWhiteGuy** @T0kinWhiteGuy · Mar 14, 2016
#HALO5 #HALO #WARZONE #XboxOne account.xbox.com/gameclip/65dd0...

**HWM HaloWheelmen** @HaloWheelmen · Mar 13, 2016
The Wheelmen playing #Warzone like ...
@Halo @podtacular

2 2

**onlinegamingarea** @OGamingarea · Mar 13, 2016
#Halo 5's #Ghosts of #Meridian #Warzone map #Teased, #Playlist ... - onlinegamingarea.com/2016/03/13/hal...

**Mike Styles** @MikeStyles27 · Mar 12, 2016
Wrote a 7496 character writeup on #Warzone and the @Halo forum won't let me post it. I want to help, really.

1

**Exiled Regiment** @ExiledRegiment · Mar 12, 2016
[]Spartan Guillotine[]
>>Halo 5 Guardians<<
#spartan #guillotine #smash #assassination #warzone...

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone Follow

**Elon Musk** @elonmusk Follow

**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ...
© 2024 X Corp.



X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

Wuk Kim
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | Latest | People | Media | Lists

[]Spartan Guillotine[]
>>**Halo** 5 Guardians<<
#spartan #guillotine #smash #assassination **#warzone**...
instagram.com/p/BC1QwmHAh6n/

**Carl L. Johnston Jr.** @CarlLJohnstonJr · Mar 11, 2016
Bit of SAW work on Apex 7. **#halo** #halo5 **#warzone** #overkill #saw instagram.com/p/BC0n6RNvqfm/

**Daniel Heithorn** @DanielHeithorn · Mar 10, 2016
Best @**Halo** **#Warzone** moment ever

1

**Ging3rman117** @Ging3rman117 · Mar 10, 2016
Replying to @Ging3rman117
@Ging3rman117 You probably want to get the most out of the pile in the fastest, funnest way possible, right? #Halo5 #REQ **#Warzone #Halo**

1

**Daniel Heithorn** @DanielHeithorn · Mar 10, 2016
Not so often so clear in @**Halo**'s **#Warzone**

2

**Lewis Burke** @Lewisjasper17 · Mar 8, 2016
@**Halo** this has to be one of the shortest games of Warzone ever five and a half minutes!!**#Halo #Warzone**

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone Follow

**Elon Musk** @elonmusk Follow

**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.



X
- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

Wuk Kim
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | Latest | People | Media | Lists

**DividableHaloHD** @DividableHalo · Mar 8, 2016
Warzone Assault Armory Glitch! #Halo5 **#Warzone**
youtu.be/_mh0neyTG-Y?a

**DJRu303** @DJRu303 · Mar 6, 2016
Hey **@Halo** why is it that **#Warzone** is so god damned broken? There is literally no way to come back when you're getting rolled?!!

**Genesis Rider** @GenesisRider · Mar 6, 2016
**@Halo** ......this also just happened in Warzone. **#Warzone** #Halo5 #Halo5Guardians

**Genesis Rider** @GenesisRider · Mar 6, 2016
**@Halo** Nevermind......this also just happened. :D **#Warzone** #Halo5 #Halo5Guardians

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone — Follow

**Elon Musk** @elonmusk — Follow

**Bill Gates** @BillGates — Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2024 X Corp.



- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | Latest | People | Media | Lists

**Genesis Rider** @GenesisRider · Mar 6, 2016
@Halo So this just happened in Warzone..... :D #Warzone #Halo5 #Halo5Guardians

**ZHUK** @ZombiehireUK · Mar 4, 2016
Replying to @SeanOGaoithin
@SeanOGaoithin @Halo I can only get #ARENA to work at weekends & some weekday early evenings... #Warzone always works though.
1

**Ray Van Ee** @RayVanEe · Mar 3, 2016
@Halo #Warzone man lost 3 awesome reqs b2b, gauss turret, incen. Cannon, rocket hog makes me hate warzone sometimes

**Chosen Squad** @Chosen_Squad · Mar 3, 2016
#Halo @aWindragon está jugando #warzone con viewers

twitch.tv/awindragon
#GoChosenSquad

1 3

**Wuk Kim**
@whk_rs

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone Follow

**Elon Musk** @elonmusk Follow

**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.



Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

(#warzone) "halo" until:2020-01-01 since:2014-01

Top Latest People Media Lists

youtu.be/v-30_D3KLFI @halo #halo

1 2 3

**Halo Evolved - Your Home for Hal** @HaloEvolve · Feb 27, 2016
We've selected our March Group Banner photo from our Community submitted screenshots. Find out who won on our next Show! #Halo5 **#Warzone**

**Y - Machiavellian** @YMachiavellian · Feb 26, 2016
youtu.be/L410e_XPGkw

Need help with warzone on **halo** 5? #halo5 #Halo5Guardians **#halo** **#warzone**

**HWM HaloWheelmen** @HaloWheelmen · Feb 25, 2016
Hopping on **Halo** after like 1 1/2 weeks and there are 5 company waiting for me. Love you guys :D **#Warzone** #Archillesgrind

**Chance Duncan** @MoNsTcR · Feb 24, 2016
Replying to @Spartan
@Spartan_HCS you are just a **halo** 4 kid **#warzone** #haven #49-43
1

**Augment Echo** @AugmentEcho · Feb 24, 2016
If **#Warzone** is more your style, check out episodes 068 and 069 from my **#Halo** Broadcasts. You'll find it all here!
youtube.com/channel/UCR0X3...

**Chosen Squad** @Chosen_Squad · Feb 23, 2016
**#Halo** @aWindragon está en vivo jugando un poco de **#Warzone** manden mensaje a su GT para acompañarlo

**Wuk Kim**
@whk_rs

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone Follow
**Elon Musk** @elonmusk Follow
**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2024 X Corp.



X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

Wuk Kim
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | Latest | People | Media | Lists

9

**Enrique Hernández** @MasterYitan · Feb 22, 2016
Venator. #Warzone #343industries #XboxOne #Halo5 #XboxLive #REQ #Halo #Gaming #HaloWC
instagram.com/p/BCGnHrTmfxK/

**HWM HaloWheelmen** @HaloWheelmen · Feb 22, 2016
Criporc is hosting is first event as a lobby leader, "tasty tuesday".check it out here ->halowheelmen.com/site/forum/vie... #Warzone #weirdpunsallnight
1 2

**HWM HaloWheelmen** @HaloWheelmen · Feb 21, 2016
Want to win Hog vs Hog battles? Aim for the Gunner first. #Halo5 #Warzone #Warthog #Pumba #oinkoink
Warthog guide
halowheelmen.com/site/pages/dyn...
1

**Thomas Kobbs** @Tommyman99 · Feb 19, 2016
Awesome Rocket Kill in Halo #halo5 #gamer #xboxone #RiotMary #Warzone vine.co/v/irujUwjjHJT
1

**Steph Of All Trades** @IRGRL · Feb 18, 2016
Good times as always with @ICECREAMTEXAS playing @Halo 5 #Warzone
1 1

**Halo Vic** @Halo_Vic · Feb 18, 2016
Replying to @Hunter251295
@Hunter251295 @Xbox_Army
Cuando alguien me dice que no ganaremos la partida de #Warzone ...

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone Follow

**Elon Musk** @elonmusk Follow

**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ...
© 2024 X Corp.



X

- Home
- **Explore**
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

**Wuk Kim** @whk_rs ...

(#warzone) "halo" until:2020-01-01 since:2014-01 ...

Top | **Latest** | People | Media | Lists

1 | | 1 | | |

**Knux D Echidona** @KnuxLiveGaming · Feb 13, 2016 ...
**#Halo** #Halo5 #LetsPlay #Twitch #XboxLive #XboxOne #Video **#Warzone** #Stream #Xbox #Subscribe #Join #Play twitch.tv/iiqzmii

**Knux D Echidona** @KnuxLiveGaming · Feb 13, 2016 ...
#Like #Subscribe #Join #Video #Xbox #XboxOne #XboxLive **#Halo** #Halo5 **#warzone** #Twitch #Stream twitch.tv/iiqzmii

**Knux D Echidona** @KnuxLiveGaming · Feb 13, 2016 ...
The Picture Will Speak For Me!! #Picture #Video #Xbox #XboxOne #XboxLive **#Halo** #Halo5 **#warzone** #Twitch #Stream

1

**HIGHCOM** @ONISEC3 · Feb 12, 2016 ...
The @ONISEC3 team will be dropping into **@Halo** tomorrow night. Shout out if you see us in **#Warzone** - kicking off around 3PM EST

1 | 1 | 1

**Knux D Echidona** @KnuxLiveGaming · Feb 11, 2016 ...
#Halo5 **#Warzone** **#Halo** #XboxOne #XboxLive #Twitch #Video #Fun

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood** ...
Born in Denver. Raised in Pecos
Promoted by Cuneiform

Politics · Trending ...
**Mexican President**
32K posts

Entertainment · Trending ...
**Alec Baldwin**
7,888 posts

Music · Trending ...
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone Follow

**Elon Musk** @elonmusk Follow

**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ...
© 2024 X Corp.



X

Home

**Explore**

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

Post

**Wuk Kim**
@whk_rs ···

(#warzone) "halo" until:2020-01-01 since:2014-01 ···

Top | **Latest** | People | Media | Lists

**Knux D Echidona** @KnuxLiveGaming · Feb 11, 2016 ···
#Halo5 **#Warzone #Halo** #XboxOne #XboxLive #Twitch #Video #Fun
twitch.tv/iiqzmii
1 1

**Exiled Regiment** @ExiledRegiment · Feb 11, 2016 ···
[]Peaceful[]
>>**Halo** 5 Guardians<<
Five away from 400!!! Help me out guys!!!
#grunt **#warzone**... instagram.com/p/BBpERP0AhzY/

**Mario Morales** [] @MarioMC09 · Feb 11, 2016 ···
Mantis Destroyer - Scorpion Destroyer

Warzone **Halo** 5: Guardians #Halo5 #XboxOne#Gameplay **#Warzone** fb.me/QIHKIUDK

**gamingauctions** @gamingauctions · Feb 9, 2016 ···
BRAND NEW **Halo** 5: Guardians Game $36.99 - ebay.to/1PAEQjh
#Halo5 **#Warzone** #XboxOne
1

**Roman Ex5** @RomanEx5 · Feb 9, 2016 ···
Morning all you **Halo** heads! Get up and grind through those playlists. **#Halo** #Arena **#Warzone** #slay

**SL Love and Peace** @ncsal_elite_117 · Feb 9, 2016 ···
**Halo** 5 Guardians, **#warzone**

**Mario Morales** [] @MarioMC09 · Feb 6, 2016 ···
Assassination | **Halo** 5: Guardians #XboxOne **#Halo #WarZone**
fb.me/3ImngUZco

**Connor Van Gilder** @connor_cvg · Feb 5, 2016 ···
Representing the Spartan company #filthyanimals in **#warzone**!
#unfriggenbelievable **@halo** @quinndelhoyo

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

**What's happening**

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood** ···
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending ···
**Mexican President**
32K posts

Entertainment · Trending ···
**Alec Baldwin**
7,888 posts

Music · Trending ···
**Trey Songz**

Show more

**Who to follow**

**Austin Mahone** @AustinMahone Follow

**Elon Musk** @elonmusk Follow

**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.



X

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | Latest | People | Media | Lists

1

P-Bo Pretty BOy @superghost · Feb 5, 2016
Great night in #Halo5 #Warzone! Undefeated evening w/ 5 straight wins! #weback #Halo

2

Windows Central Gaming @WinC_Gaming · Feb 3, 2016
New Halo 5 update changes #Warzone weapon costs.
icxm.net/x/halo5-warzon...

8 17

M4STE2xCHIEF @M4STE2xCHIEF · Feb 3, 2016
@Halo @Xbox #117 #halo5 #warzone #343

1

Legundo @Legundo · Feb 3, 2016
Oh tonight's going to be fun!! @Halo #warzone patch.

Wuk Kim
@whk_rs

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

**What's happening**

Sparta Prague vs Atletico Madrid
13 minutes ago

#NewHollywood
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
Mexican President
32K posts

Entertainment · Trending
Alec Baldwin
7,888 posts

Music · Trending
Trey Songz

Show more

**Who to follow**

Austin Mahone @AustinMahone Follow
Elon Musk @elonmusk Follow
Bill Gates @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2024 X Corp.



X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | Latest | People | Media | Lists

**Legundo** @Legundo · Feb 3, 2016
Oh tonight's going to be fun!! @Halo #warzone patch.

CARBINE

- Carbine: 4 -> 2
- Rain of Oblivion: 4 -> 3
- Blood of Suban: 5 -> 4

SUPPRESSOR

- Suppressor: 2 -> 1

BOLT SHOT

- Boltshot: 2 -> 1

LIGHT RIFLE

- Light Rifle: 5 -> 4
- Barbed Lance: 5 -> 4
- Dying Star: 6 -> 5

SAW

- Saw: 5 -> 4
- Appetite for Destruction: 6 -> 5

2 2

**Justin_B** @cptjennings6 · Feb 2, 2016
Replying to @Halo
@Halo I feel like #warzone is too "pay-to-win" now. I would appreciate you really looking into the balance of the game now.

**Zinsyph** @zinsyph · Feb 2, 2016
@Halo #Halo
youtube.com/watch?v=LuQml...
Some #Warzone Gameplay! :D

**John Cox** @HeroicImbecile · Feb 1, 2016
Halo 5: Spawning you on a #Warzone Team that's already doomed to lose since 2015.

**Browncoat** @nzBrowncoat · Feb 1, 2016
Replying to @RadishNation
@RadishNation I Soooo wanted to like #Warzone, but I ended up f*cked off everytime I played. @Halo #Halo5Guardians
At least campaign rocks!

1 1

**Daniel Heithorn** @DanielHeithorn · Jan 31, 2016
@k_wolfkill first time I had compassions with my opponents 😂
not even me got beaten up so hard ever
#Halo #Warzone

**Wuk Kim**
@whk_rs

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone Follow

**Elon Musk** @elonmusk Follow

**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ...
© 2024 X Corp.



X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

Wuk Kim
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | Latest | People | Media | Lists

**Chief Canuck** @ChiefCanuck · Jan 31, 2016
So uh... this happened. 64 Kills when down by 4 players #Halo #Halo5 #Warzone

3 · 1 · 14

**Andy Ball** @andyball_ · Jan 29, 2016
Playing online in Warzone on **Halo** 5! Have a watch and see what not to do! #Halo5 **#warzone** #aSmallLadle
youtu.be/AEmQIzAHj40?a

**Cardinal2325** @Cardinal2325 · Jan 29, 2016
@Halo #XboxOne **#Warzone** 2 for 2
account.xbox.com/gameclip/0f622...

**RemedyTV** @TheRemedyTV · Jan 28, 2016
**#Halo #Warzone** victory in 3 minutes! Check in out!
youtube.com/watch?v=AjPMpP...

**Mario Morales** ▯ @MarioMC09 · Jan 27, 2016
Assassination | **Halo** 5: Guardians #XboxOne **#Halo #WarZone**
fb.me/7DZ4JXb6x

**gamingauctions** @gamingauctions · Jan 26, 2016
NEW SEALED **Halo** 5: Guardians $39.95 - ebay.to/1PyN1vD #Halo5 #Locke **#Warzone**

**L3V14TH4N** @L3V14TH4NXB1 · Jan 26, 2016
Thinking about **#Warzone** Fridays and #T2M (twitch to midnight) Saturdays... like and share if you agree #Halo5 #XboxOne **@Halo**

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone — Follow
**Elon Musk** @elonmusk — Follow
**Bill Gates** @BillGates — Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.



X
Home
**Explore**
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

**Wuk Kim**
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | **Latest** | People | Media | Lists

**L3V14TH4N** @L3V14TH4NXB1 · Jan 26, 2016
Thinking about #Warzone Fridays and #T2M (twitch to midnight) Saturdays... like and share if you agree #Halo5 #XboxOne @Halo @Xbox #XB1 #H5G
1

**RageHead** @ChampionChar · Jan 23, 2016
Streaming **Halo** 5 on Twitch now! Come join and support the stream #Halo5 **#Warzone** #Arena

twitch.tv/championchar
1

**RageHead** @ChampionChar · Jan 22, 2016
Streaming **Halo** 5 on Twitch now! Come join and support the stream #Halo5 **#Warzone** #Arena

twitch.tv/championchar
1

**RageHead** @ChampionChar · Jan 22, 2016
Streaming **Halo** 5 on Twitch now! Come join #Halo5 **#Warzone** #Arena

twitch.tv/championchar

**jus_bert** @jus_bert · Jan 21, 2016
It's just hit me. I won't be playing **halo** for almost 2 weeks. #withdrawals #halo5 **#warzone** #teamPnBT

**Itz Bermuda** @Halo_Boomin · Jan 21, 2016
**#Warzone** 70 Kill Game #Halo5 #BeastMode #70Bomb !

3

**Brittovenator** @BrittYatesrt91 · Jan 18, 2016
Just went 50 and 31... Can't make this shit up **#halo** **#warzone**

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

**What's happening**

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

**Who to follow**

**Austin Mahone** @AustinMahone — Follow
**Elon Musk** @elonmusk — Follow
**Bill Gates** @BillGates — Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.



X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

Wuk Kim
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | **Latest** | People | Media | Lists

**Brittovenator** @BrittYatesrt91 · Jan 18, 2016
Just went 50 and 31... Can't make this shit up #halo #warzone

**RemedyTV** @TheRemedyTV · Jan 18, 2016
Couldn't wait to upload it - new #Halo5 video coming soon! @Halo #Warzone Sneek peek - gfycat.com/ThisHandmadeIr...

**Addam** @spartanschool_ · Jan 16, 2016
Tournament didnt go as planned! Moving onto Warzone games with viewers! Get in here! #Halo #gaming #warzone @Twitch twitch.tv/spartanschool

**Spure** @SpureMedia · Jan 16, 2016
A little out playing in #warzone 😂 #halo5 #Halo5Guardians #halo #gamer #XboxOne #xbox #gaming #343 #343industries

5

**Chad** @ChadNiblettAL · Jan 16, 2016
When the Corp Scorpion was timed just right. @Brav @Halo xboxdvr.com/gamer/Nezir%20... #Halo5 #Warzone #WardenEternal

## Search filters

**People**
- From anyone ✓
- People you follow

**Location**
- Anywhere ✓
- Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone — Follow

**Elon Musk** @elonmusk — Follow

**Bill Gates** @BillGates — Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.



Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

Wuk Kim
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | Latest | People | Media | Lists

xboxdvr.com/gamer/Nezir%20... #Halo5 #Warzone #WardenEternal

1

**HWM HaloWheelmen** @HaloWheelmen · Jan 14, 2016
twitch.tv/thee_jazzy
HWM Jazzy is now streaming Warzone with a full party of Wheelmen.
@halo
#Warzone
1 1 1

**Dustman1028** @Dustman1028 · Jan 12, 2016
Bout to get my @Halo on! #Warzone or #Arena ? Hmm....

**Stanley Doyle** @stanley_bear_ · Jan 11, 2016
Playing some **halo** risk #halorisk #warzone

**@UndeadJubei** @UndeadJubei · Jan 10, 2016
anyone playing @Halo and wanna clan up for #WarZone hit me up on #xboxlive :) Ready up. trying to lvl up with a kewl clan.

**@UndeadJubei** @UndeadJubei · Jan 8, 2016
New World Undead Order | Spartan Companies | **Halo** - Official Site
Anyone on #xboxlive playing #halo5 addme or join my clan.
#WarZone #Arena

**ProphTart** @ProphTart · Jan 7, 2016
Please let us #Forge #Warzone maps! @Halo @HaloWaypoint I have a ton of ideas I want to see come to life! #Halo5

**RyTy** @RyTyNation · Jan 7, 2016
Is this the best start to #halo #warzone game ever? @HaloRTs
youtu.be/3z01_TU7rFM
1

**KYLEOBYTE** @kyleobyte · Jan 5, 2016
So in the last few days, I finished **Halo** 5 campaign... And found Warzone! why didn't anyone tell me about this it's great! #halo5
#warzone
1

**Exiled Regiment** @ExiledRegiment · Jan 4, 2016
[]Warden Eternal[]
>>**Halo** 5 Guardians<<
#warden #eternal #epic #sword #warzone #femalegamer...
instagram.com/p/BAHlxaHAhza/

**Dracokyaku - ニック** @Dracokyaku · Jan 4, 2016
Finally getting time to try the #Warzone battles in **Halo** 5, Think I may approve! #BackInPVP #XboxOne
account.xbox.com/gameclip/2f559...

**Mario Morales** [] @MarioMC09 · Jan 4, 2016

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone Follow
**Elon Musk** @elonmusk Follow
**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2024 X Corp.



X

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | Latest | People | Media | Lists

**Mario Morales** ▯ @MarioMC09 · Jan 4, 2016
Double Kill, Triple Kill , Killing Spree, Killing Frenzy with a Scorpion **Halo** 5 Guardians #XboxOne **#Halo #WarZone** fb.me/3VPKeuwAe

**Matty Ross** @MattyMopar · Dec 30, 2015
That's one way to clear out the core. **#warzone** #Halo5 #Xbox **@Halo** @quinndelhoyo @Brav

**sir lolflame** @TreezyThaGod · Dec 27, 2015
**Halo** legendary hijack. **#halo** #halo5 **#warzone** @343industries **@Halo** account.xbox.com/gameclip/dfce9...

**B** @BClayts94 · Dec 22, 2015
7 boss takedowns & top of the leaderboard absolutely just schooled **#Warzone @Halo** #lovinglife 😂

**ChickenPooh** @chickenpooh4 · Dec 22, 2015
Come and join me on #Halo5 lets get a **#WarZone** Team going twitch.tv/ChickenPooh @TwitchShare **@Halo** @Twitch

**Wuk Kim**
@whk_rs

## Search filters

**People**
From anyone ●
People you follow ○

**Location**
Anywhere ●
Near you ○

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone — Follow
**Elon Musk** @elonmusk — Follow
**Bill Gates** @BillGates — Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.



X
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

Wuk Kim
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | Latest | People | Media | Lists

**ChickenPooh** @chickenpooh4 · Dec 22, 2015
Come and join me on #Halo5 lets get a #WarZone Team going twitch.tv/ChickenPooh @TwitchShare @Halo @Twitch
1 1

**Yanni Caldas** @amnesiasound · Dec 21, 2015
@Halo fun experiment: have a friendly tank at the end of the vehicle bay and have another team mate spawn one, it goes quite far! #warzone
1

**Vega** @Vega_Irl · Dec 20, 2015
Look what i just got😍 #halo #warzone #nornfang

1

**wipeout** @VVipeout · Dec 19, 2015
Playing a #warzone match right now where the Req system isn't working. Both teams have to play the entire game with AR/pistol. #343 @Halo

**TheLegendary117** @TheLegendary117 · Dec 17, 2015
@Halo In my Warzone Daily Win Pack! #Halo5 #Warzone #BinaryRifle #Legendary #REQPack

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

**What's happening**

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

**Who to follow**

**Austin Mahone** @AustinMahone Follow
**Elon Musk** @elonmusk Follow
**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.



X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

Wuk Kim
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | Latest | People | Media | Lists

2 | 1

**HIGHCOM** @ONISEC3 · Dec 17, 2015
Replying to @ONISEC3
Some good **@Halo #Warzone** simulations there with the @ONISEC3 team. Code time now:
F?7TP-D?F9C-K37CF-XCVDM-2KXRZ
Looking for 2 numb3rs #Halo5

1

**DJBluePDX** @DJBluePDX · Dec 17, 2015
**@Halo** - The new **#Warzone** Maps are beautiful!

1

**Cross** @MiguelAnOchoa · Dec 16, 2015
Esta súper bueno el nuevo mapa de **halo** 5 😍🔥 **#warzone** #Halo5

**Cornbread** @CornbreadTTV · Dec 13, 2015
😂😂😂 **#Halo #Warzone** #BlazeOfGlory

1 | 3 | 6

**Mickle** @Pyrhi_ · Dec 13, 2015
So this happened today... @bsangel #halo5guardians **#halo #warzone** #assault

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone — Follow

**Elon Musk** @elonmusk — Follow

**Bill Gates** @BillGates — Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.



X
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | **Latest** | People | Media | Lists

1 · 19

**Jair** @Jair_2290 · Dec 12, 2015
@Halo #warzone with @EDWSnip3down **halo** pro stop by my twitch.tv/jair2290 and #follow me :)

**Jair** @Jair_2290 · Dec 11, 2015
@Halo #warzone with @EDWSnip3down come watch the @Twitch stream twitch.tv/jair2290

**Joey / B**ch Drums** @DrummerShoyu · Dec 10, 2015
No Mercy #halo #halo5 #warzone #overkill #jrocker #vk #vkei #drummer #gamer #xboxone #xbox... instagram.com/p/_GzEOfy1hQ/
2

**Joe Eafrati** @sakanakami · Dec 7, 2015
Replying to @Halo
@Halo Nothing fantastic, but I did get a sniper rifle. #Warzone #REQ

**Jair** @Jair_2290 · Dec 7, 2015
#warzone with @EDWSnip3down @Halo stop by the stream twitch.tv/jair2290
1

**Diabolic** @Stargamer_space · Dec 7, 2015
Merry Christmas Spartans. New Free **Halo** 5 DLC: The Cartographers Gift #Halo5 #Spartan #space #BTB #warzone ow.ly/Vymw2
1

**F_CK JIHAD** @opisdo · Dec 5, 2015
luxferous666: Quick match of war zone for shits and giggles :p I rocked it pretty hard #halo MLG #warzone #gaming ...

**Wuk Kim**
@whk_rs

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone — Follow
**Elon Musk** @elonmusk — Follow
**Bill Gates** @BillGates — Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2024 X Corp.



X

Home
**Explore**
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

**Wuk Kim**
@whk_rs ···

← (#warzone) "halo" until:2020-01-01 since:2014-01 ···

Top **Latest** People Media Lists

**Dad Mode** @DadModeGG · Dec 5, 2015 ···
Quick match of war zone for shits and giggles :p I rocked it pretty hard #halo @MLG #warzone #gaming #topdog #fun

1

**Mark Matheson** @HingeThunder · Dec 5, 2015 ···
#banshee vs #missile #turret - #halo5 #Xboxone #warzone #multiplayer #halo #guardians #xbox instagram.com/p/-6FtkQNFwy/

**Lovable Loki** @TheLovableLoki · Dec 4, 2015 ···
Game Awards was sick enjoy this vlog. #halo5 #warzone #gameawards #VGA #halo #twitch #deadmau5 #mlg #forge... youtu.be/li-aAmZU1k4?a

1

**TheLegendary117** @TheLegendary117 · Dec 3, 2015 ···
@Halo Can you buy/redeem more than 1 Warzone REQ Pack or is it 1 per gamertag? #halo5guardians #Warzone #REQPack #Halo

**Abstyler** @AbstylerStudios · Dec 3, 2015 ···
3 minutes to core destruction: @Halo 5 Warzone Assault Zero Death Gameplay #Halo5 #Warzone youtu.be/M2UjDhgtmGs?a

**Tyson Brown** @TysonWJBrown · Dec 1, 2015 ···
I'll be grinding out some #Warzone tonight! No stream, of course, unfortunately. #Halo #Halo5

2

**Jair** @Jair_2290 · Nov 30, 2015 ···

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

**What's happening**

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood** ···
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending ···
**Mexican President**
32K posts

Entertainment · Trending ···
**Alec Baldwin**
7,888 posts

Music · Trending ···
**Trey Songz**

Show more

**Who to follow**

**Austin Mahone** @AustinMahone Follow

**Elon Musk** @elonmusk Follow

**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.



Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

Wuk Kim
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | Latest | People | Media | Lists

**Jair** @Jair_2290 · Nov 30, 2015
50 #kill #warzone #game, #double #perfection and #2nd #place below @EDWSnip3down @Halo #screenshots

**Jair** @Jair_2290 · Nov 30, 2015
@Halo #warzone stop by the #stream twitch.tv/jair & make sure to #checkout @Fatal_Grips and use my #discount #code JAIR

**Scarleterorr** @scarleterorr · Nov 30, 2015
i.imgur.com/OAksss6.gif - on the casual warzone binge :v #overkill #warzone #halo #snipes

**gamingauctions** @gamingauctions · Nov 29, 2015
Halo 5: Guardians DISC ONLY $47 - ebay.to/1NWdld7 #Halo5Guardians #Warzone #XboxOne

**Jamie** @jamie_scorer · Nov 29, 2015
Halo 5 is so damn good #halo #halo5 #guardians #follow #xbox #xboxone #nextgen #retweet #slayer #warzone #like #f4f #gamer #game #xbox360

**Tyson Brown** @TysonWJBrown · Nov 26, 2015
I'll be streaming #Halo5 again tonight; #Warzone Assault, here I come! #Halo
1 | 1 | 2

**Cereal K1ller** @lmjustabilly · Nov 26, 2015
would REALLY appreciate a sell all button for #Warzone req items @Halo :D

**Jair** @Jair_2290 · Nov 26, 2015
#streaming @Halo #warzone and #bigteam with #followers stop by twitch.tv/jair2290

**Jair** @Jair_2290 · Nov 25, 2015
#stream @Halo #warzone till the #team gets on to #grind

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone Follow
**Elon Musk** @elonmusk Follow
**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.



Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

Wuk Kim
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | Latest | People | Media | Lists

**Murtagh Morzanson** @lordmonocrona · Nov 25, 2015
BOOTY SHOOTS AND SWORD STEALING **Halo** 5: Guardians Gameplay youtu.be/VMtrrTie2wU via @YouTube #youtube #letsplay #halo5 **#warzone**

**¿?** @LuisARamos1312 · Nov 25, 2015
Jugando con 23 extraños. Martes de **halo** #xboxone #halo5guardians **#warzone**... instagram.com/p/-fdoS8kDeNkK...

**Spitfire** @chip678 · Nov 24, 2015
So I got a scorpion stuck in the door of the fortress in Warzone for a couple minutes in **@Halo** 5. @ducain23 #Halo5 #fail **#warzone**
1

**Tyson Brown** @TysonWJBrown · Nov 23, 2015
I just streamed **#Warzone** for 6 hours, damn, what a night! **#Halo** #Halo5 #Twitch
1 2

**MILK MAN1077** @SammyHudson77 · Nov 22, 2015
Replying to @Xbox
@Xbox I love **Halo** 5 but war zone is not balanced and just not fun. **#warzone** garbage
1 1 1

**Nero** @MrNero117 · Nov 22, 2015
Perdre une game sur #Halo5 en **#Warzone** à quelques points prêts c'est la loose.. **@Halo**_France @HaloQG
1

**Tyson Brown** @TysonWJBrown · Nov 22, 2015
I must say, **#Warzone** is extremely fun. **#Halo** #Halo5
2

**RELiG_Too_Live** @RELiG_Too_Live · Nov 20, 2015
**@Halo** @TwitchTVOnline #Halo5 #Halo5Guardians **#warzone** #turnupthursday twitch.tv/rusty2awesome #Chillstream

@ruloflores · Nov 19, 2015
Elite Squad Wiped Out!! GT: ruuloflores **#Halo** #Halo5 #Halo5Guardians #Xbox #XboxOne #Xbone **#Warzone**... instagram.com/p/-R_6vDQS7e/

**Ælena Del Fante** @iAElena_ · Nov 19, 2015
#streamer **#halo** #twitch **#warzone** #bigteambattle #followme #gamer #rewindesports follow us on... instagram.com/p/-R34WMOeWo/
1

**Lovable Loki** @TheLovableLoki · Nov 18, 2015
Its been a long day now enjoy some **Halo** Warzone. **#warzone** #halo5guardians #halo5 #mtndew #twitch **#warzone** #dew youtu.be/_h92bmcWQal?a

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

**What's happening**

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

**Who to follow**

**Austin Mahone** @AustinMahone Follow
**Elon Musk** @elonmusk Follow
**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ...
© 2024 X Corp.

X

⌂ Home

🔍 Explore

🔔 Notifications

✉ Messages

✦ Grok

☰ Lists

🔖 Bookmarks

💼 Jobs

👥 Communities

✕ Premium

⚡ Verified Orgs

👤 Profile

⊙ More

**Post**

← | 🔍 (#warzone) "halo" until:2020-01-01 since:2014-01 | ···

Top | **Latest** | People | Media | Lists

Its been a long day now enjoy some **Halo** warzone. **#warzone** #halo5guardians #halo5 #mtndew #twitch **#warzone** #dew youtu.be/_h92bmcWQaI?a

🗨 | 🔁 | ♡ | 📊 | 🔖 ⬆

**Smurf** @OCD_SMURF · Nov 17, 2015 | ···
Hey @Xbox, thx for the req pack code. Any chance I can get one for a tank tho? Haven't gotten a tank yet 😐 **#warzone** @Halo

🗨 | 🔁 | ♡ | 📊 | 🔖 ⬆

**Wes Johnson** @Derezzurektion · Nov 17, 2015 | ···
Come watch my friend play #Halo5Guardians!!
twitch.com/mr_dr_red
**#Halo** #Gaming #Awesome **#warzone** #Multplayer #xbox #stream #fun #lol

🗨 | 🔁 | ♡ | 📊 | 🔖 ⬆

**Jordan Martindale** @JustJordie · Nov 17, 2015 | ···
Just had perhaps the best round of #Halo in my life! **#warzone** #halo5 #XboxOne account.xbox.com/screenshot/f7e...

🗨 | 🔁 | ♡ | 📊 | 🔖 ⬆

**TwitchingFool0** @TwitchingFool0 · Nov 17, 2015 | ···
I got tired of peoples bullshit in #Warzone and decided its times to put an end to this. 3 tanks 5 Fuel Rod Cannons and many grenades. @Halo

🗨 | 🔁 | ♡ | 📊 | 🔖 ⬆

**Adam Pate** @xerocube · Nov 17, 2015 | ···
@Halo **#warzone** has been pretty exciting. I'm not the best, but play the objectives well. #XboxOne

🗨 | 🔁 | ♡ | 📊 | 🔖 ⬆

**Mark Matheson** @HingeThunder · Nov 15, 2015 | ···
When your team is so completely outclassed in #Warzone, #Halo loses all it's fun. I miss #trueskill !

🗨 | 🔁 | ♡ 1 | 📊 | 🔖 ⬆

**Sixty TV** @sixtytv · Nov 15, 2015 | ···
We've just uploaded our #Halo5 Week One Highlights to @YouTube watch here: youtu.be/kCZDrCzrNhs **#warzone** #slayer #halo5guardians **#halo**

youtube.com
**Halo 5 | Week One Highlights**
Halo 5 | Week One Highlights | Warzone Slayer
Kill cam Highlights of our first week playing ...

🗨 | 🔁 | ♡ | 📊 | 🔖 ⬆

**CyberDreams Interactive** @CyberDreamsInt · Nov 15, 2015 | ···
@halo Going on a trip, in our favorite rocketship. #Halo5 **#Warzone** #XboxOne #WhenTankFly account.xbox.com/gameclip/c24bc...

🗨 | 🔁 | ♡ | 📊 | 🔖 ⬆

**MixMaker117** @MixMaker117 · Nov 15, 2015 | ···
Been having so much fun in @Halo 5. Just saving up them REQ points! **#Warzone**

🗨 | 🔁 | ♡ 2 | 📊 | 🔖 ⬆

**Wuk Kim**
@whk_rs | ···

**Search filters**

**People**
From anyone ✓
People you follow ○

**Location**
Anywhere ✓
Near you ○

Advanced search

**What's happening**

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood** | ···
Born in Denver; Raised in Pecos
📣 Promoted by Cuneiform

Politics · Trending | ···
**Mexican President**
32K posts

Entertainment · Trending | ···
**Alec Baldwin**
7,888 posts

Music · Trending | ···
**Trey Songz**

Show more

**Who to follow**

**Austin Mahone** ✓
@AustinMahone | **Follow**

**Elon Musk** ✓ ✕
@elonmusk | **Follow**

**Bill Gates** ✓
@BillGates | **Follow**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2024 X Corp.

Document title: (1) (#warzone) &quot;halo&quot; until:2020-01-01 since:2014-01-01 - Search / X
Capture URL: https://x.com/search?q=%28%23warzone%29+%22halo%22+until%3A2020-01-01+since%3A2014-01-01&amp;src=typed_query&amp;f=live
Capture timestamp (UTC): Tue, 26 Nov 2024 19:54:27 GMT

Page 87 of 122

**289**
ATV009046

X

- ⌂ Home
- Q **Explore**
- 🔔 Notifications
- ✉ Messages
- ▨ Grok
- ▤ Lists
- ◫ Bookmarks
- ▤ Jobs
- ◠ Communities
- ✕ Premium
- ⚡ Verified Orgs
- ◠ Profile
- ⊙ More

**Post**

← | Q (#warzone) "halo" until:2020-01-01 since:2014-01 | ···

| Top | **Latest** | People | Media | Lists |

Its been a long day now enjoy some **Halo** warzone. #warzone #halo5guardians #halo5 #mtndew #twitch **#warzone** #dew youtu.be/_h92bmcWQaI?a

○   ↺   ♡   ᔕ   🔖 ⤒

**Smurf** @OCD_SMURF · Nov 17, 2015   ···
Hey @Xbox, thx for the req pack code. Any chance I can get one for a tank tho? Haven't gotten a tank yet 😁 #warzone @Halo

○   ↺   ♡   ᔕ   🔖 ⤒

**Wes Johnson** @Derezzurektion · Nov 17, 2015   ···
Come watch my friend play #Halo5Guardians!!
twitch.com/mr_dr_red
#Halo #Gaming #Awesome #warzone #Multiplayer #xbox #stream #fun #lol

○   ↺   ♡   ᔕ   🔖 ⤒

**Jordan Martindale** @JustJordie · Nov 17, 2015   ···
Just had perhaps the best round of #Halo in my life! #warzone #halo5 #XboxOne account.xbox.com/screenshot/f7e...

○   ↺   ♡   ᔕ   🔖 ⤒

**TwitchingFool0** @TwitchingFool0 · Nov 17, 2015   ···
I got tired of peoples bullshit in #Warzone and decided its times to put an end to this. 3 tanks 5 Fuel Rod Cannons and many grenades. @Halo

○   ↺   ♡   ᔕ   🔖 ⤒

**Adam Pate** @xerocube · Nov 17, 2015   ···
@Halo #warzone has been pretty exciting. I'm not the best, but play the objectives well. #XboxOne

○   ↺   ♡   ᔕ   🔖 ⤒

**Mark Matheson** @HingeThunder · Nov 15, 2015   ···
When your team is so completely outclassed in #Warzone, #Halo loses all it's fun. I miss #trueskill !

○   ↺   ♡ 1   ᔕ   🔖 ⤒

**Sixty TV** @sixtytv · Nov 15, 2015   ···
We've just uploaded our #Halo5 Week One Highlights to @YouTube
watch here:  youtu.be/kCZDrCzrNhs #warzone #slayer #halo5guardians #halo

▶ | youtube.com
Halo 5 | Week One Highlights
Halo 5 | Week One Highlights | Warzone Slayer
Kill cam Highlights of our first week playing ...

○   ↺   ♡   ᔕ   🔖 ⤒

**CyberDreams Interactive** @CyberDreamsInt · Nov 15, 2015   ···
@halo Going on a trip, in our favorite rocketship. #Halo5 #Warzone #XboxOne #WhenTankFly account.xbox.com/gameclip/c24bc...

○   ↺   ♡   ᔕ   🔖 ⤒

**MixMaker117** @MixMaker117 · Nov 15, 2015   ···
Been having so much fun in @Halo 5. Just saving up them REQ points! #Warzone

○   ↺   ♡ 2   ᔕ   🔖 ⤒

**Wuk Kim**
@whk_rs   ···

---

**Search filters**

**People**
From anyone ✓
People you follow ○

**Location**
Anywhere ✓
Near you ○

Advanced search

**What's happening**

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**   ···
Born in Denver: Raised in Pecos
▣ Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

**Who to follow**

**Austin Mahone** ✓
@AustinMahone | **Follow**

**Elon Musk** ✓ ▣
@elonmusk | **Follow**

**Bill Gates** ✓
@BillGates | **Follow**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More···
© 2024 X Corp.

Document title: (1) (#warzone) &quot;halo&quot; until:2020-01-01 since:2014-01-01 - Search / X
Capture URL: https://x.com/search?q=%28%23warzone%29+%22halo%22+until%3A2020-01-01+since%3A2014-01-01&amp;src=typed_query&amp;f=live
Capture timestamp (UTC): Tue, 26 Nov 2024 19:54:27 GMT

Page 88 of 122

**290**
ATV009047



X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

Wuk Kim
@whk_rs ...

(#warzone) "halo" until:2020-01-01 since:2014-01 ...

Top | Latest | People | Media | Lists

points! #Warzone

2

**Zero** @eV_Zeroo · Nov 14, 2015 ...
Come Hang out on the Stream at Twitch.tv/kilian117 for #Arena, #Customs, #Warzone, #PGL and more ! Songrequest ON #Twitch #Halo #Halo5

1

**YouthVoteMatters** @YouthVote1776 · Nov 12, 2015 ...
@Halo un-ban me. I want to play #warzone

**Hog** @HogInfinity · Nov 11, 2015 ...
SALUT ON ARRIVE ! @XboxFR @Halo @HaloFrance #Halo5 #Warzone

**Todd** @RetroTimeTodd · Nov 10, 2015 ...
Have a #Warzone #Halo req bundle #code worth $25 for #trade looking for $3 #Xbox currency, you can get from GameStop power up rewards site

**Todd** @RetroTimeTodd · Nov 10, 2015 ...
Have a #Warzone #Halo req bundle #code worth $25 for #trade looking for $10 in #Xbox currency or other game codes!

**Ztuu** @HaloZtuu · Nov 9, 2015 ...
@Halo New warzone clip I uploaded from #halo5 #warzone.

youtube.com/watch?v=CtUyrZ...

**GhostWolfe** @Ghost_Wolfe · Nov 9, 2015 ...
In @Halo I think #warzone is amazing and the cool items I've gotten from free #reqpacks is amazing. GG

**Joey / B**ch Drums** @DrummerShoyu · Nov 9, 2015 ...
That fucking come back though! 🎶😄💀💥🎮 #NOFUCKINGWAY #REKT #halo #halo5 #warzone #drummer #gamer #vk...
instagram.com/p/93SS9wy1lj/

1 1

**XEternalS** @supermanx323 · Nov 9, 2015 ...

## Search filters

**People**
From anyone ●
People you follow ○

**Location**
Anywhere ●
Near you ○

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood** ...
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending ...
**Mexican President**
32K posts

Entertainment · Trending ...
**Alec Baldwin**
7,888 posts

Music · Trending ...
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone — Follow

**Elon Musk** @elonmusk — Follow

**Bill Gates** @BillGates — Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2024 X Corp.

X

- ⌂ Home
- Q **Explore**
- Notifications
- ✉ Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- X Premium
- Verified Orgs
- Profile
- More

**Post**

Wuk Kim
@whk_rs

---

← Q (#warzone) "halo" until:2020-01-01 since:2014-01   ···

| Top | **Latest** | People | Media | Lists |

**XEternalS** @supermanx323 · Nov 9, 2015   ···
youtu.be/x8QhJPcldSg
#halo #Halo5 #multiplayer #warzone #slayer

**Popogeejoe** @Popogeejoe · Nov 9, 2015   ···
#Xbox won't connect to this damn shared #wifi at the camp I'm
in.... Need some @halo 5 #WarZone !

**Dark Skilled** @dark_skilled · Nov 9, 2015   ···
Replying to @Halo
@Halo I tried shotty snipers, it was to low... 4v4 sucks... Make it
shotty snipers big team. In #WarZone #halo5guardians #Halo5

**Reece Potter** @B_TeamBatman · Nov 9, 2015   ···
Embarassed 4 them lol #halo5 #halo #warzone #XboxOne
account.xbox.com/screenshot/4db...

**hopsizzle@Twitter.com** @Hopsizzle · Nov 9, 2015   ···
It's too stressful to keep performing top of my team on #slayer...So
off to #warzone I go.  #halo

**Garvin Seto** ✓ @grrvin · Nov 9, 2015   ···
Totally binged on @Halo #WarZone this whole weekend! Montage
time!!! 💙📹
#Halo5 #Halo5Guardians
youtu.be/Rb0yGYH-6mk

**Douglas McWhinnie** @djmcwhinnie · Nov 9, 2015   ···
There really is some balancing problems with #Warzone in #Halo5
- it's either a one sided win or defeat; never a fair feeling game.
@Halo

**_dualscreen** @richivalera · Nov 8, 2015   ···
Not sure that I like #warzone in #halo5. I just prefer big team
battle and not all those bells and whistles. Not what I play halo for.

**Toasty** @toastycheesitz · Nov 8, 2015   ···
does the Teishin Helmet look like the Guyver to anyone else? @Halo
#halo5guardians @Xbox #warzone #theguyver

**Thierry Brisard** @TCBrisard · Nov 8, 2015   ···
Bravo @Halo #warzone is AMAZING ! #WellDone #Microsoft

**SilentMist731** @SilentMist731 · Nov 8, 2015   ···
Playing some halo guardians with the guys :p #twitch #Halo5
#warzone #swat #shottysnipers

---

**Search filters**

**People**
From anyone          ✓
People you follow     ○

**Location**
Anywhere             ✓
Near you             ○

Advanced search

**What's happening**

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**   ···
Born in Denver: Raised in Pecos
📹 Promoted by Cuneiform

Politics · Trending   ···
**Mexican President**
32K posts

Entertainment · Trending   ···
**Alec Baldwin**
7,888 posts

Music · Trending   ···
**Trey Songz**

Show more

**Who to follow**

**Austin Mahone** ✓
@AustinMahone          **Follow**

**Elon Musk** ✓ ▪
@elonmusk              **Follow**

**Bill Gates** ✓
@BillGates             **Follow**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More···
© 2024 X Corp.

Document title: (1) (#warzone) &quot;halo&quot; until:2020-01-01 since:2014-01-01 - Search / X
Capture URL: https://x.com/search?q=%28%23warzone%29+%22halo%22+until%3A2020-01-01+since%3A2014-01-01&amp;src=typed_query&amp;f=live
Capture timestamp (UTC): Tue, 26 Nov 2024 18:54:27 GMT
Page 90 of 122

292
ATV009049



X

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

Wuk Kim
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | Latest | People | Media | Lists

**Alessandro Sousa** @albobbr · Nov 7, 2015
Esse é dos meus.... #xboxone #xbox #warzone #microsoft #halo5 #halo instagram.com/p/9yRz3sMNvc/

**G** @fentonpompey · Nov 7, 2015
Absolutely love #warzone in halo 5 i normally hate online shooters but I'm hooked, theaps are massive and it leads to mayhem

**Adam Ferch** @savageEWOK87 · Nov 6, 2015
Replying to @Nighthammer_
@xNighthammerx @Halo #Warzone is not bad but still love good old #CTF
1 · 1

**Brian Bell** @Bbell1995 · Nov 6, 2015
Halo 5 Live Stream! twitch.tv/bbell95#9421 #Halo5 #Warzone #Arena

**Rythm Labs** 🎮 @RythmLabs · Nov 6, 2015
Last update of the weekend for the Halo-API repo #halo #api #winning halo ESLHalo github.com/glitch100/Halo... Added #warzone!Get in! bsangel

**Jon** @Glitch100 · Nov 6, 2015
Last update of the weekend for the Halo-API repo #halo #api #winning @halo @ESLHalo github.com/glitch100/Halo... Added #warzone!Get in! @bsangel

**vypermajik** @vypermajik · Nov 6, 2015
My thoughts on how to make #Warzone better on @Halo. #Halo5 #HunttheTruth youtu.be/vcDUszaNh0U?a

**Jackson** @JacksonJppmntl · Nov 6, 2015
@Xbox Why is it in @Halo #WarZone it says can't retrieve data and loose my score? What happen?

**Troyfu Youtube / NintenTroy Yout** @SNBGaming · Nov 6, 2015
#Halo5 #Halo #warzone #gaming #videogames Billy playing it and that's it! youtu.be/eZ4LuCvHDgU?a
1

**▯▯▯🅾⚡▯▯🅾▯▯▯ 🎮🎧** @ruloflores · Nov 6, 2015
Yeah! First Place For the First Time in #Warzone!! #Halo5 #Xbox #XboxOne #Xbone #Win #Halo #Gamer... instagram.com/p/9uoJj_wS6o/
1

**Halo Vic** @Halo_Vic · Nov 6, 2015
Replying to @urilio17
@urilio17 @XboxMexico @Xbox_Army es sólo que me desveló

### Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

### What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

### Who to follow

**Austin Mahone** @AustinMahone — Follow
**Elon Musk** @elonmusk — Follow
**Bill Gates** @BillGates — Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ...
© 2024 X Corp.



X
Home
**Explore**
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

Wuk Kim
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | **Latest** | People | Media | Lists

**Halo Vic** @Halo_Vic · Nov 6, 2015
Replying to @urilio17
@urilio17 @XboxMexico @Xbox_Army es sólo que me desveló mucho jugando #Warzone y los packs cuestan 10000 OS o $40 pesos
1

**The Gaming Session** @SOCUK_TGS · Nov 5, 2015
**Halo** 5 Guardians - Warzone - TGS Play #Halo5 **#Warzone**
youtu.be/y5Zvn7Utqe0?a

**Shaydin** @ImShaydin · Nov 4, 2015
I'm playing some **Halo** 5! #Heeeeeoip **#Warzone** #halo5guardians #Multiplayer twitch.tv/imshaydin @TwitchSharer

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

**What's happening**

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

**Who to follow**

**Austin Mahone** @AustinMahone Follow
**Elon Musk** @elonmusk Follow
**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

Document title: (1) (#warzone) "halo" until:2020-01-01 since:2014-01-01 - Search / X
Capture URL: https://x.com/search?q=%28%23warzone%29+%22halo%22+until%3A2020-01-01+since%3A2014-01-01&src=typed_query&f=live
Capture timestamp (UTC): Tue, 26 Nov 2024 19:54:27 GMT



X

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

Wuk Kim
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | Latest | People | Media | Lists

Halo Vic @Halo_Vic · Nov 6, 2015
Replying to @urilio17
@urilio17 @XboxMexico @Xbox_Army es sólo que me desveló mucho jugando #Warzone y los packs cuestan 10000 OS o $40 pesos
1

The Gaming Session @SOCUK_TGS · Nov 5, 2015
Halo 5 Guardians - Warzone - TGS Play #Halo5 #Warzone youtu.be/y5Zvn7Utqe0?a

Shaydin @ImShaydin · Nov 4, 2015
I'm playing some Halo 5! #Heeeeeoip #Warzone #halo5guardians #Multiplayer twitch.tv/imshaydin @TwitchSharer

Shaf @ShafZZS · Nov 4, 2015
I liked a @YouTube video from @marcusims youtu.be/idNNNG0TNf4?a Halo 5 #Warzone

Marcus Medina @YourXellency · Nov 4, 2015
Halo 5 #Warzone: youtu.be/idNNNG0TNf4?a via @YouTube

Scruffy @Scruffy23 · Nov 4, 2015
(Chasing 250 Followers) Warzone with Viewers #halo 5 #Warzone @loudmouthgaming: twitch.tv/lmgcommunity#2...

Popogeejoe @Popogeejoe · Nov 4, 2015
The importance on holding bases AND killing champions in @Halo 5 #Warzone is the key....can't focus on just one thing
1 1 1

KaosKingTv @KaosKingTv · Nov 4, 2015
(Chasing 250 Followers) Warzone with Viewers #halo 5 #Warzone @loudmouthgaming twitch.tv/lmgcommunity via @Twitch

twitch.tv
LmGCommunity - Twitch
Welcome to our LoudmouthGaming Community Twitch Stream! We will be taking turns ...

Scruffy @Scruffy23 · Nov 4, 2015
(Chasing 250 Followers) Warzone with Viewers #halo 5 #Warzone @loudmouthgaming: twitch.tv/lmgcommunity#5...

Rawrasaurusism @rawrsaurusism · Nov 3, 2015
I feel like the respawn timer in #Warzone needs to be reduced to about 3 seconds. Would make the mode more enjoyable.

@Halo #Halo5

Paulo Ricardo @pricardo14 · Nov 3, 2015

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

**What's happening**

Sparta Prague vs Atletico Madrid
13 minutes ago

#NewHollywood
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
Mexican President
32K posts

Entertainment · Trending
Alec Baldwin
7,888 posts

Music · Trending
Trey Songz

Show more

**Who to follow**

Austin Mahone @AustinMahone — Follow
Elon Musk @elonmusk — Follow
Bill Gates @BillGates — Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.



X

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

Wuk Kim
@whk_rs ...

← (#warzone) "halo" until:2020-01-01 since:2014-01 ...

Top | Latest | People | Media | Lists

That moment in @Halo 5 when other team is killing the Champion in #Warzone and my lone sniper shot takes the kill/points 😂 So satisfying
1

**Nathair** @NathairFPS · Nov 2, 2015
Warzone w/ WhiteWolf569 & WigglyWayne #Halo5 #Gaming #Twitch #Halo #Halo5Guardians #Warzone #343Industries twitch.tv/mr_sidebyrnes
1

**Joey / B**ch Drums** @DrummerShoyu · Nov 2, 2015
When they invade YOUR base.. 🎶❤️🎮💥💀😂 #gamer #drummer #shoyû #halo5 #halo #warzone #arc #vk #vkel... instagram.com/p/9I9jadS1jy/

**done.** @fov1863 · Nov 1, 2015
how the hell does this happen @Halo #warzone

**Nathair** @NathairFPS · Nov 1, 2015
Warzone w/ WhiteWolf569 & WigglyWayne #Halo5 #Gaming #Twitch #Halo #Halo5Guardians #Warzone #343Industries twitch.tv/mr_sidebyrnes

**Jangutu** @jangutu · Nov 1, 2015
@Halo 5 today, finding all the skulls then #arena, #warzone, and opening packs, playing with viewers and subs!

twitch.tv
Jangutu - Twitch
Jangutu is a variety streamer who streams a few times a week in the evenings. Focusing o...
1

**♪musiq♫** @Bowinkle82 · Nov 1, 2015
#XboxOne #halo5 three 4 free @halo #warzone account.xbox.com/gameclip/63a5f...
2

**SilverWolf2308** @SilverWolf2308 · Nov 1, 2015
Opened 3 Gold REQ Packs :D This is all Rare stuff :D

#Halo #WarZone #Halo5 #HaloGuardians... instagram.com/p/9IIRTwu4zm/

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

**What's happening**

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

**Who to follow**

**Austin Mahone** @AustinMahone Follow
**Elon Musk** @elonmusk Follow
**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.



X

- Home
- **Explore**
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | **Latest** | People | Media | Lists

That moment in @Halo 5 when other team is killing the Champion in #Warzone and my lone sniper shot takes the kill/points 😂 So satisfying

♡ 1

**Nathair** @NathairFPS · Nov 2, 2015
Warzone w/ WhiteWolf569 & WigglyWayne #Halo5 #Gaming #Twitch #Halo #Halo5Guardians #Warzone #343Industries twitch.tv/mr_sidebymes

♡ 1

**Joey / B**ch Drums** @DrummerShoyu · Nov 2, 2015
When they invade YOUR base.. 🎶❤️🎮💥💀😂 #gamer #drummer #shoyū #halo5 #halo #warzone #arc #vk #vkel... instagram.com/p/9I9jadS1jy/

**done.** @fov1863 · Nov 1, 2015
how the hell does this happen @Halo #warzone

**Nathair** @NathairFPS · Nov 1, 2015
Warzone w/ WhiteWolf569 & WigglyWayne #Halo5 #Gaming #Twitch #Halo #Halo5Guardians #Warzone #343Industries twitch.tv/mr_sidebymes

**Jangutu** @jangutu · Nov 1, 2015
@Halo 5 today, finding all the skulls then #arena, #warzone, and opening packs, playing with viewers and subs!

twitch.tv
Jangutu - Twitch
Jangutu is a variety streamer who streams a few times a week in the evenings. Focusing o...

↻ 1

**♪musiq♫** @Bowinkle82 · Nov 1, 2015
#XboxOne #halo5 three 4 free @halo #warzone account.xbox.com/gameclip/63a5f...

♡ 2

**SilverWolf2308** @SilverWolf2308 · Nov 1, 2015
Opened 3 Gold REQ Packs :D This is all Rare stuff :D

#Halo #WarZone #Halo5 #HaloGuardians...
instagram.com/p/9iIRTwu4zm/

**Wuk Kim**
@whk_rs

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone — Follow

**Elon Musk** @elonmusk — Follow

**Bill Gates** @BillGates — Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2024 X Corp.



X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

Wuk Kim
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | Latest | People | Media | Lists

buff.ly/1KjyHn1

**Kirk Cameron** @kirkcam77 · Oct 29, 2015
@Halo @JoshingtonState #warzone isn't working

**Mark** @N1njazNutz · Oct 29, 2015
Oh my word #Warzone is utterly amazing! Thank you @Halo #Halo5

**جلال العتيبي** @jsotaibi · Oct 29, 2015
sniping on #warzone on #Halo #Halo5 #legend #multiplayer #snip #sniper #HeadShot #masterchief instagram.com/p/9b74ggk4l4/

**Ohziriz** @ImOhziriz · Oct 29, 2015
Loving #Warzone #Halo #Halo5

**Usum** @usumtwit · Oct 29, 2015
'Halo 5: Guardians': How to survive the deadly, online #Warzone: Halo 5: Guardians... goo.gl/fb/ZsKtXc fb.me/3WZFmBNes

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone — Follow

**Elon Musk** @elonmusk — Follow

**Bill Gates** @BillGates — Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2024 X Corp.



X
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | Latest | People | Media | Lists

buff.ly/1KjyHh1

**Kirk Cameron** @kirkcam77 · Oct 29, 2015
@Halo @JoshingtonState #warzone isn't working

**Mark** @N1njazNutz · Oct 29, 2015
Oh my word #Warzone is utterly amazing! Thank you @Halo #Halo5

**جلاّل العتيبي** @jsotaibi · Oct 29, 2015
sniping on #warzone on #Halo #Halo5 #legend #multiplayer #snip #sniper #HeadShot #masterchief instagram.com/p/9b74ggk4I4/

**Ohziriz** @ImOhziriz · Oct 29, 2015
Loving #Warzone #Halo #Halo5

**Usum** @usumtwit · Oct 29, 2015
'Halo 5: Guardians': How to survive the deadly, online #Warzone: Halo 5: Guardians... goo.gl/fb/ZsKtXc fb.me/3WZFmBNes

**Usum** @usumtwit · Oct 29, 2015
'Halo 5: Guardians': How to survive the deadly, online #Warzone: Halo 5: Guardians... goo.gl/fb/ZsKtXc

**SkinnyOTB** @SkinnyFamilyGuy · Oct 29, 2015
When your team doesn't go for the objective in Warzone on Halo 5 #halo #halo5 #warzone #team #teamblue instagram.com/p/9bAKSxTaYD/

**Carlos Salas R.** @Carlos_Of_Kanto · Oct 29, 2015
Got reacquainted pretty quickly with the new modern Halo setup. 😊🔥 #Halo5Guardians #Warzone... instagram.com/p/9Z9N0GJZY5/

**Rikan** @Rikan_V · Oct 29, 2015
Halo 5 Multiplayer with @RGL_Clan twitch.tv/therikan5 #halo5 #halo5guardians #warzone #arena #twitchstream #twitch #teamchief #team117
1 2

**Sean K** @indel · Oct 29, 2015
HALO 5! twitch.tv/indelxbox #Halo5 #Warzone

**Brandon Gallia** @Brandon_Gallia · Oct 29, 2015
Halo 5 is amazing! too much fun! #halo5guardians #Triplekill #warzone

**Wuk Kim**
@whk_rs

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone Follow
**Elon Musk** @elonmusk Follow
**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2024 X Corp.



X
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

(#warzone) "halo" until:2020-01-01 since:2014-01

Top Latest People Media Lists

**Matafied Gaming** @MatafiedGaming · Oct 28, 2015
**Halo** 5: Guardians Warzone Assault Live Stream w/ MatafiedGaming! twitch.tv/matafiedgaming #Halo5 **#Warzone**
1

**Skytchu** @Skytchu_ · Oct 28, 2015
Replying to @reall
@WWEAaLLday21 **@Halo** A BIG #Halo5 RIGHT HERE I like the new mode **#Warzone** with cards and big maps !

**Solid** @luissolid · Oct 28, 2015
Someone to play **#Warzone** on #Halo5Guardians ? My GT: luissolid #XboxLive #RT **@HALO**

**Jam** @You_Jam_Right · Oct 28, 2015
**@Halo** took a bit to get used to **#WarZone** but I am a FAN 👍
#Halo5
1

**Joe Rodriguez** @JojoBFett · Oct 28, 2015
**@Halo** multiplayer is better than ever **#Warzone** is crazy Fun

**Wuk Kim**
@whk_rs

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

**What's happening**

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

**Who to follow**

**Austin Mahone** @AustinMahone Follow
**Elon Musk** @elonmusk Follow
**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

Document title: (1) (#warzone) "halo" until:2020-01-01 since:2014-01-01 - Search / X
Capture URL: https://x.com/search?q=%28%23warzone%29+%22halo%22+until%3A2020-01-01+since%3A2014-01-01&src=typed_query&f=live
Capture timestamp (UTC): Tue, 26 Nov 2024 19:54:27 GMT

X

🏠 Home

🔍 **Explore**

🔔 Notifications

✉ Messages

✦ Grok

☰ Lists

🔖 Bookmarks

🗄 Jobs

👥 Communities

✕ Premium

⚡ Verified Orgs

👤 Profile

⊙ More

**Post**

← 🔍 (#warzone) "halo" until:2020-01-01 since:2014-01    •••

Top    **Latest**    People    Media    Lists

can sleep with a happy heart. Tomorrow I begin the campaign, my favourite part!

♡    ⇄    ♡    �📊    🔖 ⬆

**Valo** @ValoXP · Oct 27, 2015    •••
Bad throw? Haha #halo #halo5 #halo5guardians #guardians #warzone #masterchief #spartanlocke #xbox... instagram.com/p/9W5v9eMsRd/

♡    ⇄    ♡    �📊    🔖 ⬆

**Funkt** @funktmusic · Oct 27, 2015    •••
#Warzone is sick! Big ups 343 @Halo

♡    ⇄    ♡    �📊    🔖 ⬆

**Dj Chelo™** @DjCheloSantiago · Oct 27, 2015    •••
#WarReady #HALO5 #XBOXONE #exclusive #xbox #Halo #MasterChief #Gamer #XboxLife #Warzone #Arena... instagram.com/p/9Wq91CzXgH/

♡    ⇄    ♡    �📊    🔖 ⬆

**Drylium** @Drylium_Gaming · Oct 27, 2015    •••
Chillin with some @Halo 5 Warzone #warzone

♡    ⇄    ♡    �📊    🔖 ⬆

**Rey Yruegas** @jryruegas · Oct 27, 2015    •••
Download the #halo cannel app on IOs, Android or Windows and track your #Halo5 online progress. #Warzone

♡    ⇄    ♡    �📊    🔖 ⬆

**Dj Chelo™** @DjCheloSantiago · Oct 27, 2015    •••
#WarReady #HALO5 #XBOXONE #exclusive #xbox #Halo #MasterChief #Gamer #XboxLife #Warzone #Arena... instagram.com/p/9WcAE0TXmB/

♡    ⇄    ♡ 1    �📊    🔖 ⬆

**Patrick Barnhardt** @imcrimsonstrife · Oct 27, 2015    •••
Tonight ~6:00PM-11PM EST on @Twitch twitch.tv/crimsonstrife #Legendary Campaign and trying out #Warzone in @Halo 5: Guardians 🎮

♡    ⇄    ♡    �📊    🔖 ⬆

**Juan Antonio neodata** @neodata · Oct 27, 2015    •••
@karuna09 A que le encanta la escandalera de batalla de #Halo toda la casa parece una #WarZone #halo5guardians Esta tarde y noche mucho + :D

♡ 1    ⇄    ♡ 1    �📊    🔖 ⬆

**Dave** 👟 @GimpyWan · Oct 27, 2015    •••
Halo 5 - First Time Playing #warzone #halo5: twitch.tv/gimpywan#2853

♡    ⇄    ♡    �📊    🔖 ⬆

**Professor CO** @beardpwr81 · Oct 27, 2015    •••
Oh my days #warzone is glorious @Halo #Halo5

♡    ⇄    ♡    �📊    🔖 ⬆

**GameAddict 🎮 S.I.** ✳ @ImaGameAddict · Oct 27, 2015    •••
#HALO5 #WARZONE #PVP #MULTIPLAYER W/iiLordCrimsonii and SnackemPackem #chillin @HALO: twitch.tv/gameaddictsstu...

♡    ⇄    ♡    ⤓    🔖 ⬆

**Wuk Kim**
@whk_rs    •••

**Search filters**

**People**
From anyone    ✅
People you follow    ⭕

**Location**
Anywhere    ✅
Near you    ⭕

Advanced search

**What's happening**

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**    •••
Born in Denver: Raised in Pecos
📷 Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

**Who to follow**

**Austin Mahone** ✓    [Follow]
@AustinMahone

**Elon Musk** ✓ 🖼    [Follow]
@elonmusk

**Bill Gates** ✓    [Follow]
@BillGates

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More···
© 2024 X Corp.

Document title: (1) (#warzone) &quot;halo&quot; until:2020-01-01 since:2014-01-01 - Search / X
Capture URL: https://x.com/search?q=%28%23warzone%29+%22halo%22+until%3A2020-01-01+since%3A2014-01-01&amp;src=typed_query&amp;f=live
Capture timestamp (UTC): Tue, 26 Nov 2024 19:54:27 GMT

301
ATV009058



X

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

Wuk Kim
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | Latest | People | Media | Lists

#HALO5 #WARZONE #PVP #MULTIPLAYER W/iiLordCrimsonii and SnackemPackem #chillin @HALO: twitch.tv/gameaddictsstu...

1 | 4 | 2

**Chico Chugg** @maverickmack_12 · Oct 27, 2015
My Eyes are Crusty 😑 **Halo** 5 Campaign was Brilliant! Can't wait to get online tonight now! #warzone #MasterChief 🎮 @Halo

**Samuel Leggett Jr @ #TIFF202** @SuperSel032( · Oct 27, 2015
#Halo5 #Multiplayer got us like.. #Wildin #Funny #Crazy #Warzone #Halo5Guardians Joejohnson #Halo
vine.co/v/eYezbKdvrbD

1

**Mehfy** @Mehfy · Oct 27, 2015
halowaypoint.com/en-us/forums/6... **Halo** Waypoint Poll - Playlist - #Arena #warzone #swat #reqpacks #halo5 #Halo5Live #HaloFestFR #HaloWorldRecord

**PeteMc** @What_Button · Oct 25, 2015
Just 2 days till I get to jump back into **Halo** 5's #Warzone mode. Definitely see myself spending hours playing this goo.gl/ZgBno2

4 | 3

**Rex K** @RexKeeble · Oct 24, 2015
Well @stephentotilo you just betrayed me with your Ghost... @Halo #warzone

1

**Wesley Taylor** @Rhot_Starts_Now · Oct 24, 2015
3 days till **Halo** 5!!
#Warzone #Campaign #BlueTeam

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

**What's happening**

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

**Who to follow**

**Austin Mahone** @AustinMahone — Follow
**Elon Musk** @elonmusk — Follow
**Bill Gates** @BillGates — Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.



X

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | Latest | People | Media | Lists

#HALO5 #WARZONE #PVP #MULTIPLAYER W/iiLordCrimsonii and SnackemPackem #chillin @HALO: twitch.tv/gameaddictsstu...

1 | 4 | 2

**Chico Chugg** @maverickmack_12 · Oct 27, 2015
My Eyes are Crusty 😑 **Halo** 5 Campaign was Brilliant! Can't wait to get online tonight now! **#warzone** #MasterChief 🎮 **@Halo**

**Samuel Leggett Jr @ #TIFF202** @SuperSel032 · Oct 27, 2015
#Halo5 #Multiplayer got us like.. #Wildin #Funny #Crazy **#Warzone** #Halo5Guardians Joejohnson **#Halo**
vine.co/v/eYezbKdvrbD

1

**Mehfy** @Mehfy · Oct 27, 2015
halowaypoint.com/en-us/forums/6... **Halo** Waypoint Poll - Playlist - #Arena **#warzone** #swat #reqpacks #halo5 #Halo5Live #HaloFestFR #HaloWorldRecord

**PeteMc** @What_Button · Oct 25, 2015
Just 2 days till I get to jump back into **Halo** 5's **#Warzone** mode. Definitely see myself spending hours playing this goo.gl/ZgBno2

4 | 3

**Rex K** @RexKeeble · Oct 24, 2015
Well @stephentotilo you just betrayed me with your Ghost... **@Halo** **#warzone**

1

**Wesley Taylor** @Rhot_Starts_Now · Oct 24, 2015
3 days till **Halo** 5!!
**#Warzone** #Campaign #BlueTeam

**Matafied Gaming** 🇲🇽🇺🇸 @MatafiedGaming · Oct 22, 2015
I'm live streaming **Halo** 5: Guardians Arena and Warzone matchmaking now! twitch.tv/MatafiedGaming #Halo5 #Halo5Guardians #Arena **#Warzone**

**ÇѲUTHβѲU[]D** @SOUTHBOUND110 · Oct 22, 2015
Hurry up! I need some **#Warzone** in my life😍 **@Halo** is there even many people on there @PMaka1991 @CameronMines ?

Wuk Kim
@whk_rs

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

**What's happening**

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

**Who to follow**

**Austin Mahone** @AustinMahone — Follow
**Elon Musk** @elonmusk — Follow
**Bill Gates** @BillGates — Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.



Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

Wuk Kim
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | Latest | People | Media | Lists

**PeteMc** @What_Button · Oct 10, 2015
Just 17 days till @Halo 5 releases. Really looking forward to playing some more #Warzone goo.gl/ZgBno2

5 6

**PeteMc** @What_Button · Oct 7, 2015
So @Halo 5 has gone. This wait is driving me crazy. Can't wait to play more #Warzone goo.gl/ZgBno2

4 4

**Colin Blaney** @blaneywebdesign · Oct 5, 2015
@Halo Please separate #paytowin #warzone from #skillbased #warzone. Let the people who want to spend money for an advantage play together.

**Good Guy Gaming** @GoodGuyGaming42 · Oct 5, 2015
Another Monday. But hey! That just means we are close to Halo 5. HYPE #Halo5 #xbox #HUNTtheTRUTH #Warzone

**Capsule Computers** @capsulecomputer · Oct 4, 2015
Halo 5: Guardians Warzone Preview bitly.com/1j7TxBf @Halo @XboxAustralia @EBGamesAus #Halo5 #Warzone #343industries #EBExpo15

1 2

**Frankie Windsor** @FrankieWindsor · Oct 4, 2015
Replying to @ufc
@ufc @AlexTheMauler @Halo what a fight #warzone

**PeteMc** @What_Button · Oct 3, 2015
I've always loved @Halo's multiplayer modes and #Warzone is shaping up to be the best Halo multiplayer mode yet #Xbox goo.gl/ZgBno2

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone Follow
**Elon Musk** @elonmusk Follow
**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

Document title: (1) (#warzone) "halo" until:2020-01-01 since:2014-01-01 - Search / X
Capture URL: https://x.com/search?q=%28%23warzone%29+%22halo%22+until%3A2020-01-01+since%3A2014-01-01&src=typed_query&f=live
Capture timestamp (UTC): Tue, 26 Nov 2024 19:54:27 GMT



X
Home
**Explore**
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

Wuk Kim
@whk_rs
...

← (#warzone) "halo" until:2020-01-01 since:2014-01 ...

Top **Latest** People Media Lists

I've always loved @Halo's multiplayer modes and #Warzone is shaping up to be the best **Halo** multiplayer mode yet #Xbox goo.gl/ZgBno2
1 4 5

**Xtreme Gaming** @XtremeGaming_it · Oct 1, 2015 ...
#Halo 5: #Guardians #Warzone: Xtreme Gaming - Website : http://www.#xtremegaming.it Facebook... goo.gl/fb/1ybDXg

**PeteMc** @What_Button · Sep 30, 2015 ...
I'm pretty convinced that anybody who plays #Warzone in @Halo 5 will love it. This is shaping up to be very special goo.gl/ZgBno2
2 1

**Luke Warrior** @Luke666Warrior · Sep 29, 2015 ...
I WANNA PLAY @Halo 5 #WARZONE! NOW!

Oh and I need a #XboxOne

**g5magazine** @g5_magazine · Sep 29, 2015 ...
#Halo5 #Warzone #Gameplay - Raid On Apex 7 Map - Let's Play **Halo** 5: Guardians Multiplayer buff.ly/1MCww2P

**Linkers.cl** @Linkers_cl · Sep 28, 2015 ...
Así se juega a Warzone en **Halo** 5: Guardians. → bit.ly/1jr216p #Halo5Guardians #warzone

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

**What's happening**

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood** ...
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending ...
**Mexican President**
32K posts

Entertainment · Trending ...
**Alec Baldwin**
7,888 posts

Music · Trending ...
**Trey Songz**

Show more

**Who to follow**

**Austin Mahone** @AustinMahone Follow
**Elon Musk** @elonmusk Follow
**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

Document title: (1) (#warzone) "halo" until:2020-01-01 since:2014-01-01 - Search / X
Capture URL: https://x.com/search?q=%28%23warzone%29+%22halo%22+until%3A2020-01-01+since%3A2014-01-01&src=typed_query&f=live
Capture timestamp (UTC): Tue, 26 Nov 2024 19:54:27 GMT



X
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | Latest | People | Media | Lists

**ONE Dead Gamer** @CollapseControl · Sep 28, 2015
Raid on Apex 7 looks amazing.
It alone will be the best experience on any console this Holiday.
#Halo #Warzone

**Pixel Melee Network** @PixelMeleeNet · Sep 28, 2015
A lot of reviewers are loving @Halo 5. How will you embrace the #Warzone ? youtu.be/fvp9bhvgwLQ #Halo5 @IGN

**PeteMc** @What_Button · Sep 28, 2015
With all the great @Halo 5's news dropping today here is my preview of #Warzone. I think you will love this mode.
goo.gl/ZgBno2
6 5

**James S.** MetaCR @jamesgungu · Sep 28, 2015
'Halo 5' card system gives you a leg up in muliplayer mayhem
thetrigger.io/app/trends/560... #Warzone #NewWarzone

**Wuk Kim**
@whk_rs

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone Follow
**Elon Musk** @elonmusk Follow
**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.



X

Home
**Explore**
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

**Wuk Kim**
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | **Latest** | People | Media | Lists

thetrigger.io/app/trends/560... **#Warzone** #NewWarzone

**ComboBongo** @ComboBongo · Sep 26, 2015
About to play **Halo** 5 😂 **#Halo** #Halo5 #Halo5Guardians **#Warzone** #Xbox #XboxOne #Xboxegx

**PeteMc** @What_Button · Sep 25, 2015
If you're at #EGX and have played @**Halo** 5's new multiplayer mode **#Warzone**. Let me know what you thought of it?
goo.gl/ZgBno2
2 | 2

**PeteMc** @What_Button · Sep 24, 2015
If you're attending #EGX make sure you drop by the @Xbox booth and play @**Halo** 5's great new multiplayer mode **#Warzone**
goo.gl/ZgBno2
3 | 1

**PeteMc** @What_Button · Sep 23, 2015
Replying to @PsnTimdog
@PNF4LYFE **#Warzone** will introduce **Halo**'s amazing Multiplayer for a new generation of gamers. It's so so good. Minds will be blown #Halo5
4 | 4

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone Follow
**Elon Musk** @elonmusk Follow
**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.



X

Home
**Explore**
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

**Wuk Kim**
@whk_rs ...

(#warzone) "halo" until:2020-01-01 since:2014-01 ...

Top | **Latest** | People | Media | Lists

for a new generation of gamers. It's so so good. Minds will be blown #Halo5

4 · 4

**Pixel Melee Network** @PixelMeleeNet · Sep 18, 2015
343 explains REQs points and card and their purpose in Arena #Slayer and **#Warzone @Halo** #Xbox halowaypoint.com/en-us/communit...

**PeteMc** @What_Button · Sep 17, 2015
Heading to #EGX ? Make sure you head over to the #Xbox booth and play some **@Halo** 5 multiplayer. **#Warzone** is legit
goo.gl/ZgBno2

3 · 3

**PeteMc** @What_Button · Sep 12, 2015
Are attending the #EurogamerExpo later this month? Then make sure to play **@Halo** 5's new multiplayer mode **#Warzone**.
goo.gl/ZgBno2

4 · 2

**PeteMc** @What_Button · Sep 11, 2015
If you are attending the Eurogamer Expo later this month make sure to play **@Halo** 5 new multiplayer mode **#Warzone**.

whatbutton.wordpress.com
Halo 5 : A whole new Warzone
After a fun arena beta last christmas I was very eager to go hands on with Halo 5 again and ...

4 · 3

**Halo Création** @HaloCreation · Sep 6, 2015
Si vous souhaitez un peu d'info sur le **#warzone** de #Halo5, c'est par ici ! :)
> tinyurl.com/WARZH5

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone Follow
**Elon Musk** @elonmusk Follow
**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2024 X Corp.



X

Home

**Explore**

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

Post

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | **Latest** | People | Media | Lists

1 · 2

**ObiJ3ff** @ObiJ3ff · Sep 6, 2015

Got these Req Pack codes from the **Halo** 5 Figures. #Halo5 @Halo @Xbox #Warzone #XboxOne

1 · 2

**PeteMc** @What_Button · Sep 5, 2015

If you are a fan of great multiplayer games you should definitely be checking out @Halo 5's new game mode #Warzone

whatbutton.wordpress.com
Halo 5 : A whole new Warzone
After a fun arena beta last christmas I was very eager to go hands on with Halo 5 again and ...

2 · 2

**PeteMc** @What_Button · Sep 3, 2015

The reason @Halo 5 is game we are most excited about this year is simply due to this new game mode #Warzone

whatbutton.wordpress.com
Halo 5 : A whole new Warzone
After a fun arena beta last christmas I was very eager to go hands on with Halo 5 again and ...

3 · 1

**johnny sundara** @johnnysundara · Sep 2, 2015

**Halo** 5 boyz. #weback @halo @hcs playing next game #warzone #gsx2015

**Wuk Kim**
@whk_rs

## Search filters

**People**

From anyone

People you follow

**Location**

Anywhere

Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone — Follow

**Elon Musk** @elonmusk — Follow

**Bill Gates** @BillGates — Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.



X

- Home
- **Explore**
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

(#warzone) "halo" until:2020-01-01 since:2014-01 ...

Top | **Latest** | People | Media | Lists

**Jonnny Sundara** @jonnnysundara · Sep 2, 2015 ...
**Halo** 5 boyz. #weback **@halo** @hcs playing next game **#warzone** #gsx2015

1

**The Nerd Stash** @thenerdstash · Aug 19, 2015 ...
**Halo** 5 Won't Include Big Team Battle at Launch #Halo5Guardians **#Warzone** #XboxOne bit.ly/1J4euVJ

1

**SecondOpinionGames** @2ndOpinionGames · Aug 19, 2015 ...
**@Halo** 5 will not have #BigTeamBattle at launch. #343 stated that **#Warzone** is the evolution of #BTB. It may come later

**DavidBH11** @BHDavid11 · Aug 14, 2015 ...
Replying to @Halo
**@Halo** @HCS Could we please have a beta again? I just want to play **Halo** 5 Guardians. October is to far away! #Beta **#Warzone**

2

**Wuk Kim**
@whk_rs ...

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood** ...
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending ...
**Mexican President**
32K posts

Entertainment · Trending ...
**Alec Baldwin**
7,888 posts

Music · Trending ...
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone — Follow

**Elon Musk** @elonmusk — Follow

**Bill Gates** @BillGates — Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2024 X Corp.



X

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

Wuk Kim
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | Latest | People | Media | Lists

2

**HR1 Clan** @HR1Clan · Aug 7, 2015
Combat has definitely Evolved!
#Halo #Halo5 #Guardians #Multiplayer #Arena #Warzone
fb.me/1Z1hmh3sk

**Patrick Wren** @Witdarkstar · Aug 5, 2015
1st game of #Warzone for @Halo is underway!

2

**Finesse** @Finesse202 · Jul 28, 2015
I'm da type I do what I want, live how I want, an whoop yo ass at playing **Halo** #usafveteran #warzone

**René** @noctucx · Jul 19, 2015
Hab ja voll Bock Ende Oktober auf den Warzone Modus in **Halo** 5: Guardians. #Halo5 #Warzone
youtu.be/l6txIsc2HT4

1

**Reforge Media** @ReforgeMedia · Jul 13, 2015

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone Follow

**Elon Musk** @elonmusk Follow

**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2024 X Corp.



Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

Wuk Kim
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | Latest | People | Media | Lists

**Reforge Media** @ReforgeMedia · Jul 13, 2015
Halo 5 Borrowed from Unreal Tournament : bit.ly/1HY2Dv9 : #halo5 #Halo5Guardians #warzone #unrealtournament #gamedev
1

**Da Lab** @DaLabTv · Jul 12, 2015
Wow Amazing. Gotta check out. #Halo #WarZone #MegaBlocks #Retweet Check out Halo 5's new Warzone map ... in Mega Bloks ow.ly/PuoZ9
1

**GRIFBRAWL** @GRIFBRAWL · Jul 12, 2015
John-117 BlueTeam
#Halo #Halo5 #Halo5Guardians #FireTeam #BlueTeam #XboxOne #343i #WarZone #Campaign... instagram.com/p/5CG77bCSHz/

**GRIFBRAWL** @GRIFBRAWL · Jul 12, 2015
Frederic-104 BlueTeam
#Halo #Halo5 #Halo5Guardians #FireTeam #BlueTeam #XboxOne #343i #WarZone... instagram.com/p/5CGynrCSHh/

**GRIFBRAWL** @GRIFBRAWL · Jul 12, 2015
Linda-058 BlueTeam
#Halo #Halo5 #Halo5Guardians #FireTeam #BlueTeam #XboxOne #343i #WarZone #Campaign... instagram.com/p/5CE-cUCSFS/

**GRIFBRAWL** @GRIFBRAWL · Jul 12, 2015
Kelly-087 BlueTeam
#Halo #Halo5 #Halo5Guardians #FireTeam #BlueTeam #XboxOne #343i #WarZone #Campaign... instagram.com/p/5CESIFISFN/

**Wolfie** @Seph0ria · Jul 12, 2015
#halo @Halo #halo5guardians #warzone

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone Follow
**Elon Musk** @elonmusk Follow
**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ...
© 2024 X Corp.



X

Home
**Explore**
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

Wuk Kim
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | **Latest** | People | Media | Lists

**Gaming News** @VaultHogs · Jul 10, 2015
#Halo5 New **#Warzone** Map Is Biggest Map Ever, Inspired by Original **Halo** Level vhgnews.com/halo-5-new-war... **#halo** #343 #halo5guardians #xboxone

**LOKI619** @LOKIsixonenine · Jul 9, 2015
#Halo5Guardians **#warzone** is soooo awesome! Can't wait for its launch!!! Loving it! #ComicCon2015 **@Halo** @Xbox

**Gamers Armament** @GamersArmament · Jul 9, 2015
#Halo5 #New **#Warzone** #Map is #Biggest #Ever, #Inspired #By #Original **#Halo** gamespot.com/articles/halo-...

**DjMan** @DjManix_ · Jul 8, 2015
Biggest Gamemode In The **Halo** Universe #Halo5 **#Warzone** #Xbox youtu.be/uN-hbSsWbuo

**QueKalor** @Que_Kalor · Jun 25, 2015
Ce mode **#Warzone** à l'air génial !Merci @XboxFR pour les commentaires, ça va être dur d'attendre maintenant. youtu.be/_6jTRZhTEqI **#Halo**

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

**What's happening**

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

**Who to follow**

**Austin Mahone** @AustinMahone — Follow
**Elon Musk** @elonmusk — Follow
**Bill Gates** @BillGates — Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ...
© 2024 X Corp.



X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

Wuk Kim
@whk_rs ···

← (#warzone) "halo" until:2020-01-01 since:2014-01 ···

Top | Latest | People | Media | Lists

youtu.be/_6jTKZm_Lq! #Halo

**Math ~ 日本とイタリアの間のどこ** @loSonoSpider · Jun 25, 2015 ···
Oh, **Halo**! #preview #Halo5Guardians **#Warzone**
gamesnote.it/47278/anteprim...

**HaloFollower | Ron Ducat:** @HaloFollowercom · Jun 24, 2015 ···
New #Halo5 **#WarZone** FACTS! Maps, Bosses, "Bigger than Scarab" Battle in #Halo5, and MORE - bit.ly/1FATela

7 | 65 | 110

**Aidan Aguilar** @aguilar_aidan · Jun 24, 2015 ···
Who plays **halo** 5 I played in **#Warzone** :)

1 | | 1

**HaloFollower | Ron Ducat:** @HaloFollowercom · Jun 24, 2015 ···
#Halo5: What Are You More Excited For? "Retweet" for **#Warzone** and "Favorite" for Campaign.

24 | 126 | 464

**DUVAL SMASH!** @DracoMaxmilian · Jun 24, 2015 ···
Massive video! **#Halo** RT @MoreConsole: [NEW VIDEO] #Halo5 - **#WARZONE** GAMEPLAY! youtube.com/watch?v=-hk-Vm...

**Jim Sleighbaugh** @alltodaysnews · Jun 22, 2015 ···
With **#warzone**, **Halo** 5: Guardians returns to online multiplayer relevance alltodaysnews.com/post/with-warz...

**Xbox Culture** @XboxCulture · Jun 21, 2015 ···
**Halo** 5: Warzone Gameplay - Destroying E3 Gamers

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood** ···
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending ···
**Mexican President**
32K posts

Entertainment · Trending ···
**Alec Baldwin**
7,888 posts

Music · Trending ···
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone Follow

**Elon Musk** @elonmusk Follow

**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

Document title: (1) (#warzone) "halo" until:2020-01-01 since:2014-01-01 - Search / X
Capture URL: https://x.com/search?q=%28%23warzone%29+%22halo%22+until%3A2020-01-01+since%3A2014-01-01&src=typed_query&f=live
Capture timestamp (UTC): Tue, 26 Nov 2024 19:54:27 GMT





X
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

Wuk Kim
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | Latest | People | Media | Lists

**Xbox Culture** @XboxCulture · Jun 21, 2015
**Halo** 5: Warzone Gameplay - Destroying E3 Gamers
youtu.be/JSHQjS4kIWg?t=... #Halo5 **#WarZone** #E32015 **@Halo**

**Usum** @usumtwit · Jun 20, 2015
#With **#Warzone, #Halo** #5: #Guardians #returns #to #online #multiplayer #relevance: 343... goo.gl/fb/gFe0BS

**Mischief** @Mischief_GGz · Jun 20, 2015
The Ultimate Betrayal!!!: youtu.be/0nDiyosmKFQ #XboxOne #gamersunite #teamsupport #HaloMCC #betrayal **#halo** #Halo5 **#warzone**

**Jim Sleighbaugh** @alltodaysnews · Jun 20, 2015
With **#warzone**, **Halo** 5: Guardians returns to online multiplayer relevance #news alltodaysnews.com/post/with-warz...

**Eyebalz** @Eyebalisio · Jun 19, 2015
Hands on with **Halo** 5's **#Warzone** multiplayer | #DigitalTrends eblz.co/t406c #eyebalz #buzz #2minRead @digitaltrends

**Darren Culbreath** @darrenculbreath · Jun 19, 2015
Hands on with **Halo** 5's **#Warzone** multiplayer | #DigitalTrends eblz.co/FSemc #tech #2minRead @digitaltrends

**TodoHalo** @todohalo · Jun 19, 2015
Que desde **@halo** nos confirmen si este bicho saltará y nos devorará atodos en **#warzone**

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

**What's happening**

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

**Who to follow**

**Austin Mahone** @AustinMahone Follow
**Elon Musk** @elonmusk Follow
**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

X
Home
**Explore**
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

**Wuk Kim**
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | **Latest** | People | Media | Lists

**Derrick Hunter** @TheTrueDH · Jun 18, 2015
@Halo @JoshingtonState they just told us that we wouldn't be able to play #Halo5Guardians **#Warzone**

**Hugo POke Juárez** @poketronik · Jun 18, 2015
Pero lo que más me gustó de la **Halo** Experience fue **#Warzone**, el multiplayer. Es muy dinámico, emocionante puedes ganar de diversas formas.

**Sweaty Pistol Gaming** @SweatyPistol · Jun 18, 2015
"Warzone" Revealed for **Halo** 5: Guardians #halo5 #e32015 #e3 **#warzone** sweatypistol.com/warzone-reveal...
1

**Halo Australia** @AUHalo · Jun 18, 2015
Halo5 E3 Warzone Gameplay Trailer: haloaustralia.com/halo-5-guardia... #Halo5 **#Warzone**

1

**Sneaks** @Sneaks_UK · Jun 17, 2015
Might have to revert back to the game that brought me into online FPS **#Halo #Warzone**
1 2

**Gamer Nation Radio** @_GNRadio · Jun 17, 2015
If you're sleeping on **@halo #warzone**, wake up and think again. It looks awesome! #E32015 #XboxE3 #XboxOne #Halo5

**COGconnected** @COGconnected · Jun 17, 2015
#E32015 **Halo** 5 Guardians **#Warzone** Hands-On – Absolute Mayhem in this Intense Online Mode shar.es/12RLi8

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone Follow
**Elon Musk** @elonmusk Follow
**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ··· © 2024 X Corp.



X

- Home
- **Explore**
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

**Wuk Kim**
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | **Latest** | People | Media | Lists

1 1

**SilentRideHome** @SilentHomeRide · Jun 17, 2015
#Halo5Guardians - **#Warzone** GAMEPLAY Walkthrough (17 Minutes) [1080p HD] | #E32015 #XboxE3 #Halo5 **#Halo**
youtu.be/nmWsmkWID48?a

**SilentRideHome** @SilentHomeRide · Jun 17, 2015
#Halo5Guardians - **#Warzone** GAMEPLAY Walkthrough (17 Minutes) [1080p HD] | #E32015 #XboxE3 #Halo5 **#Halo** fb.me/27HciuNtQ

**HaloSpain** @halospain · Jun 17, 2015
Y por si queréis más **#warzone** tenemos 2 nuevos gameplays

**#halo** **#warzone** Halo5Guardians #halospaine3

halospain.com/foros/viewtopi...

1 4 1

**CSL Eagles** @TheEagles084 · Jun 17, 2015
#Halo5 **#Halo** #H5Guardians #Exclusif #Gameplay #XboxE3 **#Warzone** #XOne #XO #Xbox fb.me/4bneVn4ne

**HR1 Clan** @HR1Clan · Jun 17, 2015
This looks Crazy but Fun!
**Halo** 5: Warzone Trailer:
#Halo5 **#Warzone** #PVP #XboxOne #E32015 fb.me/3JT5EcIFQ

**MONKEYGOOSE** @monkeygoosemag · Jun 17, 2015
Check out our #Halo5 **#Warzone** Gameplay Montage:
tinyurl.com/npuhwjc #E3 #xboxone #gaming #videogames
**#halo**

**Zombie0721** 🎃 @zombie0721 · Jun 16, 2015
**@Halo** **#Warzone** looks epic!!! Can't wait for the game to come out. @Xbox

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone Follow

**Elon Musk** @elonmusk Follow

**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2024 X Corp.



X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

Wuk Kim
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | Latest | People | Media | Lists

out. @Xbox

**CRIMSONxSERAPH** @crimsonxseraph · Jun 16, 2015
@Halo Oh, how I wish there was a **Halo** 5: Guardians Warzone Multiplayer Beta coming.
#Halo5Guardians **#warzone** #beta #e3

**Mr Halo Head** @MrHaloHead · Jun 16, 2015
What does everyone think of #Halo5 **#Warzone**??

youtube.com
Halo 5 Warzone ViDoc
Halo 5 Warzone ViDoc. XBOX ONE EXCLUSIVE. 343 Industries' all-new Halo multiplayer mod...

**Hfr Dark Malak** @brihalak · Jun 16, 2015
Quand je vois le niveau de certains de mes alliés... J'ai parfois l'impression qu'il y a déjà des IA dans le multi **Halo**... **#Warzone**

**Alejandro** @2Trill___ · Jun 16, 2015
I'm so hyped for **#warzone @Halo** #hypetrain

**Unknown07** @ImUnknown07 · Jun 16, 2015
Check out this awesome video about the new game type for **Halo** 5 Multiplayer. Making Warzone halowaypoint.com/en-ca #halo5 **#warzone** #chaos

**SoMxStation** @SoMxStation · Jun 16, 2015
**Halo** 5: Multiplayer Warzone Video Documentary! **#Halo** #Multiplayer **#Warzone @Halo** buff.ly/1JRQTu1
2 6

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone Follow
**Elon Musk** @elonmusk Follow
**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ...
© 2024 X Corp.



X
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

Wuk Kim
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | **Latest** | People | Media | Lists

out. @Xbox

**CRIMSONxSERAPH** @crimsonxseraph · Jun 16, 2015
@Halo Oh, how I wish there was a **Halo** 5: Guardians Warzone Multiplayer Beta coming.
#Halo5Guardians **#warzone** #beta #e3

**Mr Halo Head** @MrHaloHead · Jun 16, 2015
What does everyone think of #Halo5 **#Warzone**??

youtube.com
Halo 5 Warzone ViDoc
Halo 5 Warzone ViDoc. XBOX ONE EXCLUSIVE. 343 Industries' all-new Halo multiplayer mod...

**Hfr Dark Malak** @brihalak · Jun 16, 2015
Quand je vois le niveau de certains de mes alliés... J'ai parfois l'impression qu'il y a déjà des IA dans le multi **Halo**... **#Warzone**

**Alejandro** @2Trill___ · Jun 16, 2015
I'm so hyped for **#warzone** **@Halo** #hypetrain

**Unknown07** @ImUnknown07 · Jun 16, 2015
Check out this awesome video about the new game type for **Halo** 5 Multiplayer. Making Warzone halowaypoint.com/en-ca #halo5
**#warzone** #chaos

**SoMxStation** @SoMxStation · Jun 16, 2015
**Halo** 5: Multiplayer Warzone Video Documentary! **#Halo**
#Multiplayer **#Warzone** **@Halo**
buff.ly/1JRQTu1

2 6

**Gi Ma** @gima2327 · Jun 16, 2015
July on Twitter: E3 #2015: #Youre #Never #Bored #in **#Halo** #5s
**#Warzone** #Multiplayer #IGN #... dlvr.it/BDTFvF

**L U I Z A** @l5iza · Jun 16, 2015
July on Twitter: "E3 #2015: #Youre #Never #Bored #in **#Halo** #5s
**#Warzone** #Multiplayer #IGN... goo.gl/fb/E7Edol

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone Follow
**Elon Musk** @elonmusk Follow
**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.



X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

Wuk Kim
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | Latest | People | Media | Lists

All this #Halo5Guardians #Warzone footage I'm seeing is awesome. It's different but it looks fun!!! #E3 #Halo5 @Halo

1

ray'x @swavydreams · Jun 16, 2015
Halo 5 Warzone #Halo5Guardians #Warzone #XboxOne

2

SilentRideHome @SilentHomeRide · Jun 16, 2015
#Halo5Guardians - 10 Minute #Warzone GAMEPLAY Walkthrough [1080p 60FPS HD] | #E32015 #XboxE3 #Halo #Halo5 fb.me/7nQ3JNfqs

1

Matt @mattyd128 · Jun 16, 2015
Replying to @RobSemsey
@RobSemsey amazing! This is what I've been crying out for for years in @halo multiplayer @SJDougle @buzzy_uk #warzone #XboxE3 #Halo5

2

Jam @You_Jam_Right · Jun 16, 2015
@Halo #warzone #Halo5Guardians YES!!! Can't wait

Mrs. Bayek of Siwa @GinglesMom · Jun 16, 2015
That Halo #Warzone looks nuts!!

Demetrius Walker @DemetriusWalk12 · Jun 16, 2015
Halo 5's war zone mode it's going to be bananas #halo5 #warzone

1

DUVAL! Uber CLE @DracoMack · Jun 15, 2015
Ohmygosh!!! #Halo :o #Halo5 #Warzone aka #ReturnOfDraco :o fb.me/31c5iedqC

RG | LeyshonUSMC @LeyshonUSMC · Jun 15, 2015
Warzone looks awesome with Halo 5 #xboxe3 #Halo5Guardians #warzone

Halo @Halo · Jun 15, 2015
This is an all-new multiplayer experience in Halo 5: Guardians. This is Warzone. youtube.com/watch?v=av-N5s... #Halo

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

Sparta Prague vs Atletico Madrid
13 minutes ago

#NewHollywood
Born In Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
Mexican President
32K posts

Entertainment · Trending
Alec Baldwin
7,888 posts

Music · Trending
Trey Songz

Show more

## Who to follow

Austin Mahone @AustinMahone Follow

Elon Musk @elonmusk Follow

Bill Gates @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ...
© 2024 X Corp.



X
Home
**Explore**
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | **Latest** | People | Media | Lists

**Alexis Mora** @alxsmoral · Jun 15, 2015
#E32015 #Halo #Warzone is fantastic.

**Egregorikoi** @Egregorikoi · Jun 15, 2015
Halo 5 #Warzone - E3 Trailer
egregorikoi.pl/2015/06/15/hal...
#Halo5 #Microsoft #XboxOne

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone Follow
**Elon Musk** @elonmusk Follow
**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2024 X Corp.

**Wuk Kim**
@whk_rs







X

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

Wuk Kim
@whk_rs ...

(#warzone) "halo" until:2020-01-01 since:2014-01 ...

Top | Latest | People | Media | Lists

1 1

**Laura** @lslrlkul · Jun 15, 2015 ...
E3 2015: **Halo** 5's new Warzone mode is a game changer | Nerd Reactor po.st/KR452G #E32015 #E3 **@Halo #warzone**

2

**Gamespresso** @gamespresso · Jun 15, 2015 ...
**Halo** 5 **#Warzone** Trailer - bit.ly/1HLdt5Q #E3 #Halo5

**RantGamer** @RantGamer · Jun 15, 2015 ...
E3 2015: '**@Halo** 5: Warzone' Trailer Provides A Look At Intense '**Halo**' Multiplayer trib.al/OH4RmN7 #XboxE3 **#halo #warzone**

**Big A Reviews** @BigA85GL · Jun 15, 2015 ...
Watch: **Halo** 5 **#Warzone** Trailer. Bigger in this case is better. #E32015 youtube.com/watch?v=av-N5s...

**Jacob Hill** @Jakehill113 · Jun 15, 2015 ...
**Halo** 5: Warzone Multiplayer Gameplay Trailer E3 2015 buff.ly/1MFo1Ti **@Halo** #Halo5 **#Warzone** @_KingTrigg check this out

1 1

**JAGS** @jags_india · Jun 15, 2015 ...
Get ready for epic 24 player multiplayer battles with **#Warzone** on **Halo** 5 Guardians #XboxOne jags.in/latestnews/hal... #Halo5 #XBL #MicrosoftE3

1

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood** ...
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending ...
**Mexican President**
32K posts

Entertainment · Trending ...
**Alec Baldwin**
7,888 posts

Music · Trending ...
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone Follow

**Elon Musk** @elonmusk Follow

**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ...
© 2024 X Corp.

Document title: (1) (#warzone) "halo" until:2020-01-01 since:2014-01-01 - Search / X
Capture URL: https://x.com/search?q=%28%23warzone%29+%22halo%22+until%3A2020-01-01+since%3A2014-01-01&src=typed_query&f=live
Capture timestamp (UTC): Tue, 26 Nov 2024 19:54:27 GMT

X
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

Wuk Kim
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | Latest | People | Media | Lists

1

**SoMxStation** @SoMxStation · Jun 15, 2015
**Halo** 5: Warzone Multiplayer Gameplay Trailer E3 2015
buff.ly/1MFo1Ti @Halo #Halo5 #Warzone
4 8

**Halo Création** @HaloCreation · Jun 15, 2015
Le nouveau mode de jeu #Warzone promet d'être spectaculaire !
#XboxE3 #Halo5Guardians

1

**SilentRideHome** @SilentHomeRide · Jun 15, 2015
#Halo5Guardians - #Warzone GAMEPLAY Trailer [1080p HD] |
#E32015 #Halo5 #Halo youtu.be/SrXMu7y9cow?a

**Jesse Shaw** @esportsndaily · Jun 15, 2015
Article today about #microsoft: #halo 5 Adds New
"#warzone" Mode a... #esports
esportsnewsdaily.com/post/halo-5-ad...

**SilentRideHome** @SilentHomeRide · Jun 15, 2015
#Halo5Guardians - #Warzone GAMEPLAY Trailer [1080p HD] |
#E32015 #Halo5 #Halo fb.me/7ueUjAe94

**Eyebalz** @Eyeballsio · Jun 15, 2015
#Warzone is 24-player **Halo** 5 multiplayer • Eurogamer.net
eblz.co/8N8Nt #eyebalz #buzz #1minRead

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

**What's happening**

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

**Who to follow**

**Austin Mahone** @AustinMahone Follow
**Elon Musk** @elonmusk Follow
**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

X
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

Wuk Kim @whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | Latest | People | Media | Lists

**Hardcore Gamer** @HardcoreGamer · Jun 15, 2015
E3 2015: Warzone Brings Multiplayer Back to **Halo** 5
hardcoregamer.com/?p=153695 #**halo** #halo5 #**warzone**
2

**Lopaul** @Lopauld · Jun 15, 2015
#**Halo** #**Warzone** 😍😍😍😍😍😍😍😍😍😍😍😍 @XboxFR
@**Halo**_France
1

**Andy Macaroni** @AdotBooM · Jun 15, 2015
**Halo** 5 Guardians looks good and #**Warzone** Multiplayer looked awesome

**EGS México** @EGS_Mexico · Jun 15, 2015
Xbox nos muestra el modo multiplayer/campaña de **Halo** 5 Guardians. #**Warzone** #XboxE3

1 1

**bumpkins** @bumpkinsTV · Jun 15, 2015
I suck at #**Halo** multiplayer but I want to try #**Warzone** anyway
#Halo5 #XboxE3

**Ke3bz** @Ke3bZ · Jun 15, 2015
: **Halo** meets battlefield #**Halo** #**Warzone**

**Logan Roy fan acct** @MrVincredible · Jun 15, 2015
Holy shit😍 **Halo** 5!! #**Warzone**
1

**Rodrigo** @Cochul · Jun 15, 2015
¡No mames el nuevo modo multiplayer de **Halo** 5 se ve brutal!
#**Warzone**

**Christopher Peterson** @NerdEXP · Jun 15, 2015
#**Halo** #**Warzone** looks good...but does it have Blood Gulch??
#XboxE3 #E32015

**dedsecOPIncno** @SEC3OPINCNO · Jun 15, 2015
@**halo** @xbox #**warzone** looks hype #E32015

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born In Denver: Raised In Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone — Follow
**Elon Musk** @elonmusk — Follow
**Bill Gates** @BillGates — Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

Document title: (1) (#warzone) "halo" until:2020-01-01 since:2014-01-01 - Search / X
Capture URL: https://x.com/search?q=%28%23warzone%29+%22halo%22+until%3A2020-01-01+since%3A2014-01-01&src=typed_query&f=live
Capture timestamp (UTC): Tue, 26 Nov 2024 19:54:27 GMT

# EXHIBIT 41

11/18/24, 3:22 PM    Case 2:21-cv-03073-FLA-JC    Document 115-1    Filed 02/14/25    Page 190 of 264
Announcing Warzone.com (and Logo design contest!) WarLight Blog    Page ID #:3795

The Wayback Machine - https://web.archive.org/web/20150322050224/https://www.warlight.net/blog/index.php/2015/01/announcing-warzone-com...



## WarLight Blog

*<< Back to WarLight.net*

# Announcing Warzone.com (and Logo design contest!)

Posted on **January 28, 2015**

WarLight is changing its name! Later this year, WarLight will become known as Warzone, with its new address being Warzone.com.

WarLight has grown a lot over the last 6 years. When I started it, I was just experimenting with the newly-launched Silverlight, so I used a working title WarLight meaning "war in silverlight". WarLight does not use Silverlight anymore, so it's time for the name to grow up along with the game.

### Logo Design Contest

With the new name, we'll also need a new logo and icon to represent the site. To help come up with the new logo, today we're launching a logo design contest!

If you're a designer, take a shot at designing a logo or icon for Warzone. We'll pick the best one, and award the winner a special trophy for their profile. The trophy will appear under the "Achievements" section of your profile, and we'll even allow you to design your own icon to appear next to the trophy! It can be anything you want (as long as it's not obscene of offensive). The winner also receives 2,000 free coins.

The contest will end on February 28th, and the winner will be announced at the start of March. The winner must also be willing to provide the source material of the logo, such as Photoshop file or as vector format.

Post your entries to this thread: https://www.warlight.net/Forum/72830-logo-design-contest. If you need a place to host your images, I recommend imgur.com.

This entry was posted in **Uncategorized** by **Fizzer**. Bookmark the **permalink [https://web.archive.org/web/20150322050224/https://www.warlight.net/blog/index.php/2015/01/announcing-warzone-com-and-logo-design-contest/]** .

53 THOUGHTS ON "ANNOUNCING WARZONE.COM (AND LOGO DESIGN CONTEST!)"

Arun
on **January 28, 2015 at 10:35 pm** said:

There is a reason 99% of games don't change their names after 7 years. This is a shaking decision; please reconsider.

Arun
on **January 28, 2015 at 10:35 pm** said:

**326**

Case 2:21-cv-03073-FLA-JC   Document 115-1   Filed 02/14/25   Page 191 of 264
Page ID #:3796

shocking*

---

MrCherry
on January 28, 2015 at 11:06 pm said:

IS "Warzone" really a good idea? That's already an RTS game that's been out for quite a while.

> Fizzer
> on January 28, 2015 at 11:16 pm said:
>
> It's called "Warzone 2100", we're just "Warzone". Subtle but technically different names.

>> MrCherry
>> on January 28, 2015 at 11:18 pm said:
>>
>> https://www.facebook.com/dialog/oauth?
>> client_id=421767557862347&scope=email%2Cpublish_actions&redirect_uri=http%3A%2F%2Fapps.facebook.com%2Fwarzonega
>>
>> And this one, there are more than just one game called warzone. Just found a few I'd never heard of
>> 

---

**Hiram**
on January 29, 2015 at 12:30 am said:

PLEASE DO NOT CHANGE!!!!!……names are unique and changing because it's no longer valid is never a good idea

---

Stefano
on January 29, 2015 at 1:08 am said

I can agree on renewing the logo, but WarLight is so much cooler than WarZone.
After all these years, changing its name would just create a mess

---

**The Turtle**
on January 29, 2015 at 1:44 am said.

Please don't change it….. You really haven't given us a good reason to want it changed….. We identify our playtime
with warlight you dont just change something because other things changed….. Warlight is a great name!!

rvw
on **January 29, 2015 at 2:22 am** said:

> working title WarLight meaning "war in silverlight"

For all this time, I took the "Light" for the concept also sometimes spelled "Lite"; something like "let's abstract from a whole lot of things and keep it (sort of) simple".

I'm with the people doubting whether this is a good idea. Googling "warlight" gives me a page full of results which all belong, one way or another, to *this* WarLight. Googling for "warzone" give me a page full of results which each belong to a different WarZone. The worst of them is http://en.wikipedia.org/wiki/War_zone ... a Wikipedia disambiguation page. 😊 If that's not a sign a name already has too many meanings, I don't know what is.

Right now you have a name which really is *your* name. Even if it's not fully accurate anymore (and, note the alternative explanation I accidentally invented), isn't that a whole lot better than a name you have to share?

It's not like brand names, by and large, have much of anything to do with their products. Apple isn't exactly a greengrocer. By your reasoning Microsoft would've had to rename itself to Macrosoft ages ago. Sure, Google is inspired by googol, but how many people know that? The same goes for most other search engines: Altavista, Bing, Lycos, Yahoo, DuckDuckGo, ... If Facebook were only a face book, it never would've gotten anywhere near as popular. Uber doesn't even have anything at all to do with anything.

I'm not exactly a marketing expert, but if the only reason for the name change is the fact that WL doesn't run on SilverLight any longer, then I really don't think the pros outweigh the cons.

Just my two cents though...

ps. I quickly tested warzone.com and it's already in use (as a redirect to warlight.net). That seems too much work for my alternative theory: contest ends at the end of February. March for some polls and opinions, just in time for the reveal on April first...

Fizzer
on **January 29, 2015 at 5:07 am** said:

I totally understand your reactions and desire to stay with the same name. Change is difficult, and this site will continue feeling like "WarLight" for a long time to come. However, that feeling will eventually pass.

Trust me, Googling Warzone will find us. I expect that, eventually, Googling for Warzone will return us as the top link and also be filled with links about us across the first page. If this doesn't happen for some reason, we'd definitely fix it.

Really, the biggest motivation in changing the name is because "Warlight" is such an odd word. My experience has been that most people, when hearing it for the first time, don't even understand what they heard. And even if they do, they never know how to spell it. Warzone is much easier to recognize since it's an actual english word.

Bakaba
on **January 30, 2015 at 2:13 am** said:

Then, you're saying you have to changing your name because peoples are fools ?
... +1.

Perrin3088

Case 2:21-cv-03073-FLA-JC    Document 115-1    Filed 02/14/25    Page 193 of 264
Page ID #:3798
11/18/24, 3:22 PM                    Announcing Warzone.com (and Logo design contest!) | WarLight Blog

on **January 31, 2015 at 5:00 am** said:

I agree completely with RVW

I am totally against this idea…
warzone sounds so generic and bland..
when I first started, if they had told me to go to warzone.com, I probably wouldn't be here
today.. because it sounds like any of a hundred other crappy internet war games I've played
before..
Warlight, doesn't sound like you're trying to fit into my stereotype. It sounds like you're confidant
that people will come, and we will be entertained… or we won't, and that's okay too. This isn't
the gametype for everyone.

kendou
on **February 10, 2015 at 4:36 pm** said:

I think that a lot of players doesn't speak english (at least not as mother language), for sure that´s my
case.
Warlight sounds for me as simple as warzone, the only difference is that i already play à game named
warzone.
Do what you want, of course. But be sure people like me will continue to use warlight as the name of
you great game, and that can create other kinds of confusion: differents names between differents
players. And what to google when you don't know réal name?

Ps: i'm sure english people can deal with some odd-formed words, what they do with Walkman and
probably many other words i don't know.

Last thing i wan't to say: warlight is YOUR baby, so do what you want with it, even rename your six-
years-old child.
It´s seems strange to rename children, but on the other hand it´s common to rename wifes. What a
strange mind we have… 😃

Julius Caesar
on **January 29, 2015 at 2:40 am** said:

You're making another mistake Fizz. I love ya, but I can no longer just tell myself "this is the last thing" or "He wouldn't
ignore the entire community again" But you do. I am getting tired of it, I may soon retire and that would be a waste of
the thirty dollars I spent because I had so much faith in you.
Thank you for all the good years Fizz, I miss em.
-Caesar

Perrin3088
on **February 4, 2015 at 7:36 am** said:

Julius, you've played in 1054 games, if we assume each game lasted 5 minutes, that means you've played for
over 87 hours…
and we know that 99% of games last longer than 5 minutes…
many games are released with 30-40-50 hours of playtime, advertised *proudly*, with a 40-50-60$ price tag….

Case 2:21-cv-03073-FLA-JC    Document 115-1    Filed 02/14/25    Page 194 of 264
Page ID #:3799

30$ to fizzer for the years we've spent playing this game already, is honestly more of a discount than we deserve.

Perrin3088
on February 4, 2015 at 7:38 am said:

and for the record
http://www.amazon.com/Parker-Brothers-45086000-Risk/dp/B0017RXZO8
risk is on sale for just under 30 dollars, and doesn't have nearly the variation, customization, speed, or abilities of WarLight...

Jetster220
on January 29, 2015 at 3:28 am said:

Agreed with the above, do not change the name. Warlight is a very unique name, and you simply cant put a price on that. Not to mention like said above, Warzone is far to common of a name and could easily make it much harder for people to search and find the game. Ive gotten several people to start playing, and it was incredibly easy to tell them Warlight, and there be literally no other games or anything other than this come up for them to choose, if you change to warzone, it will be buried in a mountain of other like named games.

Mister
on January 29, 2015 at 5:42 am said:

I found WarLight because it was a popular app that the play store recommended based on other games I had on my phone. I stayed because it's a great, highly-customizable game with a robust community. The name had nothing to do with it, but it did pique my curiosity. I wondered if it was a "light" version of an older war game. It has since really grown on me. It rolls off the tongue. Warzone just sounds generic.

Mercury
on January 29, 2015 at 5:44 am said:

I'm afraid that I really have to agree with the people arguing against WarZone, though on slightly different grounds.

Right now, WarLight is a name that is yours, unambiguously yours. You may not have spent the money and the time to register the trademark, but it is still a trademark (less protection from not being registered, but see below).

WarZone is a name associated with, well, quite a lot really, most importantly including other computer games, and this does not lead to a good situation trademark wise.

Personally, I love the name WarLight, but on the whole, if you feel that you need to choose another name, it is your project... Just, please reconsider WarZone? WarZone 2100 is really not different enough to avoid all kinds of problems (and hurt feelings).

11/18/24, 3:22 PM
Case 2:21-cv-03073-FLA-JC   Document 115-1   Filed 02/14/25   Page 195 of 264
Announcing Warzone.com (and Logo design contest!) | WarLight Blog
Page ID #:3800

JohnC
on January 29, 2015 at 12:56 pm said:

Not a good idea. Really. You're not Verizon or Altria, you can't just rebrand and hope people notice the new name.
They won't notice and this will hurt the game and the people playing it.

Warlight is an excellent name. It's unique and easy to say and spell. Warzone is already taken. To pick a new name
that is the same as another game is kind of silly. Maybe you should call Warlight "Weewar in the Warzone while
Clashing With Clans".

Slammy
on January 29, 2015 at 1:34 pm said:

I don't think this is about fear of change, Fizzer. Odd names are what give things character and I think people don't
want to see you scrubbing the character from the game. I agree with the mob, and I think Warzone is generic
sounding, and it sounds like a game I would never admit to playing.

Fizzer is an odd name too. Will you be changing that to Warzone Man?

Perrin3088
on January 31, 2015 at 5:02 am said:

He actually changed it from a common name, to Fizzer… lol

InspektorS
on January 29, 2015 at 2:07 pm said:

Why not organizing community contest on the new name?

DanWL
on January 29, 2015 at 5:17 pm said:

I don't have Photoshop, but at least I have other photo improving software.

Mark Dey
on January 29, 2015 at 7:09 pm said:

I will add my voice to the opposition to this change. Not because it's a change, but because I think that the costs
outweigh the benefits. I too took WarLight to mean 'a casual / lite wargame' and I like it for what it is. I don't expect the

11/18/24, 3:22 PM    Case 2:21-cv-03073-FLA-JC    Document 115-1    Filed 02/14/25    Page 196 of 264
Announcing Warzone.com (and Logo design contest!) | WarLight Blog
Page ID #:3801

game itself to change much, but I see little value in this renaming. I understand the initial reason, but would like to know if there is anything else motivating this change.

**[VIW]Chicken**
on **January 29, 2015 at 10:02 pm** said:

Fizzer, no doubt this backlash is entirely expected for the name change. Emotionally of course Warlight means a lot to a lot of people, me included. It's been a great addition to my life these past years. You obviously can't allow yourself to be motivated emotionally. Business must take precedence; however I think business wise this is a mistake.

Firstly you say most people do not know how to spell Warlight when they hear it? I feel you are basing this somewhat on your subjective experiences; being the creator of Warlight you must likely talk a lot about Warlight, however this is not much of a problem for most people because when they hear about it, it's not through word of mouth but reading (adverts, articles, on game websites, through messaging services). Online is certainly how I talk most about it, it just makes sense as anyone online can check it out and play. Plus even if you do misspell it, the first link on Google is likely Warlight anyway (Warlite works, I presume more subtle misspells would as well)

Warzone is a name thought up with the commercial mindset: it makes a bit more sense, perhaps it even sounds a bit 'cool', but perhaps because of these things, it is not unique. Uniqueness counts for a lot. Just ask WWF. So does loyalty. Alienating a bunch of your core players is never a good idea, you've taken such risks in the past and the core have normally stayed loyal, they probably will again but no doubt they will be less enthusiastic about doing so. While discarding emotional motivation for yourself, don't discount the emotional impact on others. The Silverlight thing I feel is somewhat irrelevant, Coca Cola doesn't have coca leaves any more but they've kept the name. History is powerful, it suggests depth and integrity even if that's illogical, people favour brands with heritage (the established in 18– is pretty much ubiquitous among the companies that have that heritage to boast about) . Sure your brand is not as old and neither is it as powerful as Coca Cola's was in 1903 (when they stopped) but the point still stands, if to a lesser extent.

As you can tell by the amount I have typed; Warlight means a lot to me and many others as well as yourself. Please consider this carefully and listen to the community. I have faith you'll choose the right decision, regardless of what that may be.

In regards to the logo update and domain change. Both are excellent ideas. war____.com has been warranted for a long time!

**Master Ree**
on **January 31, 2015 at 6:48 am** said:

Very well said!

Neither bashing nor forceful; accommodating to the understand of both side's intentions and fears. Hope that all of this is taken into consideration.

**Master Ree**
on **January 31, 2015 at 6:48 am** said:

*understanding

SIRIUS

332

11/18/24, 3:22 PM
Announcing Warzone.com (and Logo design contest!) | WarLight Blog
Case 2:21-cv-03073-FLA-JC    Document 115-1    Filed 02/14/25    Page 197 of 264
Page ID #:3802

on February 3, 2015 at 12:37 pm said:

Same POV with chicken

LMMTENNIS
on January 29, 2015 at 11:58 pm said:

Keep it as warlight!!!!!!!!!!!

LMMTENNIS
on January 30, 2015 at 12:00 am said:

Logo: THIS NEW NAME SUCKS!!!!!!!!!!!!!!!!!!! in big, yellow, bold letters

Sonic
on January 30, 2015 at 1:05 pm said:

I hate it!!!

Wang Yao
on February 1, 2015 at 2:41 am said:

I second that. Warzone sounds like a kongregate game for 7-year olds...

Wang Yao
on February 1, 2015 at 2:44 am said:

Fizzer, you should make a poll for us warlight players to decide on the name.

Falyreas
on February 11, 2015 at 8:24 am said:

I third this

Dale
on January 30, 2015 at 3:07 am said:

If you want "WarZone" associated with Warlight, simply buy the domain and have it redirect to here and change the headers to "Warlight Warzone" That way you keep the uniqueness of the current name and don't infringe on the

Case 2:21-cv-03073-FLA-JC    Document 115-1    Filed 02/14/25    Page 198 of 264
Page ID #:3803

existing Warzone games.

Mike
on **January 30, 2015 at 8:26 am** said:

That sucks.

Mike

**Arminius**
on **January 30, 2015 at 12:47 pm** said:

Does this mean all the clan's who have paid money for their name will get a refund or option to change it?

Warlight Masters https://www.warlight.net/Clans/?ID=45
Appalachian Warlight Federation https://www.warlight.net/Clans/?ID=76
United States of Warlight https://www.warlight.net/Clans/?ID=53
The Clan of Warlighters https://www.warlight.net/Clans/?ID=78
WarLight Staff https://www.warlight.net/Clans/?ID=160 (This being your own Clan)

???.

Death
on **January 30, 2015 at 6:57 pm** said:

Fizzer, I understand you might want to change the name of the game because indeed. I was wondering when does
the name WarLight provide from and it didn't really make sense. However, I beg you to reconsider the name you want
to change for… WarZone is already used by many other games and it just doesn't sound that well as WarLight 😕 .
Could you at least organise an election for the best new name for WarLight? I think it would solve many problems
because right now a big part of the community feels that you simply don't care about them.

Sincerely.

Death.

Aerial Assault
on **January 30, 2015 at 8:05 pm** said:

As an intellectual property attorney whose clients spend years of time, effort, and resources to safeguard their unique
names, this is a bad idea. "Warlight" is a unique name that is immediately interesting because it's so different.
"WarZone"is predictable and not nearly as cool or intriguing.

I suppose IBM could change their name to something more relevant to what they do today, since "International
Business Machines" doesn't quite cover it, but they haven't because they have a legacy. So does Warlight, for those of

us who have been for a while. Please don't change the name, or if you must, name it "WarZone by Warlight" or "WarZone/Warlight" or something that recognizes the legacy of the current name.

Dharma
on January 30, 2015 at 11:40 pm said:

Let me be the FIRST to support the name change! I get the Silverlight connection--I once named an app [oldappname]Silver for the same reason.

When I tell people about Warlight, I can tell that they tune out at the name. The change might be annoying for us, but it's the right move for the game. Fiz will look back on this day as one of the best decisions he ever made.

Trust the creator! Long live Warzone!!!

Nandios
on January 31, 2015 at 1:23 pm said:

This doesn't fell right, the current name is perfect why would you want to change it? I really don't get it...
The current name has everything a brand should have:
1- be unique
2- be intuitive (it helps the possible costumers to know what it will be)
3- be catchy ( is is a simple junction of war and light, both very common words)

But in one thing I agree with you, we can really have a new logo. it will be refreshing, without breaking the history and all the other good things associated to the current name.

Dark Inferno
on January 31, 2015 at 6:48 pm said:

Like everyone else who has commented, without exception, I am totally against this name change. WarLight is cool, and its a game that I love. WarZone is generic and the name of many other online games. As the sole developer for the game, I would expect you to pay more attention to the feedback of your players. It is a bad decision business-wise and logic-wise.

Kavash GM Doran
on February 5, 2015 at 1:52 am said:

Personally, I do not care if you changed the name to XYZ for WarFun.
However, I am, & have been (for over 20 years,) the Director of Marketing for the Positive Marketing Authorities+! Incorporated. We specialize in assisting companies in making correct Positive+! improvements in their business. Perhaps you had not considered to put a survey forward to find elements of your approach that may or may not show improvement upon the change? The concept of the name & logo change was to be implemented for what reason, (ie, improvement in cash flow)? How is this affected by the name change, & to what degree of difference? There are so many things to consider. No doubt you have reviewed them, & if so, you should have substantiated your concept and desire with those results, thus showing the path and leadership of your passion.
Again, you have an opportunity before you implement. After the fact, it becomes "OK" to those around you, but the

evidence of the future can be borrowed today. It is simple marketing concepts that you may not have been accomplished.

I personally assisted SouthWestern Bell Telephone Company, when they desired to change their name to SBC. They had just seen Kentucky Fried Chicken change their name to KFC. So both firms took the important look forward and found the results before they inked their new corporate names. KFC took hold & still is… SBC was weakened to the point their pier competition, AT&T, took them over.

Wishing you the best of good decisions. We make the future understood today.

Best Regards,

Kavash GM Doran

Gaia
on **February 5, 2015 at 11:23 am** said:

"WarLight" is such a cool sounding name. It's unique and piques interest. "WarZone" is quite pedestrian and boring because it's already an english word. People want to know what WarLight is. WarZone – they think they already know. I realize the" Light" was originally part of an amalgamation and Silverlight is no longer used, but I think that's completely fine. WarLight stands on it's own as a name.

Why is WarLight such an interesting name? Perhaps because it's an oxymoron (like bitter sweet, ground pilot, or crazy wisdom). The name makes people remember it more because it's unique. It's also nicer to say – it rolls off the tongue as one word (like warlock or warlord), whereas WarZone falls flat with two destinct, bland words.

"Light" is associated with other interesting things like brightness, sun, fire, electromagnetic radiation, speed of light, or light saber, and it's dynamic. The dynamism of the word in and of itself is a good fit for this game. While "Zone" may seem more relevant, it's static.

I don't mind change, and of course would keep playing no matter the name, but I would like to write a book about WarLight. WarZone has been written about time and time again.

Semicedevine
on **February 6, 2015 at 12:49 am** said:

Keep Warlight
KEEP WARLIGHT
KEEP WARLIGHT!

"Warlight's original! Warzone sounds like a name that a 3-year old came up with. Besides, there's already tons of games out there called Warzone, and its troubling to find Warlight through any search engines when the name Warzone is much too overused already."

Character
on **February 6, 2015 at 10:41 pm** said:

I am against the name change, warzone just sounds super macho and I'm here to play world domination chess. I always thought of warlight as a literal lightbulb flickering over your head when you outsmarted your opponent.

**Fridge**
on **February 9, 2015 at 11:34 am** said:

Please do not change the name.

You say people don't know how to spell it. But does it matter?

Warlight.net comes first on google after searching for:
"warlight"
"war lite"
"war light"

only for "warlite" google responds with warlight.net as #3. And the name of the site "play risk online" is very self-explanatory. Explanatory enough to find warlight.net as link #2 after searching "risk online".

So it's all about a bit more SEO to optimize for more searches. Nothing more. If you change the name, prepare to say bye bye to your current, almost perfect SEO.

Besides – the community is very bond to the current game name, and as many have already mentioned – it is UNIQUE. Is it a big deal? it may or may not be.. Look at it this way – now, your product is the only WL out there. If somebody else uses that name, you may try to force him to change name. If you switch to WarZone, you may end up on the other side.. And it's better to be suede than be sued i guess.. Especially if you'd gonna face foreign jurisdiction.. Remember it may be a problem of specific countries where the name may be a registered trademark, not necessarily US..

**Falyreas**
on **February 11, 2015 at 8:19 am** said:

Just thought I'd toss my 2 cents into the pond: I utterly and completely reject the idea of changing our name from WarLight into Warzone. I notice I am not alone in this, and that is for good reason.

WarLight for me sounds nifty – new, innovative, fresh, inventive. It is unique, and makes one pause for thought. And that is not a bad thing. Are you seriously watering our namesake, our identity down, just because "most people", in your subjective experience I must stress, happen to not be able to comprehend a simple juxtaposition of two very common and very basic English words?

And even so, what exactly is the problem? Why is it that it must be instantly recognizable? I don't see why you can't just explain it to them if that's a problem.

Warzone is overused, and lacks the creativity and originality of WarLight – think of it as an evolution of the word. It initially may have been coined because it was a Silverlight application, but there's no reason you have to change it just because it's no longer a Silverlight application. That was the seed – the meaning is still here, in its evolved and modified form, even though the seed is gone. The name is still valid. The vast majority of people (me included) would never have known that that's where the game's name comes from had you not told us. For me, I thought it was a witty spin on fog of war. The name is dynamic and unique. Please don't throw that away.

**Iyarkonan**
on **February 13, 2015 at 4:24 am** said:

I completely agree that WarLight is a pretty odd name. (Just look at mine, lol) But I think that the strange name that came from something that's no longer in use just adds to its value. Warzone is pretty generic, adding to that spam, and WarLight is pretty unique. I started because of the name. WarLight started (indirectly) because of its own name. I vote keep it. I feel like it'll lose some of its uniqueness and specialty that it's come to hold in my heart, and probably many others. Pls don't make me make a forum post titled "rip warlight" cause that'd make me sad. D:

> ### Thomas 633
> on **February 14, 2015 at 3:12 am** said:
>
> Did Fizzer actually look at the comments? There are a lot of people, from different playing styles, different clans, different (and some sound like English isn't their first language) countries. Hell, I have seen comments from both my friends and people I really don't like, but nearly all of them have united to say:
>
> WarZone is a crap name. Hold a poll or something. There have been way better arguments than this one written here, but this sounds like a name for 6 year olds. When I first saw this game on Kongregate (yes I admit it, I did used to use Kongregate) I was attracted cos of the name, I was like "Yeah, that sounds real cool, lets check it out", and so I did and loved it. Please listen to the community.
>
> P.S. Why didn't you ask us first.

> ### unclejjp
> on **February 15, 2015 at 2:11 am** said
>
> The name warzone sounds like another first person shooter game NOT an intelligent strategy game. I personally will most likely discontinue playing the game if it goes to warzone. Which sucks for me since I paid to be a member but the new name is stupid!

> ### Pendler
> on **February 18, 2015 at 7:47 pm** said
>
> I agree that the game deserves a new logo, but Warlight is a great name. Please do not change it. unclejjp is right, Warzone sounds like just another stupid shooter game.

# EXHIBIT 42

**Warzone Blog**

<< Back to Warzone.com



Exhibit 17

WESTERDAL
12/3/24

Laura Axelsen
CSR 6173

# Announcing Warzone (WarLight 2)!

I'm pleased to announce that WarLight will officially be getting a sequel!



Warzone builds upon WarLight, adding tons of new features and capabilities, while retaining all of the amazing maps and gameplay that we enjoy today.

**340**



# New Features

- The entire game has been re-written from scratch in Unity for all platforms (iOS, Android, Windows, Mac, Linux). The game is sleeker, easier to use, and is all around a much better experience.
- Quickmatch makes it easy to jump into multi-player games! No longer do you have to search through a list of open games. Just click Play, and you're playing a fun multi-player game!
- Commerce games adds an economy to your empire. Build cities to tax to afford more armies, but be sure to defend them!
- Mods allow customizing the game in ways never before imagined! Mods are easy to use — there's nothing to download or install, and they even work on iOS and Android!
- In team games, your teammates' orders are displayed right on the screen so you can see where your teammates are attacking or what territories they're picking with ease!
- If you change another player's color, it now saves that change so you don't need to do it again in that game

- Games don't have a refresh button anymore. Warzone keeps a socket connected to the server, so any time a turn advances or chat message comes in, it appears immediately.
- When starting a game, your starting territories are highlighted and zoomed so you can always know where you started
- Best of all, it's still free! If you've purchased or unlocked anything for your WarLight account, such as a membership or colors, it will still be fully usable in Warzone with no additional fees.
- And more! There are many more improvements not mentioned here.

# iOS or Android user?

Do you play WarLight on your iOS or Android device? Warzone will blow your mind!

In addition to getting all of the above features, there's a slew of new stuff coming specifically for mobile users:

- Make your own single-player levels, or play those created by the community!
- Link territories in chat!
- Easily see territory names and connections with the new magnifying glass button!
- When building custom scenarios, you can assign bonuses all at once
- Use autopilot to allow the AI to enter orders for you
- A new, mobile-friendly, website

- Spin the Coin Wheel to win free coins!



# When??

I'm working hard at finishing Warzone, and it will launch as soon as it's ready. I hope to launch it before the end of the year. Stay tuned to the blog for more information. I hope you're as excited as I am!

Fizzer / October 25, 2017

## 48 thoughts on "Announcing Warzone (WarLight 2)!"

sound_of_silence

October 25, 2017 at 7:34 pm

is it deja vu ? thought the warzone idea popped up at 2015 ?

**Mostly Harmless**

October 25, 2017 at 7:46 pm

I've seen the Warzone name before. But I thought it was dropped^^

The name aside, I hope the early issues with unity are fixed soon. Most importantly, that it is real darn slow compared to the old game.
The other changes, I'll see as they come. I understand the need for continuous development, but a big overhaul such is this one is always a bit scary.

**Fizzer** ♣

October 25, 2017 at 7:48 pm

Hey Harmless,

Unity is a lot faster than the old game for me. This is the first I've heard of slowdowns, can you report it at https://www.warlight.net/ReportBug?

**Krzysztof**

October 25, 2017 at 8:54 pm

i've noticed that on machines with low-end graphic cards unity version is really slow and laggy(and i mean playing experience not loading time) even if it has nice cpu and fair amount and RAM

**Mostly Harmless**

October 25, 2017 at 8:15 pm

Hey Fizzer,

I partly agree with you. Once ingame, gameplay seems faster than in the flash client. It's just that the load times for the client and individual games are very long compared to flash. I'll send you a bit more detail in a bug report, I hope that helps you figure this out!

**Krzysztof**

October 25, 2017 at 8:23 pm

I assume that removing possibility to withdraw coins allows you to give out some coins. The questions is how it affect the possibility to buy ingame stuff by coins ? (in other words – do you plan to remove it too or change 100 coin = 1$ rate)

**knyte**

October 25, 2017 at 8:28 pm

Anything we're gonna lose from old-school Warlight (other than the Flash interface ofc)?

**DanWL**

October 25, 2017 at 10:10 pm

Lag and general slowness ☺

**iamtaller**

October 25, 2017 at 11:05 pm

Best thing to lose!

**DanWL**

October 25, 2017 at 10:13 pm

Any chance of the site being easier to use and look better on small devices (e.g. smartphones and tablets) other than just the core game?

**Fizzer** ♣

October 25, 2017 at 10:14 pm

Yep! That's what's meant by the "A new, mobile-friendly, website" line.

**Bob**

October 26, 2017 at 12:44 am

Is there a testing version out now? If so, can I have a link?

**Fizzer** ♣

October 26, 2017 at 2:46 am

See https://www.warlight.net/Forum/249786-warlight-unity-alpha-now-available

**Bane**

October 26, 2017 at 1:43 am

how does map making fit into all this?

**Kxoe**

October 26, 2017 at 2:43 am

This is great! I can't wait for Warzone!

---

**mslasm**

October 26, 2017 at 4:59 am

on all (modern and fast) desktop computers I tried Unity load time is ridiculously long, 10x or 20x longer than the old flash version, and a few times slower than Unity on Android. Seems like the issue is the download time for various components – but that is on various independent fast internet connections...

also can confirm that on a mid-level laptop (4–5 year old core i5) with integrated GPU Unity is also sometimes laggy during gameplay

---

**Fizzer** ♣

October 26, 2017 at 5:07 am

That shouldn't be, the Windows version loads in less than a second on my PC and only a few seconds on Android. Can you report it at https://www.warlight.net/ReportBug?

---

**Moniker**

October 26, 2017 at 11:46 am

Will the game be released on steam?

---

**Fizzer** ♣

October 27, 2017 at 1:26 am

Nope! 🙂

---

### Mr.T

October 26, 2017 at 12:05 pm

Does announcement come with a date?

What will happen with Warlight – will it stay up as it is or Warzone is replacement?

### Fizzer ♟

October 27, 2017 at 1:26 am

On most platforms, you'll still be able to use the old game for the foreseeable future. On Android you can install the APK, and on the website you'll still be able to switch into Flash mode. The only exception is iOS, where unless your device is jailbroken, Apple doesn't allow installing old apps.

### Urfang

October 26, 2017 at 4:58 pm

Such a great renewal deserves a new name. Time to turn off the flashlight and move into unity zone.

New version will contain diplomacy free for all capable to make alliances during the game with all teamgame features? Like custom team creation in ffa games with capped or not teams. If the diplo teams brake up when all foe eliminated it remain a ffa at all. And capable of declare war with transparent diplomatic relations table. Those certain diplomacy things.

Or these features remain for the Warzone 2?

### Fizzer ♟

October 27, 2017 at 1:25 am

Through the mod framework, all that stuff is possible, yes! I believe there's
already mods to do all of those things, look at the "Advanced Diplo v2" mod.

**TungstenTrex**

October 26, 2017 at 7:26 pm

Will you be able to add cities in custom scenario? I think it would greatly improve
balancing of scenarios, it would fix a whooole lot of issues. Also, please make it
easier to change territory values.

**pyromaniac**

October 27, 2017 at 1:16 am

This isn't the end for warlight, is it?

**Fizzer** ♠

October 27, 2017 at 1:23 am

Nope, just the beginning of chapter 2!

**Urfang**

October 27, 2017 at 9:12 am

Map rating and searching system need renewal too. The most needed is the freedom
of rating. As already has tousands of maps nobody will play all just to rate them, it
can ease this with single surrender but its just an unnessesary obstacle. The best
would be not just free rating on the map's page but free rating directly on map list!

As Warlight developed the maps developed along with it. There are good old maps
with hundreds of 5 stars which would get just 3 today. There are much better maps

which would be 5 in the old times but today get only 3 with the current quality standards. For an up-to-date map list need an easy map rating system and maybe a rate renewal campaign along with the game renewal.

Also would be nice to search maps (with keeping the sort lists too) like "200-300 territory + fictional map + single bonuses + at least 3.5 rate". It would be a good way to find standard bonus, single bonus or special bonus maps. Would be nice also some new categories like actual, historic, fantasy or sci-fi maps, world, continent, country, region or city maps. Just build in to editor these categories and the designers will specify their own map and you have nothing to do, although abandoned old maps need specification once.

Thanks to mapmakers there are great diverstity of maps, Warzone should present this rich store of maps with appropriate map page.

### DanWL

October 27, 2017 at 3:19 pm

Why didn't you call this WarLight 4? 🙂 This is the next major update...

### Tokarii

October 27, 2017 at 3:23 pm

Will your level transfer over, or will we have to start from scratch. I am worried I won't be able to create custom scenarios anymore if so.

### Fizzer ⚫

October 27, 2017 at 4:22 pm

"If you€™ve purchased or unlocked anything for your WarLight account, such as a membership or colors, it will still be fully usable in Warzone"

Case 2:21-cv-03073-FLA-JC    Document 115-1    Filed 02/14/25    Page 215 of 264
Page ID #:3820

### tang

October 27, 2017 at 9:17 pm

Sorry – A bit late. Was just wondering if games and levels carry over into the new game when it is released.

### Fizzer ▲

October 27, 2017 at 9:18 pm

Yep

### Tian0

October 28, 2017 at 2:24 pm

Hey Fizzer, seems cool:) cant wait:) keep the good work!!

### muddleszoom

October 28, 2017 at 3:34 pm

i think changing the name is going to make warlight harder to find as the googleplay store already have games with similar name. also the logo looks like every shitty mobile game.

### kevinnumber1

November 1, 2017 at 3:58 am

so excited! i know theres a lot of work to do but the game will be so improved, it will take the game to the next level

especially looking forward to the mods and more people that can play them right now i have to say, the alpha is a bit laggy and freezes often in my experience, since the new update a few days ago, i know everything will be perfect by release though 😉

**Fizzer** ⚊

November 1, 2017 at 3:59 am

Please report it at https://www.warlight.net/ReportBug

**The Original Tom Quinn**

November 2, 2017 at 1:41 pm

I'm wondering if the player level system will still apply or not in Warzone?

**Fizzer** ⚊

November 2, 2017 at 4:03 pm

Yep

**The Original Tom Quinn**

November 3, 2017 at 3:38 pm

I'm also wondering if the diplomacy templates currently in WarLight would be transferable to Warzone?

**Fizzer** ⚊

November 3, 2017 at 3:48 pm

All your templates will still be there.

---

### DaBar

November 7, 2017 at 4:03 am

Will ladder games/rating be transfered to unity or will the ladders be reset?

---

### Fizzer ♣

November 7, 2017 at 4:04 am

Yes, No.

---

### Reuben Durham

November 11, 2017 at 12:55 am

Thank you so much!

I hope that the Warlight community grows exponentially after this new update!

My favorite feature is the saved color for other players.

---

### Empire of Kilos

November 11, 2017 at 6:54 am

I look forward to the shitposting community the sequel will build.

---

### Jarek

November 11, 2017 at 10:11 pm

Since an economy was available in the Warzone, it would be fine to have possibility to take credits from another countries, to sell and buy armies to/from another players in multiplayer games.

---

### Fizzer ♦

November 11, 2017 at 10:11 pm

There are already mods that do this!

---

### Nick!

November 12, 2017 at 11:26 pm

You know, I am actually excited for the potential this will bring to diplomacy games. Especially the economy feature. I am also happy that the mobile version will be getting a huge boost. Oh, question actually, will the mobile users be able to view links? As in, we don't have to type out the URL in our browser.

---

### Gormination

November 13, 2017 at 5:29 am

The main feature i wish for would be improved clan communication. Any news on that front? Even if there was just an option to highlight more when there are new clan forum posts that would be something...

Warzone Blog / Proudly powered by WordPress

# EXHIBIT 43

**🔒 PageVault**

| | |
|---|---|
| Document title: | WARZONE - Android Apps on Google Play |
| Capture URL: | https://play.google.com/store/search?q=WARZONE&c=apps&hl=en_US&gl=US |
| Captured site IP: | 172.217.12.238 |
| Page loaded at (UTC): | Wed, 15 Dec 2021 20:34:00 GMT |
| Capture timestamp (UTC): | Wed, 15 Dec 2021 20:35:17 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 15 |
| Capture ID: | 2917f179-70ce-4798-98c2-c7c8ee051764 |
| User: | msk-general |



Exhibit 18

WESTERDAL
12/3/24

Laura Axelsen
CSR 6173

PDF REFERENCE #:    d5MfkKyHpss3pqQuWHo8TM

**356**

**Google Play**    WARZONE    🔍    ⣿    Sign in

**Apps**

My apps
Shop

Games
Kids
Editors' Choice

Account
Payment methods
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide

Search    Android apps ⌄    ❓ ⚙

## Apps



Call of Duty®: Mob
Activision Publishing
★ ★ ★ ★



CROSSFIRE: War
JOYCITY Corp.
★ ★ ★ ★



WZ Stats – Track
Infinity Technologies
★ ★ ★ ★



Warzone - turn ba
Warzone.com, LLC
★ ★ ★ ★



Call of Duty Comp
Activision Publishing
★ ★ ★ ★



Ultimate Warzone
Gary Turland
★ ★ ★



Warzone: Clash o
Stratosphere Games
★ ★ ★ ★



Match Tracker for
Robbie Elias
★ ★



Warzone Heartbe
Brace Enterprise Grr
★ ★ ★



Warzone Comm
Simple Stories Apps
★ ★ ★ ★



Fps Critical Shoo
Mindfreak Studios
★ ★ ★ ★



WarZone
PMA BR



CoD Gun Stats: G
Mutant Media
★ ★ ★ ★



Warzone Idle
Warzone.com, LLC
★ ★ ★ ★



No Rule Warzone
liudingjun
★ ★ ★ ★



Army Warzone A
Purple Pillow Games
★ ★ ★ ★









My apps

Shop

Games
Kids
Editors' Choice

Account
Payment methods
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide


warzone loadout g
sofserdev


Warzone Shootin
GAME MONK STUD


Time Off Duty® P
Pixel Error Mobile


Battle Royale War
RedZone Studios LL
★★★ ·


Random CoD Wa
Fynenix
★★★★ ·


Welcome to Wa
SibGames


Warzone Battle
Ecozoft


WarZone Clash
Binda zone


Warface: Global
My.com B.V.
★★★★ ·


Idle Warzone 3
Virede
★★★★ ·


Anomaly Warzo
11 bit studios
★★★★ ·        $3.99


Cold City War  PR
1Tip


PUBG: NEW STA
KRAFTON, Inc
★★★ ·


Warzone World
Voidkiller Studios


Modern Strike
Azur Interactive Ga
★★★★ ·


Mech Arena  Wa
Francolins Studio Li


Enter The Warzo
ToshiLabs


Warzone Quest
Hudio Hidden Obje
★★★★ ·


War Intel (Unof
Fermin Cortell
★★★ ·


Epic Military Wa
Iron Craft Games

Document title: WARZONE - Android Apps on Google Play
Capture URL: https://play.google.com/store/search?q=WARZONE&c=apps&hl=en_US&gl=US
Capture timestamp (UTC): Wed, 15 Dec 2021 20:35:17 GMT

88  Apps    Search    Android apps

My apps

**Shop**

Games

Kids

Editors' Choice

Account

Payment methods

My subscriptions

Redeem

Buy gift card

My wishlist

My Play activity

Parent Guide


Enter The Warzone
ToshiLabs


Warzone Quest - F
Hudio Hidden Objects
★★★★


War Intel (Unoffici
Fermin Cortell
★★★★


Epic Military Warz
Iron Craft Games


Zombie Warzone
Kreative Kaos


Warzone Pacific
Far Away Assembly


Ninja Warrior 2 - A
TOH Games


Warzone Escape
Kevin Noten


Beast Warzone
PLAY4MORE


WZ HELPER
Lucky Loser CX
★★★★


War Paradise Les
Rally Games Co
★★★★


Tracker Network
Tracker Network
★★★★


Worms Zone io T
CASUAL AZUR GAME
★★★★


AR GAME Unreal
TW Brothers


Twitch Live Gam
Twitch Interactive
★★★★


Guilded - Chat, S
Guilded LLC
★★★★★


Warpath
LilithGames
★★★★


Cover Fire Offline
Viva Games Studio
★★★★★


Destiny 2 Compa
Bungie Inc
★★★★


Over Hazed
Hour Games
★★★★★





My apps

Shop

Games
Kids
Editors' Choice

Account
Payment methods
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide


Guns of Glory: The
Century Games Pub
★ ★ ★ ★


Cruelant's Warzon
Beau Gosse


Modern Combat 5
Gameloft SE
★ ★ ★ ★ ★


ZombsRoyale io
End Game
★ ★ ★ ★ ★


Conflict of Nation
Bytro Labs
★ ★ ★ ★


League of Legen
Riot Games Inc
★ ★ ★ ★ ★


War Robots Mult
PIXONIC
★ ★ ★ ★


Code of War: Sho
XDEVS LTD
★ ★ ★ ★


VERSUS : SEASO
JSONE
★ ★ ★ ★


Infinite Lagrange
Netease Games Glo
★ ★ ★ ★


Gunship Battle
JOYCITY Corp
★ ★ ★ ★


Call of Duty Black
Activision Publishing
★ ★ ★     $6.99


President Protect
Game For House


Critical Ops: Mult
Critical Force Ltd
★ ★ ★ ★


Call of Warfare
Active Invasion
★ ★ ★ ★


Command & Co
ELECTRONIC ART
★ ★ ★ ★


Striker Zone: Gun
XDEVS LTD
★ ★ ★ ★


War of Survivors
SkyRise Digital Pte
★ ★ ★ ★ ★


Badlanders
NetEase Games
★ ★ ★ ★


Arkheim – Realm
Travian Games Gm
★ ★ ★ ★

88 Apps    Search    Android apps

My apps

**Shop**

Games

Kids

Editors' Choice

Account

Payment methods

My subscriptions

Redeem

Buy gift card

My wishlist

My Play activity

Parent Guide









Striker Zone: Gun
XDEVS LTD
★★★★

War of Survivors
SkyRise Digital Pte Ltd
★★★★★

Badlanders
NetEase Games
★★★★

Arkheim – Realm
Travian Games Gmbh
★★★★






Dead by Daylight
Behaviour Interactive
★★★★

Spike Stats for Va
Crocus Games
★★★★★

Epic War: Thrones
Archosaur Games
★★★★

SIERRA 7 - Tactic
SHD Games
★★★★






Trooper Shooter
Azur Interactive Games
★★★★★

Tacticool - 5v5 sh
Panzerdog
★★★★★

iZurvive - Map for
Innovaptor OG
★★★★★

World War Heroes
Azur Interactive Gam
★★★★★






Warfare Strike Gl
GameZEmpire
★★★★

Call of Spartan
Wang Xin
★★★★

The Elder Scrolls
Bethesda Softworks
★★★★

Auto Defense
Gameloft SE
★★★★






Dead Zone - Actio
FORZA GAMES
★★★★

RULES OF SURV
NetEase Games
★★★★

WoW Companion
Blizzard Entertainme
★★★

War of Destiny
Camel Games Limite
★★★★★








My apps

**Shop**

Games

Kids

Editors' Choice

Account

Payment methods

My subscriptions

Redeem

Buy gift card

My wishlist

My Play activity

Parent Guide



World at War: WW
Erepublik Labs
★ ★ ★ ★



Warfare Strike Gr
GameZEmpire
★ ★ ★



nTracker (Battle
nSystemz



Last Shelter: Sun
Long Tech Network
★ ★ ★ ★



Plink: Team up. Cl
DogApps
★ ★ ★ ★ ★



Project War Mob
Goblin Gamer Comp
★ ★ ★ ★

Warframe Compu
Digital Extremes
★ ★ ★ ★ ★



FPS CyberPunk
TINYSOFT - slots
★ ★ ★ ★



ProGuides
GLG Gaming Inc
★ ★ ★ ★ ★



Guns of Boom On
Game Insight
★ ★ ★ ★



War Commande
KIXEYE
★ ★ ★ ★



Sniper Of Kill: Gu
YUNCHENWANGL
★ ★ ★ ★ ★



Anomaly Korea
11 bit studios
★ ★ ★ ★    $3.99



MODERN WARS
Artstorm LLC
★ ★ ★ ★ ★



Gun Squad Sur
247 Action Games



Call of World Wa
GameSource
★ ★ ★ ★



Modern Combat
Gameloft SE
★ ★ ★ ★



The Walking Dea
Galaxy Play Techno
★ ★ ★ ★ ★



Hyperforma
HeroCraft Ltd
★ ★ ★ ★ ★



Infinity Ops: Cyb
Azur Interactive Ga
★ ★ ★ ★ ★

88 Apps    Search    Android apps ⌄

My apps

Shop

< 

Games

Kids

Editors' Choice

Account

Payment methods

My subscriptions

Redeem

Buy gift card

My wishlist

My Play activity

Parent Guide


Modern Combat
Gameloft SE
★★★★


The Walking Dead
Galaxy Play Technology
★★★★★


Hyperforma
HeroCraft Ltd
★★★★★


Infinity Ops: Cyber
Azur Interactive Games
★★★★


WarFriends: PvP
About Fun
★★★★★


Cat's Warzone
Yuji Sato


Breach & Clear: Tu
GameClub Inc
★★★


Project RIP Mobile
Storming Tech
★★★★


World of War Ma
Bigbreakgames
★★★★★


Strike of Nations
Babil Games LLC
★★★★★


Where We Dropp
Devpool


ARMAJET: Seaso
Super Bit Machine
★★★★★


Warhammer 40.0
Pixel Toys
★★★★★


N.O.V.A. Legacy
Gameloft SE
★★★★


Cyber Hunter
NetEase Games
★★★★


FRAG Pro Shoote
Oh BiBi
★★★★★


WSTK - Shots to
AkoaDEV


VEGA Conflict
KIXEYE
★★★★


Earth Protect Sc
Kisunja - Fun Shoot
★★★★★


War of Rafts: Cra
CASUAL AZUR GAM
★★★★★





☰ Apps    Search    ⚙

My apps

Shop

Games
Kids
Editors' Choice

Account
Payment methods
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide



Road to Valor: Wor
Dreamotion Inc
★ ★ ★ ★



Beach War: Fight
Horus Entertainment
★ ★ ★ ★ ★



Fleet Command
Movga Games
★ ★ ★



Earth WARS : Retu
DAERISOFT
★ ★ ★ ★



Defenders 2 TD Z
Nival
★ ★ ★ ★



Guns at Dawn. S
Viva Games Studios
★ ★ ★ ★



SIEGE: World War
Imperia Online JSC
★ ★ ★ ★



Battle Warship: N
Special Gamez
★ ★ ★ ★ ★



Supreme Saberm
VGames Studios
★ ★ ★ ★ ★



Warhammer: Cha
Tilting Point
★ ★ ★ ★



Silos Airsoft Roya
Linnama Enterta
★ ★ ★ ★ ★



Call of WW Snipe
Snipers Black Zone
★ ★ ★ ★



PHOBOS 2089 M
Dino Games Co



Rumble War Zo
Kopchatechgames
★ ★ ★ ★



Noblemen 1896
Foursaken Media
★ ★ ★ ★



World War II TOC
FrozenShard Games
★ ★ ★ ★



Border Siege LITE
ElectroWolff Games
★ ★ ★ ★



Doomsday: Last
SkyRise Digital Pte
★ ★ ★ ★ ★



War & Conquer
Triniti Interactive St
★ ★ ★



MechCom - 3D
Game Dev Team
★ ★ ★ ★          $1.99

Document title: WARZONE - Android Apps on Google Play
Capture URL: https://play.google.com/store/search?q=WARZONE&c=apps&hl=en_US&gl=US
Capture timestamp (UTC): Wed, 15 Dec 2021 20:35:17 GMT

☷ Apps    Search    Android apps    ✿

My apps

**Shop**

‹

Games

Kids

Editors' Choice

Account

Payment methods

My subscriptions

Redeem

Buy gift card

My wishlist

My Play activity

Parent Guide

---

**Border Siege LITE**
ElectroWolff Games
★★★★

**Doomsday: Last**
SkyRise Digital Pte Lt
★★★★★

**War & Conquer**
Triniti Interactive Studi
★★★

**MechCom - 3D RT**
Game Dev Team
★★★★    $1.99

**The Last Ark: Sur**
Strategy Gamez
★★★★★

**World War 2: Sho**
Edkon Games Gmb
★★★★★

**Rusted Warfare -**
Corroding games
★★★★★    $1.99

**FOG - MOBA Batt**
PLAYNETA LIMITED
★★★★

**Modern Warfare**
Boom Games Studi
★★★★

**Border Siege [wa**
ElectroWolff Games
★★★★★    $1.49

**War Planet Online**
Gameloft SE
★★★★

**Clash of Stars  Sp**
StarMagic
★★★★★

**ScarFall : The Roy**
XSQUADS Tech Pr
★★★★

**Left to Survive  A**
My.com B.V.
★★★★★

**Submarine War**
Super Action Stud
★★★★

**Modern Comma**
Level Eight AB
★★★★★

**Call Of Battlefiel**
Dodisoft
★★★★★

**Defense Zone 3**
ARTEM KOTOV
★★★★★

**Shadowgun Leg**
MADFINGER Game
★★★★★

**Call of War- WW**
Bytro Labs
★★★★★



My apps
Shop

Games
Kids
Editors' Choice

Account
Payment methods
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide



Pacific War Zone
Kunlo Games
★ ★ ★ ★



Disorder
NetEase Games
★ ★ ★ ★



3D Aim Trainer –
3DAT
★ ★ ★ ★



The Zombie War
TWGames
★ ★



CoD Comparer
Felipe Eduardo dos
★ ★ ★ ★



War Arcade
Ascended Studio



Call of Moderne
CreativeCrafts Game



Call of Zone
Art of Sun
★ ★ ★ ★



Danger Close – B
Fourpointfive Inters
★ ★ ★ ★



Bullet Force
Blayze Games L
★ ★ ★ ★



Rivals at War
Hothead Games
★ ★ ★ ★



Sniper Warrior
Horus Entertainme
★ ★ ★ ★



War After PvP S
GDCompany
★ ★ ★ ★



Armed Heist S
Sozap
★ ★ ★ ★



Random Drop G
Tyler Jarvis



Sniper Honor 3
707 INTERACTIVE
★ ★ ★ ★



BattleOps | Offl
Techouse Games
★ ★ ★ ★



Strategy & Tact
HeroCraft Ltd
★ ★ ★



Frontline Assas
ARV Mobile App
Last War Shelte
TinyBytes



Apps

My apps

Shop

Games

Kids

Editors' Choice

Account

Payment methods

My subscriptions

Redeem

Buy gift card

My wishlist

My Play activity

Parent Guide

BattleOps | Offline
Techouse Games
★★★★

Strategy & Tactics
HeroCraft Ltd
★★★

Frontline Assass
ARV Mobile App Des
★★★★

Last War: Shelter
TinyBytes



PROJECT Anomal
A2Source
★★★★

Call of fps shootin
Nitro Kings
★★★★

Call Of IGI Comma
Climax Game Stud
★★★★

Xoli's Adventure
GreySharkApps
★★★★

Marines Shooting
Gismart
★★★★

Hazmob FPS : On
Haz LTD

Civilization Revolu
2K, Inc
★★★★        $4.99

Defense Zone 2
ARTEM KOTOV
★★★★



Door Kickers
KillHouse Games
★★★★        $3.99

Call of World War
Shooting Games Ro
★★★★

PVP Multiplayer
TAG Action Games
★★★★

Battle Royale Co
Simple Stories App
★★★★

Warhammer 40.
Nuverse
★★★★

Snake Worms io
Maskara Tycoon
★★★★

Arma Tactics De
Bohemia Interactive
★★★★

Arma Mobile Op
Bohemia Interactive
★★★★






Document title: WARZONE - Android Apps on Google Play
Capture URL: https://play.google.com/store/search?q=WARZONE&amp;c=apps&amp;hl=en_US&amp;gl=US
Capture timestamp (UTC): Wed, 15 Dec 2021 20:35:17 GMT



**Apps** Search

My apps

**Shop**

Games

Kids

Editors' Choice

Account

Payment methods

My subscriptions

Redeem

Buy gift card

My wishlist

My Play activity

Parent Guide






Plague of Z
TG Inc.
★ ★ ★ ★ ★

Europe Front II
M.O.A.B
★ ★ ★ ★

Global Defense
Cat Studio
★ ★ ★ ★

Battle Royale cha
Chapter 2
★ ★ ★ ★






World War 3 Cal
Crazy3dGames
★ ★ ★ ★

Face of War: PvP
GDCompany
★ ★ ★ ★

Line Of Defense
3000AD. Inc
★ ★ ★ ★

Naval Submarine
Torque Gamers
★ ★ ★ ★






FightNight Battle
GDCompany
★ ★ ★ ★

Real Time Shields
Lion Studios
★ ★ ★ ★

WW2 Army Hero
247 Action Games

Action Strike: On
Alfa Bravo Inc
★ ★ ★ ★





Strike Team Onli
Steve Ryu

Call of WW2 Fr
Arcade Games Em
★ ★

Sniper Team 3
N-Dream

Call of Sniper Co
Blockot Games
★ ★ ★ ★






Monster war zon
Atozkids

Call to Sniper Di
Apocalyptic Games
★ ★ ★ ★

War Master 2
Game Wacky
★ ★ ★ ★

Critical Action - T
Banana Game
★ ★ ★ ★ ★



## Apps

**My apps**

**Shop**

Games

Kids

Editors' Choice

Account

Payment methods

My subscriptions

Redeem

Buy gift card

My wishlist

My Play activity

Parent Guide


Monster war zone
AtozKids
★ ★ ★ ★


Call to Sniper Dut
Apocalyptic Games
★ ★ ★ ★


War Master 2 Mo
Game Wacky
★ ★ ★ ★

Critical Action - T
Banana Game
★ ★ ★ ★ ★


Coalition - Multipl
Line by Line Studio
★ ★ ★ ★


Warhammer 40
Games Workshop
★ ★

Black Zombie Opo
Gun And Zombie Sho
★ ★ ★ ★ ★


Dead Ops 2 Awal
Svrjj22 Games
★ ★ ★ ★


Warzone Meta
NBTL


Sniper Shooting
TW Games Studios


Call of Black OP
CreativeCrafts Games
★ ★ ★ ★


World War Heroe
Azur Interactive Gam


FPS Online Strike
FPS Shooter & Actio
★ ★ ★ ★ ★


PvP.com
PvP International
★ ★ ★ ★


Modern Comman
Active Invasion
★ ★ ★ ★


Call of Battle Tar
Shooting Target & H
★ ★ ★ ★ ★


Fps War Modern
Polka Bytes
★ ★ ★ ★


Modern Action W
Alpha Strike
★ ★ ★ ★ ★


Call Of FPS Mode
NT-Studios
★ ★ ★


Special counter
Wentiexi
★ ★ ★ ★ ★







Document title: WARZONE - Android Apps on Google Play
Capture URL: https://play.google.com/store/search?q=WARZONE&amp;c=apps&amp;hl=en_US&amp;gl=US
Capture timestamp (UTC): Wed, 15 Dec 2021 20:35:17 GMT

My apps

Shop



Games

Kids

Editors' Choice

Account

Payment methods

My subscriptions

Redeem

Buy gift card

My wishlist

My Play activity

Parent Guide



Fps War Modern
Polka Bytes
★★★ 1



Modern Action W
Alpha Strike
★★★★★



Call Of FPS Mode
NT-Studios
★★★



Special counterat
Wentiexi
★★★★★



Wild West Surviv
Crazy Panda Limited
★★★★

Random Loadout
THISE developer



Zombie Shooting
Fire Studio For Free



SmartTV Client f
Felipe Leon
★★★★★



Modern Combat
Gameloft SE
★★★★★     $4.99



FPS Command
Moko Game Studio



Army Command
AM-GPBs Studio



FPS Offline Strike
FPS Shooter & Act
★★★★★



Black Command
Blue Raven Studio
★★★★

Helicopter Sim
Flight Sim Studio
★★★★

Call of Modern W
Action Games For
★★★★



Medic!!
Olikkala



WarStrike | Offline
GameFrame Studio
★★★★

©2021 Google   Site Terms of Service Privacy Developers About Google | Location: United States Language: English (United States)

Document title: WARZONE - Android Apps on Google Play
Capture URL: https://play.google.com/store/search?q=WARZONE&c=apps&hl=en_US&gl=US
Capture timestamp (UTC): Wed, 15 Dec 2021 20:35:17 GMT

# EXHIBIT 44



  

**Warzone: Clash of Generals**
June 13, 2017 · 🌐

## Warzone - Mobile Strategy Evolved! Clash Royale meets Command ...

Mobile Strategy Evolved - Play this awesome combination of Clash Royale and Command & Conquer!

 7                    260 👁

👍 Like        ⭕ Comment        ↪ Share

Exhibit 19

WESTERDAL
12/3/24

Laura Axelsen
CSR 6173

Comments                    See all

 Write a comment...

                      ➤

▶ 0:14 / 0:15 ⚙

# EXHIBIT 45

11/21/24, 1:51 AM

 

 



 **Warzone: Clash of Generals**
August 17, 2017 · 🌐

Great news! YouTuber **Typical Gamer** is joining Warzone, with the next update featuring his own in-game character and super-unit: The Burner

He will also be battling the scorched Warzone battlegrounds online for you to watch.

Download Warzone at: **bit.ly/2i9mjFU**

Early bird downloaders will get a free Division Box (worth 50$) upon the game's official release at the end of the month! **See less**

🔵 134

10 💬  5 ➤

👍

💬

➤

Most relevant ▾

Write a comment...

😊 ☺ GIF 🗯



Exhibit 20

WESTERDAL
12/3/24

Laura Axelsen
CSR 6173

    

5

# EXHIBIT 46

**🔒 PageVault**

| | |
|---|---|
| Document title: | Warzone Game - Play online at Y8.com |
| Capture URL: | https://www.y8.com/games/warzone |
| Captured site IP: | 159.203.184.51 |
| Page loaded at (UTC): | Fri, 17 Dec 2021 18:21:42 GMT |
| Capture timestamp (UTC): | Fri, 17 Dec 2021 18:23:33 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 8 |
| Capture ID: | e2cc20c7-bcc3-43ff-8b30-01aa45fc967b |
| User: | msk-general |

Exhibit 21
WESTERDAL
12/3/24
Laura Axelsen
CSR 6173



Search games    Q    **Register**    Log in



€unity   (WebGL)   **Warzone**

GAME CONTROLS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ⬆⬅⬇➡ ASD | X | SHIFT | SPACE | Q | E | H | L |
| Move | Prone | Run | Jump | Lean Left | Lean Right | Controls | Lock Mouse Cursor |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 🔥 | 🔍 | R | F | G | B | V | T | Z |
| Fire | Zoom | Reload | Use Item | Throw Grenade | Fire Mode | Melee Attack | Enter Bullet Time | Toggle Deadzone Aiming |

## Warzone

364,558 play times

📈 **80.39%**

Did you like this game?

⭐ Add to favourite    ✈ **Share (10)**    🚩 **Report a bug**

👍 Yes    👎 No

We use cookies for content recommendations, traffic measurement, and personalized ads. By using this website, you agree to the Privacy Policy and Cookie Policy.

**Got it**

GAME DETAILS

---

Document title: Warzone Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/warzone
Capture timestamp (UTC): Fri, 17 Dec 2021 18:23:33 GMT

# Warzone

364,558 play times

★ 80.39%

Did you like this game?

★ Add to favourite    ◢ Share (10)    🚩 Report a bug    👍 Yes    👎 No

## GAME DETAILS

A great WebGL shooting game, Warzone! This action-packed thrilling game will test your survival skills to the limits. On a mountainous terrain, your mission is to survive and kill all the enemy soldiers. There will be guns, ammunition and med kits that will spawn in the area so be aware of your surroundings. The number of rival soldiers will increase every wave as you progress in the game. With great 3D graphics, this game will give you that great feel of a first person shooting game. Use the terrain as your weapon. Go to the higher parts of the area and try to snipe the enemy. It'll be hard for you to take them all at once because of the limited ammunition so better take them one by one. You're just a one-man army and you need to be smarter and quicker on how you execute your actions. There are achievements that you can unlock. The achievements are, "The First Blood(easy)", "Elite Killer(easy)", "Hard Target(medium)", "Legendary Soldier(hard)", "Unlocked Potential (easy)", "Survivor(easy)", "Survivalist of the Dead(medium)", "Overkill(hard)", "Unlocked Potential(hard)", and lastly "Living Nightmare(hard)". These achievements will really challenge your shooting skills. Kill as many as you can and earn lots of points and maybe you'll end up having your name in the leaderboard! Play this game now and see how far you can go!

Added on **02 Aug 2018**

## COMMENTS · 21

### Please register or login to post a comment

**Register**    Login



**Warzone Walkthrough**

Stuck? See how to complete the game.

| TAGS | | ALL TAGS |
|---|---|---|
| Army | | 1 player |
| Shooting | | War |
| Killing | | First Person Shooter |
| 3D | | Gun |
| Free | | Unity |
| Y8 Account | | WebGL |
| Y8 Highscore | | Y8 Achieveme... |

**09175098285** 2 months ago
me but unfinished spawn enemies]

**gamerboi** 6 months ago
lol i played this thinkin it was the call of duty one

**dark** 7 months ago
my high score was 100M

**renzo** 7 months ago
its funny XD

**Rob** 10 months ago
thor?

**Thelegend** 2 years ago

**IanSixx12** 2 years ago
Hola a todos quiero hacer amigos

## LEADERBOARD    POWERED BY Y8 ACCOUNT

| 1 | **Sawasdee** 110,794 points |
|---|---|
| 2 | **Oli** 100,099 points |
| 3 | **Fritz** 72,932 points |
| 4 | **Argjent** 69,677 points |
| 5 | **suhdude** ...ts |

Show more ⌄

We use cookies for content recommendations, traffic measurement, and personalized ads. By using this website, you agree to the Privacy Policy and Cookie Policy.    **Got it**

 **dark** 7 months ago
my high score was 100M

 **ren29** ago
its funny XD

| | | |
|---|---|---|
| 4 |  | **Argent** 69,677 points |
| 5 |  | **suhdude** 54,617 points |

Show more ⌄

 **Rob** 10 months ago
thor?

**Thelegend** 2 years ago
Its as good as thor

🏆
All Y8 games with high scores

 **IanSixx12** 2 years ago
Hola a todos quiero hacer amigos

 **otaviu** 2 years ago
Good Morning buen día bom dia quero amigos Quiero amigos I want friends

**ACHIEVEMENTS**

 **luis3** 2 years ago
que asen estou

**Nicolas** 2 years ago
hola estoy usando canaima windows 10 XDDD

 **ISLEM** 3 years ago
لعبة رائعة

 **ed135** 3 years ago
this game is good

 **JOULYJOULIANE** 3 years ago
its very nice good games thanks

 **leugim** 3 years ago
hola quien puede enseñarme a como hacer amigos

**bam2x** 3 years ago
beutiful game

 **lol** 3 years ago
odio cuando tarda en cargar pero bueno esta cool



 **marbin0916** 3 years ago
si es incleible

 **deapool** 3 years ago
este juego es increible

Add this game to your web page
Share on Website

 **marbin0916** 3 years ago
xswex 2333223 y yo seremos tu amigos richard

 **2333223** 3 years ago
3443

 **xswex_xstremx** 3 years ago
BUENO

 🙂
**Hi there! Did you know there is a Y8 Forum?**
Join other players talking about games. **Visit the Y8 Forum**

[ Go to Forum ]   [ Hide ]

**RELATED GAMES**



**Death Squad: The Last Mi...**
WebGL
79% · 8,481,576 plays



**Counter Force Conflict**
WebGL
73% · 186,049 plays



We use cookies for content recommendations, traffic measurement, and personalized
ads. By using this website, you agree to the Privacy Policy and Cookie Policy.

[ Got it ]



Document title: Warzone Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/warzone
Capture timestamp (UTC): Fri, 17 Dec 2021 18:23:33 GMT





**Death Squad: The Last Mi...**
WebGL
79% · 8,481,576 plays

**Counter Force Conflict**
WebGL
73% · 186,049 plays





**Call of Zombies**
WebGL
81% · 6,672,702 plays

**Call of Ops 2**
WebGL
78% · 84,386 plays





**WWII:Seige**
WebGL
80% · 276,043 plays

**Red Crucible 2**
WebGL
88% · 11,132,618 plays





**Desert Claw Rising**
WebGL
77% · 518,083 plays

**Cs Online**
WebGL
81% · 4,380,278 plays





**Cave War**
WebGL
78% · 448,269 plays

**Rescue Six**
WebGL
74% · 4,817,984 plays



We use cookies for content recommendations, traffic measurement, and personalized ads. By using this website, you agree to the Privacy Policy and Cookie Policy.

**Got it**

Document title: Warzone Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/warzone
Capture timestamp (UTC): Fri, 17 Dec 2021 18:23:33 GMT

**Cave War**
WebGL
78% · 448,269 plays

**Rescue Six**
WebGL
74% · 4,817,984 plays



**Western:Invasion**
WebGL
77% · 463,726 plays



**Bullet Party 2**
WebGL
76% · 6,040,388 plays



**Masked Shooters Single ...**
WebGL
88% · 3,419,768 plays



**PUBG Craft: Battlegrounds**
WebGL
75% · 813,438 plays



**Super Hot**
WebGL
81% · 2,355,967 plays



**Bullet Fury**
Flash
82% · 19,568,064 plays



**Dead Lab 2**
WebGL
85% · 52,220 plays



**The Wasteland**
WebGL
71% · 40,821 plays



We use cookies for content recommendations, traffic measurement, and personalized ads. By using this website, you agree to the Privacy Policy and Cookie Policy.

Got it

-Dead Lab
WebGL WebGL
85% · 52,220 plays

The Wasteland
WebGL WebGL
71% · 40,821 plays



**Alien Aggression**
WebGL WebGL
76% · 40,051 plays



**Alien Attack 3**
WebGL WebGL
80% · 30,260 plays



**Rebel Forces**
WebGL WebGL
77% · 90,287 plays



**Amnesia True Subway Ho...**
WebGL WebGL
67% · 95,905 plays



**Me Alone**
WebGL WebGL
70% · 56,384 plays



**Military Wars 3D Multipla...**
WebGL WebGL
86% · 19,337,224 plays



**CS Portable (Counterstrik...**
WebGL WebGL
87% · 13,752,411 plays



**Masked Shooters Multipl...**
WebGL WebGL
88% · 5,273,410 plays





We use cookies for content recommendations, traffic measurement, and personalized ads. By using this website, you agree to the Privacy Policy and Cookie Policy.

Got it




**CS Portable (Counterstrik...**
WebGL
87% · 13,752,411 plays

**Masked Shooters Multipl...**
WebGL
88% · 5,273,410 plays




**Gangsta Wars**
WebGL
84% · 58,431 plays

**Battle Factory**
WebGL
79% · 42,026 plays



**Army Recoup: Island 3**
WebGL
80% · 468,760 plays

| Y8 GAMES | UPDATES | COMPANY | FOLLOW US |
|---|---|---|---|
| New Games | Blog | Terms of Use | |
| Upload | Forum | Privacy Policy | |
| All Tags | Twitter | Cookie Policy | |
| Best of New | Facebook | Game Publishers | |
| Most Popular | Instagram | Game Developers | |
| Download App | Discord | Contact Form | |
| | | Email Us | |

   



© 2021 Y8.COM
All rights reserved.

We use cookies for content recommendations, traffic measurement, and personalized ads. By using this website, you agree to the Privacy Policy and Cookie Policy.

**Got it**



Document title: Warzone Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/warzone
Capture timestamp (UTC): Fri, 17 Dec 2021 18:23:33 GMT

# EXHIBIT 47

**a Page Vault**

| | |
|---|---|
| Document title: | Warzone Mercenaries Game - Play online at Y8.com |
| Capture URL: | https://www.y8.com/games/warzone_mercenaries |
| Captured site IP: | 159.203.184.51 |
| Page loaded at (UTC): | Fri, 17 Dec 2021 18:25:18 GMT |
| Capture timestamp (UTC): | Fri, 17 Dec 2021 18:26:18 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 8 |
| Capture ID: | 69b93cb1-ce16-4bee-aadc-951aca972b4a |
| User: | msk-general |

Exhibit 22
WESTERDAL
12/3/24
Laura Axelsen
CSR 6173

PDF REFERENCE #:    gjXJkA5LazVvjhgFRQXiL6

 Search games 

Register   Log in



Unity  WebGL   Warzone Mercenaries                                   Maximize

GAME CONTROLS

| Move | Look | Mouse lock | SPACE / Shoot | SHIFT / Zoom | R / Reload | E / Enter vehicle |

| Z / Previous outfit skin | C / Next outfit skin |

## Warzone Mercenaries

2,898,012 play times

  **86.05%**

Did you like this game?

★ Add to favourite     ✈ Share (123)     🏳 Report a bug

👍 Yes    👎 No

Document title: Warzone Mercenaries Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/warzone_mercenaries
Capture timestamp (UTC): Fri, 17 Dec 2021 18:26:18 GMT

# Warzone Mercenaries

▲ 86.05%

2,898,012 play times

Did you like this game?

⭐ Add to favourite    ◢ Share (123)    🚩 Report a bug

👍 Yes    👎 No

## GAME DETAILS

As a brave soldier, you must prove it by joining a war. They captured our base and
we must clear it. Kill all enemies loitering around and be a smart soldier. You can
use tank to deal massive damage to them.

Added on 18 Sep 2017

## COMMENTS · 519

🖥 Talk to other players at the Warzone Mercenaries forum

### Please register or login to post a comment

**Register**    Login

**lolurded** 11 days ago
well boom

 **shadow** 27 days ago
love this game


**Shadow_br** 2 months ago
O jogo é legal mas me fez refletir em quantas vidas são perdidas em uma guerra =/

 **lolurded** 2 months ago
very noice

 **sniperx7000** 3 months ago
super fun

 **Xjan11_MasterWork** 3 months ago
GG 😂 😂

 **45player_skotomos** 3 months ago
I love it!!!!!!!!!!!!!!!!!

 **zayno** 5 months ago
good

 **0000** 6 months ago
good

 **xfors24** 6 months ago
This game relaxes me in my spare time like the purge

 **landyplayztrt** 7 months ago
Fully upgraded missleman is INSANE!

 **nubzery** 7 months ago
i beat the game by getting all upgrades for marksman i felt like a god cause i didnt die onc

## TAGS

**ALL TAGS**

 Army     1 player

 Shooting     War

 Sniper     Series

 Tank     3D

 Rocket     Gun

 Free     Unity

 Y8 Account     WebGL

 Y8 Highscore     Y8 Save

 Y8 Achieveme…    Voxel

Third Person Shooter

## LEADERBOARD

POWERED BY **Y8 ACCOUNT**

1     **king**
24,366 points

2     **Reuze04VL**
11,579 points

3     **ak47**
9,705 points

4     **malak**
8,451 points

5     **Jenny**
8,140 points

Show more ⌄



**landyplayztrt** 7 months ago
Fully upgraded missleman is INSANE!

**nubzery** 7 months ago
i beat the game by getting all upgrades for marksman i felt like a god cause i didnt die once

 **tswd2008** 8 months ago
one of the most satisfying games in y8

 **coolwolfd** 8 months ago
great

 **alvaro1232** 9 months ago
hans yo tambien

 **mcniteblox** 9 months ago
ez lol

 **santi20** 9 months ago
es genial el juego

 **me1** 10 months ago
litle nice game

**donato** 10 months ago
es muy cool

 **Mystx** 10 months ago
my favorite

 **imposter** 11 months ago
great

 **zaa231** 11 months ago
muy bueno el juego

 **Stab** 12 months ago
ME LIKE THIS

 **No_Name** 12 months ago
Un Buen Juego me Gusta

**Nacario_gamer** about a year ago
i like this game for new choices

First   Previous   1   2   3   4   5   6   7   8   Next   Last

## RELATED GAMES


**Helicopter and Tank**
WebGL
83% · 335,440 plays


**WarBrokers io**
WebGL
87% · 1,230,116 plays


**Battle Tank**


**Air Fighter**

---

5   **Jenny**
8,140 points

Show more ∨

🏆
All Y8 games with high scores

## ACHIEVEMENTS



Add this game to your web page
Share on Website

## PART OF A SERIES: WARZONE


**Warzone Online MP**
85% · 735,617 plays

**Hi there! Did you know there is a Y8 Forum?**
Join other players talking about games. Visit the Y8 Forum

Go to Forum   Hide

Document title: Warzone Mercenaries Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/warzone_mercenaries
Capture timestamp (UTC): Fri, 17 Dec 2021 18:26:18 GMT

Hi there! Did you know there is a Y8 Forum?
Join other players talking about games. **Visit the Y8 Forum**

Go to Forum    Hide



**Battle Tank**
WebGL
85% · 723,204 plays



**Air Fighter**
WebGL
83% · 2,029,845 plays



**Military Wars 3D Multipla...**
WebGL
86% · 19,337,260 plays



**Funny Shooter 3D**
WebGL
88% · 593,098 plays



**Sky War**
WebGL
77% · 781,648 plays



**Combat Pixel Vehicle Zo...**
WebGL
86% · 870,287 plays



**Pubg Pixel**
WebGL
71% · 4,810,468 plays



**Voxel Front 3D**
WebGL
74% · 360,202 plays



**Freefall Tournament**
WebGL
91% · 32,672,667 plays



**Heroes of War**
WebGL
89% · 137,456 plays

Document title: Warzone Mercenaries Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/warzone_mercenaries
Capture timestamp (UTC): Fri, 17 Dec 2021 18:26:18 GMT



**Freefall Tournament**
WebGL
91% · 32,672,667 plays



**Heroes of War**
WebGL
89% · 137,456 plays



**The Sniper 2**
Flash
89% · 1,897,954 plays



**Big Battle Tanks**
Flash
88% · 102,940 plays



**Foxy Sniper**
Flash
81% · 16,626,742 plays



**Micro Tanks**
HTML5
73% · 5,983,037 plays



**Head Hunter Reborn**
HTML5
82% · 5,693,590 plays



**Awesome Tanks 2**
HTML5
93% · 203,791 plays



**Crime City 3D**
WebGL
88% · 16,603,652 plays



**Mech Battle Simulator**
WebGL
86% · 14,236 plays





**Crime City 3D**
WebGL
88% · 16,603,652 plays

**Mech Battle Simulator**
WebGL
86% · 14,236 plays




**Lonewolf**
Flash
85% · 4,509,061 plays

**AZ**
Flash
83% · 75,778,985 plays




**Ninja Clash Heroes**
HTML5
84% · 3,105,308 plays

**Voxel Tanks 3D**
WebGL
77% · 827,921 plays




**WW2 Modern War Tanks ...**
WebGL
83% · 98,022 plays

**Mason the Professional ...**
HTML5
73% · 72,428 plays




**Tank Wars**
HTML5
83% · 187,516 plays

**Liberate the Souls**
Flash
81% · 36,077 plays





**WW2 Modern War Tanks ...**
WebGL
83% · 98,022 plays



**Mason the Professional ...**
HTML5
73% · 72,428 plays



**Tank Wars**
HTML5
83% · 187,516 plays



**Liberate the Souls**
Flash
81% · 36,077 plays



**Tank Rumble**
HTML5
83% · 108,091 plays

**Y8 GAMES**

New Games

Upload

All Tags

Best of New

Most Popular

Download App

**UPDATES**

Blog

Forum

Twitter

Facebook

Instagram

Discord

**COMPANY**

Terms of Use

Privacy Policy

Cookie Policy

Game Publishers

Game Developers

Contact Form

Email Us

**FOLLOW US**

 

 



© 2021 Y8.COM.
All rights reserved.



Document title: Warzone Mercenaries Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/warzone_mercenaries
Capture timestamp (UTC): Fri, 17 Dec 2021 18:26:18 GMT

Intentionally Omitted

# EXHIBIT 48

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 49

# EXHIBIT 50



# CONTENTS

| | |
|---|---|
| Loading | 2 |
| This Means WAR! | 3 |
| Starting in | 4 |
| Main menu | 4 |
| Options | 5 |
| Default Controls | 6 |
| War Zone™ Basics | 6 |
| Start Game (Game types) | 9 |
| ™ Challenge | 10 |
| Versus Mode | 11 |
| Tag Team | 11 |
| Cage | 11 |
| Weapons | 12 |
| Training | 12 |
| Create Player | 14 |
| Attributes | 15 |
| Biographies | 16 |
| Strategy | 17 |
| Hints & Tips | 19 |

## "ROCKS THE RING WITH THE FIERCEST WRESTLING ACTION EVER SEEN" — GAMEPRO







**4 PLAYER ACTION WITH TAG TEAM, TORNADO AND WAR MODES!**

**SPECIALIZED MATCHES INCLUDING STEEL CAGE MATCH**

**SIGNATURE AND FINISHING MOVES UNIQUE TO EACH WRESTLER**



- **The top superstars in the World Wrestling Federation® including Steve Austin, Shawn Michaels, The Undertaker, Kane, Triple H and many more!**
- **Vince McMahon and Jim Ross bring you the action from ringside.**
- **Training Mode: Practice your moves before stepping into the ring!**



**OVER 300 MOTION CAPTURED MANEUVERS**

**CREATE AND SAVE UP TO 30 CUSTOMIZED WRESTLERS**

 1 to 4 Players    Memory Card 1 block    Multi Tap Adaptable 1-4 Players

WWF

**ACCLAIM SPORTS**
www.acclaimsports.com



0  21481 22158  6

"War Zone" World Wrestling Federation and its logos are trademarks of Titan Sports, Inc. © 1998 Titan Sports, Inc. All Rights Reserved. Developed by Iguana West Software, Inc., an Acclaim Entertainment studio. All other trademarks are trademarks of Acclaim Entertainment, Inc. TM ® & © 1999 Acclaim Entertainment, Inc. All Rights Reserved. Marketed by Acclaim. Distributed by Acclaim Distribution, Inc., One Acclaim Plaza, Glen Cove, NY 11542-2777 For information on this product's rating, call 1-800-771-3772.
Licensed by Sony Computer Entertainment America for use with the PlayStation game console. PlayStation and the PlayStation logos are registered trademarks of Sony Computer Entertainment Inc. The ratings icon is a trademark of the Interactive Digital Software Association. Manufactured and printed in the U.S.A. THIS SOFTWARE IS COMPATIBLE WITH PLAYSTATION GAME CONSOLES WITH THE NTSC U/C DESIGNATION. U.S. AND FOREIGN PATENTS PENDING.

**TEEN**
ANIMATED VIOLENCE
MILD LANGUAGE
SUGGESTIVE THEMES

400