1    MARC E. MAYER (SBN 190969)
         mem@msk.com
2    KARIN G. PAGNANELLI (SBN 174763)
         kgp@msk.com
3    LINDSAY R. EDELSTEIN (*pro hac vice*)
         lre@msk.com
4    MITCHELL SILBERBERG & KNUPP LLP
     2049 Century Park East, 18th Floor
5    Los Angeles, CA 90067-3120
     Telephone: (310) 312-2000
6    Facsimile: (310) 312-3100

7    Attorneys for Activision Publishing,
     Inc.

8

9                    UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11   ACTIVISION PUBLISHING, INC., a          CASE NO. 2:21-cv-3073-FLA (JCx)
     Delaware corporation,
12                                            [Judge Fernando L. Aenlle-Rocha]
                    Plaintiff,
13                                            **EXHIBITS NOS. 51-86 TO**
            v.                                **DECLARATION OF MARC E.**
14                                            **MAYER IN SUPPORT OF**
     WARZONE.COM, LLC,                        **MOTION FOR SUMMARY**
15                                            **JUDGMENT OR,**
                    Defendant.                **ALTERNATIVELY, PARTIAL**
16                                            **SUMMARY JUDGMENT**

17   WARZONE.COM, LLC,
                                              Date:       March 21, 2025
18                  Counterclaimant,          Time:       1:30 p.m.
                                              Ctrm:       6B
19          v.

20   ACTIVISION PUBLISHING, INC., a           Complaint Filed:      Apr. 8, 2021
     Delaware corporation,                    Counterclaim Filed:   June 8, 2021
21                                            Pretrial Conference:  May 19, 2025,
                    Counterdefendant.                               at 1:30 p.m.
22                                            Trial:                May 27, 2025,
                                                                    at 8:15 a.m.
23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

20507194.1

_____

**EXHIBITS TO MARC E. MAYER DECLARATION**

# EXHIBIT 51

 Mac      iPad      iPhone      Watch      TV      Music      Support      🔍      📄

## App Store Preview



### Warzone (Risk++)   [4+]
WarLight 2
Randy Ficker

★★★★½ 4.7, 365 Ratings

Free · Offers In-App Purchases

## Screenshots   iPhone   iPad



## Description

Warzone is a customizable Risk-like strategy game where you compete with your friends to conquer the world.

- No microtransactions: Warzone won't let you buy your way to a victory like other free-to-play games. You win or lose Warzone games based on your strategy alone, not your wallet.
- Multi-player and single-player: Play thousands of single-player levels against the computer, or play against real humans. Both are 100% free.
- Community levels: Play single-player levels from the community, or make your own level and watch replays of other players defeating it.
- Asynchronous games: Your friends don't need to be all online at the same time to play with them. Take your turns when it's convenient and Warzone will wait for you.
- Customizable: Warzone has a very flexible engine. When creating games, you have hundreds of settings you can tweak to create anything from a minor variant to a whole new experience.
- Maps: Warzone has thousands of hand-made maps to choose from, with more being added all the time. Or you can design your own!
- Strategic battles and tournaments: Warzone has a finely-tuned 1v1 and 2v2 experience, which makes for great competitive play.
- Cards: Warzone has a variety of cards with varying effects, like the Diplomacy Card, Spy Card, Airlift Card, and more!
- Luck is controllable: The luck modifier allows you to control how much luck affects your game. Games can be configured to have no randomness at all.
- Tournaments: Create your own tournaments and compete!
- Ladders: Warzone has five ladders, which are competitive arenas where everyone competes for the top spot.

Warzone can be played completely for free, or you can upgrade to a membership via a monthly subscription to disable advertisements and unlock additional features such as mods. Payment will be charged to iTunes Account at confirmation of purchase. Subscription automatically renews unless auto-renew is turned off at least 24-hours before the end of the current period. Account will be charged for renewal within 24-hours prior to the end of the current period. Subscriptions may be managed by the user and auto-renewal may be turned off by going to the user's Account Settings after purchase.

Terms of service: http://warzone.com/TermsOfService



**EXHIBIT**

39

Ficker 12/4/24

**402**

Case 2:21-cv-03073-FLA-JC    Document 115-2    Filed 02/14/25    Page 4 of 128    Page
ID #:3873
11/27/24, 12:27 AM                                    Warzone (Risk++) on the App Store

## What's New

Version 4.08.4
Fixed bugs

Version History

## Ratings and Reviews

# 4.7

out of 5

365 Ratings

**Beautiful, if flawed, ga…**  Dec 11, 2017
★★★★★                         Dylveigyfhjjvy

This game is great for all the reasons
risk is, and many more. Not only does it
include prebuilt ai games which already
have settings and cards beyond risk, it
allows you to create your own games on
a huge and eternally growing number of
player made maps. The community's
blessed with a host who cares about
player feedback, and actively
incorporates it, let me speak from
experience, he listens, and answers.
However, that being said, the perks of
the browser edition, while this warzone
update is a MASSIVE improvement from
the struggles of before, still don't all hit
the app. You can't vote on a map of the
week, work with your clan or use
forums, or even mail on mobile, and it
can at times be aggravating, even if the
browser version on mobile will fill in
these gaps in an odd, frankenstein's
monster of full game. However, that
being said, I have no doubt these
concerns will be remedied once the
team gets a little better with app
design, and I'm confident it's just a
matter of time.

**Developer Response**        Dec 15, 2017

Thanks, I'm glad you like the game! My
plan is indeed to add the things you list
to the app. I want to have everything in
the app, it just takes time.

**Ok game, but poorly tho…**  Aug 2, 2018
★★☆☆☆                         Egefivh

When you get to Caesar's challenge,
the developer has made the game so
lopsided that although there may be a
way to win the game, it's nearly
impossible to accomplish. I've tried
dozens of times on the IPad, but the
boss comes straight for my army. The
computer does not play against the
other computer armies, but leaves the
other "teams" with their boss
remaining. So basically, it's been made
to be several against one and they go
right for you. A game should be
challenging, but also enjoyable. This
game becomes no fun. All attributes
learned in previous levels (such as
delayed attack) and all various types of
cards are not available. Online solutions
reference using those, so something
has changed. There is no pass to
experience other levels so it's time to
delete the game unless there is a patch
or update that provides a shred of
hope. Developer will undoubtedly say
something along the lines of "keep
trying". No sir. You beat it and show us.
The proof is in the pudding. No one is
getting a dime from me if this is the
final product.

**Developer Response**        Aug 13, 2018

That is indeed a challenging level! You
can search for help on YouTube if you
can't get it on your own. The AIs don't
target you, although I understand how it
may feel that way since you always see
when they target you but you can't see
when they attack each other. The AI is
open source on github so you can prove
that they don't target the human player.

**A Masterpiece Near Per…**  Apr 16, 2018
★★★★★                         Bubbber31

So I recently found this game, and I
have to say it's very fun, and different.
The concept of being a more intuitive
take on Risk is really appealing.
Especially since I recently got into
Geopolitical games for some reason.
And I also think the turned based
attacking style really compliments it
nicely.
So the only thing that I think needs
improved is the UI and menus. These
are rather sloppy looking and low
quality. If these were High Definition
menus and UIs it would be perfect.
Overall I think this game is so great
from the Geopolitical aspect to the
addicting gameplay, it really does good
at what is does.
Thank you guys for the game.

**Developer Response**        May 9, 2018

I'm glad you enjoy the game! I am
working on better graphics for the
menus, thanks for the feedback!

## Information

| | |
|---|---|
| Seller | Randy Ficker |
| Size | 160.5 MB |
| Category | Games |
| Compatibility | Requires iOS 7.0 or later. Compatible with iPhone, iPad, and iPod touch. |
| Languages | English |
| Age Rating | Rated 4+ |
| Copyright | © Warzone.com, LLC. |
| Price | Free |
| In-App Purchases | 1. Membership<br>2. Membership<br>3. Mega Strategy Pack |

more

App Support ↗
Privacy Policy ↗

## Supports



**Family Sharing**
With Family Sharing set up, up to six family members can use this app.

## You May Also Like


Gravity Evolved
Games


Rise Wars (strateg...
Games


My Planet Simulati...
Games


Conquest - Global...
Games


Conquist 2 Lite
Games


Auralux: Constella...
Games

More ways to shop: Visit an Apple Store, call 1-800-MY-APPLE, or find a reseller.
Copyright © 2018 Apple Inc. All rights reserved.    Privacy Policy | Terms of Use | Sales and Refunds | Legal | Site Map                    🌐 United States

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 52

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 53

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 54

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 55

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 56

# EXHIBIT 57



EXHIBIT
45
411
Ficker 12/4/24
depobook.com

Steam Search

| | | | |
|---|---|---|---|
| Arma 3 Apex | | $24.99 | Japanese |
| | | | Korean |
| Call of Duty®: Modern Warfare® III - Tracer Pac... | | $19.99 | Thai |
| | | | Bulgarian |
| This War of Mine | | $19.17 | Czech |
| | | | Danish |
| MechWarrior 5: Mercenaries - Heroes of the In... | | $19.99 | German |
| | | | Spanish - Spain |
| Call of Duty®: Modern Warfare® III - Tracer Pac... | | $19.99 | Spanish - Latin America |
| Call of Duty®: Modern Warfare® III - Tracer Pac... | | $19.99 | Greek |
| | | | French |
| Call of Duty®: Modern Warfare® II - Pumpkin P... | | $19.99 | Italian |
| Call of Duty®: Modern Warfare® III - Tracer Pac... | | $19.99 | Indonesian |
| Worms Reloaded | -80% | $3.99 | Manage language preferences |
| APB Reloaded | | Free | |
| Call of Duty®: Modern Warfare® II - Gunslinger,... | | $19.99 | |
| 1v1.LOL - Battle Royale Game | | Free | |
| M.A.S.S. Builder | | $24.99 | |
| Call of Duty®: Modern Warfare® II - Cosmic Tra... | | $19.99 | |
| Call of Duty®: Modern Warfare® III - Tracer Pac... | | $19.99 | |
| This War of Mine: Complete Edition | | Your Price: $19.17 | |
| Call of Duty®: Modern Warfare® III - Cyberjunk... | | $19.99 | |
| Call of Duty®: Modern Warfare® II - Griffin: Pro... | | $19.99 | |
| Call of Duty®: Modern Warfare® III - Tech Luxe... | | $19.99 | |
| Call of Duty®: Modern Warfare® III - Emerald P... | | $19.99 | |
| Call of Duty®: Black Ops Cold War - Chemical R... | | $19.99 | |
| Call of Duty®: Modern Warfare® II - Demon De... | | $19.99 | |
| Call of Duty League™ - Atlanta FaZe Team Pack ... | | $11.99 | |
| Call of Duty®: Modern Warfare® II - Dune Stalk... | | $9.99 | |



| | Call of Duty®: Modern Warfare® III - Nova 6 Pr... | | $19.99 |
| CALL·DUTY LEAGUE | Call of Duty League™ - Toronto Ultra Team Pac... | | $11.99 |
| FARCRY5 | Far Cry® 5 - Hours of Darkness | | $11.99 |
| MANTICORE | Call of Duty®: Modern Warfare® II – Manticore:... | | $19.99 |
| KNIGHT RECON | Call of Duty Endowment (C.O.D.E.) Knight Reco... | | $19.99 |
| SWEET SURRENDER | Sweet Surrender VR | | $24.99 |
| MOTO FREAK | Call of Duty®: Modern Warfare® III - Moto Frea... | | $19.99 |
| CALL·DUTY ENDOWMENT | Call of Duty Endowment (C.O.D.E.) - Protector P... | | $9.99 |
| ROGUE | Call of Duty®: Modern Warfare® II - Desert Ro... | | $19.99 |

VALVE    Privacy Policy   |   Legal   |   Steam Subscriber Agreement   |   Refunds   |   Cookies    STEAM

About Valve      Jobs      Steamworks      Steam Distribution      Support      Recycling      Gift Cards      f Steam      𝕏 @steam

# EXHIBIT 58



 **STEAM**    STORE    COMMUNITY    ABOUT    SUPPORT

Install Steam | login | Language ▼

**Open in Desktop App**    You're not signed in!
Open this page in the Steam App to wishlist, follow, purchase and see recommendations

Your Store    New & Noteworthy    Categories    Points Shop    News    Labs    *search*

All Games > Strategy Games > WARZONE
## WARZONE

Community Hub





WARZONE is a tactical turn-based war game which requires a chess level of logical thinking and which provides an entertainment comparable to that of a tank shooter.

| ALL REVIEWS | 3 user reviews |
|---|---|
| RELEASE DATE | Oct 17, 2017 |
| DEVELOPER | KEA Games |
| PUBLISHER | KEA Games |

Popular user-defined tags for this product:
Strategy    Indie    Massively Multiplayer    +

    

◄                                                                   ►

Sign in to add this item to your wishlist, follow it, or mark it as ignored

## Buy WARZONE

$4.99    Add to Cart

👤  Single-player
👥  Online PvP
🎮  Remote Play Together
👨‍👩‍👧  Family Sharing

Languages:

| | Interface | Full Audio | Subtitles |
|---|---|---|---|
| English | ✓ | | |
| Russian | ✓ | | |

### ABOUT THIS GAME

WARZONE is a tactical turn-based war game. Warfare actions are deployed in Middle East landscape on a battlefield of a several square kilometers, on opposite sides of which two rival armies have their strongholds. You may command units of different military branches including armoured personnel carriers, tanks, helicopters, multiple rocket launchers and surface-to-air missile launchers and also a special task force unit. Each military unit has some specific advantages and weaknesses. The challenge for you is to learn them and use them to maximum effect! The game, like chess, provides for all kinds of combinations of cooperation among warfare units and use of landscape features. Be inventive and cunning but watchful at the same time and cautious to avoid ambush prepared by your opponent!

Your task is to get a tactical advantage before your opponent, to punch a hole in his/her defense, to capture and hold key areas – ravines, airdromes, roads, to group forces in zones of penetration, to ensure the powerful fire support which will result in devastating your opponent's machines or capturing your opponent's base. After you have assessed the situation on the tactical map and made your move, you get into the battlefield on which you

**STEAM DECK COMPATIBILITY**

❓ Unknown                Learn more

TITLE  WARZONE
GENRE  Indie, Massively Multiplayer, Strategy
DEVELOPER  KEA Games
PUBLISHER  KEA Games
RELEASE DATE  Oct 17, 2017

View the manual ↗

**EXHIBIT**
46
Ficker 12/4/24

415

directly command the machines chosen by you and fire from any available weapon units to
eliminate your enemy by missiles, cannons and detonation of the enemy own ammunition
supply.

Play with your friends and random opponents through Internet, at your home with your
parents and relatives via the function which allows you to play on one PC, learn and train
yourself by fighting with artificial intellect opponents. Improve your logical thinking and
tactical skills, be the best WARZONE war strategist!

WARZONE is an attempt to create a game which requires logical thinking of a chess level and
which gives you an entertainment comparable to that of a tank shooter! The game is on the
very initial stage of development, that is why your feedback and comments may significantly
change and improve the game!

View update history

Read related news

View discussions

Find Community Groups

Embed

## SYSTEM REQUIREMENTS

MINIMUM

OS: Windows XP SP3 or better
Processor: 2.4 GHz Dual core
Memory: 4 GB RAM
Graphics: NVIDIA GT 450 1GB / ATI HD 7770 1GB or better
DirectX: Version 9.0c
Network: Broadband Internet connection
Storage: 2 GB available space

* Starting January 1st, 2024, the Steam Client will only support Windows 10 and later versions.

## MORE LIKE THIS

See All



$49.99    $19.99    $29.99    $19.99

## CUSTOMER REVIEWS FOR WARZONE

Overall Reviews:
3 user reviews (3 reviews)

Recent Reviews:



REVIEW TYPE ▼    PURCHASE TYPE ▼    LANGUAGE ▼    DATE RANGE ▼    PLAYTIME ▼    DISPLAY ▼

Show graph ⌄

Filters ▢▢▢ ▢▢▢ ▢▢▢ ▢▢▢ ▢▢▢    Excluding Off-topic Review Activity ✕    Playtime: ✕    Played Mostly on Steam Deck ✕

There are no more reviews that match the filters set above

Adjust the filters above to see other reviews

Case 2:21-cv-03073-FLA-JC Document 115-2 Filed 02/14/25 Page 18 of 128 Page ID #:3827



Loading reviews...



**VALVE**  © 2024 Valve Corporation. All rights reserved. All trademarks are property of their respective owners in the US and other countries. VAT included in all prices where applicable.  Privacy Policy  |  Legal  |  Steam Subscriber Agreement  |  Refunds  |  Cookies

About Valve  |  Jobs  |  Steamworks  |  Steam Distribution  |  Support  |  Recycling  |  Gift Cards  |  **f** Steam  |  𝕏 @steam

# EXHIBIT 59

## 🔒 Page Vault

| | |
|---|---|
| Document title: | (4) WarzoneRisk - Facebook, in its infinite wisdom, has concluded that... | Facebook |
| Capture URL: | https://www.facebook.com/WarzoneRisk/posts/1430019850437642/ |
| Page loaded at (UTC): | Mon, 25 Nov 2024 19:16:09 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 19:18:13 GMT |
| Capture tool: | 10.53.2 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | oZThkTMKAYaHsFGWm15Hhe |
| Display Name: | whk |

PDF REFERENCE #:       3Wbw1y8AaoqFEy1rtBS2AR



EXHIBIT
47
420
Ficker 12/4/24





## WarzoneRisk's Post                                                    ✕

**WarzoneRisk**
May 29, 2018 · 🌐                                                          ···

Facebook, in its infinite wisdom, has concluded that the official Warzone Facebook page should be named WarLight. Apparently naming it Warzone would be "confusing for people who like your Page." So instead we'll talk about Warzone on the WarLight page. We wouldn't want anyone to get confused!

EDIT: After a second appeal, Facebook has agreed to change the name! Thanks!

👍😆❤️ 68                                                              30 comments

| 👍 Like | ◯ Comment | ↪ Share |
|---------|-----------|---------|

Most relevant ▾

**Jakub Radzimiński**
I am indeed confused, why you changed the name to Warzone 😆

6y   Like   Reply   10 👍

🌐 WarzoneRisk replied · 2 Replies

**Louis Blanchard**
i haven't played for a couple of years now, why was Warlight rebranded to Warzone??

6y   Like   Reply   6 👍

🌐 WarzoneRisk replied · 2 Replies

**Alexander Dewitt**
Should have stayed WarLight

6y   Like   Reply   25 👍

View all 5 replies

**Jeff Staples**
Why change the name? Warzone sounds like such a cliched name, not to mention just a general word...warzone....Warlight was much better imo

Not to mention theres a ton of games out there called just plain Warzone...it is confusing.

6y   Like   Reply   3 👍

**Timi Nator**
Facebook knows better than you.

6y   Like   Reply   8 👍

**Noah Mills**
So what's the difference between Warzone and Warlight???

6y   Like   Reply

**Ryan Emmons**
Don't listen to the haters guys, WarZoneRIskTHeGamea sounds way better than Warlight lmao

6y   Like   Reply

**Adrian Pietruszewski**
Warlight sounds better!

6y   Like   Reply   10 👍

**Anthony James**
I was wondering why it was so hard to find.

6y   Like   Reply

**Joseph Matson**
Warlight sounds better.

6y   Like   Reply   👍

**Daniel Church**
*changes name to WarzoneRisk*

👤 Write a comment...                                    😊 ☺ 📷 😀 🎁



**WarzoneRisk's Post** ✕

**WarzoneRisk**
May 29, 2018 · 🌐

Facebook, in its infinite wisdom, has concluded that the official Warzone Facebook page should be named WarLight. Apparently naming it Warzone would be "confusing for people who like your Page." So instead we'll talk about Warzone on the WarLight page. We wouldn't want anyone to get confused!

EDIT: After a second appeal, Facebook has agreed to change the name! Thanks!

👍😍😢 68                                           30 comments

👍 Like          ○ Comment          ↷ Share

Most relevant ▾

**Jakub Radzimiński**
I am indeed confused, why you changed the name to Warzone 😊
6y  Like  Reply  10👍
● WarzoneRisk replied · 2 Replies

**Louis Blanchard**
i haven't played for a couple of years now, why was Warlight rebranded to Warzone??
6y  Like  Reply  6👍
● WarzoneRisk replied · 2 Replies

**Alexander Dewitt**
Should have stayed WarLight
6y  Like  Reply  25👍
View all 5 replies

**Jeff Staples**
Why change the name? Warzone sounds like such a cliched name, not to mention just a general word...warzone....Warlight was much better imo
Not to mention theres a ton of games out there called just plain Warzone...it is confusing.
6y  Like  Reply  3👍

**Timi Nator**
Facebook knows better than you.
6y  Like  Reply  8👍

**Noah Mills**
So what's the difference between Warzone and Warlight???
6y  Like  Reply

**Ryan Emmons**
Don't listen to the haters guys, WarZoneRIskTHeGamea sounds way better than Warlight lmao
6y  Like  Reply

**Adrian Pietruszewski**
Warlight sounds better!
6y  Like  Reply  10👍

**Anthony James**
I was wondering why it was so hard to find.
6y  Like  Reply

**Joseph Matson**
Warlight sounds better.
6y  Like  Reply  👍

**Daniel Church**
*changes name to WarzoneRisk*

Write a comment...          😀 😊 📷 🎬 🎁

Document title: (4) WarzoneRisk - Facebook, in its infinite wisdom, has concluded that... | Facebook
Capture URL: https://www.facebook.com/WarzoneRisk/posts/1430019850437642/
Capture timestamp (UTC): Mon, 25 Nov 2024 19:18:13 GMT

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 60

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 61

# EXHIBIT 62

**a Page Vault**

| | |
|---|---|
| Document title: | Play Risk Online Free - Warzone |
| Capture URL: | https://web.archive.org/web/20180224072011/https://www.warzone.com/ |
| Page loaded at (UTC): | Sat, 16 Nov 2024 00:13:58 GMT |
| Capture timestamp (UTC): | Sat, 16 Nov 2024 00:13:59 GMT |
| Capture tool: | 3.1.1 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 2 |
| Capture ID: | bFqNLSFteYR3kYzJV4ucEo |
| Display Name: | whk |



EXHIBIT
52
Ficker 12/4/24

PDF REFERENCE #:        toEkss9unm8sQ3SEjLtWxh

426





**Play Now**

A turn-based strategy game inspired by the classic board game Risk. Play alone or with friends.

Document title: Play Risk Online Free - Warzone
Capture URL: https://web.archive.org/web/20180224072011/https://www.warzone.com/
Capture timestamp (UTC): Sat, 16 Nov 2024 00:13:59 GMT
Estimated post date: 02/24/2018 7:20:11 AM

**🔒 Page Vault**

Document title:                    Multiplayer Strategy Game - Play Risk Online Free - Warzone

Capture URL:                       https://web.archive.org/web/20181109000722/https://www.warzone.com/Multiplayer-
                                   Strategy

Page loaded at (UTC):              Sat, 16 Nov 2024 00:14:04 GMT

Capture timestamp (UTC):           Sat, 16 Nov 2024 00:14:05 GMT

Capture tool:                      3.1.1

Collection server IP:              54.175.14.236

Browser engine:                    Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like
                                   Gecko) Chrome/131.0.0.0 Safari/537.36

Operating system:                  linux x64 (Node v20.18.0)

PDF length:                        2

Capture ID:                        sEPdgeNa3m4PuhY5Sk7D7o

Display Name:                      whk





Single-Player ▾    Multi-Player ▾    Community ▾    Help ▾    Sign In

# Multiplayer Strategy Game

There are currently many different multiplayer games online available for people to play. Some operate using real time strategy, meaning that the players do not take turns or go in sequential order, there are first person shooter games, and many seem to be war games. Massively Multiplayer Online Games (MMO or MMOG) create an entire community of people with a common interest. In playing this game online, possibly working together or against each other, complete strangers can interact and build alliances. Strategy games require skill and planning, which can be more difficult when working with a larger group of people, or it can be more beneficial because there are more minds working together.

### Different Types of Games

Some games involve taking on the identity of another person or group of people in order to accomplish the tasks. There are countless different types of games, ways to play, and tons of people to play them with. For example, the game Dragons of Atlantis is a strategy based MMO game based on obtaining and conquering different areas. It is based on the Legend of Atlantis while incorporating other ideas and more technology. Another example is Terra Militaris, a game based on an intricate trade system between four nations with the ultimate goal being world domination. It seems the most common theme among MMO strategy type games is to acquire the most resources, meaning the player would be in total control. There is typically a city or plot of land, then the players must work to develop it, form armies and plan attacks. In some games, a player must create his own resources by means of farming, creating weapons or organizing troops and managing people. Once a player obtains all the power and resources, he has the luxury of controlling other players or simply winning the game. The allure of these types of games is obviously winning, but also having the opportunity to collaborate with different people with similar skill levels and interests. It is more exciting to play a game with people who share the same intrigue and desire to succeed. The upside of it all being online is that the player can log on at any time from anywhere and contribute to the game, he doesn't have to be in the same location as his teammates or opponents, they can communicate online.

### MMOG Community

Many of the other popular multiplayer strategy games revolve around mapmaking, conquests and battling opponents. Some have a more definitive theme such as World War II, fantasy situations, Cowboys and Indians, role playing, outer space, under water and even more. In these multiplayer situations it is important for the player to participate in the planning because all players within a team must be on the same page and understand what is expected. There are tons of MMO games available online, all slightly different in their own ways but all the while remaining within the same category. Another advantage to these multiplayer strategy games is the fact that there is always someone to play with. Everyone has busy schedules but when dealing with the world of online games, there tends to always be an opponent available to play with or against. It is much easier to coordinate online schedules than it is to get a group together to physically play the game. Warzone as an online game is also much more convenient and fun.

Game of Thrones: Risk Online for Free

Contact | Terms of Service | About Warzone | Play Risk Online | Multiplayer Strategy Game | Skill Game

Document title: Multiplayer Strategy Game - Play Risk Online Free - Warzone
Capture URL: https://web.archive.org/web/20181109000722/https://www.warzone.com/Multiplayer-Strategy
Capture timestamp (UTC): Sat, 16 Nov 2024 00:14:05 GMT
Estimated post date: 11/09/2018 12:07:22 AM

**🔒 PageVault**

| | |
|---|---|
| Document title: | Play Risk Online - Play Risk Online Free - Warzone |
| Capture URL: | https://web.archive.org/web/20180929074740/https://www.warzone.com/play-risk |
| Page loaded at (UTC): | Sat, 16 Nov 2024 00:12:34 GMT |
| Capture timestamp (UTC): | Sat, 16 Nov 2024 00:12:35 GMT |
| Capture tool: | 3.1.1 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | iyQvcvXgNehr6ak8s8ddXA |
| Display Name: | whk |


4 captures
29 Sep 2014 - 13 Sep 2019



Single-Player ▾    Multi-Player ▾    Community ▾    Help ▾    Sign In

# Play Risk Online

The most famous multiplayer online risk style game is Warzone. The site was launched in 2008 and has had over 6 million games played so far. The classic feature of risk is country-to-country conflicts resolved by a roll of the dice, instead of using dice Warzone use attacking/defending ratios. Attackers kill 60%, so for example if an attacker has 50 armies at the start of the turn they would be able to kill 30 armies in a neighboring country. As a defender with 50 armies the defense kill ratio is 70%, so as an example of 50 defending armies they would kill 35 incoming armies.

In a scenario with 40 armies in Territory Alpha attacking 40 armies in Territory Beta. Player Alpha will be left with 12 armies and player Beta would be left with 16 armies. The difference of 4 armies is a 10 percent difference between attacker and defender. It always pays to defend in a conflict. Being an attacker costs 10% more but the spoils of war often outweigh the costs.

### Turn based strategy war game
Warzone has three phases to an attack. 1) Deployment, 2) Attacking, 3) Confirming. The classic game of Risk also has three phases. 1) Deployment, 2) Attacking, 3) Reinforcement. However Risk has the players take their turn in sequential order, Warzone has turns taken in parallel. The biggest advantage to parallel play is faster games and it makes the play more balanced.

### The luck of the cards
Strategy is super important in both Risk and Warzone. When it comes to determining the outcome of the game the cards can make a difference. The player with the most strategic thinking may not win in the board game Risk. In Warzone luck plays little effect on the outcome of the game because cards are given out in fair manner.

### Dice Control the game
While cards in Risk are a big factor in winning, the biggest luck factor are the dice. A hot roller can play Risk online and win a game with a pair of sixes at the best moment. It is hard to dispute luck plays a huge roll with the dice and they can beat a brilliant strategy. It is unfortunate that skill can be beaten by lucky rolls.

### Lots of Maps
Warzone has many maps to enjoy, when you play Risk you play the same board. So while you can play both games online now it is far better to play Warzone than to play Risk.

### Available on Android Market and in the iOS App Store
Warzone has taken the best aspects of the game Risk and compiled it into a perfect version of the game. The most convenient part about Warzone is that it's available online on multiple platforms so it can be played virtually anywhere. It has multiplayer options allowing players the luxury of inviting friends to join in a game without the hassle of clearing off the kitchen table and busting out the board game. It is a great way for people to connect with each other, it is a game so people play for fun, but it also activates the brain. That's another important thing to remember. Warzone is all about playing smart and strategizing, it has very little to do with luck. Winning ultimately comes down to who has a better strategy and how he decides to take on his opponent. The rules and general idea of the game mirror that of Risk but Warzone is a fine tuned version available at the player's fingertips.

### Endless Possibility
Since the game is online there are more options than in the traditional game, such as a plethora of maps. A player even has the ability to create his own maps and design them to his liking, customizing the game. This creates a more exciting atmosphere for the player along with giving him more options than the original version. With over 6 million people playing the game since its release, the Warzone community is big and continuing to grow. People are quick to realize that it is one of the best online versions of the long-time favorite Risk, and for

Document title: Play Risk Online - Play Risk Online Free - Warzone
Capture URL: https://web.archive.org/web/20180929074740/https://www.warzone.com/play-risk
Capture timestamp (UTC): Sat, 16 Nov 2024 00:12:35 GMT
Estimated post date: 09/29/2018 7:47:40 AM

Turn based strategy war game

Warzone has three phases to an attack, 1) Deployment, 2) Attacking, 3) Confirming. The classic game of Risk also has three phases, 1) Deployment, 2) Attacking, 3) Reinforcement. However Risk has the players take their turn in sequential order, Warzone has turns taken in parallel. The biggest advantage to parallel play is faster and it makes the play more balanced.

### The luck of the cards

Strategy is super important in both Risk and Warzone. When it comes to determining the outcome of the game the cards can make a difference. The player with the most strategic thinking may not win in the board game Risk. In Warzone luck plays little effect on the outcome of the game because cards are given out in fair manner.

### Dice Control the game

While cards in Risk are a big factor in winning, the biggest luck factor are the dice. A hot roller can play Risk online and win a game with a pair of sixes at the best moment. It is hard to dispute luck plays a huge roll with the dice and they can beat a brilliant strategy. It is unfortunate that skill can be beaten by lucky rolls.

### Lots of Maps

Warzone has many maps to enjoy, when you play Risk you play the same board. So while you can play both games online now it is far better to play Warzone than to play Risk.

### Available on Android Market and in the iOS App Store

Warzone has taken the best aspects of the game Risk and compiled it into a perfect version of the game. The most convenient part about Warzone is that it's available online on multiple platforms so it can be played virtually anywhere. It has multiplayer options allowing players the luxury of inviting friends to join in a game without the hassle of clearing off the kitchen table and busting out the board game. It is a great way for people to connect with each other, it is a game so people play for fun, but it also activates the brain. That's another important thing to remember, Warzone is all about playing smart and strategizing, it has very little to do with luck. Winning ultimately comes down to who has a better strategy and how he decides to take on his opponent. The rules and general idea of the game mirror that of Risk but Warzone is a fine tuned version available at the player's fingertips.

### Endless Possibility

Since the game is online there are more options than in the traditional game, such as a plethora of maps. A player even has the ability to create his own maps and design them to his liking, customizing the game. This creates a more exciting atmosphere for the player along with giving him more options than the original version. With over 6 million people playing the game since its release, the Warzone community is big and continuing to grow. People are quick to realize that it is one of the best online versions of the long-time favorite Risk, and for good reason. In a game of Warzone, each player decides which move he wants to make, confirms it, and then the turns occur simultaneously, rather than in sequential order. This not only allows the game to run more smoothly but it takes less time to complete. It is also a little more exciting this way because a player sees his opponent's move either after or before his, depending on who's turn it is, and the moves make sense because they are occurring in a parallel fashion.

### Available to Everyone

In playing the game online, a player can challenge friends no matter where they may live. Due to this fact alone, Warzone has the ability to reconnect old friends and introduce new friends all because the players share a common interest. Even though this game is inherently political, it attracts many different kinds of people with different beliefs. Warzone has already expanded into an immense online community compiled of players who love the game, especially the convenience of playing it anywhere. It is not difficult to determine that people who loved the game Risk will love Warzone even more.

Contact | Terms of Service | About Warzone | Play Risk Online | Multiplayer Strategy Game | Skill Game

**A Page Vault**

| | |
|---|---|
| Document title: | About - Play Risk Online Free - Warzone |
| Capture URL: | https://web.archive.org/web/20180930230235/https://www.warzone.com/about |
| Page loaded at (UTC): | Sat, 16 Nov 2024 00:13:05 GMT |
| Capture timestamp (UTC): | Sat, 16 Nov 2024 00:13:06 GMT |
| Capture tool: | 3.1.1 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | kaUgsC51iNCJpXEC7hEoQj |
| Display Name: | whk |





Single-Player ▾   Multi-Player ▾   Community ▾   Help ▾   Sign In

Privacy Policy | Contact | Press | Terms of Service

# About Warzone

Tired of Risk clones? Graduate to Warzone!

Warzone is a turn-based online board game where you and your friends compete to rule the world. If you are new here, you can try it out in single-player mode before jumping into a game with your friends.

Check out this short video to get an overview of what Warzone offers:

▶

# Key features:

- Asynchronous games: Warzone games can be played at your own pace. Your friends don't need to be all be online at the same time. Take your turns when it's convenient and Warzone will wait for you.
- No microtransactions: Warzone won't let you buy your way to a victory like other free-to-play games. You win or lose Warzone games based on your strategy, not your wallet.
- Faster games: All players can take their turn at the same time, which allows Warzone games to move along significantly faster than other Risk-like games.
- Customizable: Warzone has a very flexible engine. When creating games, you have hundreds of settings they can tweak to create anything from a minor variant to a whole new experience.
- Luck-free: By default, Warzone games are determined entirely by your skill -- there is no randomness of the dice like in Risk. Luck options are available when creating a game for those who like randomness.
- Maps: Warzone has over a thousand hand-made maps to choose from, with more being added all the time. Or you can design your own!
- Strategic battles and tournaments: Warzone has a finely-tuned 1v1 and 2v2 experience, which makes for great competitive play.
- Cards: Warzone has a variety of cards with varying effects, like the Diplomacy Card, Spy Card, Airlift Card, Blockade Card, and more!
- Tournaments: Create your own tournaments and compete!
- Ladders: Warzone has several ladders, which are competitive arenas where everyone competes for the top spot

I created Warzone as a hobby project in my spare time. It has since turned into a thriving community and continues growing on a daily basis.

Want to help out? The best way to help is to invite all your friends and family members to Warzone! Also, if you feel so inclined, you can try your hand at designing your own map or you can help contribute to the wiki.

If you want to get in contact with me, please see the Contact page.

Document title: About - Play Risk Online Free - Warzone
Capture URL: https://web.archive.org/web/20180930203235/https://www.warzone.com/about
Capture timestamp (UTC): Sat, 16 Nov 2024 00:13:06 GMT
Estimated post date: 09/30/2018 11:02:35 PM

**a Page Vault**

| | |
|---|---|
| Document title: | Terms of Service - Play Risk Online Free - Warzone |
| Capture URL: | https://web.archive.org/web/20180930230351/https://www.warzone.com/termsofservice |
| Page loaded at (UTC): | Sat, 16 Nov 2024 00:12:13 GMT |
| Capture timestamp (UTC): | Sat, 16 Nov 2024 00:12:15 GMT |
| Capture tool: | 3.1.1 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 4 |
| Capture ID: | b4mdvrkmABxgiHycWbdNYF |
| Display Name: | whk |

INTERNET ARCHIVE
WaybackMachine    32 captures
18 Jan 2015 - 26 Sep 2024
2015  2018  2020   About this capture



WARZONE

Single-Player ▾   Multi-Player ▾   Community ▾   Help ▾   Sign In

Privacy Policy | Contact | Prices | About

# Terms of Service

Terms of Service

I. Terms

By visiting or using this web site or any Warzone.com, LLC.'s products, software, data feeds or services, you are agreeing to be bound by these Terms of Service, all applicable laws and regulations, and agree that you are responsible for compliance with any applicable local laws. If you do not agree with any of these terms, you are prohibited from using or accessing this site. The materials contained in this web site are protected by applicable copyright and trade mark law.

"Warzone.com, LLC." in this document refers to Warzone.com, LLC., a limited liability company governed by the laws of the State of Washington, formed 6/18/2015

"Accounts" in this document refer to a User who registers with Warzone.com, LLC. to obtain permission to access certain site features.

"User(s)" in this document refers to a person or persons who have visited any Web Site owned by Warzone.com, LLC or used any app owned by Warzone.com, LLC.

"Apps" in this document refers to any application running on any device, which includes, but not limited to, applications written for iOS, Android, Windows, Mac, Linux.

"Web Site" in this document refers to any content originating for Warzone.com, LLC, which includes, but not limited to, warzone.com and any pages therewithin, or any of Warzone.com, LLC.'s apps.

"Content" in this document includes, but is not limited to, text, photos, graphics, mods, maps, or any file or data uploaded to Warzone.com, LLC.'s web site, app, or server.

II. Use License

Permission is granted for Users to temporarily use the materials on Warzone.com, LLC.'s Web Site and apps for personal, non-commercial transitory viewing only. This is the grant of a license, not a transfer of title, and under this license you may not

modify or copy the materials;

attempt to decompile, reverse engineer or modify any software or data feed contained on Warzone.com, LLC.'s web site;

attempt to disrupt service to Warzone.com, LLC.'s web site;

remove any copyright or other proprietary notations from the materials; or

transfer the materials to another person or "mirror" the materials on any other server.

This license shall automatically terminate if Users violate any of these restrictions and may be terminated by Warzone.com, LLC. at any time. Upon terminating your viewing of these materials or upon the termination of this license, Users must destroy any downloaded materials in the Users possession whether in electronic or printed format.

III. Disclaimer

The materials on Warzone.com, LLC.'s web site are provided "as is". Warzone.com, LLC. makes no warranties, expressed or implied, and hereby disclaims and negates all other warranties, including without limitation, implied warranties or conditions of merchantability, fitness for a particular purpose, or non-infringement of intellectual property or other violation of rights. Further, Warzone.com, LLC. does not warrant or make any representations concerning the accuracy, likely results, or reliability of the use of the materials on its Internet web site or otherwise relating to such materials or on any sites linked to this site.

IV. Limitations

In no event shall Warzone.com, LLC. or its suppliers be liable for any damages (including, without limitation, damages for loss of data or profit, or due to business interruption,) arising out of the use or inability to use the materials on Warzone.com, LLC.'s Web Site or apps, even if Warzone.com, LLC. or a Warzone.com, LLC. authorized representative has been notified orally or in writing of the possibility of such damage. Because some jurisdictions do not allow limitations on implied warranties, or limitations of liability for consequential or incidental

Document title: Terms of Service - Play Risk Online Free - Warzone
Capture URL: https://web.archive.org/web/20180930230351/https://www.warzone.com/termsofservice
Capture timestamp (UTC): Sat, 16 Nov 2024 00:12:15 GMT
Estimated post date: 09/30/2018 11:03:51 PM
Page 1 of 3
436

Wayback Machine    32 captures
18 Jan 2015 – 26 Sep 2024
2015  2018  2020  About this capture

In no event shall Warzone.com, LLC. or its suppliers be liable for any damages (including, without limitation, damages for loss of data or profit, or due to business interruption,) arising out of the use or inability to use the materials on Warzone.com, LLC.'s Web Site or apps, even if Warzone.com, LLC. or a Warzone.com, LLC. authorized representative has been notified orally or in writing of the possibility of such damage. Because some jurisdictions do not allow limitations on implied warranties, or limitations of liability for consequential or incidental damages, these limitations may not apply to all Users.

### V. Revisions and Errata

The materials appearing on Warzone.com, LLC.'s Web Site or apps could include technical, typographical, or photographic errors. Warzone.com, LLC. does not warrant that any of the materials on its Web Site are accurate, complete, or current. Warzone.com, LLC. may make changes to the materials contained on its web site at any time without notice. Warzone.com, LLC. does not, however, make any commitment to update the materials.

### VI. Links

Warzone.com, LLC.'s web site may contain links to third party Web Sites that are not owned or controlled by Warzone.com, LLC. Warzone.com, LLC. has no control over, and assumes no responsibility for, the content, privacy policies, or practices of any third party Web Sites. In addition, Warzone.com, LLC. will not and cannot censor or edit the content of any third-party site. By using the Service, you expressly relieve Warzone.com, LLC. from any and all liability arising from Users use of any third-party Web Site.

In addition, Warzone.com, LLC.'s users agree that linking warzone.com or any webpage therewithin to any third party Web Sites is done at the Users discretion and that Warzone.com, LLC. assumes no responsibility for, the content, privacy policies, or practices of any third party Web Sites.

### VII. Warzone Accounts

In order to access some features of the Service, you will have to create a Warzone Account. Users are restricted from use of another's Users Account without permission. Users are restricted from impersonating another User's Account. When creating a User Account, you must provide accurate and complete information. Users are solely responsible for the activity that occurs on User Account, and Users must keep Account password secure. You must notify Warzone.com, LLC. immediately of any breach of security or unauthorized use of a User Account.

### VIII. Automation

Users agree not to use or launch any automated system that accesses Warzone.com, LLC.'s Web Site, app, or servers, including but not limited to systems that attempt to automatically play the game, create games, communicate with other Users, or mine data, except via responsible use of authorized APIs defined at http://warzone.com/api

### IX. Content

Users shall be solely responsible for user created Content and the consequences of submitting and publishing Content on Warzone.com, LLC.'s web site. Users affirm, represent, and warrant that they own or have the necessary licenses, rights, consents, and permissions to publish Content they submit; and you license to Warzone.com, LLC. all patent, trademark, trade secret, copyright or other proprietary rights in and to such Content for publication pursuant to these Terms of Service.

By submitting Content to Warzone.com, LLC., Users hereby grant Warzone.com, LLC. a worldwide, non-exclusive, royalty-free, perpetual, irrevocable, sublicenseable and transferable license to use, reproduce, distribute, prepare derivative works of, display, and perform the Content in connection with the Service and Warzone.com, LLC.'s (and its successors' and affiliates') business, in any medium and for any purpose, including commercial purposes, including without limitation for promoting and redistributing part or all of the Service (and derivative works thereof) in any media formats and through any media channels. Users also hereby grant each User of the Service a non-exclusive license to access their Content through the Service, and to use, reproduce, distribute, display and perform such Content as permitted through the functionality of the Service and under these Terms of Service.

The Content on the Service, and the trademarks, service marks and logos on the Service, are owned by or licensed to Warzone.com, LLC., subject to copyright and other intellectual property rights under the law.

We take no responsibility for, we do not expressly or implicitly endorse, and we do not assume any liability for any user content submitted by Users.

### X. Site Terms of Use Modifications

necessary licenses rights, consents, and permissions to publish Content they submit, and you license to
Warzone.com, LLC. all patent, trademark, trade secret, copyright or other proprietary rights in and to such
Content for publication pursuant to these Terms of Service.

By submitting Content to Warzone.com, LLC., Users hereby grant Warzone.com, LLC. a worldwide, non-
exclusive, royalty-free, perpetual, irrevocable, sublicenseable and transferable license to use, reproduce,
distribute, prepare derivative works of, display, and perform the Content in connection with the Service and
Warzone.com, LLC.'s (and its successors' and affiliates') business, in any medium and for any purpose, including
commercial purposes, including without limitation for promoting and redistributing part or all of the Service (and
derivative works thereof) in any media formats and through any media channels. Users also hereby grant each
User of the Service a non-exclusive license to access their Content through the Service, and to use, reproduce,
distribute, display and perform such Content as permitted through the functionality of the Service and under
these Terms of Service.

The Content on the Service, and the trademarks, service marks and logos on the Service, are owned by or
licensed to Warzone.com, LLC., subject to copyright and other intellectual property rights under the law.

We take no responsibility for, we do not expressly or implicitly endorse, and we do not assume any liability for
any user content submitted by Users.

X. Site Terms of Use Modifications
Warzone.com, LLC. may revise these terms of use for its Web Site at any time without notice. By using this Web
Site you are agreeing to be bound by the then current version of these Terms and Conditions of Use viewable at
http://warzone.com/TermsOfService

XI. Governing Law
Any claim relating to Warzone.com, LLC.'s Web Site shall be governed by the laws of the State of Washington
without regard to its conflict of law provisions.

XII. Digital Millennium Copyright Act

In compliance with the Digital Millennium Copyright Act (the "DMCA"), please send DMCA notifications of
claimed copyright infringements to Warzone.com, LLC. by e-mail at dmca@warzone.com

Pursuant to the DMCA, Warzone.com, LLC. will terminate the accounts of repeat infringers. Warzone.com, LLC.
will cooperate fully with any civil and/or criminal litigation arising from the violation of this policy.

XIII. Children

Warzone.com, LLC. is not directed at people under the age of 13, and Warzone.com, LLC. does not knowingly
collect any personal information from such people.

XIV. Mods

All mods uploaded into Warzone must be licensed with the MIT license. Any mods without a license specified are
assumed to be licensed by the MIT license.

The section titles in the TERMS AND CONDITIONS OF USE are for convenience only and have no legal or
contractual effect.

Last Modified: 10/22/2017

Contact | Terms of Service | About Warzone | Play Risk Online | Multiplayer Strategy Game | Skill Game

Document title: Terms of Service - Play Risk Online Free - Warzone
Capture URL: https://web.archive.org/web/20180930230351/https://www.warzone.com/termsofservice
Capture timestamp (UTC): Sat, 16 Nov 2024 00:12:15 GMT
Estimated post date: 09/30/2018 11:03:51 PM

438
Page 3 of 3

# EXHIBIT 63

**⬛ Page Vault**

| | |
|---|---|
| Document title: | Warzone - Better than Hasbro's RISK® game - Play Online Free |
| Capture URL: | https://web.archive.org/web/20190128070722/https://www.warzone.com/ |
| Page loaded at (UTC): | Sat, 16 Nov 2024 00:13:44 GMT |
| Capture timestamp (UTC): | Sat, 16 Nov 2024 00:13:45 GMT |
| Capture tool: | 3.1.1 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 2 |
| Capture ID: | tmEt4YcZC6M9VheoQtK1wA |
| Display Name: | whk |

**EXHIBIT**

53

Ficker 12/4/24

PDF REFERENCE #:    xeqM6sVpmF9nE49maAzdDS

440



Single-Player ▾    Multi-Player ▾    Community ▾    Help ▾    Sign In



Play Now

If you like Hasbro's RISK® game, you'll love Warzone. Play alone or with friends.

Contact | Terms of Service | About Warzone | Multiplayer Strategy Game | Skill Game

Document title: Warzone - Better than Hasbro&#39;s RISK® game - Play Online Free
Capture URL: https://web.archive.org/web/20190128070722/https://www.warzone.com/
Capture timestamp (UTC): Sat, 16 Nov 2024 00:13:45 GMT
Estimated post date: 01/28/2019 7:07:22 AM

**🔒 PageVault**

| | |
|---|---|
| Document title: | **Multiplayer Strategy Game - Warzone - Better than Hasbro's RISK® game - Play Online Free** |
| Capture URL: | https://web.archive.org/web/20210617063346/https://www.warzone.com/Multiplayer-Strategy |
| Page loaded at (UTC): | Sat, 16 Nov 2024 00:13:57 GMT |
| Capture timestamp (UTC): | Sat, 16 Nov 2024 00:13:58 GMT |
| Capture tool: | 3.1.1 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 2 |
| Capture ID: | nVGL4GC879uZyFoTRV6meC |
| Display Name: | whk |

PDF REFERENCE #:        h4gXzUFEPYpGys9rbHiDMo

INTERNET ARCHIVE https://web.archive.com/Multiplayer-Strategy
WayBackMachine   18 captures   30 Sep 2016 - 5 Jul 2024
2020  2021  2022   About this capture



**WARZONE**

Idle   Single-Player ▾   Multi-Player ▾   Community ▾   Help ▾   Sign In

# Multiplayer Strategy Game

### Different Types of Games

### MMOG Community

Document title: Multiplayer Strategy Game - Warzone - Better than Hasbro's RISK® game - Play Online Free
Capture URL: https://web.archive.org/web/20210617063346/https://www.warzone.com/Multiplayer-Strategy
Capture timestamp (UTC): Sat, 16 Nov 2024 00:13:58 GMT
Estimated post date: 06/17/2021 6:33:46 AM

443
Page 1 of 1

**🔒 Page Vault**

| | |
|---|---|
| Document title: | Game of Thrones Risk Online for Free - Warzone - Better than Hasbro's RISK® game - Play Online Free |
| Capture URL: | https://web.archive.org/web/20201001161856/https://www.warzone.com/GameOfThronesRiskOnline |
| Page loaded at (UTC): | Sat, 16 Nov 2024 00:14:20 GMT |
| Capture timestamp (UTC): | Sat, 16 Nov 2024 00:14:21 GMT |
| Capture tool: | 3.1.1 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 2 |
| Capture ID: | bnzY86GzVEH28jBH1YTqJ3 |
| Display Name: | whk |



  

Single-Player ▾   Multi-Player ▾   Community ▾   Help ▾   Sign In

| Map name | Unlocks at level | Average rating (# of Raters) | Territories | Created |
|---|---|---|---|---|
| | 2 | 4.2 | | Oct 2014 |
| | 1 | 4.4 | | Jul 2014 |
| | 30 | 4.1 | | Jul 2013 |
| | 9 | 3.8 | | Nov 2014 |
| | 21 | 3.9 | | Apr 2001 |
| | 9 | 3.9 | | Jan 2015 |
| | 2 | 4.2 | | Jul 2013 |
| | 35 | 3.9 | | Nov 2021 |
| | 1 | 3.9 | | Sept 2013 |
| | 11 | | | Oct 2015 |

Document title: Game of Thrones Risk Online for Free - Warzone - Better than Hasbro&#39;s RISK® game - Play Online Free
Capture URL: https://web.archive.org/web/20201001161856/https://www.warzone.com/GameOfThronesRiskOnline
Capture timestamp (UTC): Sat, 16 Nov 2024 00:14:21 GMT
Estimated post date: 10/01/2020 4:18:56 PM

445

Page 1 of 1

# EXHIBIT 64

12/4/24, 7:48 PM                                                                Facebook

# facebook                                                          



Usroid
October 12, 2020 · 🌐                                                          ...

Download Idle Warzone 3d: Military Game - Army Tycoon 1.2 - simulation game &quot;click military
base&quot; Android + mod

Idle Warzone 3d: Military Game - Army Tycoon v1.2 + Mod - Android click base military game
regular version + mod version (infinite money) individually
tested with offline execution
Idle Warzone 3d: Military Game - Army Tycoon - Click Military Base Is the title of a game in the simulation
genre published by Virede game development studio for Android devi... **See more**

👍 Like                                         💬 Comment

# Log in or sign up for Facebook to connect with friends, famil...

Log In          or          Create new account

https://www.facebook.com/photo/?fbid=210881390648121&set=a.171717124564548

Exhibit 57

FICKER
12/5/24

Laura Axelsen

447

1/1

# EXHIBIT 65

Case 2:21-cv-03073-FLA-JC    Document 115-2    Filed 02/14/25    Page 50 of 128    Page
ID #:3919
12/4/24, 7:27 PM                              Idle Warzone 3d: Military Game on the App Store

**App Store** Preview

Open the Mac App Store to buy and download apps.



**Idle Warzone 3d: Military Game** 12+
War Clicker Business Simulator
Virede
Designed for iPad
★★★★★ 4.7 • 2.8K Ratings
Free · Offers In-App Purchases

Exhibit 58

FICKER
12/5/24

Laura Axelsen
CSR 6173

**Screenshots** iPad  iPhone











Idle Warzone 3d is a new revolutionary clicker game. Upgrade your soldiers and advance through the city. Your objective is to make sure that all city areas are free from bad guys. Earn money by completing missions and grow your army. Can you become the first War Army Tycoon?

How is our game different from all other Idle games? Our game is most complex out there, with a lot of 3d interactive fighting combat situations. Realistic 3d animations and interactions between soldiers make you feel like on a real battlefield. You have more than 16 areas to unlock throughout the game, with a g: more

**What's New**                                                                                                    Version History
Version 1.0.27
Performance improvements

**Ratings and Reviews**                                                                                                    See All

**4.7**
out of 5

★★★★★
★★★★
★★★
★★
★

2.8K Ratings


please do rhis update, 01/14/2022

**Good game**
This game has so many features that are
amazing and gives you great experience of
the game keep up the good work


199185, 06/20/2021

**Major fixes needed**
The game is good, it is just very buggy and
needs some major fixes
My findings are as follows:
• The task and reward system has som more

**App Privacy**                                                                                                    See Details

Idle War 3D Military Game on the App Store

The developer, **Virede**, indicated that the app's privacy practices may include handling of data as described below. For more information, see the developer's privacy policy.



**Data Used to Track You**

The following data may be used to track you across apps and websites owned by other companies:

Identifiers



**Data Linked to You**

The following data may be collected and linked to your identity:

Identifiers



**Data Not Linked to You**

The following data may be collected but it is not linked to your identity:

 Usage Data        Diagnostics

Privacy practices may vary, for example, based on the features you use or your age. Learn More

## Information

Seller
Virede LLC

Size
139.5 MB

Category
Games

Compatibility
iPhone
Requires iOS 11.0 or later.

iPad
Requires iPadOS 11.0 or later.

iPod touch
Requires iOS 11.0 or later.

Mac
Requires macOS 11.0 or later and a Mac with Apple M1 chip or later.

Apple Vision
Requires visionOS 1.0 or later.

Languages
English

Age Rating
12+
Infrequent/Mild Cartoon or Fantasy Violence
Infrequent/Mild Horror/Fear Themes
Infrequent/Mild Realistic Violence
Infrequent/Mild Mature/Suggestive Themes

Copyright
© Virede

Case 2:21-cv-03073-FLA-JC    Document 115-2    Filed 02/14/25    Page 52 of 128    Page
12/4/24, 7:27 PM                          ID #:3921
                                  Idle Warzone 3d Military Game on the App Store

Price
**Free**

In-App Purchases
1. Remove Ads                                                    $6.99
2. War General                                                   $4.99
3. Small Investment                                              $4.99
                                                                 more

Developer Website ↗
App Support ↗
Privacy Policy ↗

## More By This Developer                                       See All


Idle Law Firm: Justice
Empire
Games


Color By Number!
Pixel Art
Games


3d Voxel Art: Color by
Number
Games


Ball vs Colors!
Games

## You Might Also Like                                          See All


Soldier Life Simulator
Games
Games


Battle 3D - Strategy
game
Games


WW2 Battle Front
Simulator
Games


Idle Forces - Army
Tycoon
Games

**United States**   Español (México)   العربية   Русский   简体中文   Français (France)   한국어   Português (Brazil)   Tiếng Việt   繁體中文 (台灣)

Copyright © 2024 Apple Inc. All rights reserved.
**Internet Service Terms**   · **App Store & Privacy**   **Cookie Warning**   **Support**

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 66

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 67

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 68

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 69

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 70

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 71

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 72

# EXHIBIT 73

**🔒 Page Vault**

| | |
|---|---|
| Document title: | Warzone - turn based strategy - Apps on Google Play |
| Capture URL: | https://play.google.com/store/apps/details?id=com.warlight&hl=en_US&gl=US&showAllReviews=true |
| Captured site IP: | 172.217.1.206 |
| Page loaded at (UTC): | Wed, 15 Dec 2021 19:23:26 GMT |
| Capture timestamp (UTC): | Wed, 15 Dec 2021 19:24:05 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 13 |
| Capture ID: | e0a09d64-2b70-48c4-9a96-0d10bd529183 |
| User: | msk-general |



Exhibit 75
FICKER
12/5/24
Laura Axelsen
CSR 6173

PDF REFERENCE #:    9J34mhKyjpPa6TjkGjmbaK

**460**

 Search  

 Apps

Categories ∨    Home    Top charts    New releases    ❼    ✿

My apps

Shop

‹

Games

Kids

Editors' Choice

Account

Payment methods

My subscriptions

Redeem

Buy gift card

My wishlist

My Play activity

Parent Guide



## Warzone - turn based strategy

Warzone.com, LLC.   Strategy    ★ ★ ★ ★ · 22,877 ±

🄴 Everyone

Contains Ads · Offers in-app purchases

🔖 Add to Wishlist                        **Install**

REVIEWS                                    ❶ Review policy and info

Most relevant ∨    All Ratings ∨

User reviews

 **Shawn SQ Zhang**                              👍 ⋮
★ ★ ★ ★

It's a fantastic game that eats away time but every since I updated my S21 Ultra to Android 12, the game is clashing with the One UI launcher. I can't go back home unless I hit back a few times or go into a settings menu/access a notification

**m** **mario judah**                              👍 ⋮
★ ★ ★ ★ ★

Love the game. very fun to play if you like strategy also idle is great for people who like morag

**R** **R.W. Sorrell**                              👍 ⋮
★ ★ ★ ★ ★

Best game I have ever loaded on my phone. This is simple to play but can be very challenging

**joey davis**                              👍 ⋮
★ ★ ★ ★ ★

Love this game. It's like Risk with up to 40 players who compete to win strategy game. Players can even make their own maps. Overall it's pretty cool

**t** **tyfro muzi**                              👍 ⋮
★ ★

Game would be amazing but warzone idle is trash and always boots to and been getting booted since getting forced through idle always while each few seconds to play game could be a turn and not an idle trash. please stop forcing boot through idle, we come for war not for sim. I

**L** **Levi Johnson**                              👍 ⋮
★ ★ ★ ★ ★

I've been playing this game since 2014. Seen it improve over the years. It's a very good game even though it only has one person working on it. very impressive

 **Alexander Biega**                              👍 ⋮
★ ★ ★ ★ ★

Great, free, awesome community. Continues to get new player-made maps. fun for casuals and serious players. Lots of real-time and multi-day games



**Apps** Categories Home Top charts

My apps

Shop

Games

Kids

Editors' Choice

Account

Payment methods

My subscriptions

Redeem

Buy gift card

My wishlist

My Play activity

Parent Guide

even though it only has one person working on it. Very impressive.

**Alexander Biega**
★★★★★ September 28, 2021

Great free awesome community. Continues to get new player-made maps fun for casuals and serious players. Lots of real-time and multi-day games.

**Jonathan Arcement**
★★★ August 18, 2021

A lot like risk but less luck based and more number based. My problem with this game is map spawns; you'll spawn in a corner with a close enemy and another enemy has the whole map to themselves. Having to fight early only limits your expansion until by the time you're finished it's too late and th

Full Review

**Ben jammin**
★★★★★ October 8, 2021

Call of duty can go suck it...it's nothing but a generic pubg. the mobile cod anyway... this warzone was definitely out before call of duty but the same name on their game... they think cuz they are call of duty they can do whatever I'm referring to cod franchise sueing warzone over the name warzo.

Full Review

**Brad and Renee M**
★★★★ August 15, 2021

Such a fun game for being so simple. App is sluggish on slower devices.

**Yonathan Yeager**
★★★ July 3, 2021

Having played this on their site, the online version is much nicer to use and understand & has more features. As for the game itself I am not all that experienced, but from my half-year of playing, the strategy boils down to this: Attack & gain as many territories es quickly as possible. This is o.

Full Review

**Douglas Benigni**
★★★ August 9, 2021

Great game. Had it at 5 stars like forever but for some reason on almost all maps you just get attacked while one army takes over the whole map. Turning into no fun at all. But still play but not as often.

**Gus Fox Smith, AIF, ChFC**
★★★★★ August 2, 2021

Great strategy game. Easy to learn and endlessly flexible. Would love to see more mobile games that engage your mind like this and fewer brainless match 3 games.

**Bennett Beach**
★★★★★ August 8, 2021

Dev, would you please give me the option to turn off icons for conquered lands in idle mode? In the later levels, there are dozens and dozens of useless icons on the map that just clutter things up and make it nearly impossible to find the drafts with a small screen.

**Joshua Leonard**
★★★★★ November 7, 2018

This is a fantastic turn based strategy game. Autosave compensates for the long play time allowing you to pick up where you left off if something calls you away from a long game. There is a vast variety of options to tweak the games to something more enjoyable for you. There have certainly been mom

:: Apps    Categories ⌄    Home    Top chart    New releases                    ❓  ⚙

My apps

**Shop**

❮

Games

Kids

Editors' Choice

Account

Payment methods

My subscriptions

Redeem

Buy gift card

My wishlist

My Play activity

Parent Guide

★ ★ ★ ★ ★ November 7, 2019

This is a fantastic turn based strategy game. Autosave compensates for the long play time allowing you to pick up where you left off if something calls you away from a long game. There is a vast variety of options to tweak the games to something more enjoyable for you. There have certainly been more.

Full Review



**Ross Heintzkill**    👍    ⋮

★ ★ ★ ★ ★ December 3, 2019

Great strategy game based on gameplay that's similar to Risk, but with several key differences. If you like the idea of turn-based strategy and turn-based map numerical combat, this is the game for you. A huge difference between this and Risk is that the attack/defense numbers are baked in -- there

Full Review



**Andrew Berg**    👍    ⋮

★ ★ ★ ★ December 16, 2019

Fun game! It's just Risk with a few clever twists. A couple irritating levels almost made me quit ("local deployment" is a clever concept but horrible gameplay). Overall good enough that I played thru the levels and now I'm going back for stars. Not interested in PvP so I can't comment on that use.

Full Review



**Joshua Mark**    👍    ⋮

★ ★ ★ ★ March 1, 2019

This game was super fun, at least for the first 7 levels. I had a good time and loved the strategy aspect of the game and that why I rate this as high as I do. My problem with the game is level 8. I've been stuck on this level for hours, constantly mixing up my strategy, but to no effect. I am stump

Full Review



**Gorm Kroeger**    👍    ⋮

★ ★ ★ ★ ★

I play this game a lot and have done so for several years. I enjoy the rule transparency and customizability. The basics are simple but it can get very complex. The community is decent and playing against humans is enjoyable. Free to play with ads, but after I played for years I decided to pay for it.

Full Review



**Yaron Karl**    👍    ⋮

★ ★ ★ ★ ★

Amazing game! Aside from some very minimal ads, even the free version is fantastic. After years of enjoying the game without issues I ran into a very minor issue which was causing me difficulties, so I emailed the developer. In ten minutes they responded and fixed the issue. I can't recommend this g

Full Review



**Trenton Keuntjes**    👍    ⋮

★ ★ ★ ★ ★ June 29, 2019

This game is the better version of risk that has WWWAAAAYYYYY less things that you can buy with real money. But that's a good thing for one reason: they give everyone all of the cool playable content for free. Trust me when I say this, there is a lot of content to go around. The stuff that you can p

Full Review



**Bruton Strange**    👍    ⋮

★ ★ ★ ★ ★

Document title: Warzone - turn based strategy - Apps on Google Play
Capture URL: https://play.google.com/store/apps/details?id=com.warlight&amp;hl=en_US&amp;gl=US&amp;showAllReviews=true
Capture timestamp (UTC): Wed, 15 Dec 2021 19:24:05 GMT

Apps    Categories ⌄    Home    Top charts

buy with real money but that's a good thing for one reason: they give everyone all of the cool playable content for free. Trust me when I say this, there is a lot of content to go around. The stuff that you can p...

Full Review

**Bruton Strange**    👍    ⋮
★ ★ ★ ★ ★ March 24, 2020

I love everything about this game. Its intense, creative, and full to bursting with incredible content. Easy to learn but difficult (maybe impossible) to completely master. I loved this game since the first map I played. With tons of single player campaign levels, you'll always have something to do.

Full Review

**Warzone.com, LLC.** March 24, 2020
Thank you for your kind words, I am glad you enjoy the game!

**Bryan Reavis**    👍    ⋮
★ ★ ★ ★ ★ December 28, 2020

When you start, the game is simple. The further into it you get, the more complex the game gets, so no matter how long you play, it still feels fresh and exciting. On top of that it contains an ENTIRE second game that plays differently, with faster gameplay. On top of THAT there's the multiplayer g...

Full Review

**Jeff Seeker**    👍    ⋮
★ ★ ★ ★ ★ April 15, 2020

Dev went above and beyond to fix my problem, even when I probably didn't deserve it. Leaving the issue in case happens to others. Played mobile for a while till I lost ALL of my progress. Made acct 1 week ago. Played awhile. It reminded me to log in and upon doing so set me back start. If I logged o...

Full Review

**Warzone.com, LLC.** April 15, 2020
Sorry you ran into a problem. Thanks for editing your review -- but the best way to contact me is to go to Help - Contact - Report a Bug. I can help figure out why you lost progress and restore it.

**Corwinkie**    👍    ⋮
★ ★ ★ ★ ★ February 21, 2021

Great game, feels a lot more tactical compared to other war games like Risk. When I played this I could never look at another Battle board game without thinking of how I would play it in this game. Suprised this was not the first result whenever I look up War Game. and I honestly feel like it sh...

Full Review

**Zach Seamons**    👍    ⋮
★ ★ February 1, 2020

Playing against a cheating AI is not fun. Let me be clear: I absolutely loved this game. but after a certain point in the campaign the only way it thinks to present you with a challenge is by giving the AI more and more blatant advantages. When it got to the point where they could deploy troops in m...

Full Review

**David Collins**    👍    ⋮
★ ★ ★ ★ ★ May 12, 2020



**Apps**

Categories ∨   Home   Top chart   [About] [purchases]

My apps

Shop

Games

Kids

Editors' Choice

Account

Payment methods

My subscriptions

Redeem

Buy gift card

My wishlist

My Play activity

Parent Guide

**David Collins**
★★★★★

Quite simply the best "Risk"-like mobile game. The UI may seem a bit outdated when first looking at it but it is extremely functional and has been designed with the user in mind (movable windows, replays, stats, etc.) So FEW adds that I feel guilty for the amount of playtime I get versus add-space.

Full Review

**Connor McGrorey**
★★★★★

If you're a fan of other global domination games, I highly recommend giving this one a try. It's customizability is fantastic, allowing you to mimic other games like Risk or Ikusa. Great for multiplayer with friends. Nearly endless maps and settings to choose from. Warzone has really won me over.

**Cameron Davis**
★★★★

After reading the negative reviews - and having played this game A LOT - I can tell you that the "complaints" are from people not understanding the scenario settings of whatever map they are on. OR - just quitters if they are not decidedly winning the game after 3 moves. This game takes a while to go.

Full Review

**LaufPanzer**
★★★★★

Simple, yet fun game. Great as a time killer. The variety of maps and rules make each game unique. They also allow skipping levels, if you've failed a certain one so many times, meaning you won't get stuck permanently on a frustrating level. Great game, and great job to the developers

**Curtis Howard**
★★★★

Great game but toxic player base. In any war game you expect betrayal and such but the player base can be overwhelming at times. Also, if are going to join an online game be prepared to play it for months as some of these battles will take that long. Overall, good game.

**JoJo Mallory**
★★★★

It advertises as a better version of risk, but it doesn't really play like risk. However, that is a good thing. I can play the game wherever and whenever I want because of the day long turn timer. Also, the mechanics are clean and the game all on all is very addictive. I really enjoy it.

**Paresh Patel**
★★★★★

I will recommend playing this game on a desktop computer first, once you get used to the typical control and feel for the game, then you will be able to enjoy it on mobile devices. This is a pretty good strategy game that challenges novice players. if you are looking for free good game for easy quic.

Full Review

**jonathan cooper**
★

Could be a good game, but the ai is very unbalanced. One army will dominate the map while





**Apps**    Categories ∨    Home    Top charts    New releases

My apps

**Shop**

Games

Kids

Editors' Choice

Account

Payment methods

My subscriptions

Redeem

Buy gift card

My wishlist

My Play activity

Parent Guide

good game for easy quic.

Full Review



**jonathan cooper**    👍    ⋮

★    June 26, 2021

Could be a good game, but the ai is very unbalanced. One army will dominate the map while you fight the other one or two. Then the last army has overwhelming numbers when it finally confronts you.

**Ixune**    👍    ⋮

★ ★ ★ ★    August 5, 2020

The game as a whole is very fun and exciting, but I think that you should be able to skip levels in the singleplayer campaign after playing less times because if I get frustrated with a level I have to play it a bunch of times before I can skip it and move on to a more fun level. I have no issues w

Full Review



**Alex Hankins**    👍    ⋮

★ ★    July 5, 2020

The first seven levels were very easy. Then suddenly on the eighth I'm pitted against a single AI opponent that apparently starts with a significant advantage in territory. Contrary to the bizarrely fast response to my original review, the available starting territories are in fact few spread out...

Full Review

**Warzone.com, LLC.**    July 5, 2020

It's not random, you pick where you start when you place the stars down. The level is called 'Getting Strategic' and it introduces strategy in choosing the best starting spots.



**Willie F**    👍    ⋮

★ ★ ★ ★    December 29, 2019

Simulating a world war & understanding diplomacy while entertaining players in a video game is absolutely amazing. (+5*) But trying to suckle the players who love the game to the extreme is a tragedy (-1*). I wonder how much was spent to create the smoky-gray color that cost so much to users? Othe

Full Review



**Sam Sypert**    👍    ⋮

★ ★ ★ ★ ★    May 11, 2020

It's a very nice strategy game. I found it originally on Kongregate, but I eventually found the website version and the mobile version. It's a great little game, thats available on the go, and I very highly recommend it to any map fans or just general strategists.



**Kasey Scholle**    👍    ⋮

★ ★    November 15, 2019

The game is fun at first. But there is a ridiculous difficulty spike after about 6 levels. You'll be fighting smaller armies getting 15 units a turn then out of nowhere some army with quite literally hundreds of units will destroy you. It feels unfair and got annoying enough for me to uninstall the...

Full Review



**Jonathan Sadler**    👍    ⋮

★ ★ ★ ★ ★    November 17, 2019

I was a longtime player when this used to be called warlight, and the mobile version is equally impressive. Plus the handheld controls work very well. User interface is easy to operate, the game is fun!

Document title: Warzone - turn based strategy - Apps on Google Play
Capture URL: https://play.google.com/store/apps/details?id=com.warlight&hl=en_US&gl=US&showAllReviews=true
Capture timestamp (UTC): Wed, 15 Dec 2021 19:24:05 GMT



## Apps

Categories · Home · Top charts · New releases

My apps

Shop

Games

Kids

Editors' Choice

Account

Payment methods

My subscriptions

Redeem

Buy gift card

My wishlist

My Play activity

Parent Guide

**Jonathan Sadler**

★ ★ ★ ★ ★

I was a longtime player when this used to be called warlight, and the mobile version is equally impressive! Plus the handheld controls work very well. User interface is easy to operate, the game is fun!

**David Huber**

★ ★ ★ ★ ★

Very simple to use/learn. Similar to the board game risk, but has a lot more options and maps that make strategy change on every game. Perfect game for smart phones, distracting, easy to pick up, easy to put down, endless replayability. One of my favorite finds in Google Play.

**Jacob Capocci**

★

Games difficulty level rose too quickly, by the third and fourth maps the bots were employing strategies that one would expect out of an experienced player. This made it very difficult to learn and winning was based more on if you were lucky to face an easy bot than actual strategy.

**Aidan**

★ ★

I only got to the earlier levels but if that's the best foot they have to put forward then it doesn't have much to stand on. It's incredibly unbalanced in the singleplayer whoever's ahead by turn 3 will just keep wiping the floor with the rest until the end

**Hairy Heartsmith**

★ ★ ★

I thought this was an okay game. It's clunky, not well polished and has limitations. I'm not a fan of. However, I did not notice a pay to play element or overwhelming ads. It worked just fine, I just couldn't get into it.

**James Martin**

★ ★ ★ ★ ★

I've been geeking out in this game for a month now. If you love the board game Risk, or old enough to remember the BBS game Global Wars you'll love this game! I have not found any errors or bugs as of yet. Tons of readily available players and maps

**LittleWolf**

★ ★ ★

I downloaded the game and for the first few levels was having some fun but then you run into an unbeatable or almost unbeatable round. If u beat it props but I used the next level button but then met another unbeatable level straight away the gameplay and graphics are great but if u can't beat the le

Full Review

**Foster Hayes**

★ ★ ★ ★ ★

Ive played this game for 8 years, coming back after a couple years of retirement. Great strategy game. Not many games can keep my attention for very long but this has always kept my attention hence why I've been able to play for 8 years.

**Joe Storm**

★ ★ ★ ★ ★

Incredible game. Great asynchronous multiplayer with tons of maps and options. Only downside is it kills my phones battery quicker than I'd expect from a 2D non graphics intensive game. But if you like Risk, this is so much better.

**Robert Zaleski**



My apps

**Shop**

Games
Kids
Editors' Choice

Account
Payment methods
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide

J
★ ★ ★ ★ April 9, 2020

Incredible game. Great asynchronous multiplayer with tons of maps and options. Only downside is it kills my phones battery quicker than I'd expect from a 2D non graphics intensive game. But if you like Risk this is so much better.

**Robert Zaleski**
★ ★ ★ ★ April 27, 2019

this game is the real replacement for risk. I've played it f2p for a year now, and it's great. play a game in an evening or take a turn a day. play small 1v1 maps or huge thirty man maps. Loads of fun and strategy. FOR FREE!

**After the fact**
★ ★ ★ ★ ★ July 23, 2020

Great game. Addition of extensive single player really pushed the game up a notch. You can have a lot of fun without spending a dime, but the monetization is fair if you want to do so.

**Brendan Andersen**
★ ★ ★ ★ July 2, 2019

Very fun! The game can get quite addicting at points. The graphics could use a tiny bit more effort and maybe they could add some more features but otherwise it is very fun!

**Sandy Lengerich**
★ ★ ★ ★ January 11, 2020

This is NOT pay to win. You will lose often while playing against other real players. Many customizable setting combinations, along with tons of player made maps, making almost infinite options! Anyone can create games/maps to play against other real players in team matches. free for all's. or basic

Full Review

r rate eightx
★ ★ ★ ★ October 26, 2019

Fantastic Game. There Are Thousands Of Different Maps And Many Different Types Of Games. From Free For All's To Team Games To Tournaments To Diplomacy Games (My Personal Favourite) And Even Within Those Categories There Are Many Different Ways To Play And Variations. I Highly Recommend This To Anyb...

Full Review

**Michael Cooper**
★ ★ ★ ★ ★ April 7, 2020

A great turn-based strategy game. My only complaint is it takes forever to unlock features unless you play the single player game. I wish it were easier to unlock them when playing multiplayer games.

D **Doug Benigni**
★ ★ ★ ★ ★ March 30, 2019

Still my favorite some maps are made not to beat some are too easy but when you find the good maps those ya stay with. As far as watching ads for coins out that very fast its like watch ads for one coin. Will be dead b4 they amount to anything. But surely this is 5 stars.

N **Nolan Sliger**
★ ★ ★ ★ July 15, 2019

very fun game to play. good single player missions. some really challenging. theres a good amount of them but i wish there were more. theres also player made levels online whed you run out which can be fun too.

a **amogus**
★ ★ ★ ★ May 11, 2019

Quite a good game. I know others have said this but it helps to reiterate if you like risk play




amount of them but i wish there were more. theres also player made levels online when you run out which can be fun too.

### amogus
★ ★ ★ ★   March ...

Quite a good game. i know otherd have said this but it helps to reiterate; if you like risk play this. The only problem is that i think it's draining my battery and messing with internet, but i'm not sure.

### Harmon McClanahan

★ ★ ★ ★ ★

I love this game. Similar to Risk but with so many extra dimensions. My favorite scenario so far has been when an army can continue to advance until defeated. Great user mechanics, fun maps. Cool post game stats. i haven't played any multiplayer but it looks fun.

### Tucker Patterson
★ ★ ★ ★ ★

Excellent version of RISK. If anything its more advanced and offers thousands of maps and hundreds of different settings to always change things up. 10/10 would reccomend. Already got most of my friends playing it too.

### Colin Beets

★ ★ ★ ★ ★

A great game inspired by risk, with many different kinds of strategies that you wouldn't normally have in the original risk. Would encourage any risk or strategy board game lovers to give this game a shot. it is really fun.

### Spencer Koester

★ ★ ★ ★ ★

great game. single player levels get very challenging. and the multiplayer can become very invested. nearly unlimited maps and most features can be unlocked by lvl 50 (which us easy to obtain).

### FTDAJ

★ ★

Game is pretty fun but the fact that AI blatantly cheats is kind of dumb. i'm on a difficult level i've had to restart a couple times and finally got a good idea of what to do. Like 5 or 6 turns in i have 20 armies per turn haven't even seen the enemy yet. Make contact with their 3 troop army. Nex

Full Review

### Joseph Cumming

★ ★ ★ ★ ★

It is a great game if you like to play strategy. but even if you haven't it's still a blast. My favorite part is how customized you can make each battle and play with friends.

### Stealthdude 21

★ ★ ★ ★ ★

LOVE THE GAME! Great, when you have nothing else to do. it's like playing Risk TWO!! Highly recommend this game. only problem is it can get laggy when you use a massive map with 9000 players.

### ara gureghian

★ ★ ★ ★ ★

I really like it. Living through this fast world spinning. it is nice to have a leisurely board game. Try it. very well designed and easy. Makes one think a bit away from the mainstream

### Maxwell Kosma
★ ★ ★ ★ ★



★ ★ ★ ★ ★ August 29, 2020

I really like it! Living through this fast world spinning it is nice to have a leisurely board game. Try it! Very well designed and easy. Makes one think a bit away from the mainstream.

**Maxwell Kosma**
★ ★ ★ ★ ★ June 5, 2021

It's Risk meets Diplomacy with a custom game engine successor to star warcraft games. Better than CoD.

**Dustin Powell**
★ ★ ★ ★ ★ May 17, 2021

I have played this off and on for years. I had a mix up on my profile and need up needing it recovered. This game has 5+ star support the creater helped me get my profile back in around 5 minutes of knowing what happened. If I could rate this higher on just that aspect I would.

**hmIV**
★ ★ ★ ★ ★ December 27, 2020

Brilliant game. So few strategy games that are this simply strategy oriented. People all over the world play and you can strike up conversations, or not. It's easygoing that way.

**Mark Bauch**
★ ★ ★ ★ ★ January 7, 2019

I'm a 61 year old male and I remember back in the late 60s and early 70s gathering around with a group of five to seven friends playing risk all night long and this just brings back those memories and its so enjoyable I know I could go on and on line and maybe find friends to play with and maybe I

Full Review

**Bobby Ogden**
★ ★ ★ ★ ★ July 4, 2020

If you love Risk-like games, and want the possibility of even greater depth if you desire. Warzone is a phenomenal game! Developer responded personally when I had an issue as well, and did so very quickly. - huge suprise and very much appreciated!

**Warzone.com, LLC.** October 21, 2020
Please report bugs using Help -> Contact -> Report a Bug

**A Google user**
★ ★ ★ ★ ★ May 9, 2019

Very intuitive and easy to get into. Unlike other Risk-clones, Warzone takes full advantage of its digital media for a creative and varied play experience.

**Kevin Bonnas**
★ ★ March 10, 2021

Not great. Cool maps, but way too hard, way too soon. Multiple AI seem to always be targeting only you and not each other. Enjoyable for a few hours only.

**Jorge Mendoza**
★ ★ ★ ★ ★ November 14, 2018

Great single player multiplayer is also really nice, met some great people a variety of games there's something for everyone.

**Tommie Thompson**
★ ★ ★ ★ ★ July 27, 2019

Played since I saw it on Kongregate in like 2013 or so, good game and this mobile version is better than it used to be. Newish UI took some time to adjust but it seems to be for the better.



88 Apps    Categories ∨    Home    Top charts    New releases

My apps

Shop

Games

Kids

Editors' Choice

Account

Payment methods

My subscriptions

Redeem

Buy gift card

My wishlist

My Play activity

Parent Guide

**Tommie Thompson**
★ ★ ★ ★ ★
Played since I saw it on kongregate in like 2013 or so. good game and this mobile version is better than it used to be. Newish UI took some time to adjust but it seems to be for the better.

**Adam Longley**
★ ★ ★ ★ ★
Basically the game Risk. Play with others from around the world. Great because you have days or hours to take each turn when you have the time.

**A Google user**
★ ★ ★ ★ ★
Great game! 5 Stars for fun! Almost lost a Star for expensive in app purchases. The multi player update is a Exiting addition! Humans are always more entertaining/Challenging than a smart AI.

**Ty**
★ ★ ★ ★ ★
I enjoy this game with close friends, no complaints! We have been playing for about 2 years thanks for the App and good times!! The bad reviews are from idiots who have terrible service or just have a pos of a phone. Especially the review below me.

**Thomas Kolberg**
★ ★ ★ ★
Not a lot of strategy but still fun. It ultimate comes down to who was left alone for the first few rounds of the game to mass armies. You can't really catch up if some gets far enough a head.

**Nathan Branek**
★ ★ ★ ★ ★
Actually super fun and a great expansion on the classic idea of risk with multiple days worth of challenging campaign missions, not to even mention multiplayer. I haven't found any bugs or glitches either.

**Jasper Purkeypile**
★
This game is trying to get away with being Risk. If you want to play a game like this download the official Risk app, this game might look clever on the outside but on the inside they're just stealing ideas. I finished the tutorial just to see if it got better, but it never did.

**George Something**
★ ★
Major flaws on how this game is set up. Some starting positions are better than others and once u start at a disadvantage you might as well quit because its impossible to come. It would be better if armies generated based on time or turns and each area u control. Armies would generate on the area u.

Full Review

**Jeremiah Mulloy**
★ ★
The first few stages were stupid easy then all of a sudden the AI becomes ridiculously hard. The fog that they add so you can't see anything you dont border is fine but it feels like it is creating a shroud for the AI to cheat. there is no logical way I can figure that the AI should be able to con

Full Review

**Stephen Lewis**
★ ★ ★ ★ ★



**88 Apps**    Categories ∨   Home   Top chart   ...ses

My apps

Shop

Games
Kids
Editors' Choice

Account
Payment methods
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide

creating a shroud for the AI to cheat. there is no logical way I can figure that the AI should be able to con

Full Review

**Stephen Lewis** 👍 ⋮
★ ★ ★ ★ ★ July

game seems really well made. its like a better version of Risk. There are ads but they're not obnoxious and hey it's free

**Shaun Spriggs** 👍 ⋮
★ ★ ★ ★ ★ November

This is a great game for anyone who has ever liked RISk. Only this is significantly better. The different options it employs make it playable over and over.

**Evan Frerichs** 👍 ⋮
★ ★ ★ ★ ★ January

been playing this game for a few years now. its great with friends or in random pick up games. lots of ways to play. lots of cool maps. great all around experience!

**Paul Babcock** 👍 ⋮
★ ★ ★ ★ August

I like this app/game. It is my current obsession. I read in another review that it has ads. Idr noticing them during gameplay myself. So they cant be that obtrusive.

**Tobias Simon** 👍 ⋮
★ March

challenging campaign mode. too challenging Ceasars challenge is impossible and over an hour each time you try. there are lots of complaints about it and nothing done to improve it so frustrating i uninstalled the whole game. i do not recommend wasting your time on it to end the same way.

**James Mc Ginty** 👍 ⋮
★ November

The Community in this game is extremely cutthroat. if you are looking for a nice relaxed map inspired game to take the world over in then DO NOT go to this app!! The single player AI is very bad and thus there isn't much to do. Most things like using certain community made maps or holding custom mat

Full Review

**Joe McGillian** 👍 ⋮
★ ★ ★ ★ ★ February

Great game. Game mechanics are similar to Risk with a few twists. Tons of maps and scenarios included free and ads are not very intrusive.

**Dimetri Drossos** 👍 ⋮
★ ★ ★ ★ ★ November

I love this game. it may not be all fancy and have cool graphics but its clean and simple and i dont want them to change it. I recommend this game

**John Smith** 👍 ⋮
★ ★ September

Buggy and expensive. The user interface leaves a lot to be desired. and there's too much premium content. From what i looked at, it seems getting the full content would cost $190.

**Aiden Cooper** 👍 ⋮
★ ★ ★ ★ ★ December

Amazing risk inspired game. i personally think its better than risk because it has more custom maps. Would love to see more implemented in the future!

Shaw Hartel

# EXHIBIT 74

Newman + DuWors
Seattle | Los Angeles | San Francisco

**Derek A. Newman**
Direct +310.359.8188
Main +310.359.8200
dn@newmanlaw.com

100 Wilshire Blvd, Suite 700
Santa Monica, CA 90401

**SENT BY EMAIL**

November 20, 2020

Scott J. Major
Millen, White, Zelano & Branigan, P.C.
2200 Clarendon Boulevard, Suite 1400
Arlington, VA 22201
E-Mail: major@mwzb.com

**Re: Activision's Unauthorized Use of Warzone.com LLC's WARZONE Trademark; Trademark Trial and Appeal Board No. 91265759**

Scott:

Thank you for speaking with me yesterday about the TTAB opposition that my client, Warzone.com, LLC, filed against Activision concerning the WARZONE trademark for video games.

Activision has been using Warzone's trademark in connection with the game "Call of Duty: Warzone" since March 2020, causing consumer confusion and harm to Warzone, and has applied to register the WARZONE trademark with the United States Trademark Office. Warzone hopes that Activision will change the name of its games, stop using Warzone's WARZONE mark, and abandon the trademark applications. But if Activision insists on using the WARZONE mark, we invite Activision to make a proposal to Warzone to resolve these issues.

## A. Warzone has priority rights to the WARZONE mark.

Warzone is the senior user of the WARZONE mark because it was the first to use the WARZONE mark in commerce to designate the source of its online videogame products.[1] Warzone began using the WARZONE mark and established rights at least as early as November 13, 2017 when it launched its online videogame titled "Warzone." Since then, Warzone has been using WARZONE as a trademark continuously and on an ongoing basis in the United States and throughout the world.

From the outset, Warzone marketed and made its Warzone videogame available to the public at its website, warzone.com. At the same time that Warzone launched its online Warzone videogame, it also launched a downloadable app-version of the Warzone videogame in both the Apple App Store for iOS and the Google App Store for Android. Through its online availability and its app-based videogames, Warzone has made a large portion of the public familiar with the WARZONE mark and its association with it. For a time after the launch of the game, a Google-powered search for the term

[1] *See, e.g., United Drug Co. v. Theodore Rectanus Co.*, 248 U.S. 90 (1918).

Exhibit 76
FICKER
12/5/24
Laura Axelsen
CSR 6173

Scott J. Major
November 20, 2020
Page 2 of 7

"warzone" would return Warzone's Warzone game under the WARZONE mark among the top
results.

Warzone has maintained a strong base of roughly 40,000 monthly active account-holding users
since 2017, with account holders in every state in America. Those 40,000 users are just the account
holders; many additional users play the WARZONE game without an account. Warzone has also
seen over three-quarters of a million downloads of the app-version of the Warzone videogame.

All before Activision adopted the mark, Warzone made investments in its products and developed
goodwill with its customers. Warzone expanded its game into multiple iterations, including
"Warzone Classic" and "Warzone Idle." It created a forum on warzone.com for its users that sees
robust and dynamic use and its users established a channel on the online livestreaming videogame
site "Twitch" for others to watch livestream play of its Warzone game.

Warzone's continuous, ongoing and widespread use of the WARZONE mark in the United States for
the past three years has created an association for customers between the term "WARZONE" and
Warzone's videogame goods and services. For customers, the WARZONE mark has identified one
source—Warzone—as distinguished from other sources. Warzone derives substantial benefit from
this identification by the relevant consuming public of the WARZONE mark and the goodwill it has
established with this association.

Warzone recently applied for federal registration of its WARZONE mark under International Classes
09 and 41 for downloadable and online non-downloadable video games, respectively.[2] Both
applications are based on Warzone's use of the WARZONE mark in commerce on or before
November 13, 2017.

**B.    Activision's unauthorized use of Warzone's WARZONE mark is already causing consumer
confusion.**

Activision's unauthorized use of the WARZONE mark since March of this year has caused and will
continue to cause consumer confusion. The weight of the well-established *Sleekcraft* factors[3] that
govern likelihood of confusion favor Warzone.

Activision's use of "Call of Duty: Warzone" contains the WARZONE mark and is substantially
similar in sight, sound, meaning and overall commercial impression to the WARZONE mark.
Activision is using the WARZONE mark in connection with online and downloadable videogames.
These are the same exact goods and services associated with Warzone's WARZONE mark. In fact,
both "Call of Duty: Warzone" and "Warzone" are "freemium" model multiplayer videogames.

But Activision's use of the WARZONE mark isn't limited to its marketing and sales of "Call of Duty:
Warzone," which alone is sufficient to establish similarity and proximity. Beyond this use, Activision

---

[2] U.S. Trademark Application Serial Nos 90290628 and 90290658.

[3] *AMF Inc. v. Sleekcraft Boats*, 599 F.2d 341, 348–49 (9th Cir. 1979).

*Scott J. Major*
*November 20, 2020*
*Page 3 of 7*

has been using "Call of Duty: Warzone" interchangeably with the word "Warzone," which is identical to the WARZONE mark. Identical marks paired with identical goods can be case-dispositive of the issue of consumer confusion: "In light of the virtual identity of marks, if they were used with identical products or services likelihood of confusion would follow as a matter of course."[4]

Activision repeatedly referred to the game simply as "Warzone" in its press release announcing its launch.[5] Activision's site for the game greets potential customers with "Welcome to Warzone," and displays WARZONE in significantly larger font than the phrase "Call of Duty" as shown in Fig. 1.[6]



Fig. 1: Screenshot from Activision Website

And Activision advertises "Call of Duty: Warzone" on its game site using an image with the single word "Warzone," as shown in Fig. 2, below. Activision's application to register both "Call of Duty Warzone" and "Warzone" as trademarks in connection with this game underscores this point.

---

[4] *See Stone Creek, Inc. v. Omnia Italian Design, Inc.*, 875 F.3d 426, 432 (9th Cir. 2017), *citing Brookfield Commc'ns, Inc. v. W. Coast Entm't Corp.*, 174 F.3d 1036, 1056 (9th Cir. 1999).

[5] "Call of Duty Delivers Game-Changing Free-to-Play Experience with Call of Duty: Warzone – Available Now," March 10, 2020 available at: https://investor.activision.com/news-releases/news-release-details/call-of-duty-delivers-game-changing-free-play-experience-call-duty (referring to "Warzone" as a stand-alone reference to the game on 17 different occasions).

[6] https://www.activision.com/games/call-of-duty/warzone.

*Scott J. Major*
*November 20, 2020*
*Page 4 of 7*



Fig. 2: Activision Games Page, "Warzone" highlighted

In addition, there is significant actual consumer confusion from consumers as to the source, origin, or sponsorship of "Call of Duty: Warzone," which is "particularly potent" evidence that bears on a finding of likelihood of confusion.[7] Consumers have been sending a flood of communications to Warzone about "Call of Duty: Warzone," including bug reports and feature suggestions. Warzone continues to receive these communications from "Call of Duty: Warzone" consumers despite placing the below disclaimer on its feature suggestion page:

**(NOTE: "Call of Duty: Warzone" and "Warzone" are DIFFERENT GAMES.
Do not submit COD stuff here)[8]**

Although Warzone has its own "Warzone" channel on Twitch, which features the WARZONE mark and an image of the stylized game logo, players of "Call of Duty: Warzone" have flocked to this channel to livestream play of "Call of Duty: Warzone," as shown in Fig. 3, showing only "Call of Duty: Warzone" games streaming on Warzone's Twitch channel. Consumers are demonstrably actually confused as to the source of "Call of Duty: Warzone" and its affiliation with Warzone and the WARZONE mark.

---

[7] *Stone Creek*, 875 F.3d at 433 (citing *AMF Inc. v. Sleekcraft Boats*, 599 F.2d 341, 352-53 (1979) ("Evidence that use of the two marks has already led to confusion is persuasive proof that future confusion is likely.")).
[8] "Warzone Features," available at https://warlight.uservoice.com/forums/77051-warzone-features/filters/new?page=1.

*Scott J. Major*
*November 20, 2020*
*Page 5 of 7*



Fig. 3: Screenshot of Warzone's Twitch Channel, "Warzone" at https://www.twitch.tv/directory/game/Warzone

This consumer confusion is exacerbated by the "convergent marketing channels" between Warzone and Activision, which only serves to increase the likelihood of confusion.[9] Where both parties use the internet as their primary marketing and advertising channel and both parties' marks are used in conjunction with web-based products, a finding of likelihood of confusion is supported.[10] Both Warzone and "Call of Duty: Warzone" are made available through online channels, so both Warzone and Activision rely heavily on their online presence as their marketing, advertising and sales channel. Both Warzone and Activision use the WARZONE mark in conjunction with their online games. Both are marketing online videogames to a similar consuming public who is interested in online game play.

A court is likely to find that the other *Sleekcraft* factors support an argument that Activision's use of Warzone's WARZONE mark has created a likelihood of consumer confusion. Although we can only speculate about Activision's intent in selecting the WARZONE mark in connection with its "Call of Duty: Warzone" game, it's difficult to believe a sophisticated public company like Activision overlooked Warzone and the WARZONE mark. Activision has also indicated it plans expansion of

---

[9] *Sleekcraft*, 599 F.2d at 353 ("Convergent marketing channels increase the likelihood of confusion.").
[10] *Treemo, Inc. v. Flipboard, Inc.*, 53 F.Supp.3d 1342, 1363-64 (W.D. Wash. 2014) (where "confusion between the [two] marks could easily result in a consumer searching for and then downloading the wrong app," the *Sleekcraft* factor "marketing channels" supports a finding of consumer confusion).

Scott J. Major
November 20, 2020
Page 6 of 7

"Call of Duty: Warzone,"[11] which only further supports Warzone's claims.[12]

Warzone has been harmed by this consumer confusion including damages to its reputation, loss of
profits, and loss of goodwill with its customers and potential customers.

## C.    Activision can't rely on the "expressive works" First Amendment defense for the infringing title
of its game.

During our call, you suggested that even if our client can successfully block Activision's federal
registration, an infringement claim would fail because Activision's use of WARZONE is attached to
an "expressive work." But that argument does not apply here because Activision uses WARZONE as
a title that identical to Warzone's title.

Citing the Second Circuit's Rogers case, the Ninth Circuit held that the "Lanham Act should not be
applied to expressive works 'unless the [use of the trademark or other identifying material] has no
artistic relevance to the underlying work whatsoever, or, if it has some artistic relevance, unless the
[trademark or other identifying material] explicitly misleads as to the source or the content of the
work.'"[13] But Rogers clarified that the Lanham Act still applies in cases reviewing "titles that are
confusingly similar to other titles." [14] The court explained that the "public interest in sparing
consumers this type of confusion outweighs the slight public interest in permitting authors to use
such titles."[15]

The dispute here concerns "titles that are confusingly similar to other titles" and so this case falls
outside the protection of the "expressive works" defense. The titles here are not just confusingly
similar, but identical. By adopting the same title for its game as the mark and title of Warzone's
game, Activision is causing consumer confusion as to source, which is evident from the many
instances of actual confusion in the marketplace. Even if Rogers were to apply, the "First Amendment
may offer little protection for a competitor who labels its commercial good with a confusingly similar

---

[11] See, e.g., Activision Blizzard, Inc. Q3 2020 Earnings Call, Corrected Transcript, Oct. 29, 2020, "Question and
Answer Section" Response by Rob Kostich ("Warzone has really become an incredible addition to the franchise. It's a
central place where we can connect and engage the entire Call of Duty community, and I also think maintaining that tight
connection with our premium games has been really important especially for players who want to check out everything
that Call of Duty has to offer, and we saw that with Modern Warfare and we plan to continue that into the future. So the
player community should expect to see Warzone evolve and innovate in a lot of fun ways, and alongside our premium
games importantly.").

[12] Sleekcraft, 599 F.2d at 354 ("When goods are closely related, any expansion is likely to result in direct competition.").

[13] Brown v. Elec. Arts, Inc., 724 F.3d 1235, 1242 (9th Cir. 2013) (citing Rogers v. Grimaldi, 875 F.2d 994 (2d Cir.
1989)).

[14] Rogers v. Grimaldi, 875 F.2d 994, 999 n. 5 (2d Cir. 1989).

[15] Id.

Scott J. Major
November 20, 2020
Page 7 of 7

mark…"[16] Activision cannot escape the blatant infringement of the identical game title simply because the trademark is applied to an expressive work.

**D.    Activision should stop using the WARZONE mark or take a license to the mark.**

Warzone, as the senior user of the WARZONE mark, would be within its rights to seek to enjoin Activision from using the WARZONE mark and to recover monetary relief as a result of Activision's infringing use. These damages might include Activision's profits attributable to its use of the WARZONE mark in "Call of Duty: Warzone" or a reasonable royalty.

But Warzone prefers to leave war to the videogames. If Activision is unwilling to stop using the WARZONE mark, Warzone would prefer a negotiated compromise to a protracted dispute. To that end, we invite Activision to propose a solution that would involve the payment of money to Warzone in exchange for an assignment or license of the mark to Activision.

We would appreciate a response from you by **Monday, November 30, 2020** with a reasonable settlement offer, and look forward to the opportunity to discuss these issues further with you.

Thank you.

NEWMAN DU WORS LLP

Derek A. Newman

---

[16] *CI Games S.A. v. Destination Films*, Case No. 2:16-cv-05719-SVW-JC, 2016 WL 9185391, *9 (C.D. Cal. Oct. 25, 2016) ("[T]he concern for consumer confusion, which is one side of the equation in the balancing sought by the *Rogers* test, is still obvious.") *citing Mattel, Inc. v. MCA Records, Inc.*, 296 F.3d 894, 900 (9th Cir. 2002).

A1806496

# EXHIBIT 75



| HARRY B. SHUBIN | JEFFREY R. COHEN | MICHAEL S. CULVER | RYAN POOL† |
|---|---|---|---|
| BRION P. HEANEY | JEFFREY A. SMITH† | ADAM D. MANDELL | WILLIAM FREDERICK NIXON† |
| RICHARD J. TRAVERSO | CSABA HENTER† | LARRY S. MILLSTEIN | JENNIFER J. BRANIGAN† |
| JOHN A. SOPP | SCOTT J. MAJOR | DIANA HAMLET-COX | |
| †MEMBER OF BAR OTHER THAN VA   †PATENT AGENT | | | |

February 16, 2021

**OFFER OF SETTLEMENT**
**NOT ADMISSIBLE OR DISCOVERABLE PER FRE 408 AND THE LIKE**

**VIA EMAIL TO dn@newmanlaw.com**

Derek A. Newman, Esq.
Newman Du Wors LLP
100 Wilshire Blvd., Suite 700
Santa Monica, California 90401

      Re:    Warzone.com, LLC v. Activision Publishing, Inc.
               WARZONE – Opposition No. 91265759 (Our Ref.: activ-250-L)

Dear Derek:

      I am writing on behalf of Activision Publishing, Inc. ("Activision") regarding the referenced matter. This is in response to your letter of November 20, 2020.

      Activision disagrees that CALL OF DUTY WARZONE infringes any rights your client purports to have in WARZONE. Fundamentally, your letter applies the wrong test for trademark infringement by focusing on the likelihood of confusion analysis set forth in *AMF Inc. v. Sleekcraft Boats*, 599 F.2d 341, 348-349 (9th Circuit 1979). As discussed in our call, cases involving expressive works are controlled by the test set forth in *Rogers v. Grimaldi*, 875 F.2d 994 (2d Cir. 1989); *see also Mattel, Inc. v. MCA Records, Inc.*, 296 F.3d 894, 902 (9th Cir. 2002) (adopting the *Rogers* test). In *Rogers,* the Second Circuit held that the use of a trademark is protected by the First Amendment (and outside the Lanham Act's scope) if the title (1) has "at least some artistic relevance to the work", and (2) is "not explicitly misleading as to the content of the work." *Id.* at 999. This is true even in situations involving competing product titles.

      Courts have already rejected your interpretation of *Rogers* footnote 5 as exempting title-versus-title cases from First Amendment considerations. In *Twentieth Century Fox Television v. Empire Distrib. Inc.*, 875 F.3d 1192, 1199 (9th Cir. 2017), Empire Distribution asserted that Fox's use of EMPIRE as a title of a television series and on related merchandise such as musical recordings infringed Empire Distribution's EMPIRE marks. *Id.* at 1195. Citing *Rogers* footnote 5, Empire Distribution argued that because it also used EMPIRE as a title on many of its own musical recordings, the case was a competing title case in which *Rogers* did not apply. *Id.* at 1197. The Ninth Circuit disagreed:

703.243.6333 | 703.243.6410 *fax* | MAIL@MWZB.COM | WWW.MWZB.COM
ARLINGTON COURTHOUSE PLAZA I | 2200 CLARENDON BOULEVARD | SUITE 1400 | ARLINGTON. VA 22201

Exhibit 77
FICKER
12/5/24
Laura Axelsen
CSR 6173

Derek A. Newman, Esq.
February 16, 2021
Page 2

This footnote has been cited only once by an appellate court since *Rogers*, in a case in
which the Second Circuit itself rejected its applicability and applied the *Rogers* test. *See
Cliffs Notes, Inc. v. Bantam Doubleday Dell Publ'g Grp., Inc.*, 886 F.2d 490, 494–95 (2d
Cir. 1989). The exception the footnote suggests may be ill-advised or unnecessary:
identifying "misleading titles that are confusingly similar to other titles" has the potential
to duplicate either the likelihood-of-confusion test or the second prong of *Rogers* . . .
More importantly, it conflicts with our precedents, which "dictate that we apply the
*Rogers* test in [Lanham Act] § 43(a) cases involving expressive works." *Brown*, 724 F.3d
at 1241–42. We therefore examine Fox's use of the "Empire" mark under that test.

*Id.* at 1197.

Applying the *Rogers* test, the court found that Fox's use of EMPIRE was "artistically
relevant" in satisfying the first prong of the *Rogers* test, noting that "[t]he bar is set low: 'the
level of relevance merely must be above zero.'" *Id.* (citing *E.S.S. Entm't 2000, Inc. v. Rock Star
Videos, Inc.*, 547 F.3d 1095, 1100 (9th Cir. 2008)). The court then found that Fox's use was also
not "explicitly misleading." *Id.* at 1199. In so finding, the Ninth Circuit further warned against
"conflat[ing] the second prong of the *Rogers* test with the general *Sleekcraft* likelihood-of-
confusion test, which applies outside the *Rogers* context of expressive works." *Id.* The court
held that "[t]o fail the second prong of the *Rogers* test, '[i]t is key . . . that the creator must
explicitly mislead consumers'" through an "'explicit indication,' 'overt claim,' or 'explicit
misstatement'" that caused consumer confusion." *Id.* Because there was no evidence that Fox
had made any explicit misstatements, the court granted summary judgment to Fox on all claims.
*Id.* at 1200.

The Ninth Circuit recently reiterated that *Rogers* applies in title-versus-title cases in *Dr.
Seuss Enterprises, L.P. v. ComicMix LLC*, 983 F.3d 443, 2020 USPQ2d 11499 (9th Cir. Dec. 18,
2020). There, Dr. Seuss alleged ComicMix's use of *Oh, the Places You'll Boldly Go!* as its book
title infringed Dr. Seuss's registered and common law trademarks in its famous book title *Oh, the
Places You'll Go!*. Notwithstanding the presence of competing titles, the Ninth Circuit applied
the *Rogers* test and held that "the Lanham Act does not apply here." *Id.* at 463.

As to the first prong of *Rogers*, the court easily found in favor of ComicMix, again noting
the test is a "low bar" since "any artistic relevance 'above zero' means the Lanham Act does not
apply unless the use of the trademark is explicitly misleading." *Id.* at 462. The court then found
ComicMix's use of Dr. Seuss's title "not explicitly misleading as to its source, though it uses the
Seussian font in the cover, the Seussian style of illustrations, and even a title that adds just one
word—*Boldly*—to the famous title—*Oh, the Places You'll Go!*." *Id.* Illustrating the breadth of
First Amendment protection afforded to expressive works, the court reasoned that ComicMix's
addition of expressive content beyond Dr. Seuss's title and ComicMix's clear indication of
authorship compelled a finding that the latter's title was not "explicitly misleading." Notably,
the Ninth Circuit determined this despite the fact that ComicMix had *intentionally* borrowed the
famous title and other stylistic elements from Dr. Seuss's book. The court ultimately held that

Derek A. Newman, Esq.
February 16, 2021
Page 3

Dr. Seuss's trademark claims failed as a matter of law and affirmed their dismissal by the district court at the pleading stage.

It is clear that the *Rogers* test controls with respect to any trademark infringement claim by Warzone.com. Applying that test, it is beyond argument that WARZONE is artistically relevant to Activision's game.

Activision's use of WARZONE also is not "explicitly misleading," as it clearly is not "an 'explicit indication,' 'overt claim,' or 'explicit misstatement'" that Warzone.com is somehow the source of Activision's game. *Id.* Activision makes no such indication, claim, or misstatement here, nor would it want to do so. To the contrary, Activision takes affirmative steps and spends considerable resources to ensure that Activision is unmistakably recognized as the source of CALL OF DUTY WARZONE. For example, the title prominently features Activision's extraordinarily famous and successful CALL OF DUTY mark, the game takes place in the CALL OF DUTY universe, and the game itself and almost all marketing assets and advertisements are clearly branded to indicate that the game is developed and published by our client. Moreover, unlike the defendant in *Dr. Seuss,* Activision borrowed neither a famous title from your client nor any stylistic elements from Warzone.com's game.

Your allegations of purported consumer confusion are also of no avail. We are confident that all or most claims of actual confusion would wither under scrutiny. Moreover, consumer confusion would yield to First Amendment concerns in this instance. In this regard, in *Dr. Seuss,* the Ninth Circuit dismissed survey evidence of consumer confusion:

> Seuss's evidence of consumer confusion in its expert survey does not change the result. The *Rogers* test drew a balance in favor of artistic expression and tolerates "the slight risk that [the use of the trademark] might implicitly suggest endorsement or sponsorship to some people."

*Id.*

For these and other reasons, we do not believe Warzone.com has a credible infringement claim against Activision.

With respect to the opposition, Activision can prevail on either of two alternative grounds. First, there is no likelihood of confusion because of the differences in the respective products. Your client does not have a prior registration in which "game software" would be broadly construed. Rather, any rights that Warzone.com might hold in WARZONE are narrowly limited to its turn-based strategy game, which differs sharply from Activision's product. These differences are discussed in more detail below with respect to coexistence. Third-party uses of "warzone" in titles for other games and expressive works, including uses that predate Warzone.com's initial use, serve to narrow further the scope of any rights your client may claim in WARZONE to no more than the precise game it has offered. *See* examples in attached Exhibit.

Derek A. Newman, Esq.
February 16, 2021
Page 4

Second, "warzone" is inherently descriptive in the context of your client's game. It is
alleged in the Notice of Opposition that Warzone.com has used the mark for just over three
years. This is well short of the five years of continuous and exclusive use that may be accepted
as *prima facie* evidence of acquired distinctiveness under Section 2(f) of the Trademark Act, 15
USC § 1052(f). In view of the descriptive nature of WARZONE as applied to your client's
game, as well as the widespread use of the term in connection with third-party games and other
entertainment titles, there is a strong argument that that no trademark rights have attached to your
client's use of WARZONE. Moreover, in consideration of the substantial promotion and success
of Activision's game, our client believes it was first to establish secondary meaning in the
WARZONE mark, and that it in fact has priority of right in this case.

Notwithstanding the strength of Activision's position, our client shares your client's
interest in avoiding a protracted dispute, and is willing to amicably resolve the opposition in a
manner that would allow for coexistence in the marketplace and on the registry. More
specifically, Warzone.com's WARZONE is a turn-based strategy game, much like a traditional
board game. It is not designed to look realistic, there are no characters, and the player moves
numbers around a map in order to take or cede territory. In contrast, Activision's CALL OF
DUTY WARZONE is a first-person shooter (FPS) game featuring advanced graphics that depict
realistic characters, weapons and scenery, and has the overall look and feel of games within
Activision's CALL OF DUTY franchise. Given that the parties' respective games are in vastly
different genres and share little in common in terms of theme, game mechanics and gameplay,
Activision proposes that the parties enter into a coexistence agreement whereby Warzone.com
would limit its registration of WARZONE to software for playing a turn-based strategy game,
and our client would limit its registration of WARZONE to software for playing a first-person
shooter game. The parties would further agree to the coexistence of their respective games in the
marketplace.

Activision believes the above proposal is mutually beneficial and trusts it to be
satisfactory to your client under the circumstances. As should be clear by now, our client does
not believe it needs to cease its use of WARZONE or take a license from your client. That said,
in the interest of expediting the resolution of this matter and the pending opposition, if your
client still believes it has been damaged by Activision such that monetary payment is justified,
we invite your client to quantify those damages for our consideration.

I look forward to hearing from you by February 25, 2021. Please note again that nothing
contained or omitted from this letter constitutes an omission by our client of any facts or waiver

ATV009500

Derek A. Newman, Esq.
February 16, 2021
Page 5

of any defenses, rights or remedies it may have, all of which are expressly reserved.

Sincerely,

Scott J. Major
703-465-5356

SJM/tc
Attachments

# EXHIBIT TO NEWMAN LETTER (2/16/21)

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Wed Nov 4 03:22:23 EST 2020

Logout. Please logout when you are done to release system resources allocated for you.

Record 5 out of 13

Start | List At: | OR Jump to record: | ( Use the "Back" button of the Internet Browser to return to TESS)

# EVE: Valkyrie - Warzone

| | |
|---|---|
| Word Mark | EVE: VALKYRIE - WARZONE |
| Goods and Services | IC 009. US 021 023 026 036 038. G & S: Computer game software; Video game software; Video and computer game programs. FIRST USE: 20170926. FIRST USE IN COMMERCE: 20170926 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 87512215 |
| Filing Date | June 30, 2017 |
| Current Basis | 1A |
| Original Filing Basis | 1E |
| Published for Opposition | March 6, 2018 |
| Registration Number | 5537939 |
| Registration Date | August 7, 2018 |
| Owner | (REGISTRANT) CCP hf CORPORATION ICELAND Grandagardur 8 Reykjavik ICELAND 101 |
| Attorney of Record | Steven M. Kushner |
| Prior Registrations | 3256653,3356693,3564773,5000417,5000418,5000421 AND OTHERS |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |

ATV006503

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Wed Nov 4 03:32:23 EST 2020

Logout. Please logout when you are done to release system resources allocated for you.

Start [ ] List At: [ ] OR [Jump] to record: [ ]   Record 6 out of 13

... / Use the "Back" button of the Internet Browser to return to TESS)

# EVE: Valkyrie - Warzone

| | |
|---|---|
| Word Mark | EVE: VALKYRIE - WARZONE |
| Goods and Services | IC 041. US 100 101 107. G & S: Entertainment services, namely, providing on-line computer games. Entertainment services, namely, providing online video games. Entertainment services, namely, providing an on-line computer game. FIRST USE: 20170626. FIRST USE IN COMMERCE: 20170626 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 87512291 |
| Filing Date | June 30, 2017 |
| Current Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | March 6, 2018 |
| Registration Number | 5537029 |
| Registration Date | August 7, 2018 |
| Owner | (REGISTRANT) CCP hf CORPORATION ICELAND Grandagarður 8 Reykjavik ICELAND 101 |
| Attorney of Record | Steven M. Kushner |
| Prior Registrations | 3356651 3356655 3564775 5000417 5000418 5000421 AND OTHERS |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

ATV006504

United States Patent and Trademark Office

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on views Nov 4 03:22:22 EST 2020

Logged  Please logout when you are done to release system resources allocated for you.

Start  List At:      OR Jump  to record:   Record 13 out of 13

/ Use the "Back" button of the Internet Browser to return to TESS)

# CRYSIS WARZONE

| Field | Value |
|---|---|
| Word Mark | CRYSIS WARZONE |
| Goods and Services | (CANCELLED) IC 009 US 021 023 026 036 038. G & S: Computer games software and electronic games... |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 77471932 |
| Filing Date | May 16, 2008 |
| Current Basis | 44E |
| Original Filing Basis | 1B;44D |
| Published for Opposition | October 7, 2008 |
| Registration Number | 3575363 |
| Registration Date | February 17, 2009 |
| Owner | (REGISTRANT) Crytek GmbH CORPORATION FED REP GERMANY Hanauer Landstrasse 523 Frankfurt FED REP GERMANY 60386 |
| Attorney of Record | Thomas W Adams |
| Priority Date | May 13, 2008 |
| Prior Registrations | 3423954;3429523 |
| Type of Mark | TRADEMARK. SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | DEAD |
| Cancellation Date | September 16, 2015 |

ATV006505
490

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Wed Nov 4 03:22:23 EST 2009

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At:   OR  Jump   to record:   Record 10 out of 13

TSDR   ASSIGN Status   TTAB Status   ( Use the "Back" button of the Internet Browser to return to TESS)

## ANOMALY WARZONE EARTH

**Word Mark** ANOMALY WARZONE EARTH

**Goods and Services** (CANCELLED) IC 009. US 021 023 026 036 038. G & S: Computer game programmes, downloadable via the Internet; Computer game programs; Computer game software; Computer game software for use on mobile and cellular phones; Computer game software for use with personal computers, home video game consoles used with televisions and arcade-based video game consoles; Downloadable computer game program; interactive video game program; interactive video game programs; Video and computer game programs; Video game software. FIRST USE: 20101104. FIRST USE IN COMMERCE: 20101104

**Standard Characters Claimed**

**Mark Drawing Code** (4) STANDARD CHARACTER MARK

**Serial Number** 85226896

**Filing Date** January 19, 2011

**Current Basis** 1A

**Original Filing Basis** 1B

**Published for Opposition** May 31, 2011

**Registration Number** 4130633

**Registration Date** May 1, 2012

**Owner** (REGISTRANT) 11 bit studios S.A. CORPORATION POLAND ul. Galeska 2, lokl 62 Warszawa POLAND 01-833

**Type of Mark** TRADEMARK

**Register** PRINCIPAL

**Live/Dead Indicator** DEAD

**Cancellation Date** December 7, 2018

TSDR   ASSIGN Status   TTAB Status   ( Use the "Back" button of the Internet Browser to return to TESS)

HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

ATV006506
491

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on (day) (hr) 4 05:32:23 EST 2020

Logout Please logout when you are done to release system resources allocated for you.

Start | List At: ____ OR Jump | to record: ____ Record 8 out of 13

( Use the "Back" button of the Internet Browser to return to TESS)

# WARZONE CHESS

| | |
|---|---|
| Word Mark | WARZONE CHESS |
| Goods and Services | (CANCELLED) IC 041 US 100 101 107 Q & S. Entertainment services, namely, providing on-line computer games tournaments featuring chess. FIRST USE: 20100800. FIRST USE IN COMMERCE: 20101109 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 85300214 |
| Filing Date | December 17, 2010 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | May 31, 2011 |
| Registration Number | 4011926 |
| Registration Date | August 16, 2011 |
| Owner | (REGISTRANT) ChessCube (Pty) Ltd private limited company SOUTH AFRICA East Office Annex, Canal Walk Shopping Centre, City SOUTH AFRICA |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE CHESS APART FROM THE MARK AS SHOWN |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | DEAD |
| Cancellation Date | March 23, 2018 |

HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

ATV006507
492

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Wed Nov 4 03:20:23 EST 2020

Logout Please logout when you are done to release system resources allocated for you.

Start List At: [ ] OR Jump to record: [ ] Record 7 out of 13

( Use the "Back" button of the Internet Browser to return to TESS)

# War Zone Secure

| | |
|---|---|
| Word Mark | WAR ZONE SECURE |
| Goods and Services | (CANCELLED) IC 041. US 100 101 107 G & S: Electronic **games** services; provision by means of the internet, Entertainment services, namely, providing a website featuring **games** and puzzles; Entertainment services, namely, providing an on-line computer **game**; Entertainment services, namely, providing on-line computer **games** |
| | services; Entertainment services, namely, providing online electronic **games**; Entertainment services, namely, providing online video **games**. FIRST USE: 20120101. FIRST USE IN COMMERCE: 20121202 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 85541614 |
| Filing Date | February 14, 2012 |
| Current Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | July 3, 2012 |
| Registration Number | 4490592 |
| Registration Date | March 18, 2014 |
| Owner | (REGISTRANT) Cyber Holdings, Inc. CORPORATION DELAWARE 11628 Timberlane Drive San Diego CALIFORNIA 92131 |
| Attorney of Record | Richard P Burgoon Jr |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | DEAD |
| Cancellation Date | October 23, 2020 |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

ATV006508
493

 (https://www.mobygames.com/)

Search games, credits, companies...    🔍

Games                          Forums                         Contribute ▾                          ⤬
(https://www.mobygames.com/browse/games)(https://www.mobygames.com/forums)(https://www.mobygames.com/info/contribute)(https://www.mobygames.com/random/game?
                                                                                                          1613102206)

**Join our Discord (https://discord.gg/8zWGTQp) to chat with fellow friendly gamers and our knowledgeable contributors!**

## Search

| war zone | All Platforms ▾ | Go  [more (https://www.mobygames.com/search)] |

## What to search

☑Games (142)  ☑Game Groups (1)  ☑Game Attributes (0)  ☑People (0)  ☑Companies (6)

## Results

Results **1 - 50** of **149** for **war zone**

1.    Game: **War Zone (https://www.mobygames.com/game/war-zone_)**
      Amstrad CPC (https://www.mobygames.com/game/cpc/war-zone_) (*1984*) and
      ZX Spectrum (https://www.mobygames.com/game/zx-spectrum/war-zone_) (*1984*)
      (https://www.mobygames.com/game/war-
      zone_)

2.    Game: **War Zone (https://www.mobygames.com/game/war-zone)**
      Amiga (https://www.mobygames.com/game/amiga/war-zone) (*1991*) and Atari ST (https://www.mobygames.com/game/atari-st/war-zone) (*1991*)
      (https://www.mobygames.com/game/war-
      zone)

3.    Game: **WWF War Zone (https://www.mobygames.com/game/gameboy/wwf-war-zone_)**
      Game Boy (*1998*)

4.    Game: **WWF War Zone (https://www.mobygames.com/game/wwf-war-zone)**
      Nintendo 64 (https://www.mobygames.com/game/n64/wwf-war-zone) (*1998*) and
      (https://www.mobygames.com/game/playstation/wwf-war-zone) (*1998*)
      war-zone)

ATV008509



**MobyGames** (https://www.mobygames.com/)

Sign in (https://www.mobygames.com/acct/logon/from,:2fsearch:2fquick/g,3/)

Register (https://www.mobygames.com/acct/create_account)

Search games, credits, companies...                                                                                                  🔍

Games                                    Forums                              Contribute ▾                          ⤭
(https://www.mobygames.com/browse/games)(https://www.mobygames.com/forums)(https://www.mobygames.com/info/contribute)(https://www.mobygames.com/random/game?
                                                                                                              1613102089)

**Join our Discord (https://discord.gg/8zWGTQp) to chat with fellow friendly gamers and our knowledgeable contributors!**

## Search

| warzone | All Platforms ⌄ | **Go** | [more (https://www.mobygames.com/search)] |

## What to search

☑Games (44)   ☑Game Groups (1)   ☑Game Attributes (0)   ☑People (0)   ☑Companies (1)

## Results

Results **1 - 46** of **46** for **warzone**

1.       Game: **WarZone (https://www.mobygames.com/game/browser/warzone_)**
         Browser (*1999*)

2.   [img]   Game: **Warzone (https://www.mobygames.com/game/windows/warzone___)**
             Windows (*2017*)com/game/windows/warzone___)
         (https://www.mobygames.com/game/windows/warzone___)

3.       Game: **WarZone (https://www.mobygames.com/game/atari-st/warzone)**
         Atari ST (*1993*)

4.       Game: **Warzone (https://www.mobygames.com/game/warzone__)**
         Amiga (https://www.mobygames.com/game/amiga/warzone__) (*1986*) and Atari ST (https://www.mobygames.com/game/atari-st/warzone__) (*1988*)

5.       Game: **WarZone 3 (https://www.mobygames.com/game/browser/warzone-3)**
         Browser (*2003*)

6.       Game: **WarZone 2 (https://www.mobygames.com/game/browser/warzone-2)**
         Browser (*1999*)

7.       Game: **Warzone VR (https://www.mobygames.com/game/warzone-vr)**

ATV000510

**495**



PlayStation 4 (https://www.mobygames.com/game/playstation-4/warzone-vr) (*2019*) and
Windows (https://www.mobygames.com/game/windows/warzone-vr) (*2019*)

(https://www.mobygames.com/game/warzone-vr)

8.  Game: **Warzone 2100 (https://www.mobygames.com/game/warzone-2100)**

Linux (https://www.mobygames.com/game/linux/warzone-2100) (*2004*),
Macintosh (https://www.mobygames.com/game/macintosh/warzone-2100) (*2006*),
(https://www.PlayStation (https://www.mobygames.com/game/playstation/warzone-2100) (*1999*) and
2100) Windows (https://www.mobygames.com/game/windows/warzone-2100) (*1999*)

9. Game Group: **WarZone series (https://www.mobygames.com/game-group/warzone-series)**

A series of browser-based tank to tank combat games created by Ben Librojo.

Games in group: WarZone (https://www.mobygames.com/game/warzone_), WarZone 2 (https://www.mobygames.com/game/warzone-2), WarZone 3 (https://www.mobygames.com/game/warzone-3) and WarZone 3: WWII Edition (https://www.mobygames.com/game/warzone-3-wwii-edition)

10. Company: **Warzone 2100 Project (https://www.mobygames.com/company/warzone-2100-project)**

11. Game: **WarZone 3: WWII Edition (https://www.mobygames.com/game/browser/warzone-3-wwii-edition)**

Browser (*2005*)

12.  Game: **4 Most Warzone (https://www.mobygames.com/game/4-most-warzone)**

Commodore 64 (https://www.mobygames.com/game/c64/4-most-warzone) (*1991*) and
ZX Spectrum (https://www.mobygames.com/game/zx-spectrum/4-most-warzone) (*1991*)

(https://www.mobygames.com/game/4-most-warzone)

13. Game: **The Seed: Warzone (https://www.mobygames.com/game/seed-warzone)**

PlayStation 2 (https://www.mobygames.com/game/ps2/seed-warzone) (*2001*) and
PlayStation 3 (https://www.mobygames.com/game/ps3/seed-warzone) (*2012*)

(https://www.mobygames.com/game/seed-warzone)

14. Game: **Call of Duty: Warzone (https://www.mobygames.com/game/call-of-duty-warzone)**

PlayStation 4 (https://www.mobygames.com/game/playstation-4/call-of-duty-warzone) (*2020*),
Windows (https://www.mobygames.com/game/windows/call-of-duty-warzone) (*2020*) and
(https://www.mobygames.com/game/call-Xbox One (https://www.mobygames.com/game/xbox-one/call-of-duty-warzone) (*2020*)
of-duty-warzone)

15. Game: **Anomaly: Warzone Earth (https://www.mobygames.com/game/anomaly-warzone-earth)**

(https://www.mobygames.com/game/anomaly-warzone-earth)Linux (https://www.mobygames.com/game/linux/anomaly-warzone-earth) (*2012*),
Macintosh (https://www.mobygames.com/game/macintosh/anomaly-warzone-earth) (*2011*),

ATV006511

496

warzone-  PlayStation 3 (https://www.mobygames.com/game/ps3/anomaly-warzone-earth) (*2012*),
earth)     Windows (https://www.mobygames.com/game/windows/anomaly-warzone-earth) (*2011*) and
           Xbox 360 (https://www.mobygames.com/game/xbox360/anomaly-warzone-earth) (*2012*)

16.        Game: **Anomaly: Warzone Earth HD (https://www.mobygames.com/game/anomaly-warzone-earth-hd)**

Android (https://www.mobygames.com/game/android/anomaly-warzone-earth-hd) (*2011*),
BlackBerry (https://www.mobygames.com/game/blackberry/anomaly-warzone-earth-hd) (*2013*),
(https://www.mobygames.com/game/anomaly-  iPad (https://www.mobygames.com/game/ipad/anomaly-warzone-earth-hd) (*2011*),
warzone-   iPhone (https://www.mobygames.com/game/iphone/anomaly-warzone-earth-hd) (*2011*),
earth-hd)  Linux (https://www.mobygames.com/game/linux/anomaly-warzone-earth-hd) (*2013*),
           Macintosh (https://www.mobygames.com/game/macintosh/anomaly-warzone-earth-hd) (*2013*) and
           Windows (https://www.mobygames.com/game/windows/anomaly-warzone-earth-hd) (*2013*)

17.        Game: **WWF War Zone (https://www.mobygames.com/game/gameboy/wwf-war-zone_)** (*a.k.a.* WWF Championship Match: WarZone)

           Game Boy (*1998*)

18.        Game: **Call of Duty: Warzone - Combat Pack (https://www.mobygames.com/game/playstation-4/call-of-duty-warzone-combat-pack)**

(https://www.mobygames.com/game/playstation-  PlayStation 4 (*2020*)
4/call-of-
duty-
warzone-
combat-
pack)

19.        Game: **Halo 5: Guardians - Warzone REQ Bundle (https://www.mobygames.com/game/xbox-one/halo-5-guardians-warzone-req-bundle)**

(https://www.mobygames.com/game/xbox-  Xbox One (*2015*)
one/halo-
5-
guardians-
warzone-
req-
bundle)

20.        Game: **War Zone (https://www.mobygames.com/game/war-zone_)**

Amstrad CPC (https://www.mobygames.com/game/cpc/war-zone_) (*1984*) and
ZX Spectrum (https://www.mobygames.com/game/zx-spectrum/war-zone_) (*1984*)
(https://www.mobygames.com/game/war-
zone_)

21.        Game: **War Zone (https://www.mobygames.com/game/war-zone)**

           Amiga (https://www.mobygames.com/game/amiga/war-zone) (*1991*) and Atari ST (https://www.mobygames.com/game/atari-st/war-zone) (*1991*)





ATV006514
499



ATV006515
500



ATV006516

OUR BOOK OF THE YEAR WINNER
BARNES & NOBLE
Books | eBooks | NOOK | Teens & YA | Kids | Toys | Games & Collectibles | Stationery & Gifts | Movies & TV | Music
BARNES & NOBLE BOOK OF THE Year
SHOP NOW
WARZONE
WARZONE NEMESIS
BARNES & NOBLE PRESS
A Maiden. A Duty. A Kingdom.
SHOP NOW
QUICK ADD
"Our stories are singular, but our destiny is shared."
BARACK OBAMA
BUY NOW

ATV006517
502

# Copyright

## Public Catalog

[illegible]

| [illegible] | Title | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

[illegible]

# EXHIBIT 76



Newman
+DuWors
Seattle | Los Angeles | San Francisco

**Derek A. Newman**
Direct +310.359.8188
Main +310.359.8200
dn@newmanlaw.com

100 Wilshire Blvd, Suite 700
Santa Monica, CA 90401

## FRE 408—CONFIDENTIAL SETTLEMENT COMMUNICATION

**SENT BY EMAIL**

March 4, 2021

Scott J. Major
Millen, White, Zelano & Branigan, P.C.
2200 Clarendon Boulevard, Suite 1400
Arlington Courthouse Plaza I
Arlington, VA 22201
Email: major@mwzb.com

> Re: **Warzone.com, LLC v. Activision Publishing, Inc.**
> **WARZONE—Opposition No. 91265759**

Scott:

Thank you for your February 16, 2021 letter concerning settlement of the dispute between Warzone.com LLC and Activision.

Warzone believes that Activision infringed the WARZONE trademark by adopting the mark for identical goods and causing consumer confusion. Activision asserts a First Amendment "expressive works" defense, which applies under *Rogers v. Grimaldi* "unless the title explicitly misleads as to source or content of the work."[1]

The *Rogers* case, at footnote 5, explains that where a junior user adopts the use of a similar title to the senior user's work—like in this case—would explicitly mislead as to source. The *Rogers* court intended that the First Amendment defense that Activision raises "would not apply to misleading titles that are confusingly similar to other titles."[2] Recent cases follow *Rogers* footnote 5 and indicate that Activision's expressive-works defense wouldn't succeed.

Activision also argues that WARZONE is descriptive, requiring secondary meaning before Warzone may protect it. But the mark is either suggestive or arbitrary, qualifying for immediate protection. It doesn't describe Warzone's product or any feature or characteristic of it.

---

[1] *Rogers v. Grimaldi*, 875 F.2d 994, 999 (2d Cir. 1989).
[2] *Id.* at n. 5.



Exhibit 78
FICKER
12/5/24
Laura Axelsen
CSR 6173

Warzone is confident in its infringement case. Activision should take a license in exchange for a reasonable royalty or an assignment in exchange for a one-time payment.

### A.    Activision's use of the WARZONE mark is explicitly misleading and thus infringes Warzone's trademark.

In 2018, the Ninth Circuit in *Gordon v. Drape Creative, Inc.* considered when an "expressive works" defense to trademark infringement could succeed.[3] The court instructed that use of a mark in the same way by both users may be the type of explicitly misleading description of source that *Rogers* condemns, allowing a finding of trademark infringement.[4] The court discussed *Rogers* Footnote 5 and held that "misleading titles that are confusingly similar *to other titles* can be explicitly misleading, regardless of artistic relevance."[5] Indeed, the court found that allowing a junior user to claim the protection of "art" as a shield against a senior user's claim of infringement for identical use of the mark—as Activision argues here—would "turn trademark law on its head."[6]

Activision's use of WARZONE is explicitly misleading. First, identical usage alone can suffice to establish a "explicitly misleading description of source."[7] Warzone started using its WARZONE mark as the title of its videogame in 2017. Then in 2020, Activision began using WARZONE, also as a title for its videogame. "The potential for explicitly misleading usage is especially strong when the senior user and the junior user both use the mark in similar artistic expressions." Activision's use alone is sufficient to demonstrate that Activision's use of the WARZONE mark is explicitly misleading.

The Ninth Circuit also recognized that if an alleged infringer uses a mark as a "centerpiece" of an expressive work, it may be found to be explicitly misleading[8] because it could lessen the distinctiveness, and thus the commercial value of, a competitor's mark.[9] The court noted that in previous cases involving the "expressive work" defense, the use of the mark was either (1) only one element of the work and the junior user's artistic expressions, or (2) incorporated into the body of the expressive work, where it served as only one component of the larger work and was "quite incidental."[10]

Activision uses the WARZONE mark as its centerpiece. It's literally the name of Activision's game. It's not a subtitle, not a catchphrase in the game, not a slogan to the promote the game, or some other secondary or tertiary feature. While Activision does at times use the "CALL OF DUTY" mark together with its use of the WARZONE mark, that isn't always the case. Activision frequently

---

[3] *Gordon v. Drape Creative, Inc.*, 909 F.3d 257 (9th Cir. 2018).

[4] *Id.* at 270.

[5] *Id.* (emphasis in original).

[6] *Id.* (emphasis added).

[7] *Id.*

[8] *Id.* at 271.

[9] *Id.* at 271 (citing *S.F. Arts & Athletics, Inc. v. U.S. Olympic Comm.*, 483 U.S. 522, 539 (1987)).

[10] *Id.* at 271.

A506520

identifies its game to consumers as "WARZONE" and Activision has applied to register the standalone WARZONE mark.

Activision's use of the WARZONE mark as the centerpiece and title of its videogame reflects an effort to "lessen the distinctiveness and thus the commercial value of a competitor's mark."[11] In your letter, you go so far as to suggest that overtaking the distinctiveness of Warzone's WARZONE mark may have been Activision's goal. Under *Gordon*, Activision's actions in using the WARZONE mark are explicitly misleading, which means the expressive-works defense cannot overcome Warzone's trademark-infringement claim.

*Gordon* also suggests that a knowing use of a mark that consumers rely on to identify another party as source could support a finding of explicitly misleading use.[12] Here, Activision began using the WARZONE mark as the title of its videogame nearly three full years after Warzone began using the WARZONE mark as the title of its videogame. If, like most reasonable companies, Activision conducted even the most basic search for the term "Warzone" before choosing it as the title for its new videogame, it would have become aware of the WARZONE mark. A basic Google search in 2018 would have shown Warzone's WARZONE game as the top search result. Warzone is confident it could demonstrate through discovery that Activision knew that Warzone used its WARZONE mark as the title of its videogame and, despite that, went ahead using the same WARZONE mark as the title for its own videogame. This evidence would indicate an explicitly misleading mark, which invalidates the "expressive work" defense that Activision relies on.

**B.** *Twentieth Century Fox* and *Dr. Seuss* weigh in favor of an infringement finding in this case.

Activision cites *Twentieth Century Fox Television v. Empire*[13] and *Dr. Seuss Enterprises, L.P. v. ComicMix LLC,*[14] both of which preceded Gordon.

First, Activision suggests that the Ninth Circuit rejected footnote 5 of the *Rogers* decision in *Twentieth Century Fox.* But the court's discussion of *Rogers* footnote 5 was mere dicta because it didn't address a title-versus-title dispute. Unlike in *Twentieth Century Fox*, the Ninth Circuit in *Gordon* squarely addressed its prior remarks on *Rogers* footnote 5. *Gordon* noted that other courts have found that the second *Rogers* prong is "essentially a more exacting likelihood-of-confusion test."[15] The Ninth Circuit went on to say that if Fox had used the title "*Law & Order: Special Hip-Hop Unit,*" such identical usage of NBC Universal's "Law & Order: Special Victims Unit" mark—as a title for its television show—it could be the exact type of explicitly misleading description of source

---

[11] *Gordon,* 909 F.3d at 270.

[12] *Id.* at 270 (noting the plaintiff introduced evidence that "defendants used the mark knowing that consumers rely on marks on the inside of cards to identify their source.")

[13] *Twentieth Century Fox Television, a division of Twentieth Century Fox Film Corp. v. Empire Distribution, Inc.,* 875 F.3d 1192 (9th Cir. 2017).

[14] Case No. 16-CV-2779-JLS (BGS), 2018 WL 2806733 (S.D. Cal. 2018).

[15] *Gordon,* 909 F.3d at n. 7 (citing *Westchester Media v. PRL USA Holdings, Inc.,* 214 F.3d 658, 665 (5th Cir. 2000); *Twin Peaks Prods., Inc. v. Publ'ns Int'l, Ltd.,* 996 F.2d 1366, 1379 (2d Cir. 1993)).

addressed in *Rogers*.[16] For that reason, *Twentieth Century Fox* supports the conclusion that Activision is liable for infringement in this case.

Activision also cites the unreported district-court decision, *Dr. Seuss Enterprises, L.P. v. ComicMix LLC*,[17] for the principle that *Rogers* applies in title-versus-title cases. *Dr. Seuss* isn't binding authority and was decided before *Gordon*.[18] More importantly, the alleged infringing book in that case included an express disclaimer that it wasn't associated with the *Dr. Seuss* mark and was, instead, a parody.[19] With that disclaimer, there could be no likelihood of consumer confusion. Activision's title doesn't include a disclaimer, so *Dr. Seuss* also supports the conclusion that Activision is liable for infringement.

### C.   Warzone is likely to succeed in opposition because its mark is distinctive and there has been actual consumer confusion.

Activision alleges that WARZONE is inherently descriptive in the context of Warzone's videogame, which would require Warzone to acquire distinctives through secondary meaning before it could protect the mark. But WARZONE is either an arbitrary or suggestive mark, entitling Warzone to full and immediate protection under the Lanham Act.

A descriptive mark is a label that conveys an immediate idea of an ingredient, quality, characteristic, feature, function, purpose or use of the goods or services at issue.[20] In contrast, a mark is suggestive rather than descriptive when effort of thought or imagination is required to resolve the characteristics described by the mark and the goods or services themselves.[21] And an arbitrary mark uses common words in a fictitious and arbitrary manner[22] having no connection with the actual product.[23]

As an initial matter, WARZONE is not descriptive of a category or type of game or videogame. There are many different types of videogames.[24] WARZONE is not among them. Even amongst the sub-genres of "strategy video games," there is no "warzone" type of game.[25] So calling an online

---

[16] *Gordon*, 909 F.3d at 270.

[17] Case No. 16-CV-2779-JLS (BGS), 2018 WL 2806733 (S.D. Cal. 2018).

[18] *Dr. Suess* was decided in May 2018 while *Gordon* was decided several months later, in November 2018.

[19] *Dr. Seuss Enterprises, L.P. v. ComicMix LLC*, Case No. 16-CV-2779-JLS (BGS), 2018 WL 2806733, *5 (S.D. Cal. 2018).

[20] *Real Foods Pty Ltd. v. Frito-Lay N. Am., Inc.*, 906 F.3d 965 (Fed. Cir. 2018) (quoting *In re N.C. Lottery*, 866 F.3d 1363, (Fed. Cir. 2017)).

[21] *Id.*

[22] *Dreamwerks Prod. Grp., Inc. v. SKG Studio*, 142 F.3d 1127, 1131 (9th Cir. 1998).

[23] *Surfvivor Media, Inc. v. Survivor Prods.*, 406 F.3d 625, 631 (9th Cir. 2005).

[24] *See, e.g.,* MasterClass, "Guide to video game genres: 10 popular video game types," November 8, 2020, available at: https://www.masterclass.com/articles/guide-to-video-game-genres#10-popular-video-game-genres.

[25] *See, e.g.,* Wikipedia, "Strategy video game," available at: https://en.wikipedia.org/wiki/Strategy_video_game#References.

*Scott Majors - Warzone.com, LLC v. Activision Publishing, Inc.*    **CONFIDENTIAL SETTLEMENT**
*March 4, 2021*                                                       **COMMUNICATION**
*Page 5 of 9*

videogame "WARZONE" is not descriptive of a type of game, nor of its quality, characteristics, or features.

"Warzone" isn't found in the dictionary. The two-word phrase "war zone" describes a particular area or place where military combat occurs with violent connotations.

> **war zone:** *n.* 1: a zone in which belligerents are waging war broadly: an area marked by extreme violence. 2: a designated area especially on the high seas within which rights of neutrals are not respected by a belligerent nation in time of war

> **war zone:** *n.* 1. An area in which military combat takes place. 2. An area at sea in which ships are prone to being attacked during a war.[26]

> **war zone:** *n.* a place where people are fighting in a war.[27]

> **war zone:** *n.* (during wartime) a combat area in which the rights of neutrals are suspended, as such an area on the high seas, where ships flying a neutral flag are subject to attack.[28]

The term "war zone," used in connection with a videogame, would convey a specific idea about the attributes or function of the game: one that is visceral, violent, and marked by the presence of soldiers and weapons, as shown in the images of war zones in Figure 1, below.[29]

---

[26] The American Heritage® Dictionary of the English Language, Fifth Edition, 2020 by Houghton Mifflin Harcourt Publishing Company.

[27] Cambridge Dictionary, available at: https://dictionary.cambridge.org/us/dictionary/english/war-zone.

[28] Dictionary.com Unabridged, based on the Random House Unabridged Dictionary, Random House, Inc., 2021, available at: https://www.dictionary.com/browse/warzone?s=t

[29] Photograph sources, clockwise from top left: The Peninsula, "Mexican town turned to war zone fears new era of narco violence," October 26, 2019, available at: https://thepeninsulaqatar.com/article/26/10/2019/Mexican-town-turned-to-war-zone-fears-new-era-of-narco-violence; Nicholas Kristof, New York Times, "In Portland's so-called war zone, it's the troops who provide the menace," available at: https://www.nytimes.com/2020/07/25/opinion/sunday/portland-protest-federal-troops.html; Grigor Atanesian & Benjamin Strick, BBC News, "Nagorno-Karabakh conflict: 'Execution' video prompts war crime probe," October 24, 2020, available at: https://www.bbc.com/news/world-europe-54645254; Jaya Narain, Daily Mail Online, "Solider who faced death in burning tank in Iraq set to run 52 marathons to repay medic who rebuilt him," December 27, 2010, available at https://www.dailymail.co.uk/news/article-1341804/Marathon-Man-The-ordeal-troops-blazing-tank-defining-image-Iraq-Now-running-52-marathons-repay-medic-rebuilt-him.html; Magdi Abdelhadi, BBC News, "Libya conflict: Why Egypt might send troops to back Gen Haftar," available at: https://www.bbc.com/news/world-africa-53779425; Alex Parker, Chicago Reader, "The photographs in *Conflict Zone* document endless war and daily life," May 19, 2011, available at: https://www.chicagoreader.com/chicago/conflict-zone-war-photography-exhibit/Content?oid=3829739.

*Scott Majors - Warzone.com, LLC v. Activision Publishing, Inc.*   **CONFIDENTIAL SETTLEMENT**
*March 4, 2021*                                                     **COMMUNICATION**
*Page 6 of 9*



Figure 1: Example images of war zones from news publications

The term "war zone" is frequently characterized by death, destruction, or both. And a "war zone" is set in a particular area where military-style conflict is taking place. The photograph in Figure 2 below depicts Syrian children on their way to school amidst the destruction characterizing the war zone in which they live.[30]



Figure 2: Example of ambient destruction characterizing a war zone

---

[30] Alan Taylor, The Atlantic, "Syria's Students: Going to School in a War Zone," November 9, 2017, available at: https://www.theatlantic.com/photo/2017/11/syrias-students-going-to-school-in-a-war-zone/545474/.

*Scott Majors - Warzone.com, LLC v. Activision Publishing, Inc.*     **CONFIDENTIAL SETTLEMENT**
*March 4, 2021*                                                       **COMMUNICATION**
*Page 7 of 9*

But none of these characteristics of a war zone immediately describes any feature or quality of
Warzone's online game, WARZONE. In WARZONE, there is no on-screen violence, no visceral
action, no soldiers, no weapons, no gore, no death playing out on screen, and no fire, destruction, or
rubble. On top of that, the setting is entirely removed from any specific place. Instead, a game-
player's view is a simple political world map, as shown in Figure 3, below.



Figure 3: Player view of the WARZONE videogame

The game involves slowly, strategically moving armies—represented by number icons—from one
territory to another. It requires chess-like tactical thinking to evaluate and determine maneuvers and
allocation of resources. The action is not rooted in a sense of specific place and isn't literal or
visceral. Instead, it's abstract and theoretical. For example, troop movement is designated with
arrows and highlighted colors on countries, shown in Figure 4 below.



Figure 4: Zoomed-in view of action in WARZONE

*Scott Majors - Warzone.com, LLC v. Activision Publishing, Inc.*   **CONFIDENTIAL SETTLEMENT**
*March 4, 2021*                                                       **COMMUNICATION**
*Page 8 of 9*

The made-up term WARZONE, used as a single word as the title of Warzone's game, is not descriptive because on its own, it describes a work characterized by military combat, destruction, desolation, and a strong sense of place. But the game itself is incongruous with those characteristics.

The USPTO's registration of other "war" marks for video, computer, or online games demonstrates that other war-based game names are likewise distinctive without having to acquire secondary meaning. See, for example, videogame titles registered for "Original War,"[31] "Treasure Wars,"[32] "Ocean Wars,"[33] "Toy Wars,"[34] "Tribal Wars,"[35] "Space Wars,"[36] "Instant War"[37] "Warpath,"[38] "Massive Warfare,"[39] "Armored Warfare"[40] and "War Games Commander."[41] WARZONE is no more descriptive than any of those marks and is likewise suggestive or arbitrary, entitling it to full protection under the law.

### D.   Warzone offers to settle for a license in exchange for royalty, or assignment in exchange for one-time payment.

Activision's proposal for coexistence wouldn't change the status quo. Consumer confusion would continue. And Activision's use of the mark would further lessen the distinctiveness and commercial value of Warzone's interest in its own WARZONE s mark.

Activision's use of the WARZONE mark has caused actual consumer confusion and damaged Warzone. Activision has not only hurt Warzone's sales for its existing customer base, but has also diminished Warzone's ability to attract new customers to its game and blunted Warzone's prospects for growth and expansion. Warzone relies on various tools such as internet searches and online videogame streaming resources as mechanisms for discovery of its online videogame. But since Activision began been using the WARZONE mark, Warzone has been drowned out on these resources. Despite plans for continued growth, which had been in the making from the launch of the game in 2017, Warzone hasn't been able to achieve a higher valuation and growth due to Activision's interfering and infringing use of the WARZONE mark. In addition, Warzone has been forced to spend resources addressing a regular stream of confused consumers. Warzone would rather spend these resources improving the game for its players and attracting new customers. Warzone estimates its damages at several million dollars.

---

[31] Reg. No. 6244000 ("original" disclaimed).
[32] Reg. No. 6122204 ("treasure" disclaimed).
[33] Reg. No. 5127556 ("ocean" disclaimed).
[34] Reg. No. 5607851.
[35] Reg. No. 4710581.
[36] Reg. No. 5386857.
[37] Reg. No. 5952625.
[38] Reg. No. 6021213.
[39] Reg. No. 5633362.
[40] Reg. No. 4557877.
[41] Reg. No. 5595554.

A5M026526

*Scott Majors - Warzone.com, LLC v. Activision Publishing, Inc.*    **CONFIDENTIAL SETTLEMENT**
*March 4, 2021*                                                      **COMMUNICATION**
*Page 9 of 9*

To resolve this matter, Warzone would license the mark to Activision in exchange for a royalty of one quarter of one percent of gross revenue generated from sales of Activision WARZONE branded games. Alternatively, Warzone would settle for a one-time payment of $7 million and would assign the trademark to Activision in exchange.

We request a response by Friday March 12, 2021. Please let me know if you'd like to discuss in the interim.

Thank you.

NEWMAN DU WORS LLP

Derek A. Newman

A66427

# EXHIBIT 77

Exhibit 80
FICKER
12/5/24
Laura Axelsen
CSR 6173



Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 78

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 79

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 80

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 81

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 82

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 83

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 84

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 85

# EXHIBIT 86

**Page Vault**

| | |
|---|---|
| Document title: | FizzerWL - Twitch |
| Capture URL: | https://www.twitch.tv/fizzerwl |
| Page loaded at (UTC): | Wed, 12 Feb 2025 02:05:05 GMT |
| Capture timestamp (UTC): | Wed, 12 Feb 2025 02:06:01 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | kXFzANi97wYjSd1Psp38LW |
| Display Name: | whk |

PDF REFERENCE #:        nFsEPVYFyQyZuNLjkcrZ3z

Browse ⋮ Search Log In Sign Up

LIVE CHANNELS

loltyler1 League of Legends 19.9K
summit1g The Isle 16.8K
KaiCenat Just Chatting 75.2K
Jynxzi Tom Clancy's Rainbo... 33.1K
Pikabooirl World of Warcraft 18.2K
HasanAbi Just Chatting 28.4K
Yexom Rust 1.5K
plaqueboymax IRL 30.7K
mrwobblestwitch Rust 2.6K
winnie Rust 2.2K

FIZZERWL VIEWERS ALSO WATCH

WhiteAndNerdytv Sid Meier's Civilizatio... 36
midnight_simon Software and Game ... 47
derajgg Marvel Rivals 8

Show More

OFFLINE

# FizzerWL is offline.

Creator of the game Warzone. Play for free at https://www.warzone.com

Turn on Notifications

Follow and get notified when fizzerwl is live

OFFLINE

Turn on Notifications

## FizzerWL

606 followers

Follow Subscribe

Home About Schedule Videos Chat

### Recent highlights and uploads

Ask Fizzer Anything #2
FizzerWL

Sign up to experience the best of FizzerWL Chat, follow or subscribe – Twitch is your oyster. Sign Up

Browse Search Log In Sign Up

LIVE CHANNELS

- loltyler1 — League of Legends — 19.9K
- summit1g — The Isle — 16.8K
- KaiCenat — Just Chatting — 75.2K
- Jynxzi — Tom Clancy's Rainbo... — 33.1K
- Pikabooirl — World of Warcraft — 18.2K
- HasanAbi — Just Chatting — 28.4K
- Yexom — Rust — 1.5K
- plaqueboymax — IRL — 30.7K
- mrwobblestwitch — Rust — 2.6K
- winnie — Rust — 2.2K

FIZZERWL VIEWERS ALSO WATCH

- WhiteAndNerdytv — Sid Meier's Civilizatio... — 36
- midnight_simon — Software and Game ... — 47
- derajgg — Marvel Rivals — 8

Show More

OFFLINE

**FizzerWL is offline.**

Creator of the game Warzone. Play for free at https://www.warzone.com

Turn on Notifications

fizzerwl is live

Turn on Notifications

## FizzerWL

606 followers

Follow | Subscribe

Home | About | Schedule | Videos | Chat

### Recent highlights and uploads

**Ask Fizzer Anything #2**
FizzerWL

**Sign up to experience the best of FizzerWL** Chat, follow or subscribe – Twitch is your oyster. Sign Up



