1   MARC E. MAYER (SBN 190969)
       mem@msk.com
2   KARIN G. PAGNANELLI (SBN 174763)
       kgp@msk.com
3   LINDSAY R. EDELSTEIN (*pro hac vice*)
       lre@msk.com
4   MITCHELL SILBERBERG & KNUPP LLP
    2049 Century Park East, 18th Floor
5   Los Angeles, CA 90067-3120
    Telephone: (310) 312-2000
6   Facsimile: (310) 312-3100

7   Attorneys for Activision Publishing,
    Inc.

8

9           UNITED STATES DISTRICT COURT

10          CENTRAL DISTRICT OF CALIFORNIA

11  | ACTIVISION PUBLISHING, INC., a Delaware corporation, | CASE NO. 2:21-cv-3073-FLA (JCx) |
    | --- | --- |

12  Plaintiff,    [Judge Fernando L. Aenlle-Rocha]

13  v.    **EXHIBITS NOS. 87-107 TO DECLARATION OF MARC E. MAYER IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

14  WARZONE.COM, LLC,

15  Defendant.

16  WARZONE.COM, LLC,

17  Counterclaimant,    Date:    March 21, 2025
                        Time:    1:30 p.m.
18  v.                  Ctrm:    6B

19  ACTIVISION PUBLISHING, INC., a Delaware corporation,    Complaint Filed:    Apr. 8, 2021
                                                            Counterclaim Filed: June 8, 2021
20                                                          Pretrial Conference: May 19, 2025, at 1:30 p.m.
21  Counterdefendant.    Trial:    May 27, 2025, at 8:15 a.m.

22

23

24

25

26

27

# EXHIBIT 87



**MobyGames**

Search games, people, companies...

Pro   Browse   Contribute   Community   ☼   Login

9,966 items were approved and added to the database in the past week!

**PLAY LIKE IT'S 1986.**

# Warzone

Moby ID: 71700

Review ☆☆☆☆☆

Add To Collection

Overview   Credits   Reviews   Covers   Screenshots   Videos   Promos   Trivia   Specs   Releases   Patches   Prices   Forum   Contribute

| | | | |
|---|---|---|---|
| **Released** 1986 on Amiga | **Moby Score** n/a | **Genre** Action | Amiga Specs |
| **Credits** 2 people | **Critics** 36% (4) | **Perspective** Top-down | **Business Model** Commercial |
| **Releases** by Date (by platform) 1986 (Amiga) 1988 (Atari ST) | **Players** ★★★★★ (6) | **Gameplay** Shooter | **Media Type** 3.5" Floppy Disk |
| **Publishers** Prism Leisure Corporation Plc | **Collected By** 3 players | **Setting** Sci-fi / futuristic | **Number of Players Supported** 1 Player |
| **Developers** Paradox Software | | | [ view all 12 specs ] |

**See Also**

Warzone (1993 on Atari ST)
WarZone (1999 on Browser)
Warzone (2017 on Windows)

## Description

*War Zone* is a 2D top-down shooter game set in a distant, post-apocalyptic future. The player is a warrior who must find a crazy warmonger and deactivate a nuclear bomb. The player controls a lightly armed vehicle and must destroy enemy vehicles and cannons. The vehicle has limited fuel - the player must search for fuel pumps to refuel. The screen is constantly scrolling up - the player can be killed by touching the bottom of the screen.

## Screenshots

    

## Credits (Amiga version)

| | |
|---|---|
| Program | Janko Mršić-Flögel |
| Music | Janko Mršić-Flögel |
| Graphic Design | Mungo Amyatt-Leir |
| Arrangement | Mungo Amyatt-Leir |

## Reviews

### Critics

Average score: 36% (based on 4 ratings)

### Players

Average score: 2.3 out of 5 (based on 6 ratings with 0 reviews)

| Critic [ Expand All ] | Platform | Score ˅ |
|---|---|---|
| Games-X | Amiga | 80% |

Be the first to review this game!

Document title: Warzone (1986) - MobyGames
Capture URL: https://www.mobygames.com/game/71700/warzone/
Capture timestamp (UTC): Fri, 25 Oct 2024 16:50:25 GMT

Page 1 of 2

**529**

ATV005224

| Music | Janko Mršić-Flögel |
| Graphic Design | Mungo Amyatt-Leir |
| Arrangement | Mungo Amyatt-Leir |

## Reviews

### Critics

Average score: 36% (based on 4 ratings)

### Players

Average score: 2.3 out of 5 (based on 6 ratings with 0 reviews)

| Critic [ Expand All ] | Platform | Score˅ |
| --- | --- | --- |
| Games-X | Amiga | 80% |
| ASM (Aktueller Software Markt) | Atari ST | 25% |
| Amiga Power | Amiga | 24% |
| ST Magazine | Atari ST | 17% |

Be the first to review this game!

## Analytics

**MobyPro** EARLY ACCESS

Upgrade to MobyPro to view research rankings and price history! (when applicable)

## Related Games


**CrossFire: Warzone**
Released 2019 on Android, iPad, 2020 on i...


**Warzone 2100**
Released 1999 on Windows, 1999 on PlayS...


**Warzone VR**
Released 2019 on Windows, PlayStation 4


**WarZone 2**
Released 1999 on Browser


**WarZone 3**
Released 2003 on Browser


**Assault Ops: Warzone**
Released 2015 on Xbox 360

**EVE: Valkyrie - Warzone**
Released 2017 on Windows, PlayStation 4

**Anomaly: Warzone Earth**
Released 2011 on Windows, Xbox 360, 20...


**4 Most Warzone**
Released 1991 on ZX Spectrum, Commodo...

## Identifiers +

MobyGames ID: 71700
[ Please login / register to view all identifiers ]

## Contribute

Are you familiar with this game? Help document and preserve this entry in video game history! If your contribution is approved, you will earn points and be credited as a contributor.

**Ad Blurb** (+1 point)  **Alternate Title** (+1 point)  **Content Rating** (+1 point)  **Correction** (+1 point)  **Critic Review** (+½ point)  **Group** (+¼ point)  **Product Code** (+¼ point)  **Promo Images** (+½ point)  **Related Site** (+1 point)  **Release Info** (+1 point)  **Relation** (+½ point)  **Tech Spec** (+1 point)  **Trivia** (+1 point)  **Video** (+1 point)

## Contributors to this Entry

Game added by 666gonzo666.

Game added April 17, 2015. Last modified February 22, 2023.

About · FAQ · MobyPro · Stats · Standards · Style Guide · API · Contact · Change Log · Privacy Policy · Terms of Use

© 1999–2024 MobyGames ™

v20241015a

Document title: Warzone (1986) - MobyGames
Capture URL: https://www.mobygames.com/game/71700/warzone/
Capture timestamp (UTC): Fri, 25 Oct 2024 16:50:25 GMT

Page 2 of 2

**530**

ATV005225

**PageVault**

| | |
|---|---|
| Document title: | Warzone - Atari ST game | Atari Legend |
| Capture URL: | https://www.atarilegend.com/games/warzone |
| Page loaded at (UTC): | Fri, 25 Oct 2024 16:47:46 GMT |
| Capture timestamp (UTC): | Fri, 25 Oct 2024 16:49:29 GMT |
| Capture tool: | 10.52.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | 3494UkUSs8GgLb1cY4MHno |
| Display Name: | whk |

ATV005220



Document title: Warzone - Atari ST game | Atari Legend
Capture URL: https://www.atarilegend.com/games/warzone
Capture timestamp (UTC): Fri, 25 Oct 2024 16:49:29 GMT

Page 1 of 2

532

ATV005221



Document title: Warzone - Atari ST game | Atari Legend
Capture URL: https://www.atarilegend.com/games/warzone
Capture timestamp (UTC): Fri, 25 Oct 2024 16:49:29 GMT

Page 2 of 2

533

ATV005222

# EXHIBIT 88

INTERNET ARCHIVE
**WayBackMachine**
26 captures
6 Dec 2015 - 18 Sep 2024

http://core-design.com/warzone.html    Go

AUG **FEB** JUL
◀ **04** ▶
2015 **2017** 2018    About this capture



🏠    WHAT'S NEW    TOMB RAIDER    OTHER GAMES    GOODIES    COMMUNITY    CONTACT

# War Zone

_Release date_ : 1991

_Platforms_ : Amiga, Atari ST

In War Zone you're controlling an Arnold-like soldier armed with machine gun. Each mission is taking place in different location with little repetitive signs further in the game. Starting point is at the jungle, but you will also visit some kind of stores, sewers and factories.

    

» Go to Goodies to discover more about the game...

Home | About | Contact

© Core Design, Lara Croft and Tomb Raider are trademarks of Square Enix Ltd. All rights reserved.



**Moby Games**

Search games, people, companies...

Pro   Browse   Contribute   Community   ☼   👤 Login

🌐 8,939 items were approved and added to the database in the past week!

## PLAY LIKE IT'S 1986.

# War Zone

Moby ID: 11937

Review ★★★★★   Add To Collection

**Overview** Credits Reviews Covers Screenshots Videos Promos Trivia Specs Releases Patches Prices Forum Contribute

front · back · 1 more

**Released**
1991 on Atari ST

**Credits**
Contribute

**Releases by Date** (by platform)
1991 (Atari ST)
1991 (Amiga)

**Publishers**
Core Design Ltd.

**Developers**
Core Design Ltd.

**Moby Score**
`7.5` #7,301 of 25.4K

**Critics**
77% (16)

**Players**
★★★★★ (5)

**Review Ranking**
#675 on Amiga

**Collected By**
11 players

**Genre**
Action

**Perspective**
Top-down

**Visual**
2D scrolling

**Gameplay**
Arcade
Shooter

**See Also**
🎮 War Zone (1984 on ZX Spectrum, Amstrad CPC)

## Description

As the name implies, War Zone is a game mainly about shooting, shooting, some hostages rescuing (or shooting if you want) and also shooting.

The game consist of 8 top-down scrolling missions in which you're controlling Arnold-like soldier armed with basic machine gun. Each mission is taking place in different location with little repetitive signs further in the game. Starting point is at the jungle, but you will also visit some kind of stores, sewers and factories. Your task is to get at the end of mission and destroy main boss. Throughout your way a lot of enemies is waiting for you. Expect heavy resistance by infantry armed with machine guns, guided missiles and grenades. Of course, enemies are using plenty of vehicles so prepare for trains, tanks, helicopters, jeeps and even one submarine. Luckily you aren't reliant to machine gun only. Shoot boxes with "W" sign and arm yourself with better/stronger weapons like grenades thrower, flammer, guided missiles launcher or laser. Also watch carefully for hostages. If you release one, you'll be awarded with points or health-pack.

## Groups +

BPjS / BPjM indexed games    Genre: Overhead scrolling run and gun    Setting: Future now past

## Screenshots







## Promos



Document title: War Zone (1991) - MobyGames
Capture URL: https://www.mobygames.com/game/11937/war-zone/
Capture timestamp (UTC): Fri, 25 Oct 2024 16:45:47 GMT



## Reviews

### Critics

Average score: 77% (based on 16 ratings)

| Critic [ Expand All ] | Platform | Score˅ |
|---|---|---|
| Amiga Action | Amiga | 88% |
| Zero | Amiga | 88% |
| One for Amiga Games, The | Amiga | 86% |
| One for ST Games, The | Atari ST | 86% |
| Computer and Video Games (CVG) | Amiga | 86% |
| Secret Service / New S Service | Amiga | 85% |
| ACE (Advanced Computer Entertainment) | Amiga | 81% |
| Games-X | Atari ST | 80% |
| CU Amiga | Amiga | 79% |
| Atari ST User | Atari ST | 78% |
| Amiga Format | Amiga | 73% |
| Raze | Amiga | 72% |
| ASM (Aktueller Software Markt) | Atari ST | 67% |
| ASM (Aktueller Software Markt) | Amiga | 67% |
| Amiga Joker | Amiga | 66% |
| Amiga Power | Amiga | 65% |
| Datormagazin | Amiga | 60% |
| Amiga Power | Amiga | 33% |

### Players

Average score: 3.4 out of 5 (based on 5 ratings with 0 reviews)

Be the first to review this game!

## Analytics

**MobyPro** EARLY ACCESS

Upgrade to MobyPro to view research rankings and price history! (when applicable)

## Related Games


**WWF War Zone**
Released 1998 on Game Boy


**WWF War Zone**
Released 1998 on PlayStation, Nintendo 64


**Rock Band: Rob Zombie - 'War Zo...**
Released 2015 on Xbox One, PlayStation 3...


**Z-Zone**
Released 1987 on Commodore 64


**Defense Zone**
Released 2012 on iPad, 2014 on Macintosh...


**Neutral Zone**
Released 1983 on Commodore 64


**Auto Zone**
Released 1987 on Commodore 16, Plus/4

**Shadow Zone**
Released 2007 on J2ME

**Time Zone**
Released 1991 on NES

## Identifiers +

MobyGames ID: 11937
[ Please login / register to view all identifiers ]

## Contribute

Are you familiar with this game? Help document and preserve this entry in video game history! If your contribution is approved, you will earn points and be

ATV005194

| CU Amiga | Amiga | 79% |
|---|---|---|
| Atari ST User | Atari ST | 78% |
| Amiga Format | Amiga | 73% |
| Raze | Amiga | 72% |
| ASM (Aktueller Software Markt) | Atari ST | 67% |
| ASM (Aktueller Software Markt) | Amiga | 67% |
| Amiga Joker | Amiga | 66% |
| Amiga Power | Amiga | 65% |
| Datormagazin | Amiga | 60% |
| Amiga Power | Amiga | 33% |

## Analytics

**MobyPro** EARLY ACCESS

Upgrade to MobyPro to view research rankings and price history! (when applicable)

## Related Games

 **WWF War Zone**
Released 1998 on Game Boy

 **WWF War Zone**
Released 1998 on PlayStation, Nintendo 64

 **Rock Band: Rob Zombie - 'War Zo...**
Released 2015 on Xbox One, PlayStation 3...

 **Z-Zone**
Released 1987 on Commodore 64

 **Defense Zone**
Released 2012 on iPad, 2014 on Macintosh...

 **Neutral Zone**
Released 1983 on Commodore 64

 **Auto Zone**
Released 1987 on Commodore 16, Plus/4

 **Shadow Zone**
Released 2007 on J2ME

 **Time Zone**
Released 1991 on NES

## Identifiers +

MobyGames ID: 11937
[ Please login / register to view all identifiers ]

## Contribute

Are you familiar with this game? Help document and preserve this entry in video game history! If your contribution is approved, you will earn points and be credited as a contributor.

**Ad Blurb** (+1 point)   **Alternate Title** (+1 point)   **Content Rating** (+1 point)   **Correction** (+1 point)   **Credits** (+2 points, plus ¼ point per credit)   **Critic Review** (+½ point)   **Group** (+¼ point)   **Product Code** (+¼ point)   **Related Site** (+1 point)   **Release Info** (+1 point)   **Relation** (+½ point)   **Tech Spec** (+1 point)   **Trivia** (+1 point)   **Video** (+1 point)

## Contributors to this Entry

Game added by Johnny "ThunderPeel2001" Walker.

Atari ST added by Martin Smith.

Additional contributors: B.L. Stryker.

Game added February 2, 2004. Last modified June 15, 2024.

About · FAQ · MobyPro · Stats · Standards · Style Guide · API · Contact · Change Log · Privacy Policy · Terms of Use

© 1999–2024 MobyGames ™

v20241015a

Document title: War Zone (1991) - MobyGames
Capture URL: https://www.mobygames.com/game/11937/war-zone/
Capture timestamp (UTC): Fri, 25 Oct 2024 16:45:47 GMT

Page 3 of 3

**538**

ATV005195



ATV005197

# EXHIBIT 89



# CONTENTS

| | |
|---|---|
| Loading | 2 |
| This Means WAR! | 3 |
| Starting in | 4 |
| Main menu | 4 |
| Options | 5 |
| Default Controls | 6 |
| War Zone™ Basics | 6 |
| Start Game (Game types) | 9 |
| WF™ Challenge | 10 |
| Versus Mode | 11 |
| Tag Team | 11 |
| Cage | 11 |
| Weapons | 12 |
| Training | 12 |
| Create Player | 14 |
| Attributes | 15 |
| Biographies | 16 |
| Strategy | 17 |
| Hints & Tips | 19 |

# "ROCKS THE RING WITH THE FIERCEST WRESTLING ACTION EVER SEEN" — GAMEPRO



**4 PLAYER ACTION WITH TAG TEAM, TORNADO AND WAR MODES!**



**SPECIALIZED MATCHES INCLUDING STEEL CAGE MATCH**



**SIGNATURE AND FINISHING MOVES UNIQUE TO EACH WRESTLER**



**OVER 300 MOTION CAPTURED MANEUVERS**

- **The top superstars in the World Wrestling Federation® including Steve Austin, Shawn Michaels, The Undertaker, Kane, Triple H and many more!**

- **Vince McMahon and Jim Ross bring you the action from ringside.**

- **Training Mode: Practice your moves before stepping into the ring!**



**CREATE AND SAVE UP TO 30 CUSTOMIZED WRESTLERS**

 **1 to 4 Players**   **Memory Card 1 block**  **Multi Tap Adaptable 1–4 Players**

 WWF

**ACCLAIM SPORTS**
www.acclaimsports.com

WF "War Zone" World Wrestling Federation and its logos are trademarks of Titan Sports, Inc. © 1998 Titan Sports, Inc. All Rights Reserved. Developed by Iguana West Software, Inc., an Acclaim Entertainment studio. All other trademarks are trademarks of Acclaim Entertainment, Inc. TM ® & © 1999 Acclaim Entertainment, Inc. All Rights Reserved. Marketed by Acclaim. Distributed by Acclaim Distribution, Inc., One Acclaim Plaza, Glen Cove, NY 11542-2777 For information on this product's rating, call 1-800-771-3772.
Licensed by Sony Computer Entertainment America for use with the PlayStation game console. PlayStation and the PlayStation logos are registered trademarks of Sony Computer Entertainment Inc. The ratings icon is a trademark of the Interactive Digital Software Association. Manufactured and printed in the U.S.A. THIS SOFTWARE IS COMPATIBLE WITH PLAYSTATION GAME CONSOLES WITH THE NTSC U/C DESIGNATION. U.S. AND FOREIGN PATENTS PENDING.



0  21481 22158  6

**TEEN**
ANIMATED VIOLENCE
MILD LANGUAGE
SUGGESTIVE THEMES



**Moby Games**

Search games, people, companies...

Pro    Browse    Contribute    Community    Login

🐾 9,966 items were approved and added to the database in the past week!

## PLAY LIKE IT'S 1986.

# WWF War Zone

Moby ID: 4598

Review ★ ★ ★ ★ ★    Add To Collection

Overview  Credits  Reviews  Covers  Screenshots  Videos  Promos  Trivia  Specs  Releases  Patches  Prices  Forum  Contribute

front · back · 30 more

**Released**
July 24, 1998 on PlayStation

**Credits**
122 people

**Releases by Date** (by platform)
1998 (PlayStation)
1998 (Nintendo 64)

**Publishers**
Acclaim Entertainment, Inc.

**Developers**
Iguana West

**Moby Score**
7.6  #6,374 of 25.4K

**Critics**
82% (33)

**Players**
★ ★ ★ ★ ★ (27)

**Review Ranking**
#86 on Nintendo 64
#186 on PlayStation

**Collected By**
83 players

**Genre**
Sports

**Perspective**
3rd-person (Other)

**Sport**
Wrestling

**Misc**
Licensed

**PlayStation Specs**
**ESRB Rating**
Teen

**Number of Players Supported**
1-4 Players

[ view all 6 specs ]

---

**Buy on Nintendo 64**
$9.99 used, $349.99 new on eBay ⬈

**Buy on PlayStation**
$7.40 used, $19.99 new on Amazon ⬈

Note: We may earn an affiliate commission on purchases made via eBay, Amazon and GOG links (prices updated 9/30 12:36 AM ⓘ)

---

**See Also**
🎮 WWF War Zone (1998 on Game Boy)

## Description official descriptions

*WWF War Zone* is the first WWF-based wrestling game to use fully 3D character and environment graphics. The wrestlers can execute traditional punch and kicks, as well as various grapple moves, which the player can perform by pressing a button assigned to initial grapple in a combination with different direction buttons. Commentary, wrestler introductions (with short voice clips), crowd reactions, and full-motion sequences (in the PlayStation version only) are included.

The game features seven basic gameplay modes, allowing configurations of one to four players. These include training mode, one-on-one, tag team, cage match, weapons match, tornado tag team, and war (elimination free for all). Two additional modes, Royal Rumble and gauntlet, are exclusive to the Nintendo 64 version. The player can also create and customize his own wrestler, taking him through the WWF challenge. The new wrestler finds himself at the bottom of a pyramid, and has to challenge wrestlers situated immediately above him, gradually working his way through to the title. Sometimes previously defeated wrestlers will challenge the player to a "grudge match", which usually consists of special encounters, such as battles with weapons or cage matches.

## Groups +

PlayStation Greatest Hits releases    PlayStation Platinum Range releases    Protagonist: Visually customizable character    WWE / WWF wrestling games

## Screenshots

    

## Promos

Document title: WWF War Zone (1998) - MobyGames
Capture URL: https://www.mobygames.com/game/4598/wwf-war-zone/
Capture timestamp (UTC): Fri, 25 Oct 2024 19:56:41 GMT

Page 1 of 4

**545**

ATV005249

    

## Promos



## Credits (Nintendo 64 version)

122 People (101 developers, 21 thanks) · View all

| | |
|---|---|
| Producer | Michael Archer |
| Project Manager | Vince Bracken |
| Game Design | Tim Huntsman, Clark Westerman, Rich Reagan, Troy Leavitt, Jeff Robinson, James Daly |
| Programming Team | Justin R. Towns, Robert Brannon, Daren R. Smith, Rob Nelson, Scott C. Pugh, Jeremy Howa, Altair S. Lane, Sean Igo, Christopher G. Braymen, Bruce Gifford, Omar Canon |
| Engine Programming | John Lund |
| Sound Team | Dean Morrell (All Night), Mark Ganus, Roy Wilkins, Bob Dayley |
| Art Lead | Jane Bradley |

[ full credits ]

## Reviews

### Critics

Average score: 82% (based on 33 ratings)

| Critic [ Expand All ] | Platform | Score |
|---|---|---|
| GameGenie | Nintendo 64 | 100% |
| GamePro (US) | PlayStation | 100% |
| GameGenie | PlayStation | 100% |
| Game Revolution | Nintendo 64 | 91% |
| Gamezilla | Nintendo 64 | 91% |
| Mega Fun | Nintendo 64 | 91% |
| 64 Power / big.N / N Games / Wii Magazin | Nintendo 64 | 90% |
| Game Industry News (GiN) | PlayStation | 90% |
| GamePro (US) | Nintendo 64 | 90% |
| PSX Nation | PlayStation | 90% |
| Gamezilla | PlayStation | 89% |
| Absolute Playstation | PlayStation | 89% |
| Consoles Plus | Nintendo 64 | 89% |
| Power Unlimited | Nintendo 64 | 88% |
| Power Unlimited | PlayStation | 87% |
| Gaming Entertainment Monthly | Nintendo 64 | 86% |
| GameSpot | PlayStation | 86% |
| Total! (Germany) | Nintendo 64 | 85% |
| Video Games (German) | Nintendo 64 | 85% |
| IGN | Nintendo 64 | 85% |
| Hacker | PlayStation | 84% |
| Mega Fun | PlayStation | 84% |
| Das Offizielle PlayStation Magazin / Play Fun Magazin | PlayStation | 82% |

### Players

Average score: 3.2 out of 5 (based on 27 ratings with 0 reviews)

Be the first to review this game!

Document title: WWF War Zone (1998) - MobyGames
Capture URL: https://www.mobygames.com/game/4598/wwf-war-zone/
Capture timestamp (UTC): Fri, 25 Oct 2024 19:56:41 GMT

ATV005250

| | | |
|---|---|---|
| Total! (Germany) | Nintendo 64 | 85% |
| Video Games (German) | Nintendo 64 | 85% |
| IGN | Nintendo 64 | 85% |
| Hacker | PlayStation | 84% |
| Mega Fun | PlayStation | 84% |
| Das Offizielle PlayStation Magazin / Play Fun Magazin | PlayStation | 82% |
| All Game Guide | PlayStation | 80% |
| MAN!AC / M! Games | PlayStation | 80% |
| Bravo Screenfun | PlayStation | 80% |
| IGN | PlayStation | 80% |
| Fun Generation | PlayStation | 80% |
| Jeuxvideo.com | Nintendo 64 | 80% |
| MAN!AC / M! Games | Nintendo 64 | 80% |

[ ⌄ 17 More ]

## Trivia

**Bret Hart**
Although Bret Hart left the WWF (now WWE) in 1997, he is included in this game (which was released nearly a year later).

**Turok**
Turok is a playable secret character in this game. He has The Rock's moveset. Although as of today, it is not known how to unlock him other than using a Gameshark device.

**Awards...**

⌄ More

## Analytics

MobyPro EARLY ACCESS

Upgrade to MobyPro to view research rankings and price history! (when applicable)

## Related Games

 **WWF Smackdown!**
Released 2000 on PlayStation

 **WWF Attitude**
Released 1999 on PlayStation, Nintendo 6...

 **WWF Attitude**
Released 1999 on Game Boy Color

 **WWF Wrestlemania**
Released 1989 on NES

 **WWF Raw**
Released 1994 on Game Boy, SNES, 1995 ...

 **WWF Superstars**
Released 1991 on Game Boy

 **WWF Superstars**
Released 1990 on Dedicated handheld

**WWF WrestleMania**
Released 1989 on Dedicated handheld

**WWF Betrayal**
Released 2001 on Game Boy Color

## Identifiers +

MobyGames ID: 4598
[ Please login / register to view all identifiers ]

## Contribute

Are you familiar with this game? Help document and preserve this entry in video game history! If your contribution is approved, you will earn points and be credited as a contributor.

Ad Blurb (+1 point)   Alternate Title (+1 point)   Correction (+1 point)   Critic Review (+½ point)   Group (+¼ point)   Product Code (+¼ point)   Related Site (+1 point)   Release info (+1 point)   Relation (+½ point)   Tech Spec (+1 point)   Trivia (+1 point)   Video (+1 point)

## Contributors to this Entry

Game added by Knyght.

Document title: WWF War Zone (1998) - MobyGames
Capture URL: https://www.mobygames.com/game/4598/wwf-war-zone/
Capture timestamp (UTC): Fri, 25 Oct 2024 19:56:41 GMT

Page 3 of 4

**547**

ATV005251

| | | |
|---|---|---|
| Jeuxvideo.com | Nintendo 64 | 80% |
| MAN!AC / M! Games | Nintendo 64 | 80% |

[ ⌄ 17 More ]

## Trivia

**Bret Hart**
Although Bret Hart left the WWF (now WWE) in 1997, he is included in this game (which was released nearly a year later).

**Turok**
Turok is a playable secret character in this game. He has The Rock's moveset. Although as of today, it is not known how to unlock him other than using a Gameshark device.

**Awards...**

⌄ More

## Analytics

MobyPro EARLY ACCESS

Upgrade to MobyPro to view research rankings and price history! (when applicable)

## Related Games

 **WWF Smackdown!**
Released 2000 on PlayStation

 **WWF Attitude**
Released 1999 on PlayStation, Nintendo 6...

 **WWF Attitude**
Released 1999 on Game Boy Color

 **WWF Wrestlemania**
Released 1989 on NES

 **WWF Raw**
Released 1994 on Game Boy, SNES, 1995 ...

 **WWF Superstars**
Released 1991 on Game Boy

 **WWF Superstars**
Released 1990 on Dedicated handheld

 **WWF WrestleMania**
Released 1989 on Dedicated handheld

 **WWF Betrayal**
Released 2001 on Game Boy Color

## Identifiers +

MobyGames ID: 4598
[ Please login / register to view all identifiers ]

## Contribute

Are you familiar with this game? Help document and preserve this entry in video game history! If your contribution is approved, you will earn points and be credited as a contributor.

Ad Blurb (+1 point)  Alternate Title (+1 point)  Correction (+1 point)  Critic Review (+½ point)  Group (+¼ point)  Product Code (+¼ point)
Related Site (+1 point)  Release info (+1 point)  Relation (+½ point)  Tech Spec (+1 point)  Trivia (+1 point)  Video (+1 point)

## Contributors to this Entry

Game added by Knyght.

Additional contributors: Alaka, Grant McLellan, Tatsujin.

Game added July 25, 2001. Last modified August 26, 2024.

About · FAQ · MobyPro · Stats · Standards · Style Guide · API · Contact · Change Log · Privacy Policy · Terms of Use

© 1999-2024 MobyGames ™

v20241015a

ATV005252





ATV028515

# EXHIBIT 90



Search games, people, companies... Pro Browse Contribute Community Login

8,452 items were approved and added to the database in the past week!

# WarZone

Moby ID: 61204

Review ★★★★★ | Add To Collection

Overview Credits Reviews Covers Screenshots Videos Promos Trivia Specs Releases Patches Prices Forum Contribute

**Released**
March 1999 on Browser

**Credits**
1 person

**Moby Score**
n/a

**Players**
★★★★★ (1)

**Collected By**
1 players

**Genre**
Action

**Perspective**
1st-person

**Gameplay**
Arcade
Shooter

**Vehicular**
Tank

**See Also**
- Warzone (1986 on Amiga, 1988 on Atari ST)
- Warzone (1993 on Atari ST)
- Warzone (2017 on Windows)

## Description

*WarZone* is a 3D arcade game in which the player controls a tank from a first-person perspective. The main goal is to navigate through the level and destroy as many tanks as possible before suffering maximum damage. An enemy tank is destroyed when hit by a successful shot, and the player receives a number of points to the general score. On the other hand, the enemies need five successful hits in order to kill the player, since one projectile deals 20% damage. To avoid being shot, the player can hide behind obstacles and follow the enemy positions on the radar.

## Groups +

Battlezone variants | WarZone series

## Screenshots

## Credits (Browser version)

By Ben Librojo

## Reviews

### Players

Average score: 3.0 out of 5 (based on 1 ratings with 0 reviews)

Be the first to review this game!

    

## Credits (Browser version)

By                          Ben Librojo

## Reviews

### Players

Average score: 3.0 out of 5 (based on 1 ratings with 0 reviews)

Be the first to review this game!

## Analytics

**MobyPro** EARLY ACCESS

Upgrade to MobyPro to view research rankings and price history! (when applicable)

## Related Games


**CrossFire: Warzone**
Released 2019 on Android, iPad, 2020 on i...


**WarZone 3**
Released 2003 on Browser


**Warzone 2100**
Released 1999 on Windows, 1999 on PlayS...


**Warzone VR**
Released 2019 on Windows, PlayStation 4


**WarZone 2**
Released 1999 on Browser


**Assault Ops: Warzone**
Released 2015 on Xbox 360


**Anomaly: Warzone Earth**
Released 2011 on Windows, Xbox 360, 20...


**4 Most Warzone**
Released 1991 on ZX Spectrum, Commodo...


**EVE: Valkyrie - Warzone**
Released 2017 on Windows, PlayStation 4

## Identifiers +

MobyGames ID: 61204
[ Please login / register to view all identifiers ]

## Contribute

Are you familiar with this game? Help document and preserve this entry in video game history! If your contribution is approved, you will earn points and be credited as a contributor.

**Ad Blurb** (+1 point)  **Alternate Title** (+1 point)  **Content Rating** (+1 point)  **Correction** (+1 point)  **Critic Review** (+½ point)  **Group** (+¼ point)  **Product Code** (+¼ point)  **Promo Images** (+½ point)  **Related Site** (+1 point)  **Release Info** (+1 point)  **Relation** (+½ point)  **Tech Spec** (+1 point)  **Trivia** (+1 point)  **Video** (+1 point)

## Contributors to this Entry

Game added by CalaisianMindthief.

Game added August 16, 2013. Last modified February 13, 2023.

About · FAQ · MobyPro · Stats · Standards · Style Guide · API · Contact · Change Log · Privacy Policy · Terms of Use

© 1999–2024 MobyGames ™

v20241015a

Document title: WarZone (1999) - MobyGames
Capture URL: https://www.mobygames.com/game/61204/warzone/
Capture timestamp (UTC): Fri, 25 Oct 2024 16:58:10 GMT

Page 2 of 2

**553**

ATV005211

# EXHIBIT 91

2/2/25, 8:42 AM    WarZone 2 for Browser (1999) - MobyGames

https://www.mobygames.com/game/browser/warzone-2    Go

**6 captures**
30 Sep 2013 - 23 Dec 2021

APR AUG JAN
05
2014 2017 2021    About this capture

# Moby Games

Search games, credits, companies...    Sign in    Register

Games    Forums    Updates ▾    Contribute ▾

## WarZone 2 (Browser)

Discuss    Review    + Want    + Have    Contribute

Main    Credits    Screenshots    Reviews    Cover Art    Promo Art    Releases    Trivia    Hints    Specs    Ad Blurb    Rating Systems    Buy/Trade

**WARZONE 2**

MISSING COVER

[add cover]

**Released**
Mar, 1999
**Platform**
Browser

**Genre**
Action
**Perspective**
1st-person, 3rd-person [DEPRECATED]
**Gameplay**
Arcade, Shooter
**Vehicular**
Tank

**Critic Score**
100 point score based on reviews from various critics.
[view reviews | add review]

**User Score**
5 point score based on user ratings.
[score detail | rate game]

## Description

*WarZone 2* is a 3D arcade shooter. Like the original, it gives the player control over a single tank with the main objective of surviving and destroying countless waves of enemy tanks. In order to do that, the player must constantly seek cover from enemy fire behind buildings or trees, and shoot back using the tank's main gun. There is an infinite number of rounds, which reload automatically once a shot has been fired. Some tanks are destroyed after only one hit, others require more. The player's tank itself is vulnerable to enemy fire and will explode once it reaches 100% damage.

The game can be played from different perspectives, including several external views, one from inside the tank and even a circling helicopter perspective. Only the first-person view offers access to a radar that tracks all obstacles and enemy positions. *WarZone 2* has two graphical modes: solid polygons and wireframe, which is reminiscent of the first game's graphics.

[edit description]

## Screenshots

[browse | add screenshots]

## Credits

By:
Ben Librojo

## Promo Images

There are no promo images for this game

[add promo images]

## Part of the Following Group

- [group name here]

## User Reviews

There are no reviews for this game.

[review game]

## Critic Reviews

There are no critic reviews for this game.

[add review]

## Forums

There are currently no topics for this game.

[new thread]

**555**



INTERNET ARCHIVE
WaybackMachine
6 captures
30 Sep 2013 - 23 Dec 2021
APR AUG JAN
05
2014 2017 2021
About this capture

CalaisianMindthief (7555) added **WarZone 2** (Browser) on Jul 20, 2013

| MobyGames | What's New | Stats | Community |
|---|---|---|---|
| Home | New Games | Top Games | Forums |
| FAQ | Game Updates | Bottom Games | Facebook |
| Standards | New Reviews | Top Contributors | Twitter |
| Patrons | New Companies | Database Stats | Google+ |
| Contact | Changelog | Most Wanted | API |

MobyGames™ Copyright © 1999-2017 Blue Flame Labs. All rights reserved. Terms of Use. Privacy Policy.

MobyGames

Video game information, credits, reviews, box covers, screenshots and more for 200+ video game platforms from 1950 to date!

"Will your stalwart band choose to (F)ight or (R)un?"



YouTube

Search

Sign in

## Game Showcase: WarZone 2

SeaWaterThing
8 subscribers

Subscribe

2 Share Save

107 views 1 year ago
Another Java browser game, this time by the Java game powerhouse also known as Ben Librojo. This guy has made so multiple Java games and they're all good quality, for early 2000's browser games anyway. WarZone 2 is no exception, being probably my favourite of his library of games. It runs smoothly and is fun to play. No notes ...more

**1 Comment** Sort by

Add a comment...

@SilverStarHeggisist 1 year ago
I play this for countless hours, I loved it, now I play War Thunder.
Reply

Our Passion is Our Purpose. Since 1927.
TODAY WE WILL.
Best In Boots
Sponsored · www.naturalizer.c...
Shop now

ALL SONGS WORLDS LOL (2014 - 2024) 4k-60Fps | League of...
LeagueofSkins
356K views · 1 month ago
36:54

NieR Replicant Ver. 1.22 「Fleeting Words」 Ultimate...
Spardaa
197K views · 2 years ago
13:15

Game Showcase: Race3D
SeaWaterThing
46 views · 1 year ago
7:40

Josh Fudge - Fun Times (Full Album)
The Daily Dose
4.3M views · 3 years ago
27:31

Storm the House 2: Hardest Mode Attempt (Flash Games)
Jase "Knight 647" Clifford
27 views · 10 days ago
10:07

Just chill bro...
darkbutgoodambient
157K views · 6 months ago
18:14

Upbeat Mario Music to cure your depression
Blasphemy
1.3M views · 2 years ago
50:27

Bury The Light (Approaching Storm Mix)
KarazolaX
745K views · 1 year ago
13:01

Death Assult - Full playthrough
WSDguy2014
8 views · 2 weeks ago
10:38

The Strokes - Ode To The Mets Live Lollapalooza 2022...
Edgar Hernández
532K views · 2 years ago
8:25

Final Fantasy 7 Remake (Relaxing Music Compilation)
Caffinity
416K views · 7 months ago
1:20:09

DEPRESSED PHONK - PLAYLIST
Keigh
1.4M views · 1 year ago
28:10

Mame Arcade all vertical shoot em ups SHMUPS Part 1
GameBermuda

Document title: Game Showcase: WarZone 2 - YouTube
Capture URL: https://www.youtube.com/watch?v=33fheSu4FFo
Capture timestamp (UTC): Fri, 25 Oct 2024 17:05:48 GMT

# EXHIBIT 92

The Wayback Machine - https://web.archive.org/web/20150106040011/http://wz2100.net/



## Warzone 2100 — *Strategy by Design*

# Home

Home

- Home
- News
- FAQ
- Wiki
- Bug Reporting
- Addons
- Forums
- Download
- Get the campaign videos
- Webchat

## Welcome to Warzone 2100!

In Warzone 2100, you command the forces of The Project in a battle to rebuild the world after mankind has almost been destroyed by nuclear missiles.

The game offers campaign, multi-player, and single-player skirmish modes. An extensive tech tree with over 400 different technologies, combined with the unit design system, allows for a wide variety of possible units and tactics.

Warzone 2100 was originally developed as a commercial game by Pumpkin Studios and published in 1999, and was released as open source by them in 2004, for the community to continue working on it.

**559**

2/2/25, 5:35 AM    Warzone 2100 A Free And Open Source Real-Time Strategy Game



 **RSS** **Atom** ▼ **Donate**

## Other News

### Happy New Year!

5 days, 23 hours ago

We would like to wish everyone a Happy New Year!

read more…

### 3.1.2 has been released!

6 days, 23 hours ago

Hello again Warzone fans!

read more…

### Merry Christmas!

1 week, 6 days ago

### We at the Warzone 2100 Project would like to wish everyone a Merry Christmas!

We plan on releasing a new version, 3.1.2, before the end of the year, so stay tuned!

read more…



Warzone 2100 is a GPL v2.0 game.

**Page Vault**

| | |
|---|---|
| Document title: | Warzone 2100 (1999) - MobyGames |
| Capture URL: | https://www.mobygames.com/game/2869/warzone-2100/ |
| Page loaded at (UTC): | Fri, 25 Oct 2024 18:26:52 GMT |
| Capture timestamp (UTC): | Fri, 25 Oct 2024 18:27:24 GMT |
| Capture tool: | 10.52.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 6 |
| Capture ID: | tHtyj3Yqc7TcEKR7y1rfc6 |
| Display Name: | whk |

ATV005236



MobyGames Search games, people, companies... Pro Browse Contribute Community Login

9,966 items were approved and added to the database in the past week!

# Warzone 2100

Moby ID: 2869

Review ★★★★★ | Add To Collection

Overview Credits Reviews Covers Screenshots Videos Promos Trivia Specs Releases Patches Prices Forum Contribute

front · back · 98 more

**Released**
1999 on Windows

**Credits**
64 people

**Releases by Date** (by platform)
1999 (Windows)
1999 (PlayStation)...
3 More

**Publishers**
Eidos Interactive Limited
Acer TWP Corp...
3 More

**Developers**
Pumpkin Studios

**Moby Score**
7.7 #4,420 of 25.4K

**Critics**
80% (47)

**Players**
★★★★★ (38)

**Review Ranking**
#248 on PlayStation
#1,851 on Windows

**Collected By**
93 players

**Genre**
Strategy / tactics

**Perspective**
Diagonal-down

**Visual**
Free camera

**Pacing**
Real-time

**Gameplay**
Real-time strategy (RTS)

**Interface**
Multiple units/characters control
Point and select

**Setting**
Post-apocalyptic
Sci-fi / futuristic

**Narrative**
War

Windows Specs

**ESRB Rating**
Teen

**Business Model**
Free (initially commercial)

**Media Type**
CD-ROM, Download

**Input Devices Supported/Optional**
Keyboard, Mouse

**Multiplayer Options**
Internet, LAN, Modem, Null-modem cable

**Number of Offline Players**
1 Player

**Number of Online Players**
2-8 Players

[ view all 27 specs ]

**Official Site**
Visit

**Buy on PlayStation**
$13.48 used on eBay

**Buy on Windows**
$0.00 new on Steam

Note: We may earn an affiliate commission on purchases made via eBay, Amazon and GOG links (prices updated 10/19 6:52 AM)

**Included in**
Play the Games Vol. 3 (2000)

## Description official descriptions

Earth's defense satellites accidentally launch nuclear warheads due to computer malfunction. Our planet is destroyed, except for a few factions that rebuild their strength and attempt to dominate the brave new world. As you make your way across the wasteland, hunting down artifacts and destroying hostile forces, you find out that the satellite's unexpected nuclear launch may not have been entirely accidental after all...

You are in charge of searching the land for technological artifacts held by the other fellows. These artifacts are then researched to create new weapons, chasses, and propulsion types, all of which are interchangable, meaning there are over 2000 units for you to blow stuff up with. You can build tanks, hovercraft, Vertical Take Off/Landing (VTOL) vehicles, as well as cyborg units. There are machine guns, missile launchers, flame throwers, mortars, etc. Since all your technology comes from artifacts you swipe from your enemies, you are almost always fighting with weapons a step below what the other guy has, meaning you have to rely on your strategic prowess instead of sheer military superiority. The battlefield is fully 3D, the camera is rotatable and zoomable, and all units are 3D as well, except for humans, which are sprites, but they aren't too plentiful, so it's a minor point.

## Spellings

- ▯▯2100 - *Simplified Chinese spelling*

## Groups +

zoomable, and all units are 3D as well, except for humans, which are sprites, but they aren't too plentiful, so it's a minor point.

## Spellings

- 战区2100 - *Simplified Chinese spelling*

## Groups +

Eidos Premier Collection releases   Games with officially released source code   Middleware: SDL

## Screenshots

    

## Promos

    

## Videos



Warzone 2100 - Video Game Trailer - PC Windows (1999)

Add Trailer or Gameplay Video +1 point

See any errors or missing info for this game?

You can submit a correction, contribute trivia, add to a game group, add a related site or alternate title.

## Credits (Windows version)

64 People (59 developers, 5 thanks) · View all

| | |
|---|---|
| Director of Projects | Jim Bambra |
| Director of Development | Nick Cook |
| Head of Software Engineering | Alex McLean |
| Software Engineer | Annette Bell, Tim Cannell, Paul Dunning, John Elliot, Gareth Jones, Alex Lee, Jeremy Sallis |
| Graphic Artist | Kevin R. Ayre, Pete Johnson, Erol Kentli, Kevin Wicks |
| Graphic Artist / Musician | Martin Severn |
| Designer | Keith Ledger |
| Systems Manager | Pete Ball |
| Project co-ordinator | Louise Anderson |
| Creative Support | Ian Livingstone |
| Producer | Eric W. Adams |
| Senior Producer | Grant Dean |
| Eidos Development Support | Rose Montgomery |
| Localisation Manager | Flavia Timiani-Dean |
| Head of Marketing | John Davis |
| Marketing Manager | David Burton |

[ full credits ]

ATV005238

| | | |
|---|---|---|
| Senior Producer | Grant Dean | |
| Eidos Development Support | Rose Montgomery | |
| Localisation Manager | Flavia Timiani-Dean | |
| Head of Marketing | John Davis | |
| Marketing Manager | David Burton | |

[ full credits ]

## Reviews

### Critics

Average score: 80% (based on 47 ratings)

| Critic [ Expand All ] | Platform | Score ▾ |
|---|---|---|
| Science Fiction Weekly | Windows | 100% |
| Bravo Screenfun | Windows | 100% |
| GameGenie | Windows | 100% |
| PSExtreme.com | PlayStation | 92% |
| Power Play | Windows | 91% |
| Fun Generation | PlayStation | 90% |
| Secret Service / New S Service | Windows | 90% |
| Das Offizielle PlayStation Magazin / Play Fun Magazin | PlayStation | 90% |
| Game Vortex | PlayStation | 88% |
| GameStar (Germany) | Windows | 86% |
| Video Games (German) | PlayStation | 86% |
| Joystick (French) | Windows | 86% |
| Electric Playground | Windows | 85% |
| MAN!AC / M! Games | PlayStation | 85% |
| Gameplay (Benelux) | Windows | 85% |
| Mega Fun | PlayStation | 84% |
| Génération 4 | Windows | 83% |
| PC Action (Germany) | Windows | 82% |
| PC Games (Germany) | Windows | 82% |
| Game Over Online | Windows | 81% |
| Official U.S. PlayStation Magazine (OPM) | PlayStation | 80% |
| IGN | Windows | 80% |
| PC Player (Denmark) | Windows | 80% |
| JeuxVideoPC.com | Windows | 80% |
| PC Player (Germany) | Windows | 80% |
| Adrenaline Vault, The (AVault) | Windows | 80% |
| GamePro (US) | Windows | 80% |
| Gamesmania.de | Windows | 80% |
| Computer and Video Games (CVG) | Windows | 80% |
| GamesFirst! | PlayStation | 80% |

[ ▾ 23 More ]

### Players

Average score: 3.7 out of 5 (based on 38 ratings with 2 reviews)



**Excellent Real Time Strategy for Playstation.** ★ ★ ★ ★ ★

**The Good**
The atmosphere and clever building of tension in the gameplay. Nicely open ended non linear gameplay. Variety of buildings and weapons (you can design your own). Good enemy AI.
...
▾ More

1 of 1 Moby users rated this review helpful.
Did you find this review helpful? 👍YES 👎NO

PlayStation · by Felix (129) · 2001

**A great (but forgotten?) 3D Real-time Strategy game** ★ ★ ★ ★ ★

**The Good**
This game is wonderful! The post-apocalyptic story-line may not be very original, but it works and the intro movie is nice to watch. :) The way you research new technologies and design new units works perfect, the graphics are good enough and the music is great. The camera can be rotated both horizont...
▾ More

1 of 1 Moby users rated this review helpful.
Did you find this review helpful? 👍YES 👎NO

Windows · by Joel Segerbäck (641) · 2008

## Discussion

| Subject | By | Date |
|---|---|---|
| How many games are combined in this entry? | Alaka (108351) | Mar 19, 2022 |

## Trivia

**Source code**
The *Warzone 2100* source code was released to the public on 7th December 2004. As of 2007, some people are working on *Warzone 2100 Project*, aimed at

Document title: Warzone 2100 (1999) - MobyGames
Capture URL: https://www.mobygames.com/game/2869/warzone-2100/
Capture timestamp (UTC): Fri, 25 Oct 2024 18:27:24 GMT

Page 3 of 5

**565**

ATV005239

| Subject | By | Date |
|---|---|---|
| How many games are combined in this entry? | Alaka (108351) | Mar 19, 2022 |

## Trivia

**Source code**
The *Warzone 2100* source code was released to the public on 7th December 2004. As of 2007, some people are working on *Warzone 2100 Project*, aimed at improving the gameplay, graphics, and compatibility of the game. Their site is at http://wz2100.net.

Information also contributed by Kabushi

## Analytics

MobyPro EARLY ACCESS

Upgrade to MobyPro to view research rankings and price history! (when applicable)

## Related Games


**2100**
Released 2019 on Windows


**CrossFire: Warzone**
Released 2019 on Android, iPad, 2020 on i...


**Call of Duty: Warzone**
Released 2020 on Windows, PlayStation 4, ...

**Odyssey 2100**
Released 1978 on Dedicated console


**Speedball 2100**
Released 2000 on PlayStation


**Warzone**
Released 1986 on Amiga, 1988 on Atari ST


**Warzone**
Released 1993 on Atari ST


**WarZone**
Released 1999 on Browser


**Warzone**
Released 2017 on Windows

## Related Sites +

Warzone 2100
Old official website (archived)

Warzone2100.de
German Fan Page

## Identifiers +

MobyGames ID: 2869
[ Please login / register to view all identifiers ]

## Contribute

Are you familiar with this game? Help document and preserve this entry in video game history! If your contribution is approved, you will earn points and be credited as a contributor.

**Ad Blurb** (+1 point)   **Alternate Title** (+1 point)   **Correction** (+1 point)   **Critic Review** (+½ point)   **Group** (+¼ point)   **Product Code** (+¼ point)   **Related Site** (+1 point)   **Release info** (+1 point)   **Relation** (+½ point)   **Tech Spec** (+1 point)   **Trivia** (+1 point)   **Video** (+1 point)

## Contributors to this Entry

Game added by MA17.

Macintosh, Linux added by chirinea. PlayStation added by Grant McLellan. Windows Apps added by Yearman.

Additional contributors: tarmo888, Alaka, Kabushi, FloodSpectre, CaesarZX.

Game added March 2, 2022. Last modified June 5, 2024.

About · FAQ · MobyPro · Stats · Standards · Style Guide · API · Contact · Change Log · Privacy Policy · Terms of Use

© 1999–2024 MobyGames ™

v20241015a

Document title: Warzone 2100 (1999) - MobyGames
Capture URL: https://www.mobygames.com/game/2869/warzone-2100/
Capture timestamp (UTC): Fri, 25 Oct 2024 18:27:24 GMT

Page 4 of 5

566

ATV005240

## Trivia

**Source code**
The *Warzone 2100* source code was released to the public on 7th December 2004. As of 2007, some people are working on *Warzone 2100 Project*, aimed at improving the gameplay, graphics, and compatibility of the game. Their site is at http://wz2100.net.

Information also contributed by Kabushi

## Analytics

MobyPro **EARLY ACCESS**

Upgrade to MobyPro to view research rankings and price history! (when applicable)

## Related Games


**2100**
Released 2019 on Windows


**CrossFire: Warzone**
Released 2019 on Android, iPad, 2020 on i...


**Call of Duty: Warzone**
Released 2020 on Windows, PlayStation 4, ...


**Odyssey 2100**
Released 1978 on Dedicated console


**Speedball 2100**
Released 2000 on PlayStation


**Warzone**
Released 1986 on Amiga, 1988 on Atari ST


**Warzone**
Released 1993 on Atari ST


**WarZone**
Released 1999 on Browser


**Warzone**
Released 2017 on Windows

## Related Sites +

Warzone 2100 ⧉
Old official website (archived)

Warzone2100.de ⧉
German Fan Page

## Identifiers +

MobyGames ID: 2869
[ Please login / register to view all identifiers ]

## Contribute

Are you familiar with this game? Help document and preserve this entry in video game history! If your contribution is approved, you will earn points and be credited as a contributor.

**Ad Blurb** (+1 point)  **Alternate Title** (+1 point)  **Correction** (+1 point)  **Critic Review** (+½ point)  **Group** (+¼ point)  **Product Code** (+¼ point)  **Related Site** (+1 point)  **Release info** (+1 point)  **Relation** (+½ point)  **Tech Spec** (+1 point)  **Trivia** (+1 point)  **Video** (+1 point)

## Contributors to this Entry

Game added by MA17.

Macintosh, Linux added by chirinea. PlayStation added by Grant McLellan. Windows Apps added by Yearman.

Additional contributors: tarmo888, Alaka, Kabushi, FloodSpectre, CaesarZX.

Game added March 2, 2022. Last modified June 5, 2024.

About · FAQ · MobyPro · Stats · Standards · Style Guide · API · Contact · Change Log · Privacy Policy · Terms of Use

© 1999–2024 MobyGames ℠

v20241015a

ATV005241



ATV005232



Document title: Warzone 2100: A Free And Open Source Real-Time Strategy Game
Capture URL: https://wz2100.net/
Capture timestamp (UTC): Fri, 25 Oct 2024 18:26:30 GMT



Document title: Warzone 2100: A Free And Open Source Real-Time Strategy Game
Capture URL: https://wz2100.net/
Capture timestamp (UTC): Fri, 25 Oct 2024 18:26:30 GMT

ATV005234



Document title: Warzone 2100: A Free And Open Source Real-Time Strategy Game
Capture URL: https://wz2100.net/
Capture timestamp (UTC): Fri, 25 Oct 2024 18:26:30 GMT

Page 4 of 4

571

ATV005235

# EXHIBIT 93

Case 2:21-cv-03073-FLA-JC    Document 115-3    Filed 02/14/25    Page 47 of 160    Page ID #:4044

The Seed: Warzone for PlayStation 2 (2001) - MobyGames    2/2/25, 6:0...



# The Seed: Warzone (PlayStation 2)

Discuss    Review    + Want    + Have    **Contribute**

Main | Credits | Screenshots | Reviews | Cover Art | Releases | Trivia | Hints | Specs | Ad Blurb

Rating Systems | Buy/Trade

**Published by**
Artdink Corporation
**Developed by**
Artdink Corporation
**Released**
Dec 06, 2001
**Platform**
PlayStation 2

**Genre**
Action, Strategy
**Perspective**
3rd-Person Perspective
**Theme**
Anime / Manga, Real-Time, Sci-Fi / Futuristic

**Critic Score**
100 point score based on reviews from various critics.
[view reviews | add review]

**User Score**
5 point score based on user ratings.
[score detail | rate game]

[2 more | add cover]

 

Not an American user?

## Description

In the distant future, mankind has colonized other solar systems and is now part of an interplanetary alliance, the Galactic Inter-Species Co-operation Alliance. The Alliance was suddenly attacked by a new species, called the Seed. A defense force is created, called ASDF - the Anti-Seed Defense Force, and after 3 years of war, you assume command of the fleets. The Seed: War Zone is a 3D strategy game where you can design your own warships (by selecting weapon systems, engine types, defensive systems and placing them on the deck of a hull of your choosing) and narrated by anime style cutscenes. Combat mostly takes place by giving your ships orders before the battle (combined with the combat roles of the ships which you assigned in the design phase), and then watching in 3rd person mode as your ships fight the battle. You earn money by completing missions and making sure you don't loose to many ships, the money can then be used to purchase hulls, weapons and subsystems to build new ships.

[edit description]

## Screenshots

There are no PlayStation 2 screenshots for this game.

[add screenshots]

## Alternate Titles

- "The Seed" -- *Japanese title*
- "シード" -- *Japanese spelling*

**573**

[add alternate title]

## User Reviews

There are no reviews for this game.

[review game]

## Critic Reviews

| Gameswelt | Jan 24, 2005 | 54 out of 100 | 54 |
| Pelaajalehti | Jun, 2009 | 3 out of 5 | 50 |

[add review]

## Forums

There are currently no topics for this game.

[new thread]

## Trivia

There is no trivia on file for this game.

[add trivia]

Joel Segerbäck (584) added **The Seed: Warzone** (PlayStation 2) on Dec 24, 2008

### Credits

There are no game credits on file for this release of the game. Everything in MobyGames is contributable by users.

[add credits]



**MobyGames**

Home
FAQ
Standards
Patrons
Contact

**What's New**

New Games
Game Updates
New Reviews
New Companies
Changelog

**Stats**

Top Games
Bottom Games
Top Contributors
Database Stats
Most Wanted

**Community**

Forums
Facebook
Twitter
Google+
Dev Log

Video game information, credits, reviews, box covers, screenshots and more for 168 video game platforms from 1971 to date!

MobyGames™ Copyright © 1999-2015 Blue Flame Labs. All rights reserved. Terms of Use. Privacy Policy.

"Mein Leben!"

# EXHIBIT 94



# WarZone 3 (Browser)

Discuss    Review    + Want    + Have    Contribute

| Main | Credits | Screenshots | Reviews | Cover Art | Releases | Trivia | Hints | Specs | Ad Blurb | Buy/Trade |

**Published by**
PowerUp Games, Ltd.
**Released**
Oct, 2003
**Platform**
Browser

**Genre**
Action
**Perspective**
3rd-Person Perspective
**Theme**
Shooter, Tank

**MobyRank**
100 point score based on reviews from various critics.
[more rankings] [add ranking]
**...**

**MobyScore**
5 point score based on user ratings.
[score detail] [rate game]
**2.7**

MISSING COVER
[add cover]

## Description

*WarZone 3* is a 3D shooter game featuring tank combat. Both the player and the enemy AI can control three types of tanks: Scout Tank, Infantry Support Tank and Main Battle Tank. They have different statistics: the Scout Tank is fast, but has weak armor and firing power, the Main Battle Tank is slow, but with thick armor and a powerful cannon, while the Infantry Support Tank is somewhere in the middle. After selecting a type of tank, the player proceeds through a series of missions, each with its own objective, like destroying a specific number of enemy tanks, defending a position until reinforcements arrive or gathering power-ups. The current mission needs to be completed in order to gain access to the next one. The game has a total of 30 missions divided into three combat zones.

While the enemy tanks can be destroyed by one or two shots, the player can suffer multiple hits before going down, although once the armor meter hits zero it's game over. There is no way to save the progress, but if combat zones two or three have been previously reached they can be accessed directly by typing the correct level password. It's possible to avoid being hit by hiding behind the obstacles that fill the maps. There's also a radar screen that shows all enemy units, friendlies and structures. From time to time, destroyed enemies may drop power-ups that can repair armor, offer temporary invulnerability, increase the reloading speed of the cannon or enhance the cannon so that it can destroy even the toughest tank in only one shot.

[edit description]

## Screenshots





WarZone 3 Browser Title screen.

WarZone 3 Browser Tank selection screen.

WarZone 3 Browser Mission briefing.

[3 more | add screenshots]

**577**

## Part of the Following Group

- WarZone series

## User Reviews

There are no reviews for this game.

[review game]

## The Press Says

There are no rankings for this game.

[add ranking]

## Forums

There are currently no topics for this game.

[new thread]

## Trivia

There is no trivia on file for this game.

[add trivia]

CalaisianMindthief (3113) added **WarZone 3** (Browser) on Dec 29, 2013

| Credits |
|---|

Designed by:
Ben Librojo

Programmed by:
Ben Librojo




**Remember that old game? MobyGames does.** Information, credits, reviews, screenshots and more covering 145 video game platforms from 1971 to date!

MobyGames™ Copyright © 1999-2014 Blue Flame Labs. All rights reserved. Terms of Use. Privacy Policy.

"You point, I punch."

https://www.mobygames.com/game/browser/warzone-3-wwii-edition/screenshots/gameShotId,%2C646679/    Go    MAR APR MAY ◀ APR 15 2021 ▶ 2020 2021 2022    About this capture
1 capture
15 Apr 2021

MobyGames

Search games, credits, companies...

Sign in    Register

Games    Forums    Updates ▾    Contribute ▾

**Notice:** A scammer is sending out emails on behalf of MobyGames. If you receive an email from mobycareers.32offer@gmail.com, please Report as Spam!



**WarZone 3: WWII Edition** Screenshots (Browser)

Discuss    Review    + Want    + Have    Contribute

Main   Credits   **Screenshots**   Reviews   Cover Art   Promo Art   Releases   Trivia   Hints   Specs   Ad Blurb   Rating Systems   Buy/Trade

Screenshot **1** of 10



Title screen.

← Prev          back to gallery          Next →

Contributed by DreamMindsGames (8243) on Jan 04, 2014.

**MobyGames**
Home
FAQ
Standards
API
Contact

**What's New**
New Games
Game Updates
New Reviews
New Companies
Changelog

**Stats**
Top Contributors
Most Wanted
Database Stats

**Community**
Forums
Discord
Twitter

MobyGames

The oldest, largest and most accurate video game database covering over 280 platforms from 1950 to date!

MobyGames™ Copyright © 1999-2021  Blue Flame Labs. All rights reserved.  Terms of Use.  Privacy Policy.

**580**

INTERNET ARCHIVE
WayBack Machine

1 capture
15 Apr 2021

https://web.archive.org/web/20210415090126/https://www.mobygames.com/game/browser/warzone-3-wwii-edition/screenshots/gameShotId,646679/



Search games, people, companies...    **Pro**    **Browse**    **Contribute**    **Community**        Login

🐸 Take **this MobyGames survey** for 1 month of MobyPro and a chance at a $100 Amazon gift card!



# WarZone 3
Moby ID: 62437

| | |
|---|---|
| **Review** ☆☆☆☆☆ | **Add To** Collection |

**Overview**  Credits  Reviews  Covers  **Screenshots**  Videos  Promos  Trivia  Specs  **Releases**  Patches  **Prices**  **Forum**

**Contribute**



WarZone 3 (Browser) screenshot:
Title screen.
Prev · 1 of 7 · Next

[ Back to Gallery ]

**HOTKEYS**
Left Arrow (Prev)
Right Arrow (Next)

**MobyPro EARLY ACCESS**

**Download Original Screenshot:** 720x540
[ Upgrade to **MobyPro** to unlock this feature! ]

Added: January 13, 2014
Contributed by: CalaisianMindthief

**582**

https://www.mobygames.com/game/62437/warzone-3/screenshots/browser/645077/    1/2

About · FAQ · MobyPro · Stats · Standards · Style Guide · API · Contact · Change Log · Privacy Policy · Terms of Use

© 1999–2025 MobyGames ™

v20250131c



**MobyGames**

Search games, people, companies...    Pro    Browse    Contribute    Community    ☀    👤 Login

⭐ 7,831 items were approved and added to the database in the past week!

# WarZone 3: WWII Edition

Moby ID: 62590

Review ⭐⭐⭐⭐⭐    Add To Collection

Overview  **Credits**  Reviews  Covers  **Screenshots**  Videos  Promos  Trivia  Specs  **Releases**  Patches  **Prices**  **Forum**  **Contribute**

| | | | |
|---|---|---|---|
| **Released** March 2005 on Browser | **Moby Score** n/a | **Genre** Action | |
| **Credits** 1 person | **Players** ⭐⭐⭐⭐⭐ (1) | **Perspective** 3rd-person (Other) | |
| | **Collected By** 3 players | **Gameplay** Shooter | |
| | | **Vehicular** Tank | |
| | | **Setting** World War II | |

## Description

*WarZone 3: WWII Edition* gives the player control over a tank in a series of World War II-inspired missions. They are divided into five levels recreating well-known battlefields: Normandy, Odon Valley, Holland, the outskirts of Moscow and Stalingrad. Every mission has its objectives, which must be completed in order to progress further. They may range from destroying a set number of enemy tanks and protecting a building until reinforcements arrive, to escorting a friendly convoy to safety. The game focuses on tank combat, and while it doesn't try to simulate the mechanics of controlling a real tank, the turret can be rotated independently, much like in the previous titles of the series. The player controls a different type of tank in every level, for example a captured Flak tank in Normandy or a Sherman in Holland. They have different stats for armor, speed and cannon power.

The gameplay revolves around shooting and destroying enemy tanks, while avoiding being hit by their guns. Various buildings and trees offer cover, and some destroyed tanks drop power-ups such as armor repair, fast reload and armor piercing shells. It's game over if the armor gauge reaches zero after multiple hits, but the game supports level passwords that allow the player to start from the beginning of a level.

## Groups +

WarZone series

## Screenshots

    

## Credits (Browser version)

Designed by       Ben Librojo
Programmed by     Ben Librojo

## Reviews

### Players

Average score: 3.2 out of 5 (based on 1 ratings with 0 reviews)

Document title: WarZone 3: WWII Edition (2005) - MobyGames
Capture URL: https://www.mobygames.com/game/62590/warzone-3-wwii-edition/
Capture timestamp (UTC): Fri, 25 Oct 2024 18:24:46 GMT

Page 1 of 2

**584**

ATV005218

    

## Credits (Browser version)

| Designed by | Ben Librojo |
|---|---|
| Programmed by | Ben Librojo |

## Reviews

### Players

Average score: 3.2 out of 5 (based on 1 ratings with 0 reviews)

Be the first to review this game!

## Analytics

**MobyPro** EARLY ACCESS

Upgrade to MobyPro to view research rankings and price history! (when applicable)

## Related Games

 **WarZone 3**
Released 2003 on Browser

 **Warzone**
Released 1986 on Amiga, 1988 on Atari ST

 **Warzone**
Released 1993 on Atari ST

 **WarZone**
Released 1999 on Browser

 **Warzone**
Released 2017 on Windows

 **CrossFire: Warzone**
Released 2019 on Android, iPad, 2020 on i...

 **Warzone 2100**
Released 1999 on Windows, 1999 on PlayS...

 **Warzone VR**
Released 2019 on Windows, PlayStation 4

 **WarZone 2**
Released 1999 on Browser

## Identifiers +

MobyGames ID: 62590
[ Please login / register to view all identifiers ]

## Contribute

Are you familiar with this game? Help document and preserve this entry in video game history! If your contribution is approved, you will earn points and be credited as a contributor.

**Ad Blurb** (+1 point)    **Alternate Title** (+1 point)    **Content Rating** (+1 point)    **Correction** (+1 point)    **Critic Review** (+½ point)    **Group** (+¼ point)    **Product Code** (+¼ point)    **Promo Images** (+½ point)    **Related Site** (+1 point)    **Release Info** (+1 point)    **Relation** (+½ point)    **Tech Spec** (+1 point)    **Trivia** (+1 point)    **Video** (+1 point)

## Contributors to this Entry

Game added by CalaisianMindthief.

Game added January 13, 2014. Last modified February 13, 2023.

About · FAQ · MobyPro · Stats · Standards · Style Guide · API · Contact · Change Log · Privacy Policy · Terms of Use

© 1999–2024 MobyGames ™

v20241015a

Document title: WarZone 3: WWII Edition (2005) - MobyGames
Capture URL: https://www.mobygames.com/game/62590/warzone-3-wwii-edition/
Capture timestamp (UTC): Fri, 25 Oct 2024 18:24:46 GMT

Page 2 of 2

**585**

ATV005219

# EXHIBIT 95



http://www.ign.com/wikis/gears-of-war-2/Modes    Go

6 captures
15 Jun 2013 - 29 Oct 2020

AUG  DEC  JUN
◀  02  ▶
2013  2015  2018

About this capture

Browse        Search        Shows  Trailers  Reviews  PS4  Xbox One  PC  Wii U  Movies  TV



Gears of War 2 (Limited Edition)  |  **Xbox 360**  |  Release Date: November 7, 2008

Game Highlights    Wiki Guide    Review    Videos    Images    Walkthroughs    Cheats    All Articles    Message Boards

# Modes

EDIT PAGE        Last Edit: 4 years 2 months ago

PRIME    PDF DOWNL
OF THIS WIKI GUIDE

## Warzone (a.k.a. "Team Deathmatch")

SEARCH THIS WIKI

Expand Navigation

Gears of War 2 Wiki Guide

Cheats & Codes

FAQs & Walkthroughs

Basics

Walkthrough

Multiplayer

   Basic Combat

   Multiplayer Weapons

   Maps

   Modes

Secrets

Wiki Tools

In Warzone your only goal is to eliminate the every member of the opposing team in a given time. You score one point for each win, until the pre-determined number of points is met. While all sorts of team strategies may be implemented to great effect in Warzone, it most often breaks down to a race to the most desirable weapons, thus, knowing your maps is an important part of getting good at Warzone.

You are immediately presented with a choice in Warzone: do you go for the goodies, or stake out the big weapon spots for a kill? Most likely, there are people doing both at the beginning of every match. It's just as effective to get comfortable with your starting weapons instead of going for the big guns, and some of the best players scoff at the mere idea of using anything other than the Gnasher (shotgun). Also, when you are playing with strangers, you don't want to be competing with your own teammates for the powerful weapons, as that just distracts you from the real task at hand: killin'.



Top Wiki Contributors

Honestgamer                          Ed

IGN-Sparky

TravelingSound

See All Top Contributors »

Wiki Help

Need assistance with editing this wiki?
Check out these resources:

• **Beginner's Guide to Wikis**
• **Wiki Support Team**

    6 captures
15 Jun 2013 - 29 Oct 2020

AUG **DEC** JUN
◀ **02** ▶
**2013** **2015** **2018**    About this capture

IGN.com:    Content Team    Standards & Practice

International:    IGN World Map    Africa    Asia Pa

France    Germany    Greece    Hungary    India

Portugal    Russia    Spain    Sweden    Turkey

Get the IGN Games Newsletter - Ov

For beginners, basic techniques like leaving Frag Grenades as booby traps in highly trafficked areas (like grenade spawn points) can land your team easy kills. Sometimes these matches end up with one member of one team running for his or her life until the clock winds down and it will take some coordination to end the round in a timely manner. If you are in the last man standing, and you don't feel comfortable directly confronting the other team, try to lead them into a booby trap and even the odds. If you die, you're out for good until the next round, so that's all the more reason to stick near your team for quick revivals.

## Submission (a.k.a. "Capture the Stranded")



Submission plays out a lot like Capture the Flag, but there's only one, neutral flag, and it can shoot you in the face. The "flag" is a Stranded dude named Franklin, recognizable by his scrappy appearance (in comparison to the hulking C.O.G. and Locust behemoths) and is indeed armed with a Gnasher. A point is scored by dragging him to a ring of light that appears at a weapon spawn location somewhere in the level after he's captured. Luckily, there's no way to kill Franklin, so you don't have to be delicate. After a bit of damage he'll fall to his knees and you can press A, when prompted, to grab him. A picture of the Franklin's face and a compass showing his direction will appear on you HUD in Submission.



There will most likely be a battle surrounding Franklin, not to mention the fact that he'll be fighting for his life - he won't hesitate to deal out executions either. As soon as Franklin is captured, he conveniently becomes a Meat Shield. When you have Franklin in tow, use him! That usually means walking backwards, and getting your team to cover you at all costs. If your teammate has nabbed the Stranded, don't get distracted, just cover his exposed butt. If the opposing team gets him, try to shoot around the Meat Shield and down the enemy.



INTERNET ARCHIVE
WayBack Machine

6 captures
15 Jun 2013 - 29 Oct 2020

AUG DEC JUN
◀ 02 ▶
2013  2015  2018      About this capture

threats.



It's not a bad idea to grab a Gorgon Pistol or Boltok Pistol before going for Franklin, as you'll be able to pull your own weight (and his) better with a good, one-handed gun. If Franklin is dropped, he will recover and start shooting right away, so watch out! Once a team drags him all the way back to the highlighted ring, a point is won. The match ends after the pre-determined number of points is reached by one team.

### Wingman (a.k.a. "2 on 2 on 2 on 2 on 2")



In Wingman, forget about color, race or teamwork; the only person on your side is your Wingman. He or she is the only person that can revive you too, and once your down you won't be respawning until the match is over. Here, unlike in Warzone, kills count. You have a time limit too, so get killin'! You can only die via an Execution: Chainsaw melees, Execution moves (curb stomps, etc.), headshots from the Longshot and Boltok Pistol, and detonation (Frags, Torque Bow, Mortar etc.). Otherwise, you can be revived by your Wingman indefinitely.



Camping is always a good strategy on Wingman, and if you can find a spot with a good weapon (Mortar, Frag Grenades, Torque Bow etc.) out of the way from the fray then you can pick other teams off one at a time. Booby trap some entrances with grenades and cover your Wingman, reviving each other when in trouble, and with any luck you'll come out ahead.



### Execution (a.k.a. "Team Deathmatch with Executions")

2/7/25, 3:25 AM    Modes - Gears of War 2 Wiki Guide - IGN



INTERNET ARCHIVE
WayBack Machine
6 captures
15 Jun 2013 - 29 Oct 2020

AUG  DEC  JUN
◀  02  ▶
2013  2015  2018    About this capture

In Execution more than any other mode you should stay near you team since they can revive you if you fall. Otherwise, this play out like Warzone but with an emphasis on melee combat and powerful weapons.



Here is a list of ways to Execute your unfortunate opponent: Direct Boomshot fire; Stuck Torque Bow shot; Frag Grenade tag, booby trap and throw; Hammer of Dawn fire; Mortar fire; Executions (curb stomp, beating and various weapon animations); Meat Shield grab; Chainsaw melee; Point blank Gnasher (shotgun) shot; Longshot headshot; Boltok Pistol headshot. In short, anything that splats or decaps will do!

## Guardian (a.k.a. "Protect the Leader")



In Guardian mode each team has a "Leader" who is the magical source of infinite respawning for your team. If you are the Leader, the game will say so and you'll have a star next to your ammo meter. You also have a directional compass pointing to where the opposite team's leader is, and you can always check where your leader is with the Left Bumper. In order to win a match you'll have to take down the other team's leader in order to get them to stop all that pesky respawning. After that, you'll still need to clear the rest of the team out.



A lot of responsibility, then, falls on the Leader, whose priority should be survival – and they most likely can't accomplish this on their own. So Leaders: don't go running for the Boomshot. Holing up with some grenade boobytraps is not a bad idea if your team isn't in to defending you. This mode can take coordination to keep the leader protected in addition to hunting down the other team, and you may have to delegate duties.

## Annex (a.k.a. "King of the Hills")

2/7/25, 3:25 AM                                   Modes - Gears of War 2 Wiki Guide - IGN



INTERNET ARCHIVE
WayBack Machine

6 captures
15 Jun 2013 - 29 Oct 2020

AUG  DEC  JUN
◀  02  ▶
2013  2015  2018
About this capture

In Annex, rings of gray appear in the level that can be capture by either team. While a ring is captured, it gives a point per second to the team that captured it. You don't need to stay in the rings after you capture them, but you do need to stay in them long enough to capture them. The more people in the ring, the faster it will be captured. A symbol of your team (C.O.G. or Horde) will appear in the gray circle on your HUD and it will fill with your team's color when it's being captured. If you step into a ring that's been captured by the opposing team, they'll have to be out of its boundaries before you start "draining" their color, and replacing it with yours. Once the 60 points are drained from a ring, it will disappear and reappear, unclaimed, at another location. The round ends when the pre-determined number of points is attained by one team.



These rings always appear on spawn locations of weapons, and the HUD display will reflect which weapon spot the ring is at (the weapon image in the circle on your HUD). This little circle on the HUD actually gives you a lot more information than that: the direction the Annex ring is from your location (the arrow); who is currently winning points (the color); and how many points are left to win (the number). Know a given map's weapon locations (see our Maps section) and you'll be able to quickly move to the new spot when it appears.



Once you capture a ring you can leave and take up a good position to defend it - it's a good idea to leave a grenade behind as a booby trap, just in case. Also, it's a good idea to mine known ring spots (weapon spawn locations) if you have a spare Frag Grenade, since the location will likely switch to that spot and you may as well get the jump on the opposing team. You can capture rings when you are bleeding out, so some quick crawling can make all the difference!



Once your team captures a ring, you can take up a snipe point while your points accrue, or hide on a corner with a shotgun -- anything to keep the enemy at bay. The ring can go back and forth several times until its points

2/7/25, 3:25 AM                                    Modes - Gears of War 2 Wiki Guide - IGN

INTERNET ARCHIVE
WayBack Machine
6 captures
15 Jun 2013 - 29 Oct 2020

AUG  **DEC**  JUN
◀  **02**  ▶
2013  **2015**  2018
About this capture

chime starts, that means the last several points are being accrued before a victory. Everyone will respawn indefinitely in this mode.

## King of the Hill



Classic King of the Hill rules apply here: there's a ring that's the "hill" in one place - a weapon location as indicated by the compass on your HUD. You'd do well to learn these locations for maps so you can get to them as fast as possible. At least one member of your team must remain in the Hill once it's captured or you lose it. While in possession of the hill, your team will win a point per second.



The person in the hill can be bleeding out - it doesn't matter. You can even capture a hill whilst bleeding out. You may want to leave the hill to take a defensive point, but you should coordinate that with your team. If you all step out you'll have to recapture the hill - or some OTHER team might...



If you down enemies near your hill, consider not killing them unless they will be revived or enter your ring. This is because they will just respawn and come anew, so you might as well rack up some points in peace while they bleed out. Conversely, if you are bleeding out near a ring, head for it, you never know what may happen - you could be the one to retake the ring. Basic strategy applies to defending the ring, remain in cover, conserve ammo, and stick close to your team so they can revive you. The first team to the set number of points wins -- a chime will sound for the last few points. Also, the more people in a ring, the faster it will be drained of enemy color/filled by yours. So don't go it alone.

## Horde



INTERNET ARCHIVE
WayBackMachine
6 captures
15 Jun 2013 - 29 Oct 2020

AUG DEC JUN
◀ 02 ▶
2013 2015 2018
About this capture

10 waves of enemies that repeat 5 times. Each set of 10 waves progressively heaps bonuses on the enemies though, improving their Accuracy, Health and Damage, and making them that much more formidable. The first few levels will feature Wretches, Drones and Grenadiers, in addition to various Boomers, like Butchers (which melee attack). Added in for the mid-levels are Flame Grenadiers, classic Boomers, Kantus (with Ink grenades and explosive Tickers that count as kills), Sires (the difficult to kill zombies) and Theron Guards (with Torque Bows). The final wave adds in Bloodmounts (the Grenadiers riding monsters).



The best strategy for Horde is to get as many people together as possible to fight - going it alone just isn't a viable option. Take advantage of this unique co-op mode by taking on the horde with a group of people and you'll find it more satisfying - and less brutally difficult. Horde is all about letting the enemies come to you. That doesn't mean you shouldn't have a sniper. Luckily, wherever you hole up, ammo for the Longshot and Torque Bow will have a tendency of finding its way to you, due to the bum rushing Locust. But items like Frag Grenades, the Hammer of Dawn or the Mortar that can really help take down the swarm are harder to come by.



Thus, holing up near a heavy weapons spawn point is a great idea. If one person stays on the Mortar, one snipes with a Longshot or Boltok, and the others defend the immediate environs with Gnasher or Lancers, you have a pretty good chance of survival. And sticking together makes revivals easier - once you're down you'll have to wait until the round's over to rejoin the fight. Of course, with the hectic nature of Horde, any strategy can devolve quickly. You'll want to keep an eye on the bar at the top left, which tracks your remaining kills. When you have less than 5 left, it will be revealed in numerals. The largest horde has about 25 enemies, while the smallest has about 10. Good luck!

| **Previous** | **Next** |
|---|---|
| Gold Rush | Secrets |

INTERNET ARCHIVE
WayBackMachine
6 captures
15 Jun 2013 - 29 Oct 2020

AUG DEC JUN
◀ 02 ▶
2013 2015 2018   About this capture

IGN   AskMen   PCMag   Techbargains   ExtremeTech   Geek   Toolbox

Copyright 1996-2015 Ziff Davis, LLC   An IGN Entertainment Games site

About Us   Advertise   Contact Us   Press   Careers   RSS Feeds

Support   Privacy Policy   User Agreement   ▷ AdChoices

**🔒 Page Vault**

| | |
|---|---|
| Document title: | THE REVIVAL OF GOW2? - Gears of War 2 (XBOX ONE) - Ranked Warzone Gameplay (1080p) - YouTube |
| Capture URL: | https://www.youtube.com/watch?v=UGuco__jre4 |
| Page loaded at (UTC): | Thu, 21 Nov 2024 23:51:56 GMT |
| Capture timestamp (UTC): | Thu, 21 Nov 2024 23:51:58 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 8 |
| Capture ID: | k5b2m5GaJULuMWwRoNDnZ9 |
| Display Name: | whk |

ATV007987



## THE REVIVAL OF GOW2? - Gears of War 2 (XBOX ONE) - Ranked Warzone Gameplay (1080p)

TheRazoredEd...
56.5K subscribers

Join    Subscribe

👍 262    👎    ➦ Share    ...

5,297 views  Feb 20, 2016
Gears of War 2 XBOX ONE Ranked Warzone Gameplay (1080p)
Enjoy the video? SHARE, LIKE, COMMENT and SUBSCRIBE for more!
http://youtube.com/subscription_cente... - Check out these links and stuff! ▼

IMPROVE YOUR GAMEPLAY! ▼
► You can use my code "RAZOR" to get a 10% discount on ALL KontrolFreek products!
http://www.kontrolfreek.com/?a_aid=RAZOR

CONNECT! ▼
Twitter ► 🐦 / therazorededge
Twitch ► 🟣 / therazorededge
Instagram ► 📷 / therazorededge
GCOTD ► ▶️ / gearsclipoftheday

Gears of War © Microsoft Corporation. "THE REVIVAL OF GOW2? - Gears of War 2 (XBOX ONE) - Ranked Warzone Gameplay (1080p)" was created under Microsoft's "Game Content Usage Rules" using assets from Gears of War, and it is not endorsed by or affiliated with Microsoft.

THE REVIVAL OF GOW2? - Gears of War 2 (XBOX ONE) - Ranked Warzone Gameplay (1080p) by TheRazoredEdge

Intro made by KVK Studios
http://www.kvkstudios.net/

## Transcript

Follow along using the transcript.

Show transcript



TheRazoredEdge
56.5K subscribers

▶️ Videos    🖼 About    ▶️ Become a Channel Member    ❎ Twitter

Gears of War - The Luckiest Round of Execution Ever? (Ridiculous!)
by TheRazoredEdge

Document title: THE REVIVAL OF GOW2? - Gears of War 2 (XBOX ONE) - Ranked Warzone Gameplay (1080p) - YouTube
Capture URL: https://www.youtube.com/watch?v=UGuco__jre4
Capture timestamp (UTC): Thu, 21 Nov 2024 23:51:58 GMT

Page 1 of 7

**596**

ATV007988



≡  ▶ YouTube          Search                              🔍   🎤              ⋮   ⊕ Sign in

▶ Videos    🗐 About    ▶ Become a Channel Member    ✖ Twitter

Gears of War - The Luckiest Round of Execution Ever? (Ridiculous!)
by TheRazoredEdge
0:38

Rocket League - How To Unlock The Gears of War Armadillo APC (XBOX ONE)
by TheRazoredEdge
1:28

Gears of War 4 - Marcus Fenix Dead or Alive? (Gears of War 4 Campaign Discussion)
by TheRazoredEdge
3:47

Show less

Gears of War 2
2008
BROWSE GAME ⟩

Gaming
BROWSE ALL GAMING ⟩

**67 Comments**    ⇅ Sort by

Add a comment...

@TheRazoredEdge  8 years ago
Sup guys! Apologies for the audio sounding like it's peaking. My settings changed and I didn't realize.

Anyways, I hope you enjoy the video. Be sure to drop a LIKE to support the channel! ;D

👍 5  👎  Reply

⌃ 2 replies

@scorpi9n  8 years ago
+TheRazoredEdge great video!

👍  👎  Reply

@koreyroseland6047  8 years ago
hey razored wanna party up sometime and play a few games

👍  👎  Reply

@AFXAcid37  8 years ago
I wish they'd make the DLC free so people would play on the map pack playlists :(

👍 7  👎  Reply

⌃ • 2 replies

@TheRazoredEdge  8 years ago
+AFXAcid Yeah that'd be nice

👍 1  👎  Reply

@AFXAcid37  8 years ago
TheRazoredEdge So after watching your video I decided to play some GoW2, been playing since I first
commented. Man... there are SO MANY noobs haha. My team is like 100 (me), 1, 1, 1, 3 vs. 60, 1, 1, 1,
17.

Coming from someone who loves GoW2 (probably my favorite multiplayer ever), it is so sluggish to go
back to. GoW2 always had dumpy connections, and using backwards compatibility doesn't help it
much.

Document title: THE REVIVAL OF GOW2? - Gears of War 2 (XBOX ONE) - Ranked Warzone Gameplay (1080p) - YouTube
Capture URL: https://www.youtube.com/watch?v=UGuco__jre4
Capture timestamp (UTC): Thu, 21 Nov 2024 23:51:58 GMT

ATV007989



≡   ▶ YouTube          Search                                    Q    🎤                     ⋮    ⊘ Sign in

17.

Coming from someone who loves GoW2 (probably my favorite multiplayer ever), it is so sluggish to go
back to. GoW2 always had dumpy connections, and using backwards compatibility doesn't help it
much.

Also, I expect you'll see an influx of GoW2 clips submitted by Avenge players in the next week, I think
I've seen about 10 different people from Avenge playing tonight.

Show less

👍 👎   Reply

**@Labyethan** 8 years ago
The moment I heard Kano...
I just had a flash of the MK movie but with this; "You can't win I've studied your ever move Pete!"

👍 👎   Reply

**@oweup** 8 years ago
I was having fun on here earlier. I wish I was on gears back in the gears 1 and 2 days, seems like good times.

👍 👎   Reply

**@haas1049** 8 years ago
Gears 2 is the king of the series

👍 2 👎   Reply

**@lukelukey4155** 8 years ago
I hope it gets the ultimate edition treatment in the future

👍 2 👎   Reply

**@TheSPEEDYREIDY** 8 years ago
Great to see new players as we need the support for the new one on the way more people playing the better

👍 👎   Reply

**@Randymash** 6 years ago
Man this game looks like it's actually fun again xD Good shit Pete!

👍 👎   Reply

**@R3SP3CTV3NGFUL** 8 years ago
The fresh fish are real lol. So good taking advantage of new players on there and having decent matches all
around. If Annex was like this, I'll play it :)

👍 👎   Reply

**@PatrickStar765** 8 years ago
i love this game.

👍 3 👎   Reply

⌄  👤 · 2 replies

  **@TheRazoredEdge** 8 years ago
  +Gerson Corona I do too... for the most part...

  👍 👎   Reply

  **@PatrickStar765** 8 years ago
  I only like playing with the AI, such a challenge

  👍 👎   Reply

**@MLKM4N** 8 years ago
A new life cycle that you ended :( haha poor guys

👍 2 👎   Reply

**@ilyas4060** 8 years ago

ATV007990



≡   ▶ YouTube         Search                                    🔍   🎤              ⋮   ⊙ Sign in

@MLKM4N 8 years ago
A new life cycle that you ended :( haha poor guys
👍 2  👎   Reply

@ilyas4050 8 years ago
Your so underrated your videos are cool man
👍  👎   Reply

@DWorthless 8 years ago
Amazing gameplay bro <3
👍  👎   Reply

@topgus07 8 years ago
Keep postin.love it
👍  👎   Reply

@Everbrooks 8 years ago
Your opponents didn't even know how to hold their controller if I judge how they play xD
👍  👎   Reply

@Pistuhlero 8 years ago
Really good video Pete! Glad to see you on Gears 2! If you wanna play it sometime let me know ill jump on it
:)
👍  👎   Reply

@sergiomendez9463 8 years ago
Thanks Friend...!
👍  👎   Reply

@unicornbaby5101 8 years ago
Just like the old days :')
👍  👎   Reply

@HaskellGow 8 years ago
keep it up man :)
👍  👎   Reply

@Rawr93 8 years ago
<3 am loving g2 again.
👍  👎   Reply

@EndlSsWhat 8 years ago
is it just me or in gears 3 on the one the movement and kills feel delayed
👍 2  👎   Reply
   ∧ 1 reply
   P  @peanut4745 8 years ago
      Yeah definently
      👍  👎   Reply

@trestenfauvell616 8 years ago
They should remake this game at some point it doesn't have to be soon but I would would buy it if they did
👍  👎   Reply

@UltimateGearsPlayer 8 years ago
How u get gold gun
👍  👎   Reply

@erock7679 8 years ago

ATV007991



≡  ▶ YouTube          Search                    Q  🎤          ⋮  ⊗ Sign in

@UltimateGearsPlayer 8 years ago
How u get gold gun
👍 👎  Reply

@erock7679 8 years ago
got any gears ue character codes
👍 👎  Reply

@johnathanemerson3784 8 years ago
really like your videos you should do some more gear 3 videos king of the hill with Landon
👍 👎  Reply
∧ • 1 reply
    @TheRazoredEdge 8 years ago
    +Johnathan Emerson Thanks bud!
    👍 1 👎  Reply

@StaticDzn 8 years ago
GEARS TWOOOOO :b
👍 👎  Reply

@DovaG3 8 years ago
I enjoyed gears 2. Yeah you would get some shitty connections but it was fun. I really enjoyed Guardian.
👍 👎  Reply

@obinnaeze9471 8 years ago
I really hoped for free dlc. Oh well, good gameplay as always. By the way, let's play horde sometime.
👍 👎  Reply
∧ 1 reply
    @obinnaeze9471 8 years ago
    They should remaster this game.
    👍 👎  Reply

@roach-o9242 8 years ago
Only if there was a liife cycle like that is gow3 :(
👍 👎  Reply

@xiHunter96 8 years ago
Hahaha Amazing Petey ( •‿•)✦•° ♡
👍 👎  Reply

@MzMagiic 8 years ago
Paytor. Ur Loyal <3 lol
👍 👎  Reply
∧ • 1 reply
    @TheRazoredEdge 8 years ago
    +Ess Magiic I Miz Magiic I appreciate that
    👍 👎  Reply

@gamingger2498 8 years ago
iam drunken party greetz fron germany :)
👍 👎  Reply

@NephNlim_JR 8 years ago
Jeez I love the graphics for gears of war 2. However I'm sad cuz now gears 2 is like bot banging. I liked it

Document title: THE REVIVAL OF GOW2? - Gears of War 2 (XBOX ONE) - Ranked Warzone Gameplay (1080p) - YouTube
Capture URL: https://www.youtube.com/watch?v=UGuco__jre4
Capture timestamp (UTC): Thu, 21 Nov 2024 23:51:58 GMT

Page 5 of 7

600

ATV007992



☰  ▶ YouTube      Search                          Q    🎤         ⋮    ⊗ Sign in

iam drunken party greetz fron germany :)

👍 👎  Reply

@Nephilim_JR 8 years ago
Jeez I love the graphics for gears of war 2. However I'm sad cuz now gears 2 is like bot banging. I liked it when there was brutal challenge. 😄 😄

👍 👎  Reply

@jwillemb1997 8 years ago
i wish i could play gears 2 but i got the account glitch so if im on my account it freezes even with the downloadeble version

👍 👎  Reply

⌃ 6 replies

   @TheRealSkeletor 8 years ago
   +jwillemb1997 Make a new account?

   👍 👎  Reply

   @jwillemb1997 8 years ago
   +Skeletor Jopko then i have to but xbox live again haha :'(

   👍 👎  Reply

   @TheRealSkeletor 8 years ago
   jwillemb1997 Get a 1-month trial card/code?

   👍 👎  Reply

   @jwillemb1997 8 years ago
   +Skeletor Jopko cant because i got three accounts with the free month trial 😄

   👍 👎  Reply

   @TheRealSkeletor 8 years ago
   jwillemb1997 And you can't use any of those three accounts to play Gears 2?

   👍 👎  Reply

   @jwillemb1997 8 years ago
   +Skeletor Jopko nope

   👍 👎  Reply

@ShotsMerkzAll 8 years ago
Anyone got a code for this? I would appreciate it aha, nice video btw ladd

👍 👎  Reply

⌃ 3 replies

   @AzurasEgo 8 years ago
   it's free on xbox live

   👍 1 👎  Reply

   @ShotsMerkzAll 8 years ago
   Azurah v2 Word, i thought you had to get a code or something to download, thanks bro.

   👍 👎  Reply

   @AzurasEgo 8 years ago
   +Shots nope it's free :)

   👍 1 👎  Reply

@iknight7000 8 years ago
God I hated GOW2 online. The movement was shit, but hands down the best maps out of any gears game. If they could take the movement of 3, maps on 2, and the guns off of Judgment I'd be for real for real happy.

👍 👎  Reply

Document title: THE REVIVAL OF GOW2? - Gears of War 2 (XBOX ONE) - Ranked Warzone Gameplay (1080p) - YouTube
Capture URL: https://www.youtube.com/watch?v=UGuco__jre4
Capture timestamp (UTC): Thu, 21 Nov 2024 23:51:58 GMT

Page 6 of 7

601

ATV007993



@lknight7000 8 years ago
God I hated GOW2 online. The movement was shit, but hands down the best maps out of any gears game. If they could take the movement of 3, maps on 2, and the guns off of Judgment I'd be for real real happy.

👍 👎  Reply

@sergiomendez9463 8 years ago
1*

👍 👎  Reply

∧ 💬 · 2 replies

@TheRazoredEdge 8 years ago
+B u n B u r y S h a G y Legend!

👍 👎  Reply

@sergiomendez9463 8 years ago
+TheRazoredEdge Thanks friend...!

👍 👎  Reply

@timbone7125 8 years ago
anybody wanna party up in gears ue my gt is Rexr Slayer

👍 👎  Reply

@beckham4332 8 years ago
25 :)

👍 👎  Reply

∧ 💬 · 1 reply

@TheRazoredEdge 8 years ago
+BlcKsHaDOW :o

👍 👎  Reply

@nosequien43 6 years ago (edited)
new cycle? oh, i want gow judgment new players to kill it because im boring to kill bots

👍 👎  Reply

@puttputt524 8 years ago
yes, tell 400 lb men to lose weight...

👍 👎  Reply

@capo6192 8 years ago
no offense but why u getting happy if they are newbies

👍 👎  Reply

∧ 💬 · 2 replies

@TheRazoredEdge 8 years ago
+Jaylen Osborne Because I'm enjoying myself :)

👍 👎  Reply

@capo6192 8 years ago
K

👍 👎  Reply

ATV007994

Manually Lodged with Court on
USB Flash Drive

# EXHIBIT 95A

# EXHIBIT 96

 

# Warzone

BY <u>SNG-IGN</u>, <u>BLUR99</u>, <u>GRGCUCU</u>, <u>+27.4K MORE</u>     🔒 UPDATED OCT 5, 2011

## SUMMARY

ADVERTISEMENT

Teams of up to 5 a side compete to eliminate all of the other team's members. Players who are downed may be revived by a teammate, allowed to bleed out, or executed by the opponent. The game ends when one team defeats all of the players on the other team within a specified amount of times, otherwise the game is considered a stalemate when time runs out.

The winning team gets one point every time they win a match, and neither team gets a point in a stalemate, no matter whose still alive or how many are left when time runs out. The first team to reach the specified number of points set by the players is the winner of the entire round.

Possibly the most popular multiplayer game mode.  Formerly known as "Elimination" in Gears of War 2.

## TACTICS

Join



ATV007724

ADVERTISEMENT



Teamwork is critical in this mode since you will only have one life per round. Obtaining power weapons and grenades (if not on the map Checkout) will help you in the long run as long you do not run into the enemy. Making sure they do not obtain the power weapons and grenades is a major key winning the match.

Spotting opposing team members becomes very crucial in this mode. If everyone has a general idea of an opponent's location, your teammates will be able to pick out a different route that will ensure their survival, as well as keep them away from the suicidal shotgun runs toward their location.

Lone wolves don't belong in this game mode. If you don't stick with your team or at least communicate with them your gonna get burned really quick. Never rush in, this isn't a game mode where getting one kill makes you a hero. You either live as a team or you die as one, your call.

Playing with players on your friends list, who's style of play you are familiar with, always makes your squad more efffective than random teammates.

## Up Next: Execution

< **Previous**
TEAM DEATHMATCH

**Next** >
EXECUTION

## Top Guide Sections

- **Easy Ways To Rank Up!**
- **Walkthrough**
- **Collectibles**
- **Multiplayer**

ATV007725



**Was this guide helpful?**

**Leave feedback**

## In This Guide



**Gears of War 3**

EPIC GAMES
SEP 20, 2011

**Rate this game**  ···

---

**RELATED GUIDES**    Overview ↗    Easy Ways To Rank Up! ↗    Walkthrough ↗    Collectibles ↗

---

 **IGN**    Reviews • Editor Columns • News • Guides • How to Watch Guides • Elden Ring DLC Interactive Map • GTA 5 Cheats • Preorders • IGN Store • HowLongToBeat • Deals • Contact Us • IGN YouTube • IGN TikTok • IGN Twitter • Map Genie

← **Post**

**Gears of War** ✓ ◎
@GearsofWar
...

Thanks for playing in our Halloween Event Weekend for Ultimate Edition! Warzone has returned (appears while no special event is active).

3:55 PM · Nov 2, 2015

💬 24    🔁 35    ♡ 75    🔖    ⬆️

J  Post your reply    **Reply**

⚡ **ll Mr Roo ll** ⚡ @Mist3rroo · Nov 2, 2015
@GearsofWar koth!

💬    🔁    ♡    ᵢₗₗ    🔖 ⬆️

. @EGO_BMFoAllTime · Nov 2, 2015
@GearsofWar thanks for helping me thrash ppl on torque bow tag

HORROR TORQUE BOW TAG
BULLET MARSH / FIRST TO 2    RETURNING TO LOBBY IN 00:2

| PLAYER | KILLS | DOWNS | REVIVES | DEATHS | POINTS |
|---|---|---|---|---|---|
|  | 11 | 4 | 0 | 8 | 1865 |
|  | 7 | 0 | 0 | 13 | 1300 |
|  | 9 | 1 | 0 | 13 | 1090 |
|  | 8 | 4 | 0 | 10 | 1051 |
| EGO INFaMouS | 29 | 3 | 0 | 4 | 3725 |
|  | 7 | 0 | 0 | 12 | 1132 |
| Amplified AD | 5 | 1 | 0 | 7 | 875 |
|  | 4 | 1 | 0 | 12 | 767 |

💬    🔁    ♡ 1    ᵢₗₗ    🔖 ⬆️

. @EGO_BMFoAllTime · Nov 2, 2015
@GearsofWar wait no tdm? We will be having problems

💬    🔁    ♡    ᵢₗₗ    🔖 ⬆️

**Binary Bigot** 💯 @BinaryBigot · Nov 2, 2015
@GearsofWar add wingman please

💬    🔁    ♡ 2    ᵢₗₗ    🔖 ⬆️

**Moescato Bot Collects** @MoescatoB · Nov 2, 2015
@GearsofWar koth please no gears for me till its back

💬    🔁    ♡ 2    ᵢₗₗ    🔖 ⬆️

**Eddie** @realeddiemarin · Nov 2, 2015
@GearsofWar tdm, koth

💬    🔁    ♡ 1    ᵢₗₗ    🔖 ⬆️

**Bdubizagee!!!** @brianandtimber · Nov 3, 2015
@GearsofWar no koth ??

💬    🔁    ♡    ᵢₗₗ    🔖 ⬆️

**Abraham** @abrahamrodea · Nov 2, 2015

🔍 Search

**Relevant people**

**Gears of War** ✓ ◎
@GearsofWar    **Follow**
Official account for Gears of War. For game support, visit support.GearsofWar.com. ESRB Rating: MATURE with Blood and Gore, Intense Violence, Strong Language.

**Explore**    Beta

**2NE1's 'Welcome Back' Tour: Fans Gear Up for Jakarta Concerts**
Trending now · Music · 1K posts

**Messi's Return and Transfer Talks Highlight Barcelona's 125th Anniversary**
Trending now · Football · 936 posts

**ENHYPEN's 'ROMANCE : UNTOLD - daydream-' Chart Success**
Trending now · Music · 902 posts

**Chill Guy's Unchill Move: Copyrighting a Meme**
Trending now · Internet · 16K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2024 X Corp.

@GearsofWar bring osok you bitches who the fuck are you guys to destroy my game…

← **Post**

**Torad** @torad211 · Oct 28, 2015 ···
@PezRadar @GearsViking @GearsofWar IF YOU REMOVE WARZONE I WANT MY MONEY BACK. ONLY MODE ME AND TEN FRIENDS PLAY. WHY WOULD U REMOVE IT???

○ 1          ♡ 1          ⏹ ⏫

**Gears of War** ✓ ◉ ···
@GearsofWar

@torad211 @PezRadar @GearsViking Warzone is now a permanent playlist, barring when a Special Event is active for a weekend.

3:36 PM · Oct 28, 2015

○ 1          ♡ 2          ♡          ⏹          ⏫

J    Post your reply                                    **Reply**

**Torad** @torad211 · Oct 28, 2015 ···
@GearsofWar @PezRadar @GearsViking Better.Should be avail all the time.Has been since gears 1. Actually involves strategy. Gow is not cod!

○ 1          ♡          ⏹ ⏫

**The Coalition Studio** ✓ ◉ @CoalitionGears · Oct 28, 2015 ···
@torad211 @PezRadar @GearsViking It will be available 11 days out of every 14. The Warzone playlist population is one of the lowest overall

○ 4          ♡ 1          ♡          ⏹ ⏫

**Show replies**

Search

### Relevant people

**Gears of War** ✓ ◉                    **Follow**
@GearsofWar
Official account for Gears of War. For game support, visit support.GearsofWar.com. ESRB Rating: MATURE with Blood and Gore, Intense Violence, Strong Language.

**Torad**                              **Follow**
@torad211
Fargen Ice Hole w0t!!!

### Explore                              Beta

**2NE1's 'Welcome Back' Tour: Fans Gear Up for Jakarta Concerts**
Trending now · Music · 1K posts

**Messi's Return and Transfer Talks Highlight Barcelona's 125th Anniversary**
Trending now · Football · 936 posts

**ENHYPEN's 'ROMANCE : UNTOLD - daydream-' Chart Success**
Trending now · Music · 902 posts

**Chill Guy's Unchill Move: Copyrighting a Meme**
Trending now · Internet · 16K posts

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2024 X Corp.

ATV007710

# EXHIBIT 97



        



# Warzone

161K likes • 159K followers

  

Posts    About    Mentions    Followers    Photos    Videos    More ▾

···

## About

Contact and basic info

Page transparency

Details About Warzone

### About Warzone

The Federation fell under a blitzkrieg by the malicious neighbor, the Empire. Commander, the fate of your homeland depends on you now! Fortify your base, assemble troops and strike the enemy until the last of them flees!

## Followers



**612**

Warzone's list of followers is unavailable.

## Photos

Tagged photos    **Warzone's Photos**    Albums

   

   

See all

## Videos

**Videos of Warzone**

  

1:19:21    1:10:57    1:36

Case 2:21-cv-03073-FLA-JC     Document 115-3     Filed 02/14/25     Page 88 of 160     Page ID #:4085



Recent

No Recent to show












**Warzone**
March 17, 2014 · 🌐

Commanders,

A quick update: we're still working on fixing the servers that suffered from the Empire's covert operation. We will update you instantly as soon as it's safe to get back to **#WarzoneGame**!

Thank you all for your patience and understanding, Commanders!
Click 'Like' and 'Share' to spread the word among your allies!

Enter Warzone: http://apps.facebook.com/warzonegame/... **See more**

👍 72                                                    32 💬    14 ➤



**615**

1/1










 **Warzone**
October 14, 2015 · 🌐

Check yourself, Commander!

'Like' and 'Share' if you found all the differences!

Play 'Warzone': https://apps.facebook.com/warzonegame



👍 78                                          12 💬    3 ↗

👍          ◯          ↗

Most relevant ▾

ShAyk MUneeb
Please move your hands and get your game **#warzone** at **#playstore**

Write a comment...








**616**

The Wayback Machine - https://web.archive.org/web/20160314080424/http://playkot.com/en/games/

 **playkot**   ( Games )  ( Careers )  ( Company )        RU  EN

## Titans

Assemble a squadron of elite battle mechs to liberate the last inhabitable areas of a post-apocalyptic world. Construct your base, arm it to the teeth and create a devastating mech squadron in the most visually stunning MMORTS on Facebook!

🍀 250 000 players monthly
🍀 Available on Facebook and major Russian networks

Play online:


            
Facebook    ВКонтакте    Одноклассники    Мой мир



## Knights: Clash of Heroes

Knights: Clash of Heroes features a fantasy world overflowing with hazardous adventures, deadly battles and the foul plots of the Dark Horde. Join the Army of Light and lead brave knights to the long-awaited victory!

🍀 1 500 000 users
🍀 150 000 players per day
🍀 5 major social networks in Russia and the world

Play online:

                
Facebook    VK    Odnoklassniki    Moj Mir    Fotostrana



## Warzone

Take command of determined Federation forces and employ superior strategy and tactics to drive back a treacherous and deadly enemy! Establish a base, complete missions, form alliances with friends or turn against them and capture their territories. Trade resources, upgrade your troops and stride victorious from every battle until peace is restored to our war-torn land. The fate of the Federation is in your hands, Commander. Awaiting your orders...

🍀 5 000 000 users
🍀 300 000 players per day
🍀 6 major social networks in Russia, Japan and the world

Play online and download for mobile devices:

**617**

     

Facebook      VK      Odnoklassniki      Moj Mir      Fotostrana      Yahoo! Mobage

## SuperCity



**Winner of Facebook's Best New Game 2014 Award!**

Build a shining city of soaring skyscrapers, happy homes and cosy coffee shops! As Mayor you can nurture your tiny town into a bustling metropolis, with pretty architecture and a world-class standard of living for your happy citizens. Meet and make friends with Godzilla, the (not so) Abominable Snowman, forest spirits and many others! Explore the nearby land and push those city limits! You'll find a fishing village in need of your Mayorly touch, an ancient tomb ready for excavation and a mountainside just begging for a ski slope! Best of all you can play SuperCity with your friends!

- 🍀 20 000 000 users
- 🍀 400 000 players per day
- 🍀 4 major social networks in Russia and Facebook

**Play online:**

     

Facebook      VK      Odnoklassniki      Moj Mir      Fotostrana

## Farkle Live



Farkle Live is the most popular dice game made for iPhone, iPad and Android, bringing a brand new look to the classic Farkle game! Join the best iPhone and Android Farkle game around and play ONLINE against thousands of users!

- 🍀 Play ONLINE against real opponents
- 🍀 Play for fun and win chips
- 🍀 Get progressive bonuses every day
- 🍀 Login with your Facebook account and challenge friends
- 🍀 Enjoy quality iPhone RETINA and iPad HD graphics

**Download for mobile devices:**

  

## Pioneers

*(shared development with **What Games**)*

Help brave pioneers explore and cultivate the unknown lands and build the best settlement in the world!

- 🍀 4 400 000 users
- 🍀 350 000 players per day
- 🍀 3 major social networks in Russia

**Play online and download for mobile devices:**

**618**

   

VK    Odnoklassniki    Moj Mir

## Club Life

You have a dream of your own night club? Here it is!! Decorate it as
you wish, create amazing atmosphere and mix music at DJ's desk.
Do not forget to invite your friends and sexy GO-GO girls. It's your
night!



- 7 200 000 users
- 60 000 players per day
- 3 major social networks in Russia

The project is currently closed.

## Coffeemania

You have a chance to be a developer and designer of your own
coffee house! Serve delicious meal and entertain your friends. Be
the best coffee house owner in the world!



- 3 000 000 users
- 50 000 players per day
- 3 major social networks in Russia

The project is currently closed.

© 2013 Playkot    All rights reserved.    Privacy Policy    Terms Of Use

**619**

# EXHIBIT 98

2/2/25, 6:3...

Anomaly: Warzone Earth

The Wayback Machine - https://web.archive.org/web/20170517203525/http://store.steampowered.com/...Anomaly_Warzone_Earth

# STEAM

Install Steam | login | language ▾

STORE    COMMUNITY    ABOUT    SUPPORT

| Your Store ▾ | Games ▾ | Software ▾ | Hardware ▾ | Videos ▾ | News |

search the store

All Games  >  Indie Games  >  Anomaly: Warzone Earth

## Anomaly: Warzone Earth

Community Hub



▶ 0:18 / 1:40    ✕ Autoplay videos

Lead an armored squad through the perils of this reversed tower defense action-strategy game!

User reviews:
OVERALL:  Very Positive (565 reviews)

Release Date: Apr 8, 2011

Popular user-defined tags for this product:
Strategy   Indie   Tower Defense   Action   Sci-fi   +

Sign in to add this item to your wishlist, follow it, or mark it as not interested

## Buy Anomaly: Warzone Earth

$9.99    Add to Cart

### Packages that include this game

## Buy Anomaly Über Bundle

Includes 6 items: Anomaly: Warzone Earth, Anomaly 2, Anomaly 2 Soundtrack, Anomaly Korea, Anomaly Warzone Earth Mobile Campaign, Anomaly Defenders

Package info    $29.99    Add to Cart

## REVIEWS

11 bit Studios has created one of the most enjoyable strategy games in recent history.

Destructoid

Tower Offense Delivers Unusual Thrills. Well worth its $10 price tag.

Game Informer

You always want to see what happens next.

IGN

## ABOUT THIS GAME

Anomaly: Warzone Earth is an extraordinary mixture of action and strategy in a reversed tower defense formula. The game tasks you with saving a near-future Earth from an alien

### Is this game relevant to you?

Sign in to see reasons why you may or may not like this game based on your games, friends, and curators you follow.

Sign in    or    Open in Steam

- 👤 Single-player
- 🎮 Steam Achievements
- 🎮 Full controller support
- 💳 Steam Trading Cards
- ☁ Steam Cloud
- ☰ Steam Leaderboards

### Languages:

| | Interface | Full Audio | Subtitles |
|---|---|---|---|
| English | ✔ | | |
| French | ✔ | | |
| German | ✔ | | |
| Polish | ✔ | | |
| Russian | ✔ | | |

See all 7 supported languages

Includes 42 Steam Achievements

**621**



onslaught. The invaders have captured world's major cities, building huge turrets that destroy everything in their path. It's up to you to lead an armor squad through the streets of cities like Baghdad and Tokyo, planning the route and strategically choosing which units to deploy in order to crush the opposition. Take control of the Commander, whose special abilities and quick thinking will be vital in supporting the squad in its mission, as you engage in fast-paced, tactical battle across story campaign and two heart-pounding Squad Assault Modes.

Key features:

- Enjoy innovative game play – mixing action and strategy in a reversed tower defense formula – you're the attacking side!
- Play the commander whose special abilities and quick thinking are crucial to support the squad in its quest for victory.
- Think tactically and strategically, choosing the right squad and the best route for the mission.
- Extend tactical possibilities by gathering resources to buy new units and upgrade your squad during a battle.
- Play for hours on end in the engaging story campaign, as well as the two exciting Squad Assault Modes.
- Immerse yourself in the game with great visuals and atmospheric audio.
- Supports PC touch screens compatible with Windows 7! Tap the screen and enjoy full tactical experience.

SYSTEM REQUIREMENTS

| Windows | Mac OS X | SteamOS + Linux |
| --- | --- | --- |

OS: Microsoft Windows XP SP2/Microsoft Windows Vista/Microsoft Windows 7
Processor: Intel Pentium 4 2.4GHz or AMD Athlon 64 +2800
Memory: 1 GB RAM
Graphics: NVIDIA GeForce 7600 / ATI Radeon X1800 or equivalent
DirectX®: 9.0c
Hard Drive: 1 GB
Sound: DirectX 9.0c compliant soundcard

© 2011 11 bit studios S.A. Anomaly Warzone Earth™, 11 bit studios™ and respective logos are trademarks of 11 bit studios S.A. All rights reserved.

WHAT CURATORS SAY                                    View all

48 Curators have reviewed this product. Click here to see them.

CUSTOMER REVIEWS

OVERALL:
Very Positive (565 reviews) ?

| REVIEW TYPE | PURCHASE TYPE | LANGUAGE | DISPLAY AS: |
| --- | --- | --- | --- |
| ● All (3,590) | ● All (3,590) | ○ All Languages (3,590) | Summary |
| ○ Positive (3,172) | ○ Steam Purchasers (565) ? | ● Your Languages (1,335) ? | |
| ○ Negative (418) | ○ Other (3,025) ? | CUSTOMIZE | |



Loading reviews...

Title: Anomaly: Warzone Earth
Genre: Action, Indie, Strategy
Developer: 11 bit studios
Publisher: 11 bit studios
Release Date: Apr 8, 2011

Visit the website ↗
View update history
Read related news
View discussions
Find Community Groups

Share    Embed    ⚑

80    metacritic
Read Critic Reviews ↗

Awards

READ MORE ⌄

LEARN MORE

SHOP BY GENRE    ABOUT STEAM    ABOUT VALVE    HELP    NEWS FEEDS

VALVE    © 2017 Valve Corporation. All rights reserved. All trademarks are property of their respective owners in the US and other countries.
VAT included in all prices where applicable.    Privacy Policy  |  Legal  |  Steam Subscriber Agreement  |  Refunds

About Valve  |  Steamworks  |  Jobs  |  Steam Distribution  |  Gift Cards  |  Steam  |  @steam_games

623



ATV028451





Google Play Search

Apps | Categories | Home | Top charts | New releases

My apps
Shop

Games
Kids
Editors' Choice

Account
Payment methods
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide

# Anomaly Warzone Earth HD

**11 bit studios** **Strategy** 3,254

**Everyone**

Add to Wishlist

**$3.99 Buy**

PocketGamer: "'If you're a strategy fan, you need this game'" PLATINUM AWARD!
TouchGen: "'So engaging it's almost impossible to put down'" EDITOR'S CHOICE!
TouchArcade: "'It nails!'" 5/5 STARS! GAME OF THE YEAR RUNNER-UP AWARD!
AppSpy: "'Fantastically intriguing take on reversing the roles in a Tower Defense game'" VERDICT: GREAT!
IGN: "'A perfect challenge for any strategist'" NOMINEE FOR BEST MOBILE STRATEGY AWARD!

READ MORE

REVIEWS

Review policy and info

4.3

5
4

REVIEWS

Review policy and info

4.3

★ ★ ★ ★ ½

👤 3,254 total

5
4
3
2
1

Anthony Becker

★ ★ ★ ★ ★ November 12, 2018

👍
31

This game is hella fun. Just too short! Rewarding missions and juicy mechanics without being too complex.

Ramy Darwish

★ ★ ★ ★ ★ July 12, 2019

👍
33

amazing game , no iap or paywall, just pay and enjoy very good gameplay too

James Yeang

★ ★ ★ ★ March 1, 2021

👍
25

Can get draggy at times, but it manages to pull thru some nice moments.

K  Kranthi Kumar

★ November 6, 2019

👍
11

Update the all anomaly games to support android 10

**READ ALL REVIEWS**

WHAT'S NEW

1.15 and 1.17- Fixed some incompatibility issues that occured after the last update

———

# KNOWN ISSUES:

a) 'Half-screen' - usually you just need to restart your phone and/or reinstall the game

b) 2nd downloaded- try another time or apply for a refund

**READ MORE**

ADDITIONAL INFORMATION

Eligible for Family    Updated    Size

## ADDITIONAL INFORMATION

| | | |
|---|---|---|
| **Eligible for Family Library** | **Updated** | **Size** |
| | August 8, 2013 | 2.4M |
|  Learn More | | |
| **Installs** | **Current Version** | **Requires Android** |
| 50,000+ | 1.18 | 2.2 and up |
| **Content Rating** | **Permissions** | **Report** |
| Everyone | View details | Flag as inappropriate |
| Mild Fantasy Violence | | |
| Learn more | | |
| **Offered By** | **Developer** | |
| 11 bit studios | Visit website | |
| | support@11bitstudios.com | |
| | Privacy Policy | |
| | ul. Brzeska 2 03-737 | |
| | Warsaw Poland | |

### More by 11 bit studios

See more

This War of Mine
11 bit studios
★ ★ ★ ★ ☆   $13.99

This War of Mine
11 bit studios
★ ★ ★ ★ ☆   $2.99

## Similar

See more

Document title: Anomaly Warzone Earth HD - Apps on Google Play
Capture URL: https://play.google.com/store/apps/details?id=com.elevenbitstudios.AnomalyWarzoneEarthHD&hl=en_US&gl=US
Capture timestamp (UTC): Fri, 17 Dec 2021 18:38:59 GMT



Apps Categories Home Top charts New releases

My apps
Shop

Games
Kids
Editors' Choice

Account
Payment methods
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide

11 bit studios

Visit website
support@11bitstudios.com
Privacy Policy
ul. Brzeska 2 03-737
Warsaw Poland

More by 11 bit studios

See more

This War of Mine
11 bit studios
$13.99

This War of Mine
11 bit studios
$2.9

## Similar

See more

B.D.R.S : Biologica
GalleryHands
$3.99

Anomaly Korea
11 bit studios
$3.99

Anomaly Defende
11 bit studios
$4.99

Alien Shooter - La
Sigma Team
$4.49

©2021 Google Site Terms of Service Privacy Developers About Google | Location: United States Language: English (United States)
By purchasing this item, you are transacting with Google Payments and agreeing to the Google Payments Terms of Servi and Privacy Notice.

# EXHIBIT 99





Install Steam login | language

STEAM STORE COMMUNITY ABOUT SUPPORT

Open in Desktop App

**You're not signed in!**
Open this page in the Steam App to wishlist, follow, purchase and see recommendations

Your Store New & Noteworthy Categories Points Shop News Labs search

All Games > Strategy Games > Anomaly Warzone Earth Mobile Campaign

# Anomaly Warzone Earth Mobile Campaign

Community Hub

Anomaly Warzone Earth Mobile Campaign continues Steam's Anomaly Warzone Earth in an extra 15-level campaign. Originally released on mobile devices, the campaign is brought to Steam for PC, Mac and Linux exclusively in Anomaly Bundle. AWE Mobile Campaign turns tower defense on its head.

ALL REVIEWS: Mostly Positive (190)

RELEASE DATE: Nov 6, 2013

DEVELOPER: 11 bit studios
PUBLISHER: 11 bit studios

Popular user-defined tags for this product:
Strategy Action Tower Defense Sci-fi Indie +

Sign in to add this item to your wishlist, follow it, or mark it as ignored

## Buy Anomaly Warzone Earth Mobile Campaign

$4.99 Add to Cart

Single-player
Steam Trading Cards
Family Sharing

Languages:

| | Interface | Full Audio | Subtitles |
|---|---|---|---|
| English | ✓ | ✓ | ✓ |

STEAM DECK COMPATIBILITY

Unknown Learn more

Fantasy Violence
Mild language

Age rating for: ESRB

Includes 39 Steam Achievements

## ABOUT THIS GAME

Anomaly Warzone Earth Mobile Campaign continues Steam's Anomaly Warzone Earth in an extra 15-level campaign. Originally released on mobile devices, the campaign is brought to Steam for PC, Mac and Linux exclusively in Anomaly Bundle.

AWE Mobile Campaign turns tower defense on its head. This time you take control of the attacking force, pitting your heavily armored squad against the destructive towers of an alien horde. Carefully lead your squad through the invaders' defenses, shattering their towers and turrets with special weapons and power-ups in this experience of tower offense.

Anomaly Warzone Earth Mobile Campaign Features

• Ultimately twist tower defense formula - it's tower offense! You're the attacking side.
• Deploy special weapons to break through alien defenses or use stealth to slip through unscathed.

- Think tactically and choose the right squad and route to guarantee success.
- Strategically gather resources to buy and upgrade new and more powerful units.
- Play for hours on end in three unique and engaging Squad Assault modes

### SYSTEM REQUIREMENTS

**Windows**   macOS   SteamOS + Linux

**MINIMUM:**

OS *: Windows XP SP3 (32 bit) / Vista

Processor: Intel(R) Core(TM)2 Duo 2.1 Ghz or equivalent

Memory: 1024 MB RAM

Graphics: GeForce 8800 or equivalent

DirectX: Version 9.0c

Storage: 400 MB available space

Sound Card: Integrated

* Starting January 1st, 2024, the Steam Client will only support Windows 10 and later versions.

11 bit studios S.A. 2013 - All rights reserved

**Points Shop Items Available**    View all 8

TITLE: Anomaly Warzone Earth Mobile Campaign
GENRE: Action, Strategy
DEVELOPER: 11 bit studios
PUBLISHER: 11 bit studios
RELEASE DATE: Nov 6, 2013

Visit the website
View update history
Read related news
View discussions
Find Community Groups

Embed



## MORE LIKE THIS    See All

DOTA 2 — Free To Play
SPACE ENGINEERS — $29.99
BLOONS TD6 — $13.99
RIVALS SEASON 1 ETERNAL NIGHTFALLS — Free To Play

## WHAT CURATORS SAY    View all

29 Curators have reviewed this product. Click here to see them.

## CUSTOMER REVIEWS FOR ANOMALY WARZONE EARTH MOBILE CAMPAIGN

**Overall Reviews:**
Mostly Positive (190 reviews)

**Recent Reviews:**

REVIEW TYPE ▼   PURCHASE TYPE ▼   LANGUAGE ▼   DATE RANGE ▼   PLAYTIME ▼   DISPLAY ▼        Show graph ▼

Filters

Excluding Off-topic Review Activity    Playtime:    Played Mostly on Steam Deck

There are no more reviews that match the filters set above

Adjust the filters above to see other reviews



Loading reviews...

VALVE © 2025 Valve Corporation. All rights reserved. All trademarks are property of their respective owners in the US and other countries.
VAT included in all prices where applicable.   Privacy Policy  |  Legal  |  Steam Subscriber Agreement  |  Refunds  |  Cookies

STEAM

About Valve  |  Jobs  |  Steamworks  |  Steam Distribution  |  Support  |  Recycling  |  Gift Cards  |  Steam  |  @steam









http://store.steampowered.com/app/252170 Go
175 captures
9 Nov 2013 - 20 Jan 2025
SEP OCT NOV
06
2016 2017 2018
About this capture

Install Steam login | language

STEAM

STORE COMMUNITY ABOUT SUPPORT

Your Store Games Software Hardware Videos News search the store

All Games > Strategy Games > Anomaly Warzone Earth Mobile Campaign

# Anomaly Warzone Earth Mobile Campaign

Community Hub

Anomaly Warzone Earth Mobile Campaign continues Steam's Anomaly Warzone Earth in extra 15-level campaign. Originally released on mobile devices, the campaign is brought to Steam for PC, Mac and Linux exclusively in Anomaly Bundle. AWE Mobile Campaign turns tower defense on its head.

ALL REVIEWS: Very Positive (71)

RELEASE DATE: Nov 6, 2013

DEVELOPER: 11 bit studios
PUBLISHER: 11 bit studios

Popular user-defined tags for this product:
Strategy Action Sci-fi Tower Defense Indie +

Sign in to add this item to your wishlist, follow it, or mark it as not interested

## Buy Anomaly Warzone Earth Mobile Campaign

$4.99 Add to Cart

## Packages that include this game

## Buy Anomaly Über Bundle

Includes 6 items: Anomaly: Warzone Earth, Anomaly 2, Anomaly 2 Soundtrack, Anomaly Korea, Anomaly Warzone Earth Mobile Campaign, Anomaly Defenders

Package info $29.99 Add to Cart

Is this game relevant to you?

Sign in to see reasons why you may or may not like this based on your games, friends, and curators you follow.

Sign in or Open in Steam

Single-player
Steam Trading Cards

Languages:

| | Interface | Full Audio | Subtitles |
|---|---|---|---|
| English | ✓ | ✓ | ✓ |

Anomaly Warzone Earth Mobile Campaign continues Steam's Anomaly Warzone Earth in extra 15-level campaign. Originally released on mobile devices, the campaign is brought to Steam for PC, Mac and Linux exclusively in Anomaly Bundle.

AWE Mobile Campaign turns tower defense on its head. This time you take control of the attacking force, pitting your heavily armored squad against the destructive towers of an alien horde. Carefully

634

lead your squad through the invaders' defenses, shattering their ranks with special
and powerful power-ups in this experience of tower offense.

Anomaly Warzone Earth Mobile Campaign Features

• Ultimately twist tower defense formula - it's tower offense! You're the attacking side.
• Deploy special weapons to break through alien defenses or use stealth to slip through unscathed.
• Think tactically and choose the right squad and route to guarantee success.
• Strategically gather resources to buy and upgrade new and more powerful units.
• Play for hours on end in three unique and engaging Squad Assault modes



MINIMUM:

OS:  Windows XP SP3 (32 bit) / Vista

Processor:  Intel(R) Core(TM)2 Duo 2.1 Ghz or equivalent

Memory:  1024 MB RAM

Graphics:  GeForce 8800 or equivalent

DirectX:  Version 9.0c

Storage:  400 MB available space

Sound Card:  Integrated

11 bit studios S.A. 2013 - All rights reserved



Title: Anomaly Warzone Earth Mobile Campaign

Genre: Action, Strategy

Developer: 11 bit studios

Publisher: 11 bit studios

Release Date: Nov 6, 2013

Visit the website

View update history

Read related news

View discussions

Find Community Groups



See all



Immortal Defense
-70%  $9.99  $2.99

Sanctum 2
$14.99

Revenge of the Titans
$9.99



Overall Reviews:
**Very Positive** (71 reviews)

Recent Reviews:

REVIEW TYPE ▾   PURCHASE TYPE ▾   LANGUAGE ▾   DATE RANGE ▾   DISPLAY AS:  Summary ▾   Show graph ⌄

Filters    Your Languages ✖

Showing 188 reviews that match the filters above ( **Mostly Positive** )

MOST HELPFUL REVIEWS  IN THE PAST 30 DAYS

RECENTLY POSTED



👍 Recommended

POSTED: JANUARY 23
DIRECT FROM STEAM

Anomaly Warzone Earth Mobile Campaign

Has a total of 5 trading cards.



Valadorn

POSTED
DIRECT FROM STEAM

Anomaly Warzone Earth Mobile Campaign offers a refreshing twist on the traditional tower defense genre by putting players in control of the attackers. The game's innovative "tower offense" mechanics require strategic planning and quick thinking as you navigate your convoy through alien-infested territories. The concept of controlling the attacking force in a tower defense game is both original and

2/2/25, 9:06 PM                                                                    Anomaly Warzone Earth Mobile Campaign on Steam

175 captures
9 Nov 2013 - 20 Jan 2025

SEP **OCT** NOV
◄ **06** ►
2016 **2017** 2018   About this capture



READ MORE

Helpful?
👍 Yes   👎 No   😄 Funny   🏆 Award
2 people found this review helpful



**Not Recommended**
3.6 hrs on record

POSTED: JANUARY 19
STEAM KEY

Not Recommended

Was this review helpful?
👍 Yes   👎 No   😄 Funny   🏆 Award

**Argon**   0.1 hrs
POSTED: MARCH 26
DIRECT FROM STEAM

Why does this product exist? It's a port from
mobile to PC of a game that already exists on PC.
Just in case you want to play a simplified version
with worse graphics and awkward controls.

The original game was fun but this is absurd.

Helpful?
👍 Yes   👎 No   😄 Funny   🏆 Award
1 person found this review helpful

## MOST HELPFUL REVIEWS   IN THE PAST 90 DAYS



**Not Recommended**
4.1 hrs on record

POSTED: NOVEMBER 17, 2024
STEAM KEY

I like the other Anomaly games, but skip this one. It's not possible
for me to even complete the campaign because on my 4K monitor,
the on-screen buttons do not work reliably.

Since this is a port on the portable tablet game, there's at least one
mission where you have to tap spots on the screen in a certain
order. Since there's no resolution options, I can't configure the
screen scaling for the game, at least within the game. When those
buttons pop up, you can only click on them if you click in the very
center, and then sometimes it still doesn't register, so I am unable to
progress past this mission. The interface is just generally designed
for touch screens, and doesn't work well on pc.

Was this review helpful?
👍 Yes   👎 No   😄 Funny   🏆 Award

**MuscleMan**   2.0 hrs
POSTED: AUGUST 1, 20
STEAM KEY

Anomaly Warzone Earth Mobile Campaign is the
original mobile version of the game. Key difference
from the pc version is you are controlling a
commander, instead just deploying gadgets and
units.
Although the missions and story is mostly the
same, the gameplay is different enough to justify a
separate game. It is much more engaging and easy
compared to the pc version but still fun and
engaging.
The only issue i had was a terrible bug that made
it impossible to beat the game in the final chapter,
the boss should have a phase

READ MORE

Helpful?
👍 Yes   👎 No   😄 Funny   🏆 Award
1 person found this review helpful



**Not Recommended**
0.1 hrs on record

POSTED: DECEMBER 28, 2024
STEAM KEY

The made Anomaly, then made a mobile version of that game, then
ported the mobile version back to PC, because it had some extra
levels. Very strange. Probably not worth your time if you've played
the original.

Was this review helpful?
👍 Yes   👎 No   😄 Funny   🏆 Award

**Fallenmars**   6.5 hrs
POSTED: JUNE 10, 20
DIRECT FROM STEAM

awsome game for that price with discount =D

Helpful?
👍 Yes   👎 No   😄 Funny   🏆 Award
1 person found this review helpful



**Recommended**
6.4 hrs on record (7.4 hrs at review time)

POSTED: NOVEMBER 29, 2024
DIRECT FROM STEAM

A game that captivates from the first moment.

Was this review helpful?
👍 Yes   👎 No   😄 Funny   🏆 Award

**Venirfo**   5.4 hrs
POSTED: DECEMBER
STEAM KEY

As the title says, you get to play the mobile version
of the campaign.

Simple, but fun tower-offense game.

Helpful?
👍 Yes   👎 No   😄 Funny   🏆 Award
2 people found this review helpful

## MOST HELPFUL REVIEWS   IN THE PAST 180 DAYS



**Not Recommended**
24.4 hrs on record (2.5 hrs at review time)

POSTED: NOVEMBER 1, 2024
DIRECT FROM STEAM

**636**



abilities... there's not much tactics to begin with.

At least in this version you don't have to worry about your
Commander dying...or ...use your commander as a bait...but some
how... having a commander to draw the fire are lil bit easier.

You don't really need to get this game...it's just an okay game...
4/10

READ MORE

Was this review helpful?

Yes    No    Funny    Award



This game series is one of this series that I
love them. But this game is really bad. It is just
phone version of real game so it's bad quality and
has much missing stuff on it. I'm not buy this
alone but it came when I buy other games in
series so that is why I tried this. It feels like demo
for real game and maybe should only stay on
phones.

Helpful?

Yes    No    Funny    Award

3 people found this review helpful
1 person found this review funny



Recommended
4.9 hrs on record (1.0 hrs at review time)

POSTED: OCTOBER 9, 2024
STEAM KEY

Interesting - 666 Approved

Was this review helpful?

Yes    No    Funny    Award



Rino_ВДВ – с неба    4.7 hrs

POSTED: AUGUST 31, 2022
STEAM KEY

This game changed my life!

Helpful?

Yes    No    Funny    Award

1 person found this review helpful

MOST HELPFUL REVIEWS  OVERALL



Recommended
13.2 hrs on record

POSTED: JULY 11, 2015
STEAM KEY

My 5th Anomaly Review. New maps, new challenges, towers and
items the same, some of the 15 levels are short, some have little
new things, but they are few. Its more like like an Expansion of
Game Nr. 1 and its good enough for 10 hours and the difficulty is
still even on hardcore well balanced and not to hard. I give 8.0
Points for 10-13 hours of fun for strategy genre fans.

Was this review helpful?

Yes    No    Funny    Award



Rushin    11.0 hrs

POSTED: APRIL 27, 2020
DIRECT FROM STEAM

You know what. This is legitimately a better game
than the original. That's right. I said it.

While I fully understand that you PC Master Race
people do not want those pesky mobile ports on
our lord and savior Gaben's platform, the simple
fact is that Earth Mobile Campaign features far
better level design than the original PC game.
With everything else being the same (story, units,
towers, final boss etc), I honestly think it's worth
sucking down the mobile-tailored UI in favor of far
better gameplay experience overall.

READ MORE

Helpful?

Yes    No    Funny    Award

3 people found this review helpful



Not Recommended
5.1 hrs on record (3.6 hrs at review time)

POSTED: SEPTEMBER 12, 2015
STEAM KEY

First of all, I like Anomaly Series I have played and completed the
1st and 2nd series for the PC.
But for this I rather not recommend it. This is for the mobile devices
not for the PC.
I think this should have been just stick in the mobile device platform,
no need for 11 bit studios to bring this to PC.

There are many elements have been removed in this version.
ex: The cutscene, some voice, Cpt. Evans as player, no keyboard
shortcut, etc.
The sound & image quality have been downgrade.

READ MORE

Was this review helpful?

Yes    No    Funny    Award



175 captures

9 Nov 2013 - 20 Jan 2025

SEP **OCT** NOV
◀ **06** ▶
2016 **2017** 2018    About this capture



**Recommended**
13.6 hrs on record

POSTED: NOVEMBER 26, 2013
STEAM KEY

Initially designed for only mobiles, the game has now been customized and released on PC. If you have already played the PC version of this game, you may wonder what the developers wanted to achieve by doing so, since the game adds nothing new to the original concept or storyline. This game differs from its PC kin in that, owing to a mobile keypad's limited control abilities, there is no commander to guide its cavalry. Consequently, the way the Hacker and the Energizer work is also slightly different.

Unless you want to be able to tell everyone that you've played this game and know what it's like, don't spend your money on this. Buy the PC version instead. It's much more interesting and offers longer gameplay.

READ MORE

Was this review helpful?

👍 Yes    👎 No    😀 Funny    🏅 Award



ABOUT STEAM    ABOUT VALVE    HELP    NEWS FEEDS

**VALVE**    © 2017 Valve Corporation. All rights reserved. All trademarks are property of their respective owners in the US and other countries.
VAT included in all prices where applicable.    Privacy Policy    |    Legal    |    Steam Subscriber Agreement    |    Refunds

About Valve    |    Steamworks    |    Jobs    |    Steam Distribution    |    Gift Cards    |    f Steam    |    t @steam_games

**638**

# EXHIBIT 100

Case 2:21-cv-03073-FLA-JC Document 115-3 Filed 02/14/25 Page 114 of 160
Page ID #:4611



# Military Tank Artillery : Warzone Missile Fight

by **Martinternet Inc.**

★★★☆☆  13 customer ratings    Guidance Suggested



Price: **App Free to Download**
Sold by: **Amazon.com Services, Inc**
Languages Supported: **English**



**Get App**

*Learn how buying works*

By placing your order, you agree to our Terms of Use

---

## Preview







---

## Product Details

**Release Date:** 2013

**Date first listed on Amazon:** August 6, 2013

**Developed By:** Martinternet Inc.

**ASIN:** B00EB12XJU

**Customer reviews:**

★★★☆☆ ⌄ 13 customer ratings

---

## Developer info

- support@martinternet.com
- More apps by this developer

---

## Product features

- Many Tanks to unlock

---

https://www.amazon.com/Military-Tank-Artillery-Warzone-Missile/dp/B00EB12XJU

**640**

1/4

- Help prisoners to get into your camp
- Random game play for hours of fun
- Protect your territory

## Product description

TRY OUR MILITARY TANK ARTILLERY: WARZONE MISSILE FIGHT DEFENCE GAME


Warriors, this is what players are to be called for this game. Come and fight for defence in this unique war game.

This arcade game is highly addictive. It is a very simple game; the player has to destroy the opponent's tanks. The aim is to destroy approaching enemies and rescue your soldier to camp. This battle game is designed to rescue as much soldier as possible to unlock more tanks. Complete each and every target on time or before time runs out and protect the base from enemies. Launch missile and target the approaching enemies.

Download this addictive game and start attacking on the enemies!

DOWNLOAD NOW FOR FREE>> MILITARY TANK ARTILLERY: WARZONE MISSILE FIGHT DEFENCE GAME

suggestions are welcome! please send them to us.
join us at: support@martinternet.com

## User Data Privacy

⚠ Information not provided by the developer.

## Technical details

**Size:** 12.7MB
**Version:** 1.0
**Developed By:** Martinternet Inc.
**Application Permissions:** ( Help me understand what permissions mean )
- Access coarse (e.g., Cell-ID, Wi-Fi) location
- Access information about networks
- Access information about Wi-Fi networks
- Open network sockets
- Write to external storage
- Allows sending in-app billing requests and managing in-app billing transactions
**Minimum Operating System:** Android 2.3.3
**Approximate Download Time:** Less than 2 minutes

## Customer reviews

 3.1 out of 5

13 global ratings

| | | |
|---|---|---|
| 5 star | | 34% |
| 4 star | | 7% |
| 3 star | | 7% |
| 2 star | | 33% |
| 1 star | | 19% |

❯ How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

[ Write a customer review ]

Top reviews ▾

### Top reviews from the United States

 Waltar Ego

★★★★☆ **I'm sure there are those out there who like it...I'm just not into this level of masochism**
Reviewed in the United States on July 20, 2014
Verified Purchase

I really didn't get the point. Maybe that's because I was obliterated after 5-10 seconds in every game I played! I'm sure there are those out there who like it...I'm just not into this level of masochism. Still, fun to start it up, but I dive under the bed when the shooting starts!

[ Helpful ]   | Report

 Charlie Horse

★★★☆☆ **its a kids game so its ok**
Reviewed in the United States on December 21, 2014
Verified Purchase

Sponsored ⓘ

its a kids game so its ok

Helpful    | Report

---

gary webb

★☆☆☆☆  **waste of time due to stupid advertisement in the middle of the game.**
Reviewed in the United States on November 4, 2013
Verified Purchase

This game has an advertisement from Amazon that blocks you from seeing how to play the game. So it is useless to download this game. It also has no instructions on how to play the game as far as I can see. Do not waste your time

Helpful    | Report

---

great game

★★☆☆☆  **September 2,2014**
Reviewed in the United States on September 27, 2014
Verified Purchase

Stupid game and horrible game

Helpful    | Report

---

Sarah

★☆☆☆☆  **dont even download**
Reviewed in the United States on February 4, 2014
Verified Purchase

Very, very DISAPPOINTING!! My son wanted to try a army game so we thought we would try this one, but after downloading,we should of kept looking.we could not play with the ad posting the game would not respond.Don't download.

Helpful    | Report

---

jdm

★☆☆☆☆  **No Bad Game Bad design**
Reviewed in the United States on August 24, 2013
Verified Purchase

wow just A bunch of consoles ya never see any real war action this is A waist of time and memory

2 people found this helpful

Helpful    | Report

---

Landon

★☆☆☆☆  **worst tank game ever**
Reviewed in the United States on February 14, 2014

its suppler to be a defends game but you don't even get defend anything this is a waste of time and memory not nodding don't get it

Helpful    | Report

---

**See more reviews** ›

Amazon Appstore Return Policy

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Registry & Gift List |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Help |
| | Become an Amazon Hub Partner | | |
| | › See More Ways to Make Money | | |

**amazon**

🌐 English          🇺🇸 United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
|---|---|---|---|---|---|---|
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |
| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |
| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |
| Amazon Resale | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |
| | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | | |
| | Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | | |

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices ✔️

© 1996-2025, Amazon.com, Inc. or its affiliates

# EXHIBIT 101

The Wayback Machine - https://web.archive.org/web/20131015184658/http://www.amazon.com:80/Gigadev-Modern-Warzone/dp/B00DP4YWSO





| Appstore for Android | Best Sellers | Deals | New Releases | Kindle Fire Apps | Kindle Fire Games | Games | Your Apps & Devices | Get Started | Help |



See larger image and other views
See all product images
Share your own customer images

# Modern Warzone

by Gigadev

Platform: Android    Rated: Guidance Suggested

★★★★★ ☑ (1 customer review)

Price: **$0.00**
Sold by: Amazon Digital Services, Inc.
Available **instantly** for your Android device

**Get this app**

Please sign in before purchasing (Why?)

**Sign in**

How buying works

Redeem a gift card or promotion code
& view balance

By placing your order, you agree to our Terms of Use

---

## Customers Who Bought This Item Also Bought



iSniper 3D Arctic Warfare
Triniti Interactive Studi...
★★★★★ (4)
$0.99



Sniper Shooter by Fun Games For Free
Fun Games For Free
★★★★★ (229)
$0.99



Blitz Brigade - Online FPS fun!
Gameloft
★★★★☆ (352)
$0.00



FRONTLINE COMMANDO
Glu Mobile Inc.
★★★★☆ (7,641)
$0.00



Doodle Army
Appsomniacs LLC
★★★★☆ (144)
$0.99

---

## Product Details

- **ASIN:** B00DP4YWSO
- **Original Release Date:** July 3, 2013
- **Rated:** Guidance Suggested This app may include dynamic content. What's this?
- **Average Customer Review:** ★★★★★ ☑ (1 customer review)
- **Amazon Best Sellers Rank:** #2,304 Free in Appstore for Android (See Top 100 Free in Appstore for Android)

Would you like to **give feedback on images**?

---

## Product Features

- Real weapons
- Great graphics
- Infinite levels and fun
- Addictive gameplay

---

## Product Description

You're an ex-military who just stole the treasures of the reserves of the United States. Your goal is to escape from the largest and most powerful army in the world.
They won't stop until completely eliminate you. Prove your shooter skills and don't lose money wasting ammunitions.
Repair your car, buy grenades and oil to survive even longer and take care with civilian vehicles, you will lose money by destroying one of them.
This is not the Warzone Getaway, Counter Strike or Call of Duty ... This is the Modern Warzone! and is the start of a new saga!

---

## Technical Details

- **Size:** 16.5MB

- **Version:** 1.0.1
- **Developed By:** Gigadev
- **Application Permissions:** ([Help me understand what permissions mean](#))
  - com.android.launcher.permission.INSTALL_SHORTCUT
  - Get information about the currently or recently running tasks: a thumbnail representation of the tasks, what activities are running in it, etc
  - Write to external storage
  - Access information about Wi-Fi networks
  - Access coarse (e.g., Cell-ID, Wi-Fi) location
  - Access the list of accounts in the Accounts Service
  - com.android.launcher.permission.UNINSTALL_SHORTCUT
  - Read only access to phone state
  - Get notified that the operating system has finished booting
  - Open windows using the type TYPE_SYSTEM_ALERT, shown on top of all other applications
  - Open network sockets
  - com.android.browser.permission.WRITE_HISTORY_BOOKMARKS
  - Access extra location provider commands
  - Access fine (e.g., GPS) location
  - Access the vibration feature
  - com.android.launcher.permission.READ_SETTINGS
  - Access the flashlight
  - Access information about networks
  - PowerManager WakeLocks to keep processor from sleeping or screen from dimming
  - com.android.browser.permission.READ_HISTORY_BOOKMARKS
  - com.android.launcher.permission.WRITE_SETTINGS
- **Minimum Operating System:** Android 2.1
- **Approximate Download Time:** Less than 3 minutes



## Customer Reviews

★★★★★ (1)
5.0 out of 5 stars

| | |
|---|---|
| 5 star | 1 |
| 4 star | 0 |
| 3 star | 0 |
| 2 star | 0 |
| 1 star | 0 |

Share your thoughts with other customers

Write a customer review

**Search Customer Reviews**

[_____] Go

☑ Only search this product's reviews

See the customer review

### Most Helpful Customer Reviews

3 of 6 people found the following review helpful

★★★★★ **fun**   September 3, 2013
By best game ever

this app was preety fun i recommend u download this app :D this app iz so awsome blah blah blah

Comment | Was this review helpful to you?   Yes   No

› **See the customer review**

Write a customer review

## Forums

**There are no discussions about this product yet.**

**Be the first to discuss this product with the community.**

**Start a new discussion**

Topic: [_____]

First post:
[_____]
[_____]

☑ Receive e-mail when new posts are made

Guidelines

2/5/25, 1:29 AM          Case 2:21-cv-03073-FLA-JC          Document 115-3          Filed 02/14/25          Page 121 of 160
                                                              Amazon.com: Modern Warzone: Appstore for Android
                                                         Page ID #:4118

**Post Discussion**
Prompts for sign-in

## Look for Similar Items by Category

- [Apps for Android](#) > [Games](#)

Amazon Appstore Return Policy

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| Investor Relations | Become an Affiliate | Amazon.com Store Card | Shipping Rates & Policies |
| Press Releases | Advertise Your Products | Shop with Points | Amazon Prime |
| Amazon and Our Planet | Independently Publish with Us | Credit Card Marketplace | Returns Are Easy |
| Amazon in the Community | ❯ See all | Amazon Currency Converter | Manage Your Kindle |
| | | | Help |



Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Spain   United Kingdom

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **6pm** Score deals on fashion brands | **AbeBooks** Rare Books & Textbooks | **AfterSchool.com** Kids' Sports, Outdoor & Dance Gear | **AmazonFresh** Groceries & More Right To Your Door | **Amazon Local** Great Local Deals in Your City | **AmazonSupply** Business, Industrial & Scientific Supplies | **Amazon Web Services** Scalable Cloud Computing Services | **Askville** Community Answers |
| **Audible** Download Audio Books | **BeautyBar.com** Prestige Beauty Delivered | **Book Depository** Books With Free Delivery Worldwide | **Bookworm.com** Books For Children Of All Ages | **Casa.com** Kitchen, Storage & Everything Home | **CreateSpace** Indie Print Publishing Made Easy | **Diapers.com** Everything But The Baby | **DPReview** Digital Photography |
| **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting | **IMDb** Movies, TV & Celebrities | **Junglee.com** Shop Online in India | **Kindle Direct Publishing** Indie Digital Publishing Made Easy | **Look.com** Kids' Clothing & Shoes | **MYHABIT** Private Fashion Designer Sales | **Shopbop** Designer Fashion Brands |
| **Soap.com** Health, Beauty & Home Essentials | **Vine.com** Everything to Live Life Green | **Wag.com** Everything For Your Pet | **Warehouse Deals** Open-Box Discounts | **Woot!** Discounts and Shenanigans | **Yoyo.com** A Happy Place To Shop For Toys | **Zappos** Shoes & Clothing | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2013, Amazon.com, Inc. or its affiliates

Case 2:21-cv-03073-FLA-JC    Document 115-3    Filed 02/14/25    Page 122 of 160
Page ID #:4419



# Modern Warzone

by Gigadev

★★★☆☆  61 customer ratings    Guidance Suggested



Price: **App Free to Download**
Sold by: Amazon.com Services, Inc
Languages Supported: **English**



**Get App**

Learn how buying works

By placing your order, you agree to our Terms of Use

## Preview



## Product Details

**Release Date:** 2013

**Date first listed on Amazon:** July 3, 2013

**Developed By:** Gigadev

**ASIN:** B00DP4YWSO

**Customer reviews:**

★★★☆☆ ⌄  61 customer ratings

## Developer info

• More apps by this developer

## Product features

• Real weapons
• Great graphics

- Infinite levels and fun
- Addictive gameplay

## Product description

You're an ex-military who just stole the treasures of the reserves of the United States. Your goal is to escape from the largest and most powerful army in the world.
They won't stop until completely eliminate you. Prove your shooter skills and don't lose money wasting ammunitions.
Repair your car, buy grenades and oil to survive even longer and take care with civilian vehicles, you will lose money by destroying one of them.
This is not the Warzone Getaway, Counter Strike or Call of Duty ... This is the Modern Warzone! and is the start of a new saga!

## User Data Privacy

⚠ Information not provided by the developer.

## Technical details

**Size:** 16.5MB
**Version:** 1.0.1
**Developed By:** Gigadev
**Application Permissions:** ( Help me understand what permissions mean )

- Access coarse (e.g., Cell-ID, Wi-Fi) location
- Access fine (e.g., GPS) location
- Access extra location provider commands
- Access information about networks
- Access information about Wi-Fi networks
- Access the flashlight
- Access the list of accounts in the Accounts Service
- Get information about the currently or recently running tasks: a thumbnail representation of the tasks, what activities are running in it, etc
- Open network sockets
- Read only access to device state
- Get notified that the operating system has finished booting
- Open windows using the type TYPE_SYSTEM_ALERT, shown on top of all other applications
- Access the vibration feature
- PowerManager WakeLocks to keep processor from sleeping or screen from dimming
- Write to external storage
- Allows an application to read (but not write) the user's browsing history and bookmarks
- Allows an application to write (but not read) the user's browsing history and bookmarks
- Allows installation of home screen shortcuts
- Allows an application to read device settings
- Allows an application to uninstall home screen shortcuts
- Allows an application to read or write the system settings

**Minimum Operating System:** Android 2.1
**Approximate Download Time:** Less than 3 minutes

## Customer reviews

 2.9 out of 5
61 global ratings



| | | |
|---|---|---|
| 5 star | | 19% |
| 4 star | | 23% |
| 3 star | | 18% |
| 2 star | | 17% |
| 1 star | | 24% |

⌄ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Top reviews ▾

### Top reviews from the United States

 rudy l sobremonte

 **never loaded**
Reviewed in the United States on November 23, 2013
**Verified Purchase**

boring didn't grasp the gameand actually never loaded on my kindle fire hd so not sure if it even is a active game any more

4 people found this helpful

Helpful | Report

 Bimmerman

 **This was downloaded for my kids onto their kindle fires ...**

**649**

Write a customer review

Reviewed in the United States on October 21, 2014

**Verified Purchase**

This was downloaded for my kids onto their kindle fires. I don't really know much about this game, but they haven't complained about it. I just want this out of my "Products to be reviewed" list.

12 people found this helpful

Helpful | Report

Sponsored ⓘ

best game ever

★★★★★ **fun**

Reviewed in the United States on September 4, 2013

this app was preety fun i recommend u download this app :D this app iz so awsome blah blah blah

8 people found this helpful

Helpful | Report

Janelle Crabbe

★★☆☆☆ **stupid**

Reviewed in the United States on November 8, 2013

**Verified Purchase**

Nothing wrong with the controls but between bad graphics and lack of interest on my part only played 1 game and I was done.

10 people found this helpful

Helpful | Report

tgirl

★★★★☆ **fun**

Reviewed in the United States on November 23, 2013

**Verified Purchase**

liked how the game loaded easy and was easy to follow .I liked the effects of the game. the game was easy to play.

11 people found this helpful

Helpful | Report

tbird

★☆☆☆☆ **"call of duty for kindle" BULL**

Reviewed in the United States on June 18, 2014

okay so I was playing a game and this ad popped up and not kidding it said... " the new call of duty" so I checked it out and after 2 seconds of playing I was so P-OED man the freaking graphics were absolutely terrible man Gigadev stop lying you retard.

2 people found this helpful

Helpful | Report

aissatou cisse

★★★★★ **Game**

Reviewed in the United States on September 28, 2021

**Verified Purchase**

My son like it

Helpful | Report

See more reviews ›

**650**

## Top reviews from other countries

 Harvey

★★★★☆ **Four Stars**

Reviewed in the United Kingdom on December 1, 2014

<span style="color:orange">Verified Purchase</span>

Nice

Report

Cheers

★★★★★ **amazing**

Reviewed in the United Kingdom on April 23, 2014

<span style="color:orange">Verified Purchase</span>

Played this game on the computer and it walls brilliant happy that it has come out on android very addictive this game is awesome :)

ITS A MUST BUY

Report

**See more reviews** ›

Amazon Appstore Return Policy

---

### Customers who viewed items in your browsing history also viewed



**WWF War Zone (Renewed)**

Amazon Renewed

★★★★☆ 5

Nintendo 64

$24.46

Get it as soon as **Monday, Feb 10**

FREE Shipping on orders over $35 shipped by Amazon

Only 8 left in stock - order…



**A Beginner's Guide to Business Valuation: Lessons Learned from 2…**

› Jacob Orosz

★★★★★ 40

Paperback

$19.99

Get it as soon as **Monday, Feb 10**

FREE Shipping on orders over $35 shipped by Amazon



**Valuation: Measuring and Managing the Value of Companies (Wiley Finance)**

McKinsey & Company Inc.

★★★★☆ 524

Hardcover

$56.67

$4.49 shipping



**Business Valuation Discounts and Premiums**

› Shannon P. Pratt

★★★★☆ 12

Hardcover

$147.00

Get it as soon as **Sunday, Feb 23**



**WWF Wrestleman (Renewed)**

Amazon Renewed

★★★★★ 18

Nintendo 64

$30.49

Get it as soon as **Mor 10**

FREE Shipping on orc $35 shipped by Amaz

Only 1 left in stock -

---

## See personalized recommendations

<span style="background:yellow">Sign in</span>

New customer? Start here.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Registry & Gift List |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Help |
|  | Become an Amazon Hub Partner |  |  |
|  | › See More Ways to Make Money |  |  |

amazon

English    United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
|---|---|---|---|---|---|---|
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |
| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |
| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |
| Amazon Resale | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |
| Neighbors App | | Amazon Subscription Boxes | PillPack | Amazon Renewed | | |
| Real-Time Crime & Safety Alerts | | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

# EXHIBIT 102

2/2/25, 9:02 PM    amazon.com: Paintball War Zone : The commando tactical action game - Free Edition: Appstore for Android

Case 2:21-cv-08073-FLA-JC    Document 115-3    Filed 02/14/25    Page 128 of 160
Page ID #:4125

The Wayback Machine - https://web.archive.org/web/20141023071311/http://www.amazon.com/Paintball-War-Zone-commando-tactical/dp/B00F16AY0O





# Paintball War Zone : The commando tactical action game - Free Edition

by Martininternet Inc.

Platform: Android    Rated: Mature

★★☆☆☆ ✓ (16 customer reviews)

Price: **FREE**

Sold by: Amazon Digital Services, Inc.

Available **instantly**





    

**Get this app**

Please sign in before purchasing (Why?)

**Sign in**

How buying works

Redeem a gift card or promotion code & view balance

By placing your order, you agree to our Terms of Use

## Customers Who Bought This Item Also Bought

Page of  |  Start over

| Super Battle Tactics | Call of MiniTM Infinity | CONTRACT KILLER 2 | Gun Club 2 | Beat The Boss 3 |
|---|---|---|---|---|
| DeNA Corp. | Triniti Interactive… | Glu Mobile Inc. | The Binary Mill | Game Hive Corp. |
| ★★★☆☆ 147 | ★★★★☆ 208 | ★★★★☆ 994 | ★★★★☆ 384 | ★★★★½ 1,648 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## Latest Updates

**What's new in version 1.1**
- Minor Bugs Fixed

## Product Details

**ASIN:** B00F16AY0O

**Release Date:** September 11, 2013

**Rated:** Mature This app may include dynamic content. What's this?

**Average Customer Review:** ★★☆☆☆ ✓ (16 customer reviews)

**Amazon Best Sellers Rank:** #3,154 Free in Appstore for Android (See Top 100 Free in Appstore for Android)

Would you like to **give feedback on images**?

## Product Features

- Attractive Characters
- Amazing Graphics
- Action Packed entertainment for all
- Great Soundtrack

## Product Description

TRY OUR PAINTBALL WAR ZONE : THE COMMANDO TACTICAL ACTION GAME

Have you heard about paintball war?

You love war but not to kill the people!Then this is the best game for you and your friends. It's like a war game except instead of killing people you shoot paint which is most funny feature ever. But there will be two teams with different players, once with blue band and all enemies will have red bands. But be careful with lots of obstacles such as tires, barrel and wood pallet.

This is the most addictive and fun game with team mates. You will enjoy this game for hour and hour.

What else friends?

-Best team to fight
-6 cool player to unlock
-More players to shoot
-Awesome war zone

Simply take your helmet and gun!get ready for war!

DOWNLOAD TODAY FOR FREE >>> PAINTBALL WAR ZONE : THE COMMANDO TACTICAL ACTION GAME

Suggestions are welcome! Please send them to us.
Join us at: support@martinternet.com

---

## Technical Details

**Size:** 15.5MB
**Version:** 1.1
**Developed By:** Martinternet Inc.
**Application Permissions:** (Help me understand what permissions mean)
- Read only access to device state
- Allows sending in-app billing requests and managing in-app billing transactions
- Open network sockets
- Write to external storage
- Access information about Wi-Fi networks
- Access coarse (e.g., Cell-ID, Wi-Fi) location
- Access information about networks

**Minimum Operating System:** Android 2.3.3
**Approximate Download Time:** Less than 2 minutes

---

## Customer Reviews



1.8 out of 5 stars   (16)

| | | |
|---|---|---|
| 5 star | | 1 |
| 4 star | | 1 |
| 3 star | | 2 |
| 2 star | | 2 |
| 1 star | | 10 |

See all 16 customer reviews

" I'm here to tell u that this game SUCKS!!!!!!!!!! "
Leslie  |  4 reviewers made a similar statement

" Could not upload and open up. "
EF27

" Don't waste your time downloading it. "
jharvey

### Most Helpful Customer Reviews

13 of 14 people found the following review helpful
⭐⭐☆☆☆ **grandson liked**  December 26, 2013
By **Nancy Jo Norris**
**Verified Purchase**

My grandson seems to enjoy this not sure I could stand it very long very loud. And very violent. Was fun

Comment | Was this review helpful to you?  [ Yes ] [ No ]

25 of 30 people found the following review helpful
⭐⭐⭐⭐⭐ **paintball war zone**  September 29, 2013
By **aaron**
**Verified Purchase**

I like it becuse you shoot and jup and it is a paintball war and that is how I like it.

Comment | Was this review helpful to you?  [ Yes ] [ No ]

19 of 25 people found the following review helpful
⭐⭐⭐☆☆ **it was fun kinda**  October 23, 2013
By **alicat**
**Verified Purchase**

It was alright but it could use more so I guess If you want to get it maby you would like it but you should try it.

Comment | Was this review helpful to you?  [ Yes ] [ No ]

9 of 11 people found the following review helpful
⭐⭐⭐☆☆ **Paintball war zone: The commando tactical action game free**  December 24, 2013
By **diana clark**
**Verified Purchase**

### Most Recent Customer Reviews

⭐☆☆☆☆ **Terrible**
Don't waste time or any money. Could not upload and open up. Needs, who knows, because like I said, I could not get it to work.
Published 8 months ago by EF27

⭐☆☆☆☆ **my review**
wtf is this crap don't download a waste of time and fun
the gameplay is just dumb runing and jump taping the screen to shoot
Published 9 months ago by aj

⭐☆☆☆☆ **stupid game**
I'm here to tell u that this game SUCKS!!!!!!!!! oh and don't bother downloading it it will only disappoint u I hope everybody aggrieves RIGHT!!!!!!
Published 10 months ago by Leslie

⭐⭐☆☆☆ **sucks paintballs**
this is a very lame P vs. CPU game. it could be improved in any way. waste of time to download and play. POW! right in the kisser -_-
Published 11 months ago by houndreya

**655**

I would like this game better if you could make the guy do what you want it to. He is kinda hard to move, but it could be me.

Comment | **Was this review helpful to you?** Yes No

2 of 2 people found the following review helpful

⭐☆☆☆☆ **terrible**   March 30, 2014

By Stephanie Wilson

**Verified Purchase**

I have never played a worse game. Get Fields of Battle. This game would get a 0 stars if you could do that. Fields of Battle is actually FUN!

Comment | **Was this review helpful to you?** Yes No

2 of 2 people found the following review helpful

⭐☆☆☆☆ **So boring**   April 23, 2014

By Rachel Hotchkin

**Verified Purchase**

It's almost just like Mario just with paint balls so don't bye this game it's a waist of time and storage space

Comment | **Was this review helpful to you?** Yes No

1 of 1 people found the following review helpful

⭐☆☆☆☆ **Only walking and shooting. Can't see from the person ...**   July 29, 2014

By Cheryle Schulze

**Verified Purchase**

Only walking and shooting. Can't see from the person who you control. Unable to view what is in front of you as you walk.

Comment | **Was this review helpful to you?** Yes No

14 of 23 people found the following review helpful

⭐⭐⭐⭐☆ **maybe**   November 11, 2013

By I hate it it sucks

**Verified Purchase**

I think you can get the game but there is a ad at the top that covers up my money . I have been trying to get it off but I wont

Comment | **Was this review helpful to you?** Yes No

› **See all 16 customer reviews (newest first)**

Write a customer review

## Forums

There are no discussions about this product yet.

Be the first to discuss this product with the community.

### Start a new discussion

Topic: _____

First post:

☑ Receive e-mail when new posts are made

---

⭐☆☆☆☆ **Crappy**

This game sucks!!! It's not worth the application space!!! Please read this!!! Don't get this app!!!!!!! Listen to me!!! Don't get this app!!!!!!

Published 12 months ago by abc

⭐☆☆☆☆ **sthe people that made this are @#$%&*()**

this app ducks I plash it and then it shut my kindle down I trod to play it again and it was toribal

Published 12 months ago by does not say craft zombieland wallpapers

**Search Customer Reviews**

_____ Go

☑ Search these reviews only

Case 2:21-cv-08073-FLA-JC   Document 115-3   Filed 02/14/25   Page 131 of 160
Page ID #:4128

**Post Discussion**

Prompts for sign-in

Guidelines

---

**Look for Similar Items by Category**

Apps & Games > Games

Amazon Appstore Return Policy

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| Investor Relations | Sell Your Apps on Amazon | Amazon.com Store Card | Shipping Rates & Policies |
| Press Releases | Become an Affiliate | Amazon.com Corporate Credit Line | Amazon Prime |
| Amazon and Our Planet | Advertise Your Products | Shop with Points | Returns & Replacements |
| Amazon in the Community | Independently Publish with Us | Credit Card Marketplace | Manage Your Content and Devices |
| Fire TV – Amazon's Media Player | › See all | Amazon Currency Converter | Help |

amazon.com

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Spain   United Kingdom

| | | | | | | |
|---|---|---|---|---|---|---|
| **6pm**<br>Score deals<br>on fashion brands | **AbeBooks**<br>Rare Books<br>& Textbooks | **ACX**<br>Audiobook Publishing<br>Made Easy | **AfterSchool.com**<br>Kids' Sports, Outdoor<br>& Dance Gear | **Alexa**<br>Actionable Analytics<br>for the Web | **AmazonFresh**<br>Groceries & More<br>Right To Your Door | **Amazon Local**<br>Great Local Deals<br>in Your City |
| **AmazonSupply**<br>Business, Industrial<br>& Scientific Supplies | **Amazon Web Services**<br>Scalable Cloud<br>Computing Services | **Audible**<br>Download<br>Audio Books | **BeautyBar.com**<br>Prestige Beauty<br>Delivered | **Book Depository**<br>Books With Free<br>Delivery Worldwide | **Bookworm.com**<br>Books For Children<br>Of All Ages | **Casa.com**<br>Kitchen, Storage<br>& Everything Home |
| **ComiXology**<br>Thousands of<br>Digital Comics | **CreateSpace**<br>Indie Print Publishing<br>Made Easy | **Diapers.com**<br>Everything<br>But The Baby | **DPReview**<br>Digital<br>Photography | **East Dane**<br>Designer Men's<br>Fashion | **Fabric**<br>Sewing, Quilting<br>& Knitting | **Goodreads**<br>Book reviews<br>& recommendations |
| **IMDb**<br>Movies, TV<br>& Celebrities | **Junglee.com**<br>Shop Online<br>in India | **Kindle Direct Publishing**<br>Indie Digital Publishing<br>Made Easy | **Look.com**<br>Kids' Clothing<br>& Shoes | **MYHABIT**<br>Private Fashion<br>Designer Sales | **Shopbop**<br>Designer<br>Fashion Brands | **Soap.com**<br>Health, Beauty &<br>Home Essentials |
| **TenMarks.com**<br>Math Activities<br>for Kids & Schools | **Vine.com**<br>Everything<br>to Live Life Green | **Wag.com**<br>Everything<br>For Your Pet | **Warehouse Deals**<br>Open-Box<br>Discounts | **Woot!**<br>Discounts and<br>Shenanigans | **Yoyo.com**<br>A Happy Place<br>To Shop For Toys | **Zappos**<br>Shoes &<br>Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2014, Amazon.com, Inc. or its affiliates

2/5/25, 2:08 AM
Paintball War Zone : The commando tactical action : Amazon.com: Appstore for Android
Case 2:21-cv-03072-FLA-JC    Document 115-3    Filed 02/14/25    Page 132 of 160
Page ID #:4122



# Paintball War Zone : The commando tactical action

by Martinternet Inc.
⭐⭐⭐☆☆ ∨  106 customer ratings  Guidance Suggested



Price: **App Free to Download**
Sold by: Amazon.com Services, Inc
Languages Supported: **English**





Get App

Learn how buying works

By placing your order, you agree to our Terms of Use

## Preview







## Latest updates

**What's new in version 1.1**
- Minor Bugs Fixed

## Product Details

**Release Date:** 2013

**Date first listed on Amazon:** September 11, 2013

**Developed By:** Martinternet Inc.

**ASIN:** B00F16AY0O

**Customer reviews:**
⭐⭐⭐☆☆ ∨  106 customer ratings

## Developer info

- support@martinternet.com

• More apps by this developer

## Product features

- Attractive Characters
- Amazing Graphics
- Action Packed entertainment for all
- Great Soundtrack

## Product description

TRY OUR PAINTBALL WAR ZONE : THE COMMANDO TACTICAL ACTION GAME

Have you heard about paintball war?

You love war but not to kill the people!Then this is the best game for you and your friends. It's like a war game except instead of killing people you shoot paint which is most funny feature ever. But there will be two teams with different players, once with blue band and all enemies will have red bands. But be careful with lots of obstacles such as tires, barrel and wood pallet.

This is the most addictive and fun game with team mates. You will enjoy this game for hour and hour.

What else friends?

-Best team to fight
-6 cool player to unlock
-More players to shoot
-Awesome war zone

Simply take your helmet and gun!get ready for war!

DOWNLOAD TODAY FOR FREE >>> PAINTBALL WAR ZONE : THE COMMANDO TACTICAL ACTION GAME

Suggestions are welcome! Please send them to us.
Join us at: support@martinternet.com

## User Data Privacy

⚠ Information not provided by the developer.

## Technical details

**Size:** 15.5MB
**Version:** 1.1
**Developed By:** Martinternet Inc.
**Application Permissions:** ( Help me understand what permissions mean )
- Access coarse (e.g., Cell-ID, Wi-Fi) location
- Access information about networks
- Access information about Wi-Fi networks
- Open network sockets
- Read only access to device state
- Write to external storage
- Allows sending in-app billing requests and managing in-app billing transactions
**Minimum Operating System:** Android 2.3.3
**Approximate Download Time:** Less than 2 minutes

## Customer reviews

⭐⭐⭐☆☆  3 out of 5

106 global ratings

### Customers say

Customers have mixed opinions about the mobile application's storage requirements. Some find it a waste of space and time, while others appreciate the gameplay.

*AI-generated from the text of customer reviews*

**Select to learn more**

Gameplay  |  ⊖ Application space

| | | |
|---|---|---|
| 5 star | | 27% |
| 4 star | | 14% |
| 3 star | | 20% |

**659**



| 2 star | | 14% |
| 1 star | | 25% |

˅ How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

[ Write a customer review ]



Sponsored ⓘ

Top reviews ▾

## Top reviews from the United States

 aaron

★★★★★ **paintball war zone**

Reviewed in the United States on September 29, 2013

Verified Purchase

I like it becuce you shoot and jup and it is a paintball war and that is how I like it.

50 people found this helpful

[ Helpful ] | Report

Stephanie Wilson

★☆☆☆☆ **terrible**

Reviewed in the United States on March 31, 2014

Verified Purchase

I have never played a worse game. Get Fields of Battle. This game would get a 0 stars if you could do that. Fields of Battle is actually FUN!

13 people found this helpful

[ Helpful ] | Report

diana clark

★★★☆☆ **Paintball war zone: The commando tactical action game free**

Reviewed in the United States on December 24, 2013

Verified Purchase

I would like this game better if you could make the guy do what you want it to. He is kinda hard to move, but it could be me.

14 people found this helpful

[ Helpful ] | Report

Nancy Jo Norris

★★☆☆☆ **grandson liked**

Reviewed in the United States on December 27, 2013

Verified Purchase

My grandson seems to enjoy this not sure I could stand it very long very loud. And very violent. Was fun

39 people found this helpful

[ Helpful ] | Report

Noah

★★★★☆ **maybe**

Reviewed in the United States on November 11, 2013

Verified Purchase

I think you can get the game but there is a ad at the top that covers up my money . I have been trying to get it off but I wont

19 people found this helpful

[ Helpful ] | Report

Tonya Lee

★★★★★ **Got**

Reviewed in the United States on November 24, 2019

2/5/25, 2:08 AM · Paintball War Zone : The commando tactical action game - Free - Amazon - Appstore for Android : Appstore

Case 2:21-cv-03073-FLA-JC   Document 115-3   Filed 02/14/25   Page 135 of 160
Page ID #:4132

Good

2 people found this helpful

[ Helpful ]   |   Report

---

### EF27

★☆☆☆☆ **Terrible**

Reviewed in the United States on February 17, 2014

Verified Purchase

Don't waste time or any money. Could not upload and open up. Needs, who knows, because like I said, I could not get it to work.

11 people found this helpful

[ Helpful ]   |   Report

---

### alicat

★★★☆☆ **it was fun kinda**

Reviewed in the United States on October 23, 2013

Verified Purchase

It was alright but it could use more so I guess If you want to get it maby you would like it but you should try it.

30 people found this helpful

[ Helpful ]   |   Report

---

**See more reviews ›**

## Top reviews from other countries

[ Translate all reviews to English ]

### Adem Cakmak

★★★★★ **Five Stars**

Reviewed in the United Kingdom on October 5, 2016

Verified Purchase

My kids love the product and they play it at all time. very imaginative product and entertaining .

Report

---

### luz

★☆☆☆☆ **gioco??**

Reviewed in Italy on April 28, 2016

Verified Purchase

gioco inutile ed ingombrante, la cosa più assurda e che devo installare la app di amazon x scaricare queste app che sono una più pesante dell'altra...e sinceramente amazon vorrei usare la vostra app ma pesa troppo e mi blocca il cellulare!!!

Report

Translate review to English

---

### G. Pahl

★★☆☆☆ **Netter Versuch**

Reviewed in Germany on February 12, 2014

Verified Purchase

Lieber Programmierer:
Jeder hat irgendwann mal irgendwie angefangen, aber die ersten Programmierversuche sind auf dem heimischen Rechner dann doch besser aufgehoben als in einem Appstore. Zwei Sterne für deinen Mut.

Zum Spiel:
Eine Figur läuft von alleine endlos durch den Wald. Nähert sich ein Hindernis, drückt man "springen". Nähert sich eine Figur, drückt man "schiessen". Das wars.

Report

Translate review to English

 raikoudd

★☆☆☆☆ **shame you cant give it 0 stars**
Reviewed in the United Kingdom on April 6, 2014
Verified Purchase

This game is so.rubbish all you do is jump and walk and shoot and its only u vs the other team . Even this is free it is so s***

Report

 Janpeanut

★★★☆☆ **Three Stars**
Reviewed in the United Kingdom on January 14, 2016
Verified Purchase

a good read - could not put it them down

Report

See more reviews ›

Amazon Appstore Return Policy

---

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

English
United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates



# EXHIBIT 103

Case 2:21-cv-03073-FLA-JC   Document 115-3   Filed 02/14/25   Page 139 of 160   Page ID #:4196



# Army War Zone Sliced Territory : Enter at your own

by Infinite Dream Factory Inc.

★★★½☆  5 customer ratings    Guidance Suggested



**Price:** App Free to Download
**Sold by:** Amazon.com Services, Inc
**Languages Supported:** English



### Get App

Learn how buying works

By placing your order, you agree to our Terms of Use

## Preview



## Product Details

**Release Date:** 2014

**Date first listed on Amazon:** July 4, 2014

**Developed By:** Infinite Dream Factory Inc.

**ASIN:** B00LHWSXJA

**Customer reviews:**

★★★½☆  5 customer ratings

## Developer info

- support@infinitedreamfactory.com
- More apps by this developer

## Product features

- Challenging 10 territory to play

- It's most addictive and simple game
- Amazing sound track with UI effects

## Product description

CHOOSE TERRITORY...SLICE THEM

IT'S SO SIMPLE..JUST SLICE SLICE TO WIN

Slice army war territory without touching mini soldiers which are moving continuously in territory. BOOM - Enter into new level with new challenges.

DOWNLOAD ARMY WAR ZONE SLICED for FREE now!

We would love your comments ! Please send us your feedbacks.
Let us know at: support@infinitedreamfactory.com

## User Data Privacy

⚠ Information not provided by the developer.

## Technical details

**Size:** 10.2MB
**Version:** 1.0
**Developed By:** Infinite Dream Factory Inc.
**Application Permissions:** ( Help me understand what permissions mean )
- Access coarse (e.g., Cell-ID, Wi-Fi) location
- Access fine (e.g., GPS) location
- Access information about networks
- Access information about Wi-Fi networks
- Disable the keyguard
- Open network sockets
- Read only access to device state
- Open windows using the type TYPE_SYSTEM_ALERT, shown on top of all other applications
- Write to external storage
- Allows sending in-app billing requests and managing in-app billing transactions
**Minimum Operating System:** Android 2.1
**Approximate Download Time:** Less than 90 seconds

## Customer reviews

⭐⭐⭐⭐⯨ 3.4 out of 5
5 global ratings

| | | |
|---|---|---|
| 5 star | ▬▬▬▬ | 60% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 40% |

⌄ How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

[ Write a customer review ]

**Top reviews** ⌄

### Top reviews from the United States



Don Ostler

⭐⭐⭐⭐⭐ **Five Stars**
Reviewed in the United States on September 2, 2016
**Verified Purchase**

cool

One person found this helpful

[ Helpful ]  |  Report

mommy to2

⭐☆☆☆☆ **Don't recommend**
Reviewed in the United States on June 15, 2022
**Verified Purchase**

Won't work would not recommend

One person found this helpful

[ Helpful ]  |  Report

See more reviews ›

Sponsored ⓘ

Amazon Appstore Return Policy

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

amazon

🌐 English ▾          🇺🇸 United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |
| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |
| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |
| Amazon Resale | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
| | | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |

Great Deals on
Quality Used
Products

America's
Healthiest
Grocery Store

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

# EXHIBIT 104



# Tank Warzone

by fevergame
★★★½☆ ∨    10 customer ratings    Guidance Suggested



Price: **App Free to Download**
Sold by: Amazon.com Services, Inc
Languages Supported: **English**



**Get App**

Learn how buying works

By placing your order, you agree to our Terms of Use

## Preview





## Product Details

**Release Date:** 2014
**Date first listed on Amazon:** October 18, 2014
**Developed By:** fevergame
**ASIN:** B00OM6OG44
**Customer reviews:**
★★★½☆ ∨    10 customer ratings

## Developer info

- More apps by this developer

## Product features

- We are being attack and conquer. Let's get ready and load up your tank with fire powder for a challenging combat experience. Tank Warzone is one of the most entertaining and challenging tank attack in the world, so let's start your combat journey with Tank Warzone now.

**670**

- Tank Warzone is a newly innovate war game for you to experience and challenge. You get to discover and learn about war around the World. So load up your tank now for the real experience.
- Tank Warzone features:
- Easy to control and on going learning experience.
- High resolution graphic images of tanks for you to choose from.
- Different levels of exciting puzzle, memory and block games to challenge.
- Exciting and fun videos to watch.
- Are you ready for a war? Download Tank Warzone now!

## Product description

We are being attack and conquer. Let's get ready and load up your tank with fire powder for a challenging combat experience. Tank Warzone is one of the most entertaining and challenging tank attack in the world, so let's start your combat journey with Tank Warzone now.

Tank Warzone is a newly innovate war game for you to experience and challenge. You get to discover and learn about war around the World. So load up your tank now for the real experience.

Tank Warzone features:
Easy to control and on going learning experience.
High resolution graphic images of tanks for you to choose from.
Different levels of exciting puzzle, memory and block games to challenge.
Exciting and fun videos to watch.
Are you ready for a war? Download Tank Warzone now!

## User Data Privacy

⚠ Information not provided by the developer.

## Technical details

**Size:** 6.9MB
**Version:** 1.0
**Developed By:** fevergame
**Application Permissions:** ( Help me understand what permissions mean )
- Access information about networks
- Access the list of accounts in the Accounts Service
- Open network sockets
- Read from external storage
- Write to external storage
- Allows an application to receive messages via Google Cloud Messaging
**Minimum Operating System:** Android 2.3.3
**Approximate Download Time:** Less than 1 minute

## Customer reviews

 3.7 out of 5

10 global ratings

| | | |
|---|---|---|
| 5 star | | 58% |
| 4 star | | 9% |
| 3 star | | 0% |
| 2 star | | 15% |
| 1 star | | 18% |



⌄ How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

Top reviews

## Top reviews from the United States

 game credit

 **Stupid.**
Reviewed in the United States on March 30, 2016
**Verified Purchase**

This game is only puzzles and thats it. So yeah.

5 people found this helpful

Helpful    | Report

See more reviews ›

## Top reviews from other countries

2/5/25, 2:10 AM    Tank Warzone - App on Amazon Appstore

Write a customer review


Amazon Customer

★☆☆☆☆ **Wouldn't work on my Fire Tablet**
Reviewed in the United Kingdom on March 20, 2022
**Verified Purchase**

Wouldn't work on my Fire Tablet

Report

**See more reviews** ›


FACE REALITY

peacock  STREAM NOW

Subscription required to access Peacock.

Sponsored ⓘ

Amazon Appstore Return Policy

Back to top

## Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

## Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

## Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

## Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

 amazon

🌐 English    🇺🇸 United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
|---|---|---|---|---|---|---|
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |
| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |
| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |

2/5/25, 2:10 AM

Case 2:21-cv-03073-FLA-JC    Document 115-3    Filed 02/14/25    Page 147 of 160
Tank Warzone - App on Amazon Appstore
Page ID #: 4141

Book reviews &
recommendations

Movies, TV
& Celebrities

Get Info
Entertainment
Professionals Need

Print Publishing
Made Easy

Unlimited Photo
Storage
Free With Prime

Video Distribution
Made Easy

Designer
Fashion Brands

Amazon Resale
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

# EXHIBIT 105

2/6/25, 12:53 AM                                                                    Assault Ops: Warzone

The Wayback Machine - https://web.archive.org/web/20150827184237/http://marketplace.xbox.com:80/en-US/Product/Assault-Ops-Warzone/66acd000-77fe-1...

 **Microsoft**                                                          🔍  🛒  ☰  Sign in



# Assault Ops: Warzone

  ⭐⭐⭐⭐☆ 178
👍 Like 1

Report abuse

| 🎮 Buy Game | $1.00 |
| 🎮 Try Demo | FREE |

← 🔲 Images (1 of 4)    ≡ Overview (2)    →

---

 **XBOX** LIVE ⬇ All Downloads                          SORT BY Release date ▾

All Products                        1 - 2 of 2              ⊞ 30                    ◀ 1 ▶

🎮 Games (1)
🎮 Game Demos (1)



Get it here. Play it there.

Buy Xbox content on Xbox.com.
Your Xbox 360 console will
automatically download the
content next time you turn it on
and connect to Xbox Live.

Learn More

  **Full Game - Assault Ops: Warzone**
⭐⭐⭐⭐☆ 178
RELEASE DATE: 1/4/2015
SIZE: 91.56 MB

Description  |  Share this                                              $1.00

Download to Xbox 360 ⊘

  **Trial Game - Assault Ops: Warzone**
RELEASE DATE: 1/4/2015
SIZE: 91.56 MB

Description  |  Share this                                              FREE

Download to Xbox 360 ⊘

1 - 2 of 2                                                                    ◀ 1 ▶

---

Support | Feedback | Xbox Wire | For Developers | Jobs | Photosensitive Seizure Warning      f Like  23m

United States | Mobile version | Privacy Statement | Xbox.com Terms of Use | Code of Conduct | About Our Ads      **Microsoft**
© 2015 Microsoft

**675**

Assault Ops: Warzone (2015) - MobyGames



Search games, people, cc

**Pro**  Browse  Contribute  Community  ☼  👤 Login

 Take **this MobyGames survey** for 1 month of MobyPro and a chance at a $100 Amazon gift card!

  **The true story of the world's favorite puzzle game** 

# Assault Ops: Warzone
Moby ID: 180448

| Review | Add To |
|--------|--------|
| ★★★★★ | Collection |

Overview  Credits  Reviews  Covers  Screenshots  Videos  Promos  Trivia  Specs  Releases  Patches

Prices  Forum  Contribute

**Released**
January 4, 2015 on Xbox 360

**Credits**
6 people

**Publishers**
Rendercode Games

**Developers**
Rendercode Games

**Moby Score**
n/a

**Collected By**
1 players

**Genre**
Action

**Perspective**
1st-person

**Gameplay**
Shooter

**Interface**
Direct control

**Business Model**
Commercial

**Media Type**
Download

**Number of Offline Players**
1 Player

**Number of Online Players**
2-6 Players

[ view all 8 specs ]

**Official Site**
Visit ↗

**Wanted:** We need a MobyGames approved description! **Contribute Description** (+4 points)

▶ **Official Description (Ad Blurb)**

## Groups +

Assault Ops series    Game Engine: SunBurn

## Promos





## Credits (Xbox 360 version)

6 People (5 developers, 1 thanks)

| | |
|---|---|
| Design | Juan Alberto Muñoz González |
| Programming | Juan Alberto Muñoz González |
| Middleware | SunBurn Pro, DigitalRune Engine |
| 3D Models & Textures | The Game Creators, Arteria3d |
| Music | Arteria3d |
| Sound FX | The Game Creators |
| Special Thanks | Raúl Mellado Arias |

## Analytics

**MobyPro** EARLY ACCESS

Upgrade to MobyPro to view research rankings and price history! (when applicable)

## Related Games

 **Warzone**
Released 2017 on Windows

**Warzone**
Released 1986 on Amiga, 1988 on Atari ST

 **WarZone**
Released 1999 on Browser

**Warzone**
Released 1993 on Atari ST

 **Assault Ops**
Released 2014 on Xbox 360

**CrossFire: Warzone**
Released 2019 on Android, iPad, 2020 on iPhone

 **WarZone 2**
Released 1999 on Browser

 **Warzone VR**
Released 2019 on Windows, PlayStation 4

 **Warzone 2100**
Released 1999 on Windows, 1999 on PlayStation, 2...

## Identifiers ✚

MobyGames ID: 180448

[ Please **login** / **register** to view all identifiers ]

# Contribute

Are you familiar with this game? Help document and preserve this entry in video game history! If your contribution is approved, you will earn points and be credited as a contributor.

**Ad Blurb** (+1 point)  **Alternate Title** (+1 point)  **Content Rating** (+1 point)  **Correction** (+1 point)

**Critic Review** (+½ point)  **Description** (+4 points)  **Group** (+¼ point)  **Product Code** (+¼ point)

**Related Site** (+1 point)  **Release info** (+1 point)  **Relation** (+½ point)  **Screenshots** (+2 points)  **Tech Spec** (+1 point)

**Trivia** (+1 point)  **Video** (+1 point)

# Contributors to this Entry

Game added by **Alaka**.

Game added February 25, 2022. Last modified February 13, 2023.

About · FAQ · MobyPro · Stats · Standards · Style Guide · API · Contact · Change Log · Privacy Policy · Terms of Use

© 1999–2025 MobyGames ™

v20250131c

# EXHIBIT 106



pcmag.com/reviews/gears-of-war-ultimate-edition-for-pc

Table of Contents ⌄

Gears of War: Ultimate Edition (for PC)
$49.99 at GameStop

See It

ADVERTISEMENT

Multiplayer consists of six modes, including Deathmatch, King of the Hill, and others from Gears of Wars' sequels. The original game is well-represented with the Warzone, Assassination, and Annex modes. There are also new Ultimate Edition-exclusive modes, such as the 2v2 Gnasher game with no respawns, and Blitz, a modified take on King of the Hill. All the maps from the original Gears of War, the original PC port, and the DLC add-ons are included in this robust package. You're also able to play as 11 characters from Gears of Wars' sequels and have a vast assortment of weapon skins to choose from. Gears of War: Ultimate Edition is by far the greatest way to experience the original Gears multiplayer.



Gears of War: Ultimate Edition (for PC)



get the powerful
iPhone 16
on the house

 iPhone 16

With 24 mo, bill credit, and eligible trade-in on Go5G Next, Go5G Plus, Go5G, or Essentials. For well-qualified customers; plus tax & $35 device connection charge.

**680**

 www.youtube.com/watch?v=G2wgretZayI

Search



**Gears of War: Ultimate Edition - Mausoleum Gameplay on Warzone! (XBOX ONE)**

 SASxSH4DOWZ
96.2K subscribers     Join     Subscribe

 217     Share     Save     ...

10K views  9 years ago
Gears of War Ultimate Edition Mausoleum Gameplay on Warzone!
●Gears of War Ultimate Edition Process Gameplay: http://bit.ly/1UVaP1Z
●Gears of War Ultimate Edition Mansion Gameplay: http://bit.ly/1K6OpHA ...more

 Gears of War: Ultimate Edition
2015
BROWSE GAME >

 Gaming
BROWSE ALL GAMING >

**681**

# EXHIBIT 107



# Ghost Commando War Zone 3D

by PlayLand 3D Games Studio
Be the first to write a review   All Ages





**Price:** Amazon Free to Download
**Sold by:** Amazon.com Services, Inc
**Languages Supported:** Arabic, Chinese, Cornish, Czech, Dutch, English, French, German, Greek, Hebrew, Hindi, Italian, Japanese, Kazakh, Korean, Polish, Portuguese, Russian, Spanish, Tagalog, Vietnamese



> **Get App**
>
> Learn how buying works

By placing your order, you agree to our Terms of Use

## Preview



## Product Details

**Release Date:** 2015

**Date first listed on Amazon:** October 6, 2015

**Developed By:** PlayLand 3D Games Studio

**ASIN:** B0168CJGHQ

**Customer reviews:**
Be the first to write a review

## Developer info

• More apps by this developer

## Product features

• Ghost Commando War Zone 3D

**683**

2/5/25, 1:09 AM                    Case 2:21-cv-03073-FLA-JC     Document 145-3    Filed 02/14/25    Page 158 of 160
Ghost Commando War Zone 3D - Apps on Amazon.appstore
Page ID #:4155

## Product description

Ghost commando War Zone 3D is a very interesting and excellent and also ghost commando wrrior game at the high mountain hills.In ghost commando game you are the commando man.In ghost game you follow your senior boss that enemies caught the some civilians men in jail your aim of commando that platoon fighting at the frontline of battle place.your first person shoot skills is very well and you can shoot the all enemy.After a very long period of time you can't attack on the all civilians men. you have get many chances to run the enemies camps at the mountains hills frontline.Wish you good luck and can be save your health.After a long period of time effort and you provided a chance to gain the rescue of innocent all civilion men and shoot the enemies. Now its time that you can be show your shoot skills of fighting and prove that yourself as a best commando.Most of the enemies are terrorists and underworld gangster.Most new wars nuclear power use and destoryed every thing in just few mintus and shoot the enemies and square the all civilions men.this is the biggest and more dangerous war start that nuclear power use by kill the armies.Develop the shooting of enemies and making your way through the mountain.

Ghost commando war Zone 3D story:few year ago commando war zone was completed great and bigest rescue mission in past frontline commando action army. Army men not fear the deadly on gun warship air carrier, gunship heli,tank level on the high mountains and the dangrous shooting place and army camp war zone square mission.now this time commando assign very hardly mission at the high mountains.Army man pickup his extre very long range sniper shoot gun for the shoot enemies.you are a commando that assign a very action mission.this time is the very dangrous Warrior mission.That game is like as counterr strike action 3d game.You have a big and modern sniper shoot gun that you can use to shoot the long distance enemies.

How to Play:
- Touch on the mobile screen and look everywhere,right and left or up and down.
- Move forward, back,right and left use the left bottom joy stick control.
- Touch on the Fire button for fire to enemies.
- Touch on the zoom button for zoom and then fire and kill the enemies.
- Shoot the enemies very soon that you can be hurt by the opposite bullets of the enemies.

Features:
- Most excellent graphics mission.
- Most excellent environment on the high mountains cliffs and hills.
- Download this game free.
- Automatic re-loaded guns like as-counter strike.
- Nice and fabulous first person shooting action 3d game like as covert strike.
- Correct first person shooter game (FPS) in Gost commando war 3d games.like as IGI.
- See the Map for detecting position of the enemies on the redar system.
- Easy to control and lightly play.

On Play Store Download with this link
https://play.google.com/store/apps/details?id=com.playland3dgamesstudio.ghost.commando.war

## User Data Privacy

⚠ Information not provided by the developer.

## Technical details

**Size:** 22.1MB
**Version:** 1.0
**Developed By:** PlayLand 3D Games Studio
**Application Permissions:** ( Help me understand what permissions mean )
- Access information about networks
- Access information about Wi-Fi networks
- Open network sockets
**Minimum Operating System:** Android 2.3
**Approximate Download Time:** Less than 3 minutes

## Customer reviews

**No customer reviews**

| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

2/5/25, 1:09 AM    Ghost Commando War Zone 3D : Apps over Games Appstore

## Review this product

Share your thoughts with other customers

Write a customer review

Amazon Appstore Return Policy

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

amazon

🌐 English ▾    🇺🇸 United States ▾

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Ads** Reach customers wherever they spend their time | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account | **Veeqo** Shipping Software Inventory Management |
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Box Office Mojo** Find Movie Box Office Data |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Resale** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | | |

**685**

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates