MARC E. MAYER (SBN 190969)
  mem@msk.com
KARIN G. PAGNANELLI (SBN 174763)
  kgp@msk.com
LINDSAY R. EDELSTEIN (*pro hac vice*)
  lre@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Activision Publishing,
Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>WARZONE.COM, LLC,<br><br>Defendant. | CASE NO. 2:21-cv-3073-FLA (JCx)<br><br>[Judge Fernando L. Aenlle-Rocha]<br><br>**EXHIBITS NOS. 108-130 TO DECLARATION OF MARC E. MAYER IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**<br><br>Date:       March 21, 2025<br>Time:       1:30 p.m.<br>Ctrm:       6B |
| WARZONE.COM, LLC,<br><br>Counterclaimant,<br><br>v.<br><br>ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>Counterdefendant. | Complaint Filed:        Apr. 8, 2021<br>Counterclaim Filed:   June 8, 2021<br>Pretrial Conference:   May 19, 2025, at 1:30 p.m.<br>Trial:       May 27, 2025, at 8:15 a.m. |

Mitchell
Silberberg &
Knupp LLP

20507194.1

**EXHIBITS TO MARC E. MAYER DECLARATION**

# EXHIBIT 108

X

← **Post**

**Halo** ✓ ⊘
@Halo

This is an all-new multiplayer experience in Halo 5: Guardians. This is Warzone. youtube.com/watch?v=av-N5s… #Halo



WARZONE

2:38 PM · Jun 15, 2015

◯ 34    ⇄ 292    ♡ 510    🔖    ⬆

J  Post your reply    **Reply**

**WinterSoldier** @hectorarizpe · Jun 15, 2015
@Halo why is xbox live down?!? Can't play Halo! 😤 😫
◯    ⇄    ♡    ᴵₗₗ    🔖    ⬆

**JukeboxOverdrive** @Xiangchang119 · Jun 15, 2015
@Halo Practically spoon-feeding us nothing but hype! Incredible! Now wake me up on October 27th, please.
◯    ⇄    ♡    ᴵₗₗ    🔖    ⬆

**Jake** 🇵🇭 @horXror · Jun 15, 2015
@Halo I don't care. I just want No-Sprint small-medium maps, 4v4.
◯ 3    ⇄    ♡ 1    ᴵₗₗ    🔖    ⬆

**Matteo** 🎵 @TheNYAccent · Jun 15, 2015
@Halo cool graphics sucks u guys didn't make the gameplay like halo1-3. And u wonder why nobody buys it. Step up halo
◯    ⇄    ♡    ᴵₗₗ    🔖    ⬆

**Matteo** 🎵 @TheNYAccent · Jun 15, 2015
@Mikey_G14 @Halo I will and am along with the rest of Xbox one people. Copy and paste is halo 4-5 copied from COD. #StayWoke
◯    ⇄    ♡    ᴵₗₗ    🔖    ⬆

**Matteo** 🎵 @TheNYAccent · Jun 15, 2015
@Mikey_G14 @Halo Sorry to hurt ur feelings Woman didn't directed this to u. Btw downloaded the beta ppl played it when halo didn't work.
◯    ⇄    ♡    ᴵₗₗ    🔖    ⬆

**Matteo** 🎵 @TheNYAccent · Jun 15, 2015
@Mikey_G14 @Halo @ChrisLoGrasso not my fault halo 4 and 5 flopped. Sorry bruh
◯    ⇄    ♡    ᴵₗₗ    🔖    ⬆

**Q** Search

### Relevant people

**Halo** ✓ ⊘
@Halo    **Follow**

#OperationGreatJourney is now live! 🌟 ESRB Rating T for Teen: Blood, Mild Language, Violence | @HCS @HaloGear @HaloSupport

### What's happening

**Golden Knights at Maple Leafs**
Last night

Entertainment · Trending
**Hampton Inn**
14.9K posts

Trending in United States
**#DWTS**
7,395 posts

Trending in United States
**#Thursdaytechnology**

S.T.A.L.K.E.R. · Trending
**Stalker 2**
21K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···   © 2024 X Corp.





### Halo 5 – This is Warzone
Microsoft Xbox

in-engine · halo

Microsoft turned to us to build the announce video of Halo 5's all-new Warzone multiplayer sandbox. This reveal led Microsoft's 2015 E3 show, and the crowd went wild.

f ✔ ✉

RELATED WORK

ATV007811



# Halo 5 – "This is Warzone"

## Microsoft

trailer · in-engine · halo

Microsoft turned to us to build the announce video of Halo 5's all-new Warzone multiplayer sandbox. This reveal led Microsoft's 2015 E3 show, and the crowd went wild.



## RELATED WORK



YouTube Search Sign in

# 15 Minutes of Halo 5 Warzone Multiplayer

IGN
18.6M subscribers
Subscribe

8.6K Share

1,098,371 views Jun 16, 2015
Get your first look at Warzone, Halo 5's 24 player multiplayer mode.

IGN
18.6M subscribers

Videos About Twitter Facebook Instagram TikTok

Show less

Halo 5: Guardians
2015
BROWSE GAME >

Gaming
BROWSE ALL GAMING >

Shop the IGN store

| | | | | | |
|---|---|---|---|---|---|
| $30.00 | $24.99 | $9.99 | $60.00 | $40.00 | $78.00 |
| IGN Store | IGN Store | IGN Store | IGN Store | IGN Store | IGN Store |

2,469 Comments Sort by

Add a comment...

@holon555 9 years ago
It's like he doesn't even know there is a radar...
395 Reply

Document title: 15 Minutes of Halo 5 Warzone Multiplayer - YouTube
Capture URL: https://www.youtube.com/watch?v=I6txlsc2HT4
Capture timestamp (UTC): Fri, 22 Nov 2024 06:51:47 GMT



YouTube Search Sign in

@holon555 9 years ago
It's like he doesn't even know there is a radar...
395 Reply

102 replies

@oscarmike1131 9 years ago
***** that makes no sense at all
5 Reply

@WhoahCanada 9 years ago
Mike K call of duty has no radar.
3 Reply

@MrW0lfe 9 years ago
Robert Dinero Well he ain't wrong. Call Of Duty in the **Hardcore** mode doesn't have radar.
3 Reply

@saulw6270 9 years ago
Cod has a map
4 Reply

@kalin9ne651 9 years ago
He's half wrong
Reply

@ahvi3038 9 years ago
holon555 To be fair, I play Halo quite often and I'm not even used to looking at the radar. I almost never do.
1 Reply

@Stefan23K 9 years ago
holon555 Can someone please name on good thing 343 has done to halo??
1 Reply

@ahvi3038 9 years ago
***** They expanded upon the lore of the Halo universe, told a great story in Halo 4, added sprint finally, gave us an awesome anniversary edition of Halo 2, kept the Halo feel to their installments while making it their own, and they're bringing Blue Team into a Halo game finally. I could go on.
8 Reply

@Stefan23K 9 years ago
How was halo4 a good story? and how did they keep the halo feel? In my opinion they don't feel like halo anymore. and please they didn't do anything to halo 2 ani blur studios did the cinematic which is the best part about that game
2 Reply

@Amat979 9 years ago
***** Graphics, that's all i can think off
Reply

Show more replies

@Kjernekar 9 years ago
Meanwhile on the internet:

"Halo needs to stop being the same game as allways. Change things up"

Later....

"Omg why did you change stuff in Halo, bring back Halo 3"



YouTube Search Sign in

Later...

"Omg why did you change stuff in Halo, bring back Halo 3"

Never happy.....
Show less

69 Reply

1 reply

@QasimAli-to5lk 4 years ago
You're so right...

5 Reply

@Nicodeeemus 9 years ago
When we say we want next generation multiplayer, this is what we're talking about!

374 Reply

44 replies

@oliverhancock5397 9 years ago
I Know You're Reading This Thank you, It is nice to see someone else who gets it... This new halo is looking amazing!

49 Reply

@brotherlymoses22 9 years ago
It's really does look amazing, I think 343 did the best they could to evolve the franchise. Can't wait to play!

5 Reply

@CMEPTHuKk 9 years ago
I Know You're Reading This may be u are fans of this series, but nothing special i didnt see...some CoD with mods

1 Reply

@oliverhancock5397 9 years ago
Саймон Феникс No, Nothing like call of duty. I played the Beta, and the flow and gun play are very different. you see nothing special because you haven't experienced it. It takes more skill than call of duty and is ultimately more rewarding. You must also be narrow minded if you see nothing new as the story driven narrative in halo continues to push the story telling ability of the FPS genre beyond "Bro, Lets blow some shit up, set pieces". The multiplayer is bringing back arena based balanced starts (designed with the help of pro-MLG players). This mode is also very unique as it has the multiplayer boss fighting (of say destiny) with large 12 v 12 base conquest all with vehicle combat and enemy AI. You will be in an actual battle... This combination has not been done before. and is unique to the FPS genre. And before you go on about originality. 2 statements... "all things in infinite recombination..." and "Nihili Novi sub Sole"
Show less

23 Reply

@scottsteiner4579 9 years ago
I Know You're Reading This whats so next gen about this? its just like every other halo

3 Reply

@scottsteiner4579 9 years ago
KROSER LOL i was only in 3 videos. You were in all of them aswell. Halo 5 is the same shit.

Reply

@mistajammin 9 years ago
Саймон Феникс How in the blue hell is this like COD? cause you can sprint? Which makes perfect sense now...

3 Reply

Show more replies



≡    ▶ YouTube          Search                               Q    🎤              ⋮    ⊗ Sign in

Саймон Феникс How in the blue hell is this like COD? cause you can sprint? Which makes perfect sense now...

👍 3    👎    Reply

↳ Show more replies

@FLy1nRabBit 9 years ago
This means forge A.I right? RIGHT?!

Edit: i don't mean Warzone Forge, I mean just adding AI in normal Forge Mode.

👍 198    👎    Reply

∧ 25 replies

@Sellipsis 9 years ago
Oh gosh one can only hope

👍 69    👎    Reply

@aydanmull 9 years ago
***** The machinima possibilities are endless

👍 29    👎    Reply

@natedavis6689 9 years ago
***** Please oh freaking please... That would fulfill my longing

👍 16    👎    Reply

@revanspaceduck39 9 years ago
No. Warzone stuff won't be in Forge, sadly.

👍 4    👎    Reply

@FLy1nRabBit 9 years ago
Revan Spaceduck Confirmation? And it doesn't have to be from Warzone, just AI in general.

👍 5    👎    Reply

@revanspaceduck39 9 years ago
Chief Canuck has an interview between Major Nelson and some other guy, the other 343i guy said it.

👍 6    👎    Reply

@VideoGamer110 9 years ago
Revan Spaceduck [citation needed]

👍 7    👎    Reply

@deathab0ve 9 years ago
***** No frank O'Connor said himself that these maps are non forge-able.

👍    👎    Reply

@VideoGamer110 9 years ago
Mike Sico And not a single source was listed that day. :p

👍 11    👎    Reply

@6352Ninjas 9 years ago
***** Warzone will not have forge sadly.

👍    👎    Reply

↳ Show more replies

@o8rx 9 years ago
Been playing Halo since I was 14, I'm 25 now. I hope this lives up :)

👍 1    👎    Reply

@Mr.Skits94 9 years ago
This guy really needs to watch his motion tracker.

Document title: 15 Minutes of Halo 5 Warzone Multiplayer - YouTube
Capture URL: https://www.youtube.com/watch?v=l6txlsc2HT4
Capture timestamp (UTC): Fri, 22 Nov 2024 06:51:47 GMT

ATV008331

The Wayback Machine - https://web.archive.org/web/20150823041658/http://www.trueachievements.com:80/n20563/halo-5-focuses-on-warzone.htm



## TrueAchievements
Just how good are you?

NEWS    GAMING ▾    COMMUNITY ▾    LOG IN ▾
or REGISTER FREE

HOME ▸ NEWS ▸ HALO 5 FOCUSES ON WARZONE

Search site...

## Halo 5 Focuses on Warzone

The best of Halo MP in one epic MP experience

Written by **Michelle Balsan (Matrarch)** 👤 on 16 June 15 at 15:15

Share this story (2)    ✉ Email    f Facebook    🐦 Twitter    G+ Google    Reddit

During the Microsoft E3 briefing yesterday, we learned that **Halo 5: Guardians** will feature a new multiplayer mode dubbed "Warzone." Warzone allows for twenty-four players to engage in the fight against each other as well as various enemies that will populate the expansive maps used in the game type.

Today, Microsoft and 343 Industries has followed up with even more to look at with regards to Warzone, as we now have a fresh batch of screens and a Video Documentary about the latest addition to the franchise.

 Halo 5 Warzone Screen 15

Halo 5 Warzone Screen 14

Halo 5 Warzone Screen 13

Halo 5 Warzone Screen 12



Halo 5 Warzone Screen 10

// REGISTER NOW FOR FREE

Sign up for free now to have your **achievements and gaming statistics** tracked.

Manage your Game Collection, measure your progress across entire game series, even set scoring and completion goals and we'll chart your attempts at reaching them!

We've also run over 400,000 gaming sessions to help our members unlock millions of achievements and make new friends.

And, we're mobile friendly.

💻 Register now

The TrueAchievements Xbox One App is now available for free!

// SCREENSHOT VIEWER







 Halo 5 Warzone Screen 7

 Halo 5 Warzone Screen 6

 Halo 5 Warzone Screen 5



 Halo 5 Warzone Screen 3

 Halo 5 Warzone Screen 2

 Halo 5 Warzone Screen 1

// OTHER E3 NEWS

 Pinball Arcade Reveals Red & Ted's Road Show Table - *4 comments*

 Batman: Arkham Knight Insider Episode Six - *7 comments*

 Black Ops III Cyber Core Tutorial and Co-Op Action - *21 comments*

 Elite: Dangerous Announces Close Q' Championships - *14 comments*

 Fans React to Halo 5: Guardians' Warzone Game Mode - *42 comments*

 Evolve Prepares for Hunting Season Two - *21 comments*

 Sword Coast Legends Live E3 Coverage - *2 comments*

 Guitar Hero Live Takes The Stage At E3 - *12 comments*

 Dontnod Details Their Upcoming RPG Vampyr - *19 comments*

 Battleborn E3 Community Q&A; *4 comments*

 Mega Man Legacy Collection E3 Interview - *25 comments*

 Assassin's Creed Syndicate Demo Interview - *8 comments*

 Mirror's Edge Catalyst E3 Interview - *11 comments*

 King of Wushu New Screenshots *2 comments*

Metal Gear Solid V: The Phantom Pain E3 Gameplay - *9 comments*

All E3 2015 news...

// OTHER NEWS BY MICHELLE BALSAN

 Halo 5 Takes Us to the Rig *33 comments*

 More Crackdown 3 Details Emerge From Gamescom - *15 comments*

 More Just Dance 2016 Tracks Revealed - *3 comments*

 Mega Man Legacy Collection Dated *21 comments*

 TA Review: Q.U.B.E. Director's Cut *3 comments*

All news by Michelle Balsan...

// TRUEACHIEVEMENTS TWITTER

Tweets by @TrueAchievement

// SITE CALCULATION JOB STATUS

**697**

We are currently recalculating the TrueAchievements statistics.

The current status is:
**Updating Gamers pt 2**

// FOLLOW US ON...



*Halo: 5 Guardians* will be released October 27th, 2015.

Related items: Halo 5: Guardians
Related story: Halo 5 Campaign and Warzone Details

// **XBOX ONE**   // **UPCOMING RELEASE**   // **VIDEO**   // **SCREENSHOTS**



| AUTHOR | MESSAGE |
|---|---|
| **Eurydace**<br>**157,680**<br><br>Last post: Today at 03:14 | Posted on 16 June 15 at 15:48<br><br>This is a great idea. Prometheans better be much better to fight against or the mode won't be any fun. They're awful in Halo 4. |
| **TheIrishBeast**<br>**501,004**<br><br>Last post: 15 Aug at 17:12 | Posted on 16 June 15 at 15:52<br><br>It looks like this will have micro-transactions for card packs etc type things. Looks like Titanfalls Burn Card system from the unveiled contents of the Legendary edition.<br><br>I suppose they need to make some money if all map packs are gonna be free. |
| **Spilner**<br>**401,789**<br><br>Last post: Yesterday at 23:51 | Posted on 16 June 15 at 16:16<br><br>Im a big team battle fan so this is right up my alley |
| **KNIGHT SC31**<br>**137,891** | Posted on 16 June 15 at 16:22 |

**698**



Every time I heard warzone I think about Seriously from gears, that thing leave with a trauma once you are done with it 😄



Last post: Yesterday at 17:49

perfectionist

---

**OwnedByOmar**
**128,441**



Posted on 16 June 15 at 16:44

This actually looks really good



Last post: 07 Aug at 19:57

---

**Captain Wilace**
**56,428**

Posted on 16 June 15 at 16:59

24 players at once is going to be insane...even if its going crash the servers the first day of release. But once fixed, it'll be insane.😬



Last post: Yesterday at 01:55

Death is the outcome of failure

---

**MatthewMk2**
**233,146**

Posted on 16 June 15 at 21:29

Looks fun.



Last post: 18 Jun at 23:43

---

**The Bartlez**
**74,762**

Posted on 16 June 15 at 23:06

Looks cool... but if they somehow make the req cards a micro-transaction it would destroy any sort of semblance of balance to the game. Fingers crossed 😫

   

Last post: 02 Jul at 19:39

---

**CraftyZach man**
**167,302**

Posted on 16 June 15 at 23:37



**The Bartlez** said:

> Looks cool... but if they somehow make the req cards a micro-transaction it would destroy any sort of semblance of balance to the game. Fingers crossed 😫



Last post: 16 Aug at 10:28

They said right in the video that even if you have a high level card such as a scorpion tank you cant just use it right away. You have to get score during the match and capture bases to be able to then use your card or points to unlock said vehicle or weapon so its pretty balanced from how they show it.

**The Bartlez**
74,762





Last post: 02 Jul at 19:39

Posted on 17 June 15 at 15:35

CraftyZach man said:

> The Bartlez said:
>
> > Looks cool... but if they somehow make the req cards a micro-transaction it would destroy any sort of semblance of balance to the game. Fingers crossed 😬
>
> They said right in the video that even if you have a high level card such as a scorpion tank you cant just use it right away. You have to get score during the match and capture bases to be able to then use your card or points to unlock said vehicle or weapon so its pretty balanced from how they show it.

Right, but I meant that if you can BUY booster packs instead of just earning them, you could just have a cavalcade of Scorpions and Mantises (Manti? lol) at the end of the game.

**// SMALL PRINT**

Copyright © 2015 TrueGaming Network Ltd, All Rights Reserved

Xbox, Xbox Live, and all other Xbox Live specific terms are registered trademarks of Microsoft Corp.

TrueAchievements is a proud member of the **Xbox Community Developer Program**



Concept, Design, Programming and Server Stuff by Rich Stone
aka *TrueAchievement*

Available on Mobile (beta)

**// SHORTCUTS**

Xbox Live Status | ID@Xbox Games

Xbox Backwards Compatible Games

Terms & Conditions | Privacy Policy

Playstation fan? Check out TrueTrophies



Shaun @ShaunMoore_ · Nov 9, 2015
@Halo



REQUISITIONS

SNIPER RIFLE | UNCOMMON ⊛ +75

9:15

○    ↻    ♡ 3    ᴵ┃ᴵ    ⊓ ⬆

Ange Wilfrid Assamoi @LastWil · Nov 9, 2015
@Halo I got it but if I pay the gold pack with real money how many pack do I
get one or many ?

○ 1    ↻    ♡    ᴵ┃ᴵ    ⊓ ⬆

ATV007735

ATV007736



# VentureBeat

Q ≡

**Preview**

# Hands-on with the chaotic Warzone multiplayer mode for Halo 5: Guardians

Dean Takahashi

@deantak

September 28, 2015 12:01 AM

f  X  in



Humans enter the battle in Warzone on Halo 5: Guardians multiplayer.
Image Credit: Microsoft

cisco — Uncover the networking strategies driving digital success    [Download the report]

Microsoft is banking that the Warzone multiplayer mode in Halo 5: Guardians will be one of the big attractions that brings players back to the Halo franchise one more time.

The Halo series has sold more than 65 million units since 2001 and generated more than $4.6 billion in sales at retail for Microsoft. It has also sold countless Xbox game consoles as the flagship game series that sets Microsoft's game machines apart from its competitors. The multiplayer mode in these games keeps players engaged year round, and it is critical for the hardcore gamers and esports fans who view sci-fi combat arenas as yet another chance to show off their skills.



Building Out the Infrastructure for Agentic AI



This time around, the team at 343 Industries wanted to see how they could reinvent Halo combat and multiplayer. They've created a lot of new Spartan abilities that make you more maneuverable and deadly during multiplayer fighting. And they've created a massive combat mode with dozens of players called Warzone. I think it's one of the best things that Microsoft could have done to boost the hours that people will spend on Halo 5 multiplayer.

Combat on a Warzone map in Halo 5: Guardians multiplayer.

Above: Combat on a Warzone map in Halo 5: Guardians multiplayer.

Image Credit: Microsoft

I had a chance to play Warzone hands-on at a recent Microsoft event. Warzone is a technological marvel, as it taps Microsoft's centralized data centers for more processing power. That enables a bigger world, more artificial intelligence enemies, and a mixture of both player-versus-environment and player-versus-player combat in the same match. This kind of massive battle is only possible because your Xbox One taps the processing power of the Microsoft computing cloud.

It turns out to be quite fun. And during hands-on sessions, I actually showed some improvement from one match to the next. I used my Requisition points, which I won during combat, to get better combat gear such as better weapons, shields, or vehicles. Those vehicles in particular, like a Scorpion Tank, made me much deadlier on the battlefield. So rather than get slaughtered, I was able to hold my own in some of the matches. Normally, I get eviscerated in multiplayer combat no matter what I do.

While the 4-versus-4 Arena mode is geared toward pro players and esports fans, Warzone is for the rest of us.

# How Warzone works

Warzone battle in Halo 5: Guardians multiplayer.

Above: Warzone battle in Halo 5: Guardians multiplayer.

Image Credit: Microsoft

Warzone brings together 24 players, 12 on the red team and 12 on blue, all fighting each other in one big multiplayer map. On top of that, there are a bunch of artificial-intelligence controlled Prometheans and Covenant forces that get in your way. If you're on the red team, you can slaughter the A.I. characters, but the blue team may take all of the territorial objects and turn on you. So Warzone gets to be pretty complicated. You've never seen so many Spartans in one place at once.

Each map is big enough to have multiple bases. To take over a base, your team has to eliminate the A.I. characters guarding it. Then you have to hold that base by having only your soldiers occupying it for a period of time. Once you take the base, you gain points toward a total goal of 1,000 points. The first team to get there wins.

Each base has a Requisition stations. You can visit the station and spend some of the points that you earn in combat. You can quickly requisition items such as weapons, protection, and vehicles. The better the item, the more it costs.

Meanwhile, the enemy A.I. shows up with reinforcements to take the bases back. The battles that I fought were pitched affairs. We won or lost bases several times, and the enemy showed up to cause a lot of havoc. You never know how a Warzone battle is going to turn out.

Microsoft plans to ship the game with six Warzone maps.

**705**

ATV007867

# Warzone maps

Warzone map Raid on Apex7 in Halo 5: Guardians multiplayer.

Above: Warzone map Raid on Apex 7 in Halo 5: Guardians multiplayer.

Image Credit: Microsoft

### Raid on Apex 7

This map features a giant spire in the center of an island. Your team gets dropped at a base, where you have to clear out the Covenant, redeem points, and then move into the action against the rival Spartans. You can move through open ground to take bases on the sides and then rush the center spire.

ADVERTISEMENT



Visibility.
Monitoring.
Analytics.

Discover the benefits in a
live demo of Cisco SD-WAN.

cisco   The bridge to possible

Meanwhile, the Covenant A.I. fighters will counterattack and try to retake their territory. The map is a spiritual successor to Halo: Combat Evolved's The Silent Cartographer level. Friendly A.I. units will also drop in if you keep the battle going in your favor.

It's not an easy map for large vehicles or for running around as infantry. There are plenty of places for the infantry to ambush big tanks or for snipers to take out infantry from a distance. That makes it pretty well balanced.

### Escape from A.R.C

In this map, the Blue team and the Red team square off against each other again. Each team is dropped off at a main base. They have to eliminate the Covenant and Promethean forces at neighboring bases, and then take on the opposing Spartans.

You can approach the different bases from various directions, making defense of any given based hard.

# Hands-on gameplay

A big firefight in Warzone map on Halo 5: Guardians multiplayer.

Above: A big firefight in Warzone map on Halo 5: Guardians multiplayer.

At first, I was lost. I had to land on the ground and shoot at the Covenant and secure our home base. It was hard to figure out where to go to find the action. If we had a vocal leader on the team, we could have coordinated much better. But we didn't.

ADVERTISEMENT



The Requisition system was actually key to helping me do better. For a while, I was requisitioning Ghosts, or speeders that levitate above the ground and can be driven around like motorcycles. They're lightly armed, but you can run over rivals with them. But I kept getting killed or hijacked. And I was using up all of my points on the Ghosts. No matter what I did, I kept on getting killed and reborn.

So I became more patient. I saved up after I killed off some rivals. And I finally started earning big vehicles such as Scorpion Tanks. Those tanks even the score pretty good. Some of the best players were suddenly going down before my tank blasts. By bringing a tank to a gunfight, I was able to even the odds. As an infantry soldier, I was also able to spend on a rocket launcher to deal some grief to the enemy.

Of course, the other side could do the same. But it felt good to make a contribution to my team's war effort. I was able to make a meaningful contribution to the defense or capture of bases.

I found that cooperation was lacking. I couldn't even get someone to jump into a two-soldier vehicle, the Warthog, which has, at least, a driver and a gunner. There's a new trick you can use. If you hit the "jump" button, you can immediately move from the driver's seat to the gun in one quick move. So that helps. But it doesn't make you feel that you're part of a larger team. So my worry is that Warzone could wind up being a chaotic mess.

It starts to feel a bit like a big Battlefield multiplayer melee. I hope that 343 Industries pays careful attention to balancing each map.

## In summary

Red vs. Blue again in Warzone map on Halo 5: Guardians multiplayer.

Above: Red vs. Blue again in Warzone map on Halo 5: Guardians multiplayer.

Image Credit: Microsoft

Josh Holmes, executive producer of Halo 5: Guardians at 343 Industries, described the goal of Warzone in an interview with GamesBeat.

"On the Warzone side, we've tried to bring all the best parts of Halo into one colossal mode," he said. "It's multiplayer at a scale that's never been done before in Halo — the size of the maps, the number of players, dozens of AI integrated into the mode. You have AI bosses coming in. The scoring system is very different. You have all these choices as a player. Do I want to try and support my team by taking down bosses? Do I want to go capture bases and score that way, maybe even get a shot at taking out the core in the enemy home base? Or do I just want to contribute by shooting opposing players and whittling them down? There are all these different ways you can contribute in that mode. It never plays the same way twice."

Warzone creates a lot of flexibility for you in terms of paths of attack, the types of weapons or vehicles you acquire, and the types of enemies that you go after. That makes for a very complex battle, but also endless variety. And that means that hardcore Halo fans are never going to get bored with Warzone.

**GB Daily**

**707**

ATV007869



FREE Walmart Grocery pickup

# Halo 5 Guardians (Xbox One) Warzone REQ Bundle (Email Delivery)



★ ★ ★ ★ ★  Write a review    Q&A    By: Xbox



# $24.99



| Quantity: | 1 ▼ | Add to Cart |

| Add to Registry | Add to List |

Sold by **Walmart.com**

Delivery by email                                                          ❯

Pickup not available                                                      ❯

ATV007831



## About this item

**Important Made in USA Origin Disclaimer:** For certain items sold by Walmart on Walmart.com, the displayed country of origin information may not be accurate or consistent with manufacturer information. For updated, accurate country of origin data, it is recommended that you rely on product packaging or manufacturer information.

Gear up for Warzone and Arena multiplayer with the Warzone REQ Bundle! The new REQ System provides players with an unprecedented amount of choice and strategy. Experience multiplayer with the Warzone REQ Bundle, 14 Premium REQ Packs. Amongst the highest-valued REQ Packs in the system, the bundle delivers randomized content in the form of unlockable weapons, armors, vehicles, and more. These packs provide a greater chance at unlocking some of the rarest REQ Cards available including Mythics - legendary items so rare, so storied, and so powerful that they can change the course of entire battles. Get ready for the next evolution of Halo combat with the Warzone REQ Bundle!

## Customer Reviews

Be the first to review this item

**709**
ATV007832



 

## Consider these popular products



**$35.00**

U.S. Cellular $35 (Email Delivery)
★★★★★ 1



**$65.00**

Virgin Mobile Data Share $65 (Email Delivery)
★★★☆☆ 2



**$25.00**

Virgin Mobile Data Share $25 (Email Delivery)

---

Sponsored products 🗗                                                                What's this?

---

Sponsored links 🗗                                                                   What's this?

---

## Policies & Plans                                                                        ›

See any care plans, options and policies that may be associated with this product.

---

**Be the first to save!**    [ Email address ]    [ Sign up ]

**710**
ATV007833



© Walmart Stores, Inc.

ATV007834



ATV007899



gamespot.com/articles/halo-5-getting-major-warzone-changes/1100-6452630/

ADVERTISEMENT

Naughty Dog's Intergalactic    The Game Awards Announcements    The Game Awards Winners    Elden Ring Nightreign    The Witcher 4 Trailer    Upcoming 2024 Game Release Dates

Best Of 2024    News    Videos    Reviews ⌄    Staff Picks ⌄    Deals ⌄    Games ⌄    Entertainment ⌄    Forums

GameSpot may receive revenue from affiliate and advertising partnerships for sharing this content and from purchases through links.

# Halo 5 Getting Major Warzone Changes

343 is making some changes.

By Eddie Makuch on August 17, 2017 at 7:54PM PDT    ⌨ 24 Comments



Halo 5 developer 343 Industries continues to support the 2015 Xbox One shooter. In this week's Halo blog post, 343 announced that it is planning a major-sounding update for Halo 5's large-scale Warzone mode. 343 lead multiplayer designer Lawrence Metten said there have been too many lopsided Warzone matches, so the team is going to make some big changes to make for a more balanced experience.

"Over time, the Warzone battlefield has changed as players have become more and more skilled at the game mode. However, not all of these changes have benefited all parties-- since launch, we've slowly seen the Warzone 'blowout rate' (how often matches end in lopsided or blowout scores) continue to rise," Metten said. "The Warzone team is experimenting with some significant changes to the way Req Leveling works to facilitate more balanced Warzone matches."

The changes will include an adjustment to the Req Level that gets awarded in matches, while there will also be what 343 is calling a Req Level "drip." This will "slowly increase everyone's Req Level over the course of each match," Metten said.

Internal tests at 343 show that Warzone matches are more tightly contested, Metten said. "In our internal playtesting, these changes have resulted in more back-and-forth Warzone matches with considerably fewer players stuck at low Req Levels over the course of each game," he explained.

Where to buy    XONE ⬍

**Halo 5: Guardians**

$16.99 at Amazon

$19.99 at Best Buy

$24.99 at GameStop

ATV028462

Halo 5 Getting Major Warzone Changes - GameSpot

https://www.gamespot.com/articles/halo-5-getting-major-warzone-changes/1100-6452630/    Go

8 captures
18 Aug 2017 - 19 Jan 2025

JUL  **AUG**  OCT
     **18**
2016  **2017**  2018

PCPS4Xbox OneSwitch

About this capture

# Halo 5 Getting Major Warzone Changes

## 343 is making some changes.

Last updated by Eddie Makuch on August 17, 2017 at 7:54PM

Like us on Facebook to get the latest game updates in your feed!

Halo 5 developer 343 Industries continues to support the 2015 Xbox One shooter. In this week's Halo blog post, 343 announced that it is planning a major-sounding update for Halo 5's large-scale Warzone mode. 343 lead multiplayer designer Lawrence Metten said there have been too many lopsided Warzone matches, so the team is going to make some big changes to make for a more balanced experience.

"Over time, the Warzone battlefield has changed as players have become more and more skilled at the game mode. However, not all of these changes have benefited all parties-- since launch, we've slowly seen the Warzone 'blowout rate' (how often matches end in lopsided or blowout scores) continue to rise," Metten said. "The Warzone team is experimenting with some significant changes to the way Req Leveling works to facilitate more balanced Warzone matches."

The changes will include an adjustment to the Req Level that gets awarded in matches, while there will also be what 343 is calling a Req Level "drip." This will "slowly increase everyone's Req Level over the course of each match," Metten said.

Internal tests at 343 show that Warzone matches are more tightly contested, Metten said. "In our internal playtesting, these changes have resulted in more back-and-forth Warzone matches with considerably fewer players stuck at low Req Levels over the course of each game," he explained.

The Warzone Firefight and Warzone Assault modes are not changing with this update, which should go live "late next week."

You can read 343's full blog post to learn more about the Warzone changes and more.

Outside of the Warzone changes, 343 is working on a weapon-tuning update that will make changes to 14 weapons and one power-up. The update that includes these changes is targeted for this Fall; you can read more about what's changing and why here.

Other details in the Halo weekly blog post include word that Halo 5's Infection, HCS, and Mythic Warzone Firefight playlists will pay out double XP this weekend. Additionally, 343 said that Xbox One backwards compatibility support for Halo: Combat Evolved Anniversary, Halo 3, Halo 3: ODST, and Halo 4 is "still progressing." We also learn in the blog post that Halo Wars 2's newest DLC leader, Yapyap The Destroyer, is rolling out right now, alongside other tweaks and additions which you can read about here.

Filed under:    Halo 5: Guardians    Halo Wars 2    Xbox One    PC

INTERNET ARCHIVE
WayBackMachine

8 captures
18 Aug 2017 - 19 Jan 2025

Halo 5 Getting Major Warzone Changes - GameSpot

PC PS4 Xbox One Switch

JUL **AUG** OCT
2016 **18** 2018
2017

About this capture

Upvote (6)

View Comments (11)

© 2017 CBS Interactive Inc. All rights reserved.     Privacy Policy     Ad Choice     Terms of Use     Help     Advertise     Partnerships     Careers

Reviews News Videos Forums

The Wayback Machine - https://web.archive.org/web/20201108121101/https://www.halowaypoint.com/en-us/g…



ATV007935



The Warzone REQ Bundle is a one-time-only purchasable offer for Halo 5: Guardians. Once acquired, there is no ability to purchase a second bundle in-game, in the Xbox Store, or on Xbox.com. However, we have identified several fans who have attempted to redeem token codes for the Warzone REQ Bundle after the offer was already purchased on their account. These codes could have been acquired through either promotional bundles or purchase at retail. While this is a small number of fans, we want to honor their purchase and commitment to Halo 5: Guardians. We are doing a one-time-only distribution of 14 Warzone Premium Packs to any players who have purchased the Warzone REQ Bundle and then subsequently redeemed a code for another bundle between the dates of October 27 and January 25. Those who have been affected by this are being notified via an Xbox Live system message. This will happen once only; any token codes applied to an account that previously purchased the Warzone REQ Bundle after January 25 will be lost.

     



   STUDIO   FRANCHISE   NEWS   CAREERS



718
ATV007937



≡  ▶ YouTube        Search                          🔍  🎤              ⋮  ⊙ Sign in

Sign in to confirm your age
This video may be inappropriate for some users.
Sign in

**Halo 5 Warzone Trailer**

Xbox ✓              Subscribe              👍 6.2K   👎   🔖 Save   ⋯
5.53M subscribers

3,214,292 views  Jun 15, 2015
*No description has been added to this video.*

**Show less**

Notice        **Age-restricted video (requested by uploader)**

Halo 5: Guardians          Gaming
2015                       BROWSE ALL GAMING ›
BROWSE GAME ›

**712 Comments**   ⇌ Sort by

👤  Add a comment...

@HaloFollower-Ron ✓ 9 years ago
OH YES YES YES!!!!!
👍 297  👎   Reply

⌃ 11 replies

@IrousenPlays 9 years ago
HaloFollower hey :D
👍 2  👎   Reply

@SigmaDyess 9 years ago
Nice clickbait videos. How much money do you get from the unwary fans you don't care about?
👍 12  👎   Reply

@arthurbrandonnielsen 9 years ago
HaloFollower Looks like Big Team Battle meets Firefight!
👍 2  👎   Reply

@Spartan-rz7mi 9 years ago
Mathogg Yes sir you do!

ATV008125



HaloFollower Looks like Big Team Battle meets Firefight!

👍 2 👎 Reply

@Spartan-rz7mi 9 years ago
Mathogg Yes sir you do!

👍 1 👎 Reply

@sonicguy1996 9 years ago
H0ll0w360 And why is that??

👍 👎 Reply

@ryanswift3651 9 years ago
H0ll0w360 why?

👍 👎 Reply

@calebhall8932 9 years ago
its gonna be fun!

👍 👎 Reply

@aaaaa9801 9 years ago
I hope it's not like halo 4 because I bought xbox1 because if this game halo 3 💜

👍 👎 Reply

@HondoDogman 9 years ago
isint this 343s verison of firefight

👍 👎 Reply

↳ Show more replies

@wales2k4747 5 years ago
I hope this returns in Halo Infinite MINUS the microtransactions.

👍 54 👎 Reply

⌃ 1 reply

@TacoLex 2 years ago
God I hope it comes back. Micro transactions are hurting infinite

👍 2 👎 Reply

@ApertureClockwork 9 years ago
This is going to be chaotic madness and I couldn't be happier about it.

👍 131 👎 Reply

⌃ 5 replies

@SturfriedBrains 9 years ago
Couldn't have said it better myself, cheers to Bethesda & Microsoft making 2015 the golden age of gaming.

👍 17 👎 Reply

@eftheusempire 9 years ago
SturFriedBrains Yeah no.

👍 1 👎 Reply

@ls200076 9 years ago
Kevin Hughes hell yes

👍 1 👎 Reply

@ApertureClockwork 9 years ago
***** not a JC fan tbh

👍 👎 Reply

@kimreed1441 9 years ago
ApertureClockwork yhx

Document title: Halo 5 Warzone Trailer - YouTube
Capture URL: https://www.youtube.com/watch?v=av-N5smXFpw
Capture timestamp (UTC): Fri, 22 Nov 2024 00:52:08 GMT

Page 2 of 50

720

ATV008126



≡　▶ YouTube　　Search　　　　　　　　Q　🎤　　　　　⋮　　Sign in

***** not a JC fan tbh
👍 👎 Reply

@kimreed1441 9 years ago
ApertureClockwork yhx
👍 👎 Reply

@Will-cu2cl 2 years ago
Please bring this back
👍 14 👎 Reply

@HUNTtheTRUTH1 9 years ago
12 v 12
AI Support
Call in airstrikes

YES.
Show less
👍 138 👎 Reply

∧ 7 replies

@Postpar 9 years ago
mojeda117 AI support? no they are kinda like their own team, you wan't have anything helping you but the 12 people on your team
👍 1 👎 Reply

@Postpar 9 years ago
***** how can it be easy if everyone has the same advantages? If you every really played one a good deal you would know its not all that easy no easier then halo at least. Anyway you are clearly to biased for this to continue I'm done.
👍 👎 Reply

@pierrot419 9 years ago
mojeda117
NO SPLIT SCREEN

I'm out..
👍 2 👎 Reply

@sethbrookes4998 9 years ago
+PdRy no offence but if u still use split screen that's slightly sad
👍 1 👎 Reply

@pierrot419 9 years ago
Seth Brookes No offense but if you don't have IRL friends or siblings to play with, that's slightly sad. =)
👍 3 👎 Reply

@sethbrookes4998 9 years ago
PdRy I'll adimit I just got rekt
👍 1 👎 Reply

@JJAB91 8 years ago
+mojeda117 No airstrikes.
👍 👎 Reply

@warrenbutler3943 9 years ago
PvPvE?
👍 218 👎 Reply

∧ 9 replies

@Marco18363 9 years ago
Yes...

Document title: Halo 5 Warzone Trailer - YouTube
Capture URL: https://www.youtube.com/watch?v=av-N5smXFpw
Capture timestamp (UTC): Fri, 22 Nov 2024 00:52:08 GMT

ATV008127



### Halo 5 Warzone is ALIVE & THRIVING!

**UberNick** ✓
121K subscribers

Join    Subscribe

👍 2.2K    👎    ➦ Share    ...

66,054 views  Jul 15, 2024  #Halo #HaloInfinite
Halo 5 Warzone is still playable in 2024? Yep! Today I revisit what I would call 343's best Halo experience they've made, and it was an absolute blast and an experience sorely missed in Halo Infinite. Wanna see me return to Warzone more often? Be sure to like the video and let me know in the comments your favorite part of Halo 5 Warzone!

Edited / Thumbnail by @LitLThomas

SUBSCRIBE HERE ► https://bit.ly/2MewnKD

Get 3% off your Xidax PC with code "UBER" - https://www.xidax.com/UberNick

Patreon: ⓞ / ubernick

Join my Discord: ▪ / discord

Follow me!

Twitter ► ● / ubernick
Twitch ► ◉ / ubernick
Instagram ► ◉ / ubernick
TikTok ► ◉ / ubernicktok

Business Email: UberNickBusiness@Gmail.com

Subscribe for more Halo Infinite Gameplay and Halo Infinite Highlights on my channel below! | SUBSCRIBE - https://bit.ly/2MewnKD

#Halo #HaloInfinite

### Transcript

Follow along using the transcript.

Show transcript

**UberNick**
121K subscribers

ATV008007



☰  ▶ YouTube          Search                          Q    🎤          ⋮    ⊙ Sign in

Show transcript

**UberNick**
121K subscribers

▶ Videos    🖼 About    ⓒ Twitch    ⓞ Support Me On Patreon!    ⓞ Instagram    ⓧ 1

Show less

Halo 5: Guardians
2015
BROWSE GAME ⟩

Gaming
BROWSE ALL GAMING ⟩

**411 Comments**    ☰ Sort by

Add a comment...

@AlexHristo 4 months ago
A nine year old game in my mind: Halo Reach
A nine year old game in reality:
Halo 5
👍 314  👎    Reply

∧ 2 replies

@anenclavetrooper9707 4 months ago
so real
👍 7  👎    Reply

@DestronGaming1213 3 months ago
Facts 😂😂😂
👍 5  👎    Reply

@deathisaprimitiveconcept 4 months ago
God I loved Halo 5 multiplayer... so much nostalgia for the insanely satisfying "poot-sweet" sound effect
when you get a kill.
👍 194  👎    Reply

∧ 4 replies

@sanchezs7614 4 months ago
Yes! Halo 5 was underrated 💜
👍 11  👎    Reply

@zero1487 4 months ago
I love H5 mp, but can't stand that sound you get on kill. My biggest issue with H5 was always how
much they leaned toward the kiddish, over the top sci-Fi vibe in aesthetic and everything else and that
sound is exactly that. I don't need any kill sound other than the other character's groans
👍 5  👎    Reply

@sandman0923 4 months ago
It was the first halo where I felt like a Spartan and not just a tankie Marine.
👍 3  👎    Reply

@soar011belize 1 month ago
The damage indicators sounds were clutch especially with grenades
👍  👎    Reply

ATV008008



☰  ▶ YouTube          Search                          Q   🎤          ⋮   ⊘ Sign in

👍 ➈ 👎  Reply

@soar011beltze 1 month ago
The damage indicators sounds were clutch especially with grenades

👍 👎  Reply

@spadschannel999 4 months ago
If infinite had this mode oh my

👍 492 👎 🎮  Reply

∧ 22 replies

@zonkhead1338 4 months ago
If they had the magnum as the main secondary in infinite instead of the pistol it would be better, we
can say what we want about halo 5 but that magnum alone for me made the multiplayer more fun
then infinite...

👍 43 👎  Reply

@spadschannel999 4 months ago
@zonkhead1338 oh for sure I agree

👍 5 👎  Reply

@deandreawilkins431 4 months ago
Infinite is the blue print of all halo games 🔫 we just need og weapons custom skins and a great dlc
here in there ohh and throw in warzone and invasion 👊 🔥 🔥 😀 😁 ##

👍 2 👎  Reply

@noahorton3227 4 months ago
@zonkhead1338 This comment made me hate you just wanted to let you know that

👍 4 👎  Reply

@spadschannel999 4 months ago
@deandreawilkins431 exactly man what we could've had

👍 👎  Reply

@elis7081 4 months ago (edited)
If only infinite had half the weapons/vehicles halo 5 has

👍 9 👎  Reply

@shallot4991 4 months ago
If halo infinite had most of what halo 5 multiplayer has itd be awesome

👍 7 👎  Reply

@spadschannel999 4 months ago
@shallot4991 agreed

👍 👎  Reply

@albertdutrol7862 4 months ago
@zonkhead1338 halo 5 weapon sandbox was perfect. At this period they understand than making
weapon powerfull only was better than a mix between very mid and mid powerfull. This was perfect
all can counter in a certain way all. Also with the add of comp like groundpound, dash. I think they
prioritise mid weapon not so powerfull for infinite because they wanted it to be accessible for most of
bad player to be not to frustrated at dieing easily by good weapon. Cause all the economic system of
infinite stand on the game as service system bad player ar in general the global costumers of it
Show less

👍 3 👎  Reply

@dg7347 4 months ago
it would take a lot more than simply adding warzone, all the weapons, vehicles, and even the enemy
variety was better in 5. 343 added quite alot of to 5 with the prometheans, i actually really hate infinite
for ditching them and only having the banished to fight.

i think the worst part is they introduce a new alien but all they do is replace the drones, they don't
really add anything like they did with the prometheans in 5 or even 4.
Show less

Document title: Halo 5 Warzone is ALIVE &amp; THRIVING! - YouTube
Capture URL: https://www.youtube.com/watch?v=3e6PUCbkfjI
Capture timestamp (UTC): Fri, 22 Nov 2024 00:29:08 GMT

ATV008009



YouTube Search Sign in

variety was better in 5. 343 added quite alot of to 5 with the prometheans, i actually really hate infinite for ditching them and only having the banished to fight.

i think the worst part is they introduce a new alien but all they do is replace the drones, they don't really add anything like they did with the prometheans in 5 or even 4.

Show less

6 Reply

Show more replies

@LitLThomas 4 months ago
More Halo 5!!!!!

241 Reply

1 reply

@sanchezs7614 4 months ago
Yes!! 🎉

4 Reply

@adamdahlstrom2095 4 months ago
Man this game DESERVES a port to PC/MCC. Would be soooooo much damn fun playing that amazing MP on PC etc!!!

68 Reply

1 reply

@Mathew_22 4 months ago
it wont be added to mcc becasue halo 5 uses the req system and MCC uses spartan point system. pluse mcc is already buggy enough

1 Reply

@THEGREATMOLINA 4 months ago (edited)
Halo infinite made me wish i could go back to halo 5. I genuinely miss halo 5 can we all collectively bring it back to life.

148 Reply

8 replies

@zackjl2777 4 months ago
Kinda wanna do that Ngl

4 Reply

@sanchezs7614 4 months ago
I agree 💯

4 Reply

@churro_blast8923 4 months ago
We should! Because I know I'm not the only one that still needs to collect Achilles armor.

4 Reply

@sanchezs7614 4 months ago
@churro_blast8923 i keep playing halo 5 but the servers are pretty dead at times

1 Reply

@THEGREATMOLINA 4 months ago
@churro_blast8923 I feel that

1 Reply

@zackjl2777 4 months ago
@churro_blast8923 i joined a random spartan company one time and got it instantly back in the day

Reply

@Handle.187 3 months ago
Customs are still pretty alive you'll be seeing the same people on there all the time



≡   ▶ YouTube          Search                    🔍  🎤          ⋮  ⊘ Sign in

@zackjf2777 4 months ago
@churro_blast8923 i joined a random spartan company one time and got it instantly back in the day
👍 👎  Reply

@Handle.187 3 months ago
Customs are still pretty alive, you'll be seeing the same people on there all the time
👍 1 👎  Reply

@efone3553 3 months ago
i play it all the time
👍 👎  Reply

@Meowtro 4 months ago
Infinite needed Warzone without all the mtx crap.
👍 73 👎  Reply

@RSG200 4 months ago
crazy how much more polished halo 5 feels compared to infinite. Even today imo.
👍 45 👎  Reply

∧ 2 replies

@Nighterlev 4 months ago
well yea, it's called Halo 5 being a good game & Infinite just being a bad game.
👍 6 👎  Reply

@anenclavetrooper9707 4 months ago
@Nighterlev people wanna ignore that fact and still pretend halo 5 is is the devil smh
👍 10 👎  Reply

@bushcalanetwork 4 months ago
Wow this was a trip down memory lane, the old intro and everything
👍 21 👎  Reply

@davisorle 4 months ago
Halo 5 was so so underrated and ppl bitched about constantly. It's why I'll keep saying. The vocal "fanbase"
are the worse thing that could happen to Halo. Arena, movement, Warzone. All so promising.
👍 43 👎  Reply

∧ 3 replies

@meurumtrain4747 3 months ago
If they just toned sbmm, fixed the aiming mechanics, then this game would've been the best.
👍 1 👎  Reply

@79bigmacs 3 months ago
I loved halo 5 multiplayer. Hated the campaign. I don't even want to get into that 😅 but ugh I've made
so many memories and friends on halo 5. Shit was so fun!
👍 1 👎  Reply

@thanevakarlan9762 2 weeks ago
Yes I remember playing h5 from launch till about 2018 give me take and these little shites who'd play
it even more than me would
Complain that it was terrible cause "the artsyle isn't like halo 1-reach" like first of all half of them didn't
even play it back then and secondly every single halo game had a diffrent artsyle 😅 now they're all
playing infinite and complaining about it.
Show less
👍 1 👎  Reply

@rangertaurus 4 months ago
Always a good day when I see Nick upload a Halo 5 video
👍 52 👎  Reply

ATV008011



**Page Vault**

| | |
|---|---|
| Document title: | (1) (#warzone) "halo" until:2020-01-01 since:2014-01-01 - Search / X |
| Capture URL: | https://x.com/search?q=%28%23warzone%29+%22halo%22+until%3A2020-01-01+since%3A2014-01-01&src=typed_query&f=live |
| Page loaded at (UTC): | Tue, 26 Nov 2024 19:50:36 GMT |
| Capture timestamp (UTC): | Tue, 26 Nov 2024 19:54:27 GMT |
| Capture tool: | 10.53.2 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 123 |
| Capture ID: | pfpqEXpwwbjXqvMsHNnXuN |
| Display Name: | whk |



Exhibit 14

WESTERDAL
12/3/24

Laura Axelsen
CSR 5173

727
ATV008959



728
ATV008960



Document title: (1) (#warzone) &quot;halo&quot; until:2020-01-01 since:2014-01-01 - Search / X
Capture URL: https://x.com/search?q=%28%23warzone%29+%22halo%22+until%3A2020-01-01+since%3A2014-01-01&amp;src=typed_query&amp;f=live
Capture timestamp (UTC): Tue, 26 Nov 2024 19:54:27 GMT

Page 2 of 122

729
ATV008961



Document title: (1) (#warzone) &quot;halo&quot; until:2020-01-01 since:2014-01-01 - Search / X
Capture URL: https://x.com/search?q=%28%23warzone%29+%22halo%22+until%3A2020-01-01+since%3A2014-01-01&amp;src=typed_query&amp;f=live
Capture timestamp (UTC): Tue, 26 Nov 2024 19:54:27 GMT

Page 3 of 122

730
ATV008962



X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | **Latest** | People | Media | Lists

points! #Warzone

2

**Zero** @eV_Zeroo · Nov 14, 2015
Come Hang out on the Stream at Twitch.tv/kilian117 for #Arena, #Customs, #Warzone, #PGL and more ! Songrequest ON #Twitch #Halo #Halo5

1

**YouthVoteMatters** @YouthVote1776 · Nov 12, 2015
@Halo un-ban me. I want to play #warzone

**Hog** @HogInfinity · Nov 11, 2015
SALUT ON ARRIVE ! @XboxFR @Halo @HaloFrance #Halo5 #Warzone

**Todd** @RetroTimeTodd · Nov 10, 2015
Have a #Warzone #Halo req bundle #code worth $25 for #trade looking for $3 #Xbox currency, you can get from GameStop power up rewards site

**Todd** @RetroTimeTodd · Nov 10, 2015
Have a #Warzone #Halo req bundle #code worth $25 for #trade looking for $10 in #Xbox currency or other game codes!

**Ztuu** @HaloZtuu · Nov 9, 2015
@Halo New warzone clip I uploaded from #halo5 #warzone.

youtube.com/watch?v=CtUyrZ...

**GhostWolfe** @Ghost_Wolfe · Nov 9, 2015
In @Halo I think #warzone is amazing and the cool items I've gotten from free #reqpacks is amazing. GG

**Joey / B**ch Drums** @DrummerShoyu · Nov 9, 2015
That fucking come back though! #NOFUCKINGWAY #REKT #halo #halo5 #warzone #drummer #gamer #vk... instagram.com/p/93S59wy1lj/

1 1

**XEternalS** @supermanx323 · Nov 9, 2015

**Wuk Kim**
@whk_rs

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone — Follow

**Elon Musk** @elonmusk — Follow

**Bill Gates** @BillGates — Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ··· © 2024 X Corp.

**X**

⌂ Home

🔍 **Explore**

🔔 Notifications

✉ Messages

Grok

☰ Lists

🔖 Bookmarks

💼 Jobs

👥 Communities

✕ Premium

Verified Orgs

👤 Profile

⊙ More

**Post**

---

← 🔍 (#warzone) "halo" until:2020-01-01 since:2014-01    •••

| Top | **Latest** | People | Media | Lists |

🔁 1    ♡ 1    📑 ⬆

**XEternalS** @supermanx323 · Nov 9, 2015    •••
youtu.be/x8QhJPcld5g
#halo #Halo5 #multiplayer #warzone #slayer

○    ⟲    ♡    ᵘᴸ    📑 ⬆

**Popogeejoe** @Popogeejoe · Nov 9, 2015    •••
#Xbox won't connect to this damn shared #wifi at the camp I'm in.... Need some @halo 5 #Warzone !

○    ⟲    ♡    ᵘᴸ    📑 ⬆

**Dark Skilled** @dark_skilled · Nov 9, 2015    •••
Replying to @Halo
@Halo I tried shotty snipers, it was to low... 4v4 sucks... Make it shotty snipers big team. In #WarZone #halo5guardians #Halo5

○    ⟲    ♡    ᵘᴸ    📑 ⬆

**Reece Potter** @B_TeamBatman · Nov 9, 2015    •••
Embarassed 4 them lol #halo5 #halo #warzone #XboxOne
account.xbox.com/screenshot/4db...

○    ⟲    ♡    ᵘᴸ    📑 ⬆

**hopsizzle@Twitter.com** @Hopsizzle · Nov 9, 2015    •••
It's too stressful to keep performing top of my team on #slayer...So off to #warzone I go.  #halo

○    ⟲    ♡ 1    ᵘᴸ    📑 ⬆

**Garvin Seto** ✓ @grrvin · Nov 9, 2015    •••
Totally binged on @Halo #Warzone this whole weekend! Montage time!!! ❤️📹
#Halo5 #Halo5Guardians
youtu.be/Rb0yGYH-6mk

○    ⟲    ♡    ᵘᴸ    📑 ⬆

**Douglas McWhinnie** @djmcwhinnie · Nov 9, 2015    •••
There really is some balancing problems with #Warzone in #Halo5 - it's either a one sided win or defeat; never a fair feeling game. @Halo

○    ⟲    ♡    ᵘᴸ    📑 ⬆

**_dualscreen** @richivalera · Nov 8, 2015    •••
Not sure that I like #warzone in #halo5. I just prefer big team battle and not all those bells and whistles. Not what I play **halo** for.

○    ⟲    ♡    ᵘᴸ    📑 ⬆

**Toasty** @toastycheesitz · Nov 8, 2015    •••
does the Telshin Helmet look like the Guyver to anyone else? @Halo #halo5guardians @Xbox #warzone #theguyver

○    ⟲    ♡    ᵘᴸ    📑 ⬆

**Thierry Brisard** @TCBrisard · Nov 8, 2015    •••
Bravo @Halo #warzone is AMAZING ! #WellDone #Microsoft

○    ⟲    ♡    ᵘᴸ    📑 ⬆

**SilentMist731** @SilentMist731 · Nov 8, 2015    •••
Playing some **halo** guardians with the guys :p #twitch #Halo5 #warzone #swat #shottysnipers

○    ⟲    ♡    ᵘᴸ    📑 ⬆

**Wuk Kim**
@whk_rs    •••

---

**Search filters**

**People**
From anyone    ●
People you follow    ○

**Location**
Anywhere    ●
Near you    ○

Advanced search

**What's happening**

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**    •••
Born in Denver; Raised in Pecos
📷 Promoted by Cuneiform

Politics · Trending    •••
**Mexican President**
32K posts

Entertainment · Trending    •••
**Alec Baldwin**
7,888 posts

Music · Trending    •••
**Trey Songz**

Show more

**Who to follow**

**Austin Mahone** ✓    [Follow]
@AustinMahone

**Elon Musk** ✓ 🔳    [Follow]
@elonmusk

**Bill Gates** ✓    [Follow]
@BillGates

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More···
© 2024 X Corp.

---

732
ATV009049



X

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

Wuk Kim
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | Latest | People | Media | Lists

#warzone #smt #shottysnipers

**Alessandro Sousa** @albobbr · Nov 7, 2015
Esse é dos meus.... #xboxone #xbox #warzone #microsoft #halo5 #halo instagram.com/p/9yRz3sMNvc/

**G** @fentonpompey · Nov 7, 2015
Absolutely love #warzone in halo 5 i normally hate online shooters but I'm hooked, theaps are massive and it leads to mayhem

**Adam Ferch** @savageEWOK87 · Nov 6, 2015
Replying to @Nighthammer_
@xNighthammerx @Halo #Warzone is not bad but still love good old #CTF
1 · 1

**Brian Bell** @Bbell1995 · Nov 6, 2015
Halo 5 Live Stream! twitch.tv/bbell95#9421 #Halo5 #Warzone #Arena

**Rythm Labs** @RythmLabs · Nov 6, 2015
Last update of the weekend for the Halo-API repo #halo #api #winning halo ESLHalo github.com/glitch100/Halo... Added #warzone!Get in! bsangel

**Jon** @Glitch100 · Nov 6, 2015
Last update of the weekend for the Halo-API repo #halo #api #winning @halo @ESLHalo github.com/glitch100/Halo... Added #warzone!Get in! @bsangel

**vypermajik** @vypermajik · Nov 6, 2015
My thoughts on how to make #Warzone better on @Halo. #Halo5 #HunttheTruth youtu.be/vcDUszaNh0U?a

**Jackson** @JacksonJppmntl · Nov 6, 2015
@Xbox Why is it in @Halo #WarZone it says can't retrieve data and loose my score? What happen?

**Troyfu Youtube / NintenTroy Yout** @SNBGaming · Nov 6, 2015
#Halo5 #Halo #warzone #gaming #videogames Billy playing it and that's it! youtu.be/eZ4LuCvHDgU?a
1

**⚡** @ruloflores · Nov 6, 2015
Yeah! First Place For the First Time in #Warzone!! #Halo5 #Xbox #XboxOne #Xbone #Win #Halo #Gamer... instagram.com/p/9uoJJ_wS6o/
1

**Halo Vic** @Halo_Vic · Nov 6, 2015
Replying to @urilio17
@urilio17 @XboxMexico @Xbox_Army es sólo que me desveló mucho jugando #Warzone y los packs cuestan 10000 ... $40

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone — Follow
**Elon Musk** @elonmusk — Follow
**Bill Gates** @BillGates — Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ··· © 2024 X Corp.



X

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | Latest | People | Media | Lists

Halo Vic @Halo_Vic · Nov 6, 2015
Replying to @urilio17
@urilio17 @XboxMexico @Xbox_Army es sólo que me desveló mucho jugando #Warzone y los packs cuestan 10000 OS o $40 pesos
1

The Gaming Session @SOCUK_TGS · Nov 5, 2015
Halo 5 Guardians - Warzone - TGS Play #Halo5 #Warzone
youtu.be/y5Zvn7Utqe0?a

Shaydin @ImShaydin · Nov 4, 2015
I'm playing some Halo 5! #Heeeeeolp #Warzone #halo5guardians #Multiplayer twitch.tv/imshaydin @TwitchSharer

Search filters

People
From anyone
People you follow

Location
Anywhere
Near you

Advanced search

What's happening

Sparta Prague vs Atletico Madrid
13 minutes ago

#NewHollywood
Born In Denver: Raised In Pecos
Promoted by Cuneiform

Politics · Trending
Mexican President
32K posts

Entertainment · Trending
Alec Baldwin
7,888 posts

Music · Trending
Trey Songz

Show more

Who to follow

Austin Mahone @AustinMahone Follow
Elon Musk @elonmusk Follow
Bill Gates @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

Wuk Kim
@whk_rs

Document title: (1) (#warzone) "halo" until:2020-01-01 since:2014-01-01 - Search / X
Capture URL: https://x.com/search?q=%28%23warzone%29+%22halo%22+until%3A2020-01-01+since%3A2014-01-01&src=typed_query&f=live
Capture timestamp (UTC): Tue, 26 Nov 2024 19:54:27 GMT



X
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

Wuk Kim
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | Latest | People | Media | Lists

Halo Vic @Halo_Vic · Nov 6, 2015
Replying to @urilio17
@urilio17 @XboxMexico @Xbox_Army es sólo que me desveló mucho jugando #Warzone y los packs cuestan 10000 OS o $40 pesos
1

The Gaming Session @SOCUK_TGS · Nov 5, 2015
Halo 5 Guardians - Warzone - TGS Play #Halo5 #Warzone youtu.be/y5Zvn7Utqe0?a

Shaydin @ImShaydin · Nov 4, 2015
I'm playing some Halo 5! #Heeeeeoip #Warzone #halo5guardians #Multiplayer twitch.tv/imshaydin @TwitchSharer

Shaf @ShafZZS · Nov 4, 2015
I liked a @YouTube video from @marcuslms youtu.be/idNNNG0TNf4?a Halo 5 #Warzone

Marcus Medina @YourXellency · Nov 4, 2015
Halo 5 #Warzone: youtu.be/idNNNG0TNf4?a via @YouTube

Scruffy @Scruffy23 · Nov 4, 2015
(Chasing 250 Followers) Warzone with Viewers #halo 5 #Warzone @loudmouthgaming: twitch.tv/lmgcommunity#2...

Popogeejoe @Popogeejoe · Nov 4, 2015
The importance on holding bases AND killing champions in @Halo 5 #Warzone is the key....can't focus on just one thing
1 1 1

KaosKingTv @KaosKingTv · Nov 4, 2015
(Chasing 250 Followers) Warzone with Viewers #halo 5 #Warzone @loudmouthgaming twitch.tv/lmgcommunity via @Twitch

twitch.tv
LmGCommunity - Twitch
Welcome to our LoudmouthGaming Community Twitch Stream! We will be taking turns ...

Scruffy @Scruffy23 · Nov 4, 2015
(Chasing 250 Followers) Warzone with Viewers #halo 5 #Warzone @loudmouthgaming: twitch.tv/lmgcommunity#5...

Rawrasaurusism @rawrsaurusism · Nov 3, 2015
I feel like the respawn timer in #Warzone needs to be reduced to about 3 seconds. Would make the mode more enjoyable.

@Halo #Halo5

Paulo Ricardo @pricardo14 · Nov 3, 2015

Search filters

People
From anyone
People you follow

Location
Anywhere
Near you

Advanced search

What's happening

Sparta Prague vs Atletico Madrid
13 minutes ago

#NewHollywood
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
Mexican President
32K posts

Entertainment · Trending
Alec Baldwin
7,888 posts

Music · Trending
Trey Songz

Show more

Who to follow

Austin Mahone @AustinMahone Follow
Elon Musk @elonmusk Follow
Bill Gates @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ... © 2024 X Corp.



X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

Wuk Kim
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | Latest | People | Media | Lists

That moment in @Halo 5 when other team is killing the Champion in #Warzone and my lone sniper shot takes the kill/points 😂 So satisfying

1

**Nathair** @NathairFPS · Nov 2, 2015
Warzone w/ WhiteWolf569 & WiggilyWayne #Halo5 #Gaming #Twitch #Halo #Halo5Guardians #Warzone #343Industries twitch.tv/mr_sidebymes

1

**Joey / B**ch Drums** @DrummerShoyu · Nov 2, 2015
When they invade YOUR base.. 🎶❤️🎮💥💀😂 #gamer #drummer #shoyû #halo5 #halo #warzone #arc #vk #vkel... instagram.com/p/9i9jadS1jy/

**done.** @fov1863 · Nov 1, 2015
how the hell does this happen @Halo #warzone

**Nathair** @NathairFPS · Nov 1, 2015
Warzone w/ WhiteWolf569 & WiggilyWayne #Halo5 #Gaming #Twitch #Halo #Halo5Guardians #Warzone #343Industries twitch.tv/mr_sidebymes

**Jangutu** @jangutu · Nov 1, 2015
@Halo 5 today, finding all the skulls then #arena, #warzone, and opening packs, playing with viewers and subs!

twitch.tv
Jangutu - Twitch
Jangutu is a variety streamer who streams a few times a week in the evenings. Focusing o...

1

**♪musiq♫** @Bowinkle82 · Nov 1, 2015
#XboxOne #halo5 three 4 free @halo #warzone account.xbox.com/gameclip/63a5f...

2

**SilverWolf2308** @SilverWolf2308 · Nov 1, 2015
Opened 3 Gold REQ Packs :D This is all Rare stuff :D

#Halo #WarZone #Halo5 #HaloGuardians...
instagram.com/p/9iRTwu4zm/

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone Follow

**Elon Musk** @elonmusk Follow

**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ...
© 2024 X Corp.





Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

Wuk Kim
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | **Latest** | People | Media | Lists

That moment in @Halo 5 when other team is killing the Champion in #Warzone and my lone sniper shot takes the kill/points 😂 So satisfying
1

**Nathair** @NathairFPS · Nov 2, 2015
Warzone w/ WhiteWolf569 & WigglyWayne #Halo5 #Gaming #Twitch #Halo #Halo5Guardians #Warzone #343Industries twitch.tv/mr_sidebymes
1

**Joey / B**ch Drums** @DrummerShoyu · Nov 2, 2015
When they invade YOUR base.. 🎶❤️🎮💥💀😂 #gamer #drummer #shoyū #halo5 #halo #warzone #arc #vk #vkel... instagram.com/p/9I9jad51jy/

**done.** @fov1863 · Nov 1, 2015
how the hell does this happen @Halo #warzone

**Nathair** @NathairFPS · Nov 1, 2015
Warzone w/ WhiteWolf569 & WigglyWayne #Halo5 #Gaming #Twitch #Halo #Halo5Guardians #Warzone #343Industries twitch.tv/mr_sidebymes

**Jangutu** @jangutu · Nov 1, 2015
@Halo 5 today, finding all the skulls then #arena, #warzone, and opening packs, playing with viewers and subs!

twitch.tv
Jangutu - Twitch
Jangutu is a variety streamer who streams a few times a week in the evenings. Focusing o...
1

**♪musiq♫** @Bowinkle82 · Nov 1, 2015
#XboxOne #halo5 three 4 free @halo #warzone account.xbox.com/gameclip/63a5f...
2

**SilverWolf2308** @SilverWolf2308 · Nov 1, 2015
Opened 3 Gold REQ Packs :D This is all Rare stuff :D

#Halo #WarZone #Halo5 #HaloGuardians... instagram.com/p/9ilRTwu4zm/

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

**What's happening**

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

**Who to follow**

**Austin Mahone** @AustinMahone Follow
**Elon Musk** @elonmusk Follow
**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ...
© 2024 X Corp.

X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

Wuk Kim @whk_rs ···

(#warzone) "halo" until:2020-01-01 since:2014-01 ···

Top | Latest | People | Media | Lists

1 1

**Laura** @lsirikul · Jun 15, 2015 ···
E3 2015: **Halo** 5's new Warzone mode is a game changer | Nerd Reactor po.st/KR452G #E32015 #E3 **@Halo #warzone**

2

**Gamespresso** @gamespresso · Jun 15, 2015 ···
**Halo** 5 **#Warzone** Trailer - bit.ly/1HLdt5Q #E3 #Halo5

**RantGamer** @RantGamer · Jun 15, 2015 ···
E3 2015: '**@Halo** 5: Warzone' Trailer Provides A Look At Intense '**Halo**' Multiplayer trib.al/OH4RmN7 #XboxE3 **#halo #warzone**

**Big A Reviews** @BigA85GL · Jun 15, 2015 ···
Watch: **Halo** 5 **#Warzone** Trailer. Bigger in this case is better. #E32015 youtube.com/watch?v=av-N5s...

**Jacob Hill** @Jakehill113 · Jun 15, 2015 ···
**Halo** 5: Warzone Multiplayer Gameplay Trailer E3 2015 buff.ly/1MFo1Ti **@Halo** #Halo5 **#Warzone** @_KingTrigg check this out

1 1

**JAGS** @jags_india · Jun 15, 2015 ···
Get ready for epic 24 player multiplayer battles with **#Warzone** on **Halo** 5 Guardians #XboxOne jags.in/latestnews/hal... #Halo5 #XBL #MicrosoftE3

1

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood** ···
Born in Denver. Raised in Pecos
Promoted by Cuneiform

Politics · Trending ···
**Mexican President**
32K posts

Entertainment · Trending ···
**Alec Baldwin**
7,888 posts

Music · Trending ···
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone Follow

**Elon Musk** @elonmusk Follow

**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.



X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

Wuk Kim
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | **Latest** | People | Media | Lists

1

**SoMxStation** @SoMxStation · Jun 15, 2015
**Halo** 5: Warzone Multiplayer Gameplay Trailer E3 2015
buff.ly/1MFo1TI @**Halo** #Halo5 #**Warzone**
4 8

**Halo Création** @HaloCreation · Jun 15, 2015
Le nouveau mode de jeu #**Warzone** promet d'être spectaculaire !
#XboxE3 #Halo5Guardians

1

**SilentRideHome** @SilentHomeRide · Jun 15, 2015
#Halo5Guardians - #**Warzone** GAMEPLAY Trailer [1080p HD] |
#E32015 #Halo5 #**Halo** youtu.be/SrXMu7y9cow?a

**Jesse Shaw** @esportsndaily · Jun 15, 2015
Article today about #microsoft: #**halo** 5 Adds New
"#warzone" Mode a... #esports
esportsnewsdaily.com/post/halo-5-ad...

**SilentRideHome** @SilentHomeRide · Jun 15, 2015
#Halo5Guardians - #**Warzone** GAMEPLAY Trailer [1080p HD] |
#E32015 #Halo5 #**Halo** fb.me/7ueUjAe94

**Eyebalz** @Eyeballsio · Jun 15, 2015
#**Warzone** is 24-player **Halo** 5 multiplayer • Eurogamer.net
eblz.co/8N8Nt #eyebalz #buzz #1minRead

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born In Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

## Who to follow

**Austin Mahone** @AustinMahone Follow

**Elon Musk** @elonmusk Follow

**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2024 X Corp.



X
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

Wuk Kim
@whk_rs

(#warzone) "halo" until:2020-01-01 since:2014-01

Top | **Latest** | People | Media | Lists

**Hardcore Gamer** @HardcoreGamer · Jun 15, 2015
E3 2015: Warzone Brings Multiplayer Back to **Halo** 5
hardcoregamer.com/?p=153695 **#halo** #halo5 **#warzone**
2

**Lopaul** @Lopauld · Jun 15, 2015
**#Halo #Warzone** 😍😍😍😍😍😍😍😍😍😍😍😍 @XboxFR
@Halo_France
1

**Andy Macaroni** @AdotBooM · Jun 15, 2015
**Halo** 5 Guardians looks good and **#Warzone** Multiplayer looked awesome

**EGS México** @EGS_Mexico · Jun 15, 2015
Xbox nos muestra el modo multiplayer/campaña de **Halo** 5 Guardians. **#Warzone** #XboxE3

1 1

**bumpkins** @bumpkinsTV · Jun 15, 2015
I suck at **#Halo** multiplayer but I want to try **#Warzone** anyway
#Halo5 #XboxE3

**Ke3bz** @Ke3bZ · Jun 15, 2015
: **Halo** meets battlefield **#Halo #Warzone**

**Logan Roy fan acct** @MrVincredible · Jun 15, 2015
Holy shit😍 **Halo** 5!! **#Warzone**
1

**Rodrigo** @Cochul · Jun 15, 2015
iNo mames el nuevo modo multiplayer de **Halo** 5 se ve brutal!
**#Warzone**

**Christopher Peterson** @NerdEXP · Jun 15, 2015
**#Halo #Warzone** looks good...but does it have Blood Gulch??
#XboxE3 #E32015

**dedsecOPIncno** @SEC3OPINCNO · Jun 15, 2015
**@halo** @xbox **#warzone** looks hype #E32015

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

**What's happening**

**Sparta Prague vs Atletico Madrid**
13 minutes ago

**#NewHollywood**
Born in Denver: Raised in Pecos
Promoted by Cuneiform

Politics · Trending
**Mexican President**
32K posts

Entertainment · Trending
**Alec Baldwin**
7,888 posts

Music · Trending
**Trey Songz**

Show more

**Who to follow**

**Austin Mahone** @AustinMahone Follow
**Elon Musk** @elonmusk Follow
**Bill Gates** @BillGates Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

Document title: (1) (#warzone) "halo" until:2020-01-01 since:2014-01-01 - Search / X
Capture URL: https://x.com/search?q=%28%23warzone%29+%22halo%22+until%3A2020-01-01+since%3A2014-01-01&src=typed_query&f=live
Capture timestamp (UTC): Tue, 26 Nov 2024 19:54:27 GMT

Manually Lodged with Court on
USB Flash Drive

# EXHIBIT 108A

# EXHIBIT 109



Mac iPad iPhone Watch TV Music Support

iTunes Preview

Overview Music Video Charts

**iTunes is the world's easiest way to organize and add to your digital media collection.**

We are unable to find iTunes on your computer. To download the free app WARZONE! Emergency Landing by Reludo, get iTunes now.

Already have iTunes? Click I Have iTunes to open it now. I Have iTunes

iTunes 11
For Mac + PC

Free Download

# WARZONE! Emergency Landing

View More by This Developer

## By Reludo

Open iTunes to buy and download apps.

View in iTunes

This app is designed for both iPhone and iPad

**Free**

Category: Games
Released: Oct 17, 2015
Version: 1.0.0
Size: 200 MB
Languages: English, French, German, Italian, Japanese, Korean, Portuguese, Russian, Simplified Chinese, Spanish, Thai, Traditional Chinese, Turkish
Seller: Reludo srl
© 2015 Reludo srl
Rated 4+

**Compatibility:** Requires iOS 6.0 or later. Compatible with iPhone, iPad, and iPod touch.

## Customer Ratings

Current Version:
★★★★½ 23 Ratings

## Top In-App Purchases

| | |
|---|---|
| 1. Airports Bundle | $4.99 |
| 2. Unlock landings | $0.99 |
| 3. License D | $0.99 |
| 4. License C | $1.99 |
| 5. Korea Airport | $2.99 |
| 6. License B | $2.99 |
| 7. License A | $3.99 |
| 8. Panama Airport | $2.99 |
| 9. Russia Airport | $2.99 |

## More by Reludo

## Description

*** Better, bigger, more addictive... and with explosions! Face a brand new landing experience: in the middle of war only the bravest pilots can make it! Avoid anti-aircraft artillery and challenge the most dangerous weather conditions and aircraft failures to complete all your missions. ***

WARZONE! Emergency Landing Support ▸

...More

## Screenshots

iPhone | iPad

iPhone Screenshot 1 iPhone Screenshot 2 iPhone Screenshot 3

## Customer Reviews

BEST GAME ★★★★★
by Cooper mcCauley

I like that we have to pass a test!!!!!!!!!

## Customers Also Bought

Flight Simuator Ne...
Games
View in iTunes ▸

求合体外传
Games
View in iTunes ▸

Marina Militare Italian Navy Sim

Marina Militare Ital...
Games
View in iTunes ▸

Blue Angels: Read...
Games
View in iTunes ▸

Flight 787 - Adva...
Games
View in iTunes ▸

2/2/25, 6:56 PM
Case 2:21-cv-03073-FLA-JC    Document 115-4    Filed 02/11/25    Page 59 of 244    Page ID #:4216
Warzone! Emergency Landing on the App Store



MAYDAY! Emergency Landing
MAYDAY! Emergency Landing
View in iTunes ›

MAYDAY! 2 Terror in the sky
View in iTunes ›


World Boxing Challenge
World Boxing Challenge
View in iTunes ›


Gladiators: Immortal Glory
Gladiators: Immortal Glory
View in iTunes ›


Range Master: Sniper Academy
Range Master: Sniper Academy
View in iTunes ›

### App Store on Facebook and Twitter



Discover and share new apps.
Follow us on @AppStore

14M
👍 Like

### iTunes on Facebook



Discover and share new music, movies, TV, books, and more.

31M
👍 Like

### iTunes on Twitter

Follow us @iTunes and discover new iTunes Radio Stations and the music we love.

☐ ☐ iTunes

| Shop and Learn | Apple Store | For Education | Account | About Apple |
|---|---|---|---|---|
| Mac | Find a Store | Apple and Education | Manage Your Apple ID | Apple Info |
| iPad | Genius Bar | Shop for College | Apple Store Account | Newsroom |
| iPhone | Workshops and Learning | | iCloud.com | Job Opportunities |
| Watch | Youth Programs | **For Business** | | Press Info |
| TV | Apple Store App | Apple and Business | **Apple Values** | Investors |
| Music | Refurbished | Shop for Business | Accessibility | Events |
| iTunes | Financing | | Education | Contact Apple |
| iPod | Reuse and Recycling | | Environment | |
| Accessories | Order Status | | Inclusion and Diversity | |
| Gift Cards | Shopping Help | | Privacy | |
| | | | Supplier Responsibility | |

More ways to shop: Visit an **Apple Store**, call 1-800-MY-APPLE, or **find a reseller**.

Copyright © 2016 Apple Inc. All rights reserved.    Privacy Policy  |  Terms of Use  |  Sales and Refunds  |  Legal  |  Site Map    🇺🇸 United States

**744**

Case 2:21-cv-03073-FLA-JC   Document 115   Filed 02/17/23   Page 60 of 244   Page ID #:4217

**App Store** Preview



Open the Mac App Store to buy and download apps.

# WARZONE! Emergency Landing  4+

### Reludo

Designed for iPad

★★★★★  4.5 • 22 Ratings

Free - Offers In-App Purchases

## Screenshots   iPad   iPhone





*** Better, bigger, more addictive... and with explosions! Face a brand new landing experience: in the middle of war only the bravest pilots can make it! Avoid anti-aircraft artillery and challenge the most dangerous weather conditions and aircraft failures to complete all your missions. ***

more

## What's New

Version History

This app has been updated by Apple to display the Apple Watch app icon.

Version 1.1.1

* bug fix

## Ratings and Reviews

**4.5** out of 5

22 Ratings



Document title: WARZONE! Emergency Landing on the App Store
Capture URL: https://apps.apple.com/us/app/warzone-emergency-landing/id1026731387
Capture timestamp (UTC): Fri, 17 Dec 2021 18:41:04 GMT

**745**

ATV000298
Page 1 of 4

## Ratings and Reviews

**4.5** out of 5      22 Ratings



★★★★★

Austin_Matthews, 01/21/2018

**Cool game**
This game is just like Mayday 2 Terror in the sky

★★★★★

Cooper mcCauley, 10/17/2015

**BEST GAME**
I like that we have to pass a test!!!!!!!!!

## App Privacy

See Details

The developer, **Reludo**, has not provided details about its privacy practices and handling of data to Apple. For more information, see the developer's privacy policy.



**No Details Provided**

The developer will be required to provide privacy details when they submit their next app update.

## Information

Seller
Reludo srl

Category
Games

Size
207.4 MB

Compatibility
**iPhone**
Requires iOS 6.0 or later.

**iPad**
Requires iPadOS 6.0 or later.

**iPod touch**
Requires iOS 6.0 or later.

**Mac**
Requires macOS 11.0 or later and a Mac with Apple M1 chip.

Languages
English, French, German, Italian, Japanese, Korean, Portuguese, Russian, Simplified Chinese, Spanish more

Age Rating
4+

Document title: WARZONE! Emergency Landing on the App Store
Capture URL: https://apps.apple.com/us/app/warzone-emergency-landing/id1026731387
Capture timestamp (UTC): Fri, 17 Dec 2021 18:41:04 GMT

Requires iOS 6.0 or later.

Requires macOS 11.0 or later and a Mac with Apple M1 chip.

Languages
English, French, German, Italian, Japanese, Korean, Portuguese, Russian, Simplified Chinese, Spanish more

Age Rating
4+

Copyright
© 2015-2017 Reludo srl

Price
Free

In-App Purchases
1. Airports Bundle          $4.99
2. Unlock landings          $0.99
3. License D                $0.99
                            more

App Support ↗    Privacy Policy ↗

## Supports



**Game Center**
Challenge friends and check leaderboards and achievements.



**Family Sharing**
With Family Sharing set up, up to six family members can use this app.

## More By This Developer

See All



Gladiators: Immortal Glory
Games



MAYDAY! Emergency Landing
Games



World Boxing Challenge
Games



MAYDAY! 2 Terror in the sky
Games

## You Might Also Like

See All



Airplane Fly the Swiss Alps Flight Simulator



San Francisco Flight Simulator



Real Pilot Flight Simulator 3D



Airplane Dublin
Games

Document title: WARZONE! Emergency Landing on the App Store
Capture URL: https://apps.apple.com/us/app/warzone-emergency-landing/id1026731387
Capture timestamp (UTC): Fri, 17 Dec 2021 18:41:04 GMT

747

ATV0003000
Page 2 of 4

© 2015-2017 Reludo srl                    Free

In-App Purchases
1. Airports Bundle                $4.99
2. Unlock landings                $0.99
3. License D                      $0.99
                                  more

App Support ↗    Privacy Policy ↗

## Supports



**Game Center**
Challenge friends and check leaderboards and achievements.



**Family Sharing**
With Family Sharing set up, up to six family members can use this app.

## More By This Developer                    See All



Gladiators: Immortal Glory
Games



MAYDAY! Emergency Landing
Games



World Boxing Challenge
Games



MAYDAY! 2 Terror in the sky
Games

## You Might Also Like                       See All



Airplane Fly the Swiss Alps Flight Simulator
Games



San Francisco Flight Simulator
Games



Real Pilot Flight Simulator 3D
Games



Airplane Dublin
Games

More ways to shop: Find an Apple Store or other retailer near you. Or call 1-800-MY-APPLE.

Copyright © 2021 Apple Inc. All rights reserved.    Privacy Policy | Terms of Use | Sales and Refunds | Legal | Site Map    Choose your country or region

Document title: WARZONE! Emergency Landing on the App Store
Capture URL: https://apps.apple.com/us/app/warzone-emergency-landing/id1026731387
Capture timestamp (UTC): Fri, 17 Dec 2021 18:41:04 GMT

**748**

ATV000301
Page 1 of 4

download.cnet.com/warzone-emergency-landing/3000-2115_4-78240726.html

**Download**    Q Search Apps...

Windows ▾    Mac ▾    iOS ▾    Android ▾    More ▾

Home / Android / Games / Simulation / WARZONE! Emergency Landing

## WARZONE! Emergency Landing for Android

By Reludo · Free · User Rating ★★★★☆

⇩ **DOWNLOAD NOW**

### Key Details of WARZONE! Emergency Landing

- Better, bigger, more addictive and with explosions. Face a brand new landing experience: in the middle of war only the bravest pilots can make...
- Last updated on October 5, 2019
- There have been 1 updates
- Virus scan status: ✅



Advertisement

Adobe

Adobe Premiere Pro
Less time editing. More time imagining.

Try now

### Developer's Description    By Reludo

Better, bigger, more addictive and with explosions. Face a brand new landing experience: in the middle of war only the bravest pilots can make...

ATV028485

# EXHIBIT 110






**HALO 5**

# Halo 5 Warzone Firefight Beta Announced

Check out the cooperative multiplayer mode from April 14 to 18.

BY EVAN CAMPBELL          UPDATED: AUG 16, 2021 5:02 PM          POSTED: APR 6, 2016 1:26 PM

Developer 343 Industries will run a Warzone Firefight beta in Halo 5: Guardians later this month.

From April 14 to 18, Halo 5 players can check out the cooperative multiplayer mode, which was announced back in February. The Warzone Firefight beta will have eight spartans facing off against computer enemies on the Escape from A.R.C. map, according to 343.

Join



**751**

ATV007844







**Halo 5: Guardians Official Warzone Firefight Gameplay Trailer**




Now Warzone Firefight won't officially launch until this summer, though 343 Industries revealed the first footage for the multiplay mode last month. The company says it's the "biggest Halo cooperative" mode in the franchise's history.




Today, 343 Industries launched the next free add-on for Halo 5, called Ghosts of Meridian. The DLC for the shooter brings two new maps to the Xbox One exclusive, as well as additional weapons and armor.

Looking further ahead, 343 is planning to bring Infection Mode to Halo 5 as well.

ATV007845










Halo 5: Guardians Official Ghosts of Meridian Launch Trailer

1:30                                                                 Autoplay setting: **On**

**Halo 5: Guardians Official Ghosts of Meridian Launch Trailer**

---

*Evan Campbell is a freelance writer who scripts the Daily Fix, streams games on his Twitch channel, and chats about movies and TV series* on Twitter



.

### Get the Tools To Beat Your Game

Learn More



**Get unlimited access to IGN Maps and go ad free**

IGN Plus members get full access to all of IGN's maps and wikis, get to browse IGN ad free and more. Try it today for as low at $2.49 a month.



## In This Article

**Halo 5: Guardians**
343 INDUSTRIES
OCT 27, 2015

Rate this game    ...

RELATED GUIDES    Overview ↗    Skulls ↗    Intel ↗    Walkthrough ↗

### IGN
### Recommends

**Pokemon TCG Pocket Players Have Made Their Own Battle Format That Bans EX Monsters**

10h ago - Don't bring an EX to a NOEX fight.

POKEMON TCG POCKET    REBEKAH VALENTINE    💬 4

**Fortnite Just Raised Its Battle Pass Price for the First Time Ever**

12h ago - Epic is making major changes starting next month.

FORTNITE    MICHAEL CRIPE    💬 4

ATV007847

← **Post**

**Halo** ✓ ⊗
@Halo

It's time to call in the big guns, Spartans. The Warzone Firefight Beta is now live! Jump into Halo 5 to play!



10:08 AM · Apr 14, 2016

💬 114          🔁 482          ♡ 1.1K          🔖          ⬆️

**J**   Post your reply                                      Reply

**Justis M** @Keeghal132 · Apr 14, 2016                      ⋯
@Halo except that it's not live, there are no dedicated servers. The fuck man?
   💬          ↻          ♡          �ⅠⅼⅠ          🔖 ⬆️

**INSTIGATOR92** @92INSTIGATOR · Apr 14, 2016                 ⋯
@Halo first match finished in 13:06 after it went live. Tbh it seems really easy.
And the warden kills dont count towardd the commendation
   💬          ↻          ♡          ⅠⅼⅠ          🔖 ⬆️

**Mark Anthony Onorato** @Lame_Shark · Apr 14, 2016          ⋯
@Halo not letting me in firefight....
   💬          ↻          ♡ 1          ⅠⅼⅠ          🔖 ⬆️

**Donut** @PvtDonutDJ88 · Apr 14, 2016                       ⋯
@Halo getting "Unable to Start Dedicated Server"
   💬          ↻          ♡ 1          ⅠⅼⅠ          🔖 ⬆️

**Arif** @CoolArif79 · Apr 14, 2016                          ⋯
@Halo I don't like warzone . Simple as that
   💬          ↻          ♡          ⅠⅼⅠ          🔖 ⬆️

**Nathan Barela** @nj_barela · Apr 14, 2016                  ⋯
@Halo it won't let me play because I can't start dedicated servers. Help?
   💬          ↻          ♡          ⅠⅼⅠ          🔖 ⬆️

**Nathan Barela** @nj_barela · Apr 14, 2016                  ⋯
@Halo nvm it fixed itself. Ready to play 😎
   💬          ↻          ♡          ⅠⅼⅠ          🔖 ⬆️

**Juan Pablo Alvarez** @jpurbieta · Apr 14, 2016             ⋯

---

**Q** Search

**Relevant people**

**Halo** ✓ ⊗                                    Follow
@Halo
#OperationGreatJourney is now live! ⭐
ESRB Rating T for Teen: Blood, Mild
Language, Violence | @HCS @HaloGear
@HaloSupport

**Explore**                                      Beta

**2NE1's 'Welcome Back' Tour: Fans Gear Up
for Jakarta Concerts**
Trending now · Music · 1K posts

**Messi's Return and Transfer Talks Highlight
Barcelona's 125th Anniversary**
Trending now · Football · 936 posts

**ENHYPEN's 'ROMANCE : UNTOLD -
daydream-' Chart Success**
Trending now · Music · 902 posts

**Chill Guy's Unchill Move: Copyrighting a
Meme**
Trending now · Internet · 16K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2024 X Corp.



ATV007738

Monopoly Go Dice Links  |  EA Sports FC 25 Tactics Codes and Best Formations  |  EA Sports FC 25 Wonderkids  |  Roblox game codes  |  Fisch

Roblox Fisch: All fish locations



If you click on a link and make a purchase we may receive a small commission. Read our editorial policy.

Home › News › Halo 5: Guardians

# Halo 5: watch over 30 minutes of Warzone Firefight gameplay ahead of today's beta





**News** by Sherif Saed, Contributing Editor
Published on April 14, 2016
💬 0

+ Follow Halo 5: Guardians

In just a few hours, Halo 5 players will go hands-off with the Warzone Firefight beta.



# Halo 5: watch over 30 minutes of Warzone Firefight gameplay ahead of today's beta

The Warzone Firefight beta starts today for all Halo 5 players. Earlier this week, developer 343 hosted a livestream to showcase some of the changes being made to bring Firefight into Halo 5.



As it stands, up to eight players can fight waves of enemies that increasing in difficulty on the Warzone maps. There are objectives thrown in the mix, too, with a round time-limit.

All of this and more, can seen in the archive of that livestream. There's currently no set time for when this beta will go live.

Watch it below:







**Watch on YouTube**

---

**Have you ever been a beta tester?**  28,916 votes

○ Yes

○ No, but I'd love to try it

○ No, I prefer to play finished games

○ No

---

# Read this next

- Halo 5 on xCloud has "practically indistinguisable" delay
- Halo 5 boxart update sadly doesn't mean the game is coming to PC, Microsoft confirms
- No, Halo 5 is not coming to PC



**Sherif Saed**: Sherif (he/him) is VG247's go-to shooter and Souls-likes person. Whether it's news, reviews, or op-eds – Sherif is always eager to tell you about video games. He's one of VG247's most veteran writers, with 10+ years experience on the site.

**IN THIS ARTICLE**

759
ATV007856



**Halo 5: Guardians**
Xbox One

**+ Follow**

**RELATED TOPICS** 343 Industries · Blockbuster · Microsoft · Shooter · Video · Xbox network



**Sign in and unlock a world of features**

Get access to commenting, homepage personalisation, newsletters, and more!

G Sign in with Google

Sign in with email

## CONVERSATION

Our main community rule is "be excellent to each other". Read our code of conduct to find out more.

Sign In

Be the first to comment...



**No one seems to have shared their thoughts on this topic yet**

Leave a comment so your voice will be heard first.

Powered by ⬭ OpenWeb

Terms | Privacy | Feedback



AdChoices ▷

Sponsored

## LATEST ON HALO 5: GUARDIANS



**We Test Project xCloud: Why Xbox Already Has the Lead in the Next-Gen Streaming Wars**



**Halo 5: Guardians is free to play this weekend with Xbox Live Gold**



**Halo: Master Chief Collection to be enhanced for Xbox One X, Halo 5's final update detailed**



**Halo 5 gets Xbox One X and it looks 343 promis**

 ● ○ ○ ○ ○ 

### LATEST NEWS

- HoYoverse teases Honkai Star Rail 3.0 characters, and oh by the way, Remembrance is a new playable path
- The latest Alien: Earth teaser trailer doesn't tell us much other than the fact our planet is pregnant, but it did offer up a release window at least
- Who says cannibalism and Valentine's Day don't mix? Yellowjackets Season 3 has a release date
- Batman villain Clayface has already been cast before the caped crusader himself in James Gunn's new DCU, and he's going to have quite a familiar voice
- Elden Ring developer FromSoftware's owner Kadokawa confirms takeover interest from Sony, but says "no decision has been made at this time"
- Final Fantasy 14 Mobile is a thing, so you'll soon be able to "make Eorzea a better place through the bonds of friendship" while sitting on the toilet
- Fancy some Star Wars anime from the studios behind Jojo's Bizarre Adventure, Cyberpunk 2077, and Ghost in the Shell? Visions season 3 is going to give you just that

### LATEST GUIDES

- Genshin Impact Chasca build and teams
- All Stalker 2 Anomalies explained
- How to repair and upgrade weapons and armor in St
- All Stalker 2 Artifacts explained
- Stalker 2 Poppy Field mission guide - Give the icon to
- How to increase carry weight capacity in Stalker 2
- How to get the Zalissya journalist stash in Stalker 2



VG247 is owned by Gamer Network Limited, an IGN Entertainment company and subsidiary of Ziff Davis. © 2024 Gamer Network Limited, 18 Mansell Stre United Kingdom. Company number 03882481. All rights reserved. No part of this website or its content may be reproduced without the copyright owne

**Helpful Links**          **Policies**          **Gamer Network**

ATV007858

| | | |
|---|---|---|
| About Us | AdChoices | Dicebreaker |
| Advertise with us | Code of Conduct | Digital Foundry |
| Archive | Cookie Policy | Eurogamer |
| Authors | Do Not Sell My Personal Information | GamesIndustry.biz |
| Contact Us | Editorial Policy | Jelly Deals |
| Corporate Site | Privacy Policy | Nintendo Life |
| Interactive Maps | Review Policy | Pure Xbox |
| Newsletters | Terms & Conditions | Push Square |
| RSS Feeds | | Rock Paper Shotgun |
| | | Time Extension |
| | | VGC |

ATV007859

ATV007942

763



**Halo 5: Guardians Warzone Firefight Trailer**

Xbox
5.53M subscribers

Subscribe

5.4K    Share    Download    Save    ...

213,404 views  Jun 29, 2016
Warzone Firefight is the biggest expansion to Halo 5: Guardians yet and available now as a free download!  As the eighth free expansion, Halo 5: Guardians' multiplayer now has over 2X the content since launch! The Warzone Firefight content update brings all sorts of Halo goodness, including: the new Warzone Firefight game mode, Score Attack for Campaign, new maps Attack

ATV007946

11/21/24, Case 2:21-cv-03073-FLA-JC    Document 115-4 ...Warzone Firefight | Halo ...Official S...Page 80 of 244    Page ID #: 4237

The Wayback Machine - https://web.archive.org/web/20160818042319/https://www.halowaypoint.com/en-us/g...



GAMES

# WARZONE FIREFIGHT

CONTENT UPDATES ˅

Warzone Firefight marks the eighth post-launch release delivered for Halo 5: Guardians, and it's the biggest and most jam-packed one to date. With new maps Molten and Attack on Sanctum for Arena and Warzone, players have even more competitive playgrounds to snipe, splatter, and slay their opponents. For Forgers, the Warzone Firefight release brings with it the expansive new canvas in Tidal, as well as new objects to build or decorate with. Data collected from the Warzone Firefight Beta, alongside the feedback gathered from all corners of the internet, has helped tune and polish the fan-favorite mode for its full release, which now offers the chaotic and social experience on six different maps with new bosses, new weapons, and new vehicles. All of this and much more are available right now in Halo 5: Guardians' latest free release. So what are you waiting for? Jump in, Spartans!

**WATCH VOD STREAM**

ATV007905



# WARZONE FIREFIGHT



Warzone Firefight is an all-new 8-player co-operative experience where Spartans team up to tackle some of the Infinity's biggest challenges across 5 Rounds of breathless action. Each round spawns a dynamic objective, and players have 5 minutes to complete each task. As players progress through these rounds of increasing difficulty they will raise their REQ level, allowing them to call in more powerful weapons and vehicles. Once players reach the final round they will need to bring all their best combat skills to bear as players face some of their most lethal threats yet.

# GRUNT GOBLIN

ATV007906

## JOIN OUR HALO COMMUNITIES

     

## CONNECT WITH HALO

 

  

Code of Conduct    343 Jobs





Contact us    Privacy & cookies    Terms of use    Trademarks    About our ads    © 2016 Microsoft



YouTube Search Sign in

## Warzone Firefight Gameplay Trailer - Halo 5: Guardians

HALO
806K subscribers
Subscribe
4.1K Share ...

**231,402 views Mar 21, 2016**
Warzone Firefight is an ambitious new multiplayer experience that takes the initial promise of Halo 5's Warzone multiplayer – the epic battles, incredible scale and huge maps – and applies that to create the biggest Halo cooperative experience ever in franchise history. In Warzone Firefight, up to eight players will work together to complete five rounds of increasingly difficult, dynamic objectives set against a timer to emerge victorious.

The prospect of teaming up with seven other players to take on a plethora of enemies using the REQ System has us all eagerly awaiting the release of Warzone Firefight this summer. Be sure to stay tuned to Halo Waypoint, Xbox Wire and follow the official Halo Twitter for all the latest Halo 5: Guardians Warzone Firefight news.

### Key moments

View all

0:00 Blood Mild Language Violence
0:21 INTRODUCING
0:24 AN ALL-NEW MULTIPLAYER...
0:36 BATTLE AGAINST OVERWHELMING...
0:4 DEF THE

HALO
806K subscribers

Videos About Twitter Instagram Discord TikTok

Show less

Halo 5: Guardians
2015
BROWSE GAME >

Gaming
BROWSE ALL GAMING >

**1,098 Comments** Sort by



≡  ▶ YouTube          Search                                Q    🎤              ⋮    👤 Sign in

HALO5  BROWSE GAME ⟩              BROWSE ALL GAMING ⟩

**1,098 Comments**   ≡ Sort by

👤  Add a comment...

@Kevduit ✓ 8 years ago
Well, there goes my summer.
👍 32  👎    Reply

⌄ 2 replies

   @camerondavis7518 8 years ago
   my thoughts exactly
   👍 👎  Reply

   @alexweaver6994 8 years ago
   OMG Kevduit! You probably don't remember me!
   👍 👎  Reply

@LateNightHalo ✓ 8 years ago
I watched this on the championship livestream and holy moly had to come rewatch it a few times!!! SO MANY ENEMIES ON SCREEN AT ONCE! EVEN THE CAMPAIGN DIDNT HAVE THIS MANY AI!
👍 12  👎  Reply

⌄ 6 replies

   @Metalheadspartan 8 years ago
   +LateNightGaming - Halo News &amp; Entertainment ANd the resolution looks good!
   👍 1  👎  Reply

   @Approvedjoey117 8 years ago
   Well I mean the campaign was pretty shit
   👍 👎  Reply

   @Approvedjoey117 8 years ago
   The Everyday Spider-Guy 4's had great story telling with an amazing ending. Halo 5's story is an abomination that spews cancer over how shitty the story was. "Hey guys i have an idea, lets make players play as a useless chief wannabe for 12 missions and make the other 3 actually good and win Master Chief!!"
   👍 1  👎  Reply

   @LateNightHalo ✓ 8 years ago
   Approved joey haha ive torn the halo 5 story a new asshole on my channel plenty of times
   👍 👎  Reply

   @Approvedjoey117 8 years ago
   The Everyday Spider-Guy No the difference between Locke and Arbitor was the campaign missions were split and honestly Arbitor was such a likable character and Locke was not.
   👍 1  👎  Reply

   @HarryBillyBobGeorge 8 years ago
   +LateNightGaming - Halo News &amp; Entertainment Don't get your hopes up. Most shots are just framed with virtual telephoto lenses to make them look closer together than they are, and they likely spawned them together just for the trailer. I wouldn't expect it to be this populated.
   👍 👎  Reply

@amaterasu4456 8 years ago
Did anyone else come directly from the championship livestream?
👍 122  👎  Reply

Document title: Warzone Firefight Gameplay Trailer - Halo 5: Guardians - YouTube
Capture URL: https://www.youtube.com/watch?v=7bddeydgVlw
Capture timestamp (UTC): Fri, 22 Nov 2024 03:18:00 GMT

ATV008231



≡  ▶ YouTube          Search                    🔍  🎤          ⋮  ⊝ Sign in

@amaterasu4456 8 years ago
Did anyone else come directly from the championship livestream?
👍 122  👎  Reply

⌄ 18 replies

  @kgamer1715 8 years ago
  Yep
  👍 2  👎  Reply

  @MonTheWell1886 8 years ago
  yea
  👍 1  👎  Reply

  @MonTheWell1886 8 years ago
  +Master Chief They are the best team in halo right now but I hate them.
  wish Alegiance won.
  👍 1  👎  Reply

  @Jjhot108 8 years ago
  +Halo Nation They put up a good fight until the rematch
  👍  👎  Reply

  @untorodrifter5234 8 years ago
  +Halo Nation I hate then too much
  👍  👎  Reply

  @TakisVriniotis 8 years ago
  +ADAshinobi yeap
  👍  👎  Reply

  @rlcochetpit3973 8 years ago
  yes sir
  👍  👎  Reply

  @mwalker267 8 years ago
  sure did
  👍  👎  Reply

  @Swacul 8 years ago
  +Dragonius Maximus "these guys suck" savage, gg CLG, gg
  👍  👎  Reply

  ↳ Show more replies

@BlatantLizard 8 years ago
0:21 *Re-introducing
0:26 * A multiplayer experience that was in previous Halo games until Halo 4
👍 9  👎  Reply

⌄ 1 reply

  @elijahwatson3474 8 years ago
  I think they mean firefight in Warzone, which add a lot of new things in it
  👍  👎  Reply

@ChiefCanuck 8 years ago
CAN'T WAIT! :D
8 PLAYER FIREFIGHT!!!!
👍 32  👎  Reply

⌄ 1 reply

Document title: Warzone Firefight Gameplay Trailer - Halo 5: Guardians - YouTube
Capture URL: https://www.youtube.com/watch?v=7bddeydgVlw
Capture timestamp (UTC): Fri, 22 Nov 2024 03:18:00 GMT

Page 3 of 78

770

ATV008232

Manually Lodged with Court on
USB Flash Drive

# EXHIBIT 110A

# EXHIBIT 111



# IGI: War Zone

by **Knocks soloutions**

★★½☆☆ ⌄  3 customer ratings  Mature



**Price:** App Free to Download
**Sold by:** Amazon.com Services, Inc
**Languages Supported:** English



| Get App |
|---|

Learn how buying works

By placing your order, you agree to our Terms of Use

---

## Preview

  

---

## Product Details

**Release Date:** 2016
**Date first listed on Amazon:** March 7, 2016
**Developed By:** Knocks soloutions
**ASIN:** B01CNHP1RY
**Customer reviews:**
★★½☆☆ ⌄  3 customer ratings

---

## Developer info

- More apps by this developer

---

## Product features

- The hill environment is very realistic.
- The enemy base view is very good.

2/5/25, 1:11 PM                    IGI: War Zone - Apps on Amazon AppStore

- A.I applied is very good.
- Controls are very smooth and comfortable.
- Controls are very simple.
- Animations are very action base.

## Product description

You are the army commando sent on a very important mission in enemy base which is to kill them all.

Use your army training and your ultra commando skills to Flank your enemies from every side. Don't let them run away.

It is your duty to protect your mother land. So take your weapons with you and take the war to their battlegrounds.

This is the D-day battlefield. So prepare yourself for any enemy assault and strike back on them hard.

Remember this is your war against terrorism so take your squad and attack on your enemies with full firepower.

It's the final ultimatum to those terrorist. It's the do or die situation right now.

Become the legendry commando for your country by fulfilling your responsibility.

Get into enemy base and follow the mission instructions to get your task done with successfully.

In first mission you have to infiltrate the enemy base camp and clean the area.

In the 2nd mission you have to kill every enemy in the base camp and then destroy your target.

In 3rd mission you have to find some important documents and escape on a Jet fighter by destroying the enemy's base.

In 4th mission you have to infiltrate other enemy base on the mountains. And wipe out the area patrolling with enemy soldiers.

In 5th mission you have to plant the bombs on the objectives and get away from the base before the bombs destroy the base.

Good luck soldier.

How to Play:

Use joy stick to move your soldier.

Swipe on the screen to take aim.

Tap aim button to aim down your sight

Tap fire button to fire.

## User Data Privacy

⚠ Information not provided by the developer.

## Technical details

**Size:** 49.9MB

**Version:** 1.2

**Developed By:** Knocks soloutions

**Application Permissions:** ( Help me understand what permissions mean )

- Access information about networks
- Access information about Wi-Fi networks
- Open network sockets
- Read from external storage
- Read only access to device state
- Write to external storage
- Allows sending in-app billing requests and managing in-app billing transactions

**Minimum Operating System:** Android 2.3

**Approximate Download Time:** More than 5 minutes

## Customer reviews



⭐⭐½☆☆  2.4 out of 5

3 global ratings

| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 57% |
| 2 star | | 23% |
| 1 star | | 19% |

˅ How customer reviews and ratings work



Top reviews

### Top reviews from the United States

👤 awesome

⭐☆☆☆☆  **Sucks**

Reviewed in the United States on August 7, 2016

**Verified Purchase**

This game sucks do not get graphics are bad and sending ads every second

😡😡😡😡😡

2 people found this helpful

Helpful  |  Report

## Review this product

Share your thoughts with other customers

See more reviews ›

Write a customer review

Sponsored ⓘ

Amazon Appstore Return Policy

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Registry & Gift List |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Help |
| | Become an Amazon Hub Partner | | |
| | › See More Ways to Make Money | | |

amazon

English    United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
| --- | --- | --- | --- | --- | --- | --- |
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |
| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | | | Find Movie Box Office Data |

Scalable Cloud
Computing
Services

Listen to Books &
Original
Audio
Performances

**Goodreads**
Book reviews
&
recommendations

**IMDb**
Movies, TV
& Celebrities

**IMDbPro**
Get Info
Entertainment
Professionals Need

**Kindle Direct
Publishing**
Indie Digital &
Print Publishing
Made Easy

**Amazon Photos**
Unlimited Photo
Storage
Free With Prime

**Prime Video Direct**
Video Distribution
Made Easy

**Shopbop**
Designer
Fashion Brands

**Amazon Resale**
Great Deals on
Quality Used
Products

**Whole Foods
Market**
America's
Healthiest
Grocery Store

**Woot!**
Deals and
Shenanigans

**Zappos**
Shoes &
Clothing

**Ring**
Smart Home
Security Systems

**eero WiFi**
Stream 4K Video
in Every Room

**Blink**
Smart Security
for Every Home

**Neighbors App**
Real-Time Crime
& Safety Alerts

**Amazon
Subscription Boxes**
Top subscription
boxes – right to
your door

**PillPack**
Pharmacy
Simplified

**Amazon Renewed**
Like-new products
you can trust

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

# EXHIBIT 112

amazon.com/Gameadu-Speed-Car-WW-Warzone/dp/B01F1CCV9O

Fire TV Subscriptions    Amazon Coins    Fire Tablet Apps    Fire TV Apps    Games    Your Apps & Subscriptions    Help

# Speed Car : WW Warzone

**by Gameadu**
★★★★☆ ✓ 13 customer ratings  Guidance Suggested



Price: **App Free to Download**
Sold by: **Amazon.com Services, Inc**
Offers: **in-app purchases**
Languages Supported: **English**

Get App

Learn how buying works

By placing your order, you agree to our Terms of Use

## Preview



## Latest updates

**What's new in version 1.4**
- Minor bug fixes and performance improvements.

## Product Details

**Release Date:** 2016
**Date first listed on Amazon:** May 2, 2016
**Developed By:** Gameadu

**778**

ATV028472

# EXHIBIT 113



ATV028457

# EXHIBIT 114

2/6/25, 5:31 PM                    First-Person Spaceship Shooter EVE: Valkyrie – Warzone Launches Today on PS4 – PlayStation.Blog

 **WayBackMachine**
https://blog.us.playstation.com/2017/09/26/first-person-spaceship-shooter-eve-valkyrie-warzone-launches-today-on-ps4/   Go
**9 captures**
30 Sep 2017 - 12 Nov 2020


AUG **SEP** NOV
**30**
2016 **2017** 2019
About this capture

≡  PlayStation.com                                                      💬 Join Now    Login    🔍

 PlayStation.Blog          △    ○    ✕    ▢


Knack 2


PlayStation Store
PS Plus
PS Video
PS Music
PS Now
PS Vue

# First-Person Spaceship Shooter EVE: Valkyrie – Warzone Launches Today on PS4

*New game, new price, new reality. Play the expanded and upgraded title with or without PS VR.*

 Posted by **Andrew Willans** Lead Game Designer, CCP Games

News incoming, pilots! The time has come for even more of you to gear up, lock on and join in our ultimate first-person spaceship shooter. We here at the CCP Newcastle studio are thrilled to announce that **EVE: Valkyrie – Warzone** is available today, meaning that intense cross-reality space dogfighting is happening right now! Fearsome and distinctive spaceships, fresh and fearless new pilots — we reckon that's going to be an amazing combo and we can't wait to see you in action.

## Launch into the Warzone

**4.00**

9  **1**

Follow PlayStation:
  

Subscribe 📶 🍎 ✉️


9 captures
30 Sep 2017 - 12 Nov 2020

opens up the world of the Valkyrie to all PlayStation 4 and PC players, with no VR requirement.

For those who are new to EVE: Valkyrie, purchasing EVE: Valkyrie – Warzone includes all the content that has already been created and released over the past 18 months. This includes all five of the EVE: Valkyrie updates (Carrier Assault, Joint Strike, Gatecrash, Wormholes and Groundrush) and of course, the Warzone expansion.



This puts the impressive new roster of next-generation ships, the variety of exciting maps, and multiple game modes firmly in the grasp of all veteran and prospective spaceship combat enthusiasts!

With the introduction of Warzone, it's a great time for all pilots to get involved. For those of you who are new to Valkyrie, you'd better suit up and get some hours in darting between the frozen asteroids and navigating treacherous subterranean tunnels. Life in New Eden rarely stands still.

## Next free update already in development

As if all of that wasn't enough to whet a space pirate's appetite, we are already hard at work creating more amazing features. We want to continue providing fresh, high-quality content for EVE: Valkyrie regularly, and that means the Warzone expansion is us just getting started.

First-Person Spaceship Shooter EVE: Valkyrie – Warzone Launches Today on PS4 | PlayStation.Blog

including Custom Matches which will allow you to set up your own game lobbies and private rooms, picking from a range of options to create your very own Warzones!

No game update would be complete without a new battleground to compete in, and we've got an incredible new map in development right now. This new location in the New Eden universe will once again push our unique space combat gameplay in some new and interesting directions. We'll have more to share on that soon.



## Spaceship DNA

At CCP Games, we have been creating and bringing spaceships of all shapes and sizes to life for 15 years. Everything from Drones, Carriers and mining Frigates to Battleships, Dreadnaughts and Titans, we've built it all! Designing awesome-looking space vessels along with all the weaponry, modifications and technological features that excite and inspire players is in our DNA.

We take pride in constantly improving how we imbue our creations with diversity, unique roles, purpose and identity. We believe that this experience and expertise will be evident in the lovingly-crafted, battle-tested spaceships that the Warzone expansion provides.

2/6/25, 5:31 PM

INTERNET ARCHIVE
WayBackMachine

9 captures
30 Sep 2017 - 12 Nov 2020

AUG    SEP    NOV
30
2016   2017   2019
About this capture



Welcome to the Warzone, pilots. We look forward to seeing you out there in your shiny new customized ships, demonstrating your hard-earned skills. Lock and load!

ccp games | eve: valkyrie | eve: valkyrie warzone | PlayStation 4 | playstation games

9 | 1

## Add Your Own

**rd-kryten** said:
September 26th, 7:37 am

Log in to Reply

If I buy Warzone will I have access to the VR component or is that a separate purchase?

    **EllaClarke** said:
    September 27th, 12:05 pm

    I just got paid $6784 working off my laptop this month. And if you think that's cool, my divorced friend has twin toddlers and made over $9k her first month. It feels so good making so much money when other people have to work for so much less. This is what I do…. www.Jobzon3.com

**Andrew Willans** said:
September 26th, 7:45 am

Log in to Reply

You will have access to both the VR and Non-VR versions of the game when either purchasing EVE: Valkyrie – Warzone, or when updating from your existing version of EVE: Valkyrie (if already owned).

Hope that helps & see you in the Warzone ;)

**drd7of14** said:
September 26th, 7:55 am

Log in to Reply



9 captures
30 Sep 2017 - 12 Nov 2020



 **Andrew Willans** said:

September 26th, 8:03 am

Cheers! :) including all our "non-VR buddies" was a real incentive for developing the Warzone expansion. We've always prided ourselves on delivering a truly cross-platform game that's inclusive of as many people as possible.

Fly together, Fight together… as we Valkyrie say.

 **CodeSe7en** said:                                    Log in to Reply

September 26th, 9:16 am

I don't see it on the PS Store today… Are you sure it was today?

 **drd7of14** said:

September 26th, 10:03 am

The PS Store was still updating at the time that of this article's posting.

Warzone is now available for download, but it's essentially a re-launch/rebrand of the main game. If you had Eve: Valkyrie, it automatically became Eve: Valkyrie: Warzone. Not sure if it patches right into the main game or has to be downloaded again though.

But yeah, I'll just post the link in a comment below in case you can't find it still.

 **CodeSe7en** said:

September 26th, 12:38 pm

I think I've found it now. It's both the VR game and the non-VR game in the same $30 purchase? Also, is this game multi-player only?

Thank you.

**TheLoCoRaven** said:




**9 captures**
30 Sep 2017 - 12 Nov 2020



**Hakumen__** said:

September 29th, 9:35 pm

Log in to Reply

Does this game have any offline and/or single player modes?

## Leave a Comment

You must be logged in with your PLAYSTATION®NETWORK account to post a comment. If you do not have PLAYSTATION®NETWORK account, you may register here (link opens in a new window).



Stunningly beautiful, The Lost Legacy is out now - only on PS4.



The new lineup hits September 5 with inFamous: Second Son, Strike Vector Ex, and more.



Experience the time-honored classic in completely revamped 3D February 15. Pre-order today!



It's been a big summer for PS VR. Check out Tiny Trax, Superhot VR, Arizona Sunshine and more.



COMMUNITY

CORPORATE

SUPPORT

Forums    RSS Feeds    PlayStation Docs

About SIE    Careers    Terms of Use    Privacy Policy

Get Help    Network Status    Product Manuals    Warranty Information

PlayStation.com · Terms of Use · Privacy Policy · Comment Policy · PlayStation.Blog is Powered by WordPress

© 2017 Sony Interactive Entertainment LLC



ATV028459



ATV028460



**EVE Vegas 2017 - EVE: Valkyrie - Enter The Warzone**

EVE Online ✓
141K subscribers

Subscribe

👍 18    👎    ↪ Share    🔖 Save    ⋯

1,845 views  Oct 18, 2017
Come find out more about the latest editions to EVE: Valkyrie - Warzone with Lead Game Designer CCP Roo.

Start playing EVE for free at http://www.eveonline.com
To learn more about current, past, and future updates, head to http://updates.eveonline.com

**Key moments**                                                                 View all

ATV028458



 PlayStation.Blog

PS5  PS VR2  PS4  PS Store  PS Plus  |  English ∨

Login  

September 26, 2017

# First-Person Spaceship Shooter EVE: Valkyrie – Warzone Launches Today on PS4

💬 7  🎙 2  ♥ 8



**New game, new price, new reality. Play the expanded and upgraded title with or without PS VR.** ♥

**Latest News**



God of War Ragnarök PC system requirements revealed



Harry Potter: Quidditch Champions reveals Triwizard school pitches



Black Ops 6 Zombies and the Terminus launch map – full details revealed



Document title: First-Person Spaceship Shooter EVE: Valkyrie – Warzone Launches Today on PS4 – PlayStation.Blog
Capture URL: https://blog.playstation.com/2017/09/26/first-person-spaceship-shooter-eve-valkyrie-warzone-launches-today-on-ps4/
Capture timestamp (UTC): Thu, 08 Aug 2024 19:21:12 GMT

Page 1 of 7

**791**

ATV028046



upgraded title with or without PS VR.



Andrew Willans
Lead Game Designer, CCP Games

2    Author Replies

♥

**News incoming, pilots!** The time has come for even more of you to gear up, lock on and join in our ultimate first-person spaceship shooter. We here at the CCP Newcastle studio are thrilled to announce that EVE: Valkyrie – Warzone is available today, meaning that intense cross-reality space dogfighting is happening right now! Fearsome and distinctive spaceships, fresh and fearless new pilots — we reckon that's going to be an amazing combo and we can't wait to see you in action.

### Launch into the Warzone

EVE: Valkyrie was born in virtual reality and is now reborn for everyone. Originally, Valkyrie pilots were required to access the game with VR equipment only, but the new Warzone expansion opens up the world of the Valkyrie to all PlayStation 4 and PC players, with no VR requirement.

For those who are new to EVE: Valkyrie, purchasing EVE: Valkyrie – Warzone includes all the content that has already been created and released over the past 18 months. This includes all five of the EVE: Valkyrie updates (Carrier Assault, Joint Strike, Gatecrash, Wormholes and Groundrush) and of course, the Warzone expansion.

This puts the impressive new roster of next-generation ships, the variety of exciting maps, and multiple game modes firmly in the grasp of all veteran and prospective spaceship combat enthusiasts!

With the introduction of Warzone, it's a great time for all pilots to get involved. For those of you who are new to Valkyrie, you'd better suit up and get some hours in darting between the frozen asteroids and navigating treacherous subterranean tunnels. Life in New Eden rarely stands still.

### Next free update already in development

As if all of that wasn't enough to whet a space pirate's appetite, we are already hard at work creating more amazing features. We want to continue providing fresh, high-quality content for EVE: Valkyrie regularly, and that means the Warzone expansion is us just getting started.

So, what does that mean for you? Coming hot on the heels of the expansion, there will be another free update for EVE: Valkyrie – Warzone due to hit this winter. In the next free update we'll be including Custom Matches which will allow you to set up your own game lobbies and private rooms, picking from a range of options to create your very own Warzones!

**Latest News**



God of War Ragnarök PC system requirements revealed



Harry Potter: Quidditch Champions reveals Triwizard school pitches



Black Ops 6 Zombies and the Terminus launch map – full details revealed



First Look: Astro Bot Limited Edition DualSense Wireless Controller

Document title: First-Person Spaceship Shooter EVE: Valkyrie – Warzone Launches Today on PS4 – PlayStation.Blog
Capture URL: https://blog.playstation.com/2017/09/26/first-person-spaceship-shooter-eve-valkyrie-warzone-launches-today-on-ps4/
Capture timestamp (UTC): Thu, 08 Aug 2024 19:21:12 GMT

Page 2 of 7

792

ATV028047

With the introduction of Warzone, it's a great time for all pilots to get involved. For those of you who are new to Valkyrie, you'd better suit up and get some hours in darting between the frozen asteroids and navigating treacherous subterranean tunnels. Life in New Eden rarely stands still.

## Next free update already in development

As if all of that wasn't enough to whet a space pirate's appetite, we are already hard at work creating more amazing features. We want to continue providing fresh, high-quality content for EVE: Valkyrie regularly, and that means the Warzone expansion is us just getting started.

So, what does that mean for you? Coming hot on the heels of the expansion, there will be another free update for EVE: Valkyrie – Warzone due to hit this winter. In the next free update we'll be including Custom Matches which will allow you to set up your own game lobbies and private rooms, picking from a range of options to create your very own Warzones!

No game update would be complete without a new battleground to compete in, and we've got an incredible new map in development right now. This new location in the New Eden universe will once again push our unique space combat gameplay in some new and interesting directions. We'll have more to share on that soon.



## Spaceship DNA

At CCP Games, we have been creating and bringing spaceships of all shapes and sizes to life for 15 years. Everything from Drones, Carriers and mining Frigates to Battleships, Dreadnaughts and Titans, we've built it all! Designing awesome-looking space vessels along with all the weaponry, modifications and technological features that excite and inspire players is in our DNA.

We take pride in constantly improving how we imbue our creations with diversity, unique roles, purpose and identity. We believe that this experience and expertise will be evident in the lovingly-crafted, battle-tested spaceships that the Warzone expansion provides.

### Latest News



God of War Ragnarök PC system requirements revealed



Harry Potter: Quidditch Champions reveals Trimizard school pitches



Black Ops 6 Zombies and the Terminus launch map – full details revealed



First Look: Astro Bot Limited Edition DualSense Wireless Controller

Document title: First-Person Spaceship Shooter EVE: Valkyrie – Warzone Launches Today on PS4 – PlayStation.Blog
Capture URL: https://blog.playstation.com/2017/09/26/first-person-spaceship-shooter-eve-valkyrie-warzone-launches-today-on-ps4/
Capture timestamp (UTC): Thu, 08 Aug 2024 19:21:12 GMT

Page 3 of 7

793

ATV028048



PlayStation.Blog    PS5    PS VR2    PS4    PS Store    PS Plus    🎮 Login    🔍

and identity. We believe that this experience and expertise will be evident in the lovingly-crafted, battle-tested spaceships that the Warzone expansion provides.

If you want to fly those ships in online competitive multiplayer, and do battle across the gritty-but-glorious celestial arenas of EVE: Valkyrie, then you can be sure you've come to the right place.

Welcome to the Warzone, pilots. We look forward to seeing you out there in your shiny new customized ships, demonstrating your hard-earned skills. Lock and load!

□△
✕○

| ccp games | eve: valkyrie | eve: valkyrie warzone | PlayStation 4 |

| playstation games | ps vr |

Did you like this?

Harry Potter: Quidditch Champions reveals Triwizard school pitches

Black Ops 6 Zombies and the Terminus launch map – full details revealed

First Look: Astro Bot Limited Edition DualSense Wireless Controller



**Comments are closed.**

**7** Comments    **2** Author Replies

□△
✕○
Loading More Comments

## Trending Stories






ATV028049



PlayStation Blog    PS5   PS VR2   PS4   PS Store   PS Plus    🎤 Login   🔍

Hope that helps & see you in the Warzone ;)

**drd7of14** ✚
September 26, 2017 at 2:55 PM UTC

Awesome! Can't wait to jump in with my non-VR buddies. This game is awesome with PSVR and VR in general. Just mind the barrel-rolls, they are a woozy.

**Andrew Wiliam**
September 26, 2017 at 3:03 PM UTC

Cheers! :) including all our "non-VR buddies" was a real incentive for developing the Warzone expansion. We've always prided ourselves on delivering a truly cross-platform game that's inclusive of as many people as possible.

Fly together, Fight together... as we Valkyrie say.

**CodeSe7en** ✚
September 26, 2017 at 4:16 PM UTC

I don't see it on the PS Store today... Are you sure it was today?

**drd7of14** ✚
September 26, 2017 at 5:03 PM UTC

The PS Store was still updating at the time that of this article's posting.

Warzone is now available for download, but it's essentially a re-launch/rebrand of the main game. If you had Eve: Valkyrie, it automatically became Eve: Valkyrie: Warzone. Not sure if it patches right into the main game or has to be downloaded again though.

But yeah, I'll just post the link in a comment below in case you can't find it still.

**CodeSe7en** ✚
September 26, 2017 at 7:38 PM UTC

I think I've found it now. It's both the VR game and the non-VR game in the same $30 purchase? Also, is this game multi-player only?
Thank you.

**TheLoCoRaven** ✚

ATV028050



**TheLoCoRaven** ✚
September 26, 2017 at 8:22 PM UTC

$30 for vr and non vr. The game has solo tutorial type missions, but its basically MP only.

**Hakumen__** ✚
September 30, 2017 at 4:35 AM UTC

Does this game have any offline and/or single player modes?

## Trending Stories



Devolver divulges deeper Cult of the Lamb: Unholy Alliance details, out August 12

July 29, 2024  💬 2  ❤️ 165



Clair Obscur: Expedition 33 devs discuss classic turn-based RPG inspiration and real-time mechanics

July 29, 2024  💬 3  ❤️ 189



Meet the Concord crew with new animated shorts and gameplay trailers

July 25, 2024  💬 41  ❤️ 1,271



Gran Turismo 7 Update 1.49 brings six new cars, updated physics simulation model, and more on July 24

July 24, 2024  💬 15  ❤️ 199



PlayStation Plus Monthly Games for April: Immortals of Aveum, Minecraft Legends, Skul: The Hero Slayer

March 27, 2024  💬 114  ❤️ 251



Marvel's Spider-Man 2 arrives only on PS5 October 20, Collector's & Digital Deluxe Editions detailed

June 8, 2023  💬 257  ❤️ 1,652



PlayStation Plus Game Catalog for June + PS5 Game Streaming news update for Premium members

June 14, 2023  💬 146  ❤️ 435



PlayStation Plus Game Catalog lineup for February: Horizon Forbidden West, The Quarry, Resident Evil 7 biohazard and more

February 15, 2023  💬 198  ❤️ 771

English ⌄                                                        Back to top ⌃

Document title: First-Person Spaceship Shooter EVE: Valkyrie – Warzone Launches Today on PS4 – PlayStation.Blog
Capture URL: https://blog.playstation.com/2017/09/26/first-person-spaceship-shooter-eve-valkyrie-warzone-launches-today-on-ps4/
Capture timestamp (UTC): Thu, 08 Aug 2024 19:21:12 GMT

ATV028051



PlayStation.Blog

PS5   PS VR2   PS4   PS Store   PS Plus   Login

**Hakumen__**
September 30, 2017 at 4:35 AM UTC

Does this game have any offline and/or single player modes?

## Trending Stories



**Devolver divulges deeper Cult of the Lamb: Unholy Alliance details, out August 12**

July 29, 2024   2   165



**Clair Obscur: Expedition 33 devs discuss classic turn-based RPG inspiration and real-time mechanics**

July 29, 2024   3   189



**Meet the Concord crew with new animated shorts and gameplay trailers**

July 25, 2024   41   1,271



**Gran Turismo 7 Update 1.49 brings six new cars, updated physics simulation model, and more on July 24**

July 24, 2024   15   199




**PlayStation Plus Monthly Games for April: Immortals of Aveum, Minecraft Legends, Skul: The Hero Slayer**

March 27, 2024   114   251



**Marvel's Spider-Man 2 arrives only on PS5 October 20, Collector's & Digital Deluxe Editions detailed**

June 8, 2023   257   1,652



**PlayStation Plus Game Catalog for June + PS5 Game Streaming news update for Premium members**

June 14, 2023   146   435



**PlayStation Plus Game Catalog lineup for February: Horizon Forbidden West, The Quarry, Resident Evil 7 biohazard and more**

February 15, 2023   198   771



English ∨                                                      Back to top ⌃

Website © 2024 Sony Interactive Entertainment. All content, game titles, trade names and/or trade dress, trademarks, artwork and associated imagery are trademarks and/or copyright material of their respective owners. All rights reserved.

Comment Policy | Support | About SIE | Terms of Use | Privacy Policy | Press Releases | Careers | Legal | Contact Us | Developers |
Modern Slavery Transparency Act Statement | Do Not Share My Personal Information

Document title: First-Person Spaceship Shooter EVE: Valkyrie – Warzone Launches Today on PS4 – PlayStation.Blog
Capture URL: https://blog.playstation.com/2017/09/26/first-person-spaceship-shooter-eve-valkyrie-warzone-launches-today-on-ps4/
Capture timestamp (UTC): Thu, 08 Aug 2024 19:21:12 GMT

Page 7 of 7

797

ATV028052

# EXHIBIT 115



# War Zone

by **Kim Fom**

★★★☆☆ ∨   **26 customer ratings**   All Ages



**Price:** App Free to Download
**Sold by:** Amazon.com Services, Inc
**Languages Supported:** Chinese, English



> Shoot your enemies by tapping them. Each one require several taps. They'll shoot you too! Try to kill as much as possible before your health runs out.
>
> START GAME

**Get App**

**Learn how buying works**

By placing your order, you agree to our Terms of Use

---

## Preview





---

## Product Details

**Release Date:** 2017
**Date first listed on Amazon:** March 30, 2017
**Developed By:** Kim Fom
**ASIN:** B06XXZC9ZS

**Customer reviews:**
★★★☆☆ ∨   26 customer ratings

---

## Developer info

- More apps by this developer

---

## Product features

- Kill all enemy soldier
- Fight to earn points

https://www.amazon.com/Kim-Fom-War-Zone/dp/B06XXZC9ZS

**799**

1/4

- Strive to enter the next level!

## Product description

Destroy all Enemies!
Fight and Kill enemies on sight to earn points and reach the next level.

.

## User Data Privacy

⚠ Information not provided by the developer.

## Technical details

**Size:** 4.8MB
**Version:** 0.1
**Developed By:** Kim Fom
**Application Permissions:** ( Help me understand what permissions mean )

- Access information about networks
- Open network sockets
- Read from external storage
- Get notified that the operating system has finished booting
- Open windows using the type TYPE_SYSTEM_ALERT, shown on top of all other applications
- PowerManager WakeLocks to keep processor from sleeping or screen from dimming
- Write to external storage
- Allows an application to receive messages via Google Cloud Messaging

**Minimum Operating System:** Android 2.3
**Approximate Download Time:** Less than 1 minute

## Customer reviews

 3.2 out of 5

26 global ratings

| | | |
|---|---|---|
| 5 star | | 32% |
| 4 star | | 17% |
| 3 star | | 14% |
| 2 star | | 14% |
| 1 star | | 23% |

⌄ How customer reviews and ratings work

Top reviews ▾

### Top reviews from the United States

 jeffre

★★★★☆ **Very basic**

Reviewed in the United States on September 18, 2021
**Verified Purchase**

Its a nice game it wasn't what I was expecting I semi recommend it idk

3 people found this helpful

[ Helpful ]  |  Report

## Review this product

Share your thoughts with other customers

[ Write a customer review ]




Kelly Louise

★☆☆☆☆ **it sucks**

Reviewed in the United States on July 3, 2023

**Verified Purchase**

This game sucks.The game probably took 1 second to make

One person found this helpful

[ Helpful ] | Report


I love this game

★★★★★ **Love you warzone**

Reviewed in the United States on June 27, 2021

**Verified Purchase**

I love the game because it has good guns it has nice characters shut up The graphics is great Oh so like when it shows how much kills you got so yeah

7 people found this helpful

[ Helpful ] | Report

**See more reviews ›**

Amazon Appstore Return Policy

---

## Customers who viewed items in your browsing history also viewed



WWF War Zone (Renewed)
Amazon Renewed
★★★★☆ 5
Nintendo 64
$24.82
Get it as soon as **Monday, Feb 10**
FREE Shipping on orders over $35 shipped by Amazon
Only 8 left in stock - order…



A Beginner's Guide to Business Valuation: Lessons Learned from 2…
› Jacob Orosz
★★★★★ 40
Paperback
$19.99
Get it as soon as **Monday, Feb 10**
FREE Shipping on orders over $35 shipped by Amazon



Valuation: Measuring and Managing the Value of Companies (Wiley Finance)
McKinsey & Company Inc.
★★★★☆ 524
Hardcover
$52.98
$4.49 shipping



Business Valuation Discounts and Premiums
› Shannon P. Pratt
★★★★☆ 12
Hardcover
$147.00
Get it as soon as **Sunday, Feb 23**



WWF Wrestleman (Renewed)
Amazon Renewed
★★★★★ 18
Nintendo 64
$30.49
Get it as soon as **Mor…**
FREE Shipping on ord…
Only 1 left in stock -…

---

# See personalized recommendations

[ Sign in ]

New customer? Start here.

---

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Registry & Gift List |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Help |
|  | Become an Amazon Hub Partner |  |  |
|  | › See More Ways to Make Money |  |  |

amazon

English     United States

| Amazon Music Stream millions of songs | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Veeqo Shipping Software Inventory Management |
| --- | --- | --- | --- | --- | --- | --- |
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Resale Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust |  |  |  |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

# EXHIBIT 116

2/2/25, 9:15 PM    Save 10% on WARZONE on Steam
The Wayback Machine - https://web.archive.org/web/20171022174724/http://store.steampowered.com/app/712230/WARZONE/



**STORE    COMMUNITY    ABOUT    SUPPORT**

Install Steam    login    language

Your Store    Games    Software    Hardware    Videos    News        search the store

All Games > Strategy Games > WARZONE

# WARZONE

Community Hub

WARZONE is a tactical turn-based war game which requires a chess level of logical thinking and which provides an entertainment comparable to that of a tank shooter.

ALL REVIEWS:    1 user reviews
RELEASE DATE:    Oct 17, 2017
DEVELOPER:    KEA Games
PUBLISHER:    KEA Games

Popular user-defined tags for this product:
Strategy    Massively Multiplayer    Indie    +

Sign in to add this item to your wishlist, follow it, or mark it as not interested

## Buy WARZONE

SPECIAL PROMOTION! Offer ends in 47:12:41

-10%    $9.99    $8.99    Add to Cart

## ABOUT THIS GAME

WARZONE is a tactical turn-based war game. Warfare actions are deployed in Middle East landscape on a battlefield of a several square kilometers, on opposite sides of which two rival armies have their strongholds. You may command units of different military branches including armoured personnel carriers, tanks, helicopters, multiple rocket launchers and surface-to-air missile launchers and also a special task force unit. Each military unit has some specific advantages and weaknesses. The challenge for you is to learn them and use them to maximum effect! The game, like chess, provides for all kinds of combinations of cooperation among warfare units and use of landscape features. Be inventive and cunning but watchful at the same time and cautious to avoid ambush prepared by your opponent!

Your task is to get a tactical advantage before your opponent, to punch a hole in his/her defense, to capture and hold key areas – ravines, airdromes, roads, to group forces in zones of penetration, to ensure the powerful fire support which will result in devastating your opponent's machines or capturing your opponent's base. After you have assessed the situation on the tactical map and made your move, you get into the battlefield on which you

### Is this game relevant to you?

Sign in to see reasons why you may or may not like this based on your games, friends, and curators you follow.

Sign in    or    Open in Steam

Single-player
Multi-player
Online Multi-Player
Shared/Split Screen

Languages:
| | Interface | Full Audio | Subtitles |
|---|---|---|---|
| English | ✔ | | |
| Russian | ✔ | | |

**804**

directly command the machines chosen for you and fire from any available weapon units to eliminate your enemy by missiles, cannons and detonation of the enemy own ammunition supply.

Play with your friends and random opponents through Internet, at your home with your parents and relatives via the function which allows you to play on one PC, learn and train yourself by fighting with artificial intellect opponents. Improve your logical thinking and tactical skills, be the best WARZONE war strategist!

WARZONE is an attempt to create a game which requires logical thinking of a chess level and which gives you an entertainment comparable to that of a tank shooter! The game is on the very initial stage of development, that is why your feedback and comments may significantly change and improve the game!



Title: WARZONE
Genre: **Indie**, **Massively Multiplayer**, **Strategy**
Developer: **KEA Games**
Publisher: **KEA Games**
Release Date: Oct 17, 2017

View the manual ↗
View update history
Read related news
View discussions
Find Community Groups

Share    Embed    ⚑

## SYSTEM REQUIREMENTS

MINIMUM:

OS:   Windows XP SP3 or better
Processor:   2.4 GHz Dual core
Memory:   4 GB RAM
Graphics:   NVIDIA GT 450 1GB / ATI HD 7770 1GB or better
DirectX:   Version 9.0c
Network:   Broadband Internet connection
Storage:   2 GB available space

## MORE LIKE THIS

See all



Town of Salem
$4.99



Foxhole
$19.99



Puzzle Pirates: Dark Seas
Free To Play

◄  ►

## CUSTOMER REVIEWS

LEARN MORE

Overall Reviews:
1 user reviews ❓

Recent Reviews:

REVIEW TYPE ▼   PURCHASE TYPE ▼   LANGUAGE ▼   DATE RANGE ▼   DISPLAY AS: [ Summary ▾ ]    Show graph ⯆

Filters ☐✕ ☐✕ ☐✕ ☐✕

Showing **0** reviews that match the filters above

There are no more reviews that match the filters set above

Adjust the filters above to see other reviews

2/2/25, 9:15 PM                              Save 10% on WARZONE on Steam

Loading reviews...

ABOUT STEAM    ABOUT VALVE    HELP    NEWS FEEDS

**VALVE**

© 2017 Valve Corporation. All rights reserved. All trademarks are property of their respective owners in the US and other countries. VAT included in all prices where applicable. Privacy Policy | Legal | Steam Subscriber Agreement | Refunds

About Valve | Steamworks | Jobs | Steam Distribution | Gift Cards | Steam | @steam_games



ATV028403

  
# Warzone

KEA Games
October 16, 2017



| **Genres** | **Developers** |
|---|---|
| Strategy, Indie | KEA Games |
| **Release Date** | **Publishers** |
| October 16, 2017 (7 years and 2 months ago) | KEA Games |
| **Franchises** | |
| Warzone | |



## Warzone Screenshots and Videos

All the Latest Game Footage and Images from Warzone

**Start Slideshow →**

ADVERTISEMENT

ATV028404



## Discover Games



## Summary

Warzone is a tactical turn-based war game which requires a chess level of logical thinking and which provides an entertainment comparable to that of a tank shooter.

**Genres**

Strategy, Indie

**Platforms**

PC (Microsoft Windows)

**Developers**

KEA Games

**Release Date**

October 16, 2017 (7 years and 2 months ago)

**Publishers**

KEA Games

**Franchises**

Warzone

## Community

 Steam

## More from KEA Games

No games found

Games metadata is powered by IGDB.com

## Warzone News

**CULTURE** » **NEWS**



**CULTURE** » **NEWS**

## *Fortnite*'s Next Chapter Seemingly Leaked, Confirms Godzilla Is Coming

It also looks like Disney's Baymax will be featured in the battle royale's next big season

**By Zack Zwiezen**    Published November 25, 2024

**GAME TIPS**

**GAME TIPS**

## The Full, Insane Story Of The *Call of Duty: Black Ops* Series

We've straightened out this strange timeline of espionage and secret programs out so you don't have to

**By** Justin Clark    Published November 15, 2024

**GAME TIPS**

**GAME TIPS**

## Yes, You Should Open Every Safe In *Call Of Duty: Black Ops 6*

Here's how to find and unlock each safe, including that tricky one in The Rook

**By** Samuel Moreno    Published November 15, 2024

ATV028407

**GAME TIPS**

**GAME TIPS**

## Add Some Variety To Your *Call Of Duty: Black Ops 6* Matches With More Operators

Here's how to unlock each character for the Multiplayer and Zombies modes

By Samuel Moreno   Published November 11, 2024

**GAME TIPS**

GAME TIPS

## Everything Coming To *Call Of Duty: Black Ops 6* In Its Jam-Packed Season 1

The multiplayer shooter has more guns, maps, and zombie mode content on the way

By **Ethan Gach**   Published November 8, 2024

GAME TIPS

GAME TIPS

## Seven Years Later, *Fortnite* Is A Better Game Than It's Ever Been

Whether you're looking for something to do with your kid, or are tired of *Fortnite* FOMO, the game's seven-year...

By Luis Joshua Gutierrez   Published November 5, 2024

OPINION

ATV028409

OPINION

## *Dragon Age: The Veilguard* Is Divisive, *Call Of Duty*'s Launcher Sucks, And More Of The Week's Top Takes

Also, *Alan Wake 2*'s final DLC, *The Lake House*, is terrific

**By Kotaku Staff**    Published November 2, 2024

GAME TIPS

GAME TIPS

## *Call Of Duty: Black Ops 6*, As Told By Steam Reviews

A great campaign and return-to-basics mindset can't seem to offset growing pains in the latest *Call of Duty* game

815
7/9
ATV028410

ADVERTISEMENT

OPINION ❋ COMMENTARY

OPINION ❋ COMMENTARY

## I Hate *Call Of Duty*'s Launcher So Much

It's ugly, needs constant updates, and rarely provides useful info

**By Moises Taveras**  Published October 29, 2024

GAME TIPS

816
8/9
ATV028411

## *Kotaku*'s Weekend Guide: 5 New Games We Can't Wait To Escape Into

It's your last October weekend, and if you're not going to Halloween parties, here are a few games to try out

**By Kenneth Shepard, Ethan Gach, Moises Taveras, John Walker, and Carolyn Petit**

Published October 25, 2024



More Stories  >



# Warzone

Moby ID: 97252

**Review** ★ ★ ★ ★ ★

**Add To** Collection

**Overview**  Credits  Reviews  **Covers**  Screenshots  Videos  **Promos**  Trivia  **Specs**  **Releases**

Patches  **Prices**  **Forum**  **Contribute**

**Released**
October 17, 2017 on Windows

**Credits**
Contribute

**Publishers**
KEA Games

**Developers**
KEA Games

**Moby Score**
n/a

**Collected By**
1 players

**Genre**
Strategy / tactics

**Pacing**
Turn-based

**Setting**
Middle East

**Business Model**
Commercial

**Media Type**
Download

**Input Devices Supported/Optional**
Mouse

**Multiplayer Options**
Internet, Same/Split-Screen

[ view all 8 specs ]

**Buy**
$4.99 new on Steam ☑

**See Also**
Warzone (1986 on Amiga, 1988 on Atari ST)
Warzone (1993 on Atari ST)
WarZone (1999 on Browser)

**Wanted:** We need a MobyGames approved description! **Contribute Description** (+4 points)

▶ **Official Description (Ad Blurb)**

# Promos

818
ATV028413

    

# Analytics

**MobyPro** EARLY ACCESS

Upgrade to MobyPro to view research rankings and price history! (when applicable)

# Related Games

 **WarZone 2**
Released 1999 on Browser

 **WarZone 3**
Released 2003 on Browser

 **Warzone VR**
Released 2019 on Windows, PlayStation 4

 **Warzone 2100**
Released 1999 on Windows, 1999 on PlayStati...

 **CrossFire: Warzone**
Released 2019 on Android, iPad, 2020 on iPho...

 **The Seed: Warzone**
Released 2001 on PlayStation 2, 2012 on PlayS...

 **4 Most Warzone**
Released 1991 on ZX Spectrum, Commodore 64

 **Anomaly: Warzone Earth**
Released 2011 on Windows, Xbox 360, 2012 o...

 **EVE: Valkyrie - Warzone**
Released 2017 on PlayStation 4, Windows

# Identifiers +

MobyGames ID: 97252
[ Please login / register to view all identifiers ]

# Contribute

Are you familiar with this game? Help document and preserve this entry in video game history! If your
contribution is approved, you will earn points and be credited as a contributor.

**819**
ATV028414

**Ad Blurb** (+1 point)    **Alternate Title** (+1 point)    **Content Rating** (+1 point)    **Correction** (+1 point)

**Credits** (+2 points, plus ¼ point per credit)    **Critic Review** (+½ point)    **Description** (+4 points)

**Group** (+¼ point)    **Product Code** (+¼ point)    **Related Site** (+1 point)    **Release info** (+1 point)

**Relation** (+½ point)    **Screenshots** (+2 points)    **Tech Spec** (+1 point)    **Trivia** (+1 point)    **Video** (+1 point)

# Contributors to this Entry

Game added by jaXen.

Game added October 17, 2017. Last modified October 17, 2017.

About · FAQ · MobyPro · Stats · Standards · Style Guide · API · Contact · Change Log · Privacy Policy · Terms of Use

© 1999–2024 MobyGames ™

v20241205

**820**

ATV028415



Document title: WARZONE on Steam
Capture URL: https://store.steampowered.com/app/712230/WARZONE/
Capture timestamp (UTC): Fri, 17 Dec 2021 18:20:00 GMT

Page 1 of 4

821

ATV028144

## ABOUT THIS GAME

WARZONE is a tactical turn-based war game. Warfare actions are deployed in Middle East landscape on a battlefield of a several square kilometers, on opposite sides of which two rival armies have their strongholds. You may command units of different military branches including armoured personnel carriers, tanks, helicopters, multiple rocket launchers and surface-to-air missile launchers and also a special task force unit. Each military unit has some specific advantages and weaknesses. The challenge for you is to learn them and use them to maximum effect! The game, like chess, provides for all kinds of combinations of cooperation among warfare units and use of landscape features. Be inventive and cunning but watchful at the same time and cautious to avoid ambush prepared by your opponent!

Your task is to get a tactical advantage before your opponent, to punch a hole in his/her defense, to capture and hold key areas – ravines, airdromes, roads, to group forces in zones of penetration, to ensure the powerful fire support which will result in devastating your opponent's machines or capturing your opponent's base. After you have assessed the situation on the tactical map and made your move, you get into the battlefield on which you directly command the machines chosen by you and fire from any available weapon units to eliminate your enemy by missiles, cannons and detonation of the enemy own ammunition supply.

Play with your friends and random opponents through Internet, at your home with your parents and relatives via the function which allows you to play on one PC, learn and train yourself by fighting with artificial intellect opponents. Improve your logical thinking and tactical skills, be the best WARZONE war strategist!

WARZONE is an attempt to create a game which requires logical thinking of a chess level and which gives you an entertainment comparable to that of a tank shooter! The game is on the very initial stage of development, that is why your feedback and comments may significantly change and improve the game!

## SYSTEM REQUIREMENTS

**MINIMUM:**

OS: Windows XP SP3 or better
Processor: 2.4 GHz Dual core
Memory: 4 GB RAM
Graphics: NVIDIA GT 450 1GB / ATI HD 7770 1GB or better
DirectX: Version 9.0c
Network: Broadband Internet connection
Storage: 2 GB available space

## MORE LIKE THIS

See all



| Hell Let Loose | War of Rights | Squad |
|---|---|---|
| $39.99 | $29.99 | $49.99 |

---

Sign in or Open in Steam

👤 Single-player
👥 Online PvP
🎮 Remote Play Together

Languages:

| | Interface | Full Audio | Subtitles |
|---|---|---|---|
| English | ✓ | | |
| Russian | ✓ | | |

TITLE: WARZONE
GENRE: Indie, Massively Multiplayer, Strategy
DEVELOPER: KEA Games
PUBLISHER: KEA Games
RELEASE DATE: Oct 17, 2017

View the manual
View update history
Read related news
View discussions
Find Community Groups

Share    Embed    🚩

Document title: WARZONE on Steam
Capture URL: https://store.steampowered.com/app/712230/WARZONE/
Capture timestamp (UTC): Fri, 17 Dec 2021 18:20:00 GMT

ATV028145



Hell Let Loose                  War of Rights                  Squad
$39.99                          $29.99                          $49.99

**CUSTOMER REVIEWS**

Overall Reviews:                                                Recent Reviews:
1 user reviews (1 reviews) ⊕

REVIEW TYPE ▼   PURCHASE TYPE ▼   LANGUAGE ▼   DATE RANGE ▼   PLAYTIME ▼   DISPLAY AS: Summary ▼          Show graph ⌄

Filters   Your Languages ⚙

Showing **0** reviews that match the filters above

There are no more reviews that match the filters set above

Adjust the filters above to see other reviews

Document title: WARZONE on Steam
Capture URL: https://store.steampowered.com/app/712230/WARZONE/
Capture timestamp (UTC): Fri, 17 Dec 2021 18:20:00 GMT

823

ATV028146



VALVE   © 2021 Valve Corporation. All rights reserved. All trademarks are property of their respective owners in the US and other countries. VAT included in all prices where applicable.  **Privacy Policy**  |  **Legal**  |  **Steam Subscriber Agreement**  |  **Refunds**  |  **Cookies**   STEAM

About Valve  |  Jobs  |  Steamworks  |  Steam Distribution  |  Support  |  Gift Cards  |  Steam  |  @steam

ATV028147

Case 2:21-cv-03073-FLA-JC    Document 115-4    Filed 02/14/25    Page 140 of 244
Page ID #:4297



STORE    COMMUNITY    ABOUT    SUPPORT

Install Steam | login | Language ▼

**Open in Desktop App**

You're not signed in!
Open this page in the Steam App to wishlist, follow, purchase and see recommendations

Your Store    New & Noteworthy    Categories    Points Shop    News    Labs      search

All Games > Strategy Games > WARZONE

# WARZONE

Community Hub







WARZONE is a tactical turn-based war game which
requires a chess level of logical thinking and which
provides an entertainment comparable to that of a
tank shooter.

| ALL REVIEWS | 3 user reviews |
| RELEASE DATE | Oct 17, 2017 |
| DEVELOPER | KEA Games |
| PUBLISHER | KEA Games |

Popular user-defined tags for this product:
Strategy   Indie   Massively Multiplayer   +

Sign in to add this item to your wishlist, follow it, or mark it as ignored

**Buy WARZONE**

$4.99   Add to Cart

👤   Single-player
👥   Online PvP
🎮   Remote Play Together
👨‍👩‍👧   Family Sharing

Languages:

| | Interface | Full Audio | Subtitles |
|---|---|---|---|
| English | ✓ | | |
| Russian | ✓ | | |

**STEAM DECK COMPATIBILITY**

❓ Unknown    Learn more

## ABOUT THIS GAME

WARZONE is a tactical turn-based war game. Warfare actions are deployed in Middle East
landscape on a battlefield of a several square kilometers, on opposite sides of which two rival
armies have their strongholds. You may command units of different military branches
including armoured personnel carriers, tanks, helicopters, multiple rocket launchers and
surface-to-air missile launchers and also a special task force unit. Each military unit has some
specific advantages and weaknesses. The challenge for you is to learn them and use them to
maximum effect! The game, like chess, provides for all kinds of combinations of cooperation
among warfare units and use of landscape features. Be inventive and cunning but watchful at
the same time and cautious to avoid ambush prepared by your opponent!

Your task is to get a tactical advantage before your opponent, to punch a hole in his/her
defense, to capture and hold key areas – ravines, airdromes, roads, to group forces in zones of
penetration, to ensure the powerful fire support which will result in devastating your
opponent's machines or capturing your opponent's base. After you have assessed the
situation on the tactical map and made your move, you get into the battlefield on which you

TITLE WARZONE
GENRE Indie, Massively Multiplayer, Strategy
DEVELOPER KEA Games
PUBLISHER KEA Games
RELEASE DATE Oct 17, 2017

View the manual ↗

EXHIBIT
46
825
Ficker 12/4/24
depobook.com

directly command the machines chosen by you and fire from any available weapon units to
eliminate your enemy by missiles, cannons and detonation of the enemy own ammunition
supply.

Play with your friends and random opponents through Internet, at your home with your
parents and relatives via the function which allows you to play on one PC, learn and train
yourself by fighting with artificial intellect opponents. Improve your logical thinking and
tactical skills, be the best WARZONE war strategist!

WARZONE is an attempt to create a game which requires logical thinking of a chess level and
which gives you an entertainment comparable to that of a tank shooter! The game is on the
very initial stage of development, that is why your feedback and comments may significantly
change and improve the game!

View update history
Read related news
View discussions
Find Community Groups

Embed

## SYSTEM REQUIREMENTS

**MINIMUM:**
- OS *: Windows XP SP3 or better
- Processor: 2.4 GHz Dual core
- Memory: 4 GB RAM
- Graphics: NVIDIA GT 450 1GB / ATI HD 7770 1GB or better
- DirectX: Version 9.0c
- Network: Broadband Internet connection
- Storage: 2 GB available space

* Starting January 1st, 2024, the Steam Client will only support Windows 10 and later versions.

### MORE LIKE THIS                                                              See All



$49.99                    $19.99                    $29.99                    $19.99

## CUSTOMER REVIEWS FOR WARZONE

**Overall Reviews:**                                                           Recent Reviews:
3 user reviews (3 reviews) ⓘ

REVIEW TYPE ▼   PURCHASE TYPE ▼   LANGUAGE ▼   DATE RANGE ▼   PLAYTIME ▼   DISPLAY ▼          Show graph ≫

Filters        Excluding Off-topic Review Activity ⓧ    Playtime: ⓧ    Played Mostly on Steam Deck ⓧ





There are no more reviews that match the filters set above

Adjust the filters above to see other reviews

Case 2:21-cv-03073-FLA-JC    Document 115-4    Filed 02/14/25    Page 142 of 244
Page ID #:4299



Loading reviews...



VALVE    © 2024 Valve Corporation. All rights reserved. All trademarks are property of their respective owners in the US and other countries.
VAT included in all prices where applicable.  Privacy Policy  |  Legal  |  Steam Subscriber Agreement  |  Refunds  |  Cookies        STEAM

About Valve  |  Jobs  |  Steamworks  |  Steam Distribution  |  Support  |  Recycling  |  Gift Cards  |  f Steam  |  𝕏 @steam

828

STEAM   STORE   COMMUNITY   ABOUT   SUPPORT

Install Steam

Your Store    New & Noteworthy    Categories    Points Shop    News    Labs

"warzone"

| warzone | Search | Relevance ▼ |
|---|---|---|

159 results match your search. 5 titles have been excluded based on your preferences.

| WARZONE | $4.99 |
| WarZone | $9.99 |
| Call of Duty®: Warzone™ | Free |
| Warzone 2100 | Free |
| Rio Warzone | |
| WARZONE-X | |
| Anomaly: Warzone Earth | $9.99 |
| WarZone Flashpoint | Free |
| Warzone Chronicles: Battlegrounds | |
| Call of Duty®: Black Ops 6 or Call of Duty®: Wa... | $1.99 |
| Call of Duty® | |
| Call of Waifu : Warzone | |
| Royale Battle: Warzone | $6.99 |
| Anomaly Warzone Earth Mobile Campaign | $4.99 |
| STAR WARS™: The Old Republic™ | Free |
| Call of Duty®: Black Ops 6 - BlackCell (Season ... | $29.99 |
| Call of Duty®: Modern Warfare® II | $69.99 |

Narrow by Price

Any Price

☐ Special Offers
☐ Hide free to play items

Narrow by tag

☐ Action 1,78
☐ Singleplayer 82
☐ Shooter 77
☐ Multiplayer 69
☐ FPS 65

Show selected types

Narrow by number of players

Narrow by feature

Narrow by Controller Support

Narrow by Deck Compatibility

☐ Verified
☐ Playable
Learn More

Narrow by VR Support

Narrow by OS

☐ Windows
☐ macOS
☐ SteamOS + Linux

Narrow by language

☑ English
☐ Simplified Chinese

EXHIBIT
45
829
Ficker 12/4/24
depoboxk.com



**830**

| | Call of Duty®: Modern Warfare® III – Nova 6 Pr... | | $19.99 |
| | Call of Duty League™ – Toronto Ultra Team Pac... | | $11.99 |
| | Far Cry® 5 – Hours of Darkness | | $11.99 |
| | Call of Duty®: Modern Warfare® II – Manticore:... | | $19.99 |
| | Call of Duty Endowment (C.O.D.E.) Knight Reco... | | $19.99 |
| | Sweet Surrender VR | | $24.99 |
| | Call of Duty®: Modern Warfare® III – Moto Frea... | | $19.99 |
| | Call of Duty Endowment (C.O.D.E.) – Protector P... | | $9.99 |
| | Call of Duty®: Modern Warfare® II – Desert Ro... | | $19.99 |

**VALVE**    Privacy Policy   Legal   Steam Subscriber Agreement   Refunds   Cookies    STEAM

About Valve    Jobs    Steamworks    Steam Distribution    Support    Recycling    Gift Cards    **f** Steam    𝕏 @steam

# EXHIBIT 117

2/2/25, 7:06 PM                    Warzone Mercenaries game online - Y8.COM

INTERNET ARCHIVE
WaybackMachine
247 captures
21 Sep 2017 - 25 Dec 2024

https://www.y8.com/games/warzone_mercenaries                    Go

SEP OCT DEC
◄ **28** ►
2016        2019
2017
About this capture

# Y8.COM

Games | Videos        Search games                              Your Score    Register    Log in
                                                               0  Points

New Games    Best Of New Games    Most Popular Games                    🛡 Parental Control    🇬🇧 English



## Warzone Mercenaries

Added on 18 sep 2017    Played 259,619 times

**GAME CONTROLS:**

| ⬚ A S D | Move | ⚙ | Look | L | Mouse lock | 🖱 | SPACE | Shoot | SHIFT | Zoom |

| R | Reload | E | Enter vehicle | Z | Previous outfit skin | C | Next outfit skin |

⭐ Add to your favorites    ⬇ Download    📷 Share    113

**DID YOU LIKE THIS GAME?**    Yes    No                    95.58%

### TAGS

| 🎮 1 player | | S |
| 🪖 War | | Sh |
| 🔫 Tank | | |
| 🏞 Free | | L |
| IDnet | | hi |
| IDnet save | | ach |

🏆 All IDnet games with highsc

### ACHIEVEMENTS

🏆 Add this game to your web pa
Toggle embed code panel.

## GAME DESCRIPTION

As a brave soldier, you must prove it by joining a war. They captured our base and we must clear it. Kill all enemies loitering around and be a smart soldier. You can use tank to deal massive damage to them.

## COMMENTS 490

Please register or login to post a comment                    Post

**jonaylopeta** 3 years ago
me ha encantado

**Doomfury21** 3 years ago
the 3rd level is hard

**heherobrine** 3 years ago
kkroto yo quiero ser tu amigo

**aaa** 3 years ago
all my troops ar at max

**ArthurTimothysatrioginting112907** 3 years ago
All my troops are max level, im pro

**cochito** 3 years ago
ya lo pasey esta muy bueno el juego,les recomiendo que lo jueguen

**AmokCrafter7364** 3 years ago
Replying to PhantomBonnie: and the humvees to

**jude** 3 years ago
good game

**juanmanuel** 3 years ago
es muy bueno

**Hans_Schulz16** 3 years ago
pregunto, acaso soy la unica que se a pasado algun nivel con el nivel de salud critico

**PhantomBonnie** 3 years ago
"...be a smart soldier. You can use tank to deal massive damage to them." Big brain time. Also, you forgot the APCs and IFVs.

**roblox** 3 years ago
esta juego gta 5

**dfg** 3 years ago
ጩጩ ጵጵጵጩጩጩ?

**zerophyx** 3 years ago
COOL I LIKE IT AND I COMPLETE THE GAME

**SCP_Guard545** 3 years ago
Noice Good

**J-Ian** 3 years ago
i like so much

**kevin77** 3 years ago
me gusta el sniper

**EL_PRO_MAX** 3 years ago
ME GUSTO EL FRANCO

**833**



**GRAYSTILLPLAYS** 2 years ago
i have been playing this game for about a year now but i keep going back to past levels

**Bonk** 2 years ago
All my soldiers are Max Level

**AmokCrafter7364** 2 years ago
i wish they added an M16 to this game it is my favorite gun

**jose** 2 years ago
i Love play

First    Previous    **1**    2    3    4    5    6    7    8    Next    Last

**RELATED GAMES**



**Apocalypse**
Rating: **91%**  61,390 plays

**Tanki Online**
Rating: **92%**  8,699,888 plays

**Shadowhawks Squadron**
Rating: **83%**  51,110 plays

**Stealth Prowler**
Rating: **85%**  1,652,393 plays

**Superfighters**
Rating: **93%**  44,714,416 plays

**Armored Warfare 1917**
Rating: **90%**  830,822 plays

**Dead Paradise 3**
Rating: **87%**  174,921 plays

**Crime City 3D**
Rating: **90%**  8,650,308 plays

**Raiden X**
Rating: **86%**  211,824 plays

**Crime City 3D 2**
Rating: **90%**  5,308,187 plays

**Dracojan Skies Acolyte...**
Rating: **85%**  284,175 plays

**Total Tankage**
Rating: **86%**  4,216,518 plays

**Starfire**
Rating: **83%**  180,160 plays

**War of Metal**
Rating: **83%**  2,009,743 plays

**Project Eddie**
Rating: **81%**  76,359 plays

**Tanks Battlefield**
Rating: **78%**  47,319 plays

**Time Fighter**
Rating: **79%**  119,519 plays

**Big-Battle Tanks**
Rating: **87%**  3,861,276 plays

Contact Form    Submit A Game Or Animation    Games For Your Website    Terms Of Use    Privacy Policy

**a Page Vault**

| | |
|---|---|
| Document title: | Warzone Mercenaries Game - Play online at Y8.com |
| Capture URL: | https://www.y8.com/games/warzone_mercenaries |
| Captured site IP: | 159.203.184.51 |
| Page loaded at (UTC): | Fri, 17 Dec 2021 18:25:18 GMT |
| Capture timestamp (UTC): | Fri, 17 Dec 2021 18:26:18 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 8 |
| Capture ID: | 69b93cb1-ce16-4bee-aadc-951aca972b4a |
| User: | msk-general |



Exhibit 22
WESTERDAL
12/3/24
Laura Axelsen
CSR 6173

PDF REFERENCE #:        gjXJkA5LazVvjhgFRQXiL6

835

Search games

  

Q  **Register**  Log in



Unity  WebGL    **Warzone Mercenaries**    Maximize

GAME CONTROLS

| | | | | | | |
|---|---|---|---|---|---|---|
| Move | Look | L<br>Mouse lock | SPACE<br>Shoot | SHIFT<br>Zoom | R<br>Reload | E<br>Enter vehicle |

| | |
|---|---|
| Z<br>Previous outfit skin | C<br>Next outfit skin |

# Warzone Mercenaries

2,898,012 play times

⭐ Add to favourite    ✈ Share (123)    |🚩 Report a bug

 **86.05%**

Did you like this game?

 👍 Yes    👎 No

Document title: Warzone Mercenaries Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/warzone_mercenaries
Capture timestamp (UTC): Fri, 17 Dec 2021 18:26:18 GMT



# Warzone Mercenaries

2,898,012 play times

⚠ **86.05%**

Did you like this game?

⭐ Add to favourite     ◢ Share (123)     ⚑ Report a bug

👍 Yes     👎 No

## GAME DETAILS

As a brave soldier, you must prove it by joining a war. They captured our base and we must clear it. Kill all enemies loitering around and be a smart soldier. You can use tank to deal massive damage to them.

Added on **18 Sep 2017**

## COMMENTS  519

💬 Talk to other players at the <u>Warzone Mercenaries forum</u>

### Please register or login to post a comment

**Register**  Login

**lolurded** 11 days ago
well boom

 **shadow** 27 days ago
love this game


**Shadow_br** 2 months ago
O jogo é legal mas me fez refletir em quantas vidas são perdidas em uma guerra =/

 **lolurded** 2 months ago
very noice

 **sniperx7000** 3 months ago
super fun

 **Xjan11_MasterWork** 3 months ago
GG😜😜

 **45player_skotomos** 3 months ago
I love it!!!!!!!!!!!!!!

 **zayno** 5 months ago
good

 **0000** 6 months ago
good

 **xfors24** 6 months ago
This game relaxes me in my spare time like the purge

 **landyplayztrt** 7 months ago
Fully upgraded missleman is INSANE!

 **nubzery** 7 months ago
i beat the game by getting all upgrades for marksman i felt like a god cause i didnt die onc

## TAGS

**ALL TAGS**

 Army
 1 player

 Shooting
 War

 Sniper
 Series

 Tank
 3D

 Rocket
 Gun

 Free
 Unity

 Y8 Account
 WebGL

 Y8 Highscore
 Y8 Save

 Y8 Achieveme…
 Voxel

 Third Person Shooter

## LEADERBOARD

POWERED BY **Y8 ACCOUNT**

1    **king**
    24,366 points

2    **Reuze04VL**
    11,579 points

3    **ak47**
    9,705 points

4    **malak**
    8,451 points

5    **Jenny**
    8,140 points

Show more ∨

Document title: Warzone Mercenaries Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/warzone_mercenaries
Capture timestamp (UTC): Fri, 17 Dec 2021 18:26:18 GMT



8,451 points


**landyplayztrt** 7 months ago
Fully upgraded missleman is INSANE!

5 **Jenny**
8,140 points

Show more ⌄

**nubzery** 7 months ago
i beat the game by getting all upgrades for marksman i felt like a god cause i didnt die once


All Y8 games with high scores


**tswd2008** 8 months ago
one of the most satisfying games in y8

**coolwolfd** 8 months ago
great

**alvaro1232** 9 months ago
hans yo tambien

**mcniteblox** 9 months ago
ez lol

**ACHIEVEMENTS**


**santi20** 9 months ago
es genial el juego


**me1** 10 months ago
litle nice game

**donato** 10 months ago
es muy cool

   


**Mystx** 10 months ago
my favorite

**imposter** 11 months ago
great

   


**zaa231** 11 months ago
muy bueno el juego

**Stab** 12 months ago
ME LIKE THIS

   


**No_Name** 12 months ago
Un Buen Juego me Gusta

**Nacario_gamer** about a year ago
i like this game for new choices

Add this game to your web page
Share on Website

First   Previous   1   2   3   4   5   6   7   8   Next   Last

## RELATED GAMES


**Helicopter and Tank**
WebGL
83% · 335,440 plays


**WarBrokers io**
WebGL
87% · 1,230,116 plays

## PART OF A SERIES: WARZONE


**Warzone Online MP**
85% - 738,617 plays


**Battle Tank**


**Air Fighter**


**Hi there! Did you know there is a Y8 Forum?**
Join other players talking about games. **Visit the Y8 Forum**

Go to Forum     Hide

Document title: Warzone Mercenaries Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/warzone_mercenaries
Capture timestamp (UTC): Fri, 17 Dec 2021 18:26:18 GMT





Hi there! Did you know there is a Y8 Forum?
Join other players talking about games. **Visit the
Y8 Forum**

Go to Forum    Hide

**Battle Tank**
WebGL
85% · 723,204 plays

**Air Fighter**
WebGL
83% · 2,029,845 plays





**Military Wars 3D Multipla...**
WebGL
86% · 19,337,260 plays

**Funny Shooter 3D**
WebGL
88% · 593,098 plays





**Sky War**
WebGL
77% · 781,648 plays

**Combat Pixel Vehicle Zo...**
WebGL
86% · 870,287 plays





**Pubg Pixel**
WebGL
71% · 4,810,468 plays

**Voxel Front 3D**
WebGL
74% · 360,202 plays





**Freefall Tournament**
WebGL
91% · 32,672,667 plays

**Heroes of War**
WebGL
89% · 137,456 plays

Document title: Warzone Mercenaries Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/warzone_mercenaries
Capture timestamp (UTC): Fri, 17 Dec 2021 18:26:18 GMT



**Freefall Tournament**
WebGL
91% · 32,672,667 plays



**Heroes of War**
WebGL
89% · 137,456 plays



**The Sniper 2**
Flash
89% · 1,897,954 plays



**Big Battle Tanks**
Flash
88% · 102,940 plays



**Foxy Sniper**
Flash
81% · 16,626,742 plays



**Micro Tanks**
HTML5
73% · 5,983,037 plays



**Head Hunter Reborn**
HTML5
82% · 5,693,590 plays



**Awesome Tanks 2**
HTML5
93% · 203,791 plays



**Crime City 3D**
WebGL
88% · 16,603,652 plays



**Mech Battle Simulator**
WebGL
86% · 14,236 plays

Document title: Warzone Mercenaries Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/warzone_mercenaries
Capture timestamp (UTC): Fri, 17 Dec 2021 18:26:18 GMT



**Crime City 3D**
WebGL
88% · 16,603,652 plays



**Mech Battle Simulator**
WebGL
86% · 14,236 plays



**Lonewolf**
Flash
85% · 4,509,061 plays



**AZ**
Flash
83% · 75,778,985 plays



**Ninja Clash Heroes**
HTML5
84% · 3,105,308 plays



**Voxel Tanks 3D**
WebGL
77% · 827,921 plays



**WW2 Modern War Tanks ...**
WebGL
83% · 98,022 plays



**Mason the Professional ...**
HTML5
73% · 72,428 plays



**Tank Wars**
HTML5
83% · 187,516 plays



**Liberate the Souls**
Flash
81% · 36,077 plays



Document title: Warzone Mercenaries Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/warzone_mercenaries
Capture timestamp (UTC): Fri, 17 Dec 2021 18:26:18 GMT





**WW2 Modern War Tanks ...**
WebGL
83% · 98,022 plays

**Mason the Professional ...**
HTML5
73% · 72,428 plays





**Tank Wars**
HTML5
83% · 187,516 plays

**Liberate the Souls**
Flash
81% · 36,077 plays



**Tank Rumble**
HTML5
83% · 108,091 plays

**Y8 GAMES**

New Games

Upload

All Tags

Best of New

Most Popular

Download App

**UPDATES**

Blog

Forum

Twitter

Facebook

Instagram

Discord

**COMPANY**

Terms of Use

Privacy Policy

Cookie Policy

Game Publishers

Game Developers

Contact Form

Email Us

**FOLLOW US**

  

 



© 2021 Y8.COM
All rights reserved.



# EXHIBIT 118



**Warzone: Clash of Generals**
June 13, 2017 · 🌐

### Warzone - Mobile Strategy Evolved! Clash Royale meets Command ...

Mobile Strategy Evolved - Play this awesome combination of Clash Royale and Command & Conquer!

👍 7                                                260 👁

👍 Like          💬 Comment          ↗ Share



Exhibit 19
WESTERDAL
12/3/24
Laura Axelsen
CSR 6173

Comments                              See all

Write a comment...

▶ 0:14 / 0:15

   



**Warzone: Clash of Generals**
August 17, 2017 · 🌐

Great news! YouTuber **Typical Gamer** is joining Warzone, with the next update featuring his own in-game character and super-unit: The Burner

He will also be battling the scorched Warzone battlegrounds online for you to watch.

Download Warzone at: bit.ly/2i9mjFU

Early bird downloaders will get a free Division Box (worth 50$) upon the game's official release at the end of the month! **See less**

🔵 134                                                                                                10 💬  5 ↪

👍                    ⚪                    ↪

Most relevant ▾

👤 Write a comment...

😄 🙂 GIF 🗨

Exhibit 20
WESTERDAL
12/3/24
Laura Axeisen
CSR 6173

11/21/24, 1:51 AM

Facebook

 

   





http://warzone-thegame.com/    Go

95 captures
22 Apr 2017 - 14 Jan 2025



Warzone is set in a near future and delivers head-to-head realtime strategy battles in short sessions. General vs. General, Tank vs. Tank, Artillery vs. Artillery and Troops vs. Troops fighting over bases on arena-style maps while clans fight over territories and resources. The gameplay of Warzone is based on easy controls which play to the strengths of the platform, providing a satisfying experience to the player regardless of their skill or experience following the philosophy easy to learn, hard to master.

Subscribe here for early access

Find and share on the web

**847**

95 captures
22 Apr 2017 - 14 Jan 2025



DEFEAT CLEVER
AI GENERALS

DUEL PLAYERS
IN REALTIME

DISCOVER
NEW CARDS

UNLOCK NEW
GAMEMODES

EXPAND YOUR
COLLECTION

LEVEL UP YOUR
CLAN BASE

       IMPRINT    PRIVACY POLICY    TERMS OF SERVICE    @2016 Stratosphere Games GmbH

**848**



The Wayback Machine - https://web.archive.org/web/20180121172344/https://play.google.com/store/apps/details?id=com.StratosphereGames.Warzone

Apps

Categories | Home | Top c | ases

My apps
Shop

Games
Family
Editors' Choice

Account
Redeem
Buy gift card
My wishlist
My Play activity
Parent guide

# Warzone: Clash of Generals

**Stratosphere Games GmbH** - 11 January 2018 - Everyone 10+
**Strategy**

Install | Add to wishlist

Offers in-app purchases

★★★★☆ (264)

Warzone: Clash of Generals- screenshot thumbnail | Warzone: Clash of Generals- screenshot thumbnail | Warzone: Clash of

## Description

When city states fight each other over precious resources, they need war heroes to lead their armies of tanks, mechs and robots to battle.

You are one of those heroes.

Take command of a futuristic military power and wage real time strategy (RTS) battles against other players online in pvp action, and join your clan's struggle to conquer territory and gain power.

Features:
• Play online PvP RTS matches with players from all around the world
• Conquer territories from powerful AI opponents in an exciting single player campaign
• Collect, upgrade and command an army of tanks, mechs, airships, artillery and drones
• Choose one of seven war heroes and generals, each adding a special power and a unique super unit to your war party
• Use winning combinations and strategies to surprise and overpower your opponents in PvP
• Enjoy three different game modes: Conquest, Siege and Domination. Each requires command of different tactics, strategic thinking and creative use of units and heroes
• Conquer your way in the rankings and global player leaderboard
• Enjoy cutting-edge 3D graphics and visual effects
• Form or join a clan with your friends and then command armies in clan wars of conquest against others
• Build up your clan's city with production buildings and robotic defenses

Download Warzone: Clash Of Generals now for free to take part in the next generation of mobile RTS and social strategy gaming.

Support:
Do you have issues? Please send an Email to support@stratosphere-games.com.

Privacy Policy:
http://warzone-thegame.com/privacy-policy/

Terms of Service:
http://warzone-thegame.com/terms-of-service/

## Reviews



Shadra Hamblin  ★ ★ ★ ★
*tipical gamer make more games and make a game of my little pony plea.se*



★ ★ ★ ★ ★
*THIS GAME IS AWESOME*

>

## What's New

Version 1.1.8 - The Sniper's Bullet

• Added a deadly, new unit: The Ghost - Outfitted with a camouflage-cloak these soldiers take their time to deliver the one shot that counts
• Removed Christmas themed content
• Added 2 new maps for Siege and Domination game modes
• Much more!

## Additional information

**850**

ATV007967

| | | | |
|---|---|---|---|
| **Updated** | **Installs** | **Current Version** | **Requires Android** |
| 11 January 2018 | 50,000 - 100,000 | 1.1.8 | 4.0.3 and up |
| **Content Rating** | **Interactive Elements** | **In-app Products** | **Permissions** |
| Everyone 10+ | Users interact, Digital | $2.99 - $99.99 per item | View details |
| Fantasy violence | purchases | | |
| Learn more | | | |
| **Report** | **Offered By** | **Developer** | |
| Flag as inappropriate | Stratosphere Games | Visit website | |
| | GmbH | Email | |
| | | kristian@stratosphere- | |
| | | games.com | |
| | | Privacy Policy | |
| | | Gormannstr. 14 | |
| | | 10119 Berlin | |

## Similar



Conspiracy
Badfrog

★ ★ ★ ★ ☆    FREE



Tower defense-De
GCenter

★ ★ ★ ★ ☆    FREE



Griblers - turn bas
Grumpy Games

★ ★ ★ ★ ☆    FREE



UniWar
Spooky House Studios

★ ★ ★ ★ ☆    FREE

©2018 Google   Site Terms of Service  Privacy  Developers  Artists  About Google
By purchasing this item, you are transacting with Google Payments and agreeing to the Google Payments Terms of service and Privacy
Notice.



Google Play Search Sign in

Apps Categories Home Top charts New releases

My apps
Shop

Games
Kids
Editors' Choice

Account
Payment methods
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide

# Warzone: Clash of Generals

Stratosphere Games GmbH Strategy ★★★★★ 702

Everyone 10+

Offers in-app purchases

Add to Wishlist Install

When city states fight each other over precious resources, they need war heroes to lead their armies of tanks, mechs and robots to battle.

You are one of those heroes.

Take command of a futuristic military power and wage real time strategy (RTS) battles against other

READ MORE

REVIEWS Review policy and info

4.6
★★★★★
702 total

| | |
|---|---|
| 5 | |
| 4 | |
| 3 | |
| 2 | |
| 1 | |

C Chewy
★★★★★ July 19, 2019 18

One of the better tac card games out. You cant get a 5th star bc it is still pretty unbalanced for new players to participate in clan fights. Make the smaller players fight instead of one big



**Apps**

My apps

**Shop**

Games

Kids

Editors' Choice

Account

Payment methods

My subscriptions

Redeem

Buy gift card

My wishlist

My Play activity

Parent Guide

---

**C**  **Chewy**
★ ★ ★ ★ ☆  July 19, 2019                              👍  18  ⋮

One of the better tac card games out. You cant get a 5th star bc it is still pretty unbalanced for new players to participate in clan fights. Make the smaller players fight instead of one big alliance wall, maybe? thats all i would suggest. Still worth it

**Christopher Fernandez**
★ ★ ★ ★ ★  March 21, 2019                             👍  16  ⋮

Best game I've ever played for strategy. Every match is always a challenge because there are so many possibilities. Warning: Highly addictive.

**darklord 1026**
★ ★ ★ ☆ ☆  July 25, 2020                              👍  7  ⋮

This game would be so much better if arena 8 wasn't stupidly annoying with many player who have level advantages and with general striker being stupidly broken with his nuke spam every 10 to 20 mins but it's fun but it has many units that need to get patched asap

**Bevalarz**
★ ★ ★ ★ ★  December 8, 2021                           👍  ⋮

Has potential I love futuristic games and specially this type of game reminds me of red alert and command and conquer. Keep working on this game dear devs it going somewhere..

**READ ALL REVIEWS**

---

**WHAT'S NEW**
Version 1.3.9
Greetings General!

You can now watch an ad to decrease the unlock times of boxes.

Balancing adjustments

**READ MORE**

---

**ADDITIONAL INFORMATION**

| Updated | Size | Installs |
|---|---|---|
| April 16, 2019 | 100M | 100,000+ |

| Current Version | Requires Android | Content Rating |
|---|---|---|
| 1.3.9 | 4.1 and up | Everyone 10+ Fantasy Violence Learn more |

| Interactive Elements | In-app Products | Permissions |
|---|---|---|
| Users Interact, Digital Purchases | $3.49 - $114.99 per item | View details |

| Report | Offered By | Developer |
|---|---|---|
| Flag as inappropriate | Stratosphere Games GmbH | Visit website kristian@stratosphere-games.com |

Document title: Warzone: Clash of Generals - Apps on Google Play
Capture URL: https://play.google.com/store/apps/details?id=com.StratosphereGames.Warzone&hl=en_US&gl=US
Capture timestamp (UTC): Wed, 15 Dec 2021 19:34:49 GMT

**853**

ATV000210
Page 10 of 3



| Current Version | Requires Android | Content Rating |
|---|---|---|
| 1.3.9 | 4.1 and up | Everyone 10+ |
| | | Fantasy Violence |
| | | Learn more |

| Interactive Elements | In-app Products | Permissions |
|---|---|---|
| Users Interact, Digital Purchases | $3.49 - $114.99 per item | View details |

| Report | Offered By | Developer |
|---|---|---|
| Flag as inappropriate | Stratosphere Games GmbH | Visit website |
| | | kristian@stratosphere-games.com |
| | | Privacy Policy |
| | | Ackerstr. 3 10115 Berlin |

## More by Stratosphere Games GmbH

See more

Idle War Heroes - T
Stratosphere Games G
★ ★ ★ ★ ½

## Similar

See more

**War of Destiny**
Camel Games Limited
★ ★ ★ ★ ½

**Glory of War - Mob.**
Meiyou Game
★ ★ ★ ★ ½

**Modern Command**
Level Eight AB
★ ★ ★ ★ ½

**Warzone Idle**
Warzone.com, LLC.
★ ★ ★ ★ ½

©2021 Google   Site Terms of Service  Privacy  Developers  About Google  | Location: United States  Language: English (United States)
By purchasing this item, you are transacting with Google Payments and agreeing to the Google Payments Terms of Service and Privacy Notice.

Document title: Warzone: Clash of Generals - Apps on Google Play
Capture URL: https://play.google.com/store/apps/details?id=com.StratosphereGames.Warzone&amp;hl=en_US&amp;gl=US
Capture timestamp (UTC): Wed, 15 Dec 2021 19:34:49 GMT



Search Facebook

# Warzone: Clash of Generals

1K likes • 1K followers

Message | Like | Search

Posts | About | Mentions | Reviews | Followers | Photos | More ▾

## Intro

Futuristic PvP Real Time Strategy - let your tanks do the talking

http://warzone-thegame.com/

**Page** · App page

warzone-thegame.com

94% recommend (21 Reviews)

## Photos

See all photos

## Posts

Filters

**Warzone: Clash of Generals**
October 6, 2022 ·

Hello everyone,
unfortunately, we have to inform you that our server provider has stopped its service and therefore our server has been shut down. This means that you will not be able to log into the game anymore.
We would like to thank you for playing the game and being such a great community. However, we as Stratosphere Games do not stop here. Our new title Homeworld Mobile is already available in several countries including Canada, the UK, and Germany — with global launch ... **See more**

HOMEWORLD-MOBILE.ONELINK.ME
**Home - Coming Soon - Homeworld Mobile**

4

Like | Comment | Share

Write a comment...

**Warzone: Clash of Generals**
February 25, 2022 ·

Hey everyone!
It's been a while, but we've been busy. Check out the trailer for our upcoming real-time strategy MMO — Homeworld Mobile.
See you in space!

Document title: (4) Facebook
Capture URL: https://www.facebook.com/WarzoneTheGame/
Capture timestamp (UTC): Fri, 22 Nov 2024 18:27:05 GMT



Search Facebook

Warzone: Clash of Generals

## Intro

Futuristic PvP Real Time Strategy - let your tanks do the talking

http://warzone-thegame.com/

**Page** · App page

warzone-thegame.com

94% recommend (21 Reviews)

## Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

3 · 1 comment

Like · Comment · Share

**Tobi Liese**
Can you give me codes?
2y Like Reply

Write a comment...

**Warzone: Clash of Generals**
September 9, 2020

Hey everyone,
We wanted to let you know that we just released our second game, Idle War Tank Tycoon, globally today.
If you are a Warzone Fan and you want to check it out we are sure you will recognize some of the tanks and other units.
Download Idle War now!
Android: https://play.google.com/store/apps/details...... **See more**

DISCORD.COM
**Join the Idle War Discord Server!**
Check out the Idle War community on Discord - hang out with 91 other members and enjoy free voice and text chat.

4

Like · Comment · Share

Write a comment...

**Warzone: Clash of Generals**
April 17, 2019

New Update! Introducing ad support!


**STRATOSPHERE GAMES**

ABOUT THE GAME
CONTACT


**WAR ZONE**
CLASH OF GENERALS


GET IT ON
Google Play


Download on the
App Store



## ABOUT THE GAME

When the city-states fight for precious resources, they need war heroes who lead their armies of tanks, mechs, and robots into battle.

You are one of these heroes.



Take command of a futuristic military power and devise real-time strategic battles (RTS) against other online players in PvP matches. Support your clan in the struggle to conquer territory and take power.





## FEATURES

- Play online PvP RTS matches with players from all around the world
- Conquer the territories of powerful AI opponents in a thrilling single-player campaign
- Collect, upgrade, and command an army of tanks, mech, airships, artillery, drones, and infantry
- Choose one of seven war heroes and generals, each adding a special power and a unique super unit to your war party
- Form or join a clan with your friends and command armies in clan wars of conquest against others
- Build up your clan's city with production buildings and robotic defenses




ATV007962



**FEATURES**

- Use winning combinations and strategies to surprise and surprise you opponent in PvP encounters
- Enjoy four different game modes: Conquest, Siege, Domination, Open Combat. Each requires different tactics, strategic thinking, and creative use of units and heroes
- Conquer your way up the Global player rankings leaderboard
- Explore a scifi post apocalyptic world where battlefields are dominated by futuristic EMP tanks, drop-pod infantry and mechs and robots armed with deadly lasers
- Enjoy cutting-edge 3D graphics and visual effects
- Build your clan's base with production buildings and robotic defenses

Download Warzone - Clash Of Generals now for free to take part in the next generation of mobile RTS and social strategy gaming.









858
ATV007963

11/21/24, 2:21 AM Case 2:21-cv-03073-FLA-JC Document 115-4 Filed 02/14/25 Page 174 of 244
Warzone – the game
Page ID #:4331

IMPRINT        PRIVACY POLICY        TERMS OF SERVICE        ✉ f in ▶▶

© 2020 BY STRATOSPHERE GAMES GMBH

# EXHIBIT 119



ATV028479

# EXHIBIT 120

**A Page Vault**

| | |
|---|---|
| Document title: | Warzone Game - Play online at Y8.com |
| Capture URL: | https://www.y8.com/games/warzone |
| Captured site IP: | 159.203.184.51 |
| Page loaded at (UTC): | Fri, 17 Dec 2021 18:21:42 GMT |
| Capture timestamp (UTC): | Fri, 17 Dec 2021 18:23:33 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 8 |
| Capture ID: | e2cc20c7-bcc3-43ff-8b30-01aa45fc967b |
| User: | msk-general |



Exhibit 21
WESTERDAL
12/3/24
Laura Axelsen
CSR 6173

PDF REFERENCE #:    uRvUKkBsTqgdAuoVgmiSv4

**863**

Search games  

Register    Log in



Warzone

**GAME CONTROLS**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Move | Prone (X) | Run (SHIFT) | Jump (SPACE) | Lean Left (Q) | Lean Right (E) | Controls (H) | Lock Mouse Cursor (L) |
| Fire | Zoom | Reload (R) | Use Item (F) | Throw Grenade (G) | Fire Mode (B) | Melee Attack (V) | Enter Bullet Time (T) | Toggle Deadzone Aiming (Z) |

# Warzone

364,558 play times

⭐ Add to favourite    ◢ Share (10)    🚩 Report a bug

📈 **80.39%**

Did you like this game?

👍 Yes    👎 No

We use cookies for content recommendations, traffic measurement, and personalized ads. By using this website, you agree to the Privacy Policy and Cookie Policy.    **Got it**

GAME DETAILS

Document title: Warzone Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/warzone
Capture timestamp (UTC): Fri, 17 Dec 2021 18:23:33 GMT

# Warzone

 **80.39%**

364,558 play times

Did you like this game?

⭐ Add to favourite      ↗ Share (10)      ⚑ Report a bug

👍 Yes     👎 No

## GAME DETAILS

A great WebGL shooting game, Warzone! This action-packed thrilling game will
test your survival skills to the limits. On a mountainous terrain, your mission is to
survive and kill all the enemy soldiers. There will be guns, ammunition and med
kits that will spawn in the area so be aware of your surroundings. The number of
rival soldiers will increase every wave as you progress in the game. With great 3D
graphics, this game will give you that great feel of a first person shooting game.
Use the terrain as your weapon. Go to the higher parts of the area and try to
snipe the enemy. It'll be hard for you to take them all at once because of the
limited ammunition so better take them one by one. You're just a one-man army
and you need to be smarter and quicker on how you execute your actions. There
are achievements that you can unlock. The achievements are, "The First
Blood(easy)", "Elite Killer(easy)", "Hard Target(medium)", "Legendary
Soldier(hard)", "Unlocked Potential (easy)", "Survivor(easy)", "Survivalist of the
Dead(medium)", "Overkill(hard)", "Unlocked Potential(hard)", and lastly "Living
Nightmare(hard)". These achievements will really challenge your shooting skills.
Kill as many as you can and earn lots of points and maybe you'll end up having
your name in the leaderboard! Play this game now and see how far you can go!

Added on 02 Aug 2018



**Warzone Walkthrough**

Stuck? See how to complete the game.

**TAGS**                    **ALL TAGS**

Army            1 player

Shooting        War

Killing         First Person Shooter

3D              Gun

Free            Unity

Y8 Account      WebGL

Y8 Highscore    Y8 Achieveme...

**COMMENTS** 21

### Please register or login to post a comment

**Register**    Login



**09175098285** 2 months ago
me but unfinished spawn enemies]

**gamerboi** 6 months ago
lol i played this thinkin it was the call of duty one

**dark** 7 months ago
my high score was 100M

**renzo** 7 months ago
its funny XD

**Rob** 10 months ago
thor?

**Thelegend** 2 years ago

**IanSixx12** 2 years ago
Hola a todos quiero hacer amigos

We use cookies for content recommendations, traffic measurement, and personalized
ads. By using this website, you agree to the Privacy Policy and Cookie Policy.     **Got it**

**LEADERBOARD**    POWERED BY **Y8 ACCOUNT**



1  **Sawasdee**
   110,794 points

2  **Oli**
   100,099 points

3  **Fritz**
   72,932 points

4  **Argjent**
   69,677 points

5  **suhdude**

Show more ⌄


**dark** 7 months ago
my high score was 100M

 **rene**
its funny XD

4  **Argjent**
69,677 points

 **Rob** 10 months ago
thor?

 **Thelegend** 2 years ago
Its as good as thor

5  **suhdude**
54,617 points

Show more ∨

 **IanSixx12** 2 years ago
Hola a todos quiero hacer amigos

🏆
**All Y8 games with high scores**

 **otaviu** 2 years ago
Good Morning buen día bom dia quero amigos Quiero amigos I want friends

**luis3** 2 years ago
que asen estou

 **Nicolas** 2 years ago
hola estoy usando canaima windows 10 XDDD

**ACHIEVEMENTS**



 **ISLEM** 3 years ago
لعبة رائعة

 **ed135** 3 years ago
this game is good

 **JOULYJOULIANE** 3 years ago
its very nice good games thanks

 **leugim** 3 years ago
hola quien puede enseñarme a como hacer amigos

**bam2x** 3 years ago
beutiful game

**lol** 3 years ago
odio cuando tarda en cargar pero bueno esta cool

 **marbin0916** 3 years ago
si es incleible

 **deapool** 3 years ago
este juego es increible

 **marbin0916** 3 years ago
xswex 2333223 y yo seremos tu amigos richard

 **2333223** 3 years ago
3443

 **xswex_xstremx** 3 years ago
BUENO

 **Add this game to your web page**
Share on Website

**Hi there! Did you know there is a Y8 Forum?**
Join other players talking about games. **Visit the Y8 Forum**

**Go to Forum**   **Hide**

**RELATED GAMES**



**Death Squad: The Last Mi...**
WebGL
79% · 8,481,576 plays



**Counter Force Conflict**
WebGL
73% · 186,049 plays

We use cookies for content recommendations, traffic measurement, and personalized ads. By using this website, you agree to the Privacy Policy and Cookie Policy.

**Got it**

Document title: Warzone Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/warzone
Capture timestamp (UTC): Fri, 17 Dec 2021 18:23:33 GMT





**Death Squad: The Last Mi...**
WebGL
79% · 8,481,576 plays

**Counter Force Conflict**
WebGL
73% · 186,049 plays




**Call of Zombies**
WebGL
81% · 6,672,702 plays

**Call of Ops 2**
WebGL
78% · 84,386 plays




**WWII:Seige**
WebGL
80% · 276,043 plays

**Red Crucible 2**
WebGL
88% · 11,132,618 plays




**Desert Claw Rising**
WebGL
77% · 518,083 plays

**Cs Online**
WebGL
81% · 4,380,278 plays




**Cave War**
WebGL
78% · 448,269 plays

**Rescue Six**
WebGL
74% · 4,817,984 plays



We use cookies for content recommendations, traffic measurement, and personalized ads. By using this website, you agree to the Privacy Policy and Cookie Policy.

**Got it**

Document title: Warzone Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/warzone
Capture timestamp (UTC): Fri, 17 Dec 2021 18:23:33 GMT

**Cave War**
WebGL
78% · 448,269 plays

**Rescue Six**
WebGL
74% · 4,817,984 plays



**Western:Invasion**
WebGL
77% · 463,726 plays



**Bullet Party 2**
WebGL
76% · 6,040,388 plays



**Masked Shooters Single ...**
WebGL
88% · 3,419,768 plays



**PUBG Craft: Battlegrounds**
WebGL
75% · 813,438 plays



**Super Hot**
WebGL
81% · 2,355,967 plays



**Bullet Fury**
Flash
82% · 19,568,064 plays



**Dead Lab 2**
WebGL
85% · 52,220 plays



**The Wasteland**
WebGL
71% · 40,821 plays





We use cookies for content recommendations, traffic measurement, and personalized ads. By using this website, you agree to the Privacy Policy and Cookie Policy.

**Got it**

Document title: Warzone Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/warzone
Capture timestamp (UTC): Fri, 17 Dec 2021 18:23:33 GMT

Dead Lab 2: Wasteland

WebGL
85% · 52,220 plays


WebGL
71% · 40,821 plays



**Alien Aggression**
WebGL
76% · 40,051 plays



**Alien Attack 3**
WebGL
80% · 30,260 plays

**Rebel Forces**
WebGL
77% · 90,287 plays

**Amnesia True Subway Ho...**
WebGL
67% · 95,905 plays



**Me Alone**
WebGL
70% · 56,384 plays



**Military Wars 3D Multipla...**
WebGL
86% · 19,337,224 plays



**CS Portable (Counterstrik...**
WebGL
87% · 13,752,411 plays



**Masked Shooters Multipl...**
WebGL
88% · 5,273,410 plays





We use cookies for content recommendations, traffic measurement, and personalized ads. By using this website, you agree to the Privacy Policy and Cookie Policy.

**Got it**

Document title: Warzone Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/warzone
Capture timestamp (UTC): Fri, 17 Dec 2021 18:23:33 GMT





**CS Portable (Counterstrik...**
WebGL
87% · 13,752,411 plays

**Masked Shooters Multipl...**
WebGL
88% · 5,273,410 plays





**Gangsta Wars**
WebGL
84% · 58,431 plays

**Battle Factory**
WebGL
79% · 42,026 plays



**Army Recoup: Island 3**
WebGL
80% · 468,760 plays

| Y8 GAMES | UPDATES | COMPANY | FOLLOW US |
|---|---|---|---|
| New Games | Blog | Terms of Use | |
| Upload | Forum | Privacy Policy | |
| All Tags | Twitter | Cookie Policy | |
| Best of New | Facebook | Game Publishers | |
| Most Popular | Instagram | Game Developers | |
| Download App | Discord | Contact Form | |
| | | Email Us | |

   



© 2021 Y8.COM
All rights reserved.

We use cookies for content recommendations, traffic measurement, and personalized ads. By using this website, you agree to the Privacy Policy and Cookie Policy.

**Got it**



Document title: Warzone Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/warzone
Capture timestamp (UTC): Fri, 17 Dec 2021 18:23:33 GMT

# EXHIBIT 121

Search games

Register    Log in



Warzone Online

WebGL    **Warzone Online**    Maximize

GAME CONTROLS

Move    Aim    SPACE / Shoot    SHIFT / Zoom

Game Over    Cursor Lock

## Warzone Online MP
738,614 play times

⭐ Add to favourite    📤 Share (35)    🚩 Report a bug

🔺 **85.15%**
Did you like this game?

👍 Yes    👎 No

**GAME DETAILS**

**TAGS**    **ALL TAGS**

Document title: Warzone Online MP Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/warzone_online_mp
Capture timestamp (UTC): Fri, 17 Dec 2021 18:32:34 GMT

**872**

ATV000278
Page 7 of 7

# Warzone Online MP

85.15%

738,614 play times

Did you like this game?

★ Add to favourite     ◀ Share (35)     🚩 Report a bug

👍 Yes     👎 No

## GAME DETAILS

Your base was taken by your enemy and you need to do everything you can to clear the area from your enemies. Kill your enemies and find a way how to finish the game. We believe that you'll be able to make it and that you'll finish the game without that many problems. Try your luck!

Added on **19 Jan 2018**

## COMMENTS · 199

**Please register or login to post a comment**

**Register**     Login

**Bender** 4 days ago
great :)

**Blasters** 6 days ago
but the game is tank!

**splitgate01** 17 days ago
best game really good

**Dark_Knight** 2 months ago
i love this game

**RedArmy2312** 2 months ago
Tôi nữa

**nogla** 3 months ago
nice

**vietnam123** 4 months ago
tôi nè

**AM_Thieu_shit123** 4 months ago
ai là người vn ko?

**HIEUTHUHAI** 4 months ago
i like 2021

**victor** 4 months ago
the best game ever in 2021

**vietnam123** 4 months ago
be like

**agustin** 5 months ago
si añaden helicopteros y aviones el juego seria 99999 de 10

**agustin** 5 months ago
re buen juegaso

**09175098285** 5 months ago
i like this game but more bots are like

**blablabla** 6 months ago
i good at this game

**giopro** 7 months ago
hardcore game its cool

## TAGS

**ALL TAGS**

| | | | |
|---|---|---|---|
| 🎮 1 player | | 🔫 Shooting | |
| 🪖 War | | 🎆 Multiplayer | |
| 🔭 Sniper | | 🔪 Killing | |
| 📺 Series | | 🚜 Tank | |
| ⬜ 3D | | 🚀 Rocket | |
| 🔫 Gun | | 🏊 Free | |
| 🎮 Unity | | Y8 Account | |
| WebGL | | 🏆 Y8 Highscore | |
| ☁ Y8 Save | | 🏅 Y8 Achieveme… | |
| Voxel | | Third Person Shooter | |

## LEADERBOARD

POWERED BY **Y8 ACCOUNT**

1. **Nitu**
   250,025k points
2. **kyok58**
   3,851k points
3. **kickman**
   2,378k points
4. **Zhdan**
   2,364k points
5. **nutty**
   2,046k points

Show more ˅

Document title: Warzone Online MP Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/warzone_online_mp
Capture timestamp (UTC): Fri, 17 Dec 2021 18:32:34 GMT

**873**

ATV000279
Page 73 of 7



si añaden helicopteros y aviones al juego seria 99999 de 10

**agustin** 5 months ago
re buen juegaso

**09175098285** 5 months ago
i like this game but more bots are like

**blablabla** 6 months ago
i good at this game

**giopro** 7 months ago
hardcore game its cool

**FGGFHG** 8 months ago
need helicopters

**Dark_Knight** 8 months ago
easy as a pilipino

**DARK_ANGEL** 8 months ago
I LIKE THIS GAME ITS SO COOL ;]

**nicey** 8 months ago
oy mate nice

**ryan_bui** 8 months ago
normal

**lhy** 9 months ago
GOOD GAME

**ggg** 10 months ago
nice game

**imposter** 10 months ago
just kidding

**Akatsukiphilippines13** 10 months ago
02/06/2021 this is my first time playing this

First    Previous    1    2    3    4    5    6    7    8    Next    Last

## RELATED GAMES

**Helicopter and Tank**
WebGL
83% · 335,431 plays

**WarBrokers io**
WebGL
87% · 1,230,106 plays

**Combat Pixel Vehicle Zo...**
WebGL
86% · 870,287 plays

**Advanced Pixel Apocalyp...**
WebGL
85% · 1,183,220 plays

4   **zhdan**
    2,364k points

5   **nutty**
    2,046k points

Show more ⌄

All Y8 games with high scores

## ACHIEVEMENTS

Add this game to your web page
Share on Website

## PART OF A SERIES: WARZONE

**Warzone Mercenaries**
86% · 2,897,997 plays

Hi there! Did you know there is a Y8 Forum?
Join other players talking about games. **Visit the Y8 Forum**

Go to Forum    Hide

Document title: Warzone Online MP Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/warzone_online_mp
Capture timestamp (UTC): Fri, 17 Dec 2021 18:32:34 GMT

**874**

ATV000280
Page 6 of 7


86% · 870,287 plays    85% · 1,183,220 plays


Hi there! Did you know there is a Y8 Forum?
Join other players talking about games. **Visit the Y8 Forum**

Go to Forum    Hide



**Battle Tank**
WebGL
85% · 723,194 plays



**Voxiom io**
WebGL
82% · 2,535,121 plays



**Freefall Tournament**
WebGL
91% · 32,672,606 plays



**Extreme Battle Pixel Roya...**
WebGL
81% · 271,288 plays



**PUBG Craft: Battlegrounds**
WebGL
75% · 813,442 plays



**Crazy Craft**
WebGL
85% · 448,070 plays



**Military Wars 3D Multipla...**
WebGL
86% · 19,337,245 plays



**Air Fighter**
WebGL
83% · 2,029,815 plays





Document title: Warzone Online MP Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/warzone_online_mp
Capture timestamp (UTC): Fri, 17 Dec 2021 18:32:34 GMT

**875**

ATV000281
Page 4 of 7

86% · 19,337,245 plays      83% · 2,029,815 plays





**Sift Heads World Act 1**
⚡ Flash
93% · 7,725,858 plays

**Command and defenD**
⚡ Flash
89% · 16,006 plays





**Crime City 3D 2**
WebGL
89% · 8,614,424 plays

**Battle of Tanks**
🏠 HTML5
80% · 28,346 plays





**Range of the Dead**
WebGL
81% · 973,613 plays

**Tanked io**
🏠 HTML5
69% · 36,086 plays





**Mountain Sniper**
WebGL
73% · 718,189 plays

**Tank Off**
WebGL
86% · 104,878 plays





**Elite Ghost Sniper**

**Total Tankage**

Document title: Warzone Online MP Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/warzone_online_mp
Capture timestamp (UTC): Fri, 17 Dec 2021 18:32:34 GMT

**876**

ATV000282
Page 52 of 7



**Elite Ghost Sniper**
WebGL WebGL
76% · 86,449 plays



**Total Tankage**
Flash
82% · 14,996,874 plays



**Sniper Assault Squad**
WebGL WebGL
68% · 408,892 plays



**Call of Tanks**
WebGL WebGL
86% · 44,967 plays



**Voxel Tanks 3D**
WebGL WebGL
77% · 827,916 plays



**Nasty Sniper**
Flash
78% · 32,419 plays



**Vehicles Simulator 2**
WebGL WebGL
83% · 444,362 plays



**The Mercenaries**
WebGL WebGL
70% · 99,838 plays



**Warfare 1917**
Flash

Document title: Warzone Online MP Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/warzone_online_mp
Capture timestamp (UTC): Fri, 17 Dec 2021 18:32:34 GMT

ATV000283



**Voxel Tanks 3D**
WebGL WebGL
77% · 827,916 plays

**Nasty Sniper**
Flash
78% · 32,419 plays




**Vehicles Simulator 2**
WebGL WebGL
83% · 444,362 plays

**The Mercenaries**
WebGL WebGL
70% · 99,838 plays



**Warfare 1917**
Flash
89% · 2,203,166 plays

**Y8 GAMES**
New Games
Upload
All Tags
Best of New
Most Popular
Download App

**UPDATES**
Blog
Forum
Twitter
Facebook
Instagram
Discord

**COMPANY**
Terms of Use
Privacy Policy
Cookie Policy
Game Publishers
Game Developers
Contact Form
Email Us

**FOLLOW US**



© 2021 Y8.COM.
All rights reserved.



Document title: Warzone Online MP Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/warzone_online_mp
Capture timestamp (UTC): Fri, 17 Dec 2021 18:32:34 GMT

**878**

ATV000284
Page 4 of 7

# EXHIBIT 122



ATV028481

# EXHIBIT 123

Search games

Register   Log in



GAME CONTROLS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Move | SHIFT Run | SPACE Jump | Aim | Shoot | I Shop | P Pause | L Lock or Unlock Cursor |

## Warzones
425,774 play times

⭐ Add to favourite   ✈ Share (15)   ⚑ Report a bug

🔶 **74.86%**

Did you like this game?

👍 Yes   👎 No

### GAME DETAILS

Welcome to Warzones! Your team against 100 enemies. The more you kill the greater you earn money which you can use in purchasing better and powerful weapons. Kill as many as you can for bigger points and you might be one in the

### TAGS                    ALL TAGS

🎖 Army        🧍 1 player

Document title: Warzones Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/warzones
Capture timestamp (UTC): Fri, 17 Dec 2021 18:24:51 GMT

**882**

ATV000257
Page 7 of 7

## GAME DETAILS

Welcome to Warzones! Your team against 100 enemies. The more you kill the greater you earn money which you can use in purchasing better and powerful weapons. Kill as many as you can for bigger points and you might be one in the leaderboard. Unlock all the achievements as you play this first person shooting game and see if you'll be able to kill them all!

Developer: **Y8 Studio**    Added on **28 Nov 2018**

## COMMENTS · 38

**Please register or login to post a comment**

[Register]   [Login]

 **An_Idiot_On_Y8** about a month ago
got all achievements in one match

 **MARNIE** about a month ago
Its awsome

**XxItzz_KristianxX** 2 months ago
how to aim?

**XxItzz_KristianxX** 2 months ago
cool game

 **Medwin** 2 months ago
fav game so cool

 **2.0_D-Crazy-V** 2 months ago
Alguien juega esto escuchando openings de anime? Porque yo Sip XD

 **2.0_D-Crazy-V** 2 months ago
No sé inglés, pero me gusta el juego... Nice XD

 **katy** 7 months ago
let's playyyy togetherrrr ]

 **foolhardy** 7 months ago
i like this game

 **WEEBO** 8 months ago
its ccol

 **JAMESSAN** 9 months ago
GOOD PM NICE GAME BECAUSE IS THE GIFT OF GOD PLEASE COMMENT ALL GROUP THANK YOU TO ALL GROUP BY GOD GRACE

**HAHAHAHAHAHAHAHAHAHAHAAHAHAHAHA** 9 months ago
i like the warzone



## TAGS                                    ALL TAGS

| Army | 1 player |
| Shooting | Upgrade |
| Killing | First Person Shooter |
| 3D | Gun |
| Free | Unity |
| Y8 Account | WebGL |
| Y8 Highscore | Y8 Achieveme... |

## LEADERBOARD    POWERED BY Y8 ACCOUNT

1. **ImmaGay** 15,250 points
2. **jopey** 14,677 points
3. **JuiceWrld** 12,941 points
4. **sethgabrielco** 12,911 points
5. **Romeopujari** 12,901 points

Show more ˅

All Y8 games with high scores

## ACHIEVEMENTS



**JAMESSAN** 9 months ago
GOOD PM NICE GAME BECAUSE IS THE GIFT OF GOD PLEASE COMMENT ALL GROUP TH
ANK YOU TO ALL GROUP BY GOD GRACE

**HAHAHAHAHAHAHAHAHAHAAHAHAHAHA** 9 months ago
i like the warzone

**youngmalush** 9 months ago
easist thing i did in my carear finesh all 3 maps

**Are_you_sure_about_that** 9 months ago
Hard but cool

**IchigoKurosaki90** 9 months ago
kinda hard

**PROWOLF** 10 months ago
Si ja lo se sagohan_Ssj

**charli** 10 months ago
mucho gusto

**Saigoko** 11 months ago
Игра забавная, но, маловато уровней

**Geronm0123_q3** about a year ago
es muy bun juego niceee XD

**max7craft** about a year ago
es cool buen juego

**Kroni** about a year ago
cool

**OTAKU** about a year ago
yo con canciones de dead squad lo se tipico

**lexi** about a year ago
hard

**Steve** 2 years ago
very nice

**lbn_75020** 2 years ago
trop cool

First    Previous    1    2    Next    Last

**ACHIEVEMENTS**

Add this game to your web page
Share on Website

Hi there! Did you know there is a Y8 Forum?
Join other players talking about games. **Visit the Y8 Forum**

Go to Forum    Hide

**RELATED GAMES**

**Cs Online**
WebGL
81% · 4,380,412 plays

**Masked Forces Unlimited**
WebGL
85% · 2,728,720 plays

Document title: Warzones Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/warzones
Capture timestamp (UTC): Fri, 17 Dec 2021 18:24:51 GMT

**884**

ATV000259
Page 5 of 7



**Save or Die**
WebGL
80% · 882,816 plays



**Bullet Party 2**
WebGL
76% · 6,040,408 plays



**Commando War**
WebGL
77% · 256,895 plays



**Red Crucible 2**
WebGL
88% · 11,132,633 plays



**Counter Force Conflict**
WebGL
73% · 186,059 plays



**CS Portable (Counterstrik...**
WebGL
87% · 13,752,421 plays



**Sniper Attack**
WebGL
73% · 2,830,822 plays



**Death Squad: The Last Mi...**
WebGL
79% · 8,481,667 plays



**Forest Invasion**
WebGL



**Cave War**
WebGL

Document title: Warzones Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/warzones
Capture timestamp (UTC): Fri, 17 Dec 2021 18:24:51 GMT



**Forest Invasion**
WebGL WebGL
76% · 1,984,244 plays



**Cave War**
WebGL WebGL
78% · 448,275 plays



**Ice Man 3D**
HTML5 HTML5
65% · 51,699 plays



**Super Hot**
WebGL WebGL
81% · 2,356,064 plays



**Brutal Defender**
WebGL WebGL
83% · 40,967 plays



**Funny Shooter 3D**
WebGL WebGL
88% · 593,058 plays



**Slenderman Must Die: Ab...**
WebGL WebGL
80% · 41,011 plays



**Cemetery Warrior 2**
WebGL WebGL
77% · 70,772 plays



**Hostage Rescue**
HTML5 HTML5
66% · 551,087 plays



**Combat Pixel Vehicle Zo...**
WebGL WebGL
86% · 870,275 plays

Document title: Warzones Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/warzones
Capture timestamp (UTC): Fri, 17 Dec 2021 18:24:51 GMT




**Hostage Rescue**
🎮 HTML5
**66%** · 551,087 plays

**Combat Pixel Vehicle Zo...**
WebGL WebGL
**86%** · 870,275 plays




**Among Shooter**
WebGL WebGL
**84%** · 473,036 plays

**Hide Online**
WebGL WebGL
**91%** · 24,661,958 plays




**Shoot Your Nightmare: H...**
WebGL WebGL
**78%** · 416,027 plays

**Sniper vs Zombie**
WebGL WebGL
**79%** · 45,440 plays




**Shooting Blocky Combat ...**
WebGL WebGL
**88%** · 30,789 plays

**Siren Apocalyptic**
WebGL WebGL
**79%** · 15,150 plays




**Deserted Base**
WebGL WebGL
**74%** · 36,230 plays

**Western:Invasion**
WebGL WebGL
**77%** · 463,737 plays

Document title: Warzones Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/warzones
Capture timestamp (UTC): Fri, 17 Dec 2021 18:24:51 GMT




**Shooting Blocky Combat ...**
 WebGL
88% · 30,789 plays

**Siren Apocalyptic**
WebGL
79% · 15,150 plays




**Deserted Base**
WebGL
74% · 36,230 plays

**Western:Invasion**
WebGL
77% · 463,737 plays



**Masked Forces**
WebGL
88% · 16,733,283 plays

**Battle Factory**
WebGL
79% · 42,026 plays

**Y8 GAMES**

New Games

Upload

All Tags

Best of New

Most Popular

Download App

**UPDATES**

Blog

Forum

Twitter

Facebook

Instagram

Discord

**COMPANY**

Terms of Use

Privacy Policy

Cookie Policy

Game Publishers

Game Developers

Contact Form

Email Us

**FOLLOW US**

 
 



© 2021 Y8.COM.
All rights reserved.



Document title: Warzones Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/warzones
Capture timestamp (UTC): Fri, 17 Dec 2021 18:24:51 GMT

# EXHIBIT 124





Search games

Register   Log in



GAME CONTROLS

Move

SHIFT
Run

Aim

Shoot

L
Lock Mouse
Cursor

P
Pause

## WWII: Warzone

45,139 play times

⭐ Add to favourite     ⬆ Share (6)     🚩 Report a bug

🏆 **79.86%**

Did you like this game?

👍 Yes     👎 No

**GAME DETAILS**

**TAGS**     **ALL TAGS**

Document title: WWII: Warzone Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/wwii_warzone
Capture timestamp (UTC): Fri, 17 Dec 2021 18:29:58 GMT

45,139 play t



WWII: Warzone

79.00%

Do you like this game?

👍 Yes    👎 No

⭐ Add to favourite    ➤ Share (6)    🚩 Report a bug

**GAME DETAILS**

You are in the middle of the war front, caught in ambush by a few of your soldiers. Enemies are coming from the both sides and they will not have mercy. It's the whirlwind of war, kill or be killed. Shoot to protect yourself and the soldiers from your tabor. Good Luck!

Developer: **Y8 Studio**    Added on **27 Nov 2018**

**COMMENTS · 14**

> **Please register or login to post a comment**
>
> **Register**    Login

**TheTimerLegend** about 22 hours ago
Vietnam123 I see you play alot of Games I play... Friends?

**Dang** 22 days ago
soviet is vietnam best friend so i like soviet

**vietnam123** 4 months ago
thetimerlegend i like soviet army

**TheTimerLegend** 6 months ago
What Karma and vietnam123 said

**vietnam123** 6 months ago
i like soviet army then

**bro890fig** 7 months ago
axis vs allies?

**Mariner1528** 7 months ago
Finally, a game that fits me. WW2, my favorite history subject.

**noob123** 8 months ago
COOL GAME and cool graphics

**Karma** 10 months ago
This game is pretty cool but you should add some more guns like shotguns, snipers, pistols, machine guns etc. But.. overall, I like this game.

**kingdj** about a year ago
me to

**kingdj** about a year ago
this is cool

**Caloi** about a year ago
This game is amazing!

**Jack** about a year ago
i wish i was there in ww2

**TAGS**    **ALL TAGS**

| | | | |
|---|---|---|---|
| Army | | War | |
| Shooting | | Blood | |
| Defense | | Series | |
| Killing | | 3D | |
| First Person Shooter | | Free | |
| Gun | | Y8 Account | |
| Unity | | Y8 Highscore | |
| WebGL | | Y8 Achieveme... | |
| Y8 Save | | | |

1 player

**LEADERBOARD**    POWERED BY **Y8 ACCOUNT**

1    **Cedangar**
    13,762 points

2    **peter**
    12,873 points

3    **goga**
    12,849 points

4    **Robotsuit_Master**
    12,847 points

5    **salds**
    12,834 points

Show more ∨

🏆 All Y8 games with high scores

Document title: WWII: Warzone Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/wwii_warzone
Capture timestamp (UTC): Fri, 17 Dec 2021 18:29:58 GMT



**Karma** 10 months ago
This game is a... *(obscured)*... game... more guns... rifles, pistols, machine guns etc. But.. overall, I like this game.

**kingdj** about a year ago
me to

**kingdj** about a year ago
this is cool

**Caloi** about a year ago
This game is amazing!

**Jack** about a year ago
i wish i was there in ww2

**kell** 2 years ago
i almost got all of the rewards

### RELATED GAMES

**Crazy Commando**
WebGL
80% · 18,245 plays

**Voxel Front 3D**
WebGL
74% · 360,201 plays

**Bullet Party 2**
WebGL
76% · 6,040,408 plays

**Forest Invasion**
WebGL
76% · 1,984,237 plays

**Robots Arena**
WebGL
78% · 60,194 plays

**Rescue Six**
WebGL
74% · 4,818,020 plays

Show more ˅

🏆 All Y8 games with high scores

### ACHIEVEMENTS

Add this game to your web page
Share on Website

### PART OF A SERIES: WWII

**WWII:Seige**
80% · 276,043 plays

**Hi there! Did you know there is a Y8 Forum?**
Join other players talking about games. **Visit the Y8 Forum**

Go to Forum    Hide

Document title: WWII: Warzone Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/wwii_warzone
Capture timestamp (UTC): Fri, 17 Dec 2021 18:29:58 GMT

**892**

ATV000273
Page 7 of 7

**Y8 Forum**
Go to Forum    Hide

**Robots Arena**
WebGL WebGL
78% · 60,194 plays

**Rescue Six**
74% · 4,818,020 plays





**Multigun Arena 3D**
WebGL WebGL
77% · 1,191,666 plays

**Partisans**
WebGL WebGL
62% · 76,808 plays





**Cave War**
WebGL WebGL
78% · 448,275 plays

**Red Crucible 2**
WebGL WebGL
88% · 11,132,633 plays





**CS Portable (Counterstrik...**
WebGL WebGL
87% · 13,752,411 plays

**Battle Factory**
WebGL WebGL
79% · 42,026 plays





**Masked Forces**
WebGL WebGL
88% · 16,733,283 plays

**Super Hot**
WebGL WebGL
81% · 2,356,010 plays





Document title: WWII: Warzone Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/wwii_warzone
Capture timestamp (UTC): Fri, 17 Dec 2021 18:29:58 GMT

**893**

ATV000274
Page 4 of 7

88% · 16,733,293 plays        81% · 2,356,010 plays





**Western:Invasion**
WebGL WebGL
77% · 463,733 plays

**Sniper Strike**
WebGL WebGL
76% · 623,530 plays





**Mini Royale 2 io**
HTML5
78% · 170,934 plays

**Brutal Zombies**
WebGL WebGL
89% · 27,958 plays





**Hostages Rescue**
WebGL WebGL
77% · 44,559 plays

**Siege**
WebGL WebGL
80% · 75,223 plays





**Hide Online**
WebGL WebGL
91% · 24,661,856 plays

**Masked Forces 3**
WebGL WebGL
83% · 364,311 plays





Document title: WWII: Warzone Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/wwii_warzone
Capture timestamp (UTC): Fri, 17 Dec 2021 18:29:58 GMT

**894**

ATV000275
Page 5 of 7



**Advanced Pixel Apocalyp...**
WebGL
85% · 1,183,216 plays



**Mountain Sniper**
WebGL
73% · 718,189 plays



**Masked Forces Unlimited**
WebGL
85% · 2,728,694 plays



**Sniper 3D**
WebGL
77% · 1,246,925 plays



**Silent Sniper**
WebGL
71% · 6,915,301 plays



**Sniper Attack**
WebGL
73% · 2,830,822 plays

**Y8 GAMES**
New Games
Upload
All Tags
Best of New
Most Popular
Download App

**UPDATES**
Blog
Forum
Twitter
Facebook
Instagram
Discord

**COMPANY**
Terms of Use
Privacy Policy
Cookie Policy
Game Publishers
Game Developers
Contact Form
Email Us

**FOLLOW US**

 
 



© 2021 Y8.COM



Document title: WWII: Warzone Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/wwii_warzone
Capture timestamp (UTC): Fri, 17 Dec 2021 18:29:58 GMT

**895**
ATV000276




**Advanced Pixel Apocalyp...**
 WebGL
85% · 1,183,216 plays

**Mountain Sniper**
WebGL
73% · 718,189 plays




**Masked Forces Unlimited**
WebGL
85% · 2,728,694 plays

**Sniper 3D**
WebGL
77% · 1,246,925 plays




**Silent Sniper**
WebGL
71% · 6,915,301 plays

**Sniper Attack**
WebGL
73% · 2,830,822 plays

---

**Y8 GAMES**

New Games

Upload

All Tags

Best of New

Most Popular

Download App

**UPDATES**

Blog

Forum

Twitter

Facebook

Instagram

Discord

**COMPANY**

Terms of Use

Privacy Policy

Cookie Policy

Game Publishers

Game Developers

Contact Form

Email Us

**FOLLOW US**

 

 



© 2021 Y8.COM.
All rights reserved.



Document title: WWII: Warzone Game - Play online at Y8.com
Capture URL: https://www.y8.com/games/wwii_warzone
Capture timestamp (UTC): Fri, 17 Dec 2021 18:29:58 GMT

# EXHIBIT 125



# War Zone

by pogames.in

★★☆☆☆ ∨  2 customer ratings   Guidance Suggested



Price: **App Free to Download**
Sold by: Amazon.com Services, Inc





By placing your order, you agree to our Terms of Use

## Preview



## Product Details

**Release Date:** 2018

**Date first listed on Amazon:** December 8, 2018

**Developed By:** pogames.in

**ASIN:** B07L6N3DWD

**Customer reviews:**

★★☆☆☆ ∨  2 customer ratings

## Developer info

- pogamesindia@gmail.com
- http://www.pogames.in/
- More apps by this developer

## Product features

- Feature -
- with total 7 level of play
- choose from multiple weapon
- unique types of mission
- Difficulty increases gradually with each level

## Product description

Objective of the games is to protect the Territory from the attack of Militant Enter into the militant area and destroy them, choose form different types of weapon

This app requires an Internet connection and the developer can change the content of the app at any time.

## User Data Privacy

⚠ Information not provided by the developer.

## Technical details

**Size:** 2.8MB
**Version:** 0.00
**Developed By:** pogames.in
**Application Permissions:** ( Help me understand what permissions mean )
- Access information about networks
- Access information about Wi-Fi networks
- Open network sockets
**Minimum Operating System:** Android 2.3.3
**Approximate Download Time:** Less than 30 seconds

## Customer reviews

★★⯨☆☆   2.6 out of 5
2 global ratings

| | | |
|---|---|---|
| 5 star | ████▏         | 40% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | ██████        | 60% |

⌄ How customer reviews and ratings work

### No customer reviews

There are 0 customer reviews and 2 customer ratings.

## Review this product

Share your thoughts with other customers

[ Write a customer review ]



Sponsored ⓘ

Amazon Appstore Return Policy

---

### Customers who viewed items in your browsing history also viewed

    

| WWF War Zone (Renewed) | A Beginner's Guide to Business Valuation: Lessons Learned from 2… | Valuation: Measuring and Managing the Value of Companies (Wiley Finance) | Business Valuation Discounts and Premiums | WWF Wrestleman (Renewed) |
|---|---|---|---|---|
| Amazon Renewed | › Jacob Orosz | McKinsey & Company Inc. | › Shannon P. Pratt | Amazon Renewed |
| ★★★★☆ 5 | ★★★★★ 40 | ★★★★☆ 524 | ★★★★☆ 12 | ★★★★★ 18 |
| Nintendo 64 | Paperback | Hardcover | Hardcover | Nintendo 64 |
| $24.94 | $19.99 | $52.98 | $147.00 | $30.49 |
| Get it as soon as **Monday, Feb 10** | Get it as soon as **Monday, Feb 10** | $4.49 shipping | Get it as soon as **Sunday, Feb 23** | Get it as soon as **Mor 10** |
| FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | | | FREE Shipping on ord $35 shipped by Amaz |
| Only 8 left in stock - order… | | | | Only 1 left in stock - |

---

## See personalized recommendations

<div align="center">

**Sign in**

New customer? Start here.

</div>

---

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements

Press Center
Investor Relations
Amazon Devices
Amazon Science

Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices

Amazon Assistant
Help

Reload Your Balance
Gift Cards
Amazon Currency Converter

Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

amazon

🌐 English          🇺🇸 United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
|---|---|---|---|---|---|---|
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |
| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |
| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |
| Amazon Resale | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |
| | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | | |
| | Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | | |

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices ☑
© 1996-2025, Amazon.com, Inc. or its affiliates

# EXHIBIT 126



← → C ⌂  🔒 play.google.com/store/apps/details?id=com.tgb.modern.flag.forces.shooting.game.action.commando.sniper.mission.igi.shootsniper&hl=en_US    ☆  🖨

▶ Google Play    Games    Apps    Movies & TV    Books    Kids    🔍

# Army Warzone Action 3D Games

**Purple Pillow Games**
Contains ads · In-app purchases

| 3.5★ | 10M+ | 🔫 |
|------|------|-----|
| 31.8K reviews | Downloads | Teen ⓘ |

[ Install ]    ◁ Share    🔖 Add to wishlist

📱 You don't have any devices





About this game  →

App support  ⌄

More by Purple Pillow Games  →



Flying Car Games Transformers
Purple Pillow Games
3.4★

Super Spider: City Hero Games
Purple Pillow Games
3.8★

War Gun Battle: Strike Fight
Purple Pillow Games

**903**

ATV028452



Google Play Search Sign in

Apps Categories Home Top charts New releases

My apps
Shop

Games
Kids
Editors' Choice

Account
Payment methods
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide

# Army Warzone Action 3D Games

Purple Pillow Games Adventure ★★★★ 32,183

Teen

Contains Ads · Offers in-app purchases

Add to Wishlist

Install

Welcome to the modern terrorist shooting game. You are a well-trained special forces commando and you are equipped with modern weapons. In this game, your mission is to join the army to destroy enemy camps to save your country from terrorism. Are you ready? Be the shooter in every environment! The combat is real and you can be the hero sniper.

You will play as a master soldier in this action fire game. There are games on the play store but we

READ MORE

REVIEWS

Review policy and info

3.6
★★★★
32,183 total

Dennis Jarvis
★ January 13, 2021
111

Way to many ads. 1 to open. 1 to start. 1 to get things you won. 1 to go to next level. 2 to play the next level. To muck time going through ads. Good game. Too many ads. Did I state



**Dennis Jarvis**
★ ★ ★ ★ ★ January 13, 2021

👍 111

Way to many ads. 1 to open. 1 to start. 1 to get things you won. 1 to go to next level. 2 to play the next level. To muck time going through ads. Good game. Too many ads. Did I state that already?

**Rick Parker**
★ ★ ★ ★ ★ August 14, 2020

👍 1312

This is a really good game for a shooting game my only complaint the movement controls. They are very sensitive makes it hard to move in the direction you want to go other than that it's a good game 4 FPS

> **Purple Pillow Games** September 2, 2020
> Dear user you can increase the sensitivity from settings, :) Thank you for the feedback.

**Gene Elmore** Ⓖ
★ ★ ★ ★ ★ May 3, 2020

👍 186

Good game but controls are more than a little glitchy. Also, when using autofire, the weapon doesnt stop firing until after the enemy is dead. PLEASE FIX THIS!!!

> **Purple Pillow Games** July 8, 2020
> We are aware of the bug and are working towards fixing it.

**Adam Rafalski**
★ ★ ★ ★ ★ March 18, 2020

👍 12

Not at all like the pictures, it was crappy gameplay, everything was expensive, but it had one redeeming quality: the awful gameplay was interupted by the frequent ads. Go suck a brick.

> **Purple Pillow Games** March 18, 2020
> Hello, We are sorry that you do not like the game but we thank you for your feedback. Our future updates will improve the game for you.

**READ ALL REVIEWS**

WHAT'S NEW
★ ★ ★ ANOTHER BIG UPDATE ★ ★ ★
√ New Amazing UI
√ Add Team Player Feature
√ Add Talents
√ New Environment
√ 20 New Levels

**READ MORE**

ADDITIONAL INFORMATION

| Updated | Size | Installs |
|---|---|---|
| November 4, 2020 | 73M | 10,000,000+ |



√ 20 New Levels

READ MORE

ADDITIONAL INFORMATION

**Updated**
November 4, 2020

**Size**
73M

**Installs**
10,000,000+

**Current Version**
1.53

**Requires Android**
4.4 and up

**Content Rating**
Teen
Violence, Blood
Learn more

**In-app Products**
$1.29 - $79.99 per item

**Permissions**
View details

**Report**
Flag as inappropriate

**Offered By**
Purple Pillow Games

**Developer**
Visit website
support@weewoo.com
Privacy Policy
Avda. Alcalde Díaz
Saavedra Navarro, 31, 2ª
Planta 35001, Las
Palmas de Gran Canaria,
Spain

More by Purple Pillow Games

See more

Arctic Wolf Games
Purple Pillow Games
★★★☆☆

Gun Strike Fight: FF
Purple Pillow Games
★★★★☆

©2021 Google   Site Terms of Service  Privacy  Developers  About Google  | Location: United States  Language: English (United States)
By purchasing this item, you are transacting with Google Payments and agreeing to the Google Payments Terms of Service and Privacy Notice.

Document title: Army Warzone Action 3D Games - Apps on Google Play
Capture URL: https://play.google.com/store/apps/details?…
Capture timestamp (UTC): Wed, 15 Dec 2021 19:27:54 GMT

**906**

ATV000204
Page 3 of 3

# EXHIBIT 127

**Page Vault**

| | |
|---|---|
| Document title: | Battle Royale Warzone - Apps on Google Play |
| Capture URL: | https://play.google.com/store/apps/details?id=com.redzonestudios.battleroyale&hl=en_US&gl=US |
| Captured site IP: | 172.217.12.238 |
| Page loaded at (UTC): | Wed, 15 Dec 2021 19:41:56 GMT |
| Capture timestamp (UTC): | Wed, 15 Dec 2021 19:42:17 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 4 |
| Capture ID: | 96df2216-e123-4b21-a2e9-016557d0ebb7 |
| User: | msk-general |

PDF REFERENCE #:          pN2ne67JeptPS2bmysCoh7

ATV028099



Google Play | Search | Sign in

Apps | Categories | Home | Top charts | New releases

My apps
Shop

Games
Kids
Editors' Choice

Account
Payment methods
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide

# Battle Royale Warzone

RedZone Studios LLC Strategy ★★★★ 60

Everyone 10+

Contains Ads · Offers in-app purchases

Add to Wishlist

Install

Battle Royale Warzone is a game designed for mobile for everyone to play! Jump into matches that only take about 4 minutes with up to 30 players per battle. Parachute your way down into the battle zone area and quickly locate a weapon to help eliminate your enemies!

Play on a huge map designed by hand for the most fun experience! The map has areas to hideout or hide in the maze. Whatever your strategy, this game allows you to play your strategy with your own

READ MORE

REVIEWS

Review policy and info

3.4
★★★
60 total

| Rating | |
|---|---|
| 5 | |
| 4 | |
| 3 | |
| 2 | |
| 1 | |

N Naghman Sheikh
★★★★★ August 24, 2020
VERY Nice editing but add a camera option as if we can see at our character gave like in free fire



Document title: Battle Royale Warzone - Apps on Google Play
Capture URL: https://play.google.com/store/apps/details?id=com.redzonestudios.battleroyale&amp;hl=en_US&amp;gl=US
Capture timestamp (UTC): Wed, 15 Dec 2021 19:42:17 GMT

Page 2 of 3

**910**

ATV028101



Apps

Categories Home Top charts New releases

My apps
Shop

Games
Kids
Editors' Choice

Account
Payment methods
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide

Updated impacts for all guns
New icon
Faster matches

READ MORE

ADDITIONAL INFORMATION

| | | |
|---|---|---|
| **Updated**<br>July 24, 2019 | **Size**<br>73M | **Installs**<br>5,000+ |
| **Current Version**<br>0.35 | **Requires Android**<br>4.4 and up | **Content Rating**<br>Everyone 10+<br>Fantasy Violence<br>Learn more |
| **Interactive Elements**<br>In-Game Purchases | **In-app Products**<br>$1.99 - $59.99 per item | **Permissions**<br>View details |
| **Report**<br>Flag as inappropriate | **Offered By**<br>RedZone Studios LLC | **Developer**<br>Visit website<br>support@redzonestudios.com<br>Privacy Policy<br>577 Shaker Ln Lake<br>Zurich, IL 60047 |

Similar

Warzone Idle
Warzone.com, LLC

Warzone: Clash of
Stratosphere Games

©2021 Google Site Terms of Service Privacy Developers About Google | Location: United States Language: English (United States)
By purchasing this item, you are transacting with Google Payments and agreeing to the Google Payments Terms of Service and Privacy Notice.

Document title: Battle Royale Warzone - Apps on Google Play
Capture URL: https://play.google.com/store/apps/details?id=com.redzonestudios.battleroyale&hl=en_US&gl=US
Capture timestamp (UTC): Wed, 15 Dec 2021 19:42:17 GMT



ATV028454



ATV028453

# EXHIBIT 128



facebook.com/cfwarzone

Search Facebook

## CROSSFIRE: Warzone

13K likes • 15K followers

Play game | Message | Like

Posts | About | Mentions | Followers | Photos | Videos | More

### Intro

The FPS masterpiece returns as a strategy war game! Use tactics to eliminate terrorists!

Page · Video Game

JOYCITY Corp.
is responsible for this Page

joycity.oqupie.com/portals/467

### Photos

See all photos

### Posts

Filters

**CROSSFIRE: Warzone**
October 5, 2022 ·

Dear Commanders,

As a reminder, and with heavy heart, we are announcing the conclusion of service at the end of October on 10/31/2022 at 02:00 UTC (10/30 at 19:00 PDT).

From the moment you arrived at your Command Post for the very first time, and to when Nanoinfectants began to infiltrate under Breaker's supreme rule, we strived to provide the best gaming experiences and updates for our Commanders. We loved seeing everyone enjoy the game, thus this was one of the most diffi... **See more**



Google Play

Search

Sign in

Apps

Categories
Home
Top charts
New releases

My apps
Shop

Games
Kids
Editors' Choice

Account
Payment methods
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide

# CROSSFIRE: Warzone

JOYCITY Corp. Strategy

★★★★ 37,832

Teen

Contains Ads · Offers in-app purchases

Add to Wishlist

Install

- This game officially supports English.

- Defeat Terrorists in Real-time Combat!
▣ Reclaim cities controlled by a vicious terrorist group!
▣ Stop Massive Organic Weapons that threaten humanity

READ MORE

REVIEWS

Review policy and info

4.3

★★★★

37,832 total

5
4
3
2
1

Tim Rossman

★ December 8, 2021

18

Interesting, my poor review disappeared. Pay to win and poor support. Reviews are not a place to tell us to email you. Yet that's all you have for input? Read the other reviews, and

Document title: CROSSFIRE: Warzone - Apps on Google Play
Capture URL: https://play.google.com/store/apps/details?id=com.joycity.cfwz&hl=en_US&gl=US
Capture timestamp (UTC): Wed, 15 Dec 2021 19:29:32 GMT



**Apps**   Categories ⌄   Home   Top charts   New releases

My apps
**Shop**

Games
Kids
Editors' Choice

Account
Payment methods
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide

**Tim Rossman**
★ ★ ★ ★ ★ December 8, 2021

Interesting, my poor review disappeared. Pay to win and poor support. Reviews are not a place to tell us to email you. Yet that's all you have for input? Read the other reviews, and consistent repetitive replays. Not worth your time or money.

**JOYCITY Corp.** December 9, 2021
Greetings. We understand your concern and we apologize if you're not satisfied with our answers. Please be informed that we can give a more detailed answer to your inquiry if you send us your concern at https://joycity.oqupie.com/portals/467 Thank you.

**Junior Laventure**
★ ★ ★ ★ ★ December 12, 2021

We need upgrades on everything 31+ scavs 34+ terrorists and mows also headquarters past 33 better rewards skip mode put in arena 12hr shields available to buy with gold pvp points should be removed or a way to get more in market

**JOYCITY Corp.** December 14, 2021
Greetings, Commander. We appreciate your time and effort for giving us detailed suggestions. With regards to your suggestion, you could send us more details of it at our support page at https://joycity.oqupie.com/portals/467

**Krystin Leiting**
★ ★ ★ ★ ★ October 19, 2021

This is a very pay to win game, because after you hit 24 the resources get insane for each building so without spending money it takes forever. It would be perfect but developers are terrible in answering questions and they are more invested to the pay to win players. One player shouldnt be allowed ...

Full Review

**JOYCITY Corp.** October 20, 2021
Hello. We apologize for any inconvenience if 'CROSSFIRE: Warzone' didn't meet your expectations. If ever you have any concerns with regards to the game, you could send us the details of the issue at our support page at https://joycity.oqupie.com/portals/467 and we will try our best to resolve the issue. Thank you.

**Dr. Clubby**
★ ★ ★ ★ ★ October 19, 2021

game is good but there seems to be a problem or two. why is it that if someone is gone for a few days and is kicked from the alliance by the game and why is it there is no specified format when creating an alliance, thanks to the game automatically kicking me without warning from the alliance I lead...

Full Review

**JOYCITY Corp.** October 20, 2021
Greetings. We would like to inform you that players are automatically kicked from an alliance if they have been inactive for a few days to avoid abuse in the game. If ever you have any other concerns with regards to the game, you could send us your concern at https://play.google.com/apps/publish and we will try our best to assist you. Thank you.

**READ ALL REVIEWS**

ATV028084



**Apps**

Categories ⌄   Home   Top charts   New releases

My apps
**Shop**

Games
Kids
Editors' Choice

Account
Payment methods
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide

have any other concerns with regards to the game, you could send us your concern at
https://play.google.com/apps/publish and we will try our best to assist you. Thank you.

**READ ALL REVIEWS**

WHAT'S NEW
* City Takeover Register function has been added.
* Stage for Alliance Festival Reward has been added.
* Bookmark system will be improved.
* Details regarding the update can be found at the official website.

ADDITIONAL INFORMATION

| | | |
|---|---|---|
| **Updated** | **Size** | **Installs** |
| December 7, 2021 | Varies with device | 1,000,000+ |
| **Current Version** | **Requires Android** | **Content Rating** |
| 10210 | 4.4 and up | Teen |
| | | Violence, Blood |
| | | Learn more |
| **Interactive Elements** | **In-app Products** | **Permissions** |
| Users interact, In-Game Purchases | $0.99 - $384.99 per item | View details |
| **Report** | **Offered By** | **Developer** |
| Flag as inappropriate | JOYCITY Corp. | Visit website |
| | | cfwarzone@joycity.com |
| | | Privacy Policy |
| | | Bundang First Tower |
| | | 10th Floor, 55 Bundang- |
| | | ro, Bundang-gu, |
| | | Seongnam-si, Gyeonggi- |
| | | do, South Korea 13591 |
| | | Business |
| | | Registration(License) |
| | | Number: 116-81-54101 |

More by JOYCITY Corp.

See more

Gunship Battle To...
JOYCITY Corp.

GUNSHIP BATTLE
JOYCITY Corp.

Document title: CROSSFIRE: Warzone - Apps on Google Play
Capture URL: https://play.google.com/store/apps/details?id=com.joycity.cfwz&amp;hl=en_US&amp;gl=US
Capture timestamp (UTC): Wed, 15 Dec 2021 19:29:32 GMT

Page 3 of 4

**918**

ATV028085



Document title: CROSSFIRE: Warzone - Apps on Google Play
Capture URL: https://play.google.com/store/apps/details?id=com.joycity.cfwz&amp;hl=en_US&amp;gl=US
Capture timestamp (UTC): Wed, 15 Dec 2021 19:29:32 GMT

Page 4 of 4

**919**

ATV028086

# EXHIBIT 129

 amazon.com/刘定军-No-Rule-Warzone/dp/B07Y5S97R1

# No Rule Warzone

by 刘定军
★★★☆☆ 573 customer ratings  Guidance Suggested



Price: **App Free to Download**
Sold by: **Amazon.com Services, Inc**
Languages Supported: **English**





Get App

Learn how buying works

By placing your order, you agree to our Terms of Use

## Preview






## Latest updates

**What's new in version 1.1**
- + upgrade sdks to avoid crash on some devices

## Product Details

**Release Date:** 2019
**Date first listed on Amazon:** September 25, 2019

**921**

ATV028467

**🔒 PageVault**

| | |
|---|---|
| Document title: | No Rule Warzone - Apps on Google Play |
| Capture URL: | https://play.google.com/store/apps/details?id=com.gpcube.norulewarzone |
| Captured site IP: | 142.251.45.14 |
| Page loaded at (UTC): | Fri, 17 Dec 2021 18:33:42 GMT |
| Capture timestamp (UTC): | Fri, 17 Dec 2021 18:34:17 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 5 |
| Capture ID: | 4e072f79-d33a-48aa-855d-86ea5725b861 |
| User: | msk-general |



Document title: No Rule Warzone - Apps on Google Play
Capture URL: https://play.google.com/store/apps/details?id=com.gpcube.norulewarzone
Capture timestamp (UTC): Fri, 17 Dec 2021 18:34:17 GMT

Page 1 of 4

923

ATV028189



Document title: No Rule Warzone - Apps on Google Play
Capture URL: https://play.google.com/store/apps/details?id=com.gpcube.norulewarzone
Capture timestamp (UTC): Fri, 17 Dec 2021 18:34:17 GMT



Document title: No Rule Warzone - Apps on Google Play
Capture URL: https://play.google.com/store/apps/details?id=com.gpcube.norulewarzone
Capture timestamp (UTC): Fri, 17 Dec 2021 18:34:17 GMT

Page 3 of 4

925

ATV028191



**Developer**

Visit website

liu.dingjun.2014@gmail.com

Privacy Policy

## Similar

FPS Commando S:
Annex Gaming
★ ★ ★ ★ ★

## More by liudingjun

See more

Forest Survival Hur
liudingjun
★ ★ ★ ☆ ☆

Farmer Harvest S:
liudingjun
★ ★ ★ ★ ☆

Grand Criminal Pa:
liudingjun
★ ★ ★ ★ ☆

Finger Golf Match
liudingjun
★ ★ ★ ★ ☆

©2021 Google   Site Terms of Service Privacy Developers About Google | Location: United States Language: English (United States)

By purchasing this item, you are transacting with Google Payments and agreeing to the Google Payments Terms of Servi and Privacy Notice.

Document title: No Rule Warzone - Apps on Google Play
Capture URL: https://play.google.com/store/apps/details?id=com.gpcube.norulewarzone
Capture timestamp (UTC): Fri, 17 Dec 2021 18:34:17 GMT

Page 4 of 4

**926**

ATV028192

# EXHIBIT 130

2/5/25, 2:13 AM
Case 2:21-cv-03073-FLA-JC        Document 115-4        Filed 02/14/25        Page 243 of 244
Page ID #:4400
Warzone Escape – Download game on Android



Kevin Noten

>

 **Skich**

New way to discover
**& play mobile games**

## Download Skich





Feel free to contact us at

## support@skich.app

Games    Gamelists    Developers    About

For Developers

Terms of Use    Privacy Policy

© Skich Limited, 2023

118 Agias Fylaxeos Str., 3087 Limassol, Cyprus



New way to discover
& play mobile games

Download

929