MARC E. MAYER (SBN 190969)
  mem@msk.com
KARIN G. PAGNANELLI (SBN 174763)
  kgp@msk.com
LINDSAY R. EDELSTEIN (*pro hac vice*)
  lre@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Activision Publishing,
Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>WARZONE.COM, LLC,<br><br>            Defendant. | CASE NO. 2:21-cv-3073-FLA (JCx)<br><br>[Judge Fernando L. Aenlle-Rocha]<br><br>**EXHIBITS NOS. 131-147 TO DECLARATION OF MARC E. MAYER IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT** |
| WARZONE.COM, LLC,<br><br>            Counterclaimant,<br><br>      v.<br><br>ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>            Counterdefendant. | Date:      March 21, 2025<br>Time:      1:30 p.m.<br>Ctrm:      6B<br><br>Complaint Filed:      Apr. 8, 2021<br>Counterclaim Filed:   June 8, 2021<br>Pretrial Conference:  May 19, 2025, at 1:30 p.m.<br>Trial:      May 27, 2025, at 8:15 a.m. |

Mitchell
Silberberg &
Knupp LLP

20507194.1

# EXHIBIT 131



apkcombo.com/warzone-quest-find-the-hidden-object-game/com.hudio.HiddenObjects.WarGame.Free.Seek.and.Find/

APKCombo | Search APK | Search | APK DOWNLOADER | CATEGORIES | ENGLISH

APKCombo > Games > Word > Warzone Quest - Find The Hidden Object Game

## Warzone Quest - Find The Hidden Object Game

2.8

Hudio Hidden Objects Studio

Download APK (36 MB)

Play On Windows PC

Advertisement

Android Emulator for PC

Play the best Android Games on PC with Android Gaming Emulator

Download Now!

Help a soldier search for hidden objects & hunt down war items in finding games!

### LATEST VERSION

| Version | Update | Developer |
|---|---|---|
| 2.8 (14012804) | Oct 24, 2019 | Hudio Hidden Objects Studio |
| **Category** | **Google Play ID** | **Installs** |
| Word | com.hudio.HiddenObjects.WarGame.Free.Seek.and.Find | 10,000+ |

### APP APKS

War APK · Guerra APK · Война APK · Savaş APK · Guerre APK · Krieg APK · Oorlog APK · Sota APK · Krig APK · Perang APK · Війна APK · Rat APK

### WARZONE QUEST - FIND THE HIDDEN OBJECT GAME GAME

Caculator Online

Online Calculator and Converter Tool for Math, Finance, and Science Calculations. BMI, Mortgage, Currency and much more.

Discover Now!

LD Player - #1 Android Emulator

The Best Android Emulator for PC

FREE DOWNLOAD >

### GAMES · HOT

Roblox
Roblox Corporation · Adventure

Garena Free Fire
Garena International I · Action

PUBG MOBILE
Level Infinite · Action

CSR 3 - Street Car Racing
Zynga · Racing

Free Fire MAX
Garena International I · Action

SEE MORE >

### POPULAR

Wordscapes
PeopleFun · Word

# EXHIBIT 132



Install Steam login | language

STEAM®

STORE COMMUNITY ABOUT SUPPORT

Your Store | Games | Software | Hardware | News | search the store

All Games > Early Access Games > Warzone VR

# Warzone VR

Community Hub

Warzone VR is a cross-platform multiplayer virtual reality shooter. Player progression, customization, squad vehicles, large battlefields and dedicated servers.

ALL REVIEWS: Mostly Negative (21)

RELEASE DATE: 25 Jan, 2019

DEVELOPER: Sinn Studio Inc.
PUBLISHER: Sinn Studio Inc.

Popular user-defined tags for this product:
Early Access | Violent | Action | Early Access | VR | +

Sign in to add this item to your wishlist, follow it, or mark it as not interested

## Early Access Game

Get instant access and start playing; get involved with this game as it develops.

Note: This Early Access game is not complete and may or may not change further. If you are not excited to play this game in its current state, then you should wait to see if the game progresses further in development. Learn more

WHAT THE DEVELOPERS HAVE TO SAY:

*Why Early Access?*

*"We believe that through first-hand experience, players can give us the valuable feedback we need to develop the best game that we can. Come in and break things! We want to fix them. We communicate with our community as much as we can and the interactions we have with everyone in-game are hard to beat."*

READ MORE

Notice: Requires a virtual reality headset. See the VR Support section for more info.

## Buy Warzone VR

NZ$ 12.39 Add to Cart

Is this game relevant to you?

Sign in to see reasons why you may or may not like this based on your games, friends, and curators you follow.

Sign in or Open in Steam

- Online Multi-Player
- Cross-Platform Multiplayer
- Profile Features Limited

Requires 3rd-Party Account: GameSparks

VR Support

Headsets

- HTC Vive
- Oculus Rift
- Windows Mixed Reality

933

Warzone VR on Steam

## RECENT UPDATES

View all (17)

**26 MARCH**

### EA Patch 0.0.1.7

Bots now have firing spread to make them more fair against players.
Bots can now hear players' footsteps (but only if standing. Crouching / Proning will not produce loud enough steps for them to hear) at a distance of 12.5 meters.
UI bug fixes.
*Note: using the 'Open' or 'Spatial' VOIP settings*

READ MORE                    3 comments

**25 MARCH**

### EA Patch 0.0.1.6

Bots (in Beta mode, under GameMode in 'Create Server') improved greatly! Most bugs related to the AI system have been resolved. However, the bots may be "too good" at the moment. We're introducing a few more features before pulling them out of the Beta mode. One example is a spray radius to reduce their accuracy as well as additional cooldowns and

READ MORE                    4 comments

Report bugs and leave feedback for this game on the discussion boards                    See all discussions

## ABOUT THIS GAME

Warzone VR is a cross-platform multiplayer virtual reality shooter. Group up with other players and enter a battlefield where real players take part in a massive struggle for dominance. With dedicated servers to support a smooth and competitive experience, Warzone VR was developed from the ground up with cross-platform in mind.



**FEATURES:**

- Progression System
- Character Customization
- In-game Shop & Load-Out Customization
- Positional, Team and Open VOIP options (server global)
- Interactive Squad Vehicles
- Competitive Play
- Roadmap / Currently in Development: https://trello.com/sinnstudio



READ MORE

### Input

Tracked Motion Controllers

Play Area

Standing

Room-Scale

Languages:
|          | Interface | Full Audio | Subtitles |
|----------|-----------|-----------|-----------|
| English  | ✓         |           |           |

Title: Warzone VR
Genre: Action, Early Access
Developer: Sinn Studio Inc.
Publisher: Sinn Studio Inc.
Release Date: 25 Jan, 2019

View update history

Read related news

View discussions

Find Community Groups

Share    Embed



## MATURE CONTENT DESCRIPTION

The developers describe the content like this:

*Warzone VR features excessive war violence in a realistic setting and is not suitable for all ages.*

## SYSTEM REQUIREMENTS

**MINIMUM:**

- **OS:** 10
- **Processor:** i5-4590 Equivalent or Greater
- **Memory:** 8 GB RAM
- **Graphics:** NVIDIA GTX 970 Equivalent or Greater
- **DirectX:** Version 12
- **Network:** Broadband Internet connection
- **Storage:** 3 GB available space

Sinn Studio Inc. © 2017-2019. All Rights Reserved.

## MORE LIKE THIS

See all

**Onward**
NZ$ 29.99

**Blade and Sorcery**
NZ$ 24.79

**Pavlov VR**
NZ$ 11.99



## CUSTOMER REVIEWS

**Overall Reviews:**
**Mostly Negative** (21 reviews)

**Recent Reviews:**

REVIEW TYPE ▼    PURCHASE TYPE ▼    LANGUAGE ▼    DATE RANGE ▼    DISPLAY AS: Summary ▼    REVIEW BETA **NEW!** ▼    Show graph ⌄

Filters    Review Helpfulness Beta Enabled ✕

There are no more reviews that match the filters set above

Adjust the filters above to see other reviews

935

Loading reviews...

ABOUT STEAM | ABOUT VALVE | HELP | NEWS FEEDS

VALVE   © 2019 Valve Corporation. All rights reserved. All trademarks are property of their respective owners in the US and other countries.
VAT included in all prices where applicable. Privacy Policy | Legal | Steam Subscriber Agreement | Refunds   STEAM

About Valve | Steamworks | Jobs | Steam Distribution | Gift Cards | Steam | @steam_games

937

Exhibit 80

FICKER
12/5/24

Laura Axelsen
CSR 6173





ATV028484

**939**



**WARZONE VR (PC) - Official Gameplay (Early Access) Launch Trailer**
∞ Unlisted

 **SinnStudio**
2.17K subscribers

Subscribe

👍 77    👎    ↗ Share    🔖 Save    …

**10,856 views  Jan 22, 2019**
Warzone VR is a cross-platform, multiplayer VR shooter developed for the Oculus Rift, HTC Vive and Windows MR. The game features player progression, customization, interactive squad vehicles, an arsenal of weapons and an in-game shop.

Developer: Sinn Studio Inc.
Publisher: Sinn Studio Inc.

Sinn Studio Inc. © 2017-2019

ATV028242



Warzone VR - Official Trailer
youtube.com/watch?v=Yf8b3jIYEY8
YouTube
Search
WARZONE
PLAYSTATION®4 VR
Pull up for precise seeking
0:27
0:52 / 0:57
Warzone VR - Official Trailer | PS4
PlayStation
15.9M subscribers
Subscribe
1.3K
Share
Download
Save
84,348 views Oct 16, 2019
Jump into an action-packed battlefield in Warzone VR, featuring vehicles, large maps, an arsenal of weapons, your very own shooting range, several modes of play, an in-game shop and a progression system. Available now on the PlayStation®VR.
Developer: Sinn Studio Inc.
All
From PlayStation
PlayStation VR
Valen la Pena PlayStation VR 2023???
RetroConsolas 64
31K views • 1 year ago
11:09
LONDON TERRORIST ATTACK Realistic Ultra Graphics...
AJR Gaming
24K views • 4 months ago
19:01
SOLO VS. 59! CRAZIEST VR Battle Royale Challenge!
TwiejkVR
25K views • 6 months ago
16:22
Top 20 PSVR Games | Fall 20 buying guide
The VR GRID
364K views • 4 years ago
16:53
Nuts [YTP] | A Moana parody
Faildragon
14M views • 3 months ago
6:10
60 KILLS in *SOLO SQUADS* the BEST LOADOUT on Warzo
Booya
899K views • 5 months ago
27:57
PlayStation VR Retrospective Years Later, How Did Sony Do
Mystic
132K views • 2 years ago
17:14
Evolution of CALL OF DUTY Games 2003-2023

ATV028240



Install Steam | login | lan

STEAM

STORE COMMUNITY ABOUT SUPPORT

STEAM NEWS HUB

Warzone VR
NEWS HUB

☆ Follow

YOUR NEWS & EVENTS

**YOUR NEWS**
Personalized

**YOUR UPCOMING EVENTS**
Personalized

GLOBAL NEWS & EVENTS

**FEATURED**
From Top sources

**STEAM OFFICIAL**
Steam Blog and News

SEARCH

DISCOVER

**NEWS CURATORS**

⚙ OPTIONS AND FILTERS

### EA Patch 0.0.1.5
SMALL UPDATE / PATCH NOTES MAR 15, 2019

👍 4   💬 3   ⋯

### EA Patch 0.0.1.4
SMALL UPDATE / PATCH NOTES MAR 14, 2019

👍 2   💬 2   ⋯

## FEBRUARY 2019

### EA Patch 0.0.1.3
SMALL UPDATE / PATCH NOTES FEB 27, 2019

👍 4   💬 2   ⋯

### EA Patch 0.0.1.2
SMALL UPDATE / PATCH NOTES FEB 15, 2019

👍 1   💬 2   ⋯

### EA Patch 0.0.1.1
SMALL UPDATE / PATCH NOTES FEB 7, 2019

👍 4   💬 1   ⋯

### EA Patch 0.0.1.0
SMALL UPDATE / PATCH NOTES FEB 7, 2019



© 2024 Valve Corporation. All rights reserved. All trademarks are property of their respective owners in the US and other countries.

943
ATV028443

**STEAM**

STORE  COMMUNITY  ABOUT  SUPPORT

Install Steam | login | lan

# STEAM NEWS HUB

## Warzone VR
### NEWS HUB

☆  Follow

YOUR NEWS & EVENTS

**YOUR NEWS**
Personalized

**YOUR UPCOMING EVENTS**
Personalized

GLOBAL NEWS & EVENTS

**FEATURED**
From Top sources

**STEAM OFFICIAL**
Steam Blog and News

SEARCH

DISCOVER

**NEWS CURATORS**

⚙ OPTIONS AND FILTERS

### EA Patch 0.0.0.8
SMALL UPDATE / PATCH NOTES  FEB 6, 2019

👍 2  💬 1  ⋯

### EA Patch 0.0.0.7
SMALL UPDATE / PATCH NOTES  FEB 6, 2019

👍 3  💬 1  ⋯

**VALVE**

© 2024 Valve Corporation. All rights reserved. All trademarks are property of their respective owners in the US and other countries.





**946**
5/7
ATV028446



947
ATV028447

**STEAM**

**STORE** COMMUNITY ABOUT SUPPORT

# STEAM NEWS HUB

**Warzone VR**
**NEWS HUB**

☆    Follow

YOUR NEWS & EVENTS

**YOUR NEWS**
Personalized

**YOUR UPCOMING EVENTS**
Personalized

GLOBAL NEWS & EVENTS

**FEATURED**
From Top sources

**STEAM OFFICIAL**
Steam Blog and News

SEARCH

DISCOVER

**NEWS CURATORS**

⚙ OPTIONS AND FILTERS

NO MORE OLDER POSTS FOUND

**VALVE**

© 2024 Valve Corporation. All rights reserved. All trademarks are property of their respective owners in the US and other countries.

Manually Lodged with Court on
USB Flash Drive

# EXHIBIT 132A

# EXHIBIT 133



Skich | Discover & play mobile games    Search games    Document 115-5    About us    Developers    Contact    Skich app

🏠 › Games › Warzone World

# Warzone World

Voidkiller Studios ›

💎 Indie    ⌛ Turn-based strategy    😎 Casual

▶ Google Play    💜 Wishlist    ⭐ Rate game



## 🎮 Game overview

Build and command troops in a spin-based casual game with soldiers, tanks, fighter jets, nukes. Optimized for mobile phones. Casual time waster.

Prepare for combat and lead your army to victory by constructing a fortified base and providing rigorous military training to your troops. Unlike other games which involve defeating various types of foes such as ninjas, pirates and wild animals, this game requires you to engage in a plain and straightforward warfare using tanks, soldiers, fighter jets and nuclear weapons. Introducing a unique blend of slot machine and turn-based strategy gameplay, this casual game promises an engaging experience that is sure to keep you entertained. Its simple design and ease of use make it perfect for mobile devices, allowing you to indulge in casual time-wasting whenever you have idle hours. However, please note that this is intentionally designed as a very casual game that doesn't involve intense action or intricate gameplay. It is not meant to be completed in a single go, but rather to provide an enjoyable experience that can be played whenever you have free time. So, if you're looking for a simple, yet fun and exciting way to spend your leisure hours, give this game a try.

Hide description

---

⊕ Developer  **Voidkiller Studios ›**    🕐 Release date  **Jan 05, 2019**    🏷 Price  **Free**

---

**Genres**

💎 Indie    ⌛ Turn-based strategy    😎 Casual

**Categories**

🌐 Single player    💥 Warfare

## ▶️ Gameplay & Streams


Download


Categories
Single player    Warfare

## Gameplay & Streams



**World Record 130 Kill Warzone 2.0 Quads Game**
Aydan



**1ST PLACE IN THE WARZONE WORLD SERIES! ($300,000 Tournament)**
Swagg



**WORLD RECORD 60 KILL SOLO QUADS GAME IN CoD WARZONE 🏆 (Modern Warfare Warzone)**
Aydan

## Developer

More games by **Voidkiller Studios**    

## More like this

 **Root Board Game**
Dire Wolf Digital

 **Soda Dungeon 2**
Armor Games Studios

 **Charterstone: Digital Edition**
Acram Digital

 **Through the Ages**
CGE digital

 **Feud**
Bearwaves

 **Antihero - Digital Board Game**
Versus Evil

 **EverCrawl - Pixelart Roguelike**
RunWTheWolves

 **Chloe Puzzle Game**
Rojeh Maher

 **Triple Town**
Spry Fox

 Skich

New way to discover
**& play mobile games**

Download Skich




Feel free to contact us at

**support@skich.app**

Games    Gamelists    Developers    About    For Developers
Terms of Use    Privacy Policy

© Skich Limited, 2025
118 Agias Fylaxeos Str., 3087 Limassol, Cyprus



**World Record 130 Kill Warzone 2.0 Quads Game**
Aydan



**1ST PLACE IN THE WARZONE WORLD SERIES! ($300,000 Tournament)**
Swagg

**WORLD RECORD 60 KILL SOLO QUADS GAME IN CoD WARZONE 🏆 (Modern Warfare Warzone)**
Aydan

## Developer



More games by **Voidkiller Studios**

## More like this

**Root Board Game**
Dire Wolf Digital

**Soda Dungeon 2**
Armor Games Studios

**Charterstone: Digital Edition**
Acram Digital

**Through the Ages**
CGE digital

**Feud**
Bearwaves

**Antihero - Digital Board Game**
Versus Evil

**EverCrawl - Pixelart Roguelike**
RunWTheWolves

**Chloe Puzzle Game**
Rojeh Maher

**Triple Town**
Spry Fox

 **Skich**

**New way to discover
& play mobile games**



Download Skich

 

Feel free to contact us at

**support@skich.app**

Games    Gamelists    Developers    About    For Developers

Terms of Use    Privacy Policy

© Skich Limited, 2025

118 Aglas Fylaxeos Str., 3087 Limassol, Cyprus



# EXHIBIT 134



Google Play    Games    Apps    Movies & TV    Books    Children

# Zombie war zone

**GamesEntity**
Contains ads · In-app purchases

| 3.6★ | 1M+ | ⊤ |
|---|---|---|
| 2.06K reviews | Downloads | Teen ⊕ |

**Install**    ⌇ Share    ▣ Add to wishlist

▢ You don't have any devices



 

App support ∨

More by GamesEntity →



Squad Survival - Epic War
GamesEntity
4.2 ★

Sky wars - Jet shooting games
GamesEntity
4.4 ★

Battle Shooting Game FPS
GamesEntity

## About this game →

Shoot Zombie apocalypse with perfect zombieee shoot. Hold trigger of your gun and kill all left behind zumbies. A very harmful virus
has spread all over the city and humans are turning into zombie 2020. Most of unkilled and residents got infected and the whole world

ATV028489

# EXHIBIT 135



Games    **Apps**    Movies & TV    Books    Kids



# Galaxy Warzone

**Deucetek LLC**

Contains ads

**100K+**
Downloads



**E**
Everyone ⓘ

**Install**

Share    Add to wishlist





## About this game    →

Bringing Retro Arcade with a splash of modern day feel to it.
Galaxy Warzone has a Galaxy Mode as well as an Earth mode.
Both combined have a total of over 350 scenes that are completely randomized upon restarting each time you lose a game.
Move left and right to dodge incoming enemies and their weapons of mass destruction.
How far will you survive?

**Updated on**
Feb 20, 2023

 **Google Play**

Games          **Apps**          Movies & TV          Books          Kids

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

🔗  **No data shared with third parties**
     Learn more about how developers declare sharing

☁  **No data collected**
     Learn more about how developers declare collection

🔒  **Data is encrypted in transit**

⊖  **Data can't be deleted**

**See details**

## What's new

- Changed game character movement from bi-directional to quad-directional
- Fixed collision of all playable characters
- Updated splash screen
- Changed background for earth mode
- Updated all characters health amount
- Updated all enemy and boss characters health amount

## App support                                                            ⌄

## More by Deucetek LLC                                                   →

  **Wokii - Messenger | Send Money**
Deucetek LLC
4.1 ★

  **Idle Sushi Empire**
Deucetek LLC
3.6 ★

  **Satisfying Games - Sweet Words**
Deucetek LLC
4.6 ★

  **Tokee - Video & Text Messenger**
Deucetek LLC
3.9 ★

  **Flip and Match : Puzzle Game**
Deucetek LLC

  **Jewel Block Puzzle**
Deucetek LLC



**Games**          **Apps**          **Movies & TV**          **Books**          **Kids**

4.6 ★                                        3.7 ★



Super Fleets - Classic

Moonjoy

3.2 ★

⚑  **Flag as inappropriate**

---

**Google Play**

Play Pass

Play Points

Gift cards

Redeem

Refund policy

**Kids & family**

Parent Guide

Family sharing

Terms of Service          Privacy          About Google Play          Developers          Google Store

🇺🇸  United States (English (United States))

# EXHIBIT 136

# facebook



Log In



 **Usroid**
October 12, 2020 · 🌐

...

Download Idle Warzone 3d: Military Game - Army Tycoon 1.2 - simulation game &quot;click military base&quot; Android + mod

Idle Warzone 3d: Military Game - Army Tycoon v1.2 + Mod - Android click base military game
regular version + mod version (infinite money) individually
tested with offline execution
Idle Warzone 3d: Military Game - Army Tycoon - Click Military Base Is the title of a game in the simulation genre published by Virede game development studio for Android devi... **See more**

👍 Like                                        💬 Comment

## Log in or sign up for Facebook to connect with friends, famil...

Log In        or        Create new account

Exhibit 57
FICKER
12/5/24
Laura Axelsen
1/1
**961**

Case 2:21-cv-03073-FLA-JC    Document 115-5    Filed 02/14/25    Page 34 of 83    Page
12/4/24, 7:27 PM                    Idle Warzone 3d: Military Game on the App Store
ID #:4435

**App Store** Preview

Open the Mac App Store to buy and download apps.



**Idle Warzone 3d: Military Game** `12+`
War Clicker Business Simulator
Virede
Designed for iPad
★★★★★ 4.7 • 2.8k Ratings
Free · Offers In-App Purchases



Exhibit 58
FICKER
12/5/24
Laura Axelsen
CSR 6173

**Screenshots** iPad  iPhone









Idle Warzone 3d is a new revolutionary clicker game. Upgrade your soldiers and advance through the city. Your objective is to make sure that all city areas are free from bad guys. Earn money by completing missions and grow your army. Can you become the first War Army Tycoon?

How is our game different from all other Idle games? Our game is most complex out there, with a lot of 3d interactive fighting combat situations. Realistic 3d animations and interactions between soldiers make you feel like on a real battlefield. You have more than 16 areas to unlock throughout the game, with a g  more

**What's New**
Version 1.0.27
Performance improvements

Version History

**Ratings and Reviews**

See All

**4.7**
out of 5



2.8K Ratings

★★★★★
please do rhis update, 01/14/2022

**Good game**
This game has so many features that are amazing and gives you great experience of the game keep up the good work

★★★★★
199185, 06/20/2021

**Major fixes needed**
The game is good, it is just very buggy and needs some major fixes
My findings are as follows:
• The task and reward system has som  more

**App Privacy**

See Details

12/4/24, 7:27 PM
Case 2:21-cv-03073-FLA-JC   Document 115-5   Filed 02/14/25   Page 35 of 83   Page
Idle Warzone 3D Military Game on the App Store

The developer, **Virede**, indicated that the app's privacy practices may include handling of data as described below. For more information, see the developer's privacy policy.



### Data Used to Track You

The following data may be used to track you across apps and websites owned by other companies:

Identifiers



### Data Linked to You

The following data may be collected and linked to your identity:

Identifiers



### Data Not Linked to You

The following data may be collected but it is not linked to your identity:

Usage Data          Diagnostics

Privacy practices may vary, for example, based on the features you use or your age. Learn More

## Information

Seller
Virede LLC

Size
139.5 MB

Category
Games

Compatibility
iPhone
Requires iOS 11.0 or later.

iPad
Requires iPadOS 11.0 or later.

iPod touch
Requires iOS 11.0 or later.

Mac
Requires macOS 11.0 or later and a Mac with Apple M1 chip or later.

Apple Vision
Requires visionOS 1.0 or later.

Languages
English

Age Rating
12+
Infrequent/Mild Cartoon or Fantasy Violence
Infrequent/Mild Horror/Fear Themes
Infrequent/Mild Realistic Violence
Infrequent/Mild Mature/Suggestive Themes

Copyright
© Virede

12/4/24, 7:27 PM                                    Idle Warzone 3d Military Game on the App Store

Price
**Free**

In-App Purchases
1.  Remove Ads                                                                                    $6.99
2.  War General                                                                                   $4.99
3.  Small Investment                                                                              $4.99
                                                                                                   more

Developer Website ↗
App Support ↗
Privacy Policy ↗

## More By This Developer                                                                    See All






Idle Law Firm: Justice      Color By Number!         3d Voxel Art: Color by      Ball vs Colors!
Empire                      Pixel Art                Number                      Games
Games                       Games                    Games

## You Might Also Like                                                                       See All






Soldier Life Simulator      Battle 3D - Strategy     WW2 Battle Front            Idle Forces - Army
Games                       game                     Simulator                   Tycoon
Games                       Games                    Games                       Games

**United States**    Español (México)    العربية    Русский    简体中文    Français (France)    한국어    Português (Brazil)    Tiếng Việt    繁體中文 (台灣)

Copyright © 2024 Apple Inc. All rights reserved.
Internet Service Terms   | App Store & Privacy   |   Cookie Warning   |   Support

**964**



Document title: Idle Warzone 3d: Military Game - Army Tycoon - Apps on Google Play
Capture URL: https://play.google.com/store/apps/details?id=com.idlewarzone3d.simulatorgame
Capture timestamp (UTC): Fri, 17 Dec 2021 18:35:37 GMT

Page 1 of 4

ATV028194



Document title: Idle Warzone 3d: Military Game - Army Tycoon - Apps on Google Play
Capture URL: https://play.google.com/store/apps/details?id=com.idlewarzone3d.simulatorgame
Capture timestamp (UTC): Fri, 17 Dec 2021 18:35:37 GMT

966

ATV028195



Document title: Idle Warzone 3d: Military Game - Army Tycoon - Apps on Google Play
Capture URL: https://play.google.com/store/apps/details?id=com.idlewarzone3d.simulatorgame
Capture timestamp (UTC): Fri, 17 Dec 2021 18:35:37 GMT

Page 3 of 4

**967**

ATV028196



Apps

My apps
Shop

Games
Kids
Editors' Choice

Account
Payment methods
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide

Categories | Home | Top charts | New releases

| Offered By | Developer |
|---|---|
| Virede | viredellc@gmail.com<br>8 The Green STE 6874,<br>Dover, DE 19901 |

## Similar

See more

Idle Army Base: Ty
Neon Play
★★★★

Warzone Idle
Warzone.com, LLC
★★★★

Idle Arms Dealer
BattleCry
★★★★½

Soldiers Inc: Mobi
Plarium Global Ltd
★★★★

## More by Virede

See more

Idle Law Firm: Jus
Virede
★★★★

Idle Dentist! Docto
Virede
★★½

Gang Inc. - 3d Idle
Virede
★★★★

Idle Medieval Villa
Virede
★★★½

©2021 Google Site Terms of Service Privacy Developers About Google | Location: United States Language: English (United States)
By purchasing this item, you are transacting with Google Payments and agreeing to the Google Payments Terms of Servi and Privacy Notice.



ATV028236

# EXHIBIT 137



ATV028468

# EXHIBIT 138

**â Page Vault**

| | |
|---|---|
| Document title: | WarZone Clash Of Kingdom – Apps on Google Play |
| Capture URL: | https://play.google.com/store/apps/details?<br>id=com.bindazone.warzone.towerdefence&hl=en_US&gl=US |
| Captured site IP: | 172.217.12.238 |
| Page loaded at (UTC): | Wed, 15 Dec 2021 19:40:59 GMT |
| Capture timestamp (UTC): | Wed, 15 Dec 2021 19:41:21 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 4 |
| Capture ID: | 7ccfd5ba-c640-4594-b03e-810602052af4 |
| User: | msk-general |

ATV028095



Google Play

Search

Sign in

Apps

Categories Home Top charts New releases

My apps
Shop

Games
Kids
Editors' Choice

Account
Payment methods
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide

# WarZone Clash Of Kingdom

Binda zone Action

Everyone

Contains Ads · Offers in-app purchases

Add to Wishlist

Install

WarZone Clash Of Kingdom will help you
create a great 2D classic tower kingdom defense games
Features
- Action fantasy defense game
- 36 levels with many map
- 7 tower abilities and upgrade

READ MORE

REVIEWS

Review policy and info

Mahmood Ali
★★★★★ June 13, 2020
Nice app! It's so great and so much fun

Ayat More
★★★★★ June 12, 2020
Better then I expected

Peter Ogunwole
★★★★★ October 1, 2021
Interesting



Document title: WarZone Clash Of Kingdom - Apps on Google Play

Capture URL: https://play.google.com/store/apps/details?id=com.bindazone.warzone.towerdefence&amp;hl=en_US&amp;gl=US

Capture timestamp (UTC): Wed, 15 Dec 2021 19:41:21 GMT

Page 2 of 3

**975**

ATV028097



Apps | Categories | Home | Top charts | New releases

My apps
Shop

Games
Kids
Editors' Choice

Account
Payment methods
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide

| | | |
|---|---|---|
| June 9, 2020 | 46M | 500+ |
| **Current Version** | **Requires Android** | **Content Rating** |
| 1.2 | 4.4 and up | Everyone<br>Learn more |
| **In-app Products** | **Permissions** | **Report** |
| $0.99 - $49.99 per item | View details | Flag as inappropriate |
| **Offered By** | **Developer** | |
| Binda zone | Visit website<br>binda2346@gmail.com<br>Privacy Policy<br>Surat gujarat | |

## Similar

See more

Warzone: Clash of
Stratosphere Games &

Warzone Idle
Warzone.com, LLC

Call of Thrones
Gamepip Company L

Dynasty War - He
i3Fun Hong Kong

## More by Binda zone

See more

Cannon Shoot Ba
Binda zone

Classic Seven Slo
Binda zone

Photo Suit : Men &
Binda zone

Recovery App for
Binda zone

©2021 Google Site Terms of Service Privacy Developers About Google | Location: United States Language: English (United States)
By purchasing this item, you are transacting with Google Payments and agreeing to the Google Payments Terms of Service and Privacy Notice.



ATV028478

# EXHIBIT 139



ATV028483



| | |
|---|---|
| Document title: | Warzone Shooting : Combat Strike - Apps on Google Play |
| Capture URL: | https://play.google.com/store/apps/details?<br>id=com.gamemonk.shadowops.frontlinestrike&hl=en_US&gl=US |
| Captured site IP: | 172.217.12.238 |
| Page loaded at (UTC): | Wed, 15 Dec 2021 19:37:22 GMT |
| Capture timestamp (UTC): | Wed, 15 Dec 2021 19:37:48 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 4 |
| Capture ID: | ba03b230-a171-4941-808b-821390750e14 |
| User: | msk-general |

980
ATV028091



981

ATV028092



So bad game

**Ricky Sansom**
★ ★ ★ ★ ★ November 25, 2021

Excited

**Jhe Ann Dublin**
★ ★ ★ ★ ★ October 25, 2021

Happpyyy

WHAT'S NEW
* Bugs Fixed
* Purchase Issue Resolved
* Minor Improvements in Game Play
* Minor Improvements in User Interface
* Level 4 Issue Resolved
* Loading Issue Fixed

READ MORE

ADDITIONAL INFORMATION

| | | |
|---|---|---|
| **Updated** | **Size** | **Installs** |
| December 21, 2020 | 38M | 1,000+ |
| **Current Version** | **Requires Android** | **Content Rating** |
| 1.2 | 5.0 and up | Mature 17+ |
| | | Intense Violence, Blood |
| | | Learn more |
| **Interactive Elements** | **In-app Products** | **Permissions** |
| In-Game Purchases | $1.99 - $5.99 per item | View details |
| **Report** | **Offered By** | **Developer** |
| Flag as inappropriate | GAME MONK STUDIO | Visit website |
| | | feedback.gamemonkstudio@gmail.com |
| | | Privacy Policy |
| | | 2917 Brighton 7 street, |
| | | Brooklyn, NY 11235 |

More by GAME MONK STUDIO

See more

Grand Formula Car
GAME MONK STUDIO

Germ Smash Hero
GAME MONK STUDIO

Document title: Warzone Shooting : Combat Strike - Apps on Google Play
Capture URL: https://play.google.com/store/apps/details?id=com.gamemonk.shadowops.frontlinestrike&amp;hl=en_US&amp;gl=US
Capture timestamp (UTC): Wed, 15 Dec 2021 19:37:48 GMT

Page 2 of 3

982

ATV028093



Document title: Warzone Shooting : Combat Strike - Apps on Google Play
Capture URL: https://play.google.com/store/apps/details?id=com.gamemonk.shadowops.frontlinestrike&amp;hl=en_US&amp;gl=US
Capture timestamp (UTC): Wed, 15 Dec 2021 19:37:48 GMT

Page 3 of 3

**983**

ATV028094

# EXHIBIT 140

2/5/25, 12:30 AM                                    Alien Plane 1942 Warzone on the App Store

**App Store** Preview

Open the Mac App Store to buy and download apps.



### Alien Plane 1942 Warzone [12+]
World Space Shooter Battle
RL Technology, LLC
Designed for iPad
⭐ 1.0 • 2 Ratings

Free

### Screenshots    iPad  iPhone






Win real cash prizes! Follow us into a world full of brain training fun, full of nostalgia, and fill our pockets with prizes by the way.

After downloading the game for FREE, you can start playing Practices or Cash Tournaments and win real money.

Defeat all the enemies and strengthen your ship with new perks and skills!

### What's New
Version 2.0
Fixed Minor Bugs

Version History

### Ratings and Reviews

**1.0**
out of 5

★★★★★
★★★★
★★★
★★
★

2 Ratings


blurryki77er, 12/02/2021

**Horrible**
Horrible controls.


Diray Acosta, 01/29/2024

**Doesn't work**
Bad.

### App Privacy

The developer, **RL Technology, LLC**, indicated that the app's privacy practices may include handling of data as described below. For more information, see the developer's privacy policy.



**Data Used to Track You**

The following data may be used to track you across apps and websites owned by other companies:

📊 Usage Data

**985**



**Data Not Linked to You**

The following data may be collected but it is not linked to your identity:

🪪 Identifiers                                 📊 Usage Data

Privacy practices may vary, for example, based on the features you use or your age. Learn More

---

## Information

Seller
RL Technology, LLC

Size
574.6 MB

Category
Games

Compatibility

**iPhone**
Requires iOS 12.0 or later.

**iPad**
Requires iPadOS 12.0 or later.

**iPod touch**
Requires iOS 12.0 or later.

**Mac**
Requires macOS 11.0 or later and a Mac with Apple M1 chip or later.

**Apple Vision**
Requires visionOS 1.0 or later.

Languages
English, Arabic, Catalan, Croatian, Czech, Danish, Dutch, Finnish, French, German, Greek, Hebrew, Hindi, Hungarian, Indonesian, Korean, Malay, Polish, Portuguese, Romanian, Russian, Simplified Chinese, Slovak, Swedish, Thai, Turkish, Vietnamese

Age Rating
12+
Infrequent/Mild Mature/Suggestive Themes
Infrequent/Mild Realistic Violence
Infrequent/Mild Cartoon or Fantasy Violence

Copyright
© RLT Media Group

Price
Free

---

Developer Website ↗
App Support ↗
Privacy Policy ↗

---

## More By This Developer

See All


Galaxy World Space Shooter
Games


Filthy Wealth Clothing Corp
Shopping


Rich Vegas Lightning Casino
Games


Lucky Blackjack 21 Dice Casino
Games

---

## You Might Also Like

See All

**986**



ELITE EYE QB
Games



Basketball Blasters
Games



Shootero - Real Cash
Payday
Games



Total Eggscape - Win
Real Cash
Games

United States    Español (México)    العربية    Русский    简体中文    Français (France)    한국어    Português (Brazil)    Tiếng Việt    繁體中文 (台灣)

Copyright © 2025 Apple Inc. All rights reserved.

Internet Service Terms    |    App Store & Privacy    |    Cookie Warning    |    Support

# EXHIBIT 141



  
Games    **Apps**    Movies & TV    Books    Kids



# Beast Warzone

### PLAY4MORE

| 1.4 ★ | 500+ |  |
|---|---|---|
| 10 reviews | Downloads | Everyone ⓘ |

**Install**

⤴ Share    🔖 Add to wishlist





## About this game →

1. [Buster Taming] Lairs of prehistoric busters are scattered around this island. Gorillas, tyrannosaurus haunt mountains and forests; apatosaurus and ancient tortoises lurk in waters; roaring dragonoids glide across the sky with prey in their claws. Defeat, capture and tame them! They will be the strongest force in your army!

2. [Turf War] The law of jungle rules this world of busters! Besiege forts belonging to other players. Plunder resources from your opponents and conquer them! The wild busters you tamed will be the greatest fear for your enemies! And don't forget to fortify your…

**Updated on**
Nov 17, 2022

Strategy

## Data safety

Developers can show information here about how their app collects and uses your data. Learn more about data safety

Google Play

Games        Apps        Movies & TV        Books        Kids

Ratings and reviews are verified ⓘ

🔲 Phone

## 1.4

★ ⯪ ☆ ☆ ☆

10 reviews

| | |
|---|---|
| 5 | ▇▇▇▁▁▁▁▁▁▁▁▁▁▁▁▁ |
| 4 | ▁▁▁▁▁▁▁▁▁▁▁▁▁▁▁▁ |
| 3 | ▁▁▁▁▁▁▁▁▁▁▁▁▁▁▁▁ |
| 2 | ▁▁▁▁▁▁▁▁▁▁▁▁▁▁▁▁ |
| 1 | ▇▇▇▇▇▇▇▇▇▇▇▁▁▁▁▁ |

**Carrie Kritcher**                                                                 ⋮

★ ☆ ☆ ☆ ☆    December 24, 2021

I can't give u review u still in maintenance and if this keeps up I unstall your game!! Deleting game can't play it due to maintenance for two days come on I want to play.I guess that not going to happen anytime soon!

3 people found this review helpful

Did you find this helpful?    [ Yes ]   [ No ]

**C**   **Casey Rider**                                                             ⋮

★ ☆ ☆ ☆ ☆    December 26, 2021

Can't even play the game, it says all servers are down

2 people found this review helpful

Did you find this helpful?    [ Yes ]   [ No ]

**d**   **dragon Sniper**                                                           ⋮

★ ☆ ☆ ☆ ☆    January 8, 2022

I cant play this game do to maintenance.

1 person found this review helpful

Did you find this helpful?    [ Yes ]   [ No ]

See all reviews

## App support                                                                      ⌄



Google Play

Games          Apps          Movies & TV          Books          Kids

1.0 ★


Count Masters-Stick war
PLAY4MORE
1.7 ★


Art Coloring
PLAY4MORE


Gun Man Run 3D
PLAY4MORE

## Similar games                                                                    →


Age of Castles: Snake War
HaoPlay Limited
4.4 ★


Super Fleets - Classic
Moonjoy
3.2 ★


Ifish - Fish Hunter Online
VNG ZingPlay Studio
4.6 ★


Idle Trash Tycoon: Junkyard
Lost Starfish Games
4.6 ★


Ace Trainer
FARLIGHT


Sweet Cookie
Zabaron Games
3.7 ★

⚑  Flag as inappropriate

Google Play

Play Pass

Play Points

Gift cards

Redeem

Refund policy

Kids & family

Parent Guide

Family sharing

Terms of Service      Privacy      About Google Play      Developers      Google Store        United States (English (United States))

# EXHIBIT 142



ATV028488

# EXHIBIT 143

**App Store** Preview

Open the Mac App Store to buy and download apps.



### FPS Warzone Shooting Gun Games `17+`
FPS Sniper Assassin Offline

JB Technologies

Designed for iPad

Free · Offers In-App Purchases

---

### Screenshots    <u>iPad</u>    iPhone

            

---

The wait is over! The new version of FPS Warzone Shooting 2024 is live with ultimate revenge missions. Chance to prove yourself the finest game player with a brand-new experience in Gun Shooting with Amazing Graphics, and a sandy environment. Best on iPhone, iPad FPS Warzone Shooting 2022 will provide a memorable experience.

Welcome to 3D shooting games, where every shot is your masterpiece and precision. Immerse yourself in heart-pounding action as you step into the shoes    more

---

### What's New
Version 1.7

FEATURES of FPS Warzone Shooting Gun Games.

• Participate in the world tournaments, and take first place in rating!
• Modern and outstanding 3D graphics first person
• Huge choice of weapons, equipment, and upgrades to your soldier. Choose a suitable gun and go to PVP battles!    more

Version History

---

### App Privacy
See Details

The developer, **JB Technologies**, indicated that the app's privacy practices may include handling of data as described below. For more information, see the developer's privacy policy.



**Data Used to Track You**

The following data may be used to track you across apps and websites owned by other companies:

⬈ Location                    ⓘ Contact Info
▤ Identifiers                    ▦ Usage Data
⚙ Diagnostics



**Data Not Linked to You**

The following data may be collected but it is not linked to your identity:

Case 2:21-cv-03073-FLA-JC   Document 115-5   Filed 02/14/25   Page 68 of 83   Page ID #:4469

Location
Identifiers
Diagnostics

Contact Info
Usage Data

Privacy practices may vary, for example, based on the features you use or your age. Learn More

## Information

**Seller**
JB Technologies

**Size**
290.1 MB

**Category**
Games

**Compatibility**
**iPhone**
Requires iOS 13.0 or later.

**iPad**
Requires iPadOS 13.0 or later.

**iPod touch**
Requires iOS 13.0 or later.

**Mac**
Requires macOS 11.0 or later and a Mac with Apple M1 chip or later.

**Apple Vision**
Requires visionOS 1.0 or later.

**Languages**
English, French, German, Japanese, Portuguese, Russian, Spanish, Ukrainian

**Age Rating**
17+
Frequent/Intense Realistic Violence

**Copyright**
© JB Technologies

**Price**
Free

Developer Website ↗
App Support ↗
Privacy Policy ↗

## More By This Developer

See All









Military Truck Driver Army
Games

Sprint car racing & Race Auto
Games

Trigger Fist Gun Shooting Game
Games

Car Games 3D: Racing Games
Games

## You Might Also Like

See All

**996**





Commando 3D: Gun Shooting Game
Games

FPS Shooting Commando Warfare
Games

FPS Shooting Gun Games 3d
Games

Bullet Clash
Games

Japan   日本語

Copyright © 2025 Apple Inc. All rights reserved.

Internet Service Terms   |   App Store & Privacy   |   Cookie Warning   |   Support

**997**

# EXHIBIT 144



Document title: Warzone Getaway 2020 - Play Warzone Getaway 2020 on CrazyGames
Capture URL: https://www.crazygames.com/game/warzone-getaway-2020
Capture timestamp (UTC): Fri, 17 Dec 2021 18:37:28 GMT

**999**



ATV028480

# EXHIBIT 145

 Google Play

Games    Apps    Movies & TV    Books    Kids



### WarZone Medic

**Runelorde Games Studios**

Contains ads

1.5★ | 500+ | 
8 reviews | Downloads | Teen ⓘ

[ Install ]

⌇ Share    🔖 Add to wishlist

      

## About this game    →

"Warzone Medic" is a thrilling hyper-casual game that puts you in the shoes of a courageous battlefield medic. As chaos ensues and bullets fly in the warzone, it's your duty to rush to the injured soldiers and save their lives. Can you handle the pressure and become the ultimate hero?
In "Warzone Medic," you'll navigate through dangerous war zones, filled with explosions, gunfire, and desperate cries for help. Your mission is to reach the wounded soldiers in record time and provide them with life-saving medical assistance. You'll need lightning-fast reflexes and impeccable decision-making skills to succeed in this challenging and adrenaline-pumping game.…

### Updated on
Aug 4, 2023

( Action )

## Data safety    →

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

⌇ | This app may share these data types with third parties
   | Financial info, App info and performance, and Device or other IDs

Google Play

Games          Apps          Movies & TV          Books          Kids

See details

## Ratings and reviews

Ratings and reviews are verified ⓘ

📱 Phone

**1.5**
★★☆☆☆

| | |
|---|---|
| 5 | ▰▰▰ |
| 4 | |
| 3 | |
| 2 | |
| 1 | ▰▰▰▰▰▰▰▰▰ |

8 reviews

Ⓓ  Debra Luddy                                                    ⋮

★☆☆☆☆   August 8, 2023

I think you should rename the game buggy mess because I get one for a second it feels like my character is moonwalking and how does the soldier before gets shot has gunshot wounds and you can't even complete level 1 so what's the purpose of this game please tell me it didn't bug bug bug bug bug bug bug you can't even restart all this is is just to make you feel so I doubt that anybody that likes this has a soul

1 person found this review helpful

Did you find this helpful?   Yes      No

Ⓐ  Aloni Shaffer                                                  ⋮

★☆☆☆☆   August 10, 2023

This is not worth downloading. Don't waste your time. All you end up doing is putting a bandaid on a leg and running from one spot to a tent over and over again 🗆🗆🗆

Did you find this helpful?   Yes      No

Ⓒ  Cindy Casler                                                   ⋮

★☆☆☆☆   June 11, 2023

This game sucks I just plays the same exact level over and over again and the graphics aren't good either

1 person found this review helpful

Did you find this helpful?   Yes      No

See all reviews

 Google Play

Games          Apps          Movies & TV          Books          Kids

 Space Rage: Spaceship Shooter
Runelorde Games Studios

 Chicken Weapon Craft 3D
Runelorde Games Studios

 DIY HairBand 3D
Runelorde Games Studios
2.6 ★

 Fish Rescue Frenzy
Runelorde Games Studios

 Herd The Sheep-Dog Simulator
Runelorde Games Studios

 Dashing Squad – Run and Jump
Runelorde Games Studios

## Similar games                                                    →

 Alien Shelter
Word Generation

 Zoombinis - Logic Puzzle Game
TERC
4.0 ★

 Cult Summoner: RPG Summoning
Tapps Games
2.9 ★

 Remi Zeros : Card Defense
Supermagic
4.5 ★

 Refence: Roguelike Defence
Muurou Tech
$4.99

 Devil Archer: Roguelike Action
Alchemist Games Inc.
4.3 ★

🏴 Flag as inappropriate

Google Play

Play Pass

Play Points

Gift cards

Redeem

Refund policy

Kids & family

Parent Guide

Family sharing

Terms of Service      Privacy      About Google Play      Developers      Google Store      🇺🇸  United States (English (United States))

**1004**

# EXHIBIT 146



Games    **Apps**    Movies & TV    Books    Kids



# Warzone Tycoon

**Casual Games For Fun**

Contains ads

**500+**
Downloads


Everyone ⓘ

<div>Install</div>

Share    Add to wishlist








## About this game    →

Introducing Warzone Tycoon: Defend and Dominate!

Welcome to Warzone Tycoon, the ultimate casual idle game where you must defend against relentless enemies marching towards you. Arm yourself with the first firearm for free, but beware, as it will run out of ammo. Enter the factory and construct your first production line to manufacture bullets. Unlock more powerful firearms by spending money and corresponding bullet factories.…

## Updated on

Nov 20, 2023

Casual

 **Google Play**

Games          **Apps**          Movies & TV          Books          Kids

---

🔗  **No data shared with third parties**
     <u>Learn more</u> about how developers declare sharing

☁  **No data collected**
     <u>Learn more</u> about how developers declare collection

⊖  **Data isn't encrypted**

⊖  **Data can't be deleted**

**See details**

---

## App support                                                                    ⌄

## More by Casual Games For Fun                                          →

  **Monster Girl Legend**
                      Casual Games For Fun
                      4.6 ★

  **Ragdoll Accident**
                      Casual Games For Fun

  **Taxi Puzzle**
                      Casual Games For Fun

  **Meat Factory Manager**
                      Casual Games For Fun
                      4.4 ★

  **Sauna Tycoon**
                      Casual Games For Fun

  **Train Town-Idle Game**
                      Casual Games For Fun
                      4.7 ★

## Similar games                                                                   →

  **Runes Master**
                      VGames Studios

  **Idle Trash Tycoon: Junkyard**
                       Lost Starfish Games
                       4.7 ★

  **Wowo Town**
                      Develepo LLC

  **Age of Castles: Snake War**
                       HaoPlay Limited
                       4.4 ★

  **Cats vs Aliens PVP**
                       SIA BFA
                       4.4 ★

  **Rage Hero**
                       JW software Co., Limited
                       2.7 ★

🏳 Flag as inappropriate



Games     **Apps**     Movies & TV     Books     Kids

Play Pass

Play Points

Gift cards

Redeem

Refund policy

Kids & family

Parent Guide

Family sharing

Terms of Service    Privacy    About Google Play    Developers    Google Store

🇺🇸 United States (English (United States))

# EXHIBIT 147



ATV028514



ATV028515