1  MARC E. MAYER (SBN 190969)
     mem@msk.com
2  KARIN G. PAGNANELLI (SBN 174763)
     kgp@msk.com
3  LINDSAY R. EDELSTEIN (*pro hac vice*)
     lre@msk.com
4  MITCHELL SILBERBERG & KNUPP LLP
   2049 Century Park East, 18th Floor
5  Los Angeles, CA 90067-3120
   Telephone: (310) 312-2000
6  Facsimile: (310) 312-3100

7  Attorneys for Activision Publishing,
   Inc.

8

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11 | ACTIVISION PUBLISHING, INC., a          | CASE NO. 2:21-cv-3073-FLA (JCx)
   | Delaware corporation,
12 |                                          | [Judge Fernando L. Aenlle-Rocha]
   |              Plaintiff,
13 |                                          | **EXHIBITS NOS. 148-153 TO**
   |         v.                               | **DECLARATION OF MARC E.**
14 |                                          | **MAYER IN SUPPORT OF**
   | WARZONE.COM, LLC,                        | **MOTION FOR SUMMARY**
15 |                                          | **JUDGMENT OR,**
   |              Defendant.                   | **ALTERNATIVELY, PARTIAL**
16 |                                          | **SUMMARY JUDGMENT**

17 | WARZONE.COM, LLC,
   |                                          | Date:      March 21, 2025
18 |              Counterclaimant,            | Time:      1:30 p.m.
   |                                          | Ctrm:      6B
19 |         v.
   |                                          | Complaint Filed:       Apr. 8, 2021
20 | ACTIVISION PUBLISHING, INC., a          | Counterclaim Filed:    June 8, 2021
   | Delaware corporation,                    | Pretrial Conference:   May 19, 2025,
21 |                                          |                        at 1:30 p.m.
   |              Counterdefendant.            | Trial:                  May 27, 2025,
22 |                                          |                        at 8:15 a.m.

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

20507194.1

**EXHIBITS TO MARC E. MAYER DECLARATION**

# EXHIBIT 148

| From: | TMOfficialNotices@USPTO.GOV |
|---|---|
| Sent: | Tuesday, May 1, 2018 00:10 AM |
| To: | XXXX |
| Cc: | XXXX |
| Subject: | Official USPTO Notice of Allowance: U.S. Trademark SN 87512201: EVE: VALKYRIE - WARZONE |

NOTICE OF ALLOWANCE (NOA)

ISSUE DATE: May 1, 2018

**U.S. Serial Number:** 87512201
**Mark:** EVE: VALKYRIE - WARZONE
**Docket/Reference Number:**

No opposition was filed for this published application. The issue date of this NOA establishes the due date for the filing of a Statement of Use (SOU) or a Request for Extension of Time to file a Statement of Use (Extension Request). **WARNING:** An SOU that meets all legal requirements must be filed before a registration certificate can issue. Please read below for important information regarding the applicant's pending six (6) month deadline.

**SIX (6)-MONTH DEADLINE: Applicant has six (6) MONTHS from the NOA issue date to file either:**
- An SOU, if the applicant is using the mark in commerce (required even if the applicant was using the mark at the time of filing the application, if use basis was not specified originally); **OR**
- An Extension Request, if the applicant is not yet using the mark in commerce. If an Extension Request is filed, a new request must be filed every six (6) months until the SOU is filed. The applicant may file a total of five (5) extension requests. **WARNING:** An SOU may **not** be filed more than thirty-six (36) months from when the NOA issued. The deadline for filing is always calculated from the issue date of the NOA.

**How to file SOU and/or Extension Request:**
Use the Trademark Electronic Application System (TEAS). Do **NOT** reply to this e-mail, as e-mailed filings will **NOT** be processed. Both the SOU and Extension Request have many legal requirements, including fees and verified statements; therefore, please use the USPTO forms available online at https://www.uspto.gov/trademarks-application-process/filing-online (under the "INTENT-TO-USE (ITU) FORMS" category) to avoid the possible omission of required information. If you have questions about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

For information on how to (1) divide an application; (2) delete goods/services (or entire class) with a Section 1(b) basis; or (3) change filing basis, see https://www.uspto.gov/trademarks-getting-started/process-overview/additional-information-post-notice-allowance-process.

**FAILURE TO FILE A REQUIRED DOCUMENT OUTLINED ABOVE DURING THE APPROPRIATE TIME PERIOD WILL RESULT IN THE ABANDONMENT OF THIS APPLICATION.**

**REVIEW APPLICATION INFORMATION FOR ACCURACY**

If you believe this NOA should not have issued or correction of the information shown below is needed, you must submit a request to the Intent-to-Use Unit. Please use the "Post-Publication Amendment" form under the "POST-APPROVAL/PUBLICATION/POST NOTICE OF ALLOWANCE (NOA) AMENDMENT FORMS" category, available at https://www.uspto.gov/trademarks-application-process/filing-online/post-approvalpublicationpost-notice-allowance-noa. Do **NOT** reply to this e-mail, as e-mailed filings will NOT be processed.

**Serial Number:** 87512201
**Mark:** EVE: VALKYRIE - WARZONE
**Docket/Reference Number:**
**Owner:** CCP hf
Grandagarður 8
Reykjavik , ICELAND   101
**Correspondence Address:** STEVEN M. KUSHNER
FELLOWS LABRIOLA LLP
225 PEACHTREE STREET, NE, STE. 2300
ATLANTA, GA 30303

**This application has the following bases, but not necessarily for all listed goods/services:**
Section 1(a): NO          Section 1(b): YES          Section 44(e): NO

**GOODS/SERVICES BY INTERNATIONAL CLASS**

041 -    Entertainment services, namely, providing on-line computer games; Entertainment services, namely, providing online video games; Entertainment services, namely, providing an on-line computer game -- FIRST USE DATE: NONE; -- USE IN COMMERCE DATE: NONE

**ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED.**

**Appropriate Specimens for Goods and/or Services:** A trademark specimen should be a label, tag, or container for the goods, or a display associated with the goods. See TMEP §§904.03 et seq. A service mark specimen should be an advertisement, sign, brochure, website printout or other image that shows the mark used in the actual sale or advertising of the services. See TMEP §§1301.04 et seq. For an instructional video on what is an appropriate trademark or service mark specimen for a good and/or service, click here.

**Fraudulent statements may result in registration being cancelled:** Applicants must ensure that statements made in filings to the USPTO are accurate, as inaccuracies may

**1013**

result in the cancellation of any issued trademark registration.  The lack of a bona fide intention to use the mark with ALL goods and/or services listed in an application or the lack of actual use on all goods and/or services for which use is claimed could jeopardize the validity of the registration, possibly resulting in its cancellation.

**Additional information:** For information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov or call the Trademark Assistance Center at 1-800-786-9199.

**Checking status:** To check the status of this application, go to https://tsdr.uspto.gov/#caseNumber=87512201&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.  Please check the status of any application at least every three (3) months after the application filing date.

To view this notice and other documents for this application on-line, go to https://tsdr.uspto.gov/#caseNumber=87512201&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch.  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

**1014**

| | |
|---|---|
| From: | TMOfficialNotices@USPTO.GOV |
| Sent: | Tuesday, May 1, 2018 00:10 AM |
| To: | XXXX |
| Cc: | XXXX |
| Subject: | Official USPTO Notice of Allowance: U.S. Trademark SN 87512215: EVE: VALKYRIE - WARZONE |

NOTICE OF ALLOWANCE (NOA)

ISSUE DATE: May 1, 2018

**U.S. Serial Number:** 87512215
**Mark:** EVE: VALKYRIE - WARZONE
**Docket/Reference Number:**

**No opposition was filed for this published application. The issue date of this NOA establishes the due date for the filing of a Statement of Use (SOU) or a Request for Extension of Time to file a Statement of Use (Extension Request). WARNING: An SOU that meets all legal requirements must be filed before a registration certificate can issue. Please read below for important information regarding the applicant's pending six (6) month deadline.**

**SIX (6)-MONTH DEADLINE: Applicant has six (6) MONTHS from the NOA issue date to file either:**
- An SOU, if the applicant is using the mark in commerce (required even if the applicant was using the mark at the time of filing the application, if use basis was not specified originally); **OR**
- An Extension Request, if the applicant is not yet using the mark in commerce. If an Extension Request is filed, a new request must be filed every six (6) months until the SOU is filed. The applicant may file a total of five (5) extension requests. **WARNING:** An SOU may **not** be filed more than thirty-six (36) months from when the NOA issued. The deadline for filing is always calculated from the issue date of the NOA.

**How to file SOU and/or Extension Request:**
Use the Trademark Electronic Application System (TEAS). Do **NOT** reply to this e-mail, as e-mailed filings will **NOT** be processed. Both the SOU and Extension Request have many legal requirements, including fees and verified statements; therefore, please use the USPTO forms available online at https://www.uspto.gov/trademarks-application-process/filing-online (under the "INTENT-TO-USE (ITU) FORMS" category) to avoid the possible omission of required information. If you have questions about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

For information on how to (1) divide an application; (2) delete goods/services (or entire class) with a Section 1(b) basis; or (3) change filing basis, see https://www.uspto.gov/trademarks-getting-started/process-overview/additional-information-post-notice-allowance-process.

**FAILURE TO FILE A REQUIRED DOCUMENT OUTLINED ABOVE DURING THE APPROPRIATE TIME PERIOD <u>WILL RESULT IN THE ABANDONMENT OF THIS APPLICATION</u>.**

**REVIEW APPLICATION INFORMATION FOR ACCURACY**

If you believe this NOA should not have issued or correction of the information shown below is needed, you must submit a request to the Intent-to-Use Unit. Please use the "Post-Publication Amendment" form under the "POST-APPROVAL/PUBLICATION/POST NOTICE OF ALLOWANCE (NOA) AMENDMENT FORMS" category, available at https://www.uspto.gov/trademarks-application-process/filing-online/post-approvalpublicationpost-notice-allowance-noa. Do **NOT** reply to this e-mail, as e-mailed filings will NOT be processed.

| | |
|---|---|
| Serial Number: | 87512215 |
| Mark: | EVE: VALKYRIE - WARZONE |
| Docket/Reference Number: | |
| Owner: | CCP hf<br>Grandagarður 8<br>Reykjavik , ICELAND   101 |
| Correspondence Address: | STEVEN M. KUSHNER<br>FELLOWS LABRIOLA LLP<br>225 PEACHTREE STREET, NE, STE. 2300<br>ATLANTA, GA 30303 |

**This application has the following bases, but not necessarily for all listed goods/services:**

Section 1(a): NO              Section 1(b): YES              Section 44(e): NO

**GOODS/SERVICES BY INTERNATIONAL CLASS**

009 -      Computer game software; Video game software; Video and computer game programs -- FIRST USE DATE: NONE; -- USE IN COMMERCE DATE: NONE

**ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED.**

**Appropriate Specimens for Goods and/or Services:** A trademark specimen should be a label, tag, or container for the goods, or a display associated with the goods. See TMEP §§904.03 et seq. A service mark specimen should be an advertisement, sign, brochure, website printout or other image that shows the mark used in the actual sale or advertising of the services. See TMEP §§1301.04 et seq. For an instructional video on what is an appropriate trademark or service mark specimen for a good and/or service, click here.

**Fraudulent statements may result in registration being cancelled:** Applicants must ensure that statements made in filings to the USPTO are accurate, as inaccuracies may result in the cancellation of any issued trademark registration. The lack of a bona fide intention to use the mark with ALL goods and/or services listed in an application or the

**1015**

lack of actual use on all goods and/or services for which use is claimed could jeopardize the validity of the registration, possibly resulting in its cancellation.

**Additional information:** For information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov or call the Trademark Assistance Center at 1-800-786-9199.

**Checking status:** To check the status of this application, go to https://tsdr.uspto.gov/#caseNumber=87512215&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.  Please check the status of any application at least every three (3) months after the application filing date.

To view this notice and other documents for this application on-line, go to https://tsdr.uspto.gov/#caseNumber=87512215&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch.  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

**1016**

# EXHIBIT 149


If you like Hasbro's RISK® game, you'll love Warzone!
• No pay-to-win: All games are equally fair fo   more

**Randy Ficker**
Developer                                              >

## Ratings & Reviews                          See All

# 4.8
out of 5



1.5K Ratings

Tap to Rate:   ☆ ☆ ☆ ☆ ☆

**Addicting Gameplay with an Outd...**   Aug 20
★★★★★                                    Kyle Tim

Don't judge a book by its cover. The interface may look like it jumped out of the 90s, but the gameplay is perfection. The concepts are simple, but the permutations are endless. I've enjoyed every moment playing this game. Grab this. You won't regret it.

✎ Write a Review          ⑦ App Support

# Ratings & Reviews

## 4.8
out of 5

1.5K Ratings

Tap to Rate: ☆ ☆ ☆ ☆ ☆

✎ Write a Review          ? App Support

Sort by Most Recent ⌄

**Awesome political game, but...**          Jan 26
★★★★☆          Awesome Sauce 8

I played virtually non stop for a month, then I got bored - or maybe burnt out? FFA games are so boring to me because it's so analytical and feels repetitive and boringggg. Diplomacy games are really fun, but that's only because I get to talk to people and play real politics. I wish there were more, bu **more**

**Significantly better game than Risk**          Jan 6
★★★★★          Aleksandr Vasilenko

This is a Risk-like game, but way more enjoyable. No annoying ads between games. Custom community made maps. Come

### Awesome political game, but...
★★★★☆     Jan 26
Awesome Sauce 8

I played virtually non stop for a month, then I got bored - or maybe burnt out? FFA games are so boring to me because it's so analytical and feels repetitive and boringggg. Diplomacy games are really fun, but that's only because I get to talk to people and play real politics. I wish there were more, bu   more

### Significantly better game than Risk
★★★★★     Jan 6
Aleksandr Vasilenko

This is a Risk-like game, but way more enjoyable. No annoying ads between games. Custom community made maps. Come complex mechanics.

I love this.

### It's like a certain popular board ga...
★★★★★     Dec 6
shigip0hiki

Also it's been around a while, and is still going strong!

### Over Run With Ads
★★☆☆☆     Nov 15
mayavadii

Was a great game with a few banner ads

**Over Run With Ads**     Nov 15
★★☆☆☆     mayavadii

Was a great game with a few banner ads. Now it's overrun with full screen ads every time I want to play a level. I get having an ad every now and then but this is too much.

**Addicting Gameplay with an Outd...**     Aug 20
★★★★★     Kyle Tim

Don't judge a book by its cover. The interface may look like it jumped out of the 90s, but the gameplay is perfection. The concepts are simple, but the permutations are endless. I've enjoyed every moment playing this game. Grab this. You won't regret it.

**Does one thing well and many thin...**     Jun 18
★☆☆☆☆     Smegma McDermott

Do you enjoy watching paint dry? Do you abhor the thought of using math or spending any time thinking? If so, Warlight Idle is the game for you! Plus, you get the bonus of getting nagged for in-game purchases for nonsensical items. Is it a holiday? Then you get to be nagged double, because the    more

‹ Back **Ratings & Reviews**

get to be nagged double, because the... more

---

**Good enough game, unplayable n....** ★★☆☆☆
Jun 16    SteveDoom

Banner ad's block the main menu buttons on ios. Unplayable as a result.

---

**Played since 2015** ★★★★★
May 26    Derek | Kzkznznx

Amazing game ten years later. Great community. I love this game and you will too, if you stick with it you will get great enjoyment out of this risk game

---

**Great to see devs still active** ★★★★★
May 25    cj912364

The game after not having tons of popularity (im guessing) after 6+ years of being out, its really nice to see the developers still active with their game.

Only reason it's missing a star is because of the micro transactions in their idle gam... more

---

**BARELY ANY ADS !!! BEST GAME** ★★★★★
May 8    G2CoolalLL$11...

### BARELY ANY ADS !!! BEST GAME

★★★★★

May 8

G2Cool4U$

There is a reasonable amount of ads you will see one ad maybe every 30 min while playing, UNLIKE STATE IO I use to play it and it had way too many ads now I found this game it's fun strategic and sorta like chess.

### Starts with Risk and ...

★★★★★

1y ago

Petroid62

This app begins with the core elements of the board game/ app and related war strategy games. Then it progresses you smartly thru a series of interesting mods and elaborations. They seem to incorporate user designed submissions so that the creativity never ends. It's not pay to play and onl  more

### Problem with ads not going away

★★★☆☆

1y ago

Aspirant1

I would have said this was one of my most favorite, and frequently played games.  In last month or so however the ads that show up before game won't close.  Still able to turn off audio but clicking on the  top left  corner, but clicking on X in top right corner has no effect and the advertisement is stuck o  more

### Problem with ads not going away
★★★☆☆     1y ago    Aspirant1

I would have said this was one of my most favorite, and frequently played games. In last month or so however the ads that show up before game won't close. Still able to turn off audio but clicking on the top left corner, but clicking on X in top right corner has no effect and the advertisement is stuck o  more

### Risk and much more
★★★★★     1y ago    stp808080

This game has simple risk. Any map you can dream of the movies, games, shows and books. Tons of rules you can add. They even have role-playing games.

### It was fun
★★★☆☆     1y ago    y33teth

I used to enjoy this game till they recently added a currency for it and I just can't get with it. I preferred the old version that was just get armies every turn.

### This should be on top charts
★★★★★     1y ago    Truthnfreedomz69

Amazing game like risk but better. Amazing

### This should be on top charts
1y ago

★★★★★   Truthnfreedomz69

Amazing game like risk but better. Amazing community and developer who cares. Found from Reddit. And he's a stand up guy. Cares about his supporters. Community and global chat is amazing. Least toxic community I've ever experienced. 10/10 stars. Thanks for such an awesome game and project. W   more

### Better than risk
1y ago

★★★★★   eliel eliel election

Your didn't lie. It really is better than Hashbro's Risk

### Great game, been playing for years
1y ago

★★★★★   BigHouseGambia

Was a beta tester for the idle feature years ago and I can tell the devs really do care about the game. Warzone's owner is a really caring person and makes sure the community has the features it wants. I've been playing against my friend for many years and we both enjoy playing the game and exporting the goofy match replay video on youtube. There's a unique charm to this game, and it maintains its minimalistic, 2D graphics and makes it feel clean and simple.

**Great game, been playing for years**    1y ago

⭐⭐⭐⭐⭐    BigHouseGambia

Was a beta tester for the idle feature years ago and I can tell the devs really do care about the game. Warzone's owner is a really caring person and makes sure the community has the features it wants. I've been playing against my friend for many years and we both enjoy playing the game and exporting the goofy match replay video on youtube. There's a unique charm to this game, and it maintains its minimalistic, 2D graphics and makes it feel clean and simple.

**I play it every day**    1y ago

⭐⭐⭐⭐⭐    Parry Mopins

It's pretty good

**Not like Risk**    1y ago

⭐⭐⭐⭐⭐    Drawder

Difficult to figure out how to play. Not really a strategy game. Fog is too worldwide. Can't do strategy as you do in Risk. Can't see the whole board situation. I think I'll stick with the board game. I guess I like holding pieces better than tapping with my finger all the time. The computer is invisible,    more

**Not like Risk**

★★★★★

Difficult to figure out how to play. Not really a strategy game. Fog is too worldwide. Can't do strategy as you do in Risk. Can't see the whole board situation. I think I'll stick with the board game. I guess I like holding pieces better than tapping with my finger all the time. The computer is invisible,    more

1y ago
Drawder

**Crashes**

★★★★☆

This game is fun, and I'm currently Level 52. But, wvery single time like after getting in multi 4 times, it crashes. Could you please fix this?

1y ago
JojosTj

**No outright purchase.**

★☆☆☆☆

The only way to get rid of ads is to "subscribe "! Childish. Deleted.

2y ago
Eriptron

**used to be fun, now it is a n...**    edited 2y ago

★☆☆☆☆    carlos66ba

I understand that you need funding, so a few ads are part of the bargain. But now, it is

**used to be fun, now it is a n...**    edited 2y ago

★☆☆☆☆                                    carlos66ba

I understand that you need funding, so a few
ads are part of the bargain. But now, it is
absolutely impossible to deal with your    more

**Developer Response**                    6y ago

Warzone is indeed a challenging game!  But
keep trying different strategies and I'm    more

---

**No gimmicks, great game**              2y ago

★★★★★                                    delliejonut

Everyone should be playing this

---

**Simple**                               2y ago

★★★★★                                    Seriously Stars

I like this game it's just simple and easy to
play, there's many ideas you can use in this
game style to make this game more fun you
can brought ideas from supremacy1914
game

---

**Great game, app has been broken...**   2y ago

★★☆☆☆                                    rob m

This has been one of my favorite games for
years!  I love coming back to it periodically

### Great game, app has been broken...
★★☆☆☆

2y ago

rob m

This has been one of my favorite games for years! I love coming back to it periodically and working on the incredibly extensive solo missions or playing a long custom game. Sometime this year, hard to say exactly when, my phone (iphone 13) stopped being able to play this game. Whenever I ope   more

### Almost perfect game
★★★★★

2y ago

Hillary is evil

The game is great, but the game's community is absolutely terrible. Obviously this is not the fault of the developers, but should be noted.

### Frustrating
★☆☆☆☆

2y ago

Gfofrc

The game is okay at best, it constantly piles ads on you and the in game purchases are wildly overpriced. if you get stuck on a map you're supposed to get a skip but i've only gotten one between the two times i've downloaded this app. if you want to waste time , fee free to get this. otherwise, sk   more

### Frustrating
★☆☆☆☆

2y ago
Gfofrc

The game is okay at best, it constantly piles ads on you and the in game purchases are wildly overpriced. if you get stuck on a map you're supposed to get a skip but i've only gotten one between the two times i've downloaded this app. if you want to waste time , fee free to get this. otherwise, sk   **more**

### Like all the games in the app store
★☆☆☆☆

2y ago
Radiohalo

I am always looking for games that you pay once and your set.  The first few maps are easy to play and learn how to play. After playing to level 5, I started to look for the way to eliminate ads, only to find out it is a monthly subscription.  I am so glad that I did not start the subscription because not   **more**

### Best free game ever!
★★★★★

2y ago
senefro2

It should be on Steam!

### Fun with family and friends!
★★★★★

2y ago
GrowFam

Very fun

**Fun with family and friends!**    2y ago
★★★★★    GrowFam

Very fun.

**Unplayable**    2y ago
★☆☆☆☆    Lheftyg

It freezes in the first 2 seconds of the tutorial

**Frustrating**    3y ago
★☆☆☆☆    jannds72

I have been using this app for years. Until today. The app glitched. The game would not work. I had to remove the game and reinstall for it to work. I logged back in and everything is gone. I have to start over. I spent real money on this game. What I purchased is gone. I can't even access anything bec   more

**i love the game.......BUT**    3y ago
★★★★★    king deeba

i got far in warzon idle but i never had an account. the game kept telling me to create one so i went ahead and created one......ALL of my idle progress was loss and i got bumped back a few levels in the regular mode. it's possible that i might've had an

### i love the game.......BUT
★★★★★                    3y ago
                         king deeba

i got far in warzon idle but i never had an account. the game kept telling me to create one so i went ahead and created one......ALL of my idle progress was loss and i got bumped back a few levels in the regular mode. it's possible that i might've had an account from years ago but i didn't eve  more

### Amazing Independent Game
★★★★★                    3y ago
                         XdhrejlaandbwxiZuxehkzc

This app is great. We play it in a large group and have opened so many levels so much of the game is customizable for us. Dare I say, the best independent game I've played.

### Thank you funny map game
★★★★★                    3y ago
                         Hypertonicity

Warzone has been probably my favorite video game of 2021, I've gotten to meet some and talk to some genuinely interesting people! A good maneuver always makes me feel excited.

### Like RISK, but with various features
★★★★★                    3y ago
                         Papa Legbs

**Like RISK, but with various features**   3y ago
★★★★★                                        Papa Legbs

If you want to play against a challenging AI
opponent with a RISK type of game on your
schedule, this is the game for you. There's a
map of scenarios to go through with different
variations on RISK versus different AI
opponents. Some of these opponents are
TOUGH, but are eventually beatable.   more

**Please add more**                          3y ago
★★★★☆                        Ummmmmmmmmmmmm...

Can you please add more slots for the
Scenario Builder thing please add more slots
please why not A-Z And AA-ZZ like AY AB BB
EG KS or other slots please add this and
keep the updates on going :)

**Fun Game! But..**                          3y ago
★★★☆☆                                    JensenScraps

I would rate it five stars but the ads block the
way of most buttons

**To hard**                                  3y ago
★☆☆☆☆                                      dcottararill

THIS GAME IS WAY TO HARD

**To hard**
★☆☆☆☆

3y ago
dcottararill

THIS GAME IS WAY TO HARD

**Great game!!!**
★★★★★

3y ago
Web_USA

Thank you!

**Online Risk**
★★★★★

3y ago
Mossytr33

My buddies and I play from 3 different time zones. It's been awesome. Game play is modifiable to accommodate any preference. Brilliant.

**Like it now, Love it with more play...**
★★★★★

3y ago
BASEBALL FAN 56

The only flaws I can think of is that you're limited to 40 players once you're at the max and two of the colors have little if any difference 60 might be pushing it but 50 would be a lot better The bright blues are almost identical and it's confusing when they share borders

more

    

★★★★★                          BASEBALL FAN 56

The only flaws I can think of is that you're limited to 40 players once you're at the max and two of the colors have little if any difference 60 might be pushing it but 50 would be a lot better The bright blues are almost identical and it's confusing when they share borders

more

---

**Great game**                          3y ago
★★★★★                          AimsnJey

This is a great game with lots of options. If you love Risk, you will enjoy this game.

---

**Wow**                          3y ago
★★★★★                          janice@123

Truly can't believe what's available for free with this game, including multi-day multiplayer support. Thank you Warzone.

---

**Warzone**                          3y ago
★★★★★                          CrayZNick

This indeed is a risk type game that will challenge your mind on how war works.

---

**Warzone**                                        3y ago
★★★★★                                              CrayZNick

This indeed is a risk type game that will
challenge your mind on how war works.

**Very fun community**                             3y ago
★★★★★                                              soyboi69

The community is nice and super honest.

**Great app!**                                     3y ago
★★★★★                              James the awesome person1

Brings back memory. I have been playing this
game for years. It's been named warzone
since 2017.

**Love it**                                        3y ago
★★★★★                              Carolina Kid Williams

I'm a long time fan of risk, and Warzone has
takes the same strategy idea and adds so
much to it. There are a ton of maps to play, a
campaign mode, and you can even create
your own maps. I've been looking for a game
like this for years.

**Toxic environment**                              3y ago

### Love it
★★★★★

3y ago
Carolina Kid Williams

I'm a long time fan of risk, and Warzone has takes the same strategy idea and adds so much to it. There are a ton of maps to play, a campaign mode, and you can even create your own maps. I've been looking for a game like this for years.

### Toxic environment
★☆☆☆☆

3y ago
HiddenSelf

They allow racist and other extreme abuse from players. They have rules of conduct but the enforcement is selective and capricious.

### Great remix on RISK-style strategy games
★★★★★

3y ago
jamrgus

This isn't a mere copy of RISK, the core mechanics of turn taking are totally different. I still love RISK, but I actually prefer WarZone to RISK these days. My only (minor) complaint is that single player games on the app don't transfer over to the web browser and vice versa. Although, this does allow you to have two single player games running concurrently, but if you want to pick up and play a game you had on the web, you can't. A minor issue!

to RISK these days. My only (minor) complaint is that single player games on the app don't transfer over to the web browser and vice versa. Although, this does allow you to have two single player games running concurrently, but if you want to pick up and play a game you had on the web, you can't. A minor issue!

**Fun**                                    4y ago
★★★★★                          RedLightningStrike

This game is really fun and I spend hours playing it. I love playing in multiplayer battles.

**Good Game**                              4y ago
★★★★★                                  NeegleS

Laid back gameplay. Good for traveling doesn't take up a lot of data either.

**Way to hard**                            4y ago
★★★☆☆                                amiranada

So i play my first non practice round then i lose the bot is two hard i try to stay away from it i still lose make it easier please thank you

**Way to hard**     4y ago
★★★☆☆     amiranada

So i play my first non practice round then i lose the bot is two hard i try to stay away from it i still lose make it easier please thank you

**Great game**     4y ago
★★★★★     The Temp

Great game - highly addictive. It's like Risk or Drisk with added levels of creative rules and maps.

**Good reliable fun**     4y ago
★★★★★     Marcus556

Good game, friendly community. Worth getting into

**Great game**     4y ago
★★★★★     Rearden Metal

I played Risk when I was younger and this is like Risk on steroids. It's a ton of fun. Very well done game. I just discovered it.

**No pay to win.**     4y ago

**No pay to win.**                    4y ago
★★★★☆                              Jedijerry

Great turn based strategy game that money can't help you win.

**Excellent Game.**                   4y ago
★★★★★                      LUKELUKE21212121

There are very few downsides to this game. I'm always impressed how this game can be on mobile. There are endless possibilities in how you can play, and it's extremely immersive. Warzone Idle is also a good addition. Big fan of the game, I highly recommend trying out a game. There's   more

**Create a skip button**              4y ago
★★★☆☆                        hdhdbxixbebsksnfnc

The game is overall good but playing the same level 7 times and the outcome staying the same is frustrating.  Let me just move on

**yoo**                               4y ago
★★★★★                            Ashok Shaji

this game kinda live lol

**yoo**
★★★★★

4y ago
Ashok Shaji

this game kinda live lol

**Great game and getter better all t...**
★★★★★

4y ago
terrance clotter

Been playing this game since before apps existed and it's better than ever

**Amazing game, but recentl...**
★★★★☆

edited 4y ago
sergeant argubright

This game is great, and I've been playing it for almost 2 years. Everything about it is good, but recently Warzone has been    more

**Developer Response**

5y ago

Please contact us at https://www.warzone.com/ReportBug

**Make an account before you play.**
★☆☆☆☆

4y ago
mac2334

I used to have an account a long time ago. Recently my brothers had me play with them so re downloaded it. It did not prompt me to make an account or log in to an existing one. So I started playing games. While in the

### Make an account before you play.    4y ago
★☆☆☆☆    mac2334

I used to have an account a long time ago. Recently my brothers had me play with them so re downloaded it. It did not prompt me to make an account or log in to an existing one. So I started playing games. While in the middle of some intense grudge matches I went to play single player to kill some t  more

### Great quarantine game    4y ago
★★★★★    John Bostanci

Great game to play when sheltering at home. App works great and is intuitive to use.

### Community based tactical territor...    4y ago
★★★★★    The dude 947314784

Excellent creation with a great community and many events that create a loveable and amazing game. Community maps are excellent, gameplay is great, not buggy at all for me. Could see some improvement maybe in the coin system or user customization but very small gripes for such a great free game

### 10/5    4y ago
★★★★★    Plat0307

    

**10/5**             4y ago
⭐⭐⭐⭐⭐        Plat0307

Absolutely love this game. Some of the levels get tedious towards the end if you play it right, but definitely some challenging ones out there, and then multiplayer opens up a whole host of new options.

**Great game**         4y ago
⭐⭐⭐⭐⭐        mrletter

Warzone is a lot of fun. Transfers great to mobile as well. Very well thought-out, more strategically deep version of Risk.

**Warzone**          4y ago
⭐⭐⭐⭐⭐        Ubermeuber

Amazing app!

**Great game! Best game nights ev...**   4y ago
⭐⭐⭐⭐⭐       guy who dosent care

While a little lackluster in graphics I've played this game both on here and on flash and I have to say it's a great game. I really love strategy games and this a perfect example of one. It's online features are great and the community is skilled and welcoming. It's also

### Great game! Best game nights ev...     4y ago
★★★★★     guy who dosent care

While a little lackluster in graphics I've played this game both on here and on flash and I have to say it's a great game. I really love strategy games and this a perfect example of one. It's online features are great and the community is skilled and welcoming. It's also blessed with devs that actually care ab   more

### Fun     5y ago
★★★★★     mobro12

It is so much fun

### War zone     5y ago
★★★★★     bentaro1

I like it

### I like it     5y ago
★★★★★     Stoney Savage

Best game ever!!!!!!!!!!!!!

### Please bring back screen reader s...     5y ago
★★★☆☆     Eodwife4ever

    

**Please bring back screen reader s...**   5y ago

★★★☆☆   Eodwife4ever

I used to play this game back when it was called Warlite. One thing that I liked about the game was that it had limited Voiceover support. But now that is gone I really can't play the game. Can you please bring that back?

**Meh**   5y ago

★★☆☆☆   Zatarainthesand

Not bad. But glitches. Community is lack luster.

Played through single player. Multiplayer could be great, but the community is garbage. Developers need to work on graphics, community and coding.

**The best strategy game!**   5y ago

★★★★★   Yjpmsd

The good:
-An active developer and community
-Lots of customizing available for every match
-Easy to pick up, but hard to master
-Online Multiplayer, with lots of ways to play, such as teams   more

    

### The best strategy game!
★★★★★

5y ago
Yjpmsd

The good:
-An active developer and community
-Lots of customizing available for every match
-Easy to pick up, but hard to master
-Online Multiplayer, with lots of ways to play, such as teams

more

---

### Lots of fun! Risk with some...
★★★★★

edited 5y ago
Sprtn036

Love the game. An excellent version of the classic Risk with modern tech.

more

**Developer Response**                         6y ago
Sorry you ran into a problem, I'm working on a fix for this.

---

### Crashes on iPhone XS
★★☆☆☆

5y ago
fix this gameee

I'm playing a single mode map maybe like 1000 provinces with 10 AI vs me just me and I literally closed another app, I was at like turn 30 something and come back and it literally was at turn 1 deleted my entire progress on a big map I will give a 5 star if this single issue is resolved because it

more

**Crashes on iPhone XS**     5y ago
★★☆☆☆     fix this gameee

I'm playing a single mode map maybe like 1000 provinces with 10 AI vs me just me and I literally closed another app, I was at like turn 30 something and come back and it literally was at turn 1 deleted my entire progress on a big map I will give a 5 star if this single issue is resolved because it     more

**Warzone**     5y ago
★★★★★     patricksteve99

Great game

**Good game**     5y ago
★★★☆☆     Nic-I73

I use to love this game. A lot of fun but be careful. I was doing good but on an update it kicked me back to the beginning, which was ok but except the one level that was the hardest I am stuck again. So now I don't play anymore. It's fun but you get kicked back to the beginning it ruined it.

**Review**     edited 5y ago
★★★★★     Ank213

This game is amazing!

**Review**     edited 5y ago

★★★★★     Ank213

This game is amazing!

**Developer Response**     7y ago

Sorry you ran into a problem. Please let me know what doesn't work at http://    more

**Great pure strategy**     5y ago

★★★★★     Buz'.kill

The best out there! Pure strategy unless you add in luck variable and very customizable!

**Developer Response**     5y ago

Thanks, I'm glad you enjoy it!

**One critical flaw to an almost perfect game**     5y ago

★★★★☆     KANZY THY CAT

Honestly, this is a great game. It is the best one out there I have found of this game style, but it has one major flaw. Each match take too long! Because each move from one territory to another is just a little bit slow. And because there are so many moves, it makes the game way longer than it needs to be. I think the game should implement either a speed up button for both the game history and during turns, or the speed of these

### One critical flaw to an almost perfect game
5y ago

★★★★☆                                    KANZY THY CAT

Honestly, this is a great game. It is the best one out there I have found of this game style, but it has one major flaw. Each match take too long! Because each move from one territory to another is just a little bit slow. And because there are so many moves, it makes the game way longer than it needs to be. I think the game should implement either a speed up button for both the game history and during turns, or the speed of these moves should be speed up in general. All I want is to be able to play more rounds, but it is difficult when each game takes so long. Thank you.

### Free to play. Really.
5y ago

★★★★★                                    Colonial Colonian

There is literally no pay to win. Just small ads relegated to the top of the screen. Don't care, it's amazing. Best game ever.

### Developer Response
5y ago

Thanks, I'm glad you enjoy it!

### Fix
5y ago

★☆☆☆☆                                    Alphafish99999

### Fix
★☆☆☆☆

5y ago
Alphafish99999

Man, If only this actually worked!

### Please bring back  screen reader...
★★★★☆

5y ago
AidenMann

I am a low vision user Iused to play this game when it was called war light I remember it used to have support for the voiceover screen reader Iused to love this game but then support for  voiceover was removed in one of the updates Can you please bring back support for it

### Build own map
★★★★★

5y ago
JJCR 

I Love this game but I wish we could be able to create our own map as well

### Addictive
★★★★★

5y ago
212808

Almost sprint from wifi to wifi connection!

### Great game. Since major update,...

5y ago

    

**Great game. Since major update,...**   5y ago
★★★★★   Antares 000000

Great game for strategic competition. Works great on iPhones new or old. Works the same on iPads. Vacation mode is helpful.

**Help**   5y ago
★★★★★   Stra01

Best game out there.... But if you don't quit making me click through all those tutorial buttons every time I get booted I will stop playing.  Been a long time player

**Large setback**   6y ago
★★★★☆   moonsheept

I really like this game seeing as it's not even a risk clone and has many original ideas but after completing the first couple of levels (I got to the board game looking one with the castle) the game kicked me out and when I went back in I was started back in the tutorial. Other than the frustrating setback the game is otherwise very good

**Great game for strategy lovers**   6y ago
★★★★★   christian hubbert

### Great game for strategy lovers
6y ago
★★★★★
christian hubbert

I love this game, I play it everyday, you can be in clans face off with your friends and meet new cool people that are probably like you, the only thing I wish for is that the mobile version to be able to join a clan on the phone otherwise flawless

### Please clear past games
6y ago
★★★★☆
Talk2m3g00se

I have been playing this game for a while and adore it, it's a fun thing my friends and I can bond over for weeks. However, the app is taking up nearly 4 gigabytes, I believe due to all of the past games. I have looked for a delete history button but haven't found any. Please make this an option, 4 gigs is q  more

### Addictive and creative
6y ago
★★★★★
GymRatinParis

I love the different maps and cards.  Team game functions and AI.  I am telling everyone I know about this game!

### It's recent
6y ago


Today


Games


Apps


Arcade


Search

### It's recent
★★☆☆☆

6y ago
AndrewRobeson

Meh

---

### Not for single player
★☆☆☆☆

6y ago
Ruskiesasha

AI for your team is ridiculously stupid, while the AI for the enemy is strong. Severely imbalanced.

**Developer Response**                      5y ago
It's actually the exact same AI :)

---

### Works on XS max!!!!
★★★★★

6y ago
Aversion god

Developers fixed issue where ads were blocking my cards in games so I could not play them on my iPhone XS Max. Thank you! Everyone once more works great!

---

### Best risk app
★★★★★

edited 6y ago
Okyrhoe

This risk app has ALL the features you'll ever look for to play risk online with friends or rando's. The developer is always impro     more

---

**Best risk app**     edited 6y ago
★★★★★     Okyrhoe

This risk app has ALL the features you'll ever look for to play risk online with friends or rando's. The developer is always impro   more

**Developer Response**     7y ago
Hey Okyrhoe,

more

**Potential for Heights**     6y ago
★★★★☆     Ov3rworld

While it may not be as glamorous with smoothness, graphics, and etc., it provides such creative potential to have the users themselves to create something outer-wordly. It is the culmination of the ideal ultimate strategy game. I will admit this game has it's fair share of problems from culmination of simplicity, amount of tools provided for creativity to flourish, to the simplicity of graphics, but I highly recommend this game for those who highly die for true strategic games. Not perfect, but dang good

**I've played since computer**     6y ago
★★★★★     wycbjtdhdheyb

I started playing his on the computer and go

### I've played since computer
★★★★★

6y ago
wycbjtdhdheyb

I started playing his on the computer and go addicted and it is really fun I also like how the developers reply to a lot of the comme  more

**Developer Response**    6y ago

Thanks, I'm glad you enjoy it!

### 5 stars
★★★★★

6y ago
isaiahjt

Awesome game, love playing it with friends

### Nope
★☆☆☆☆

6y ago
Darkfine

This tries to be a big boy wargame but it definitely shouldn't have ditched the "light" monicker.   more

**Developer Response**    6y ago
Hey Darkfire,

more

### Fun
★★★★☆

6y ago
Tcook12345

The game is fun but could you add like a

**Developer Response**                    6y ago

Hey Darkfire,

                                          more

**Fun**                                   6y ago
★★★★☆                                     Tcook12345

The game is fun but could you add like a notes page we're you can write down important things because I play a lot of games at once that I sometime forget who I'm allied with

**Great for role playing and strategy**  6y ago
★★★★★                                     zachuchooo

It is a very fun game when not playing with toxic individuals, would be great if There was an easy way to make maps on mobile devices, love this game

**Love this game**                        6y ago
★★★★★                                     Heydemann

don't download this game unless you have a lot of time to spend! 😃

**In app purchases**                      6y ago
★★★★★

**In app purchases**                    6y ago
★★★★☆                                    G_N_N

Make a way to get the custom world options without in app purchases!!! Please! Other wise, good game!

**Developer Response**                  6y ago
Hey GNN: You can unlock them already by winning games and leveling up. The M    more

---

**Freezes**                             6y ago
★★★★★                    Stop it, Get some help.

Now, I have been playing this game for only 3 months. Those months went by smoothly. But In Early August, I have encountered    more

**Developer Response**                  6y ago
Sorry you ran into a problem. Please report it by going to Help -> Contact -> Repo    more

---

**Ok game, but poorly thought out**     6y ago
★★☆☆☆                                    Egefivh

When you get to Caesar's challenge, the developer has made the game so lopsided that although there may be a way to wi    more

**Developer Response**                  6y ago
That is indeed a challenging level! You can search for help on YouTube if you can't    more

---

### Ok game, but poorly thought out
★★☆☆☆

6y ago
Egefivh

When you get to Caesar's challenge, the developer has made the game so lopsided that although there may be a way to wi   more

**Developer Response**                    6y ago

That is indeed a challenging level!  You can search for help on YouTube if you can't   more

### Best when RP'd
★★★★☆

6y ago
RandySteambottom

My best experiences in this game happen when the majority of the server is role playing, making functional pacts and following the server rules can make for a great time albeit the turn based system isn't time consuming by itself but waiting for everybody else to take their turn can fe   more

### Awesome game
★★★★★

6y ago
PixlKi11er

This game is better than the other risk games on the app store. It's perfect although it'd be cool to have a pass & play feature that I can play with a friend locally. Other than that, it's a great game.

### Awesome game
★★★★★

6y ago
PixlKi11er

This game is better than the other risk games on the app store. It's perfect although it'd be cool to have a pass & play feature that I can play with a friend locally. Other than that, it's a great game.

### Cannot play
★☆☆☆☆

6y ago
Atchison Mapping

The Game Freezes every 5 seconds and it's impossible to do my Turns PLEASE FIX

### Simple to learn, competitive, no adrenaline
★★★★★

6y ago
Mooltrumphen Man

If you like the real-time hack-and-slash games, go elsewhere. There is actual strategy and tactics, endless variety of scenarios and settings, against real people, or the AI. And for those that like adrenaline, you can play real-time games with just a few minutes for each turn.

### Great Game, Better App
★★★★★

6y ago
Rear Admiral Finneas

Not only did it help to keep me and my

### Great Game, Better App
★★★★★

6y ago
Rear Admiral Finneas

Not only did it help to keep me and my friends in touch after high school and college, it's also a user friendly app with a fast loading time and minimal ads. Thank you Warlight, don't change a bit!

### Horrible Attack Mechanics
★☆☆☆☆

6y ago
SatanistPotato

Maybe it's just me, but I absolutely hate it when you attack a square, and you enemy somehow manages to escape to another square. Attacking should be instantaneous.

### Lotta fun!
★★★★★

6y ago
Spencerdoodl

For any strategy gamer or mobile gamer. You can play for hours with real-time opponents across the globe, or just something to do when you get home from work or school. Place your men, write your orders, and submit your plans.

### Great Game
★★☆☆☆

6y ago
Popy Corn

Amazing multiplayer but I wish singleplayer

### Great Game
★★☆☆☆

6y ago
Popy Corn

Amazing multiplayer but I wish singleplayer wasn't so hard,

UPDATE.

don't like the new change from waright to warlight 2. Wish there're was a way to   more

### Best Game with Friends
★★★★★

6y ago
rayraySAYSHI

It's really the only way I stay in touch with a couple of my friends. It's a lot of fun when youve got a couple moves every morning and evening.

### Best phone Game!!!
★★★★★

6y ago
AkJTro

Simply the best!!!!

### Developer Response

6y ago

Awesome!  I'm glad you enjoy it!

### Really good for casual play
★★★★★

6y ago
Death Angel 556

Me and my friends play this game as a kind

   

**Really good for casual play**
★★★★★

6y ago
Death Angel 556

Me and my friends play this game as a kind of background game.

**Great strategy game!**
★★★★★

6y ago
SatisfiedNewsReader

A mind game like no other.

**Great game!**
★★★★★

6y ago
I like beeg

I've been playing this game for a few years now, and there are a lot of different types of games. Can't say I've had any real bad experiences here

**Awesome**
★★★★★

6y ago
Aidanthestarwarsnerd

This game is 10/10. It's like super risk

**Developer Response**
Thanks! I'm glad you enjoy it!

6y ago

**I loved Risk. I love this game even...**
★★★★★

6y ago
s_w_g

**I loved Risk. I love this game even...**    6y ago
⭐⭐⭐⭐⭐    s_w_g

This is a great strategy game with lots of options for different gameplay.

more

**Developer Response**    6y ago
Awesome!  I'm glad you enjoy it!

**9796969693838**    6y ago
⭐⭐⭐⭐☆    9:8389:9:9:&:

I enjoy playing warzone during lucnch with freinds,offtime and just anytime, great strategy game but I wish doing certain military maneuvers like incurcleing army's would allow them to be captured other than that great game and micro transactions only add mods

**Fantastic game, great developer**    6y ago
⭐⭐⭐⭐⭐    .:SpacemanSpiff:.

Love this game. It's very well done and the developer is quick to respond to messages and quick fixes. This is even better than my aging and beloved Windows 95 Risk CD-ROM!

### Fantastic game, great developer
★★★★★     6y ago     .:SpacemanSpiff:.

Love this game. It's very well done and the developer is quick to respond to messages and quick fixes. This is even better than my aging and beloved Windows 95 Risk CD-ROM!

### Very nice game
★★★★★     7y ago     Darth1nsidious7

This is a very nice game.

### Terrible
★☆☆☆☆     7y ago     The dude 11642

This game is ridiculous, has some bugs, makes it extremely difficult and bends its own rules by the 3 or 4th map

**Developer Response**     6y ago
The rules are never bent, you can prove that the AI is playing by the same rules as y  more

### Good Game but impossible to adv...
★★★☆☆     7y ago     Remrage

This game is great and i enjoyed playing it. However when I reached the getting strategic level, the game became impo  more

**Good Game but impossible to adv...**   7y ago
★★★☆☆                                      Remrage

This game is great and i enjoyed playing it.
However when I reached the getting
strategic level, the game became impo   more

**Developer Response**                     6y ago
Warzone is a challenging game, but it's
certainly not impossible!  There are so    more

---

**Simple and effective**                   7y ago
★★★★★                                      Digital.Velocity

This game is ugly, buggy, and often difficult
to play, just on a user interface level. But it is
also incredibly fun both as a solo-player
game, and to play with friends, strangers,
and even enemies.
It's also a great strategy for learning
geography, if you feel the need.

---

**Ruined by update**                       7y ago
★★★★★                                      Gus822

I love the game, I've been playing for a
couple years now, but the newest update
makes it unplayable. I highly prefer the   more

**Developer Response**                     6y ago
Please contact me at fizzer@warzone.com.
I'd love to hear what you don't like abou  more


### Ruined by update


7y ago
Gus822

I love the game, I've been playing for a couple years now, but the newest update makes it unplayable. I highly prefer the  more

**Developer Response**   6y ago
Please contact me at fizzer@warzone.com. I'd love to hear what you don't like abou  more

### Great game but app now crashes
★★★★☆

7y ago
zayn_jk

The game is so much fun, but on my iPhone 7 even, the game has been crashing and freezing my entire phone. Work on a pc  more

**Developer Response**   6y ago
This should be fixed now. If you're still having a problem, please contact me u  more

### Best Strategy Game ever cr...


edited 7y ago
TM (Profile Initials)

I love this game. Its design is almost flawless and runs very smoothly on desktop and mobile. One of my favorite parts about  more

**Developer Response**   7y ago
I'm glad you like it! Clan features for the app

    

### Best Strategy Game ever cr...

★★★★★      edited 7y ago

TM (Profile Initials)

I love this game. Its design is almost flawless and runs very smoothly on desktop and mobile. One of my favorite parts about   more

**Developer Response**     7y ago

I'm glad you like it! Clan features for the app are on my list to do.

---

### Crashes constantly on iPhone 6    7y ago

★☆☆☆☆     Brownfan42

Crashes every few mins on iPhone 6

---

### Some pretty cool maps.     7y ago

★★★★★     From Rochester ny

The best map is the Kate Upton map.

---

### Great update      7y ago

★★★★☆     Moussa Hassoun

Won't repeat everyone's amazing feedback on the game itself but will discuss the app design.   more

**Developer Response**     7y ago

Thanks, I'm glad you enjoy the game!

    

**Great update**                    7y ago
★★★★☆                               Moussa Hassoun

Won't repeat everyone's amazing feedback on the game itself but will discuss the app design.                    more

**Developer Response**              7y ago
Thanks, I'm glad you enjoy the game!

**Beautiful, if flawed, game.**     7y ago
★★★★★                               Dylveigyfhjjvy

This game is great for all the reasons risk is, and many more. Not only does it include prebuilt ai games which already have                    more

**Developer Response**              5y ago
I'm glad you like the game! The features you asked for have all now been added to t    more

**Will delete your saved games upo...**    7y ago
★☆☆☆☆                               Txgangsta

Thanks...

**Developer Response**              7y ago
Hey Txgangsta,
                                    more

**Simple but effective**            7y ago

**Will delete your saved games upo...**    7y ago

★☆☆☆☆                 Txgangsta

Thanks...

**Developer Response**         7y ago

Hey Txgangsta,

more

**Simple but effective**         7y ago

★★★★★                AKB213

This game is one of my favorites of all time, and the new update to Warzone has only made it more streamlined and intuitive.   more

**Developer Response**         7y ago

Thanks, I'm glad you like it!

**Massive improvement**         7y ago

★★★★★            JackDawson7

I like all of the new features and the interface; I won't even try to name it all. One of the things people may not now is tha   more

**Developer Response**         7y ago

Thanks, I'm glad you like it!

**Please help**         7y ago

### Please help
7y ago

★★★☆☆  😎Swagmaster2121😎

I love warlight...uh....warzone, and would give it the 5 star rating it deserves but the new update made the game SUPER SLOW, making it impossible to manage all the games I could in the previous version. It may be my old phone (IPhone 5c) but the update just got me a much higher boot rate, pl  more

### I've played this game for a while
7y ago

★★★★★  Da bacon boss bro

I have been interested in the game for the past year, and I am all fine with the new version. I just want to note the small bu  more

**Developer Response**  7y ago
Thanks for the feedback!  I'll get that fixed.

### Crashes
1y ago

★☆☆☆☆  Rowddawg

I've played warlight for many years, when it popped up on Kongregate, well before the addition of generals, clans, etc. I'll leav  more

**Developer Response**  7y ago
Sorry you ran into a problem.  Please report it at http://warzone.com/ReportBug an  more

**Crashes** — 7y ago
★☆☆☆☆ — Rowddawg

I've played warlight for many years, when it popped up on Kongregate, well before the addition of generals, clans, etc. I'll leav  more

**Developer Response** — 7y ago
Sorry you ran into a problem.  Please report it at http://warzone.com/ReportBug and  more

---

**New update killed my 24 hours+ s...** — 7y ago
★★☆☆☆ — ballson chin

The new update looks good, but it wiped the data from a massive custom singleplayer game I was close to completing. Becau  more

**Developer Response** — 7y ago
I'm so sorry about that.  Please contact me at fizzer@warzone.com and I'll make it  more

---

**A great game** — 7y ago
★★★★☆ — Sean JA

Have been playing a good while and enjoy this while I have free time.

**Developer Response** — 7y ago
I'm glad you like it!

---

**Developer Response**                          7y ago

I'm glad you like it!

---

**Too much too soon**                           7y ago
★★★☆☆                      Omg i hate this so much

Loved the old Warlight played it for years.
This new update just feels rushed there are
good things about it but i think too muc   more

**Developer Response**                          7y ago

I am working on a new UI based on feedback.
Please contact me at fizzer@warzone.c   more

---

**Crashing**                                    7y ago
★☆☆☆☆                              taddymason

New version keeps on crashing use to like
this game but unplayable now.

**Developer Response**                          7y ago

Sorry about that.  If you report it at http://
warzone.com/ReportBug I'll do my bes   more

---

**Ruined**                                      7y ago
★☆☆☆☆                                Will1245

My Warlight app just turned into Warzone.
Should have left it alone. No real game
improvements and destroyed the user   more

---

Today     Games     Apps     Arcade     Search

**Ruined**                                          7y ago

★☆☆☆☆                                          Will1245

My Warlight app just turned into Warzone.
Should have left it alone. No real game
improvements and destroyed the user    more

**Developer Response**                        7y ago

Hey Will,

more

**Update destroyed the UI**                  7y ago

★☆☆☆☆   DONTGETTHISGAME12554237...

The game used to be good but they
completely changed the UI and now the
game runs slower and looks like crap!

**Developer Response**                        7y ago

Sorry you don't like the looks.  I'm working
on new graphics, please see warzone.c  more

**Love new update!**                            7y ago

★★★★★                                    Jetpacklionhero

Ive been playing the old version a long time
now on and off, and this new version keeps
all the good parts about the old one, b  more

**Developer Response**                        7y ago

I'm glad you like it!

### Love new update!
★★★★★

7y ago
Jetpacklionhero

Ive been playing the old version a long time now on and off, and this new version keeps all the good parts about the old one, bu **more**

**Developer Response**   7y ago

I'm glad you like it!

### Quincy would approve of this game   7y ago
★★★★★
Hunter Hotz

Quincy was a young lad who tried to solve all conflict in the Middle East but realized humans were to blame and that he couldn't do it. He then decided to eradicate all of humanity. Mason was then tasked with the quest of killing his own triplet brother guy who is the perfect human and can do n **more**

### The AI
★☆☆☆☆

7y ago
Dr_D_Geek

Explain to me how he AI can have a reserve of 30+ shoulders by the 4th round? Does the AI start off with all the territories?

### Great game but lacking on mobile   7y ago
★★★★☆
SpaghettiDoppler

### Great game but lacking on mobile    7y ago

★★★★☆    SpaghettiDoppler

This game is a great strategy MMO/RPG. It has a community that has helped the game grow with tons of maps and scenarios. It is an online game so you get toxic players of course but for the most part the community is good. Easily the best part about the game is Diplomacy games. You get to rewrite    more

### Great game, could use super smal...    7y ago

★★★★★    Matthew from nature coast :)

Me and my best friend have been playing this game since probably 2013, we could really use a notification setup for when we're playing matches against other people. I'm a photographer and I work a lot in social media/on my phone, so I frequently close the app to do other things. If I could get    more

### Bad game    7y ago

★☆☆☆☆    Alsamm

This game doesn't work with me

### Great game but please add new g...    7y ago

★★★★☆    Warlightfanatic

The graphics are crap. I love the game tho. It

**Great game but please add new g...**    7y ago
★★★★☆    Warlightfanatic

The graphics are crap. I love the game tho. It is great for strategy but the graphics give me a headache. It is like you made this on 2009 word art. Love the game but pls fix

**Simple but incredibly effective**    7y ago
★★★★★    Dikkemik123

Great game, simple design, flawless online/ group game experience, and lots of customization options. Love it :)

**How do I do anything?**    7y ago
★☆☆☆☆    Bukkakeboy2005

It controls like garbage and it expects me to somehow be entertained by it. My dead dog with autism could have more fun with a grocery bag than this.

**Great Game**    7y ago
★★★☆☆    Declan S.

I used to play this game all the time but now, whenever I try to start a game I only see a black screen. Because of this, I can not play the game at all.

**Great Game**       7y ago

★★★☆☆       Declan S.

I used to play this game all the time but now, whenever I try to start a game I only see a black screen. Because of this, I can not play the game at all.

**Great!**       7y ago

★★★★★       Hhhhhhhhs

Very fun!! Only complaints is that when creating it has tendency to crash, and games take too long to fill up. Overall very fun and addicting!

**Great Game**       7y ago

★★★★★       TINBOY_42104

2015 Review: This is a great addition to the Computer Warlight for on the go play, however, without notifications one can easily lose track of gameplay. If this game were able to notify a player besides EMAIL games could play much faster than what they are played at. Just a minor bug that needs to be fixed... 2017 UPDATE: The only reason I haven't played in a year is because of the Notification problem... it's a big one and it's game breaking, but it's fixed ✅

Notification problem... it's a big one and it's game breaking, but it's fixed ✅

---

**Fun game**
★★★★★

7y ago
Litenite33

Pretty good game.

---

**Good with friends, terrible alone**
★★☆☆☆

7y ago
Yours untruly

The Artificial intelligence used for the game's single player mode does not have difficulty settings, and tends to be completely clairvoyant. It knows when and how you're going to attack, no matter what strategy one tries to implement. However, multiplayer, against other humans that are capable   more

---

**Great game!**
★★★★★

8y ago
carl2145h

I love this game I play it regularly and I plan on playing it for a long time. The only thing I wish is that you can download maps to play them while offline because I'm tired of only having the base maps when I have no internet

### Great game!
★★★★★

8y ago
carl2145h

I love this game I play it regularly and I plan on playing it for a long time. The only thing I wish is that you can download maps to play them while offline because I'm tired of only having the base maps when I have no internet

### One major bug to fix
★★★☆☆

8y ago
Srpa

When in custom mode and playing a card you cannot deploy your troops. You must exit the game, reload it and replay the turn. Sometimes you have to do that 5-6 times to play your card.

### Great game, played it for years
★★★★★

8y ago
SawyerS1

This is my favorite mobile game. It never gets old for me, and has a lot of great people in its community. I definitely recommend it.

### Great Strategy Game!
★★★★★

8y ago
TheHumanEvent

By far one of the best strategy games I've played, and arguably the best one for mobile.

    

### Great Strategy Game!
★★★★★

8y ago
TheHumanEvent

By far one of the best strategy games I've played, and arguably the best one for mobile. This game needs to hit mainstream, and fast! Totally the best.

### Clickbait
★☆☆☆☆

8y ago
oakridge2

It's either tell me how to do pass and play or its one star till then this game is horribld

### Best Strategy game on the Internet
★★★★★

8y ago
Justin of Texas

I've been a player since 2013 and its hands down the best strategy game not only on the App Store but on the Internet. You can play with thousands of players from all over the globe and create your own maps to play with these random people. It's immensely fun, there's a real community atmosphere a    more

### Awesome game, great app
★★★★★

8y ago
Bigsqwill

Warlight is an incredibly fun and challenging game that plays out much like the board game Risk. The multiplayer aspect is the

### Awesome game, great app

★★★★★                          8y ago
                                Bigsqwill

Warlight is an incredibly fun and challenging game that plays out much like the board game Risk. The multiplayer aspect is the heart of the game but there is a decent single player as well. Warlight is a cross platform game and as it stands now the majority of players play via PC but the   more

### Change settings for 5 stars

★★★☆☆                          8y ago
                                Jskidd

Game is cool, but the only setting I wish there was is an option for each player to play out their turn fully (as in real Risk) and then the next player gets a turn, instead of each player submitting their orders and then the turn playing out. If that setting is added I'll give 5 stars

### May be a good game, but too har...

★★★☆☆                          8y ago
                                AstroPaul

What's with forcing us to go through-- slowly-- the sequential elements of a turn without even seeing what's going on?!

Attacking doesn't work.  You have go to the next step.  Then, you have to watch the battles-- and only then do you get to s   more

**May be a good game, but too har...**    8y ago
★★★☆☆                                        AstroPaul

What's with forcing us to go through--
slowly-- the sequential elements of a turn
without even seeing what's going on?!

Attacking doesn't work.  You have go to the
next step.  Then, you have to watch the
battles-- and only then do you get to s...   more

**Really good game, but...**    8y ago
★★★★☆                             Aarmando

I really like this game, but the learning curve
is REALLY steep.  It goes from simple to
extremely difficult in just a few scenarios.
The locked games look very interesting, but I
doubt I'll get to them anytime soon.  Maybe
some intermediate steps...?

**Hey Fizzer**    8y ago
★★★★★        Review&Help

Just wanted to let you know that my game is
kinda broken, I try to open the app and it
doesn't open it just crashes. I gib 5 star
becuz it become life and I can't play it
anymore :(

**Hey Fizzer**                          8y ago
★★★★★                    Review&Help

Just wanted to let you know that my game is
kinda broken, I try to open the app and it
doesn't open it just crashes. I gib 5 star
becuz it become life and I can't play it
anymore :(

---

**Update was a downgrade**              8y ago
★☆☆☆☆           Ghifjjggjffhugg(68((

I pretty much only play the single player
mode with custom locations. All my saved
games are gone and the app glitches if I try
to go to my most recent which is the only
one available now. I'll probably play this
game less now. I hardly ever played it in one
sitting

---

**app is problematic :/**               8y ago
★★☆☆☆                    notontoh

always crashes and wipes out the single
player game you're playing. love WL though

---

**Fun until you accidentally close th...** 8y ago
★★☆☆☆                      Rhysj21

Imagine spending a couple hours canvassing

---

Today   Games   Apps   Arcade   Search

**Fun until you accidentally close th...**   8y ago

★★☆☆☆                                         Rhysj21

Imagine spending a couple hours canvassing Europe, territory by territory. You've nearly completed your mission and can almost taste victory. Sadly you will go hungry because you closed the app to check your battery level and all your work is wiped. Good Times!!! How in the world do you not ha   more

**Disappointing update**   8y ago

★☆☆☆☆                       Rizer 911

I used to be a huge fan of this game's single player mode. Now I cannot save my custom games.

Until this is fixed there is no reason for me to play the game since I don't have time for multi-player.

**Love this**   8y ago

★★★★★           Joe wolfman1228

Whenever me and my friends are bored we always play this game together.

**Terrible update**   8y ago

★☆☆☆☆             mtm5248

### Terrible update
⭐☆☆☆☆                    8y ago
mtm5248

Ever since the last few updates when the single player campaign was added, the single player mode has been absolutely terrible. All my saved games are gone, and when I do start a new single player game, exit out and then go back in, the app crashes. It's really not worth it to play this game until this   more

### I can't believe you would ruin the...
⭐☆☆☆☆                    8y ago
Xjdientbxjzksm a wks

With this horrible new update/version, you have ruined the app for me. This was a unique app, the exception to all the other apps I have ever downloaded.
It offered things no other app has.
And you ruined it. You destroyed the game....
Why would you do that to the app??   more

### Single-player game cache not wo...
⭐⭐☆☆☆                    8y ago
hotrod#1

Since version 3.15.4, the single-player game cache is not working like it used to. When I go to play a customized game and then exit, then try to go back to the so-called "previous game", it just takes me back to this one game that I created like a week back and

**Single-player game cache not wo...**   8y ago

   hotrod#1

Since version 3.15.4, the single-player game cache is not working like it used to. When I go to play a customized game and then exit, then try to go back to the so-called "previous game", it just takes me back to this one game that I created like a week back and not the game that I just created a coup   more

**Awesome**   8y ago

   Awesome guy (snail)

Now, I can take one of my favorite games on the go

**Good**   8y ago

★★★★★   VICIO 8POOL

Mediocre single player,but the multiplayer is where it really shines, having other people really makes it feel different, also the amount of crazy stories that can happen make it totally worth it.( When first playing multiplayer there's a bit of a learning curve)

**Great Game, Just a Few Things...**   8y ago

   Jfjdbsvs

First off, I'd like to say that this is so far the

 Today    Games    Apps    Arcade    Search

### Great Game, Just a Few Things...
★★★★☆

8y ago
Jfjdbsvs

First off, I'd like to say that this is so far the best war strategy I've found so far, and that it is very interactive, and realistic. I just think that level 8 on single player isn't just very difficult, but flat out impossible. You should at least get an ally in it, or it should just be a free for all. Other than that, the graphic   more

### Fun until lvl 7
★☆☆☆☆

8y ago
KarateKay

This game is a lot like risk and I really like that game, I had a lot of fun playing this until lvl 7. I feel like it's rigged against you. The other players all seem to have so many more armies than you, and I never can catch up enough to even have a chance at winning. I tried starting at multiple places to see i   more

### Update causes game to crash
★☆☆☆☆

8y ago
KingxDong

Great game, new update makes any game crash after a few rounds.

### Bad things
★☆☆☆☆

8y ago
0qre64

## Bad things
★☆☆☆☆

8y ago
0gre64

Been playing for a while now. Only single player. Fun game. Until now. Where are my saved games? Bad move. I have no reason to play again until this is fixed.

## Needs option to buy
★★★★☆

8y ago
BlakeDancing

Really hate the ads. Would easily pay to have them removed and proper resolution on the 6+.

## The best
★★★★★

8y ago
Dinoflagellates

Better than all the risk I loves it

## Just one issue
★★★★☆

8y ago
Yourbigboii

I love the game, and the app is decent, but on a tablet there's an issue where you can't see the text field when the keyboard comes up to send a message in chat or log in

## Definitive Version To Play Risk

8y ago

### Definitive Version To Play Risk

★★★★★

8y ago
Lgs240

Honestly this is the best version of risk I've played. Don't get out the old board and play, this is much faster and the map is secretive because you aren't all staring at one board.

### This game is addicting!

★★★★★

8y ago
Rachmoninov

I've been playing this game for over a year and the bugs I've gotten are gone now! This game is so and I will definitely want you to play this. I got all of my friends to play this too, and they are so amazed at how a small game like this could be so fun!!

### Best strategy game on App Store!

★★★★★

8y ago
gratatica

I saw that several people gave this less stars due to bugs. I'm sure those bugs exist but for me at least I haven't had any with an iPhone 6s and latest iOS.
The amount of options are insane! Really fun to try out all the options and the leveling up is surprising satisfying.

more

### Best Risk based game

8y ago

### Best Risk based game
★★★★★

8y ago
Sequoia417

By far the best Risk based game. Nearly unlimited maps and customizable settings. And it's free! Highly recommend using their website as well

### Horrible
★☆☆☆☆

8y ago
Ajshdhsbehebeebdhxhxb

Worst game I have ever played ! Do Not Buy!! 😂😂😂

### Huge Bug
★★★☆☆

8y ago
AwesomeNova

I ran into a bug where the map doesn't load up at all. The game however appears to be working fine.

### The best
★★★★★

8y ago
auzrich256

By far my favorite game on the App Store, needs more options like maybe historic wars? Adding a WW2 map would be sick!

### GREAT GAME (but needs some im...    8y ago

**GREAT GAME (but needs some im...**   8y ago

★★★★★   Toto mommy

AMAZING GAME JUST LIKE THE COMPUTER I JUST WISH IT WAS MORE REALISTIC OR THERE WAS COLORFUL BACKROUND OF WAR OR SOMETHING TO MAKE IT FEAL MORE REALISTIC BUT BESIDES THAT GREAT GAME 5/5

**Great Potential**   8y ago

★★★☆☆   Flappy-Man

This game is the best strategy game I have found on the App Store, however its frequent crashes and many bugs need to be addressed before it can be seriously played, I played the first single player level and can't even see the map on the second. Until issues are fixed: 3 stars.

**Great game, but needs to be bala...**   8y ago

★★★★★   Milo Minteer

This game is by far the best strategy game on the App Store. The only problem I have is that on big maps, players gain too much momentum with huge amounts of troops which makes it impossible to win sometimes. The game needs some features to balance this momentum and make it more     more

**Great game, but needs to be bala...**    8y ago
★★★★★    Milo Minteer

This game is by far the best strategy game on the App Store. The only problem I have is that on big maps, players gain too much momentum with huge amounts of troops which makes it impossible to win sometimes. The game needs some features to balance this momentum and make it more    more

**Crashes**    8y ago
★★★☆☆    Doc-Digital

Great app and really fun but crashes VERY often

**Great**    9y ago
★★★★★    Hejajxhahahajshd

This game is the best strategy game I could find

**fun**    9y ago
★★★★★    Gut guilt

Best strategy game on the app store

**Adds ruin game**    9y ago

**Adds ruin game**       9y ago
★★★★☆       Thatguywhoisrightbehindyou21

This game is good and very fun but the recent addition of the adds really ruins a lot of the experience I have been playing this game a while and before the adds it was good. Know the adds ruin the experience please make a full version (as in a different app not changing the price of this one)   more

**Need to fix!**       9y ago
★★★☆☆       Johnnyboy1098

Great game except the cards don't work at all. Please fix this. Other than that, game is good.

**I is first to rate**       9y ago
★★★★★       Hdirjdudhehshbrshxhr

Me think game is awesome but needs full verson

**Good game for a good price**       9y ago
★★★★★       chilichihuahua11

I love how this game is like a 5 dollar game but free! Love the customization options and how players can make maps.

### Good game for a good price
⭐⭐⭐⭐⭐
9y ago
chilichihuahua11

I love how this game is like a 5 dollar game but free! Love the customization options and how players can make maps.

### 👍 great but does have some issu...
⭐⭐⭐⭐☆
9y ago
Fingolfin645

This is by far the best RISK game I have found. I have only played the mobile version and it is very enjoyable with lots of options available but not forced on you if you want to keep it simple. However, it does have a tendency to crash after medium to long use or with large strain such as complicated    more

### Fantastic
⭐⭐⭐⭐⭐
9y ago
mmoran33

This game is so well done. Tons of fun with friends. Play at your own pace. Better than the original Risk without a doubt. Tons of cool maps out there with more being created every week. Sure, some minor bugs, but the concept is rock solid, and the execution masterful. Active community, responsi    more

### Good game
9y ago

**Fantastic**     9y ago

★★★★★     mmoran33

This game is so well done. Tons of fun with friends. Play at your own pace. Better than the original Risk without a doubt. Tons of cool maps out there with more being created every week. Sure, some minor bugs, but the concept is rock solid, and the execution masterful. Active community, responsi   more

**Good game**     9y ago

★★★★☆     Mattman543

Great Game and definitely worth getting, but I have a small issue. On level 3, the AIs are able to get massive armies way faster than the player can even when I'm controlling many territories with bonuses and disrupting theirs. And it'll often be two or even all three of the opposing AIs doing this at once,    more

**Big problem**     9y ago

★☆☆☆☆     Jack194djvgdhhgdsd

This game sounds great! Now if only I could play it... Please fix the big for ios 6. It crashes the first three seconds I select it and is useless to me. If this could be fixed in sure I'd love it, just don't hate on the older ios players.

**Big problem**                           9y ago
★☆☆☆☆                    Jack194djvgdhhgdsd

This game sounds great! Now if only I could play it... Please fix the big for ios 6. It crashes the first three seconds I select it and is useless to me. If this could be fixed in sure I'd love it, just don't hate on the older ios players.

**Freezes when airlifting**               9y ago
★★★☆☆                          wefljnwekn

The Europe map that introduces airlifting is unplayable due to frequent game hangs. Needs fixing.

**A good game, but not for mobile**        9y ago
★★☆☆☆                          AndyMissed

I'd give this a 5/10, it needs some polishing.

The game is really fun to play, and is the best Risk-like strategy game out there, but Warlight is not good on mobile. First of all, the game crashes after a certain amount of time when I'm customizing match settings, and it's really annoying (Running iOS 9.2, iPhone 6). Second, there are features that the Flash version has that the mobile version left out, like favorited maps not being synced to mobile even though you're using the same

## A good game, but not for mobile

★★☆☆☆

9y ago
AndyMissed

I'd give this a 5/10, it needs some polishing.

The game is really fun to play, and is the best Risk-like strategy game out there, but Warlight is not good on mobile. First of all, the game crashes after a certain amount of time when I'm customizing match settings, and it's really annoying (Running iOS 9.2, iPhone 6). Second, there are features that the Flash version has that the mobile version left out, like favorited maps not being synced to mobile even though you're using the same account, so the only way to find my favorite maps is memorizing their name. Then there's minor things, like not being able to change the visual color of your opponents.

All in all, this is a great game, just not the mobile version.

## Addicting

★★★★☆

9y ago
Guthian

Love the game. Only issue for me is that every card I play, except the reinforcement cards, causes my game to crash.

## Re-balance

9y ago

**Re-balance**    9y ago
★★★★☆    Burt the derp

great game. Serious issue with garrison balancing on third mission though. Opposing teams get huge armies that simply do not add up at all. By turn 8 purple had 40+ armies in more than a few territories. Whilst the max I could get, cards and all was 50 collectively. Just doesn't add up. Fix please?

**Love the game but one fatal flaw.**    9y ago
★★★★☆    Motox379

It crashes when loading on iOS 6. If this bug was fixed, five star guaranteed. I love the strategy behind this game and I love to play it. But sadly, the bug prevents me from playing this one my iPod touch 4th gen.

**Good, but has one fatal flaw**    9y ago
★★★☆☆    Brendan.,.,.,''..

I was just playing this game, when suddenly every single territory turned into purple territory even though the purple AI didn't attack me or any other territory, and no other AI's were eliminated yet. Please fix this

**Freezes always at fourth level**    9y ago

**Freezes always at fourth level**     9y ago
★☆☆☆☆     Topaca

At least for me... This makes the game unplayable.
It's a pity because I really liked the game so far:(

**10/10**     9y ago
★★★★★     Habdmznnsw

Bretty good

**Great**     9y ago
★★★★★     Shotgunmania

Many maps as you level up and multiplayer is set up fairly good but the only problem is the people that cheat. I loved the first three campaign levels also.

**Best Multiplayer App**     9y ago
★★★★★     Josh Stark 56

I love Warlight but their are a lot of bugs and I wish that you can make it ad free

**Fantastic!!**     9y ago
★★★★★     Preppee

**Fantastic!!**                    9y ago
★★★★★                              Preppee

This is just like Risk and just as much fun.
Great app! Wish there were more maps, like
a U.S. only map maybe.... Great app, you
won't regret the download

**Terrible!**                      9y ago
★☆☆☆☆                   First time user01

It's so difficult to finish a game. Only
because the app freezes unexpectedly in the
middle of the game and I'm forced to exit the
app. So for every game that I finished at least
4 games froze on me. This needs to be fixed
now!

**Why so many problems for such a...** 9y ago
★☆☆☆☆                         Ty1234567ff

First off I love this game, been playing since
2010 on PC, and glad it's on mobile, but my
god it's so buggy right now, constantly
crashing, can't even use some cards
because the game will crash. Otherwise I
love this game, the maps, and online.

**Better on the computer**          9y ago
★★★★☆                        Chrischin1991

### Better on the computer
★★★★☆

9y ago
Chrischin1991

This is an almost faithful copy of the online game. Sadly it's not complete but it was fun beating computers solo.

### No game "preview"
★★☆☆☆

9y ago
Ben_Kem

I guess this is a bug in the new update. You can't see an image of the map on the game screen.

### Bug in new update
★★★★☆

9y ago
Major General Smedley Butler

The new update has a bug that makes it not possible to customize a scenario.

### Good
★★★★★

9y ago
Benadryl12

Would R8 8/8 M8 no Deb8!!!!

### This game is everything I've been...
★★★★★

9y ago
Dan733

I love how customizable it is. I just wish I could pay to get rid of ads!

**This game is everything I've been...**    9y ago

⭐⭐⭐⭐⭐    Dan733

I love how customizable it is. I just wish I could pay to get rid of ads!

**Awsome game**    9y ago

⭐⭐⭐⭐⭐    Godzilla WB

This game is a long chess
Math like strategy game that keeps you on your feet
For hours with Large,Tiny and Maze like maps.

**LOVE IT**    9y ago

⭐⭐⭐⭐⭐    Darkroom4life

Some people might have issue with "the computers being too smart" or the graphics, but personally I love this game with a burning passion. Honestly, it is easily the best risk game on the App Store and it is so incredibly fun to play with friends. The fact that this app isn't more popular is beyond me, because it is so simple yet so much fun all at the same time.

**Crashes**    9y ago

⭐⭐⭐☆☆    Dmjoekeogh

**Crashes**
★★★☆☆

9y ago
Dmjoekeogh

Addictive game - when it doesn't crash REPEADEDLY!

**Very**
★★★★★

9y ago
Dndjdndnxjjd

Very good game, wish it added a bit more make it more complex, very good still!

**Great game but**
★★★★★

9y ago
your average G.

I loved this game since I got into it in 2014 it's a great game and I got really good and finding it on phone.. Even better lol the ability to play everyware^.^(: however when I updated my phones iOS, I noticed that whenever I get onto warlight I crash doing the simplest things I.e creating games,   more

**F... This game**
★☆☆☆☆

9y ago
Patmeeks27

Its sooo funny how the computer always knows what your doing. And how come the computer doesnt have to control anything or have cards to get more reinforcements i think this is pretty unfair. Its bulls... This computer

### F... This game
★☆☆☆☆

9y ago
Patmeeks27

Its sooo funny how the computer always knows what your doing. And how come the computer doesnt have to control anything or have cards to get more reinforcements i think this is pretty unfair. Its bulls... Thie computer cheats you can take a territory 25 to 15 and still lose with like 6 more armies while t  **more**

### Awesome
★☆☆☆☆

9y ago
Miami_Dolphins

I love this game, it's so good... Best game on the market.

### Cool!
★★★★★

9y ago
Coolhhippster99

I've never played risk before, but I absolutely love playing this with my friends!! It's so much fun! It's just that sometimes, the game freezes or the menu kind of shuts down in a way..

### FIX YOUR GAME
★☆☆☆☆

9y ago
Bonerbait

Fix your game-please fix the game I can't

### FIX YOUR GAME

⭐☆☆☆☆

9y ago
Bonerbait

Fix your game-please fix the game I can't play the game because whenever I play any single player missions or multiplayer games I get a black screen and can do nothing.
-FIX YOUR GAME-

### Learning curve

⭐⭐☆☆☆

9y ago
Deathrite

Like the game but on the third map you get one territory and 5 armies a turn until you can take over a colored area. Then you find out the other 3 players have about 10 territories each and 3 or 4 colored areas. They can put down more armies per turn. The computer should have equal handicap at first. And yes this was on easy setting.

### Broken

⭐☆☆☆☆

9y ago
Seventhdecndent

I can't play single player cause it keeps crashing and bringing me back to home screen

### Broken!

⭐☆☆☆☆

9y ago
Serenetech

**Broken!**                              9y ago
★★☆☆☆                              Sorensterb

I have played this on my computer and would love it on my iPhone, but it is broken, the format is all crazy and I find it hard to do anything.

**Fun**                                  9y ago
★★★★★                              Mb Michael 123

This game is a lot of fun.

**Needs support for iOS 9**              9y ago
★★★★☆                              Jludy11

Great game. I use it everyday, but recently I upgraded my software to iOS 9 and it crashes every time I try to open it.

**Great Game**                           9y ago
★★★★☆                              Rogan fletcher

I play this game with all my brothers and it's great we have a fun time and since we love the game risk and play it with our whole family this is the next best thing!!! 😛😝😎

**Best mobile Risk game**                9y ago

**Best mobile Risk game**          9y ago

★★★★★                              julieorjules

Warlight is unquestionably the best mobile risk game. If you enjoy Risk, you'll enjoy this game. I would even go as far to say it's the best free mobile game.

**Terrible**                        9y ago

★☆☆☆☆                              Hawk fighter

I think it's pretty bad

**Favorite game of all time!...Crash...**   9y ago

★★★★★                              Jbpenrod

This is seriously the best game I have ever played. No game holds my attention or ever had except this one. I love the strategy, teamwork, backstabbing, and vast ammounts of maps and game modes. It is made even better by typing to your teammates and enemies. It is way slow on my iPad 2 an more

**Good**                            9y ago

★★★★☆                              Manjovie

I don't have time to say every thing good about this game. So I'll just list everything bad too little single player scenarios and

### Good
★★★★☆

9y ago
Manjovie

I don't have time to say every thing good about this game. So I'll just list everything bad too little single player scenarios and transfers and blockade should happen before attacks

### Amazing
★★★★★

9y ago
Dylan Leo

Very fun game, recommend to anyone
Play it on PC too!

### Overall amazing
★★★★☆

9y ago
Mordred3899

This is, amazingly, one of the funnest games I've ever played but I wish it was a bit more unique. It's addicting, fun, but what if you added custom themes people could purchase to make their game look different? Maybe go a bit further than that and make it highly customizable by letting people c  more

### Very addictive, hard to put down...
★★★★★

9y ago
Chaseman10

This game is amazing! It's so hard to put down. I recommend this game to everyone

**Very addictive, hard to put down...**    9y ago

★★★★★    Chaseman10

This game is amazing! It's so hard to put down. I recommend this game to everyone, and I hope to see it excel. It is fun, strategic, and an all around perfect game. I hope to see brilliant updates in the future!

**I hidden gem**    9y ago

★★★★★    A college freshman

This game should be far more no and then it really is, it's amazing there are so many maps. The fog of war is something that I really do appreciate and the fact that you can play off-line games easily and they're still does appear to be an online scene is amazing! Get this game!

**One very minor glitch**    9y ago

★★★★★    Pavlockk

There is a glitch where you can't deploy troops after playing a reinforcements card. It happens often when modifying orders after committing. The way to fix it is just to go to attacking and go back but I just wanted to the developer and the community know. :)

★★★★★            Pavlockk

There is a glitch where you can't deploy troops after playing a reinforcements card. It happens often when modifying orders after committing. The way to fix it is just to go to attacking and go back but I just wanted to the developer and the community know. :)

**Very good**            9y ago
★★★★★            Bizmo Funyins

Very much like the browser version, and 100% compatible. This game has become all the craze of the nerds at school, and I was very glad to see that they had made it for IOS as I bring an iPad instead of a laptop. This game is weed, however there is one thing. Make the IOS version a bit more IOS fri     more

**Great game**            9y ago
★★★★☆            ammoracker101

The game would be a bit better with instead of the AI going first, you go first, mostly because games will go quicker and easier, because the enemy won't be able to go a step ahead of you making 2x as difficult!

**My cocaine**            9y ago

**My cocaine**
★★★★★

9y ago
Thatoneguythatkilledhisdog

Good

**Great game**
★★★★☆

9y ago
N. S. Jones

Nice work a very simple easy to work interface and map. Very much like the actual board game of risk.

I recommend this app for strategy fans.

**Nailed it** 🔨

9y ago
Super game dude

★★★★★

This game is pretty much is Risk and it's free and well done.
Some tips for starters
-play the tutorial found in single player
-join a game that is a few turns a day
-play by the rules

more

**War light**
★★★★★

9y ago
Bigrese

Very good app minor crashing

**War light**                              9y ago
★★★★★                                      Bigrese

Very good app minor crashing

**Too many crashes on the iPhone**         9y ago
★★☆☆☆                                      Reply.Z

This game crashes every 1-2 minutes
whenever I am inside the app. It gets real
annoying and I have tried deleting and re-
installing it on my iPhone 5.

**Awesome game, but...**                   9y ago
★☆☆☆☆                                      MajorMusiq920

I love this game, and I can't stop playing it;
but it won't stop crashing after a minute of
playing. This is getting frustrating and if it
was fixed I'd write a 5 star review.

**Better than Risk!**                      9y ago
★★★★★                                      Rit Rit 53

Awesome gameplay, really addicting, and
great rule and map options. Always
something new to test your strategy. Highly
recommend if you are looking for an app
similar to risk

something new to test your strategy. Highly recommend if you are looking for an app similar to risk

### Great game

★★★★★

9y ago
Spartancody

Singleplayer is very challenging, but possible, requiring the player to make his own strategies to conquer the world, I have yet to play multiplayer, but it sounds very fun.

### Great game, but unstable

★★★★☆

9y ago
Lucas01210

I have an iPhone 6 with iOS 8.1, and the game often crashes randomly. If usually saves my orders, but it has gotten quite annoying. If the developers could fix that in the next update, that would be great.

### One of the best games yet

★★★★★

9y ago
BoomStaticBoy

This is honestly one of the best games to come out for a smart phone devise. It is simple, easy to get, and you can play it hours on end. This one of the few games I would rate a 5 out of 5



**‹ Back**  Ratings & Reviews

---

**One of the best games yet** ★★★★★
BoomStaticBoy  9y ago

This is honestly one of the best games to come out for a smart phone devise. It is simple, easy to get, and you can play it hours on end. This one of the few games I would rate a 5 out of 5

---

**Horrible** ★☆☆☆☆
Zdicho83  9y ago

Nothing but hackers and people that don't follow the rules that they lay out. Good idea for a game but needs more of a system for weeding out the people who destroy good games.

---

**Fun game… Except for the crashes** ★★★☆☆
Wertys0976  9y ago

A fun, simple game, but the app constantly crashes, ruining long games due to the lack of saving for single player games :(

---

**Amazing** ★★★★★
Gav-long  9y ago

If you like any type of war strategy game this is one if not the best one out there the app is kinda new so I expected some mishaps.

 Today   Games   Apps   Arcade   Search



  

### Amazing
⭐⭐⭐⭐⭐

9y ago
Gav-long

If you like any type of war strategy game this is one if not the best one out there the app is kinda new so I expected some mishaps, really its quite good for how new it is, but the game is mind blowing!

### Greatest Game of the 21st Century
⭐⭐⭐⭐⭐

9y ago
PatLanni11

"This is the greatest war game of all time."
- Abe Lincoln

### Easily Most Addicting Game I've E...
⭐⭐⭐⭐⭐

9y ago
DianaKay

Over the past months my school has been infiltrated with warlight. You can't walk the halls without seeing someone play warlight. It's so addicting even the teachers at our school play it with us. Best risk game I've played on any device! Would give it more than 5 stars if I could.

### Great Game
⭐⭐⭐⭐⭐

9y ago
Joe 1o109

Everything about this game is great although

    

### Great Game
★★★★★

9y ago
Joe 1o109

Everything about this game is great although when ever your doing multiplayer there aren't much people if you did a little more advertising this would be a big hit.

### Get this game
★★★★★

9y ago
Da Bears of Chicago

You should be able to set up a government and get taxes to pay for a government. BUT THIS IS MY FAVORITE GAME

### Awesome App!
★★★★★

9y ago
TheCastaway

One word: AWESOME! This app is almost as great as the PC version, and who can beat free? One thing I would like to see though is the name of territories when you select them. If such a way already exists, then maybe I'm just a newb an haven't discovered how to yet lol. Anyway, thanks for this app! I love it!

### Fantastic!
★★★★★

10y ago
Sonicthepiehog

I love this game because it's like risk but

**Fantastic!**                                    10y ago
★★★★★                                        Sonicthepiehog

I love this game because it's like risk but
better in every way.

**Awesome**                                       10y ago
★★★★★                                        Jskeid

Great game, great app for it. Best part is the
asynchronous gameplay or whatever it's
called. Most underrated game I've ever seen

**Great simple game!**                            10y ago
★★★★★                                        bamathad

I just got this after some friends began
playing and it's a lot of fun. There's a good
mix of live board game risk and playing over
a software platform in turn based games.

The element of fog of war is genius. And
sending all your moves at once creates   more

**Great but crashes A LOT**                       10y ago
★★★☆☆                                        GreenPeace1912

I love this game sooooooooo much but it
crashes a lot PLEASE FIX

### Great but crashes A LOT
10y ago

★★★☆☆  GreenPeace1912

I love this game soooooooo much but it crashes a lot PLEASE FIX

### Five Star Game, Four Star App
10y ago

★★★★★  Jawthan

Warlight.net is a one of my favorite sites on the internet. The community of people is fantastic, and the website itself is good. This app tries to jam as many features of the website into an app, and that has some pros and cons with it.
PROS:

more

### Great
10y ago

★★★★★  Agdkdch

Very fun and well made- get this game!

### Great Work
10y ago

★★★★★  Benjamin628

The Creator of Warlight, Randy Ficker (Fizzer)
spends countless hours working to improve gameplay. This is truly an Indie game. Keep up the great work!

**Great Work**                    10y ago
★★★★★                          Benjamin628

The Creator of Warlight, Randy Ficker (Fizzer)
spends countless hours working to improve gameplay. This is truly an Indie game. Keep up the great work!

**Amazing mobile version of Risk!**    10y ago
★★★★★                          SCP Gaming

Me and my dad love playing Risk. And when he found Warlight he told me. We keep playing because it's just like Risk, it's got a very easy to use interface, great gameplay, and it keeps us entertained. So keep up the good work!

**So far so good**                10y ago
★★★★★                          Shiroga

Game is pretty stable and it's not difficult to navigate--good for playing with friends on the go. My only gripe is the ad at the top of he screen; wouldn't mind paying $0.99 to disable ads

**Crashes a bunch**               10y ago
★☆☆☆☆                          epicyma

### Crashes a bunch
★☆☆☆☆

10y ago
epicyma

Game crashes every couple moves and makes it unplayable. will find alternative soon

### Really Fun and Great!
★★★★★

10y ago
$pence-Daddy

Lots of fun. Can't wait for them to keep developing this.

### Fantastic game
★★★★★

10y ago
The eater pro

Great game, great interface. This game has extremely high potential.

### Great Game
★★★★★

10y ago
Broooooown

Really well made and customizable. If the dude who made this had a budget he could make something really fantastic. A free game that has a ton of features!

### So fun
★★★★★

10y ago
Dashflash20

**So fun**
★★★★★

10y ago
Dashflash20

Fun to play with friends

**Good game to waste time**
★★★★☆

10y ago
Brando0397

It's simple and addicting.

**Awesome!!!!!**
★★★★★

10y ago
Inviolatemist1

Good multiplayer game

**Better than Risk**
★★★★★

10y ago
Iamjhil

Been having ongoing matches with friends
for months

**Needs work**
★★☆☆☆

10y ago
Elbowsss

Mechanics need to be tweaked- menus are
difficult to navigate and i feel like I have to
tap on something multiple times to access it.

Single player difficulty levels should be

**Needs work**
★★☆☆☆

10y ago
Elbowsss

Mechanics need to be tweaked- menus are difficult to navigate and i feel like I have to tap on something multiple times to access it.

Single player difficulty levels should be customizable, as by the third level the AI goes on full relentless and you're lucky   more

**Crashes!!!!**
★★☆☆☆

10y ago
Reyes kid

It crashes randomly and doesnt refresh by itself for me anymore plz fix

**Strong, but unknown**
★★★★★

10y ago
Shedinjatheninja

I really like this game, why don't people play it more. Maybe the world is not prepared for such awesome.

**Good, but needs an update**
★★★★☆

10y ago
Bomber337

This is probably the second best Risk game I have found so far, and even has some elements that my favorite dosen't. One thing

**< Back**  **Ratings & Reviews**

---

**Good, but needs an update**  10y ago
★★★★☆  Bomber337

This is probably the second best Risk game I have found so far, and even has some elements that my favorite dosen't. One thing I REALLY hate though: the five player limit. I have made several maps for eight players only to find out that it will only be me vs 4 computers! Again, epic app other than that



---

**Awesome**  10y ago
★★★★★  Alllice Cullen?

There are somethings that I think would be better changed but it doesn't take away from the rest of the app. Honestly if you like risk you'll love this. You get to create several different maps with different ai that are an actual challenge



---

**All Function is Lost**  10y ago
★★★★★  Mark Salnikov

The display view has been all screwed up because the game is mixing up the portrait and landscape views. The game is unplayable as of now and I beg the developers to fix this silly mistake.



---

 Today
 Games
 Apps
 Arcade
 Search



### All Function is Lost
⭐☆☆☆☆

10y ago
Mark Salnikov

The display view has been all screwed up because the game is mixing up the portrait and landscape views. The game is unplayable as of now and I beg the developers to fix this silly mistake.

### Buggy and crashes often
⭐☆☆☆☆

10y ago
mytchell

With the new update the game is almost unusable. It freezes, then crashes. Half the time I try to chat it does that. Quite frustrating...

### Worst Update Ever
⭐⭐☆☆☆

10y ago
Hailstorm324

I love this game. It gives me a great way to play a great game with people from all around the world. I have been a long time iPad user and adopter of the Warlight app. But with the new update, my iPad cannot display the game or any nice features the tablet app provides. I now have to use my tiny little phone to play on these large maps, almost doubling the time it takes to commit my orders. And on iPhone, a new bug has made the refresh button unusable. I beg the developers of this game to make the app

**Worst Update Ever**                    10y ago

★★☆☆☆                                 Hailstorm324

I love this game. It gives me a great way to play a great game with people from all around the world. I have been a long time iPad user and adopter of the Warlight app. But with the new update, my iPad cannot display the game or any nice features the tablet app provides. I now have to use my tiny little phone to play on these large maps, almost doubling the time it takes to commit my orders. And on iPhone, a new bug has made the refresh button unusable. I beg the developers of this game to make the app better in this increasingly mobile world that we now use.

**Update view screen**                   10y ago

★★★☆☆                                 Rodmanrn1

Due to the update the screen is off and now I can't play

**New update was bad**                   10y ago

★★★☆☆                                 Apcut

The newest Oct 1 update caused my iPad to improperly display the game. It makes the game unplayable on my iPad. Before the update, the game is great, nice work!
Looking forward to your fixing update so I

    

**New update was bad**                10y ago
★★★☆☆                                  Apcut

The newest Oct 1 update caused my iPad to improperly display the game. It makes the game unplayable on my iPad. Before the update, the game is great, nice work! Looking forward to your fixing update so I can return my play to the iPad.

**Display is messed up.**             10y ago
★★☆☆☆                                  Patience=0

New update fixed the crash bug, but the display is now almost unusable.

**Awesome!**                          10y ago
★★★★★                                  Oncleruponatimer

Love this game!

**Disappointed**                      10y ago
★★☆☆☆                                  Cryxis99

This game is fun to play on my laptop but the app on my phone won't load maps and exits from the app whenever I try to play

**Still freezing**                    10y ago

**Still freezing**                10y ago
★☆☆☆☆                       David_Lightman

The game still locks up when new ads are
loading. A turn that should take a minute to
make takes 10 minutes or more!

I've been using the app since September
2013 and the creator has yet to address the
app freezing issue (when new adds loa   more

**Great game made better by havi...**   10y ago
★★★★★                           JonVisc

Has always been a great game, now a great
way to play on the go!

**On point!**                        10y ago
★★★★★                         yelixir

The computer version was already fun but
now you can carry that bih in your pocket!! It
doesn't make any compromises for being a
phone app. This is the bomb diggity. If you
like the PC version this is something you
need.

**Great Games**                     10y ago
★★★★★                       Hhdhbejddbje

Best Risk like game there is! And best of all

### Great Games
★★★★★

10y ago
Hhdhbejddbje

Best Risk like game there is! And best of all you can play real people and make moves over a course of days

### Amazing risk game
★★★★★

10y ago
💋bob💋

I've played it on the computer and it's just as good on an apple device. 5 stars 🙌

### Good game, but app needs work.
★★☆☆☆

10y ago
B_Clem

The game is great and fun to play but it crashes very often. It needs a lot of work until it is amount the best but it's on the right track. Please fix the crashes.

### Solid multi/single player but 1 bu...
★★★★☆

10y ago
Sheldoore

Great game. Excellent maps that you can play in multi player (westeros, counties within a country etc.) the only thing is sometimes I have to restart my phone in order to play more than one game after another.

    

**Solid multi/single player but 1 bu...**   10y ago

★★★★☆   Sheldoore

Great game. Excellent maps that you can play in multi player (westeros, counties within a country etc.) the only thing is sometimes I have to restart my phone in order to play more than one game after another.

**Improve private chat!**   10y ago

★★★★★   Dcurc

This ap would be 10 times better if private messages were easier on mobile. Diplomacy is crucial in warlight but sometimes youre not even alerted when you get a pm

**Good game, bad port**   10y ago

★★☆☆☆   Megonk

I love this game to pieces on the PC, but on my 5C, this game will crash 90% of the time when I'm creating a custom game. Also randomly crashes in-game, sometimes freezing up my phone to the point I have to lock/unlock my phone to be able to do anything again. There is no excuse for  more

**Fix it**   10y ago

**Fix it**

⭐☆☆☆☆

10y ago
Watsoncello2011

When I play it's just a black screen    FIX
IT!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

**Well.  Alrighty then.**

⭐⭐☆☆☆

10y ago
#s00orAnD0oOm

I'm going to give it two stars because it was
wicked fun to play, but it also crashed.  And I
mean it crashed and took everything with it.
My phone went that satanic blue color and
completely restarted.  (5s if that helps). So, I
don't know what to say.  I guess it's pretty
cool if you overlook that.

**Freezes and crashes**

⭐☆☆☆☆

10y ago
Wowo103

This is a very fun game. IT FREEZES AND
CRASHES ALL THE TIME THO. I feel like I'm
on windows 97 when I play this game. It's
very fun but not smooth. ITS BEEN MONTHS
JUST UPDATE IT ALREADY. I suggest you
don't get this app until it updates and
becomes smoother!

**Unplayable**

⭐☆☆☆☆

10y ago
Nicanava

**Unplayable**      10y ago
⭐☆☆☆☆      Nicanava

I love the game on my laptop. The crashes render this version unplayable. I will improve the score once fixed.

**Needs coding improvements.**      10y ago
⭐⭐⭐⭐☆      Hansel Wei

Overall, this is one of the most enjoyable games I play with my friends out there!!! It takes strategy and I would recommend it to any group of geeky/nerdy friends. It's amazing. 😃

Here are a few improvements from bei   more

**Bug fixes**      10y ago
⭐⭐⭐☆☆      The it 247

Love warlight, but please fix bugs. My maps won't appear, it is just white.

**Awful**      10y ago
⭐☆☆☆☆      Jasch21

Wow is this crap.  Avoid

**Awful**

★☆☆☆☆

10y ago
Jasch21

Wow is this crap. Avoid

**Great game, good app**

★★★★★

10y ago
AnonUser101

The game is great. I play in several games at a time and I don't experience any problems with the app beyond the occasional crash once a month or so. It can be tough to manipulate units on some of the maps with many small territories though.

**Crashes**

★★☆☆☆

10y ago
amoron

It crashes quite a bit for me but I've already had 2 crashes that completely froze my phone and had to restart it fix the crashes and I would give 5 stars (I use a iPhone 5 if that helps)

**CRASHES**

★☆☆☆☆

10y ago
Thejoh7

WORST APP EVER. APP CRASHES SO BAD IT RESTARTS MY PHONE EVEN BEFORE I CAN PLAY!!! iPhone 5S user here.

**CRASHES**      10y ago

⭐☆☆☆☆      Thejoh7

WORST APP EVER. APP CRASHES SO BAD IT RESTARTS MY PHONE EVEN BEFORE I CAN PLAY!!! iPhone 5S user here.

**Good game, awful app**      10y ago

⭐⭐☆☆☆      VrejehVivid

The game itself is very fun and I play it often on the website. The app, however, is like the website's crack addicted baby. It's slow, crashes, and has gotten me booted from many games. Please fix.

**Annoying, auto advertising selec...**    10y ago

⭐⭐☆☆☆      WAT3RTO3

I've been enjoying this game and works smoothly on a computer, but I'm unable to play on an iPhone or iPad because the game auto selects an advertisement and switches screens to their link. Since this happens so frequently I'm unable to make a single move. Very frustrating and has forced my han   more

**FIX IT!**      10y ago

⭐☆☆☆☆      Snipetay205

I love the game it's really really fun and I

**FIX IT!** 10y ago
★☆☆☆☆ Snipetay205

I love the game it's really really fun and I would recommend it to people with iPhone 5+, any other iPhone it will crash constantly. I know this because I'm playing with two of my friends with iPhone 5 and 5s, they don't have a problem and always tell me to hurry up but I can't because I'm constantly having to   more

**Love it but** 10y ago
★★★★☆ Ngauge357

Please fix the crashing. I was well into a level and lost it all. I'm glad to see continued development. One of the only games I enjoy.

**Good when it works.** 10y ago
★★★☆☆ leeedel

Constantly breaks. I've installed the game and reinstalled it twice. First time it was constantly crashing. Second time for A.I. Defence being stupid, and the third becuase even after I win a game, the menu is broken and I can't get out of it.

**Frequent crashes and freezes** 10y ago
★★☆☆☆ Palli

### Good when it works.

★★★☆☆

10y ago
leeedel

Constantly breaks. I've installed the game and reinstalled it twice. First time it was constantly crashing. Second time for A.I. Defence being stupid, and the third becuase even after I win a game, the menu is broken and I can't get out of it.

### Frequent crashes and freezes

★★☆☆☆

10y ago
Palli

Great game! App Freezes on my iPhone and iPad. Lost a long single player game to a freeze today, compelled me to write this review. Will play again once updated.

### Good game, but crashes

★★★★☆

10y ago
Raleighpop

Fun game. Like the iPhone interface, but screen gets cluttered with obnoxious ad. Also think the flickering ad causes crashes. Haven't seen as many as others report, but it'll crash if I accidentally click the ad.

### CRASHES ON START-UP

★★★★☆

10y ago
paintballllslag

### CRASHES ON START-UP
★★★★☆                          10y ago
                               paintballlslag

It's good overall. I couldn't decide between 3 or 4 stars, though. Push notifications don't work, it crashes whenever I go to play a game, and the font and visual design of the interface could use work.

The main thing is the crashing. I would   more

### Dropping my rating due to the cr...    10y ago
★☆☆☆☆                          MartinaSaurus

Love the game, friends love the game, we all would like to play more.

There's a catastrophic problem with the ads loading. There's constant flickering and the apps don't even show correctly. Can't even really tell what is being advertised.  Wh   more

### Great game great app                  10y ago
★★★★★                          GreenBean8

I've loved this game for ages ad so happy there's finally an app for it. So much fun to play with friends highly recommend

### Ruined With Flickering Ads             10y ago

### Ruined With Flickering Ads
⭐☆☆☆☆   10y ago   AKFishingFool

Used to be a great game before flickering ads make it crash over and over.  Fix the ads or take them down!!

### Stellar game
⭐⭐⭐⭐⭐   10y ago   Chubbygoat

Amazing strategy, personally I think it is better than risk

### I love it but
⭐⭐⭐☆☆   10y ago   Hyashy

I love the game so much but it's so annoying that it always crashes always. I begin a game and a play letter it crashes. Adding to that it always heat up my phone like crazy. I'm really tired of this so if you want better reviews fix it please.

### Great!
⭐⭐⭐⭐⭐   10y ago   Poppenboom

Warlight is a lot of fun!

### !!Ideas to Improve!!   10y ago

    

### !!Ideas to Improve!!
★★★★★      10y ago
Cow's Life

This is a good game, it needs some improvement.

    |
Below \/

I don't like the conquest games that makes you role some dies in order to conquer   **more**

### Crashed
★☆☆☆☆      10y ago
iPad air 345

Clicked begin to star playing but restated my iPad Air don't let it ruin yours.

### Can't see map
★☆☆☆☆      10y ago
Nick McCraith

Tutorial worked and it looks like Risk. Advanced to level one and can't see the map. Can't give multiple stars until the game works. I'll try again next week.

### Cool
★★★★★      10y ago
Andrew il.

Just get it

**Great game**                               10y ago
★★★★★                                        green fly

Very fun game. I play it daily. I really like all
the different maps you can play on. It can be
a bit slow though

**Awesome game!!**                           10y ago
★★★★★                                        Shiger97

The game is AWESOME!! This is how world
domination is done!!

**Very good**                                10y ago
★★★★☆                                        @badrtweet

I love it how rich people cant just buy the
game but everyone has to play and use
strategy to win. Very good game! it just
needs some more singleplayer levels since
people will get bored playing the same levels
over and over again if they have no wifi at the
moment. anyhow its a good game.

**Fun and Strategic**                        10y ago
★★★★★           Can't find a better nickname.

I started playing on the pc online and has
been addicting ever since. The portable
version is also amazing. This game has a real
strategy aspect.

### Fun and Strategic
★★★★★    Can't find a better nickname.
10y ago

I started playing on the pc online and has been addicting ever since. The portable version is also amazing. This game has a real strategy aspect.

### great game
★★★★★    JDS ~(8^0)
10y ago

With latest Update: problems solved! Very addictive game

### Plz fix the crashes in game
★★★★★    Olive olly
10y ago

Fun game but needs a patch to fix all crashes

### Keeps crashing
★☆☆☆☆    whatevermaxcallsaocean
10y ago

Keeps crashes after new update

### SLOW AND CRASHES
★☆☆☆☆    JOHANSEN7969744357
10y ago

Put some actual effort in making this app! Seriously, it's way too slow and now crashes

### SLOW AND CRASHES
★☆☆☆☆    JOHANSEN7969744357    10y ago

Put some actual effort in making this app! Seriously, it's way too slow and now crashes every time I try to attack. Do your jobs right.

### NEW UPDATE
★☆☆☆☆    Flamethrower111    10y ago

THERE NEEDS TO BE ANOTHER UPDATE! Ever since I got the other one the app keeps crashing on me!!! Please fix it like NOW please!

### Game broke
★★★☆☆    Charlie pickle    10y ago

After the last update every now and then the game crashes on multiplayer. This happens more often on larger maps but it still happens enough to be aggregating on smaller maps.

### Great game
★★★★★    FNDiver    10y ago

Love the game. The most recent update the app crashes when I do an attack

### Could be a good game
★☆☆☆☆

10y ago
rjohnsonx4

The game constantly quites whenever you try to do any thing. The game needed an overhaul but this latest update made the game even worse!

### Very fun
★★★★★

10y ago
MasterMiyagi982

Great addition for current users

### Warlight NEEDS NEW UPDATE.
★☆☆☆☆

10y ago
Khmerblade123

Not happy... Sure, the new interface is a little faster, but you need to work on the gameplay, chatting, finding games and refreshing. All of these were super slow, and I mean SLOW. Warlight usually works good on my iPad 3, and after this update, I almost regretted buying this app. After chattin  more

### Great game but...
★★★★☆

10y ago
Gavinski23

The game is great but a few bugs could be fixed. Like when you issue attacks the game crashes.

**Great game but...**                10y ago
★★★★☆                                Gavinski23

The game is great but a few bugs could be fixed. Like when you issue attacks the game crashes.

**I love this**                      10y ago
★★★★★                                PhotoVaulter

This is a great app! I love that it allows me to play from my iPhone without having to get on my laptop or Mac!

**Great Game! But freezes a lot**    11y ago
★★★★☆                                Zshanny

This game is awesome. So much. I've been playing everyday for about 3 months still have not gotten bored. But it does freeze a lot. Worth the wait

**Great, simple game. Poor iPad pe...**  11y ago
★★☆☆☆                                doubleyouG

This app has all of the same features as the original online Warlight, but it fails to translate to the iPad. Extremely, extremely laggy. Worst part is that the game is so simple, I cannot fathom the reason for the constant latency issues. Even between menu

**Great, simple game. Poor iPad pe...**    11y ago
★★☆☆☆                                       doubleyouG

This app has all of the same features as the original online Warlight, but it fails to translate to the iPad. Extremely, extremely laggy. Worst part is that the game is so simple, I cannot fathom the reason for the constant latency issues. Even between menu screens this thing lags like no tomorrow    more

**Fantastic game**                          11y ago
★★★★★                                       Garyengland67

Impressive maps, challenges, and easy to use.

**Great game.**                             11y ago
★★★★☆                                       SamanthaCurry

My friends and I all play this game but I would like to be able to change more of my profile on the mobile version and have it stop crashing.

**Game is great, app is terrible**          11y ago
★☆☆☆☆                                       Warlight player

The fact that this game is awesome makes it more frustrating that the app is

### Game is great, app is terrible
★☆☆☆☆

11y ago
Warlight player

The fact that this game is awesome makes it more frustrating that the app is unacceptable. I gave it a few months and hoped that each of the updates might make the performance better, but it is still unusable for anything but the simplest maps. Ill be using the desktop interface until t   more

### Bugs!!!
★★★★☆

11y ago
cole36514

I agree with david

### Great game
★★★★☆

11y ago
DaveKeck

Only suggestion: give the option to send a notification instead of an email when it's your turn in multi-day games

### Great game, sucky app
★★★☆☆

11y ago
Alanskogen

Game is awesome, but this app is terrible, very slow, lots of lag. Clean it up just a little and this goes from a 3 to a 5

### Great game, sucky app
★★★☆☆

11y ago
Alanskogen

Game is awesome, but this app is terrible, very slow, lots of lag. Clean it up just a little and this goes from a 3 to a 5

### Nice work, but needs some twea...
★★★☆☆

11y ago
K. Peter

The app itself is great. Everything we wanted. I think part of the issue is the advertisements on the top. Every time it lags for me, it's because the ad is changing, or finding a new ad to put up there.

Members should have no ads. And/or t    more

### Lag solution
★★★★★

11y ago
Green strong

The app started becoming unresponsive day 2 or 3. I reinstalled the app and disabled caching in warlight settings and its proper again.

### Not worth it
★☆☆☆☆

11y ago
Helix behind

Bad programming. it is slow and lags online,

**Not worth it**                                11y ago
★☆☆☆☆                                        Helix behind

Bad programming. it is slow and lags online,
and the the offline version is the absolutely
horrid. There is no way to win in some if them
since they give one computer generated
player all the power.

**Okay**                                        11y ago
★★★★☆                                        Connermasieon

Okay but the allied AI doesn't help in general.
Four stars

**Great Game, iPhone version very...**   11y ago
★★☆☆☆                                        Themeloki2252

Glad to see that this game came out as an
app, but the iPhone version is so buggy
that's basically unplayable. The screen
freezes up constantly, so much so that a turn
that might take a few seconds on the
desktop can take minutes on the phone.
Occasionally the whole thing crashes.   more

**Enjoy game but buggy**                        11y ago
★★★☆☆                                        Matt in D.C.

Same problem as everyone else. On iPad
retina, it is slow to respond to touch if it even

**Enjoy game but buggy**           11y ago

★★★☆☆                               Matt in D.C.

Same problem as everyone else. On iPad retina, it is slow to respond to touch if it even registers the touch. I would be willing to pay if it got the programming it needs. A upgrade I. The graphics would be nice and so would be access to mungo real world from the browser version.

**Great Game**                     11y ago

★★★★☆                              fjpbrostrom

A friend and I found the game in google plus hangouts, and we fell in love, so happy they made it an app, it could use some reprogramming though.

**Really Slow Laggy Game**         11y ago

★★☆☆☆                          AndreyMarchuk

I love the game but it lags a lot. I have full bars on Internet connection and it still lags. I try to zoom in and it takes like 5 sec do so. I try to scroll to the and it freezes then zooms out or shoots me across the map. PLEASE FIX THIS TO MAKE THE GAME MORE ENJOYABLE!!!

**Really Slow Laggy Game**          11y ago

★★☆☆☆                              AndreyMarchuk

I love the game but it lags a lot. I have full bars on Internet connection and it still lags. I try to zoom in and it takes like 5 sec do so. I try to scroll to the and it freezes then zooms out or shoots me across the map. PLEASE FIX THIS TO MAKE THE GAME MORE ENJOYABLE!!!

**Warlight**                        11y ago

★★★★★                              BBinthedark

Great game

**Glitcheyest game I've ever LOVED**  11y ago

★★★★★                          Will_lindsay@.com

I love this game despite the fact that it is slow, sluggish, freezes constantly, and generally behaves badly as an app. Doesn't matter. I still love, love, love it!

**Still broken**                     11y ago

★☆☆☆☆                        Nickname bla bla bla

I thought all this time they would be fixing the crashes so many people gave been having. So, what did you add? Some "save order" feature, which should have been in

**Still broken**

★☆☆☆☆

11y ago

Nickname bla bla bla

I thought all this time they would be fixing the crashes so many people gave been having. So, what did you add? Some "save order" feature, which should have been in there the entire time. Fix the problem before the minor inconveniences. Simple business practice, guys

**Great game**

★★★★★

11y ago

Nik20_12

Love it

**1 star could be 5 star**

★☆☆☆☆

11y ago

Mills1412

Crashes all the time. Lags all the time. Other than that its good but the lag and crashing is way to often and completely ruins the game

**Awesome game, Terrible App**

★☆☆☆☆

11y ago

CplSki

I play this on my laptop, and it is the best Risk-style game that exists, giving players the option of playing against an AI or other people with straight to the point mechanics

### Awesome game, Terrible App

⭐️☆☆☆☆

11y ago
CplSki

I play this on my laptop, and it is the best Risk-style game that exists, giving players the option of playing against an AI or other people with straight to the point mechanics and a huge array of maps to play on. However, the app constantly crashes unless I play the built in missions, so for now I h    more

### Totally hooked

⭐️⭐️⭐️⭐️☆

11y ago
Bowser1980

This is a great game and I play on all devices but it keeps crashing and lagging on my iPhone/iPad even when I'm on wi-if. Any way I can improve the performance?

### Crashes frequently

⭐️☆☆☆☆

11y ago
Jj stoke it

Unplayable because of the crashes. But I like it

### Slow

⭐️⭐️☆☆☆

11y ago
Dking2731

Online play is very slow boots every few minutes fix this and the game would be

**Slow**                                    11y ago
★★☆☆☆                                     Dking2731

Online play is very slow boots every few minutes fix this and the game would be awesome

**Love the game! Could use improv...**      11y ago
★★★☆☆                                     deweylikedonuts

Glad to see the game go mobile! Very fun!

Has some lagging issues and crashes frequently.

I did find that the lagging decreases if you close out all other background apps.      more

**GREAT GAME**                              11y ago
★★★★☆                                     SAGP1497

I don't give a 5 because it crashes a lot but still it's a great game
You are playing with luck
I'm addicted to it already

**Warlight**                                11y ago
★★☆☆☆                                     charybdis

Interesting game but plagued by bugs and

**Warlight**                                    11y ago
★★☆☆☆                                       charybdis

Interesting game but plagued by bugs and
needs optimization.
I really tried to give this game a chance
because it had promise but I just couldn't
any more. It runs very slow and quota often. I
tired this on two different devices and had
the same performance issues both time   more

**Lag**                                          11y ago
★★★☆☆                                       Coplxggsmgchfb

Update lags a lot please fix

**Poor coding**                                  11y ago
★☆☆☆☆                                       digi.jack

The game is almost unplayable between
being unresponsive to touch, lags after input
and application crashes.
It can not be Xed out of active memory and
restarting the iPad (2) doesn't fix it.

**G4rr3tt12**                                    11y ago
★★★★☆                                       Garrettp100

A fun game but crashes way too much

**G4rr3tt12**                                        11y ago
★★★★☆                                               Garrettp100

A fun game but crashes way too much

---

**Great game, tends to crash though**   11y ago
★★★★★                                               MrTimotheus

I love this game and play it on the computer
all the time. This iOS version is scaled down
so you can not access the tournaments page
and you can't access the forums.
The game crashes often on large maps so it
is annoying. I am hoping this gets solved.
Works very nice on standard maps.        more

---

**Amazing**                                          11y ago
★★★★★                                               Feer132

Love this game

---

**Risk but way way better**                11y ago
★★★★★                                               I'm on to then

Everything you didn't like about risk (e.g.,
waiting forever while the best person takes
their turn) is made way better in this version.
The customizable to is amazing

 Today    Games    Apps    Arcade    Search

**Risk but way way better**    11y ago
★★★★★    I'm on to then

Everything you didn't like about risk (e.g., waiting forever while the best person takes their turn) is made way better in this version. The customizable to is amazing

**Decent**    11y ago
★★★★★    Gamestaats1034

Good alternative in case of computer issues

**Beat game ever**    11y ago
★★★★★    Moremoremoremoremoremore...

I've been on it for nearly a year and have never gotten bored.one of my absolute favorite games to play. 5stars

**Great game**    11y ago
★★★★★    Scott1233

Great game

**Do Not download - lot of issues**    11y ago
★☆☆☆☆    Katastroffikovic

I am a big fan of this kind if games, so after

### Do Not download - lot of issues
11y ago

★☆☆☆☆
Katastroffikovic

I am a big fan of this kind if games, so after downloading the game I enjoyed the 1st three levels and the once I got to the 4th level the game slowwwed down dramatically, I was ok with that but I was done with this game when after playing for hours and saving the game, it did not save it. And   more

### Great game
11y ago

★★★★★
dm0605

This is an amazing take on an old, often not fun game! I would suggest though adding the option to remove adds for $1-2. We get no ads, you get money.

### Awesome
11y ago

★★★★★
Hailra

Pure awesome

### Settings
11y ago

★★★☆☆
Garvs72

Great game on PC, the settings buttons are broken on the app.

**Settings**                          11y ago
★★★☆☆                            Garvs72

Great game on PC, the settings buttons are broken on the app.

**Amazing**                           11y ago
★★★★★                            Fhshdbcb

This game is so amazing I play it every day

**Great game!**                       11y ago
★★★★★                            Clint Sweitzer

Awesome, now I can play on my iPhone!

**Awesome game**                      11y ago
★★★★★                            WM JSA

I love warlight, it's the best game I have ever played and would suggest it to anyone!

**Remove ads**                        11y ago
★★★★☆                            Seanz85

I haven't played this in a long time and I'm happy to see it in the App Store. My single player stats sync between of and phone and it's great. I wish there was a paid version without ads. I also noticed it started to lag

**Remove ads**

★★★★☆

11y ago

Seanz85

I haven't played this in a long time and I'm happy to see it in the App Store. My single player stats sync between of and phone and it's great. I wish there was a paid version without ads. I also noticed it started to lag the more actions being taken at once. Still a great game.

**Fantastic!**

★★★★★

11y ago

ClearlyAHBeing

Been waiting for the iPhone app for a while. Feels just like the desktop app! Everything I had hoped for! In time, I'd like to see a paid for version that doesn't have ads, but that doesn't detract enough from the app to knock it down a star (unlike the idiot who gave it one star because of the ads).

**Awesome.**

★★★★★

11y ago

BlueAbyss24

I play it with my friends on my computer a lot and this app for the iOS is great. c:

**Great Game**

★★★★★

11y ago

CK3137

### Great Game
★★★★★

11y ago
CK3137

This is the perfect app for anyone that enjoys a good strategy game.

### Become a member at warlight.net
★★★★★

11y ago
ericwyman

See no ads. Best "risk" style game out there. Great job by Fizzer on this one.

### Great app except for
★★★☆☆

11y ago
Capman92

App continually crashed while trying to set up a custom game, would be 5 stars other wise, please fix

### Great game!
★★★★★

11y ago
Jake436

Awesome strategy game that I recommend u try on all levels!

### Maps don't load
★☆☆☆☆

11y ago
John loves it!

The layout is great, and the menu's are smooth. However any time a map tries to

**Maps don't load**     11y ago
★☆☆☆☆     John loves it!

The layout is great, and the menu's are smooth. However any time a map tries to load the app crashes. Unplayable on my iPhone 5.

I've been waiting for an app for a long time, I'm bummed out.     more

**Great**     11y ago
★★★★★     Greenwoodguy_PSN

I played it on computer before and loved it. This is an awesome app too

**First!**     11y ago
★☆☆☆☆     GrayBrock

You get one star until you remove ads from the browser version!

**Fantastic, Superb Game**     11y ago
★★★★★     Evilguy2470

This is a really great game. There is one thing that should be added though it didn't affect my rating. There should really be a save button and auto save in single player. It's

**Great**
★★★★★

11y ago
Greenwoodguy_PSN

I played it on computer before and loved it.
This is an awesome app too

**First!**
★☆☆☆☆

11y ago
GrayBrock

You get one star until you remove ads from
the browser version!

**Fantastic, Superb Game**
★★★★★

11y ago
Evilguy2470

This is a really great game. There is one thing
that should be added though it didn't affect
my rating. There should really be a save
button and auto save in single player. It's
hard to do some maps all in one go.

    

 **Open**

Conquer the world while you sleep! Warzone Idle is an innovative incremental game that puts you in charge of an empire. As you use your armies more

**Randy Ficker**
Developer



## Ratings & Reviews

See All

# 4.7
out of 5



144 Ratings

Tap to Rate: ☆ ☆ ☆ ☆ ☆

**Lots of fun when you want to chill.** 4y ago

★★★★★ thisisdanjones

I love the Warzone app, but there's plenty of time when I'm waiting on others to make their move. This is a fun game that takes thought and strategy, but is less difficult and easier to pick up.

I've only played the single player parts more

✎ Write a Review          ⓘ App Support

< Back

# Ratings & Reviews

**4.7**
out of 5

144 Ratings

Tap to Rate:  ☆ ☆ ☆ ☆ ☆

✎ Write a Review          ？ App Support

Sort by Most Recent ⌄

**Great, but takes a while.**          1y ago
★★★★★                                 Shankteen

This is the kind of game where you play for 5min max every day and grind

**Please fix this**          3y ago
★☆☆☆☆                        Zigzagisfun

I found this game very interesting, but a few seconds after the game starts, it just freezes. Please fix this.

**Girl humor**          3y ago
★☆☆☆☆                    WRDreier

**Girl humor**

⭐☆☆☆☆

3y ago

WRDreier

I CAN'T 😭✋

LMAJWKSKSPSOSSJSKSOOSKKSKSKSKK

**Fun game but IAP ripoff was very disappointing**

⭐☆☆☆☆

3y ago

Corbden

I love a free to play game that gives me something awesome for $5-10. I like supporting game developers who have made an enjoyable game. This is an enjoyable game. So when I got an offer in game for one multi-use and a couple of smaller temporary perks for $9.99, I jumped at it. I thought it would give me a "slot" for playing an extra map that was permanent, so I could always play two maps.

But alas, that multi-use was only temporary and I wasted it on replaying the tutorial (about 2 minutes of gameplay and negligible overall progression).

For $10, I'd expect that item to be permanent. I'm very disappointed and will not be spending any more money on this game. Until they fix this, I don't think you should either.

For $10, I'd expect that item to be permanent. I'm very disappointed and will not be spending any more money on this game. Until they fix this, I don't think you should either.

**Ah yes a Warzone**                    3y ago
★☆☆☆☆                              allendavis

Nothing screams Warzone like a mf castle.

**Good**                               4y ago
★★★★☆                           awesomeauggie1016

I would recommend this mobile game above most others of its type

**Lots of fun when you want to chill.**   4y ago
★★★★★                          thisisdanjones

I love the Warzone app, but there's plenty of time when I'm waiting on others to make their move. This is a fun game that takes thought and strategy, but is less difficult and easier to pick up.

I've only played the single player parts    more

# EXHIBIT 150



Google Play

Updated on

Data safety

Ratings and reviews

4.3

Heroes of Mavia

Rebirth of Glory

## Warzone - turn based strategy

Ratings and reviews

Phone | Newest | Star rating

**Marco Mossel**

★★★★★ February 11, 2025

Great risk game!

Did you find this helpful? Yes No

> **Warzone.com, LLC** February 11, 2025
>
> I'm glad you enjoy it!

**Matthew Groen**

★★★★★ February 7, 2025

This is the Risk that we always wanted.

Did you find this helpful? Yes No

> **Warzone.com, LLC** February 7, 2025
>
> Thank you for your kind words and I'm glad you enjoy the game!

**Ahmed Marei**

★★★★★ January 20, 2025

It's an addiction great game with much excitement, and full of tactics and strategy

Did you find this helpful? Yes No

> **Warzone.com, LLC** February 7, 2025
>
> Thank you for your kind words and I'm glad you enjoy the game!

**Brian Falconer**

★★★★★ January 19, 2025

Tons of content.

Did you find this helpful? Yes No

**Kelemchrist**

★★★★★ January 15, 2025

I loved Warlight... I love Warzone... ads aren't super intrusive or annoying like most games

Did you find this helpful? Yes No

> **Warzone.com, LLC** February 7, 2025
>
> Thank you for your kind words and I'm glad you enjoy the game!

**Bruce Rockwell**

★★★ January 11, 2025

Joy and frustrations - levels seem to be either easy (win every time) or completely unwinnable, with no 'happy medium.' Also in spite of many settings, (in offline mode, at least) none can be changed (only '?'s where buttons should be) - both iOS and Android versions. Forced to play almost all levels in 'fog of war' mode preventing you from seeing (and learning from) competitors' moves, which really sucks out the enjoyment

Did you find this helpful? Yes No

> **Warzone.com, LLC** February 7, 2025
>
> The "?" settings get unlocked as you level up, see https://www.warzone.com/wiki/Levels

**Koron Marley**

★★★★★ December 27, 2024

Great game. Very competitive and if you remember to disable the templates you win, but don't like 😩 trust me, you'll be playing for hours.

1 person found this review helpful

Did you find this helpful? Yes No

> **Warzone.com, LLC** February 7, 2025
>
> Thank you for your kind words and I'm glad you enjoy the game!

**Harold Hatch**

★★★★★ December 26, 2024

Multiplayer has very interesting and strategic gameplay

Did you find this helpful? Yes No

**A. M.**

★ December 21, 2024

Ads. Lots of ads.

Did you find this helpful? Yes No

**Voornaam Achternaam**

★★★★★ December 20, 2024

Game should be modernized and maybe simplified a little bit

Did you find this helpful? Yes No

**Jeffrey Price**

★★★★★ December 17, 2024

Fantastic modern take on Risk. Player generated maps and multiplayer make it endlessly playable. Absolutely no required ads, and zero pay to win. Can't recommend it highly enough!

1 person found this review helpful

Did you find this helpful? Yes No

**Matt Ferris**

★ December 5, 2024

**Nathaniel Thompson**

••• November 23, 2024

We need a confirmation warning for opening and closing tabs.

Did you find this helpful?   Yes   No

**An Ho**

★★★★★ November 21, 2024

Great game. I've been playing it for more than 10 years.

Did you find this helpful?   Yes   No

**Linkin Emerson**

◆ November 7, 2024

Just another app that will force-adds, even when the skip option highlights. It will force finish certain ads. Also has no close option built within the app so you have to jump through hoops simply to stop playing. It is jokingly poorly coded, on purpose.

2 people found this review helpful

Did you find this helpful?   Yes   No

**Cheng Hong Goh**

★★★★★ October 22, 2024

I am still playing after donkey (how many, can't remember) years. That says it all.

Did you find this helpful?   Yes   No

**Sada Ageev**

★★★★★ October 19, 2024

Improved Hasbro Risk game by taking the luck factor out and adding much more maps. The desktop experience is better but the mobile app works like a charm when you want to play on the go.

3 people found this review helpful

Did you find this helpful?   Yes   No

**Romain Leveque**

★★★★★ October 1, 2024

Great game.

Did you find this helpful?   Yes   No

**Ben Reshey**

★★★★★ September 20, 2024

Great interface, great game.

Did you find this helpful?   Yes   No

**Fedor Favorsky**

★★★★★ September 15, 2024

Very engaging. I enjoy playing PtP on big maps. So fun!

Did you find this helpful?   Yes   No

**Ben I**

★★★★★ September 10, 2024

Love this game. Tbf I only play idle, but it's like doing a jigsaw with added strategy. Love jigsaws! Gives me a few minutes a few times every day to escape from the pressure of the job. It's not too heavy but engages the brain in a wonderful way.

4 people found this review helpful

Did you find this helpful?   Yes   No

**Jonathan Kirk**

★★★★★ September 4, 2024

Best game I've ever played download it frfr

Did you find this helpful?   Yes   No

**Ramez Ch**

★★★★★ August 29, 2024

Fun alternative to Risk! Prefered it over the Hasbro Risk app... Community made maps and a lot of custom options. Still playing 13 years in.

4 people found this review helpful

Did you find this helpful?   Yes   No

**P4N1C**

★★★★ August 22, 2024

Like Risk, but better. Still lacks features like spectating a game after being eliminated or allowing cards to be gained without taking territories, but overall a pretty good game.

Did you find this helpful?   Yes   No

**ظريمة علي بن**

★★★★★ August 15, 2024

Best

Did you find this helpful?   Yes   No

**Louis**

★★★★★ August 3, 2024

It is a great thinking game

Did you find this helpful?   Yes   No

**Berkay Midilli**

★★★★★ July 20, 2024

perfect exellence

Did you find this helpful?   Yes   No

**Rohan Thurstans**

★★★★ July 6, 2024

Idle is a bit of a time waster, but the main game is pretty good.

Did you find this helpful?   Yes   No

**Jim Ashbaugh**

1168



**TheAld90**

June 7, 2024

This game is so slow and tedieus. Plus it doesn't run very well. The A.I. is overpowered and there are legit bosses that clone. The only thing that's playable is the idle mode. Wich just a sideshow that takes forever. This game has potential but it is ruined by luck and unfairness. Risk is not always based on luck. It just plays a part.

Did you find this helpful?   Yes   No

**Jason Henning**

May 31, 2024

One star the game is unfair the ai gets to move more than you

Did you find this helpful?   Yes   No

**Calvin Andersen**

★★ · May 14, 2024

Servers are finally down. Shame. Used to a cool risk-like with a ton of maps

Did you find this helpful?   Yes   No

**Ao Moka**

★★ · May 10, 2024

I loved playing this game when I'm bored. This is a really fun strategy game. BUT, the Warcove idle is a bad addition to this game. Badly implemented, very grindy and unrewarding, and keeps pushing out sales at absurdly expensive pricing, that is especially not adjusted to regional pricing. I'd rather spend that amount of money on games I actually enjoy and have impactful changes to my gameplay.

1 person found this review helpful

Did you find this helpful?   Yes   No

**Alonzo Tejeda**

★★★★★ May 10, 2024

Better than Risk

1 person found this review helpful

Did you find this helpful?   Yes   No

**Sycrell Mafia**

★★★★★ Mar 4, 2024

I hope this game continues it's the greatest Turn Base Board Strategy

1 person found this review helpful

Did you find this helpful?   Yes   No

**James Fuller**

April 19, 2024

Freemium garbage. Try to make games that are actually fun instead of this trash. All positive reviews were paid for by developer.

Did you find this helpful?   Yes   No

**Captain MAX Sparrow**

★★★★★ April 15, 2024

Super fun game. #1 on my list. No pop up ads. So many different game options and styles.

Did you find this helpful?   Yes   No

**daluna danspanashvili**

March 30, 2024

I used to play this game 2 years ago with ny friends and it was soo much fun but now its infested with ads.

1 person found this review helpful

Did you find this helpful?   Yes   No

**Daniel Barrows**

★★★★ March 23, 2024

One of the simplest yet greatest strategy games on the store. Some non-essential game features and settings are behind a paywall. But if you invite some friends you're sure to have a blast (or lose them)

1 person found this review helpful

Did you find this helpful?   Yes   No

**Noah Marsh**

March 21, 2024

Off brand risk

1 person found this review helpful

Did you find this helpful?   Yes   No

**Joey Fritz**

★★★★★ March 15, 2024

The E best

Did you find this helpful?   Yes   No

**Andrew Otto**

★★★★★ March 2, 2024

I feel this game is the best risk-based mobile game available and I have played all the games that don't have a base price. Dice rolls should be left for table-top. The attacking and defending in this game should be the standard for all mobile risk games. And the maps. There are so many maps available, and unlike other games, I don't have to buy each one to play it. There are additions that cost money, but the game doesn't constantly advertise them. Keep being great Warzone.

13 people found this review helpful

Did you find this helpful?   Yes   No

**James Smith**

February 27, 2024

Doesn't open

Did you find this helpful?   Yes   No

**Cade Gregory**

★★★★ February 22, 2024

I hate that you are automatically put into quick matches, but for friends I love it

Did you find this helpful?   Yes   No

1169

***** February
Love the strategy
Did you find this helpful?   Yes   No

**Ben Mullen**   ⋮
***** February 9, 2024
It's god
Did you find this helpful?   Yes   No

**Clark Lindsay**   ⋮
***** January 29, 2024
Just a great fun game
Did you find this helpful?   Yes   No

**Alexander Abbay**   ⋮
***** January 16, 2024
The graphic is simple and basic and yet, after a couple of games, you wouldn't want it any other way. One of the best strategy games I've ever played
Did you find this helpful?   Yes   No

**Babyroller**   ⋮
***** January 13, 2024
Never been so taken care of in any matter of privacy and trust issues
Did you find this helpful?   Yes   No

**Zach Base**   ⋮
*   December 31, 2023
No local play 2 player. I just want to be able to play the classic game from start to finish with my daughter, on the same device, without the restraints of Hasbro's "Risk" such as no custom game set up such as choosing own territory. Border lange was my go to but they want $1.49 for the game. Yeah, maybe if it had EVERYTHING I WANT but it doesn't. Who wants all the missions? Why is everything made so flashy and the basics left on the sidelines. I would be better off old risk @ yard sale I guess
3 people found this review helpful
Did you find this helpful?   Yes   No

**Triguna Mutuguppe Sripathi**   ⋮
***** December 28, 2023
Excellent strategy game
Did you find this helpful?   Yes   No

**Fabio Fabbri**   ⋮
***** December 19, 2023
Great game, especially PC version
Did you find this helpful?   Yes   No

**Willie F**   ⋮
***   December 3, 2023
Simulating a world war & understanding diplomacy while entertaining players in a video game is absolutely amazing! (+5*). But trying to buckle the players who love the game to the extreme is a tragedy! (-1*). Otherwise, this is a 5* video game. I reduced my rating from 4* to 3* because I sent an email to the developer with some suggestions like the option to capture the opponents' armies as POW and to exchange POW for a territory of interest or some other deals but I never got a response.
10 people found this review helpful
Did you find this helpful?   Yes   No

**Capt Kaveman**   ⋮
***   December 2, 2023
Hit and Miss, 50/50 if you get a good start location, Winning is really based on where you start. Multiplayer is even worse, if you lucky you will miss the dictators and the abuse, sums pretty bad abusive culture here which the admins do nothing about, just to add these same abusive players know nothing about random way these games can be, otherwise passes the time
Did you find this helpful?   Yes   No

**Lavenz Garrett**   ⋮
***** November 17, 2023
Dope
Did you find this helpful?   Yes   No

**Laszlo Gyory**   ⋮
***** November 10, 2023
This is by far better than any other risk-like game! It's sad that it's so hard to find in the play store.
Did you find this helpful?   Yes   No

**John Doe**   ⋮
****   November 3, 2023
Some of the ads are offensive, but the game itself is very fun. Definitely recommend.
Did you find this helpful?   Yes   No

**Andi Clarke**   ⋮
***** October 26, 2023
Everything think should be, but isn't?
Did you find this helpful?   Yes   No

**Chris Selwyn**   ⋮
***** October 25, 2023
I can't stress enough how great this game is. The title doesn't need any pay to play to be good. The game takes all the best elements of Risk and adds so much more. You can make your own games on infinite maps from WW2 to an imagined map of Game of Thrones. Download it, you won't regret it.
1 person found this review helpful
Did you find this helpful?   Yes   No

**Alexander Early**   ⋮
***** October 14, 2023
Pretty fun little strategy game, my friends and I love to have big free for alls on massive maps. 5/5 would absolutely recommend, even if you don't like strategy games, as long as you have friends, I'd recommend giving it a shot. One very minor gripe I have is that the sound effects aren't *too* great, but they're not terrible and you can turn them off if you don't like them. There's also an idle mode for people who like idle games. Support this indie dev, thanks for coming to my TED talk.

1170

Dree Colb

⭐⭐⭐⭐⭐ October 12, 2022

Update: Thank you so much for the update! I'm glad to see that you care about the random android beta testers like myself! Did review: I've been enjoying this app, and I would give it 5 stars but it stopped working for me. To be fair, I'm on the android 14 beta so I understand that some apps would stop working, but I'd really like to continue my idle game!

Did you find this helpful?    Yes    No

> Warzone.com, LLC.                                October 12, 2022
>
> The latest version of the Warzone app now works properly in Android 14. Sorry for the trouble!

**C** Connor Mcintyre

•    September 20, 2022

Don't bother they just delete your progress after a while.

Did you find this helpful?    Yes    No

**F** Fred Tramutola

•    September 19, 2022

Given a permaban for "abuse" Cool, thanks, love reading all that Nazi propaganda in ur games.

Did you find this helpful?    Yes    No

**J** joseph messer

⭐⭐⭐⭐⭐ September 17, 2022

Awesome game. Deserves a bigger community.

Did you find this helpful?    Yes    No

**C** Chad Hayashi

⭐⭐    August 24, 2022

Unbalanced, much like original Risk, to the point that my friends and I are losing interest after playing for a couple weeks. Almost everything is behind a paywall, even the ability to set up a custom game with more than 4. Almost every card you will either pay for or grind to get, and grinding isn't fun at all. Paid for one month of subscription to see if it was worth it, but won't be renewing. You'd think I could at least spectate a game after being eliminated, but no such feature exists.

11 people found this review helpful

Did you find this helpful?    Yes    No

**J** Joseph Overholser

⭐⭐⭐⭐⭐ August 19, 2022

Great game! Love it! Like Risk but better

Did you find this helpful?    Yes    No

**B** Bobby B Baby

⭐⭐⭐⭐⭐ August 18, 2022

Underrated app with plenty of customization with the rules and scenarios. Also a decently fun online with the right ruleset and map.

Did you find this helpful?    Yes    No

**G** Gil Pires

⭐⭐⭐⭐⭐ August 4, 2022

Awesome game, awesome app

Did you find this helpful?    Yes    No

**D** Ddu88yu

⭐⭐⭐⭐⭐ August 2, 2022

This game has something for everyone. Lots of options.

Did you find this helpful?    Yes    No

**C** Casey Tisdel

⭐⭐    July 29, 2022

No change to my 2 star review from eight years ago. Now they've riddled their game with pop ups, not just the obnoxious ads but their own ads for their own games with misleading yes/no answers to dismiss, triple the annoyance & interruption. Ui still clunky and annoying to use in every possible way. I enjoy the game itself but the game fights my enjoyment every step of the way.

6 people found this review helpful

Did you find this helpful?    Yes    No

**A** Alan Coffin

⭐⭐⭐⭐⭐ July 15, 2022

Great RISK style game. What stands out to me is the maps and game types the community has made, makes different games feel vastly different

Did you find this helpful?    Yes    No

**N** Nathaniel Stedman

⭐⭐⭐⭐⭐ July 3, 2022

Best game ever

Did you find this helpful?    Yes    No

**T** The Rising Dragon

⭐⭐⭐⭐⭐ July 1, 2022

I love it!

Did you find this helpful?    Yes    No

**J** John Mickus

⭐⭐⭐⭐⭐ June 26, 2022

Amazing variety of maps, cool sound animation.. definitely better than the Risk app im some ways

1 person found this review helpful

Did you find this helpful?    Yes    No

**C** cinnamon crunch

⭐⭐⭐    June 22, 2022

the worst thing is that the game relies on mostly your starting point. if you start the game in a bad location you will always lose which makes the game way less fun

Did you find this helpful?    Yes    No

**S** Storm

**1171**

**DMITRI CHARAEV**

★★★★★ June 4, 2023

Superb and unique

Did you find this helpful? Yes No

**Ron**

★★★★★ May 24, 2023

Hard

Did you find this helpful? Yes No

**Nathaniel Sykes**

★★★★★ May 14, 2023

Great game. Takes a long time to complete levels. I have been playing for years!

1 person found this review helpful

Did you find this helpful? Yes No

**Jon Silley**

★★★★★ May 12, 2023

The game is wonderful, however after playing for however many years, enjoying the multiplayer functions, this morning the game tells me it needs to be updated in order to play. I go to the google playstore and the latest update was from feb 5th. I've tried manually updating, but no joy. This is a 5 star game, but I cannot give 5 stars for a game that is currently broken for me Edit, thank you to kind dev team who helped me get signed back in, after I messed the Facebook sign in update. 5 stars

3 people found this review helpful

Did you find this helpful? Yes No

> Warzone.com, LLC.                                     May 12, 2023
>
> Sorry about that. Facebook sign-in isn't supported anymore since FB kicked us off. You should sign out and back in with your email address, and use the "forgot password" option if you never set up a password. Use help -> contact if you need more help.

**Goksun ERBAYSAL**

★★★★★ May 10, 2023

Risk but better

Did you find this helpful? Yes No

**Perri Davis**

★★★★★ May 10, 2023

The game is pretty good. Have a pop up to prevent committing without attack or transfer, or at least have the commit button in another spot, so you can't hit it accidentally. Thank you! They did that. Recently the menu pages changed colors, I didn't like the change so I checked the settings. BIG MISTAKE! Now the game is unplayable for me, I accidentally het the UI Scale and now everything is way too big or too small and getting the UI back to middle is impossible. :( They fixed that too.

5 people found this review helpful

Did you find this helpful? Yes No

**Tom Unger**

★★★★★ May 10, 2023

Very fun and addictive. Highly recommend

Did you find this helpful? Yes No

**Toge Maher**

★★★★★ April 28, 2023

Great game

Did you find this helpful? Yes No

**Andre Lim**

★★★★★ April 4, 2023

Great game. Ads are not intrusive at all

Did you find this helpful? Yes No

**Aaron Woodruff**

★★ March 24, 2023

I got so far then the game made it impossible to even survive.

Did you find this helpful? Yes No

**Soup Johnnie**

★ March 24, 2023

Did you find this helpful? Yes No

**Alex Schroepfer**

★ March 10, 2023

Used to play this game all the time as a kid on the internet, and loved it. Now I'm playing it on here, and decided to even make in app purchases to support the dev. However, I will be deleting this game and requesting a full refund from Google after I was suspended for "violating rules" that weren't even clearly listed in the ruled page, and what's laughable is I have never once played online. I was suspended for "cheating" in a SINGLE PLAYER GAME. Rot in in the ground, Mr Dev.

3 people found this review helpful

Did you find this helpful? Yes No

**Dave Man**

★★★ March 3, 2023

Needs the editor on mobile please.

Did you find this helpful? Yes No

**Jackson Embry**

★★★★★ February 10, 2023

Great game to play with friends, and the idle mode is a great time killer.

Did you find this helpful? Yes No

**Sheeyen Vue**

★★★★★ February 6, 2023

So much fun

Did you find this helpful?    Yes    No

**Ryan Chen**
⭐⭐⭐⭐⭐ February 3, 2023
Great game
Did you find this helpful?    Yes    No

**Sarah Elliott**
⭐⭐⭐⭐⭐ January 28, 2023
Very fun
Did you find this helpful?    Yes    No

**Troy Arnold**
⭐ January 18, 2023
no option to remove ads except a monthly subscription? NO THANKS. And the ads are video ads that run before EACH turn. creeps.
1 person found this review helpful
Did you find this helpful?    Yes    No

**Steve Praizner**
⭐ January 17, 2023
Because you got Warzone idle stuck right in the middle of it messing up my progress. Garbage.
Did you find this helpful?    Yes    No

**Pierre Joubert**
⭐⭐⭐⭐⭐ January 12, 2023
A great game!! Cannot fault the genius in any way. Wits and Strategy above Wallet and Bullsh*tery!!
Thanks
Did you find this helpful?    Yes    No

**Tyler Eslinger**
⭐ January 7, 2023
It was good unteil I started to get demolished before I even get to start to really play . AI level is way too high
1 person found this review helpful
Did you find this helpful?    Yes    No

**Drip Rice**
⭐⭐⭐⭐⭐ December 17, 2022
Fun game similar to Risk, but with some noticeable differences. Lot of fun
Did you find this helpful?    Yes    No

**Saudi Enbuska**
⭐ December 15, 2022
I bought the supercamp pack for ~10K. Logged back in to connect to my old account and supercamp was lost forever. Feel a bit cheated out of my money. Great game other than that.
2 people found this review helpful
Did you find this helpful?    Yes    No

**Kevin Keene**
⭐⭐⭐ December 13, 2022
Good game, but their push to play their other games are an issue. No matter how many times I say no it opens it every time anyway. This is wrong.
2 people found this review helpful
Did you find this helpful?    Yes    No

**William W**
⭐ December 1, 2022
Not for me. 3 - 20. Always 1 AI player expands so fast and steam rolls over everything. The other AI just let it happen
Did you find this helpful?    Yes    No

**Ahmad Maalouk**
⭐⭐⭐⭐⭐ November 10, 2022
Fantastic game for whose who like activate their minds
Did you find this helpful?    Yes    No

**Jay Borcherding**
⭐⭐⭐⭐⭐ November 1, 2022
Fun and free, for Risk fans, the ads are unobtrusive
Did you find this helpful?    Yes    No

**Jordan Tunnicliff**
⭐⭐⭐ November 1, 2022
This was my favourite game. But whatever update to the app happened recently has ruined it. Whenever I open it now it opens directly to Warzone Idle (never played, never will) instead of the main menu which is a pain. But more importantly, every time I open multiplayer, it crashes what ever audio app I'm using on my phone. When I then restart my audio app, reopening WZ takes me back to the WZ idle interface before going to multiplayer again - and then crashes my audio opne again! About to delet
3 people found this review helpful
Did you find this helpful?    Yes    No

**Ethan Sims (Ethan. D Boyce Sims)**
⭐⭐⭐⭐⭐ October 27, 2022
Amazing game love the new random levels every time you level up just one thing tho it keep reoccuring but crimea is part of ukraine not russia get it right i hate that about most games.
1 person found this review helpful
Did you find this helpful?    Yes    No

**Dennis Gilchrist**
⭐⭐⭐⭐ October 25, 2022
Pretty good game
Did you find this helpful?    Yes    No

**Regid Seyicili**
⭐⭐⭐⭐⭐ October 25, 2021
Best one
Did you find this helpful?    Yes    No

**1173**

Very fun game. No bugs noticed. Limited, relevant and non-intrusive ads.

Did you find this helpful?    Yes    No

**Pedro Negri**                                                                    ⋮

★★★★★ October 22, 2022

I've been playing this for more than 7 years, back when it was only on desktop and it was called warlight.. I love it!

1 person found this review helpful

Did you find this helpful?    Yes    No

**Ken Cassady**                                                                    ⋮

★★★★★ October 19, 2022

Great game!

Did you find this helpful?    Yes    No

**Nicky Bobby**                                                                    ⋮

★★★★★ October 16, 2022

Simple yet brilliant gameplay

Did you find this helpful?    Yes    No

**Graham Langley**                                                                 ⋮

★★★★★ October 15, 2022

Absolutely brilliant! Being able set up private game with flexible settings to enable longer games to be played and thinking time if needed between goes allows players to play in different time zones between goes. Maps are great...so much fun.

1 person found this review helpful

Did you find this helpful?    Yes    No

**Dainius Stuogis**                                                               ⋮

★★★★★ October 14, 2022

Good

Did you find this helpful?    Yes    No

**Chris Barton**                                                                  ⋮

★★★★ October 14, 2022

Great game, fine adv, endless new challenges with player made maps. Idle game okay too.

1 person found this review helpful

Did you find this helpful?    Yes    No

**Anthony Keller**                                                                ⋮

★★★★★ October 13, 2022

Very fun game!!!!

Did you find this helpful?    Yes    No

**Phoenix Hokage**                                                                ⋮

★ October 11, 2022

First this is a great game. BUT,I'm really annoyed now because i've been playing for a long while on my phone but I never created and I decided to do, I created an account and then signed in. When I signed in it didn't carry over all my progress from before and now I'm all the way back to the beginning with the campaign and all the in-game currency I earned in gone now. All gone! What a huge waste of time and its made me give up playing for now, too demoralizing.

3 people found this review helpful

Did you find this helpful?    Yes    No

**Jhonatan Y. Hizon**                                                             ⋮

★ October 11, 2022

I can't download it it says it's for Android too

1 person found this review helpful

Did you find this helpful?    Yes    No

**David [J[**                                                                     ⋮

★★★★ September 29, 2022

Good game but need more action like territorial to collaboration or similar fast game will be cool. Also if you see soldier, tank to move will be best

Did you find this helpful?    Yes    No

**- WaithAmoHere**                                                               ⋮

★ September 27, 2022

AI gets to cheat.

Did you find this helpful?    Yes    No

**Derek Thirdn**                                                                 ⋮

★ September 26, 2022

Absolutely horseshit

Did you find this helpful?    Yes    No

**aadil ali**                                                                    ⋮

★ September 25, 2022

This is the shittest game to ever exist I like oiled up tbtc black men wrestling with no clothes on ong no cap

Did you find this helpful?    Yes    No

**Andres Larios**                                                                ⋮

★★★★★ September 16, 2022

Great game

Did you find this helpful?    Yes    No

**Bryan Spagnola**                                                               ⋮

★★★★★ September 12, 2022

I like that there are reasonable amounts of ads. Not many at all. I'm a huge risk fan and I like the idle mode. It's a unique take on the old game. Can be played in single or multi player mode which is nice as well. It's a fun game.

1 person found this review helpful

Did you find this helpful?    Yes    No

**1174**

This is now [...] the troubles.



**Petr Smital**

★★★★ September 13, 2022

The base game is good, but if you click on "Warzone Idle" once, there's no way out. Every time you start the game, it'll throw you into Warzone Idle, no matter what. Also there's no option for a one-time payment, only a recurring subscription.

Did you find this helpful?   Yes   No

**Mel Kheios**

★★★★★ September 12, 2022

Edit as of 09/12/2022: Now that the glitches have been resolved, it runs flawlessly again, and I am as happy as ever!

1 person found this review helpful

Did you find this helpful?   Yes   No

> Warzone.com, LLC.                                September 12, 2022
> This is now fixed in the latest version of the app. I'm really sorry for the troubles.

**Nathan**

★★★★★ September 6, 2022

Poggers

Did you find this helpful?   Yes   No

**Richard Cumpstey**

★★★★★ September 5, 2022

Amazing game, absolutely love it! Better than Risk!

Did you find this helpful?   Yes   No

**Jt Leger**

★ September 5, 2022

Re download this game cuz I deleted it a few months ago for space but now it won't even let me skip or advance on the tutorial screen. Can't do a damn thing. Guess you don't want old players or even new players to play anymore. Ridiculous

2 people found this review helpful

Did you find this helpful?   Yes   No

> Warzone.com, LLC.                                September 12, 2022
> This is now fixed in the latest version of the app. I'm really sorry for the troubles.

**Christopher Kremer**

★★★★★ September 3, 2022

Best game of all time. Activision can kick rocks!

Did you find this helpful?   Yes   No

**Thomas Littlefield**

★★★ August 31, 2022

I enjoyed the strategy of the game. Until I get to the level where the AI gets significantly more units at the beginning. 50 to my 10. Not to mention the AI just knows where to deploy, like the AI is seeing my turn and reacting to it. I find this frustrating as all hell. I'll send 5 units into a spot where the AI hasn't put units down for a couple turns and then all of a sudden it drops 10 units there to counter my 3. The game gets a 3 do the design and strategy at best

Did you find this helpful?   Yes   No

**Benjamin Wintress**

★★★★★ August 31, 2022

Fantastic game

Did you find this helpful?   Yes   No

**Moraya Filinsay**

★★★★★ August 31, 2022

Best stuff

Did you find this helpful?   Yes   No

**matthew peler**

★★★★★ August 23, 2022

Great game

Did you find this helpful?   Yes   No

**Nathan Buhr**

★★★★★ August 22, 2022

Really fun to play.

Did you find this helpful?   Yes   No

**Jakub Rozdziestwierłski (Kvetson)**

★ August 19, 2022

The App fails to connect with warzone servers all the time, unusable

Did you find this helpful?   Yes   No

**Krasimir Trenchev**

★★★★★ July 26, 2022

An excellent game! 10/10 would recommend :))

Did you find this helpful?   Yes   No

**EMAN KHALED**

★★★★★ July 22, 2022

This is an amazing game. Thanks so much Fizzer I appreciate your hard work. Guys your complaints to about ignorance and un-intelligence. The AI doesn't cheat you can see that in the history. You can see where he gets every single army he gets. The boss the way to defeat him is just ignore he exists and attack the rest of his army. I've basically finished all the single player. No pop-up ads what so ever, plus it's a free game. If you have any problem at all contact Fizzer and he will reply soon

Did you find this helpful?   Yes   No

**Ruymand Soltani**

★ July 21, 2022

Not fun haven paid 150 NOK for the mess pack and I see I've been charged through Google but I still

Warzone contained September 12, 2022

Please use the Help > Contact > Report a Bug button and I'll help figure out what went wrong.

**Simon Korica**                                        ⋮

★★★★★ July 17, 2021
Is risk done right. I can't find the words to describe the joy I felt when I realised how well made this game was. I wish modern Risk VideoGames, were even half as good compared to this game. Keep being awesome all who made this possible, you give the rest of us some hope for the future of web based, and app realated videogames.

Did you find this helpful?    Yes    No

**Cindy N Myles**                                       ⋮

★★★ · July 16, 2021
My game all of sudden keeps crashing. It is a fun game though.

Did you find this helpful?    Yes    No

**mgamer 3007**                                         ⋮

★★★★ July 13, 2021
Love this game fun by yourself or with friends, but I wish there was a button to place 1 army on every owned territory.

Did you find this helpful?    Yes    No

**Josh Lorenz**                                         ⋮

★★★★ July 13, 2021
I'm aware that this is the same dev that made warlight, I just have one question will the old warlight theme music be added into this game? By the way great game.

Did you find this helpful?    Yes    No

**J A**                                                 ⋮

★★★★★ July 6, 2022
Broad range of rule variants and interesting scenarios

Did you find this helpful?    Yes    No

**R M**                                                 ⋮

★★★★★ July 5, 2022
Fun, runs cleanly

Did you find this helpful?    Yes    No

**Peter Woskich**                                       ⋮

★★★★★ July 5, 2022
Great time-killer.

Did you find this helpful?    Yes    No

**Angel Hugh**                                          ⋮

★★★★★ July 4, 2022
Really great game with so many unique facets! Downloading maps can take a while on mobile, and I have had it crash on me sometimes, but after deleting and reinstalling the app, it resolved the issue. I do see this mostly as supplemental to the pc, and as such, it works well... I just wish it wouldn't automatically load in the idle maps as I'm not as interested in that.

4 people found this review helpful

Did you find this helpful?    Yes    No

**Micah Green**                                         ⋮

★★★★★ June 30, 2022
Diffcilt

Did you find this helpful?    Yes    No

**Omega Alpha**                                         ⋮

★★★★★ June 29, 2022
Great strategy game and free simple perfect.

Did you find this helpful?    Yes    No

**Snowhawk1000**                                        ⋮

★★★★★ June 26, 2022
Its cool

Did you find this helpful?    Yes    No

**Aris Mol**                                            ⋮

★★★★★ June 23, 2022
What a like more is the idle game. It's my company fee over a year now. thanks for creating it. Aris, Albania/Greece.

Did you find this helpful?    Yes    No

**Adrian Wójcik**                                       ⋮

★ June 16, 2022
Tried to create an account and it wiped all of my Warzone idle data. Weeks of progress gone.

Did you find this helpful?    Yes    No

**Joy Sapimin**                                         ⋮

★★★★★ June 15, 2022
Everyone criticing the game must be fry hands cause as a total newbie I played on my tablet and the app is so cool and optimal. Also tried on my phone and it works great. Nice work. Love the game.

Did you find this helpful?    Yes    No

**Stephen Adair**                                       ⋮

★★★★★ June 15, 2022
Incredibly fun. Single player, multiplayer, idle. Every aspect of the game is well balanced.

Did you find this helpful?    Yes    No

**urtime fuktum**                                       ⋮

★ · June 13, 2022
Bro I got suspended for multi accounting, bruh. I didn't even get suspended for being heavily racist and committing public indecency. Unsuspend me now

Seal Lions

★★★★★ June 9, 2022

My account automatically accepts game invitations and I don't want to be in long games. If I surrender then it affects my stats. Please fix this.

1 person found this review helpful

Did you find this helpful?    Yes    No

A Google user

★★★★★ June 3, 2022

So much better than it was. Now we need a contribution button on website /app to donate. Still can't believe this is free good work fizzer. 360 Update 5/24/2022. This just gets better and better. Download this game if you like strategy, chat, and general fun.

1 person found this review helpful

Did you find this helpful?    Yes    No

> Warzone.com, LLC                                    November 17, 2017
>
> The old app is here: http://rs3cdn.warlight.net/static/mc/WarLight.apk But I would love to hear what doesn't work about the new one, please let me know at fizzer@warzone.com

Geoffrey Garrett

★★★★★ May 17, 2022

Fun!

Did you find this helpful?    Yes    No

samuel zerrath

★★★★★ May 8, 2022

Love the game, I have been playing it for years, and it is great for a variety of play styles, from extroverted to introverted, this game has it all!

Did you find this helpful?    Yes    No

Joseph Scott

★★★★★ May 2, 2022

This game is highly entertaining and mentally engaging with turn based strategy. I can only hope that Warzone Idol can stay the course and be as productive as the campaign mode on warzone.

8 people found this review helpful

Did you find this helpful?    Yes    No

Wyatt Cornell

★★★★★ April 27, 2022

So much fun with friends!

Did you find this helpful?    Yes    No

Shawn SQ Zhang

★★★★ April 28, 2022

Ads are, of course, annoying, but it's a good game nonetheless.

3 people found this review helpful

Did you find this helpful?    Yes    No

Jake Olsen

★★★★★ April 24, 2022

Very cool! Love the social aspect, and it helps me connect with my friends and family that don't live near me. The mathematical system is just what I wanted when I started hating risk. All of the map choices are great, and make the game different every time! I also love the customizability with different ranks, colors, and even mods. Over all, a wonderful experience...Just wish I could get midnight black without spending a 100 dollars 😂

2 people found this review helpful

Did you find this helpful?    Yes    No

Thomas V

★ April 23, 2022

Every new mission reenforces fundamentals of how the game is played. It's as though the creators were not confident in their Risk ripoff so they haphazardly add a bunch of gimmicks. The problem is those gimmicks such as gold, AI allies, and bosses don't work. Seriously the concept of a 'boss' is that they instantly start with FOUR HUNDRED armies on turn ONE when you have maybe 10. Least fun game I have played in a long time.

3 people found this review helpful

Did you find this helpful?    Yes    No

Daniel N

★★★★★ April 20, 2022

awesome game

Did you find this helpful?    Yes    No

TWGKofi

★★★★ April 14, 2022

This game is fun, really fun actually, but with the most recent update, the game crashes every two minutes.

Did you find this helpful?    Yes    No

Harley Aldrich

★★★★★ April 12, 2022

Love it

Did you find this helpful?    Yes    No

Matt Hose

★ April 7, 2022

Pops up microtransaction requests with the buy button right where other confirm buttons are leading to accidental taps. I'm not supporting that kind of toxic design.

8 people found this review helpful

Did you find this helpful?    Yes    No

Chris Rooney

★★★★ April 5, 2022

Fun game but the ads automatically open the Play Store when they're done playing and that's not okay.

15 people found this review helpful

Did you find this helpful?    Yes    No

**1177**

Been playing with it for about six months now and keep getting the free version. Let the alliances and betrayal begin...

Did you find this helpful?   Yes    No

---

**Amit Kumar**   ⋮

★★★★★ March 24, 2022

One of the best game. Challenging and addictive at same time.

Did you find this helpful?   Yes    No

---

**Nathaniel Brill**   ⋮

★★★★★ March 15, 2022

A strategic version of risk, exactly what you want out of the board game.

Did you find this helpful?   Yes    No

---

**TheLordPolar**   ⋮

★★★★★ March 14, 2022

Awesome risk style game with lots of maps and options, from single player to multi player it works awesome and you can do games that only take minutes or games that take months. The choice is yours

Did you find this helpful?   Yes    No

---

**Milutin Stojanovic**   ⋮

★★★★★ March 10, 2022

Amazing legendary game in an app mode now. The only multi player online game worth playing (except chess of course).

Did you find this helpful?   Yes    No

---

**Elliot W**   ⋮

★   March 9, 2022

Plenty of fun with this game. My issue is it can be slow to load. Super annoying that you're immediately forced to look at was:ons idle first thing which I don't care about before getting to the main game. You should be able to choose up front. It only slows the loading time to hell even more. Will raise rating when it's fixed.

4 people found this review helpful

Did you find this helpful?   Yes    No

---

**Kevin Carson**   ⋮

★★   March 5, 2022

I remember when this was called warlight, I liked it back then. But the way it's balanced now is awful. By the time I make any progress the AI has a massive horde just waiting to destroy me.

3 people found this review helpful

Did you find this helpful?   Yes    No

---

**John Morgan**   ⋮

★   March 2, 2022

AI overpowered

Did you find this helpful?   Yes    No

---

**Zor**   ⋮

★★★   March 1, 2022

The very first pop-up/text/graphic in the game is a text bubble asking you to buy the game for $40

Did you find this helpful?   Yes    No

---

**Suryansh Moudgil**   ⋮

★★★★★ February 25, 2022

Great !

Did you find this helpful?   Yes    No

---

**John Willson**   ⋮

★★★★★ February 24, 2022

Fun, addictive, challenging, turn-based, no bugs.

Did you find this helpful?   Yes    No

---

**linaxx50**   ⋮

★★★★★ February 24, 2022

Great. Game

Did you find this helpful?   Yes    No

---

**Matthew Chiode**   ⋮

★★★★★ February 22, 2022

Very fun strategy game

Did you find this helpful?   Yes    No

---

**Anthony Collins**   ⋮

★★★★★ February 18, 2022

Addictive!

Did you find this helpful?   Yes    No

---

**Jeffery Butson**   ⋮

★★★★★ February 17, 2022

Fun game. Game play is a mix of Diplomacy and Risk style mechanics. Options to turn on or off luck is a nice feature. Playing cards available add a unique twist. Easy to learn, hard to master.

4 people found this review helpful

Did you find this helpful?   Yes    No

---

**Trey Cam**   ⋮

★★★★★ February 14, 2022

Risk but good. Literally everything you could want and a bunch of stuff you didn't know you could want. Custom maps, custom games, online PvP tournaments, ranked and unranked PvP, modify the game rules all to hell in custom mode, 'cards' that have board game like tactical functions (reinforcements, sanctions, spying, much more), I don't know what else to tell you, if you like turn based strategy, you should already be installing this game.

1 person found this review helpful

Did you find this helpful?   Yes    No

---

**Gary Themen**   ⋮

1178

**Cameron Cooke**

★★★★★ February 2, 2022

Can't believe Activision is suing them lol

Did you find this helpful?  Yes  No

**sherif sabri**

★★★★★ January 29, 2022

Very good

Did you find this helpful?  Yes  No

**Emanuele Rinaldo**

★★★★★ January 28, 2022

Good

Did you find this helpful?  Yes  No

**Bo Stevens**

★★★★★ January 27, 2022

Awesome

Did you find this helpful?  Yes  No

**Niko Barros**

★★★★★ January 21, 2022

The game, is fun. Caesar's Challenge, is not.

2 people found this review helpful

Did you find this helpful?  Yes  No

**Belle Lancaster**

★  January 14, 2022

I will try again

Did you find this helpful?  Yes  No

**Bob Oh**

★  January 9, 2022

Not the same as it used to b

1 person found this review helpful

Did you find this helpful?  Yes  No

**Humble pie**

★★★★★ January 8, 2022

Best game there is

Did you find this helpful?  Yes  No

**Jia Ul Haq Ansari**

★★★★★ January 7, 2022

Excellent game with turn based strategy and unlimited possabilities. Edit: Very Addictive (not just a time killer but kills your valuable time too)

2 people found this review helpful

Did you find this helpful?  Yes  No

**Toby Scott**

★★★★★ December 31, 2021

Great game, lots of depth

Did you find this helpful?  Yes  No

**Pavel Glushchenko**

★★★★★ December 31, 2021

Amazing game. I am sad thought that the owner of Cod is suing this game although this game was made earlier then Cod :)

Did you find this helpful?  Yes  No

**Ethan Roberts**

★★★★★ December 28, 2021

Really fun strategy and war game 10/10 really fun

Did you find this helpful?  Yes  No

**DeAndre Perez**

★★★★★ December 26, 2021

Let's show this man some support. Activision doesn't deserve to win.

Did you find this helpful?  Yes  No

**Aaron Rider**

★★★★★ December 25, 2021

I personally love to play on my computer but the mobile app is great too!

Did you find this helpful?  Yes  No

**John Kjerstad**

★  December 25, 2021

Game could be tight be pushes idle hard. Keeps reseting default into idle. I didn't download to Sim I download to war.

2 people found this review helpful

Did you find this helpful?  Yes  No

Warzone.com, LLC.  November 2, 2021

You can configure which screen the app defaults to in the settings

**Oisin Coughlan**

★★★★★ December 24, 2021

Great way to pass time, the Activision lawsuit is just dumb of a big company like them

Did you find this helpful?  Yes  No

1179

An excellent strategy/diplomacy game with an immense variety in maps, settings, and types of games and a splendid community, best played on the multiplayer mode.

1 person found this review helpful

Did you find this review helpful?  Yes   No

**Galestcke Extra**                                                                        ⋮

★★★★★ December 31, 2021

This is the greatest strategy game of all time.

Did you find this review helpful?  Yes   No

**John Warbuck**                                                                           ⋮

●      December 30, 2021

I like the game, but don't like the fact that I was charged for my monthly subscription on the 13th and it was cancelled today. There's no link to support anywhere in game. It's only $4, but the principle of taking peoples' money and then not honoring the subscription doesn't sit well with me.

2 people found this review helpful

Did you find this review helpful?  Yes   No

**Arash Moraiben**                                                                         ⋮

●●●      December 20, 2021

-keeps crashing after the recent update- it's awesome, brutally challenging turn based strategic game with quite high number of player for online and an awesome offline campaign.

Did you find this review helpful?  Yes   No

**Jonathan Hale**                                                                          ⋮

★★★★★ December 19, 2021

I've played this for years off and on. I love it! Very simple and straightforward yet addicting. Minimal ads and multi-player is great too.

2 people found this review helpful

Did you find this review helpful?  Yes   No

**Sebastian McMullin**                                                                     ⋮

★★★★★ December 16, 2021

Amazing. Better than normal risk and other warzone

1 person found this review helpful

Did you find this review helpful?  Yes   No

**Trishan Spohr**                                                                          ⋮

★★★★★ December 15, 2021

awesome maps, awesome people, awesome game. Great Singleplayer, awesome multiplayer. Many possibilities and a map to every franchise you can think of. It just sucks when player are leaving the game early on...

14 people found this review helpful

Did you find this review helpful?  Yes   No

**Jan Boyd**                                                                               ⋮

★★★★★ December 7, 2021

Love it.

Did you find this review helpful?  Yes   No

**Graham McCarthy**                                                                        ⋮

★★★★★ December 5, 2021

Love this app. Some scenarios continue to defeat me but I love trying.

Did you find this review helpful?  Yes   No

**Jelle Barendregt**                                                                       ⋮

●●●      November 26, 2021

Love the game but I can't download maps or login on mobile data. I get DownloadMapFailed error.

1 person found this review helpful

Did you find this review helpful?  Yes   No

**Alessandro Spinella**                                                                    ⋮

★★★★★ November 23, 2021

Nice. I enjoy the great variety of maps.

Did you find this review helpful?  Yes   No

> Warzone.com, LLC.                                    November 23, 2021
>
> Thanks, I'm glad you enjoy the game!

**Donnelle Cheree**                                                                        ⋮

★★★★★ November 23, 2021

I have loved this game since way back in Kongregate days. Great job porting and expanding! Excellent strategy game. There's the challenge of beating each level - and the whole other challenge of beating it quick enough to get a star! Haven't yet ventured into multiplayer, but I am expecting the same smooth experience as always.

2 people found this review helpful

Did you find this review helpful?  Yes   No

> Warzone.com, LLC.                                    November 20, 2021
>
> Thank you so much, I'm glad you enjoy the game!

**David Kaufmann**                                                                         ⋮

★★★★★ November 20, 2021

Addicting as f

Did you find this review helpful?  Yes   No

**Heywood Jablome**                                                                        ⋮

★★★★★ November 12, 2021

Great game 👍👍

Did you find this review helpful?  Yes   No

**Paul**                                                                                   ⋮

★★★★★ November 5, 2021

Best app ever. Support for the rediculous call of duty lawsuit.

**1180**

**Igor**

★★★★★ November 3, 2021

They Call Me mister biba biba mmm They Call Me mister BOMBASTIC DEMI FANTASTIC.... Anyways cool game

Did you find this helpful?    Yes    No

**R.W. Sorrell**

★★★★★ October 29, 2021

Best game I have ever loaded on my phone! This is simple to play but can be very challenging.

2 people found this review helpful

Did you find this helpful?    Yes    No

**Allan L**

★★★★★ October 27, 2021

Very fun and addictive!

Did you find this helpful?    Yes    No

**Jim H.**

★★★★★ October 6, 2021

If you lik e Risk, this is better.

1 person found this review helpful

Did you find this helpful?    Yes    No

**D Markley**

★★★★ October 4, 2021

Playing for years, great game

Did you find this helpful?    Yes    No

**tyfro muzi**

★★ October 3, 2021

Game would be amazing but w.ezone idle is trash and always boots to and been getting booted since getting forced through idle always while each few seconds to play game could be a turn and not an idle trash, please stop forcing boot through idle, we come for war, not for win :)

2 people found this review helpful

Did you find this helpful?    Yes    No

**Levi Johnson**

★★★★★ September 30, 2021

ive been playing this game since 2014. Seen it improve over the years. Its a very good game even though it only has one person working on it. Very impressive.

Did you find this helpful?    Yes    No

**Alexander Biega**

★★★★★ September 28, 2021

Great, free, awesome community. Continues to get new player-made maps, fun for casuals and serious players. Lots of real-time and multi-day games

Did you find this helpful?    Yes    No

**William Sweet**

★★★★★ September 23, 2021

Amazing game to play with mates with lockdown! 100% recommend it, just do it right now. The single player is also pretty good.

2 people found this review helpful

Did you find this helpful?    Yes    No

**Joey Phelan**

★★★★★ September 3, 2021

The best "risk-like" game out there. Options galore. No pay to play. Intelligent design. Go Fizzer. Fight that good legal fight. Call of duty is suing him over the name and it was called warlight before the app. So much better.

2 people found this review helpful

Did you find this helpful?    Yes    No

**Hamish Love**

● September 1, 2021

Just make the game easy to understand. 3 minutes and i was like 'this is a waste of my time'

Did you find this helpful?    Yes    No

**Brad and Renee M**

★★★★ August 29, 2021

Such a fun game for being so simple. App is sluggish on slower devices.

3 people found this review helpful

Did you find this helpful?    Yes    No

**Tawfed TV**

★★★★ August 21, 2021

cool but maybe fix the menu

Did you find this helpful?    Yes    No

**David Page**

★★★★★ August 19, 2021

Brilliant game. Simple but hours of playability.

2 people found this review helpful

Did you find this helpful?    Yes    No

**Jonathan Arcement**

★★★ August 18, 2021

A lot like risk, but less luck based and more number based. My problem with this game is map spawns, you'll spawn in a corner with a store enemy and another enemy key the whole map to themselves. Having to fight early only limits your expansion until by the time you're finished it's too late and the other enemy is too powerful.

10 people found this review helpful

Did you find this helpful?    Yes    No

**C H**



★★★ August 16, 2021

Great ga[illegible]

1 person found this review helpful

Did you find this helpful? Yes No

King Hodop

★★★★★ August 15, 2021

The way it works is you get a set amount of troops each turn and you can use those troops to conquer nearby territories. If you get all the territories in a bonus you get more armies each turn. It is also online multiplayer. I quite enjoy this strategy board game and while I do enjoy playing the game, what I really like is the community that has been built around the game. I usually log on just to talk to some of the stellar personalities that exist in my clan and global chat

2 people found this review helpful

Did you find this helpful? Yes No

AegonVTargaryenM

★★★★★ August 10, 2021

love this game and the fa t that it brings in people from around the world. I get to talk with people and learn about their experiences around this torn world.

Did you find this helpful? Yes No

Valentina Concha Vargas

★★★★★ August 10, 2021

I've been playing this game for 8 years. It's fair, you can pull off amazing strategies, there's always quick fun games to join. I recommend that Cats clan!

Did you find this helpful? Yes No

Bennett Beach

★★★★★ August 8, 2021

Dev, would you please give me the option to turn off icons for conquered lands in idle mode? In the later levels, there are dozens and dozens of useless icons on the map that just clutter things up and make it nearly impossible to find the drafts with a small screen.

2 people found this review helpful

Did you find this helpful? Yes No

Mark Scott

★ August 4, 2021

Pulled in an NSFW ad in a very inappropriate time! Unacceptable!!

1 person found this review helpful

Did you find this helpful? Yes No

Ben

★★★★ August 3, 2021

It's a fantastic port from PC to app. It's a great game. Its a bit different at first for RISK players not using dice, but I haven't gone back to RISK since.

Did you find this helpful? Yes No

Pankaj

★★★★★ August 1, 2021

No doubt it's one of the best PvP strategy game. It's a bit like playing chess but in an online medium.

1 person found this review helpful

Did you find this helpful? Yes No

David Delarosa

★★★★★ July 24, 2021

best game ever

Did you find this helpful? Yes No

Cuno

★★★★★ July 24, 2021

The community is great most of the times. It is very diplomacy oriented and I love it. You arent playing with mechanics, but with people

1 person found this review helpful

Did you find this helpful? Yes No

Arthur Kantemirov

★★★★★ July 19, 2021

Great game

Did you find this helpful? Yes No

Kameron Hanson

★★★★★ July 9, 2021

It's Risk if Risk wasn't a terrible game.

Did you find this helpful? Yes No

kingkelp

★★★★★ July 5, 2021

Have been playing this since lockdown started last year and have been addicted ever since. The game is excellent with lots of flexibility and customisation.

1 person found this review helpful

Did you find this helpful? Yes No

Paul Ditchburn (PGD)

★★★★★ July 4, 2021

Very good game with a great community and is good for all sorts of game styles

Did you find this helpful? Yes No

Maxwell Kosma

★★★★★ July 3, 2021

It's Risk meets Diplomacy, with a custom game engine successor to star/warcraft games. Better than CoD.

Did you find this helpful? Yes No

Theron Moore

★★★★★ June 30, 2021

Love this game. Off the app. Not sure about the app experience. Better than Risk

Did you find this helpful? Yes No

Jonathan [illegible]

Could be a good idea to say where... in the map while you fight
the other one or twice... it finally confronts you.

4 people found this review helpful

Did you find this helpful?  Yes   No

---

**Kira York**  ⋮

★★★★★ June 26, 2021

Dear Pizzie, Good Job. Love, Charles Matthews

Did you find this helpful?  Yes   No

---

**Jonathan richard banks**  ⋮

★★★★ June 23, 2021

Good stuff right here.. can't figure out how to make my own maps though.

Did you find this helpful?  Yes   No

---

**M** Miguel Santiago  ⋮

★★★ June 18, 2021

Really fun game, but pretty challenging/ hard or I'm just bad lol. That's for making a great game but it's
hard 😩 😩.

Did you find this helpful?  Yes   No

---

**Trystan Humphrey**  ⋮

★★★★★ June 13, 2021

Forget playing board game Risk. This is superior in every way

Did you find this helpful?  Yes   No

---

**Tanner Elmer**  ⋮

★★★★★ June 10, 2021

Better then risk 10/1

Did you find this helpful?  Yes   No

---

**C** Christopher Levi  ⋮

★ June 9, 2021

The password system will not allow paste. Who does that? inconvenient and cannot use password
locker software to have decent password

Did you find this helpful?  Yes   No

---

**Valts Slišāns**  ⋮

★★★★★ June 6, 2021

A good strategic game, takes you some time to learn strategy for playing it, an advice: play with your
friends, better together, its made similar to the board game risk, except it has thousands of great maps
and an active community and you can play anytime, single player or multiplayer, this sounds like an ad,
sounds werid for me to talk about a game, try it out for yourselves

12 people found this review helpful

Did you find this helpful?  Yes   No

---

**N** Nick M.  ⋮

★★★★★ June 2, 2021

Very cool

Did you find this helpful?  Yes   No

---

**D** Dustin Powell  ⋮

★★★★★ May 31, 2021

I have played this off and on for years. I had a nice up on my profile and need up needing it recovered.
This game has 5+ star support the creater helped me get my profile back in around 5 minutes of
knowing what happened. If I could rate this higher on just that aspect I would

6 people found this review helpful

Did you find this helpful?  Yes   No

---

**L** Leigh Matthews  ⋮

★★★★★ May 31, 2021

Awesome game. I love all the maps

Did you find this helpful?  Yes   No

---

**Franco Blofta**  ⋮

★★★★★ May 27, 2021

The best risk game in the whole internet

Did you find this helpful?  Yes   No

---

**Benjamin Schmauss**  ⋮

★★★ May 24, 2021

It's alright

Did you find this helpful?  Yes   No

---

**J** Jacob Hollis  ⋮

★ May 19, 2021

The games community is extremely toxic

1 person found this review helpful

Did you find this helpful?  Yes   No

---

**G** Gplay Fingsucks  ⋮

★★★★★ May 19, 2021

Been playing for years, usually hate my life. This game makes me hate it less.

1 person found this review helpful

Did you find this helpful?  Yes   No

---

**A** Alex Fullenkamp  ⋮

★★★★★ May 19, 2021

Great app to play with friends!

Did you find this helpful?  Yes   No

---

**Chrystopher Thompson**  ⋮

★ May 19, 2021

I really enjoy playing in browser on computer, but it was unplayable on my phone, I get about 0.25FPS,
so about 4 seconds per frame



**Elgin Sadiqh**
★★★★ May 13, 2021
Could be better with pass&play
Did you find this helpful? Yes No

**Nipun Soneranne**
★★★★★ May 10, 2021
Great game for intellects
Did you find this helpful? Yes No

**Mark Bakker**
★★★★★ May 5, 2021
Much more than a Risk emulator, with fun additions and twists. Very little and unobtrusive adds and no internet connection required. It does use a lot of battery for a visually simple game.
11 people found this review helpful
Did you find this helpful? Yes No

**Evan Gelist**
★★★★★ April 27, 2021
All first I thought this was just a simple risk type game but there is so much more strategy to this than I first thought. I love the team play and the game runs smoothly. Good job guys.
4 people found this review helpful
Did you find this helpful? Yes No

**Dragon God Dragneel**
★★★★★ April 15, 2021
Good game
Did you find this helpful? Yes No

**Bill Ward**
★★★★★ April 14, 2021
Did you find this helpful? Yes No

**Phwaylo Ponds**
★★★★★ April 14, 2021
Great risk game with a wonderful online community interaction. Great diplomatic system that almost every game follows. Excellent user created maps for any historical or fantasy setting easily shared and customizable to host your own games with friends
Did you find this helpful? Yes No

**Chuck Finley**
★★★★★ April 13, 2021
This game is great because it has the risk fee without the competition feel and I love risk this game also allows me to connect with my brother
6 people found this review helpful
Did you find this helpful? Yes No

**bob herold**
★★★★★ April 13, 2021
Great game to play with remote friends, plenty of unique maps and options. Free to play is easy.
7 people found this review helpful
Did you find this helpful? Yes No

**Chad Wisniewski**
★★★★★ April 12, 2021
COD makes a better warzone
Did you find this helpful? Yes No

**Andrew Brown**
★★★★★ April 6, 2021
Such a Simple and Fantastic Game
Did you find this helpful? Yes No

**Austin J.**
★★★★★ April 4, 2021
Such a fun game to play
Did you find this helpful? Yes No

**Wojciech Kolodziej**
★ March 30, 2021
Used to be fun but you get to the maps that are near impossible to complete and no way of skipping them so not enough turn played before you're overwhelmed by AI. Also they trying to push you into playing idle. Overall - don't waste your time
3 people found this review helpful
Did you find this helpful? Yes No

**Dark Lord Azagthoth**
★★★ March 27, 2021
Leuke variant op simultane Risk. Veel verschillende maps te downloaden. Alleen jammer dat bij landscape gebruik niet het volledige beeld benut wordt. Sinds versie 5.11 werkt het niet meer op mijn XG Tab 4.
6 people found this review helpful
Did you find this helpful? Yes No

**Berj Soghmonian**
★ March 25, 2021
After latest update the game not starting and crashes
1 person found this review helpful
Did you find this helpful? Yes No

**Thaealic Erbacher**
★★★★ March 23, 2021
Love this game and been playing for a while. Somehow the new idle thing causes the app to crash for me so I need to reinstall. Hope that gets fixed. Otherwise great IMO

**1184**



Nikolas Soucy

March 23, 2021

Game used to be phenomenal, now it's full of ads and crashes constantly, haven't been able to open app since new update, constant crashes.

17 people found this review helpful

Did you find this helpful?   Yes   No

Gareth Johnson

★★★★★ March 14, 2021

Great concept. Fun to play. Refreshingy not pay-to-win. You can pay $4 to remove ads, which is a fine way to make their money

7 people found this review helpful

Did you find this helpful?   Yes   No

CJ L

March 11, 2021

Game was pretty cool but now can't connect to network anymore

Did you find this helpful?   Yes   No

Joaquin Cortes

★★★★★ March 10, 2021

Excellent, Challenging, Entertaining! No money needed!!

1 person found this review helpful

Did you find this helpful?   Yes   No

Andrew DuArte

★★★★★ March 2, 2021

Best game ever!! I love defeating knucklehead bullies!!!

Did you find this helpful?   Yes   No

Joel Haynes

February 21, 2021

Phasine through the single player levels and it just asks you over and over after every level whether you When I surrender it won't let me and when I quit it shows me how to surrender every time through tutorials. People move so slowly. It takes eternity for my turn to come.

2 people found this review helpful

Did you find this helpful?   Yes   No

Ty

★★★★★ February 19, 2021

Super intense nail biting strategy. I love the level of realism it brings compared to other games like risk.

7 people found this review helpful

Did you find this helpful?   Yes   No

domen z

★★★★★ February 16, 2021

Simple, fun, progresses with complexity and is always fresh. Its great!

2 people found this review helpful

Did you find this helpful?   Yes   No

Zac Atkinson

★★★★★ February 13, 2021

Great

Did you find this helpful?   Yes   No

Karim M. Elsayed

February 12, 2021

Horrible Sync between web annd app versions for idle mode. I keep losing progress every time I log into the app versions

1 person found this review helpful

Did you find this helpful?   Yes   No

FTDAJ

★★ February 11, 2021

Game is pretty fun but the fact that A.I. blatantly cheats is kind of dumb. I'm on a difficult level I've had to restart a couple times and finally got a good idea of what to do. Like 5 or 6 turns in I have 2x armies per turn haven't even seen the enemy yet. Make contact with their 3 troop army. Next turn. They have 3 territories all bordering me with 20+ each on like turn 7. Turn after that, I come into contact with them in 2 more locations in the map and they spawn in 20 on each. Sad.

24 people found this review helpful

Did you find this helpful?   Yes   No

Legendary Lincoln

★★★★★ February 10, 2021

I played one rp game, and it took 2 years. It's a great game, but I kinda feel as if I've wasted my life haha. Careful

Did you find this helpful?   Yes   No

Vukasin Zunic

★★★★★ February 8, 2021

Love the game, contacted the support and got a genuine reply very fast in same day, definitely recommend it to anyone

9 people found this review helpful

Did you find this helpful?   Yes   No

Timo Bethlehem

★★★★★ February 7, 2021

Insanely good adaptation of risk

Did you find this helpful?   Yes   No

Ian Witts

★★★★★ February 6, 2021

Risk with your mates. Perfect

Did you find this helpful?   Yes   No

1185

***** February...
Loved it
Did you find this helpful?  Yes   No

**D** D O.                                                                    ⋮
***** January 30, 2021
Great gameplay and only one ad per level. Good job!
1 person found this review helpful
Did you find this helpful?  Yes   No

**R** Richard Haughton                                                       ⋮
***** January 30, 2021
Top end...
Did you find this helpful?  Yes   No

**R** Rafal Osinski                                                          ⋮
***** January 29, 2021
Great game! You can see that is constantly expanding with more and more interesting modes. Very addictive, highly recommend!
2 people found this review helpful
Did you find this helpful?  Yes   No

**S** Shawn Gremminger                                                       ⋮
***** January 29, 2021
The best. If you're playing another war strategy game, you're weak sauce.
Did you find this helpful?  Yes   No

**A** Andrew DeShazer                                                        ⋮
*  January 29, 2021
This is Garbage. Couldnt get the game to work properly.
1 person found this review helpful
Did you find this helpful?  Yes   No

**Gaz** Gaz Thomson                                                          ⋮
** January 28, 2021
No comment
Did you find this helpful?  Yes   No

**J** John Barlow                                                            ⋮
** January 18, 2021
Used to be really good. You used to have loads of options when creating a game such as bonuses and all different cards. Now I find that you want me to pay £14 for just one pack. And that doesn't even un lock everything that used to be free! Madness
Did you find this helpful?  Yes   No

> Warzone.com, LLC.                                                January 26, 2021
> You are mistaken. Everything is still free that used to be free. If you can't find something please contact me by going to Help → Contact → Report a bug and I'll explain it to you in more detail than I can here.

**A** A H                                                                    ⋮
***** January 24, 2021
Works great
Did you find this helpful?  Yes   No

**J** Jim Bakes                                                              ⋮
***** January 25, 2021
Much more than a Risk clone. Some really interesting variations and a great community. If turn based strat is your cup of tea, you'll get a lot out of this for a long time.
4 people found this review helpful
Did you find this helpful?  Yes   No

**A** Aren Dermenjian                                                        ⋮
***** January 25, 2021
Roleplaying to the next level dawg
Did you find this helpful?  Yes   No

**J** Jason Gauquier                                                         ⋮
***** January 24, 2021
awesome if you like risk games
Did you find this helpful?  Yes   No

**A** Aaron Treas                                                            ⋮
*  January 22, 2021
The game requested me to rate it in the play store multiple times. Therefore, it does not respect me as a user, and gets a 1 star review.
2 people found this review helpful
Did you find this helpful?  Yes   No

**T** Thomas Tubbehaugen                                                     ⋮
***** January 22, 2021
Best strategy game there is, plenty of settings and scenarios which can be played and customized by each player. An active and friendly forum, which not only talk about strategy but loads of other things too. So what are u waiting for the time is now, download and feel it for yourself!
1 person found this review helpful
Did you find this helpful?  Yes   No

> Warzone.com, LLC.                                                May 7, 2016
> Thanks! I'm glad you enjoy it!

**J** Justin spice                                                           ⋮
***** January 21, 2021
Obsessed. Concept/pixel artist. Let's make this game look as good as it plays.
2 people found this review helpful
Did you find this helpful?  Yes   No



This is my favorite risk type app. The single player mode is awesome!

Did you find this helpful?  Yes  No

**Alex LaMarche**
★★★★★ January 19, 2021
It's a little unpolished, but I love the multiplayer gameplay. Pure strategy.
4 people found this review helpful
Did you find this helpful?  Yes  No

**Matt W**
★★★★★ January 18, 2021
Vast options, fun and addictive
Did you find this helpful?  Yes  No

**Prashant Patel**
★★★★★ January 11, 2021
No comment, only like
Did you find this helpful?  Yes  No

    Warzone.com, LLC.                                April 18, 2016
    Hey Prashant! You actually are supposed to kill the boss quickly, before he powers up. The
    level's message gives you the hint, saying he's "growing in power"

**Uriel McGeorge**
★★★★★ January 9, 2021
It's great
Did you find this helpful?  Yes  No

**Coco Schneider**
★★★★ January 7, 2021
Outrageously fun with a good group of players. Only gripe is that one a game has gone on long enough
downloading the entire chat history will freeze / crash the app. 😤
10 people found this review helpful
Did you find this helpful?  Yes  No

**ShitwWzrdMnyGng**
★★★★★ January 5, 2021
This Game is probably the best off time strategy I've played.
Did you find this helpful?  Yes  No

**Bla gaming**
★★★★★ January 4, 2021
Its nice
Did you find this helpful?  Yes  No

**Henry Grossen**
★★★★★ January 2, 2021
Does exactly what it says it does. Addicting!
Did you find this helpful?  Yes  No

**Dustin Hatcher**
•  January 2, 2021
This is Risk.
Did you find this helpful?  Yes  No

**Aaron Goshorn**
★★  January 1, 2021
It should be a mix of luck and strategy not just strategy
Did you find this helpful?  Yes  No

**Yerkebulan Temirkhan**
★★★★★ January 1, 2021
Amazing game which keeps you interested very long time. Very nice players and good communication.
Would be even more nice with better optimization and improved ui/ux
1 peool found this review helpful
Did you find this helpful?  Yes  No

**Ron Larman**
★★  January 1, 2021
AI cheats after level 7. Too bad, as it started out quite well. Plus, no option to just play an open-game
against the AI.
23 people found this review helpful
Did you find this helpful?  Yes  No

**Ray**
★★★★★ December 30, 2020
Best game ever,you should download :)
Did you find this helpful?  Yes  No

**Dave Scowen**
•  December 30, 2020
AI cheats it's as simple as that. You'll find yourself always fighting an uphill battle where you are the
main target of the multiple enemies. Attacking each other is an afterthought. Also the enemies move
further or start closer to objectives than you do. Horribly unbalanced right from the start. Update: The
developer doesn't like honest reviews as it might eat into their profits.
3 people found this review helpful
Did you find this helpful?  Yes  No

    Warzone.com, LLC.                                December 30, 2020
    You can actually prove the AI isn't cheating. When the game is over, hit the History button
    and you can go back and see where they got every single army. You can prove they play by
    the exact same rules you do. Also the AI is open source on github so you can look at its
    decisions and prove it treats all enemies the same.



good
Did you find this helpful?   Yes   No

**lvtoV**
★★★★★ December 27, 2020
Brilliant game. So few strategy games that are this simply strategy oriented. People all over the world play, and you can strike up conversations, or not, it's easygoing that way.
Did you find this helpful?   Yes   No

**fizzwidgy**
★★★★★ December 19, 2020
Used to play this all the time a few years ago when I was an iOS user. Still plays better than the official Risk app.
Did you find this helpful?   Yes   No

**lopezgoblin 137**
★★★★★ December 23, 2020
It is amazing
Did you find this helpful?   Yes   No

**Phil Whalen**
★★★★★ December 24, 2020
Having a blast playing with friends during the pandemic. Simple interface but a great game.
1 person found this review helpful
Did you find this helpful?   Yes   No

**Bryan Reavis**
★★★★★ December 23, 2020
When you start, the game is simple. The further into it you get, the more complex the game gets, no no matter how long you play, it still feels fresh and exciting. On top of that it contains an ENTIRE second game that plays differently, with faster gameplay. On top of THAT, there's the multiplayer game and a HUGE number of maps for play with that keeps play novel and fun. I cannot recomend this game enough.
40 people found this review helpful
Did you find this helpful?   Yes   No

**Dave Cormier**
★★★★★ December 22, 2020
Almost identical to the desktop.
Did you find this helpful?   Yes   No
Did you find this helpful?   Yes   No

**Tristin Bueckert**
★★★★★ December 19, 2020
Like risk only better
Did you find this helpful?   Yes   No

**J Fiehi**
★★ December 19, 2020
Fun game but forced idle game into it and now won't load the rest of the game.
3 people found this review helpful
Did you find this helpful?   Yes   No

**Jassi**
★★★★★ December 15, 2020
I love this game!!
Did you find this helpful?   Yes   No

**ANDREW TROUTMAN**
★★ December 12, 2020
Ehh bad
Did you find this helpful?   Yes   No

**Jon Dee**
★★★★ December 12, 2020
I would give it five stars except for the annoyance of skipping levels (there are a few that appear impossible but probably require perfect play)
3 people found this review helpful
Did you find this helpful?   Yes   No

**Campbell McGreuther**
★★★★★ December 11, 2020
Too much fun
Did you find this helpful?   Yes   No

**Abraham**
★★★★ December 2, 2020
Can get tedious, but still many fun maps
Did you find this helpful?   Yes   No

**Tom De Vilder**
★★★★★ December 2, 2020
Risk, but 100 times better. The immense variety of maps and game mechanics will keep you entertained a long time.
1 people found this review helpful
Did you find this helpful?   Yes   No

**Tui Galvao**
★★★★★ December 1, 2020
This is one of the best strategy games for android around. It is based on unique games so you can choose your game type. It can be a fast game that ends on the same day or a multi day one that can give you 10 days to play. Money does not give you ANY advantages within the individual games. You win purely by strategy (and luck off course). The games have so many possibilities to choose from (maps, time to play, rules, multiplayer, solo play) that does not became boring.
Did you find this helpful?   Yes   No



★★★★★ November

Addictive. .risk with multiple boards n variations

Did you find this helpful? Yes No

**Kasey Scholle**

★★ November 28, 2020

The game is fun at first. But there is a ridiculous difficulty spike after about 6 levels. You'll be fighting smaller armies getting 15 units a turn then out of nowhere some army with quite literally hundreds of units will destroy you. It feels unfair and got annoying enough for me to uninstall the game. It's fun but need much better balancing

4 people found this review helpful

Did you find this helpful? Yes No

**Kev Dadudo**

★★★★★ November 28, 2020

Focuses on strategic gameplay; extensive customization; various large to small maps; have always enjoyed playing!

1 person found this review helpful

Did you find this helpful? Yes No

**Jeff Anderson**

★★★★★ November 26, 2020

Love it. Risk with more variety

Did you find this helpful? Yes No

**Damian**

★★★★★ November 26, 2020

Simple, yet fun game. Great as a time killer. The variety of maps and rules make each game unique. They also allow skipping levels, if you've failed a certain one so many times, meaning you won't get stuck permanently on a frustrating level. Great game, and great job to the developers.

9 people found this review helpful

Did you find this helpful? Yes No

**David ten Brink Rio**

★★★★★ November 22, 2020

Entertaining strategic game. Challenges are varied and some can be very tough... And addidicting!! I'm a glutton for punishment! Lol

1 person found this review helpful

Did you find this helpful? Yes No

**Shaun Spriggs**

★★★★★ November 16, 2020

This is a great game for anyone who has ever liked RISK. Only this is significantly better. The different options it employs make it playable over and over.

7 people found this review helpful

Did you find this helpful? Yes No

**Andy Larson**

★★★★★ November 14, 2020

Very fun, Very Free, limited ads. Some missions are very difficult and have a specific way of completing the mission. Lots of user created maps.

11 people found this review helpful

Did you find this helpful? Yes No

**mark burleson**

★★★★★ November 9, 2020

Great

Did you find this helpful? Yes No

**ItzHawk**

★★ November 3, 2020

The app is very slow and clunky, the idle game is an unnecessary addition when development resources should be focused on improving the app/game that has not changed at all for years. The community also has a lot of literal nazis in it so that sucks.

4 people found this review helpful

Did you find this helpful? Yes No

**DarkCat013**

★★★★★ October 31, 2020

I can't believe the devs still support this game, my respects!

Did you find this helpful? Yes No

**A Google user**

★★★★★ October 30, 2020

My favorite game!! If you are a fan of Risk this is the game for you. The new WarZone Idle update is outstanding! Makes this Great Game even more fun & addictive!

29 people found this review helpful

Did you find this helpful? Yes No

> **Warzone.com, LLC** November 13, 2014
>
> I'm glad you enjoy it!

**Mahesh Rane**

★★★★★ October 29, 2020

Best turnbased strategy game. Advance levels in Single player campaign are challenging not impossible as some of the review suggest

1 person found this review helpful

Did you find this helpful? Yes No

**Scott Devries**

★ October 27, 2020

Just kinda lame to play

Did you find this helpful? Yes No

**Bobby Ogden**

★★★★★ October 22, 2020

If you love Risk-like games, and want the possibility of even greater depth if you desire, Warzone is a



phenomenal game! Developer responded personally when I had an issue aswell, and did so very
quickly.
12 people found this review helpful
Did you find this helpful?

Warzone.com, LLC.                                                      October 21, 2020
Please report bugs using Help → Contact → Report a Bug

Franco Roldan

★★★★ October 19, 2020
The program do not clean the memory, is so annoying. I must restart the game when I try to play the
second or third duel. Try to check it out!
1 person found this review helpful
Did you find this helpful?    Yes    No

Ryland Sorensen

★★★★★ October 19, 2020
Haveit played game that makes dick leat
Did you find this helpful?    Yes    No

John Ouredník

★ October 16, 2020
Ok game, not pay to play at all. Admin recklessly applies rules. I would avoid.
Did you find this helpful?    Yes    No

Scott Olsen

★★★★ October 11, 2020
Great app to play with friends and fam. Would only be better if I had friends
Did you find this helpful?    Yes    No

Foetus Leemond

★★★ October 10, 2020
Need to be able to skip a hard level
Did you find this helpful?    Yes    No

Brromo

★★★★★ October 10, 2020
Slightly overcomplicated, but better than risk
1 person found this review helpful
Did you find this helpful?    Yes    No

Phone Petya

★★★★★ October 10, 2020
Great !
Did you find this helpful?    Yes    No

Ross Hemtzkill

★★★★★ October 4, 2020
Great strategy game based on gameplay that's similar to Risk, but with several key differences. If you
like the idea of unit-based strategy and turn-based map numerical combat, this is the game for you. A
huge difference between this and Risk is that the attack/defense numbers are based in – there's no
dice-rolling or random number generator. This difference results in huge changes in gameplay, since
the absolute numbers needed to take out certain areas is guaranteed, and the likelihood of failing an
attack in a certain area is only dictated by whether the enemy adds more units unexpectedly. This
removes some of the guesswork, but enhances the strategies required. As pointed out by others, the
levels advance from straightforward and simplistic maps to highly challenging variations on the core
gameplay. Whether it's how the units can be allocated, how much of the map you see, whether you
know how many units are on each territory, etc. – a lot of variables! The singleplayer progression is
great, there are constantly more maps and game modes to try out. Last, for a free game, the ads are
short and the encouragement to pay is infrequent. I think this is a very equitable interaction, and I like
the game a lot. Strongly, strongly recommend.
26 people found this review helpful
Did you find this helpful?    Yes    No

BRYAN EDWARD WIDODO

★★★★★ October 4, 2020
Very fun to play with friends Single player is also very good
Did you find this helpful?    Yes    No

Karam Hayre

★★★★★ October 3, 2020
Superb
Did you find this helpful?    Yes    No

Andy Wood

★★★★★ October 3, 2020
Great game, risk online but better essentially. Community is ultra tight but friendly
1 person found this review helpful
Did you find this helpful?    Yes    No

Maio Galvao

★★★★★ October 2, 2020
This is a great game. It is very simple in the beginning. As it has a lot of flexible game options, it is a
very flexible game, allowing it to have many different type of games within the warzone app. You can
be a member which allows certain benefits BUT money does NOT give you advantages against other
players!
3 people found this review helpful
Did you find this helpful?    Yes    No

Maayon TS

★★ October 1, 2020
Game is good, strategic and creative. Nice to play different maps and settings-real time and multi day,
good work by the creator. When it comes to report and moderation, it is worse: someone writes curse
words on forums, it isn't deleted and they're not restricted to post; but if someone writes one or two
normal lines in their language in chat it is insta-deleted and they're chat restricted.
2 people found this review helpful
Did you find this helpful?    Yes    No

Isiah C

★★★★★ September 30, 2020
One of the best free to play strategy games period
1 person found this review helpful

1190

Shaaf Basit ⋮

★★★★★ September 29, 2020

I like this game very much because it has a huge variety of optional settings and mods which can be played varying person to person and time to time.

Did you find this helpful?   Yes    No

Connor Heinrichs ⋮

★★★★★ September 22, 2020

Love it

Did you find this helpful?   Yes    No

Ragnarok4005 ⋮

★★★★ September 21, 2020

Listen, it's a good game but goddamn bro make some actual updates to it. I understand that you need to get money from something and I respect that you haven't made this a pay to win game, but you can still use ads and get a lot of money. Some terrain updates, maybe some in-game diplomacy, maybe different unit types, this game has a lot of potential.

2 people found this review helpful

Did you find this helpful?   Yes    No

Jonathan Sadler ⋮

★★★★★ September 21, 2020

I was a longtime player when this used to be called warlight, and the mobile version is equally impressive! Plus, the handheld controls work very well. User interface is easy to operate, the game is fun!

9 people found this review helpful

Did you find this helpful?   Yes    No

★★★★★ September 18, 2020

Good

Did you find this helpful?   Yes    No

Vince Byfield ⋮

★★★★★ September 16, 2020

Risk on steroids. For strategy game purists Warzone is as good as it gets.

Did you find this helpful?   Yes    No

Christian Galo ⋮

★★★★★ September 8, 2020

Well, made. Actually high quality, would expect a bit worse given how complex the desktop interface can be.

1 person found this review helpful

Did you find this helpful?   Yes    No

Jacob Lindquist ⋮

★★★★★ September 8, 2020

Love it

Did you find this helpful?   Yes    No

Andrew Foundation Man ⋮

★★★★★ September 8, 2020

Great game to pass the time

Did you find this helpful?   Yes    No

Bill Parslow ⋮

★★★★★ September 8, 2020

Great fun turn based game - playing with ten friends across many different time zones.

Did you find this helpful?   Yes    No

Alexandru Andrei ⋮

★★★★★ September 5, 2020

This game is really really great It is probably my 4th favorite game wit Minecraft being first then fortnite then Forza horizon 4 but I really think they should try to extend the game to consoles and they should definitely keep it free but maybe add more in app purchases and I don't mean make it pay to win I just mean maybe wit the coins u can buy different looks for ur armies instead of just collisors I see a lot of potential on consoles edit: war zone idle is great

18 people found this review helpful

Did you find this helpful?   Yes    No

Bret Livingston ⋮

★★★★★ September 4, 2020

Really fun variation on risk.

Did you find this helpful?   Yes    No

ara gureghian ⋮

★★★★★ August 29, 2020

I really like it! Living through this fast World spinning, it is nice to have a leisurely board game. Try it! Very well designed and easy. Makes one think a bit away from the mainstream.

1 person found this review helpful

Did you find this helpful?   Yes    No

문ㄴ-Gutu ⋮

★★ August 27, 2020

Its good for the first time but later on it just cheats

Did you find this helpful?   Yes    No

HAMDI ASRI ⋮

★★★★★ August 27, 2020

I cant leave it for a seconde

Did you find this helpful?   Yes    No

Janos Szokrony ⋮

★★★★★ August 26, 2020

Ok

Did you find this helpful?   Yes    No

**1191**

Iftexir Tizdanov

Awesome

Did you find this helpful?    Yes    No

---

**Matthew Hoffman** ⋮

* August 25, 2020

AI Cheats. Only 10 turns into the game and the same AI opponent came at me from opposite sides of the world and added 3x more new armies each direction than i was able to produce all together. I produced 9 armies. AI added 28 armies on my eastern front and 34 on my western front. Clearly there is no way of winning against such rampant cheating. NOT AT ALL FUN.

12 people found this review helpful

Did you find this helpful?    Yes    No

---

**Solid Snake** ⋮

★★★★★ August 24, 2020

Great time spender! You won't believe how quickly the bus will arrive!

1 person found this review helpful

Did you find this helpful?    Yes    No

---

**Charles Hollingsworth** ⋮

★★★★★ August 20, 2020

It's a fun game, very interesting.

Did you find this helpful?    Yes    No

Did you find this helpful?    Yes    No

---

**Rob M** ⋮

* August 15, 2020

Complete p2w. After third map it becomes impossible to play. Don't download, it's a scam.

4 people found this review helpful

Did you find this helpful?    Yes    No

---

**Justin Ussery** ⋮

★★★★ August 14, 2020

Gotta love those risk-type games

Did you find this helpful?    Yes    No

---

**Rhem Ghislaine Leroux Myklebust** ⋮

★★★★★ August 13, 2020

A really good game to spend your time. You don't even need to occupy your entire day on it, you can play once or twice a day and it's enough. The app version is faster and easier to use than the pc version, i recommend to play on your phone. Has many features like online game, teams , role play among others. The app only gets a little slow if you have more than 6 games at the same time, but it's rare for you to do that. Finally as you level up you unlock features. Highly recommended!

Did you find this helpful?    Yes    No

---

**Abhishek Sharma** ⋮

★★★★★ August 10, 2020

Perfect strategy game. It combines brain with patriotic ideologies. I love this game, especially the people in forums. I always have a good time playing diplomacy and role-playing battles.

6 people found this review helpful

Did you find this helpful?    Yes    No

---

**Rob Chisum** ⋮

★★★★★ August 8, 2020

This game is so good I've lost all of my friends due to repeated betrayals

Did you find this helpful?    Yes    No

---

**Ethan Wilson** ⋮

★★★★★ August 8, 2020

Pretty nice game! I've been playing it for almost a year now and it helped me get through the time, 5/5 😊 Really great game to past the time

2 people found this review helpful

Did you find this helpful?    Yes    No

---

AAAAAAAAAAAAAAA BBBBBBBBBBBBBBBB CCCCCCCCCCCCCC ⋮

★★★★★ August 4, 2020

Cool. And. Good.

Did you find this helpful?    Yes    No

---

**Cian Caball** ⋮

★★★★★ August 6, 2020

The graphic may be crude, but it isn't the gfx I love about this game. There are so many different unique maps. There is a premium sub, but you really don't have to pay unless you want to.

2 people found this review helpful

Did you find this helpful?    Yes    No

---

**ixune** ⋮

★★★★ August 5, 2020

The game as a whole is very fun and exciting, but i think that you should be able to skip levels in the singleplayer campaign after playing less times because if I get frustrated with a level, I have to play it a bunch of times before I can skip it and move on to a more fun level. I have no issues with multiplayer

11 people found this review helpful

Did you find this helpful?    Yes    No

Did you find this helpful?    Yes    No

---

**After the fact** ⋮

★★★★★ July 21, 2020

Great game. Addition of extensive single player really pushed the game up a notch. You can have alot of fun without spending a dime, but the monetization is fair if you want to do so.

Did you find this helpful?    Yes    No

---

**traintrak** ⋮

★★★ July 19, 2020

So. Slow.

Did you find this helpful?    Yes    No

---

**Paul Babcock** ⋮

**1192**

***** August 1, 2020
I like to... this game found this helpful?   Yes   No

**Rami Mejahes**

***** July 23, 2020
The best strategy game
Did you find this helpful?   Yes   No

**David Galli**

***** July 23, 2020
A great game to play with friends at your own pace. Think words with friends but risk
Did you find this helpful?   Yes   No

**Liam D**

** · July 22, 2020
Very clunky game, poor controls, difficult to use, don't like how turns work.
1 person found this review helpful
Did you find this helpful?   Yes   No

**Chad Whetsel**

***** July 21, 2020
Great Game
Did you find this helpful?   Yes   No

**afiz okizado**

***** July 20, 2020
Super game
Did you find this helpful?   Yes   No

**Max Howland**

**** July 19, 2020
I have rated this 4 stars cuz it's got all the great things i could wish for but i was locked out my account that I had spent about 3 months on! It's really annoying cuz I put in my email and it says I might of changed then I asked my dad (the one who sorts out all my email stuff) and he didn't change it! So I used my other emails to see if it would work but it didn't. If an admin on the game see's this (Which they most likely won't) My account is "N" With the cooler of 'hot pink'!Great game tho
Did you find this helpful?   Yes   No

**Ben Sarling**

***** July 15, 2020
Very addictive
Did you find this helpful?   Yes   No

**David King**

***** July 12, 2020
Straight forward concept; great execution on the game play.
Did you find this helpful?   Yes   No

**Sreejith C**

***** July 11, 2020
It's awesome
Did you find this helpful?   Yes   No

**Taha Awan**

**** July 11, 2020
wish you'd made it offline 2 player too so i can play with my friends during periods without internet
1 person found this review helpful
Did you find this helpful?   Yes   No

**Ian Blackwell**

**** July 10, 2020
Taking turns at an early level can be hard but gameplay is good and fun until you start getting your ass kicked
2 people found this review helpful
Did you find this helpful?   Yes   No

**ShadowKnight**

**** July 9, 2020
This is a really good game and I really enjoy playing. One thing could be improved and that is the movement of the army's. I often find myself trying to see to many things at once when it shows multiple army's moving at the same time but other than that this game is brilliant and I would highly recommend it to any risk fans.
9 people found this review helpful
Did you find this helpful?   Yes   No

**Yaron Karl**

***** July 9, 2020
Amazing game! Aside from some very minimal ads, even the free version is fantastic. After years of enjoying the game without issues I ran into a very minor issue which was causing me difficulties, so I emailed the developer. In ten minutes they responded and fixed the issue. I can't recommend this game, or developer enough! Thanks Fozer for being awesome!
27 people found this review helpful
Did you find this helpful?   Yes   No

**Brendan Carlin**

***** July 7, 2020
Fun multi player co-op
Did you find this helpful?   Yes   No

**Nadeshiko.**

**** July 7, 2020
Good, almost exactly like the web version, if a little hard to control.
Did you find this helpful?   Yes   No

**jak567**

1193



**A** Alex Hankins

⭐⭐ July 5, 2020

The first seven levels were very easy. Then suddenly on the eighth, I'm pitted against a single AI opponent that apparently starts with a significant advantage in territory. Contrary to the bizarrely fast response to my original review, the available starting territories are in fact few, spread out, and randomly different every try. I can't start whenever I want. I'm able to put stars on only three among several isolated territories chosen for me. Senseless and unfair.

1 person found this review helpful

Did you find this helpful?   Yes    No

Warzone.com, LLC.                                           July 5, 2020

It's not random, you pick where you start when you place the stars down. The level is called "Getting Strategic" and it introduces strategy in choosing the best starting spots.

**T** The Corn

⭐⭐⭐⭐⭐ July 4, 2020
Superb game

Did you find this helpful?   Yes    No

**G** Gabriel Ciccu Falcon Lins

⭐ July 3, 2020
Please remove the succubus and incubus areas from the crescent island map.

Did you find this helpful?   Yes    No

**J** James McCoy

⭐⭐⭐⭐⭐ July 1, 2020
Best risk game out there and completely free

Did you find this helpful?   Yes    No

**A** Ahmad Khalil

⭐⭐⭐⭐⭐ July 1, 2020
The best game ever

Did you find this helpful?   Yes    No

**M** Matti Lepistö

⭐⭐⭐ July 1, 2020
Exit the exit/X Icon is microscopic, hit rate 7%, uninstalling...

Did you find this helpful?   Yes    No

**B** Babak Bahry

⭐⭐⭐⭐⭐ June 28, 2020
Love this game since..

Did you find this helpful?   Yes    No

**M** Michael Cooper

⭐⭐⭐⭐⭐ June 27, 2020
A great turn-based strategy game. My only complaint is it takes forever to unlock features unless you play the single player game. I wish it were easier to unlock them when playing multiplayer games.

1 person found this review helpful

Did you find this helpful?   Yes    No

**F** Fraser Thompson

⭐⭐⭐⭐⭐ June 23, 2020
Very addictive and great multiplayer with friends

Did you find this helpful?   Yes    No

**G** grandpaminxoda

⭐ June 23, 2020
Awful. Computer set to beat you not using strategy. You literally win if your lucky

Did you find this helpful?   Yes    No

**C** Carlos Alberto Cárdenas Elizondo

⭐⭐⭐⭐⭐ June 21, 2020
Love it, my favorite game now. Amazing game in the free edition, but I am really considering supporting the game

1 person found this review helpful

Did you find this helpful?   Yes    No

**H** Harry Heartsmith

⭐⭐⭐ June 17, 2020
I thought this was an okay game. It's clunky, not well polished and has limitations I'm not a fan of. However, I did not notice a pay to play element or overwhelming ads. It worked just fine I just couldn't get into it.

1 person found this review helpful

Did you find this helpful?   Yes    No

**J** J K

⭐⭐⭐⭐⭐ June 15, 2020
It good

Did you find this helpful?   Yes    No

**V** Vic Rogers

⭐⭐⭐⭐⭐ June 14, 2020
My favorite app, no I'm not a bot get schwifty

Did you find this helpful?   Yes    No

**S** Steve Raye

⭐⭐⭐⭐⭐ June 14, 2020
Like Risk, only way floppin better!

Did you find this helpful?   Yes    No

**T** Tonnesa Graham



Pantha Praetorian

June 16, 2020

This game ignores classic "Risk" rules in favour of it's own format. It is nothing like "Risk" and the way it behaves is cumbersome and leaves no options such as deciding how many armies to move to the next country after attacking. It also let's you leave it armies in the country you just attacked from. There is no option to decide how many attack dice to use. No redeployment at end of turn. SO MANY things wrong. No room here to list. Badly done. Skip it and find another game like it.

15 people found this review helpful

Did you find this helpful?   Yes   No

Mayur Birla

June 8, 2020

I am addicted to this game.

Did you find this helpful?   Yes   No

Ben Harper

June 7, 2020

Warzone is a great game for those who are just looking to play a risk like game on the go. Diplomacy games are fun too but there are a lot of tools ahaha.

3 people found this review helpful

Did you find this helpful?   Yes   No

Justin Tan

June 6, 2020

Amazing

Did you find this helpful?   Yes   No

Alper Yigit

June 5, 2020

Hooked up with it. Everything well considered. Thanks.

Did you find this helpful?   Yes   No

Warzone.com, LLC.                    June 5, 2020

If by "random games" you're talking about Quickmatch, you can control what templates you want to play by selecting Multi Player - Quickmatch - Templates.

Alexander Ochoa

June 5, 2020

Top notch

Did you find this helpful?   Yes   No

Gamer Knight

June 5, 2020

Phew.. So many strategy planning makes me tired. Good game

Did you find this helpful?   Yes   No

Jason Renneberg

June 3, 2020

Fun

Did you find this helpful?   Yes   No

ADirtyToilet

May 31, 2020

When using the general its soo toxic I hate it I want to just surrender cause you could defend with 9 and general vs a general with 5 and he'll still kill all 9 ans his general wont die they need to make it so general has hp for stupid spammers like that.

1 person found this review helpful

Did you find this helpful?   Yes   No

Ethan Gordon

May 30, 2020

It's a fun game to play when you are doing nothing, I usually play it on the toilet. Unfortunately it is not that difficult as the majority of civilizations and they are missing certain modes and you can easily tell when you are going to win but it is still fun nonetheless.

17 people found this review helpful

Did you find this helpful?   Yes   No

E K

May 27, 2020

Fun times

Did you find this helpful?   Yes   No

Christopher McIntosh

May 26, 2020

This game has clearly been made in the cheapest and quickest way possible. It honestly could have been made back in the 90's and copied. Don't bother

Did you find this helpful?   Yes   No

Sam Expert

May 26, 2020

It's a very nice strategy game, I found it originally on Kongregate, but I eventually found the website version and the mobile version. It's a great little game, thats available on the go, and I very highly recommend it to any map fans or just general strategists.

3 people found this review helpful

Did you find this helpful?   Yes   No

Tim C

May 23, 2020

Awesome!

Did you find this helpful?   Yes   No

lukash55

May 22, 2020

Great game. Wish to be difficulty level change and bigger buttons

1195

**Sharif Chien**

⋮

★★★★★ May 21, 2020

Lots of fun during Quarantine. Great for multi day games.

2 people found this review helpful

Did you find this helpful?   Yes   No

**Aaron Shropshire**

⋮

★★★★★ May 18, 2020

Fun and stuff.

Did you find this helpful?   Yes   No

**Shay Hertel**

⋮

★★★   May 17, 2020

Interface is meh. The "deploy" window is constantly in the way. Besides that it's an interesting risk type game.

Did you find this helpful?   Yes   No

**Jason Tabone**

⋮

★★★★   May 16, 2020

Great game play. Commit button needs to have a confirmation button pop up. Been stung by that a few times.

2 people found this review helpful

Did you find this helpful?   Yes   No

**Adam Longley**

⋮

★★★★★ May 15, 2020

Basically the game Risk. Play with others from around the world. Great because you have days or hours to take each turn when you have the time.

2 people found this review helpful

Did you find this helpful?   Yes   No

**Bill Achta**

⋮

★★★★★ May 14, 2020

Eh it's good.

Did you find this helpful?   Yes   No

**LittleWolf**

⋮

★★★   May 13, 2020

I downloaded the game and for the first few levels was having some fun but then you run into an unbeatable or almost unbeatable round if a beat it props but I used the next level button but then met another unbeatable level straight away the gameplay and graphics are great but if a can't beat the level This game is a cheap clone mobile game with crappy graphics, where does £13 for everything come from? I can't support such greed. One star.

34 people found this review helpful

Did you find this helpful?   Yes   No

**The Void Boyz**

⋮

★   May 13, 2020

The ai in this is trash. Literally. Doesnt matter what you do. Example you could send like 30 units to like and enemy area with 4 units and you still wont be able to distroy that area. The ai has like steroids galore showed up its ass and Arnold himself would be jealous of this ai. Its garbage. Dont get this game whatever you do. This game is one of the only mobile games I actually got mad at. And I've played quite a few strategy games before.

3 people found this review helpful

Did you find this helpful?   Yes   No

**facejobby**

⋮

★★★★   May 13, 2020

Great. Great games. Great maps. Great multiplayer experience. Only reason I'm docking a star is for the cheeky dig as Risk. Unnecessary and lame.

2 people found this review helpful

Did you find this helpful?   Yes   No

**David Collins**

⋮

★★★★★ May 13, 2020

Quite simply the best "Risk-like" mobile game. The UI may seem a bit outdated when first looking at it, but it is extremely functional and has been designed with the user in mind (movable windows, replays, stats, etc.) So FEW adds that I feel guilty for the amount of playtime I get versus add-space. It's community orientated with an easy to use and set up multiplayer with the ability to take turns at your own pace/convenience. This is currently our family's (spread out between states) "quarantine-game" of choice. There's a in-game chat feature that works very well.

18 people found this review helpful

Did you find this helpful?   Yes   No

**Michael Valdez**

⋮

★★★★★ May 16, 2020

Basic but fun

Did you find this helpful?   Yes   No

**Nik Bradley**

⋮

★★★★★ May 10, 2020

Been a big fan of these guys since warlight and I never sense excellent memories. This is a great game with brilliant attitude to freemium unlike other games. Highly recommended.

4 people found this review helpful

Did you find this helpful?   Yes   No

**simom narrad**

⋮

★★★★★ May 9, 2020

Great if you are into Risk styled games

Did you find this helpful?   Yes   No

**1HourMusicx**

⋮

★★★★★ May 8, 2020

So simple but so good...

Did you find this helpful?   Yes   No

**Dom Gee**

⋮

★★★★★ May 7, 2020

**1196**

On this game is sooo good and its easy to play with who specifically may know who's been in tune...
1 person found this review helpful
Did you find this helpful?   Yes   No

**Jerry Garcia**                                                                      ⋮

★★★★★ May 7, 2020
If you like strategy games it's for you.
Did you find this helpful?   Yes   No

**Joshua Mark**                                                                      ⋮

★★★★ May 6, 2020
This game was super fun, at least for the first 7 levels. I had a good time and loved the strategy aspect of the game and that why I rate this as high as I do. My problem with the game is level 8. I've been stuck on this level for hours, constantly mixing up my strategy, but to no effect. I am stumped. This level is borderline impossible. Edit: there's a skip level feature, I increased my rating by a star.
42 people found this review helpful
Did you find this helpful?   Yes   No

**ShiZu ShiZu**                                                                      ⋮

★★★★★ May 5, 2020
Amazing nice game
Did you find this helpful?   Yes   No

**Alikisia Sauer**                                                                   ⋮

★★★★★ May 4, 2020
Fun game. essentially online risk. lots of maps and variable settings. individual and team play. play alone against AI, with random strangers or in a closed game with friends
2 people found this review helpful
Did you find this helpful?   Yes   No

**Terence Quek**                                                                     ⋮

★★★★★ May 4, 2020
Ever since the update, my Single Player games have encountered a really irritating problem that makes me want to give this up. After loading the game after being away for a few hours, the game regresses several turns. It's so bloody irritating that I have to redo everything. And because every move is different, I may never have the same scenario I had. I used to love this game, please fix this thanks.
Did you find this helpful?   Yes   No

> **Warzone.com, LLC.**                               November 19, 2017
> Sorry you ran into a problem. If you report it at http://warzone.com/ReportBug I'll do my best to help fix.

**joedah**                                                                           ⋮

★★★★★ May 4, 2020
Excellent!!
Did you find this helpful?   Yes   No

**Stephen Kalletta**                                                                 ⋮

★★★★★ May 2, 2020
Great RISK like game.
Did you find this helpful?   Yes   No

**Johannes Korpijaakko**                                                             ⋮

★★★★★ May 1, 2020
Great game to play with friends.
Did you find this helpful?   Yes   No

**Connor Melba**                                                                     ⋮

★★★★★ May 1, 2020
Brilliant game! Online features are awesome! Single player modes gets abit headious but very good and very hard maps
Did you find this helpful?   Yes   No

**Callum Hardie**                                                                    ⋮

★★★★★ May 1, 2020
Have something important to do? Play Warzone instead!
Did you find this helpful?   Yes   No

**W. Dyer Halpern**                                                                  ⋮

★★★★★ May 1, 2020
Sensationally done. Everything just works.
Did you find this helpful?   Yes   No

**A Google user**                                                                    ⋮

•      April 29, 2020
The Creature of this game are extremely unfair when it comes to reporting other players. I have been reported and "warned" about encouraging my teammates to not Vote To End a game The community is also very anti-war for a war game. Its literally in the title. Edit: They suspended me for not surrendering or VTE. Uninstalled! They should not dictate if I stay in a game. Especially after giving me a write up.
6 people found this review helpful
Did you find this helpful?   Yes   No

> **Warzone.com, LLC.**                               April 25, 2020
> I have just released a new version of the app that fixes this issue. I'm really sorry for the bug, but it's fixed now.

**A Google user**                                                                    ⋮

game rather than looking to make less of money, which really shows in the quality of the programming and the games community.
24 people found this review helpful
Did you find this helpful?   Yes   No

> **Warzone.com, LLC.**                               April 23, 2020
> Thank you, I'm glad you enjoy it!

**A Google user**                                                                    ⋮

★★★★★ April 18, 2020
Best & Most Exciting thing to do with friends during Quarantine
Did you find this helpful?   Yes   No

**1197**



Warzone.com, LLC

Thanks, I'm glad you enjoy it!

A Google user

★★★★★ April 17, 2020

Great game simple to learn but has a lot of features and maps to keep it fresh. Really enjoying playing my friends. But Mikey keeps winning, prick.

1 person found this review helpful

Did you find this helpful? Yes No

Warzone.com, LLC April 21, 2020

Thanks, I'm glad you enjoy it! Keep practicing and I'm sure the great Mikey will fall.

A Google user

★★★★★ April 15, 2020

Dev went above and beyond to fix my problem, even when I probably didn't deserve it. Leaving the issue in case happens to others. Played mobile for a while till I lost ALL of my progress. Made acct 1 week ago. Played awhile. It reminded me to log in and upon doing so set me back start. If I logged out of my account I would be back at 10. Reinstalled and now I have nothing. Hours wasted... please address. (I have edited this review based on dev response. Check edits to see me being dumb)

2 people found this review helpful

Did you find this helpful? Yes No

Warzone.com, LLC April 15, 2020

Sorry you ran into a problem. Thanks for editing your review – but the best way to contact me is to go to Help - Contact - Report a Bug. I can help figure out why you lost progress and restore it.

A Google user

★★★★★ April 15, 2020

The game integration to mobile is quite decent. The only recommendations I would like to add is the ability to customize the profile Bio.

2 people found this review helpful

Did you find this helpful? Yes No

A Google user

★★★★★ April 13, 2020

Great online strategy game, great support!

Did you find this helpful? Yes No

A Google user

★★★★ April 13, 2020

It advertises as a better version of risk, but it doesn't really play like risk. However, that is a good thing. I can play the game wherever and whenever I want because of the day long turn timer. Also, the mechanics are clean and the game all on all is very addictive. I really enjoy it.

3 people found this review helpful

Did you find this helpful? Yes No

A Google user

★★★★★ April 11, 2020

Great game

Did you find this helpful? Yes No

A Google user

★★ April 11, 2020

Seemed to be a fine game until one gets to level 4 or 5, then game locks up where you have to do a hard reboot of device.

1 person found this review helpful

Did you find this helpful? Yes No

A Google user

★★★★★ April 10, 2020

Great game. Lots of fun by yourself and with friends!

2 people found this review helpful

Did you find this helpful? Yes No

A Google user

★★★★ April 10, 2020

Great game, nice tactical turnbased, similar to the boardgame risk. Some interesting levels, but most of the levels are too easy. And it's a pain in the ass to need to finish an opponent until the end. Once you start to have double the income, but you still need to finish 10 turns just to get all the territories is just brainkilling. It would also be nice to be able to play some of the levels as the other team.

19 people found this review helpful

Did you find this helpful? Yes No

A Google user

★★★★★ April 10, 2020

Excellent Risk-like game, with more rule and map variation than Risk.

1 person found this review helpful

Did you find this helpful? Yes No

A Google user

★★★ April 9, 2020

Risk. The retarded version.

1 person found this review helpful

Did you find this helpful? Yes No

A Google user

★★★★★ April 9, 2020

Incredible game. Great asynchronous multiplayer with tons of maps and options. Only downside is it kills my phones battery quicker than I'd expect from a 2D non graphics intensive game. But if you like Risk, this is so much better.

Like Risk but with more strategy because turns resolve simultaneously.

Did you find this helpful? Yes No

A Google user

★★★★★ April 8, 2020

If you like Risk you'll love this, great game.

Did you find this helpful? Yes No

★★★★★ April 6, 2020
Very lush depthfully, between handrule and Iranian kinda

Did you find this helpful?　Yes　No

---

**A Google user** ⋮

★★★★★ April 5, 2020
Found it slow paced and easy. Would rather it was slow paced and hard. Didn't have patience to play more stages hoping it would get difficult. Didn't see an option to make the difficulty harder.

2 people found this review helpful

Did you find this helpful?　Yes　No

---

**A Google user** ⋮

★★　March 31, 2020
I wish there was a mode were only A.I. could play

Did you find this helpful?　Yes　No

---

**A Google user** ⋮

Did you find this helpful?　Yes　No

> **Warzone.com, LLC.**　March 29, 2020
> Thank you, I'm glad you enjoy it!

---

**A Google user** ⋮

★★★★★ March 27, 2020
Good good

Did you find this helpful?　Yes　No

---

**A Google user** ⋮

★　March 27, 2020
Games difficulty level rose too quickly, by the third and fourth maps the bots were employing strategies that one would expect out of an experienced player. This made it very difficult to learn and winning was based more on if you were lucky to face an easy bot than actual strategy.

3 people found this review helpful

Did you find this helpful?　Yes　No

---

**A Google user** ⋮

★★★★　March 26, 2020
Really good strategy game. All of the single player levels require thought and strategy but Multiplayer can often come down to luck.

★★　March 22, 2020
Kü game to play

Did you find this helpful?　Yes　No

---

**A Google user** ⋮

★★★★★ March 22, 2020
It's tip top for tactical tinkering.

Did you find this helpful?　Yes　No

---

**A Google user** ⋮

★★★★★ March 23, 2020
I absolutely love this game. I highly recommend it to anyone who enjoys strategy games.

Did you find this helpful?　Yes　No

> Warzone.com, LLC.　March 13, 2020

---

**A Google user** ⋮

★★★★★ March 21, 2020
Great game

Did you find this helpful?　Yes　No

---

**A Google user** ⋮

★★★★★ March 19, 2020
Like Risc but better

Did you find this helpful?　Yes　No

---

**A Google user** ⋮

★★★　March 19, 2020
It's an interesting concept. Though the gameplay has its flaws. The difficulty in this game is completely strange, some levels are completely easy and fine to beat, others are just impossible. Nevertheless, cool game.

2 people found this review helpful

Did you find this helpful?　Yes　No

---

**A Google user** ⋮

★★★★★ March 17, 2020
Great game to keep in touch with old friends across the world.

Did you find this helpful?　Yes　No

---

**A Google user** ⋮

not good enough, the developers won't let you progress until you're completely fed up with the game. Even if you surrender a thousands times you've got to "try harder" before there is an option to skip. Stupid functionality, sort it out.

15 people found this review helpful

Did you find this helpful?　Yes　No

> **Warzone.com, LLC.**　March 16, 2020
> All levels can be skipped, but only once sufficient amount of time is spent on it. Warzone is indeed a challenging game, I suggest you focus on your expansion efficiency to capture bonuses as quickly as possible

---

**A Google user** ⋮

★★★★★ March 10, 2020
The app has far improved from when it first came out and I can guarantee a lot of fun hours in this come out of nowhere.

4 people found this review helpful

**1199**

A Google user ⋮

★★★ · March 10, 2020

Different, good game though

Did you find this helpful? Yes No

A Google user ⋮

★★★★ · March 10, 2020

It's just a nice time user

Did you find this helpful? Yes No

A Google user ⋮

★★★★★ March 9, 2020

It takes a lot for me to give 5 stars. Well put together, was not bad, better than expected. Not exactly classic risk but very similar with unique boards. Also, developers seem to care about input on improvement. To Dev.: Playing for the second time after a few years and wishing there was an easy mode. Also, I get that "fog" is an interesting and challenging mode but each every level wasn't fog.

9 people found this review helpful

Did you find this helpful? Yes No

A Google user ⋮

★★★★★ March 7, 2020

I'm improving each time I play, nice war game.

Did you find this helpful? Yes No

A Google user ⋮

★★★★★ March 7, 2020

If you were a true Risk fan this game is for you. So many maps, luck setting can be adjusted, so many more cards. This game is awesome

2 people found this review helpful

Did you find this helpful? Yes No

A Google user ⋮

★★ · March 4, 2020

I would actually like to see if you made an ai only mode where you can download any map so if you lose wifi or dont have it you can still have fun I would pay like a $1 for it

Did you find this helpful? Yes No

A Google user ⋮

★ · March 2, 2020

Like its rule

Did you find this helpful? Yes No

A Google user ⋮

★★★★ February 27, 2020

Can be simple. Can be heavily strategic. A everything game. Just has purchases I wouldn't consider worth while.

Did you find this helpful? Yes No

A Google user ⋮

★★★★ February 26, 2020

Great game but fun!: player base. In any war game you expect betrayal and such but the player base can be overwhelming at times. Also, if are going to join an online game be prepared to play it for months as some of these battles will take that long. Overall, good game.

Did you find this helpful? Yes No

Warzone.com, LLC.                          January 13, 2020

Look under the Multi-player tab, you'll see the controls for quickmatch at the top. You're always in full control of it.

A Google user ⋮

★★★★★ February 24, 2020

It's great, like a updated version of real!

1 person found this review helpful

Did you find this helpful? Yes No

A Google user ⋮

★ · February 22, 2020

The game is good and worth playing however I feel like the ...Ai... Computer/player knows where to move and what to do... Because it makes its decisions and moves after your move equaling it to know it's best outcome which feels like it'scheating which makes mainly all the levels difficult to beat and complete ... The first few levels are easy but after that it becomes almost impossible andkinda pointless playing because you have to skip levels and income they have the upper advantage ie unfair

★★★★★ February 20, 2020

This game is the better version of risk that has WWWAAAAYYYYY less things that you can buy with real money. But that's a good thing for one reason, they give everyone all of the cool playable content for free. Trust me when I say this, there is a lot of content to go around. The stuff that you can pay for also doesn't give you an in game advantage. NO PAY TO WIN!!! Great game, 5 stars.

Addicting strategy game that you can play with friends

Did you find this helpful? Yes No

A Google user ⋮

★ · February 18, 2020

Some maps are unplayable and the player has to suffer a certain amount of time until it is possible to skip the level. When the number of unplayble levels is too high and the player suffers too much the rating goes down and the game is uninstalled. Very bad game.

9 people found this review helpful

Did you find this helpful? Yes No

A Google user ⋮

★★★★★ February 19, 2020

Addicting strategy game that you can play with friends

Did you find this helpful? Yes No

A Google user ⋮

★★ · February 16, 2020

Playing against a cheating AI is not fun. Let me be clear, I absolutely loved this game, but after a certain point in the campaign the only way it thinks to present you with a challenge is by giving the AI more and more blatant advantages. When it got to the point where they could deploy troops in my

**1200**

territories for free, I quit the game. It turned from a fun experience into a stressful and enraging one.
No, awful...
33 people found this review helpful

Did you find this helpful?

---

**A Google user**

⋮

★★★★★ February 8, 2020

Awesome game!

Did you find this helpful?   Yes   No

---

**A Google user**

⋮

•   February 3, 2020

The game doesn't make sense when it comes to the enemy turn 😑

It's so addictive. Love the game.

Did you find this helpful?   Yes   No

---

**A Google user**

⋮

★★★★★ January 30, 2020

draw bohr model orbital diagram and e config and Lewis dot diagram for indium

Did you find this helpful?   Yes   No

---

**A Google user**

⋮

★★★★★ January 29, 2020

Its fun.

World war 2220 level card defeat the boss he is invincible

Did you find this helpful?   Yes   No

---

**A Google user**

⋮

★★★★★ January 27, 2020

isn't a huge cash grab. The levels are challenging and there's alot of them.

1 person found this review helpful

Did you find this helpful?   Yes   No

---

**A Google user**

⋮

★★★★ January 27, 2020

Originally called Warlight and personally I think that's a way better name. Certainly had a lot of fun making routine strategies back in the day.

Did you find this helpful?   Yes   No

---

**A Google user**

⋮

★★★★★ January 21, 2020

Can't believe this is so cheap. Very decent version of a risk like game.

Did you find this helpful?   Yes   No

---

**A Google user**

⋮

★★★★★ January 19, 2020

Really fun with friends

Did you find this helpful?   Yes   No

---

**A Google user**

⋮

•   January 10, 2020

Discriminatory offensive political agenda

2 people found this review helpful

Did you find this helpful?   Yes   No

---

**A Google user**

⋮

★★★★★ January 10, 2020

Excellent game despite lacking polish and not having a great ui.

1 person found this review helpful

Did you find this helpful?   Yes   No

---

**A Google user**

⋮

★★★★★ January 6, 2020

It takes some getting used to but it's a great turn based, strategy/diplomacy game. Pity I have to work!

Did you find this helpful?   Yes   No

---

**A Google user**

⋮

★★   January 6, 2020

Ads come up a lot and just gets too messy and complicated to learn

1 person found this review helpful

Did you find this helpful?   Yes   No

---

**A Google user**

⋮

★★   January 6, 2020

Too many of the levels are seriously imbalanced; when multiple AI players will getting your progress down across several fronts while a third sweeps up their back rows until it dominates 2/3+ of the map, making it impossible to win.

17 people found this review helpful

Did you find this helpful?   Yes   No

---

**A Google user**

⋮

★★★★★ January 5, 2020

nice improvements from original game. better than risk

1 person found this review helpful

Did you find this helpful?   Yes   No

---

**A Google user**

⋮

★★★★★ January 4, 2020

Really fun strategic game - would recommend

2 people found this review helpful

Did you find this helpful?   Yes   No

---

**A Google user**

⋮

★★★★★ January 2, 2020

Great risk like game to play with friends. Cool maps.

Did you find this helpful?   Yes   No

**1201**





Google Play

Data safety →

Ratings and reviews →

4.3

## Warzone Idle

Ratings and reviews

Phone ▾ | Newest ▾ | Star rating ▾

**Matthew Miskimmin**

★★★★★ January 18, 2025

It's great

Did you find this helpful? Yes No

**Titan X Boss**

★★★★★ August 22, 2024

one of the best strategic games iv ever played simple but damn good

Did you find this helpful? Yes No

**Nick Carbonaro**

★★★★★ August 16, 2024

great idea Gane for a quick 6mins. it's a grind fest and I love it

Did you find this helpful? Yes No

**Gergő Égerházi**

★★ May 23, 2024

I just wish I didn't have to play actual risk to get rewards in the idle mode...

Did you find this helpful? Yes No

**Robb Odom**

★★★★★ January 15, 2024

I enjoy the heck out of this game!

Did you find this helpful? Yes No

**zack rogers**

★★★★★ October 1, 2023

Great idle game.

Did you find this helpful? Yes No

**Peter Pohul**

★★★★★ September 12, 2023

Great sequel to warzone linking up to the original.

Did you find this helpful? Yes No

**Garrett Rene**

★★★★★ August 6, 2023

Love the simple and fun strategy game

1 person found this review helpful

Did you find this helpful? Yes No

**Charles Young (chuck4100)**

★ May 12, 2023

BEWARE, if you spend money on this you may be suspended. May not make sense but it happens, a simple google search is enough to verify.

1 person found this review helpful

Did you find this helpful? Yes No

**Bob Kasprzak**

★★★★★ April 29, 2023

Great game! The only game I've played consistently for over ten years. Lots of multiplayer games available. And you don't get an advantage by paying money! Keeps it fair for everyone. Is all about strategy...

Did you find this helpful? Yes No

**Cryptic NeoOne**

★★★★★ February 6, 2023

Awesome!

Did you find this helpful? Yes No

**M B**

★★★★★ January 9, 2023

I love this game and the app has all my needs and a great feel. Can't not love the bonuses, to boot.

Did you find this helpful? Yes No

**Paolo Lembo**

★★★★★ December 30, 2022

Fun strategy game

Did you find this helpful? Yes No

**Kevin Curran**

★★★★★ December 1, 2022

Incredible idle game. Will keep you playing for quite some time! Had to contact support to assist in getting my account back and they were swift in helping me and very professional. 5 Star Service!

1 person found this review helpful

Did you find this helpful? Yes No

**عبد العزيز موعلام**

★★★★★ June 18, 2022

Good

Did you find this helpful? Yes No

**Kelvin Stones**







★★★★ … 2022

Fun time kil… skip level … I already have all the levels … use them. You should make it possible to sell them so they aren't wasted.

3 people found this review helpful

Did you find this helpful? Yes No

---

Elliot W

★ March 9, 2022

No point having a separate app if it's the default in the regular one! Let us CHOOSE what we want! Do NOT default it!!! It slows it down dramatically! Fix or one star forever.

1 person found this review helpful

Did you find this helpful? Yes No

---

Reri Sade Dagbag

★ February 20, 2022

Could not play

1 person found this review helpful

Did you find this helpful? Yes No

---

Tommie Thompson

★★★★★ February 9, 2022

Better idle game than most. Progression feels more meaningful than just numbers. interesting set of boosts, from artifacts you slowly earn to in-level upgrades to permanent boosts earned from finishing levels. It is an idle game still so there's a lot of waiting but it's good for long lines and short work breaks.

1 person found this review helpful

Did you find this helpful? Yes No

---

S. B. Slade

★★★★★ January 28, 2022

I hate this game.... I've been playing solid for three weeks

Did you find this helpful? Yes No

---

Daniel Phelan

★★★★★ January 20, 2022

Best in depth strategy game. GOAT

Did you find this helpful? Yes No

---

David Alon

★★ November 24, 2021

Can't change fro,m portrait to landscape without restarting

Did you find this helpful? Yes No

> Warzone.com, LLC November 25, 2021
>
> Sorry you ran into a problem. Please use Help -> Contact -> Report a Bug for help

---

Nathan Nelson

★★★★★ November 6, 2021

This is my favorite take on a territory conquering idle game. Lots of maps and plenty of ways to sink time into it. I have no interest in battling other players though and would like to be able to turn that off for me.

3 people found this review helpful

Did you find this helpful? Yes No

---

Brian Clonaris

★★★★★ September 8, 2021

This is the most fun idle game I have ever played. It starts out very simple but there is a lot more gameplay that unlocks as you progress. The game is meant to be played in very short spurts during your day. I am seeing lots of complaints about the game being too slow...but that is the point of the game! If you use your brain there are soooo many ways to expedite your progress. Give it a try for a week and see what you think!

1 person found this review helpful

Did you find this helpful? Yes No

---

Andrew DeShazer

★ August 26, 2021

Every time I play this game. 2minutes to 5 minutes in the game lags then wants me to sign in when I am already signed in. Then I log out and resign it and the game crashes. Btw there is no music. The game is so boring without music, it's like watching pain dry.

2 people found this review helpful

Did you find this helpful? Yes No

---

Jan Grinderslev

★ August 11, 2021

Not compatible with the web game.

1 person found this review helpful

Did you find this helpful? Yes No

---

dante prefontaine

★★★★★ August 9, 2021

Great game!!

Did you find this helpful? Yes No

---

David Delarosa

★★★★★ July 14, 2021

👀

Did you find this helpful? Yes No

---

Ryan Fraley

★ July 4, 2021

Updating review. I've been playing couple months now and use the term playing loosely. There is really nothing to do. The time it takes the game to load and close popups is longer than game time. It takes forever to get AP to upgrade skills. Multiplayer is horrible. Don't waste your money on the supercharged army it doesn't help at all and ridiculous amount to upgrade. For $10 I would expect better.

46 people found this review helpful

Did you find this helpful? Yes No

---

Michael Singleton

★ June 30, 2021

The game throws way too many skip level power ups at you. I'm just past halfway through but already have all levels unlocked and haven't seen a multi level power up in months. This game desperately needs rebalancing.

5 people found this review helpful

Did you find this helpful? Yes No

Deven

★★★★★ May 14, 2021

Absolutely love this game! It's great

Did you find this helpful? Yes No

Monkey Butter

★★ May 11, 2021

Has a ton of potential and has a great premise, but it's unbearably slow. Days upon days to complete single levels is absurd. 2 hour max idle time for an idle game is just bad. It takes far far too long to get your first permenant upgrade (3 levels in? Thats like 2-4 actual days of gameplay..) and then they are way too expensive considering it takes days to finish each level. Max idle time should be the cheapest upgrade for an idle game like this. Good game, but desprately needs balancing.

17 people found this review helpful

Did you find this helpful? Yes No

Luke Powell

★★★ April 28, 2021

Potential to be a fun game, but there's a bug where it doesn't give you rewards for completing territories, which makes even level 2 incredibly grindy.

3 people found this review helpful

Did you find this helpful? Yes No

Joseph Price

★ April 14, 2021

If you are seeking a boring app that is a complete and utter waste of time look no further! This app is actually a bit fun in the initial stages, when you can actually make progress. It then grinds to a halt, requiring weeks to complete a level. This is supposed to be an idle game, not a new career. Yet another promising, enjoyable idle game headed for the "uninstalled" category.

1 person found this review helpful

Did you find this helpful? Yes No

Logan Burym

★★★★★ April 13, 2021

Awesome game good luck with the lawsuit from Activision.

Did you find this helpful? Yes No

RedrumJackle

★★ April 3, 2021

It can be addicting but has some major downfalls which include: restricted away time and very slow progression. -Pros- Each level for the first 5 minutes has you active. No forced ads. Ability to play pvp. -Cons- Way to slow to progress. Costs to upgrade get absurd. 2hrs away time restriction with 30mins boost per unlock. The cost is high, the bonus is lacking. Some challenging conquer zones are scaled to high. Based on the first six levels. Total time to complete gets longer. Repetitive

9 people found this review helpful

Did you find this helpful? Yes No

Peter

★ April 2, 2021

Boring and slow.

1 person found this review helpful

Did you find this helpful? Yes No

Michael Kidd

★ March 30, 2021

once you clear the first 10 levels or so doing any additional levels literally takes weeks to complete. And they will not even allow farming of multi-level incentives, making the game just an incredibly long and boring grind.

3 people found this review helpful

Did you find this helpful? Yes No

Its Me!

★★★★★ March 29, 2021

Great time passer in short bursts. Few idle games have kept my attention quite like this one. Hopefully there are many more maps to play!

2 people found this review helpful

Did you find this helpful? Yes No

Nathaniel Sykes

★★★★★ March 29, 2021

Keeps bringing me back!

Did you find this helpful? Yes No

Gilbert Havlik

★★★★★ March 27, 2021

Great idle game formula, one of my favorites so far. And it keeps being absolutely relevant on my phone.

2 people found this review helpful

Did you find this helpful? Yes No

Austin Draper

★★★★ March 25, 2021

Good idle game! But few powerups

Did you find this helpful? Yes No

David Rustenburg

★★★★ March 23, 2021

This has been a very fun game to play, but I got the most recent update and now I can't open the app. It could be my phone, but if it's the app, that is a problem that needs to be fixed. Other than that, this is an amazing game to play and waste some time on.

10 people found this review helpful

Did you find this helpful? Yes No

Nathan Binkley

★★ March 23, 2021

Since the last update the app wont launch!??

Did you find this helpful? Yes No

adam heim

★★★★ March 23, 2021

**matthew valentine**

★★   March 21, 2021

I have been playing this game for about 3 months now. I like the way the game play feels, but it has two severe problems that really fundamentally ruin the game. The progression speed is ungodly slow. It took me 14 days real life to finish the last map I did,the Japan one. The idle limit is 2 hours which is ridiculous. Most don't play idle games to have to baby it every hour to get mediocre progress. Increase all army camp prod by about 50% and increase idle time to 8 or 12 hours, then 4/5.

22 people found this review helpful

Did you find this helpful?   Yes   No

**Robert Braunberger**

★★★★★ March 19, 2021

Cool.

Did you find this helpful?   Yes   No

**Clash Robinet**

★★★★★ March 14, 2021

Super

Did you find this helpful?   Yes   No

**homosexual feminine male confessionist slut**

★   March 13, 2021

Insecuility is inherently bad and inherently ugly

Did you find this helpful?   Yes   No

**Dan Smith**

★   March 9, 2021

What a ripoff. The micro transaction that lets you play 2 levels at once expires after you beat 1 level, what a joke

70 people found this review helpful

Did you find this helpful?   Yes   No

**Brian Ide**

★★★★★ March 7, 2021

Solidly fun mostly idle game that you really actually don't need to do any IAP to enjoy.

3 people found this review helpful

Did you find this helpful?   Yes   No

**Borna Djedan**

★   February 26, 2021

No more fun.

1 person found this review helpful

Did you find this helpful?   Yes   No

**Mathew Graf**

★★★★★ February 26, 2021

There's a hint of risk in there without dice and all that. The longer I play the more immersed the game becomes. It's a bit slow in the beginning, but that works well with game style and flow. Always room for improvement but with that said, it's a solid piece

6 people found this review helpful

Did you find this helpful?   Yes   No

**Michael Wengler**

★   February 23, 2021

gets really slow really fast

1 person found this review helpful

Did you find this helpful?   Yes   No

**Stephen Simpson**

★★★★★ February 22, 2021

A really good idle game with good gameplay and graphics.

2 people found this review helpful

Did you find this helpful?   Yes   No

**Sekaiwarrior**

★★★★★ February 20, 2021

So you cant flight anything and its more of a territory capture game but is alot of fun

2 people found this review helpful

Did you find this helpful?   Yes   No

**Gerard Barrett**

★★★★★ February 19, 2021

Easy to jump in and out of

2 people found this review helpful

Did you find this helpful?   Yes   No

**Brinton Standing**

★   February 19, 2021

No action at all, just log on every few hours, be like, 'oh cool progress' then leave and come back a few hours later, to the exact same thing pretty much.

1 person found this review helpful

Did you find this helpful?   Yes   No

**Mathew Bomengen**

★★★★   February 17, 2021

Really enjoying the game, its not pay to win though paying can speed things up. Can be a little laggy, but otherwise i really enjoy the idle take on the game of risk.

2 people found this review helpful

Did you find this helpful?   Yes   No

**Jason Weldon**

★   February 13, 2021

you are a rip off of the game risk

1 person found this review helpful

**1206**

Ramon Zozaya
★★★★   February 13, 2021
Great spin on the typical idle game, but the grind is heavy.

Did you find this helpful?   Yes    No

Samuel Sample
★★★★★  February 10, 2021
It is a fun game to play

Did you find this helpful?   Yes    No

Timi Coens
★★★★★  February 9, 2021
Oh, God yes!

Did you find this helpful?   Yes    No

Jacob Rice
★
        February 9, 2021
Terrible game theres no motive to even continue playing the multiplayer is dead and the in app
purchase for black color being $99 is just stupid

3 people found this review helpful

Did you find this helpful?   Yes    No

Pat McKrotch
★★★★★  February 9, 2021
Nice game, great short time killer while out and about. Multiplayer and single, very nice strategy game
for all rounders. Thanks for the game 5 thumbs up.

7 people found this review helpful

Did you find this helpful?   Yes    No

    Warzone.com, LLC.                        February 21, 2021
    Thanks, I'm glad you enjoy it!

Robert Littlefield
★★★★★  February 8, 2021
It's fun but not what I'm wanting to play right now.

Did you find this helpful?   Yes    No

lucas jardin
★
        February 7, 2021
Has nothing to do with war, or any strategy concept, you gain in game currency and basically buy the
area, no back an forth combat, zero difficulty

16 people found this review helpful

Did you find this helpful?   Yes    No

    Warzone.com, LLC.                        February 21, 2021
    There's a lot of strategy – it's all about how to most efficiently spend your resources.
    Someone using strategy will progress orders of magnitude faster than someone who isn't.

Scott Mondon
★★★★   February 6, 2021
Great game, fun and well thought out. The chat raffle is a bit annoying making you send periods
randomly just to participate, remove the chat in the last hour requirement and the game will be perfect.

14 people found this review helpful

Did you find this helpful?   Yes    No

    Warzone.com, LLC.                        February 21, 2021
    Thanks, I'm glad you enjoy the game! The chat raffle is a reward for people who are
    actively participating in chat. If there wasn't a chatting requirement it would end up going
    to people who only open chat for the raffle, which is not the intention.

John Smith
★
        February 6, 2021
Rated it for retarded

1 person found this review helpful

Did you find this helpful?   Yes    No

Ibrahim Shakil
★★★★★  February 5, 2021
Very good game

Did you find this helpful?   Yes    No

JJ Litow
★
        February 5, 2021
I was banned for speaking russian lmao

1 person found this review helpful

Did you find this helpful?   Yes    No

Jim Gilbert
★★★★★  February 3, 2021
Such a fun game.

Did you find this helpful?   Yes    No

Erik Aronesty
★★★★★  February 2, 2021
Surprising depth. Definitely not pay to play.

Did you find this helpful?   Yes    No

Deus Vult
★★★    January 30, 2021
It's alright, I guess.

Did you find this helpful?   Yes    No

Chris McConnell
★★★    January 20, 2021
The game is wonderful. The chat channel, whilst having nice people, just mainly wanted to discuss
politics. In an idle game. Very frustrating, and seen it too many times in other places, as they basically

**1207**

**Roger Johnson**

★★ January 30, 2021

Many levels could use a QoL balancing. Single player is alright takes a while to get going. Muir is a terrible risk mess allowing everyones turn at once. Can also bring cards from other matches making playing against higher lvl players impossible. Way oversided rng.

2 people found this review helpful

Did you find this review helpful?    Yes    No

**Isaac Ellingson**

★★★ January 29, 2021

the first map is pretty fast, then it slows down to an absolute crawl. not bad gameplay, no unwanted ads, just really, extremely slow for this early in an idle game.

Did you find this review helpful?    Yes    No

**Sonny James**

★★★★★ January 29, 2021

Really fun game. With mini games and plenty of rewards if you put the time in.

Did you find this review helpful?    Yes    No

**Bob**

★ January 29, 2021

Quitting due to the stupid matching system. Level 7 against level 54? Don't give me that rubbish about being based on rating / skill level - the last 3 players have been vastly superior to me! The idle / single player version is great but multiplayer totally ruins it for me.

7 people found this review helpful

Did you find this review helpful?    Yes    No

> **Warzone.com, LLC.**    January 29, 2021
>
> You're right that multi-player is challenging - it requires strategic thinking. Make sure you're taking and defending bonuses. I recommend starting with the smaller bonuses and then once you get one, start being very aggressive and break your opponent's bonuses. With some practice I'm sure you can get the hang of it!

**TheAussieApple**

★★★ January 29, 2021

Is definitely a game for those wanting to sink hours into the game. Overall game seems promising but more could be done to baence the game out with those who don't like to sink hours into a game I saw a comment saying this game is a game where you move once every hour and it seems about right

1 person found this review helpful

Did you find this review helpful?    Yes    No

**Google User**

★★★★★ January 28, 2021

I have been staying in the 'idle zone' since install. 😊 You've made a great game into an idle work of art! Thank you for NOT PUSHING INTRUSIVE ADS. Been a fan since Kong and very delighted with this new addition. — OkTap

1 person found this review helpful

Did you find this review helpful?    Yes    No

> **Warzone.com, LLC.**    February 21, 2021
>
> Thanks, I'm glad you enjoy it!

**Ethan Sycamore**

★★ January 27, 2021

Boring! No strategy, nothing to do but wait 30mins to buy next bit of land that does nothing

Did you find this review helpful?    Yes    No

**Jason B**

★ January 26, 2021

Seconding the other reviews, it's an idle game that's so idle, that you will never play it. You tap two things, close the game, wait hours, open it, tap two things, close, repeat. Nothing to watch, nothing to manage, nothing to strategize.

17 people found this review helpful

Did you find this review helpful?    Yes    No

> **Warzone.com, LLC.**    February 21, 2021
>
> If you're not thinking about how to spend your resources, you're going to progress very slowly. I suggest you put more effort into deciding what to upgrade, how to manage your smelters and crafters, etc. Not only will this alleviate your main complaint ("tap two things and close the game") but you'll also progress MUCH faster

**Владимир Егоров**

★ January 22, 2021

Weird intro and bad interface

1 person found this review helpful

Did you find this review helpful?    Yes    No

**Kenneth Hancock**

★★★★★ January 22, 2021

Best idle game

1 person found this review helpful

Did you find this review helpful?    Yes    No

**J.D. Breneman**

★★★★★ January 22, 2021

I played the original game (Risk variety strategy game) and was drawn to the simple graphics. The new idle version is honestly the first time in years I've been shocked by a genuinely unique spin-on an idle game. I'm no developer, but I have thought of ideas that aren't just resins of existing games. For whatever reason this seems interactive, intuitive, challenging, etc. My only criticism is that I haven't found a clicker function. That would keep users playing longer.

40 people found this review helpful

Did you find this review helpful?    Yes    No

> **Warzone.com, LLC.**    February 21, 2021
>
> Thanks, I'm glad you enjoy it!

**Tyler Herrick**

★★★★★ January 20, 2021

Fun idle game. Just started today but it's nice to play and I like the arena idea of playing Risk with other players.







Did you find this helpful? Yes No

Sparky Summers

★ January 20, 2021

Bascially plays like a skinnerbox, just piggybacking off the dying idle game craze. Hoped I couls find something unique, but this wasn't it.

3 people found this review helpful

Did you find this helpful? Yes No

Aljhun Ngoho

★★★ January 19, 2021

unfair arena. im still lvl 1 then my opponent is lvl 40 i dont have idea how to play at first.

2 people found this review helpful

Did you find this helpful? Yes No

> Warzone.com, LLC — January 19, 2021
>
> It matches you based on rating, not level. This is a better way to match you against someone who's equally skilled.

Rigz

★★★★★ January 17, 2021

This app is really fun, combines RTS with an idle perfectly and slowly introduces you to the pvp aspect of the game perfectly so you don't always get defeat with out learning anything. Very fun game, only thing I would change is how hard it is to get coins, but I also understand that maked the coins very valuable, so 😅. But I love this game.

20 people found this review helpful

Did you find this helpful? Yes No

callum jordan

★★ January 17, 2021

Eh No strategy whatsoever, a bit of a letdown after the original game

Did you find this helpful? Yes No

Stephen Jarvis

★★★★★ January 15, 2021

Really loving this and really enjoy the soundtrack

Did you find this helpful? Yes No

Ricky Kurniawan

★★★ January 14, 2021

Slow early game, hoping to get faster but even that requires days of grinding just for measly 10% increase of one resource, and the anti grinding prestige measures in place helps no bit. There are better idle games with better prestige mechanics out there and paced just right, this isn't one of them.

1 person found this review helpful

Did you find this helpful? Yes No

Timothy Rideout

★★★★★ January 10, 2021

Fun incremental game

Did you find this helpful? Yes No

Kelvin Kaguathi

★★★★★ January 6, 2021

I love the game me it very fun

Did you find this helpful? Yes No

Tom Link

★★★★★ January 5, 2021

Great addition to warzone. Different enough to be really engaging. They keep adding new layers that build on the basic idea.

2 people found this review helpful

Did you find this helpful? Yes No

Tony DeBates

★ January 5, 2021

Can't use my stylus. Why?

1 person found this review helpful

Did you find this helpful? Yes No

mm3200

★★★★★ January 4, 2021

Game is still in beta, so it is changing. I have been playing it for few months now and have liked it so far. While it has microtransactions game is not influenced much by them. Everything that can ne bought can be claimed with enough effort and time.

12 people found this review helpful

Did you find this helpful? Yes No

Noor Ahmed

★★★ January 3, 2021

Alot of Bugs in the game. Overall it's good I'll prefer to play on the main app

Did you find this helpful? Yes No

Mitchell Marhanka

★★★★★ January 2, 2021

Very fun. Easy to play

Did you find this helpful? Yes No

Brian Sitton

★★★★★ December 30, 2020

High quality!

Did you find this helpful? Yes No

Michael Murphy

★★★★ December 29, 2020

It's quite entertaining. Easy game play

Did you find this helpful? Yes No

LesbianMangoes

★★★★★ December 28, 2020

Enjoyable

Did you find this helpful? Yes No

**Sunnykesh Shandilya**

★★★★★ December 26, 2020

Great idle app

Did you find this helpful? Yes No

**Matt "Drax" Losey**

★★★★★ December 26, 2020

Not my type of game. But I recognize a well put together game when I see one. No forced ads that I noticed, very simple set up.

1 person found this review helpful

Did you find this helpful? Yes No

**Ray Julliano**

★★★★★ December 23, 2020

Great game to pass the time!

Did you find this helpful? Yes No

**Paul Hughes**

★★★★★ December 23, 2020

It's fun. The network is very helpful.

Did you find this helpful? Yes No

**Everett Griffis**

★★ December 22, 2020

Good game, poor app. I play on the main app (not this idle one) still because when I try to log in using facebook it gives me some error message. If this were fixed I would probably rate 4 or 5 stars, so long as there weren't any other major bugs.

1 person found this review helpful

Did you find this helpful? Yes No

**Austen Erickson**

★ December 21, 2020

Hangs on opening and freezes phone. Hard reset required to use phone again.

1 person found this review helpful

Did you find this helpful? Yes No

**Joel Tolbert**

★★★★★ December 21, 2020

Great game

Did you find this helpful? Yes No

**mark burleson**

★★★★★ December 21, 2020

Great

Did you find this helpful? Yes No

**Magnificent Man**

★★★★★ December 21, 2020

all warzone games and apps are fantastic

Did you find this helpful? Yes No

**Paul Viglucci**

★★★★★ December 21, 2020

Enjoyable, free, you can play casually whenever you feel like it.

Did you find this helpful? Yes No

**David Ruther**

★★★★★ December 21, 2020

What a wonderful idle game that scales really well. There are such a variety of maps and its very fluid and easy to move around. Fans of Warzone will love this offshoot of an idle game.

Did you find this helpful? Yes No

**Daniel Johnson**

★★★★★ December 20, 2020

Simple game that uses time waiting against you. Hope you are patient.

Did you find this helpful? Yes No

**Jeffrey Price**

★★★★★ December 19, 2020

Great idler. Lots of little details that make it fun.

Did you find this helpful? Yes No

**Francois Ferland**

★★★ December 19, 2020

The game is fun I was running it off the main app before but since I switched to this I've had sync problems we I lose so on my time played. I don't run it on the other app anymore either. I hope this gets fixed soon.

3 people found this review helpful

Did you find this helpful? Yes No

**Andrew Linden**

★★★★ December 18, 2020

I just downloaded this yesterday, and unlike the idle mode on the original game, this one seems to have some issues with saving my progress: after closing out of the game and coming back, I'm finding territories and upgrades that I have previously gotten, frustratingly missing. On a positive note, love the Bonus Level!

2 people found this review helpful

Did you find this helpful? Yes No

**Ben Solem**

★★★★★ December 18, 2020

It's idle Risk. Takes a bit longer than most idle games to really spin up, but I'm enjoying myself.

Did you find this helpful? Yes No

Its : [illegible]

★★★★★ December 17, 2020

I've played warzone idl[illegible] the developer is a very caring person who definitely works with the people who use the app to make it a better experience !

Did you find this helpful? Yes No

Michael S

★★★★★ December 17, 2020

Good strategy idle game. Gameplay is very fluid and the different maps keeps it interesting and challenging. I got a bug alert when i got the bonus level and I submitted the bug report. The developer contacted me, and i just had to push the sync button and all was resolved.

5 people found this review helpful

Did you find this helpful? Yes No

Sal O.

★★★★★ December 17, 2020

Great addition to my favorite game! WarZone and WarZone idle are fantastic (and addicting!)

1 person found this review helpful

Did you find this helpful? Yes No

HAMDI ASRI

★★★★★ December 17, 2020

awsom

Did you find this helpful? Yes No

jade starhunter

★ December 17, 2020

Pointless app, didn't award the free AP promised in the Warzone app, also then bugged my main warzone app when using warzone idle. Very bad, 1 star.

2 people found this review helpful

Did you find this helpful? Yes No

Solysp

★★★★ December 17, 2020

A relatively simple idle game, but it's fun enough painting the map my color that I've been coming back to it for over a week now. All purchases and ad watches are optional and non-intrusive. Can't tell you anything about multiplayer, that's not really my thing.

6 people found this review helpful

Did you find this helpful? Yes No

Malcolm Bell

★★★★★ December 17, 2020

I played Warzone for years, so this addition of the idle platform was an easy transition. It's a well worked game with a steady build. I also cannot put it down.

Did you find this helpful? Yes No

OvalCircle

★★★★★ December 17, 2020

Great game

Did you find this helpful? Yes No

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 151

# EXHIBIT 152



| | |
|---|---|
| Document title: | warzone strategy game - Google Search |
| Capture URL: | https://www.google.com/search?q=warzone+strategy+game&sca_esv=7319a1d5414f f2b8&source=hp&ei=deesZ8T9Jqeu5NoPxNSP0AE&iflsig=ACkRmUkAAAAAZ6z1hS -NmqFvIJYj_aYAHYr8Vk2Y7u92&ved=0ahUKEwiEjKv24L6LAxUnF1kFHUTqAxoQ4d UDCBA&uact=5&oq=warzone+strategy+game&gs_lp=Egdnd3Mtd2l6IhV3YXJ6b25lIH N0cmF0ZWd5IGdhbWUyBRAAGIAEMgYQABgWGB4yBhAAGBYYHjIGEAAYFhgeM ggQABiABBiiBDIFEAAY7wUyBRAAGO8FMggQABiABBiiBEiyLFDWC1jrKHACeACQ AQCYATqgAfYGqgECMjK4AQPIAQD4AQGYAhigAt4HqAIKwgIKEAAYAxjqAhiPAcIC ChAuGAMY6gIYjwHCAgsQABiABBixAxjRAxiDARjHAcICCBAAGIAEGLEDGNEDGMcBwgIIEC 4YgAQY1ALCAhEQLhiABBixAxjRAxiDARjHAcICCBAAGIAEGLED wgIIEC4YgAQYs QPCAgsQLhiABBixAxiDAcICBRAuGIAEwgILEC4YgAQYsQMY1ALCAgQQABgDwgI HEAAYgAQYCsICCBAAGAgYDRgewgILEAAYgAQYhgMYigXCAggQABgWGAoYHp gDCvEFW3AFXnpmqVKSBwIyNKAHuqoB&sclient=gws-wiz |
| Page loaded at (UTC): | Wed, 12 Feb 2025 18:25:08 GMT |
| Capture timestamp (UTC): | Wed, 12 Feb 2025 18:25:31 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 4 |
| Capture ID: | 1BFteLSsjcCHusfC96FDJX |
| Display Name: | whk |

PDF REFERENCE #:    hjtHKEkJkjxdVypmgabfQK

**1214**

Google    warzone strategy game

Sign in

All    Images    Videos    Shopping    Forums    News    Web    ⋮ More    Tools

warzone.com
https://www.warzone.com  ⋮

### Warzone - Better than Hasbro's RISK® game - Play Online Free
**Warzone** is a customizable **strategy game** where you compete with your friends to conquer the world.

#### Play
Warzone is a customizable strategy game where you ...

#### Sign in
Warzone is a customizable strategy game where you ...

#### Multi-Player Dashboard
Sign in - Open Games - Clan Wars - Forums - Clans - ...

#### Play Now
Warzone is a customizable strategy game where you ...

#### Strategy Guides/Tutorials?
Warzone Basics has a section where it links to the other guides ...

More results from warzone.com »



Warzone 2100
https://wz2100.net  ⋮

### Warzone 2100: A Free And Open Source Real-Time ...
**Warzone** 2100. A 100% free and open-source 3D real-time **strategy game**. Download Now. Windows64-bit. Microsoft StoreWindows 10+Traditional InstallerexePortable ...

### People also ask  ⋮

Is Warzone a strategy game?                                      ⌄

What is the best Warzone strategy?                              ⌄

Can you play Risk online for free?                              ⌄

What is the most played game mode in warzone?                  ⌄

Feedback

Reddit · r/Warlight
1.2K+ followers  ⋮

### r/Warlight
**Warzone**: Better than Hasbro's RISK® game. **[Warzone](https://www.warzone.com)** is an online, free-to-play indie **game** brand of two games: [Warzone Classic]( ...

Activision is suing **Warzone**, a RISK-esque **game** with an Idle ...    Apr 13, 2021
**Warzone game Strategy** : r/**CODWarzone** - Reddit                      Nov 28, 2022
Tips on how to win? : r/**Warzone** - Reddit                             Feb 12, 2024
**Warzone** 2100 is a 100% free & open-source 3D real-time ...            Mar 18, 2022
More results from www.reddit.com

### Videos  ⋮

The *ULTIMATE* Guide To 30+ Kills on Rebirth Island ...

Google

## Videos ⋮



The *ULTIMATE* Guide To 30+ Kills on Rebirth Island ...

YouTube · CupppaJoe5
24 hours ago



CHANGE YOUR GAMEPLAY STRATEGY To Get More Kills ...

YouTube · CupppaJoe5
5 days ago



Must Have Warzone Tips to Win More Games! | Warzone T...

YouTube · Savage
Aug 19, 2024



The Most Slept of Warzone Strategies | Warzone Tips and ...

YouTube · Savage
Oct 24, 2024

Feedback

View all →

## What people are saying ⋮



▶ 1:10

Master Warzone Tips:
Enhance Your Game...

286.7K+ views

 Xen CPreds
TikTok · 4 days ago    ⋮



▶ 24:53

The MOST IMPORTANT
Thing In Warzone! (How
To Win More Resurgence
Games)

14.5K+ views

CupppaJoe5
YouTube · 1 month ...    ⋮



▶ 1:00

4 Warzone Tips Pros use
EVERY game🟠

240.7K+ views

Berger
YouTube · Nov 22, ...    ⋮

 Apple
https://apps.apple.com › app › warzone-turn-based-strate...    ⋮

### Warzone - turn based strategy on the App Store

No pay-to-win: All **games** are equally fair for all players, like a board game. You win or lose
**Warzone games** based on your **strategy**, not your wallet.
4.8 ★★★★★ (1,494) · Free · iOS · Game

 Google Play
https://play.google.com › store › apps › details    ⋮



### Warzone - turn based strategy - Apps on Google Play

Play against real people, or play any of the thousands of single-player levels
against the computer. Both are 100% free.
4.3 ★★★★✰ (23,590) · Free · Android · Game

## People also search for ⋮










▶ 1:10

**Master Warzone Tips: Enhance Your Game...**

286.7K+ views

Xen CPreds
TikTok · 4 days ago

⋮

▶ 24:53

**The MOST IMPORTANT Thing In Warzone! (How To Win More Resurgence Games)**

14.5K+ views

Cupppajoe5
YouTube · 1 month ...

⋮

▶ 1:00

**4 Warzone Tips Pros use EVERY game**🔴

240.7K+ views

Berger
YouTube · Nov 22, ...

⋮

🍎 **Apple**
https://apps.apple.com › app › warzone-turn-based-strate...  ⋮

**Warzone - turn based strategy on the App Store**

No pay-to-win: All **games** are equally fair for all players, like a board **game**. You win or lose **Warzone games** based on your **strategy**, not your wallet.
4.8 ★★★★★ (1,494) · Free · iOS · Game

▶ **Google Play**
https://play.google.com › store › apps › details  ⋮

**Warzone - turn based strategy - Apps on Google Play**

Play against real people, or play any of the thousands of single-player levels against the computer. Both are 100% free.
4.3 ★★★★½ (23,590) · Free · Android · Game



**People also search for**  ⋮



Call of Duty: Warzone



Call of Duty



Call of Duty: Warzone



Call of Duty: Modern Warfare III

Fortnite



Apex Legends

Feedback

| Warzone strategy game **release date** 🔍 | **Warzone: Risk** 🔍 |
| Warzone strategy game **online** 🔍 | **Warzone 2100 download** 🔍 |
| Warzone strategy game **download** 🔍 | **Games like** Warzone **2100** 🔍 |
| Warzone strategy game **free** 🔍 | **RISK online** game 🔍 |

Goooooooooogle ›

1 2 3 4 5 6 7 8 9 10    Next

⬤ **United States** · Based on your past activity · Update location

Help   Send feedback   Privacy   Terms

# EXHIBIT 153

Alyssa K. Schabloski (SBN 258876)
aks@gladiuslaw.com
GLADIUS LAW, APC
2708 Wilshire Blvd., No. 426
Santa Monica, CA 90403
Tel: (310) 734-0720

Brett E. Lewis (pro hac vice)
brett@iLawco.com
Roberto Ledesma (pro hac vice)
roberto@ilawco.com
Michael D. Cilento (pro hac vice)
michael@iLawco.com
LEWIS & LIN, LLC
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326

Attorneys for Warzone.com, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC.<br><br>*Plaintiff / Counterclaim Defendant*,<br><br>v.<br><br>WARZONE.COM, LLC,<br><br>*Defendant / Counterclaimant*. | CASE NO. 2:21-cv-3073-FLA (JCx)<br><br>**WARZONE.COM, LLC'S AMENDED RESPONSES AND OBJECTIONS TO ACTIVISION'S FIRST SET OF INTERROGATORIES [NO. 14]** |

1

PROPOUNDING PARTY: Activision Publishing, Inc.

RESPONDING PARTY: Warzone.com, LLC

SET NO.: ONE

Pursuant to Federal Rule of Civil Procedure 33 and the corresponding Local Rules of the Central District of California, Defendant / Counterclaimant Warzone.com, LLC ("Warzone") hereby provides the following amended objections to Plaintiff / Counterclaim Defendant Activision Publishing, Inc.'s ("Activision") First Set of Interrogatories (the "Interrogatories") and amended response to Interrogatory No. 14.

**INTERROGATORY NO. 14:**

IDENTIFY all categories or types of injuries that YOU claim to have suffered as a result of the conduct alleged in the COUNTERCLAIM, and, for each claimed injury, the amount of damage YOU suffered.

**AMENDED RESPONSE TO INTERROGATORY NO. 14:**

Pursuant to the Court's October 29, 2024 Minute Order (Docket No. 87), and in light of the Court's direction that this interrogatory does not seek information regarding Warzone's damages theories, but rather seeks information regarding "types of injuries [Warzone] claims to have suffered as a result of Activision's conduct" and assessment of the same, *id.*, Warzone hereby amends its response as follows:

//
//
//
//
//
//
//
//
//
//

**1220**

| Types of Injury | Assessment of Damage |
|---|---|
| Diminished brand goodwill and reputational harm | As a result of Activision's conduct, Warzone's reputation and brand associated with the WARZONE mark have been harmed. This harm will be a factor in calculating Warzone's damages, which will rely upon expert analysis. Warzone anticipates such analysis to include the following information and factors: <br><br> • Customer perception surveys, including surveys indicating changes in online sentiment and search behavior and decline in reputation due to consumer association of the Warzone mark, in which Warzone has superior rights, with Activision and Call of Duty's image and values, and assessment regarding weakened or altered brand image effects on long-term consumer perception of Warzone; <br> • Expenditure on reputation management needed to restore Warzone's image and reputation resulting from the confusion caused by Activision's; <br> • Price erosion caused by diminished brand recognition; <br> • Estimated lost lifetime value of customers and increased customer acquisition costs resulting from damaged goodwill; <br> • Brand associations that conflict with Warzone's identity, impacting the consumer base, including impairment of user acquisition. |

**1221**

| Types of Injury | Assessment of Damage |
|---|---|
| Loss of control over brand identity | As a result of Activision's conduct, Warzone's control over its brand identity has been impaired. This harm will be a factor in calculating Warzone's damages, which will rely upon expert analysis. Warzone anticipates such analysis to include the following information and factors:<br><br>• Customer perception surveys, including surveys indicating changes in online sentiment and search behavior, decline in reputation, consumer association of Warzone's senior brand with the junior brand's image and values, weakened or altered brand image affecting long-term consumer perception;<br>• Expenditure on maintaining brand clarity and distinction from Activision's brand, including regarding showing Warzone incurred additional costs to combat confusion and regain control over its brand perception;<br>• Revenue or market share declines since Activision's infringing entry in the market using Warzone's trademark;<br>• Comparison of actual sales to projected sales assuming the junior use by Activision of the Warzone trademark was not present to indicate revenue losses attributable to loss of control over identity;<br>• Evidence that Warzone had to reduce prices or was unable to increase prices to compete indicates that its premium identity has been compromised; the inability to command a price premium shows that the brand's perceived value and distinctiveness have weakened. |

4

**1222**

| Types of Injury | Assessment of Damage |
|---|---|
| Loss of licensing opportunities | As a result of Activision's conduct, Warzone has lost control over the opportunities to license its mark and the establishment of the rate of any such licensing. This harm will be a factor in calculating Warzone's damages, which will rely upon expert analysis. Warzone anticipates such analysis to include the following information and factors:<br><br>• Activision's licenses and similar agreements regarding the Warzone mark;<br>• Activision's failure to accept Warzone's offer of licensing regarding the Warzone mark;<br>• Analysis of market participants who would have otherwise licensed the mark;<br>• Assessment of industry licensing rates for similar brands, considering factors such as brand recognition, market positioning, and product category. |

5

**1223**

| Types of Injury | Assessment of Damage |
|---|---|
| Diminution of Value of the Mark | As a result of Activision's conduct, the value of the WARZONE mark has been impaired. This harm will be a factor in calculating Warzone's damages, which will rely upon expert analysis. Warzone anticipates such analysis to include the following information and factors:<br><br>• Customer perception surveys, including surveys indicating consumer sentiment regarding Warzone, Activision and its junior use of the WARZONE mark;<br>• Sentiment analysis, including negative social media mentions and review sites, to gauge customer perception shifts about Warzone due to Activision's junior use of the WARZONE mark;<br>• Expenditures required to re-establish goodwill, specifically increased marketing and customer service costs to counteract consumer confusion;<br>• Activision's use of the mark and expenditure on the mark;<br>• Decline in consumer engagement (such as in-game activity, app usage) with Warzone and its products due to consumer confusion;<br>• Analysis of lost potential, including via estimation of future revenue tied to active users;<br>• Analysis of brand identity and the extent to which Warzone's unique qualities have been compromised by Activision's junior use of the WARZONE mark;<br>• Assessment of the monetary impact of the number of negative mentions or reviews attributable to confusion with the junior user Activision's brand and use of the mark, including the costs associated with managing these negative mentions. |

**1224**

| Types of Injury | Assessment of Damage |
|---|---|
| Impairment of Expansion Potential | As a result of Activision's conduct, the value of the WARZONE mark has been impaired. This harm will be a factor in calculating Warzone's damages, which will rely upon expert analysis. Warzone anticipates such analysis to include the following information and factors:<br><br>• Lack of growth in new customer segments where Warzone intended to attract new customer demographics but can no longer do so due to identity confusion or diminished brand appeal due to Activision's junior use of the mark;<br>• Assessment of Warzone's lost market share from these unrealized segments;<br>• Assessment of historical Warzone customer loyalty, spending patterns, and lifetime value to benchmark shifts in user behavior or loyalty that affected future growth;<br>• Projected market share or customer acquisition costs as compared with competitors to quantify lost competitive positioning;<br>• Assessment of the loss of brand equity needed to support long-term growth initiatives, including calculating diminished brand loyalty, differentiation, and perceived quality, which affects the ability to expand;<br>• Cost of acquiring new customers due to higher marketing or advertising spend limits profitability and future expansion. |

Date:  November 12, 2024

Brett E. Lewis
Roberto Ledesma
Michael D. Cilento
**LEWIS & LIN, LLC**

Alyssa Schabloski
**GLADIUS LAW, APC**

7

**1225**

By: *Michael D. Cilento*

Michael D. Cilento (pro hac vice)

*Attorneys for Warzone.com, LLC*

**1226**