Name & Address:
Karin G. Pagnanelli (SBN 174763); kgp@msk.com
Marc E. Mayer (SBN 190969); mem@msk.com
Lindsay R. Edelstein (pro hac vice); lre@msk.com
Mitchell Silberberg & Knupp, LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Tel: (310) 312-2000; Fax: (310) 312-3100

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ACTIVISION PUBLISHING, INC., a Delaware corporation, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:21-cv-3073-FLA (JCx) |
| v. | |
| WARZONE.COM, LLC, | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☒ Filed ☐ Lodged: (**List Documents**)

Exhibits 1-6; 95A, 108A, 110A and 132A to Marc E. Mayer Declaration in Support of Motion for Summary Judgment or, Alternatively, Partial Summary Judgment

Exhibit 6A to Lindsay R. Edelstein Declaration in Support of Motion for Summary Judgment or, Alternatively, Partial Summary Judgment

**Reason:**

☐ Under Seal
☐ In Camera
☒ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| February 14, 2025 | /s/ Marc E. Mayer |
|---|---|
| Date | Attorney Name |
| | Marc E. Mayer |
| | Activision Publishing, Inc. |
| | Party Represented |

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING