# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING. INC.<br><br>Plaintiff(s)<br><br>v.<br><br>WARZONE.COM, LLC<br><br>Defendant(s) | CASE NUMBER<br><br>2:21 -CV-3073-FLA (JCx)<br><br>ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY [95] |

☐ The Court hereby orders that the request of:

_____  ☐ Plaintiff  ☐ Defendant  ☐ Other  _____
*Name of Party*

☐ to substitute _____ who is

☐ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

_____
*Street Address*

_____   _____
*City, State, Zip*   *E-Mail Address*

_____   _____   _____
*Telephone Number*   *Fax Number*   *State Bar Number*

as attorney of record instead of _____
*List **all** attorneys from same firm or agency who are withdrawing.*

_____

**is hereby** ☐ GRANTED   ☐ DENIED

☒ The Court hereby orders that the request of  Brett Lewis, Michael Cilento, Jane Jaang, Roberto Ledesma, and Savita Sivakumar
*List **all** attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for  WARZONE.COM, LLC

**is hereby** ☒ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/ substituting attorney(s) in this case.

Dated  2/18/2025

_____
United States District Judge