# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC.<br><br>Plaintiff(s),<br><br>v.<br><br>WARZONE.COM, LLC<br><br>Defendant(s). | CASE NUMBER:<br><br>2:21–cv–03073–FLA–JC<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  __2/21/2025__

Document No.:  __120__

Title of Document:  __Notice (Other) by Activision Publishing, Inc__

**ERROR(S) WITH DOCUMENT:**

Proposed document was not submitted or was not submitted as a separate attachment.

Incorrect event selected. Correct event to be used is: Request: Order

Filer "voluntarily Striking Paragraphs 4, 5, and 6 from the Prayer for Relief of its Complaint "... The incorrect event Does NOT provide the relief sought. Filer cannot strike any document nor portions of a complaint without an order of court.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated:  February 24, 2025       By:  /s/ *Linda Chai  Linda_Chai@cacd.uscourts.gov*
                                       Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**