Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
Nicole A. Bloomfield (State Bar No. 356757)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-3073@cases.warrenlex.com

*Attorneys for Defendant / Counterclaimant Warzone.com, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC.,<br><br>    Plaintiff / Counterclaim Defendant,<br><br>v.<br><br>WARZONE.COM, LLC,<br><br>    Defendant / Counterclaimant.<br>_____ | Case No. 2:21-cv-3073-FLA (JCx)<br><br>Hon. Fernando L. Aenlle-Rocha<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF WARZONE.COM, LLC'S OPPOSITION TO MOTION OF ACTIVISION PUBLISHING, INC. FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT ON COUNTERCLAIMS OF WARZONE.COM, LLC**<br><br>Hearing Date:  March 21, 2025<br>Hearing Time:  1:30 p.m.<br>Courtroom:  6B<br>Pretrial Conference:  May 19, 2025<br>Trial:  May 27, 2025 |

# REQUEST FOR JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201, Warzone respectfully requests that the Court take judicial notice of the matters and documents listed below:

1. Warzone's application for the WARZONE trademark with the United States Patent and Trademark Office ("USPTO") in class 009, filed on October 30, 2020. A true and correct copy is available on the USPTO website as set forth in Paragraph 3 of the Declaration of Francesca M. S. Germinario.

2. Warzone's application for the WARZONE trademark with the USPTO in class 041, filed on October 30, 2020. A true and correct copy is available on the USPTO website as set forth in Paragraph 4 of the Declaration of Francesca M. S. Germinario.

3. Activision's application for the WARZONE trademark in class 009, filed with the UPSTO on June 25, 2020. A true and correct copy is available on the USPTO website as set forth in Paragraph 5 of the Declaration of Francesca M. S. Germinario.

4. Activision's application for the WARZONE trademark in class 041, filed with the UPSTO on June 25, 2020. A true and correct copy is available on the USPTO website as set forth in Paragraph 6 of the Declaration of Francesca M. S. Germinario.

5. **Activision's Complaint for Declaratory Relief**, filed on April 8, 2021, Docket No. 1, seeking following relief: " 1) Declaring that Defendant does not possess exclusive trademark rights in the term "Warzone"; 2) Declaring that Activision's use of the WARZONE or CALL OF DUTY WARZONE Marks does not infringe, and at all times has not infringed, any existing and valid common law trademark rights of Defendant under the Lanham Act, 15 U.S.C. § 1125(a); 3) Declaring that Activision's use of the WARZONE or CALL OF DUTY WARZONE Marks is not likely to cause, and has not caused, confusion, mistake or deception as to the affiliation, connection, or association of Defendant with Activision's goods and services, or as to the origin, sponsorship, or approval of Activision's goods and services by Defendant under the Lanham Act, 15 U.S.C. § 1125(a);  4) Declaring that Activision's pending applications

for registration of the marks WARZONE and CALL OF DUTY WARZONE may proceed to registration;  5) Declaring that Defendant's pending applications for registration of the mark WARZONE should not proceed to registration;  6) Ordering that Defendant, its officers, directors, employees, agents, affiliates, attorneys, representatives, and licensees, be enjoined and permanently restrained from interfering with Activision's use and registration of the WARZONE and CALL OF DUTY WARZONE marks and from opposing, seeking to cancel, or otherwise objecting to any federal registrations and applications for registration of such marks."   Docket No. 1, Prayer for Relief.

Under Federal Rule of Evidence 201, the Court may take judicial notice of facts that are "generally known within the trial court's territorial jurisdiction," or which "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).  Courts have routinely held that "materials in the online files of the USPTO and other matters of public record are proper subjects of judicial notice." *Intuitive Imaging Informatics, LLC v. Intuitive Surgical Operations, Inc.*, No. 23-10593, 2024 WL 4404992, at *2 (C.D. Cal. Sept. 4, 2024).  This Court has previously taken judicial notice of USPTO records in this action under Fed. R. Evid. 201. Docket No. 69 at 4.  Courts may also take judicial notice of "court filings and other matters of public record." *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006); see also *United States v. Brugnara*, 856 F.3d 1198, 1209 (9th Cir. 2017) (district court may properly take notice of its own records).

Warzone accordingly respectfully requests the Court take judicial notice of Exhibits A–D to the concurrently filed declaration of Francesca M. S. Germinario.

Date:  February 28, 2025

Respectfully submitted,

_____
Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
Nicole A. Bloomfield (State Bar No. 356757)

WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-3073@cases.warrenlex.com

*Attorneys for Defendant /
Counterclaimant Warzone.com, LLC*