Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
Nicole A. Bloomfield (State Bar No. 356757)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-3073@cases.warrenlex.com

*Attorneys for Defendant / Counterclaimant Warzone.com, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ACTIVISION PUBLISHING, INC., | ) | Case No. 2:21-cv-3073-FLA (JCx) |
|---|---|---|
| Plaintiff / Counterclaim Defendant, | ) ) | Hon. Fernando L. Aenlle-Rocha |
| v. | ) ) ) | **DECLARATION OF FRANCESCA M. S. GERMINARIO IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE** |
| WARZONE.COM, LLC, | ) ) | |
| Defendant / Counterclaimant. | ) ) | |

Hearing Date:   March 21, 2025
Hearing Time:  1:30 p.m.
Courtroom:  6B
Pretrial Conference:  May 19, 2025
Trial:  May 27, 2025

I, Francesca M. S. Germinario, hereby declare under 28 U.S. § 1746:

1. I am an attorney duly licensed to practice in the State of California and in the United States District Court, Central District of California. I am an associate of Warren Kash Warren, attorneys of record for Defendants Warzone.com, LLC ("Defendants").

2. I make this declaration in support of the Request for Judicial Notice in Support of Defendants' Opposition to Motion of Activision Publishing, Inc. for Summary Judgment or, alternatively, Partial Summary Judgment on Counterclaims of Warzone.com, LLC (the "Request for Judicial Notice"). I have personal knowledge of the matters stated below and if called as a witness, I could and would testify competently thereto.

3. Warzone's application for the WARZONE trademark with the United States Patent and Trademark Office ("USPTO") in class 009, filed on October 30, 2020, is available at https://tsdr.uspto.gov/#caseNumber=90290628&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch, which I accessed on February 28, 2025.

4. Warzone's application for the WARZONE trademark with the United States Patent and Trademark Office ("USPTO) in class 041, filed on October 30, 2020, is available at https://tsdr.uspto.gov/#caseNumber=90290658&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch, which I accessed on February 28, 2025.

5. Activision's application for the WARZONE trademark in class 009, filed with the UPSTO on June 25, 2020, is available at https://tsdr.uspto.gov/#caseNumber=90020487&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch, which I accessed on February 28, 2025.

6. Activision's application for the WARZONE trademark in class 009, filed with the UPSTO on June 25, 2020, is available at https://tsdr.uspto.gov/#caseNumber=86650967&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch, which I accessed on February 28, 2025.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 28, 2025 in San Francisco, California.

_____
Francesca M. S. Germinario