Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
Nicole A. Bloomfield (State Bar No. 356757)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-3073@cases.warrenlex.com

*Attorneys for Defendant / Counterclaimant Warzone.com, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., | ) Case No. 2:21-cv-3073-FLA (JCx) |
| Plaintiff / Counterclaim Defendant, | ) |
| | ) **APPLICATION FOR LEAVE TO** |
| v. | ) **FILE UNDER SEAL CERTAIN** |
| | ) **DOCUMENTS REGARDING** |
| WARZONE.COM, LLC, | ) **WARZONE.COM, LLC'S** |
| | ) **OPPOSITION TO MOTION FOR** |
| Defendant / Counterclaimant. | ) **SUMMARY JUDGMENT** |
| | ) |

Defendant and Counterclaimant Warzone.com, LLC respectfully submits this application for leave to file under seal under Federal Rule of Civil Procedure 26(c) and Civil L.R. 79-5.2.2(b) to file under seal portions of Warzone.com, LLC's Opposition to Motion of Activision Publishing, Inc. for Summary Judgment or, Alternatively, Partial Summary Judgment on the Counterclaims of Warzone.com, LLC and declarations thereto, and certain exhibits thereto.  Proof of service of the material sought to be sealed are filed concurrently herewith.

## ARGUMENT

### I.    Compelling Reasons Must Exist For Sealing the Material Sought to Be Sealed

Applications for leave to file under seal may be made under the "compelling reasons" standard at the summary judgment stage.  Unlike with non-dispositive motions, "to retain any protected status for documents attached to a summary judgment motion, the proponent must meet the 'compelling reasons' standard and not the lesser 'good cause' determination."  *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1177 (9th Cir. 2006), quoting *Foltz v. State Farm Mutual Auto. Insurance Company*, 331 F.3d 1122, 1135 (9th Cir.2003).  Compelling reasons have been found where a court record could "gratify private spite or promote public scandal," or be used as "sources of business information that might harm a litigant's competitive standing."  *Ctr. for Auto Safety*, 809 F.3d at 1097 (citing *Nixon v. Warner Communc'ns, Inc.*, 435 U.S. 589, 598-99 (1978)). Sensitive business and financial documents are recognized as likely to be used for improper purposes and "cause competitive harm to a business."  *Apple Inc. v. Samsung Elecs. Co.*, 727 F.3d 1214, 1221 (Fed. Cir. 2013) (internal quotation marks and citations omitted).  Warzone.com, LLC accordingly moves to file its own documents under seal, and provide Activision the opportunity to attest to the potential for harm to their business and financial interests should the information sought to be sealed be filed publicly, because there exists compelling reasons to seal Warzone's sensitive documents from

public disclosure that far outweigh any benefit the public may glean from the disclosure of such information.

## II.    Compelling Reasons Exist to Seal the Information Produced by Warzone

Documents filed in support of Warzone's Opposition to Activision's Motion for Summary Judgment, or Alternatively, Partial Summary Judgment,  contain sensitive financial information regarding Warzone's monthly users, revenues, and tax information. Such financial records have consistently been held to warrant sealing.  The public disclosure of such information is likely to negatively impact Mr. Ficker in both his personal, and business capacity, where there is significant overlap.

Sharing Warzone's business plans would make it vulnerable to competitors, and the subject of even greater public scrutiny.  The Google Chats between Mr. Westerdal and Mr. Ficker contains conversations regarding confidential business plans.  Given Warzone's unique business model, Mr. Ficker and Mr. Westerdal have a genuine interest in maintaining the confidentiality of said business model and trade secrets.  Sealing these documents will prevent their improper use.  Mr. Ficker has attested to the harm that would result from the public disclosure of these documents in the declaration filed concurrently herewith.

Warzone seeks to file its financial documents and privileged communications with counsel under seal.  The release of such sensitive financial information is likely to cause competitive harm to Warzone.  Furthermore, the communications regarding Warzone's business plans contain sensitive information that, if released to the public, is likely to harm the business interests of Warzone.com, LLC.  *Apple Inc. v. Samsung Elecs. Co.*, 727 F.3d 1214, 1221 (Fed. Cir. 2013).  Furthermore, these chats contain reference to discussions with legal counsel, which should be properly sealed, in this matter and in matters outside of this litigation.

Accordingly, the public interest in free access to information is not outweighed here by the risk to Warzone of significant harm by disclosure. As such, Warzone respectfully requests that the Court grant this application.

## III.    Warzone Moves to Submit the Following Documents Under Seal

Warzone's application for leave to file under seal includes the following:

| Document | Portion to be Sealed |
|---|---|
| Warzone's Opposition to Summary Judgment | Highlighted Portions |
| Evidentiary Objections | Highlighted Portions |
| Statements of Genuine Disputes of Fact | Highlighted Portions |
| Expert Report of Bo Geddes | Highlighted Portions |
| Expert Rebuttal Report of Bo Geddes | Highlighted Portions |
| Expert Report of Claudiu Dimofte | Highlighted Portions |
| Ficker Declaration, Exhibit 5 | Entirety |
| Ficker Declaration, Exhibit 7 | Entirety |
| Ficker Declaration, Exhibit 8 | Entirety |
| Ficker Declaration, Exhibit 9 | Entirety |
| Ficker Declaration, Exhibit 10 | Entirety |
| Ficker Declaration, Exhibit 11 | Entirety |
| Ficker Declaration, Exhibit 12 | Entirety |

| Ficker Declaration, Exhibit 13 | Entirety |
|---|---|
| Ficker Declaration, Exhibit 14 | Entirety |
| Ficker Declaration, Exhibit 18 | Entirety |
| Ficker Declaration, Exhibit 20 | Entirety |
| Ficker Declaration, Exhibit 21 | Entirety |
| Ficker Declaration, Exhibit 23 | Entirety |
| Ficker Declaration, Exhibit 24 | Entirety |
| Ficker Declaration, Exhibit 25 | Entirety |

## IV.    Warzone Moves to Consider Whether Another Party's Material Should Be Sealed

Here, the designating parties, Warzone.com, LLC, and Activision Publishing, Inc., produced the information in question marked as "Confidential" and "Attorneys' Eyes Only" under the protective order governing this action (Docket No. 39).  Warzone takes no position as to the confidentiality or sensitivity of the information sought to be sealed by Activision, but in so designating the documents and information, the designating parties claim that the documents in question refer to their sensitive financial and business information.  Warzone.com, LLC's administrative motion to consider whether another party's material should be sealed includes the following documents:

| Document | Portion to be Sealed |
|---|---|
| Email from Marc Mayer to Jen Kash on Friday, December 6, 2024 | Entirety |

| | |
|---|---|
| ATV006497-ATV006518 | Entirety |
| ATV006519-ATV006527 | Entirety |
| ATV006528-ATV006531 | Entirety |
| ATV014565-ATV014566 marked ATTORNEYS' EYES ONLY - HIGHLY CONFIDENTIAL | Entirety |
| ATV028010-ATV028011 marked ATTORNEYS' EYES ONLY - HIGHLY CONFIDENTIAL | Entirety |
| ATV028042-ATV028044 marked CONFIDENTIAL | Entirety |
| Activision Profit and Loss Statement ATV000560 marked ATTORNEYS' EYES ONLY - HIGHLY CONFIDENTIAL | Entirety |
| ATV002559-ATV002560 marked CONFIDENTIAL | Entirety |
| ATV000843-ATV000903 marked CONFIDENTIAL - ATTORNEYS' EYES ONLY | Entirety |
| ATV000718-ATV000722 marked CONFIDENTIAL | Entirety |

APPLICATION FOR LEAVE TO FILE UNDER SEAL CERTAIN DOCUMENTS

| ATV006519-ATV006527 marked FRE 408—CONFIDENTIAL SETTLEMENT COMMUNICATION | Entirety |
|---|---|
| ATV006425 marked CONFIDENTIAL | Entirety |
| ATV000755-ATV000783 marked CONFIDENTIAL | Entirety |
| ATV026873-ATV026921 marked ATTORNEYS' EYES ONLY - HIGHLY CONFIDENTIAL | Entirety |
| ATV017633-ATV017634 marked ATTORNEYS' EYES ONLY - HIGHLY CONFIDENTIAL | Entirety |
| ATV000973-ATV000977 marked CONFIDENTIAL | Entirety |
| ATV018455-ATV018477 marked ATTORNEYS' EYES ONLY - HIGHLY CONFIDENTIAL | Entirety |
| Deposition Transcript of R. Welden Excerpt | Entirety |
| Deposition Transcript of B. Geddes Excerpt | Entirety |
| Deposition Transcript of C. Wang Excerpt | Entirety |

| Deposition Transcript of M. Kliszewski Excerpt | Entirety |
|---|---|
| Deposition Transcript of S. Tully | Entirety |
| Deposition Transcript of J. Westerdal Transcript | Entirety |

## **CONCLUSION**

In view of the foregoing, Warzone.com, LLC requests that the identified documents be filed under seal.

Date:  February 28, 2025

Respectfully submitted,

Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
Nicole A. Bloomfield (State Bar No. 356757)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-3073@cases.warrenlex.com

*Attorneys for Defendant /
Counterclaimant Warzone.com, LLC*

APPLICATION FOR LEAVE TO FILE UNDER SEAL CERTAIN DOCUMENTS