1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
Nicole A. Bloomfield (State Bar No. 356757)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-3073@cases.warrenlex.com

*Attorneys for Defendant / Counterclaimant Warzone.com, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., | Case No. 2:21-cv-3073-FLA (JCx) |
| Plaintiff / Counterclaim Defendant, | Hon. Fernando L. Aenlle-Rocha |
| v. | **DECLARATION OF RANDY FICKER IN SUPPORT OF WARZONE.COM, LLC'S OPPOSITION TO MOTION OF ACTIVISION PUBLISHING, INC. FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT ON COUNTERCLAIMS OF WARZONE.COM, LLC** |
| WARZONE.COM, LLC, | |
| Defendant / Counterclaimant. | |

Hearing Date:  March 21, 2025
Hearing Time:  1:30 p.m.
Courtroom:  6B
Pretrial Conference:  May 19, 2025
Trial:  May 27, 2025

1    I, Randy Ficker, declare as follows:

2    1.    I am the founder of Warzone.com, LLC ("Warzone"), Defendant and

3    Counterclaimant in this Action. I have personal knowledge of the matters stated below

4    and if called as a witness, I could and would testify competently thereto.

5    2.    Warzone.com, LLC develops and monetizes two video games under its

6    WARZONE brand. WarLight, which became Warzone in November 2017, is a

7    turn-based strategy game. The second WARZONE video game offering, an idle style

8    game, is referred to as Warzone Idle to distinguish it from the original Warzone game,

9    which is referred to as Warzone Classic since the release of Warzone Idle in July 2020. I

10    created the video game Warzone (then known as WarLight) in 2008, initially player-invite

11    only, which became a successful indie game (17 years and counting!). In 2010, I left my

12    job as a software engineer with Microsoft, and I have supported myself since that time

13    from revenue obtained from the monetization of the Warzone video games I developed.

14    3.    In 2014, Jay Westerdal and myself discussed changing the name of WarLight

15    and developing a clear brand, something easy to remember. In June of 2015, we formed

16    Warzone.com, LLC and the company purchased the domain name, warzone.com, for

17    $30,000. Before we started rebranding WarLight to WARZONE, I investigated third

18    party uses of the word "Warzone" in connection with video games. Prior to November 1,

19    2017, I did not find any video games or video game companies using WARZONE, alone,

20    as a trademark or brand.

21    4.    In November 2017, the rebranding to WARZONE was official. The Warzone

22    game released to the public included significant updates over Warlight. While a minority

23    of longtime WarLight community members might have grumbled about the change, the

24    rebranding was overall positive for our company.

25    5.    Warzone is available for download on various platforms, including browser,

26    PC, and mobile (Android and iOS). It is Warzone's intent to continue and expand the

27    availability of Warzone going forward.

28

– 1 –

DECLARATION OF RANDY FICKER IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

6.      In 2017, Warzone included Risk ++ in the name field of its mobile app store description for the purposes of SEO.  Warzone has at times used terms like "turn-based strategy" and "Risk ++" as part of its search engine optimization strategy.  As previously stated in my deposition, since 2017 the name of my game was, and remains, Warzone.

7.      ████████████████████████████████████████████████
████████████████████████████████████████████████
████████████

8.      Throughout its tenure, Warzone has engaged in advertising, including organic advertising.  Warzone has also engaged in public relations activities, promoting itself through community engagement and tournaments, and maintaining forums on a variety of platforms.  Warzone paid for Reddit and Facebook marketing between 2017 and 2020, and attended a gaming conference in that same time period.  Primarily though, much of the marketing I did for the Warzone game was not through spending money but through the time dedication throughout the years.  The following exhibits, which I understand were produced to Activision by counsel, are representative of the different improvements I continued to implement over time: Exhibit 15 (WZ000512) is a true and correct copy of an April 2021 Warzone blog post, referencing changes to the game I implemented at WZ000518; Exhibit 16 (WZ000640) is a true and correct copy of a January 2022 Warzone blog post, referencing another game update; Exhibit 17 (WZ000662) is a true and correct copy of a July 2023 Warzone blog post, referencing improvements to both Warzone Classic and Idle.

9.      WARZONE is our trademark, and has been used by Warzone continuously beginning in 2017 in connection with our video games.  WARZONE is depicted with a ™ after it in our logo and appears on every page of Warzone's website a user navigates to, in the top left corner.  Attached to this declaration as Exhibit 19 (WZ025702) is a true and correct image of www.warzone.com.  I understand this was produced to Activision by counsel.  As I testified in my deposition, I understood this to confer notice that the term was being used as a trademark, as was Warzone's intention.

DECLARATION OF RANDY FICKER IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

10.     Over the past 17 years, Warzone has utilized many strategies to lead users to its website and other platforms where Warzone's offerings are promoted.  Search engine optimization is an example of one such marketing strategy.  Warzone's offerings are regularly updated through official posts, public forums, video streams, blog posts, direct messages, and tournaments, as well as supporting user-led promotion.  Attached hereto as Exhibit 1 (WZ000709) is a true and correct copy of a post from Warzone's blog on May 13, 2023, referencing "Ask Fizzer Anything" a livestream I host, typically streaming on Twitch and then posting on YouTube, and where members of the public can join or watch and listen to me answer questions sent in by viewers/listeners.  On February 18, 2025, I livestreamed "Ask Fizzer Anything" on my personal Twitch account engaging with some players of the Warzone game.  As of February 28, 2025 the livestream was still available at https://www.twitch.tv/fizzerwl/videos.  I conduct AMA sessions regularly, and am unaware why prior videos I posted to this Twitch account did not save.

11.     I have often utilized Twitch to interact with its users.  Attached hereto as Exhibit 2 (WZ000671) is a true and correct copy of a post from Warzone's blog on June 16, 2024, referencing a livestream I conducted on Monday, June 17, 2024.  These announcements would direct members of the public to the date, time and link to stream on Twitch.  This exhibit is one such example of a Twitch stream which appears to not have been saved.  Warzone players were able to report bug issues based on streams on Twitch.  Attached hereto as Exhibit 3 (WZ000612) is a true and correct copy of a post from Warzone's blog on February 2, 2019.  I would receive feedback for the game, for example be notified of bugs in the game, during Twitch live streams (for example, Exhibit 3 at WZ000617 addresses a bug report whilst thanking the person who reported the issue on Twitch).

12.     Warzone's offerings are available to members of the public and have been reviewed online.  Warzone has also engaged with online publications.  Attached hereto as Exhibit 4 (WZ024388) is a true and correct copy of consumer reviews from Google Play that have been reviewed online by gaming platforms that I have engaged with.  My games

– 3 –

DECLARATION OF RANDY FICKER IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

have received thousands of reviews from where they are advertised on the app store. I received the consumer email regarding the Google Play review on November 26, 2018, at 3:03 PM PST, as part of my regular review of consumer feedback via review websites. I have actively engaged with online reviewers and was aware that such online publications existed.

13.   In 2019, to ramp up user engagement, Warzone made plans to develop a significant amount of new content for a game expansion in another genre that made better use of "microtransactions," a popular video game product known for its higher earning potential in the free-to-play game space. In December 2019, Warzone retained Bo Geddes, a marketing consultant in the video game industry. I had been engaging with Mr. Geddes about ways to grow Warzone's user base, and my thoughts on expansion—including the new video game I was working on, which became Warzone Idle. Mr. Geddes developed a written marketing plan for Warzone which we discussed, along with his ideas for and work on Warzone's user interface. Attached as Exhibit 5 (WZ015607) is a true and correct copy of the marketing proposal shared with me by Mr. Geddes on December 30, 2019.  Mr. Geddes and I continued to have regular correspondence from December 2019 to May 2020 to collaborate on the marketing plan and optimize Warzone's user interface ahead of the marketing campaign—these conversations are reflected in Exhibit 6 (WZ015672), a true and correct copy of which is attached hereto. Mr. Geddes and I met frequently to discuss how to structure contingent payment terms for the marketing campaign to align incentives, and this is reflected in Exhibit 7 (WZ015603) a true and correct copy of which is attached hereto. I began working with  Mr. Geddes to implement the first part of his plan, the UI/UX (user interface) design updates March 2020, as development continued on Warzone's idle game mode and user interface, I saw that the user activity metrics were rising and noted the improved revenue performance to my business partner as reflected in Exhibit 9 (WZ023894), a true and correct copy of Google Chat messages received on March 6, 2020, that I understand were extracted by a vendor for the purposes of this litigation.

– 4 –

After some discussion, we decided that in order to optimize the expected increase in revenues per user, the marketing plan would begin after the release of Warzone Idle, as reflected in Exhibit 7 at WZ023896. In March of 2020, Mr. Geddes contacted me to ask how the game was doing in light of Covid-19, *see* Exhibit 8 (WZ016387), a true and correct copy of which is attached hereto, wherein I responded that traffic had increased but I was not sure if it was due to  Covid-19 or the recent release of Call of Duty's Warzone video game.

14.     I paused further development of the user interface with Mr. Geddes in May of 2020 in order to focus on the development of Warzone Idle, as I testified at deposition, so that I could use funds from Warzone Idle for the marketing.  I fully expected to engage in further marketing and advertising as soon as Warzone Idle launched and I felt I could afford to do so.  Mr. Geddes and I had always anticipated that the marketing plan would be initiated post release of Warzone Idle.

15.     The beta launch of Warzone Idle happened in July of 2020.  It performed well, and because of its improved ability to harvest micro-transactions, it increased revenues almost immediately.  But it did not increase Warzone's user base as I had hoped, especially since I was aware that other video games were experiencing major growth during Covid.  I also did not have the resources to spend on the marketing plan, and felt that it would be difficult to gain recognition based on the increasing use of WARZONE by Activision, and its increasing association with Call of Duty.  I did not feel that in such an uncertain environment I could afford to invest in Mr. Geddes's plan.

16.     Call of Duty's Warzone was also a free to play video game.  In March of 2020 when the game was first released, there was a huge spike in some of our metrics like the number of users playing Warzone, but a steep decline in others like revenue per user. The spike was short-lived and by the end of June 2020 it was clear that video game consumers were confusing my Warzone with Call of Duty's Warzone.  For example, Warzone's Twitch page was flooded with player's live streaming Call of Duty's Warzone game under our WARZONE logo.  Since rebranding as WARZONE we had risen in

DECLARATION OF RANDY FICKER IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

search rankings for the keyword "warzone" with thousands of people associating our game with the WARZONE brand.  By midsummer 2020,  queries for "warzone" led to Call of Duty.

17.     I received at least 250 emails from March 2020 to December 2024, from players contacting Warzone through several different channels, believing that they were dealing with Activision.  I received (and continue to receive) these emails from a combination of the bug reporting feature on the Warzone website and from more general player requests through "Contact Us" on the Warzone website and mobile apps.  I attach to this declaration representative examples of such emails true and correct copies of the original electronic correspondence that I provided from Warzone's email servers, attached hereto as:  Exhibit 10 (WZ011351), a true and correct copy of an email received on September 5, 2020; Exhibit 11 (WZ011471), a true and correct copy of an email received on July 9, 2022; Exhibit 12 (WZ004951), a true and correct copy of an email received on December 18, 2022; Exhibit 13 (WZ004953), a true and correct copy of an email received on received February 12, 2023, and Exhibit 14 (WZ004954) dated March 25, 2023.  I understand these emails, along with other documents from Warzone's files, were produced to Activision as part of this litigation.

18.     In the fall of 2020, I learned that Activision had filed for a trademark in WARZONE, which was Warzone's trademark and had been since 2017.  Warzone had no choice but to file its own trademark, as I was concerned not just about protecting our brand but also that Activision would sue Warzone if it was granted a registered mark in WARZONE.  On October 30, 2020 Warzone filed its applications with the USPTO for the mark WARZONE.

19.     Because of the confusion in the marketplace, and because Warzone had been using WARZONE before Activision, on November 3, 2020 Warzone filed oppositions to Activision's WARZONE trademark applications.  Our counsel, Derek Newman, reached out in November 2020 to try to work out a way to resolve the issue with Activision, but it didn't work and Activision filed this lawsuit against Warzone in April of 2021.

– 6 –

DECLARATION OF RANDY FICKER IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

20.     Warzone's applications for a trademark registration in WARZONE in the United States are suspended pending resolution of this litigation.  Warzone has registered trademarks in WARZONE in Taiwan, Switzerland, Japan, Iceland and China.

21.     Attached hereto as Exhibit 23 (WZ004998) is a true and correct copy of Warzone's 2017 Tax Return.  Attached hereto as Exhibit 24 (WZ005012) is a true and correct copy of Warzone's 2018 Tax Return.  Attached hereto as Exhibit 25 (WZ005027) is a true and correct copy of Warzone's 2019 Tax Return.  Attached hereto as Exhibit 18 (WZ005044) is a true and correct copy of Warzone's 2020 Tax Return.

22.     ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

23.     Attached hereto as Exhibit 22 (WZ000554) is a true and correct copy of the patch notes from my blog from June 18, 2008 to April 25, 2024.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on February 28, 2025 in Everett, Washington.

_____

Randy Ficker

DECLARATION OF RANDY FICKER IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT