# EXHIBIT 5

**REDACTED**