# EXHIBIT 8

**REDACTED**