# EXHIBIT 9

**REDACTED**