# EXHIBIT 11

**REDACTED**