# EXHIBIT 12

**REDACTED**