# EXHIBIT 13

**REDACTED**