# EXHIBIT 14

**REDACTED**