# EXHIBIT 18

## REDACTED