# EXHIBIT 20

**REDACTED**