# EXHIBIT 21

**REDACTED**