# EXHIBIT 23

**REDACTED**