# EXHIBIT 24

**REDACTED**