# EXHIBIT 25

**REDACTED**