# EXHIBIT AA

**REDACTED**