# EXHIBIT AB

**REDACTED**