# EXHIBIT AC

**REDACTED**