# EXHIBIT AD

**REDACTED**