# EXHIBIT AG

**REDACTED**