# EXHIBIT AH

**REDACTED**