# EXHIBIT C

**REDACTED**