# EXHIBIT D

**REDACTED**