# EXHIBIT F

**REDACTED**