# EXHIBIT H

**REDACTED**