# EXHIBIT I

**REDACTED**