# EXHIBIT N

**REDACTED**