# EXHIBIT O

**REDACTED**