# EXHIBIT S

**REDACTED**