# EXHIBIT T

**REDACTED**