# EXHIBIT Y

## REDACTED