# EXHIBIT 2

**REDACTED**