Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
Nicole A. Bloomfield (State Bar No. 356757)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-3073@cases.warrenlex.com

*Attorneys for Defendant / Counterclaimant Warzone.com, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., <br><br> Plaintiff / Counterclaim Defendant, <br><br> v. <br><br> WARZONE.COM, LLC, <br><br> Defendant / Counterclaimant. | Case No. 2:21-cv-3073-FLA (JCx) <br><br> **[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL CERTAIN DOCUMENTS** |

Having considered Defendant and Counterclaimant Warzone.com, LLC's Application for Leave to File Under Seal Certain Documents regarding Warzone.com, LLC's Opposition to Motion for Summary Judgment and declarations in support, the Court finds good cause for the entry of this Order and GRANTS Defendant and Counterclaimant Warzone.com, LLC's Application for leave to file the following materials under seal:

Warzone's application for leave to file under seal includes the following:

| Document | Portion to be Sealed |
|---|---|
| Warzone's Opposition to Activision's Motion for Summary Judgment | Highlighted Portions |
| Evidentiary Objections | Highlighted Portions |
| Statements of Genuine Disputes of Fact | Highlighted Portions |
| Declaration of Randy Ficker | Highlighted Portions |
| Expert Report of Bo Geddes | Entirety |
| Expert Rebuttal Report of Bo Geddes | Entirety |
| Expert Report of Claudiu Dimofte | Highlighted Portions |
| Ficker Declaration, Exhibit 5 | Entirety |
| Ficker Declaration, Exhibit 7 | Entirety |
| Ficker Declaration, Exhibit 8 | Entirety |
| Ficker Declaration, Exhibit 9 | Entirety |
| Ficker Declaration, Exhibit 10 | Entirety |

| | |
|---|---|
| Ficker Declaration, Exhibit 11 | Entirety |
| Ficker Declaration, Exhibit 12 | Entirety |
| Ficker Declaration, Exhibit 13 | Entirety |
| Ficker Declaration, Exhibit 14 | Entirety |
| Ficker Declaration, Exhibit 18 | Entirety |
| Ficker Declaration, Exhibit 20 | Entirety |
| Ficker Declaration, Exhibit 21 | Entirety |
| Ficker Declaration, Exhibit 23 | Entirety |
| Ficker Declaration, Exhibit 24 | Entirety |
| Ficker Declaration, Exhibit 25 | Entirety |
| Deposition Transcript of J. Westerdal Transcript | Entirety |
| Deposition Transcript of B. Geddes Excerpt | Entirety |

| **Document** | **Portion to be Sealed** |
|---|---|
| Email from Marc Mayer to Jen Kash on Friday, December 6, 2024 | Entirety |

| | |
|---|---|
| Email from Marc Mayer to Jen Kash on November 26, 2024 | Entirety |
| ATV006497-ATV006518 | Entirety |
| ATV006519-ATV006527 | Entirety |
| ATV006528-ATV006531 | Entirety |
| ATV014565-ATV014566 marked ATTORNEYS' EYES ONLY - HIGHLY CONFIDENTIAL | Entirety |
| ATV028010-ATV028011 marked ATTORNEYS' EYES ONLY - HIGHLY CONFIDENTIAL | Entirety |
| ATV028042-ATV028044 marked CONFIDENTIAL | Entirety |
| Activision Profit and Loss Statement ATV000560 marked ATTORNEYS' EYES ONLY - HIGHLY CONFIDENTIAL | Entirety |
| ATV002559-ATV002560 marked CONFIDENTIAL | Entirety |
| ATV000843-ATV000903 marked CONFIDENTIAL - ATTORNEYS' EYES ONLY | Entirety |

| | |
|---|---|
| ATV000718-ATV000722 marked CONFIDENTIAL | Entirety |
| ATV006519-ATV006527 marked FRE 408—CONFIDENTIAL SETTLEMENT COMMUNICATION | Entirety |
| ATV006425 marked CONFIDENTIAL | Entirety |
| ATV000755-ATV000783 marked CONFIDENTIAL | Entirety |
| ATV026873-ATV026921 marked ATTORNEYS' EYES ONLY - HIGHLY CONFIDENTIAL | Entirety |
| ATV017633-ATV017634 marked ATTORNEYS' EYES ONLY - HIGHLY CONFIDENTIAL | Entirety |
| ATV000973-ATV000977 marked CONFIDENTIAL | Entirety |
| ATV018455-ATV018477 marked ATTORNEYS' EYES ONLY - HIGHLY CONFIDENTIAL | Entirety |
| Deposition Transcript of R. Welden Excerpt | Entirety |
| Deposition Transcript of C. Wang Excerpt | Entirety |

| Deposition Transcript of M. Kliszewski Excerpt | Entirety |
| --- | --- |
| Deposition Transcript of S. Tully | Entirety |

**IT IS SO ORDERED.**

Date: _____          _____
                         THE HONORABLE FERNANDO L. AENLLE-ROCHA
                         UNITED STATES DISTRICT JUDGE