Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
Nicole A. Bloomfield (State Bar No. 356757)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-3073@cases.warrenlex.com

*Attorneys for Defendant / Counterclaimant Warzone.com, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., | Case No. 2:21-cv-3073-FLA (JCx) |
| Plaintiff / Counterclaim Defendant, | Hon. Fernando L. Aenlle-Rocha |
| v. | **DECLARATION OF BO GEDDES IN SUPPORT OF WARZONE.COM, LLC'S OPPOSITION TO MOTION OF ACTIVISION PUBLISHING, INC. FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT ON COUNTERCLAIMS OF WARZONE.COM, LLC** |
| WARZONE.COM, LLC, | |
| Defendant / Counterclaimant. | |
| | Hearing Date: March 21, 2025 |
| | Hearing Time: 1:30 p.m. |
| | Courtroom: 6B |
| | Pretrial Conference: May 19, 2025 |
| | Trial: May 27, 2025 |

I, Bo Geddes, declare as follows:

1. I have been retained by counsel for Defendant and Counterclaimant Warzone.com, LLC ("Warzone" or "Defendant") to testify as an expert on branding and marketing issues in the above captioned civil action (the "Action"). I submit this declaration in support of Warzone.com, LLC's Opposition to Motion of Activision Publishing, Inc. for Summary Judgment or, Alternatively, Partial Summary Judgment on Counterclaims of Warzone.com, LLC.

2. On January 17, 2025, I submitted an expert report in this action ("Expert Report"). A true and correct copy of my Expert Report is attached hereto as Exhibit 1.

3. On January 31, 2025, I submitted a rebuttal expert report in this action ("Rebuttal Expert Report"). A true and correct copy of my Rebuttal Expert Report is attached hereto as Exhibit 2. On February 7, 2025, I was made aware that Exhibit C to my Rebuttal Expert Report in this action ("Exhibit C"), containing the updated materials considered attached to my Rebuttal Expert Report, was inadvertently not served with the rest of my report. I understand counsel for Warzone served Exhibit C to my Rebuttal Expert Report on Activision Publishing, Inc. the same day. A true and correct copy of my Exhibit C to the Rebuttal Expert Report is attached hereto as Exhibit 3.

4. I make this declaration based on my personal knowledge, my background, experience, and education; and the publications, reports, studies, documents, interviews, and other materials and information listed in my Expert Report and Rebuttal Expert Report. If called to testify at trial, I would testify competently regarding the opinions and conclusions I have formed in this case.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 28, 2025 in Bellevue, Washington.

_____
Bo Geddes