**EXHIBIT C - MATERIALS CONSIDERED**

| Description | Bates Number |
|---|---|
| Warzone.com, LLC's Objections and Amended Responses (Nos. 3, 6, & 13) Second Supplemental Response (No. 5) and Supplemental Response (No. 12) to Activision's First Set of Interrogatories, dated December 1, 2024 | |
| Documents Produced By Defendant Warzone.com, LLC | WZ000453; WZ000536; WZ000671; WZ000801; WZ004985; WZ004998; WZ005012; WZ005027; WZ005044; WZ005058; WZ005072; WZ005086; WZ006782; WZ006998; WZ007164; WZ009441; WZ011346; WZ011350; WZ011363; WZ011382; WZ011390; WZ011430; WZ011465; WZ011660; WZ011675; WZ011795; WZ011974; WZ012002; WZ012006; WZ014740; WZ014818; WZ015309; WZ015313; WZ017663; WZ022720; WZ022732; |

**EXHIBIT C - MATERIALS CONSIDERED**

|  | WZ023306; WZ024129; WZ024377. |
|---|---|
| Documents Produced By Plaintiff Activision Publishing, Inc. | ATV000186; ATV000199; ATV000753; ATV000755; ATV000784; ATV000843; ATV000905; ATV001015; ATV001194; ATV001217; ATV001373; ATV001649; ATV001723; ATV005189; ATV005732; ATV006358; ATV006360; ATV006366; ATV006368; ATV006370; ATV006372; ATV006376; ATV006377; ATV007710; ATV008467; ATV008952; ATV010224; ATV014555; ATV015742; ATV016365; ATV017667; ATV017671; ATV018630; ATV019572; ATV021676; ATV022414; ATV023306; ATV024280; ATV025430; ATV025435; |

## EXHIBIT C - MATERIALS CONSIDERED

| | |
|---|---|
| | ATV026186; ATV027775; ATV028045; ATV028282; ATV028397. |
| Expert Report of Roman Welden, dated January 17, 2025. | |
| Deposition Transcript of Carolyn Wang, dated December 13, 2024. | |
| Deposition Transcript of Terry Kiel, dated December 17, 2024. | |
| Deposition Transcript of Chris Plummer, dated December 16, 2024. | |
| Activision Blizzard Media. *Gallery of the Gamer Behind the Art: Modern Gamer Personas*. Activision Blizzard, 2021, www.activisionblizzardmedia.com/content/dam/atvi/ab-media/news-resources/documents/Gallery_of_the_Gamer_-_Modern_Gamer_Personas.pdf. | |
| "Report Bug - Warzone," available at https://www.warzone.com/reportbug | |
| "The Essential Guide to Gaming Audiences." *Adweek*, Activision Blizzard Media, 22 Mar. 2024, www.adweek.com/sponsored/the-essential-guide-to-gaming-audiences/. | |
| "Modern Gamer Personas." *Activision Blizzard Media*, 1 Oct. 2020, www.activisionblizzardmedia.com/insights/blogs/2020/10/feature-research--modern-gamer-personas. | |
| "Premium by Design: Defining Premium Gaming Experiences." *Activision Blizzard Media*, 15 May 2023, www.activisionblizzardmedia.com/insights/blogs/2023/05/premium-by-design. | |
| Miller, Antonio. "Why MultiPlatform Players are More Receptive to Advertising." *Activision Blizzard Media*, 16 Apr. 16, www.activisionblizzardmedia.com/insights/blogs/2024/4/why-multiplatform-players-are-more-receptive-to-advertising. | |
| Caroll, Greg. "How to Activate in Gaming for Brands." *Activision Blizzard Media*, 18 Jan. 2024, www.activisionblizzardmedia.com/insights/blogs/2024/1/how-to-activate-in-gaming-for-brands. | |

**EXHIBIT C - MATERIALS CONSIDERED**

| | |
|---|---|
| Ducheneaut, Nicolas and Nick Yee. "The Science of Gamer Motiviation." *Quantic Foundry*, 2024, quanticfoundry.com/#motivation-model. | |
| "The Many Ways We Play: A New View of Game Players." *Activision Blizzard Media*, 2024, www.activisionblizzardmedia.com/content/dam/atvi/ab-media/news-resources/documents/The_Many_Ways_We_Play.pdf. | |
| Fahmy, Andrea. "Redefining 'Gamer': What Today's Diverse Audience Means for Brands." *Activision Blizzard Media*, 14 Nov. 2024, https://www.activisionblizzardmedia.com/es/blog/gaming-audiences/what-todays-diverse-gaming-audience-means-for-brands. | |
| "Who Knew? One Third of Call of Duty Players Love Candy Crush." *BeyondGames.biz*, 28 Jul. 2022, www.beyondgames.biz/25156/34-of-call-of-duty-players-love-candy-crush/. | |
| Sawinyh, Nick. "Do TLDs Affect SEO?" *Semrush Blog*, 21 Dec. 2020, www.semrush.com/blog/will-using-alternate-tlds-affect-your-seo-negatively/. | |
| Shaikh, Muhammad. "Domain SEO Explained: Choosing an SEO-Friendly Domain Name." *Shopify*, 26 Jun. 2024, www.shopify.com/blog/domain-seo. | |
| "Warzone - Twitch." *Twitch*, 2023, www.twitch.tv/directory/category/warzone. Accessed 29 Jan. 2025. | |
| "'Ultimate Team' ft. Trae Young - Call of Duty: Modern Warfare II." Youtube, uploaded by Call of Duty, 2 Jun. 2022, www.youtube.com/watch?app=desktop&v=CUOLhpCN2eE. | |
| Perrie, Stewart. "Gamers will be able to play as Snoop Dogg and Nicki Minaj in Call of Duty season five." *LADbible*, 27 Jul. 2023, www.ladbible.com/entertainment/gaming/snoop-dogg-nicki-minaj-skins-unveiled-call-of-duty-530503-20230727. | |
| Serafico, Lawrence. "All Crossovers In Call of Duty: Warzone." *Repeat.gg*, 18 Dec. 2023, www.repeat.gg/content/all-crossovers-in-call-of-duty-warzone/. | |
| Makuch, Eddie. "Best-Selling Games Of Each Year Since 1998 In | |

**EXHIBIT C - MATERIALS CONSIDERED**

| | |
|---|---|
| The US." *GameSpot*, 23 Jan. 2025, www.gamespot.com/gallery/best-selling-games-of-each-of-the-past-25-years-in-the-us/2900-5031/. | |
| Yin-Poole, Wesley. "Respawn Worked on Titanfall 3 for 10 Months Before Pivoting to Apex Legends, Ex-Dev Reveals." *IGN*, 13 Jun. 2023, www.ign.com/articles/respawn-worked-on-titanfall-3-for-10-months-before-pivoting-to-apex-legends-ex-dev-reveals. | |
| McKenzie, Theodore. "Apex Legends' Main Problem at Launch Was Its Success." *80lv*, 6 Feb. 2024, 80.lv/articles/apex-legends-main-problem-at-launch-was-its-success/. | |
| Ficker, Randy. "Ask Fizzer Anything." *Twitch*, uploaded by FizzerWL, 20 Jan. 2025, www.twitch.tv/videos/2358817788. | |
| Ficker, Randy. "Update 5.31: Warzone Groups!" *Warzone.com*, 22 Dec. 2024, www.warzone.com/blog/index.php/2024/12/. | |
| "Fizzer AMA." *Warzone.com*, 23 Dec. 2024, www.warzone.com/Forum/804965-fizzer-ama-monday-20241223. | |
| "Map of the week discussion: Week 519." *Warzone.com*, 27 Jan. 2025, www.warzone.com/Forum/810185-map-week-discussion-week-519. | |
| "News." *Warzone.com*, 17 Jan. 2025, www.warzone.com/News. | |
| "Change Log." *Warzone.com*, 2025, https://www.warzone.com/ChangeLog/5.32.0.htm. | |
| "The Seed: War Zone." *Giant Bomb*, 2024, www.giantbomb.com/the-seed-war-zone/3030-30589/releases/. | |