Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
Nicole A. Bloomfield (State Bar No. 356757)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-3073@cases.warrenlex.com

*Attorneys for Defendant / Counterclaimant Warzone.com, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., <br><br> Plaintiff / Counterclaim Defendant, <br><br> v. <br><br> WARZONE.COM, LLC, <br><br> Defendant / Counterclaimant. | Case No. 2:21-cv-3073-FLA (JCx) <br><br> Hon. Fernando L. Aenlle-Rocha <br><br> **DECLARATION OF CLAUDIU V. DIMOFTE, PH.D. IN SUPPORT OF WARZONE.COM, LLC'S OPPOSITION TO MOTION OF ACTIVISION PUBLISHING, INC. FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT ON COUNTERCLAIMS OF WARZONE.COM, LLC** <br><br> Hearing Date:  March 21, 2025 <br> Hearing Time:  1:30 p.m. <br> Courtroom:  6B <br> Pretrial Conference:  May 19, 2025 <br> Trial:  May 27, 2025 |

I, Claudiu V. Dimofte, Ph.D, declare as follows:

1. I am a tenured Professor of Marketing in the Fowler College of Business at San Diego State University and a Research Fellow at its Centre for Integrated Marketing Communications. I hold a doctoral degree in Marketing with a psychology minor from the Foster School of Business at the University of Washington in Seattle. My research interests span various areas of consumer psychology, with a focus on consumer response to marketing stimuli and its measurement via appropriate marketing metrics. My research has appeared in leading scholarly journals in the fields of marketing, consumer psychology, and management science. I have co-chaired major academic conferences in the marketing field and been a keynote speaker at practitioner/industry conferences. I have been invited to give research talks at numerous academic institutions across several continents and have served on the Editorial Boards of three of the leading academic journals in business: the *Journal of Consumer Psychology* (since 2012), the *Journal of the Academy of Marketing Science* (since 2017), and the *Journal of International Marketing* (since 2019). My consulting work has involved clients ranging from start-ups to non-profits and Fortune 500 companies, as well as expert witness research, reporting, deposition, and testimony in consumer-related litigation. Over more than two decades of academic and consulting research I have been involved in hundreds of research projects and I am well equipped to perform scholarly and applied work from both theoretical and methodological perspectives. In particular, my survey research experience includes performing and supervising hundreds of surveys at all stages, including the methodologically rigorous selection of appropriate samples from the population of interest. One of my research interests involves the appropriate use of methodological approaches in marketing research, including the development of rigorous scales and their associated psychometric properties. A true and correct copy of my curriculum vitae is attached to my report, identified below.

2. I was retained by counsel for Defendant and Counterclaimant Warzone.com, LLC ("Warzone" or "Defendant") in the above captioned civil action (the "Action"). I

– 1 –

submit this declaration in support of Warzone.com, LLC's Opposition to Motion of Activision Publishing, Inc. for Summary Judgment or, Alternatively, Partial Summary Judgment on Counterclaims of Warzone.com, LLC.

3. At the request of counsel for Defendant, I designed and conducted a consumer perceptions survey, to assess "whether the alleged unfair use of WARZONE trademark by Activision Publishing, Inc. ("Activision") has produced consumer confusion in the marketplace" and thereafter on January 16, 2025, provided the conclusions and results from the survey, along with my analysis and methodologies ("Expert Report"). It is my understanding that my Expert Report was provided to counsel for Activision on January 17, 2024. A true and correct copy of my Expert Report is attached hereto as Exhibit 1.

4. In my Expert Report, and consistent with my practice, I title the consumer survey I performed a "Consumer Perception Study" which I conducted using well known survey methodologies, and I provide citations to the same. While I utilize some of the principles in two types of surveys that can be utilized to measure consumer confusion, known as "Eveready" or "Squirt" surveys, the methodology I set forth in my report is another means for testing consumer confusion accepted by those in the consumer testing field. The results of this survey form the basis of my conclusion that there is consumer confusion amongst potential consumers of Warzone based on Activision's use of WARZONE.

5. On February 6, 2025, counsel for Activision conducted my deposition for almost 7 hours on the record in this Action, during which time I provided testimony about the survey I conducted and my opinions regarding the results of the survey. I understand that Activision is representing to the Court that Warzone has no evidence of consumer confusion including that there is no survey evidence from any expert regarding consumer confusion, but my Expert Report contains evidence of actual confusion among prospective consumers of Warzone, and I believe my findings, along with my expertise in the field of consumer perception, will be helpful to the trier of fact.

6.    As discussed in the Expert Report and at my deposition, it is my opinion, based on the data from the survey and other documents and materials reviewed in providing my Expert Report, that most video game consumers play or would play more than one type or genre of video games.

7.    I am a scientist and I am agnostic as to the outcome of the Action, and do not benefit one way or the other based on the success of either party.

8.    I make this declaration based on my personal knowledge, my background, experience, and education; and the publications, reports, studies, documents, interviews, and other materials and information listed in my Expert Report, at deposition or by declaration. If called to testify at trial, I would testify competently regarding the opinions and conclusions I have formed in this case.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 28, 2025 in San Diego, California .

_____
Claudiu V. Dimofte, Ph.D

– 3 –
DECLARATION OF CLAUDIU DIMOFTE IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT