HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation, <br><br> Plaintiff / Counterclaim Defendant, <br> vs. <br><br> WARZONE.COM, LLC, <br><br> Defendant / Counterclaimant. | CASE NO. 2:21-cv-3073-FLA (JVX) |

## EXPERT REPORT OF CLAUDIU V. DIMOFTE, PH.D.

### January 16, 2025

1

# TABLE OF CONTENTS

## EXPERT REPORT OF CLAUDIU V. DIMOFTE, PH.D.

I. INTRODUCTION ........................................................................................................3

    A. Scope of Assignment .........................................................................................4

    B. Summary of Opinion .........................................................................................4

    C. Qualifications ....................................................................................................4

II. CONSUMER PERCEPTIONS STUDY ......................................................................5

    A. Design ................................................................................................................6

        i. Survey Methodology...........................................................................................7

        ii. Target Population and Sample............................................................................7

        iii. Reliability and Validity Considerations ...........................................................8

    B. Administration....................................................................................................9

        i. Screening Section ..............................................................................................10

        ii. Main Questionnaire Section ............................................................................11

        iii. Final Section ...................................................................................................14

    C. Data Analysis and Results ...............................................................................14

        i. Respondent Statistics ........................................................................................14

        ii. Findings ...........................................................................................................14

        iii. Summary of Consumer Perceptions Study Results ........................................18

    D. Summary of Study Findings ............................................................................19

III. WARZONE JUNIOR USER IMPACT ON SENIOR USER.....................................19

IV. OVERALL CONCLUSIONS .....................................................................................21

Appendix A ......................................................................................................................23

Appendix B ......................................................................................................................30

Appendix C ......................................................................................................................34

Appendix D ......................................................................................................................37

Appendix E ......................................................................................................................38

Appendix F ......................................................................................................................39

Appendix G ......................................................................................................................65

## EXPERT REPORT OF CLAUDIU V. DIMOFTE, PH.D.

### I.      INTRODUCTION

1.  I understand that the Plaintiff in this matter, *Activision Publishing, Inc.* ("Activision," "Plaintiff" or "Counterclaim Defendant") has brought an action against *Warzone.com LLC* ("Warzone," "Defendant" or "Counterclaimant"), arising out of Warzone's alleged "threats of litigation and active efforts to block"[1] Activision's registration of trademarks that include the word "WARZONE." Activision alleges that "its use and registration of the marks WARZONE and "Call of Duty Warzone" ("CODWZ") are not likely to cause consumer confusion as to the origin of CODWZ or to mislead the public into believing that Activision is affiliated with, sponsors, or endorses Defendant's *Warzone* game, or vice-versa." [2]

2.  I understand that the Warzone has introduced a counterclaim against Activision, wherein it alleges that its own use of the WARZONE name for the game it published at Warzone.com precedes the Plaintiff's use thereof and thus "Where a junior user adopts the use of a similar title to the senior user's work – as in this case – such use explicitly misleads as to source." [3] Furthermore, "Given the popularity of Activision's Call of Duty franchise, its adoption of the WARZONE mark as the dominant junior user has saturated the market with an identical mark in a manner that has overwhelmed Warzone, the senior user.[4] As a result, "There is significant actual consumer confusion from consumers as to the source, origin, or sponsorship of "Call of Duty: Warzone."" [5]

3.  Warzone also alleges that "Activision adopted the WARZONE™ Mark intentionally, willfully and in bad faith, fully aware of Warzone's prior and superior trademark rights in the WARZONE™ Mark."[6] In so doing, Counterdefendant has allegedly engaged in false

---

[1] *See* Case No. 2:21-cv-3073, United States District Court, Central District of California ("Complaint"), ¶ 4.

[2] Complaint, ¶ 35.

[3] *See* Answer to Case No. 2:21-cv-3073, United States District Court, Central District of California ("Counterclaim"), ¶ 5.

[4] Counterclaim, ¶ 23.

[5] Counterclaim, ¶ 24.

[6] Counterclaim, ¶ 30.

advertising and unfair competition, due to which "Counterclaimant has suffered and will continue to suffer damage to its business, reputation and goodwill." [7]

### A.    Scope of Assignment

4.    I was asked by Warren Kash Warren, representing Warzone,  to conduct a survey, defined herein and below as the *Consumer Perceptions Study*, and to thereafter provide an expert report in which I disclose my conclusions and opinions in the above matter in order to assist the trier of fact in assessing whether the alleged unfair use of the WARZONE trademark by Activision has produced consumer confusion in the marketplace and whether such confusion resulted in damage to Warzone and/or benefit to Activision— including but not limited to assessing any impact, if any, on consumer perception of Warzone.[8]

5.    In performing this work and research, and in formulating my related opinions, I considered the items cited in the footnotes to this report as well as other relevant literature. All materials considered are listed in Appendix C hereto.

### B.    Summary of Opinion

6.    Based on the *Consumer Perceptions Study* performed according to the field's best practices, this research finds that the alleged unfair conduct of Activision has indeed produced consumer confusion regarding WARZONE, resulting in likely benefit to Activision and detriment to Warzone.  In addition, based on this research, as well as my review of documents and information produced in this case, I have concluded that the name WARZONE is of value to relevant consumers.

### C.    Qualifications

7.    I am a tenured Professor of Marketing in the Fowler College of Business at San Diego State University and a Research Fellow at its Centre for Integrated Marketing Communications. I hold a doctoral degree in Marketing with a psychology minor from the Foster School of Business at the University of Washington in Seattle. My research interests span various areas of consumer psychology, with a focus on consumer response to marketing stimuli and its measurement via appropriate marketing metrics. My research has appeared in leading

---

[7] Counterclaim, ¶ 49.

[8] Given that Warzone.com is the senior user of the trademark at issue, I will henceforth refer to its game (available at Warzone.com and in mobile application stores) as "Warzone." Reference to the trademark itself will be made as "WARZONE" (i.e., capitalized).

scholarly journals in the fields of marketing, consumer psychology, and management science.

8. I have co-chaired major academic conferences in the marketing field and been a keynote speaker at practitioner/industry conferences. I have been invited to give research talks at numerous academic institutions across several continents and have served on the Editorial Boards of three of the leading academic journals in business: the *Journal of Consumer Psychology* (since 2012), the *Journal of the Academy of Marketing Science* (since 2017), and the *Journal of International Marketing* (since 2019).

9. My consulting work has involved clients ranging from start-ups to non-profits and Fortune 500 companies, as well as expert witness research, reporting, deposition, and testimony in consumer-related litigation.

10. Over more than two decades of academic and consulting research I have been involved in hundreds of research projects and I am well equipped to perform scholarly and applied work from both theoretical and methodological perspectives.

11. In particular, my survey research experience includes performing and supervising hundreds of surveys at all stages, including the methodologically rigorous selection of appropriate samples from the population of interest. One of my research interests involves the appropriate use of methodological approaches in marketing research, including the development of rigorous scales and their associated psychometric properties.

12. My curriculum vitae, which provides more details about my background as well as a detailed list of my professional publications for at least the past ten years, is attached hereto as Appendix A. A list of cases where I provided expert deposition or testimony in the preceding five years is attached hereto as Appendix B.

13. I was paid a fee as compensation for this assignment, at the rate of $1,000 per hour. My compensation is not contingent upon the opinions I express or the outcome of the case.

## II.    CONSUMER PERCEPTIONS STUDY

14. Prior to offering the opinions as set forth herein, I designed, coded, conducted, and analyzed a consumer perceptions survey to determine whether and how the alleged conduct of Activision would impact the perceptions of the relevant consumer population. This survey is referred to herein and throughout as the *Consumer Perceptions Study*.

15. I conducted the *Consumer Perceptions Study* in a manner consistent with the scientific standards of my profession. In particular, studies should adhere to the factors cited in the Federal Judicial Center's *Manual for Complex Litigation*: choosing and defining the appropriate population while using a representative sample, asking clear and not leading questions, gathering, analyzing, and reporting the data accurately and according to accepted statistical principles, conducting the survey by qualified persons following proper procedures, and conducting the entire process in an objective manner.[9]

16. The methodology employed in designing, coding, conducting, and analyzing the *Consumer Perceptions Study* conducted for this case is reliable, valid, and representative of those used in marketing research science and practice. The results of this study can be relied upon to draw conclusions about the issues under consideration.

17. The *Consumer Perceptions Study* was conducted in order to assess what consumers associate with the "Warzone" descriptor in the context of video games and whether there is confusion in the marketplace regarding the products offered by Activision which use WARZONE (i.e., Call of Duty: Warzone and/or Call of Duty: Warzone Mobile), and the products offered by Warzone (i.e., the video games titled WARZONE). The design, administration, and analyses associated with the study are presented below.

**A.    Design**

18. The following sections review the study design, including the target population, stimuli, and strategies employed to ensure the collection of valid and reliable data. They demonstrate how the methodological approach employed adheres to best practices, both generally for marketing research and for research conducted for the purpose of litigation.[10]

---

[9] *Manual for Complex Litigation*, Federal Judicial Center, Fourth Edition, 2004, p. 103.

[10] This research follows the standards established by the Federal Judicial Center in the "Reference Guide on Survey Research" and in the "Manual for Complex Litigation" for designing and conducting valid and reliable studies used in litigation. *See* Diamond, Shari S., "Reference Guide on Survey Research," in *Reference Manual on Scientific Evidence*, Third Edition, National Academies Press, 2011, pp. 359-423 ("Diamond"); *also see* "Manual for Complex Litigation."

i.    *Survey Methodology*

19. Much of the applied social research enterprise employs survey research for the measurement of respondent perceptions, attitudes, and behaviors. Survey research in general involves any measurement procedures that entail asking questions of respondents.

20. In particular, my survey research employed a questionnaire developed, administered, and analyzed with careful and objective consideration of appropriate targeting, question formulation and data analysis procedures and techniques,[11] as detailed below.

ii.    *Target Population and Sample*

21. The appropriate target population (i.e., that to which the sample results are meant to generalize) for the study is actual or potential U.S. individual buyers and/or players of video games on any platform (i.e., console, PC, mobile device, cloud service, etc). Respondents were recruited to participate in the *Consumer Perceptions Study* only if they either (i) had purchased or played a video game in the previous year or (ii) were planning to purchase or play video games in the next year. Given the typical frequency associated with the purchase of interest, an overall time horizon of two years was deemed relevant and reasonable. To remove individuals with specialized knowledge or expertise, respondents were screened out of the sample if they had ever worked themselves or had family members who had ever worked in the following industries: advertising or market research, video/computer game development, distribution, or sales , legal services, or website design, hosting, or e-commerce.

22. The survey employed start quotas based on relevant consumer age, gender, and income.[12] By restricting survey starts such that potential respondents match the target population, a sampling group was obtained that was aimed to be representative of consumers who purchased/played or are planning to purchase/play video games.

23. To ensure that all potential study respondents had the opportunity to participate, the studies were made available to panel participants over multiple days and at competitive pay rates. This is an important consideration in order to avoid *non-response bias*[13] – that is the

---

[11] Manual for Complex Litigation, p. 103.

[12] The sampling was restricted to residents of the state of California.

[13] Diamond, p. 383.

possibility that non-respondents are in some way different from respondents, thus undermining the sample's representativeness. To assess this, I analyzed the demographic profiles of the respondents who were screened out during two different stages in the survey. Results suggest that respondent profiles remained relatively stable across screening instances and in line with the targeting, producing a final sample that represents the target consumer well.

### iii.    Reliability and Validity Considerations

24. *Demand effects*. To avoid "demand effects" (i.e., instances wherein the survey "suggests" to respondents that they should provide a particular response that is "demanded" or desired by the researcher), the study was pretested, employed a "blind" approach, asked questions in a double-sided manner, used randomization whenever appropriate, and did not give respondents any indication that the survey was related to litigation involving video game makers.

25. *Comprehension assessment*. This is common practice methodology that aims to confirm that all survey questions are understood by respondents from the target population (i.e., consumers who would be eligible to take the survey),[14] in order to ensure the reliability of the data. The comprehension questions employed in the *Consumer Perceptions Study* were in accordance with best research practices to explore respondent understanding of the measure of interest.[15]

26. *Blind methodology*. Respondents were at no time aware of the sponsor or purpose of the study, nor was this information identified to them at any time before, during or after their completion of their study.[16] This ensured that respondents would not craft their responses in line with what they perceived the survey sponsors wanted. Additionally, since the study was administered online by a computer program, it was not possible for the survey administrator to provide any cues indicating the sponsor or purpose of the study. Finally, the anonymous

---

[14] Diamond, pp. 388-389.

[15] After the collection of the key measures in the *Consumer Perceptions Study*, respondent comprehension was assessed. On a scale anchored at 1 = *very easy* and 7 = *very difficult*, respondents' scores on the comprehension check item "How easy or difficult to understand were the previous question regarding the online pricing of laptop computers?" averaged $M = 1.81$, significantly below the middle of the scale (i.e., 4) at $p < .001$. This is strong evidence that *Consumer Perceptions Study* respondents found the survey questions very easy to comprehend.

[16] Diamond, pp. 410-411.

nature of the study ensured that respondents could feel at ease and provided truthful and valid responses.

27. *Double-sided questions*. In providing response options to survey questions, "balanced and explicit emphasis to the neutral as well as affirmative and negative positions"[17] was placed, while a "No opinion" or "Do not recall" option was included whenever appropriate, to reduce guessing.[18]

28. *Randomization.* The "Reference Guide on Survey Research" recommends that "the order of the questions and the order of the response choices in a survey should be rotated."[19] In line with this recommendation and best practices, the order in which answer options were presented to respondents was randomized for all relevant questions. The full questionnaire presented in Appendix F describes the *Consumer Perceptions Study* items and coding.

29. *Follow-up items to assess litigation awareness*. Standard best practice is for the respondent to be blind to the survey sponsor and its purpose.[20] At the end of the survey, all respondents were asked whether they were aware of any pending litigation involving an online consumer electronics retailer and, if so, to describe their related knowledge. The answers were used to confirm that the survey results were not driven by respondents' potential awareness of the current litigation.

## B.    Administration

30. The *Consumer Perceptions Study* was administered online via the market-leading Qualtrics platform, [21,] using a PureSpectrum respondent panel.[22] Survey administration consisted of the following steps:

---

[17] Jacoby, Jacob, "Are Closed-Ended Questions Leading Questions?" in *Trademark and Deceptive Advertising Surveys: Law, Science, and Design*, Shari S. Diamond and Jerre B. Swann, eds., American Bar Association, 2012, p. 275.

[18] Diamond, p. 390.

[19] Diamond, p. 396.

[20] Diamond, pp. 410-411.

[21] The survey was in the field between December 23 and December 26, 2024.

[22] PureSpectrum consolidates respondent panels that number millions of participants in 60 countries around the world. The company developed the industry's first respondent-level scoring system to create a new standard of data quality.

i.    *Screening Section*

31. *Invitation and device check*. Potential respondents were invited to participate via multiple channels and were provided competitive participation incentives depending on recruitment method and demographic group in order to optimize response rates. The requested sample was largely representative of the U.S. video game buyer/player population with respect to demographics.

32. *Representative population*. The survey began with a screening section wherein potential respondents were asked to provide their age, gender, ethnicity, marital and parenthood status, education level, employment status, annual household income, and state of residence. Next, respondents were terminated if they themselves or a household member might have specialized knowledge of industries including advertising/market research, video /computer game development, distribution, or sales, legal services, or website design, hosting, or e-commerce.[23]

33. *Video game purchase/play history or intent*. Respondents were then screened for having purchased/played a video game within the past year and were allowed to proceed if they indicated they had done so within that time period.[24] Respondents who did not report having done so were then screened for whether they would be likely to purchase/play a video game in the next year, and allowed to proceed if they responded affirmatively.[25] Respondents who did not indicate that they had either purchased/played a video game within the past year or would do so in the next year were terminated.

34. *Initial attention checks*. The screening questions also ensured that respondents were involved in the study at the outset. First, one of the products that respondents were asked about having purchased in recent years was French Mirabelle plums from their local grocery store. These fruits are of protected origin designation (they originate from Lorraine, France) and their import to the U.S. is restricted,[26] making them unavailable for purchase in any local grocery store. Any respondent who reported having bought them in the past year was

---

[23] See Appendix F for specific phrasing of the respective items.

[24] Respondents were asked, "In the past year, did you purchase…?" Several items were presented in randomized order. See Appendix F.

[25] Respondents were asked, "In the next year or two, do you plan to purchase…?" The same product options were presented in randomized order. See Appendix F.

[26] See https://www.bonappetit.com/trends/article/11-weird-food-bans-from-blood-to-bottled-water.

dropped from the survey. Respondents were also asked to report their ownership status relative to a few items presented in alphabetical order: a bicycle, a boat, a car, a dog, a graduate degree, a TV set, a smartphone, a telegraph, and a toothbrush. Only respondents who provided possible answers were permitted to continue to the main questionnaire section.[27]

### ii.    Main Questionnaire Section

35. *Introduction*. Qualified respondents were first told: "You have been assigned to answer questions about the following industry: video /computer game development, distribution, or sales." The purpose of this statement was to have respondents believe that the specific industry was randomly selected among the various products presented in the screening section. This ensured that respondents would not adapt their responses to what they perceived the sponsors of the survey wanted (i.e., it prevented the emergence of demand effects).

36. *Focal items*. Respondents were asked to report the frequency with which they played several types of video games (i.e., action, educational, puzzle, racing, shooter, simulation, strategy, and other) on a scale anchored at 1 = *never* and 7 = *daily*.

37. Respondents then selected the video games they had played in the prior year from a list of 12 best-selling console games, followed by their similar selection from a list of 7 web-based games. To avoid demand effects, the lists did not include either Call of Duty: Warzone or Warzone.

38. *Warzone history*. Respondents were asked if they had played the video game Warzone (1 = *yes*, 2 = *no*, 3 = *cannot remember*) and in the case of an affirmative answer were prompted to report the platform on which that occurred. Those who selected PC as the platform were asked whether they had played it at Warzone.com (1 = *yes*, 2 = *no*, 3 = *cannot remember*), and in the case of an affirmative answer were asked to recall the type of game that was (i.e., action, educational, puzzle, racing, shooter, simulation, strategy, or no opinion).

---

[27] The response options to the ownership questions were: (1) "Do not have one," (2) "Have at least one," and (3) "Not sure." Respondents who answered (3) to any of the items, as well as those who answered (2) to the telegraph item or (1) to the toothbrush item were terminated. See Appendix F.

39. *Confusion (item 1).* Respondents who reported having played Warzone were asked to remember whether the game was a Call of Duty game (1 = *yes*, 2 = *no*, 3 = *cannot remember*).

40. Next, they were asked to report, via open-ended items, what video game, if any, they associated with the words "Warzone" and "Tears of the Kingdom." The items (focal and filler) were shown in random order and were meant to avoid demand effects once again. The focal item was coded as 1 = *Call of Duty*, 2 = *Warzone.com*, 3 = *other*.

41. Similarly, respondents were then asked (in random order) about the type of game they would expect to play at Warzone.com and TearsOfTheKingdom.com (i.e., action, educational, puzzle, racing, shooter, simulation, strategy, or no opinion).

42. *Call of Duty familiarity.* Respondent self-reported familiarity with the Call of Duty video game franchise was then elicited via a scale anchored at 1 = *not familiar at all* and 5 = *extremely familiar*. In a similar vein, respondents were asked to provide an opinion regarding the time (within a 5-year range) when the first video game in the franchise was released.

43. Respondents' prior game play experience with Call of Duty was next elicited (1 = *yes*, 2 = *no*, 3 = *cannot remember*) as well as whether it began prior to 2020 or since.

44. *Call of Duty benefit from WARZONE (item 1).* Respondents were asked to report how the use of the word "WARZONE" had influenced their interest in Call of Duty (1 = *made me much less interested*, 7 = *made me much more interested*).

45. Those who reported having played Call of Duty previously were then asked to select (among 11 chronologically listed options) the specific games they had played. Those who selected Call of Duty: Warzone and Call of Duty: Warzone Mobile were then asked to list, via an open-ended item, the name they used to refer to the respective game when talking to others about it. This item was coded as 1 = *Warzone*, 2 = *other*.

46. *Confusion (item 2).* Respondents were then asked explicitly about having previously played the game available at Warzone.com[28] (1 = *yes*, 2 = *no*, 3 = *cannot remember*). Those who answered affirmatively were then asked about the type of game they played there (i.e.,

---

[28] Note that the similar prior item was different in that it referred to expectations about the type of game available there.

action, educational, puzzle, racing, shooter, simulation, strategy, or no opinion) and whether the game was a Call of Duty one (1 = *yes*, 2 = *no*, 3 = *cannot remember*).

47. *Confusion (item 3)*. Respondents were then asked whether they would find it confusing for two different video games to use the same name or highly similar names (1 = *definitely not*, 7 = *definitely yes*, 8 = do not know / no opinion).

48. *Confusion-related affect*. The next item (shown to respondents who did not report never playing strategy games) presented a scenario wherein players went online to search for information on a specific strategy game but only found information directing them to a shooter game of the same or highly similar name. Respondents were asked to report the extent to which six specific affective responses (half positive, half negative) would describe their feelings in that scenario (1 = *not at all*, 7 = extremely).

49. *Confusion items 4-5*. To assess the extent to which shooter games and strategy games share attributes, two items were then presented (in random order) asking about how well typical shooter (strategy) game attributes apply to strategy (shooter) games (1 = *not at all*, 7 = extremely well, 8 = *do not know / no opinion*).

50. *Shooting associations*. An open-ended item then asked respondents to provide the first few things (i.e., associations) that come to mind when thinking about shooting guns in general. A follow-up visual affect response (1 = *frowny face*, 5 = *smiley face*) then asked about the general feelings they experience when thinking about shooting guns.

51. *Call of Duty benefit from WARZONE (item 2)*. Following research by Desurvire and Wiberg (2009), I employed the same 7 classes of game attributes that the research identifies as key to video game adoption and success (i.e., game play, skill development, tutorial, challenge level, story immersion, coolness, and usability/game mechanics). I employed an extra attribute (game title) and asked respondents who had reported having played Call of Duty Warzone or Call of Duty Warzone Mobile to allocate 100 points across these 8 attributes based on their perceived importance in their decision to play the game(s).

52. *Information source importance.* Finally, respondents were asked to report how important (1 = *not at* all, 7 = *extremely*) several sources of information (i.e., publisher website, gaming magazines, discussion forums, consumer reviews, friend recommendations, and other) were in their decision to adopt a new video game.

### iii.    Final Section

53. *General lawsuit awareness and follow-up.* Close to the end of the survey, all respondents were asked: "Are you aware of any current litigation involving the Call of Duty game publisher?" (*no, yes*). Those answering affirmatively were asked an additional question: "Please briefly describe your knowledge about the litigation involving the Call of Duty game publisher." In this question respondents were provided with an option to type in their response or select "Cannot remember."

54. The full questionnaire is presented in Appendix F.

## C.    Data Analysis and Results

### i.    Respondent Statistics

55. A total of 533 consumers who completed the *Consumer Perceptions Study* comprised its final analytical sample. A complete description of the response and completion rates for the *Consumer Perceptions Study* is provided in Appendix D. The data in Appendix E presents demographic comparisons across dropped and retained respondents to show that the analytical sample was unbiased and largely in line with the desired targeting.

### ii.    Findings

56. The response distributions for the survey items discussed above are shown in Appendix G.

57. *Focal items.* Respondents reported relatively high frequency of play across video game types (i.e., $M_{action} = 4.96$, $M_{educational} = 3.42$, $M_{puzzle} = 4.60$, $M_{racing} = 4.13$, $M_{shooter} = 4.76$, $M_{simulation} = 4.51$, $M_{strategy} = 4.85$, and $M_{other} = 3.07$; except for educational, racing, and other game types, all means significantly different from the middle of the scale at $p < .001$).[29] The

---

[29] To clarify the issue of statistical significance, *p*-value represents the probability of obtaining an effect at least as extreme as the one in the sampled data, assuming the truth of the null hypothesis. In this case, let us assume that the null hypothesis is true such that the average frequency with which respondents play a shooter game is no different from the middle of the scale (i.e., 4 or "sometimes"). If so, the observed results would be highly unusual or extreme. An observed *p*-value of .001 in this sample says that the chance of finding such an extreme result (or one even more extreme) is only .1%. In other words, if the study were to be done 1,000 different times, shooter game play frequencies such as that observed here would only emerge once (i.e., this study happened to stumble upon the 1 in 1,000 samples that would incorrectly show that consumers play shooter games at rates higher than 'sometimes' when in reality that is not the case).

14

most frequently played game types among respondents were action, strategy, and shooter, attesting to the appropriateness of the sampled population of game players.

58. Only 16.1% of respondents reported not having played in the prior year any of the 12 listed best-selling console games, whereas 63% of them did so for the list of 7 popular web-based games. This is in line with the lower market share associated with web-based games[30] and another argument supporting the external validity of the sample.

59. *Warzone history*. 44.7% of the sample reported having played the video game Warzone and 38.2% of them (or 17.1% of the full sample) reported PC as the platform on which that had occurred (56.7% of those claiming to have played Warzone recalled having done it on a console and 4.6% on mobile). Out of those who selected PC as the platform, 46.2% (or 7.9% of the full sample) stated to have played it at Warzone.com; out of the same PC player group, 66.8% recalled the type of game to have been a shooter type and 5.5% a strategy type. It is thus apparent that respondents incorrectly associated the game available at Warzone.com with the shooter category.

60. *Confusion item 1.* Respondents who reported having played Warzone were asked to remember whether the game was a Call of Duty game, and 92.9% of them  (or 41.5% of the full sample) responded affirmatively. It is thus also apparent that respondents associated the WARZONE game name with Call of Duty.

61. The open-ended item asking about what video game, if any, respondents associated with the word "WARZONE" found that 53% of the sample listed Call of Duty as the primary association.

62. Similarly, 67.5% of respondents expected to play a shooter game at Warzone.com, whereas only 6.2% of them expected a strategy game. The difference in proportions was statistically significant at p < .001 ($\chi^2$ = 494.12).

63. *Call of Duty familiarity.* Respondents self-reported familiarity with the Call of Duty video game franchise was relatively high: $M$ = 3.59, significantly different from the middle of the scale (i.e., 3 or "familiar") at $p$ < .001. In a similar vein, 47.2% of respondents correctly identified the 5-year range (among 5 possible options) when the first video game in the Call of Duty franchise was released.

---

[30] *See* https://www.statista.com/chart/30560/estimated-global-video-game-revenues-by-segment.

64. In terms of prior game play experience with Call of Duty, 77.8% of respondents reported having played it previously and 79% of the sample stated doing so since prior to 2020 (i.e., when Call of Duty Warzone was introduced).

65. *Call of Duty benefit from WARZONE (item 1).* The average score on the item assessing how the use of the word "WARZONE" had influenced respondent interest in Call of Duty was relatively high: $M = 4.68$, significantly different from the middle of the scale (i.e., 4 or "it made me neither less nor more interested") at $p < .001$. Out of the surveyed sample, 47.6% reported some level of positive impact of the "WARZONE" name on their Call of Duty interest (see Appendix G). When looking at the same item within the subset of respondents ($N = 414$) who reported having played Call of Duty before, this positive impact was even stronger: $M = 4.97$ and 57.7% selecting above-the-middle-point responses. Finally, the positive impact grew yet stronger among those respondents ($N = 229$) who had played Call of Duty: Warzone or Call of Duty: Warzone Mobile: $M = 5.33$ and 71.2%, respectively. It is apparent that the more involved players are with the Call of Duty: Warzone games, the more important they perceive the WARZONE name to be to their interest in Call of Duty.

66. Those who reported having played Call of Duty: Warzone and Call of Duty: Warzone Mobile listed via an open-ended item the name they used to refer to the respective game when talking to others about it. 47% of the former and 42% of the latter, respectively, reported simply referring to it as "WARZONE."[31]

67. *Confusion (item 2).* Respondents were asked explicitly about having previously played the game available at Warzone.com and 21.4% of the sample answered affirmatively. Out of them, 52.6% reported the type of game they played there to have been shooter and 7% recalled it as strategy type. Out of these self-reported Warzone.com players, 83.3% recalled that the game was a Call of Duty one.

68. *Confusion (item 3).* Respondents were asked whether they would find it confusing for two different video games to use the same name or highly similar names, and on average they reported relatively high potential confusion: $M = 4.84$, significantly different from the middle of the scale (i.e., 4 or "not sure") at $p < .001$.

---

[31] Note that numerous respondents listed descriptors that included "Warzone" (e.g., COD Warzone). To make for a conservative test, those mentions are coded as "other."

69. *Confusion-related affect.* Respondents who reported playing strategy games were asked about the extent to which six specific affective responses would describe their feelings in a scenario wherein a search for information on a specific strategy game only found information directing them to a shooter game of the same or highly similar name. Respondents expressed moderate to low levels of emotion related to this scenario ($M_{confused}$ = 3.85, $M_{disappointed}$ = 3.62, $M_{happy}$ = 3.68, $M_{excited}$ = 3.71, $M_{pleased}$ = 3.62, $M_{annoyed}$ = 3.96; all but the first mean significantly different from the middle of the scale – i.e., 4 or "somewhat" – at $p < .001$).

70. *Confusion (items 4-5).* Typical shooter game attributes were deemed to apply relatively well to strategy games: $M$ = 5.03, significantly different from the middle of the scale (i.e., 4 or "somewhat") at $p < .001$. Conversely, typical strategy game attributes were also deemed to apply relatively well to shooter games: $M$ = 4.90, significantly different from the middle of the scale (i.e., 4 or "somewhat") at $p < .001$. It is apparent that there is a priori overlap between the two types of games' shared associations, independent of potential name confusion. In line with this finding, the data also suggest that the two game types are not part of distinct market segments: only 3.19% of the respondents reported playing shooter games at least occasionally but never playing strategy games and 7.71% of the sample reported playing strategy games at least occasionally but never playing shooter games.

71. *Shooting associations.* The visual affect item assessing general feelings experienced when thinking about shooting guns revealed mildly positive inclinations among respondents: $M$ = 3.54, significantly different from the middle of the scale (i.e., 3 or "neutral") at $p < .001$. This affect was more positive among the subset of Call of Duty players in the sample ($M$ = 3.83) and even more so among those who had played Call of Duty: Warzone or Call of Duty: Warzone Mobile ($M$ = 4.17). It is apparent that the more involved players are with the COD[WZ] games, the more favorable their perceptions of shooting guns.

72. In terms of the open-ended items reporting the first things associated with shootings, a linguistic analysis employing the LIWC software (Linguistic Inquiry and Word Count – see Tausczik & Pennebaker, 2010) revealed slightly high average numbers of positive relative to negative emotion mentions ($M_{pos}$ = 6.39 vs. $M_{neg}$ = 5.86). This gap increased among the subset of Call of Duty players in the sample ($M_{pos}$ = 7.06 vs. $M_{neg}$ = 5.53) and even more so among those who had played Call of Duty: Warzone or Call of Duty: Warzone Mobile ($M_{pos}$

= 13.66 vs. $M_{neg}$ = 8.55). This maps well onto the previous item and reinforces that the more involved players are with the Call of Duty: Warzone games, the more favorable their associations with shootings.

73. *Call of Duty benefit from WARZONE (item 2)*. Respondent perceived importance of various game attributes in their decision to play the Call of Duty: Warzone or Call of Duty: Warzone Mobile games averaged as follows: $M$ = 22.50 for game play, $M$ = 11.97 for skill development, $M$ = 7.18 for tutorial, $M$ = 11.94 for challenge level, $M$ = 11.07 for story immersion, $M$ = 12.03 for coolness, $M$ = 13.58 for usability/game mechanics, and $M$ = 9.73 for game title. Notably, the latter is significantly different from both 0 and from the least important attribute (i.e., tutorial) at $p < .001$ and $p < .01$, respectively.

74. *Information source importance.* Respondents also reported the importance they assigned to various sources of information in their decision to adopt a new video game. Mean responses were as follows: $M$ = 4.25 for publisher website, $M$ = 3.93 for gaming magazines, $M$ = 4.28 for discussion forums, $M$ = 4.91 for consumer reviews, $M$ = 5.12 for friend recommendations, and $M$ = 2.86 for other). Clearly, word-of-mouth and consumer sentiment are key drivers of game adoption.

75. *General lawsuit awareness and follow-up*. Finally, respondents reported their personal awareness of any current litigation involving the Call of Duty game publisher. Only 10.5% of study respondents reported awareness of such litigation, though upon follow-up just 4.9% of the sample had any specific information to report and only one mentioned anything about WARZONE (though with no specifics related to the case at hand).

       *iii.*     *Summary of Consumer Perceptions Study Results*

76. The main findings of the *Consumer Perceptions Study* can be summarized as follows:

(a)     There is clear potential for consumer confusion if different games employ the same or highly similar names. This is both reported in general terms by consumers and clearly demonstrated by respondents who overwhelmingly (and mistakenly) reported the belief that Warzone was a Call of Duty website/game.

(b)     Consumers report more interest in the Call of Duty franchise due to its use of the WARZONE name. This name was also deemed consequential for player adoption of the Call of Duty: Warzone and Call of Duty: Warzone Mobile games.

(c)     Call of Duty: Warzone game players have more positive associations with shooting guns. If these associations have (erroneously) transferred upon the Warzone game (see Dimofte & Yalch, 2011 for a conceptual account and empirical demonstration of such transfer), its existing and potential customer base may become alienated.

(d)     Game players rely strongly on social feedback (e.g., consumer reviews, player recommendations, etc.) in their new product adoption decisions. To the extent that negative such feedback exists online or on social media due to name-based consumer confusion, the brand equity of the affected game (e.g., Warzone) will likely be lowered.

### D.     Summary of Study Findings

77. The results of the *Consumer Perceptions Study* highlight that video game names are material to consumer interest and adoption and that the marketplace features significant consumer confusion between games using the WARZONE name. As such, U.S. game players associate WARZONE with Call of Duty, an overtly violent first person shooter game that prompts associations inconsistent with the WARZONE games offered by Warzone. As a result, the Warzone brand has largely been hijacked by Activision and its Call of Duty franchise.

## III.   WARZONE JUNIOR USER IMPACT ON SENIOR USER

78. The scholarly marketing literature has argued that several factors are relevant when assessing the likelihood of consumer confusion in the marketplace. They range from the prima facie similarity or dissimilarity of the trademarks to the evidence of a survey that establishes actual confusion of one mark with another by a significant number of relevant consumers (see Kapferer, 1995; Zhang et al., 2023). On both grounds, it is apparent that consumers are confused about what the Warzone game is about. In adopting WARZONE, Activision has in effect steamrolled the senior (but lower footprint) trademark user and appropriated much of its brand equity.

79. Beyond making it very difficult for Warzone to expand its customer base, the behavior of Activision has had a negative impact on Warzone's existing customer equity as well. As identified in the *Consumer Perceptions Survey*, the dominant marketplace associations with the WARZONE name are currently driven by Call of Duty and largely about shootings rather than strategy. Importantly, many of these associations are negatively valenced, and some very strongly so. For example, 2.4% of the *Consumer Perceptions Study* sample

explicitly referred to school/mass shootings – an association that apparently has been of concern to Activision management as well.

80. Case documents[32] produced during discovery include internal Activision materials that make reference to a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



81. It has also been documented that online consumer reviews and player chatter regarding WARZONE are often driven by the mistaken assumptions (demonstrated in the *Consumer Perceptions Study*) that Warzone.com is an Activision site and that the Warzone game is a Call of Duty game. Given the expectations prompted by this assumption, and the dissonance produced by the fact that Warzone is in fact neither, this creates negative consumer reactions that are recorded in the public domain and visible to other players (e.g., low ratings for the

---

[32] *See* documents ATV025246, ATV026068 and Testimony of Matthew Cox (12.19.2024) at 236 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮)

[33] ATV025246 at ATV025305.

[34] ATV025246 at ATV025272.

[35]



Warzone.com site on the website review platform Trustpilot[38] or unfavorable chatter on the forums hosted on the Twitch platform)[39]. The resulting negative earned media (i.e., consumer-based marketing) renders online and social media consumer sentiment less favorable and damages Warzone's brand equity.

82. This is a significant problem given that (as captured by the *Consumer Perceptions Study*), social feedback from similar others is a critical driver of product adoption. In effect, this is another issue that makes it very difficult for Warzone to recruit new game players and expand its customer base.

83. Brand equity is the added value endowed on a market offering (Kotler & Keller, 2016) that consists of the positive differential effect on customer response to it due to the association with the brand name (e.g., Jooste et al., 2012). Similarly, customer-based brand equity has been defined as the differential effect of brand knowledge on consumer response to brand marketing (Keller, 1993). During its time as the senior (and only) WARZONE mark user, Warzone managed to create such brand equity via the associations its customers built with its strategy game (which did not include being a violent, first-person shooter game). However, as demonstrated in the *Consumer Perceptions Study*, the introduction of the Call of Duty: Warzone and Call of Duty: Warzone Mobile games by the junior user has in effect shifted, at the market level, virtually all of this brand knowledge (and therefore brand equity) away from Warzone and toward Activision.

84. In summary, the senior user of the trademark (i.e., Warzone) has been damaged by the actions of the junior user (i.e., Activision), whose market dominance has shifted marketplace associations away from the senior user into a category with negative connotations for it. Therefore, the senior user is likely to find it difficult to expand its customer base and will likely encounter difficulty in retaining its current ones.

## IV.    OVERALL CONCLUSIONS

85. In conclusion, as stated and detailed above and based on the study I conducted in this case, I have formed the following opinions:

---

[38] WZ017663.

[39] *See* WZ017238; *see also* Testimony of Randy Ficker (12.05.2024) at 648 ("We had a problem where Twitch streamers were streaming [the] Call of Duty game in our Twitch category.").

21

(a) Consumers in the relevant population exhibit confusion regarding WARZONE due to Activision's decision to launch Call of Duty: Warzone (and Call of Duty: Warzone Mobile).

(b) Consumers in the relevant population associate WARZONE with Call of Duty and correspondingly with shootings. Some of these associations are negative enough that some consumers (including the broader market of video game players, as well as those that might prefer non-shooter or non-violent video games) find undesirable.

(c) There is intrinsic value in the WARZONE name in the gaming market and its use is consequential for consumer choice. In appropriating it, Activision has pursued the profit motive without regard to the prior existence of a senior mark user.

(d) The use of the name WARZONE by Call of Duty in the video game market, for PC and for mobile devices, has benefited Activision and harmed Warzone.

(e) I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  January 16, 2025    _____

Claudiu V. Dimofte, PhD

Appendix A

# CLAUDIU V. DIMOFTE

Fowler College of Business

Department of Marketing

San Diego State University

619.594.0209

5500 Campanile Drive

cdimofte@sdsu.edu

San Diego, CA 92182

dimofte.sdsu.edu

## EDUCATION

University of Washington – Philosophiae Doctor (Marketing)    Seattle, WA (2004)
University of South Carolina – Master of Business Administration (Intl. Business)    Columbia, SC (1998)
West University – Bachelor of Science (Economics)    Timisoara, Romania (1996)

## ACADEMIC POSITIONS

San Diego State University – Professor of Marketing    San Diego, CA (2011-present)
Université Jean Monnet – Visiting Professor of Marketing    Saint-Étienne, France (2023)
Université Paris-Dauphine – Visiting Professor of Marketing    Paris, France (2016-present)
Rutgers University – Visiting Professor of Marketing    Camden, NJ (2016-2017)
Georgetown University – Assistant Professor of Marketing    Washington, DC (2004-2011)

## RESEARCH

**Books and Book Chapters**

Dimofte, Claudiu V. (2024), "Advertising Threats to Consumer Self-Esteem." In Ruvio, Ayalla and Russell W. Belk (Eds.), *Handbook of Identity and Consumption*. New York, NY: Routledge.

Dimofte, Claudiu V. (2023), "Countering False Marketplace Information." In Florack, Arnd (Ed.), *Handbook of Social Cognition and Communication*. New York, NY: Routledge.

Dimofte, Claudiu V., Curtis P. Haugtvedt, and Richard F. Yalch (2015), *Consumer Psychology in a Social Media World*. New York, NY: Routledge.

Dimofte, Claudiu V. (2015), "Unconscious Cognition Effects in Consumer Research." In Jansson-Boyd, Cathrine, and Magdalena Zawisza (Eds.), *International Handbook of Consumer Psychology*. Abingdon, OX: Taylor & Francis.

Dimofte, Claudiu V. (2010), "Consumer Aspects of International Marketing." In Bagozzi, Richard P. and Ayalla Ruvio (Eds.), *Consumer Behavior*. New York, NY: Wiley & Sons.

Dimofte, Claudiu V. and Richard F. Yalch (2007), "The Use and Abuse of Polysemy." In Lowrey, Tina M. (Ed.), *Psycholinguistic Phenomena in Marketing Communications*. Mahwah, NJ: Erlbaum.

Dimofte, Claudiu V. and Richard F. Yalch (2005), "Consumer Disbelief and Attitudes: An Implicit Memory Explanation for Why Believability Is Not Necessary for Persuasion." In Kardes, Frank R., Paul M. Herr, Jaques Nantel. (Eds.), *Applying Social Cognition to Consumer-Focused Strategy*. Mahwah, NJ: Erlbaum.

**Refereed Journal Articles and Proceedings**

Zeugner-Roth, Katharina, Claudiu V. Dimofte, and Fabian Bartsch (2024), "Consumer Cosmopolitanism: a Meta-Analysis and New Applications," *Advances in Consumer Research* (ABS category 2 – "well regarded"), *forthcoming*.

Whaley, Reid C., Alyssa F Harlow, Evan A Kreuger, Matthew D. Stone, David R. Strong, Claudiu V. Dimofte, Jessica Barrington-Trimis (2024), "Importance of various e-cigarette device and e-liquid characteristics by smoking status among young adults who vape. *Substance Use and Misuse* (Q1 SJR, ranked 12th out of 35 journals in Addiction, Impact Factor: 2.362), *forthcoming*.

Dimofte, Claudiu V. (2023), "Brand Associations Can Produce Implicit Trademark Infringement," *Advances in Consumer Research* (ABS category 2 – "well regarded"), 50.

Stone, Matthew D., Jessica L. Braymiller, David R. Strong, Sam N. Cwalina, , Claudiu V. Dimofte, and Jessica Barrington-Trimis (2023). "Differentiating Reasons for Young Adult E-cigarette Use Using Maximum Difference

Choice Models," *Nicotine and Tobacco Research* (Q1 SJR, ranked 4th out of 21 journals in Substance Abuse, Impact Factor: 5.830), 25 (6), 1117-1124.

Dimofte, Claudiu V. (2022), "Subjective Scales Can Enhance Consumer Expectations and Lower Product Evaluations," *Advances in Consumer Research* (ABS category 2 – "well regarded"), 49.

Stone, Matthew D., Claudiu V. Dimofte, David R. Strong, Kim Pulvers, Noe Crespo, and John P. Pierce (2022), "Evaluating US Smokers Willingness-to-Pay for Different Cigarette Packaging Designs Before and After Real-world Exposure in a Randomized Trial," *Tobacco Control* (Q1 SJR, ranked 8th out of 530 journals in Public Health, Impact Factor: 6.221).

Dimofte, Claudiu V. (2021), "Assessing the Relationship between Product Scarcity and Consumer Utility," *Advances in Consumer Research* (ABS category 2 – "well regarded"), 48.

Strong David R., John P. Pierce, Kim Pulvers, Matthew D. Stone, Adriana Villaseñor, Pu, M., Claudiu V. Dimofte, Eric Leas, Jesica Oratowski, Elizabeth Brighton, Samantha Hurst, Sheila Kealey, Ruifeng Chen, and Karen Messer (2021), "The effect of graphic warning labels on cigarette packs on US Smokers' cognitions and smoking behavior after 3 months: a randomized clinical trial," *JAMA Network Open* (Q1 SJR, ranked 15th out of 172 journals in Medicine – General and Internal, Impact Factor: 13.800), 4(8), e2121387-e2121387.

Andriuzzi, Andria, Géraldine Michel, and Claudiu V. Dimofte (2020), "How Brand Conversations on Social Media Prompt Jealousy in Brand Relationships," *Advances in Consumer Research* (ABS category 2 – "well regarded"), 47.

Pierce, John P., David R. Strong, Stone, Matthew D., Adriana Villaseñor, Claudiu V. Dimofte, Leas, Eric, Oratowski, Jesica, Elizabeth Brighton, Samantha Hurst, Kim Pulvers, Sheila Kealey, Ruifeng Chen, and Karen Messer (2020), "Real-World Exposure to Graphic Warning Labels on Cigarette Packs in U.S. Smokers: The CASA Randomized Trial Protocol," *Contemporary Clinical Trials* (Q1 SJR, Impact Factor: 2.480), 98, 106152.

Stone, Matthew D., Claudiu V. Dimofte, David R. Strong, Adriana Villaseñor, Kim Pulvers, Karren Messer, and John P. Pierce (2020), "A Tool to Assess Appeal-Aversion Response to Graphic Warning Labels on Cigarette Packs among United States Smokers," *Tobacco Control* (Q1 SJR, ranked 8th out of 530 journals in Public Health, Impact Factor: 6.221), 30 (3), 312-319.

Dimofte, Claudiu V. (2019), "American Conservatives: Anti-Globalist Global Brand Consumers," *Advances in Consumer Research* (ABS category 2 – "well regarded"), 46.

Leas, Eric C., John P. Pierce, Claudiu V. Dimofte, Dennis Trinidad, and David R. Strong (2018), "Standardized Cigarette Packaging May Decrease the Implied Safety of Natural American Spirit Cigarettes," *Tobacco Control* (Q1 SJR, ranked 8th out of 530 journals in Public Health, Impact Factor: 6.221), 27 (2), 118-123.

Latifi Kasani, Negin, and Claudiu V. Dimofte (2017), "The Dissimilarity Magnifying Bias," *Advances in Consumer Research* (ABS category 2 – "well regarded"), 44.

Leas, Eric C., Claudiu V. Dimofte, and David R. Strong (2017), "Standardized Packaging May reduce the Perception that American Spirit Cigarettes Are Less Harmful," *Annals of Behavioral Medicine* (Q1 SJR, ranked 17th out of 137 journals in Psychology/Multidisciplinary, Impact Factor: 3.575), 51, S856-S857.

Leas, Eric C., John P. Pierce, Claudiu V. Dimofte, Adriana Villaseñor, and David R. Strong (2016), "US Adult Smokers' Perceptions of Australia's Cigarette Warning Labels: Variance by Warning Content and Consistency across Socio-Demographic Sub-Segments," *Tobacco Control* (Q1 SJR, ranked 8th out of 530 journals in Public Health, Impact Factor: 6.221), 25 (6), 485-496.

Dimofte, Claudiu V., and Negin Latifi Kasani (2016), "When Celebrity Ad Placements Backfire," *Advances in Consumer Research* (ABS category 2 – "well regarded"), 43.

Dimofte, Claudiu V., Ronald C. Goodstein, and Anne M. Brumbaugh (2015), "A Social Identity Perspective on Aspirational Advertising: Implicit Threats to Collective Self-Esteem and Strategies to Overcome Them," *Journal of Consumer Psychology* (Q1 SJR, ABS category 4* – "world leading", listed among Financial Times' Top 50 Journals in Business Schools, Impact Factor: 3.385), 25 (3), 416-430.

Ivanic, Arti, Claudiu V. Dimofte, Rastislav Ivanic, and Maros Ivanic (2015), "The GroupSolver Method for Quantifying Qualitative Research," *Advances in Consumer Research* (ABS category 2 – "well regarded"), 42.

Dimofte, Claudiu V., Kyra Wiggin, and Richard F. Yalch (2014), "To Wait or Not? Why Creating Curiosity May Increase Patience," *Advances in Consumer Research* (ABS category 2 – "well regarded"), 41.

Dimofte, Claudiu V., and Katharina Zeugner-Roth (2013), "The Effects of Consumer Ethnocentrism and Cosmopolitanism on Consumers' Global/Local Brand Choice," *Advances in Consumer Research*, 40.

Dimofte, Claudiu V., and Chris Janiszewski (2013), "The Illusion of Lie Effect: The Suspicious Fluency of Round Numbers," *Advances in Consumer Research* (ABS category 2 – "well regarded"), 40.

Johansson, Johny K., Claudiu V. Dimofte, and Sanal Mazvancheryl (2012), "The Performance of Global Brands in the 2008 Financial Crisis: A Test of Two Brand Value Measures," *International Journal of Research in Marketing* (Q1 SJR, ABS category 4 – "top journal," Impact Factor: 2.593), 29 (4), 235-245.

Ülkü, Sezer, Claudiu V. Dimofte, and Glen M. Schmidt (2012), "Consumer Valuation of Modularly Upgradeable Products," *Management Science* (Q1 SJR, ABS category 4* – "world leading," listed among Financial Times' Top 50 Journals in Business Schools, Impact Factor: 4.219), 58 (9), 1761-1776.

Florack, Arnd, Claudiu V. Dimofte, Karin Rossler, and Susanne Leder (2012), "Brand-Related Background Music and Consumer Choice," *Advances in Consumer Research* (ABS category 2 – "well regarded"), 39.

Cassab, Harold, and Claudiu V. Dimofte (2012), "Everyday Objects of Desire: Dimensions of Design Innovation and the Centrality of Product Aesthetics," *Advances in Consumer Research* (ABS category 2 – "well regarded"), 39.

Dimofte, Claudiu V., Richard F. Yalch, and Kyra Wiggin (2012), "False but Persuasive Information: The Automatic Success of Infomercials," *Advances in Consumer Research* (ABS category 2 – "well regarded"), 39.

Dimofte, Claudiu V. and Richard F. Yalch (2011), "The Mere Association Effect and Brand Evaluations," *Journal of Consumer Psychology* (Q1 SJR, ABS category 4* – "world leading," listed among Financial Times' Top 50 Journals in Business Schools, Impact Factor: 3.385), 21 (1), 24-37.

Dimofte, Claudiu V., Ronald C. Goodstein, and Ajay Kalra (2011), "Context-Sensitive Advertising: A Fitting Story," *Advances in Consumer Research* (ABS category 2 – "well regarded"), 38.

Dimofte, Claudiu V. and Richard F. Yalch (2010), "The Role of Frequency of Experience with a Product Category and Temporal Orientation in Self-Referent Advertising," *Journal of Consumer Psychology* (Q1 SJR, ABS category 4* – "world leading," listed among Financial Times' Top 50 Journals in Business Schools, Impact Factor: 3.385), 20 (3), 343-354.

Dimofte, Claudiu V., Johny K. Johansson, and Richard P. Bagozzi (2010), "Global Brands in America: How Consumer Ethnicity Mediates the Global Brand Effect," *Journal of International Marketing* (Q1 SJR, ABS category 3 – "highly regarded," Impact Factor: 3.375), 18 (3), 82-106.

Dimofte, Claudiu V. (2010), "Implicit Measures of Consumer Cognition: A Review," *Psychology & Marketing* (Q1 SJR, ABS category 3 – "high quality," Impact Factor: 2.023), 27 (10), 921-937 (invited article).

Dimofte, Claudiu V. and Richard F. Yalch (2010), "Consumer Processing of Irrelevant Brand Associations," *Advances in Consumer Research* (ABS category 2 – "well regarded"), 37.

Dimofte, Claudiu V. and Johny K. Johansson (2009), "Scale-Dependent Automatic Shifts in Brand Evaluation Standards," *Journal of Consumer Psychology* (Q1 SJR, ABS category 4* – "world leading," listed among Financial Times' Top 50 Journals in Business Schools, Impact Factor: 3.385), 19 (2), 158-170.

Dimofte, Claudiu V. and Johny K. Johansson (2009), "Consumer Expectations and The Automatic Shifting of Standards in Brand Evaluations," *Advances in Consumer Research* (ABS category 2 – "well regarded"), 36.

Dimofte, Claudiu V., Johny K. Johansson, and Ilkka Ronkainen (2008), "Cognitive and Affective Reactions of American Consumers to Global Brands," *Journal of International Marketing* (Q1 SJR, ABS category 3 – "highly regarded," Impact Factor: 3.375), 16 (4), 115-137.

Dimofte, Claudiu V., Johny K. Johansson, and Ilkka Ronkainen (2008), "Spanning the Globe," *Marketing Management*, 17 (5), 40-43.

Dimofte, Claudiu V. and Richard F. Yalch (2008), "The Role of Product Category Familiarity in Self-Referent Advertising," *Advances in Consumer Research* (ABS category 2 – "well regarded"), 35.

Dimofte, Claudiu V. and Richard F. Yalch (2007), "Consumer Response to Polysemous Brand Slogans," *Journal of Consumer Research* (Q1 SJR, ABS category 4* – "world leading," listed among Financial Times' Top 50 Journals in Business Schools, Impact Factor: 3.800), 33 (4), 515-522.

Dimofte, Claudiu V. and Richard F. Yalch (2007), "The SMAART Scale: A Measure of Individuals' Automatic Access to Secondary Meanings in Polysemous Statements," *Journal of Consumer Psychology* (Q1 SJR, ABS category 4* – "world leading," listed among Financial Times' Top 50 Journals in Business Schools, Impact Factor: 3.385), 17 (1), 49-58.

Dimofte, Claudiu V., Richard F. Yalch, and Anthony G. Greenwald (2006), "Brand Names and Transitive Implicit Associations," *European Advances in Consumer Research*, 7.

Dimofte, Claudiu V. and Richard F. Yalch (2005), "The SMAART Scale: Measure Development and Validation," *Advances in Consumer Research* (ABS category 2 – "well regarded"), 32.

Dimofte, Claudiu V., Mark R. Forehand, and Rohit Deshpandé (2004), "Ad Schema Incongruity as Elicitor of Ethnic Self-Awareness and Differential Advertising Response," *Journal of Advertising* (Q1 SJR, ABS category 3 – "highly regarded," Impact Factor: 3.518), 32 (4), 7-18.

**Manuscripts Under Review**

Dimofte, Claudiu V. and Ronald C. Goodstein, "On the Effectiveness of Context-Sensitive Advertising," *Journal of the Academy of Marketing Science* (Q1 SJR, ABS category 4* – "world leading," listed among Financial Times' Top 50 Journals in Business Schools, Impact Factor: 14.600).

Andriuzzi, Andria, Géraldine Michel, and Claudiu V. Dimofte, "How Brand Conversations on Social Media Prompt Jealousy in Brand Relationships," *European Journal of Marketing* (Q1 SJR, ABS category 3 – "highly regarded," Impact Factor: 5.500).

Zeugner-Roth, Katharina, Claudiu V. Dimofte, and Fabian Bartsch, "Consumer Cosmopolitanism: a Meta-Analysis and New Applications." *Journal of International Business Studies* (Q1 SJR, ABS category 4* – "world leading," listed among Financial Times' Top 50 Journals in Business Schools, Impact Factor: 11.380).

**Conference Presentations**

Zeugner-Roth, Katharina, Claudiu V. Dimofte, and Fabian Bartsch, "Consumer Cosmopolitanism: a Meta-Analysis and New Applications," ACR Conference in Paris, 2024.

Zeugner-Roth, Katharina, Claudiu V. Dimofte, and Fabian Bartsch, "Consumer Cosmopolitanism: a Meta-Analysis and New Applications," EMAC Conference in Bucharest, 2024.

Dimofte, Claudiu V., "Brand Associations Can Produce Implicit Trademark Infringement," ACR Conference in Seattle, 2023.

Whaley, Reid C., Cwalina, Sam N., Krueger, Evan A., Harlow, Alyssa F., Stone, Matthew D., Strong, David R., Dimofte, Claudiu V., Barrington-Trimis, Jessica L. E-cigarette device and e-liquid product characteristics that differentially appeal to young adults who never, former, and currently smoke cigarettes. Society for Research on Nicotine and Tobacco Annual Meeting in San Antonio, 2023.

Dimofte, Claudiu V., "Subjective Scales Can Enhance Consumer Expectations and Lower Product Evaluations," ACR Conference in Denver, 2022.

Zeugner-Roth, Katharina, Claudiu V. Dimofte, and Fabian Bartsch, "*The Brand Choices of Cosmopolitan Globetrotting Consumers.*" SCP Conference in Singapore, 2022.

Braymiller, Jessica. L., Matthew D. Stone, Reid C. Whaley., Yi Zhang, David R Strong, Claudiu V. Dimofte, & Jessica L. Barrington-Trimis. *Relative importance of e-cigarette characteristics among young adults who vape: Findings from a novel maximum difference choice task.* Annual Meeting of the Society for Research on Nicotine and Tobacco, 2021.

Ngo Christie, Cwalina Sam N., Yi Zhang, Matthew D. Stone, David R. Strong, Claudiu V. Dimofte, and Jessica L. Barrington-Trimis. *Comparison of Five Online Data Collection Platforms for Recruitment of Young Adult Vapers.* 27th Annual Meeting of the Society for Research on Nicotine and Tobacco, 2021.

Dimofte, Claudiu V., "Assessing the Relationship between Product Scarcity and Consumer Utility," ACR Conference in Seattle, 2021.

Whaley, Reid C., Cwalina, S.N., E.A. Kreuger, Jessica L. Braymiller, Matthew D. Stone, Christie Ngo, David R. Strong, Claudiu V. Dimofte, and Jessica L. Barrington-Trimis. *The importance of e-cigarette device and e-liquid product characteristics among young adults who vape.* Society for Research on Nicotine and Tobacco Annual Meeting, 2021.

Andriuzzi, Andria, Géraldine Michel, and Claudiu V. Dimofte, "How Brand Conversations on Social Media Prompt Jealousy in Brand Relationships," ACR Conference in Paris, 2020.

Dimofte, Claudiu V., "American Conservatives: Anti-Globalist Global Brand Consumers," ACR Conference in Atlanta, 2019.

Dimofte, Claudiu V., "When Anti-Globalization Stance and Global Brand Preference Coexist: The Curious Case of Conservative-Leaning U.S. Consumers," AMA Global Marketing SIG Conference in Buenos Aires, 2019.

Dimofte, Claudiu V., "Affective Debriefing in Experimental Consumer Psychology Research Employing Deception," ICPS Conference in Paris, 2019.

Dimofte, Claudiu V., "Dissimilarities Loom Larger than Similarities in Social Perception," SCP Conference in Savannah, 2019.

Dimofte, Claudiu V., "Affective Debriefing in Experimental Consumer Psychology Research Employing Deception," SCP Conference in Savannah, 2019.

Stone, Matthew, Claudiu V. Dimofte, Adrianna Villaseñor, Jessica Oratowski, Eliza Jeong, John P. Pierce, David R. Strong. "The Effect of Graphic Warning Labels on the Sensitivity to Cigarettes Pack Prices," Annual Conference of the Society for Research on Nicotine and Tobacco in San Francisco, 2019.

Zeugner-Roth, Katharina, Claudiu V. Dimofte, and Fabian Bartsch, "The Role of Consumer Nationality and Product Country-of-Origin for Brand Choice in Countries of Low Product Ethnicity," AMA Global Marketing SIG Conference in Santorini, 2018.

Dimofte, Claudiu V. and Chris Janiszewski, "Round Numbers Produce Unwarranted Skepticism," La Londe Consumer Behavior Conference in La Londe Les Maures, 2017.

26

Dimofte, Claudiu V. and Richard F. Yalch, "Developing Effective Counter Messages to False Marketplace Information," Consumer Behavior Conference in La Londe Les Maures, 2017.

Dimofte, Claudiu V., and Negin Latifi Kasani, "When Celebrity Ad Placements Backfire," ACR Conference in Berlin, 2016.

Strong, David R., Claudiu V. Dimofte, Eric Leas, Samantha Hurst, Adrianna Villaseñor, Jessica Oratowski, Eliza Jeong, John P. Pierce, *Appeal of Tobacco Product Packaging: Influences of Removing Brand Imagery.* Annual Conference of the Society for Research on Nicotine and Tobacco in Chicago, 2016.

Ivanic, Arti, Claudiu V. Dimofte, Rastislav Ivanic, and Maros Ivanic, "The GroupSolver Method for Quantifying Qualitative Research," ACR Conference in New Orleans, 2015.

Dimofte, Claudiu V., Richard F. Yalch, and Kyra Wiggin, "To Wait or Not? Why Creating Curiosity May Increase Patience," ACR Conference in Baltimore, 2014.

Zeugner-Roth, Katharina, and Claudiu V. Dimofte, "Consumers' Global vs. Local Brand Choice in Foreign Contexts," EMAC Conference in Valencia, 2014.

Dimofte, Claudiu V, and Arnd Florack, "The Effect of Background Music on Consumer Response," EMAC Conference in Valencia, 2014.

Dimofte, Claudiu V., and Katharina Zeugner-Roth, "The Effects of Consumer Ethnocentrism and Cosmo-politanism on Consumers' Global vs. Local Brand Choice," ACR Conference in Chicago, 2013.

Dimofte, Claudiu V, and Chris Janiszewski, "The Illusion of Lie Effect: The Suspicious Fluency of Round Numbers," ACR Conference in Chicago, 2013.

Dimofte, Claudiu V, Ronald C. Goodstein, and Ajay Kalra, "Context-Sensitive Advertising: A Fitting Story," SCP Conference in San Antonio, 2013.

Dimofte, Claudiu V., Richard F. Yalch, and Kyra Wiggin, "False but Persuasive Information: The Automatic Success of Infomercials," ACR Conference in Vancouver, 2012.

Florack, Arnd, Claudiu V. Dimofte, Karin Rossler, and Susanne Leder, "Brand-Related Background Music and Consumer Choice," ACR Conference in Vancouver, 2012.

Cassab, Harold, and Claudiu V. Dimofte, "Everyday Objects of Desire: Dimensions of Design Innovation and the Centrality of Product Aesthetics," ACR Conference in Vancouver, 2012.

Florack, Arnd, Susanne Leder, and Claudiu V, Dimofte, "Brand-Related Background Music and Consumer Choice," EIRASS Conference in Vienna, 2012.

Florack, Arnd, Susanne Leder, and Claudiu V, Dimofte, "Brand-Related Background Music and Consumer Choice," AMA/ACRA Conference in Seattle, 2012.

Florack, Arnd, Susanne Leder, and Claudiu V, Dimofte, "Brand-Related Background Music and Consumer Choice," SCP Conference in Las Vegas, 2012.

Dimofte, Claudiu V, Ronald C. Goodstein, and Ajay Kalra, "Context-Sensitive Advertising: A Fitting Story," ACR Conference in St. Louis, 2011.

Johansson, Johny K. and Claudiu V. Dimofte, "Brand Value Effects on Stock Market Performance," Global Branding Conference in Istanbul, 2010.

Johansson, Johny K. and Claudiu V. Dimofte, "Brand Value Effects on Stock Market Performance," AIB Conference in Rio de Janeiro, 2010.

Dimofte, Claudiu V., Johny Johansson, and Katharina Zeugner-Roth, "Global and Local Brands in the Beer Market: A Dual-Nation Analysis," Global Branding Conference in Istanbul, 2010.

Dimofte, Claudiu V., Anne Brumbaugh, and Ronald C. Goodstein, "Consumer Comparison to the Product User Prototype Affects Brand Attitudes," SCP Conference in St. Petersburg, 2010.

Dimofte, Claudiu V. and Richard F. Yalch, "Consumer Processing of Irrelevant Brand Associations," ACR Conference in Pittsburgh, 2009.

Dimofte, Claudiu V. and Johny K. Johansson, "The Automatic Shifting of Standards in Brand Evaluations," ACR Conference in San Francisco, 2008 and the La Londe Consumer Behavior Conference in La Londe Les Maures, 2009.

Dimofte, Claudiu V. and Richard F. Yalch, "Brand Rumors: Cognitive Mechanisms for Acceptance and Strategies for Quelling," SCP Conference in Las Vegas, 2007.

Dimofte, Claudiu V. and Richard F. Yalch, "The Role of Consumer Familiarity with the Product Category in Self-Referent Persuasion," ACR Conference in Memphis, 2007.

Dimofte, Claudiu V., Richard F. Yalch, and Anthony G. Greenwald, "Brand Names as Sources and Targets of Tangential Implicit Associations," APA Conference in New Orleans, 2006.

Dimofte, Claudiu V., Johny K. Johansson, and Ilkka Ronkainen, "Measuring Brand Globality," AIB Conference in Beijing, 2006.

Dimofte, Claudiu V. and Ronald C. Goodstein: "Explaining the Negative Spillover Effect in Target Marketing," ACR Conference in San Antonio, 2006.

Dimofte, Claudiu V. and Johny K. Johansson, "Brand Stereotypes and Consumer Judgments: The Automatic Shifting of Standards in Brand Evaluations," EMAC Conference in Athens, 2006.

Dimofte, Claudiu V. and Johny K. Johansson, "Brand Stereotypes and Consumer Judgments: The Automatic Shifting of Standards in Brand Evaluations," ACR Conference in San Antonio, 2006.

Dimofte, Claudiu V. "Brand Names and Transitive Implicit Associations," European ACR Conference in Göteborg, 2005.

Dimofte, Claudiu V. and Richard F. Yalch, "The SMAART Scale: Measure Development and Validation," ACR Conference in Portland, 2004.

Dimofte, Claudiu V. and Richard F. Yalch, "Consumer Disbelief and Attitudes: Implicit Memory Explanations for Why Believability Is Not Necessary for Persuasion," SCP Conference in Montréal, 2004.

Dimofte, Claudiu V., Richard F. Yalch, and Anthony G. Greenwald, "Brand Names as Sources and Targets of Tangential Implicit Associations," ACR Conference in Toronto, 2003.

Dimofte, Claudiu V. and Richard F. Yalch, "The Role of Advertisement Copy in Prompting Consumer Access to Slogan Meaning," ACR Conference in Atlanta, 2002.

**Invited Research Presentations**

| | |
|---|---|
| Berlin School of Economics and Law, Germany | ESSEC Paris, France |
| Indiana University | HEC Paris, France |
| George Mason University | IÉSEG School of Management Lille, France |
| Georgetown University | IÉSEG School of Management Paris, France |
| Rutgers University | Sorbonne Business School Paris, France |
| San Diego State University | Technische Universität Dortmund, Germany |
| University of British Columbia | Universidad Católica Portuguesa Lisbon, Portugal |
| University of Central Florida | Université Paris-Dauphine Paris, France |
| University of San Diego | University of Auckland, New Zealand |
| University of South Carolina | University of Basel, Switzerland |
| University of Washington | University of Vienna, Austria |
| Université Jean Monnet, France | Université Louis Lumière Lyon 2, France |
| Zeppelin University, Germany | |

**Scholarly Awards and Funded Research Grants**

| | |
|---|---|
| Society for Consumer Psychology: | Best Working Paper Award, Annual Conference (2019) |
| Erasmus+ Grant: | Berlin School of Economics and Law (2016) |
| National Institutes of Health: | Tobacco Packaging Research Grant (with UCSD researchers, 2015) |
| San Diego State University: | Fowler College of Business Research Grant (2013, 2015, 2020) |
| | Most Influential MBA Marketing Faculty Award (2014) |
| | Outstanding Faculty Award: Research, Teaching, Service (2014) |
| Society for Consumer Psychology: | Nominee, C.W. Park Award for Outstanding Contribution to JCP |
| National Institutes of Health: | Tobacco Packaging Research Grant (with UCSD researchers, 2015) |
| Academy of International Business: | Best International Mktg. Paper Award, Annual Conference (2010) |
| American Marketing Association: | Student Fellow, Sheth Doctoral Consortium (2004) |
| | Nominee, Howard Award (2005) |
| | Faculty Fellow, Sheth Doctoral Consortium (2012) |
| San Diego State University: | University Research Grant (2011) |
| | Fowler College of Business Graduate Fee Grant (2012, 2017, 2021) |
| | University Mid-Career Research Grant (2020) |
| | Outstanding Faculty Contribution Award (2014) |
| Georgetown University: | University Competitive Grant (2005) |
| | University Research Infrastructure Award (2005) |
| | International Collaborative Research Grant (2007) |
| | MSB Capital Markets Research Center Grant (2008) |
| University of Washington: | Boeing Fellowship for Academic Excellence (2002) |
| | Dean's Award for Outstanding Academic Achievement (2002) |
| | Evert McCabe Endowed Fellowship (2003) |

|                                        |                                                          |
|----------------------------------------|----------------------------------------------------------|
|                                        | CIBER Research Award (2004)                              |
|                                        | Magna Cum Laude PhD (2004)                               |
| University of South Carolina:          | Graduate Fellowship Grant (1996 – 1998)                  |
|                                        | Magna Cum Laude MBA (1998)                               |
| West University:                       | National Merit Scholarship (1991 – 1996)                 |
|                                        | Summa Cum Laude BS (1996)                                |
| University of Auckland:                | Research Development Program Award (with H. Cassab, 2007)|
| University of Basel:                   | Research Award (with A. Florack, 2008)                   |
| Vlerick Leuven Management School:      | Research Award (with K. Zeugner-Roth, 2010)              |

## TEACHING

Interests:     Marketing Management, Consumer Behavior, Marketing Strategy, Marketing Research
Evaluations:   *Georgetown University* (7 years)
- Principles of Marketing (MARK 220):         4.14 out of 5
- Consumer Behavior (MARK 222):               4.39 out of 5

*San Diego State University* (14 years)
- Marketing Management (BA 672):              4.60 out of 5

SDSU Outstanding Faculty Award – Most Influential MBA Professor (2014, 2021)
Fowler College of Business Teaching Excellence Award (2019)

## SERVICE

| | |
|---|---|
| Member – Fowler College of Business Faculty Development Committee | (since 2013) |
| Member – Fowler College of Business Rank, Tenure, and Promotion Committee | (since 2022) |
| Graduate Student Advisor for Marketing Area | (since 2013) |
| Member – University Senate | (2012-2018) |
| Editorial Board member for:    *Journal of Consumer Psychology* (ABS 4*, world leading) | (since 2012) |
| *Journal of the Academy of Marketing Science* (ABS 4*, world leading) | (since 2017) |
| *Journal of International Marketing* (ABS 3, highly regarded) | (since 2019) |
| Committee Member, *Journal of Consumer Psychology Young Contributor Award* | (since 2018) |
| Committee Member, *American Marketing Association Dissertation Award* | (since 2022) |

Conference Co-Chair, *SCP Advertising and Consumer Psychology Conference – San Diego, 2013*
Working Paper Track Co-Chair, *Association for Consumer Research Conference – New Orleans, 2015*
Consumer Behavior Track Co-Chair, *Academy of Marketing Science Conference – Baltimore, 2009*
Media Coverage: *Newsweek, Wall Street Journal, PBS, Wallethub.com, Prnewswire.com, Newneuromarketing.com*

## Appendix B

**Claudiu V. Dimofte, PhD – Expert Depositions / Testimony Provided Since 2018**

- UNITED STATES DISTRICT COURT
  NORTHERN DISTRICT OF CALIFORNIA
  LAURA MARKS, GAYLIA PICKLES and DONNA VANDIVER individually and on behalf of all others similarly situated,
  Plaintiffs,
  v.
  KATE SPADE AND COMPANY, A DELAWARE CORPORATION; and DOES 1-50, INCLUSIVE,
  Defendants.
  Case No. 4:15-CV-05329-VC

- SUPERIOR COURT OF THE STATE OF CALIFORNIA
  COUNTY OF ORANGE
  CHELSEA VANCLEVE, CHELSEA VESELY, and ROSITA SHOUSE
  Plaintiffs,
  v.
  CHIEN ET CHAT. INC. d/b/a BARKWORKS PET STORES, and DOES 1-10, INCLUSIVE,
  Defendants.
  Case No. 30-2014-00747275-CU-BT-CJC

- UNITED STATES DISTRICT COURT
  SOUTHERN DISTRICT OF FLORIDA
  JOSHUA WASSER, ILA GOLD, and ROBERTO ISRAEL J. BARAJAS-RAMOS,
  on behalf of themselves and all others similarly situated,
  Plaintiffs,
  v.
  ALL MARKET INC.,
  Defendant.
  Case No. 1:16-CV-21238

- SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
  ANIMAL LEGAL DEFENSE FUND
  on behalf of the general public,
  Plaintiff,
  v.
  HORMEL FOODS CORPORATION,
  Defendant.
  Case No. 2016CA-004744

- SUPERIOR COURT OF THE STATE OF ARIZONA

COUNTY OF MARICOPA
DEBORAH BRITT, MELISSA CHRISTIAN, WARREN DUNN, MARTIN GARCIA, KELLIE LANGER, ERICA MARXMANN, WALTER SHIFFLETT, RICKY TUCKER, JAQUELINE VILLEGAS, MELISSA WAGSTAFF; and DOES I-X,
Plaintiffs,
v.
PUPPIES.COM, LLC, an Arizona Limited Liability Company d/b/a PUPPYFIND.COM; JOHN and JANE DOES I-X; BLACK and WHITE CORPORATIONS I-X,
Defendants.
Case No. CV2016-016116

▪ UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
FRIENDS OF THE EARTH and CENTER FOR FOOD SAFETY
Plaintiffs,
v.
SANDERSON FARMS, INC., a Mississippi corporation,
Defendant.
Case No. 3:17-CV-03592-RS

▪ SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF LOS ANGELES
RAMON TINOCO LOPEZ, ANDRES TINOCO LOPEZ, PEDRO TINOCO LOPEZ, and JAVIER TINOCO LOPEZ, individually and as Surviving Heirs and Successors in
Interest of Jose Lopez Marin, Deceased, and Guadalupe Tinoco Docil, Deceased; CONCEPTION TINOCO LOPEZ, CIRIA TINOCO LOPES, ROSALINA TINOCO LOPEZ, MARISELA TINOCO LOPEZ, TINOCO LOPEZ and NORMA TETOCO LOPEZ, as Surviving Heirs and Successors in Interest of Jose Lopez Marin, Deceased, and
Guadalupe Tinoco Docil, Deceased;
Plaintiffs,
vs.
LAURO LEAL and MARIA C. LEAL d/b/a L&L TIRES, and MICHELIN NORTH AMERICA, INC., FORD MOTOR
COMPANY, DOE Defendants 1-50,
Defendants.
CASE NO. 19STCV21650

▪ UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
FARID KHAN, an individual, on behalf of himself and all others similarly situated,
Plaintiff,
v.
BOOHOO.COM USA, INC., a Delaware corporation, BOOHOO.COM UK LIMITED, a United Kingdom private limited company, BOOHOO GROUP PLC, a Jersey public limited company, and DOES 1-10, inclusive.
Defendants.

Case No. 2:20-cv-03332-GW-JEM

▪ UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
AUDIO-TECHNICA CORPORATION and AUDIO-TECHNICA U.S., INC.
Plaintiffs,
v.
MUSIC TRIBE COMMERCIAL MY SDN. BHD
Defendant.
Case No. 2:21-cv-09009-ODW-AS

▪ UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
RANCHERS-CATTLEMEN ACTION LEGAL FUND, UNITED STOCKGROWERS OF
AMERICA,
Plaintiff,
v.
UNITED STATES DEPARTMENT OF AGRICULTURE, and
SONNY PERDUE, in his official capacity as Secretary of the United States Department of
Agriculture,
Defendants.
Case No. 20-2552

▪ AMERICAN ARBITRATION ASSOCIATION
CYNTHIA KOBEL, an individual, and SHALANDA HOUSTON, an individual, on behalf
of themselves and all others similarly situated,
Claimants,
v.
JPAY, INC.,
Respondent.
Case No.: 01-15-0005-3477

▪ UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
CARL BARRETT, MICHEL POLSTON, NANCY MARTIN, MICHAEL RODRIGUEZ,
MARIA RODRIGUEZ, and ANDREW HAGENE
Individually, and on Behalf of All Others Similarly Situated,
Plaintiffs,
v.
APPLE INC., a California Corporation; APPLE VALUE SERVICES LLC; and DOES 1
Through 10, Inclusive,
Defendants.
Case No.: 5:20-cv-04812-EJD

▪ UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

ANDREW AXELROD and ELIOT BURK

Individually, and on behalf of all others similarly situated,

Plaintiffs,

v.

LENOVO (UNITED STATES) INC., a Delaware corporation,

Defendant.

Case No.: 4:21-cv-06770-JSW

## Appendix C

## Materials Considered[40]

Center, Judicial. *Manual for Complex Litigation* (2004).

Desurvire, Heather, and Charlotte Wiberg. "Game usability heuristics (PLAY) for evaluating and designing better games: The next iteration." In *Online Communities and Social Computing: Third International Conference, OCSC Proceedings* (2009)*: 557-566.*

Diamond, Shari S. "Reference Guide on Survey Research," in *Reference Manual on Scientific Evidence*, Third Edition, National Academies Press (2011): 359-423.

Dimofte, Claudiu V., and Richard F. Yalch. "The mere association effect and brand evaluations." *Journal of Consumer Psychology* 21, no. 1 (2011): 24-37.

Jacoby, Jacob. "Are Closed-Ended Questions Leading Questions?" in *Trademark and Deceptive Advertising Surveys: Law, Science, and Design*, Shari S. Diamond and Jerre B. Swann, eds., American Bar Association (2012): 261-285.

Jooste, Chris, Johan Strydom, Adele Berndt, and Flip du Plessis. *Applied Strategic Marketing*. (2012). Pearson.

Kapferer, Jean-Noël. "Brand confusion: Empirical study of a legal concept." *Psychology & Marketing* 12, no. 6 (1995): 551-568.

Keller, Kevin Lane. "Conceptualizing, measuring, and managing customer-based brand equity." *Journal of Marketing* 57, no. 1 (1993): 1-22.

Kotler, Philip, and Keving Lane Keller. *Marketing Management - 15e.* (2016). Pearson Prentice Hall.

Tauszik, Yla R., and James W. Pennebaker. "The psychological meaning of words: LIWC and computerized text analysis methods." *Journal of Language and Social Psychology* 29, no. 1 (2010): 24-54.

Zhang, Zhihao, Maxwell Good, Vera Kulikov, Femke van Horen, Mark Bartholomew, Andrew S. Kayser, and Ming Hsu. "From scanner to court: A neuroscientifically informed

---

[40] This Appendix includes a listing of all documents and information provided to me by Counsel of Record for Warzone.com, LLC, as well as documents and information I independently was aware of or located during the course of formulating the survey, and the opinions set forth in my report. To the extent that I relied upon any such documents or information as part of the basis for my opinions, my report includes a specific citation to such document or information.

"reasonable person" test of trademark infringement." *Science Advances* 9, no. 6 (2023): eabo1095.

<u>Case Specific Materials</u>

Complaint, *Activision Publishing, Inc. v. Warzone.com, LLC,* No. 21-3073 (C.D. Cal), Docket No. 1.

Counterclaim, *Activision Publishing, Inc. v. Warzone.com, LLC,* No. 21-3073 (C.D. Cal), Docket No. 14.

Activision's Second Supplemental Response to Warzone's First Set of Interrogatories (August 23, 2024).

Activision's Supplemental Response to Warzone's First Set of Interrogatories (July 1, 2024).

Unredacted Declaration of Evan Wingren in Opposition to Warzone.com, LLC's Motion to Compel Further Responses to Unspecified Discovery Demands (November 22, 2024).

Unredacted Declaration of Francesca M. S. Germinario in Support of Joint Stipulation re Motion to Compel (November 25, 2024).

Unredacted Declaration of Lindsay R. Edelstein in Opposition to Warzone.com, LLC's Motion to Compel Further Responses to Unspecified Discovery Demands (November 22, 2024).

Unredacted Declaration of Stephen Marks in Opposition to Warzone.com, LLC's Motion to Compel Further Responses to Unspecified Discovery Demands (November 22, 2024).

Unredacted Joint Stipulation re Motion to Compel Production of Documents and Information regarding All Uses of Warzone Mark (November 25, 2024).

Transcript of the Deposition of Carolyn Wang (December 13, 2024).

Transcript of the Deposition of Matthew Cox (December 19, 2024).

Transcript of the Deposition of Randy Ficker, Volume II (December 5, 2024).

| | | |
|---|---|---|
| ATV000560 | ATV001642 | ATV006797 |
| ATV000592 | ATV001648 | ATV006801 |
| ATV000723 | ATV001649 | ATV010325 |
| ATV000843 | ATV002559 | ATV014568 |
| ATV000935 | ATV005594 | ATV014739 |
| ATV001015 | ATV006537 | ATV017058 |
| ATV001147 | ATV006562 | ATV022577 |
| ATV001149 | ATV006658 | ATV022577 |
| ATV001206 | ATV006678 | ATV025246 |
| ATV001373 | ATV006683 | ATV026066 |
| ATV001419 | ATV006792 | ATV026068 |
| ATV001636 | ATV006796 | WZ004998 |

| | | |
|---|---|---|
| WZ005012 | WZ019009 | WZ024047 |
| WZ005027 | WZ019010 | WZ024062 |
| WZ005044 | WZ019011 | WZ024085 |
| WZ005058 | WZ019012 | WZ024087 |
| WZ005072 | WZ019106 | WZ024090 |
| WZ005086 | WZ019200 | WZ024092 |
| WZ007213 | WZ019360 | WZ024095 |
| WZ007251 | WZ019361 | WZ024100 |
| WZ007398 | WZ019362 | WZ024106 |
| WZ007554 | WZ019810 | WZ024109 |
| WZ011351 | WZ022732 | WZ024114 |
| WZ011471 | WZ023104 | WZ024124 |
| WZ014991 | WZ023108 | WZ024129 |
| WZ014993 | WZ023109 | WZ024134 |
| WZ015052 | WZ023111 | WZ024139 |
| WZ015478 | WZ023249 | WZ024145 |
| WZ015558 | WZ023306 | WZ024148 |
| WZ015607 | WZ023475 | WZ024151 |
| WZ016183 | WZ023479 | WZ024153 |
| WZ017238 | WZ023517 | WZ024160 |
| WZ017040 | WZ023604 | WZ024162 |
| WZ017663 | WZ023806 | WZ024165 |
| WZ018516 | WZ023897 | WZ024169 |
| WZ018723 | WZ023920 | WZ024172 |
| WZ018724 | WZ023952 | WZ024179 |
| WZ018726 | WZ024031 | WZ024192 |
| WZ018727 | WZ024036 | WZ024201 |
| WZ018821 | WZ024038 | WZ024205 |
| WZ018915 | WZ024044 | |

**Appendix D**

**Consumer Perceptions Study – Response Statistics**

| | N | % |
|---|---|---|
| **Full Prospective Sample [1]** | **864** | **100.00** |
| **Screened out of Survey** | **331** | **38.31** |
| At item *employment* [2] | 77 | 8.91 |
| At item *history* [3] | 127 | 14.70 |
| At item *did.plums* [4] | 63 | 7.29 |
| At item *will.game* [5] | 64 | 7.41 |
| **Completed Survey** | **533** | **61.29** |
| **Final Analytical Sample [6]** | **533** | **61.69** |

[1]  Respondents who started the survey. Note that some failed multiple selection filters.

[2]  Respondents who reported having been employed (themselves or their family members) in one of the following industries: Advertising or marketing research; Consumer electronics manufacturing, distribution, or sales; Legal services; Website design, hosting, or e-commerce.

[3]  Respondents who answered "Not sure" to having any of the presented items (*bicycle, boat, car, dog, graduate degree, TV set, smartphone, telegraph,* and *toothbrush*), answered "Do not have one" to the item *toothbrush*, or answered "Have at least one" to the item *telegrap*h.

[4]  Respondents who reported having purchased French Mirabelle plums from their local grocery store in the last year.

[5]  Respondents who reported not having bought consumer electronics (described as "laptop, desktop computer, monitor, tablet, or similar items") online in the last one to two years and not planning to buy any online in the next one to two years.

[6]  Data used in the analyses.

## Appendix E

### Consumer Perceptions Study – Sample Demographics by Retention Status

| Sample | Dropped ineligible | Completed retained[1] |
|---|---|---|
| **Sample Size** | **331** | **533** |
| **Gender** | | |
| Male | 57.7% | 51.1% |
| Female | 42.0% | 48.1% |
| Other | .0% | .6% |
| Prefer not to respond | .3% | .2% |
| **Mean Age** | 35.69 | 37.10 |
| **Ethnicity** [2] | | |
| Asian | 9.7% | 9.2% |
| Black | 24.5% | 23.5% |
| Hispanic | 14.5% | 13.3% |
| Native American | 2.7% | 2.3% |
| Pacific Islander | 1.8% | .4% |
| White | 57.7% | 61.4% |
| Other | .6% | .8% |
| **Marital Status** | | |
| Single (not in a relationship) | 44.1% | 47.4% |
| In a relationship (not married) | 11.2% | 16.5% |
| Married | 43.2% | 35.5% |
| Other | 1.5% | .6% |
| **Children** | | |
| No | 50.0% | 47.9% |
| Yes | 50.0% | 52.1% |
| **Education** | | |
| High-school or less | 20.8% | 23.1% |
| Some college/technical school | 14.8% | 22.7% |
| 2-year college | 11.2% | 10.5% |
| 4-year college | 30.8% | 32.3% |
| Graduate school degree | 22.4% | 11.3% |
| **Employment Status** | | |
| Student (full-time) | 11.2% | 6.6% |
| Unemployed (not a student) | 14.8% | 19.0% |
| Employed part-time | 16.4% | 15.6% |
| Employed full-time | 53.9% | 54.3% |
| Other | 3.6% | 4.5% |
| **Median Annual Household Income** | $60,000 | $53,500 |

[1] Respondents in the final analytical sample.
[2] Some respondents selected multiple ethnicities.

**Appendix F**

**Consumer Perceptions Study – Survey Items**

---

Start of Block: Start

intro Thank you for your interest in this marketing research study that addresses some of your personal perceptions about products in the marketplace. It should only take a few minutes to complete. In responding to the questions, please pay attention and read the information carefully before selecting the response that best reflects your thoughts and feelings. There are no right or wrong answers and your responses are completely anonymous.

Please click below to continue.

${e://Field/transaction_id}

---

Page Break

---

vision Do you normally wear glasses or contact lenses when you read?

○ Yes  (1)

○ No  (2)

---

Display This Question:

   If Do you normally wear glasses or contact lenses when you read? = 1

puton If you normally wear glasses or contact lenses when you read, please use them while completing this survey.  Thank you.

End of Block: Start

Start of Block: Screening

device What type of device are you using to answer these questions?

○ Desktop or Laptop  (1)

○ Tablet  (2)

○ Smart phone  (3)

○ Other  (4) _____

---

Page Break ─────────────────────────────────────────────

gender What is your gender?

○ Male  (1)

○ Female  (2)

○ Other  (3)

○ Prefer not to answer  (4)

---

✱

age What is your age?

(please enter number below)

_____

---

Page Break ─────────────────────────────────────────────

ethnicity What is your ethnicity?

(please check all that apply)

☐ Asian  (1)

☐ Black  (2)

☐ Hispanic  (3)

☐ Native American  (4)

☐ Pacific Islander  (5)

☐ White  (6)

☐ Other  (7) _____

---

Page Break ————————————————————————————————

marital What is your marital status?

○ Single (not in a relationship)  (1)

○ In a relationship (not married)  (2)

○ Married  (3)

○ Other  (4) _____

---

kids Do you have children?

○ No  (1)

○ Yes  (2)

---

Page Break ————————————————————————————————

edu What is your highest completed education level?

○ High school or less  (1)

○ Some college/technical school  (2)

○ 2-yr college degree  (3)

○ 4-yr college degree  (4)

○ Graduate school degree  (5)

---

Page Break

---

employ What best describes your current employment status?

○ Student (full-time)  (1)

○ Unemployed (not a student)  (2)

○ Employed part-time  (3)

○ Employed full-time  (4)

○ Other  (5) _____

---

Page Break

\*

income What is your total annual household (i.e., not personal) income, before taxes?
(in U.S. dollars, please insert numbers only)

_____

---

Page Break

state Where do you currently reside?

▼ I do not reside in the United States (53) ... Wyoming (52)

Skip To: End of Block If 50 States, D.C. and Puerto Rico = 53

Page Break ───────────────────────────────────────

**work** Have you or any member of your household ever worked in the following industries?
(please check all that apply)

☐  Advertising or market research  (1)

☐  Animal care or veterinarian services  (2)

☐  Book publishing, distribution, or sales  (3)

☐  Clothing / shoe manufacturing, distribution, or sales  (4)

☐  Consumer electronics manufacturing, distribution, or sales  (5)

☐  Entertainment content production, distribution, or sales  (6)

☐  Food / beverage manufacturing, distribution, or sales  (7)

☐  Legal services  (8)

☐  Newspaper / magazine publishing, distribution, or sales  (9)

☐  Travel, tourism, or hospitality  (10)

☐  Video / computer game development, distribution, or sales  (11)

☐  Website design, hosting, or e-commerce  (12)

☐  None of the above  (13)

*Skip To: End of Block If Have you or any member of your household ever worked in the following industries?   (please check... = 1*

*Skip To: End of Block If Have you or any member of your household ever worked in the following industries?   (please check... = 8*

*Skip To: End of Block If Have you or any member of your household ever worked in the following industries?   (please check... = 11*

*Skip To: End of Block If Have you or any member of your household ever worked in the following industries?   (please check... = 12*

------------------------------

Page Break ------------------------------------------------------------

history **Please select the option that best describes your status relative to each of the following items:**

|  | Do not have one (1) | Have at least one (2) | Not sure (3) |
|---|---|---|---|
| Bicycle (1) | ○ | ○ | ○ |
| Boat (2) | ○ | ○ | ○ |
| Car (3) | ○ | ○ | ○ |
| Dog (4) | ○ | ○ | ○ |
| Graduate degree (5) | ○ | ○ | ○ |
| Smartphone (6) | ○ | ○ | ○ |
| Telegraph (7) | ○ | ○ | ○ |
| Toothbrush (8) | ○ | ○ | ○ |
| TV set (9) | ○ | ○ | ○ |

*Skip To: End of Block If Please select the option that best describes your status relative to each of the following items: = 1 [ 3 ]*

*Skip To: End of Block If Please select the option that best describes your status relative to each of the following items: = 2 [ 3 ]*

*Skip To: End of Block If Please select the option that best describes your status relative to each of the following items: = 3 [ 3 ]*

*Skip To: End of Block If Please select the option that best describes your status relative to each of the following items: = 4 [ 3 ]*

*Skip To: End of Block If Please select the option that best describes your status relative to each of the following items: = 5 [ 3 ]*

*Skip To: End of Block If Please select the option that best describes your status relative to each of the following items: = 6 [ 3 ]*

*Skip To: End of Block If Please select the option that best describes your status relative to each of the following items: = 7 [ 2 ]*

*Skip To: End of Block If Please select the option that best describes your status relative to each of the following items: = 7 [ 3 ]*

*Skip To: End of Block If Please select the option that best describes your status relative to each of the following items: = 8 [ 1 ]*

*Skip To: End of Block If Please select the option that best describes your status relative to each of the following items: = 8 [ 3 ]*

*Skip To: End of Block If Please select the option that best describes your status relative to each of the following items: = 9 [ 3 ]*

---

Page Break ─────────────────────────────────

did.car In the last year, did you purchase or lease a new vehicle from a car dealership?

○ No  (1)

○ Yes  (2)

---

Page Break ─────────────────────────────────

did.shoe In the last year, did you purchase running shoes from a brick-and-mortar shoe store?

○ No  (1)

○ Yes  (2)

---

Page Break ─────────────────────────────────

did.plums In the last year, did you purchase French Mirabelle plums from a local grocery store?

○ No  (1)

○ Yes  (2)

*Skip To: End of Block If In the last year, did you purchase French Mirabelle plums from a local grocery store? = 2*

---

Page Break ─────────────────────────────────

did.tech In the last year, did you purchase or play a video game on any platform (e.g., console, PC, mobile device, cloud service, etc.)?

○ No  (1)

○ Yes  (2)

---

Page Break ─────────────────────────────────

> *Display This Question:*
> *If In the last year, did you purchase or play a video game on any platform (e.g., console, PC, mobil... = 1*

will.tech In the next year, do you plan to purchase or play a video game on any platform (e.g., console, PC, mobile device, cloud service, etc.)?

○ No  (1)

○ Yes  (2)

> *Skip To: End of Block If In the next year, do you plan to purchase or play a video game on any platform (e.g., console, PC... = 1*

--------------------------------------------------

Page Break ─────────────────────────────────────

will.car In the next year, do you plan to purchase or lease a new vehicle from a car dealership?

○ No  (1)

○ Yes  (2)

--------------------------------------------------

Page Break ─────────────────────────────────────

will.shoe In the next year, do you plan to purchase running shoes from a brick-and-mortar shoe store?

○ No  (1)

○ Yes  (2)

--------------------------------------------------

Page Break ─────────────────────────────────────

will.plums In the next year, do you plan to purchase French Mirabelle plums from a local grocery store?

○ No  (1)

○ Yes  (2)

**End of Block: Screening**

**Start of Block: Ineligible**

ineligible Unfortunately, you are not eligible for this survey.

Thank you nonetheless for your interest.

Please click below to continue.

**End of Block: Ineligible**

**Start of Block: Eligible**

eligible You are eligible to participate in this survey - thank you for your interest.

Please click below to continue.

-------------------------------------------------

Page Break

welcome You are one of many consumers across the U.S. taking this survey and you have been assigned to answer questions about the following industry: *Video / computer game development, distribution, or sales.*  The survey will involve questions about brands in this industry and your personal perceptions about them. Once again, there are no right or wrong answers but we do ask that you be truthful and pay attention in order to be retained in the study and paid.   Please click below to continue.

**End of Block: Eligible**

**Start of Block: Focal**

focal For these next questions, we want you to consider your game playing preferences and habits.

-------------------------------------------------

Page Break

gType How often would you say that you play each of the following video game types:

| | Never (1) | (2) | (3) | Sometimes (4) | (5) | (6) | Daily (7) |
|---|---|---|---|---|---|---|---|
| Action (1) | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| Educational (2) | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| Puzzle (3) | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| Racing (4) | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| Shooter (5) | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| Simulation (6) | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| Strategy (7) | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| Other (8) | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

Page Break

playedVgames Which of the following video games did you play in the last year?

☐ Astro Bot  (1)

☐ Call of Duty: Modern Warfare 3  (2)

☐ Diablo 4  (3)

☐ EA Sports College Football 24  (4)

☐ Hogwarts Legacy  (5)

☐ Madden NFL 24  (6)

☐ Marvel's Spiderman 2  (7)

☐ Minecraft  (8)

☐ Mortal Kombat 1  (9)

☐ Resident Evil 4  (10)

☐ Starfield  (11)

☐ Star Wars: Jedi Survivor  (12)

☐ The Legend of Zelda: Echoes of Wisdom  (13)

☐ None  (14)

Page Break

playedWgames Which of the following video games did you play in the last year?

☐ CaptainForever.com  (1)

☐ Chess.com  (2)

☐ FallenLondon.com  (3)

☐ JoeDangerTheGame.com  (4)

☐ KingdomOfLoathing.com  (5)

☐ SqWord.com  (6)

☐ Torn.com  (7)

☐ None  (8)

---

Page Break ————————————————————————————

prior.WZ Have you ever played the video game *Warzone*?

○ Yes  (1)

○ No  (2)

○ Cannot remember  (3)

---

Page Break ————————————————————————————

> *Display This Question:*
>
> *If Have you ever played the video game Warzone? = 1*

platf.WZ On what platform did you play the video game *Warzone*?

○ Console  (1)

○ PC  (2)

○ Mobile  (3)

○ Cannot remember  (6)

---

Page Break ———————————————————————————————

> *Display This Question:*
>
> *If On what platform did you play the video game Warzone? = 2*

wz.com Did you play it at *Warzone.com*?

○ Yes  (1)

○ No  (2)

○ Cannot remember  (3)

---

Page Break ———————————————————————————————

> *Display This Question:*
>
> *If Have you ever played the video game Warzone? = 1*

wc.did What type of video game was *Warzone*?

○ Action  (1)

○ Education  (2)

○ Puzzle  (3)

○ Racing  (4)

○ Shooter  (5)

○ Simulation  (6)

○ Strategy  (7)

○ Do not know / no opinion  (8)

------------------------------------------------

Page Break ————————————————————————

| Display This Question: |
|---|
| *If Have you ever played the video game Warzone? = 1* |

wc.conf Was the *Warzone* video game you played a *Call of Duty* game?

○ Yes  (1)

○ No  (2)

○ Cannot remember  (3)

------------------------------------------------

Page Break ————————————————————————

assoc.t What video game, if any, would you associate with the word "Warzone?"

_____

_____

_____

_____

_____

------------------------------------------------

Page Break ————————————————————————

type.WZ What type of video game would you expect to play at *Warzone.com*?

○ Action  (1)

○ Education  (2)

○ Puzzle  (3)

○ Racing  (4)

○ Shooter  (5)

○ Simulation  (6)

○ Strategy  (7)

○ Do not know / no opinion  (8)

--------------------------------------------

Page Break ————————————————————————————————

assoc.c What video game, if any, would you associate with the words "Tears of the Kingdom?"

_____

_____

_____

_____

_____

--------------------------------------------

Page Break ————————————————————————————————

type.TOK What type of video game would you expect to play at TearsOfTheKingdom.com?

○ Action  (1)

○ Education  (2)

○ Puzzle  (3)

○ Racing  (4)

○ Shooter  (5)

○ Simulation  (6)

○ Strategy  (7)

○ Do not know / no opinion  (8)

---

Page Break

---

famCD How familiar are you with the *Call of Duty* video games?

○ Not at all familiar  (1)

○ Slightly familiar  (2)

○ Familiar  (3)

○ Quite familiar  (4)

○ Extremely familiar  (5)

---

Page Break

---

yearCD When do you think the first *Call of Duty* video game was first released?

○ 1996-2000  (1)

○ 2001-2005  (2)

○ 2006-2010  (3)

○ 2011-2015  (4)

○ 2016-2020  (5)

○ Do not know / No opinion  (6)

---
Page Break ----------------------------------------------

priorCD Have you ever played *Call of Duty*?

○ Yes  (1)

○ No  (2)

○ Cannot remember  (3)

---
Page Break ----------------------------------------------

> *Display This Question:*
> *If Have you ever played Call of Duty? = 1*

longCD How long have you played *Call of Duty*?

○ Since prior to 2020  (1)

○ Since 2020  (2)

---
Page Break ----------------------------------------------

interest.WZ How would you say the use of the word "Warzone" has influenced your interest in *Call of Duty*?

○ It made me much less interested  (1)

○ It made me less interested  (2)

○ It made me slightly less interested  (3)

○ It made me neither less nor more interested  (4)

○ It made me slightly more interested  (5)

○ It made me more interested  (6)

○ It made me much more interested  (7)

---
Page Break ----------------------------------------------

**Display This Question:**

*If Have you ever played Call of Duty? = 1*

ever.CDWZ Which of the following *Call of Duty* games have you played?

☐ Call of Duty  (1)

☐ Call of Duty: Modern Warfare  (2)

☐ Call of Duty: Black Ops  (3)

☐ Call of Duty: Ghosts  (4)

☐ Call of Duty: Advanced Warfare  (5)

☐ Call of Duty: Infinite Warfare  (6)

☐ Call of Duty: Vanguard  (7)

☐ Call of Duty: Mobile  (8)

☐ Call of Duty: Warzone  (9)

☐ Call of Duty: Black Ops Cold War  (10)

☐ Call of Duty: Warzone Mobile  (11)

☐ None  (12)

------

Page Break ————————————————————————————

**Display This Question:**

*If Which of the following Call of Duty games have you played? = 9*

name.cdw You mentioned having played the video game *Call of Duty: Warzone* before. What name do you use to refer to the game when talking to others about it?

_____

_____

_____

_____

_____

---

Page Break

---

| Display This Question: |
| --- |
| If Which of the following Call of Duty games have you played? = 11 |

name.cdwm You mentioned having played the video game *Call of Duty: Warzone Mobile* before. What name do you use to refer to the game when talking to others about it?

_____

_____

_____

_____

_____

---

Page Break

---

everwzc Have you ever played the video game available at *Warzone.com*?

○ Yes  (1)

○ No  (2)

○ Cannot remember  (3)

---

Page Break

---

> *Display This Question:*
>
>   *If Have you ever played the video game available at Warzone.com? = 1*

wzc.did What type of video game did you play at *Warzone.com*?

○ Action  (1)

○ Education  (2)

○ Puzzle  (3)

○ Racing  (4)

○ Shooter  (5)

○ Simulation  (6)

○ Strategy  (7)

○ Do not know / no opinion  (8)

---------------------------------------------

> *Display This Question:*
>
>   *If Have you ever played the video game available at Warzone.com? = 1*

conf2.0 Was the video game available at *Warzone.com* a *Call of Duty* game?

○ Yes  (1)

○ No  (2)

○ Cannot remember  (3)

---------------------------------------------

Page Break ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

End of Block: Focal

Start of Block: Follow-ups

confuse If two different video games used the same name or highly similar names, would you find it confusing?

○ Definitely not  (1)

○ Probably not  (2)

○ Possibly not  (3)

○ Not sure  (4)

○ Possibly yes  (5)

○ Probably yes  (6)

○ Definitely yes  (7)

○ Do not know / no opinion  (8)

---

Page Break ——————————————————————————

Display This Question:

   If How often would you say that you play each of the following video game types: != 7 [ 1 ]



same.felt Your answer to a previous question suggests that, at least occasionally, you play strategy video games. Consider a scenario wherein you are searching online for the webpage of a strategy game you want to play, but all the online information you find is instead directing you to a shooter game of the same or highly similar name. To what extent do each of the following describe how you would feel in that scenario?

| | Not at all (1) | (2) | (3) | Somewhat (4) | (5) | (6) | Extremely (7) |
|---|---|---|---|---|---|---|---|
| Confused (1) | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| Disappointed (2) | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| Happy (3) | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| Excited 4) | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| Select "Extremely" here (5) | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| Pleased (6) | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| Annoyed (7) | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

- - - - - - - - - - Page Break - - - - - - - - - -

sh2st Think about shooter video games in general. In your opinion, how well do typical shooter game attributes apply to a strategy game?

○ Not at all  (1)

○   (2)

○   (3)

○ Somewhat  (4)

○   (5)

○   (6)

○ Extremely well  (7)

○ Do not know / no opinion  (8)

––––––––––––––––––––––––––––––––––––––––––––––––––

Page Break ––––––––––––––––––––––––––––––––––––––––––

st2sh  Think about strategy video games in general. In your opinion, how well do typical strategy game attributes apply to a shooter game?

○ Not at all  (1)

○   (2)

○   (3)

○ Somewhat  (4)

○   (5)

○   (6)

○ Extremely well  (7)

○ Do not know / no opinion  (8)

––––––––––––––––––––––––––––––––––––––––––––––––––

Page Break ––––––––––––––––––––––––––––––––––––––––––

shoot.a1  Please think about the connotations or associations that you have with shooting guns in general. Please list the first few things that come to mind.

_____

_____

_____

_____

_____

––––––––––––––––––––––––––––––––––––––––––––––––––

Page Break ––––––––––––––––––––––––––––––––––––––––––

shoot.a2 How would you describe the general feelings that you experience when thinking about
shooting guns?



1 (1)
2 (2)
3 (3)
4 (4)
5 (5)

------------------------------------------------

Page Break ———————————————————————————————

Display This Question:

    *If Which of the following Call of Duty games have you played? = 9*

    *Or Which of the following Call of Duty games have you played? = 11*



weights Earlier in this study you reported having previously played *Call of Duty: Warzone* and/or *Call of Duty: Warzone Mobile*. Please allocate 100 points across the following attributes based on how important they each were in your decision to play the *Call of Duty: Warzone* game(s):

Game play (i.e., fun and keeps players' interest) :                          _____ (1)
Skill development (i.e., well-paced for learning) :                          _____ (2)
Tutorial (i.e., no need to read documentation) :                            _____ (3)
Challenge level (i.e., hard to master but not frustrating) :            _____ (4)
Story immersion (i.e., there is a story to follow) :                        _____ (5)
Coolness (i.e., different and interesting) :                                  _____ (6)
Usability/game mechanics (i.e., a positive gaming experience) :    _____ (7)
Game title (i.e., the name Warzone is interesting to players) :      _____ (8)

                                                                                Total : _____

---

Page Break

---

source.w  How important are each of the following sources of information in your decision to adopt a new video game?

| | Not at all (1) | (2) | (3) | Somewhat (4) | (5) | (6) | Extremely (7) |
|---|---|---|---|---|---|---|---|
| Publisher website (1) | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| Gaming magazines (2) | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| Discussion forums (3) | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| Consumer reviews (4) | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| Friend recommendations (5) | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| Other (6) | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

End of Block: Follow-ups

Start of Block: Finals

ease1 Please rate how easy or difficult it was for you to understand the questions in this survey.

○ Very easy  (1)

○ Easy  (2)

○ Somewhat easy  (3)

○ Neither easy nor difficult  (4)

○ Somewhat difficult  (5)

○ Difficult  (6)

○ Very difficult  (7)

---

Page Break

aware1 Are you aware of any current litigation involving the *Call of Duty* game publisher?

○ No  (1)

○ Yes  (2)

---

Page Break

> **Display This Question:**
> *If Are you aware of any current litigation involving the Call of Duty game publisher?   = 2*

what1 Please briefly describe your knowledge about the litigation involving the *Call of Duty* game publisher.

○ (please type answer below)  (1)

_____

○ Cannot remember  (2)

**End of Block: Finals**

**Start of Block: End**

thx Thank you for your participation.  Please click below to submit your responses.

**End of Block: End**

## Appendix G

## Consumer Perceptions Survey – Response Distributions for Main Quantitative Items

### Have you ever played the video game Warzone?

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | Yes | 238 | 44.7 | 44.7 | 44.7 |
| | No | 252 | 47.3 | 47.4 | 92.1 |
| | Cannot remember | 42 | 7.9 | 7.9 | 100.0 |
| | Total | 532 | 99.8 | 100.0 | |
| Missing | System | 1 | .2 | | |
| Total | | 533 | 100.0 | | |

### On what platform did you play the video game Warzone?

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | Console | 135 | 25.3 | 56.7 | 56.7 |
| | PC | 91 | 17.1 | 38.2 | 95.0 |
| | Mobile | 11 | 2.1 | 4.6 | 99.6 |
| | Cannot remember | 1 | .2 | .4 | 100.0 |
| | Total | 238 | 44.7 | 100.0 | |
| Missing | System | 295 | 55.3 | | |
| Total | | 533 | 100.0 | | |

### Did you play it at Warzone.com?

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | Yes | 42 | 7.9 | 46.2 | 46.2 |
| | No | 42 | 7.9 | 46.2 | 92.3 |
| | Cannot remember | 7 | 1.3 | 7.7 | 100.0 |
| | Total | 91 | 17.1 | 100.0 | |
| Missing | System | 442 | 82.9 | | |
| Total | | 533 | 100.0 | | |

65

**What type of video game was Warzone?**

|  |  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | Action | 54 | 10.1 | 22.7 | 22.7 |
|  | Puzzle | 2 | .4 | .8 | 23.5 |
|  | Racing | 3 | .6 | 1.3 | 24.8 |
|  | Shooter | 159 | 29.8 | 66.8 | 91.6 |
|  | Simulation | 5 | .9 | 2.1 | 93.7 |
|  | Strategy | 13 | 2.4 | 5.5 | 99.2 |
|  | Do not know / no opinion | 2 | .4 | .8 | 100.0 |
|  | Total | 238 | 44.7 | 100.0 |  |
| Missing | System | 295 | 55.3 |  |  |
| Total |  | 533 | 100.0 |  |  |

**Was the Warzone video game you played a Call of Duty game?**

|  |  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | Yes | 221 | 41.5 | 92.9 | 92.9 |
|  | No | 8 | 1.5 | 3.4 | 96.2 |
|  | Cannot remember | 9 | 1.7 | 3.8 | 100.0 |
|  | Total | 238 | 44.7 | 100.0 |  |
| Missing | System | 295 | 55.3 |  |  |
| Total |  | 533 | 100.0 |  |  |

**What type of video game would you expect to play at Warzone.com?**

|  |  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | Action | 103 | 19.3 | 19.4 | 19.4 |
|  | Education | 1 | .2 | .2 | 19.5 |
|  | Puzzle | 2 | .4 | .4 | 19.9 |
|  | Racing | 5 | .9 | .9 | 20.9 |
|  | Shooter | 359 | 67.4 | 67.5 | 88.3 |
|  | Simulation | 10 | 1.9 | 1.9 | 90.2 |
|  | Strategy | 33 | 6.2 | 6.2 | 96.4 |
|  | Do not know / no opinion | 19 | 3.6 | 3.6 | 100.0 |
|  | Total | 532 | 99.8 | 100.0 |  |
| Missing | System | 1 | .2 |  |  |
| Total |  | 533 | 100.0 |  |  |

**How familiar are you with the Call of Duty video games?**

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | Not at all familiar | 32 | 6.0 | 6.0 | 6.0 |
| | Slightly familiar | 111 | 20.8 | 20.9 | 26.9 |
| | Familiar | 89 | 16.7 | 16.7 | 43.6 |
| | Quite familiar | 111 | 20.8 | 20.9 | 64.5 |
| | Extremely familiar | 189 | 35.5 | 35.5 | 100.0 |
| | Total | 532 | 99.8 | 100.0 | |
| Missing | System | 1 | .2 | | |
| Total | | 533 | 100.0 | | |

**Have you ever played Call of Duty?**

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | Yes | 414 | 77.7 | 77.8 | 77.8 |
| | No | 104 | 19.5 | 19.5 | 97.4 |
| | Cannot remember | 14 | 2.6 | 2.6 | 100.0 |
| | Total | 532 | 99.8 | 100.0 | |
| Missing | System | 1 | .2 | | |
| Total | | 533 | 100.0 | | |

**How long have you played Call of Duty?**

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | Since prior to 2020 | 327 | 61.4 | 79.0 | 79.0 |
| | Since 2020 | 87 | 16.3 | 21.0 | 100.0 |
| | Total | 414 | 77.7 | 100.0 | |
| Missing | System | 119 | 22.3 | | |
| Total | | 533 | 100.0 | | |

**How would you say the use of the word "Warzone" has influenced your interest in Call of Duty?**

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | It made me much less interested | 18 | 3.4 | 3.4 | 3.4 |
| | It made me less interested | 18 | 3.4 | 3.4 | 6.8 |
| | It made me slightly less interested | 34 | 6.4 | 6.4 | 13.2 |
| | It made me neither less nor more interested | 209 | 39.2 | 39.3 | 52.4 |
| | It made me slightly more interested | 93 | 17.4 | 17.5 | 69.9 |
| | It made me more interested | 87 | 16.3 | 16.4 | 86.3 |
| | It made me much more interested | 73 | 13.7 | 13.7 | 100.0 |
| | Total | 532 | 99.8 | 100.0 | |
| Missing | System | 1 | .2 | | |
| Total | | 533 | 100.0 | | |

**If two different video games used the same name or highly similar names, would you find it confusing?**

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | Definitely not | 26 | 4.9 | 4.9 | 4.9 |
| | Probably not | 43 | 8.1 | 8.1 | 13.0 |
| | Possibly not | 36 | 6.8 | 6.8 | 19.7 |
| | Not sure | 70 | 13.1 | 13.2 | 32.9 |
| | Possibly yes | 141 | 26.5 | 26.5 | 59.4 |
| | Probably yes | 108 | 20.3 | 20.3 | 79.7 |
| | Definitely yes | 93 | 17.4 | 17.5 | 97.2 |
| | Do not know / no opinion | 15 | 2.8 | 2.8 | 100.0 |
| | Total | 532 | 99.8 | 100.0 | |
| Missing | System | 1 | .2 | | |
| Total | | 533 | 100.0 | | |

68

**Think about shooter video games in general. In your opinion, how well do typical shooter game attributes apply to a strategy game?**

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | Not at all | 8 | 1.5 | 1.5 | 1.5 |
| | 2 | 12 | 2.3 | 2.3 | 3.8 |
| | 3 | 28 | 5.3 | 5.3 | 9.0 |
| | Somewhat | 171 | 32.1 | 32.1 | 41.2 |
| | 5 | 79 | 14.8 | 14.8 | 56.0 |
| | 6 | 104 | 19.5 | 19.5 | 75.6 |
| | Extremely well | 103 | 19.3 | 19.4 | 94.9 |
| | Do not know / no opinion | 27 | 5.1 | 5.1 | 100.0 |
| | Total | 532 | 99.8 | 100.0 | |
| Missing | System | 1 | .2 | | |
| Total | | 533 | 100.0 | | |

**Think about strategy video games in general. In your opinion, how well do typical strategy game attributes apply to a shooter game?**

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | Not at all | 12 | 2.3 | 2.3 | 2.3 |
| | 2 | 19 | 3.6 | 3.6 | 5.8 |
| | 3 | 40 | 7.5 | 7.5 | 13.3 |
| | Somewhat | 147 | 27.6 | 27.6 | 41.0 |
| | 5 | 97 | 18.2 | 18.2 | 59.2 |
| | 6 | 101 | 18.9 | 19.0 | 78.2 |
| | Extremely well | 90 | 16.9 | 16.9 | 95.1 |
| | Do not know / no opinion | 26 | 4.9 | 4.9 | 100.0 |
| | Total | 532 | 99.8 | 100.0 | |
| Missing | System | 1 | .2 | | |
| Total | | 533 | 100.0 | | |

**How would you describe the general feelings that you experience when thinking about shooting guns?**

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | Very Negative | 66 | 12.4 | 12.4 | 12.4 |
| | 2 | 63 | 11.8 | 11.8 | 24.2 |
| | Neutral | 101 | 18.9 | 19.0 | 43.2 |
| | 4 | 124 | 23.3 | 23.3 | 66.5 |
| | 5 | 178 | 33.4 | 33.5 | 100.0 |
| | Very positive | 532 | 99.8 | 100.0 | |
| Missing | System | 1 | .2 | | |
| Total | | 533 | 100.0 | | |

**How important are each of the following sources of information in your decision to adopt a new video game? - Publisher website**

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | Not at all | 84 | 15.8 | 15.8 | 15.8 |
| | 2 | 24 | 4.5 | 4.5 | 20.3 |
| | 3 | 44 | 8.3 | 8.3 | 28.6 |
| | Somewhat | 134 | 25.1 | 25.2 | 53.8 |
| | 5 | 90 | 16.9 | 16.9 | 70.7 |
| | 6 | 81 | 15.2 | 15.2 | 85.9 |
| | Extremely | 75 | 14.1 | 14.1 | 100.0 |
| | Total | 532 | 99.8 | 100.0 | |
| Missing | System | 1 | .2 | | |
| Total | | 533 | 100.0 | | |

**How important are each of the following sources of information in your decision to adopt a new video game? - Gaming magazines**

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | Not at all | 123 | 23.1 | 23.1 | 23.1 |
| | 2 | 27 | 5.1 | 5.1 | 28.2 |
| | 3 | 41 | 7.7 | 7.7 | 35.9 |
| | Somewhat | 115 | 21.6 | 21.6 | 57.5 |
| | 5 | 89 | 16.7 | 16.7 | 74.2 |
| | 6 | 73 | 13.7 | 13.7 | 88.0 |

|  |  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
|  | Extremely | 64 | 12.0 | 12.0 | 100.0 |
|  | Total | 532 | 99.8 | 100.0 |  |
| Missing | System | 1 | .2 |  |  |
| Total |  | 533 | 100.0 |  |  |

**How important are each of the following sources of information in your decision to adopt a new video game? - Discussion forums**

|  |  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | Not at all | 95 | 17.8 | 17.9 | 17.9 |
|  | 2 | 22 | 4.1 | 4.1 | 22.0 |
|  | 3 | 35 | 6.6 | 6.6 | 28.6 |
|  | Somewhat | 110 | 20.6 | 20.7 | 49.2 |
|  | 5 | 101 | 18.9 | 19.0 | 68.2 |
|  | 6 | 93 | 17.4 | 17.5 | 85.7 |
|  | Extremely | 76 | 14.3 | 14.3 | 100.0 |
|  | Total | 532 | 99.8 | 100.0 |  |
| Missing | System | 1 | .2 |  |  |
| Total |  | 533 | 100.0 |  |  |

**How important are each of the following sources of information in your decision to adopt a new video game? - Consumer reviews**

|  |  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | Not at all | 50 | 9.4 | 9.4 | 9.4 |
|  | 2 | 15 | 2.8 | 2.8 | 12.2 |
|  | 3 | 28 | 5.3 | 5.3 | 17.5 |
|  | Somewhat | 109 | 20.5 | 20.5 | 38.0 |
|  | 5 | 85 | 15.9 | 16.0 | 53.9 |
|  | 6 | 129 | 24.2 | 24.2 | 78.2 |
|  | Extremely | 116 | 21.8 | 21.8 | 100.0 |
|  | Total | 532 | 99.8 | 100.0 |  |
| Missing | System | 1 | .2 |  |  |
| Total |  | 533 | 100.0 |  |  |

**How important are each of the following sources of information in your decision to adopt a new video game? - Friend recommendations**

|  |  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | Not at all | 35 | 6.6 | 6.6 | 6.6 |
|  | 2 | 13 | 2.4 | 2.4 | 9.0 |
|  | 3 | 21 | 3.9 | 3.9 | 13.0 |
|  | Somewhat | 111 | 20.8 | 20.9 | 33.8 |
|  | 5 | 100 | 18.8 | 18.8 | 52.6 |
|  | 6 | 109 | 20.5 | 20.5 | 73.1 |
|  | Extremely | 143 | 26.8 | 26.9 | 100.0 |
|  | Total | 532 | 99.8 | 100.0 |  |
| Missing | System | 1 | .2 |  |  |
| Total |  | 533 | 100.0 |  |  |

**How important are each of the following sources of information in your decision to adopt a new video game? - Other**

|  |  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | Not at all | 212 | 39.8 | 51.3 | 51.3 |
|  | 2 | 10 | 1.9 | 2.4 | 53.8 |
|  | 3 | 7 | 1.3 | 1.7 | 55.4 |
|  | Somewhat | 90 | 16.9 | 21.8 | 77.2 |
|  | 5 | 27 | 5.1 | 6.5 | 83.8 |
|  | 6 | 34 | 6.4 | 8.2 | 92.0 |
|  | Extremely | 33 | 6.2 | 8.0 | 100.0 |
|  | Total | 413 | 77.5 | 100.0 |  |
| Missing | System | 120 | 22.5 |  |  |
| Total |  | 533 | 100.0 |  |  |