# EXHIBIT 2

# Warzone Blog

<< Back to Warzone.com

---

**Month: June 2024**

# Update 5.26.1: Auto artifact swapper, and more

Warzone has just been updated to version 5.26.1! This blog post describes what's changed.

This update is live now on the website and standalone clients. The Android and iOS apps will receive this update in the coming week or two.

## Auto Artifact Swapper



Warzone Idle has a new feature called the Automatic Artifact Swapper. This will automatically equip any passive artifacts you own to maximize the effect of every action you take.

For example, every time you click the button to upgrade an army camp, the Auto Artifact Swapper will automatically equip your best Army Camp Discount artifact so your purchase is discounted.

WZ000671

Every time you try to conquer a territory, the swapper will automatically equip your best Hospital Boost artifact to maximize the effect of your hospitals.

This is designed to fix what I consider the most tedious part of playing Warzone Idle: Constantly having to swap artifacts to maximize their benefit. With the Auto Artifact Swapper, you get the benefit of your passive artifacts without having to ever manually equip them.

The Auto Artifact Swapper is available for purchase on the artifacts tab.

# Filtered Games

It's now possible to view a list of the games that you don't qualify to join due to open seat prerequisites.

Game creators can define prerequisites on their games that players must satisfy to join, such as getting booted less than 5% of the time or being at least level 20. Prior to this update, players who didn't satisfy the requirements would never see the game on their open games list, and have no way of knowing they were missing out on games.

Now, if you're missing any games, there will be a button on the open games page that tells you how many games you're missing out on. Clicking the button will show you all of the games, along with a summary of how many games are being filtered due to level, boot rate, membership, etc.

This is useful to help players understand the full scope of the open games list. Sometimes people who are a very low level or have a very high boot rate would see very few games on the list and assume that nobody was playing Warzone anymore. When in fact the truth was that simply nobody wanted to play with them.

# Website buttons now work like a link

Some portions of the Warzone.com website are powered by a technology named UJS. In UJS pages, some of the buttons now work like a browser link, in that you can do things like right+click and select "open in a new tab" or "copy url". For example, when browsing ladder games, you can open each game in a new tab instead whereas before only a normal left-click would work at all. This should be helpful in making the website work more like players expect.

## Fizzer AMA on Monday

Fizzer, the creator of Warzone, will be doing a livestream on twitch on Monday, June 17th! Feel free to pop in and ask any questions you may have, or hang out and learn more about the updates and future plans for Warzone. You can view it at [twitch.tv/FizzerWL](). It will begin at 11am. Use [this link]() to see the time in your timezone or a countdown.

## Other Changes

– Website: Added a checkbox to enable the new experimental rendering target, babylonjs, at [https://www.warzone.com/ChangeExperimentalSettings]()
– Website: Fixed inspector arrows sometimes getting stuck on screen.
– Website: Fixed tutorial balloon positions being slightly off.
– All: Deleted accounts that were in a clan now announce the deletion to the clan chat.
– All: Revised the way that the game displays player names and icons. For now, this has to be enabled at [https://www.warzone.com/ChangeExperimentalSettings]()
– Classic: Cleaned up the players summary panel to allow names to fit better and be more clear. Also added an explanation for each icon into the player popup.
– Classic: When creating a multi-player game, if you load a template that's not yours that's all open seats (such as a quickmatch template), one of the open seats will be replaced with yourself for convenience.
– Classic: When creating a single-player game, if you load a multi-player template that's all open seats (such as a quickmatch template), it now sets up the players

correctly instead of being all AIs.

– Classic: When publishing a community level, the "try again" button no longer removes the publishing state.

– Classic: Optimized the speed of loading multi-player games.

– Classic: Added an explanation of how basic attacks work to the Analyze Attack dialog.

– Classic: Fixed the display of the Analyze Attack dialogs on very small screens.

– Classic: Fixed duplicate "Searching for opponents" text when waiting for a quickmatch game.

– Classic: Fixed the coin prize label at the top of a game's page to ensure it doesn't get truncated.

– Classic: Fixed single-player custom games not knowing your map rating.

– Classic: Fixed "standing not present" error.

– Idle: Fixed main menu thumbnails taking time to load. They're now included in the app so they load instantly.

– Mods: Added the ability to set each player's gold in the Server_StartGame hook.

– Mods: Fixed a bug with airlifting special units that are set to always visible.

– Mods: Fixed a bug in Unity's Lua processing code that could make it fail to throw an error on invalid lua code missing an "end"

– Unity: Updated Unity version to 2022.3.33f1

– Unity: When viewing a forum thread, the forum name is now displayed at the top.

June 16, 2024 / 16 Comments

Warzone Blog / Proudly powered by WordPress