# EXHIBIT 4

| | |
|---|---|
| **From:** | no-reply-play-developer-console@google.com |
| **Sent:** | Monday, November 26, 2018 3:03 PM PST |
| **To:** | randyficker@gmail.com |
| **Subject:** | A user has written a new review for Warzone (Risk++) on November 26, 2018 |



Hello,

We wanted to let you know that a user wrote a new review for your app. You can write a reply to the user's review on the Google Play Developer Console.

New review on Nov 26, 2018 at 11:03 PM GMT

★★★★★

*Yo i dont know why this doesnt have a good rating, this is an awesome game. I fucking love it*

Reply

Sincerely,
**The Google Play team**

All replies must follow our **posting guidelines**.
If you have concerns about a user's review, **contact support**.
If you don't want to receive notifications when users write reviews, update your **email preferences**.

**CONFIDENTIAL**    WZ024388