# EXHIBIT 6

| | |
|---|---|
| **From:** | bo@bogeddes.com |
| **Sent:** | Friday, January 10, 2020 12:14 PM PST |
| **To:** | Randy Ficker |
| **Subject:** | Re: Thanks |

Sounds good.

•••••••••

Bo Geddes
Elevating Game Experiences
503.544.0689 | bogeddes.com

> On Jan 10, 2020, at 12:11 PM, Randy Ficker <randyficker@gmail.com> wrote:

I'm actually in Mill Creek so it's good you're up north. How about a Starbucks in Lynnwood?

On Fri, Jan 10, 2020, 12:06 PM bo@bogeddes.com <bo@bogeddes.com> wrote:
Great. Let's plan on the 14th. I can meet as early as 3pm. I'll be coming from Edmonds that day and I recall you said your home/office is in north'ish Seattle. We could meet at your local coffee shop or at your place - just let me know when and where.

•••••••••

Bo Geddes
Elevating Game Experiences
503.544.0689 | bogeddes.com

> On Jan 10, 2020, at 10:00 AM, Randy Ficker <randyficker@gmail.com> wrote:

Sure, both the 14th and 15th work for me. Let's plan on the 14th.

On Fri, Jan 10, 2020 at 9:42 AM bo@bogeddes.com <bo@bogeddes.com> wrote:
That's awesome news!

I think we should meet to fine-tune the details. What's your availability in this month? I can meet in the afternoon of 14th or 15th next week (barring SNOWMAGEDDON), and then afternoons of 28th-31st.

Super excited!

•••••••••

Bo Geddes
Elevating Game Experiences
503.544.0689  | bogeddes.com

> On Jan 10, 2020, at 9:14 AM, Randy Ficker <randyficker@gmail.com> wrote:
>
> Hey Bo,
>
> Good news -- I talked this over with my business partner and he's on board.
>
> I think we should do the graphic design as a separate work-for-hire contract.
>
> He did have some questions about how we're going to measure user acquisition. Is this just from the analytics of the ad platform?

On Mon, Jan 6, 2020 at 12:57 PM Randy Ficker <randyficker@gmail.com> wrote:
  Sure, either of those options should work. I will be meeting with my business partner on Thursday and I'll let you know what we discuss.

  On Tue, Dec 31, 2019 at 7:13 PM Bo <bo@bogeddes.com> wrote:
    Right on Randy. Thanks for the quick read.

    That's a fair concern about deliverable #4. The intent is to be compensated for my services. If at some point you wish to keep the improvements but stop the campaigns, how would you like to handle that? Perhaps doing that portion of my services as a work-for-hire so you own it from "go", or creating a pro-rated buy-out option after the campaigns are over? I'm sure we can land on something that works for both of us.

    Looking forward to working together on this!

CONFIDENTIAL


Bo

•••••••••

Bo Geddes
Elevating Game Experiences
503.544.0689 | bogeddes.com

On Dec 31, 2019, at 11:07 AM, Randy Ficker <randyficker@gmail.com> wrote:

Hey Bo,

Thanks -- I took a quick read and it looks like a good start. Note that my business partner has been on vacation for a while so I haven't synced with him, I expect to sync within the 15 day time limit but if I don't I'll let you know.

One area of concern I have is regarding the #4 deliverables, the UX improvements:

*Strategic services to identify areas and ways to improve player experience (UX),*
*and creative services to provide visual (non-working/developed) examples -*
*specific graphic, copy, and interface improvements to be explored in concept round*

I would only feel comfortable integrating these into the game if Warzone kept full ownership rights of the changes. However this agreement says that you keep full rights and I'm not allowed to modify or alter them in any way, and I lose rights to use them when the agreement expires. I wouldn't want to spend a bunch of time improving it if I had to later take the improvements out.

On Mon, Dec 30, 2019 at 4:41 PM Bo <bo@bogeddes.com> wrote:
> Much more challenging than I thought, but here's the contact to look over. I'll fold your address in (along with addressing any edits you identify) and send you back a final version.
>
> I hope you are having a great holiday season!
>
> •••••••••
>
> Bo Geddes
> Elevating Game Experiences
> 503.544.0689 | bogeddes.com

On Dec 16, 2019, at 10:55 PM, Randy Ficker <randyficker@gmail.com> wrote:

CONFIDENTIAL

WZ015674

No worries, thanks for the update!

On Mon, Dec 16, 2019 at 9:45 PM Bo <bo@bogeddes.com> wrote:
Hi Randy,

It's taking a bit of time to fine tune the legality of the contract, as it covers the campaign, my investment in time, your investment in placement (both in your owned channels and through paid placement), and product improvements - not to mention what I thought was a rather straight forward compensation plan.

I hope (fingers crossed) to have something out to you by the end of the week. Appreciate your patience.

Hope you are having a great December.

Bo


•••••••••

Bo Geddes
Elevating Game Experiences
503.544.0689 | bogeddes.com


On Dec 10, 2019, at 2:45 PM, Randy Ficker <randyficker@gmail.com> wrote:

Sounds great, thank you!

On Tue, Dec 10, 2019, 2:15 PM bo@bogeddes.com <bo@bogeddes.com> wrote:
Great! I'll get a contract going and send it over for your signature. Once it's signed by all parties I'll begin working with you to create some campaign concepts and an audit of your UI/UX and visuals to present.

Looking forward to it.


•••••••••

Bo Geddes
Elevating Game Experiences
503.544.0689 | bogeddes.com

CONFIDENTIAL
WZ015675

On Dec 10, 2019, at 1:58 PM, Randy Ficker <randyficker@gmail.com> wrote:

Ahh okay, that's great and totally alleviates my concern. Thank you for such a great structure, I'm excited to proceed!

On Tue, Dec 10, 2019, 12:41 PM bo@bogeddes.com <bo@bogeddes.com> wrote:
> There is no upfront cost for the strategy, campaign creation, UI/UX and such. It's all covered in per new user price.
>
> The ad spend, dev cost, etc is what you'll cover. What that number is depends on what concept is chosen, how large you want to scale it, and how much test and refine you are interested in.
>
> The hourly rate is for anything beyond the scope. Examples typically start with "Hey Bo, can you look at this..." or "Bo, what would you do?"
>
> The gist being that no money comes out of my pocket and money only comes out of your pocket to pay for placement (and to pay me for my/our success) and any additional design/copy/strategy beyond this project's scope - and I'll tell you before I start the clock.
>
> Let me know if you have any more questions.
>
> Cheers.
>
> •••••••••
>
> Bo Geddes
> Elevating Game Experiences
> 503.544.0689 | bogeddes.com

On Dec 10, 2019, at 10:45 AM, Randy Ficker <randyficker@gmail.com> wrote:

Hey Bo,

This looks good, but I need to run it by my business partner. Can you tell me how much you expect this to cost for the first 2 months? Roughly how many hours at the $125 are expected, and how much ad spend?

CONFIDENTIAL
WZ015676

If this produces a positive return then I have no problem paying it, but my concern is what happens if it falls flat and then I'm stuck with a large bill.

Thank you!
Randy

On Mon, Dec 9, 2019 at 10:10 PM Bo <bo@bogeddes.com> wrote:
> Hi Randy,
>
> Please review the attached proposal and let me know what you think.
>
> Thanks,
>
> Bo
>
>
> ●●●●●●●●●
>
> Bo Geddes
> Elevating Brand Experiences
> 503.544.0689 | bogeddes.com
>
>
>
>> On Dec 9, 2019, at 5:05 AM, Randy Ficker <randyficker@gmail.com> wrote:
>>
>> No worries, thanks for the update!
>>
>> On Sun, Dec 8, 2019, 11:14 PM Bo <bo@bogeddes.com> wrote:
>>> Running a wee bit behind on the proposal - got sucked into a holiday party vortex this weekend. I'm nearly complete, but want to look at it again tomorrow with a clearer head. Expect it tomorrow night/Tuesday morning.
>>>
>>> Thanks.
>>>
>>>
>>> ●●●●●●●●●
>>>
>>> Bo Geddes
>>> Elevating Game Experiences
>>> 503.544.0689 | bogeddes.com
>>>
>>>
>>>
>>>> On Dec 6, 2019, at 9:12 AM, Randy Ficker <randyficker@gmail.com> wrote:

CONFIDENTIAL																																	WZ015677

Hey Bo,

Likewise! I appreciate your efforts -- I am looking forward to seeing what you come up with and I hope that we can find a way to make this mutually beneficial.

Randy
425-417-1447

On Fri, Dec 6, 2019 at 8:16 AM bo@bogeddes.com <bo@bogeddes.com> wrote:
> Hi Randy,
>
> Just a quick note to say thank you for meeting with me yesterday. It was great getting to know you a bit and learning about your goals for Warzone and upcoming title. I'll be putting together a proposal for how I might help you reach those goals this weekend for you to review next week.
>
> Have a great weekend.
>
>
> ●●●●●●●●●
>
> Bo Geddes
> Elevating Game Experiences
> 503.544.0689 | bogeddes.com

CONFIDENTIAL
WZ015678