# EXHIBIT 17

# Warzone Blog

<< Back to Warzone.com

---

## Month: July 2023

# Update 5.25: 3d maps, Quickmatch template unlock setting, signed out games

Warzone has just been updated to version 5.25.0! This blog post describes what's changed.

This update is live now on the website and standalone clients. The Android and iOS apps will receive this update in the coming week or two.

## 3d maps on by default

When using the Unity app (Android, iOS, or standalone client), 3d maps will now be on by default for small maps. 3d maps provide a better look and feel for the game.

Large maps (over 300 territories) will still default to 2d maps.

You can always override this behavior in the settings menu, to either be on for all maps or off for all maps.

WZ000662

As part of this change, the maps that are built-in to the iOS and Android apps also changed to be the 3d versions. Built-in maps exist in order to allow playing the game without an internet connection. The maps used by the early single-player levels of Classic or Idle are all built into the app so that they don't need to be downloaded from the internet.

## Quickmatch Template Unlock

Quickmatch now has a new setting that players can configure called "New templates are enabled by default". This is on by default, but if you elect to turn it off, then anytime you unlock a new quickmatch template it will be disabled by default. You can always control what templates you're willing to play by going to the Templates page and turning each one on or off (or even control some on for real-time games and others on for multi-day games). This setting just defines whether templates will be default to on or off when you unlock them for the first time. You can unlock new templates up the maximum of 40 by winning games, or new templates can be added into quickmatch based on the community's voting which also causes them to unlock on your next win if you've already unlocked the template it replaced.

This setting is configured on the Quickmatch Templates page. You must have unlocked at least 10 templates in Quickmatch before this new checkbox will appear.

## Unauthenticated Multi-Player Game Viewing

Multi-player games can now be viewed without being signed in, which is useful if you want to show off your finished game to a friend who doesn't have a Warzone account.

This is a feature I've been wanting to add to the game since it started, 15 years ago!

A few other pages now also work while signed out, like the multi-player dashboard and the open games page.

# Other Changes

– Classic: Ladder games now replenish 3 hours of banked boot time per day.
– Classic: Tweaked ladder rating parameters to make ratings climb slightly faster.
– Classic: Fixed arrows next to players on the ladder.
– Classic: Fixed the #1 ladder idle rewards (coins and custom colors were awarded, but other rewards sometimes weren't)
– Classic: Fixed ladder/clan war reward conflicts so the best one is used instead of the most recent one.
– Classic: Fixed new chat messages not appearing when spectating a multi-player game.
– Classic: Fixed deleted accounts not being removed from ladders.
– Classic: Fixed typo on ladder page.
– Classic: Fixed custom special units with negative combat orders that absorb damage.
– Classic: Fixed a bug that would break a game if the host didn't invite themselves initially, but then swapped themselves in along with AIs after all other players had accepted.
– Classic: Fixed allowing spying on neutral multiple times in the same turn.
– Classic: Fixed coin transactions so they explain more detail in where they came from, such as ladder/raffle/clan wars.
– Unity: Updated Unity version to 2021.3.27
– All: The clan war seasons page now shows the most recent season on top.
– Website: Fixed a bug with mods that could make a handler get invoked when not necessary.
– Idle: Fixed mortar loading time saying "1 hour" even if reduced due to a modifier.
– Idle: Fixed the scrollbar in the Recipe Stats dialog so it doesn't overlap content.

July 2, 2023  / 1 Comment
Warzone Blog  / Proudly powered by WordPress