# EXHIBIT 19



Idle   Single-Player ▾   Multi-Player ▾   Community ▾   Help ▾   Sign In



If you like Hasbro's RISK® game, you'll love Warzone! Play alone or with friends.    

RISK® is a registered trademark of Hasbro, Inc. Warzone is not affiliated with Hasbro.

About Warzone | Contact | Terms of Service | Skill Game | Privacy Policy