# EXHIBIT 22

Current version: **v5.26.1.1**

2024-04-25: New features for 5.26.0:
- Added new rendering engine, babylonjs
- Full change log.

2023-06-30: New features for 5.25.0:
- Quickmatch checkbox allows for disabling new templates.
- Can view games without being signed in.
- 3d maps are on by default.
- Full change log.

2023-05-09: New features for 5.24.0:
- Major ladder refresh. See blog for details.
- In custom scenario open games, players can choose their slot.
- Mega Games can now use custom scenarios.
- Added randomized slots option.
- Added sort options on tournament invite.
- Full change log.

2023-01-31: New features for 5.23.0:
- Added map/mod tags.
- The Create Game page now shows players who are online.
- 3d maps no longer require a membership.
- The Picks Swap mod no longer requires a membership.
- Improved Mod Developers UI
- Full change log.

2022-12-16: New features for 5.22.0:
- Added username tags.
- Added chat dialog for games with lots of chat.
- Added mute chat feature.
- Increased Mega Games to 400 players.
- Full change log.

2022-10-25: New features for 5.21.0:
- Commanders no longer require a membership and can be used
without One Army Stands Guard.

WZ000554

- Added custom special units to mods, as well as many other improvements to mods.
- Full change log.

2022-08-01: New features for 5.20.0:
- Added support for 3d maps
- Added map designer to app
- Full change log.

2022-03-24: New features for 5.19.1:
- Added tabs
- Increased Mega Games to 200 players.
- Added sound for new chat.
- Added Auto-Dig Advancement
- Added Advanced Auto-Conquer Advancement
- Full change log.

2022-02-05: New features for 5.18.0:
- Added Mega Games.
- Increased maximum map size limits.
- Added Create from Template option.
- Added template names to seasonal ladder.
- Full change log.

2022-01-10: New features for 5.17.0:
- Added Income Breakdown Dialog.
- Reduced cost of non-member mod games.
- Added ability for mods to change player's incomes.
- Added ability for mods to place icons on territories.
- Added ability for mods to intercept territory / bonus clicks.
- Added ability for mods to give players territories during distribution.
- Added Finish versus AI for non-members
- Full change log.

2021-11-24: New features for 5.16.0:
- Added Super Ascend.
- Added 17 new levels.
- Full change log.

2021-10-26: New features for 5.15.0:
- Added ability to control Quickmatch templates separately between multi-day and real-time.

WZ000555

- Added ability to set a minimum coin wager for Quickmatch games.
- Added Finish versus AI button.
- Added player search to website.
- Added private mail search.
- Full change log.

2021-08-09: New features for 5.14.0:
- Added mortars.
- Added hardened levels.
- Added clan resource sharing.
- Added level speed rewards.
- Increased Warzone Wheel payouts.
- Full change log.

2021-04-26: New features for 5.13.0:
- Added features from website to the app.
- Full change log.

2021-04-01: New features for 5.12.0:
- Added many new notification options.
- Increased maximum map sizes.
- Full change log.

2021-03-16: New features for 5.11.0:
- Added the modifier dialog.
- Added idle notifications.
- Full change log.

2021-03-09: New features for 5.10.0:
- Added clan wars.
- Added "fewest unconquered armies" targeting mode to battles.
- Full change log.

2021-02-11: New features for 5.09.0:
- Added coin game creation.
- Added filter for eliminated tournaments.
- Full change log.

2021-02-01: New features for 5.08.0:
- Added open clans.
- Added clan management to app.
- Added clan recovery.
- Full change log.

WZ000556

2020-11-23: New features for 5.07.0:
- Added battles.
- Added artifact dramatic reveal.
- Full change log.

2020-10-19: New features for 5.06.0:
- Added artifacts.
- Full change log.

2020-10-08: New features for 5.05.0:
- Added hospitals.
- Added army caches, resource caches, money caches.
- Full change log.

2020-09-14: New features for 5.04.0:
- Added rewards to bonuses in Warzone Idle.
- Added statistics advancement in Warzone Idle.
- Full change log.

2020-09-04: New features for 5.03.0:
- Warzone Idle levels re-generated
- Warzone Idle visibility advancements enhanced.
- Full change log.

2020-08-11: New features for 5.02.0:
- Warzone Idle Achievements
- Warzone Idle expanded, added ores, and re-balanced levels.
- Full change log.

2020-07-26: New features for 5.01.0:
- Warzone Idle Open Beta
- Full change log.

2020-07-04: New features for 5.00.0:
- Warzone Idle Beta (invite only)
- Full change log.

2020-04-27: New features for 4.21.0:
- Added different AIs that community levels can choose from.
- Added Fun Stats page.
- Full change log.

WZ000557

2019-06-08: New features for 4.20.0:
- Added ability for tournaments to run mods.
- Added ability for multiple devices to receive push notifications.
- Improved graphics.
- Updated Quickmatch multi-day boot times.
- Full change log.

2019-05-26: New features for 4.19.0:
- Added ability to invite with a code. See the blog for full details.
- Added ability to add banked time back to games on a schedule. See the blog for full details.
- Full change log.

2019-05-17: New features for 4.18.0:
- Added clan support to Unity app.
- Added ability to view your liked or recently played community levels.
- Full change log.

2019-05-08: New features for 4.17.0:
- Expanded single player.
- Full change log.

2019-04-15: New features for 4.16.0:
- New Map Designer.
- Full change log.

2019-03-28: New features for 4.15.0:
- Links in game chat or the chat room are now clickable.
- Added Community tab.
- Mods are now categorized.
- Full change log.

2019-03-02: New features for 4.14.0:
- Dark theme.
- Updated many pages to layout better on small screen sizes.
- Full change log.

2019-02-01: New features for 4.13.0:
- Teammates orders are visible in real-time.
- Auto-commit instead of auto-boot.
- Renamed Blacklist to Block List.
- Improved push notifications.

WZ000558

- Full change log.

2019-01-22: New features for 4.12.0:
- Added the surrender tutorial.
- Boot percentages now calculate over the last 100 games instead of all-time.
- Full change log.

2019-01-10: New features for 4.11.0:
- Added chat rooms.
- Full change log.

2018-11-23: New features for 4.10.0:
- Added UJS-Canvas mode.
- Added full profiles to Unity app.
- Full change log.

2018-10-14: New features for 4.09.0:
- Added Tournaments to the Unity app
- Added Tournament Bye support
- Tournaments start more quickly
- Full change log.

2018-08-28: New features for 4.08.0:
- Added UJS client.
- Full change log.

2018-04-03: New features for 4.07.0:
- Added Analyze Attack feature for no-luck games.
- Full change log.

2018-02-11: New features for 4.06.0:
- Added Quickmatch leaderboards
- Full change log.

2018-02-03: New features for 4.05.0:
- Added Quickmatch to Website
- Full change log.

2017-12-14: New features for 4.04.0:
- Overhauled game graphics.
- Full change log.

WZ000559

2017-12-09: New features for 4.03.0:
- Members can now create multi-player games with mods that non-members can join with coins.
- Full change log.

2017-12-06: New features for 4.02.0:
- Added map caching to Unity app.
- Added support for iPhone X.
- Full change log.

2017-12-03: New features for 4.01.0:
- Launched iOS app.
- Added Help menu.
- Full change log.

2017-11-13: New features for 4.00.0:
- Launched Warzone. See the blog for full details.
- Full change log.

2017-09-06: New features for 3.23.0:
- Added quickmatch part 3. See the blog for full details.
- Full change log.

2017-08-22: New features for 3.22.0:
- Added quickmatch part 2. See the blog for full details.
- Full change log.

2017-08-17: New features for 3.21.0:
- Added quickmatch part 1. See the blog for full details.
- Full change log.

2017-08-02: New features for 3.20.0:
- Added Commerce games. See the blog for full details.
- Full change log.

2017-04-19: New features for 3.19.0:
- Alpha version of the Unity client is now available in the website using WebGL.
- Full change log.

2017-04-04: New features for 3.18.0:
- Alpha version of Unity client is available!
- Added mods to the Unity client

WZ000560

- Full change log.

2016-09-01: New features for 3.17.0:
- Added voting to forums. See the blog for full details.
- Added the ability to "like" community-made single player levels.
- Full change log.

2016-07-19: New features for 3.16.0:
- Added the ability to share games on YouTube.
- Added strategy forum with moderators, who can hide posts and change thread subjects.
- Full change log.

2016-06-15: New features for 3.15.0:
- Added the ability to publish player-made levels.
- The seven main single player levels have been replaced with the 35 new levels that were previously called the Preview Levels. The old levels can be accessed here.
- Full change log.

2016-05-20: New features for 3.14.0:
- Added new single player levels as a preview.
- Full change log.

2016-04-09: New features for 3.13.0:
- Added a new AI.
- Added custom single-player levels.
- Added autopilot.
- Full change log.

2016-01-04: New features for 3.12.0:
- Added commanders.
- Added "one army must stand guard" setting.
- Added membership trial.
- Full change log.

2015-09-25: New features for 3.11.0:
- Added 3v3 ladder.
- Added custom coin games.
- Full change log.

2015-06-29: New features for 3.09.0:
- Added experimental websocket support. See the blog for full

WZ000561

details.
- Added Bomb Card for members. See the blog for full details.
- Full change log.

2015-05-10: New features for 3.08.0:
- Added Bomb Card. See the blog for full details.
- Added 5 and 10 coin games. See the blog for full details.
- Full change log.

2015-03-30: New features for 3.07.0:
- Added coin tournaments. See the blog for full details.
- Full change log.

2015-02-06: New features for 3.06.0:
- Added new buttons that allow moving orders all the way to the top
or bottom of the orders list, instead of having to do it one at a time.
- Added clan forum posts to the multi-player dashboard page.
- Full change log.

2015-02-04: New features for 3.05.0:
- Added coin leaderboard. See blog for full details.
- Added alternate colors. See blog for full details.
- Added a new auto-game using the current map of the week.
- Full change log.

2015-01-19: New features for 3.04.0:
- Real-time games that use banking boot times now show two clocks
in the upper-right corner instead of one. One clock shows how much
banked time you have, and the other shows the base portion.
- Added an experimental setting to show how much time each player
has banked under their name in the lower-right corner.
- Full change log.

2015-01-09: New features for 3.03.0:
- Added the "multi-player dashboard" page.
- Added Map of the Week feature.
- Full change log.

2014-12-19: New features for 3.02.0:
- Improvements to coin games.
- Full change log.

2014-12-11: New features for 3.01.0:

WZ000562

- Added more coin settings.
- The Open Games tab now shows coin games separately from free games.
- Full change log.

2014-12-06: New features for 3.00.0:
- Added Coins.
- Added a new window that shows up whenever a game ends (or you're eliminated), telling you about points/coins/achievements you earned in the game, provides a rematch button, and shows an army graph of the game.
- Game/tournament links are now automatically shown in your browser's address bar, instead of being shown in the settings.
- Full change log.

2014-11-10: New features for 2.10.0:
- Added no-luck cycle move order.
- Changed default game creation options to use no randomness.
- Games with no randomness now show the new "no-luck graph" in place of the "probability graph"
- Full change log.

2014-09-21: New features for 2.09.0:
- Ladder improvements based on the recent poll.
- Real-time ladder page now auto-refreshes and can play a sound when you are given a game.
- Full change log.

2014-09-02: New features for 2.08.0:
- Added flags on profiles that show what country the player plays from.
- Full change log.

2014-08-27: New features for 2.07.0:
- Added no-split mode.
- Improved banking boot times. You can now grant players additional banked time at the start of the game and control how long the banking time expires after.
- Full change log.

2014-06-25: New features for 2.06.0:
- Added the unlockables page under the Home tab.
- Added the Mega Strategy Pack and Mega Maps Pack.

WZ000563

- Full change log.

2014-03-20: New features for 2.05.0:
- Added the real-time ladder. See the blog or wiki for full details
- Full change log.

2014-03-12: New features for 2.04.0:
- Changed cyclic move order to be more fair.
- Added the ability to hide lottery games and tournaments on the Open Games and Open Tournaments pages.
- Full change log.

2014-02-14: New features for 2.03.0:
- The server now runs on the JVM for better performance. See the blog for full details.
- Full change log.

2013-09-22: New features for 2.02.0:
- Added clans system. See the blog for full details.
- Full change log.

2013-08-31: New features for 2.01.0:
- Added mail system. See the blog for full details.
- Added private notes. See the blog for full details.
- Forum posts can now be edited.
- Renamed Invite List to Friends List.
- Full change log.

2013-07-31: New features for 2.00.0:
- Added points/levels system. See the blog for full details.
- Added secret features that can only be discovered by leveling up.
- Added advertisements. Members can turn them off on the settings tab.
- Added volume controls for sound and music.
- Full change log.

2013-03-08: New features for 1.16.0:
- After being turned into an AI, players can now take back control.
- New single-player tutorial.
- Full change log.

2012-09-17: New features for 1.15.0:

WZ000564

- Improved player invite screen. Added search by name.
- Improved game creation process.
- Added Facebook authentication.
- Added "notable posts" system to the forum.
- Added "default to history" setting.
- Added report bug page.
- Full change log.

2012-07-16: New features for 1.14.0:
- Added the ability to highlight game settings.
- Full change log.

2012-05-06: New features for 1.13.0:
- Added automatic zooming.
- Map lists are now paginated.
- Full change log.

2012-03-15: New features for 1.12.0:
- Added map rating and review system.
- Added the ability to favorite maps, and to show off up to three
favorite maps on your profile.
- Added filtering and sorting capabilities to the Maps page.
- Map creators can now edit the descriptions of their maps.
- Full change log.

2012-02-26: New features for 1.11.0:
- Alpha version of WarLight for Android released.
- Tournament stats added to profiles.
- Messaging protocol is now backwards compatible.
- Full change log.

2012-01-26: New features for 1.10.0:
- Abandoned games system.
- Tournament improvements.
- Invite list bulk remove tool.
- Full change log.

2011-11-27: New features for 1.09.0:
- Added the Seasonal ladder.
- Added forum search.
- The "Armies received per turn" graph has been split into two. See





2011-10-30: New features for 1.08.0:
- Open seat prerequisites can now be set on win ratios, such as
player's 1v1 or 2v2 win ratio.
- Music added. It can be turned on or off in the top-right corner.
- Templates now store the list of players invited to a game.
- Chat from blacklisted players is now hidden, plus blacklisted players
now get a B next to their name so they're easier to spot.
- Added "Notable Victories" section each player's ladder page.
- Full change log.

2011-10-04: New features for 1.07.0:
- Single-player games can now be saved and resumed.
- Full change log.

2011-09-05: New features for 1.06.0:
- Many areas of the site have received graphical upgrades and polish.
- Wiki integration.
- Full change log.

2011-07-01: New features for 1.05.0:
- You can now mark yourself as "On Vacation" which prevents you
from being booted. See the blog for full details.
- Auto-boot can now be used in conjunction with banking boot
times.
- Full change log.

2011-05-25: New features for 1.04.0:
- Each player or team in a ladder now has a graph that shows their
rank and rating changes over time.
- Profile pages now separate the charts on the left by multi-day and
real-time games. The multi-day chart also grew an entry for 1 week+.
- The ladder pages now show arrows indicating each player's rank
movement within the last week.
- The gold stars that are awarded for single-player levels are now
shown on profile pages.
- Attacks by percent now calculate that percentage off the number of
armies available to attack instead of the number of armies on the
territory.
- Full change log.

2011-04-30: New features for 1.03.0:

WZ000566

- Gold stars are now awarded for completing single player levels in low turn numbers. Hover over the "won in" label to see the number of turns required.
- Members can now elect for their move order to cycle instead of being random. See the help tab for full details.
- Players can now submit feedback on maps directly to the map creators. From the game screen, click the Settings button, View Map, Send Feedback.
- Full change log.

2011-04-01: New features for 1.02.0:
- Added open tournaments.
- Added map categories.
- Added timezone support.
- Full change log.

2011-03-11: New features for 1.01.0:
- Added the 2 v 2 ladder.
- Added the referral program.
- Full change log.

2011-02-19: New features for 1.00.0:
- Added the 1 v 1 ladder.
- Added Automatic Booting.
- Added the Statistics window.
- Added the Dashboard page.
- Full change log.

2011-01-05: New features for beta phase 22:
- You can now save your game settings into personalized templates.
- Custom Scenarios are now available, that let you specify how your game starts territory-by-territory.
- All of the single-player levels have been re-created as templates, which means you can customize them.
- You can now design your own single-player levels.
- Game creators can now give players cards at the start of a game, instead of requiring them to earn them.
- Full change log.

2010-12-14: New features for beta phase 21:
- Games are now separated into two types - real-time games and multi-day games. See the blog for full details.
- You can now assign prerequisites to your open seats. See the blog

WZ000567

for full details.
- Added the blockade card. See help for full details.
- Full change log.

2010-11-25: New features for beta phase 20:
- Game creators can now elect to have players change into an AI upon boot or surrender.
- Game creators can now elect to have AI players to automatically surrender when only one human (or one human team) remains.
- Game creators can now elect to have surrenders happen instantly instead of needing to be accepted.
- Sliding Boot Times was replaced with Banking Boot Times. See help for full details.
- Full change log.

2010-10-10: New features for beta phase 19:
- When a player is booted using the direct-boot feature, the game now shows who booted them as well as how long they were holding up the game when they were booted.
- Added the Community tab, containing the new chat room and feedback pages.
- The ranked games section of your profile now separates team games from FFA games.
- The Open Games page now shows the boot times of each game without having to click on it and look at the settings.
- Full change log.

2010-09-01: New features for beta phase 18:
- The Reconnaissance Card and the Surveillance Card are now available. See help for full details.
- The number of turns that a spy card is in effect is now configurable by the game creator. For example, you can have spy cards last 2 or 3 turns instead of the usual 1.
- The spy card can now spy on Neutral if enabled by the game creator.
- A "black list" is now available. This allows you to block players from joining Open Seats in games you create.
- Full change log.

2010-07-04: New features for beta phase 17:
- The Settings tab now has a setting that will allow you to skip the "Begin" click.
- New hotkeys are available to make playing easier. View the help

WZ000568

page for a full list.
- You can now view games you share in common with a specific
player. Visit their profile page and select "See games where we
played together"
- Single player levels were renamed: Challenge 1 is now "Crazy
Challenge", Challenge 2 is now "Insane Challenge", Level 4 is now
"Europe Challenge"
- Full change log.

2010-05-26: New features for beta phase 16:
- You now have full control over your Invite List. See the Settings tab
for full details.
- The Sanctions card is now available. See help for full details.
- The "Bonuses" button was replaced by the "Bonuses and Territories"
window located on the Settings panel. This lets you search for
territories by name.
- Full change log.

2010-04-20: New features for beta phase 15:
- The Diplomacy card is now available. See help for full details.
- A global chat room is now available.
- Added an experimental feature called Sliding Boot Times. See help
for full details.
- Full change log.

2010-04-08: New features for beta phase 14:
- The Gift card is now available. See help for full details.
- Full change log.

2010-03-13: New features for beta phase 13:
- Private messaging now possible.
- Silverlight client retired.
- Full change log.

2010-03-03: New features for beta phase 12:
- Flash client complete
- In team games, you can now view orders your teammate have
entered for the next turn (Flash client only)
- You can now easily insert the name of a territory into your Chat
window by holding Control when clicking on a territory. (Flash client
only)
- The profile page received a visual update.
- Full change log.

WZ000569

2010-02-11: New features for beta phase 11:
- Flash client available
- Full change log.

2009-10-24: New features for beta phase 10:
- Website look and feel re-designed
- You can now use computer-controlled AI players in multi-player games.
- You can now add a list of favorite games to your profile.
- Full change log.

2009-08-30: New features for beta phase 9:
- Added Single-Player mode.
- Full change log.

2009-08-11: New features for beta phase 8.1:
- The colors were tweaked to minimize similar colors. (Thanks to Doushibag for coming up with the new color set.)
- Map designers now upload in Svg format instead of Xaml.
- Full change log.

2009-07-29: New features for beta phase 8:
- You can now zoom and pan around the map.
- Quad Earth map added. This is a very large map, be sure to zoom in.
- The Chat panel now shows turn numbers with links to history.
- The My Games page now shows pending team chat in addition to public chat.
- Scenario Distributions are available. They give map creators more control over how territories are initially distributed. See the Distribution help page for more details.
- Full change log.

2009-07-11: New features for beta phase 7:
- You can now chat with other players in a tournament on the tournament screen.
- Players can now view which territories were picked in manual distribution games via the history button.
- Added an Analyze button on the attack/transfer dialog that helps players determine how many armies to attack with.
- Added the Graphs window which show you information about the current game in graphical form.

WZ000570

- The My Games page now shows which games have unread chat messages. You can also filter on it.
- Added a Map Viewer that allows you to preview maps before creating a game with them.
- Added support for the mouse wheel on all scrollable/zoomable areas.
- Full change log.

2009-06-14: New features for beta phase 6:
- Sign-ups are now open. Anybody can create an account through the website.
- Added more flexibility in controlling how cards are distributed: weights and minimums. See help for full details.
- Added three new cards: Order Priority, Order Delay, and Airlift. See help page for full details.
- Full change log.

2009-06-02: New features for beta phase 5:
- WarLight now has a built-in map designer. Design your own map today! See the help page for full details.
- An experimental feature was added to help prevent games from turning into stalemates: The Army Cap. See the help page for full details.
- Full change log.

2009-05-19: New features for beta phase 4:
- Sounds were added. They can be toggled off in the top-right corner.
- Added a new sort option for My Games: "How long it's been my turn."
- Help balloons were added for new users that help them learn how to play.
- Full change log.

2009-04-30: New features for beta phase 3:
- Double-elimination tournaments are now available! See the help page for full details.
- When a player changes their name, it will show their old name on the User Profile so their friends can still identify them.
- Players can now change their name only once every 20 days.
- Cards played by your teammate now say 'Teammate Played' over them.
- Full change log.

WZ000571

2009-04-16: New features for beta phase 2:
- Tournaments are now available! See the help page for full details.
- A forum is now available under the Home tab.
- The "Active Games" filter no longer shows games you declined. You may find them under "All Games."
- Players can now hide the results of their ranked games from their profile page if they wish to keep this information private.
- Open seats are no longer advertised on the My Games page after 24 hours. See the help page for full details.
- Two maps were renamed: "Classic" became "Small Earth" and "Dodecohedron Madness" became "Buckyball Madness"

2009-03-03: New features for beta phase 1:
- Open games are available! See the help page for full details.
- General invites are now available. See the "Invite a friend" tab for full details.
- The look and feel of the lobby has been revisited.

2009-02-14: New features for beta phase 0:
- The sequence that orders are executed in now cycles. For example, instead of going ABC ABC ABC, it goes ABC CBA ABC CBA.
- Attacks or transfers that don't get executed no longer take up a spot. For example, if you issue a "transfer only" to a spot you do not control, your next order will happen immediately instead of having other player's orders execute first.
- Player profiles are available.
- Ranked games are available. See the help page for full details.
- Menu system and webpage refreshed.
- Game creators can now override the offense and defense kill percentages.

2009-01-18: New features for alpha phase 8:
- Re-do functionality has been enhanced. You can now elect to start your turn over from a blank slate or to load your previously issued orders and make modifications to them.
- Additionally, the turn will not advance while you are re-doing your orders. You can now take your time.
- You can now discard cards that you don't wish to play.
- You can now reset your password if you forget it.
- Game creators can now delete their games that haven't started yet from the Lobby screen.
- You can now see who has accepted a player's surrender. Look under

WZ000572

the Players panel.

2009-01-05: New features for alpha phase 7:
- The Abandon Card is now available. See the help page for full details.
- Game creators can now specify how many pieces-of-card that players get each turn. See the help page for full details.

2008-12-25: New features for alpha phase 6:
- The Spy Card is now available. This lets you see your opponents territories through the fog. See the help page for full details.
- The Reinforcement Card can now be configured to be progressive; that is, start out giving fewer armies and give more as the game goes on. See the help page for full details.
- Your-turn notification emails are now set to a 15-minute delay (you will receive them if you don't take your turn within 15 minutes.) If you liked the instant notifications, you may set it back via the Settings page.
- In manual distribution games, you can now go back and view the map as it was at distribution time. Do to this, click "First turn" button (<<<) in the history controls.
- Two new distribution modes were added to all maps: Random Warlords and Random Cities. See the help page for full details.
- Game creators can now override the value of bonuses if they feel they are overpowered or underpowered for their game.

2008-12-10: New features for alpha phase 5:
- WarLight now supports cards! The reinforcement card is available for use. See help page for full details.
- The vote-to-boot time and direct-boot time can now be set independently.

2008-11-07: New features for alpha phase 4:
- Game creators can elect to create their game based off a pre-existing template.
- When a player gets booted, eliminated, or when their surrender is accepted, an entry will now be displayed in the order list informing everyone of this event.
- When a player is booted or when their surrender is accepted, their territories will now change to the neutral color to ensure everyone knows they are no longer active.

2008-10-22: New features for alpha phase 3:

WZ000573

- You can now pick where you want to start in games by using the Manual Distribution feature.
- Mutli-attack mode has changed. Now, armies can attack as much as they want but they can only transfer once per turn. See the help page for full details.
- Game creators can now elect to start neutral territories at 0.

2008-10-14: New features for alpha phase 2:
- The "My Games" page has been overhauled.
- Thumbnails are now available! They appear in the Create Game wizard and on the new My Games page.
- You can now nudge players from the lobby. If you nudge a player who hasn't created their account yet, they will be re-sent the sign-up link.
- You can now boot players who are slow to take their turn. This duration can be set by the game creator for their game.

2008-09-13: New features for alpha phase 1:
- Refresh times tweaked to be faster.
- Chat funcionality is now available! The Chat button will flash when new messages are waiting.
- New map added for testing: Earth V2 by Grundie.
- An email is now sent when a fog game ends, informing players they can go back and watch the finished game.

2008-08-24: New features for alpha phase 0:
- Teamplay is now available! See the help page for full details.
- You can now link games to other WarLight players. See the Settings panel to get a URL to your game.
- You can now click on a player's color (in the bottom-right corner) to more easily see all territories they control.

2008-07-29: New features for pre-alpha phase 5:
- You can now use Fog in your games, which allows you to obscure which territories are visible.

2008-07-20: New features for pre-alpha phase 4:
- Multi-attack is now available, which allows your armies to move long distances in a single turn.

2008-07-13: New features for pre-alpha phase 3:
- The deployment slider is now available, which makes it significantly easier to deploy large number of armies.

WZ000574

2008-07-04: New features for pre-alpha phase 2:
- It is now possible to view a game you're not in.

2008-06-29: New features for pre-alpha phase 1:
- WarLight can now send e-mails. You can have it notify you when it's your turn or when you get invited to a game.

2008-06-18: New features for pre-alpha phase 0:
- Basic gameplay available.

About Warzone | Contact | Terms of Service | Privacy Policy

WZ000575