# EXHIBIT AE

| Keyword | Position | Previous position | Search Volume | Keyword Difficulty | CPC | URL | Traffic |
|---|---|---|---|---|---|---|---|
| warlight | 1 | 1 | 14800 | 73 | 4.28 | https://www.warzone.com/ | 6956 |
| warzone | 1 | 2 | 8100 | 74 | 0.75 | https://www.warzone.com/ | 6480 |
| warlight | 2 | 0 | 14800 | 73 | 4.28 | https://www.warzone.com/multiplayer | 1924 |
| risk online | 3 | 3 | 14800 | 67 | 0.81 | https://www.warzone.com/singleplayer.aspx | 1332 |
| play risk online | 2 | 0 | 4400 | 53 | 0.06 | https://www.warzone.com/singleplayer.aspx | 572 |
| iceland continent | 2 | 3 | 3600 | 73 | 0 | https://www.warzone.com/Forum/221667-continent-iceland-technically-belong- | 468 |
| play risk online | 3 | 0 | 4400 | 53 | 0.06 | https://www.warzone.com/Play-Risk | 396 |
| risk game online | 3 | 0 | 4400 | 68 | 1.39 | https://www.warzone.com/singleplayer.aspx | 396 |
| risk online free | 3 | 0 | 2900 | 55 | 0.46 | https://www.warzone.com/singleplayer.aspx | 261 |
| what continent is iceland a part of | 1 | 2 | 390 | 78 | 0 | https://www.warzone.com/Forum/221667-continent-iceland-technically-belong- | 183 |
| warlig | 1 | 1 | 390 | 78 | 0 | https://www.warzone.com/ | 183 |
| warlights | 1 | 1 | 390 | 78 | 0 | https://www.warzone.com/ | 183 |
| map test player | 6 | 0 | 3600 | 75 | 1.72 | https://www.warzone.com/Forum/168605-looking-test-player-new-map | 180 |
| risk warlight | 1 | 0 | 210 | 80 | 0 | https://www.warzone.com/ | 168 |
| moral alignment test | 11 | 16 | 2900 | 73 | 3.01 | https://www.warzone.com/Forum/266820-s-moral-alignment-test | 136 |
| warlight net | 1 | 1 | 170 | 64 | 0 | https://www.warzone.com/ | 136 |
| alignment test | 12 | 25 | 9900 | 78 | 1.97 | https://www.warzone.com/Forum/266820-s-moral-alignment-test | 128 |
| war zone | 7 | 7 | 2900 | 77 | 2.7 | https://www.war zone.com/ | 116 |
| play risk online free | 2 | 0 | 880 | 60 | 0.12 | https://www.warzone.com/singleplayer.aspx | 114 |
| is iceland part of europe | 4 | 22 | 1600 | 78 | 1.49 | https://www.warzone.com/Forum/221667-continent-iceland-technically-belong- | 112 |
| play risk | 4 | 0 | 1300 | 74 | 0.97 | https://www.warzone.com/singleplayer.aspx | 91 |
| are traps gay | 13 | 16 | 8100 | 82 | 0.02 | https://www.warzone.com/Forum/287090-traps-gay | 72 |
| free risk game | 5 | 0 | 1300 | 72 | 2.3 | https://www.warzone.com/singleplayer.aspx | 65 |
| risk board game online | 6 | 0 | 1300 | 70 | 1.24 | https://www.warzone.com/singleplayer.aspx | 65 |
| single player risk | 1 | 0 | 140 | 66 | 0 | https://www.warzone.com/singleplayer.aspx | 65 |
| battle islands 2 | 1 | 1 | 140 | 87 | 2.59 | https://www.warzone.com/Map/4626-Battle-Islands-II | 65 |
| what continent is iceland | 3 | 3 | 720 | 77 | 0 | https://www.warzone.com/Forum/221667-continent-iceland-technically-belong- | 64 |
| warlight strategy | 1 | 1 | 110 | 64 | 0 | https://www.warzone.com/wiki/Advanced_Strategy | 51 |
| game of thrones risk online | 1 | 1 | 110 | 64 | 0.82 | https://www.warzone.com/Map/15401-Game-Thrones-Westeros-Diplomacy | 51 |
| cards against humanity online xyzzy | 6 | 36 | 1000 | 61 | 0 | https://www.warzone.com/Forum/173963-cards-against-humanity-online-xyzzy | 50 |

3408
6.17%