# EXHIBIT AF

| Keyword | Position | Previous position | Search Volume | Keyword Difficulty | CPC | URL | Traffic |
| --- | --- | --- | --- | --- | --- | --- | --- |
| warzone | 1 | 1 | 12100 | 86 | 2.07 | https://www.warzone.com/ | 9680 |
| risk online | 2 | 6 | 12100 | 75 | 3.94 | https://www.warzone.com/ | 1573 |
| risk game online | 2 | 6 | 3600 | 76 | 6.58 | https://www.warzone.com/ | 468 |
| warzone game | 1 | 1 | 480 | 81 | 3.83 | https://www.warzone.com/ | 384 |
| play risk online | 3 | 5 | 3600 | 71 | 6.67 | https://www.warzone.com/ | 324 |
| warzone risk | 1 | 1 | 260 | 79 | 0 | https://www.warzone.com/ | 208 |
| warlight risk | 1 | 1 | 210 | 65 | 0 | https://www.warzone.com/ | 168 |
| risk game | 13 | 0 | 14800 | 85 | 3.5 | https://www.warzone.com/ | 133 |
| risk online free | 4 | 4 | 1600 | 70 | 7.29 | https://www.warzone.com/ | 112 |
| warlight game | 5 | 3 | 1600 | 75 | 4.83 | https://www.warzone.com/ | 80 |
| warlight game | 6 | 0 | 1600 | 75 | 4.83 | https://www.warzone.com/Play | 80 |
| free risk game | 3 | 4 | 880 | 80 | 6.46 | https://www.warzone.com/ | 79 |
| alignment test | 15 | 0 | 14800 | 75 | 2.28 | https://www.warzone.com/Forum/279318-moral-alignment-test | 74 |
| nonpublic games | 1 | 1 | 140 | 75 | 0 | https://www.warzone.com/Forum/125156-nonpublic-games | 65 |
| free online risk game | 3 | 3 | 590 | 72 | 0 | https://www.warzone.com/ | 53 |

2742
20.34%