# EXHIBIT AI

Download            Search Apps...

Home / Windows / Games / Action Games / Call Of Duty: Warzone



# Call of Duty: Warzone for Windows

By Sledgehammer Games · Free · User Rating ★★★★½

### ⌄ DOWNLOAD NOW

Used Call of Duty: Warzone for Windows? Share your experience and help other users.

## Key Details of Call of Duty: Warzone

- Free to play COD game
- Last updated on December 17, 2024
- There have been 7 updates
- Also available on Android
- Virus scan status:   Clean (it's extremely likely that this software program is clean)

Case 2:21-cv-03073-FLA-JC    Document 126-38    Filed 03/01/25    Page 3 of 14    Page ID #:5858



## Editors' Review

**Download.com staff**     December 17, 2024

Call of Duty: Warzone is a **free first-person shooter game** in the Call of Duty series published by Activision. **Two main game modes** are available to play. The goal of this Battle Royale gameplay is to get rid of your opponents. You can win Plunder mode by collecting the most cash during a limited period of time.

COD: Warzone is a **spin-off** of the <u>Call of Duty: Modern Warfare</u> and <u>Call of Duty: Black Ops Cold War</u> game titles.

### Can you play Warzone without buying Modern Warfare?

Warzone is a **standalone game**. You do not need to buy another COD game to play Warzone. COD Warzone does include **crossplay** for users that have Black Ops Cold War and Modern Warfare. Additionally, the battle pass and store systems for the three titles are united.

### Is Call of Duty: Warzone a full game?

You can play the entire Warzone game without needing to spend money. While COD: Warzone does not have intrusive GACHA tactics, you can still make **in-app purchases**. You can also spend money to get COD points and battle passes. **In-game skins** are available to customize your gaming experience.

### How many people play Call of Duty: Warzone?

COD: Warzone is a popular video game with tons of players. The **Battle Royale matches** include a total of **150 players**, while the **Plunder gameplay has 102**. You can play as a **single player** in Battle Royale and Plunder competitions. **Multiplayer** modes are available for both, and you choose between 2, 3, and 4 players during the events.

Call of Duty: Warzone lets you **explore the maps in vehicles** during Battle Royale and Plunder. The four land vehicles available are ATV, Cargo Truck, SUV, and Tac Rover. **You can fly in the air with the Helipad**. Each mode of transportation delivers a different capacity to hold and protect passengers.

### Did Verdansk have 150 players?

Certainly, Verdansk, the original map for Call of Duty: Warzone, featured a player capacity of 150 individuals in a single match. This remained the standard player count for the majority of Warzone's existence, except for a brief period during **Season 3 Reloaded** when it was temporarily reduced to 120.

The decision to decrease the player count was implemented with the aim of enhancing the overall gameplay experience. With a lower number of players on the map, **matches became more structured and strategic**, reducing the overall chaos. However, opinions on this change varied among players, with some expressing a preference for the higher player count and the faster-paced action it offered.

In Warzone 2.0, the player count remains at 150. This is likely attributed to the larger size of the Al Mazrah map, which can comfortably accommodate more players without feeling overcrowded. Additionally, the new movement system introduced in Warzone 2.0 enables players to traverse the map more swiftly, contributing to a more dynamic gaming experience.

### The main modes

A team is beneficial. **Your teammates can revive you** when you die. Teams can complete **Contracts** to earn cash, loot, and XP. You can spend your earnings at **Buy Stations** to get equipment, killstreaks, and Squad Buybacks. The Buy Stations are represented by boxes on the map. Certain equipment can boost your health. You will start with 100 percent health that can deteriorate.

The playing zone is surrounded by a **toxic gas** that can kill you. Although **Armor Plates** will add 50 health points in any other situation, it cannot protect you against toxins. Another survival tool is a **gas mask**. These masks will keep you safe against toxic gas for a limited time.

Case 2:21-cv-03073-FLA-JC   Document 126-38   Filed 03/01/25   Page 5 of 14   Page ID #:5860

You can use a Call of Duty: Warzone **Bunker code** to access Supply Boxes inside of bunkers. The **Gulag** is a prison where players are sent when they die during Battle Royale. Here, you will participate in a **1v1 fight** against another eliminated player. Bystanders can throw rocks at the opponents during this contest. The winner of the PvP battle will redeploy into Verdansk.

If you lose, then you can watch the rest of the Gulag fights or quit the game. Additionally, you can come back to life when you use the **Self Revive kit** that can be bought at Buy Stations. Your teammates can use the **Squad Buyback** feature or set up a **Most Wanted Contract** to respawn you into the game.

The purpose of **Plunder mode** is to **loot the most money**. Cash can be found in Cash Drops and Supply Boxes. Additionally, you can get money by completing Contracts. Your goal amount to collect is **1 million dollars**. You can **deposit your earnings** into Cash Deposit Balloons and Helipads to secure your loot.

## Is Warzone and Warzone 2.0 the same?

Warzone and Warzone 2.0 are two separate games, each with their own unique features and gameplay experiences. Warzone, released in 2020, is a free-to-play battle royale game set in the Call of Duty: Modern Warfare universe, with a massive map called Verdansk and up to 150 players competing to be the last one standing.

Warzone 2.0, **released in 2022**, is a sequel that introduces a new map called Al Mazrah, along with several gameplay changes and enhancements like improved graphics, a new swimming mechanic, an updated gunplay system, and a revamped looting system. While both games share similarities in their core battle royale gameplay, Warzone 2.0 offers a more refined and updated experience.

The key differences between the two games include a new map, improved graphics, a new gunplay system, and a new movement system. Warzone 2.0 is a standalone game, meaning players will need to download and install it separately from the original Warzone.

## How about the system requirements?

The system requirements for Call of Duty: Warzone 2.0 are as follows:

- **Minimum requirements**:
  - Operating System: Windows 10 64-bit (latest update)
  - Processor: Intel® Core™ i5-6600K / Core™ i7-4770 or AMD Ryzen™ 5 1400
  - Memory: 8 GB RAM
  - Video: NVIDIA® GeForce® GTX 960 or AMD Radeon™ RX 470 - DirectX 12.0 compatible system
  - Storage: 180 GB available disk space

- **Recommended requirements**:
  - Operating System: Windows 10/11 64-bit (latest update)

- Processor: Intel® Core™ i7-8700K / Core™ i9-9900K or AMD Ryzen™ 7 2700X
- Memory: 16 GB RAM
- Video: NVIDIA® GeForce® RTX 3070 / AMD Radeon™ RX 6800 XT - DirectX 12 compatible system
- Storage: 180 GB available disk space

These are just the minimum and recommended requirements. For the best possible experience, you may want to consider upgrading your hardware.

## Pros

- ✓ Crossplay
- ✓ Cross platform
- ✓ High quality graphics
- ✓ Single and multiplayer modes

## Cons

- ✗ Dark setting
- ✗ Violent gameplay

## Bottom Line

### Our take

The multiplayer nature of Call of Duty games lets players connect with each other. Since Warzone is **free to play**, more people have access to the title.

Additionally, since Warzone is a cross-platform title, gamers with different devices are able to access the game easily. You can download and install COD: Warzone on Microsoft Windows PC, PlayStation 4, PlayStation 5, Xbox One, and both Xbox Series S and X devices.

### Should you download it?

Yes, we recommend downloading this free game. However, before downloading Warzone, be aware of the **desensitizing objectives towards violence**. For this reason, we recommend this game for older audiences.

## Call Of Duty Warzone Download Free

**Sponsored** · https://www.quickresultsnow.com/search/results

Search Now - Find **Call Of Duty Warzone** Download Free. Get Useful Information in Seconds.

Find **Call Of Duty Warzone** Download Free Related to Your Search And Learn More Now. Fin…

 Visit Website

## Play **Call of Duty Warzone**™ Mobile Online - TopGames.Com

**Sponsored** · https://www.topgames.com/

TopGames chose many best free games for boy. Relax and play. We have a large number of challenging games for men. Simple operation, challenge yourself.

 Visit Website



**Call of Duty: Warzone** for Windows

By Sledgehammer Games · Free · User Rating 

### ⌄ DOWNLOAD NOW

Used Call of Duty: Warzone for Windows? Share your experience and help other users.

## Explore More


**Grand Theft Auto IV**
PAID


**Crab Game**
FREE


**GTA: San Vice**
FREE


**Begone Beast**
PAID


**Vivat Slovakia**
PAID


**Jurassic Park: The Game**
PAID


**Monster Hunter Wilds**
PAID


**UFO 50**
PAID


**GoobnBalloonsDX**
PAID


**They Came From Venus**
PAID


**Classic Marathon Infinity**
PAID


**King of Meat**
PAID



Case 2:21-cv-03073-FLA-JC    Document 126-38    Filed 03/01/25    Page 10 of 14    Page ID #:5865

## Full Specifications

**GENERAL**

| | |
|---|---|
| Release | October 8, 2024 |
| Latest update | December 17, 2024 |
| Version | 2.0 |

**OPERATING SYSTEMS**

| | |
|---|---|
| Platform | Windows |
| Also available in: | Android |
| Operating System | Windows 7  ·  Windows 11  ·  Windows 10  ·  Windows 8  ·  Windows 8.1 |

**POPULARITY**

| | |
|---|---|
| Total Downloads | 1,693 |
| Downloads Last Week | 343 |

⚑ **REPORT SOFTWARE**



## Last Updated

**Poppy Playtime - Chapter 4**
PAID

**Poppy Playtime**
FREE

2/25/25, 3:59 PM
Call of Duty: Warzone for Windows - Free download and software reviews - CNET Download
Case 2:21-cv-03073-FLA-JC    Document 126-38    Filed 03/01/25    Page 12 of 14    Page ID #:5867


**GoreBox**
PAID

**Marvel's Spider-Man 2**
PAID


**Sleeping Dogs**
PAID


**Hard Time III**
PAID


**Max Payne**
TRIAL VERSION


**Lethal Company**
PAID


**Melatonin**
PAID


**Baldi's Basics Plus**
PAID


**Resident Evil 4**
PAID


**BEYBLADE X XONE**
PAID

Case 2:21-cv-03073-FLA-JC   Document 126-38   Filed 03/01/25   Page 13 of 14   Page
ID #:5868

## FROM CNET

**In partnership with Softonic**

## ABOUT

About Download

Add Your Software

Contact Us

Download.com in Spanish

## POLICIES

Privacy Policy

Terms of Use

Cookies Policy

Do not share or sell my personal information

Cookies settings

## FOLLOW US

  

 Download

© 2025 DOWNLOAD.COM, A ZIFF DAVIS COMPANY. ALL RIGHTS RESERVED.