# EXHIBIT AJ

| Keyword | Position | Previous position | Search Volume | Keyword Difficulty | CPC | URL | Traffic |
|---|---|---|---|---|---|---|---|
| warlight game | 1 | 1 | 1300 | 77 | 0 | https://www.warzone.com/ | 611 |
| risk online | 5 | 3 | 9900 | 74 | 3.37 | https://www.warzone.com/ | 495 |
| warzone game | 1 | 1 | 480 | 77 | 3.43 | https://www.warzone.com/ | 384 |
| warzone risk | 1 | 1 | 260 | 89 | 0 | https://www.warzone.com/ | 208 |
| risk game online | 4 | 3 | 2900 | 72 | 3.78 | https://www.warzone.com/ | 203 |
| play risk online | 5 | 3 | 3600 | 71 | 4.65 | https://www.warzone.com/ | 180 |
| warzone | 4 | 4 | 12100 | 87 | 4.31 | https://www.warzone.com/ | 169 |
| warlight risk | 1 | 1 | 170 | 78 | 0 | https://www.warzone.com/ | 136 |
| volcel | 8 | 12 | 4400 | 82 | 0 | https://www.warzone.com/Forum/397890-incels-now-such-thing-volcel | 132 |
| risk online free | 3 | 3 | 1300 | 66 | 0 | https://www.warzone.com/ | 117 |
| risk online hasbro | 1 | 1 | 170 | 81 | 0 | https://www.warzone.com/ | 79 |
| free risk game | 3 | 2 | 880 | 75 | 15 | https://www.warzone.com/ | 79 |
| free online risk game | 2 | 2 | 590 | 73 | 15 | https://www.warzone.com/ | 76 |
| play risk | 4 | 4 | 1000 | 77 | 3.62 | https://www.warzone.com/ | 70 |
| nonpublic games | 1 | 1 | 140 | 68 | 0 | https://www.warzone.com/Forum/125156-nonpublic-games | 65 |

1299
43.24%
553
39190