# EXHIBIT E

# ARTIFICIAL 89

**Exhibit 0093**
12/16/2024

9/25/24, 9:55 AM    Join us in building Call of Duty® Warzone™ for mobile!

Case 2:21-cv-03073-FLA-JC   Document 126-40   Filed 03/04/25   Page 3 of 6   Page ID #:5874

NEWS

PRE-ORDER BO6



**MARCH 10, 2022**

by **Call of Duty Staff**

# JOIN US IN BUILDING CALL OF DUTY® WARZONE™ FOR MOBILE!

WZ    CODM

NEWS    ANNOUNCEMENTS

---

We are creating an all-new, AAA mobile experience that will bring the thrilling, fluid and large-scale action of *Call of Duty®: Warzone™* to

WZ009320

players on the go.

NEWS                                                                                                         PRE-ORDER BO6

Join our growing, award-winning team of mobile veterans and emerging talent on this ambitious mission. We are seeking skilled operators in all aspects of game development. This large-scale, battle royale experience is being built natively for mobile with cutting-edge technology designed to entertain gamers around the world for many years to come.

From production roles to engineering, design, art, marketing, and more, we're looking for game-makers, passionate fans, and genuinely awesome people to join our diverse team, inspired to deliver the next world-class mobile gaming experience to fans.

We have several incredible opportunities across multiple internal studios including Solid State Studios, Beenox, Digital Legends and Demonware.

Click here for more details:

WZ009321

9/25/24, 9:55 AM
Join us in building Call of Duty® Warzone™ for mobile
Case 2:21-cv-03073-FLA-JC    Document 126-40    Filed 03/01/25    Page 5 of 6    Page ID #:5876



© 2022 Activision Publishing, Inc. ACTIVISION, CALL OF DUTY, CALL OF DUTY MOBILE, CALL OF DUTY WARZONE, and WARZONE are trademarks of Activision Publishing, Inc.

BACK TO TOP

WZ009322

NEWS   PRE-ORDER BO6

LEGAL   |   TERMS OF USE   |   PRIVACY POLICY   |   CAREERS   |   COOKIE POLICY

|   SUPPORT   |   CODE OF CONDUCT   |   YOUR PRIVACY CHOICES

|   CALIFORNIA PRIVACY NOTICE










© 2024 Activision Publishing, Inc. ACTIVISION, CALL OF DUTY, CALL OF DUTY LEAGUE, MODERN WARFARE, CALL OF DUTY BLACK OPS, CALL OF DUTY WARZONE, and CALL OF DUTY VANGUARD are trademarks of Activision Publishing, Inc. All other trademarks and trade names are the property of their respective owners.

COOKIE SETTINGS