# EXHIBIT I



CALL OF DUTY® WARZONE MOBILE  //  GUIDELINES

ACTIVISION® 2024

# WARZONE MOBILE

# GUIDELINES

**Exhibit
0101**

12/16/2024

These field-tested directives will equip you with the essential knowledge to deploy our Warzone Mobile brand identity in the best way possible.

WZ012164

① **LOGO** PG. 03

② **COLOR** PG. 25

③ **TYPOGRAPHY** PG. 30

④ **KEY ART** PG. 46

⑤ **GRAPHIC SYSTEM** PG. 63

⑥ **CREATIVE EXAMPLES** PG. 77

⑦ **MOTION** PG. 86

# CONTENTS



CALL OF DUTY® WARZONE MOBILE // GUIDELINES

ACTIVISION® 2024

# LOGO

This section outlines our logo suite and how to best use them with precision, ensuring that the correct logo is used across the battlefield in the right tactical situations.

WZ012166

Ⓐ ALPHA LOGO

Ⓑ BRAVO LOGO

Ⓒ CHARLIE LOGO

Ⓓ DELTA LOGO

**CALL OF DUTY®**
**WARZONE**
**MOBILE**

**WARZONE**
**MOBILE**

**CALL OF DUTY®**
**WARZONE**

[FUTURE USE]

**WZM**

# LOGO OVERVIEW

This is our full suite of logos. Each one has a specific use case that this section of the guidelines will detail. Known by their call signs for precise identification, Alpha, Bravo, Charlie, and Delta.

# CALL OF DUTY®
# WARZONE™
# MOBILE

## ALPHA LOGO ⓐ

The Alpha lockup is the primary version of our wordmark.
We should default to this at all possible times.

WZ012168

**CALL OF DUTY**

**WARZONE**™

**MOBILE**

Y

X X

®

⅓ X Y Y

X

X

4 X ⅙ X

X

X

1.5Y
MINIMUM TITLE ART WIDTH

3Y
MAXMIUM TITLE ART WIDTH

# CONSTRUCTION Ⓐ

This wordmark has been created in correspondence with the lockup sizing framework for the wider Call of Duty ecosystem. The proportions and scale of the Call of Duty wordmark and the Warzone Mobile wordmark should never be altered or changed—keeping sizing and proportions consistent across the brand.

X = CAP HEIGHT OF CALL OF DUTY WORDMARK



ALIGN TO WORDMARK NOT THE TRADEMARK

MINIMUM SIZING

100 PX

# CLEAR SPACE Ⓐ

These are the Alpha logo clear space and small sizing rules. We have defined these parameters to preserve the integrity of our lockups at every size.

WZ012170



# USAGE Ⓐ

The Alpha logo should be used across marketing assets throughout the launch phase; OOH, print and digital ads, social posts and website.

# WARZONE MOBILE™

## BRAVO LOGO Ⓑ

There are specific instances where we can use the wordmark without it locking up to the Call of Duty franchise logo—when the Call of Duty franchise wordmark has been placed above multiple IP wordmarks/logos within a layout (i.e. on Battle Passes or seasonal promotions).

WZ012172

X = CAP HEIGHT OF CALL OF WARZONE MOBILE WORDMARK



0.5X                    0.5X

X

X

0.5X                    0.5X

◄── ALIGN TO WORDMARK NOT THE TRADEMARK

MINIMUM SIZING

**WARZONE MOBILE**

75 PX

# CLEAR SPACE Ⓑ

These are the Bravo logo clear space and small sizing rules.
We have defined these parameters to preserve the integrity
of our lockups at every size.





# USAGE Ⓑ

The Bravo logo is used when it its completely clear you are within the Call of Duty product or if the franchise logo has been used on the page elsewhere. Different slides on a presentation deck is an example.



**FUTURE USE ONLY**

CALL OF DUTY WARZONE™

# CHARLIE LOGO ©

The Charlie logo is a backup version of our wordmark introduced throughout the launch phase of the game and brand rollout. Eventually, this will be the primary logo. When this logo is used, it needs to be supported by copy or a CTA that makes it clear this game is a mobile version.

# FUTURE
# USE ONLY



# CONSTRUCTION ©

This wordmark has been created in correspondence with the lockup sizing framework being applied across the wider Call of Duty ecosystem. The proportions and scale of the Call of Duty franchise wordmark and the Warzone wordmark stated here should never be altered or changed — keeping sizing and proportions consistent across the brand.

FUTURE
USE ONLY

X = CAP HEIGHT OF CALL OF DUTY WORDMARK



ALIGN TO WORDMARK NOT THE TRADEMARK

MINIMUM SIZING

75 PX

# CLEAR SPACE ©

These are the Charlie logo clear space and small sizing rules.
We have defined these parameters to preserve the integrity
of our lockups at every size.

WZ012177

# FUTURE USE ONLY



# FUTURE USE ONLY



# USAGE ©

The Charlie logo should be used for social and marketing assets, beyond the launch phase. This logo needs to also be used along with CTAs or copy that mentions "mobile".

WZ012178

# WZM

# DELTA LOGO ⓓ

The Delta logo is our small scale use icon. It is mainly reserved for when we're using other abbreviated logos from the franchise (i.e. MWIII, WZ etc.) We refrain from locking this up with the Call of Duty franchise wordmark.

WZ012179

X = CAP HEIGHT OF CALL OF WARZONE MOBILE WORDMARK



| 0.5X | | 0.5X |
| X | WZM | |
| 0.5X | | 0.5X |

MINIMUM SIZING

**WZM** — 35 PX

# SPACING ⓘ

These are the Delta logo clear space and small sizing rules. We have defined these parameters to preserve the integrity of our lockups at every size.





# USAGE 

The Delta logo is used in small scale applications where the context of Call of Duty Mobile has already been set. We also use it alongside our other franchise abbreviations — MWIII, WZ etc.

Ⓐ ALPHA LOGO

CALL OF DUTY®
WARZONE
MOBILE™

Ⓒ CHARLIE LOGO

CALL OF DUTY®
WARZONE™

① LAUNCH PERIOD

Using the Alpha logo for all comms across game launch and brand roll-out, with the exception of app icon and app store that use the Delta logo.

② FUTURE

Eventually we will transition to just using the Warzone logo. Until we reach that stage please utilize the Alpha logo.

# USAGE TIMELINE

This above timeline indicates the usage of each logo, from the launch phase and beyond. We use the Alpha logo more often during the launch phase and brand roll-out, given this is our educational period — to help build recognition for the brand and visual identity. Progression to the Charlie logo happens at the point when the games begin to merge content and gameplay closer.

| | Ⓐ ALPHA LOGO | Ⓑ BRAVO LOGO | Ⓒ CHARLIE LOGO | Ⓓ DELTA LOGO |
|---|---|---|---|---|
| | **CALL OF DUTY WARZONE MOBILE** | **WARZONE MOBILE** | CALL OF DUTY WARZONE [FUTURE USE] | **WZM** |
| MARKETING ASSETS | 🟢 | | 🟠 | |
| APP STORE | 🟢 | | 🟠 | |
| SMALL SCALE USE | | | | 🟢 |
| OOH / PRINT | 🟢 | | 🟠 | |
| FRANCHISE ASSETS | | 🟢 | | 🟢 |
| SOCIAL MEDIA | 🟢 | | 🟠 | 🟢 |

🟢 FOR USE AT LAUNCH PHASE     🟠 FOR FUTURE USE BEYOND LAUNCH

# USAGE EXAMPLES

To help with the launch phase of both the game and Warzone Mobile brand rollout, we've included guidance for which logos can be used across different brand applications.

WZ012183





# COLOR USAGE

From a color perspective, we keep it simple—using our logos in either white or black based on the following rules:

① Black wordmark version for light backgrounds.
② White wordmark version for dark backgrounds.











# LOGO PLACEMENT

The examples shown above demonstrate a few of the ways we can place our logo in layouts. We have a lot of flexibility with placement, so long as we abide by our clear space and sizing rules. When placing the logo, make sure to utilize any clear space if possible first. This helps build a balanced layout. There are cases where we need to overlap our logo over operators, but make sure not to obscure key areas such as the face.

CHARLIE LOGO

**CALL OF DUTY WARZONE**

[FUTURE USE]

**CALL OF DUTY WARZONE MOBILE**

**CALL OF DUTY SEASON 04**

# LOGO ECOSYSTEM

Shown here is how both our Warzone Mobile and Warzone lockups sit within our wider ecosystem. Following our sizing framework—it allows for visual balance and consistency across our different IP titles.

WZ012186

DO NOT USE IT ON AN ANGLE.



DO NOT CHANGE THE PROPORTIONS.



DO NOT CHANGE THE LOGO ALIGNMENT.

DO NOT APPLY GRADIENTS OR TEXTURES.



DO NOT USE WARZONE MOBILE ON ONE LINE.

DO NOT ALTER THE WORDMARK OR TYPE WEIGHT.



DO NOT ALTER THE LOCKUP PROPORTIONS.



DO NOT USE STROKES OR OUTLINES.

# WHAT TO AVOID

The examples presented on this page are a few cases of incorrect uses of our logo. We should take these under consideration to avoid similar mistakes during the application of the brand.



# COLOR

Color is a pivotal force in our loadout. It's what makes every piece of communication stand out and is a clear reflection of our in-game visuals.

WZ012188

SMOKE

#FF0000
RGB: 255 / 0 / 0

BLACK

#000000
RGB: 0 / 0 / 0

DEBRIS

#6A6355
RGB: 106 / 99 / 85

LANDSCAPE

#BFBAAC
RGB: 191 / 186 / 172

WHITE

#FFFFFF
RGB: 255 / 255 / 255

# PRIMARY COLORS

Above are core colors that make up our palette. These colors, when used, should not be altered or changed to keep our color use coherent across different brand assets.



# PRIMARY COLORS IN USE

This is an example of our colors used in application. The red is used sparingly as an accent color, with the rest of the color range making up the background and key art.



① ② ③

REDUCTIVE

EXPRESSIVE

# SCALE OF USAGE

We use a red color usage rule of no more than 30% and no less than 10% where applicable. The red should feel like a striking accent color instead of a background flood.

① 10% is the minimum usage of red smoke.
② 30% is the maximum usage of red smoke.
③ Example of incorrect usage of smoke.

① 

Do not make backgrounds too dark. Red smoke should feel consistent.

② 

Do not flood backgrounds with smoke so much that compositions feel flat. We should always be able to see lighter backgrounds behind smoke.

③ 

Do not use colors outside of the palette.

④ 

Do not use flat colors as backgrounds.

# RECOMMENDATIONS

The examples presented on this page are a few cases of incorrect uses of our color palette within compositions. Consider these to avoid similar mistakes during the application of the brand.



Case 2:21-cv-03073-FLA-JC     Document 101-2     Filed 10/06/23     Page 31 of 92     Page ID #:6404

# TYPOGRAPHY

The following section shall serve as a tactical guide, instructing you on the precise deployment of our brand typeface, Hitmarker.

WZ012193



OUR CUSTOM BRAND TYPEFACE

# HITMARKER

# TYPOGRAPHY

Introducing Hitmarker, a typeface family designed solely for the Call of Duty franchise. A bold, striking military inspired typeface featuring a multitude of weights and widths.

WZ012194

① 

# HITMARKER CONDENSED

| LIGHT | REGULAR | MEDIUM | BOLD | BLACK |
|---|---|---|---|---|
| Aa | Aa | Aa | Aa | Aa |

UPPERCASE
ABCDEFGHIJKLMNOPQRSTUVWXYZ

LOWERCASE
abcdefghijklmnopqrstuvwxyz

NUMERALS
0123456789

② 

# HITMARKER TEXT

| REGULAR | MEDIUM | BOLD | ITALIC |
|---|---|---|---|
|  Bb |  Bb |  Bb | Bb |

UPPERCASE
ABCDEFGHIJKLMNOPQRSTUVWXYZ

LOWERCASE
abcdefghijklmnopqrstuvwxyz

NUMERALS
0123456789

# WEIGHTS

For Warzone Mobile, we use two different cuts of Hitmarker that each have a multitude of weights within them. These should give you enough of a range to create a variety of different pieces of content—from headlines to VO captions.

① Hitmarker Condensed is best used for titles.
② Hitmarker Text is best used for body text.

LOGO · COLOR · **TYPOGRAPHY** · KEY ART · GRAPHIC SYSTEM · CREATIVE EXAMPLES · MOTION



① **DROP IN ANYWHERE**

② **PRE-ORDER ON MOBILE NOW**

③ Lorem ipsum dolor sit amet, consectetur adipiscing elit, sed do eiusmod tempor incididunt ut labore et dolore magna aliqua.

④ **WATCH THE TRAILER**

⑤ VISIT CALLOFDUTY.COM/WARZONEMOBILE-TERMS FOR THE FULL TERMS AND CONDITIONS.

# HIERARCHY

When using Hitmarker, we should make sure we keep in mind the typographic hierarchy of the page. Here are some examples of how to create hierarchy using sizing and weighting of Hitmarker.

① Headline.
② Subhead / secondary line.
③ Body copy / long form.
④ CTAs.
⑤ Legal copy / terms and conditions.



# DROP IN

**HITMARKER CONDENSED / BOLD**

TYPE SIZE: 150PTS
TRACKING: 0%
LEADING: 80%
ALIGNMENT: LEFT / CENTERED / STAGGERED
CASE: ALL CAPS

TYPE COLOR: ● WHITE



# HEADLINES

Here is an example of how to set headline type using Hitmarker Condensed. Note that some design programs handle typography slightly differently, so make sure the kerning pairs are turned on where applicable.

① Example headlines text.
② Example values of headline text set in Photoshop.
③ Within Photoshop, make sure to set the kerning values to Metrics to avoid losing WA kerning pairs.

WZ012197



# PRE-ORDER ON MOBILE NOW FOR A CHANCE TO EARN SPECIAL REWARDS AT WORLDWIDE LAUNCH

**HITMARKER CONDENSED / MEDIUM**

TYPE SIZE: 45PTS
TRACKING: 0%
LEADING: 90%
ALIGNMENT: LEFT / CENTERED / STAGGERED
CASE: ALL CAPS

TYPE COLOR: ● WHITE



# SUBHEADING

Here is an example of how to set subheadings using Hitmarker Condensed. We can use a lighter weight of Hitmarker to create some differentiation from the bigger, bolder and often shorter headlines.

① Example subheadings.
② Example values of subheadings set in Photoshop.
③ Within Photoshop, make sure to set the kerning values to Metrics to avoid losing WA kerning pairs.



The fan-favorite map returns. Win a duel in the gulag to get a second life! Your battle pass and friends list sync across Call of Duty®: Modern Warfare II® and Call of Duty®: Warzone™.

**HITMARKER TEXT / REGULAR**

TYPE SIZE: 15-20% OF HEADLINE
TRACKING: 0%
LEADING: BETWEEN 110-125%
ALIGNMENT: LEFT / CENTERED
CASE: SENTENCE CASE

TYPE COLOR: ● WHITE, ● BLACK, ● DEBRIS, ● LANDSCAPE



# BODY COPY

Here is an example of how to set body copy using Hitmarker Text. This version of the typeface has been custom designed to work best at small scale and in longer blocks.

① Example body copy.
② Example values of body copy set in Photoshop.
③ Within Photoshop, make sure to set the kerning values to Metrics to avoid losing WA kerning pairs.

WZ012199



**WATCH THE TRAILER**

**SCAN TO PRE-REGISTER**

HITMARKER CONDENSED / MEDIUM

TYPE SIZE: 15-20% OF HEADLINE
TRACKING: 10%
LEADING: 100%
ALIGNMENT: CENTERED
CASE: ALL CAPS

TYPE COLOR: ⚪ WHITE,  ⚫ BLACK



# CALL TO ACTION

Our CTAs utilize Hitmarker Condensed for some bold impact even at small size. We use tracking to spread the letters out further to give it a cinematic feel.

① Example CTAs.
② Example values of CTAs set in Photoshop.
③ Within Photoshop, make sure to set the kerning values to Metrics to avoid losing WA kerning pairs.



VISIT CALLOFDUTY.COM/WARZONEMOBILE-TERMS
FOR THE FULL TERMS AND CONDITIONS.

HITMARKER TEXT / REGULAR

SIZE: 10-15% OF HEADLINE
TRACKING: 5%
LEADING: 100%
ALIGNMENT: LEFT
CASE: ALL CAPS

TYPE COLOR: ⬤ WHITE,   ⬛ BLACK



# SMALL COPY

The smallest of copy is set in Hitmarker Text. We use the tracking to open out the spacing and aid legibility even more at super small scales.

① Example small copy.
② Example values of small copy set in Photoshop.
③ Within Photoshop, make sure to set the kerning values to Metrics to avoid losing WA kerning pairs.

WZ012201



# TEXT PLACEMENT

We can stagger headlines as shown above—maintaining the type treatment for the overall Call of Duty franchise. It allows us to add movement and dynamism to layouts, while also giving us more opportunity to overlap text and play with z-depth when creating compositions.

WZ012202



# TEXT PLACEMENT

When overlapping text wth art direction and elements within our key art, we should not cover up too much—making sure headlines are still clearly legible and readable.

WZ012203

① HEAD LINE

② HEADLINE HERE

③ HEADLINE GOES HERE

④ YOUR HEADLINE GOES HERE

# TEXT PLACEMENT

Shown here are a few additional examples of how we can set headlines using our staggered treatment.

① Example of one word broke into two lines.
② Example of two words broke into two lines.
③ Example of three words placed up and down.
④ Example of four words placed up and down.

WZ012204









# OVERLAPPING TEXT

These examples show how we can use operators within our art direction to overlap text. When building these compositions, we should overlap roughly no more than 10-15% of a word or headline.

① Example of one word broke into two lines.
② Example of two words broke into two lines.
③ Example of three words placed up and down.
④ Example of four words placed up and down.

















# WHAT TO AVOID

The examples presented on this page are a few cases of incorrect uses of our type and headline placement. Take these under consideration to avoid similar mistakes during the application of the brand.








# WHAT TO AVOID

The examples presented on this page are a few cases of incorrect uses of our type and headline placement. Take these under consideration to avoid similar mistakes during the application of the brand.

① Do not use multiple weights or sizes within a headline.
② Do not place type in the center of a layout over focal points of key art.
③ Do not set type across different directions.

WZ012207





# SUBTITLE TREATMENT

We always use Hitmarker for our video subtitles. We can apply a subtle drop shadow to copy to help with legibility on light colored backgrounds. The drop shadow should always be black and should be subtle.

# STRATUM

## STRATUM LIGHT
## STRATUM REGULAR
## STRATUM MEDIUM
## STRATUM BOLD
## STRATUM BLACK

# STRATUM TYPEFACE

Stratum is our existing typeface we have used prior to creating Hitmarker. We use this for in-game UI components, with the aim of eventually updating to Hitmarker. This should not be used anywhere else in place of Hitmarker.

© 2024 Activision Publishing, Inc. ACTIVISION, CALL OF DUTY, and CALL OF DUTY WARZONE are trademarks of Activision Publishing, Inc. All other trademarks and trade names are the property of their respective owners.







# LEGAL DISCLAIMER

This is our legal line for use across our marketing assets. Where possible, make sure to fully justify the text and use at small scale. In some instances, we can use left or center aligned type.

① One line legal disclaimer aligned to the right.
② Two lines legal disclaimer aligned to the left.
③ Three lines legal disclaimer aligned to center.



CALL OF DUTY® WARZONE MOBILE  //  GUIDELINES

ACTIVISION® 2024

# KEY ART

This section showcases the different components we use to create our key visuals. Smoke-filled landscapes and operators in action form up to build our art direction scenes.

FPO

WZ012211

FPO

# VISUAL ENVIRONMENT

Red smoke, debris, and iconic landscapes taken from the game maps are a few of the visual cues we use to create our art direction, capturing the unique essence and character of the Warzone Mobile game.



SMOKY
BACKGROUND

PRIMARY
OPERATORS

DEBRIS GROUND

SECONDARY
OPERATORS/
VEHICLES

VERDANSK
LANDSCAPE

SMOKE ON TOP

FPO

# KEY ART PRINCIPLES

Our key art is constructed using a multitude of layers and components outlined in this example. We build these different components into a scene that feels iconically Warzone Mobile.



# BUILDING KEY ART

① Smoke on top of primary operators.
② Primary operators + debris ground.
③ Texture.
④ Verdansk landscape.
⑤ Smoky background.





LIGHT USE

BOLD USE

# SCALE OF SMOKE

As stated across our lighter and bold composition examples, red smoke can be applied to layouts on a sliding scale. This ultimately allows for variation across different compositions, giving us the opportunity to continually build and expand on the visual environments that represent the world of Warzone Mobile.

FPO

FPO

FPO

FPO

# SMOKE ASSETS

An overview of the provided smoke assets.







# BACKGROUNDS

We should build on these backgrounds when creating compositions. Indexing on either grey or red smoke, on landscapes with a range of depth — we can use these as a gauge for creating new backgrounds, making sure they feel part of our wider art direction principles and environments.

① Grey smoke filled background.
② Red smoke filled background.
③ Light grey landscape.
④ Dark grey landscape.










# VERDANSK

Our backgrounds often utilized stylized screens of Verdansk. These examples can be used to form that important contextual background layer.



① ②

# HALFTONE TEXTURE

The usage of a subtle halftone texture on top of each application is another way we add consistency throughout our art direction, tying together the different elements within our compositions.

① Background before adding halftone texture.
② Background after adding halftone texture.

WZ012219










# OPERATORS

Operators also play a key role across our art direction. Including operators in layouts adds context to our visual environments, while highlighting notable and recognizable characters from the game and Call of Duty franchise. As we have an abundance of different operators we can use when creating visuals, we should make sure we don't repeat the same ones too often.







# OPERATORS

Operators also play a key role across our art direction. Including operators in layouts adds context to our visual environments, while highlighting notable and recognizable characters from the game and Call of Duty franchise. As we have an abundance of different operators we can use when creating visuals, we should make sure we don't repeat the same ones too often.





# SECONDARY ASSETS

Within our backgrounds, we can incorporate smaller secondary assets to build a dynamic scene. Here are a few examples of vehicles and parachuting operators.






① ②

# OPERATORS

Our operators confidently stand centrally cropped within the scene. These scenes have also been provided without operators so content creators can drop into the Warzone alongside Price and his squad.

① Operator scene example.
② Blank scene example.



① 

② 

③ 

④

# EXAMPLES

We have two different levels of key art. The first uses simpler tonal backgrounds and the second incorporates scenes of Verdansk.

① Example of simple background key art.
② Example of Verdansk background key art.
③ Example of simple background key art.
④ Example of Verdansk background key art.



SKY
#ABB6C0

SMOKE
#FF0000

DEBRIS
#6A6355

LANDSCAPE
#BFBAAC

FPO

# ALT FULL COLOR BACKGROUND

There are also instances when we can use full color background compositions, in place of the sepia treatment we apply to our art direction. These emphasize the true colors within our backdrops, depicting how landscapes appear in-game.









# ALT COMPOSITIONS

Where needed, we can use our standard color styalized art direction scenes with full color backgrounds for contrast. Again, make sure to follow the red smoke color usage rules.

WZ012226



CALL OF DUTY® WARZONE MOBILE  //  GUIDELINES

ACTIVISION® 2024

# GRAPHIC SYSTEM

This section outlines the various graphic elements we use across our brand communications, with instructions on how we implement them.

WZ012227



# DEVICE CONTAINER

Our device containers work as a template or clipping mask for framing content, i.e. game-play, maps, or key art. We use them in either dark or light gray, depending on the background color they are placed on. We always display gameplay in the landscape format – reserving portrait for key art and messaging. We never alter the proportions, always displaying the device container in 16:9 ratio.



# DEVICE PERSPECTIVE

Within some layouts, we include a framing device we've named our device container. It's a direct reference to a phone screen, and is used to highlight key moments within — indexing on the functionality and interaction players experience with Warzone Mobile.

① 

② 

③ 

# FRAMES AND BOXES

Here are some further examples of how we can deploy the different forms of our frames.

① Example of red frame as a Youtube thumbnail.
② Example of grey frame as a clipping mask.
③ Example of grey frame as second screen for streaming.



# FRAME STYLING

There are three different ways we can utilize our frames. Thin stroke, thick stroke or filled. These have slightly different applications with the strokes working best for holding key art and the fills working best for holding copy.

WZ012231

① 
**JOIN NOW**  **WATCH THE TRAILER**  **COMING SOON**

② 
**SIGN UP**  **SCAN TO PRE-REGISTER**  **SPRING 2024**

# CALL TO ACTION

CTAs and buttons are a key part of our communication, driving users to interact with marketing assets. We apply a grainy texture to the button surrounding the type, in-keeping with the visual language created for Warzone Mobile. We have the option of using red or grey buttons, and should implement them according to the amount of contrast they have with the background they are placed on:

① Red CTA buttons for use on lighter backgrounds.
② Light Grey CTAs for use on red/dark backgrounds.





# DEVICE AND LOCKUP

Our device container can frame our lockups and CTAs. For the launch phase of the brand — we use the Warzone Mobile lockup with the device, unless stated otherwise (see launch phase usage chart in logo section).

Beyond launch, we defer to using the Warzone lockup, as the device alludes to the mobile game — with CTAs also mentioning or directing users to mobile usage.

WZ012233

① LOWER THIRD BOX





③ LOWER THIRD STRIPE

@TWITTERHANDLE    @INSTAGRAMHANDLE    @TWITCHHANDLE

@TWITTERHANDLE    @INSTAGRAMHANDLE    @TWITCHHANDLE

# LOWER THIRDS

These are examples for broadcast assets or lower third components for use within streams. We add texture to our holding shapes to tie them into the Warzone Mobile scenes.

@TWITTERHANDLE
**NAME ONE**

@TWITTERHANDLE
**NAME ONE**

@TWITTERHANDLE
**NAME ONE**

@TWITTERHANDLE
**NAME TWO**

@TWITTERHANDLE    @INSTAGRAMHANDLE    @TWITCHHANDLE

# PLACEMENT

Here are suggested placements of broadcasting assets.



1 UP FRAME



2 UP FRAME

# BROADCAST FRAME

The following examples demonstrate how the elements—framing devices, key art, and lower third graphics—all come together in broadcast videos.



3 UP FRAME



4 UP FRAME

# BROADCAST FRAME

Different backgrounds may be utilized depending on the amount of clips shown at a given time. The more content there is on a frame, the simpler the background should be.



# END FRAME

These layouts should act as examples for creating compositions utilizing the different elements within our graphic system.

# GAMEPLAY FRAME

This is an example of a layout for use in the app store.
We defer to using the Warzone lockup for these instances.

WZ012239





# SCREENSHOT FRAME

These layouts should act as examples for creating compositions utilizing the different elements within our graphic system.



# CREATIVE EXAMPLES

Regardless of the application or touch point, our visual language should always feel consistent and aligned to the principles and guidance mentioned throughout the different sections of this document.

The following section demonstrates how all these elements come together, and how we create successful applications.

WZ012241





# APP STORE

Examples of how we create artwork for app store applications.

WZ012242



# SOCIAL MEDIA

Example layout for social posts and content.







# SOCIAL MEDIA

Example layouts and content for Instagram Stories.




# STREAMING DECK

Here is an example of how you can use the components to build a streaming deck that feels inherently Warzone Mobile.





# STREAMING DECK

This is an alternate example that uses an operator scene.



# WEBSITE USE

Example layout for the Warzone Mobile website splash page.







# WEB BANNER

Example layout for the web banners, utilizing both landscape and portrait formats.





# PRINT / OOH

Example layouts for print/OOH, utilizing both portrait and landscape formats.



# MOTION

Building on our dynamic identity, motion helps bring the brand to life, adding to the atmosphere and personality of our visual system.

WZ012250





# ANIMATED BACKGROUNDS

These are two example background animations. They work great as simple animated backgrounds behind complex information, or can be used alongside other animated components to create other scenes.



# FULL ANIMATED SCENES

This is an example of a full animated scene shown in two different sizes.

WZ012252





# FULL ANIMATED SCENES

This is an example of a full animated scene shown in two different sizes.

