# EXHIBIT K

The Wayback Machine - https://web.archive.org/web/20220703153438/https://www.cod-warzone-in-paradise.com/



WZ026226



**BACKGROUND**

After a few years of global success, Call Of Duty's Warzone franchise was falling out of favor with younger audiences. With the launch of Warzone Pacific, set on a remote tropical island, we needed to find a way to invigorate this younger audience.

**IDEA**

Half of all adults under the age of 40 follow at least one travel influencer on social media. So for the launch of Warzone Pacific, we sent twelve of the biggest travel influencers in the world to the most exotic location of them all, Caldera. The fictitious paradise island, accessible only in our game.






Next we "Warzone-ified" their video with intense and unexpected visual effects that mimicked real gameplay.

We followed it up by "sending" athletes and even a few celebrities to the island. With each of them geotagging their post, we turned @Caldera into the most shocking, "can't-miss" destination on phones all over the world.




## THE RESULT

The posts garnered over 15.3 million impressions and over 8.7 million views on Instagram which was 6x what the gameplay launch trailer received anywhere.

Each post saw over double the engagement of a traditional sponsored post. The day after our campaign launch, the game saw daily users hit 6.6 million which was the peak in December and the highest user number in Q4.

WZ026230



