# EXHIBIT P



WZ024598

💬 632    ⟲ 1.8K    ♡ 11K    📊    🔖    ⬆

**Call of Duty: Warzone Mobile** ✅ 📱 @WarzoneMobile · Sep 15, 2022    ···
Get ready to drop in from wherever life takes you.

🤜 Classic #Warzone features
📍 120 Live Players
📍 Verdansk returns

#WarzoneMobile is a world-class MOBILE-first experience, down to its core.



💬 629    ⟲ 1.5K    ♡ 10K    📊    🔖    ⬆

**Call of Duty: Warzone Mobile** ✅ 📱 @WarzoneMobile · Feb 28    ···
The date is set! Gear up and get ready to drop in 🪂 🌎

Warzone Mobile deploys March 21st worldwide! Tag your squad and make sure you're ready for the fight with rewards by pre-registering now
callofduty.com/warzonemobile
#MobileJustGotReal | #WarzoneMobile

WZ024599

Call of Duty: Warzone Mobile (@WarzoneMobile) / X                                    10/16/24, 7:49 PM



https://x.com/WarzoneMobile?ref_src=twsrc%5Egoogle%7Ctwcamp%5Eserp%7Ctwgr%5Eauthor

WZ024600

Call of Duty: Warzone Mobile (@WarzoneMobile)...    10/6/24, 7:49 PM



WZ024601

Call of Duty: Warzone Mobile (@WarzoneMobile) /... 10/16/24, 7:49 PM



WZ024602



WZ024603

Call of Duty: Warzone Mobile (@WarzoneMobile) / X



WZ024604

Call of Duty: Warzone Mobile (@WarzoneMobile) / X                                              11/6/24, 7:49 PM



WZ024605

Call of Duty: Warzone Mobile (@WarzoneMobile) / X                                    12/9/24, 7:49 PM



WZ024606



WZ024607



WZ024608



WZ024609



WZ024610

Call of Duty: Warzone Mobile (@WarzoneMobiley) / X    12/9/24, 7:49 PM



WZ024611



WZ024612

Call of Duty: Warzone Mobile (@WarzoneMobile) / X    12/9/24, 7:49 PM



WZ024613



WZ024614

Call of Duty: Warzone Mobile (@WarzoneMobile) / X    12/30/24, 7:49 PM



**WZ024615**



WZ024616

Case 2:21-cv-03073-FLA-JC    Document 126-46    Filed 03/01/25    Page 21 of 22    Page ID #:6077



WZ024617



WZ024618