# EXHIBIT Q

The Wayback Machine - https://web.archive.org/web/20210522181724/https://worldseriesofwarzone.com/

**WORLD SERIES of WARZONE** (Call of Duty)

ABOUT  TOURNAMENTS  QUALIFIERS  SIGN UP FOR UPDATES  CALLOFDUTY.COM

Exhibit: 30
Witness: KLISZEWSKI
Date: 12/11/24
CSR#12019: Ashley Soevyn



## ABOUT WORLD SERIES OF WARZONE

The 2021 World Series of Warzone (WSOW) showcases four online Call of Duty®: Warzone™ competitions with a **$300,000** prize pool per event, the largest program prize pool of any previous Warzone tournaments to date. The semi-invitational program will be separate trios- and duos-based competitions for each of the North America and European regions.

The first competition starts with players based in North America for the World Series of Warzone: Trios NA. All 50 trio squads will compete in a custom lobby for six matches, accumulating points based on kills and overall placement of their squads. The performance of the 50 trio squads will determine their share of **$200,000**.

An additional **$100,000** is up for grabs in the Captain's Cup - a fun twist that will be led by some of the biggest names in Call of Duty esports.

Five captains will be selected based on their existing ties to the Call of Duty franchise to compete in the Captain's Cup. Captains will be tasked with drafting a team of trio squads that have been formed prior to the draft. In turn, each captain will have pre-selected two players to form their trio squad. Then, each of the five captains will engage in a 9-round live draft via snake draft that is complete when there are five teams of 10 trios (or 30 total players per team). Each captain's team will be scored based on the aggregate point total of its 10 trio squads. The performance of each of the five teams will determine their share of the Captain's Cup prize pool, which features **$20,000 to the winning captain and $1,000 for each member of the winning captain's team.**

The draft pool of trio squads will be assembled prior to the draft. Each trio will be formed by a trio squad leader prior to the draft and will include players invited by Activision to participate, representatives from Call of Duty League teams, and winners from official program qualifiers, including the squad that wins the World Series of Warzone Open Qualifier on the GameBattles platform (details below). Note that no more than two Call of Duty League pros can compete on a single trios squad.

**Before participating in a WSOW event, all participants will need to pass an extensive and internal Activision security check to make sure their Activision accounts are in good standing. Participants found to have violated competitive integrity standards will be banned from all future Activision sponsored Warzone events and may be subject to further action.**

# EVENTS

### Call of Duty World Series of Warzone: Trios NA

- **June 22**: captains draft player squads on www.worldseriesofwarzone.com and individual participant streams
- **June 23**: live competition on www.worldseriesofwarzone.com and individual participant streams

Details for the three remaining WSOW events will be announced at a later date:





## SCORING

Scoring for each World Series of Warzone event is based on each participant's total kills *and* placement in each match. Squads earn a WSOW Point for every kill and each squad's placement determines additional WSOW Points for their squad and team that are applied after each map with a placement multiplier.

Click here for the WSOW Official Rules.







# HOW TO COMPETE

## INVITATIONAL

A select portion of WSOW participants will be invited by Activision. Additionally, each of the 12 Call of Duty League teams have the option to invite a squad. Follow your favorite teams for more information on who they have selected to compete—and let us know who you want to see compete using the hashtag #WorldSeriesofWarzone and #WSOW.

## WORLD SERIES OF WARZONE NA OPEN QUALIFIER

If you think you have the skills to play on the biggest Warzone stage, you can sign up for free on GameBattles to play in the World Series of Warzone Open Qualifier for trios. The winning 3-player squad will be invited to compete in WSOW: Trios NA (subject to the Activision security check). Additional qualifiers for the remaining WSOW events will be announced later.

**LEARN MORE**

## CALL OF DUTY LEAGUE AND AFFILIATE NOMINATIONS

Select community tournaments may be hosted by Call of Duty League Team organizations and WSOW program affiliates that may be used to qualify additional squads into each World Series of Warzone event. Check back here as new events are added, and tune in to see who qualifies!

# QUALIFIER TOURNAMENTS

You have a chance to get in on the action! Note that all players are subject to the Official Rules and regional and other eligibility requirements. See the GameBattles website for more details and to register your Trios squad. Don't delay: spots will go fast and are available on a first come first serve basis.

WSOW Trios NA Qualifiers will start with four (4) single elimination qualifiers occurring daily from May 24th through May 27th. Each match will be a best of two (2) game series. One member of your team will join two members of your opponent's team as a mixed squad. Each squad will queue separately in public lobbies. The team

with the most kills after two (2) games will advance in the bracket. The top eight (8) teams from each qualifier will advance to the WSOW Trios NA Qualifier Finals.

The WSOW Trios NA Qualifier Finals will take the top thirty-two (32) teams from the four (4) initial qualifiers and have them compete in a final double elimination bracket. Each match will be a best of three (3) game series where the Team with the most kills after three (3) games will advance in the bracket. The team that places first will be invited to compete in WSOW Trios NA on June 23rd (subject to Activision security checks).

# QUALIFIER 1

May 24th (64 Teams) - 8:00 PM EST

| DATE | REGION | FORMAT |
|---|---|---|
| May 24th | North America | Trios |

**JOIN TOURNAMENT**

# QUALIFIER 2

Tuesday May 25th (64 Teams) 8:00 PM EST

| DATE | REGION | FORMAT |
|---|---|---|
| May 25th | North America | Trios |

**JOIN TOURNAMENT**

# QUALIFIER 3

Wednesday May 26th (64 Teams) 8:00 PM EST

| DATE | REGION | FORMAT |
|---|---|---|
| May 26th | North America | Trios |

## QUALIFIER 4

| | DATE | REGION | FORMAT |
|---|---|---|---|
| | May 27th | North America | Trios |

Thursday May 27th (64 Teams) 8:00 PM EST

**JOIN TOURNAMENT**

## QUALIFIER FINALS

Saturday May 29th Qualifier Finals Day 1 (32 Teams): 1:00 PM EST
Sunday May 30th Qualifier Finals Day 2 (32 Teams): 1:00 PM EST

| DATE | REGION | FORMAT |
|---|---|---|
| May 29th - May 30th | North America | Trios |

**COMING SOON**

# STAY UP TO DATE WITH WORLD SERIES OF WARZONE

**SIGN UP FOR UPDATES**





**STAY CONNECTED**

SIGN UP FOR UPDATES

ACTIVISION    WORLD SERIES OF WARZONE

©2021 Activision Publishing, Inc. CALL OF DUTY, CALL OF DUTY LEAGUE, WARZONE, WORLD SERIES OF WARZONE and WSOW are trademarks of Activision Publishing, Inc. All other trademarks and trade names are the properties of their respective owners.

PRIVACY POLICY | TERMS OF USE | COOKIE POLICY | COOKIE SETTINGS