# EXHIBIT U

10/24/24, 6:48 PM
Warzone Reviews | Read Customer Service Reviews of warzone.com
Case 2:21-cv-03073-FLA-JC    Document 126-49    Filed 03/01/25    Page 2 of 12    Page ID #:6100



Case 2:21-cv-03073-FLA-JC   Document 126-49   Filed 03/01/25   Page 3 of 12   Page ID #:6101



Aug 27, 2024

**THIS GAME IS SO F......**

THIS GAME IS SO F....... BAD

U GET SCAMMED WHILE PLAYING - imagine getting rewarded and need less bullets bc u are f.... dogwater at the game

Date of experience: August 27, 2024

Useful    Share

**Read 13 more reviews about Warzone**

**Grant**
4 reviews    GB

Feb 22, 2024

**The game is plagued with cheaters**

The game is plagued with cheaters, making it an unbearable experience, most, if not all, are on PC. Activision do nothing to combat it and rather allow it to take place so they can make money, zero care for their player base. Ricochet Is a joke, and doesn't work at any level, it's merely lip service to make us shut up. Find another game, save your money…

Date of experience: February 01, 2024

Useful    Share

**An Idge named Dave**
49 reviews    GB

Dec 10, 2023

**Activision are the biggest cheats**

Activision are the biggest cheats. Cheatbots out of control. Impossible to win or exfil with the overkill impossible cheatbots. Disgusting practice. By this we can decipher that Cheattivision are running DMZ into the ground with impossible game play in order to get us to stop playing it. Just get rid of it if that's your purpose. To make a game that is literally impossible is just messed up. Corrupt to **ck. It'll be a happy day when they get fined and fined in the billions. Disgusting business practices. I'll keep posting these until something is

WZ017664

done. We all know it sounds like a disgruntled player but alas this is fact. Facts don't lie. Just look at gameplay.

**Date of experience:** December 10, 2023

👍 Useful          🔗 Share

---

**Read 3 more reviews about Warzone** ⌄

---

**TZ**  **Tim Zurkuhlen**
1 review    📍 DE

⭐☆☆☆☆                                                                    Apr 18, 2024

**Highly unrecommended**

Dont download, only pay to win. Old warzone is dead.
Gonna download XDefiant - might be better than activision.
Really sad that they developed this way…

**Date of experience:** April 18, 2024

👍 Useful          🔗 Share

---

**AL**  **Al**
15 reviews    📍 GB

⭐☆☆☆☆                                                                    Feb 25, 2024

**Since Black Ops 3 every other franchise…**

Since Black Ops 3 every other franchise after that has competed on which is the worst game designed.

Now games are made for PC players and cheaters.
The movement of the player on Warzone 3 is rubbish. It takes two magazines to down a player as well as two headshots with a sniper.

What is the point?!?

Why did they bother with a Zombies mode that has no backstory?!

It is a money making scheme and I own every Call of Duty game since it's inception.

WZ017665

At least Battlefield is consistent!

Date of experience: February 25, 2024

Useful    Share

---

**Victoria**
VI    3 reviews    📍 GB

★☆☆☆☆      Jun 10, 2023

**Do you know who you are cheating little…**

you know who you are cheating little scumbags? Play the game properly or don't play at all what kind of kicks do you get out of cheating? If you're a cheater on here, then you must be a cheater in real life with every part of your every day to do list, or in your case, not to do because you don't do anything right 😂😂😂😂😂😂😂 keep cheating and think that you're a boss dumbass PC crew, 😂😂 👎

Date of experience: June 10, 2023

Useful 2    Share

---

**Jesper Henriksen**
JH    8 reviews    📍 DK

★☆☆☆☆      Mar 8, 2023

**Warzone 2.0 is the worst game ever made…**

Warzone 2.0 is the worst game ever made REALLY !!!??? It dosent work, so many "small" Bugs, far to many!!!?😅🤣😂😂😂😂🙃 Barely playable hahahah its so unbelievable that it actually exist when so many things are wrong with it, it dosent make any sense to make such a game!?🤔🙍‍♀️🙍‍♂️ You can't actually not play it cause of all these Small ang Big error's, Bugs, animation's for every fu*king thing in-game, it interrupt's everything that you are trying to do in-side game, you can't actually not do anything fast in-side game, cause of all these animations, the animations will fu*k you up, and stop you in what you are doing all the time hahahaha😅🤣😂😂😂😂😂 Its SO BAD!!!
Why would people even make such a game, that are not PLAYABLE hahahah, dosent make any sense😂😂😂😂😂😂😂

Date of experience: March 08, 2023

WZ017666

👍 Useful 1          ⇔ Share                                                            ⚑

---

**MS**  **Mister Smithson**
1 review    📍 AU

★☆☆☆☆                                      Updated Dec 16, 2023

**The game is so good... When it's working properly, which is 10% of the time, if that.**

The game is so good... When it's working properly, which is 10% of the time, if that.

I play on PS5 from the UK and when the server is running at optimal performance the game feels so good and I love playing it. However, the vast majority of my experience with this game is shooting blanks at people who kill me in two bullets, whilst being called a bot by my teammates who couldn't shoot a Zeppelin from ten meters. Perhaps it's because I only buy the basic battle pass and nothing more but they need to fix their EU servers or optimise the game on PS5 properly. I play on a wired connection with 70mbps down, 12mbps up and a good gaming experience is rarer than Steak tartare in India.

They have also added more pay to win guns recently with akimbo snake shots, which means when the game is running properly you turn a corner and die instantly to a guy with 23 kills who loses the last gunfight because he finally has to use an assault rifle.

**Date of experience:** December 15, 2023

👍 Useful          ⇔ Share                                                              ⚑

---

**TG**  **Tsvetan Georgiev**
2 reviews    📍 GB

★☆☆☆☆                                                          May 25, 2023

**Dont Forget To PREORDER**

I got your game for free MW2 and i still regret it ! Hope Microsoft buys Activision and ruin it as like did with all the companies that it owns.

**Date of experience:** May 25, 2023

👍 Useful          ⇔ Share                                                              ⚑

WZ017667



CA

**Carla**

1 review US

★☆☆☆☆ Jul 9, 2022

### Paid for this game because of plunder...

Paid for this game because of plunder but out of all the games on war zone they only take off plunder if some one makes a game like plunder or close to it war zone would go under tired of paying money for a game where they pick what you can play

**Date of experience:** July 09, 2022

Useful Share

D

**Dominik Weinwurm**

2 reviews AT

★☆☆☆☆ Mar 3, 2024

### This game is so incredibly a$$ I've...

This game is so incredibly a$$ I've never seen sth like this bad

In this company the staff ltrly consists of r3tards nothing else

**Date of experience:** March 03, 2024

Useful Share

SH

**S Hamselv**

17 reviews DK

★☆☆☆☆ Dec 11, 2023

### Delete it all and get warzone back

Delete it all and get warzone back, once again they made a terrible game and this time they add LAGG AND SOME MORE LAGGG. 💩

**Date of experience:** December 11, 2023

WZ017668

Case 2:21-cv-03073-FLA-JC    Document 126-49    Filed 03/01/25    Page 8 of 12    Page ID #:6106

Useful    Share

**Ibrahim Istrefi**
1 review   IT

★☆☆☆☆   Mar 2, 2023

**Absolutely horrible to play the new…**

Absolutely horrible to play the new warzone!!!! Bring us back rebirth island!!!!!

**Date of experience:** March 02, 2023

Useful    Share

**Sandra Ciuciundra**
SC   3 reviews   GB

★☆☆☆☆   Jan 1, 2022

**It's call a free game**

It's call a free game. Don't pay don't play! Other way you are very bad player. Very unhappy for this bad game.

**Date of experience:** January 02, 2022

Useful    Share

**dsf dfs**
DD   1 review   DK

★★★★★   Apr 23, 2021

**Warzone**

Good game and aim assist is fair new metas each week and good game overall

**Date of experience:** April 23, 2021

Useful    Share

WZ017669

**Ádám Zádori**
1 review HU

Jul 22, 2024

### Warzone

I like warzone hack

**Date of experience:** July 22, 2024

Useful Share

CO

**Consumer**
2 reviews DE

Dec 30, 2023

### Dreck Hitbox Dreck Game Dreck alles...

Dreck Hitbox Dreck Game Dreck alles Dreck

**Date of experience:** December 30, 2023

Useful Share

**Show reviews in all languages. (99 reviews)**

Previous | Next page

## Is this your company?

Claim your profile to access Trustpilot's free business tools and connect with customers.

**Get free account**

## People who looked at this company also looked at

WZ017670



### Call of Duty

★ ★ ☆ ☆ ☆   555

⊖ Unclaimed

### Epic Games

★ ★ ☆ ☆ ☆   3,437

⊖ Unclaimed

### MitchCactus

★★★★☆   14,019

✓ Asking for reviews

Suggested companies are based on people's browsing tendencies.

## The Trustpilot Experience ★

We're open to all ⌄

We champion verified reviews ⌄

We fight fake reviews ⌄

We encourage constructive feedback ⌄

We verify companies and reviewers ⌄

We advocate against bias ⌄





**Choose country**

WZ017671

10/24/24, 6:41 PM
Warzone Reviews | Read Customer Service Reviews of warzone.com
Case 2:21-cv-03073-FLA-JC    Document 126-49    Filed 03/01/25    Page 11 of 12    Page ID #:6109



System status

Cookie preferences

Do Not Sell My Info

Modern Slavery Statement

© 2024 Trustpilot, Inc. All rights reserved.

**WZ017673**