# EXHIBIT X

| Keyword | Position | Previous position | Search Volume | Keyword Difficulty | CPC | URL | Traffic |
| --- | --- | --- | --- | --- | --- | --- | --- |
| risk online | 2 | 2 | 12100 | 70 | 3.11 | https://www.warzone.com/ | 1573 |
| warlight game | 1 | 1 | 1600 | 72 | 4.57 | https://www.warzone.com/ | 752 |
| risk online free | 1 | 2 | 1600 | 71 | 5.37 | https://www.warzone.com/ | 752 |
| play risk online | 2 | 2 | 3600 | 71 | 3.61 | https://www.warzone.com/ | 468 |
| risk game online | 3 | 3 | 3600 | 75 | 3.83 | https://www.warzone.com/ | 324 |
| warzone risk | 1 | 1 | 390 | 81 | 0 | https://www.warzone.com/ | 312 |
| volcel | 10 | 7 | 4400 | 88 | 0 | https://www.warzone.com/Forum/397890-incels-now-such-thing-volcel | 132 |
| warlight risk | 1 | 1 | 140 | 74 | 0 | https://www.warzone.com/ | 112 |
| free risk game | 3 | 3 | 880 | 78 | 2.29 | https://www.warzone.com/ | 79 |
| play risk online free | 2 | 3 | 590 | 74 | 3.28 | https://www.warzone.com/ | 76 |
| free online risk game | 2 | 2 | 590 | 77 | 2.91 | https://www.warzone.com/ | 76 |
| warzone | 16 | 13 | 74000 | 88 | 2.75 | https://www.warzone.com/ | 74 |
| nonpublic games | 1 | 1 | 140 | 71 | 0 | https://www.warzone.com/Forum/125156-nonpublic-games | 65 |
| play risk | 6 | 6 | 1000 | 80 | 0 | https://www.warzone.com/ | 50 |
| | | | 3398 | | | | |