Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
Nicole A. Bloomfield (State Bar No. 356757)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-3073@cases.warrenlex.com

*Attorneys for Defendant / Counterclaimant Warzone.com, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., <br><br> Plaintiff / Counterclaim Defendant, <br><br> v. <br><br> WARZONE.COM, LLC, <br><br> Defendant / Counterclaimant. | Case No. 2:21-cv-3073-FLA (JCx) <br><br> **[PROPOSED] ORDER DENYING MOTION OF ACTIVISION PUBLISHING, INC. FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT ON COUNTERCLAIMS OF WARZONE.COM, LLC** |

Before the Court is Plaintiff and Counterclaim Defendant Activision Publishing, Inc.'s Motion for Summary Judgment or, Alternatively, Partial Summary Judgment on Counterclaims of Warzone.com, LLC (the "Motion").  The Court, having considered the Motion, and all papers and arguments in support and opposition, hereby DENIES the Motion.

**IT IS SO ORDERED.**

Date: _____                    _____
                                   THE HONORABLE FERNANDO L. AENLLE-ROCHA
                                   UNITED STATES DISTRICT JUDGE