Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
Nicole A. Bloomfield (State Bar No. 356757)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-3073@cases.warrenlex.com

*Attorneys for Defendant / Counterclaimant Warzone.com, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., | Case No. 2:21-cv-3073-FLA (JCx) |
| Plaintiff / Counterclaim Defendant, | **PROOF OF SERVICE** |
| v. | |
| WARZONE.COM, LLC, | |
| Defendant / Counterclaimant. | |

I, Nicole A. Bloomfield, declare as follows under 28 U.S.C. § 1746:

I am an attorney at Warren Kash Warren LLP.  My business address is 2261 Market Street, No. 606, San Francisco, California, 94114.  I certify that, on March 1, 2025, I caused to be served true and correct copies of the following documents:

1. Unredacted version of Warzone.com, LLC's Opposition to Motion of Activision Publishing, Inc. for Summary Judgment or, Alternatively, Partial Summary Judgment on Counterclaims of Warzone.com, LLC;

2. Unredacted version of the Declaration of Jennifer A. Kash in support of Warzone.com, LLC's Opposition to Motion of Activision Publishing, Inc. for Summary Judgment or, Alternatively, Partial Summary Judgment on Counterclaims of Warzone.com, LLC;

3. Unredacted version of Warzone.com, LLC's Opposition to Motion of Activision, Inc's For Summary Judgment, or Alternatively, for Partial Summary Judgment;

4. Unredacted version of Warzone's Evidentiary Objections;

5. Unredacted Version of Warzone's Statement of Disputed Facts;

6. Unredacted version of Declaration of Randy Ficker in Support of Motion for Summary Judgment;

7. Unredacted version of Exhibit 1 to Geddes Declaration;

8. Unredacted version of Exhibit 2 to Geddes Declaration;

9. Unredacted version of Exhibit A to Kash Declaration;

10. Unredacted version of Exhibit AC to Kash Declaration;

11. Unredacted version of Exhibit AH to Kash Declaration;

12. Unredacted version of Exhibit AG to Kash Declaration;

13. Unredacted version of Exhibit B to Kash Declaration;

14. Unredacted version of Exhibit C to Kash Declaration;

15. Unredacted version of Exhibit D to Kash Declaration;

16. Unredacted version of Exhibit F to Kash Declaration;

17. Unredacted version of Exhibit H to Kash Declaration;

18. Unredacted version of Exhibit I to Kash Declaration;

19. Unredacted version of Exhibit T to Kash Declaration;

20. Unredacted version of Exhibit S to Kash Declaration;

21. Unredacted version of Exhibit Y to Kash Declaration;

5, 7, 8, 9, 10, 11, 12, 13, 14, 18, 20, 21, 23-25

22. Unredacted version of Exhibit 5 to Ficker Declaration;

23. Unredacted version of Exhibit 7 to Ficker Declaration;

24. Unredacted version of Exhibit 8 to Ficker Declaration;

25. Unredacted version of Exhibit 9 to Ficker Declaration;

26. Unredacted version of Exhibit 10 to Ficker Declaration;

27. Unredacted version of Exhibit 11 to Ficker Declaration;

28. Unredacted version of Exhibit 12 to Ficker Declaration;

29. Unredacted version of Exhibit 13 to Ficker Declaration;

30. Unredacted version of Exhibit 14 to Ficker Declaration;

31. Unredacted version of Exhibit 18 to Ficker Declaration;

32. Unredacted version of Exhibit 20 to Ficker Declaration;

33. Unredacted version of Exhibit 21 to Ficker Declaration;

34. Unredacted version of Exhibit 23 to Ficker Declaration;

35. Unredacted version of Exhibit 24 to Ficker Declaration;

36. Unredacted version of Exhibit 25 to Ficker Declaration;

on counsel for plaintiff and counterclaim defendant Activision Publishing, Inc.:

Marc Mayer
Lindsay Edelstein
Alex Anfuso
Andrew Nietes
James Berkley
Eleanor Lackman
Mitchell Silberberg & Knupp LLP

2049 Century Park East, 18th Floor
Los Angeles, California, 90067

by electronic mail to the addresses of record: mem@msk.com, lra@msk.com, ala@msk.com, afn@msk.com, jdb@msk.com, eml@msk.com.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 1, 2025 in San Francisco, California.

_____
Nicole A. Bloomfield