Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
Nicole A. Bloomfield (State Bar No. 356757)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-3073@cases.warrenlex.com

*Attorneys for Defendant / Counterclaimant Warzone.com, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., <br><br> Plaintiff / Counterclaim Defendant, <br><br> v. <br><br> WARZONE.COM, LLC, <br><br> Defendant / Counterclaimant. | Case No. 2:21-cv-3073-FLA (JCx) <br><br> **WARZONE.COM, LLC'S MOTION FOR LEAVE TO FILE CERTAIN EXHIBITS TO THE KASH DECLARATION OUT OF TIME** |

Defendant and Counterclaimant Warzone.com, LLC ("Warzone") respectfully submits this motion for leave to file three exhibits to the Declaration of Jennifer A. Kash ("Kash Declaration") in Support of Warzone's Opposition to Motion of Activision Publishing, Inc. for Summary Judgment or, Alternatively, Partial Summary Judgment on Counterclaims of Warzone.com, LLC (Docket 126-35) out of time.  As set forth in the accompanying Declaration of Jennifer A. Kash, Warzone inadvertently failed to file Exhibits AA, AB, and V to the Kash Declaration with its moving papers, and inadvertently marked as Exhibit AK what was intended to be Exhibit X as filed and cited in Warzone's papers.

    Good cause exists to grant this Motion to ensure the public record accurately reflects the complete set of exhibits to the Kash Declaration, Docket No. 126-35. Under L.R. 7-3, the parties conferred regarding this Motion on March 3, 2025; Activision Publishing, Inc. takes no position.

Date: March 4, 2025

Respectfully submitted,

_____

Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
Nicole A. Bloomfield (State Bar No. 356757)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-3073@cases.warrenlex.com

*Attorneys for Defendant / Counterclaimant Warzone.com, LLC*