Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
Nicole A. Bloomfield (State Bar No. 356757)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-3073@cases.warrenlex.com

*Attorneys for Defendant / Counterclaimant Warzone.com, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., | Case No. 2:21-cv-3073-FLA (JCx) |
| Plaintiff / Counterclaim Defendant, | Hon. Fernando L. Aenlle-Rocha |
| v. | **DECLARATION OF JENNIFER A. KASH IN SUPPORT OF WARZONE.COM, LLC'S MOTION FOR LEAVE TO FILE CERTAIN EXHIBITS TO THE KASH DECLARATION OUT OF TIME** |
| WARZONE.COM, LLC, | |
| Defendant / Counterclaimant. | |

I, Jennifer A. Kash, hereby declare under 28 U.S. § 1746:

1. I am a partner at Warren Kash Warren LLP, and lead counsel for Defendant and Counterclaimant Warzone.com, LLC ("Warzone") in this matter. I have personal knowledge of the matters stated below and if called as a witness, I could and would testify competently thereto. I submit this declaration in support of Warzone.com, LLC's Motion for Leave to File Certain Exhibits to the Kash Declaration Out of Time.

2. I submitted a declaration in support of Warzone.com, LLC's Opposition to Motion of Activision Publishing, Inc. ("Activision") for Summary Judgment or, Alternatively, Partial Summary Judgment on Counterclaims of Warzone.com, LLC., at Docket No. 126-35.

3. On Sunday, March 2, 2025, I first became aware that I had inadvertently failed to attach certain documents as exhibits to my declaration, which are listed in my declaration as Exhibits AA, AB and V. At the same time, I also realized that my declaration had improperly listed Exhibit AK instead of Exhibit X, which was the correct identification for the exhibit both filed and cited in Warzone's papers.

4. I apologize to the Court, and to Activision Publishing, Inc., for this oversight.

5. I have attached to this declaration a proposed corrected Kash Declaration to accurately identify Exhibit X, as well as erroneously missing Exhibits AA, AB and V.

6. On Monday, March 3, 2025, I conferred with counsel for Activision, who confirmed that Activision takes no position on the instant motion.

Date: March 4, 2025

Respectfully submitted,

_____
Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
Nicole A. Bloomfield (State Bar No. 356757)
WARREN KASH WARREN LLP
2261 Market Street, No. 606

San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-3073@cases.warrenlex.com

*Attorneys for Defendant /
Counterclaimant Warzone.com, LLC*