Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
Nicole A. Bloomfield (State Bar No. 356757)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-3073@cases.warrenlex.com

*Attorneys for Defendant / Counterclaimant Warzone.com, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., <br><br> Plaintiff / Counterclaim Defendant, <br><br> v. <br><br> WARZONE.COM, LLC, <br><br> Defendant / Counterclaimant. | Case No. 2:21-cv-3073-FLA (JCx) <br><br> Hon. Fernando L. Aenlle-Rocha <br><br> **[CORRECTED] DECLARATION OF JENNIFER A. KASH IN SUPPORT OF WARZONE.COM, LLC'S OPPOSITION TO MOTION OF ACTIVISION PUBLISHING, INC. FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT ON COUNTERCLAIMS OF WARZONE.COM, LLC** <br><br> Hearing Date:  March 21, 2025 <br> Hearing Time:  1:30 p.m. <br> Courtroom:  6B <br> Pretrial Conference:  May 19, 2025 <br> Trial:  May 27, 2025 |

I, Jennifer A. Kash, hereby declare under 28 U.S. § 1746:

1.     I am a partner at Warren Kash Warren LLP, counsel of record for Defendant and Counterclaimant Warzone.com, LLC ("Warzone") in this matter.  I have personal knowledge of the matters stated below and if called as a witness, I could and would testify competently thereto.  I submit this declaration in support of Warzone.com, LLC's Opposition to Motion of Activision Publishing, Inc.  for Summary Judgment or, Alternatively, Partial Summary Judgment on Counterclaims of Warzone.com, LLC.

2.     Attached hereto as Exhibit A is a true and correct copy of excerpts from the transcript of the Deposition of Roman Welden, taken on February 5, 2025.  Exhibit A contains information Activision designated "ATTORNEYS' EYES ONLY - CONFIDENTIAL" under the Court's Protective Order (Docket No. 39); Warzone accordingly files it entirely under seal.

3.     Attached hereto as Exhibit B is a true and correct copy of an excerpt from the transcript of the Deposition of Jay Westerdal, taken on December 3, 2024.  Exhibit B contains information Warzone designated "ATTORNEYS' EYES ONLY - CONFIDENTIAL" under the Court's Protective Order (Docket No. 39); Warzone accordingly files it entirely under seal.

4.     Attached hereto as Exhibit C is a true and correct copy of a document produced by Activision bearing Bates numbers ATV022414-ATV022426.  Exhibit C contains information Activision designated "ATTORNEYS' EYES ONLY - CONFIDENTIAL" under the Court's Protective Order (Docket No. 39); Warzone accordingly files it entirely under seal.

5.     Attached hereto as Exhibit D is a true and correct copy of a document produced by Activision bearing Bates number ATV000560.  Exhibit D contains information Activision designated "ATTORNEYS' EYES ONLY - CONFIDENTIAL" under the Court's Protective Order (Docket No. 39); Warzone accordingly files it entirely under seal.

6.    Attached hereto as Exhibit E is a true and correct copy of a document produced by Warzone bearing Bates numbers WZ009320-WZ009323.

7.    Attached hereto as Exhibit F is a true and correct copy of a document produced by Activision bearing Bates numbers ATV028042-ATV028044.  Exhibit F contains information Activision designated "CONFIDENTIAL" under the Court's Protective Order (Docket No. 39); Warzone accordingly files it under seal.

8.    Attached hereto as Exhibit G is a true and correct copy of a document produced by Warzone bearing Bates numbers WZ012164-WZ012254.

9.    Attached hereto as Exhibit H is a true and correct copy of an excerpt from the transcript of the Deposition of Carolyn Wang, taken on December 13, 2024.  Exhibit H contains information Activision designated "ATTORNEYS' EYES ONLY - CONFIDENTIAL" under the Court's Protective Order (Docket No. 39); Warzone accordingly files it entirely under seal.

10.    Attached hereto as Exhibit I is a true and correct copy of a document produced by Activision bearing Bates numbers ATV001147-ATV001148.  Exhibit I contains information Activision designated "CONFIDENTIAL" under the Court's Protective Order (Docket No. 39); Warzone accordingly files it entirely under seal.

11.    Attached hereto as Exhibit J is a true and correct copy of a document produced by Warzone bearing Bates numbers WZ025902-WZ025910.

12.    Attached hereto as Exhibit K is a true and correct copy of a document produced by Warzone bearing Bates numbers WZ026225-WZ026232.

13.    Attached hereto as Exhibit L is a true and correct copy of Activision Publishing, Inc.'s Response to Warzone.com, LLC's First Set of Requests for Admission (Nos. 1-94), which Activision served to Warzone on November 13, 2024.

14.    Attached hereto as Exhibit M is a true and correct copy of a document produced by Warzone bearing Bates numbers WZ026485-WZ026496.

15.    Attached hereto as Exhibit N is a document produced by Activision bearing Bates numbers ATV018455-ATV018477.  Exhibit N contains information Activision

– 2 –

designated "ATTORNEYS' EYES ONLY - HIGHLY CONFIDENTIAL" under the Court's Protective Order (Docket No. 39); Warzone accordingly files it entirely under seal.

16.    Attached hereto as Exhibit O is a true and correct copy of a document produced by Activision bearing Bates numbers ATV028010-ATV028011.  Exhibit O contains information designated "ATTORNEYS' EYES ONLY - HIGHLY CONFIDENTIAL" under the Court's Protective Order (Docket No. 39); Warzone accordingly files it under seal.

17.    Attached hereto as Exhibit P is a true and correct copy of a document produced by Warzone bearing Bates numbers WZ024598-WZ024618.

18.    Attached hereto as Exhibit Q is a true and correct copy of a document identified as Exhibit 30 to the Deposition of Matt Kliszewski, taken on December 11, 2024.

19.    Attached hereto as Exhibit R is a true and correct copy of a document identified as Exhibit 29 to the Deposition of Matt Kliszewski, taken on December 11, 2024.

20.    Attached hereto as Exhibit S is a true and correct copy of a document produced by Activision bearing Bates numbers ATV000755-ATV000783.  Exhibit S contains information Activision designated "CONFIDENTIAL" under the Court's Protective Order (Docket No. 39); Warzone accordingly files it entirely under seal.

21.    Attached hereto as Exhibit T is a true and correct copy of a document produced by Activision bearing Bates numbers ATV014565-ATV014566.  Exhibit T contains information Activision designated "ATTORNEYS' EYES ONLY - HIGHLY CONFIDENTIAL" under the Court's Protective Order (Docket No. 39); Warzone accordingly files it entirely under seal.

22.    Attached hereto as Exhibit U is a document produced by Warzone bearing Bates numbers WZ017663-WZ017673.

23.     Attached hereto as Exhibit V is a true and correct copy of a document produced by Activision bearing Bates numbers ATV006497-ATV006518.

24.     Attached hereto as Exhibit W is a true and correct copy of a document produced by Activision bearing Bates numbers ATV006519-ATV006527.

25.     Attached hereto as Exhibit Y is a true and correct copy of an excerpt from the transcript of the Deposition of Matt Kliszewski, taken on December 11, 2024.  Exhibit Y contains information Activision designated "ATTORNEYS' EYES ONLY - CONFIDENTIAL" under the Court's Protective Order (Docket No. 39); Warzone accordingly files it entirely under seal.

26.     Attached hereto as Exhibit Z is a true and correct copy of a document produced by Activision bearing Bates numbers ATV006528-ATV006531.

27.     Attached hereto as Exhibit AA is a true and correct copy of a letter dated November 26, 2024, from Marc Mayer to Jennifer Kash.

28.     Attached hereto as Exhibit AB is a true and correct copy Warzone.com, LLC's Amended Responses and Objections to Activision's First Set of Interrogatories [No. 14], which Warzone served to Activision on November 12, 2024.

29.     Attached hereto as Exhibit AC is a true and correct copy of excerpts from the transcript of the Deposition of Bo Geddes, taken on February 11, 2025.  Exhibit AC contains information Warzone designated "ATTORNEYS' EYES ONLY - CONFIDENTIAL" under the Court's Protective Order (Docket No. 39); Warzone accordingly files it entirely under seal.

30.     Attached hereto as Exhibit AD is a true and correct copy of excerpts from the transcript of the Deposition of Stephanie Tully, taken on February 13, 2025.  Exhibit AD contains information Activision designated "ATTORNEYS' EYES ONLY - CONFIDENTIAL" under the Court's Protective Order (Docket No. 39); Warzone accordingly files it entirely under seal.

31.     Attached hereto as Exhibit AE is a true and correct copy of excerpt of the "feb2018" tab of the native spreadsheet attached as Exhibit 1 to the Expert Report of

Stephanie Tully, Ph.D., which Activision served to Warzone on January 17, 2025. Exhibit 1 to the Tully Report was marked as Exhibit 153 to the deposition of Stephanie Tully, Ph.D., taken on February 13, 2025.

32.    Attached hereto as Exhibit AF is a true and correct copy of excerpt of the "Jan 2020" tab of the native spreadsheet attached as Exhibit 1 to the Expert Report of Stephanie Tully, Ph.D., which Activision served to Warzone on January 17, 2025. Exhibit 1 to the Tully Report was marked as Exhibit 153 to the deposition of Stephanie Tully, Ph.D., taken on February 13, 2025.

33.    Attached hereto as Exhibit AG is a true and correct copy of a document produced by Activision bearing Bates numbers ATV000718-ATV000722.  Exhibit AG contains information Activision designated "CONFIDENTIAL" under the Court's Protective Order (Docket No. 39); Warzone accordingly files it entirely under seal.

34.    Attached hereto as Exhibit AH is a true and correct copy of a document produced by Activision bearing Bates numbers ATV014558-ATV014560.  Exhibit AH contains information Activision designated "ATTORNEYS' EYES ONLY - HIGHLY CONFIDENTIAL" under the Court's Protective Order (Docket No. 39); Warzone accordingly files it entirely under seal.

35.    Attached hereto as Exhibit AI is a true and correct copy of a website page titled "Call of Duty: Warzone for Windows," available at https://download.cnet.com/call-of-duty-warzone/3000-windows-call-of-duty-warzone.html which I accessed on February 25, 2025.

36.    Attached hereto as Exhibit AJ is a true and correct copy of excerpt of the "mar2020" tab of the native spreadsheet attached as Exhibit 1 to the Expert Report of Stephanie Tully, Ph.D., which Activision served to Warzone on January 17, 2025. Exhibit 1 to the Tully Report was marked as Exhibit 153 to the deposition of Stephanie Tully, Ph.D., taken on February 13, 2025.

37.    Attached hereto as Exhibit X is a true and correct copy of excerpt of the "jun2020" tab of the native spreadsheet attached as Exhibit 1 to the Expert Report of

Stephanie Tully, Ph.D., which Activision served to Warzone on January 17, 2025.
Exhibit 1 to the Tully Report was marked as Exhibit 153 to the deposition of Stephanie
Tully, Ph.D., taken on February 13, 2025.

I declare under penalty of perjury that the foregoing is true and correct.  Executed
on March 4, 2025 in San Francisco, California.

_____
Jennifer A. Kash