# EXHIBIT AA



**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Marc E. Mayer
A Professional Corporation
(310) 312-3154 Phone
(310) 231-8354 Fax
mem@msk.com

November 26, 2024

**VIA E-MAIL ONLY (JEN@WARRENKASHWARREN.COM)**

Jennifer Kash
Warren Kash Warren
2261 Market Street No. 606
San Francisco CA 94114

Re:   **Designation of 30(b)(6) Deposition Topics**

Dear Jennifer:

We write in furtherance of my letter of November 7, 2024, concerning Warzone.com LLC's ("WZLLC") Rule 30(b)(6) Notice of Deposition of Activision Publishing, Inc. ("Activision.")

As we discussed, Activision intends to make five witnesses available to testify on the topics set forth in WZLLC's deposition notice, subject to Activision's objections and limitations to those topics. Our witnesses will be as follows:

1. Carolyn Wang, VP, Head of Brand Development at Treyarch. Ms. Wang will provide testimony on issues pertaining to the selection of the "Call of Duty: Warzone" title and Activision's marketing related to CODWZ. Her testimony will address Topics 1 (with respect to CODWZ), 2 (with respect to marketing of CODWZ), 5 (with respect to CODWZ), 6, 7, 8, 30, and 32, *subject to* the limitations set forth in my November 7 letter.

2. Matthew Cox, SVP, General Manager, Call of Duty. Mr. Cox will provide testimony concerning the following Topics: 1 (except for those areas covered by Ms. Wang), 2 (with respect to the channels of distribution for CODWZ), 4, 5 (to the extent not covered by Ms. Wang), 14, 16, 18, 37, 40, 43, and 45, *subject to* the limitations set forth in my November 7 letter.

3. Chris Plummer, SVP and Co-Head of Mobile. Mr. Plummer will provide testimony concerning the following Topics, to the extent such topics concern Call of Duty: Warzone Mobile ("CODWZM") : 1, 2, 4, 5, 19, 20, 22, 31, and 37, *subject to* the limitations set forth in my November 7 letter.

4. Matt Kliszewski, VP Leagues Administration, Activision Blizzard Esports Leagues. Mr. Kliszewski will provide testimony concerning the following Topics, to the extent that such Topics concern "World Series of Warzone" ("WSOW"): 1, 2, 35, and 39, *subject to* the limitations set forth in my November 7 letter.



Jennifer Kash
November 26, 2024
Page 2

Additionally, we will make a witness available to provide testimony concerning the profit-and-loss statements and other financial or accounting documents produced in this lawsuit (i.e., Topics 13, 15, 17, 21, and 36, subject to the limitations set forth in my November 7 letter.)

As discussed, we are prepared to make these witnesses available as follows:

December 11: Matt Kliszewski
December 12: Matthew Cox
December 13: Carolyn Wang
December 16: Chris Plummer

We will shortly provide you with dates for the remaining witnesse.

Additionally, with respect to Topic 45, we have conducted a search of Activision's customer service database using the following search terms:

Warzone and "board game"
Warzone and "turn-based"
Warzone AND "Risk Online"
Warzone AND Ficker
Warzone AND Fizzer
Warzone.com
"Warzone –turn-based strategy"
Warlight
"Warzone Idle"
"Warzone Classic"
"Warzone (Risk ++)"

From the period March 10, 2020, to the present there were **1,390,605** entries in the database. Our search of the above terms did not return *any* documents or database entries pertaining to WZLLC's game. We will be prepared to provide a declaration to this effect in response to Topic 45.

Please let us know if you have any questions.

Sincerely,

Marc E. Mayer
A Professional Corporation of
MITCHELL SILBERBERG & KNUPP LLP

MEM/szm

20342632.1