# EXHIBIT AB

Alyssa K. Schabloski (SBN 258876)
aks@gladiuslaw.com
GLADIUS LAW, APC
2708 Wilshire Blvd., No. 426
Santa Monica, CA 90403
Tel: (310) 734-0720

Brett E. Lewis (pro hac vice)
brett@iLawco.com
Roberto Ledesma (pro hac vice)
roberto@ilawco.com
Michael D. Cilento (pro hac vice)
michael@iLawco.com
LEWIS & LIN, LLC
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326

Attorneys for Warzone.com, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC. *Plaintiff / Counterclaim Defendant,* v. WARZONE.COM, LLC, *Defendant / Counterclaimant.* | CASE NO. 2:21-cv-3073-FLA (JCx) **WARZONE.COM, LLC'S AMENDED RESPONSES AND OBJECTIONS TO ACTIVISION'S FIRST SET OF INTERROGATORIES [NO. 14]** |

1

1  PROPOUNDING PARTY: Activision Publishing, Inc.

2  RESPONDING PARTY: Warzone.com, LLC

3  SET NO.: ONE

4      Pursuant to Federal Rule of Civil Procedure 33 and the corresponding Local Rules of the Central District of California, Defendant / Counterclaimant Warzone.com, LLC ("Warzone") hereby provides the following amended objections to Plaintiff / Counterclaim Defendant Activision Publishing, Inc.'s ("Activision") First Set of Interrogatories (the "Interrogatories") and amended response to Interrogatory No. 14.

**INTERROGATORY NO. 14:**

    IDENTIFY all categories or types of injuries that YOU claim to have suffered as a result of the conduct alleged in the COUNTERCLAIM, and, for each claimed injury, the amount of damage YOU suffered.

**AMENDED RESPONSE TO INTERROGATORY NO. 14:**

    Pursuant to the Court's October 29, 2024 Minute Order (Docket No. 87), and in light of the Court's direction that this interrogatory does not seek information regarding Warzone's damages theories, but rather seeks information regarding "types of injuries [Warzone] claims to have suffered as a result of Activision's conduct" and assessment of the same, *id.*, Warzone hereby amends its response as follows:

//
//
//
//
//
//
//
//
//
//

| Types of Injury | Assessment of Damage |
|---|---|
| Diminished brand goodwill and reputational harm | As a result of Activision's conduct, Warzone's reputation and brand associated with the WARZONE mark have been harmed. This harm will be a factor in calculating Warzone's damages, which will rely upon expert analysis. Warzone anticipates such analysis to include the following information and factors:<br><br>• Customer perception surveys, including surveys indicating changes in online sentiment and search behavior and decline in reputation due to consumer association of the Warzone mark, in which Warzone has superior rights, with Activision and Call of Duty's image and values, and assessment regarding weakened or altered brand image effects on long-term consumer perception of Warzone;<br>• Expenditure on reputation management needed to restore Warzone's image and reputation resulting from the confusion caused by Activision's;<br>• Price erosion caused by diminished brand recognition;<br>• Estimated lost lifetime value of customers and increased customer acquisition costs resulting from damaged goodwill;<br>• Brand associations that conflict with Warzone's identity, impacting the consumer base, including impairment of user acquisition. |

3

| Types of Injury | Assessment of Damage |
| --- | --- |
| Loss of control over brand identity | As a result of Activision's conduct, Warzone's control over its brand identity has been impaired. This harm will be a factor in calculating Warzone's damages, which will rely upon expert analysis. Warzone anticipates such analysis to include the following information and factors:<br><br>- Customer perception surveys, including surveys indicating changes in online sentiment and search behavior, decline in reputation, consumer association of Warzone's senior brand with the junior brand's image and values, weakened or altered brand image affecting long-term consumer perception;<br>- Expenditure on maintaining brand clarity and distinction from Activision's brand, including regarding showing Warzone incurred additional costs to combat confusion and regain control over its brand perception;<br>- Revenue or market share declines since Activision's infringing entry in the market using Warzone's trademark;<br>- Comparison of actual sales to projected sales assuming the junior use by Activision of the Warzone trademark was not present to indicate revenue losses attributable to loss of control over identity;<br>- Evidence that Warzone had to reduce prices or was unable to increase prices to compete indicates that its premium identity has been compromised; the inability to command a price premium shows that the brand's perceived value and distinctiveness have weakened. |

| Types of Injury | Assessment of Damage |
|---|---|
| Loss of licensing opportunities | As a result of Activision's conduct, Warzone has lost control over the opportunities to license its mark and the establishment of the rate of any such licensing. This harm will be a factor in calculating Warzone's damages, which will rely upon expert analysis. Warzone anticipates such analysis to include the following information and factors:<br><br>• Activision's licenses and similar agreements regarding the Warzone mark;<br>• Activision's failure to accept Warzone's offer of licensing regarding the Warzone mark;<br>• Analysis of market participants who would have otherwise licensed the mark;<br>• Assessment of industry licensing rates for similar brands, considering factors such as brand recognition, market positioning, and product category. |

| Types of Injury | Assessment of Damage |
|---|---|
| Diminution of Value of the Mark | As a result of Activision's conduct, the value of the WARZONE mark has been impaired. This harm will be a factor in calculating Warzone's damages, which will rely upon expert analysis. Warzone anticipates such analysis to include the following information and factors:<br><br>• Customer perception surveys, including surveys indicating consumer sentiment regarding Warzone, Activision and its junior use of the WARZONE mark;<br>• Sentiment analysis, including negative social media mentions and review sites, to gauge customer perception shifts about Warzone due to Activision's junior use of the WARZONE mark;<br>• Expenditures required to re-establish goodwill, specifically increased marketing and customer service costs to counteract consumer confusion;<br>• Activision's use of the mark and expenditure on the mark;<br>• Decline in consumer engagement (such as in-game activity, app usage) with Warzone and its products due to consumer confusion;<br>• Analysis of lost potential, including via estimation of future revenue tied to active users;<br>• Analysis of brand identity and the extent to which Warzone's unique qualities have been compromised by Activision's junior use of the WARZONE mark;<br>• Assessment of the monetary impact of the number of negative mentions or reviews attributable to confusion with the junior user Activision's brand and use of the mark, including the costs associated with managing these negative mentions. |

6

| Types of Injury | Assessment of Damage |
|---|---|
| Impairment of Expansion Potential | As a result of Activision's conduct, the value of the WARZONE mark has been impaired. This harm will be a factor in calculating Warzone's damages, which will rely upon expert analysis. Warzone anticipates such analysis to include the following information and factors:<br><br>• Lack of growth in new customer segments where Warzone intended to attract new customer demographics but can no longer do so due to identity confusion or diminished brand appeal due to Activision's junior use of the mark;<br>• Assessment of Warzone's lost market share from these unrealized segments;<br>• Assessment of historical Warzone customer loyalty, spending patterns, and lifetime value to benchmark shifts in user behavior or loyalty that affected future growth;<br>• Projected market share or customer acquisition costs as compared with competitors to quantify lost competitive positioning;<br>• Assessment of the loss of brand equity needed to support long-term growth initiatives, including calculating diminished brand loyalty, differentiation, and perceived quality, which affects the ability to expand;<br>• Cost of acquiring new customers due to higher marketing or advertising spend limits profitability and future expansion. |

Date: November 12, 2024

Brett E. Lewis
Roberto Ledesma
Michael D. Cilento
**LEWIS & LIN, LLC**

Alyssa Schabloski
**GLADIUS LAW, APC**

7

By: *Michael D. Cilento*
Michael D. Cilento (pro hac vice)

*Attorneys for Warzone.com, LLC*

8