Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
Nicole A. Bloomfield (State Bar No. 356757)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-3073@cases.warrenlex.com

*Attorneys for Defendant / Counterclaimant Warzone.com, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC.,<br><br>  Plaintiff / Counterclaim Defendant,<br><br>  v.<br><br>WARZONE.COM, LLC,<br><br>  Defendant / Counterclaimant. | Case No. 2:21-cv-3073-FLA (JCx)<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE CERTAIN EXHIBITS TO THE KASH DECLARATION OUT OF TIME [DKT NO. 128]** |

# **ORDER**

On March 4, 2025, Defendant and Counterclaimant Warzone.com, LLC filed a Motion for Leave to File Certain Exhibits to the Kash Declaration Out of Time.

The Court, having considered Defendant and Counterclaimant's motion, and finding good cause therefore, hereby GRANTS the motion and ORDERS as follows: Warzone.com, LLC is hereby granted leave to file the Declaration of Jennifer A. Kash, Docket No. 128-2, along with Exhibits AA, AB, and V thereto out of time.

**IT IS SO ORDERED.**

Date: _____                              _____
                                             FERNANDO L. AENLLE-ROCHA
                                             United States District Judge