UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>WARZONE.COM, LLC,<br><br>　　　　　　　Defendant. | Case No. 2:21-cv-03073-FLA (JCx)<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE EXHIBITS [DKT. 128]** |

　　The court, having considered Defendant Warzone.com, LLC's ("Defendant") motion for leave to file exhibits, Dkt. 128, and finding good cause therefor, hereby GRANTS the motion. Defendant shall FILE the corrected Declaration of Jennifer A. Kash within three (3) days of this order.

　　IT IS SO ORDERED.

Dated: March 5, 2025

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　FERNANDO L. AENLLE-ROCHA
　　　　　　　　　　　　　　　　　　　　　　United States District Judge