MARC E. MAYER (SBN 190969)
  mem@msk.com
KARIN G. PAGNANELLI (SBN 174763)
  kgp@msk.com
LINDSAY R. EDELSTEIN (*pro hac vice*)
  lre@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Activision Publishing, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WARZONE.COM, LLC,<br><br>　　　　Defendant.<br><br>WARZONE.COM, LLC,<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>　　　　Counterdefendant. | CASE NO. 2:21-cv-3073-FLA (JCx)<br><br>[Judge Fernando L. Aenlle-Rocha]<br><br>**APPLICATION OF ACTIVISION PUBLISHING, INC. FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL**<br><br>(Declaration of Marc E. Mayer and [Proposed] Order filed concurrently herewith)<br><br>Complaint Filed:　Apr. 8, 2021<br>Counterclaim Filed:　June 8, 2021<br>Pretrial Conference:　May 19, 2025, at 1:30 p.m.<br>Trial:　May 27, 2025, at 8:15 a.m. |

　　　　Pursuant to Local Rule 79-5.2.2(a) and (b), and the Protective Order entered in this action on December 15, 2021 (ECF 39), Plaintiff/Counterclaim-Defendant Activision Publishing, Inc. ("Activision"), through its undersigned counsel, hereby submit this Application for Leave to File Certain Documents Under Seal (the

**APPLICATION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL**

"Application") in connection with Activision's Reply in Support of Motion for Summary Judgment or, Alternatively, for Partial Summary Judgment ("Motion").

This application is made pursuant to Local Rule 79-5.2.2(a) in connection with the following documents:

1.  Reply Memorandum in Support of Motion of Activision Publishing, Inc. for Summary Judgment, or Alternatively, Partial Summary Judgment on Counterclaims of Warzone.com, LLC ("Reply");

2.  Exhibits 154, 155, 156, 157, and 158 to the Declaration of Marc E. Mayer ("Mayer Decl.");

3.  Response of Activision Publishing, Inc. to Statement of Purported Disputes of Material Fact Re: Motion for Summary Judgment, or Alternatively, Partial Summary Judgment ("Response to SDF"); and

4.  Evidentiary Objections of Activision Publishing, Inc. ("Evidentiary Objections").

5.  Response of Activision Publishing, Inc. to Warzone.com LLC's Evidentiary Objections and Reply in Support of Request for Judicial Notice (the "Response to WZLLC's Evidentiary Objections").

This Court has inherent discretion to order documents to be filed under seal. *Hagestad v. Tragesser*, 49 F.3d 1430, 1434 (9th Cir. 1995) (citing *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 599 (1978)).

There is good cause here to grant this requested relief because the foregoing exhibits and documents were either: (a) designated by WZLLC as Confidential or Highly Confidential pursuant to the Protective Order; or (b) contain proprietary business information for which special protection from public disclosure is warranted. *See* Declaration of Marc Mayer In Support of Defendants' Application to File Under Seal ("Mayer Sealing Decl.").

This application, and the scope of documents Activision seeks to file under seal, are narrowly tailored to include only the documents designated by WZLLC as

Confidential or Highly Confidential under the Protective Order, or documents containing proprietary and/or confidential business and personal information. *See id.* ¶¶ 2, 7. Activision has taken steps to narrow the scope of this application as much as possible, including by excerpting the documents and/or redacting private information contained on other exhibits in such a way as to allow their public disclosure. *Id.* ¶ 8.

\*   \*   \*

This application is further made pursuant to Local Rule 79-5.2.2(b) in connection with the following documents:

1. Exhibit 154, which is a true and correct copy of supplemental excerpts from the deposition testimony of WZLLC's expert Bo Geddes. Mayer Sealing Decl., ¶ 3(a).

2. Exhibit 155, which is a true and correct copy of supplemental excerpts from the deposition testimony of WZLLC's co-owner Randy Ficker. *Id.*, ¶ 3(b).

3. Exhibit 156, which is a true and correct copy of excerpts from the deposition testimony of WZLLC's expert Christian Tregillis. *Id.*, ¶ 3(c).

4. Exhibit 157, which is a true and correct copy of excerpts from the deposition testimony of WZLLC's expert Claudiu Dimofte. *Id.*, ¶ 3(d).

5. Exhibit 158, which is a true and correct copy of an excerpt of WZLLC's Objections and Amended Supplemental Response (No. 1), Amended Response (No. 2), Third Supplemental Response (No. 4), and Second Supplemental Response (No. 8) to Activision's First Set of Interrogatories.

6. In addition to the foregoing, Activision is filing the following *unredacted* versions of documents related to its Motion, as these documents reference information derived from documents that were designated as Confidential or Highly Confidential:

   a. Activision's *Unredacted* Reply Memorandum of Law in Support of its Motion for Summary Judgment or, Alternatively, Partial Summary

1  Judgment (the "Reply").  The Reply contains multiple references to
2  information derived from confidential exhibits, as identified above and/or
3  in prior applications to seal submitted by the parties (*see* Dkt. Nos. 111,
4  123), in such a way as to reveal the information designated as
5  Confidential or Highly Confidential.

6      b. Activision's *Unredacted* Response of Activision Publishing, Inc. to
7  Statement of Purported Disputes of Material Fact Re: Motion for
8  Summary Judgment, or Alternatively, Partial Summary Judgment (the
9  "Response to SDF").  The Response to SDF contains multiple references
10 to and information derived from confidential exhibits, as identified above
11 and/or in prior applications to seal submitted by the parties (*see* Dkt. Nos.
12 111, 123), in such a way as to reveal the information designated as
13 Confidential or Highly Confidential.

14     c. *Unredacted* Evidentiary Objections of Activision Publishing, Inc. (the
15 "Evidentiary Objections"). The Evidentiary Objections contain multiple
16 references to and information derived from confidential exhibits, as
17 identified above and/or in prior applications to seal submitted by the
18 parties (*see* Dkt. No. 111, 123), in such a way as to reveal the information
19 designated as Confidential or Highly Confidential.

20     d. *Unredacted* Response of Activision Publishing, Inc. to Warzone.com
21 LLC's Evidentiary Objections and Reply in Support of Request for
22 Judicial Notice (the "Response to WZLLC's Evidentiary Objections").
23 The Response to WZLLC's Evidentiary Objections contains multiple
24 references to and information derived from confidential exhibits, as
25 identified above and/or in prior applications to seal submitted by the
26 parties (*see* Dkt. No. 111, 123), in such a way as to reveal the information
27 designated as Confidential or Highly Confidential.

28 Mayer Sealing Decl., ¶ 4.

1  On January 29, 2025, Activision's counsel participated in a conference of counsel with WZLLC's counsel regarding the sealing of documents in connection with the Motion.  WZLLC does not oppose the filing of documents under seal.  Mayer Sealing Decl., ¶ 5.  Activision does not oppose filing these documents under seal.  Activision takes no position in this Application with respect to the propriety of WZLLC's confidentiality designations, but does not object to the under seal filing of materials designated by WZLLC as Confidential or Highly Confidential and the parties have agreed to abide by the Court's Protective Order with respect to any documents marked as Confidential or Highly Confidential.

Accordingly, Activision respectfully requests that the Court grant this Application to file under seal the documents referenced herein.  All such documents are appended to the (concurrently filed) Mayer Sealing Decl. in support of this application.

DATED:  March 7, 2025         MARC E. MAYER
                              KARIN G. PAGNANELLI
                              LINDSAY R. EDELSTEIN
                              MITCHELL SILBERBERG & KNUPP LLP

                              By: */s/ Marc E. Mayer*
                                  Marc E. Mayer (SBN 190969)
                                  Attorneys for Activision Publishing, Inc.