| | |
|---|---|
| 1 | MARC E. MAYER (SBN 190969) |
| | mem@msk.com |
| 2 | KARIN G. PAGNANELLI (SBN 174763) |
| | kgp@msk.com |
| 3 | LINDSAY R. EDELSTEIN (*pro hac vice*) |
| | lre@msk.com |
| 4 | MITCHELL SILBERBERG & KNUPP LLP |
| | 2049 Century Park East, 18th Floor |
| 5 | Los Angeles, CA 90067-3120 |
| | Telephone: (310) 312-2000 |
| 6 | Facsimile: (310) 312-3100 |
| 7 | Attorneys for Activision Publishing, Inc. |

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> WARZONE.COM, LLC, <br><br> Defendant. | CASE NO. 2:21-cv-3073-FLA (JCx) <br><br> [Judge Fernando L. Aenlle-Rocha] <br><br> **EXHIBITS 154-158 TO SUPPLEMENTAL DECLARATION OF MARC E. MAYER** <br><br> **REDACTED VERSION OF DOCUMENTS PROPOSED TO BE FILED UNDER SEAL** <br><br> Date: March 21, 2025 <br> Time: 1:30 p.m. <br> Ctrm: 6B <br><br> Complaint Filed: Apr. 8, 2021 <br> Counterclaim Filed: June 8, 2021 <br> Pretrial Conference: May 19, 2025, at 1:30 p.m. <br> Trial: May 27, 2025, at 8:15 a.m. |
| WARZONE.COM, LLC, <br><br> Counterclaimant, <br><br> v. <br><br> ACTIVISION PUBLISHING, INC., a Delaware corporation, <br><br> Counterdefendant. | |

Conditionally Filed Under Seal Pending Application to File Under Seal

# EXHIBIT 154

Conditionally Filed Under Seal Pending Application to File Under Seal

# EXHIBIT 155

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 156

Conditionally Filed Under Seal Pending Application to File Under Seal

# EXHIBIT 157

Conditionally Filed Under Seal Pending Application to File Under Seal

# EXHIBIT 158