UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WARZONE.COM, LLC,<br><br>　　　　Defendant. | CASE NO. 2:21-cv-3073-FLA (JCx)<br><br>[Judge Fernando L. Aenlle-Rocha]<br><br>**[PROPOSED] ORDER GRANTING APPLICATION OF ACTIVISION PUBLISHING, INC. FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL** |
|---|---|
| WARZONE.COM, LLC,<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>　　　　Counterdefendant. | |

**[PROPOSED] ORDER**

# ORDER

The Court, having considered Plaintiff/Counterclaim-Defendant Activision Publishing, Inc.'s ("Activision") Application for Leave to File Certain Documents Under Seal (the "Application"), and all arguments, papers, and evidence relating thereof, hereby **GRANTS** the Application for good cause shown. The following documents shall be filed under seal pursuant to Local Rule 79-5.2.2(b):

| Document | Portions to be Sealed |
|---|---|
| Supplemental Mayer Declaration, Ex. 154 | Entire Document |
| Supplemental Mayer Declaration, Ex. 155 | Entire Document |
| Supplemental Mayer Declaration, Ex. 156 | Entire Document |
| Supplemental Mayer Declaration, Ex. 157 | Entire Document |
| Supplemental Mayer Declaration, Ex. 158 | Entire Document |
| Reply Memorandum of Law in Support of its Motion for Summary Judgment or, Alternatively, Partial Summary Judgment | Highlighted excerpts |
| Response of Activision Publishing, Inc. to Statement of Purported Disputes of Material Fact Re: Motion for Summary Judgment, or Alternatively, Partial Summary Judgment | Highlighted excerpts |
| Evidentiary Objections of Activision Publishing, Inc. | Highlighted excerpts |
| Response of Activision Publishing, Inc. to Warzone.com LLC's Evidentiary Objections and Reply in Support of Request for Judicial Notice | Highlighted excerpts |

**IT IS SO ORDERED.**

DATED: _____

Honorable Fernando L. Aenlle-Rocha
United States District Court Judge