MARC E. MAYER (SBN 190969)
  mem@msk.com
KARIN G. PAGNANELLI (SBN 174763)
  kgp@msk.com
LINDSAY R. EDELSTEIN (*pro hac vice*)
  lre@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Activision Publishing, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>WARZONE.COM, LLC,<br><br>Defendant. | CASE NO. 2:21-cv-3073-FLA (JCx)<br><br>[Assigned to Judge Fernando L. Aenlle-Rocha]<br><br>**SUPPLEMENTAL DECLARATION OF MARC E. MAYER IN FURTHER SUPPORT OF ACTIVISION PUBLISHING, INC.'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT** |
|---|---|
| WARZONE.COM, LLC,<br><br>Counterclaimant,<br><br>v.<br><br>ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>Counterclaim Defendant. | Date:    March 21, 2025<br>Time:    1:30 p.m.<br>Ctrm:    6B<br><br>Complaint Filed:    Apr. 8, 2021<br>Counterclaim Filed:    June 8, 2021<br>Pretrial Conference:    May 19, 2025, at 1:30 p.m.<br>Trial:    May 27, 2025, at 8:15 a.m. |

Mitchell
Silberberg &
Knupp LLP

**SUPPLEMENTAL DECLARATION OF MARC E. MAYER**

I, Marc E. Mayer, declare as follows:

1. I am an attorney-at-law, duly licensed to practice law in the State of California and before this Court. I am, through my professional corporation, a partner with the law firm of Mitchell Silberberg & Knupp LLP, counsel of record for Plaintiff and Counterclaim-Defendant Activision Publishing, Inc. ("Activision") in this action. I make this Supplemental Declaration in further support of Activision's Motion for Summary Judgment or, Alternatively, for Partial Summary Judgment. I have personal knowledge of the following facts, and, if called as a witness, could and would competently testify thereto.

2. On February 11, 2025, I took the deposition of WZLLC's expert Bo Geddes. Attached hereto as **Exhibit 154** is a true and correct copy of supplemental excerpts of Mr. Geddes' deposition testimony, which was provided to me by the Court reporter.

3. On December 4 and 5, 2024, I took the deposition of Randy Ficker, co-owner of WZLLC (the "Ficker Deposition"). Attached hereto as **Exhibit 155** is a true and correct copy of supplemental excerpts of Mr. Ficker's deposition testimony, which was provided to me by the Court reporter, and which is provided in two volumes.

4. On February 14, 2025, my firm took the deposition of WZLLC's expert Christian Tregillis. Attached hereto as **Exhibit 156** is a true and correct copy of excerpts of Mr. Tregillis' deposition testimony, which was provided to my firm by the Court reporter.

5. On February 6, 2025, my firm took the deposition of WZLLC's expert Claudiu Dimofte. Attached hereto as **Exhibit 157** is a true and correct copy of excerpts of Mr. Dimofte's deposition testimony, which was provided to my firm by the Court reporter.

6. Attached hereto as **Exhibit 158** is a true and correct copy of an excerpt of WZLLC's Objections and Amended Supplemental Response (No. 1),

Amended Response (No. 2), Third Supplemental Response (No. 4), and Second Supplemental Response (No. 8) to Activision's First Set of Interrogatories, which my office received on or about November 27, 2024.

7. I understand that WZLLC is objecting to Exhibit 51 to my February 14, 2025 declaration (ECF 115) on authenticity grounds. I wish to confirm that Exhibit 51 is a true and correct copy of a screen capture I personally took from the Wayback Machine on November 27, 2024, reflecting the appearance of the listing for "Warzone (Risk++)" on the Apple App Store on or around September 30, 2018. I introduced Exhibit 51 during the Ficker Deposition, where it was marked as Activision's Exhibit 39 therein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of March, 2025, in Calabasas, California.

*/s/ Marc E. Mayer*
Marc E. Mayer

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 154

Conditionally Filed Under Seal Pending
Application to File Under Seal

# EXHIBIT 155

Conditionally Filed Under Seal Pending Application to File Under Seal

# EXHIBIT 156

Conditionally Filed Under Seal Pending Application to File Under Seal

# EXHIBIT 157

Conditionally Filed Under Seal Pending Application to File Under Seal

# EXHIBIT 158