UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation, | CASE NO. 2:21-cv-3073-FLA (JCx) |
| Plaintiff, | [Judge Fernando L. Aenlle-Rocha] |
| v. | **[PROPOSED] ORDER RE: ACTIVISION PUBLISHING, INC.'S EVIDENTIARY OBJECTIONS TO WARZONE.COM, LLC'S EVIDENCE IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT** |
| WARZONE.COM, LLC, | |
| Defendant. | |
| WARZONE.COM, LLC, | |
| Counterclaimant, | |
| v. | |
| ACTIVISION PUBLISHING, INC., a Delaware corporation, | |
| Counterdefendant. | |

**[PROPOSED] ORDER**

1

**ORDER**

2    The Court, having considered the Evidentiary Objections of

3    Plaintiff/Counterclaim-Defendant Activision Publishing, Inc. ("Activision") to the

4    evidence submitted by Defendant/Counterclaimant Warzone.com, LLC in seeking

5    to oppose Activision's Motion for Summary Judgment or, Alternatively, Partial

6    Summary Judgment, hereby sustains Activision's objections.

7    **IT IS SO ORDERED.**

8

9    DATED: _____

10                                                    Honorable Fernando L. Aenlle-Rocha
                                                     United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2