MARC E. MAYER (SBN 190969)
  mem@msk.com
KARIN G. PAGNANELLI (SBN 174763)
  kgp@msk.com
LINDSAY R. EDELSTEIN (*pro hac vice*)
  lre@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Activision Publishing, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>WARZONE.COM, LLC,<br><br>            Defendant. | CASE NO. 2:21-cv-3073-FLA (JCx)<br><br>[Judge Fernando L. Aenlle-Rocha]<br><br>**PROOF OF SERVICE REGARDING APPLICATION OF ACTIVISION PUBLISHING, INC. FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL DKT. 132** |
| WARZONE.COM, LLC,<br><br>            Counterclaimant,<br><br>     v.<br><br>ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>            Counterdefendant. | |

Mitchell
Silberberg &
Knupp LLP

20550361.1

**PROOF OF SERVICE**

**PROOF OF SERVICE**

STATE OF NEW YORK, COUNTY OF KINGS

I am employed in the County of Kings, State of New York, I am over the age of eighteen years and am not a party to this action; my business address is Mitchell Silberberg & Knupp LLP, 437 Madison Ave., 25th Floor, New York, NY 10022, and my business email address is lre@msk.com.

On March 7, 2025, I served a copy of the foregoing document(s) described as

**1.    DECLARATION OF MARC E. MAYER IN SUPPORT OF APPLICATION OF ACTIVISION PUBLISHING, INC. FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL;**

**2.    *UNREDACTED* REPLY MEMORANDUM IN SUPPORT OF MOTION OF ACTIVISION PUBLISHING, INC. FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT ON COUNTERCLAIMS OF WARZONE.COM, LLC;**

**3.    EXHIBITS 154, 155, 156, 157, AND 158 TO THE SUPPLEMENTAL DECLARATION OF MARC E. MAYER;**

**4.    *UNREDACTED* RESPONSE OF ACTIVISION PUBLISHING, INC. TO STATEMENT OF PURPORTED DISPUTES OF MATERIAL FACT RE: MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT;**

**5.    *UNREDACTED* EVIDENTIARY OBJECTIONS OF ACTIVISION PUBLISHING, INC.; AND**

**6.    *UNREDACTED* RESPONSE OF ACTIVISION PUBLISHING, INC. TO WARZONE.COM LLC'S EVIDENTIARY OBJECTIONS AND REPLY IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE.**

on the interested parties in this action at their last known address as set forth below by taking the action described below:

[SEE ATTACHED SERVICE LIST]

☑ **BY ELECTRONIC MAIL**:  I served the above-mentioned document electronically on the parties listed at the email addresses above and, to the best of my knowledge, the transmission was complete and without error in that I did not receive an electronic notification to the contrary.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on March 7, 2025, in Brooklyn, New York.

_____
Lindsay R. Edelstein

Mitchell Silberberg & Knupp LLP

20550361.1

**PROOF OF SERVICE**


## SERVICE LIST

Jennifer A. Kash
Francesca M. S. Germinario
Nicole A. Bloomfield
Francesca Germinario
WARREN KASH WARREN LLP
2261 Market Street, Suite 606
San Francisco, California, 94114
Telephone: (415) 895-2940
Facsimile: (415) 895-2964
Email: 21-3073@cases.warrenlex.com
      jen@warrenkashwarren.com
      nicole@warrenlex.com
      francesca@warrenkashwarren.com

**Other:**
Denora Guevara
denora@warrenkashwarren.com

***Attorneys for Defendant and Counterclaimant Warzone.com, LLC***