Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
Nicole A. Bloomfield (State Bar No. 356757)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-3073@cases.warrenlex.com

*Attorneys for Defendant / Counterclaimant Warzone.com, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., | Case No. 2:21-cv-3073-FLA (JCx) |
| Plaintiff / Counterclaim Defendant, | Hon. Fernando L. Aenlle-Rocha |
| v. | **DECLARATION OF FRANCESCA M. S. GERMINARIO IN SUPPORT OF *EX PARTE* APPLICATION TO STRIKE ACTIVISION PUBLISHING, INC.'S IMPROPER *DAUBERT* CHALLENGES** |
| WARZONE.COM, LLC, | |
| Defendant / Counterclaimant. | |

Hearing Date:  March 21, 2025
Hearing Time:  1:30 p.m.
Courtroom:  6B
Pretrial Conference:  May 19, 2025
Trial:  May 27, 2025

I, Francesca Miki Shima Germinario, hereby declare under 28 U.S. § 1746:

1.    I am an attorney at Warren Kash Warren LLP, counsel of record for Defendant and Counterclaimant Warzone.com, LLC ("Warzone") in this matter.  I have personal knowledge of the matters stated below and if called as a witness, I could and would testify competently thereto.  I submit this declaration in support of *Ex Parte* Application to Strike Activision Publishing, Inc.'s Improper *Daubert* Challenges.

2.    I am an associate attorney at Warren Kash Warren LLP and I have had minimal experience with oral advocacy, due in part to constraints on courtroom proceedings imposed during the COVID-19 pandemic.

3.    Pursuant to the Court's standing order, it is my understanding that counsel of record for Activision is registered for electronic service, and is thus considered served once the *ex parte* application has been e-filed.  Shortly after filing, I will cause counsel of record for Activision to be notified that the opposition to this Application must be filed no later than twenty-four hours following such service.

4.    Attached as Exhibit 1 is a true and correct copy of an email thread between Jennifer Kash and Marc Mayer, dated March 11, 2025.  I additionally have personal knowledge of Ms. Kash's attempt to contact Mr. Mayer telephonically earlier that same day to meet and confer.

5.    Attached as Exhibit 2 is a true and correct copy of the Court's order at Docket No. 107 in *Monique Hesselbrock v. I.Q. Data Systems*, No. 23-2169 (C.D. Cal.), dated August 27, 2024.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on March 12, 2025 in San Francisco, California.

_____
Francesca M. S. Germinario