# EXHIBIT 1



## RE: [EXTERNAL] Activision v. Warzone: Notice of Ex Parte Application
1 message

**Mayer, Marc** <MEM@msk.com>   Tue, Mar 11, 2025 at 4:53 PM
To: Jen Kash <jen@warrenkashwarren.com>
Cc: "Edelstein, Lindsay" <lre@msk.com>, "Berkley, James" <JDB@msk.com>, "Lackman, Eleanor" <eml@msk.com>, "Activision Publishing, Inc. v. Warzone.com, LLC" <21-3073@cases.warrenlex.com>

Jen:

Thanks for your email.  We will oppose the application.



**Marc Mayer** | **Partner, through his professional corporation**

T: 310.312.3154 | marc.mayer@msk.com

**Mitchell Silberberg & Knupp LLP** | **www.msk.com**

2049 Century Park East, 18th Floor, Los Angeles, CA 90067

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

**From:** Jen Kash <jen@warrenkashwarren.com>
**Sent:** Tuesday, March 11, 2025 2:33 PM
**To:** Mayer, Marc <MEM@msk.com>
**Cc:** Edelstein, Lindsay <lre@msk.com>; Berkley, James <JDB@msk.com>; Lackman, Eleanor <eml@msk.com>; Activision Publishing, Inc. v. Warzone.com, LLC <21-3073@cases.warrenlex.com>
**Subject:** [EXTERNAL] Activision v. Warzone: Notice of Ex Parte Application

Marc,

I write to follow-up on my voicemail of 2:23 p.m. PT, providing notice under L.R. 7-19 that Warzone intends to file an ex parte application tomorrow, March 12, 2025, to strike the portions of Activision's Evidentiary Objections to Warzone's expert's reports and testimony on the grounds that such objections amount to improper motions to exclude.  We will request that the application be heard at the March 21, 2025 hearing on Activision's motion for summary judgment.  Please advise as to your position on this application.

Best,
Jen