# EXHIBIT 2

1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10

11    MONIQUE HESSELBROCK,                    Case No. 2:23-cv-02169-FLA (PVCx)

12                          Plaintiff,
                                              **ORDER DENYING WITHOUT**
13            v.                              **PREJUDICE DEFENDANT I.Q.**
                                              **DATA INTERNATIONAL, INC.'S**
14                                            **MOTION TO STRIKE PLAINTIFF'S**
      I.Q. DATA SYSTEMS, *et al.*,            **EXPERT DESIGNATION AND**
15                                            **REPORTS [DKT. 79]**
                            Defendants.
16

17

18

19

20

21

22

23

24

25

26

27

28

                                       1

1 **<u>ORDER</u>**

2       Before the court is Defendant I.Q. Data International, Inc.'s Motion to Strike

3 Plaintiff's Expert Designation and Reports ("Motion").  Dkt. 79-1.  Pursuant to this

4 court's Civil Trial Order, motions to exclude expert opinions should be made as

5 motions in limine and heard at the Final Pretrial Conference.  *See* Dkt. 38.  Each side

6 is limited to five motions in limine.  *Id.* at 9.  Accordingly, the Motion is DENIED

7 without prejudice.

8

9       IT IS SO ORDERED.

10

11 Dated: August 27, 2024

12

13                                         _____

14                                         FERNANDO L. AENLLE-ROCHA
                                        United States District Judge

2