UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., | Case No. 2:21-cv-3073-FLA (JCx) |
| Plaintiff / Counterclaim Defendant, | **[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION TO STRIKE ACTIVISION PUBLISHING, INC.'S IMPROPER *DAUBERT* CHALLENGES [DKT. 135]** |
| v. | |
| WARZONE.COM, LLC, | |
| Defendant / Counterclaimant. | |

On March 12, 2025, Defendant and Counterclaimant Warzone.com, LLC filed *Ex Parte* Application to Strike Activision Publishing, Inc.'s Improper *Daubert* Challenges.

The Court, having considered the *ex parte* Application, declaration in support, any opposition, and having heard oral argument, finds good cause for the entry of this Order. The Court hereby GRANTS the Application and STRIKES Section I.C (3:11 to 7:23), portions of Section II.A (9:1-19), and Sections II.C and II.D (17:9-21:13) of Evidentiary Objections of Activision Publishing, Inc., Docket No. 133-4.

IT IS SO ORDERED.

Date: _____

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge