UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WARZONE.COM, LLC,<br><br>　　　　Defendant. | CASE NO. 2:21-cv-3073-FLA (JCx)<br><br>[Judge Fernando L. Aenlle-Rocha]<br><br>**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION TO VACATE TRIAL-RELATED DEADLINES AND DATES**<br><br>Complaint Filed:　　Apr. 8, 2021<br>Counterclaim Filed:　June 8, 2021<br>Pretrial Conference: May 19, 2025, at 1:30 p.m.<br>Trial:　　　　　　May 27, 2025, at 8:15 a.m. |
| WARZONE.COM, LLC,<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>　　　　Counterclaim-Defendant. | |

**[PROPOSED] ORDER**

The Court has considered Activision Publishing Inc.'s *Ex Parte* Application to Vacate, or Alternatively, to Continue the Trial-Related Deadlines and Dates and finding good cause for the same, it is hereby ORDERED that all dates below are VACATED pending resolution of Activision's Motion for Summary Judgment, or Alternatively, Partial Summary Judgment on Counterclaims of Warzone.com LLC (ECF 112-134).

| Trial Filings (First Round) | 4/8/25 |
| Trial Filings (Second Round) | 4/22/25 |
| Final Pretrial Conference | 5/19/25 (at 1:30 p.m.) |
| Trial | 5/27/25 (at 8:15 a.m.) |

IT IS SO ORDERED.

Dated: _____       _____
Hon. Fernando L. Aenlle-Rocha
United States District Court Judge