Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
Nicole A. Bloomfield (State Bar No. 356757)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-3073@cases.warrenlex.com

*Attorneys for Defendant / Counterclaimant Warzone.com, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., <br><br>   Plaintiff / Counterclaim Defendant, <br><br> v. <br><br> WARZONE.COM, LLC, <br><br>   Defendant / Counterclaimant. | Case No. 2:21-cv-3073-FLA (JCx) <br><br> Hon. Fernando L. Aenlle-Rocha <br><br> **DECLARATION OF JENNIFER A. KASH IN SUPPORT OF WARZONE.COM, LLC'S OPPOSITION TO ACTIVISION PUBLISHING, INC.'S *EX PARTE* APPLICATION TO VACATE, OR ALTERNATIVELY, TO CONTINUE THE TRIAL-RELATED DEADLINES AND DATES PENDING A DECISION ON ACTIVISION'S MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, FOR PARTIAL SUMMARY JUDGMENT** <br><br> Complaint Filed: April 8, 2021 <br> Counterclaim Filed: June 8, 2021 <br> Pretrial Conference: May 19, 2025 <br> Trial: May 27, 2025 |

I, Jennifer A. Kash, hereby declare under 28 U.S. § 1746:

1.  I am a partner at Warren Kash Warren LLP, counsel of record for Defendant and Counterclaimant Warzone.com, LLC ("Warzone") in this matter. I have personal knowledge of the matters stated below and if called as a witness, I could and would testify competently thereto. I submit this declaration in support of Warzone.com, LLC's Opposition to Activision Publishing, Inc.'s ("Activision") *Ex Parte* Application to Vacate, or Alternatively, to Continue the Trial-Related Deadlines and Dates Pending a Decision on Activision's Motion for Summary Judgment, or Alternatively, for Partial Summary Judgment.

2.  Activision did not meet and confer about a regularly noticed motion regarding vacating all pretrial and trial dates prior to conferring on an emergency basis here. Instead, the day after the Court's order at Docket No. 137 taking under submission Activision's Motion for Summary Judgment, or Alternatively Partial Summary Judgment, counsel for Activision scheduled a meet and confer conference and requested that all dates be vacated. Warzone proposed multiple alternatives to vacating the entire trial schedule, including a stipulation to modestly adjust pretrial filing deadlines while maintaining the existing final pretrial conference and trial dates, with the understanding that the parties could later revisit whether a short continuance might be necessary. The central concern communicated to Activision was avoiding unnecessary emergency motion practice and proceeding, to the extent possible, in alignment with the Court's standing order and directives. Three days later, on March 24, Activision rejected this proposal over email correspondence, and filed its *ex parte* Application four hours later.

3.  I disagree with the characterization of the meet and confer between counsel included in the Declaration of Marc Mayer, Exhibit A, at Docket No. 138-1. In his Monday, March 24, 2025 email, Mr. Mayer stated that he was "under the clear impression from our call that while you did not have authority at that moment to consent to a continuance of the trial date, you were in agreement that it was in the interests of all parties to wait for a ruling on the pending motion before engaging in an intense pre-trial

preparation period over the next four to six weeks." Such statement does not accurately reflect the substance of the discussion. I did not agree nor suggest that it was in the interests of the parties to defer pretrial preparation or continue the trial date, indeed to the contrary, I expressly conveyed that delaying trial preparation would be significantly detrimental to Warzone and that Warzone intended to continue preparing in accordance with the current schedule.

4. Warzone will be prejudiced by an indeterminate schedule or indefinite continuance of the trial date, including for the reason that Warzone has expended resources in reliance upon the trial date of May 27, 2025. Warzone has secured these trial dates for its witnesses, including Mr. Ficker, who has made arrangements pertaining to his wedding in reliance on the operative trial date. Warzone has further expended resources preparing for trial, including preparation of pre-trial filings, review and compilation of trial exhibits, drafting motions *in limine* and proposed jury instructions, and committing resources to arranging trial support services and travel and accommodations for key personnel.

5. Attached as Exhibit 1 is a true and correct copy of Docket No. 85 in *Armen Ginoyan v. Barclays Bank Delaware*, No. 19-7240 (C.D. Cal.), dated January 6, 2021.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 25, 2025 in San Francisco, California.

Jennifer A. Kash