# EXHIBIT 1

Kristin L. Marker (State Bar No. 278596)
kmarker@qslwm.com
Quilling, Selander, Lownds,
Winslett & Moser P.C.
6900 N. Dallas Parkway, Suite 800
Plano, TX, 75024
(214) 560-5442
(214) 871-2111 Fax
**Counsel for Trans Union LLC**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMEN GINOYAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BARCLAYS BANK DELAWARE, TRANS UNION LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　Defendants. | Case No. 2:19-cv-07240-ODW-JPR<br><br>Honorable Otis D. Wright<br><br>**DEFENDANT TRANS UNION LLC'S EX PARTE APPLICATION TO STAY CASE, OR IN THE ALTERNATIVE, TO CONTINUE TRIAL DATE AND PRE-TRIAL DEADLINES PENDING RULING ON MOTION FOR SUMMARY JUDGMENT**<br><br>Pre-Trial Conference: February 1, 2021<br>Trial: March 9, 2021 |

Defendant Trans Union LLC ("Trans Union") hereby files its Ex Parte Application to Stay Case, or in the Alternative, to Continue Trial Date and Pre-Trial Deadlines Pending Ruling on Trans Union's Motion for Summary Judgment. This stay or, in the alternative, continuance, will allow the Court to issue a ruling on the currently pending Motion for Summary Judgment, which may dispose of all or of some of Plaintiff's claims against Trans Union. The ruling on the pending Motion will necessarily affect the parties' preparation and substantive content of the pre-trial submissions which are currently due on the same day as oral argument on the

Motion. Moreover, the Central District of California is currently not conducting jury trials in civil cases, so a request for a stay or continuance of the trial date is reasonable.

On January 4, 2021, Trans Union's counsel conferred with Plaintiff's counsel regarding this application and discussed the relief requested. Plaintiff's counsel indicated that he would not agree to such application and is opposed.

## APPLICATION

Plaintiff filed his Complaint on August 20, 2019 (ECF No. 1). On September 11, 2020, the parties participated in a settlement conference with Judge Rosenbluth, but were unable to resolve the matter. (ECF No. 74). Discovery was completed on November 9, 2020.

Trans Union filed its currently pending Motion for Summary Judgment (the "Motion") on November 30, 2020 (ECF No. 75), arguing that the undisputed material facts establish that Plaintiff Armen Ginoyan's claims under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq.* fail. The Motion is fully briefed and is currently set for oral argument on January 25, 2021 (ECF No. 83).

The Court issued a Scheduling and Case Management Order in this case, setting a Final Pretrial Conference on February 1, 2021, and setting a deadline of January 25, 2021 for filing of 1) Proposed Pretrial Conference Order, 2) Memoranda and Contentions of Fact and Law, 3) Joint Witness List, 4) Joint Exhibit List and Exhibit Stipulation, 5) Proposed Verdict Form(s), 6) Proposed Jury Instructions/Disputed Jury Instructions, 7) Proposed Voir Dire Questions, 8) Joint Statement of the Case, and 9) Joint Status Report regarding Settlement. (ECF No. 55). Pursuant to Local Rules and this Court's Order, each of these submissions require the parties to meet and confer, and reach agreements where possible regarding the substance of the submissions.

Good cause exists to stay the trial and the upcoming pre-trial deadlines, pending the resolution of the Motion for Summary Judgment. The ruling on the

Motion, which necessarily must occur subsequent to the January 25, 2021 hearing date, may dispose of all of Plaintiff's claims, or may dispose of some claims, if granted in part. Necessarily, preparation for trial, including preparation of pre-trial documents, will be dependent upon which of Plaintiff's claims survive summary judgment.

Both parties will incur significant time and expense over the coming weeks conferring about, drafting, and preparing the many pre-trial documents due for filing on January 25, 2021. If any of Plaintiff's claims are disposed of following the January 25, 2021 oral argument and the ruling on the Motion for Summary Judgment, then Trans Union and Plaintiff will have submitted pre-trial documents that include claims, issues of law, voir dire questions, jury instructions, and proposed verdict forms containing information that no longer was relevant to the viable claims. The pre-trial documents would need to be re-prepared and re-submitted to address only the claims that survive the Motion—assuming the Court would even permit amendment of the pre-trial submissions.

Moreover, a stay or in the alternative, continuance of the trial date and pre-trial deadlines is reasonable due to the current COVID-19 precautions in place in the state of California and specifically the city of Los Angeles. In particular, General Order of the Chief Judge No. 20-09 issued on August 6, 2020, and General Order No. 20-15 issued on November 25, 2020, state that no jury trials are being conducted in civil cases. *See* General Order No. 20-09; General Order No. 20-15. Trans Union will of course comply with the pre-trial preparation deadlines and obligations of this Court, however on the grounds of the General Orders in addition to the currently pending Motion for Summary Judgment, asserts that a stay is warranted and appropriate.

In the interests of economy and efficiency, and to avoid submission of documents containing irrelevant information and/or potential duplication of efforts, Trans Union requests that the Court stay Trial, the Final Pretrial Conference, and the

related pre-trial deadlines, pending the resolution of the Motion for Summary Judgment. Alternatively, Trans Union requests that the Court grant a continuance of Trial, the Final Pretrial Conference, and related pre-trial deadlines, to allow sufficient time for a ruling on the Motion for Summary Judgment. Either way, the parties would then be able to prepare for trial, including submission of pre-trial documents, that properly relate only to the surviving claims. This would help avoid unnecessary effort and costs for Trans Union and Plaintiff, and would prevent the waste of judicial resources regarding resolution of issues related to pre-trial submissions that included claims that had been resolved via dispositive motion.

### III. CONCLUSION

For the above-mentioned reasons, Defendant Trans Union LLC respectfully requests that the Court grant this application and issue a temporary stay on all pre-trial deadlines in this action pending a ruling on Defendant Trans Union LLC's Motion for Summary Judgment. In the alternative, Trans Union respectfully requests that the Court grant this application and continue all pre-trial deadlines in this action, to allow time for a ruling on the pending Motion for Summary Judgment.

DATED: January 6, 2021

QUILLING SELANDER LOWNDS
WINSLETT & MOSER, P.C.

By: */s/ Kristin L. Marker*
Kristin L. Marker
Counsel for Trans Union LLC

4

# CERTIFICATE OF SERVICE

**STATE OF TEXAS, COUNTY OF COLLIN**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Collin, State of Texas. My business address is 6900 N. Dallas Parkway, Suite 800, Plano, TX 75024.

On January 6, 2021, I served true copies of the following document(s) described as **DEFENDANT TRANS UNION LLC'S EX PARTE APPLICATION TO STAY CASE, OR IN THE ALTERNATIVE, TO CONTINUE TRIAL DATE AND PRE-TRIAL DEADLINES PENDING RULING ON MOTION FOR SUMMARY JUDGMENT** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING**: I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 6, 2021, at Plano, Texas.

*/s/ Kristin L. Marker*
Kristin L. Marker

5

## SERVICE LIST

Youssef H. Hammoud
youssef@pricelawgroup.com
Lauren Tegan Rodkey
tegan@pricelawgroup.com
Price Law Group, APC
6345 Balboa Boulevard, Suite 247
Encino, CA 91316
(818) 600-5596
(818) 600-5426 Fax
**Counsel for Plaintiff**