UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC.,<br><br>   Plaintiff / Counterclaim Defendant,<br><br>   v.<br><br>WARZONE.COM, LLC,<br><br>   Defendant / Counterclaimant. | Case No. 2:21-cv-3073-FLA (JCx)<br><br>**[PROPOSED] ORDER DENYING ACTIVISION'S *EX PARTE* APPLICATION [DKT. 138]** |

     On March 24, 2025, Plaintiff and Counterclaim Defendant Activision Publishing, Inc. ("Activision") filed an *ex parte* application to Vacate or Alternatively, to Continue the Trial-Related Deadlines and Dates Pending A Decision on Activision's Motion for Summary Judgment, or Alternatively, for Partial Summary Judgment.

     The court, having considered Activision's application and Warzone.com, LLC's briefing in opposition, hereby DENIES Activision's application.

     IT IS SO ORDERED.

Date: _____                             _____

                                                                                        FERNANDO L. AENLLE-ROCHA<br>                                                                                         United States District Judge