UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., <br><br>               Plaintiff, <br><br>v. <br><br>WARZONE.COM, LLC, <br><br>               Defendant. | Case No. 2:21-cv-03073-FLA (JCx) <br><br>**ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION TO VACATE THE FINAL PRETRIAL CONFERENCE, TRIAL DATE, AND RELATED DEADLINES** <br>**[DKT. 138]** |

1. The court, having considered Plaintiff/Counterclaim-Defendant Activision Publishing, Inc's ("Activision") opposed *ex parte* application, Dkt. 138, and finding good cause therefor, hereby ORDERS as follows:

   1. The final pretrial conference, trial date, and all deadlines relating thereto are VACATED pending decision on Activision's motion for summary judgment.  Dkt. 112.

   IT IS SO ORDERED.

Dated: March 25, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge