Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
Nicole Bloomfield (SBN 356757)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-3073@cases.warrenlex.com

*Attorneys for Defendant / Counterclaimant
Warzone.com, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC.,<br><br>　　Plaintiff / Counterclaim Defendant<br><br>v.<br><br>WARZONE.COM, LLC,<br><br>　　Defendant / Counterclaimant. | CASE NO. 2:21-cv-3073-FLA (JCx)<br><br>**JOINT REQUEST FOR DECISION PURSUANT TO LOCAL RULE 83-9.2** |

# JOINT REQUEST PURSUANT TO LOCAL RULE 83-9.2

In compliance with the Duty of Counsel set forth in Local Rule 83-9.2, counsel of record for Defendant and Counterclaimant Warzone.com, LLC ("Warzone.com") and Plaintiff and Counterclaim Defendant Activision Publishing, Inc. ("Activision") hereby respectfully submit the following joint request that the Court render and file its decision on Activision's Motion for Summary Judgment or, Alternatively, Partial Summary Judgment On Counterclaims of Warzone.com (Docket No. 112) ("Motion for Summary Judgment"):

WHEREAS, on February 14, 2025, Activision filed its Motion for Summary Judgment (Docket No. 112);

WHEREAS, on March 1, 2025, Warzone.com filed its Opposition to the Motion for Summary Judgment (Docket No. 126);

WHEREAS, on March 7, 2025, Activision filed its Reply Memorandum in Support of Motion of its Motion for Summary Judgment (Docket No. 133);

WHEREAS, on March 18, 2025, the Court took the Motion for Summary Judgment under submission (Docket No. 137);

WHEREAS, the Court has not yet rendered and filed its decision on Activision's Motion for Summary Judgment;

NOW, THEREFORE, pursuant to the Duty of Counsel set forth in Local Rule 83-9.2, counsel for the parties hereby file this joint request that decision on Plaintiff's Motion for Summary Judgment "be made without further delay."

Date: July 9, 2025

/s/ Marc. E. Mayer

Marc E. Mayer (SBN 190969)
Karin G. Pagnanelli (SBN 174763)
Alexandra L. Anfuso (SBN 333440)
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor

Respectfully submitted,

Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario
(State Bar No. 326308)
Nicole A. Bloomfield (State Bar No. 356757)
WARREN KASH WARREN LLP
2261 Market Street, No. 606

Los Angeles, CA 90067-3120  
Telephone: (310) 312-2000  
Facsimile: (310) 312-3100  
mem@msk.com  
kgp@msk.com  
ala@msk.com  

Lindsay Edelstein (*pro hac vice*)  
MITCHELL SILBERBERG & KNUPP LLP  
437 Madison Ave., 25th Floor  
New York, New York 10022-7001  
Telephone: (212) 509-3900  
Facsimile: (212) 509-7239  
lre@msk.com  

*Attorneys for Activision Publishing, Inc.*

San Francisco, California, 94114  
+1 (415) 895-2940  
+1 (415) 895-2964 facsimile  
21-3073@cases.warrenlex.com  

*Attorneys for Defendant /  
Counterclaimant Warzone.com, LLC*

## **SIGNATURE ATTESTATION**

Under Local Rule 5-4.3.4(a)(2)(i), I attest that I have obtained concurrence in the filing of this document from the other signatories.

Date: July 9, 2025

_____  
Francesca M. S. Germinario