UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:21-cv-03073-FLA (JCx) | Date | July 25, 2025 |
|---|---|---|---|
| Title | Activision Publishing, Inc. v. Warzone.com, LLC | | |

| Present: The Honorable | FERNANDO L. AENLLE-ROCHA, UNITED STATES DISTRICT JUDGE |
|---|---|
| T. Freeman | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** **ORDER REGARDING JOINT REQUEST FOR DECISION [DKT. 141]**

On February 14, 2025, Plaintiff and Counter-Defendant Activision Publishing, Inc. ("Activision") filed a Motion for Summary Judgment (the "Motion"). Dkt. 112. The court took the Motion under submission on March 18, 2025. Dkt. 137. On July 9, 2025, the parties filed a Joint Request for Decision Pursuant to Local Rule 83-9.2. Dkt. 141.

Courts in this district are exceedingly busy, with 682 weighted filings (and 582 civil weighted filings) per Judgeship as of September 30, 2024, which is the tenth highest in the nation. *United States District Courts – National Judicial Caseload Profile*, https://www.uscourts.gov/sites/default/files/2024-12/fcms_na_distprofile0930.2024.pdf. Further, the Judicial Conference has recommended Congress authorize twelve additional district court judgeships for the Central District of California in light of the number of weighted case filings, the complexity of matters filed in this court, and the population of this district. *Judiciary Seeks 71 Judgeships to Meet Growing Caseloads*, United States Courts (Mar. 11, 2025), https://www.uscourts.gov/data-news/judiciary-news/2025/03/11/judiciary-seeks-71-judgeships-meet-growing-caseloads. This is the highest number of recommended additional judgeships of any district in the country. *See id.*

This court has a significant number of parties in criminal and civil cases awaiting trial, some of whom are in custody. In issuing its rulings on motions, the court considers factors including whether the action is criminal or civil, the custody status of the defendant, the age of the action and any pending motion(s), the specific needs of each case, and the urgency of the requested relief.

/ / /

/ / /

/ / /

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:21-cv-03073-FLA (JCx) | Date | July 25, 2025 |
| Title | Activision Publishing, Inc. v. Warzone.com, LLC | | |

Pursuant to Local Rules 83-9.3, the court informs the parties that it will render a ruling on the Motion by November 21, 2025.

IT IS SO ORDERED.

        _____ : _____

Initials of Preparer    tf