Matthew S. Warren (State Bar No. 230565)
Francesca M. S. Germinario (State Bar No. 326208)
21-3073@cases.warrenlex.com
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for Defendant / Counterclaimant Warzone.com, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC.,<br><br>   Plaintiff / Counterclaim Defendant<br><br>v.<br><br>WARZONE.COM, LLC,<br><br>   Defendant / Counterclaimant. | CASE NO. 2:21-cv-3073-FLA (JCx)<br><br>**NOTICE OF APPEARANCE OF MATTHEW S. WARREN FOR WARZONE.COM, LLC** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Matthew S. Warren, an attorney admitted to practice before this Court and an attorney at Warren Kash Warren LLP, 2261 Market Street, No. 606, San Francisco, California, 94114, appears as counsel for Warzone.com, LLC. This filing constitutes his first appearance in this case. Other members of the firm have previously appeared. Please serve all pleadings, correspondence, and other materials on Mr. Warren at the above address.

Date: October 17, 2025                                    Respectfully submitted,

_____
Matthew S. Warren (State Bar No. 230565)
WARREN KASH WARREN LLP

– 1 –
NOTICE OF APPEARANCE OF MATTHEW S. WARREN FOR WARZONE.COM, LLC

2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-3073@cases.warrenlex.com

*Attorneys for Defendant /
Counterclaimant Warzone.com, LLC*