Martin E. Estrada (SBN 223802)
martin.estrada@mto.com
Blanca Fromm Young (SBN 218533)
blanca.young@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Marc E. Mayer (SBN 190969)
mem@msk.com
Karin G. Pagnanelli (SBN 174763)
kgp@msk.com
Alexandra L. Anfuso (SBN 333440)
ala@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Lindsay Edelstein (*pro hac vice*)
lre@msk.com
MITCHELL SILBERBERG & KNUPP LLP
437 Madison Ave., 25th Floor
New York, New York 10022-7001
Telephone: (212) 509-3900
Facsimile: (212) 509-7239

*Attorneys for Plaintiff and Counterclaim-Defendant Activision Publishing, Inc.*

Matthew S. Warren (State Bar No. 230565)
Francesca M. S. Germinario
(State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-3073@cases.warrenlex.com

*Attorneys for Defendant and Counterclaimant Warzone.com, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., <br><br> Plaintiff / Counterclaim Defendant <br><br> v. <br><br> WARZONE.COM, LLC, <br><br> Defendant / Counterclaimant. | CASE NO. 2:21-cv-3073-FLA (JCx) <br><br> **JOINT STIPULATION REQUESTING AN EXTENSION OF SEALING DEADLINE** |

Plaintiff and Counterclaim-Defendant Activision Publishing, Inc. ("Activision") and Defendant and Counterclaimant Warzone.com, LLC ("Warzone") enter into this Joint Stipulation Requesting an Extension of Sealing Deadline based on the following facts:

WHEREAS, on October 6, 2025, the Court ordered the parties to file documents in support of sealing by October 20, 2025 (Docket No. 147);

WHEREAS, the parties have met and conferred and agreed on a mechanism for exchanging redacted versions of documents containing both Activision and Warzone confidential information, and are cooperating to implement their agreement;

WHEREAS, despite their cooperation, the parties will not be able to complete this process in time to file documents in support of sealing by October 20, 2025;

WHEREAS, the parties therefore agree that good cause exists to continue the deadline to file documents in support of sealing by one week, to October 27, 2025;

WHEREAS, this is the parties' first request for a continuance of the deadline set forth in the Court's order, Docket No. 147;

WHEREAS, this extension will not affect any other deadlines in this matter;

NOW THEREFORE, the parties hereby stipulate and agree to request that the Court extend the October 20, 2025 deadline to file documents in support of sealing by one week, to October 27, 2025.

IT IS SO STIPULATED.

Date: October 17, 2025

 /s/ Martin E. Estrada
Martin E. Estrada (SBN 223802)
martin.estrada@mto.com
Blanca Fromm Young (SBN 218533)
blanca.young@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Marc E. Mayer (SBN 190969)
mem@msk.com
Karin G. Pagnanelli (SBN 174763)

Respectfully submitted,

Matthew S. Warren (State Bar No. 230565)
Francesca M. S. Germinario
(State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-3073@cases.warrenlex.com

*Attorneys for Defendant /
Counterclaimant Warzone.com, LLC*

kgp@msk.com
Alexandra L. Anfuso (SBN 333440)
ala@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Lindsay Edelstein (pro hac vice)
MITCHELL SILBERBERG & KNUPP LLP
437 Madison Ave., 25th Floor
New York, New York 10022-7001
Telephone: (212) 509-3900
Facsimile: (212) 509-7239
lre@msk.com

*Attorneys for Activision Publishing, Inc.*

## SIGNATURE ATTESTATION

Under Local Rule 5-4.3.4(a)(2)(i), I attest that I have obtained concurrence in the filing of this document from the other signatories.

Date: October 17, 2025                              _____
                                                                    Matthew S. Warren