Matthew S. Warren (State Bar No. 230565)
Francesca M. S. Germinario (State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-3073@cases.warrenlex.com

*Attorneys for Defendant and
Counterclaimant Warzone.com, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., <br><br>   Plaintiff / Counterclaim Defendant <br><br> v. <br><br> WARZONE.COM, LLC, <br><br>   Defendant / Counterclaimant. | CASE NO. 2:21-cv-3073-FLA (JCx) <br><br> **DECLARATION OF FRANCESCA M. S. GERMINARIO IN SUPPORT OF JOINT STIPULATION REQUESTING AN EXTENSION OF SEALING DEADLINE** |

I, Francesca Miki Shima Germinario, hereby declare under 28 U.S. § 1746:

1. I am an attorney at Warren Kash Warren LLP, counsel for Defendant and Counterclaimant Warzone.com, LLC ("Warzone") in this matter. I submit this declaration in support of the Joint Stipulation Requesting an Extension of Sealing Deadline.

2. On October 6, the Court ordered the parties to provide additional material in support of sealing by October 20, 2025. Warzone began reviewing the documents filed under seal and preparing a declaration from its corporate representative in support of sealing the Warzone information sought to be sealed.

3. During this review, Warzone realized that some documents included information that both parties designated Highly Confidential—Attorneys' Eyes Only.

– 1 –

Under the governing protective order, these documents are not available to party "officers, directors, and employees (including House Counsel)." Docket No. 39 ¶ 7.2. Warzone thus sought a mechanism by which its declarant could review these documents without violating the protective order.

4. Counsel for Warzone and counsel for Plaintiff and Counterclaim-Defendant Activision Publishing, Inc. have worked together cooperatively to resolve this issue, which also affects Activision. Counsel have agreed to exchange redacted versions of these documents so that each declarant can provide support for any sealing without viewing the other party's confidential information.

5. The parties were not able to complete this process by October 20, but can do so by October 27, 2025.

6. Accordingly, the parties have agreed, subject to Court approval, that "good cause" exists to extend the October 20 deadline by one week, to October 27, 2025.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 17, 2025.

_____
Francesca M. S. Germinario