UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC.,<br><br>  Plaintiff / Counterclaim Defendant,<br><br>v.<br><br>WARZONE.COM, LLC,<br><br>  Defendant / Counterclaimant. | Case No. 2:21-cv-3073-FLA (JCx)<br><br>**[PROPOSED] ORDER GRANTING THE PARTIES JOINT STIPULATION REQUESTING AN EXTENSION OF SEALING DEADLINE** |

On October 17, 2025, the Parties filed a Joint Stipulation Requesting an Extension of Sealing Deadline requesting that the Court extend the October 20, 2025 deadline to file documents in support of sealing by one week, to October 27, 2025.

The court, having considered the Parties' stipulation and finding good cause therefor, hereby GRANTS the Parties' stipulation.

IT IS SO ORDERED.

Date: _____                    _____

                                    FERNANDO L. AENLLE-ROCHA
                                    United States District Judge