UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>WARZONE.COM, LLC,<br><br>    Defendant.<br><br>WARZONE.COM, LLC,<br><br>    Counterclaimant,<br><br>    v.<br><br>ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>    Counterclaim-Defendant. | CASE NO. 2:21-cv-3073-FLA (JCx)<br><br>[Judge Fernando L. Aenlle-Rocha]<br><br>**[PROPOSED] ORDER GRANTING RENEWED APPLICATION OF ACTIVISION PUBLISHING, INC. FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL**<br><br>Complaint Filed:      April 8, 2021<br>Counterclaim Filed:  June 8, 2021 |

**[PROPOSED] ORDER**

# [PROPOSED] ORDER

The Court, having considered Activision Publishing, Inc.'s ("Activision") Renewed Application for Leave to File Certain Documents Under Seal (the "Renewed Application"), hereby authorizes Activision to file certain documents in support of Activision's Motion for Summary Judgment or, Alternatively, for Partial Summary Judgment, under seal as proposed in Activision's Renewed Application.

IT IS SO ORDERED.

Dated: _____     _____
Hon. Fernando L. Aenlle-Rocha
United States District Court Judge