MARC E. MAYER (SBN 190969)
  mem@msk.com
LINDSAY R. EDELSTEIN (*pro hac vice*)
  lre@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Activision Publishing, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>WARZONE.COM, LLC,<br><br>    Defendant. | CASE NO. 2:21-cv-3073-FLA (JCx)<br><br>[Judge Fernando L. Aenlle-Rocha]<br><br>**NOTICE OF LODGING**<br><br>(Declaration of Zachary Byer and [Proposed] Order filed concurrently herewith)<br><br>Complaint Filed:   Apr. 8, 2021<br>Counterclaim Filed:   June 8, 2021 |
| WARZONE.COM, LLC,<br><br>    Counterclaimant,<br><br>  v.<br><br>ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>    Counterdefendant. | |

Mitchell Silberberg & Knupp LLP

21138235.2

**NOTICE OF LODGING**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff/Counterclaim-Defendant Activision Publishing, Inc. ("Activision") hereby lodges the following documents pursuant to its renewed Application to Seal:

- Exhibits 80, 83, 84, and 85 to the Declaration of Marc E. Mayer (Dkt. 111-5).
- The Declaration of Carolyn Wang (Dkt. 111-3) and Exhibit A attached thereto.
- The Declaration of Terry Kiel (Dkt. 111-4) and Exhibits A-C attached thereto.
- Activision's Memorandum of Points and Authorities (Dkt. 111-1) and Separate Statement of Undisputed Facts (Dkt. 111-2).

For the Court's convenience, those portions of the foregoing documents that Activision requests be filed under seal (and redacted in the versions filed on the public docket) are highlighted in yellow.

DATED: October 27, 2025

MARC E. MAYER
LINDSAY R. EDELSTEIN
MITCHELL SILBERBERG & KNUPP LLP

By: */s/ Marc E. Mayer*
Marc E. Mayer (SBN 190969)
Attorneys for Activision Publishing, Inc.