Matthew S. Warren (State Bar No. 230565)
Francesca M. S. Germinario (State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-3073@cases.warrenlex.com
*Attorneys for Defendant / Counterclaimant Warzone.com, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., | Case No. 2:21-cv-3073-FLA (JCx) |
| Plaintiff / Counterclaim Defendant, | Hon. Fernando L. Aenlle-Rocha |
| v. | **PROOF OF SERVICE** |
| WARZONE.COM, LLC, | |
| Defendant / Counterclaimant. | |

I, Francesca M. S. Germinario, declare as follows under 28 U.S.C. § 1746:

I am an attorney at Warren Kash Warren LLP. My business address is 2261 Market Street, No. 606, San Francisco, California, 94114. I certify that, on October 27, 2025, I caused to be served true and correct copies of the Declaration of Randy Ficker in Support of Application for Leave to File Under Seal Certain Documents and Sealed Exhibits 32, 35, 36, 39, 52-56, 60, 61, 70-72, 83, 84, and 151 on counsel for plaintiff and counterclaim defendant Activision Publishing, Inc.:

Martin E. Estrada
Blanca Fromm Young
Munger, Tolles & Olson LLP
560 Mission Street, 27th Floor
San Francisco, California 94105

Marc Mayer
Lindsay Edelstein
Alex Anfuso
Andrew Nietes
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, California, 90067

by electronic mail to the addresses of record:  martin.estrada@mto.com,

blanca.young@mto.com, mem@msk.com, lra@msk.com, ala@msk.com, afn@msk.com.

I declare under penalty of perjury that the foregoing is true and correct.  Executed

on October 27, 2025 in San Francisco, California.

Francesca M. S. Germinario

– 2 –