UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., <br><br> Plaintiff, <br><br> v. <br><br> WARZONE.COM, LLC, <br><br> Defendant. | Case No. 2:21-cv-03073-FLA (JCx) <br><br> **ORDER DENYING *EX PARTE* APPLICATION TO CONTINUE TRIAL AND PRETRIAL DATES AND DEADLINES [DKT. 157]** |

On February 14, 2025, Plaintiff and Counterclaim-Defendant Activision Publishing, Inc. ("Plaintiff") filed a Motion for Summary Judgment ("Motion") as to Defendant and Counterclaimant Warzone.com, LLC's counterclaims. Dkt. 112. On July 9, 2025, the parties submitted a joint request for a ruling on the Motion, pursuant to Local Rule 83-9.2. Dkt. 141. On January 2, 2026, the court docketed its Order denying the Motion and set trial for March 10, 2026. Dkt. 156. On January 8, 2026, the parties filed a stipulation, styled as a "Joint *Ex Parte* Application for a Trial Continuance" (the "Stipulation"), to continue trial to May 18, 2026, as well as related dates and deadlines. Dkt. 157.

///

1

The parties argue key trial participants have preexisting conflicts with the trial date. In support of their request, the parties list trial dates and deadlines currently scheduled for witnesses and attorneys who have purported conflicts, but do not state how long those actions have been pending, whether they expect to request a continuance in any of those actions, the number of continuances already granted, whether the witnesses' dates of testimony are immutable, whether the actions are likely to go to trial on the scheduled dates, and whether the actions are expected to be resolved before adjudication. Indeed, upon review, it appears none of the trials with which the parties claim to have conflicts are likely to go to trial as scheduled.[1]

---

[1] The parties make the following claims regarding conflicts. Matthew Ezell, one of Plaintiff's expert witnesses, is scheduled to serve as an expert witness in a trial pending before this court on March 10, 2026, in *Foster v. Puma N. Am., Inc.*, Case No. 2:23-cv-09372-FLA (SKx) (the *Foster* Action"). Dkt. 157 at 5. The court recently vacated trial and pretrial dates and deadlines in the *Foster* Action. Dkt. 247. Christian Tregillis ("Tregillis"), Defendant's damages expert, is expected to testify at four trials currently scheduled to begin between February 23, 2026, and March 17, 2026. Dkt. 157 at 6. The parties provide case information for only two of those actions, *Kaisha v. Rorze Corporation*, Case No. 5:22-cv-04947-PCP (N.D. Cal.), and *ConsumerDirect, Inc. v. Pentius, LLC*, Case No. 8:21-cv-01968-JVS (ADSx) (C.D. Cal.). *Id.* Neither of these cases has trial dates that conflict with trial in this action. The parties assert that one of Plaintiff's trial counsel, Blanca Young ("Young"), is lead trial counsel for Pacific Gas & Electric Company ("PG&E") in a jury trial scheduled to begin on March 16, 2026, before the San Francisco County Superior Court. Dkt. 157 at 6. While the parties do not provide the case name or number, an action styled *Dilley v. PG&E Corporation*, Case No. CGC23607138, currently pending before the San Francisco County Superior Court, lists Young as counsel for PG&E and has a pending motion to reopen fact discovery and continue trial to September 2026. The motion was filed by Young on December 19, 2025. *Dilley*, Case No. CGC23607138, Transaction ID 78049298 (Dec. 19, 2025). The parties further state Young is trial counsel for Netflix, Inc., in an action pending before the United States District Court for the District of Delaware, scheduled to begin on April 24, 2026. Dkt. 157 at 6. While the parties do not provide the case name or number, an action styled *Williams v. Netflix, Inc.*, Case No. 1:22-cv-01132-CFC (EGTx) (D. Del.) ("*Williams* Action"), listing Young as counsel for Netflix, has a pending motion for summary judgment, which is not yet fully briefed. *See* Dkts. 244 (motion for

1  Additionally, none of the listed trials are older than this action, which was filed on
2  April 8, 2021.[2] Any scheduling conflicts with deadlines in other cases should be
3  resolved in favor of the earlier-filed case.
4       As the parties know, courts in this district are exceptionally busy. As of
5  September 30, 2025, this district has the tenth busiest docket, when adjusted for case
6  complexity and weighted by the number of judges on the bench. *See* United States
7  Courts, *Federal Court Management Statistics – Profiles*, *available at*
8  https://www.uscourts.gov/sites/default/files/document/
9  fcms_na_distprofile0930_2025.pdf. (September 30, 2025). Since this action was filed
10  in early 2021, the number of total filings in this district has increased annually by
11  19.7% (2021), 30.3% (2022), 18.5% (2023), and 9.1% (2024), despite no increase in
12  the number of judgeships allocated to the district. *Id.* The court, therefore, has little
13  room on its docket to continue cases this old, given the number of other criminal and
14  civil actions pending, especially where the parties ask the court to prioritize ruling on

---

summary judgment), 328 (ordering additional briefing). Accordingly, the court cannot determine whether trial in that action will begin on the stated date. Even if trial were to begin on that date, the trial in the instant action will be completed in March 2026, and will not conflict with the *Williams* Action. Plaintiff's counsel, E. Martin Estrada ("Estrada"), states he has a one-week trial on behalf of the City of Norfolk ("Norfolk") scheduled for February 3, 2026, in the United States District Court for the Eastern District of Virginia. Dkt. 157 at 6. While the case name and number are not provided, an action styled *Schmidt v. City of Norfolk*, 2:24-cv-00621-MSD (RJKx) (E.D. Va.) ("*Schmidt*"), listing Estrada as counsel for Norfolk, has a pending motion for summary judgment, and the magistrate judge overseeing the action, who apparently was to preside over the final pretrial conference, was recused on November 10, 2025. *Schmidt*, Dkts. 112 (motion for summary judgment), 178 (recusal order). Further, a one-week trial beginning on February 3, 2026, will not conflict with trial in the instant action, which will not commence until March 17, 2026.

[2] The only other 2021 action listed is *ConsumerDirect, Inc.*, Case No. 8:21-cv-01968-JVS (ADSx), filed on December 1, 2021. The only witness involved in that action is Tregillis, whose testimony can be accommodated in both actions as needed.

a pending motion at the expense of other cases with pending motions, where parties are similarly waiting but do not request such prioritization. The court's calendar has been cleared to try this action and, but for the accommodation made below, the parties should expect no further continuance and be prepared to commence trial as ordered herein.

The court, having considered the parties' Stipulation and finding it lacks good cause, hereby DENIES the Stipulation. As a courtesy, the court modifies the remaining schedule and ORDERS as follows:

1. Trial is CONTINUED from March 10, 2026, to March 17, 2026, at 8:15 a.m.
2. The final pretrial conference is CONTINUED from February 27, 2026, to March 6, 2026, at 1:30 p.m.
3. The deadline for the first round of trial filings, including motions in *limine*, *see* Dkt. 70 at 3, is CONTINUED from January 23, 2026, to February 6, 2026.
4. The deadline for the second round of trial filings, *see id.*, is CONTINUED from February 6, 2026, to February 20, 2026.

IT IS SO ORDERED.

Dated: January 9, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge