UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>WARZONE.COM, LLC,<br><br>  Defendant.<br><br>WARZONE.COM, LLC,<br><br>  Counterclaimant,<br><br>  v.<br><br>ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>  Counterclaim-Defendant. | CASE NO. 2:21-cv-3073-FLA (JCx)<br><br>[Judge Fernando L. Aenlle-Rocha]<br><br>**[PROPOSED] ORDER GRANTING RENEWED APPLICATION OF ACTIVISION PUBLISHING, INC. FOR LEAVE TO FILE UNDER SEAL CERTAIN DOCUMENTS FILED IN CONNECTION WITH ITS REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, FOR PARTIAL SUMMARY JUDGMENT**<br><br>Complaint Filed:    April 8, 2021<br>Counterclaim Filed:  June 8, 2021 |

**[PROPOSED] ORDER**

**[PROPOSED] ORDER**

The Court, having considered Activision Publishing, Inc.'s ("Activision") Renewed Application for Leave to File Under Seal Certain Documents Filed in Connection with Activision's Reply in Support of its Motion for Summary Judgment or, Alternatively, for Partial Summary Judgment (the "Renewed Application"), hereby authorizes Activision to file certain documents in support of Activision's Motion for Summary Judgment or, Alternatively, for Partial Summary Judgment, under seal as proposed in Activision's Renewed Application.

IT IS SO ORDERED.

Dated: _____          _____
                                      Hon. Fernando L. Aenlle-Rocha
                                      United States District Court Judge