Jennifer A. Kash (State Bar No. 203679)
jkash@bdiplaw.com
Francesca M.S. Germinario (State Bar No. 326208)
fgerminario@bdiplaw.com
BUNSOW DE MORY LLP
701 El Camino Real,
Redwood City, CA 94063
Tel: (650) 351-7248
Fax: (415) 426-4744

*Attorneys for Defendant / Counterclaimant Warzone.com, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., | Case No. 2:21-cv-3073-FLA (JCx) |
| Plaintiff / Counterclaim Defendant, | **RENEWED APPLICATION FOR LEAVE TO FILE UNDER SEAL CERTAIN DOCUMENTS REGARDING WARZONE'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| WARZONE.COM, LLC, | |
| Defendant / Counterclaimant. | |

Defendant and Counterclaimant Warzone.com, LLC respectfully submits this renewed application for leave to file under seal pursuant to the Court's December 19, 2025 Order and pursuant to Federal Rule of Civil Procedure 26(c) and Civil L.R. 79-5.2.2(b) to file under seal portions of Warzone.com, LLC's Opposition to Motion of Activision Publishing, Inc. for Summary Judgment or, Alternatively, Partial Summary Judgment on the Counterclaims of Warzone.com, LLC, declarations thereto, and certain exhibits thereto.

## ARGUMENT

### I.   Compelling Reasons Must Exist For Sealing the Material Sought to Be Sealed

Applications for leave to file under seal may be made under the "compelling reasons" standard at the summary judgment stage.  Unlike with non-dispositive motions, "to retain any protected status for documents attached to a summary judgment motion, the proponent must meet the 'compelling reasons' standard and not the lesser 'good cause' determination." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1177 (9th Cir. 2006), quoting *Foltz v. State Farm Mutual Auto. Insurance Company*, 331 F.3d 1122, 1135 (9th Cir.2003).  Compelling reasons have been found where a court record could "gratify private spite or promote public scandal," or be used as "sources of business information that might harm a litigant's competitive standing." *Ctr. for Auto Safety*, 809 F.3d at 1097 (citing *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598-99 (1978)). Sensitive business and financial documents are recognized as likely to be used for improper purposes and "cause competitive harm to a business." *Apple Inc. v. Samsung Elecs. Co.*, 727 F.3d 1214, 1221 (Fed. Cir. 2013) (internal quotation marks and citations omitted).

Warzone.com, LLC accordingly moves to file its own documents under seal, and provide Activision the opportunity to attest to the potential for harm to their business and financial interests should the information sought to be sealed be filed publicly.

## II.    Compelling Reasons Exist to Seal the Information Produced by Warzone

Documents filed in support of Warzone's Opposition to Activision's Motion for Summary Judgment, or Alternatively, Partial Summary Judgment,  contain sensitive financial information regarding Warzone's monthly users, revenues, and tax information.  Such financial records have consistently been held to warrant sealing.  The Declaration of Randy Ficker, submitted concurrently herewith and filed under seal, provides evidentiary support for sealing the limited portions of the documents at issue.  Mr. Ficker explains that the information sought to be sealed reflects Warzone's proprietary and confidential business material, and that public disclosure would result in specific and substantial competitive harm to Warzone by exposing internal financial metrics and strategic planning to competitors and the public.

Warzone seeks to seal discrete portions of documents describing its financial performance and internal projections.  Public disclosure of this information would expose sensitive financial data that could be leveraged by competitors to Warzone's detriment.  *Apple Inc. v. Samsung Elecs. Co.*, 727 F.3d 1214, 1221 (Fed. Cir. 2013).  Moreover, certain portions of the communications at issue reference discussions with legal counsel, which are independently protected and properly sealed.  Furthermore, portions of these chats contain reference to discussions with legal counsel, which are properly sealed and should remain inaccessible in this matter and in matters outside of this litigation.

Because the materials at issue are narrowly tailored, non-public, and their disclosure would pose a concrete risk of competitive and legal harm, the public interest in access does not outweigh Warzone's interest in confidentiality under these circumstances.  Warzone therefore respectfully requests that the Court grant its application to seal the limited materials identified below.

## III.    Warzone Moves to Submit the Following Documents Under Seal

Warzone's application for leave to file under seal includes the following documents:[1]

| Dkt. No. | Document | Portion to be Sealed |
|---|---|---|
| 124-1 | Warzone's Opposition to Activision's Motion for Summary Judgment | Highlighted Portions |
| 124-3 | Statements of Genuine Disputes of Fact | Highlighted Portions |
| 124-5 | Expert Report of Bo Geddes | Paragraphs 81, 82, 85, 87, 89, 90, fn. 41, 98-100, 108, n. 45, 109, n. 49, 112, 122, 125 |
| 124-6 | Expert Rebuttal Report of Bo Geddes | Pages 6, 8 |
| 124-7 | Declaration of Randy Ficker | Highlighted Portions |
| 124-8 | Ficker Declaration, Exhibit 5 | Entirety |
| 124-9 | Ficker Declaration, Exhibit 7 | Entirety |
| 124-10 | Ficker Declaration, Exhibit 8 | Entirety |
| 124-11 | Ficker Declaration, Exhibit 9 | Highlighted Portions |
| 124-12 | Ficker Declaration, Exhibit 10 | Highlighted Portions |
| 124-13 | Ficker Declaration, Exhibit 11 | Highlighted Portions |
| 124-14 | Ficker Declaration, Exhibit 12 | Highlighted Portions |
| 124-15 | Ficker Declaration, Exhibit 13 | Highlighted Portions |
| 124-16 | Ficker Declaration, Exhibit 14 | Highlighted Portions |
| 124-17 | Ficker Declaration, Exhibit 18 | Entirety |
| 124-18 | Ficker Declaration, Exhibit 20 | Entirety |
| 124-19 | Ficker Declaration, Exhibit 21 | Entirety |

[1] To avoid redundant docket entries, Warzone has identified the docket number associated with the previously-filed document sought to be sealed and will file redacted versions of only those documents for which it seeks even more narrowly tailored sealing and which do not also contain information Activision has designated confidential.

| 124-20 | Ficker Declaration, Exhibit 23 | Entirety |
| 124-21 | Ficker Declaration, Exhibit 24 | Entirety |
| 124-22 | Ficker Declaration, Exhibit 25 | Entirety |
| 125-2 | Exhibit AC to Kash Declaration | 88:8,13,15; 89:22 |

## IV.    Warzone Moves to Consider Whether Another Party's Material Should Be Sealed

Activision Publishing, Inc., designated certain information disclosed in the following documents and exhibits as "Confidential" and "Attorneys' Eyes Only" under the protective order governing this action (Docket No. 39).  Warzone takes no position as to the confidentiality or sensitivity of the information so designated by Activision. Warzone.com, LLC's application to consider whether another party's material should be sealed includes the following documents:

| Dkt. No. | Document | Portion to be Sealed |
|---|---|---|
| 124-1 | Warzone's Opposition to Activision's Motion for Summary Judgment | Highlighted Portions |
| 124-2 | Evidentiary Objections | Highlighted Portions |
| 124-3 | Statements of Genuine Disputes of Fact | Highlighted Portions |
| 124-4 | Expert Report of Claudiu Dimofte | Paragraphs 80-81 |
| 124-5 | Expert Report of Bo Geddes | Highlighted Portions |
| 124-6 | Expert Rebuttal Report of Bo Geddes | Highlighted Portions |
| 125-4 | Exhibit AG to Kash Declaration | Entirety |
| 125-5 | Exhibit AH to Kash Declaration | Entirety |
| 125-7 | Exhibit C to Kash Declaration | Entirety |

– 4 –

| 125-8 | Exhibit D to Kash Declaration | Entirety |
|---|---|---|
| 125-9 | Exhibit F to Kash Declaration | Entirety |
| 125-10 | Exhibit H to Kash Declaration | Entirety |
| 125-11 | Exhibit I to Kash Declaration | Entirety |
| 125-12 | Exhibit N to Kash Declaration | Entirety |
| 125-13 | Exhibit O to Kash Declaration | Entirety |
| 125-14 | Exhibit S to Kash Declaration | Entirety |
| 125-15 | Exhibit T to Kash Declaration | Entirety |
| 125-16 | Exhibit Y to Kash Declaration | Entirety |

## **CONCLUSION**

In view of the foregoing, Warzone.com, LLC requests that the identified documents be filed under seal.

Date:  January 16, 2026                    Respectfully submitted,

                                   */s/ Jennifer A. Kash*
                                   Jennifer A. Kash (State Bar No. 203679)
                                   jkash@bdiplaw.com
                                   Francesca M.S. Germinario
                                   (State Bar No. 326208)
                                   fgerminario@bdiplaw.com
                                   BUNSOW DE MORY LLP
                                   701 El Camino Real,
                                   Redwood City, CA 94063

Tel: (650) 351-7248
Fax: (415) 426-4744

*Attorneys for Defendant / Counterclaimant*
*Warzone.com, LLC*

RENEWED APPLICATION FOR LEAVE TO FILE UNDER SEAL CERTAIN DOCUMENTS