1  E. MARTIN ESTRADA (State Bar No. 223802)
   martin.estrada@mto.com
2  BLANCA F. YOUNG (State Bar No. 217533)
   blanca.young@mto.com
3  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, 50th Floor
4  Los Angeles, CA 90071
   Telephone:  (213) 683-9100
5  Facsimile:   (213) 687-3702

6  Attorneys for Activision Publishing, Inc.

7  *Additional Counsel on Signature Page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ACTIVISION PUBLISHING, INC.,<br><br>            Plaintiff,<br>    v.<br>WARZONE.COM, LLC,<br><br>            Defendant. | Case No. 2:21-cv-3073-FLA<br><br>**ACTIVISION'S REQUEST FOR COURT TO STRIKE PORTIONS OF PRAYER FOR RELIEF IN ADVANCE OF TRIAL**<br><br>Judge:  Hon. Fernando L. Aenlle-Rocha |
| WARZONE.COM, LLC,<br><br>            Counterclaimant,<br>    v.<br>ACTIVISION PUBLISHING, INC.<br><br>            Counterdefendant. | Complaint Filed: April 8, 2021<br>Counterclaim Filed: June 8, 2021<br>Trial: March 17, 2026 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff and Counterclaim-Defendant Activision Publishing, Inc. ("Activision") hereby requests that the Court strike Paragraphs 4 and 5, and portions of Paragraph 6, from the Prayer for Relief set forth in Activision's Complaint. Dkt. 1. Activision attempted to withdraw these portions of its Complaint, Dkt. 120, but the Court rejected the filing as deficient, Dkt. 121. Activision now files this request to cure those deficiencies, and to make clear the scope of requested relief in advance of the upcoming March 17, 2026 trial.

Activision requests that the Court strike Paragraphs 4 and 5 of its Prayer for Relief:

> 4. Declaring that Activision's pending applications for registration of the marks WARZONE and CALL OF DUTY WARZONE may proceed to registration;
>
> 5. Declaring that Defendant's pending applications for registration of the mark WARZONE should not proceed to registration;

Activision also requests that the Court strike the following clause from Paragraph 6 of its Prayer for Relief:

> 6. Ordering that Defendant, its officers, directors, employees, agents, affiliates, attorneys, representatives, and licensees, be enjoined and permanently restrained from interfering with Activision's use ~~and registration~~ of the WARZONE and CALL OF DUTY WARZONE marks ~~and from opposing, seeking to cancel, or otherwise objecting to any federal registrations and applications for registration of such marks~~.

Activision filed a "Notice of Striking" that attempted to voluntarily withdraw these paragraphs on February 21, 2025.  Dkt. 120.  The Court issued a "Notice to Filer of Deficiencies in Filed Document," which stated that Activision (1) failed to attach a "[p]roposed document," (2) selected the "[i]ncorrect event," and (3) did not request an "order of the court" striking material from its Complaint.  Dkt. 121.  This submission corrects those deficiencies.  Activision has formulated this notice as a request for an order of the court striking the above-referenced material, and has filed using the correct filing event.  Activision is not amending its complaint, so does not have any proposed document to attach.[1]

---

[1] A plaintiff may at any time limit the scope of the relief that it is seeking without amending its complaint.  *See Forest Guardians v. U.S. Dep't of Interior,* 2004 WL 3426413, at *6 (D.N.M. Jan. 12, 2004).  That is because a Prayer for Relief "forms no part of the cause of action." *Preas v. Phebus*, 195 F.2d 61, 63 (10th Cir. 1952). *See also Mohideen v. Calnet, Inc.,* 2015 WL 506243, at *2 (S.D. Cal. Feb. 6, 2015) ("A prayer for relief is not part of a cause of action.").

DATED: February 5, 2026  MUNGER, TOLLES & OLSON LLP

By: /s/ *E. Martin Estrada*
E. MARTIN ESTRADA (State Bar No. 223802)
martin.estrada@mto.com
BLANCA F. YOUNG (State Bar No. 217533)
blanca.young@mto.com
DANE P. SHIKMAN (State Bar No. 313656)
dane.shikman@mto.com
STEPHANY REAVES (*pro hac vice*)
stephany.reaves@mto.com
LAUREN BILOW (State Bar No. 344970)
lauren.bilow@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

MARC E. MAYER (State Bar No. 190969)
KARIN G. PAGNANELLI (State Bar No. 174763)
LINDSAY R. EDELSTEIN (*pro hac vice*)
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

*Attorneys for Activision Publishing, Inc.*