Martin E. Estrada (SBN 223802)
martin.estrada@mto.com
Blanca Fromm Young (SBN 217533)
blanca.young@mto.com
WARREN MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Marc E. Mayer (SBN 190969)
mem@msk.com
Karin G. Pagnanelli (SBN 174763)
kgp@msk.com
Alexandra L. Anfuso (SBN 333440)
ala@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Lindsay Edelstein (*pro hac vice*)
lre@msk.com
MITCHELL SILBERBERG & KNUPP LLP
437 Madison Ave., 25th Floor
New York, New York 10022-7001
Telephone: (212) 509-3900
Facsimile: (212) 509-7239

*Attorneys for Plaintiff and Counterclaim-Defendant Activision Publishing, Inc.*

Jennifer A. Kash (State Bar No. 203679)
jkash@bdiplaw.com
Francesca M. S. Germinario (State Bar No. 326208)
fgerminario@bdiplaw.com
Hillary Bunsow (State Bar No. 278719)
hillarybunsow@bdiplaw.com
Kenneth K. Wang (State Bar No. 336568)
kwang@bdiplaw.com
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
Tel: (650) 351-7248
Fax: (415) 426-4744

*Attorneys for Defendant / Counterclaimant Warzone.com, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC.,<br><br>Plaintiff,<br>v.<br><br>WARZONE.COM, LLC,<br><br>Defendant.<br><br>WARZONE.COM, LLC,<br><br>Counterclaimant,<br>v.<br><br>ACTIVISION PUBLISHING, INC.<br><br>Counterdefendant. | Case No. 2:21-cv-3073-FLA (JCx)<br><br>**STIPULATION TO REALIGN PARTIES FOR TRIAL** |

WHEREAS, Activision Publishing, Inc. ("Activision") filed the Complaint in this action seeking declaratory judgment on April 8, 2021, and is plaintiff and counterclaim defendant in the above-captioned case, Docket No. 1;

WHEREAS, Warzone.com LLC ("Warzone") filed its counterclaims on June 8, 2021, and is defendant and counterclaimant in this matter, Docket No. 14;

WHEREAS, in the course of trial preparation, the parties have narrowed their claims for presentation at trial, and Activision has requested an order striking certain paragraphs from the prayer for relief in its Complaint (Dkt 176);

WHEREAS, the parties agree that Warzone bears the burden of proof on the remaining primary claims for trademark infringement and unfair competition, and Activision bears the burden of proof on its remaining affirmative defense of unclean hands;

WHEREAS, the parties seek orderly presentation of witnesses and evidence and realignment of the parties will allow for logical presentation of evidence at trial;

NOW, THEREFORE, the parties hereby stipulate and agree, subject to the Court's approval, that:

1. The parties shall be realigned for trial with Warzone.com LLC as the plaintiff and Activision Publishing, Inc. as the defendant and the order of proof will proceed accordingly.

Date: February 5, 2026                                    Respectfully submitted,

| /s/ Blanca F. Young | /s/ Jennifer A. Kash |
|---|---|
| Martin E. Estrada (SBN 223802) <br> martin.estrada@mto.com <br> Blanca Fromm Young (SBN 218533) <br> blanca.young@mto.com WARREN <br> MUNGER, TOLLES & OLSON LLP <br> 560 Mission Street, 27th Floor <br> San Francisco, California 94105 <br> Telephone: (213) 683-9100 <br> Facsimile: (213) 687-3702 <br><br> Marc E. Mayer (SBN 190969) <br> mem@msk.com <br> Karin G. Pagnanelli (SBN 174763) <br> kgp@msk.com <br> Alexandra L. Anfuso (SBN 333440) <br> ala@msk.com <br> MITCHELL SILBERBERG & KNUPP LLP <br> 2049 Century Park East, 18th Floor <br> Los Angeles, CA 90067-3120 <br> Telephone: (310) 312-2000 <br> Facsimile: (310) 312-3100 <br><br> Lindsay Edelstein (*pro hac vice*) <br> lre@msk.com <br> MITCHELL SILBERBERG & KNUPP LLP <br> 437 Madison Ave., 25th Floor <br> New York, New York 10022-7001 <br> Telephone: (212) 509-3900 <br> Facsimile: (212) 509-7239 <br><br> *Attorneys for Plaintiff and Counterclaim-Defendant Activision Publishing, Inc.* | Jennifer A. Kash (State Bar No. 203679) <br> jkash@bdiplaw.com <br> Francesca M. S. Germinario (State Bar No. 326208) <br> fgerminario@bdiplaw.com <br> Hillary Bunsow (State Bar No. 278719) <br> hillarybunsow@bdiplaw.com <br> Kenneth K. Wang (State Bar No. 336568) <br> kwang@bdiplaw.com <br> BUNSOW DE MORY LLP <br> 701 El Camino Real <br> Redwood City, CA 94063 <br> Tel: (650) 351-7248 <br> Fax: (415) 426-4744 <br><br> *Attorneys for Defendant / Counterclaimant Warzone.com, LLC* |