|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ACTIVISION PUBLISHING, INC., | Case No. 2:21-cv-03073-FLA (AYPx) |
|---|---|
| Plaintiff, | **ORDER GRANTING RENEWED APPLICATIONS TO FILE DOCUMENTS UNDER SEAL [DKTS. 168, 170]** |
| v. |  |
| WARZONE.COM, LLC, |  |
| Defendant. |  |

1

1  On January 16, 2026, Plaintiff and Counterclaim Defendant Activision
2  Publishing, Inc. ("Plaintiff") filed a renewed application file documents under seal
3  (Dkt. 168, "Plaintiff's Application") pertaining to its reply in support of its motion for
4  summary judgment (Dkt. 133).  The same day, Defendant and Counterclaimant
5  Warzone.com, LLC filed a renewed application to file documents under seal
6  (Dkt. 170, "Defendant's Application" and, together, the "Applications") pertaining to
7  its opposition to Plaintiff's motion for summary judgment (Dkt. 126).
8  The court, having considered the parties' Applications and finding good cause
9  therefor, hereby GRANTS the Applications.  The parties are excused from refiling the
10 documents to be sealed.

12  IT IS SO ORDERED.

14 Dated: February 17, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2